# GOBIERNO DE PUERTO RICO
## Negociado de la Policía de Puerto Rico

**PROTOCOLO**

| Capítulo:<br>N/A | Sección:<br>N/A | Fecha de Efectividad: |
|---|---|---|
| **Título:** Protocolo de Ascensos para Rangos de Inspector a Coronel | | |
| **Revisión Bienal** | **Núm. Páginas:** | |

## I. Propósito

Este protocolo tiene el propósito de revisar el sistema existente de selección de los Rangos de Inspector hasta Coronel dentro del Negociado de la Policía de Puerto Rico (NPPR). Con esto se pretende establecer requisitos y guías claras para ascender oficiales basadas en criterios objetivos que tomen en cuenta los conocimientos, destrezas y habilidades para llevar a cabo las labores esenciales de administración, supervisión y liderazgo.

## II. Base Legal

A. Ley 20 del 10 de abril de 2017, según enmendada conocida como "Ley del Departamento de Seguridad Pública de Puerto Rico".

B. Acuerdo para la Reforma Sostenible de la Policía de Puerto Rico, Estados Unidos de América vs. Estado Libre Asociado de Puerto Rico y Policía de Puerto Rico, No. 3:12-cv-2039 (GAG).

## III. Autoridad para efectuar Ascensos

A. Los ascensos de rango de Inspector hasta Coronel del NPPR son una responsabilidad encomendada al Comisionado, conforme lo dispone el Artículo 2.11 de la Ley 20-2017, antes citada, por medio del cual se adopta este Protocolo de Ascensos para Rangos de Inspector hasta Coronel.

B. Todos los ascensos de rango de Inspector a Coronel se regirán por este Protocolo.

C. La selección y ascensos a los rangos de Sargento, Teniente Segundo, Teniente Primero, y Capitán, se hará de acuerdo con el mérito y sujeto a la aprobación de exámenes.

## IV. Principios

Protocolo de Ascensos para Rangos de Inspector a Coronel

Este Protocolo proporciona principios de apoyo, estándares de servicio, políticas, tareas, reglas y pasos que rigen todo el trabajo requerido para respaldar la selección de personal al rango de Inspector hasta Coronel en el NPPR. Esta política apoya los objetivos del sistema de ascenso de oficiales de alto rango desde Inspector hasta Coronel, que incluye el promover los mejores candidatos calificados para consideración a rango de Inspector hasta Coronel. También reconoce el desarrollo profesional basado en el reconocimiento del potencial de un oficial para ocupar puestos de mayor responsabilidad. Con esto se pretende identificar a los oficiales que mejor cualifiquen para ascender a rangos superiores y aquellos oficiales que no son elegibles o quedan descalificados, proporcionando así un sistema equitativo para todos los oficiales de alto rango del NPPR.

## V. Normas y Procedimientos

### A. Responsabilidades

1. El Comisionado del NPPR es el funcionario a quien la Ley 20-2017, antes citada, encomienda reglamentar los asuntos relacionados con los ascensos de oficiales del NPPR. Por su parte, el Secretario del DSP es el funcionario en quien la referida Ley delega la autoridad jerárquica, administración y supervisión inmediata, no solo del Departamento, sino que incluye a los Negociados adscritos.

2. A menos que se especifique lo contrario en esta política, el Secretario Auxiliar de Administración del DSP y el Director Ejecutivo de Recursos Humanos y Relaciones Laborales del DSP son los funcionarios responsables de ejercer la autoridad de recursos humanos e intervienen en los procesos de personal del NPPR. A tono con ello, toda reglamentación, directrices o protocolos aprobados por el Comisionado del NPPR, en el ejercicio de la autoridad delegada para disponer con respecto al tema de ascensos de rango, deben ser cónsonas con la estructura organizacional del DSP y con la autoridad delegada en los funcionarios antes mencionados.

3. El Secretario-Auxiliar DSP será el oficial superior de políticas del DSP para los asuntos de personal y proporcionará la supervisión de la implementación de la formulación, procedimientos, metas, la arquitectura y las normas de la política de ascenso de los oficiales de rango desde Inspector hasta Coronel, y conforme al Protocolo de Ascensos que a tales fines adopte el Comisionado del NPPR.

4. El Director Ejecutivo de la Oficina de Asuntos Legales del DSP será la persona que, con previa solicitud, revisará la adopción y enmiendas a la política de selección adoptada por el Secretario, así como el protocolo de ascensos que adopte el Comisionado, para verificar la legalidad de lo allí dispuesto.

## B. Convocatoria

1. El Comisionado determinará, con la previa autorización del Secretario del Departamento de Seguridad Pública (DSP), y según la necesidades del servicio, el número de puestos por rango que están disponibles para ascensos, sujeto a la disponibilidad de fondos y la aprobación de las agencias fiscales del gobierno, incluidas la Oficina de Gerencia y Presupuesto de Puerto Rico ("OGP"), la Secretaría Auxiliar en Gerencia y Administración del DSP y la Oficina de Recursos Humanos y Relaciones Laborales del DSP. Cada una de las cuales debe certificar que en efecto existen vacantes, que es necesario llenar esas vacantes y que existe un presupuesto para llenar las mismas.

2. Una vez se determine que existen vacantes y se certifique el presupuesto la Oficina de Recursos Humanos y Relaciones Laborales del DSP publicará una convocatoria interna donde se informará a los MNPPR la disponibilidad de vacantes para los rangos de Inspector, Comandante, Teniente Coronel y Coronel.  Dicha convocatoria estará basada en Manual de Descripciones de Funciones, Deberes y Responsabilidades de los empleados del Sistema de Rango del 20 de abril de 2020, e incluirá las fechas pertinentes, una descripción del proceso de solicitud y los requisitos mínimos para poder solicitar a dichas posiciones, incluyendo los documentos que deben someter.

3. El Comisionado designará al personal adscrito a la Oficina del Comisionado, que recibirá los expedientes de los candidatos y evaluará inicialmente si cumplen con todos los requisitos establecidos en la convocatoria, y si fueron presentados todos los documentos necesarios. Para ello, todo candidato para ascenso que interese participar de la convocatoria, deberá cumplir con los requisitos establecidos y presentar un expediente electrónico a la dirección electrónica provista en la convocatoria. El candidato podrá someter los documentos que entienda pertinentes hasta la fecha límite establecida en la convocatoria.

4. Luego de asegurarse de que los expedientes de los candidatos para ascensos estén completos, la Oficina del Comisionado, enviará los expedientes de todos los candidatos al Departamento de Seguridad Pública utilizando la dirección convocatorias@dsp.pr.gov. Será la Oficina de Recursos Humanos y Relaciones Laborales del DSP la responsable de realizar la evaluación adecuada de la documentación entregada por cada candidato, de conformidad con este Protocolo y el Acuerdo.

**Protocolo de Ascensos para Rangos de Inspector a Coronel**

5.  Todo candidato para ascenso deberá cumplir con los requisitos del rango a ser ascendido y deberá presentar con su solicitud los siguientes documentos según requeridos en la convocatoria, en o antes de la fecha límite allí indicada:

    a.  Memorando de Solicitud de Ascenso – En este memorando el candidato deberá explicar las razones por las cual él(ella) entiende que es el(la) candidato(a) idóneo(a) para el ascenso.
    b.  Resume  - Incluirá información sobre preparación académica, experiencia dentro y fuera del NPPR, certificaciones, adiestramientos, historial dentro del NPPR incluyendo sus labores actuales.
    c.  Certificado de Radicación de Planillas del Departamento de Hacienda de Puerto Rico de los últimos cinco (5) años.
    d.  Certificación de No-Deuda Contributiva; en caso de tener alguna deuda deberá presentar evidencia de un plan de pago.
    e.  Certificación de cumplimiento de ASUME
    f.  Certificación de cumplimiento con el último período bienal concluido de la Oficina de Ética Gubernamental (OEG)
    g.  Certificación de cumplimiento con los requisitos de adiestramientos requeridos por el proceso para una reforma sostenible emitidos y certificados por la Superintendencia Auxiliar en Educación y Adiestramiento
    h.  Copia de las últimas tres (3) evaluaciones de desempeño del candidato certificadas por la División de Evaluación del Negociado de Recursos Humanos del NPPR.
    i.  Evidencia de que no posee querellas administrativas en proceso y/o no tenga una resolución final. Aquellos candidatos con querellas de faltas graves en proceso, no serán considerados para el ascenso. Los candidatos que tengan querellas administrativas sostenidas por: violencia doméstica, fraude, violaciones a derechos civiles (uso excesivo de fuerza, registros y allanamientos irrazonables, discrimen, entre otros) no serán considerados para ascenso. Serán inelegibles para ascenso por un periodo de un (1) año aquellos Miembros del NPPR que hubieran sido objeto de sanción por faltas graves.  El periodo de inelegibilidad para ascensos comenzará a contar inmediatamente después que se haya cumplido la sanción impuesta.  Desde que se decrete la sanción y mientras dure el periodo de inelegibilidad no se tendrá derecho a solicitar para ser considerado a ascenso. Para este criterio se considerarán los siguientes documentos:

        1.  Certificación de Querellas de la Superintendencia Auxiliar en Responsabilidad Profesional (Clear) e Historial de Querellas del candidato.

2. Certificación de Querellas de Oficina de Asuntos Legales (Clear) e historial de querellas del candidato.
3. Certificación de la División de Nombramientos y Cambios del Negociado de Recursos Humanos del NPPR donde se informe que el candidato no está inhabilitado por algún procedimiento disciplinario.

j. No presentar todos los documentos requeridos en o antes de la fecha límite establecida en la Convocatoria, será razón para descalificar automáticamente al candidato.  No se aceptarán expedientes que a la fecha de entrega no contengan toda la documentación requerida. Documentos presentados a otra unidad de trabajo del NPPR no serán tomados en consideración.  La Oficina de Recursos Humanos y Relaciones Laborales del DSP preparará un listado de candidatos elegibles.

k. La Oficina de Recursos Humanos y Relaciones Laborales del DSP remitirá a la Junta de Selección de rangos de Inspector hasta Coronel, una certificación que contendrá el nombre de los candidatos que presentaron todos los documentos requeridos mediante la convocatoria y el de aquellos que no cumplieron con someter todos los documentos o que no los sometieron en el término requerido, junto con los documentos de cada solicitante.

l. Todo candidato que presente información falsa a sabiendas de ser falsa, u omita presentar información que deba ser considerada por la Junta, con el propósito de ser considerado para el ascenso, será razón suficiente para ser descalificado del proceso.

## C.  Requisitos Mínimos para cualificar para el Ascenso

1. Los oficiales se considerarán elegibles para ser considerados por una Junta de Selección de Rangos de Inspector hasta Coronel, según lo establecido en este Protocolo y lo prescrito por el Secretario del DSP, en coordinación con el Comisionado del NPPR, en una convocatoria para los rangos específicos de Inspector hasta Coronel.

2. Se indicará en la convocatoria los años de experiencia en el rango activo que debe tener un candidato al momento de solicitar el ascenso. Como mínimo, los oficiales deben tener un (1) año en rango actual para ser considerados para la ascenso de rango de Inspector hasta Coronel.

3. Para ser considerado para un ascenso por una Junta de Selección de rango de Inspector hasta Coronel, un oficial debe estar en lista de utilidad activa con el NPPR el día que se reúna la junta.

4. Los oficiales de las siguientes categorías no son elegibles para ser considerados por la Junta de Selección de rango de Inspector hasta Coronel:

   a. Oficiales cuya fecha establecida de retiro o jubilación del NPPR se encuentre dentro de los 90 días a la fecha de convocatoria de la junta.
   b. Oficial que voluntariamente opte por no participar o ser considerado en el proceso de ascensos.

5. Cada candidato debe cumplir con los criterios de elegibilidad para el ascenso establecidos en la convocatoria y en este Protocolo.

## D. Junta de Selección para Ascensos de Inspector a Coronel

### 1. Junta de Selección

   a. Siempre que las necesidades del NPPR lo requieran, el Secretario, con el consejo del Comisionado, designará a los miembros de la Junta de Selección para recomendar a los oficiales para el ascenso de rangos de Inspector hasta Coronel, de acuerdo con este Protocolo.

   b. El Secretario, con el consejo del Comisionado, establecerá los requisitos para formar parte de la Junta de Selección a ascenso de rango de Inspector hasta Coronel.

### 2. Composición de la Junta de Selección

   a. La Junta de Selección al rango de Inspector hasta Coronel estará conformada por al menos tres (3) representantes del NPPR y dos (2) miembros del DSP.  En el futuro se incluirá una persona civil que pueda proveer insumo sobre Esta persona será una

   b. Ninguno de los miembros podrá ser el Comisionado del NPPR o el Secretario del DSP o el Secretario Auxiliar de Administración y Recursos Humanos.

   c. El Secretario del DSP, nombrará a un miembro de la Junta de Selección de rango de Inspector hasta Coronel como Presidente de la Junta y prescribirá las tareas administrativas que debe realizar ese funcionario.

---

**Protocolo de Ascensos para Rangos de Inspector a Coronel**

---

d. El Presidente de la Junta no tiene autoridad para impedir que la Junta recomiende para ascensos a aquellos oficiales que la mayoría considere que están calificados para satisfacer las necesidades del NPPR.

e. Los miembros de la Junta de Selección de rango de Inspector hasta Coronel, que sean representantes del NPPR, serán dos MNPPR con rango de Coronel y un empleado civil designado por el Comisionado.

f. Los miembros de la Junta no podrán tener querellas administrativas pendientes relacionadas con violaciones a derechos civiles, violencia doméstica o cualquier asunto que atente contra su credibilidad y ética profesional.  Igualmente, ninguno de los miembros de la Junta puede tener querellas sustentadas, irrespectivamente del tiempo transcurrido, por casos de violencia doméstica o violación de derechos civiles.

3. **Registradores**

a. El Secretario Auxiliar de Administración y Recursos Humanos del DSP designará a los oficiales que tendrán la responsabilidad como registradores de las Juntas de Selección de rango de Inspector hasta Coronel.

b. El registrador tendrá la responsabilidad de documentar y tomar minuta de todas las actividades que realice la Junta de Selección cuando se encuentre en funciones oficiales, según este Protocolo.

c. Al menos un registrador debe estar presente durante todas las deliberaciones de la Junta de Selección de rango de Inspector hasta Coronel. La designación de los registradores está sujeta a las siguientes restricciones:

   1) Los registradores podrán ser personal civil o MNPPR que no sean candidatos a Ascenso de rango de Inspector hasta Coronel.
   2) Cualquier registrador de la Junta de Selección de rango de Inspector hasta Coronel que no pueda en buena conciencia cumplir con sus deberes y responsabilidades, tiene el deber de solicitar ser relevado por el Secretario del DSP.
   3) Cualquier miembro o registrador de la Junta de Selección de rango de Inspector hasta Coronel que crea que la integridad de los procedimientos se ha visto afectada por la influencia indebida, ya sea de un empleado del DSP, del NPPR o tercera persona, o por la mala conducta de algún miembro de la Junta, o cualquier otra razón, tiene el deber de notificarlo inmediatamente al Secretario.

4. **Conducta de los Miembros de la Junta de Selección**

| Protocolo de Ascensos para Rangos de Inspector a Coronel |
| --- |

a.  Los miembros elegidos para participar en las Juntas de Selección de rango de Inspector hasta Coronel deben poseer las características profesionales y reflejar los valores que el NPPR y el DSP consideran de suma importancia. Por lo tanto, el Secretario del DSP y el Comisionado del NPPR se asegurarán de que todos los nominados para funciones en la Junta cumplan con los más altos estándares que se esperan de los miembros de la junta.

b.  Los miembros de la Junta de Selección de rango de Inspector hasta Coronel se asegurarán de que el proceso de selección sea justo y buscarán la orientación de la autoridad convocadora, o su designado, si surgen preguntas sobre la conducta personal adecuada. Además, los miembros de la junta que observen sospechas de irregularidades que puedan influir negativamente en los procedimientos de la junta, informarán inmediatamente esta información al Secretario, o su designado. Cualquier miembro de la junta que no pueda, en conciencia, llevar a cabo las responsabilidades de miembro de la junta, sin prejuicio o parcialidad, tiene el deber de solicitar que lo releven a la autoridad convocante o su designado.

c.  Los miembros de la Junta de Selección de rango de Inspector hasta Coronel deberán cumplir con lo siguiente:

   1) No recibirán o introducirán a las deliberaciones cualquier información, positivo o negativo, concerniente a un oficial bajo consideración de la junta.
   2) No participarán en, o darán la apariencia de, trato preferencial a cualquier individuo o grupo de oficiales bajo consideración.
   3) No divulgarán detalles del proceso deliberativo (que no sea una descripción generalizada de los procedimientos de la junta) antes, durante o después de la junta a partes externas, ya sean superiores o subordinados al oficial de la junta, excepto según lo indique específicamente el Secretario del DSP o su representante.
   4) No revelarán los resultados de la junta antes de la publicación oficial los miembros seleccionados.
   5) No revelarán su participación en una Junta de Selección; por ejemplo, realizar visitas informales a la oficina o visitas sociales en las cercanías de las deliberaciones de la junta o informar a los superiores (que no sean de la cadena de mando inmediata), subordinados o colegas sobre la condición como miembro de la junta hasta que el Secretario del DSP actúe sobre los resultados de la junta.
   6) No podrán solicitar información u orientación de miembros del NPPR o DSP, otros representantes de mando del NPPR o DSP con respecto a oficiales individuales o grupos de oficiales bajo consideración, a menos que estén autorizados en las instrucciones escritas o verbales a la junta.

7) Los miembros de la Junta de Selección de rango de Inspector hasta Coronel jurarán desempeñar sus funciones sin prejuicio ni parcialidad, y evaluarán a todos los candidatos según los requisitos establecidos en este Protocolo, las políticas del NPPR y el Acuerdo.

5. **Instrucciones a la Junta de Selección.**

a. El Secretario del DSP establecerá los deberes y responsabilidades de los miembros de Junta a través de un Memorando de Instrucciones (MOI). Además, establecerá en dicho MOI los requisitos específicos que deben tomar en consideración al momento de evaluar a los candidatos a ascenso.

b. El presidente de la junta revisará y discutirá el MOI con todos los miembros de la junta una vez quede constituida y previo a comenzar sus funciones.

c. El MOI emitido a cada Junta de Selección de rango de Inspector hasta Coronel especificará lo siguiente:
   1) El juramento que deben tomar los miembros de la junta.
   2) Informes a realizar.
   3) El método de selección. (Ver Sección de Evaluación y Entrevistas)
   *4)* Factores a considerar, incluyendo las necesidades del NPPR en cada área.
   5) El número máximo de oficiales que se seleccionarán.
   6) Otra información que se requiera.

d. El MOI contendrá pautas para garantizar que:

   1) No se discriminará contra ningún candidato para el ascenso, por razones de sexo, género, color, raza, orientación sexual, condición social, ideas políticas, creencias religiosas y cualquier otro tipo de discrimen prohibido por los estatutos federales y/o estatales.
   2) Todos los miembros del NPPR y DSP deberán ser ejemplo de liderazgo y subordinación; estar atento al inspeccionar la conducta de todas las personas que estén bajo su mando; vigilar y notificar toda conducta impropia, y corregir, de acuerdo con los reglamentos del NPPR y DSP, a todas las personas que incurran en ellas; y tomar todas las medidas necesarias y adecuadas, para promover y salvaguardar el bienestar de la Agencia, el bienestar físico y el bienestar general de los oficiales y agentes bajo su mando o cargo.
   3) Las juntas también pueden recibir información sobre asuntos de administración y gestión de personal según lo determine el Secretario del DSP. No recibirán más instrucciones excepto para aclarar la administración de la junta.

**Protocolo de Ascensos para Rangos de Inspector a Coronel**

e.   Otra información

1) El Secretario Auxiliar de Administración y Recursos Humanos del DSP se asegurará de que cada miembro de la Junta de Selección de rango de Inspector hasta Coronel reciba una copia de las partes aplicables de este reglamento, para su revisión antes de que la junta se reúna. Las Juntas de Selección de rango de Inspector hasta Coronel también se le proveerán lo siguiente:
   a) Los nombres de todos los oficiales que se considerarán para el ascenso de rango de Inspector hasta Coronel.
   b) La carpeta profesional, incluidos los documentos anteriormente identificados en este Protocolo.

2) Se puede proporcionar la siguiente información adicional según sea necesario:
   a) Resultados aprobados de juntas de selección anteriores, cuando lo solicite la junta.
   b) Información administrativa para aclarar los registros oficiales, las instrucciones y la información proporcionada a la junta. Si una junta solicita información no administrativa o información que refleje la conducta o el carácter de un oficial bajo evaluación, en particular, la solicitud será denegada.

3) Comunicaciones con Juntas de Selección de rango de Inspector hasta Coronel
   a) Todas las comunicaciones, que no sean de naturaleza exclusivamente administrativa, se harán por escrito, se entregarán a todos los miembros de la junta y formarán parte del registro de la junta.
   b) Una grabación de audio o video es un medio aceptable de comunicación con la junta siempre que se incluya una transcripción escrita en el registro de la junta.
   c) Nadie, aparte del Secretario del DSP, comparecerá en persona para dirigirse a una Junta de Selección de rango de Inspector hasta Coronel sobre cualquier asunto; esta autoridad no puede delegarse. Si el Secretario del DSP se presenta en persona para dirigirse a una Junta de Selección de rango de Inspector hasta Coronel, se proporcionará una transcripción escrita literal de sus comentarios a cada miembro de la junta y se incluirá en el registro de la junta.
   d) La comunicación oral de información administrativa de rutina entre miembros de la junta, registradores y personal de apoyo está autorizada en la medida necesaria para facilitar el trabajo de la junta.
   e) Nadie puede comparecer, personalmente ante una Junta de Selección de rango de Inspector hasta Coronel, el Secretario Auxiliar de Administración y Recursos Humanos del DSP, el Secretario del DSP y/o el Comisionado, en su propio nombre o en el interés de cualquier

oficial siendo considerado, sin haber sido citado previamente para entrevista.

4) Los oficiales elegibles para consideración pueden escribir a la junta para proporcionar información y documentos (como anejos) llamando la atención a cualquier asunto que les concierna y que consideren importante para su consideración. Deberán presentar copia de este escrito y los documentos relacionados el día de la entrevista y evaluación.

5) Los memorandos escritos enviados a la Junta de Selección de rango de Inspector hasta Coronel se considerarán si se reciben antes de la fecha de reunión de la junta. La junta solo verá una carta dirigida a la junta, con anejos, por oficial en consideración a selección.

6) Los memorandos deben dirigirse al presidente (Junta de Ascenso de rango de Inspector hasta Coronel), Edificio Capital Center, Torre Norte, 235 Arterial Hostos Ave., Piso 14, Hato Rey, P.R. 00918. Cualquier memorando considerado por una junta de ascenso se convertirá en un asunto de registro que se mantendrá con los registros de la junta.

7) Los siguientes elementos no se entregarán a la Junta de Selección de rango de Inspector hasta Coronel:

   a) Memorandos enviados directamente a la junta por otras partes en nombre de cualquier funcionario, excepto cuando se proporcionen como un anexo a un memorando del oficial que se está siendo considerado para selección.
   b) Informes de evaluación que no hayan sido procesados a través de la Oficina del Comisionado del NPPR y el Secretario Auxiliar de Administración y Recursos Humanos del DSP.
   c) Fotografías que no puedan sustentarse como fotografías admisibles y que puedan ser autenticadas conforme lo disponen las Reglas de Evidencia de Puerto Rico.

8) Ningún miembro del NPPR y/o el DSP puede comunicarse con un miembro de la junta en un intento de influir en la decisión del miembro de la junta. Las violaciones de esta prohibición pueden resultar en procedimientos disciplinarios bajo el Reglamento de Personal aplicable y conforme lo dispuesto por la Ley 1-2012, según enmendada, conocida como "*Ley Orgánica de la Oficina de Ética Gubernamental de Puerto Rico*".

9) Todas las comunicaciones con la Juntas de Selección de rango de Inspector hasta Coronel destinadas a expresar los puntos de vista del Secretario del DSP o el Comisionado del NPPR, u otros líderes

superiores del Gobierno de Puerto Rico o el Gobierno de los Estados Unidos, se pondrán por escrito, se entregarán a cada miembro de la junta y formarán parte del registro de la junta.

6. **Evaluación de Candidatos y Entrevistas**

   a. La Junta realizará una entrevista y la evaluación del expediente entregado como parte de los requisitos de convocatoria, donde se evaluarán los siguientes criterios:

      1. Preguntas Generales
      2. Conocimiento
      3. Planificación y Organización
      4. Administración
         i.   Liderazgo
         ii.  Supervisión
      5. Aptitudes de Relaciones Interpersonales (Comunicación)
      6. Policía Comunitaria
      7. Ética
      8. Conocimiento del Acuerdo de la Reforma, sus programas, adiestramientos y su gestión en la implementación de los mismos
   b. Para la evaluación de los criterios antes descritos la Junta evaluará los candidatos en dos etapas:
      1. Evaluación de Expediente
      2. Entrevistas a los candidatos utilizando el Anejo A de este protocolo.

Primera Etapa: Evaluación del Expediente:

1. En la primera etapa, la Junta considerará los documentos sometidos por el candidato a ascenso para evaluar, entre otros:
   a. Documentos completos.
   b. Aptitudes del candidato demostradas mediante los siguientes:
      i.   Evaluaciones de desempeño satisfactorias;
      ii.  Reconocimientos o méritos;
      iii. Registro de servicio ejemplar.
   c. Cumplimiento con los programas de capacitación requeridos por el NPPR o entidades externas, incluida la Academia de Policía.
   d. Cumplimiento con las evaluaciones físicas y sicológicas requeridas. de personal.
   d. Cumplimiento con las obligaciones del rango que ocupa, con las prácticas policiacas generalmente aceptadas, y con las políticas y reglas internas del NPPR y la ética.
   e. Administración, supervisión y liderazgo.
   f. Participación e interacción con la comunidad.

**Protocolo de Ascensos para Rangos de Inspector a Coronel**

2. Evaluados los documentos, la Junta determinará si el candidato cualifica para el rango al que ascendería y se recomienda para la segunda etapa.

Segunda Etapa: Entrevistas:

a. En la segunda etapa, la Junta llevará a cabo entrevistas a los candidatos dirigidas a enfocar en destrezas adicionales del candidato que no necesariamente se desprenden de los documentos revisados tales como:

    i. capacidad y competencia en la planificación, supervisión y administración de planes de trabajo, estratégicos, tácticos, administrativos;

    ii. técnicas de supervisión y administración del candidato;

    iii. conocimiento de los requisitos y obligaciones del rango al que aspira ascender;

    iv. conocimiento de las políticas internas del NPPR y reglamentación, entre otros;

    v. conocimiento del Acuerdo de la Reforma, sus programas, adiestramientos y su gestión en la implementación de los mismos;

    vi. Destrezas y aptitudes que lo hacen ser el candidato idóneo para el rango solicitado.

b. Se utilizarán para las entrevistas un instrumento con preguntas guías para cada rango. Las entrevistas serán llevadas en un ambiente neutral libre de interrupciones y en igualdad de condiciones para todos los candidatos.

c. Aquellos candidatos que la Junta determine, luego de la entrevista, que no cualifican para ascenso serán automáticamente retirados del proceso. La Junta preparará un Memo en donde identifique los candidatos que no cualificaron para ascenso y las razones por las cuales fueron descalificados. Dicho Memo será entregado al Comisionado en conjunto con los candidatos que sí cualificaron para ascenso.

d. La Junta procederá a preparar Listas de Candidatos por rango que incluirán los nombres de aquellos candidatos que la Junta determinó que cualificaron para el ascenso correspondiente y aquellos que no cualificaron. Se incluirá información general sobre el resultado de la evaluación, la entrevista y la razón por la cual el candidato está cualificado o no cualificado.

e. La Junta enviará las Listas de Candidatos al Comisionado para una evaluación final de los candidatos. El Comisionado realizará su propia evaluación de los candidatos y seleccionará los candidatos finales que se presentarán al/la Gobernador(a) para la aprobación de los respectivos ascensos. Para esta evaluación el Comisionado tendrá en cuenta los criterios establecidos en este Protocolo y el Acuerdo de la Reforma.

| Protocolo de Ascensos para Rangos de Inspector a Coronel |
|---|

### 7. Rúbrica de Puntuación

a. Los candidatos que obtengan el porcentaje igual o mayor de setenta por cientos (70%), serán referidos para ascenso, según lo establecido en la tabla anterior, los documentos presentados y los requerimientos establecidos por el Acuerdo para la Reforma Sostenible de la Policía de Puerto Rico.

b. La Junta catalogará a los candidatos como: Altamente Calificado, Mejor Calificado y Calificado, según la tabla que se incluye a continuación:

| Altamente Calificado | 90% - 100% |
|---|---|
| Mejor Calificado | 80% - 89% |
| Calificado | 70% -79% |

c. La cantidad máxima de puntos por cada área de evaluación será de cinco (5) puntos.  Se establecen diez (10) áreas de evaluación, para un total de cincuenta (50) puntos.

d. Para obtener el porcentaje del resultado se tomará la puntuación total obtenida por el candidato y se dividirá por cincuenta (50).  El resultado de la división se multiplicará por cien (100).

e. Para obtener el porcentaje final, se sumarán los resultados de todos los evaluadores y se dividirá por el número total de estos.

f. El Comité evaluará a los candidatos y someterá al Secretario y al Comisionado una lista de los candidatos que cumplan con el por ciento establecido en este Protocolo.

g. Para esta evaluación utilizarán el Anejo de este protocolo que se titula: "Rúbrica de Puntuación para Ascensos a Rangos de Inspector a Coronel".

h. El Comisionado le someterá al Secretario los candidatos para ascender, según los puestos disponibles identificados previamente en la convocatoria y los resultados de la Junta.  Estos candidatos serán sometidos al Gobernador(a) para su evaluación y aprobación final.

i. La junta podrá proveer puntuación adicional a los candidatos que cumplan con los siguientes requisitos:

**Protocolo de Ascensos para Rangos de Inspector a Coronel**

| Grado Académico Máximo Alcanzado | |
|---|---|
| **Doctorado** | 9 puntos |
| **Maestría o** *Juris Doctor* | 6 puntos |
| **Acto Heroico** | 3 puntos |
| **Veterano** | 10 puntos |

j. Cuando el empleado cualifique para puntuación adicional bajo más de un renglón, solamente se aplicará uno de estos, el que sea mayor.

k. Los puntos adicionales por grados académicos, solamente aplicarán cuando el grado requerido en la convocatoria sea menor al que posee el candidato.

## 8. Recomendaciones de la junta de selección

a. La Junta de Selección de rango de Inspector hasta Coronel:

   1) Basarán sus recomendaciones imparcialmente hacía de todos los oficiales en las zonas de consideración como se indica en el MOI.
   *2)* Mantendrán confidencial sus razones para recomendar o no recomendar a cualquier oficial considerado.  No compartirán información confidencial con terceras personas, que no formen parte de la Junta.

b. Ningún oficial del NPPR, miembro del DSP o del Gobierno de Puerto Rico o Estados Unidos podrá hacer lo siguiente:

   1) Ordenar que una persona en particular sea seleccionada o no, por la junta.
   2) Censurar o amonestar a la junta o cualquier miembro de la junta con respecto a las recomendaciones de la junta o cualquier función que estuviese a discreción de la junta.
   3) Intentar coaccionar o influenciar cualquier acción de la junta o de cualquier miembro de ello en la formulación de las recomendaciones del consejo.

c. Los informes de la Junta de Selección de rango de Inspector hasta Coronel cumplirán los siguientes requisitos:

   1) Todos los oficiales considerados para el ascenso deben ser evaluados y recomendados o no recomendados para el ascenso.

   2) Al completar sus deliberaciones, los miembros de la junta y los registradores, como mínimo, certificarán en el informe al Secretario del DSP que:

      a) La Junta cumplió con el MOI y este reglamento.
      b) No estuvieron sujetos a ninguna censura, reprimenda o amonestación como resultado de las recomendaciones de la junta o del ejercicio de cualquier función legal dentro de la discreción autorizada a la junta.

**Protocolo de Ascensos para Rangos de Inspector a Coronel**

c) No estaban sujetos ni tenían conocimiento de ningún intento de coaccionar o influir en la formulación de las recomendaciones de la junta.

d) No eran parte ni tenían conocimiento de ningún intento de realizar comunicaciones no autorizadas.

e) Según entender, la junta consideró cuidadosamente los registros de cada oficial cuyo nombre se proporcionó a la junta.

f) Los oficiales recomendados para ascenso de rango de Inspector hasta Coronel están, en opinión de la mayoría de los miembros de la junta, están calificados para el ascenso para satisfacer las necesidades del NPPR, entre aquellos oficiales cuyos nombres fueron proporcionados a la junta.

g) Los oficiales recomendados para ascenso de rango de Inspector hasta Coronel, incluidos aquellos que recibieron información adversa proporcionada a la junta, son, en opinión de la mayoría de los miembros de la junta, totalmente calificados o mejor calificados para la ascenso a fin de satisfacer las necesidades del NPPR y cumplir con los requisitos de conducta ejemplar, como se indique en las instrucciones escritas proporcionadas por a la junta por el Secretario del DSP.

3) Además de los requisitos de informes anteriores, las juntas de ascenso también informarán al Secretario del DSP y al Comisionado del NPPR el nombre de cualquier oficial que por cualquier razón deba referirse a investigación administrativa.

4) Estar firmado por todos los miembros de la junta.

d. Los procedimientos de la junta no se divulgarán a nadie que no sea miembro de la junta a menos que lo apruebe la autoridad correspondiente.

e. Luego de culminado el proceso, y cuando un candidato no haya sido recomendado por la Junta, se notificará a éste las razones, con el propósito de mejoramiento profesional.

## 9. Aprobación de las recomendaciones de la Junta de Selección de rango de Inspector hasta Coronel

a. La Junta de Ascensos de Rango de Inspector hasta Coronel realizarán las recomendaciones al Comisionado.  Los candidatos cualificados no tendrán un orden o preferencia específica para el ascenso.

b. El Comisionado seleccionará los candidatos que cualifiquen según lo informado por la Junta, y remitirá la lista de seleccionados al Secretario para aprobación final.

c. El Secretario y el Comisionado someterán la lista de candidatos al Gobernador.

d. El Gobernador podrá elegir a cualquiera de los candidatos que se le presente en la lista de cualificados para el ascenso.

10. **Listas de promociones e informes de la Junta de Selección de rango de Inspector hasta Coronel**

   a. Se creará una lista de candidatos que cualifican para los rangos que solicitaron. Esta lista no tendrá un orden específico para que el candidato sea ascendido.

   b. El nombre de cualquier oficial considerado y seleccionado erróneamente para ascenso de rango de Inspector hasta Coronel será removido administrativamente de la lista de ascensos por el Secretario Auxiliar de Administración y Recursos Humanos del DSP. El nombre del oficial permanecerá en el informe de la junta a menos que el Secretario del DSP lo elimine oficialmente.

   c. El informe de cada Junta de Ascenso a rango de Coronel será presentado al Secretario del DSP y al Comisionado. El Comisionado presentará los seleccionados para el Ascenso al Secretario, para su posterior aprobación y envío al Gobernador.

   d. Si, luego de la revisión el Secretario del DSP determina que la junta actuó en contra de la ley o reglamento o de las pautas proporcionadas a la junta, la Secretario del DSP devolverá el informe, junto con una explicación de la determinación, a la junta para procedimientos a futuras. Al recibir el informe devuelto, la junta hará las correcciones dirigidas por el Secretario del DSP o llevará a cabo los procedimientos que sean necesarios, incluyendo el efectuar una nueva junta, con el fin de que el informe sea consistente con la ley, las políticas del NPPR y el Acuerdo. Luego de realizar los cambios requeridos, las ediciones o los nuevos procedimientos de la junta, si es necesario, la junta volverá a enviar el informe, en su forma revisada, al Secretario del DSP para su aprobación de acuerdo. Informes devueltos que requieren la integración de una nueva junta, o nuevos miembros a la junta, se llevará a cabo de acuerdo con el reglamento y las pautas proporcionadas a la junta sin tener en cuenta el informe de la junta previa.

   e. Si el Secretario del DSP, el Comisionado, o cualquier miembro de la Junta, adviene en conocimiento de que el candidato mintió, obvio o manipuló información para ser considerado para ascenso, se referirá a investigación administrativa y será descalificado del procedimiento de ascenso.

   f. Cuando se publiquen los resultados de la junta de ascenso a la Oficina del Comisionado del NPPR, el Comisionado hará lo siguiente de inmediato:
      (1) Informar a cada oficial elegible, tanto seleccionado como no seleccionado, de los resultados particulares.

   g. Un oficial que esté en una lista de ascenso y se da de baja de servicio activo al NPPR antes de la fecha de vigencia del ascenso, no será ascendido. Un

regreso posterior al servicio en el NPPR no garantiza un regreso a la lista de ascenso que se tenía antes de haberse separado del servicio al NPPR.

## VI. Evaluación del Proceso de Ascensos

a. El Secretario del DSP, o su designado, en coordinación con el Comisionado, deberán revisar anualmente el contenido de los informes administrativos para garantizar la eficiencia y transparencia del proceso de Ascensos.

b. Se realizará cada año al azar, entrevistas con los presidentes de la Junta de Selección de rango de Inspector hasta Coronel, miembros de la Junta de Selección de rango de Inspector hasta Coronel, registradores o personal de apoyo administrativo para asegurarse de que las Juntas de Selección de rango de Inspector hasta Coronel se lleven a cabo de acuerdo con las disposiciones, reglamentos, políticas y protocolos aplicables.

## VII.   Disposiciones Generales

### A. Interpretación

1. Las palabras y frases utilizadas en este protocolo se interpretarán según el contexto y el significado sancionado por el uso común y corriente.

2. Los términos usados en este protocolo en el tiempo futuro incluyen también el presente; los usados en el género masculino incluyen el femenino y el neutro, salvo los casos en que tal interpretación resulte absurda; el número singular incluye el plural y el plural incluye el singular.

3. Si el lenguaje empleado es susceptible de dos o más interpretaciones, debe ser interpretado para adelantar los propósitos de este protocolo General y de la parte sección o inciso particular objeto de interpretación.

### B. Cumplimiento

1. Será responsabilidad de los empleados del DSP, Comisionados Auxiliares, Comandantes de Área, Directores de Negociados, Oficinas, Divisiones, Distritos y Precintos promover y fomentar el fiel cumplimiento de este protocolo.

2. Todo empleado tendrá la obligación de cumplir con las disposiciones de este protocolo y de informar a su supervisor inmediato o superior del sistema de rango, sobre cualquier violación a estas normas. Cualquier acto u omisión que viole las disposiciones de este protocolo será referido e investigado por la Superintendencia Auxiliar de Responsabilidad Profesional a tenor con las normas aplicables.

**Protocolo de Ascensos para Rangos de Inspector a Coronel**

## C. Derogación

Este protocolo deroga cualquier otro protocolo, reglamento interno, normas, comunicación verbal o escrita o partes de las mismas que entren en conflictos con este.

## D. Vigencia

Este protocolo entrará en vigor el ___ de _____ de 2021.

## E. Aprobación

Aprobado en San Juan, Puerto Rico, hoy ___ de _____ de ____.

**Cnel. Antonio López Figueroa**
Comisionado

**Alexis Torres Ríos**
Secretario