UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff

VS.

COMMONWEALTH OF PUERTO RICO ET AL.
Defendant

CASE #: 3:12-CV-2039 (GAG)

## ORDER re: Work Assigned to the Office of the Special Master at 8/19/21 Hearing

During the hearing of August 19, 2021, several matters were identified by the Court for the Office of the Special Master to attend. Accordingly, the Office of the Special Master shall affirmatively coordinate efforts and consult with the parties to facilitate progress in the following areas:

• **Crisis Intervention Teams.** The parties have made notable progress in compliance with paragraphs 56 and 57 of the Agreement. As such, the Office of the Special Master shall review efforts to date and assess what steps can be taken to accelerate progress accordingly and make the corresponding recommendations to PRPB.

• **Data collection and analysis.** The collection of critical data related to the operations of PRPB and analyzing that data to improve operations, community relations, employee morale, and accountability is a recurring issue throughout virtually every facet of the reform. The Office of the Special Master shall evaluate data collection and analysis capabilities and determine where and how those capabilities can be improved, as well as make the corresponding recommendations to PRPB.

• **Virtual training of PRPB officers.** As noted in the Status Conference, there is well founded concern regarding the potential overuse of virtual training by PRPB. Adequate

training, particularly during the Covid 19 pandemic, is indeed a challenge for all law enforcement agencies across the nation. The Office of the Special Master shall evaluate and assess to ensure the quantity and quality of online training is appropriate and make the corresponding recommendations to PRPB.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 24th day of August of 2021.

S/ GUSTAVO A. GELPI
Gustavo A. Gelpi
U.S. District Judge
