## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>VS.<br><br>COMMONWEALTH OF PUERTO RICO ET AL.<br>Defendant | **CASE #: 3:12-CV-2039 (GAG)** |

### ORDER re: Public Hearing and Status Conference of September 9, 2021

The status conference of September 9, 2021 shall be held at the Jose V. Toledo Courthouse in Old San Juan commencing at 9 a.m. The procedures to be followed will be the same as during the previous hearing (see Docket No. 1803) with a morning and afternoon session.

For the morning public hearing session the following areas will be discussed:
- Professionalization
- Complaints and Internal Investigations
- Search & Seizures
- Equal Protection
- Use of Force
- Policies and Procedures

Each PRPB officer in charge of said areas of the Reform Agreement must submit no later than September 7th at noon to the Monitor, Special Master and USDOJ advance copy of his or her presentation, with an English language translation. At the hearing, each PRPB officer will be ready to respond to the Court's questions (rather than read the document which by then all will be familiar with its contents).

For all areas PRPB shall provide current and reliable statistical data. Specifically for the the area of Equal Protection, PRPB will come prepared with such data to address recent immigration status-based related detentions and arrests, as well as hate crimes.

During the afternoon status conference the Secretary of Public Safety and Commissioner of Police are invited to make statements regarding the areas discussed in the morning session. Subsequently, counsel for the parties and the Court will address the current status of compliance/implementation of the Reform Agreement in light of the Monitor's Fourth Report (Docket No. 1791-1), specifically in the areas of (1) use of force, (2) search and seizure, (3) Equal Protection and non-discrimination, and (4) complaints, internal investigations and discipline of PRPB officers. For purposes of this discussion, PRPB will file a memorandum on or before August 31st and USDOJ will respond on or before September 7th. These deadlines are firm. The Court is cognizant that the Monitor's Fourth Report covers a period predating the incumbency of the current Commonwealth government administration, and that the Fifth Report will cover a period within the same. This afternoon session exercise, however, is of the essence to enable the parties and Court to responsibly evaluate where the Commonwealth stood at the time covered by the Fourth Report and where it stands and is headed in regards to prospective sustainability and compliance. Also, such frank discussion is intended to provide the utmost level of transparency to the Puerto Rico Police Reform.

The Monitor and Special Master will participate in the afternoon session and provide further into the discussion.

If necessary, the status conference will resume the next day, that is the morning of September 10th.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 25th day of August of 2021.

S/ GUSTAVO A. GELPI
Gustavo A. Gelpi
U.S. District Judge