**TDPetrowski, LLC**
**4010 Deep Valley Drive**
**Dallas, Texas 75244**

July 22, 2021 – August 21, 2021

INVOICE # ASM.TDP.2021-8             **TOTAL DUE $11,831.26**
ASSISTANT SPECIAL MASTER
AUGUST INVOICE

**Tasks Completed**

| Hours | Description | Total |
|---|---|---|
| 8.5 | Reviewed/researched/translated as necessary/discussed/reworked documents related to various orders of the Court, PRPD and DOJ and Monitor Office exchanges regarding final drafts of PRPB policies and related appendices; development of the Integrity Checks Process; PRPB career path policy; Early Intervention System (EIS); IT; Status Conference materials. | $1,275 |
| 9 | Drafted, reviewed and responded to texts, emails and all other documents/communications with respective parties, the Special Master, Assistant Special Master and the Court. | $1,350 |
| 13 | Zoom meetings and/or Conference calls with the various Parties. | $1,950 |
| 41 | Travel to and meetings in San Juan 08/18/2021-08/20/2021. | $6,150 |
| Travel Expense | Airfare Dallas to San Juan coach class roundtrip ticket | $429.50 |
| Travel Expense | Lodging 08/18/2021-08/20/2021, Government rate for two nights at $167/night plus taxes | $446.76 |
| Travel Expense | Meals and Incidental Expenses (M&IE), 08/18/2021-08/20/2021, Government rate of $92 per day on site, and 75% travel day rate on two travel days | $230 |

**Total Wages Due = $11,831.26**

**I hereby certify that the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.**

*Thomas D. Petrowski*           8/22/21
_____
       **Thomas D. Petrowski**