GALOEFFERT, LLC
4805 East Lake Road
Sheffield Lake, Ohio 44054

July 23, 2021 through August 22, 2021

INVOICE # 2021-08
ASSISTANT SPECIAL MASTER
August 2021 INVOICE

**TOTAL DUE $14,984.76**

Tasks Completed

| Hours | Description | Total |
|---|---|---|
| 26 | Researched and drafted PRPB career path policy, drafted Integrity Audit plan and submitted to parties for review, prepared materials for onsite visit to PR; email and discussed with the Special Master and other parties. | $3,900.00 |
| 10 | Drafted, reviewed, and responded to emails and all other documents/communication with respective parties and the court. | $1,500.00 |
| 13 | Zoom meetings and/or conference calls with the Parties. | $1,950.00 |
| 43 | Travel and meetings in San Juan 08/18/2021-08/20/2021. | $6,450.00 |
| Travel Expense | Air Fare Cleveland to San Juan claiming coach class ticket | $448.00 |
| Travel Expense | Lodging 08/18/2021-08/20/2021, Govt rate $167/night plus tax | $446.76 |
| Travel Expense | Meals and Incidental Expenses, 08/18/2021-08/20/2021, Govt rate $92/day, travel days ¾ rate at $69/day | $230.00 |
| Travel Expense | Parking Cleveland Airport $20 per day 08/18/2021 – 08/20/2021 | $60.00 |

Total Wages Due = $14,984.76

I hereby certify that the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master.  I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

*Gary A. Loeffert*
Gary A. Loeffert

08/22/2021