## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CIVIL NO.:  12-cv-02039** |
| Plaintiff, | |
| v. | |
| **COMMONWEALTH OF PUERTO RICO, <u>et al.</u>,** | |
| Defendants. | |

### <u>INFORMATIVE MOTION SUBMITTING PRPB'S MEMORANDUM IN COMPLIANCE WITH ORDER AT DOCKET 1825</u>

**MAY IT PLEASE THE COURT:**

**COME NOW** Codefendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau ("PRPB"), through the undersigned attorneys, and very respectfully state and pray:

1.      On August 25, 2021, this Honorable Court ordered PRPB at Docket 1825 to file a memorandum on or before August 31, 2021 regarding "the current status of compliance/implementation of the Reform Agreement in light of the Monitor's Fourth Report (Docket No. 1791-1), specifically in the areas of (1) use of force, (2) search and seizure, (3) Equal Protection and non-discrimination, and (4) complaints, internal investigations and discipline of PRPB officers."

2.      PRPB herein timely submits its memorandum as ordered by the Court as Exhibit 1.

**WHEREFORE,** Defendants Commonwealth of Puerto Rico and the Puerto Rico Police

Bureau, respectfully request this Honorable Court to take notice of the above.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on this same date, we electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system which will send notification of such

filing to all counsel of record.

In San Juan, Puerto Rico, this 31st day of August, 2021.

For Defendants **COMMONWEALTH OF PUERTO RICO AND PUERTO RICO POLICE BUREAU**:

**CANCIO, NADAL & RIVERA, L.L.C.**
P.O. Box 364966
San Juan, Puerto Rico 00936-4966
403 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Tel. (787) 767-9625

*s/Rafael Barreto-Solá*
**RAFAEL BARRETO-SOLÁ**
USDC PR:  211801
rbarreto@cnr.law

*s/Gabriel A. Peñagarícano*
**GABRIEL A. PEÑAGARÍCANO**
USDC PR: 212911
gpenagaricano@me.com

Attorneys for Defendants