IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO, et al.,**<br><br>Defendants. | **CIVIL NO.: 12-cv-02039** |

### INFORMATIVE MOTION SUBMITTING PRESENTATION FROM THE JUSTICE DEPARTMENT OF PUERTO RICO

**MAY IT PLEASE THE COURT:**

**COME NOW** Codefendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau ("PRPB"), through the undersigned attorneys, and very respectfully state and pray:

1. As part of the upcoming public and status hearings scheduled for September 9 and 10, 2021, the Commonwealth will offer the Honorable Court a presentation from the Justice Department of Puerto Rico covering the topics of hate crimes, gender violence and related protocols established between the Justice Department and PRPB. Among other matters, the presentation includes information on the training for prosecutors and on the compilation of statistics in domestic violence cases.

2. The Commonwealth herein submits the Justice Department's presentation as Exhibit 1.

**WHEREFORE,** Defendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau, respectfully request this Honorable Court to take notice of the above.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

In San Juan, Puerto Rico, this 7th day of September, 2021.

For Defendants **COMMONWEALTH OF PUERTO RICO AND PUERTO RICO POLICE BUREAU**:

**CANCIO, NADAL & RIVERA, L.L.C.**
P.O. Box 364966
San Juan, Puerto Rico 00936-4966
403 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Tel. (787) 767-9625

*s/Rafael Barreto-Solá*
**RAFAEL BARRETO-SOLÁ**
USDC PR:  211801
rbarreto@cnr.law

*s/Gabriel A. Peñagarícano*
**GABRIEL A. PEÑAGARÍCANO**
USDC PR: 212911
gpenagaricano@me.com

Attorneys for Defendants