**GOBIERNO DE PUERTO RICO**
Departamento de Justicia

Hon. Pedro R. Pierluisi Urrutia
Gobernador

Hon. Domingo Emanuelli Hernández
Secretario

DIVISIÓN DE COORDINACIÓN DE LAS UNIDADES ESPECIALIZADAS DE
VIOLENCIA DOMÉSTICA, DELITOS SEXUALES, MALTRATO A MENORES Y "DRUG COURT"

Fiscal Laura Hernández Gutiérrez
Directora

Tel: (787) 721-2900
Ext. 1238

9 de septiembre de 2021

Lcda. Susana I. Peñagaricano Brown
Secretaria Auxiliar
Secretaría Auxiliar de lo Civil

Laura Hernández Gutiérrez

**Presentación para la Vista Pública del 9 de septiembre ante el Juez Gustavo A. Gelpi**

Saludos cordiales. Una de las funciones principales del Departamento de Justicia (en adelante "Departamento") es investigar, encausar y procesar criminalmente a las personas que infringen las leyes en la isla. Existen trece (13) fiscalías en Puerto Rico conforme a las trece (13) regiones judiciales creadas por ley. Como es de conocimiento general, para el año 1989, se aprobó la Ley para la Prevención e Intervención con la Violencia Doméstica, Ley Núm. 54 de 15 de agosto de 1989, según enmendada (en adelante, "Ley Núm. 54") que tipifica como delitos aquellos incidentes de violencia física, violencia psicológica, violencia sexual y amenaza que ocurren entre personas que sostienen, hayan sostenido una relación de pareja o procreados hijos. Asimismo, creó las órdenes de protección y estableció criterios para su obtención, entre otros asuntos. A través de los años, la Ley Núm. 54 ha sido enmendada para atemperarse tanto a los cambios sociales como a aquellos ocurridos durante su implementación en el procesamiento criminal. Ha sido política pública del Departamento promover cambios en la Ley Núm. 54 para hacerla una herramienta efectiva en pro de los derechos de las víctimas, así como un método punitivo y/o rehabilitación para los transgresores. Para poder proveer estos servicios esenciales, resulta indispensable atender las necesidades de las víctimas de delito, víctimas secundarias y su entorno familiar. Por consiguiente, el Departamento necesita contar con un programa efectivo en protección a las víctimas diseñado para proveer herramientas de apoyo emocional, económico, de seguridad y otros, en colaboración con el Negociado de la Policía de Puerto Rico.



677 Calle Teniente César González esquina Ave. Jesús T. Piñero, San Juan, Puerto Rico 00918 / P.O. Box 9020192, San Juan, Puerto Rico 00902-0192

t 787.721.2900   www.justicia.pr.gov

## I.  Creación Unidades Especializadas en las trece (13) jurisdicciones judiciales

En el año 1998, se promulgó la *Orden Administrativa Núm. 98-01* que creó las Unidades Especializadas de Violencia Doméstica, Delitos Sexuales y Maltrato a Menores, en atención al compromiso del gobierno de promover de manera más eficaz la investigación y procesamiento efectivo de los delitos relacionados a dichas conductas delictivas. Conforme a la *Orden administrativa 98-01*, el Departamento tenía el firme propósito de crear trece (13) Unidades Especializadas para poder lograr sus objetivos de aumentar la eficiencia de las investigaciones, mejorar la calidad de los servicios a las víctimas y uniformar los procesos a través de la isla. Sin embargo, a pesar de sus esfuerzos, el Departamento cuenta con cuatro (4) Unidades Especializadas en las regiones de Bayamón, Carolina, Ponce y San Juan. Estas cuatro (4) Unidades Especializadas tienen una carga de trabajo extrema en comparación con el resto de las restantes nueve (9) fiscalías. Nótese, que aunque en las restantes nueve (9) jurisdicciones no hay Unidades Especializadas, en estos momentos el Departamento se encuentra en un proceso de selección de cuarenta y ocho (48) fiscales especiales que serán parte de la creación de Unidades Especializadas en estas jurisdicciones. Estos fiscales proveerán el apoyo necesario a los fiscales y personal de apoyo que ya atienden casos de esta naturaleza en las Fiscalías de Aibonito, Aguadilla, Arecibo, Caguas, Fajardo, Guayama, Humacao, Mayagüez y Utuado. De esta forma, el Departamento se asegura que todas las víctimas más vulnerables reciban los servicios requeridos en casos de esta naturaleza, los cuales requieren pericia y la atención individualizada que requieren las víctimas y víctimas secundarias de estos delitos.

Para el Departamento siempre ha sido una prioridad la atención efectiva de los casos de violencia doméstica, delitos sexuales y maltrato a menores. Por esta razón, se firma la *Orden Administrativa 2019-04*, la cual crea la División de Coordinación de las Unidades Especializadas de Violencia Doméstica, Delitos Sexuales y Maltrato a Menores (en adelante, "DCUE") y un Protocolo para la atención de los asuntos bajo su competencia. El Departamento cuenta con veintinueve (29) fiscales especializados en la investigación, radicación y litigación de casos de violencia doméstica, delitos sexuales y maltrato a menores. Es prioridad para el Departamento que los fiscales conozcan e implementen de manera adecuada y rigurosa las disposiciones de ley en la investigación y procesamiento de los casos de violencia doméstica, y a tales efectos ha implementado medidas para priorizar el atender estos casos, así como el entrenamiento necesario a su personal.

El Departamento es recipiente de fondos del Programa "STOP Violencia Against Women" como parte del compromiso para continuar fortaleciendo el cumplimiento con la política pública de cero tolerancias a la violencia doméstica y sexual. Con esta propuesta se ha subvencionado el pago de ocho (8) fiscales especializados y tres (3) transcriptoras de investigación legal.

Para lograr el objetivo de la Orden Ejecutiva 2021-13 del 24 de enero de 2021, firmada por el Gobernador de Puerto Rico, Hon. Pedro R. Pierluisi, quien decretó un estado de emergencia ante el aumento de casos de violencia de género en Puerto Rico y la orden administrativa que data del 1998 se peticionó y justificó a la Junta de Control Fiscal un aumento en la partida de nómina para

poder crear Unidades Especializadas en las nueve (9) regiones judiciales que no cuentan con una Unidad Especializada[1]. La necesidad del personal de apoyo se cuantificó de acuerdo con el número de casos proyectados para el año 2021. Además, se tomó en consideración la complejidad del trabajo que conlleva cada puesto. Nos otorgaron $2,800,000 para estos fines, por lo cual estamos en el proceso de entrevistar y reclutar a cuarenta y ocho (48) fiscales, dieciséis (16) auxiliares administrativos, veintiún (21) transcriptores de investigación legal y diecinueve (19) agentes de investigaciones. Estamos proyectando que en el mes de octubre comenzaremos a adiestrar y especializar al personal reclutado que será asignado a las Unidades Especializadas recién creadas.

De la misma manera que el Departamento aumentó su nómina para desarrollar unidades especializadas en las fiscalías, es imprescindible que la Policía de Puerto Rico refuerce sus divisiones especializadas que atienden estos delitos. Actualmente, la División de Delitos Sexuales y Maltrato a Menores del Negociado de la Policía de Puerto Rico no cuenta con suficiente personal y vehículos para investigar. La naturaleza de estos delitos requiere de un personal con un conocimiento especializado para entender la dinámica de sus sobrevivientes, tanto menores de edad como adultos. Estos delitos tienen un efecto devastador no solo en la persona que sobrevive estos actos delictivos, sino que también afecta a corto y largo plazo su entorno familiar, escolar, laboral y en la comunidad. Es por esto estamos en constante comunicación con la Teniente I Ayme&eacute; M. Alvarado Cardona, Directora del Proyecto Stop VAW y Coordinadora de Divisiones deViolencia Doméstica y la Teniente I Mary Bell Maldonado Ortiz, Coordinadora de las Divisiones de Delitos Sexuales y Maltrato a Menores del Negociado de la Policía de Puerto Rico.

Cabe destacar que conforme a los protocolos existentes que tiene el Departamento de Justicia junto al Negociado de la Policía, en atención a los casos de violencia doméstica, delitos sexuales y maltrato a menores, los policías tienen que consultar con los fiscales todas las querellas que las víctimas o la ciudadanía radiquen al amparo de estas disposiciones. Los fiscales investigan y radican, según sea el caso, las querellas de violencia doméstica en un período de 24 horas, conforme al protocolo establecido mediante la OA 2019-04, mencionada previamente.

En la medida que el Departamento reforzará sus divisiones de violencia doméstica y agresiones sexuales, se hace necesario que las Divisiones de Violencia Doméstica y Delitos Sexuales y Maltrato a Menores cuenten con los agentes suficientes para investigar estos incidentes que requieren más tiempo de preparación por su complejidad. Las víctimas de estos delitos especialmente los de naturaleza sexual solo revelan y hablan de sus situaciones cuando se sienten en confianza, protegidos y preparados para narrar sus experiencias traumáticas. Esta Divisiones deben ser reforzadas con mayor personal y equipo para poder realizar su trabajo en colaboración con el personal de las Fiscalías para atender con mayor efectividad a estas víctimas tan vulnerables.

---

[1] Arecibo, Aguadilla, Fajardo, Humacao, Guayama, Mayagüez, Utuado, Aibonito y Caguas.

## II.   Adiestramientos Especializados a Fiscales, Procuradores de Asuntos de Menores y Procuradores de Asuntos de Familia.

La DCUE desarrolla, coordina y ofrece adiestramientos especializados a fiscales y procuradores de menores de la Isla sobre los temas de violencia doméstica, violencia sexual, maltrato a menores y maltrato institucional. En diciembre de 2020 se desarrolló el adiestramiento virtual titulado *Conversatorio Violencia Sexual: Prevención en Acción* que impactó a fiscales, procuradores de menores, policía estatales y municipales. En el mes de abril de 2021, se llevó a cabo la segunda parte del adiestramiento práctico titulado *Conversatorio Violencia Sexual: Prevención en Acción "Safe Kits"* que contó con peritos serólogos, una ginecóloga obstetra forense, así como profesionales del derecho y la investigación criminal que compartieron sus conocimientos y experiencias en el uso y manejo de los "Safe Kits" en los incidentes de agresión sexual y delitos relacionados. Se presentaron cápsulas educativas pregrabadas donde se describía el equipo, proceso, documentación y ejecución de la toma de evidencia y su análisis forense. Estas cápsulas forman parte de la biblioteca digital que hemos creado para mejorar la capacitación de los fiscales y servir de referencia a nuestros funcionarios de ley y orden.

Asimismo, la División ha llevado a cabo adiestramientos con la colaboración de la organización no gubernamental Coordinadora Paz para las Mujeres sobre las mejores prácticas en la atención e investigación criminal de casos con víctimas de las comunidades LGBTTQ+ para educar a los fiscales sobre los conceptos de identidad de género, expresión de género y otros para facilitar las entrevistas a testigos. Algunos de los temas que se cubrieron fueron *"Integrando Adecuadamente a las Minorías Sexuales y de Género en las Entrevistas Fiscales"* y *"Principios Éticos Universales al Trabajar con las Minorías Sexuales y de Género, Víctimas de Violencia"*. El objetivo de la División es educar a los fiscales para que toda víctima reciba un trato digno y profesional que repercuta en un mejor resultado a nivel de procesamiento criminal y responda a las expectativas de respeto que deben recibir todas las víctimas, independientemente de su género, identidad, expresión de género y otros.

La División coordinó un taller virtual ofrecido por el *"Training Institute on Strangulation Prevention"* de California para que los fiscales estatales y federales, agentes del orden público estatal y federal, Departamento de Salud y organizaciones sin fines de lucro recibieran entrenamiento técnico en casos de delitos de violencia doméstica, delitos sexuales y maltrato a menores cometidos mediante estrangulación. El estrangulamiento es una forma máxima de poder y control donde el agresor demuestra control sobre el próximo aliento de la víctima, lo cual tiene efectos psicológicos devastadores o pero aún un resultado potencialmente fatal. La utilización de la estrangulación como un método para agredir a otra persona es un indicador fehaciente de letalidad. Para profundizar sobre este tema, los fiscales subvencionados con los fondos VAWA recibirán un adiestramiento intensivo sobre este tema todos los viernes del mes de octubre. La intención es continuar colaborando con el Instituto de San Diego para mejorar nuestras

herramientas de prevención, investigación y procesamiento criminal de los casos de violencia de género, abuso sexual y maltrato a menores.

Como parte del compromiso del Departamento con la política pública dirigida a prevenir y erradicar la violencia de género en todas sus manifestaciones, el Instituto de Capacitación y Desarrollo ofreció un calendario de siete adiestramientos con el tema *"Una mirada a las víctimas de violencia de género"*. Este calendario de adiestramientos fue compulsorio para los fiscales, procuradores de asuntos de menores, procuradores de asuntos de familias y técnicos de asistencia social. Ello con el propósito de reforzar la capacitación y el entrenamiento para asegurarnos que, cuenten con las habilidades especializadas necesarias para comprender la realidad del trauma y las consecuencias que generan en las sobrevivientes del ciclo de violencia. Algunos de los títulos de los adiestramientos fueron: *"Principios éticos universales al trabajar con las minorías sexuales y de género víctimas de violencia"*, *"Perspectiva de género como asunto de derechos humanos"* y *"Prejuicios inconscientes que podrían presentarse al ofrecer servicios a las minorías sexuales y de género"*. Estos adiestramientos fueron ofrecidos por excelentes recursos de organizaciones que les proveen servicios a las sobrevivientes como lo son las universidades, activistas de derechos humanos, y albergues de emergencia que laboran con las diferentes manifestaciones de la violencia.

### III. Ampliación en la recopilación de data en el Programa del Registro Criminal Integrado (RCI)

Otro de los proyectos importantes que está desarrollando la DCUE es la ampliación en la recopilación de datos socio demográficos de las víctimas y sospechosos de delito para incluir en la programación del Registro Criminal Integrado (RCI). Asimismo, se planifica la inclusión en RCI de los agravantes en las etapas de procesamiento criminal para ampliar y mejorar las estadísticas del Departamento con relación a la violencia de género. Este proyecto ha incorporado las recomendaciones del Observatorio de Equidad de Género de Puerto Rico y Coordinadora Paz para las Mujeres. Esto nos ayudará, entre otras cosas, a reflejar con mayor certeza la relación entre víctima y sospechoso de delito, para que se puedan identificar los casos de tentativa de asesinato y de agresión grave mutilante que se investigan y radican dentro del marco de una relación enmarcada en la Ley 54. Asimismo, con la data que se recopilará se podrá identificar necesidades de apoyo adicionales a las víctimas o a las personas querelladas/sospechosas que se identifican como comunidades LGBTTQI+. De esta manera, la recopilación y producción de dicha información será más efectiva para la producción de datos confiables con perspectiva de género y obtener estadísticas sobre la incidencia de los crímenes de odio a nivel isla.

### IV. Orden Ejecutiva 2021-13 – Estado de emergencia ante el aumento de casos de violencia de género en Puerto Rico y la creación Comité PARE

El 24 de enero de 2021, el Gobernador de Puerto Rico, Hon. Pedro R. Pierluisi, decretó un estado de emergencia ante el aumento de casos de violencia de género en Puerto Rico mediante la firma de la Orden Ejecutiva 2021-13. En virtud de dicha orden, forman parte del comité un sinnúmero de agencias gubernamentales, representantes de la academia, rama judicial, organizaciones no gubernamentales y comunitarias y los medios de comunicación. El Departamento es una de las agencias que componen el comité PARE y colabora activamente en la toma de decisiones. La DCUE, en representación del Secretario de Justicia, es miembro de los subcomités de Agresión Sexual, "Safe Kits", Política Pública y Legislación, junto a la Oficina de la Jefa de Fiscales. Como parte de los esfuerzos para atender a las sobrevivientes de violencia sexual que se realizaron un SAFE Kit, se está trabajando un proyecto para la notificación del estatus del análisis de su examen forense.

### V. Acuerdos Colaborativos y Comités Interagenciales

La División participa en comités interagenciales en los que también existe representación de la academia y comunitaria, cuyo propósito es trabajar de distintos modos y de manera integrada, con aspectos de criminalidad en la isla. Algunos de los acuerdos interagenciales que representa el trabajo colaborativo que se está llevando a cabo en esta área son los siguientes:

- *Puerto Rico Crimes Against Children Task Force Memorandum of Agreement Between Federal and State Agency Partners*

    Este acuerdo fue suscrito con "Homeland Security Investigation", el Departamento de Justicia de Puerto Rico, Fiscalía Federal, Negociado de la Policía de Puerto Rico, Departamento de la Familia, Departamento de Salud y la Universidad Carlos Albizu. La misión es que las agencias del orden público estatal y federal participen colaborativa y activamente en la investigación y procesamiento criminal de los casos de explotación y pornografía infantil, entre otros. Asimismo, aumentar los esfuerzos para educar a la comunidad. Este acuerdo colaborativo ha sido efectivo en el procesamiento de casos a nivel estatal y federal puesto que tenemos varios casos de naturaleza sexual en diferentes jurisdicciones que hemos trabajado en conjunto con HSI y la fiscalía federal. El Departamento de Justicia de Puerto Rico radica por los delitos de contacto físico mientras que el Departamento de Justicia Federal radica por los delitos en los cuales se utilizan las redes sociales. La DCUE convoca reuniones mensuales en las cuales participan los fiscales subvencionados con los fondos VAWA, los fiscales coordinadores de las Unidades Especializadas y los fiscales enlaces de las fiscalías que no hay Unidades Especializadas. Asimismo, participa un representante de HSI para ofrecer adiestramientos breves sobre los temas que forman parte de este acuerdo.

- *Renewed Memorandum of Understanding Between the Puerto Rico Department of Justice, The Puerto Rico Department of Public Safety, the Puerto Rico Bureau of Police, the Puerto Rico Special Investigation Bureau, The Puerto Rico Bureau of Forensic Sciences, and the United States Attorney's Office for the District of Puerto Rico for the Referral and Handling of Cases Where There is Concurrent State and Federal Jurisdiction.*

Este acuerdo fue firmado el 10 de septiembre de 2020 para promover iniciativas colaborativas para investigar y procesar casos de jurisdicción concurrente, federal y estatal. Su vigencia es de tres (3) años a partir de su firma. Este acuerdo ha tomado mayor relevancia después del caso del año 2016, Commonwealth of Puerto Rico v Sánchez Valle, 579 U.S. ____ (2016).

- *Protocolo Interagencial para Proveer Orientación a Víctimas de Violencia Doméstica y Coordinar Intercambio de Información.*

Este acuerdo fue suscrito entre la Rama Judicial, Departamento de Corrección y Rehabilitación Negociado de la Policía de Puerto Rico, Departamento de Salud, Departamento de la Familia, Oficina de la Procuradora de las Mujeres, Oficina de Servicios con Antelación al Juicio, Junta de Libertad Bajo Palabra, Junta de Gobierno del Servicio 9-1-1 y el Departamento de Justicia con el propósito de sistematizar la orientación e información asertiva y oportuna a las Víctimas de Violencia Doméstica sobre los Servicios, Derechos y el Proceso Judicial que enfrentarán; y el intercambio efectivo de información entre los componentes del sistema de justicia para una intervención y prevención efectiva. El mismo se encuentra aún vigente y fue firmado el día 6 de julio de 2013.

- *Acuerdo de Colaboración para el Proyecto Piloto de la Sala Especializada en Casos de Violencia Doméstica.*

Este acuerdo fue suscrito con la Rama Judicial, Departamento de Justicia, Departamento de la Familia, Administración para el Sustento de los Menores, Administración de Familias y Niños, Administración para el Desarrollo Socioeconómico de la Familia, Departamento de Corrección y Rehabilitación, Negociado de la Policía de Puerto Rico, Clínica de Asistencia Legal de la Universidad Interamericana de Puerto Rico y la Universidad de Puerto Rico – Recinto de Río Piedras.

Estamos en la mejor disposición de aclarar cualquier duda sobre este asunto.