### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CIVIL NO.: 12-cv-02039** |
| Plaintiff, | |
| v. | |
| **COMMONWEALTH OF PUERTO RICO, et al.,** | |
| Defendants. | |

### MOTION REQUESTING LEAVE OF COURT TO FILE
### DOCUMENTS IN THE SPANISH LANGUAGE

**MAY IT PLEASE THE COURT:**

**COMES NOW** the Commonwealth of Puerto Rico, through the undersigned attorneys, and very respectfully state and pray:

1. Today, the Commonwealth filed an Informative Motion at Docket 1841 regarding a presentation from the Justice Department of Puerto Rico for the September 9, 2021 hearing in this case.

2. The appearing party respectfully requests leave of the Court to file the attachment in support of the referenced motion in the Spanish language, as well as twenty (20) days to submit a translation of the documents in the English language.

**WHEREFORE**, the appearing party respectfully requests that the Court take notice of the above, and grant leave to file the attachment in support of the Informative Motion at Docket 1841

Motion Requesting Leave of Court to File Documents
in the Spanish Language
Civil No. 12-02039
Page 2 of 2

in the Spanish language, and a period of time of twenty (20) days to submit the translation of said attachment in the English language.

    **RESPECTFULLY SUBMITTED.**

    **I HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

    In San Juan, Puerto Rico, this 7th day of September, 2021.


**CANCIO, NADAL & RIVERA, L.L.C.**
P.O. Box 364966
San Juan, Puerto Rico  00936-4966
403 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Tel. (787) 767-9625


**S/ RAFAEL BARRETO-SOLÁ**
USDC PR: 211801
rbarreto@cnr.law


**S/ GABRIEL A. PEÑAGARÍCANO**
USDC PR: 212911
gpenagaricano@me.com