# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>      v.<br><br>COMMONWEALTH OF PUERTO RICO, et al.<br><br>  Defendants, | CASE No. 12-cv-2039 (GAG) |

## MINUTE FOR PROCEEDINGS HELD ON 9/09/2021

On September 9, 2021, the Court held a Status Conference in the Courtroom #5 of the Old San Juan Courthouse at 9:00 AM. The Parties were represented by their respective counsel, Luis Saucedo and Jorge Castillo for Plaintiff and Gabriel Peñagaricano, Rafael Barreto for PRPB as well as the Director of the Reform Unit Captain Carlos Figueroa Ostolaza. Special Master Alex Del Carmen, Thomas Petrowski Assistant Special Master, Gary A. Loeffert Second Assistant, John Romero Chief Monitor and Chief Deputy TCA Monitor Denisse Rodriguez were also present.

The Court accepted the petitions made by Justice Federico Gonzalez Denton and Attorney Alfredo Castellanos to stepdown from their positions in this case and thanked them for the great service they provided for almost eight years to the Monitor's Office.

As per Court Order [1825] the matters to be discussed in today's conference were:
- Professionalization
- Complaints and Internal Investigations
- Search & Seizures
- Equal Protection
- Use of Force
- Policies and Procedures

_____

The parties inquired as to the presentations submitted by the PRPB Officers in charge of each topic. On behalf of P.R. Secretary of Justice, Prosecutor Laura Hernández who is in charge of the Division of Special Units that addresses, among other issues, the matters of Domestic Violence, Sexual Offenses, Hate Crimes and Drug Courts was heard on the need for the PRPD to reinforce the investigations, improve statistics and expand existing programs to the whole island. Three written presentations were provided to the Court by individuals and community organizations. Copies were provided to the parties.

During the afternoon session, parties were heard on their collaborative efforts to obtain compliance and prospective sustainability. <u>The parties shall file by October 1st 2021 a Joint Informative Motion regarding the matter of the *Terry Stops*</u>. The Court once again congratulated the parties for their commitment in this endeavor.

 A Public Hearing and Status Conference will be set for the month of April 2022.

.

*s/Cristina Dones-Taylor*
CRISTINA DONES-TAYLOR
COURTROOM DEPUTY CLERK