OFFICE OF THE FPMPR LLC.
B-5 Calle Tabonuco Suite 216 PMB 292
Guaynabo, Puerto Rico 00968

August 3, 2021

Professional services rendered by the members of the Office of the FPMPR LLC. For August 2021:

| NAME | AMOUNT | MONTH |
|---|---|---|
| John Romero | $19,899.00 | August 2021 |
| Castellanos Group LLC | $    450.00 | August 2021 |
| Spece | $  4,099.68 | August 2021 |
| The & Group LLC (Javier González) | $  9,930.00 | August 2021 |
| Dr. David Levy | $10,698.56 | August 2021 |
| Denise Rodriguez | $17,539.33 | August 2021 |
| Viota & Associates CPA LLC | $    950.00 | August 2021 |
| Donald S. Gosselin | $12,376.45 | August 2021 |
| Al Youngs | $11,897.40 | August 2021 |
| Rafael E. Ruiz | $11,656.45 | August 2021 |
| Scott Cragg | $11,539.10 | August 2021 |
| Federico Hernández Denton | $ | August 2021 |
| Correa Acevedo & Abesada Law offices, PSC (Lcdo. Roberto Abesada) | $  9,753.80 | August 2021 |
| Rita J. Watkins | $  7,118.40 | August 2021 |
| Merangelie Serrano | $  7,840.00 | August 2021 |
| Luis Hidalgo | $11,500.00 | August 2021 |
| Korber Group | $  1,628.17 | August 2021 |
| Samantha Rhinerson | $    800.00 | August 2021 |
| Claudia Cámara | $  1,200.00 | August 2021 |
| Manuel Arroyo | $  1,640.00 | August 2021 |
| Hipolito Castro Jr | $  6,753.58 | August 2021 |
| Laboratorio Clínico las Américas | $    100.00 | August 2021 |
| **TOTAL:** | $159,369.92 | August 2021 |
| | | |