**Al Youngs**
**5552 West Lakeridge Road**
**Lakewood, CO 80227**

August 1– August 31, 2021
Invoice No. 27
Member of Federal Monitor Team

| Date | Brief Description | Total Hours |
|---|---|---|
|  | Reviewed and responded to emails and conference calls for the month of August. |  |
| 08/10 08/12 | From Members of the Monitor Team | 3.0 Hours |
| 08/23 08/30 | Internal Monitor Team meetings | 3.0 Hours |
| 08/09 08/18 | Phone calls with PRPB Recruitment and Training Academy | 2.0 Hours |
| 08/01 thru 08/30 | Several meetings and phone calls with Monitor and Deputy Monitor | 3.0 Hours |
|  | During site visit to Puerto Rico: |  |
| 08/15 thru 08/19 | FPM Team meeting at the Monitor's Office. Met with Reform Unit, Police Headquarters. Met with IT Directors Juan Carlos and Angel Camareno and US DOJ via Zoom 3 reference inspections. Supervision and Management interviews at Monitor's Office. | 32.0 Hours |
| 08/16 | Reviewed and verified sample list of recruits in classes 229, 230, 231 and proposed class 232, which were received from Recruitment Division and verified names provided by Recruitment Division with interim Recruitment Director and Raphael Ruiz, obtained examples of community outreach and most current strategic plan. Also discussed new Recruitment brochure and QR Code. Also attending was Captain Figueroa of the Reform Unit and a member of the Recruitment staff (a transsexual), who discussed recruiting efforts in the LGBTQ community. Received documents indicating recruitment efforts with foreign Consulates. | 2.0 Hours |
| 08/16 | Met with SARP to discuss inspections and reviews. | 2.0 Hours |
| 08/19 | Attended Status Conference with Judge Gustavo Gelpi. | 5.0 Hours |

| 08/23 | Translated and gave recommendations concerning SIO operations, OG Seccion de Integridad Operacional (MON-OR-426-04-08-2021).docx. | 3.0 Hours |
|---|---|---|
| 08/31 | Translated, completed and forwarded five Supervisor surveys for August. | 5.0 Hours |

**TOTAL HOURS:  60**

Billable Hours:    60 Hours at a Rate of $165.00 Per Hour = $9,900.00

                              **Total:**          **$9,900.00**

**TOTAL WAGES AND EXPENSE REIMBURSEMENT**          **$11,897.40**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_____                              _8/31/2021_____
        Signature                                                                                                                    Date



# Office of the Technical Compliance Advisor Travel Reimbursement Form

Enter all required information below to obtain travel reimbursement. If spending did not occur in a category, please enter zeros. Zeros will likely need to be entered for one or more of the ground transportation options. The "Total" column of the table will update based on the information entered into the "Unit Cost" and "Units" columns. To update the "Total" column, click CTRL+A and then F9. Receipts for airfare, lodging, ground transportation, and PCR testing must be submitted with this form. Submit the Travel Reimbursement Form and accompanying receipts to Javier Gonzalez (Javier.benito@me.com) with the Chief Monitor (jrrjjr.romero@gmail.com) and/or his designee copied along with your monthly invoice.

**Traveler Name:** Alan Youngs

**Travel Start Date: 8/15/2021    Travel End Date: 8/20/2021**

**Purpose of Travel:** Business

| Travel Reimbursement | | | |
|---|---|---|---|
|  | Unit Cost | Units | Total |
| Airfare | $347.70 | 1 | $ 347.40 |
| Airfare | $243.70 | 1 | $ 243.70 |
| Baggage | $0.00 | 0 | $ 0.00 |
| Ground Transportation (Uber/Lyft/Taxi) | $30.00 | 1 | $ 30.00 |
| Ground Transportation (Uber/Lyft/Taxi) | $65.00 | 1 | $ 65.00 |
| Ground Transportation (Parking) | $0.00 | 0 | $ 0.00 |
| Ground Transportation (Mileage) | $0.00 | 0 | $ 0.00 |
| Lodging | $135.70 | 5 | $ 678.50 |
| Per Diem (Travel Days) | $86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $115.00 | 4 | $ 460.00 |
| Other: | $0.00 | 0 | $ 0.00 |
| Total |  |  | $1,997.40 |

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098



# Past flight details

The receipt information below does not include any add ons during purchase, flight changes, flight cancellations, or in-flight purchases.

AUG 15 **Confirmation #4BV8OU**

 San Juan, PR

Denver, CO to San Juan, PR

## Summary

| PASSENGER | POINTS EARNED | FARE TOTAL |
|---|---|---|
| Alan Youngs | +2,355 PTS | $347.70 |

## Pricing details

| ROUTING | DATE | FARE TYPE | POINTS EARNED | FARE |
|---|---|---|---|---|
| DEN to SJU | 8/15/21 | Wanna Get Away® | +2,355 PTS | $314.00 |
| | | | Taxes & fees | $33.70 |

| | |
|---|---|
| Total | $347.70 |
| Total points earned | +2,355 PTS |



## Past flight details

The receipt information below does not include any add ons during purchase, flight changes, flight cancellations, or in-flight purchases.

AUG 20                                                                                                              **Confirmation #4BXIP9**

✈ Denver, CO

San Juan, PR to Denver, CO

## Summary

| PASSENGER | POINTS EARNED | FARE TOTAL |
|---|---|---|
| Alan Youngs | +1,575 PTS | $243.70 |

## Pricing details

| ROUTING | DATE | FARE TYPE | POINTS EARNED | FARE |
|---|---|---|---|---|
| SJU to DEN | 8/20/21 | Wanna Get Away® | +1,575 PTS | $210.00 |
| | | | Taxes & fees | $33.70 |

|  |  |
|---|---|
| Total | $243.70 |
| Total points earned | +1,575 PTS |

**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Alan Youngs
5552 W Lakeridge Rd
Lakewood CO 80227
United States

Room: 0907
Room Type: EKNG
No. of Guests: 1
Rate:  $   115.00   Clerk: 9993

Marriott Rewards #   119330892

CRS Number  97767288

Name:

Arrive:  08-15-21          Time:  19:01          Depart:  08-20-21          Folio Number:  665636

| Date | Description | Charges | Credits |
|---|---|---|---|
| 08-15-21 | Package | 115.00 | |
| 08-15-21 | Government Tax | 10.35 | |
| 08-15-21 | Hotel Fee | 10.35 | |
| 08-16-21 | COMEDOR- Guest Charge (Breakfast) | 6.14 | |
| 08-16-21 | Package | 115.00 | |
| 08-16-21 | Government Tax | 10.35 | |
| 08-16-21 | Hotel Fee | 10.35 | |
| 08-17-21 | COMEDOR- Guest Charge (Breakfast) | 6.14 | |
| 08-17-21 | Package | 115.00 | |
| 08-17-21 | Government Tax | 10.35 | |
| 08-17-21 | Hotel Fee | 10.35 | |
| 08-18-21 | COMEDOR- Guest Charge (Breakfast) | 12.90 | |
| 08-18-21 | Package | 115.00 | |
| 08-18-21 | Government Tax | 10.35 | |
| 08-18-21 | Hotel Fee | 10.35 | |
| 08-19-21 | The Market - Food | 2.02 | |
| 08-19-21 | SALES TAX- 10.5% State | 0.21 | |
| 08-19-21 | SALES TAX- 1% Municipality | 0.02 | |
| 08-19-21 | The Market - Food | 2.24 | |
| 08-19-21 | SALES TAX- 10.5% State | 0.24 | |
| 08-19-21 | SALES TAX- 1% Municipality | 0.02 | |
| 08-19-21 | Package | 115.00 | |
| 08-19-21 | Government Tax | 10.35 | |
| 08-19-21 | Hotel Fee | 10.35 | |
| 08-20-21 | Visa Card | | 708.43 |
| | *Card #* | | |

**COURTYARD®**
**Marriott.**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Alan Youngs
5552 W Lakeridge Rd
Lakewood CO 80227
United States

Room: 0907
Room Type: EKNG
No. of Guests: 1
Rate:  $  115.00  Clerk: 9993

Marriott Rewards #   119330892

CRS Number  97767288

Name:

Arrive:  08-15-21        Time:  19:01        Depart:  08-20-21        Folio Number:  665636

| Date | Description | Charges | Credits |
|---|---|---|---|
|  | XXXXXXXXXXXX5094 |  |  |
|  | Balance |  | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

**Taxi Turistico**

METROPOLITAN AREA
AREA METROPOLITANA
U _35_

DATE 8/20/21
FROM L' Mariot
TO LMM
FARE $ 30.0
LUGGAGE $
TOTAL $ 30.0
SIGNATURE

*"THANK YOU FOR YOUR VISIT TO PUERTO RICO"*

Marriott Hotel
to
San Juan Airport

---

Thank You
Fare $ 65      Date 8/20/21
From Den INT
To 1346 IVY
Name Keane    Cab No.
**FREEDOM CABS   303-444-4444**

Denver Int'l Airport
to
Home