

# INVOICE

INVOICE NUMBER:  193
INVOICE DATE:  AUGUST 31, 2021

FROM: Castellanos Group P.S.C.
Condominio Madrid, 1760 Loíza Street, Suite 304
00911 San Juan

TO: Police Reform, Case No: 3:12-cv-2039 (GAG)

00918 San Juan

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| AUG-22-21 | Case: 3:12 cv 2039 (GAG) | Discussions re; House of Representatives Investigaton of Police Reform; comms. with Monitor Romero; comms. with Hernández Denton, Esq. and Monitors' team members | 2.00 | $225.00 | $450.00 |
| | | Total hours for this invoice | 2.00 | | |
| | | Total amount of this invoice | | | $450.00 |