**Office of the FPMPR LLC**
VIG Tower, PH – 924

1225 Ave. Juan Ponce de Leon

San Juan, PR 00907

**Name:** Claudia Cámara-León
**Supervisor:** Javier Gonzales, Esq.

## Work Timesheet (August 2021)

| Date | Task | Total Hours |
|---|---|---|
| **August 2, 2021** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 4.0 |
| **August 4, 2021** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 4.0 |
| **August 6, 2021** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| **August 9, 2021** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 4.0 |
| **August 11, 2021** | Present at the office during working hours. Office duties: taking calls and checking voicemails. Verifying the Sections documents in the dropbox. | 4.0 |
| **August 13, 2021** | Present at the office during working hours. Outlining the Fall newsletter. Office duties: taking calls and checking voicemails. | 7.0 |
| **August 17, 2021** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 4.0 |
| **August 18, 2021** | Present at the office during working hours. Started working on CMR 5 templates. Office duties: taking calls and checking voicemails. | 4.0 |
| **August 19, 2021** | Present at the office during working hours. Worked on CMR 5 templates. | 7.0 |

| | | |
|---|---|---|
| **August 24, 2021** | Present at the office during working hours. Office duties: taking calls and checking voicemails. Made fixes to the templates. | 4.0 |
| **August 25, 2021** | Present at the office during working hours. Office duties: taking calls and checking voicemails. Made fixes to the templates. | 4.0 |
| **August 26, 2021** | Present at the office during working hours. Office duties: taking calls and checking voicemails. Made fixes to the templates. | 7.0 |

**Total,   60 hours for $20 = $1,200**

I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Signature,
Claudia S. Cámara León

_____