**CORREA ACEVEDO & ABESADA LAW OFFICES, PSC**
Centro Internacional de Mercadeo - II
90 Carr. 165 Suite 407
Guaynabo, PRI 00968
USA

September 14, 2021
Invoice # 18510

**United States v. Commonwealth of Puerto Rico**
**Police Reform, Case No. 12-2039 (GAG)**

Professional Services

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/1/2021 | RAA | Review emails from D. Rodriguez and other team members. | 0.20 195.00/hr | 39.00 |
| 8/2/2021 | RAA | Plan and prepare for team meeting. | 0.40 195.00/hr | 78.00 |
|  | RAA | Appear and attend team meeting. | 1.00 195.00/hr | 195.00 |
|  | RAA | Review and respond to email from D. Rodriguez. | 0.20 195.00/hr | 39.00 |
|  | RAA | Review emails from D. Rodriguez, S. Cragg, and A. Del Carmen. | 0.20 195.00/hr | 39.00 |
|  | RAA | Review email and certification from N. Nusso | 0.10 195.00/hr | 19.50 |
|  | RAA | Review email from D. Gosselin | 0.10 195.00/hr | 19.50 |
|  | SL | Appear and attend team meeting. | 1.00 83.00/hr | 83.00 |
| 8/3/2021 | RAA | Review and respond to emails from D. Rodriguez and J. Romero. | 0.20 195.00/hr | 39.00 |
|  | RAA | Review further emails from D. Rodriguez. | 0.20 195.00/hr | 39.00 |

787-273-8300

|            |     |                                                                   | Hrs/Rate          | Amount |
|------------|-----|-------------------------------------------------------------------|-------------------|--------|
| 8/3/2021   | RAA | Review additional emails from team members.                       | 0.20 195.00/hr    | 39.00  |
|            | RAA | Review court order regarding status conference.                   | 0.10 195.00/hr    | 19.50  |
|            | RAA | Review emails from D. Rodriguez, A. Del Carmen, and J. Romero.    | 0.30 195.00/hr    | 58.50  |
| 8/5/2021   | RAA | Review emails from team members, special master and PRPB.         | 0.30 195.00/hr    | 58.50  |
| 8/6/2021   | RAA | Telephone call from J. Romero.                                    | 0.30 195.00/hr    | 58.50  |
|            | RAA | Review email from J. Rivera from PRPB                             | 0.10 195.00/hr    | 19.50  |
|            | RAA | Preliminary review of joint IT draft.                             | 0.30 195.00/hr    | 58.50  |
|            | RAA | Review emails from D. Rodriguez                                   | 0.20 195.00/hr    | 39.00  |
|            | RAA | Review emails from L. Saucedo.                                    | 0.20 195.00/hr    | 39.00  |
|            | RAA | Review email from R. Watkins                                      | 0.10 195.00/hr    | 19.50  |
| 8/8/2021   | RAA | Review and respond to emails from J. Romero and D. Rodríguez.     | 0.20 195.00/hr    | 39.00  |
| 8/9/2021   | RAA | Plan and prepare for biweekly meeting.                            | 0.50 195.00/hr    | 97.50  |
|            | RAA | Appear and attend biweekly meeting.                               | 0.90 195.00/hr    | 175.50 |
|            | RAA | Review emails from N. Nusso from PRPB.                            | 0.20 195.00/hr    | 39.00  |
|            | RAA | Review emails from L. Saucedo.                                    | 0.10 195.00/hr    | 19.50  |
|            | RAA | Review email from C. Figueroa                                     | 0.10 195.00/hr    | 19.50  |
|            | RAA | Review email from D. Rodriguez                                    | 0.10 195.00/hr    | 19.50  |
| 8/10/2021  | RAA | Review emails from parties and team.                              | 0.40 195.00/hr    | 78.00  |

|            |     |                                                                                                       | Hrs/Rate          | Amount |
|------------|-----|-------------------------------------------------------------------------------------------------------|-------------------|--------|
| 8/10/2021  | RAA | Telephone calls from J. Romero                                                                        | 0.40<br>195.00/hr | 78.00  |
| 8/11/2021  | RAA | Review emails from team members, USDOJ and PRPB.                                                      | 0.60<br>195.00/hr | 117.00 |
| 8/12/2021  | RAA | Telephone call from J. Romero.                                                                        | 0.40<br>195.00/hr | 78.00  |
|            | RAA | Review emails from PRPB, L. Saucedo and A. Del Carmen on promotions protocol. Provide opinion to J. Romero. | 0.50<br>195.00/hr | 97.50  |
|            | RAA | Review other emails from parties and team members.                                                    | 0.40<br>195.00/hr | 78.00  |
| 8/13/2021  | RAA | Telephone call from J. Romero.                                                                        | 0.30<br>195.00/hr | 58.50  |
|            | RAA | Review emails from parties and Special Masters.                                                       | 0.30<br>195.00/hr | 58.50  |
|            | RAA | Review order and complete compulsory survey.                                                          | 0.30<br>195.00/hr | 58.50  |
|            | RAA | Review orders issued by the court.                                                                    | 0.20<br>195.00/hr | 39.00  |
|            | RAA | Email orders to J. Romero and D. Rodriguez.                                                           | 0.10<br>195.00/hr | 19.50  |
| 8/15/2021  | RAA | Review emails related to week's site visit and agenda.                                                | 0.20<br>195.00/hr | 39.00  |
|            | RAA | Various calls from J. Romero.                                                                         | 0.40<br>195.00/hr | 78.00  |
|            | RAA | Review and analyze consent decree to prepare email to counsel for PRPB.                               | 0.30<br>195.00/hr | 58.50  |
|            | RAA | Meeting with J. Romero.                                                                               | 0.90<br>195.00/hr | 175.50 |
|            | RAA | Email to PRPB's counsel.                                                                              | 0.10<br>195.00/hr | 19.50  |
| 8/16/2021  | RAA | Plan and prepare for meetings today.                                                                  | 1.40<br>195.00/hr | 273.00 |
|            | RAA | Appear and attend meetings today.                                                                     | 2.80<br>195.00/hr | 546.00 |
| 8/17/2021  | RAA | Plan and prepare for meetings today.                                                                  | 0.90<br>195.00/hr | 175.50 |

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/17/2021 | RAA | Appear and attend meetings today. | 3.80 195.00/hr | 741.00 |
| | RAA | Email to counsel of PRPB. | 0.10 195.00/hr | 19.50 |
| | RAA | Review emails from team, parties, and special master. | 0.30 195.00/hr | 58.50 |
| | RAA | Review order regarding upcoming hearing. | 0.10 195.00/hr | 19.50 |
| | RAA | Review order approving motion for disbursement of funds. | 0.10 195.00/hr | 19.50 |
| | YMT | Prepare and file Motion for Disbursement of Funds. | 0.40 138.00/hr | 55.20 |
| 8/18/2021 | RAA | Review orders regarding hearing tomorrow. | 0.20 195.00/hr | 39.00 |
| | RAA | Review motion to restrict | 0.10 195.00/hr | 19.50 |
| | RAA | Review informative motion and attachment filed by PRPB | 0.30 195.00/hr | 58.50 |
| | RAA | Review motion for leave to file documents in Spanish | 0.10 195.00/hr | 19.50 |
| | RAA | Review and respond to emails from counsel of PRPB and USDOJ. | 0.20 195.00/hr | 39.00 |
| | RAA | Plan and prepare for meetings. Attend meetings at Monitor's office. Conference call with counsel for PRPB. | 3.40 195.00/hr | 663.00 |
| | RAA | Plan and prepare for hearing tomorrow. | 1.50 195.00/hr | 292.50 |
| | RAA | Review emails from counsel for PRPB, J. Romero and Special Master, including attachments and presentations. | 0.80 195.00/hr | 156.00 |
| 8/19/2021 | RAA | Meet team before federal court hearing. Appear and attend morning and afternoon sessions in federal court Old San Juan courthouse. Post hearing meeting with team and judge. | 7.90 195.00/hr | 1,540.50 |
| | RAA | Review court orders regarding motions recently filed by PRPB. | 0.20 195.00/hr | 39.00 |
| 8/20/2021 | RAA | Review PRPB's motion to restrict. | 0.10 195.00/hr | 19.50 |
| | RAA | Review PRPB's motion for leave to file Spanish documents. | 0.10 195.00/hr | 19.50 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/20/2021 | RAA | Review PRPB's informative motion and response to CMR-4. | 0.10<br>195.00/hr | 19.50 |
| | RAA | Review and analyze response to CMR-4.  Email to D. Rodriguez and J. Romero regarding the same. Review exchange of emails. | 0.90<br>195.00/hr | 175.50 |
| | RAA | Review emails from C. Figueroa and other PRPB members. | 0.20<br>195.00/hr | 39.00 |
| | RAA | Review emails from D. Rodriguez and A. Del Carmen.  Review emails from L. Saucedo. | 0.30<br>195.00/hr | 58.50 |
| 8/23/2021 | RAA | Review emails from the parties and team members. | 0.40<br>195.00/hr | 78.00 |
| | RAA | Plan and prepare for biweekly meeting. | 0.40<br>195.00/hr | 78.00 |
| | RAA | Attend videoconference biweekly meeting. | 1.00<br>195.00/hr | 195.00 |
| | RAA | Review email from S. Cragg. | 0.10<br>195.00/hr | 19.50 |
| | RAA | Review various court orders. | 0.20<br>195.00/hr | 39.00 |
| 8/24/2021 | RAA | Review and respond to email inquiries from D. Rodriguez. | 0.20<br>195.00/hr | 39.00 |
| | RAA | Review various court orders. | 0.20<br>195.00/hr | 39.00 |
| | RAA | Review minute entry. | 0.10<br>195.00/hr | 19.50 |
| | RAA | Review emails from J. Romero, PRPB, special master and other team members. | 0.40<br>195.00/hr | 78.00 |
| 8/25/2021 | RAA | Review order on status conference and agenda items. | 0.20<br>195.00/hr | 39.00 |
| | RAA | Email status conference order and agenda to J. Romero and D. Rodriguez. | 0.10<br>195.00/hr | 19.50 |
| | RAA | Review emails from team members and Special Master. | 0.30<br>195.00/hr | 58.50 |
| 8/26/2021 | RAA | Review emails from D. Rodriguez and J. Romero. | 0.20<br>195.00/hr | 39.00 |
| | RAA | Review emails from USDOJ, PRPB and special master. | 0.20<br>195.00/hr | 39.00 |

|            |     |                                                                        | Hrs/Rate         | Amount    |
|------------|-----|------------------------------------------------------------------------|------------------|-----------|
| 8/27/2021  | RAA | Review email from PRPB and monitor team.                               | 0.30<br>195.00/hr | 58.50    |
| 8/30/2021  | SL  | Appear and attend team meeting.                                        | 1.20<br>83.00/hr  | 99.60    |
|            | RAA | Telephone call from J. Romero.                                         | 0.30<br>195.00/hr | 58.50    |
|            | RAA | Plan and prepare for team meeting.                                     | 0.40<br>195.00/hr | 78.00    |
|            | RAA | Appear and attend team meeting.                                        | 1.20<br>195.00/hr | 234.00   |
|            | RAA | Review emails from PRPB and team member.                               | 0.40<br>195.00/hr | 78.00    |
|            | RAA | Email to PRPB's counsel.                                               | 0.10<br>195.00/hr | 19.50    |
| 8/31/2021  | RAA | Exchange of emails with D. Rodriguez.                                  | 0.20<br>195.00/hr | 39.00    |
|            | RAA | Review emails from J. Gonzalez.                                        | 0.10<br>195.00/hr | 19.50    |
|            | RAA | Plan and prepare for 253 meeting.                                      | 0.80<br>195.00/hr | 156.00   |
|            | RAA | Appear and attend 253 meeting.                                         | 1.50<br>195.00/hr | 292.50   |
|            | RAA | Telephone call from J. Romero.                                         | 0.30<br>195.00/hr | 58.50    |
|            | RAA | Review informative motion with exhibit filed by PRPB. Review exhibit.  | 0.40<br>195.00/hr | 78.00    |
|            | RAA | Review motion to restrict.                                             | 0.10<br>195.00/hr | 19.50    |
|            | RAA | Review motion for leave to filed exhibit in Spanish.                   | 0.10<br>195.00/hr | 19.50    |
|            | RAA | Email to J. Romero with exhibit filed.                                 | 0.10<br>195.00/hr | 19.50    |
|            |     | **For professional services rendered**                                 | 51.40            | $9,753.80 |

Timekeeper Summary

| Name                    | Hours | Rate   | Amount     |
|-------------------------|-------|--------|------------|
| Roberto Abesada Agüet   | 48.80 | 195.00 | $9,516.00  |

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Stephanie Leon | 2.20 | 83.00 | $182.60 |
| Yesenia Medina Torres | 0.40 | 138.00 | $55.20 |

WE HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN OUR CAPACITY AS THE FIRM SERVING AS GENERAL COUNSEL OF THE FEDERAL MONITOR'S OFFICE. WE FURTHER CERTIFY THAT WE HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH OF PUERTO RICO, OR ANY OF ITS DEPARTMENTS, MUNICIPALITIES OR AGENCIES.