# INVOICE

| | | |
|---|---|---|
| **DATE** | **INVOICE NO** | **Denise Rodriguez** |
| 7/31/2021 | #011 | 3003 San Sebastian St. |
| | | Mission, TX 78572 |
| | | 956-279-3097 |
| | | drodriguez_PRI@outlook.com |

**INVOICE TO**
Puerto Rico Chief Federal Monitor

**INVOICE PERIOD**
August 1- 31, 2021

**DUTIES AND RESPONSIBILITIES**                                                    **TOTAL DUE $17,539.33**

- Conducted calls with each subject matter expert and the Monitor
- Coordinated and conducted biweekly group calls with the Monitoring Team
- Coordinated and conducted biweekly calls with the Parties
- Reviewed and coordinated the review of several policies submitted to the Monitor's Office by PRPB as per Paragraph 229 of the Agreement
- Drafted and delivered memo documenting the Monitor's Office Review of the policies submitted by PRPB
- Worked with monitoring staff to outline the third quarterly Monitoring Team newsletter
- Maintained the Federal Monitoring Team's Facebook and Twitter accounts and newsletter distribution service
- Worked with the Administrative Director to secure translation services (for FPM newsletter) as well as other office supplies (i.e., business cards, t-shirts, whiteboard)
- Managed the delivery of the data for CMR-5 by PRPB into Dropbox
- Continued working with the Data Analyst on the data requests for CMR-5
- Submitted interim data requests for CMR-5 to PRPB
- Participated in the Monitor site visit on August 17th -20th and related meetings and monitoring observations
- Worked with the Administrative Director and the Administrative Assistant to draft the schedule(s) for the September site visits
- Reviewed the PRPB response to the CMR-4 Report
- Reviewed applicant proposals for the Community Survey
- Participated on a call with USDOJ to discuss PRPB Domestic Violence/Sexual Assault case reviews
- Began working with the Data Analyst on the data requests for CMR-6
- Worked with the Data Analyst and staff to finalize the revised CMR Report Template
- Participated on P253 call on August 31st

| | |
|---|---|
| Flat Rate Total Wages* | $15,833.33 |
| Travel Expenses (see page 2) | $ 1,706.00 |
| **Total Due** | **$ 17,539.33** |

*The total amount is a flat rate. The total monthly is $15,833.33 for an annualized amount of $190,000.00

_Denise Rodriguez_                                                                              August 31, 2021
**Denise Rodriguez, Chief Deputy Monitor**                                          **Date**

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.*



# Office of the Technical Compliance Advisor Travel Reimbursement Form

**Traveler Name: Denise Rodriguez**
**Travel Dates: August 17-20, 2021**
**Purpose of Travel: Site visit**

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 872.40 | 1 | $ 872.40 |
| Baggage | $ - | 2 | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | $ - | 1 | $ - |
| Ground Transportation (Parking) | $ - | 5 | $ - |
| Ground Transportation (Mileage) | $ 0.56 | 0 | $ - |
| Lodging | $ 135.70 | 3 | $ 407.10 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 2 | $ 230.00 |
| Parking @ airport (days) | $ 6.00 | 4 | $ 24.00 |
| Total | | | $ 1,706.00 |

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

| | |
|---|---|
| **From:** | United Airlines, Inc. |
| **To:** | DRODRIGUEZ_PRI@OUTLOOK.COM |
| **Subject:** | eTicket Itinerary and Receipt for Confirmation F3NF6N |
| **Date:** | Sunday, July 11, 2021 11:45:25 AM |



Sun, Jul 11, 2021

## Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our Important notices page for the latest updates

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# F3NF6N

| Flight 1 of 4 UA6224 | Class: United Economy (W) |
|---|---|
| Tue, Aug 17, 2021 | Tue, Aug 17, 2021 |
| **09:15 AM** | **10:35 AM** |
| McAllen, TX, US (MFE) | Houston, TX, US (IAH) |

Flight Operated by Mesa Airlines dba United Express.

| Flight 2 of 4 UA701 | Class: United Economy (W) |
|---|---|
| Tue, Aug 17, 2021 | Tue, Aug 17, 2021 |
| **12:00 PM** | **05:32 PM** |
| Houston, TX, US (IAH) | San Juan, PR, US (SJU) |

| Flight 3 of 4 UA668 | Class: United Economy (Q) |
|---|---|
| Fri, Aug 20, 2021 | Fri, Aug 20, 2021 |
| **07:15 AM** | **10:56 AM** |
| San Juan, PR, US (SJU) | Houston, TX, US (IAH) |

| Flight 4 of 4 UA4288 | Class: United Economy (Q) |
|---|---|
| Fri, Aug 20, 2021 | Fri, Aug 20, 2021 |
| **12:40 PM** | **01:59 PM** |

| Houston, TX, US (IAH) | McAllen, TX, US (MFE) |
|---|---|

Flight Operated by Commutair dba United Express.

## Traveler Details

RODRIGUEZ/DENISE
eTicket number: **0162357384329**
Frequent Flyer: **UA-XXXXX985 Premier Silver**

Seats: **MFE-IAH 11A**
**IAH-SJU 15A**
**SJU-IAH 14F**
**IAH-MFE 03A**

## Purchase Summary

| Method of payment: | **American Express ending in 1008** |
|---|---|
| Date of purchase: | **Sun, Jul 11, 2021** |

| Airfare: | **805.00 USD** |
|---|---|
| U.S. Transportation Tax: | **38.20 USD** |
| September 11th Security Fee: | **11.20 USD** |
| U.S. Passenger Facility Charge: | **18.00 USD** |

| Total Per Passenger: | **872.40 USD** |
|---|---|

| Total: | 872.40 USD |
|---|---|

## Carbon Footprint

Your estimated carbon footprint for this trip is **0.64454 tonnes of CO2.**

You can reduce your environmental impact by participating in our CarbonChoice program which supports projects that reduce greenhouse gases. Learn more.

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.
NONREF/0VALUAFTDPT
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

## MileagePlus Accrual Details

| Denise Rodriguez | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQM | PQS | PQD | PQP | PQF |
| Tue, Aug 17, 2021 | 6224 | McAllen, TX, US (MFE) to Houston, TX, US (IAH) | 343 | 0 | 0.0 | 49 | 49 | 1 |
| Tue, Aug 17, 2021 | 701 | Houston, TX, US (IAH) to San Juan, PR, US (SJU) | 2149 | 0 | 0.0 | 307 | 307 | 1 |
| Fri, Aug 20, 2021 | 668 | San Juan, PR, US (SJU) to Houston, TX, US (IAH) | 2723 | 0 | 0.0 | 389 | 389 | 1 |
| Fri, Aug 20, 2021 | 4288 | Houston, TX, US (IAH) to McAllen, TX, US (MFE) | 434 | 0 | 0.0 | 62 | 62 | 1 |
| MileagePlus accrual totals: | | | 5649 | 0 | 0.0 | 807 | 807 | 4 |

# COURTYARD® Marriott

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Ms Denise Rodriguez
3003 San Sebastian St
Mission TX 78572
United States

Marriott Rewards #   286891726

Name:

Room: 0314
Room Type: EKNG
No. of Guests: 1
Rate: $  115.00  Clerk: 9993
CRS Number  88311403

Arrive:  08-17-21      Time:  18:01      Depart:  08-20-21      Folio Number:  671602

| Date | Description | Charges | Credits |
|---|---|---|---|
| 08-17-21 | Package | 115.00 | |
| 08-17-21 | Government Tax | 10.35 | |
| 08-17-21 | Hotel Fee | 10.35 | |
| 08-18-21 | Comedor - Guest Charge | 4.48 | |
| 08-18-21 | Package | 115.00 | |
| 08-18-21 | Government Tax | 10.35 | |
| 08-18-21 | Hotel Fee | 10.35 | |
| 08-19-21 | COMEDOR- Guest Charge (Breakfast) | 4.48 | |
| 08-19-21 | Package | 115.00 | |
| 08-19-21 | Government Tax | 10.35 | |
| 08-19-21 | Hotel Fee | 10.35 | |
| 08-20-21 | American Express | | 416.06 |
| | Card # XXXXXXXXXXX1008 | | |

Balance        0.00 USD

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.