

# Invoice

**Altai Atlantic Consulting LLC**
828 Snowden Hallowell Way, Alexandria VA 22314

**Date:** 08/30/21
**Invoice #:** 01-020

**To:** Office of the Federal Police Monitor of Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
Tel. 787-417-9098

## Total Fees Payable For Services Rendered by Dr. David Levy

| Fee Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|
| Total work performed in the Continental United States | 43.0 | 160 | $6,880.00 |
| Total work performed in Puerto Rico | 16.5 | 160 | $2,640.00 |
| Total work performed during the invoice period | 59.5 | 160 | $9,520.00 |
| Total travel reimbursement (see supporting documents) | | N/A | $1,178.56 |
| **Total fees and travel reimbursement due** | | | **$10,698.56** |

## Work Performed in the Continental United States

| Date | Activity Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 8/2/21 | Team Zoom meeting and follow-up call with Monitor Gosselin | 1.0 | 160 | $160.00 |
| 8/3/21 | Assistance with CMR-5 data | 1.0 | 160 | $160.00 |
| 8/4/21 | Work on CMR template | 0.5 | 160 | $80.00 |
| 8/5/21 | Work on data source sampling framework & monitoring worksheets | 4.5 | 160 | $720.00 |
| 8/6/21 | Work on data source sampling framework & monitoring worksheets | 3.5 | 160 | $560.00 |
| 8/8/21 | Work on data source sampling framework & monitoring worksheets | 3.0 | 160 | $480.00 |
| 8/9/21 | Work on CMR template | 1.0 | 160 | $160.00 |
| 8/12/21 | Logistics related to August site visit | 0.5 | 160 | $80.00 |
| 8/13/21 | Work on CMR template | 1.0 | 160 | $160.00 |
| 8/16/21 | Work on CMR template | 1.5 | 160 | $240.00 |
| 8/16/21 | Virtual attendance of meeting with Parties | 0.5 | 160 | $80.00 |
| 8/16/21 | Work on Web-based survey for supervision & management interviewees | 1.5 | 160 | $240.00 |
| 8/17/21 | Guidance on supplemental data for August site visit | 1.5 | 160 | $240.00 |
| 8/23/21 | Guidance on interivews with internal investigators | 2.5 | 160 | $400.00 |
| 8/24/21 | Work on data source sampling framework & monitoring worksheets | 2.5 | 160 | $400.00 |
| 8/25/21 | Methodological guidance on internal investigations and drug test paras. | 0.5 | 160 | $80.00 |
| 8/25/21 | Work on data source sampling framework & monitoring worksheets | 3.0 | 160 | $480.00 |
| 8/25/21 | Guidance on supplemental data for request | 1.0 | 160 | $160.00 |
| 8/26/21 | Developing random samples and misc. assistance for CMR-5 | 1.5 | 160 | $240.00 |
| 8/27/21 | Work on data source sampling framework & monitoring worksheets | 3.0 | 160 | $480.00 |

| Date | Activity Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 8/28/21 | Work on CMR template | 3.5 | 160 | $560.00 |
| 8/30/21 | Team Zoom meeting and pre/post-meeting calls regarding data requests | 2.0 | 160 | $320.00 |
| 8/30/21 | Work on CMR template | 2.5 | 160 | $400.00 |
| Total | | 43.0 | | $6,880.00 |

**Work Performed in Puerto Rico**

| Date | Activity Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 8/18/21 | Work on data source and sampling framework | 2.5 | 160 | $400.00 |
| 8/18/21 | Team meeting regarding monitoring | 1.5 | 160 | $240.00 |
| 8/19/21 | Status conference with the parties | 7.0 | 160 | $1,120.00 |
| 8/20/21 | Work on data source and sampling framework | 5.5 | 160 | $880.00 |
| Total | | 16.5 | | $2,640.00 |

**Total Fee Payable** $10,698.56

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

**Dr. David Levy**

8/30/21
**Date**

COURTYARD® Marriott.

Courtyard by Marriott  
San Juan - Miramar  
guest.service@courtyard.com

801 Ponce de Leon Ave.  
San Juan, PR. 00907  
T 787.721.7400  
F 787.723.0068

Mr David Levy  
Alexandria VA 22314  
United States

Room: 0406  
Room Type: EKNG  
No. of Guests: 1  
Rate:  $  115.00   Clerk: 1010

Marriott Rewards #   780861600

CRS Number  85956575

Name:

Arrive:  08-18-21          Time:  19:59          Depart:  08-20-21          Folio Number:  674050

| Date | Description | Charges | Credits |
|---|---|---|---|
| 08-18-21 | Package | 115.00 | |
| 08-18-21 | Government Tax | 10.35 | |
| 08-18-21 | Hotel Fee | 10.35 | |
| 08-19-21 | COMEDOR- Guest Charge (Breakfast) | 12.97 | |
| 08-19-21 | Package | 115.00 | |
| 08-19-21 | Government Tax | 10.35 | |
| 08-19-21 | Hotel Fee | 10.35 | |
| 08-20-21 | COMEDOR- Guest Charge (Breakfast) | 2.00 | |
| 08-20-21 | Visa Card | | 286.37 |
| | Card #  XXXXXXXXXXXX1549 | | |
| | **Balance** | | **0.00 USD** |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.



David Levy <dplevy@gmail.com>

**Itinerary receipt notice**
1 message

**JetBlue** <jetblueairways@email.jetblue.com>  Tue, Aug 24, 2021 at 9:49 AM
Reply-To: JetBlue <reply@email.jetblue.com>
To: dplevy@gmail.com



## Your travel receipt.
Thanks for flying JetBlue!

## Travel Purchase

**Date of requested receipt:** 2021-08-06      **Record Locator:** GZWEIN

| DCA | SJU | Travel date | 2021-08-18T08:00:00 |
|---|---|---|---|
|  |  | Flight number | 1347 |

| SJU | DCA | Travel date | 2021-08-20T18:10:00 |
|---|---|---|---|
|  |  | Flight number | 1348 |

**Traveler(s)**                                    **Ticket number(s)**

LEVY/DAVID                                         2792171010786

| **Base fare:** | | $557.00 USD | |
|---|---|---|---|

| **Taxes & fees breakdown:** | AMOUNT | CURRENCY | PURPOSE - (CODE) |
|---|---|---|---|
| | $9.00 | USD | U.S. Passenger Facility Charge - (XF) |
| | $11.20 | USD | U.S. September 11th Security Fee - (AY) |
| | $38.20 | USD | U.S. Transportation Tax - (US2) |
| **Taxes & fees total:** | $58.40 | USD | |
| **Base fare total:** | **$615.40** | | |

**Payment(s):**

Visa card XXXXXXXXXXXX1549     $615.40

# Fees

**LEVY DAVID**    Ticket number(s): 2791510422776
Date: 2021-08-06

| QTY | FEE TYPE | COST | TAX | TOTAL |
|---|---|---|---|---|
| 1 | SEAT ASSIGNMENT | $50.00 | $0.00 | $50.00 |

**Total:**   **$50.00 USD**

**Payment(s):**     Visa card XXXXXXXXXXXX1549     $50.00

**LEVY DAVID**    Ticket number(s): 2791510422778
Date: 2021-08-06

| QTY | FEE TYPE | COST | TAX | TOTAL |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 1 | SEAT ASSIGNMENT | $50.00 | $0.00 | $50.00 |

| | |
|---|---|
| **Total:** | **$50.00 USD** |
| **Payment(s):** | Visa card XXXXXXXXXXX1549         $50.00 |

## Total paid: $715.40 USD*

*includes all fares, taxes, fees and penalties less any amounts refunded

Flight Status   |   Bag Info   |   Airport Info

## Stay connected

  Download the JetBlue mobile app

   

Help

Business Travel

Privacy

About JetBlue

Please call 1-800-JETBLUE (1-800-538-2583) for additional assistance.

Positive identification required for airport check-in.

Notice:
Carriage and other service provided by the carrier are subject to conditions of carriage, which are hereby incorporated by reference. These conditions may be obtained from the issuing carrier. E-ticket Receipt total includes airfare, taxes, and fees applicable to air care, baggage fees, and Even More fees, as may be applicable.