Hipolito Castro Jr
64 Mustang Drive
Monroe, CT 06468

INVOICE #PR001-2021
DATE: August

**Dates of service: August 15 – August 20, 2021**　　　　　　　　**TOTAL $6,753.58**

**The following is a detailed statement of the hours worked:**

**08/16/2021**

-FPM Team meeting at the Monitor's Office **2 hrs.**
-Meeting Reform Unit at PRPB HQ **2 hrs.**
-Meeting with SARP to discuss Inspection Review **2 hrs.**
-Meeting with Recruitment Director PRPB, HQ **2 hrs.**

**08/17/2021**
-Review Use of Force Data at Monitor's office. **2 hrs.**
-Interviews with Supervisors at Monitor's Office. **4 hrs.**
-Iniciativa Comunitaria: **2 hrs.**

**08/18/2021**
-Meeting with IT Director at PRPB HQ. **4 hrs.**
-Interviews with Supervisors at Monitor's office. **4 hrs.**

**08/19/2021**
-Status Conference at FPM. **8 hrs.**

**Expenses due to travel: $1,953.58**

**Billable Hours:** 32 HOURS, at rate of $150 per hour = **$4,800.00**

I hereby certify that the amount billed in this invoice is true and correct and corresponds to the number of hours worked in my capacity as support staff to the Federal Monitor's Office. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Hipolito Castro Jr　　　　　　　　　　　　　　　Date: August 22, 2021

# Office of the Technical Compliance Advisor Travel Reimbursement Form

Traveler name: Hipolito Castro
August 15 to August 20
Purpose of Travel: Site visits/ interviews of PRPB personnel

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 498.40 | 1 | $ 498.40 |
| Baggage | $ 30.00 | 2 | $ 60.00 |
| Ground Transportation (Uber/Lyft/Taxi) | $ 75.00 | 0 | $ - |
| Ground Transportation (Parking) | $ - | 5 | $ - |
| Ground Transportation (Mileage) | $ 0.56 | 114 | $ 63.84 |
| Lodging | $ 135.70 | 5 | $ 678.50 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 4 | $ 460.00 |
| Whitestone Bridge | $ 10.17 | 2 | $ 20.34 |
| Total | | | $ 1,953.58 |

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

