Donald S. Gosselin, Esq.
d/b/a MBG North Corp
1931 Cordova Rd., Suite 3039
Fort Lauderdale, FL 33316

**INVOICE # 1150**               **Billing Period:   July 28, 2021 to August 30, 2021**

**Work performed/ CONUS and Commonwealth of Puerto Rico**

- August 2, 2021: Review both CMR-3 and CMR-4 deferred paragraphs relevant to my areas of responsibility in order to plan August SJU site visits, teleconference with members of the Monitor Team, (3.75 hours)
- August 2, 2021: Review site visit plan for July visits, review RPD-1, CMR-5, Review corresponding methodologies (4 hours)
- August 2, 2021:  Research into best practices for public safety drug testing and sample collection (1 hour)
- August 3, 2021: Review PRPB Promotion Policy comments from PRPB and USDOJ (2 hours)
- August 3, 2021: Review Travel Agenda options, multiple emails with Deputy Chief and Admin Assistant (2 hours)
- August 3, 2021: Investigate travel routes and book/coordinate air/hotel/ground) 1 hour)
  **August 1 - 7, Total 13.75 hours         (13.75 hours aggregate)**
- August 9, 2021: Review/respond to emails sent review subject list for August Interviews, (1 hour)
  **August 8-14, Total 1 hour            (14.75 hours aggregate)**
- August 15, 2021:  Review agenda for PR visit, emails received/sent between Deputy Chief and Admin Assistant (2 hours)
- August 16 – 19, 2021:  On the ground in PR, conduct interviews of selected PRPB personnel, craft questions for submission to the Court, participate in hearings before the Court 4 workdays of 7.5 hours each, multiplied by 4 = (30 hours).
- August 20, 2021: Write up comments based upon interviews with PRPB during site visit. Review "active measures" anti-corruption unit plan, investigate and book flight itineraries for September trip (5.75 hours)
- August 21, 2021: Rebook flight itinerary for Sep trip (1 hour)
  **August 15 – 21, Total 38.75 hours     (53.5 hours aggregate)**
- August 24, 2021: Review methodologies for Sep. trip and match up to change visit agenda.  Multiple emails to team members regarding NIAA cross-over interviews (3.5 hours)
- August 26, 2021: Review methodologies for Sep. trip and match up to address paragraph 200.  Multiple emails to team members regarding Sep. interviews and strategy (2.5 hours)

- August 27 – 28, 2021: Address/clarify concerns expressed by PRPB regarding paragraph 167 in CMR-4, multiple emails and teleconferences (2.5 hours)
  **August 22 – 28, Total 8.5 hours        (62 hours aggregate)**

- August 29, 2021:  Prepare written questions for consideration by the Court. (2.5 hours)
- August 30, 2021: Prepare for Monitor Team telecon.  Participate in telecon, multiple email and telecon after main meeting to discuss future travel (3.5 hours)
  **August 29-30, Total 6 hours            (68 hours aggregate)**

**60 hours total @ $160 = $9,600.00**

**Labor Cost Breakout:**

| | | |
|---|---|---|
| US LABOR: | 38 hours @ $160 | $ 6,080.00 |
| PR LABOR GROSS: | 30 hours @ $160    $ 4,800.00 | |
| PR LABOR (FEE WAIVED) | $ (1,280.00) | |
| PR LABOR NET | | $ 3,520.00 |
| TOTAL TRAVEL (invoiced on 24 JUL): | | $ 2,776.45 |
| **Total Fees and Expense Reimbursement Due =** | | **$12,376.45 USD** |

**TERMS**:                                                          NET 30 ACH Transfer

**I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.**

_____                                      30 AUG 2021

**Donald S. Gosselin, Esq.**
d/b/a MBG North Corp.



# Office of the Technical Compliance Advisor Travel Reimbursement Form

**Traveler Name:** DONALD GOSSELIN
**Travel Dates:** 15 - 20 AUG 2021
**Purpose of Travel:** TCA TRIP TO SJU

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 1,068.00 | 1 | $ 1,068.00 |
| Baggage | $ - | 0 | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | $ - | 0 | $ - |
| Ground Transportation (Parking) | $ 14.00 | 6 | $ 84.00 |
| Ground Transportation (Mileage) | $ 0.56 | 90 | $ 50.40 |
| Lodging | $ 167.00 | 5 | $ 835.00 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 4 | $ 460.00 |
| Other: HOTEL TAX | $ 21.31 | 5 | $ 106.55 |
| Total | | | $ 2,776.45 |

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

**From:** American Airlines no-reply@notify.email.aa.com
**Subject:** Your trip confirmation (PWM - SJU)
**Date:** July 23, 2021 at 23:08
**To:** GOSSELIN.INTL@gmail.com GOSSELIN.INTL@GMAIL.COM







Issued: July 23, 2021

## Your trip confirmation and receipt

### Record Locator: IQRQLU

We charged $1,068.40 to the card ending in 2001 for your ticket purchase.

A face covering is required while flying on American, except for children under 2 years old. You are also required to wear a face covering while in the airport before and after your flight. Read more about travel requirements.

You'll need your record locator to find your trip at the kiosk and when you call Reservations.

Manage your trip

## Sunday, August 15, 2021

| PWM | | PHL | Seat: |
|---|---|---|---|
| **6:00** AM | → | **7:36** AM | Class: Economy (H) |
| Portland | | Philadelphia | Meals: |

**AA 5559**

Operated by Psa Airlines as American Eagle

| PHL | | SJU | Seat: | |
|---|---|---|---|---|
| 8:45 AM | → | 12:50 PM | Class: | Economy (H) |
| Philadelphia | | San Juan | Meals: | Refreshment |

**AA 1496**

## Friday, August 20, 2021

| SJU | | CLT | Seat: | |
|---|---|---|---|---|
| 2:11 PM | → | 6:10 PM | Class: | Economy (L) |
| San Juan | | Charlotte | Meals: | Refreshment |

**AA 1852**

| CLT | | PWM | Seat: | |
|---|---|---|---|---|
| 8:45 PM | → | 10:54 PM | Class: | Economy (L) |
| Charlotte | | Portland | Meals: | |

**AA 2330**

## Your payment

Credit Card (AmericanExpress ending 2001)         $1,068.40

**Total paid**                                    **$1,068.40**

## Your purchase

**DONALD GOSSELIN**

AAdvantage #: 32A6M16

| | |
|---|---|
| New ticket<br>Ticket #: 0012190403137<br>[ $1,002.50 + Taxes and fees $65.90 ] | $1,068.40 |
| Total | $1,068.40 |
| Total cost (all passengers) | $1,068.40 |

## Bag information

### Checked bags

| Online* | | Airport | |
|---|---|---|---|
| 1st bag | 2nd bag | 1st bag | 2nd bag |
| $30.00 | $40.00 | $30.00 | $40.00 |

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 50 pounds or 23 kilograms

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. **Bag and optional fees**
If your flight is operated by a partner airline, see the **other airline's** website for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 4 hours) before departure.

### Carry-on bags

**1st carry-on:** Includes purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you.

**2nd carry-on:** Maximum dimensions not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm).

   

```
                    Standard Parking
                    1001 Westbrook St
                    Portland Maine, 04102

F/C #01                     A Payment No.00240984
T/D #22                         Ticket No.068215
Cashier                                   ID #5
Entry Time              8/15/2021 (Sun)  4:57
Paid Time               8/20/2021 (Fri) 23:08
Parking Time                  5 Days   18:11
Parking Fee             Rate D         $84.00

MC
  Account #    ******************************1398
  Slip #                                    78530
  Auth Code                                81587P
CREDIT CARD AMOUNT                        $84.00
Cash Amount                                $0.00
================================================
Total                                     $84.00
                    207-772-7028
                    Thank you!
                  Have a nice day!
================================================
```



# SHERATON
Puerto Rico Hotel & Casino

## INVOICE

| | |
|---|---|
| ROOM | 1053 |
| ROOM TYPE | EQNN |
| NO. OF GUESTS | 1 |
| RATE | 167 |
| CLERK | CNCRU497, |
| DATE | 08/20/21 |
| PAGE No. | 1 of 2 |
| Rewards # | 839932555 |

DR Donald Gosselin
12 Naomi St
Sebago ME 04029
United States

ARRIVE 08/15/21   TIME 02:00   DEPART 08/20/21   TIME 11:46   FOLIO# 3058000

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| 08/15/21 | Choices Rest. Food - Dinner | | 18.00 |
| 08/15/21 | Tips - Restaurant | | 3.60 |
| 08/15/21 | Choices Sales Municipal Tax 1% - IVU | | 0.18 |
| 08/15/21 | Choices Reduced Tax 6%-IVU | | 1.08 |
| 08/15/21 | Govt. / Military | | 167.00  1 |
| 08/15/21 | Hotel Service Fee - 16% | | 26.72 |
| 08/15/21 | Room Occupancy Tax | | 21.31 |
| 08/16/21 | Snack Shop Food - Breakfast | | 17.00 |
| 08/16/21 | Tips - Snack Shop | | 2.55 |
| 08/16/21 | Brkfst Snack Shop 1% tax | | 0.17 |
| 08/16/21 | Brkfst Snack Shop 6% tax | | 1.02 |
| 08/16/21 | Govt. / Military | | 167.00  2 |
| 08/16/21 | Hotel Service Fee - 16% | | 26.72 |
| 08/16/21 | Room Occupancy Tax | | 21.31 |
| 08/17/21 | Snack Shop Food - Breakfast | | 10.50 |
| 08/17/21 | Tips - Snack Shop | | 1.50 |
| 08/17/21 | Brkfst Snack Shop 1% tax | | 0.11 |
| 08/17/21 | Brkfst Snack Shop 6% tax | | 0.63 |
| 08/17/21 | Govt. / Military | | 167.00  3 |
| 08/17/21 | Hotel Service Fee - 16% | | 26.72 |
| 08/17/21 | Room Occupancy Tax | | 21.31 |

For billing questions or concerns, please let us know at BillingInquiry01523@starwoodhotels.com



# SHERATON
Puerto Rico Hotel & Casino

**INVOICE**

DR Donald Gosselin
12 Naomi St
Sebago ME 04029
United States

| | |
|---|---|
| ROOM | 1053 |
| ROOM TYPE | EQNN |
| NO. OF GUESTS | 1 |
| RATE | 167 |
| CLERK | CNCRU497, |
| DATE | 08/20/21 |
| PAGE No. | 2 of 2 |
| Rewards # | 839932555 |

ARRIVE 08/15/21     TIME 02:00     DEPART 08/20/21     TIME 11:46     FOLIO# 3058000

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| 08/18/21 | Govt. / Military | | 167.00  4 |
| 08/18/21 | Hotel Service Fee - 16% | | 26.72 |
| 08/18/21 | Room Occupancy Tax | | 21.31 |
| 08/19/21 | Snack Shop Food - Breakfast | | 7.00 |
| 08/19/21 | Tips - Snack Shop | | 1.51 |
| 08/19/21 | Brkfst Snack Shop 1% tax | | 0.07 |
| 08/19/21 | Brkfst Snack Shop 6% tax | | 0.42 |
| 08/19/21 | Govt. / Military | | 167.00  5 |
| 08/19/21 | Hotel Service Fee - 16% | | 26.72 |
| 08/19/21 | Room Occupancy Tax | | 21.31 |
| 08/20/21 | Mastercard | | -1,140.49 |

Balance     USD     0.00

For billing questions or concerns, please let us know at BillingInquiry01523@starwoodhotels.com