John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

August 4 through August 31, 2021

INVOICE # 087  **TOTAL DUE $ 19,899.00**
FEDERAL MONITOR
August 2021 INVOICE

## Duties and Responsibilities as Monitor

Generated, reviewed, and responded to emails/texts (month of August) from the Parties, Monitor Team, Court and Special Master.
Conference calls with Honorable Judge Gelpi and General Counsel
Reviewed court orders relating to the Consent Decree.
Via zoom conducted meetings with Special Master and USDOJ and PRPB
Monitor administrative duties - reviewing Team invoices, coordinating SME work assignments, and conferring with Monitor's Office Administrative Director.
Reviewed Briefing Reports from PRPB.
Conferred with Deputy Monitor on issues relating to Monitor Office Operations
Conducted Zoom meetings with the Monitor Team.
Reviewed data/documents relating to May 30th Demonstration at Capitol.
Prepared Status Conference Agenda
253 Meeting with Parties

**Site Visit to Puerto Rico August 16 through 20, 2021**
Meeting with the Honorable Judge Gelpi.
Meeting with Reform Unit and DSP
Meeting with PRPB re: CMR-5 data/document request
Meetings with Monitor Team members based in Puerto Rico.
Meeting with new FBI SAC
Participated in PRPB's IT Unit presentations re: operating system
Prepared for Status Conference
Participated in the Status Conference
Meeting with FIU Director

**Flat Rate Total Wages Due**          $17,916.66
**Travel Expenses Due**                $ 1,982.34

**TOTAL DUE**                          $ 19,899.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*[signature: John J. Romero]*

Date August 31, 2021



# Office of the Technical Compliance Advisor
# Travel Reimbursement Form

Enter all required information below to obtain travel reimbursement. If spending did not occur in a category, please enter zeros. Zeros will likely need to be entered for one or more of the ground transportation options. The "Total" column of the table will update based on the information entered into the "Unit Cost" and "Units" columns. To update the "Total" column, click CTRL+A and then F9. Receipts for airfare, lodging, ground transportation, and PCR testing must be submitted with this form. Submit the Travel Reimbursement Form and accompanying receipts to Javier Gonzalez (Javier.benito@me.com) with the Chief Monitor (jrrjjr.romero@gmail.com) and/or his designee copied along with your monthly invoice.

**Traveler Name: John Romero**

**Travel Start Date: 8/14/2021   Travel End Date: 8/20/2021**

**Purpose of Travel: Business**

| Travel Reimbursement | | | |
|---|---|---|---|
| | Unit Cost | Units | Total |
| Airfare | $625.42 | 1 | $625.42 |
| Baggage | $0.00 | 0 | $ 0.00 |
| Ground Transportation (Uber/Lyft/Taxi) | $0.00 | 0 | $ 0.00 |
| Ground Transportation (Parking) | $0.00 | 5 | $ 0.00 |
| Ground Transportation (Mileage) | $0.56 | 82 | $ 45.92 |
| Lodging | $135.70 | 5 | $ 678.50 |
| Per Diem (Travel Days) | $86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $115.00 | 4 | $ 460.00 |
| Other: | $0 | 0 | $ 0.00 |
| Total | | | $ 1982.34 |

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

Page 1 of 1

**COURTYARD Marriott**

Courtyard by Marriott  
San Juan - Miramar  
guest.service@courtyard.com  

801 Ponce de Leon Ave.  
San Juan, PR. 00907  
T 787.721.7400  
F 787.723.0068  

Mr John Romero  
2301 Pacific Ave  
Costa Mesa CA 92627  
United States  

Room: 0801  
Room Type: KSTE  
No. of Guests: 1  
Rate: $ 115.00   Clerk: 8  

Marriott Rewards #   756834271  

CRS Number  97770590  

Name:  
Arrive:  08-15-21       Time:  13:37       Depart:  08-20-21       Folio Number: 665639  

| Date | Description | Charges | Credits |
|---|---|---|---|
| 08-15-21 | COMEDOR- Guest Charge (Breakfast) | 4.16 | |
| 08-15-21 | Package | 115.00 | |
| 08-15-21 | Government Tax | 10.35 | |
| 08-15-21 | Hotel Fee | 10.35 | |
| 08-16-21 | COMEDOR- Guest Charge (Breakfast) | 4.16 | |
| 08-16-21 | Package | 115.00 | |
| 08-16-21 | Government Tax | 10.35 | |
| 08-16-21 | Hotel Fee | 10.35 | |
| 08-17-21 | COMEDOR- Guest Charge (Breakfast) | 4.16 | |
| 08-17-21 | Package | 115.00 | |
| 08-17-21 | Government Tax | 10.35 | |
| 08-17-21 | Hotel Fee | 10.35 | |
| 08-18-21 | COMEDOR- Guest Charge (Breakfast) | 4.16 | |
| 08-18-21 | Package | 115.00 | |
| 08-18-21 | Government Tax | 10.35 | |
| 08-18-21 | Hotel Fee | 10.35 | |
| 08-19-21 | Package | 115.00 | |
| 08-19-21 | Government Tax | 10.35 | |
| 08-19-21 | Hotel Fee | 10.35 | |
| 08-20-21 | COMEDOR- Guest Charge (Breakfast) | 4.16 | |
| 08-20-21 | Visa Card | | 699.30 |

Card #  XXXXXXXXXXXX1287

## Your Flights

### Your Flights: Los Angeles, CA (LAX) To San Juan, PR (SJU)

**Depart:** Saturday, Aug 14, 2021  **Return:** Friday, Aug 20, 2021

| Date | Departs / Arrives | Route | Flight/Aircraft | Fare | Travelers | Seats | Checked bags |
|---|---|---|---|---|---|---|---|
| Sat, Aug 14 2021 | 9:10 PM / 5:12 AM+1 | Los Angeles, CA (LAX) to Orlando, FL (MCO) | Flight number 132 Aircraft A320 JetBlue | Blue | John Romero | — | 2 bags |
| Sun, Aug 15 2021 | 7:29 AM / 10:20 AM | Orlando, FL (MCO) to San Juan, PR (SJU) | Flight number 1233 Aircraft A320 JetBlue | Blue | John Romero | — | 2 bags |
| Fri, Aug 20 2021 | 1:40 PM / 4:20 PM | San Juan, PR (SJU) to Fort Lauderdale, FL (FLL) | Flight number 1754 Aircraft A321 JetBlue | Blue | John Romero | — | 2 bags |
| Fri, Aug 20 2021 | 8:50 PM / 11:19 PM | Fort Lauderdale, FL (FLL) to Los Angeles, CA (LAX) | Flight number 2501 Aircraft A321/Mint JetBlue | Blue | John Romero | — | 2 bags |

+1 Next day arrival

## Extras

### Even More Speed

| | Even More Speed |
|---|---|
| Even More® Speed | Mr. John Romero LAX-MCO Flight 132 |
| Even More® Speed | Mr. John Romero SJU-FLL Flight 1754 |
| Even More® Speed | Mr. John Romero FLL-LAX Flight 2501 |

## Payment Details

| Details | |
|---|---|
| Fare details: $558.02 x 1 = | $558.02 USD |
| Taxes & Fees: | $67.40 USD |
| Even More® Speed: | Included |
| Checked bags: | Included |
| **Total:** | **$625.42** USD |