
# KORBER GROUP INC.

Metro Office Park  
7 Calle 1, Suite 204  
Guaynabo PR 00968-17181

**Statement Date**  
8/30/21  
**Statement Number**  
1562-11

## EXPENSE REIMBURSEMENT
## STATEMENT OF ACCOUNT

OFFICE OF THE FPMPR LLC  
B5 Calle Tabonuco Suite 205  
Guaynabo, PR 00968

| DATE | DESCRIPTION | EXPENSE | REIMBURSED | BALANCE |
|---|---|---|---|---|
| *07/27/21* | *Balance c/f* | | | **$146.97** |
| 08/24/21 | CREDIT (PAID IN FULL) | - | $146.97 | $0.00 |
| 07/28/21 | Dropbox Professional (Transaction ID 4JY359649V4317318) | $19.99 | | $19.99 |
| 08/10/21 | PODIO (INVOICE #INV-732173) | $96.00 | - | $115.99 |
| 08/09/21 | Zoom Pro Plan INVOICE #INV101458960) (D. Gosselin, D. Levy, D. Rodriguez) | $35.98 | - | $151.97 |
| 08/10/21 | Zoom Pro Plan INVOICE #INV101656406) (zoom4@fpmpr.org, zoom5@fpmpr.org) | $23.20 | - | $175.17 |
| 08/17/21 | Mailchimp c/o The Rocket Science Group, LLC (Standard plan / 500 contacts - INVOICE MC13084642) | $14.99 | - | $190.16 |
| 08/28/21 | Dropbox Professional (Transaction ID 0RS74555C58982236) | $19.99 | - | $210.15 |

*Comments:*  
*1. This statement includes two invoices for Dropbox, as last months invoice was submitted before Dropbox's billing date on July 28, 2021.*  
*2. This statement includes two invoices for Zoom, as two new Zoom licensed user accounts were added on Aug 10, 2021.*



# INVOICE

Office of the Federal Police Monitor of Puerto Rico
(Customer #198992)

**Invoice Date**
10 Aug 2021

**Invoice Number**
INV-732173

Citrix
attn: Podio
120 S West St
Raleigh, NC 27603
help.podio.com

| Description | Quantity | Unit Price | Amount USD |
|---|---:|---:|---:|
| 2021-08-10 - 2021-09-09: Premium, 4 Employees | 4.00 | 24.00 | 96.00 |
| | | Subtotal | 96.00 |
| | | **TOTAL USD** | 96.00 |
| | | Less Amount Paid | 96.00 |
| | | **AMOUNT DUE USD** | **0.00** |

**Due Date: 18 Aug 2021**
This invoice will be automatically paid by credit card.

This invoice is very detailed, because you can see the exact period which you are paying for, with the exact date billed for. You will also be able to see if you are billed as a Basic, Plus or Premium customer.

Each quantity represent the quantity in months multiplied with number of employees. The unit price represents the price per month per employee.

An example: if you added three employees after 15 days, you would pay 0.5 quantity per employee for this month, 1.5 quantity in total for 3 employees, as we pro-rata the charge.

The price written in brackets stands for a credit rather than a debit.

You pay back in time for any members added since the previous invoice and you pay for all current members for the next month. So you only pay for what you use.

Registered Office: 120 S West St, Raleigh, NC, 27603, USA.

| Summary | Activity | Send & Request | Crypto | Wallet | Deals | Help | 2 | LOG |

### Dropbox
**July 28, 2021**
Automatic Payment

- $19.99

**Paid with**

Business Gold Rewards Card AMEX Credit Card x-1022

You'll see "PAYPAL *DROPBOX" on your card statement.

$19.99

**Seller info**

**Dropbox**
855-337-6726

**http://www.dropbox.com**

**Purchase details**

Purchase amount               $19.99

Total                          $19.99

**Transaction ID**

4JY359649V4317318

**Return shipping**

For more info **See Terms**

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **January 24, 2022**.

---

**HELP**   **CONTACT US**   **SECURITY**   **FEES**

©1999-2021 PayPal, Inc. All rights reserved.    |    Privacy    Legal    Policy updates

The money in your balance is **eligible for pass-through FDIC insurance**.
The PayPal Cash Mastercard is issued by The Bancorp Bank pursuant to a license by Mastercard International

Summary   Activity   Send & Request   Crypto   Wallet   Deals   Help   2   LOG

### Dropbox   - $19.99

August 28, 2021

Automatic Payment

---

**Paid with**

Business Gold Rewards Card AMEX Credit Card x-1022   $19.99

You'll see "PAYPAL *DROPBOX" on your card statement.

**Seller info**

**Dropbox**

855-337-6726

**http://www.dropbox.com**

**Purchase details**

Purchase amount   $19.99

Total   $19.99

**Transaction ID**

0RS74555C58982236

**Return shipping**

For more info **See Terms**

---

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **February 24, 2022**.

---

HELP   CONTACT US   SECURITY   FEES

©1999-2021 PayPal, Inc. All rights reserved.   |   Privacy   Legal   Policy updates

The money in your balance is **eligible for pass-through FDIC insurance**.
The PayPal Cash Mastercard is issued by The Bancorp Bank pursuant to a license by Mastercard International

# Invoice

**zoom**

Zoom Video Communications Inc.
55 Almaden Blvd, 6th Floor
San Jose, CA 95113

| | |
|---:|:---|
| Invoice Date: | Aug 9, 2021 |
| Invoice #: | INV101458960 |
| Payment Terms: | Due Upon Receipt |
| Due Date: | Aug 9, 2021 |
| Account Number: | 7002014083 |
| Currency: | USD |
| Account Information: | it@fpmpr.org |

Federal Employer ID Number: 61-1648780

Purchase Order Number:

**Sold To Address:**

Tax Exempt Certificate ID:

[Zoom W-9](#)

**Bill To Address:** it@fpmpr.org

## Charge Details

| CHARGE DESCRIPTION | SUBSCRIPTION PERIOD | SUBTOTAL | TAXES, FEES & OTHER CHARGES | TOTAL |
|---|---|---|---|---|
| **Charge Name: Standard Pro Monthly**<br><br>Quantity: 3<br>Unit Price: $14.99 | Aug 9, 2021-Sep 8, 2021 | $44.97 | $0.00 | **$44.97** |
| **Charge Name: Standard Pro - Discount**<br><br>Discount Percentage: 20.00% | Aug 9, 2021-Sep 8, 2021 | ($8.99) | $0.00 | **($8.99)** |

| | |
|---:|---:|
| Subtotal | $35.98 |
| Total (Including Tax) | $35.98 |
| Invoice Balance | $0.00 |

## Taxes, Fees & Other Charge Details

Invoice 

| CHARGE NAME | TAX, FEE OR SURCHARGE NAME | JURISDICTION | CHARGE AMOUNT | TAX, FEE OR OTHER CHARGE AMOUNT |
|---|---|---|---|---|
| | | | Total Tax | $0.00 |

## Transactions

| | | | | |
|---|---|---|---|---|
| | | | Invoice Total | $35.98 |

| TRANSACTION DATE | TRANSACTION NUMBER | TRANSACTION TYPE | DESCRIPTION | APPLIED AMOUNT |
|---|---|---|---|---|
| Aug 9, 2021 | P-111267804 | Payment | | ($35.98) |
| | | | Invoice Balance | $0.00 |

Need help understanding your invoice?    **CLICK HERE**

*This plan includes products with monthly and/or yearly subscription periods. The subscription period for each plan, and the total charge, $35.98 (plus applicable taxes and regulatory fees), per subscription period for that product are set out above in the Charge Details section. Unless you cancel, your subscription(s) will auto-renew each subscription period and each subscription period thereafter, at the price(s) listed above (plus any taxes and regulatory fees applicable at the time of renewal) and your payment method on file at zoom.us/billing will be charged. You can cancel auto-renewal anytime, but you must cancel by the last day of your current subscription period to avoid being charged for the next subscription period. You will not be able to cancel your "base plan" (Zoom Meetings, Zoom Phone, or Zoom Rooms) without first canceling all other subscriptions in your plan. If you cancel, you will not receive a refund for the remainder of your then-current subscription period. You can cancel by navigating to zoom.us/billing and clicking "Cancel Subscription," clicking through the prompts, and then clicking to confirm cancellation. Should Zoom change its pricing, it will provide you with notice, and you may be charged the new price for subsequent subscription.*

Zoom Phone services provided by Zoom Voice Communications, Inc. Rates, terms and conditions for Zoom Phone services are set by Zoom Voice Communications, Inc.

# Invoice

zoom

Zoom Video Communications Inc.
55 Almaden Blvd, 6th Floor
San Jose, CA 95113

| | |
|---:|:---|
| Invoice Date: | Aug 10, 2021 |
| Invoice #: | INV101656406 |
| Payment Terms: | Due Upon Receipt |
| Due Date: | Aug 10, 2021 |
| Account Number: | 7002014083 |
| Currency: | USD |
| Account Information: | it@fpmpr.org |

Federal Employer ID Number: 61-1648780

Purchase Order Number:

**Sold To Address:**

Tax Exempt Certificate ID:

[Zoom W-9](#)

**Bill To Address:**   it@fpmpr.org

## Charge Details

| CHARGE DESCRIPTION | SUBSCRIPTION PERIOD | SUBTOTAL | TAXES, FEES & OTHER CHARGES | TOTAL |
|---|---|---|---|---|
| **Charge Name: Standard Pro Monthly -- Proration Credit**<br><br>Quantity: 3<br>Unit Price: $14.99 | Aug 10, 2021-Sep 8, 2021 | ($43.52) | $0.00 | **($43.52)** |
| **Charge Name: Standard Pro - Discount**<br><br>Discount Percentage: 20.00%<br><br>*Notes: Proration credit for products are applied at MSRP, hence you see this prorated discount charge to provide net credit.* | Aug 10, 2021-Sep 8, 2021 | $8.70 | $0.00 | **$8.70** |
| **Charge Name: Standard Pro Monthly -- Proration**<br><br>Quantity: 5<br>Unit Price: $14.99 | Aug 10, 2021-Sep 8, 2021 | $72.53 | $0.00 | **$72.53** |

| | | | | |
|---|---|---|---|---|
| **Charge Name: Standard Pro - Discount** <br><br> Discount Percentage: 20.00% | *Aug 10, 2021-Sep 8, 2021* | ($14.51) | $0.00 | **($14.51)** |

| | |
|---|---|
| Subtotal | $23.20 |
| Total (Including Tax) | $23.20 |
| Invoice Balance | $0.00 |

## Taxes, Fees & Other Charge Details

| CHARGE NAME | TAX, FEE OR SURCHARGE NAME | JURISDICTION | CHARGE AMOUNT | TAX, FEE OR OTHER CHARGE AMOUNT |
|---|---|---|---|---|
| | | | Total Tax | $0.00 |

## Transactions

| | | | | |
|---|---|---|---|---|
| | | | Invoice Total | $23.20 |
| **TRANSACTION DATE** | **TRANSACTION NUMBER** | **TRANSACTION TYPE** | **DESCRIPTION** | **APPLIED AMOUNT** |
| Aug 10, 2021 | P-111583545 | Payment | | ($23.20) |
| | | | Invoice Balance | $0.00 |

Need help understanding your invoice?  **CLICK HERE**



This plan includes products with monthly and/or yearly subscription periods. The subscription period for each plan, and the total charge, $23.20 (plus applicable taxes and regulatory fees), per subscription period for that product are set out above in the Charge Details section. Unless you cancel, your subscription(s) will auto-renew each subscription period and each subscription period thereafter, at the price(s) listed above (plus any taxes and regulatory fees applicable at the time of renewal) and your payment method on file at [zoom.us/billing](zoom.us/billing) will be charged. You can cancel auto-renewal anytime, but you must cancel by the last day of your current subscription period to avoid being charged for the next subscription period. You will not be able to cancel your "base plan" (Zoom Meetings, Zoom Phone, or Zoom Rooms) without first canceling all other subscriptions in your plan. If you cancel, you will not receive a refund for the remainder of your then-current subscription period. You can cancel by navigating to [zoom.us/billing](zoom.us/billing) and clicking "Cancel Subscription," clicking through the prompts, and then clicking to confirm cancellation. Should Zoom change its pricing, it will provide you with notice, and you may be charged the new price for subsequent subscription.

Zoom Phone services provided by Zoom Voice Communications, Inc. Rates, terms and conditions for Zoom Phone services are set by Zoom Voice Communications, Inc.