# Luis G. Hidalgo

314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo.ramirez@outlook.com

September 1, 2021

Office of the Technical Compliance Advisor
VIG Tower, Penthouse
1225 Ponce de León Ave
San Juan, PR 00907

INVOICE LGH 2021-08
ASSOCIATE FEDERAL MONITOR
FLAT RATE TOTAL WAGES DUE – August 3 – August 31, 2021

|  |  |
|---|---|
| FLAT RATE | $11,500.00 |
| **Total Due** | **$11,500.00** |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as Associate Federal Monitor. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

The detailed description of the billable hours is in the ensuing page(s).

_____
Luis G. Hidalgo

# Luis G. Hidalgo

314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo.ramirez@outlook.com

## Duties and Responsibilities as Associate Federal Monitor

Generated, received, reviewed, and responded to emails/texts/telephone calls (August 3-31) from members of the Monitor Team, the Honorable Judge Gelpí, and the Special Master.
Generated, received, reviewed, and responded to emails/texts/telephone calls (August 3-31) from the PRPB Reform Unit, Department of Public Safety and Office of the Counsel to the Governor.
Participated in various Zoom meetings with the Monitor Team, Special Master Team, United States Department of Justice, Department of Public Safety and/or the Puerto Rico Police Bureau.
Monitor media coverage of issues of relevance to the Monitor Team.
Assisted in the coordination of meetings with PRPB.
Assisted in the drafting, review and revision of various documents prepared by the Monitor Team.
Monitor proposed legislation which may impact PRPB's compliance with the Agreement, and its status at the beginning of the Second Ordinary Session of the 19th Legislative Assembly.
Represented the Monitor Team at meetings with the Director of the Reform Unit, the IT Unit at the PRPB and the FIU Director.
Assisted members of the Monitor Team re: coordination of meetings, and other matters.
Served as liaison between the Department of Public Safety, PRPB, Office of the Governor, and the Monitor Team.
Provided presence at the Monitor's Office to meet with general public, and/or community leaders, and/or answer calls to that effect.
Assisted in the coordination of the Chief Monitor's calendar, including conference calls and in person meetings, regarding site visits in Puerto Rico.

**Site Visit to Puerto Rico August 16 through 20, 2021**
Meeting with the Honorable Judge Gelpi.
Meeting with Reform Unit and DPS.
Meetings with PRPB re: CMR-5 data/document request.
Meetings with Monitor Team members during the Site Visit.
Meeting with new FBI SAC.
Participated in PRPB's IT Unit presentations re: operationg systems.
Prepared and assisted re: Status Conference.
Meeting with the FIU Director.