# Manuel A. Arroyo Rivera

P. o Box 8925 Santurce Puerto Rico 00910     Cel 787-364-8925

Email marroyorivera20@gmail.com

Invoice    Month Agust 2021                                                                Invoice # 011

Federal Police Monitor   San Juan, PR

| Date | description | Hour | Rate | Amount |
|---|---|---|---|---|
| August-15-2021 | pick up staff from the monitor's office at the airport | 11 | $20.00 | $220.00 |
| August-16-2021 | pick up the monitor's office staff and take them to our meetings of the day | 10 | $20.00 | $200.00 |
| August-17-2021 | pick up the monitor's office staff and take them to our meetings of the day | 10 | $20.00 | $200.00 |
| August-18-2021 | pick up the monitor's office staff and take them to our meetings of the day | 14 | $20.00 | $280.00 |
| August-19-2021 | pick up the monitor's office staff and take them to our meetings of the day | 14 | $20.00 | $280.00 |
| August-20-2021 | pick up the monitor's office staff at different times of the day and take them to the airport | 13 | $20.00 | $260.00 |
| August  2021 | car use expenses | 1month | 1month | $200.00 |
| | | 72 | $20.00 | $1,640.00 |