# INVOICE



22 Chalets de Santa Maria
San Juan, P.R. 00927
(787)940-3090

**BILL TO:**
**Office of the FPMPR, LLC**
VIG Tower, PH 924
1225 Ponce de Leon Avenue
San Juan, P.R. 00907

**DATE:** /31/2021
**INVOICE #** 20218
**FOR:** FPMPR/TCA

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| emails/Phone calls: Denise, javi, John, Luis H., Al, Rita. Community Invites: Iniciativa Comunitaria, La Fondita de Jesus | 2.00 | $160.00 | $ 320.00 |
| Zoom meetings (Team) | 1.00 | $160.00 | $ 160.00 |
| Site visits: CMR 5 Data request meeting requested by PRPB Capt. Figueroa, Dr. Fernandez & Sgt. Cruz-Febo | 3.50 | $160.00 | $ 560.00 |
| Denise Zoom | 2.00 | $160.00 | $ 320.00 |
| Phone calls: John, Denise, Javi , Dr. Fernandez | 1.50 | $160.00 | $240.00 |
| PRPB Community Encounters and Orientation in-house training module: Office of the Reform 8/5 (Trial Phase) Sgt. Cruz-Febo/Dr. Fernandez | 4.00 | $160.00 | $ 640.00 |
| 8/16: On site Team Meeting: Team/PRPB Reform 8/16 | 4.00 | $160.00 | $ 640.00 |
| 8/17/2021:FPMPR Community Engagement: Iniciativa Comunitaria/Ms. Y. Rivera TCA meeting with Rita Watkins for Japan Cosul inquiries re: crosssection representation through PRPB | 4.50 | $160.00 | $ 720.00 |
| 8/18/21 PRPB: IT Demos:EIS. | 4.00 | $160.00 | $ 640.00 |
| PRPB doc. On Community Engagement for Status conference: review and annotations submitted to John 8/18/2021. | 1.50 | $160.00 | $ 240.00 |
| 08/19/2021: Status Conference USDC | 8.00 | $160.00 | $ 1,280.00 |
| Status Conference: PRPB Presentation review and annotations forwarded to John via email 8/18/2021 | 1.50 | $160.00 | $ 240.00 |
| 8/22/2021: Status Conference questions to PRPB Re: Hate crimes prep.  Sept. 9th; Par. 217 Sec. XII C Due: 8/27 | 0.50 | $160.00 | $ 80.00 |
| Proposed interview schedule Pars. 211-212, per zoom meeting 8/24/TCA observations Sept. 20-24 and email | 1.00 | $160.00 | $ 160.00 |
| 8/25: PRPB Data submission review (Par. 206) | 2.00 | $160.00 | $ 320.00 |
| 8/29/21: Data review: Drop Boxsubission accuracy( Pars. 207 thorough 217); annotations for additional data request to PRPB | 7.00 | $160.00 | $ 1,120.00 |
| 08/30/2021CMR5 Data review draft and final Report: Email to John and Denise | 1.00 | $160.00 | $ 160.00 |
| Sum | 49.00 | | $ 7,840.00 |
| SALES TAX | | | $ - |
| TOTAL | | | $7,840.00 |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities, or agencies.

Merangelie Serrano-Rios

**THANK YOU!**