# Rafael Ruiz Consulting

12 Crestshire Dr.
Lawrence, MA 01843

PHONE: 6177599156    stodgo1971@yahoo.com    12 Crestshire Dr.

## INVOICE

INVOICE NUMBER: 2021-08
INVOICE DATE: 8/31/2021

Federal Police Monitor for PR
VIG Tower, PH-924
1225 Ponce De Leon Ave.
San Juan, PR 00907

RAFAEL E. RUIZ CONSULTING

| DATE | PROJECT | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: FPM-PR Expenses | | | |
| 8/31/2021 | FPM-PR Expenses | (Travel, hotel, and meals) Per Diem Meal Rate (Full days) while in PR | 4.00 | $115.00 | $460.00 |
| 8/31/2021 | FPM-PR Expenses | (Travel, hotel, and meals) 4 nights hotel stay at Marriott Courtyard; | 4.00 | $135.70 | $542.80 |
| 8/31/2021 | FPM-PR Expenses | (Travel, hotel, and meals) Uber/Lyft Ground transportation to/from Logan Airport-Boston | 1.00 | $108.75 | $108.75 |
| 8/31/2021 | FPM-PR Expenses | (Travel, hotel, and meals) Air Travel to/from PR via JetBlue | 1.00 | $472.40 | $472.40 |
| 8/31/2021 | FPM-PR Expenses | (Travel, hotel, and meals) Per Diem Meal Rate -Travel Days | 2.00 | $86.25 | $172.50 |
| | | TOTAL: FPM-PR Expenses | | | $1,756.45 |
| | | PROJECT: PR Police Reform FPM in PR Site Visits | | | |
| 8/16/2021 | PR Police Reform FPM in PR Site Visits | Site visit to PR- interviews/ FPM meetings | 8.00 | $165.00 | $1,320.00 |
| 8/17/2021 | PR Police Reform FPM in PR Site Visits | Site visit to PR; IT presentation by PRPB/ PRPB interviews re: CMR-05 | 8.00 | $165.00 | $1,320.00 |
| 8/18/2021 | PR Police Reform FPM in PR Site Visits | Site visit to PR; scheduled interviews | 8.00 | $165.00 | $1,320.00 |
| 8/19/2021 | PR Police Reform FPM in PR Site Visits | Site visit in PR/ Status hearing at Federal Court | 8.00 | $165.00 | $1,320.00 |
| | | TOTAL: PR Police Reform FPM in PR Site Visits | | | $5,280.00 |
| | | PROJECT: Work for FPM from Home | | | |
| 8/2/2021 | Work for FPM from Home | Bi-weekly FPM Team meeting | 1.00 | $165.00 | $165.00 |
| 8/3/2021 | Work for FPM from Home | Review PRPB GO 100-155 | 1.75 | $165.00 | $288.75 |
| 8/7/2021 | Work for FPM from Home | Work on site visit agenda and read PRPB Status Report | 1.50 | $165.00 | $247.50 |

INVOICE NUMBER: 2021-08

| DATE | PROJECT | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 8/24/2021 | Work for FPM from Home | Review initial PRPB CMR-05 data upload for accuracy | 4.00 | $165.00 | $660.00 |
| 8/25/2021 | Work for FPM from Home | Review/modify Sept agenda; Phone call with Chief Monitor | 1.00 | $165.00 | $165.00 |
| 8/26/2021 | Work for FPM from Home | Work on CMR-05 draft on Policies and Procedures; S&S section | 4.00 | $165.00 | $660.00 |
| 8/27/2021 | Work for FPM from Home | Work on initial CMR-05 draft on Policies and Procedures/S&S sections | 4.00 | $165.00 | $660.00 |
| 8/28/2021 | Work for FPM from Home | Work on draft for CMR-05 on Policies and Procedures; S&S section | 2.00 | $165.00 | $330.00 |
| 8/30/2021 | Work for FPM from Home | Weekly FPM meeting; Prep questions for Sept 9th Status Hearing | 6.00 | $165.00 | $990.00 |
| 8/31/2021 | Work for FPM from Home | Review GO 600-629, annexes and PPR's and prep report | 1.75 | $165.00 | $288.75 |
| 8/31/2021 | Work for FPM from Home | Emails among FPM Team, re PRPB | 1.00 | $165.00 | $165.00 |
| 8/31/2021 | Work for FPM from Home | I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0.00 | $165.00 | $0.00 |
| | | **TOTAL: Work for FPM from Home** | | | $4,620.00 |
| | | **Total hours for this invoice** | 60.00 | | |

| INVOICE BALANCE INFORMATION | |
|---|---|
| Total amount of this invoice | $11,656.45 |
| Current invoice balance | $11,656.45 |

AMOUNT DUE ON THIS INVOICE: $11,656.45

*Rafael E. Ruiz*
Rafael E. Ruiz

August 31, 2021

JetBlue® Mastercard® Statement

| RAFAEL E RUIZ | | Account Ending 9796 | Statement Period 07/27/21-08/26/21 | Page 2 of 5 |

## Transactions

| Transaction Date | Posting Date | Description | TrueBlue Points | Amount |
|---|---|---|---|---|
| **Payments** | | | | |
| Aug 23 | Aug 23 | PAYMENT RECV'D CHECKFREE | N/A | -$125.66 |
| **Total payments for this period** | | | N/A | **-$125.66** |
| **Purchase Activity for RAFAEL E RUIZ card ending 9796** | | | | |
| Aug 01 | Aug 02 | SUNOCO 0012137612  QPS   HANOVER     MA | 68 | $68.49 |
| Aug 01 | Aug 03 | JETBLUE   27921706283494 8005382583   UT<br>RUIZ/RAFAEL ENRIQUE MR 08/15/2021 BOS SJU BOS<br>Agency:  #27921706283494 | 1,417 | $472.40 |
| Aug 10 | Aug 11 | EXXONMOBIL   97448062   TEWKSBURY    MA | 82 | $82.05 |
| Aug 22 | Aug 23 | JETBLUE   27921720878321 8005382583   UT<br>RUIZ/RAFAEL ENRIQUE MR 09/07/2021 BOS SJU BOS<br>Agency:  #27921720878321 | 1,015 | $338.40 |
| **Total purchase activity for this period** | | | **2,582** | **$961.34** |

▶ *To see activity after this statement period, visit jetbluemastercard.com*

## Fees and Interest

| Transaction Date | Posting Date | Description | Amount |
|---|---|---|---|
| **Fees Charged** | | | |
| | | No fees charged for this period | $0.00 |
| **Total fees for this period** | | | **$0.00** |
| **Interest Charged** | | | |
| | | No interest charged for this period | $0.00 |
| **Total interest for this period** | | | **$0.00** |

### 2021 Year-to-Date Totals

| | |
|---|---|
| Total fees charged in 2021 | $0.00 |
| Total interest charged in 2021 | $22.14 |

*This Year-to-date summary reflects the Fees and Interest charged on billing statements with closing dates in 2021, and does not reflect any subsequent fee and/or interest adjustments.*

Visit jetbluemastercard.com or use the Barclays Mobile App

038701 2/5



**From:** Uber Receipts uber.us@uber.com 
**Subject:** Your Sunday even ng tr p w th Uber
**Date:** August 15, 2021 at 6:53 PM
**To:** stodgo1971@yahoo.com

# Uber

Total **$60.50**
August 15, 2021

## Thanks for tipping, Rafael

Here's your updated Sunday evening ride receipt.



## Total  $60.50

| | |
|---|---:|
| Base Fare | $2.18 |
| Distance | $26.58 |
| Time | $11.89 |
| **Subtotal** | **$40.65** |
| Callahan Tunnel | $2.65 |
| Booking Fee | $2.35 |
| Airport Facility Charge | $3.25 |
| Tips | $11.60 |

## Amount Charged

| | | |
|---|---|---|
| AMEX •••• 3007 | Switch | $48.90 |
| AMEX •••• 3007 | Switch | $11.60 |

A temporary hold of $55.00 was placed on your payment method •••• 3007. This is not a charge and will be removed. It should disappear from your bank statement shortly. Learn More

**Download PDF**

# You rode with Issam

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ›

**UberX**  29.15 miles | 31 min

■ **6:20 PM**
12 Crestshire Dr, Lawrence, MA 01843, USA

▪ **6:52 PM**
Boston, MA 02128, USA





Report lost item  ›

Contact support  ›

My trips  ›

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158

| | |
|---|---|
| **From:** | **Lyft Receipts** no-rep y@ yftma .com 🚩 |
| **Subject:** | Your r de w th Peerawee on August 20 |
| **Date:** | August 20, 2021 at 4:45 AM |
| **To:** | stodgo1971@yahoo.com |





AUGUST 20, 2021 AT 4:13 AM

# Thanks for riding with Peerawee!



| | |
|---|---|
| Lyft fare (28.79mi, 28m 50s) | $59.85 |
| Tip | $14.96 |

| | | |
|---|---|---|
| Pay | Apple Pay (MasterCard) | **$74.81** |

**We haven't charged you for this ride yet.**
The charge for this ride will be combined with any other rides you take on August 20, 2021. You'll receive a receipt combining all of your day's charges, whenever you take more than one ride in a single day.





- **Pickup**  4:13 AM
  Airport Road – Arrivals Level, Boston, MA, US

- **Drop-off**  4:42 AM
  10 Crestshire Dr, Lawrence, MA



## We do rentals now

Reserve your own set of wheels with Lyft Rentals – right from the app.

**RESERVE NOW**

**TIP DRIVER**

**FIND LOST ITEM**

**REQUEST REVIEW**

Help Center

Receipt #15768646170641746 82

We never share your address with your driver after a ride.
Learn more about our commitment to safety.

© OpenStreetMap

© 2021 Lyft, Inc.
548 Market St., P.O. Box 68514
San Francisco, CA 94104
CPUC ID No. TCP0032513 – P

Work at Lyft
Become a Driver