# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@yahoo.com | 550 Amsonia Circle Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2021-06
**DATE:** August 31, 2021

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-------------|-------|------|--------|
| 08/01/2021 | 1.0 hour of research | 1.0 | $50.00 | $50.00 |
| 08/02/2021 | 1.0 hour of travel planning | 1.0 | $50.00 | $50.00 |
| 08/03/2021 | 1.0 hour of travel planning | 1.0 | $50.00 | $50.00 |
| 08/05/2021 | 0.5 hour of travel planning | 0.5 | $50.00 | $25.00 |
| 08/10/2021 | 0.5 hour of travel planning | 0.5 | $50.00 | $25.00 |

**AMOUNT DUE**     **SEE THIRD PAGE**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@yahoo.com | 550 Amsonia Circle Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2021-06
**DATE:** August 31, 2021

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-------------|-------|------|--------|
| 08/11/2021 | 2.5 hours of travel planning | 2.5 | $50.00 | $125.00 |
| 08/12/2021 | 2.0 of travel planning | 2.0 | $50.00 | $100.00 |
| 08/14/2021 | 2.0 hours travel planning | 2.0 | $50.00 | $100.00 |
| 08/15/2021 | 0.5 hour of research | 0.5 | $50.00 | $25.00 |
| 08/16/2021 | 1.0 hour of itemized list development | 1.0 | $50.00 | $50.00 |

**AMOUNT DUE**          **SEE THIRD PAGE**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@yahoo.com | 550 Amsonia Circle Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2021-06
**DATE:** August 31, 2021

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-------------|-------|------|--------|
| 08/17/2021 | 2.0 hours of template creation | 2.0 | $50.00 | $100.00 |
| 08/18/2021 | 2.0 hours of template creation | 2.0 | $50.00 | $100.00 |

| | | | AMOUNT DUE | $800.00 |
|---|---|---|---|---|

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.