**INVOICE 0078 FOR PROFESSIONAL SERVICES; JULY 22 THROUGH AUG 24, 2021**
**RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC, 13932 SOUTH SPRINGS DR, CLIFTON VA 20124**

TO: **Federal Monitor**
Puerto Rico Police Department Consent Decree

The invoice for professional services rendered by Crystal Reef LLC (Monitoring Core Team) for the month of August 2021 is detailed as follows:

| Task Performed | US Hours | Dates | PR Hours | Billable Amount |
|---|---|---|---|---|
| On-Site Puerto Rico Labor Hours | | 8/15,16,17,18,19 | 32.00 | $5,280.00 |
| Communications & Coordination - telcons and emails to/from Monitors, PRPB, USDOJ, Special Master; Review guidance and documents, SOP's; logistics; scheduling, on-site planning & coordination of demonstrations and interviews | 6.75 | 7/22,26,28,30,8/1,2,3,7,9,10,11,12,20,22,23 | | $1,113.75 |
| Teleconference Meetings; Monitors Office, | 1 | 8/2 | | $165.00 |
| Special Master - Integrity Checks teleconference and follow through data request. Telcon on biased/based policing | 3.5 | 8/3,4,8,10,12,20 | | $577.50 |
| Judge Gelpi Review of IT status - develop and prepare briefing, conduct necessary research, propose questions, prepare testimony comments, review PRPB prepared comments, provide follow-up context after the status conference and notify PRPB CIO. | 9.25 | 8/1,2,3,12,14,22,23,24 | | $1,526.25 |
| PRPB Corrective IT Plan/Strategy - responses to PRPB email, provide recommendations | 0.75 | 8/2 | | $123.75 |
| PRPB response review of CMR 3, 4 and period 5 requests - specifically requests unanswered | 3 | 8/11 | | $495.00 |
| Preparation for interviews and demonstrations during August on-site monitoring visits - data purification and alignment with DOJ email and prior PRPB responses. Update master IT Data request Tally for on-site interviews | 3.75 | 8/14,15 | | $618.75 |
| | | | | |
| Net Hours @ $165/hr. | 28.00 | | 32.00 | $9,900.00 |
| Total Expenses (Air, Hotel, MIE; Meals, Parking, POV miles) | | | | $1,639.10 |
| Allowable Fee | | | | $11,539.10 |

1

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

INVOICE PRESENTED BY: _____ : Scott Cragg, Monitoring Core Team

2

# Office of the TCA - Travel Reimbursement Form

**Traveler Name: Scott Cragg**
**Travel Da August 15-19, 2021**
**Purpose of Travel: On-Site Monitoring Visit**

## Travel Reimbursement

| Expense | Unit Cost | Units | | Total |
|---|---|---|---|---|
| Airfare | $ 469.00 | | 1 | $ 469.00 |
| Baggage | $ - | | 0 | $ - |
| Ground Tra | $ 75.00 | | 1 | $ 75.00 |
| Ground Tra | $ - | | 5 | $ - |
| Ground Tra | $ 0.58 | | 60 | $ 34.80 |
| Lodging | $ 135.70 | | 4 | $ 542.80 |
| Per Diem (T | $ 86.25 | | 2 | $ 172.50 |
| Per Diem (F | $ 115.00 | | 3 | $ 345.00 |
| Other: | $ - | | 0 | $ - |
| Total | | | | $ 1,639.10 |

**ALEXANDRIA UNION CAB**
(703)683-1200 - 24 Hr. Dispatch Service

FROM _____
TO _____
DATE 8/19    FARE$ 75
DRIVER'S NAME _____ CAB# _____

*By Request, We Accept*
TeleCheck   JCB   VISA   MasterCard

Each Cab Independently Owned & Operated

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

# Itinerary confirmation

Download to calendar

You're all set to jet!

**Confirmation code: JBFKUY**  MANAGE BOOKING

## Travelers

Mr. Scott Pomaialoha Cragg

| Flight | | |
|---|---|---|
| | Ticket number | 2792169954191 |
| | Frequent Flyer | JetBlue - TrueBlue - 3363415311 * |
| | | DCA → SJU |
| | Seat | 7C |
| | Checked Baggage Allowance | 2 bags |

## Your flights

| Washington-National, DC (DCA) | San Juan, PR (SJU) | Flight 1347 | Fare: Blue |
|---|---|---|---|
| Sun Aug 15 2021, 8:00 AM | Sun Aug 15 2021, 11:52 AM | JetBlue | Nonstop |
| A320 | | | |

## Fare breakdown

| Passenger Type | Base Fare per person | Taxes & fees per person | Total Fare per person | Number of travelers | Total Fare |
|---|---|---|---|---|---|
| Adult | $234.60 | $29.20 | $263.80 | x 1 | $263.80 USD |

**Total fare:** **$263.80 USD**

*(handwritten: + 6 = for seat  269 80)*

## Extras

+ Seats

+ Bags

+ Even More Speed

https://book.jetblue.com/B6/ConfirmationForward.do?vsid=26c95d44-f998-4046-b8e3-1ec6dfd780da

Page 1 of 3

# My Booking

## You're all set to jet!

ITINERARY OPTIONS

## Confirmation code: JTPQBN

### Travelers

Scott Pomaialoha Cragg

| Flight | | |
|---|---|---|
| | Ticket number | 2792169207253 |
| | Frequent Flyer | JetBlue - TrueBlue - 3363415311 * |
| | | SJU → DCA |
| | Seat | * |
| | Checked Baggage Allowance | 2 bags |

\* Seat is not yet assigned. To select a seat, use Assign Seat below or select a seat when you check in for your flight (starting 24 hours prior to departure). If you book an Even More® Space seat, it allows a carry-on bag if Even More® Space is selected on all legs, if connecting, as well as early boarding, up to 7" more legroom and (in available airports) an expedited security lane.

### Your flights

| San Juan, PR (SJU) | Washington-National, DC (DCA) | Flight 1348 | Fare: Blue Basic |
|---|---|---|---|
| Thu Aug 19 2021, **6:10 PM** | Thu Aug 19 2021, **9:57 PM** | JetBlue | Nonstop |
| A320 | | | |

### Fare breakdown

| Passenger Type | Base Fare per person | Taxes & fees per person | Total Fare per person | Number of travelers | Total Fare |
|---|---|---|---|---|---|
| Adult | $164.00 | $29.20 | $193.20 | x 1 | $193.20 USD |

Total fare: **$193.20 USD**

*[Handwritten: + 6 for SEAT  199.20]*

### Extras

+ Bags

+ Even More Speed

|  |  |
|---|---|
| Total extras: | $0.00 USD |
| Charged to Visa ending in 6833 | $268.20 USD |
| Refund amount | -$63.00 USD |
| Total | **$205.20** USD |