Spece
1225 Juan Ponce de Leon
San Juan, PR  00907
787-417-7300
info@spece.com
www.spece.com

Invoice  INV - 12334



| BILL TO | | | |
|---|---|---|---|
| Office of the FPMPR LLC | DATE<br>09/01/2021 | PLEASE PAY<br>$1,645.28 | DUE DATE<br>09/01/2021 |

| MEMBERSHIP | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Other Fees:One-off Fees**<br>Tinting - Privacy band with logo insert (1 door) | 1 | 225.00 | 225.00T |
| **Event Rental:Conference Room**<br>XLarge Conference Room, $167.19, 1 x $125.00 / half day, 1.25 x $33.75 / hour (10% discount) - Aug 17, 2021 | 1 | 167.1875 | 167.19T |
| **Event Rental:Conference Room**<br>Medium Conference Room, $81.00, 1 x $81.00 / hour (10% discount) - Aug 18, 2021 | 1 | 81.00 | 81.00T |
| **Event Rental:Conference Room**<br>XLarge Conference Room, $135.00, 4 x $33.75 / hour (10% discount) - Aug 18, 2021 | 4 | 33.75 | 135.00T |
| **Event Rental:Conference Room**<br>XLarge Conference Room, $25.31, 0.75 x $33.75 / hour (10% discount) - Aug 16, 2021 | 0.75 | 33.75 | 25.31T |
| **Event Rental:Conference Room**<br>Medium Conference Room, $157.50, 1 x $157.50 / day (10% discount) - Aug 17, 2021 | 1 | 157.50 | 157.50T |
| **Event Rental:Conference Room**<br>XLarge Conference Room, $125.00, 1 x $125.00 / half day - Sep 8, 2021 | 1 | 125.00 | 125.00T |
| **Event Rental:Conference Room**<br>Medium Conference Room, $157.50, 1 x $157.50 / day (10% discount) - Sep 8, 2021 | 1 | 157.50 | 157.50T |
| **Event Rental:Conference Room**<br>Small Conference Room, $126.00, 2 x $63.00 / hour (10% discount) - Sep 8, 2021 | 2 | 63.00 | 126.00T |
| **Event Rental:Conference Room**<br>XLarge Conference Room, $225.00, 1 x $225.00 / day (10% discount) - Sep 10, 2021 | 1 | 225.00 | 225.00T |
| **Event Rental:Conference Room**<br>Medium Conference Room, $157.50, 1 x $157.50 / day (10% discount) - Sep 10, 2021 | 1 | 157.50 | 157.50T |

ELEVATE YOUR BUSINESS

| | |
|---|---:|
| SUBTOTAL | 1,582.00 |
| TAX (4%) | 63.28 |
| TOTAL | 1,645.28 |
| TOTAL DUE | **$1,645.28** |

THANK YOU.

ELEVATE YOUR BUSINESS