# THE & GROUP LLC.

Las Ramblas
71 Calle Montjuic
Guaynabo , PR 00969

## INVOICE

INVOICE NUMBER: 63
INVOICE DATE: AUGUST 31, 2021

Federal Police Monitor

San Juan, PR

Invoice for Javier B Gonzalez Professional Services as Administrative Director

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| AUG-02-21 | Administrative Director | Meeting with the Monitor at Office, Meeting with reform office at PRPB, Meeting with The Judge. Follow up on Rincon protests News. | 6.00 | $100.00 | $600.00 |
| AUG-03-21 | Administrative Director | Various communications with the Monitor regarding Rincon Protests, Follow up on Rincon Protests News, Visit to Rincon, Communications with Team Members. | 8.00 | $100.00 | $800.00 |
| AUG-04-21 | Administrative Director | Rincon Protests news Follow up, Communications with the Monitor and Team Members, Work with July 2021 Invoices. | 4.00 | $100.00 | $400.00 |
| AUG-05-21 | Administrative Director | Communications with the Monitor, Cont. work with July Invoices. | 2.50 | $100.00 | $250.00 |
| AUG-06-21 | Administrative Director | Communications with the Monitor, Review of Surveys RFI. | 2.00 | $100.00 | $200.00 |
| AUG-09-21 | Administrative Director | Bi weekly meeting with USDOJ and PRPB, Communications with the Monitor, Deputy Monitor and Team Members, Review of communications by Team members and PRPB. Communications with PRPB. | 4.00 | $100.00 | $400.00 |
| AUG-10-21 | Administrative Director | Cont. Review of Surveys RFIs, Review of communications sent by Team Members and PRPB. | 3.00 | $100.00 | $300.00 |
| AUG-11-21 | Administrative Director | Meeting with Deputy Monitor, Communications with the Monitor and Team Members, Coordination of Team Visit Meetings. Communications regarding Survey RFI. | 4.00 | $100.00 | $400.00 |
| AUG-12-21 | Administrative Director | Communications with the Monitor, Deputy Monitor, Team Members and PRPB, Coordination of Team Visit, Work with Survey RFI Proposals. | 3.50 | $100.00 | $350.00 |
| AUG-13-21 | Administrative Director | Coordination of Team Visit, Communications with the Monitor, Team Members and PRPB, Office Vehicle Follow Up, Survey RFI Interview Coordination. | 4.50 | $100.00 | $450.00 |
| AUG-16-21 | Administrative Director | Team visit meetings at office and PRPB, Communications with Deputy Monitor, final review of Invoices. | 8.00 | $100.00 | $800.00 |

INVOICE NUMBER: 63

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| AUG-17-21 | Administrative Director | Interviews and Meetings at Office, Coordination of other Team Meetings. Community meeting in Rio Piedras. | 7.00 | $100.00 | $700.00 |
| AUG-18-21 | Administrative Director | Meetings at PRPB and Office. | 8.00 | $100.00 | $800.00 |
| AUG-19-21 | Administrative Director | Court Hearing at Old San Juan. | 8.00 | $100.00 | $800.00 |
| AUG-20-21 | Administrative Director | Follow up on vehicle, visit Justice Department Forfeit vehicles lot in Salinas and San Juan. Communications with the Monitor and Team Members, Review of communications sent by Team. | 6.50 | $100.00 | $650.00 |
| AUG-21-21 | Administrative Director | Communications with the Monitor, Visit PRPB presentation to the community in Plaza del caribe Mall (Ponce). | 4.00 | $100.00 | $400.00 |
| AUG-23-21 | Administrative Director | Bi weekly meeting with the parties, Communications with the Monitor, Deputy Monitor and PRPB officials. | 3.00 | $100.00 | $300.00 |
| AUG-24-21 | Administrative Director | Vehicle Follow Up, Review of Team communications, Communications with the Monitor. | 2.50 | $100.00 | $250.00 |
| AUG-25-21 | Administrative Director | Bi weekly meeting with Deputy Monitor, Review of Team members communications. Survey follow up. | 2.00 | $100.00 | $200.00 |
| AUG-26-21 | Administrative Director | Conference call with Website administrator, Survey follow up. | 1.50 | $100.00 | $150.00 |
| AUG-27-21 | Administrative Director | Review of Team communications, Follow up on Newsletter translations. | 1.00 | $100.00 | $100.00 |
| AUG-30-21 | Administrative Director | Bi weekly Team Meeting, Communications with the Monitor, communication with Citizen. | 2.50 | $100.00 | $250.00 |
| AUG-31-21 | Administrative Director | 253 Meeting, Newsletter follow up, Communications with the Monitor. | 3.00 | $100.00 | $300.00 |
| AUG-31-21 | Administrative Director | I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0.00 | $100.00 | $0.00 |
| | | Gasoline Expense (Manuel Arroyo) | | | $80.00 |
| | | Total amount of this invoice | | | $9,930.00 |

MESSAGE

Javier B Gonzalez, August 31, 2021