# VIOTA & ASSOCIATES CPA LLC

**B5 CALLE TABONUCO, SUITE 216**
**PMB 292**
**GUAYNABO, PR 00968-3029**

## Invoice

INVOICE NUMBER: 20200549
DATE: AUGUST 31, 2021

PUERTO RICO POLICE REFORM

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: CONSULTING FEES | | | |
| JUL-27-21 | CONSULTING FEES | -Post June Invoices<br>-Post June payments in SAGE & PR Pay | 2.00 | $100.00 | $200.00 |
| AUG-09-21 | CONSULTING FEES | Review July Invoices and calculate withholdings | 1.00 | $100.00 | $100.00 |
| AUG-20-21 | CONSULTING FEES | Deposit at Firstbank | 1.00 | $100.00 | $100.00 |
| AUG-23-21 | CONSULTING FEES | ACH Payment for July Invoices (1 of 2)<br>Professional Services withholding payment | 0.50 | $100.00 | $50.00 |
| AUG-24-21 | CONSULTING FEES | ACH Payment July Invoices (2 of 2) | 0.50 | $100.00 | $50.00 |
| AUG-26-21 | CONSULTING FEES | July 2021 - Bank Reconciliation & Genera Accounting | 4.50 | $100.00 | $450.00 |
| | | TOTAL: CONSULTING FEES | | | $950.00 |
| | | Total hours for this invoice | 9.50 | | |
| | | Total before tax | | | $950.00 |
| | | PR SALES TAX (IVU) | | | $0.00 |
| | | Total amount of this invoice | | | $950.00 |

MESSAGE

6% Withholding on Profesional Services (Waiver Certificate Available Upon Request)