Rita J. Watkins
4746 Enchanted Oaks Dr.
College Station, TX. 77845
979-777-0594

| | |
|---|---|
| Name | **Rita J. Watkins** |
| Month of Time Log | **August 2021** |

| Date | Description of Activities | Hours |
|---|---|---|
| 8/2/21 | Monitor Team meeting | 1.0 |
| 8/6/21 | Site visit coordination to include scheduling and itinerary with deputy monitor and on-site manager. | .50 |
| 8/16/21 | Site visit initial meetings and interviews of PRPB personnel | 6.0 |
| 8/17/21 | Site visit tours and interviews of PRPB personnel | 7.0 |
| 8/18/21 | IT demos and interviews of PRPB personnel | 7.0 |
| 8/19/21 | Status Hearing including Police Academy oversight | 5.0 |
| 8/23/21 | Email correspondence between monitors on data collection and analysis | 1.0 |
| 8/24/21 | Review of data documents submitted by PRPB for CMR-5. | 1.0 |
| 8/27/21 | Meeting with DOJ and SME on sexual assault investigative baseline. | 2.0 |
| 8/30/21 | Deputy Monitor meeting | .50 |
| 8/30/21 | Monitor Team meeting | 1.0 |

**Billable Hours:** 32 HOURS, at rate of $160 per hour = $5120.00

**Travel Reimbursement**: $1,998.40

**Total Invoice:** $7,118.40

I hereby certify that the amount billed in this invoice is true and correct and corresponds to the number of hours worked in my capacity as a Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*Rita J Watkins* [signature]

Rita J. Watkins                                                    Date: August 31, 2021



# Office of the Technical Compliance Advisor Travel Reimbursement Form

Enter all required information below to obtain travel reimbursement. If spending did not occur in a category, please leave the field blank. Blank fields will likely be used for one or more of the ground transportation options. The "Total" column of the table will update based on the information entered into the "Unit Cost" and "Units" columns. Receipts for airfare, lodging, ground transportation, and PCR Testing must be submitted with this form. Submit the Travel Reimbursement Form and accompanying receipts to Javier Gonzalez (Javier.benito@me.com) with the Chief Monitor (jrrjjr.romero@gmail.com) and/or his designee copied with your monthly invoice.

**Traveler Name:** Rita J. Watkins
**Travel Dates:** August 15-20, 2021
**Purpose of Travel:** PRPB site visit and Status hearing

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 578.40 | 1 | $ 578.40 |
| Baggage | | 2 | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | | 1 | $ - |
| Ground Transportation (Parking) | $ 20.00 | 5 | $ 100.00 |
| Ground Transportation (Mileage) | $ 0.56 | | $ - |
| Lodging | $ 137.50 | 5 | $ 687.50 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 4 | $ 460.00 |
| PCR Testing | | 1 | $ - |
| **Total** | | | **$ 1,998.40** |

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

**COURTYARD® Marriott.**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Ms Rita Watkins
4746 Enchanted Oaks Dr
College Sta TX 77845
United States

Room: 0507
Room Type: EKNG
No. of Guests: 1
Rate:  $   115.00   Clerk: 3

Marriott Rewards #   595896259

CRS Number  74357991

Name:

Arrive:   08-15-21          Time:  21:53          Depart:  08-20-21          Folio Number: 666427

| Date | Description | Charges | Credits |
|---|---|---|---|
| 08-15-21 | Package | 115.00 | |
| 08-15-21 | Government Tax | 10.35 | |
| 08-15-21 | Hotel Fee | 10.35 | |
| 08-16-21 | Comedor - Guest Charge | 2.00 | |
| 08-16-21 | Package | 115.00 | |
| 08-16-21 | Government Tax | 10.35 | |
| 08-16-21 | Hotel Fee | 10.35 | |
| 08-17-21 | COMEDOR- Guest Charge (Breakfast) | 2.00 | |
| 08-17-21 | Package | 115.00 | |
| 08-17-21 | Government Tax | 10.35 | |
| 08-17-21 | Hotel Fee | 10.35 | |
| 08-18-21 | COMEDOR- Guest Charge (Breakfast) | 2.00 | |
| 08-18-21 | Package | 115.00 | |
| 08-18-21 | Government Tax | 10.35 | |
| 08-18-21 | Hotel Fee | 10.35 | |
| 08-19-21 | COMEDOR- Guest Charge (Breakfast) | 2.00 | |
| 08-19-21 | Package | 115.00 | |
| 08-19-21 | Government Tax | 10.35 | |
| 08-19-21 | Hotel Fee | 10.35 | |
| 08-20-21 | American Express | | 699.88 |
| | Card #  XXXXXXXXXXX2009 | | |
| 08-25-21 | American Express | | -13.38 |
| | Card #  XXXXXXXXXXX2009 | | |

**COURTYARD®**
**Marriott.**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Ms Rita Watkins
4746 Enchanted Oaks Dr
College Sta TX 77845
United States

Room: 0507
Room Type: EKNG
No. of Guests: 1
Rate: $ 115.00  Clerk: 3

Marriott Rewards #   595896259

CRS Number  74357991

Name:

Arrive:  08-15-21           Time:  21:53           Depart: 08-20-21           Folio Number: 666427

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
|      |             | **Balance** | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

**Watkins, Rita**

| | |
|---|---|
| **From:** | Watkins, Rita |
| **Sent:** | Friday, August 6, 2021 11:49 AM |
| **To:** | 'javier.benito@me.com' |
| **Cc:** | 'DRodriguez_PRI@outlook.com' |
| **Subject:** | FW: eTicket Itinerary and Receipt for Confirmation O46XR5 |

Hello,
Just getting my itinerary to you for arrangements. Look forward to seeing you both again.
Have a wonderful weekend.
Rita

**From:** United Airlines, Inc. <Receipts@united.com>
**Sent:** Tuesday, July 6, 2021 4:57 PM
**To:** Watkins, Rita <ICC_RJW@SHSU.EDU>
**Subject:** eTicket Itinerary and Receipt for Confirmation O46XR5



Tue, Jul 06, 2021

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our Important notices page for the latest updates

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# O46XR5

### Flight 1 of 2 UA701                                                                 Class: United Economy (L)

Sun, Aug 15, 2021                                                                              Sun, Aug 15, 2021
**12:00 PM**                                                                                    **05:32 PM**
Houston, TX, US (IAH)                                                                     San Juan, PR, US (SJU)

### Flight 2 of 2 UA668                                                                 Class: United Economy (T)

1

| | |
|---|---|
| Fri, Aug 20, 2021<br>**07:15 AM**<br>San Juan, PR, US (SJU) | Fri, Aug 20, 2021<br>**10:56 AM**<br>Houston, TX, US (IAH) |

## Traveler Details

WATKINS/RITAJANE

eTicket number: **0162356612236**　　　　　　　　　　Seats: **IAH-SJU 29F**
Frequent Flyer: **UA-XXXXX226 Member**　　　　　　　　　　**SJU-IAH 29F**

## Purchase Summary

Method of payment:　　　　　　　　　　　　　　　　**Master Card ending in 0178**
Date of purchase:　　　　　　　　　　　　　　　　　　**Tue, Jul 06, 2021**

Airfare:　　　　　　　　　　　　　　　　　　　　　　**520.00 USD**
U.S. Transportation Tax:　　　　　　　　　　　　　　**38.20 USD**
September 11th Security Fee:　　　　　　　　　　　　**11.20 USD**
U.S. Passenger Facility Charge:　　　　　　　　　　　**9.00 USD**

Total Per Passenger:　　　　　　　　　　　　　　　　**578.40 USD**

**Total:**　　　　　　　　　　　　　　　　　　　　　**578.40 USD**

## Carbon Footprint

Your estimated carbon footprint for this trip is **0.40271 tonnes of CO2.**
You can reduce your environmental impact by participating in our CarbonChoice program which supports projects that reduce greenhouse gases. Learn more.

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.
REFUNDABLE

## MileagePlus Accrual Details

| Ritajane Watkins | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQM | PQS | PQD | PQP | PQF |
| Sun, Aug 15, 2021 | 701 | Houston, TX, US (IAH) to San Juan, PR, US (SJU) | 1250 | 0 | 0.0 | 250 | 250 | 1 |

2



www.newsouthparking-tx.com

**New South Parking**

P.O. Box 60751
Houston, TX 77205
(281) 233-1730

**CUSTOMER RECEIPT**

Toledo Ticket Co., Toledo, OH
www.toledoticket.com

| Tran | In Time | Out Time | Fee | CC# |
|---|---|---|---|---|
| 380 | 08/15 13:11 | 08/20 11:15 | $100.00 | 0178 |