# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> v. <br><br> **COMMONWEALTH OF PUERTO RICO, et al.,** <br><br> Defendants. | **CIVIL NO.: 12-cv-02039** |

## INFORMATIVE MOTION REGARDING SUBMITTAL OF PARAGRAPH 261 SELF-ASSESSMENT REPORT

**MAY IT PLEASE THE COURT:**

**COME NOW**, Codefendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau, through the undersigned attorneys, and very respectfully state and pray:

1. Paragraph 261 of the Consent Decree in this case requires the Commonwealth to submit to the Honorable Court and parties a self-assessment report no later than fifteen (15) days before the conclusion of the period under review by the Monitor.

2. Thus, for the period ending on September 30, 2021, which is the fifth monitoring period, the filing date of the report was September 15, 2021. However, counsel for the parties have had the opportunity to discuss and have jointly consented to move the date to October 15, 2021.

3. The next Monitor's report will not be filed until after October 15, 2021.

4.      Counsel for the Commonwealth respectfully represents to the Court that counsel for the United States have expressly stated in writing that it does not object to extending the deadline to October 15, 2021, for the Commonwealth to file its self-report for the fifth compliance monitoring period, pursuant to Paragraph 261.

**WHEREFORE,** Defendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau respectfully request this Honorable Court to take notice of the above and approve October 15, 2021 as its filing deadline of the next self-assessment report.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

In San Juan, Puerto Rico, this 23rd day of September, 2021.

**CANCIO, NADAL & RIVERA, L.L.C.**
P.O. Box 364966
San Juan, Puerto Rico  00936-4966
403 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Tel. (787) 767-9625

**S/ RAFAEL BARRETO-SOLÁ**
USDC PR: 211801
rbarreto@cnr.law

**S/ GABRIEL A. PEÑAGARÍCANO**
USDC PR: 212911
gpenagaricano@me.com