**TDPetrowski, LLC**
**4010 Deep Valley Drive**
**Dallas, Texas 75244**

August 22, 2021 – September 21, 2021

INVOICE # ASM.TDP.2021-9   **TOTAL DUE $9,525.00**
ASSISTANT SPECIAL MASTER
SEPTEMBER INVOICE

**Tasks Completed**

| Hours | Description | Total |
|---|---|---|
| 14 | Reviewed/researched/translated as necessary/discussed/reworked documents related to various orders of the Court, PRPD and DOJ and Monitor Office exchanges regarding final drafts of PRPB policies and related appendices; Integrity Section G.O., G.O. 629, PRPB career path policy, Body Worn Camera policy; PRPB career path policy; Status Conference materials. | $2,100 |
| 18 | Drafted, reviewed and responded to texts, emails and all other documents/communications with respective parties, the Special Master, Assistant Special Master and the Court. | $2,700 |
| 31.5 | Zoom meetings and/or conference calls with the Parties, bi-weekly updates, Federal Court Status Conference, Elisco, FBI NIBRS Unit, University of Chicago and Ipsos. | $4,725 |

Total Wages Due = $9,525.00

**I hereby certify that the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.**

_Thomas D. Petrowski_    9/21/21
**Thomas D. Petrowski**