GALOEFFERT, LLC
4805 East Lake Road
Sheffield Lake, Ohio 44054

August 22, 2021, through September 21, 2021

INVOICE # 2021-09                                         **TOTAL DUE $11,775.00**
ASSISTANT SPECIAL MASTER
September 2021 INVOICE

Tasks Completed

| Hours | Description | Total |
|---|---|---|
| 27 | Reviewed, worked, and provided feedback on documents related to PRPB's Integrity Audit Memo, Integrity Section G.O., G.O. 629, PRPB career path policy, Body Worn Camera policy; email and discussed with the Special Master and other parties. | $4,050.00 |
| 20 | Drafted, reviewed and responded to emails and all other documents/communication with respective parties and the court. | $3,000.00 |
| 31.5 | Zoom meetings and/or conference calls with the Parties, Federal Court Status Conference, Elisco, FBI NIBRS Unit, University of Chicago and Ipsos. | $4,725.00 |

Total Wages Due = $11,775.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

_____                                                 09/22/2021
Gary A. Loeffert