Del Carmen Consulting, LLC
3122 Westwood Drive
Arlington, Texas 76012

August 22, 2021 through September 21, 2021

INVOICE # SM2021-9                          **TOTAL DUE $ 15,000.00**
SPECIAL MASTER
SEPTEMBER 2021 INVOICE

## Tasks Completed

Drafted, reviewed and responded to emails and all other documents/communication with respective parties and the Court. Engaged in review of some documents for the Court.

Conference calls with the Monitoring Team members, Commonwealth Representatives and Court.

Conference calls with the Monitor and SM team members.

Zoom meetings with various groups.

Engaged in review of career path document and integrity check protocols.

Court Status Conference Preparation and Participation.

Virtual meeting with attorneys.

Meeting on Bias Based Policing Protocols and data collection with Ipsos.

## Flat Rate Total Wages Due = $15,000.00

## TOTAL DUE = $ 15,000.00

**I hereby certify that the amount billed in this invoice is true and correct in my capacity as Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.**

*Alejandro del Carmen*
_____
    **Dr. Alejandro del Carmen**                                          9/21/21