**AO 435**
AZ Form (Rev. 10/2018)

Administrative Office of the United States Courts

# TRANSCRIPT ORDER

**FOR COURT USE ONLY**
**DUE DATE:**

| | |
|---|---|
| 1. NAME Gabriel A. Peñagarícano | 2. PHONE NUMBER (305)439-9194 |
| 3. DATE 9/30/21 | |
| 4. FIRM NAME | |
| 5. MAILING ADDRESS gpenagaricano@me.com | 6. CITY San Juan |
| 7. STATE PR | 8. ZIP CODE 00936 |
| 9. CASE NUMBER 12-2039 | 10. JUDGE Gustavo A. Gelpí |
| DATES OF PROCEEDINGS 11. 9/9/2021  12. | |
| 13. CASE NAME USA v. Commonwealth of PR | LOCATION OF PROCEEDINGS |
| 14. San Juan | 15. STATE PR |

16. ORDER FOR
☐ APPEAL    ☐ CRIMINAL    ☐ CRIMINAL JUSTICE ACT    ☐ BANKRUPTCY
☐ NON-APPEAL    ☑ CIVIL    ☐ IN FORMA PAUPERIS    ☐ OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☑ OTHER (Specify) Complete Hearing | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | ☐ | ☑ | | ☐ PAPER COPY | |
| 14 DAYS | ☐ | ☐ | | | |
| 7 DAYS (expedited) | ☐ | ☐ | | ☐ PDF (e-mail) | |
| 3 DAYS | ☐ | ☐ | | | |
| DAILY | ☐ | ☐ | | ☐ ASCII (e-mail) | |
| HOURLY | ☐ | ☐ | | | |
| REALTIME | ☐ | ☐ | | E-MAIL ADDRESS | |

CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional).

19. SIGNATURE s/Gabriel A. Peñagarícano

20. DATE 9/30/21

NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.

| TRANSCRIPT TO BE PREPARED BY | | | | ESTIMATE TOTAL | |
|---|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | | TOTAL DUE | |

DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY