


# Decimocuarto Informe Semestral de Estatus

**Negociado de la Policía de Puerto Rico**

**1 de abril de 2021 al 30 de septiembre de 2021**

**ANTONIO LÓPEZ FIGUEROA**

**Comisionado**

DECIMOCUARTO INFORME SEMESTRAL DE ESTATUS DEL NPPR

**TABLA DE CONTENIDO**

I.   **Introducción**................................................................................**4**

II.  **Respuesta del NPPR a los hallazgos presentados por el Monitor en el "CMR-4" (Ver Anejo MON-OR-445-20-8-2021)** ....................................**4**

III. **Oficina de Reforma** ....................................................................**5**

  A.  **Políticas y Procedimientos**......................................................**5**

IV. **Programa Ayuda al Empleado (PAE)** .....................................**10**

V.  **Áreas de Cumplimiento** ..........................................................**11**

  A.  **Profesionalización**.....................................................................**11**
       **1.**  **SITA** ................................................................................11
       **2.**  **Reglamento de Ascensos**.............................................15

  B.  **Uso de Fuerza**............................................................................**16**
       **1.**  **Equipo de Intervención en Crisis (CIT)** ........................16

          **a. Programa de Adiestramientos.**......................................**18**

          **b. Manejo de Casos y Procedimientos Administrativos.**..........**18**

          **c. Programa de Orientación para el Sistema de Justicia Criminal - Jueces y Fiscales.**......................................................**18**

          **d. Programa de Mentorías y Asistencia Técnica para el desarrollo de los CIT.**.................................................................**18**

          **e. Desarrollando Alianzas para apoyar los CIT.**............................**18**

       **2.**  **Equipos Adquiridos**.........................................................19

  C.  **Igual Protección y No Discrimen**...............................................**20**
       **1.**  **Estadísticas de las Orientaciones Conducidas a través de la Línea de Orientación para Víctimas de Delitos Sexuales (787) 343-0000.**..20
       **2.**  **Querellas División de Delitos Sexuales y Maltrato a Menores** ...........22
       **3.**  **Estadísticas de Violencia Doméstica: Género, Arrestos y Convicciones**..................................................................................24
       **4. Estadísticas sobre Arrestos a MNPPR Relacionados al Párrafo 100 y otros.**...............................................................................................**26**
  D.  **Reclutamiento, Selección y Nombramiento**..............................................**26**

E.   Adiestramientos ........................................................................................ **28**
   1.   **Adiestramientos y/o Readiestramientos Presenciales** ....................... 29
   2.   **Tiro de Transición Pistola *Sig Sauer*** ....................................................... 31
   3.   **Tiro Nocturno** ................................................................................................ 32
   4.   **Adiestramientos Virtuales** ...................................................................... 33
   5.   **Programa de Adiestramiento de Campo (FTO)** ................................... 35
      5.1  **Clase 228** ............................................................................................ 36
      5.2 **Clase 229** ............................................................................................ 36
   6.   **Clase 230** ...................................................................................................... 37
   7.   **Clase 231** ...................................................................................................... 37
   8.   **Clase 232** ...................................................................................................... 37

F.   **Supervisión y Administración**.................................................................. 38

G.   **Querellas Administrativas, Investigaciones Internas y Disciplina** ........... **39**
   1.   **Estadísticas de Querellas Administrativas** ........................................ 40
   2.   **Estadísticas del Negociado de Asuntos Antidiscriminatorios** .......... 40
   3.   **Pruebas de Detección de Sustancias Controladas** ........................... 40
   4.   **Querellas Administrativas/Orientación al Público** ........................... 41

H.   **Interacción con la Comunidad e Información Pública**.............................. **42**
   1.   **Comités de Interacción Ciudadana (CIC's)** ........................................ 42
   2.   **Alianzas Comunitarias** ............................................................................ 45
   3.   **Expansión Filosofía Policía Comunitaria** ............................................ 47
   a.   **El Ciclo I: Exploración y Orientación**.................................................. 48
   b.   **El Ciclo II: Aplicación y Validación** ...................................................... 49
   c.   **El Ciclo III: Evaluación** .......................................................................... 49
   d.   **Resultados**.................................................................................................. 49
   e.   **Conclusión** .................................................................................................. 50
   4.   **Incorporación de la tecnología para mostrar cumplimento** .............. 57
   5.   **Otras iniciativas de acercamiento comunitario** ................................. 58

I.   **Sistemas de Información y Tecnología**...................................................... **60**
   1.   ***Computer Aided Dispatch* (CAD)** .......................................................... 60
   2.   ***Globally Totally Electronic* (GTE)** ....................................................... 61
   3.   **Proyecto de Adquisición de Cámaras Corporales (BWC)** ................... 61
   4.   **Alianzas Comunitarias Formales – Relaciones con la Comunidad**.... 62
   5.   **Sistema de Intervención Temprana (EIS)** ............................................ 63
   6.   **Biblioteca Virtual (biblioteca.policia.pr.gov)**..................................... 64

**7. Panel Gráfico (*Dashboard*) de Uso de Fuerza** ............................................. 66

**8. Sistema de Análisis y Estadísticas Computarizado (SAEC+)** ................ 66

**9. Análisis de Brechas (*GAP Analysis*): *AH-Datalytics*** ................................. 67

**VI.  Conclusión** ..................................................................................................... **72**

**ANEJO** ..................................................................................................................... **73**

**DECIMOCUARTO INFORME SEMESTRAL DE ESTATUS**
**DEL NEGOCIADO DE LA POLICÍA DE PUERTO RICO**

## I. Introducción

De conformidad con las disposiciones del párrafo 261 del Acuerdo para la Reforma Sostenible de la Policía de Puerto Rico (en adelante, "Acuerdo"), el Negociado de la Policía de Puerto Rico (en adelante, "NPPR" o "Negociado") somete al Honorable Tribunal su Decimocuarto Informe Semestral de Estatus (en adelante, "Informe Semestral"). El mismo contiene los logros más significativos en la implementación de los requisitos del Acuerdo y las iniciativas desarrolladas y adoptadas por el NPPR durante el periodo comprendido entre los meses del 1 de abril de 2021 al 30 de septiembre de 2021.

## II. Respuesta del NPPR a los hallazgos presentados por el Monitor en el "CMR-4" (Ver Anejo MON-OR-445-20-8-2021)

El 21 de julio de 2021, el Monitor presentó ante el Tribunal federal su Cuarto Informe o "CMR-4" en el cual evaluó el cumplimiento del NPPR de conformidad con el Acuerdo. El mismo requiere que el Monitor presente al Tribunal, cada seis (6) meses, informes públicos que incluirán, entre otras, cosas la metodología y hallazgos específicos de cada revisión realizada. Esta evaluación consiste del periodo de octubre de 2020 a marzo de 2021, y cubre las siguientes áreas de cumplimiento: Uso de Fuerza; Registros y Allanamientos; Igual Protección y No Discrimen; Reclutamiento, Selección y Nombramiento; Adiestramiento; Supervisión y Administración; Querellas Administrativas, Investigaciones Internas y Disciplina; Interacción con la Comunidad e Información Pública; y Sistemas de Información y Tecnología.

Aunque reconocemos que las recomendaciones del Equipo del Monitor son con el fin de mejorar los procesos en el NPPR, tenemos a bien señalar algunos aspectos del borrador del CMR-4 que deben de aclararse por y para el bien del

proceso de la Reforma. Basado en lo anterior, el NPPR analizó dicho borrador y compartió las observaciones/respuestas del Negociado a ser discutidas con el Monitor, para que considerara modificar la información en el documento oficial, en algunos temas en particular, que se presentará ante el Tribunal Federal. Estas observaciones/respuestas al CMR-2 fueron recogidas mediante el comunicado MON-OR-445-20-8-2021 de 20 de agosto de 2021, y radicadas en el Tribunal federal en la misma fecha (Case 3:12-cv-02039-GAG *Document* 1817-1 *Filed* 08/20/21).

## III. **Oficina de Reforma**

### A. **Políticas y Procedimientos**

La Sección de Políticas y Procedimientos del NPPR tiene la responsabilidad de desarrollar la política pública del Negociado, revisar las políticas y procedimientos existentes para asegurar el fiel cumplimiento del Acuerdo, y atender efectivamente las prioridades del Negociado.

De conformidad con lo anterior, durante el periodo cubierto por este informe, se discutieron, aprobaron y ya fueron firmadas por el Comisionado, y publicadas en el portal Informa Policía, diferentes políticas y procedimientos. A continuación, desglosamos los distintos manuales, órdenes generales, políticas y procedimientos aprobados por el NPPR:

1. En fecha del 7 de julio de 2021, se publicó mediante Informa Policía la Orden General Capítulo 200, Sección 206, titulada: "Entrega de Cheques y Comprobantes o Talonarios de Cheque". Esta orden fue aprobada el 6 de julio y entró en vigor el 31 de julio de 2021. La misma, establece en el NPPR, las normas y procedimientos para regular la entrega de cheques y comprobantes o talonarios de cheques tramitados a través de la División de Nómina.

2. En fecha del 7 de julio de 2021, se publicó mediante Informa Policía la Orden General Capítulo 300, Sección 308, titulada: "Programa de Ayuda al Empleado". Esta orden fue aprobada el 6 de julio y entró en vigor el 31 de julio de 2021. La misma establece, en el NPPR, el Programa de Ayuda al Empleado y establece las normas y procedimientos para la implementación y administración del mismo.

3. En fecha del 7 de julio de 2021, se publicó mediante Informa Policía la Orden General Capítulo 600, Sección 624, titulada: "Interacción con Personas Transgénero y Transexuales". Esta orden fue aprobada el 6 de julio y entró en vigor el 31 de julio de 2021. La misma establece, en el NPPR, las políticas y procedimientos para los MNPPR en su interacción con personas Transgénero y transexuales, con el fin de proveer seguridad, respeto y dignidad a esta comunidad.

4. En fecha del 14 de julio de 2021, se publicó mediante Informa Policía la Orden General Capítulo 600, Sección 601, titulada: "Reglas para el Uso de Fuerza". Esta orden fue aprobada el 6 de julio y entró en vigor el 31 de julio de 2021. La misma establece, en el NPPR, las normas y límites que regirán el uso de fuerza por parte de los MNPPR, en el cumplimiento de su deber.

5. En fecha del 14 de julio de 2021, se publicó mediante Informa Policía la Orden General Capítulo 600, Sección 632, titulada: "Eliminación de Violaciones Sexuales en las Celdas (*PREA*)". Esta orden fue aprobada el 6 de julio y entró en vigor el 31 de julio de 2021. La misma establece, en el NPPR, los estándares nacionales para prevenir, detectar y responder a cualquier incidente de abuso o acoso sexual, según las disposiciones de la Ley para la Eliminación de Agresiones Sexuales en Prisión o *Prison Rape Elimination Act* (*PREA*, por sus siglas en inglés).

6. En fecha del 14 de julio de 2021, se publicó mediante Informa Policía la Orden General Capítulo 600, Sección 603, titulada: "*Baton* Expandible". Esta orden fue aprobada el 6 de julio y entró en vigor el 31 de julio de 2021. La misma establece, en el NPPR, las normas y procedimientos para el uso y manejo del *batón* expandible, el cual constituye una herramienta en el uso de fuerza menos letal, por parte de los MNPPR.

7. En fecha del 20 de julio de 2021, se publicó mediante Informa Policía la Orden General Capítulo 200, Sección 205, titulada: "Pago de Dieta y Millaje". Esta orden fue aprobada el 16 de julio y entró en vigor el 31 de julio de 2021. La misma establece, en el NPPR, las normas y procedimientos para regular la solicitud y aprobación de órdenes de viaje, pago de dietas, alojamiento y transportación, de conformidad con la Ley 230 de 23 de julio de 1974, según enmendada, conocida como Ley de Contabilidad del Gobierno de Puerto Rico, y la reglamentación que a tales efectos emita el Secretario del Departamento de Hacienda.

8. En fecha del 20 de julio de 2021, se publicó mediante Informa Policía, el comunicado OC-4-OR-1-409 con fecha del 15 de julio de 2021, mediante el cual se informa la implementación del formulario revisado PPR-112.2. Rev.07/2021, titulado "Registro de Movilizaciones de las Divisiones de Tácticas Especializadas (DTE). Esto con el propósito de documentar efectivamente todas las movilizaciones de las Divisiones de Operaciones Tácticas, y la División de Armas y Tácticas Especializadas.

9. En fecha del 30 de agosto de 2021, se publicó mediante Informa Policía el Manual, titulado: "Manual de Investigaciones de Incidentes de Uso de Fuerza". Este Manual fue aprobado el 30 de agosto y entró en vigor el 31 de agosto de 2021. Los MNPPR que utilicen la fuerza tienen que detallar la totalidad de las circunstancias relacionadas al uso de la misma, de

manera completa y precisa. Asimismo, es necesario que los supervisores revisen los usos de fuerza, tomando en consideración toda la evidencia pertinente, evidencia circunstancial, testimonios pertinentes, según sea apropiado. Por lo antes mencionado, se establece este Manual para las investigaciones de incidentes de uso de fuerza en el NPPR.

10. En fecha del 30 de agosto de 2021, se publicó mediante Informa Policía la Orden General Capítulo 600, Sección 605, titulada: "Informe e Investigación de Incidentes de Uso de Fuerza". Esta orden fue aprobada el 30 de agosto y entró en vigor el 31 de agosto de 2021. La misma establece, en el NPPR, las normas y procedimientos para reportar e investigar los usos de fuerza que realicen los MNPPR, en cumplimiento del deber, de manera oportuna, completa y precisa.

11. En fecha del 31 de agosto de 2021, se publicó mediante Informa Policía la Orden General Capítulo 600, Sección 620, titulada: "Armas Especializadas de las Divisiones de Tácticas Especializadas (DTE)". Esta orden fue aprobada el 30 de agosto y entró en vigor el 31 de agosto de 2021. La misma establece, en el NPPR, las normas y procedimientos a seguir durante la utilización de armas especializadas por los MNPPR, adscritos a las Divisiones de Tácticas Especializadas (DTE) del NPPR, entre otros aspectos.

12. En fecha del 31 de agosto de 2021, se publicó mediante Informa Policía la Orden General Capítulo 600, Sección 602, titulada: "Dispositivo de Control Eléctrico". Esta orden fue aprobada el 25 de agosto y entró en vigor el 31 de agosto de 2021. La misma establece, en el NPPR, las normas y procedimientos para el uso, manejo y mantenimiento del Dispositivo de Control Eléctrico (DCE) por los MNPPR en el ejercicio de sus funciones.

13. En fecha del 31 de agosto de 2021, se publicó mediante Informa Policía, el comunicado OC-4-OR-1-436 con fecha del 13 de agosto de 2021, mediante el cual se informa la implementación y desarrollo de los formularios controlados PPR-643.6, titulado: "Solicitud Cancelación Boletos Ley 22-2000" y PPR-643.7, titulado: "Recibo de Asignación, Reasignación u Ocupación de Equipo de Expedición de Boletos Electrónicos".

Estos formularios serán utilizados para solicitar la cancelación de boletos expedidos por infracciones a la Ley 22-2000, según enmendada, conocida como Ley de Vehículos y Tránsito de Puerto Rico, cuando el mismo no se haya expedido de conformidad con la citada ley. En cuanto al formulario 643.7, será utilizado para la asignación, reasignación y ocupación de equipo de expedición de boletos electrónicos.

Las siguientes políticas fueron aprobadas y publicadas luego del periodo cubierto por este Informe, pero antes de ser sometido a las partes:

14. En fecha del 1 de septiembre de 2021, se publicó mediante Informa Policía la Orden General Capítulo 600, Sección 604, titulada: "Gas Pimienta". Esta orden fue aprobada el 27 de agosto y entró en vigor el 31 de agosto de 2021. La misma establece, en el NPPR, las normas y procedimientos para el uso y manejo del gas pimienta, por parte de los MNPPR en el ejercicio de sus funciones.

15. En fecha del 8 de septiembre de 2021, se publicó mediante Informa Policía la Orden General Capítulo 400, Sección 409, titulada: "Biblioteca Virtual". Esta orden fue aprobada el 7 de septiembre de 2021 y entrará en vigor el 1 de octubre 2021. La misma establece, en el NPPR, las normas y procedimientos que regirán el uso de la Biblioteca Virtual del NPPR. La Biblioteca Virtual se crea como plataforma tecnológica que facilite el

acceso al público en general y a los empleados del NPPR, a aquellas políticas, reglamentos, formularios, documentos e información de carácter público promulgados por el NPPR.

16. En fecha del 8 de septiembre de 2021, se publicó mediante Informa Policía la Orden General Capítulo 600, Sección 638, titulada: "Comparecencias y Citaciones a los Foros Judiciales y/o Administrativos". Esta orden fue aprobada el 8 de septiembre de 2021 y entró en vigor el 30 de septiembre de 2021. La misma establece, en el NPPR, las normas y procedimientos para diligenciar las citaciones emitidas por los foros judiciales y/o administrativos a los empleados del NPPR.

17. En fecha del 14 de septiembre de 2021, se publicó mediante Informa Policía, el comunicado OC-4-OR-1-506 con fecha del 13 de septiembre de 2021, mediante el cual se informa la revisión y enmienda al formulario controlado PPR-1081, titulado: "Guía para la Inspección de Armerías". Esto con el propósito de atemperar el mismo al Art.4.01, inciso D, de la Ley 168/2019 conocida como Ley de Armas de Puerto Rico de 2020.

## IV. Programa Ayuda al Empleado (PAE)

Es política pública del NPPR proveer servicios de apoyo no punitivos para abordar y corregir problemas de comportamiento entre los miembros del Negociado como parte de los sistemas de mejoramiento disciplinario y de desempeño. Es preciso señalar que hasta este momento el NPPR cuenta con diecisiete (17) psicólogos, catorce (14) en puestos transitorios y tres (3) de carrera, uno de los cuales se encuentra el Director del Programa.

Como parte de los esfuerzos preventivos durante el periodo cubierto por este informe, personal del PAE se presentó en la Superintendencia de Educación y Adestramiento (Academia) el 31 de agosto de 2021, para compartir información sobre la importancia de la salud conductual.

A continuación, se desglosa el número del personal que ha sido referido o se ha presentado de manera voluntaria para recibir servicios psicológicos a través del Programa de Ayuda al Empleado, durante el periodo cubierto por este informe.

| CASOS REFERIDOS PROGRAMA DE AYUDA AL EMPLEADO | | | |
|---|---|---|---|
| **FECHA AÑO / MES** | **CASOS REFERIDOS** | **CASOS VOLUNTARIOS** | **TOTAL** |
| 2021 – abril | 4 | 5 | 9 |
| 2021 – mayo | 23 | 8 | 31 |
| 2021 – junio | 4 | 9 | 13 |
| 2021 – julio | 8 | 9 | 17 |
| 2021 – agosto | 17 | 21 | 38 |
| 2021 - septiembre | 11 | 12 | 23 |
| **TOTAL** | **67** | **64** | **131** |

## V. Áreas de Cumplimiento

### A. Profesionalización

#### 1. SITA

El Sistema Integrado de Tiempo y Asistencia (SITA) es uno primordial para la administración de los recursos humanos del NPPR. Basado en lo anterior, el Negociado inició un proceso de reclutamiento de personal para las siguientes posiciones relacionadas a SITA: Analista en Administración de Recursos Humanos, Técnico en Sistemas de Oficina, Supervisor de Asistencia y Licencias, y Oficial de Asistencia y Licencias; logrando el reclutamiento del personal necesario para cubrir estas necesidades.

Al 30 de junio de 2021 el Negociado de la Policía de Puerto Rico logró implementar en su totalidad, para todas las unidades de trabajo, el Sistema Integrado de Tiempo y Asistencia, SITA. La implementación

estuvo alineada con el establecimiento de nuevos procesos de asistencia y recursos humanos donde se les otorgó responsabilidades específicas a los jefes de Unidad, Supervisores y Empleados. Ello, para cumplir con el *"Consent Judgment"* Caso *Thomas E. Pérez vs Policía Puerto Rico Núm. 3:16-cv-02849-GAG,* entre el Departamento del Trabajo Federal y el Negociado de la Policía de Puerto Rico. Específicamente el Capítulo 11 del *"Consent Judgment"*, "Sistema de Horas Trabajadas" le requería al NPPR lo siguiente:

a. Implementar un Sistema electrónico de registro de Horas trabajadas para todas las dependencias donde los empleados del NPPR estén empleados para asegurar el registro rápido y exacto de todas las horas trabajadas incluyendo, tiempo regular y horas extras trabajadas, de acuerdo con los requisitos del 29 CFR, Parte 516.

b. Implementar un Sistema de nómina electrónico para asegurar el pago puntual de todos los salarios de horas regulares y horas extras pagadas por horas trabajadas que excedan las doscientos cuarenta (240) o cuatrocientos ochenta (480) horas de tiempo compensatorio acumuladas.

c. Todas las horas que dediquen los empleados trabajando para el NPPR, incluyendo el tiempo para pruebas, entrenamiento físico y tiempo en salón de clases, serán contabilizadas en el Sistema de registro de horas trabajadas.

d. El NPPR designará a uno o más Supervisores de Recursos Humanos que serán responsables de: 1. Monitorear la integridad del Sistema electrónico de registro de horas trabajadas y nóminas; 2. Resolver cualquier error de nómina; 3. Asegurarse de que las horas extras se contabilicen apropiadamente, ya sea en el registro de horas extras del

empleado o por pago puntual cuando las horas extras se acumulan en exceso de doscientos cuarenta (240) o cuatrocientos ochenta (480) horas de acuerdo con la Sección 7 de la Ley, 29 U.S.C. §207(o); 4. Asegurarse que los empleados y los supervisores estén utilizando el Sistema de nómina electrónico y registro correctamente; y 5. Asegurarse que los supervisores estén aprobando el uso de las horas extras acumuladas de los empleados, según corresponda. Todo el personal recibirá capacitación apropiada para el uso del Sistema.

e. Dentro de los catorce (14) días siguientes a la instalación de los Sistemas, todo el personal recibirá capacitación apropiada para el uso del mismo. La capacitación incluirá instrucción sobre el protocolo para corregir los errores de asistencia y/o las horas trabajadas por los empleados registrados por el sistema.

La implementación de SITA logró los esfuerzos de automatizar el registro de asistencia, la acumulación y el uso de licencias de todos los empleados adscritos al Negociado de la Policía de Puerto Rico resultando en la integración de doce mil veinticuatro (12,024) empleados; once mil trescientos ochenta y tres (11,383) pertenecientes al sistema de rango y seiscientos cuarenta y un (641) civiles. Lo anterior a tenor con la reglamentación local y federal aplicable; llevando al Negociado a nivel de cumplimiento con el Departamento del Trabajo Federal.

Con SITA se instaura una estructura de vigilancia para la administración eficiente de la jornada de trabajo respondiendo con agilidad y proveyendo información acertada y confiable a los empleados, a la gerencia y a las auditorías internas y externas, minimizando el uso del papel y el tiempo. La herramienta agiliza el pago del tiempo extra trabajado, minimiza los pagos indebidos, mantiene los balances de licencias actualizados y administra la jornada de trabajo de forma

uniforme y eficiente.

SITA sustituye en su totalidad el uso de la PPR-432 (Hoja de Asistencia en papel), ya que se compone de herramientas para la planificación de Turnos de Trabajo, confección del Informe de Asistencia Automatizado (versión web y móvil), solicitud de licencias, conversión de las horas extras para pago, área de ayuda con recursos de apoyo, preguntas frecuentes y la oportunidad de realizar preguntas a los recursos expertos. Además, incluye un módulo para Adiestramiento Virtual sobre los nuevos procesos de tiempo y asistencia del NPPR que está disponible los siete (7) días a la semana, las veinticuatro (24) horas y puede ser accedido dentro y fuera del Negociado.

La solución de asistencia implementada ha sido exitosa y efectiva alcanzando a desembolsar (a la fecha de nómina del 9/15/2021) de forma automatizada $35.7 millones en pagos de horas extras para diez mil ciento veintiocho (10,128) empleados elegibles. El pago de horas extras está siendo realizado en un promedio de veinticinco (25) días a partir de la fecha en que el empleado sometió su asistencia, ello cumpliendo con el artículo 2.09 de la ley 20-2017.

Las unidades operacionales responsables; el Negociado de Recursos Humanos, la División de Nombramientos y Cambios, la División de Licencias y la División de Clasificación y Retribución están totalmente integradas dentro del proceso establecido. Estos han sido adiestrados y apoyados para el desempeño de sus funciones que es la administración y monitoreo del proceso en su totalidad para cumplimiento. El progreso y todas las actividades completadas por el NPPR han sido notificadas a través de reportes de estatus a las entidades reguladoras (i.e. Tribunal Federal, Departamento del Trabajo Federal y Junta de Supervisión Fiscal).

Debido a la importancia de sostener la solución implementada el Negociado de la Policía de Puerto Rico se encuentra en la fase de Estabilización de la solución para su continuidad y cumplimiento, donde se monitorea el acoplamiento a los procesos establecidos, la ejecución de los grupos operacionales buscando la duplicidad de resultados, a través de la utilización de los sistemas automatizados. La estabilización se divide en seis programas para la administración efectiva del proceso en el cual cada uno incluye diferentes iniciativas a canalizar hasta su finalización.

Programas:

a. Normalización de *issues*

b. Readiestramiento en los procesos establecidos

c. Mejoramiento a funcionalidades-procesos existentes

d. Desarrollo de nuevas funcionalidades-procesos

e. Implementación de nuevos desarrollos-módulos

f. Infraestructura

## 2. **Reglamento de Ascensos**

El pasado 6 de junio de 2021, luego de meses de trabajo entre el personal del NPPR y el Departamento de Seguridad Pública, se sometió al *Special Master* Dr. Alex del Carmen, USDOJ y al Monitor, el último borrador del Protocolo de Ascensos de Rangos de Inspector a Coronel. Este borrador se preparó con las recomendaciones de todas las partes envueltas en el proceso de desarrollo. El pasado 2 de agosto de 2021 el USDOJ, a través del Lcdo. Luis Saucedo, indicó que no tenía objeciones adicionales al mismo. Asimismo, el *Special Master*, el 12 de agosto de 2021, indicó estar complacido con el trabajo realizado, y emitió su aprobación al protocolo.

Este protocolo tiene el propósito de revisar el sistema existente de

selección de los Rangos de Inspector hasta Coronel dentro del Negociado de la Policía de Puerto Rico. Con esto se pretende establecer requisitos y guías claras para ascender Oficiales basadas en criterios objetivos que tomen en cuenta los conocimientos, destrezas y habilidades para llevar a cabo las labores esenciales de administración, supervisión y liderazgo. Es nuestro entender que el Protocolo de Ascensos de Inspector a Coronel presentado, recoge todos los requerimientos del párrafo 18 del Acuerdo, que establece que "todos los nombramientos para rangos superiores al de Capitán estarán basados en criterios objetivos que tomen en cuenta los conocimientos, destrezas y habilidades para llevar a cabo las labores esenciales de administración, supervisión y liderazgo".

El protocolo fue presentado y aprobado por el juez Gustavo Gelpí el día 19 de agosto de 2021. Durante los próximos meses estaremos poniendo en marcha los procedimientos establecidos en el mismo.

## B. Uso de Fuerza

### 1. Equipo de Intervención en Crisis (CIT)

Tomando como base lo estipulado en los requerimientos 56 y 57 del Acuerdo para la Reforma Sostenible de la Policía de Puerto Rico (Acuerdo), el Área Policiaca de Arecibo implementó el Plan Piloto de Proyecciones y Estrategias de la Implementación para la Respuesta a Crisis de Comportamiento o de Salud Mental.

Este Plan Piloto comenzó el 8 de noviembre de 2019 y culminó el 8 de noviembre de 2020 y está dirigido a capacitar, adiestrar y dotar con las destrezas necesarias a los MNPPR para responder a situaciones de crisis que envuelven a individuos o problemas de salud mental. El Acuerdo establece que el NPPR tiene la responsabilidad de proveer a sus

miembros un adiestramiento básico de respuesta a este tipo de incidente y de adiestrar a un Equipo de Intervención en Crisis ("CIT", por sus siglas en inglés) enfatizando en el procedimiento para la transferencia de custodia o referido voluntario y lugares apropiados para la reclusión de los menores en crisis de salud mental. Además, adiestrará a los despachadores para que puedan identificar y atender las llamadas de servicio que involucren situaciones de crisis de comportamiento o de salud mental.

El propósito de este programa piloto fue poner práctica los servicios de primera respuesta que son esenciales para atender a una persona en crisis, disminuir el uso de fuerza y disminuir futuras intervenciones refiriendo a las personas a los servicios que realmente necesitan.

Este programa demostró ser una herramienta eficiente y funcional para brindar servicios en los incidentes de personas en crisis, ofreciendo alternativas de intervención y disminuyendo la necesidad de uso de la fuerza mediante técnicas de apaciguamiento.

En vista de esto, con el propósito de expandir y asegurar los servicios del Equipo de Intervención en Crisis a las demás áreas policiacas, se dispone expandir el CIT a las 13 áreas policiacas.

Buscando mejorar los adiestramientos y expansión de los Equipos de Intervención en Crisis en el Negociado de la Policía de Puerto Rico, según mencionado, el 17 de agosto de 2021, se sometió una propuesta federal BJA FY 21 al *Collaborative Crisis Response Training*.

Los productos del proyecto se presentan en cinco (5) pilares, los cuales guiarán las actividades a desarrollar durante el periodo de treinta y seis (36) meses, tiempo total de duración de la propuesta. La fase de

planificación se iniciará durante los primeros doce (12) meses luego de aprobado el proyecto. Estos cinco puntos son los siguientes:

a.  Programa de Adiestramientos.
b.  Manejo de Casos y Procedimientos Administrativos.
c.  Programa de Orientación para el Sistema de Justicia Criminal - Jueces y Fiscales.
d.  Programa de Mentorías y Asistencia Técnica para el desarrollo de los CIT.
e.  Desarrollando Alianzas para apoyar los CIT.

También, la SAEA está preparando el adiestramiento de cuarenta (40) horas y el readiestramiento de dieciséis (16) horas para los MNPPR adscritos al CIT de Arecibo.

Asimismo, en fecha del 9 de agosto de 2021, y mediante comunicado OC-1-1-236, se publicó una convocatoria, a través de Informa Policía, para Agentes uniformados de los distritos y precintos en las trece (13) Áreas Policiacas interesados en pertenecer al Equipo de Intervención en Crisis (CIT). El personal interesado en ser parte del CIT, deberá enviar mediante correo electrónico oficial, su interés de pertenecer al Equipo de conformidad con el Área Policiaca al que esté asignado.

La fecha de cierre para esta convocatoria es el 15 de septiembre de 2021.

Asimismo, en fecha del 24 de septiembre de 2021, mediante el comunicado SAOC-NRC-1-083 de 23 de septiembre de 2021 se publicó, mediante Informa Policía, la segunda convocatoria para Agentes uniformados de los Distritos y Precintos, de las trece (13) Áreas Policiacas, interesados en pertenecer al CIT. Esta convocatoria cerrará el próximo quince (15) de octubre de 2021.

## 2. **Equipos Adquiridos**

El Acuerdo tiene, entre otros, el objetivo de asegurar que los miembros del NPPR tengan las herramientas, la orientación y los recursos que necesitan para combatir efectivamente el crimen y promover la seguridad pública. Por tal razón, el NPPR se encuentra en el proceso de confeccionar y emitir diferentes requisiciones, con el fin de continuar adquiriendo el equipo requerido para que los MNPPR puedan desempeñar su trabajo, según establecido. Entre el equipo adquirido se encuentran los siguientes:

a. 1,012 DCE Mod. X2

b. 1,012 Vaquetas DCE Mod. X2

c. 3,000 Baterías DCE Mod. X2 APPM

d. 3,000 Baterías DCE Mod. X2 SPPM

e. 4,048 Cartuchos DCE Mod. X2 de 25 pies, Activos

f. 9,150 Cartuchos DCE Mod. X-26E/ X-26P de 25 pies, Activos

g. 50 Empuñaduras de Goma para los DCE

h. 20 Cables de Bajar Data del DCE (X-26P/ X2)

i. 50 Bultos TASER para el Mantenimiento de los DCE

j. 40 Trajes TASER para Adiestramientos de los DCE

k. 240 Tarjetas Conductivas para Adiestramientos de los DCE

l. 240 Marcos (*frame*) Tarjetas Conductivas para Adiestramientos de los DCE

m. 6,000 cartuchos DCE Mod. X2 de 25 pies, para Adiestramiento

n. 600 cartuchos DCE Mod. X2 de 25 pies Inertes, para simulaciones

o. 05 Recertificaciones de Maestros Instructores de Agentes Químicos

p. 02 Certificaciones de Instructores de Agentes Químicos

q. 50 Envases MK-9 de Gas Pimienta

r.   50 Granadas Aerosol MK-5 de Gas Pimienta

s.   100 Granadas Aerosol MK-3 de Gas Pimienta

t.   7,000 Envases MK-3 de Gas Pimienta

Se hace constar que se certificaron 10 Instructores Maestros (*Master Instructor*) del DCE.

Asimismo, y como parte del proceso administrativo para suministrar a los MNPPR con nuevos y mejores herramientas de trabajo, se instruyó mediante el comunicado SAIC-NILIAF-1-0685 de 7 de septiembre de 2021, a todos los Precintos, Distritos y Unidades Especializadas, que tengan como arma reglamentaria rifles marca Colt, calibre .223 y Sub-ametralladoras marca Colt (SMG), calibre 9mm, a que entreguen las mismas en o antes del 30 de septiembre de 2021. La entrega de estas armas al Depósito de Armas de Reglamento y Ciudadanos del Cuartel General, es con el propósito de sustituirla por la nueva arma reglamentaria rifle, marca *Sig Sauer*, modelo 516, calibre 5.56.

## C.  Igual Protección y No Discrimen

### 1.  Estadísticas de las Orientaciones Conducidas a través de la Línea de Orientación para Víctimas de Delitos Sexuales (787) 343-0000.

La línea de orientación (*hotline*) para las víctimas de delitos sexuales es una línea telefónica disponible las veinticuatro (24) horas del día, los siete (7) días de la semana.

En las siguientes tablas se desglosan los tipos de llamadas telefónicas recibidas, a través de los operadores de la Línea de Orientación Víctimas de Delitos Sexuales. Dichas llamadas son referidas a las Unidades de Delitos Sexuales del Área Policiaca encargada de conducir las investigaciones de rigor. No obstante, es necesario señalar que, en algunos casos, el tipo de llamada recibida puede ser reclasificada luego de conducida la investigación pertinente.

En los casos de violencia doméstica por violación al Art.3.5 de la Ley 54, las querellas recibidas son referidas a la División de Violencia Doméstica; por lo que dichas querellas se contabilizan como querellas de violencia doméstica.

| ESTADÍSTICAS LÍNEA DE ORIENTACIÓN VÍCTIMAS DE DELITOS SEXUALES (787) 343-0000 | ABRIL | MAYO | JUNIO | JULIO | AGOSTO | SEPT. | TOTAL |
|---|---|---|---|---|---|---|---|
| Orientaciones | 25 | 30 | 38 | 30 | 18 | 32 | **173** |
| Confidencias Recibidas | 0 | 0 | 0 | 0 | 0 | 0 | **0** |
| Sodomía | 2 | 1 | 2 | 1 | 2 | 1 | **9** |
| Trata Humana | 0 | 0 | 0 | 0 | 0 | 0 | **0** |
| Agresiones Sexuales | 21 | 14 | 23 | 16 | 17 | 24 | **115** |
| Artículo 3.5(Ley Núm. 54 de 15 agosto de 1989, "Ley para la Prevención e Intervención con la Violencia Doméstica") | 1 | 1 | 2 | 2 | 2 | 2 | **10** |
| Otros Delitos | 0 | 1 | 1 | 5 | 3 | 8 | **18** |
| Exposiciones Deshonestas | 2 | 0 | 0 | 0 | 1 | 0 | **3** |
| Pornografía | 1 | 1 | 6 | 2 | 3 | 0 | **13** |
| Actos Lascivos | 49 | 47 | 35 | 31 | 39 | 52 | **253** |
| PREA | 2 | 1 | 1 | 2 | 1 | 1 | **8** |
| Hostigamiento Sexual | 0 | 1 | 0 | 0 | 0 | 0 | **1** |
| Total Llamadas Recibidas | 103 | 97 | 108 | 89 | 86 | 120 | **603** |



2.  **Querellas División de Delitos Sexuales y Maltrato a Menores**

El párrafo 97 del Acuerdo establece que el NPPR monitoreará los resultados de las investigaciones de los casos de agresión sexual, incluyendo, si la investigación produjo arrestos, si el fiscal sometió cargos al sujeto, y si el sujeto resultó convicto. El NPPR también monitoreará las agresiones sexuales por género, así como los incidentes en los cuales más de una persona es arrestada. Estos datos serán publicados en la página Web del NPPR, según lo requiere el mencionado párrafo.

### ESTADÍSTICAS DE DELITOS SEXUALES
### DETALLE DE VÍCTIMAS POR GÉNERO 1/4/2021 AL 30/9/2021

| Área | Incidentes | Femenino | Masculino | Género Desconocido | Total |
|------|-----------|----------|-----------|--------------------|-------|
| Aguadilla | 59 | 45 | 20 | 0 | 65 |
| Aibonito | 15 | 14 | 2 | 0 | 16 |
| Arecibo | 31 | 28 | 4 | 0 | 32 |
| Bayamón | 83 | 64 | 23 | 1 | 88 |
| Caguas | 44 | 32 | 13 | 0 | 45 |
| Carolina | 33 | 24 | 9 | 1 | 34 |
| Fajardo | 16 | 14 | 3 | 0 | 17 |
| Guayama | 44 | 33 | 15 | 0 | 48 |
| Humacao | 26 | 22 | 4 | 0 | 26 |
| Mayagüez | 31 | 23 | 12 | 0 | 35 |
| Ponce | 64 | 39 | 26 | 0 | 65 |
| San Juan | 68 | 56 | 18 | 0 | 74 |
| Utuado | 12 | 9 | 5 | 0 | 14 |
| **Totales:** | **526** | **403** | **154** | **2** | **559** |

## ESTADÍSTICAS DE DELITOS SEXUALES
## DETALLE DE VÍCTIMAS POR GÉNERO 1/4/2021 AL 30/9/2021



## ESTADÍSTICAS DE DELITOS SEXUALES
## DETALLE DE ARRESTOS Y CONVICCIONES 1/4/2021 AL 30/9/2021

| Área | Incidentes | Investigación Produjo Arresto | Múltiples Arrestos | Fiscal Ordenó Radicar Cargos | Convicciones |
|------|-----------|-------------------------------|--------------------|------------------------------|--------------|
| Aguadilla | 59 | 9 | 0 | 9 | 0 |
| Aibonito | 15 | 0 | 0 | 2 | 0 |
| Arecibo | 31 | 1 | 0 | 2 | 1 |
| Bayamón | 84 | 14 | 2 | 11 | 0 |
| Caguas | 44 | 2 | 0 | 2 | 0 |
| Carolina | 33 | 6 | 1 | 7 | 0 |
| Fajardo | 16 | 0 | 0 | 0 | 0 |
| Guayama | 44 | 7 | 1 | 3 | 0 |
| Humacao | 26 | 2 | 0 | 1 | 0 |
| Mayagüez | 31 | 7 | 0 | 8 | 0 |
| Ponce | 64 | 1 | 0 | 4 | 0 |

| Área | Incidentes | Investigación Produjo Arresto | Múltiples Arrestos | Fiscal Ordenó Radicar Cargos | Convicciones |
|---|---|---|---|---|---|
| San Juan | 68 | 5 | 0 | 5 | 0 |
| Utuado | 12 | 0 | 0 | 0 | 0 |
| **Totales:** | **527** | **54** | **4** | **54** | **1** |

## ESTADÍSTICAS DE DELITOS SEXUALES
## DETALLE DE ARRESTOS Y CONVICCIONES 1/4/2021 AL 30/9/2021



### 3. Estadísticas de Violencia Doméstica: Género, Arrestos y Convicciones

El párrafo 100 del Acuerdo establece que el NPPR monitoreará los resultados de las investigaciones de los casos de Violencia Doméstica, incluyendo, si la investigación produjo arrestos, si el fiscal sometió cargos al sujeto y si el sujeto resultó convicto. El NPPR también monitoreará los arrestos por violencia doméstica por género, así como los incidentes en

24

los cuales más de una persona es arrestada. El NPPR publicará estos datos como parte de su Informe Anual.





4. **Estadísticas sobre Arrestos a MNPPR Relacionados al Párrafo 100 y otros.**

Los siguientes datos inciden sobre la cantidad de querellas recibidas por casos de violencia doméstica contra policías durante el periodo del 1 de abril de 2021 al 30 de septiembre de 2021. Además, se presenta la cantidad de arrestos a raíz de estas querellas, los casos donde el fiscal radicó casos criminales contra los policías arrestados, cuántos resultaron convictos y otras personas arrestadas en los mismos hechos.

| | GÉNERO | QUERELLAS RECIBIDAS | POLICIAS ARRESTADOS | FISCAL SOMETIO | POLICIAS CONVICTOS | OTRAS PERSONAS ARRESTADAS |
|---|---|---|---|---|---|---|
| **VIOLENCIA DOMÉSTICA** | MASCULINOS AGRESORES | 17 | 17 | 2 | 0 | 0 |
| | FEMENINAS AGRESORAS | 1 | 1 | 1 | 0 | 0 |
| | TOTAL | 18 | 18 | 3 | 0 | 0 |

*QUERELLAS RECIBIDAS, POR GÉNERO,ARRESTOS, SI FISCAL SOMETIÓ, POLICÍAS CONVICTOS POR INCIDENTES DE VIOLENCIA DOMÉSTICAS Y OTROS*
*Global: Desde 1 de abril de 2021 al 30 de septiembre de 2021*

*

D. **Reclutamiento, Selección y Nombramiento**

El Acuerdo, en sus requerimientos números 102 y 103, se establece que el NPPR desarrollará un plan de reclutamiento que incluya metas, objetivos y pasos claros para atraer aspirantes cualificados de sectores amplios de la comunidad. El plan establecerá e identificará claramente las metas de los esfuerzos de reclutamiento y los deberes del personal de rango y civiles responsables de implementar dicho plan. El plan de reclutamiento incluirá estrategias específicas para atraer un grupo diverso de aspirantes que incluya a miembros de grupos que han sido históricamente subrepresentados en el NPPR. Asimismo, establece que un "Oficial de Reclutamiento" será responsable del desarrollo del plan, junto a un grupo de trabajo que incluya a miembros del NPPR de diversos trasfondos. El

grupo de trabajo consultará con grupos interesados en la comunidad con el fin de recibir estrategias recomendadas para atraer un grupo diverso de aspirantes.

Tomando como base lo antes citado, y en las disposiciones de la Orden general Capítulo 500, Sección 501 titulada: "Reclutamiento", el NPPR designó el personal a continuación, para constituir el Comité de Promoción para el Reclutamiento de Aspirantes a Cadetes:

1. Agte. Brian P. Deese Cortés # 36145, director interino de la División de Reclutamiento, como Presidente.
2. Cor. Francisco Rodríguez Ortiz # 1-8374, comisionado auxiliar en Educación y Adiestramiento.
3. Tnte.Cor. Roberto Rivera Miranda # 2-13305, comisionado auxiliar en Investigaciones Criminales.
4. Comdte. Iris J. Colón Santiago # 3-14066, directora Negociado de Relaciones con la Comunidad
5. Capt. Carlos J. Figueroa Ortolaza # 5-23921, director Oficina de Reforma.
6. Tnte.II Jojanie Mulero Andino# 7-33444, gerente interina Negociado de Recursos Humanos.
7. Sgto. Axel Valencia Figueroa # 8-24403, director Oficina de Reforma.
8. Sra. Yahaira Pérez Román, Oficina del Comisionado.
9. Sra. Nitza L. Manso Sánchez, Comité de Interacción Ciudadana.

Por otra parte, la División de Reclutamiento ha realizado esfuerzos y logró el decomiso y reorganización de expedientes, archivos y equipos electrónicos de manera tal que se pudo habilitar espacio para crear un salón, en donde se pueda atender a los aspirantes a Cadete. Asimismo, el pasado 2 de agosto de 2021 se le solicitó a la División de Administración y Conservación de Edificios, la adquisición de materiales de construcción

para poder remodelar la División de Reclutamiento, con el fin de recibir y atender a los futuros aspirantes a Cadete en un mejor ambiente.

La División de Reclutamiento creó un nuevo opúsculo dirigido a todas nuestras comunidades y el empoderamiento de la Mujer. En dicho opúsculo se añadió un *QR Code* donde todo ciudadano pueda escanear el mismo y tener acceso directo a la página Web del Negociado. Se espera que pronto esté disponible la opción de poder solicitar en línea en nuestro nuevo programa de Reclutamiento.

Como parte del proceso de promoción de reclutamiento, se solicitaron unos *stands banners* para poner uno en cada Comandancia Policiaca y tener promoción permanente de la División de Reclutamiento. También, el pasado 3 de agosto de 2021 se hizo una requisición de bultos, bolígrafos y vasos como promoción y mercadeo, de tal manera se pueda promover el Reclutamiento en las ferias de empleo y/o mesas informativas en diferentes puntos de la Isla, a través de Relaciones con la Comunidad en sus respectivas Áreas.

### E. Adiestramientos

Desde principios del pasado año, el NPPR ha confrontado situaciones que han impactado y obstaculizado el ofrecimiento de los adiestramientos y readiestramientos presenciales. Eventos naturales ocurridos en la Isla, así como el inicio de la pandemia causada por el COVID-19, han sido las principales causas de esta situación.

No obstante, en fecha del 8 de marzo de 2021, los adiestramientos y readiestramientos presenciales en la SAEA, en los Centros de Adiestramientos de las Superintendencias Auxiliares y en las Áreas Policiacas fueron reanudados. La SAEA estableció y ejecutó un plan para la inspección de estos Centros de Adiestramientos e identificó que

cumplían con las medidas higiénicas necesarias, conforme al protocolo del NPPR de prevención contra el COVID-19, incluyendo la reducción de la capacidad de participantes en los salones de clases a un cincuenta por ciento (50%).

1. **Adiestramientos y/o Readiestramientos Presenciales**

En cuanto a los adiestramientos y/o readiestramientos presenciales, a continuación, se muestran las estadísticas correspondientes al periodo cubierto entre el 1 de abril de 2021 al 30 de septiembre de 2021:

GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE SEGURIDAD PÚBLICA
Negociado de la Policía de Puerto Rico

ALEXIS TORRES
SECRETARIO

ANTONIO LÓPEZ FIGUEROA
COMISIONADO

**Estadística de Adiestramientos Presenciales**
**1 de abril al 30 de septiembre de 2021**

jueves, 07 de octubre de 2021

| Áreas/ Superintendencias | Total N.P.P.A. Asignados | Agentes Asignados Activos | Supervisores Asignados Activos | Total N.P.P.A. Activos | Total Civiles | O.G. 403 Sist. Comp. | | | | O.G. 403 Sist. Comp. | | | O.G. 406 Crime Mapping | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Agtes. | Sup. | Total | % | Civiles | Total | % | Agtes. | Sup. | Total | % |
| AGUADILLA | 492 | 388 | 97 | 479 | 34 | 69 | 22 | 91 | 19% | 0 | 32 | 32 | 94% | 352 | 83 | 435 | 91% |
| AIBONITO | 237 | 189 | 48 | 237 | 11 | 7 | 2 | 9 | 4% | 0 | 4 | 4 | 36% | 7 | 2 | 9 | 4% |
| ARECIBO | 527 | 406 | 100 | 506 | 25 | 174 | 40 | 214 | 42% | 0 | 9 | 9 | 36% | 174 | 40 | 214 | 42% |
| BAYAMON | 844 | 681 | 119 | 800 | 34 | 85 | 12 | 97 | 12% | 0 | 13 | 13 | 38% | 88 | 16 | 104 | 13% |
| CAGUAS | 321 | 255 | 48 | 303 | 27 | 60 | 12 | 72 | 24% | 0 | 3 | 3 | 11% | 60 | 11 | 71 | 23% |
| CAROLINA | 495 | 428 | 67 | 495 | 24 | 55 | 12 | 67 | 14% | 0 | 3 | 3 | 13% | 64 | 3 | 67 | 14% |
| FAJARDO | 261 | 209 | 33 | 242 | 18 | 91 | 11 | 102 | 42% | 0 | 10 | 10 | 56% | 91 | 11 | 102 | 42% |
| GUAYAMA | 272 | 217 | 46 | 263 | 18 | 59 | 5 | 64 | 24% | 0 | 3 | 3 | 17% | 58 | 5 | 63 | 24% |
| HUMACAO | 255 | 199 | 34 | 233 | 21 | 68 | 9 | 77 | 33% | 0 | 21 | 21 | 100% | 175 | 27 | 202 | 87% |
| MAYAGUEZ | 498 | 382 | 98 | 481 | 17 | 3 | 1 | 4 | 1% | 0 | 5 | 5 | 29% | 5 | 2 | 7 | 1% |
| PONCE | 705 | 580 | 105 | 685 | 46 | 177 | 38 | 215 | 31% | 0 | 11 | 11 | 24% | 177 | 38 | 215 | 31% |
| SAN JUAN | 860 | 752 | 84 | 840 | 28 | 339 | 46 | 385 | 46% | 0 | 0 | 0 | 0% | 338 | 44 | 382 | 45% |
| UTUADO | 233 | 180 | 54 | 233 | 33 | 0 | 4 | 4 | 2% | 0 | 2 | 2 | 6% | 0 | 4 | 4 | 2% |
| S.A.O.C. | 127 | 102 | 25 | 127 | 2 | 12 | 8 | 20 | 16% | 0 | 0 | 0 | 0% | 12 | 8 | 20 | 16% |
| NT | 714 | 600 | 102 | 702 | 13 | 285 | 46 | 331 | 47% | 0 | 11 | 11 | 85% | 468 | 79 | 547 | 78% |
| F.U.R.A | 467 | 370 | 73 | 441 | 7 | 11 | 1 | 12 | 3% | 0 | 0 | 0 | 0% | 11 | 1 | 12 | 3% |
| DOTM | 71 | 52 | 10 | 62 | 1 | 1 | 0 | 0 | 0% | 0 | 0 | 0 | 0% | 1 | 0 | 1 | 2% |
| NRC | 17 | 13 | 4 | 17 | 3 | 0 | 0 | 0 | 0% | 0 | 3 | 3 | 100% | 1 | 2 | 3 | 18% |
| S.A.I.C. | 2955 | 2376 | 517 | 2893 | 72 | 460 | 26 | 486 | 17% | 0 | 0 | 0 | 0% | 451 | 26 | 477 | 16% |
| S.A.R.P. | 179 | 74 | 102 | 176 | 12 | 31 | 25 | 56 | 32% | 0 | 2 | 2 | 17% | 31 | 25 | 56 | 32% |
| S.A.E.A. | 192 | 144 | 42 | 186 | 17 | 4 | 0 | 4 | 2% | 0 | 14 | 14 | 82% | 146 | 37 | 183 | 98% |
| S.A.S.G. | 64 | 57 | 7 | 64 | 167 | 23 | 5 | 28 | 44% | 0 | 31 | 31 | 19% | 22 | 6 | 28 | 44% |
| OCR | 410 | 318 | 87 | 405 | 45 | 10 | -5 | 5 | 1% | 0 | 11 | 11 | 24% | 181 | 41 | 222 | 55% |
| SAPF | 155 | 132 | 21 | 153 | 0 | 99 | 17 | 116 | 76% | 0 | 0 | 0 | #DIV/0! | 110 | 19 | 129 | 84% |
| **Total** | **11,351** | **9,104** | **1,923** | **11,023** | **675** | **2,123** | **337** | **2,460** | **22.32%** | **0** | **188** | **188** | **27.85%** | **3,023** | **530** | **3,553** | **32.23%** |

Cnel. Francisco Rodríguez Ortíz 1-8374
Comisionado Auxiliar
Superintendencia Auxiliar en Educación y Adiestramiento



GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE SEGURIDAD PÚBLICA
Negociado de la Policía de Puerto Rico

**Estadística de Adiestramientos Presenciales**
**1 de abril al 30 de septiembre de 2021**
jueves, 07 de octubre de 2021

| Areas/ superintendencias | Total M.P.P.R. Asignados Hábiles | Agentes Asignados Hábiles | Supernumerarios Asignados Hábiles | Total M.P.P.R. Asignados Hábiles | Total Civiles | MACM 3041 Control Mult. | | | | IGPD 5011 Igual Protecc. | | | | IGPD 5011 Igual Protecc. | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Agtes. | Sup. | Total | % | Agtes. | Sup. | Total | % | Civiles | Total | % |
| AGUADILLA | 492 | 388 | 97 | 479 | 34 | 244 | 61 | 305 | 64% | 183 | 41 | 224 | 47% | 0 | 11 | 11 | 32% |
| AIBONITO | 237 | 189 | 48 | 237 | 11 | 1 | 0 | 1 | 0% | 88 | 30 | 118 | 50% | 0 | 4 | 4 | 36% |
| ARECIBO | 527 | 406 | 100 | 506 | 25 | 20 | 12 | 32 | 6% | 8 | 1 | 9 | 2% | 0 | 0 | 0 | 0% |
| BAYAMON | 844 | 681 | 119 | 800 | 34 | 56 | 11 | 67 | 8% | 44 | 1 | 45 | 6% | 0 | 0 | 0 | 0% |
| CAGUAS | 321 | 255 | 48 | 303 | 27 | 67 | 8 | 75 | 25% | 35 | 10 | 45 | 15% | 0 | 20 | 20 | 74% |
| CAROLINA | 495 | 428 | 67 | 495 | 24 | 100 | 22 | 122 | 25% | 5 | 0 | 5 | 1% | 0 | 0 | 0 | 0% |
| FAJARDO | 261 | 209 | 33 | 242 | 18 | 26 | 8 | 34 | 14% | 18 | 1 | 19 | 8% | 0 | 1 | 1 | 6% |
| GUAYAMA | 272 | 217 | 46 | 263 | 18 | 2 | 1 | 3 | 1% | 21 | 12 | 33 | 13% | 0 | 4 | 4 | 22% |
| HUMACAO | 255 | 199 | 34 | 233 | 21 | 196 | 28 | 224 | 96% | 73 | 4 | 77 | 33% | 0 | 8 | 8 | 38% |
| MAYAGUEZ | 498 | 382 | 98 | 481 | 17 | 158 | 28 | 186 | 39% | 1 | 18 | 19 | 4% | 0 | 7 | 7 | 41% |
| PONCE | 705 | 580 | 105 | 685 | 46 | 147 | 13 | 160 | 23% | 69 | 6 | 75 | 11% | 0 | 36 | 36 | 78% |
| SAN JUAN | 860 | 752 | 84 | 840 | 28 | 116 | 7 | 123 | 15% | 52 | 9 | 61 | 7% | 0 | 7 | 7 | 25% |
| UTUADO | 233 | 180 | 54 | 233 | 33 | 25 | 17 | 42 | 18% | 58 | 2 | 60 | 26% | 0 | 11 | 11 | 33% |
| S.A.O.C. | 127 | 102 | 25 | 127 | 2 | 5 | 4 | 9 | 5% | 4 | 5 | 9 | 7% | 0 | 3 | 3 | 150% |
| NT | 714 | 600 | 102 | 702 | 13 | 320 | 51 | 371 | 53% | 45 | 9 | 54 | 8% | 0 | 5 | 5 | 38% |
| F.U.R.A | 467 | 370 | 73 | 441 | 7 | 6 | 2 | 8 | 2% | 35 | 5 | 40 | 9% | 0 | 0 | 0 | 0% |
| DOTM | 71 | 52 | 10 | 62 | 1 | 7 | 1 | 8 | 13% | 2 | 1 | 3 | 5% | 0 | 0 | 0 | 0% |
| NRC | 17 | 13 | 4 | 17 | 3 | 10 | 4 | 14 | 82% | 11 | 2 | 13 | 76% | 0 | 0 | 0 | 0% |
| S.A.I.C. | 2955 | 2376 | 517 | 2893 | 72 | 299 | 58 | 357 | 12% | 81 | 13 | 94 | 3% | 0 | 15 | 15 | 21% |
| S.A.R.P. | 179 | 74 | 102 | 176 | 12 | 37 | 36 | 73 | 41% | 16 | 31 | 47 | 27% | 0 | 1 | 1 | 8% |
| S.A.E.A. | 192 | 144 | 42 | 186 | 17 | 116 | 32 | 148 | 80% | 52 | 16 | 68 | 37% | 0 | 10 | 10 | 59% |
| S.A.S.G. | 64 | 57 | 7 | 64 | 167 | 16 | 2 | 18 | 28% | 12 | 1 | 13 | 20% | 0 | 0 | 0 | 0% |
| OCR | 410 | 318 | 87 | 405 | 45 | 158 | 32 | 190 | 47% | 45 | 18 | 63 | 16% | 0 | 4 | 4 | 9% |
| SAPF | 155 | 132 | 21 | 153 | 0 | 108 | 16 | 124 | 81% | 0 | 1 | 1 | 1% | 0 | 0 | 0 | #DIV/0! |
| **Total** | **11,351** | **9,104** | **1,923** | **11,023** | **675** | **2,240** | **454** | **2,694** | **24.44%** | **958** | **236** | **1,194** | **10.83%** | **0** | **147** | **147** | **21.78%** |

Cnel. Francisco Rodríguez Ortiz 1-8374
Comisionado Auxiliar
Superintendencia Auxiliar en Educación y Adiestramiento

GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE SEGURIDAD PÚBLICA
Negociado de la Policía de Puerto Rico

**Estadística de Adiestramientos Presenciales**
**1 de abril al 30 de septiembre de 2021**
jueves, 07 de octubre de 2021

| Areas/ superintendencias | Total M.P.P.R. Asignados Hábiles | Agentes Asignados Hábiles | Supernumerarios Asignados Hábiles | Total M.P.P.R. Asignados Hábiles | Total Civiles | ICRT3061 | | | | Interv. Veh. REA 619 | | | | REA 627R | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Agtes. | Sup. | Total | % | Agtes. | Sup. | Total | % | Agtes. | Sup. | Total | % |
| AGUADILLA | 492 | 388 | 97 | 479 | 34 | 27 | 7 | 34 | 7% | 14 | 27 | 41 | 9% | 0 | 0 | 0 | 0% |
| AIBONITO | 237 | 189 | 48 | 237 | 11 | 0 | 0 | 0 | 0% | 46 | 20 | 66 | 28% | 30 | 5 | 35 | 15% |
| ARECIBO | 527 | 406 | 100 | 506 | 25 | 49 | 2 | 51 | 10% | 81 | 23 | 104 | 21% | 64 | 4 | 68 | 13% |
| BAYAMON | 844 | 681 | 119 | 800 | 34 | 64 | 5 | 69 | 9% | 52 | 2 | 54 | 7% | 0 | 0 | 0 | 0% |
| CAGUAS | 321 | 255 | 48 | 303 | 27 | 2 | 0 | 2 | 1% | 69 | 14 | 83 | 27% | 32 | 1 | 33 | 11% |
| CAROLINA | 495 | 428 | 67 | 495 | 24 | 0 | 0 | 0 | 0% | 160 | 17 | 177 | 36% | 32 | 5 | 37 | 7% |
| FAJARDO | 261 | 209 | 33 | 242 | 18 | 21 | 4 | 25 | 10% | 45 | 2 | 47 | 19% | 17 | 1 | 18 | 7% |
| GUAYAMA | 272 | 217 | 46 | 263 | 18 | 7 | 2 | 9 | 3% | 17 | 4 | 21 | 8% | 10 | 0 | 10 | 4% |
| HUMACAO | 255 | 199 | 34 | 233 | 21 | 28 | 3 | 31 | 13% | 79 | 6 | 85 | 36% | 12 | 1 | 13 | 6% |
| MAYAGUEZ | 498 | 382 | 98 | 481 | 17 | 68 | 10 | 78 | 16% | 58 | 4 | 62 | 13% | 0 | 0 | 0 | 0% |
| PONCE | 705 | 580 | 105 | 685 | 46 | 42 | 7 | 49 | 7% | 99 | 14 | 113 | 16% | 72 | 14 | 86 | 13% |
| SAN JUAN | 860 | 752 | 84 | 840 | 28 | 238 | 31 | 269 | 32% | 52 | 4 | 56 | 7% | 31 | 3 | 34 | 4% |
| UTUADO | 233 | 180 | 54 | 233 | 33 | 92 | 24 | 116 | 50% | 146 | 32 | 178 | 76% | 26 | 6 | 32 | 14% |
| S.A.O.C. | 127 | 102 | 25 | 127 | 2 | 8 | 4 | 12 | 9% | 7 | 2 | 9 | 7% | 5 | 0 | 5 | 5% |
| NT | 714 | 600 | 102 | 702 | 13 | 0 | 0 | 0 | 0% | 105 | 16 | 121 | 17% | 11 | 1 | 12 | 2% |
| F.U.R.A | 467 | 370 | 73 | 441 | 7 | 5 | 1 | 6 | 1% | 6 | 2 | 8 | 2% | 0 | 0 | 0 | 0% |
| DOTM | 71 | 52 | 10 | 62 | 1 | 0 | 0 | 0 | 0% | 1 | 0 | 1 | 2% | 0 | 0 | 0 | 0% |
| NRC | 17 | 13 | 4 | 17 | 3 | 11 | 2 | 13 | 76% | 2 | 0 | 2 | 12% | 0 | 0 | 0 | 0% |
| S.A.I.C. | 2955 | 2376 | 517 | 2893 | 72 | 24 | 21 | 45 | 2% | 219 | 77 | 296 | 10% | 79 | 21 | 100 | 3% |
| S.A.R.P. | 179 | 74 | 102 | 176 | 12 | 13 | 25 | 38 | 22% | 13 | 21 | 34 | 19% | 11 | 4 | 15 | 9% |
| S.A.E.A. | 192 | 144 | 42 | 186 | 17 | 0 | 0 | 0 | 0% | 16 | 29 | 45 | 24% | 0 | 0 | 0 | 0% |
| S.A.S.G. | 64 | 57 | 7 | 64 | 167 | 0 | 3 | 3 | 5% | 0 | 0 | 0 | 0% | 0 | 0 | 0 | 0% |
| OCR | 410 | 318 | 87 | 405 | 45 | 1 | 2 | 3 | 1% | 15 | 9 | 24 | 6% | 0 | 0 | 0 | 0% |
| SAPF | 155 | 132 | 21 | 153 | 0 | 0 | 0 | 0 | 0% | 1 | 0 | 1 | 1% | 0 | 0 | 0 | 0% |
| **Total** | **11,351** | **9,104** | **1,923** | **11,023** | **675** | **703** | **150** | **853** | **7.74%** | **1,303** | **325** | **1,628** | **14.77%** | **433** | **66** | **499** | **4.53%** |

Cnel. Francisco Rodríguez Ortiz 1-8374
Comisionado Auxiliar
Superintendencia Auxiliar en Educación y Adiestramiento

GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE SEGURIDAD PÚBLICA
Negociado de la Policía de Puerto Rico

Estadística de Adiestramientos Presenciales
1 de abril al 30 de septiembre de 2021

jueves, 07 de octubre de 2021

| Áreas/ Superintendencias | Total M.P.P.R. Designados | Agentes Adiestrados Hábiles | Supervisores Adiestrados Hábiles | Total M.P.P.R. Designados Hábiles | Total Civiles | EEOP 2061 | | | DINP 2061/3061 | | | | REA 627R Civiles | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Sup. | Total | % | Agtes. | Sup. | Total | % | Agtes. | Sup. | Total | % |
| AGUADILLA | 492 | 388 | 97 | 479 | 34 | 0 | 11 | 11 | 11% | 0 | 0 | 0 | 0% | 0 | 0 | 0 | 0% |
| AIBONITO | 237 | 189 | 48 | 237 | 11 | 0 | 7 | 7 | 15% | 0 | 0 | 0 | 0% | 0 | 0 | 0 | 0% |
| ARECIBO | 527 | 406 | 100 | 506 | 25 | 0 | 1 | 1 | 1% | 0 | 11 | 11 | 11% | 0 | 0 | 0 | 0% |
| BAYAMON | 844 | 681 | 119 | 800 | 34 | 0 | 2 | 2 | 2% | 0 | 0 | 0 | 0% | 0 | 0 | 0 | 0% |
| CAGUAS | 321 | 255 | 48 | 303 | 27 | 0 | 6 | 6 | 13% | 0 | 0 | 0 | 0% | 0 | 0 | 0 | 0% |
| CAROLINA | 495 | 428 | 67 | 495 | 24 | 0 | 0 | 0 | 0% | 0 | 0 | 0 | 0% | 0 | 0 | 0 | 0% |
| FAJARDO | 261 | 209 | 33 | 242 | 18 | 0 | 6 | 6 | 18% | 0 | 1 | 1 | 3% | 0 | 0 | 0 | 0% |
| GUAYAMA | 272 | 217 | 46 | 263 | 18 | 0 | 8 | 8 | 17% | 0 | 4 | 4 | 9% | 0 | 0 | 0 | 0% |
| HUMACAO | 255 | 199 | 34 | 233 | 21 | 0 | 5 | 5 | 15% | 0 | 5 | 5 | 15% | 0 | 0 | 0 | 0% |
| MAYAGUEZ | 498 | 382 | 98 | 481 | 17 | 0 | 16 | 16 | 16% | 1 | 14 | 15 | 15% | 0 | 0 | 0 | 0% |
| PONCE | 705 | 580 | 105 | 685 | 46 | 0 | 11 | 11 | 10% | 2 | 8 | 10 | 10% | 0 | 32 | 32 | 15% |
| SAN JUAN | 860 | 752 | 84 | 840 | 28 | 0 | 0 | 0 | 0% | 2 | 7 | 9 | 11% | 0 | 0 | 0 | 0% |
| UTUADO | 233 | 180 | 54 | 233 | 33 | 0 | 8 | 8 | 15% | 0 | 0 | 0 | 0% | 0 | 0 | 0 | 0% |
| S.A.O.C. | 127 | 102 | 25 | 127 | 2 | 0 | 0 | 0 | 0% | 0 | 0 | 0 | 0% | 0 | 0 | 0 | 0% |
| NT | 714 | 600 | 102 | 702 | 13 | 0 | 3 | 3 | 3% | 0 | 1 | 1 | 1% | 0 | 0 | 0 | 0% |
| F.U.R.A | 467 | 370 | 73 | 441 | 7 | 0 | 5 | 5 | 7% | 1 | 5 | 6 | 8% | 0 | 0 | 0 | 0% |
| DOTM | 71 | 52 | 19 | 62 | 1 | 0 | 1 | 1 | 10% | 0 | 1 | 1 | 10% | 0 | 0 | 0 | 0% |
| NRC | 17 | 13 | 4 | 17 | 3 | 0 | 2 | 2 | 50% | 0 | 1 | 1 | 25% | 0 | 0 | 0 | 0% |
| S.A.I.C. | 2955 | 2376 | 517 | 2893 | 72 | 0 | 8 | 8 | 2% | 0 | 3 | 3 | 1% | 0 | 0 | 0 | 0% |
| S.A.R.P. | 179 | 74 | 102 | 176 | 12 | 0 | 9 | 9 | 9% | 0 | 2 | 2 | 2% | 0 | 3 | 3 | 5% |
| S.A.E.A. | 192 | 144 | 42 | 186 | 17 | 0 | 3 | 3 | 7% | 0 | 0 | 0 | 0% | 0 | 0 | 0 | 0% |
| S.A.S.G. | 64 | 57 | 7 | 64 | 167 | 0 | 0 | 0 | 0% | 0 | 0 | 0 | 0% | 0 | 0 | 0 | 0% |
| OCR | 410 | 318 | 87 | 405 | 45 | 0 | 5 | 5 | 0% | 0 | 3 | 3 | 3% | 0 | 0 | 0 | 0% |
| SAPF | 155 | 132 | 21 | 153 | 0 | 0 | 0 | 0 | 0% | 0 | 0 | 0 | 0% | 0 | 0 | 0 | 0% |
| **Total** | **11,351** | **9,104** | **1,923** | **11,023** | **675** | **0** | **117** | **117** | **6.08%** | **6** | **66** | **72** | **3.74%** | **0** | **35** | **35** | **0.99%** |

Cnel. Francisco Rodríguez Ortiz 1-8374
Comisionado  Auxiliar
Superintendencia Auxiliar en Educación y Adiestramiento

## 2. Tiro de Transición Pistola *Sig Sauer*

A continuación, se presentan las estadísticas de los MNPPR que faltaban en ser adiestrados en el tiro de transición a la pistola *Sig Sauer*. Este adiestramiento fue ofrecido durante el periodo del 9 de agosto de 2021 al 5 de septiembre de 2021.

### ESTADÍSTICA DE ADIESTRAMIENTO DE TIRO TRANSICIÓN PISTOLA SIG SAUER

| Superintendencia / Área / Negociado / Oficina | TOTAL |
|---|---|
| AGUADILLA | 78 |
| AIBONITO | 38 |
| ARECIBO | 41 |
| BAYAMÓN | 96 |
| CAGUAS | 10 |
| CAROLINA | 71 |
| FAJARDO | 25 |
| GUAYAMA | 25 |
| HUMACAO | 15 |

| Superintendencia / Área / Negociado / Oficina | TOTAL |
|---|---|
| MAYAGUEZ | 21 |
| PONCE | 72 |
| SAN JUAN | 109 |
| UTUADO | 8 |
| S.A.O.C. | 0 |
| NT | 16 |
| F.U.R.A | 77 |
| DOTM | 8 |
| NRC | 4 |
| S.A.I.C. | 219 |
| S.A.R.P. | 26 |
| S.A.E.A. | 1 |
| S.A.S.G. | 4 |
| OCR | 33 |
| SAPF | 1 |
| **TOTAL** | **998** |

3. **Tiro Nocturno**

A continuación, se presentan las estadísticas de los MNPPR que han sido adiestrados en el tiro nocturno desde su comienzo el 6 de septiembre de 2021 hasta el 30 de septiembre de 2021.

**ESTADÍSTICA DE ADIESTRAMIENTO DE TIRO NOCTURNO/REA 618N**

| Superintendencia / Área / Negociado / Oficina | TOTAL |
|---|---|
| AGUADILLA | 65 |
| AIBONITO | 54 |
| ARECIBO | 108 |
| BAYAMÓN | 96 |
| CAGUAS | 51 |
| CAROLINA | 118 |
| FAJARDO | 45 |
| GUAYAMA | 74 |
| HUMACAO | 39 |
| MAYAGUEZ | 97 |

| Superintendencia / Área / Negociado / Oficina | TOTAL |
|---|---|
| PONCE | 137 |
| SAN JUAN | 204 |
| UTUADO | 44 |
| S.A.O.C. | 18 |
| NT | 243 |
| F.U.R.A | 31 |
| DOTM | 19 |
| NRC | 15 |
| S.A.I.C. | 525 |
| S.A.R.P. | 34 |
| S.A.E.A. | 23 |
| S.A.S.G. | 0 |
| OCR | 57 |
| SAPF | 36 |
| **TOTAL** | **2133** |

4. **Adiestramientos Virtuales**

El 10 de abril de 2021 comenzaron los cursos virtuales de adiestramiento y readiestramiento en el NPPR, según establecido en el Acuerdo. A continuación, los cursos disponibles:

a.  Miembros del NPPR:

   i.   Adiestramiento Virtual sobre Multitemático de Ética (VMET 3081).

   ii.  Adiestramiento Virtual sobre Entrega, Custodia y Disposición de Evidencia (VECE 3083).

   iii. Adiestramiento Virtual sobre investigación Maltrato en Instituciones Juveniles e Intervenci6n con Menores (VIMI 3083).

   iv.  Adiestramiento Virtual sobre intervención con Personas en Crisis (VIPC 3082).

   v.   Adiestramiento Virtual sobre Reglamentos y Normativas para la

Prevención de Discrimen y -Trámite de Querellas (VREG 3081).

b.  Personal del Sistema Clasificado:

   i.   Adiestramiento Virtual sobre Reglamentos y Normativas para la Prevención de Discrimen y Trámite de Querellas (VREG 3082).

Asimismo, el 24 de abril de 2021 comenzaron los siguientes cursos:

a.  Persecuciones Policiacas y Uso y Manejo de Radio Comunicaciones (VPEP 3082)

b.  Investigación de Incidentes de Delitos Sexuales (VIDS 3081)

c.  Autoridad para llevar a cabo Arrestos y Citaciones (VAAC 3082)

d.  Ingreso y Egreso de Celdas/PERA (VIEC 3081)

e.  Reglas para el Uso de Fuerza (VRUF 3082)

f.  Intervención con Personas Transgénero y Transexuales para MNPPR y Personal del Sistema Clasificado (VITT 3083)

También, el 28 de abril de 2021 comenzó la última fase de este periodo en adiestramientos virtuales. Los cursos eran los siguientes:

a.  Adiestramiento Virtual sobre Registros y Allanamientos (VARA 3083)

b.  Adiestramiento Anual para Supervisores (VASU 2083)

c.  Identificación e Investigación Crímenes de Odio (VICO 3081)

d.  Investigación de Casos Ley para el Bienestar y Protección de Animales (VBPA 3081)

e.  Programa de Ayuda al Empleado (VPAE 3082)

No obstante, en fecha del 19 de mayo de 2021 y mediante el comunicado SAEA-1-17-176, el comisionado Antonio López Figueroa suspendió los cursos virtuales, en lo que se verificaba una información la cual alegaba la publicación de una hoja de preguntas y respuestas

de los exámenes correspondientes.

Las calificaciones de los empleados del NPPR, que a la fecha de la suspensión de los cursos habían completado satisfactoriamente los mismos en cumplimiento con la política vigente, serían validados.

A la fecha de publicación de este informe, todavía no se han publicado los nuevos cursos debidamente revisados.

**5. Programa de Adiestramiento de Campo (FTO)**

El NPPR tiene, como política pública, garantizar una formación inicial a los miembros del NPPR de nuevo ingreso (Agentes Aprendices), de manera que se asegure que éstos obtengan los debidos conocimientos, la experiencia operacional y aquellas destrezas que les permita desarrollar buen juicio y puedan convertirse en profesionales íntegros, eficaces y eficientes. Cónsono con lo anterior y basado en el Acuerdo, se aprobó la Orden General Capítulo 700, Sección 701, titulada: "Programa de Adiestramiento de Campo", el Programa de Adiestramiento de Campo (FTO, por sus siglas en inglés), la cual asigna Mentores a Agentes Aprendices durante periodo probatorio de dichos agentes y facilitar la transición de aprendizaje teórico ofrecido por la SAEA a la fase operacional.

Basado en lo anterior, durante la semana del 12 al 16 de abril de 2021, se ofreció el adiestramiento de cuarenta (40) horas de Mentor a 14 MNPPR adscritos a la SAIC.

A continuación, se desglosa el estado de progreso del Programa FTO para las Clases 228 y 229, cuyos Agentes Aprendices fueron asignados a las Áreas Policiacas de San Juan, Bayamón y Carolina.

**5.1   Clase 228**

En las Áreas Policiacas de San Juan, Bayamón y Carolina se asignaron 47, 46 y 37 Agentes Aprendices respectivamente, y todos culminaron las fases y están debidamente certificados.

**5.2   Clase 229**

En fecha de 11 de marzo de 2021 se graduó la Clase 229, mediante ceremonia celebrada en el anfiteatro de la Academia del NPPR, en Gurabo. La cantidad de cadetes promovidos al rango de Agentes es de ciento treinta y tres (133).

Los Agentes Aprendices de la citada Clase 229, fueron asignados a las Áreas Policiacas de San Juan, Bayamón, Carolina, Humacao y Fajardo, para comenzar su proceso de Mentoría, el cual inició el 15 de marzo de 2021. La asignación por Área Policial de este personal, fue la siguiente:

a.  San Juan: 46 MNPPR
b.  Bayamón: 40 MNPPR
c.  Carolina: 10 MNPPR
d.  Humacao: 20 MNPPR
e.  Fajardo: 17 MNPPR

A la fecha de este informe, el estatus de los Agentes Aprendices de la Clase 229 es el siguiente:

a.  San Juan: de 46, 1 no ha finalizado por embarazo, y el restante ya completó la Mentoría.
b.  Bayamón: de 40 asignados, 5 están en el CIC, y 1 en Vehículos Hurtados; se espera que estén finalizando para finales del mes de septiembre.

c. Carolina: de 10 asignados, 8 ya finalizaron; los otros 2 no han terminado porque 1 se encuentra de Licencia Militar, y el otro tiene un proceso administrativo pendiente.

d. Humacao: de 20 asignados, 17 terminaron, 1 está de Licencia Militar, y 2 se encuentran en la segunda semana de la fase 3.

e. Fajardo: de 17 asignados, ya todos completaron la Mentoría.

## 6. Clase 230

A la fecha de este informe, esta clase está en espera de su graduación, la cual será el próximo trece (13) de octubre de 2021.

## 7. Clase 231

Al momento de redactar este informe, esta clase está en su cuarto bimestre del Secuencial Curricular.

## 8. Clase 232

La Clase 232 se compone de 141 Cadetes, desglosados en 87 hombres y 54 mujeres. A la fecha de redacción de este informe, éstos están en su primer bimestre del adiestramiento Previo al Servicio en la SAEA.

Como iniciativa de la División de Reclutamiento, nació la campaña comunitaria de la Clase 232 en contra del maltrato de menores "Trazando mis pasos".

El propósito de la misma es llevar un mensaje de prevención y orientación para concienciar al público en general sobre esta conducta de desviación social que está impactando la niñez en Puerto Rico. También, la iniciativa tiene como objetivo, desarrollar el interés, liderazgo y compromiso de los cadetes hacia temas y áreas de impacto comunitario. Es decir, que los cadetes puedan llevar un tema comunitario distintivo de cada clase como parte de su formación en

SAEA.

Esta iniciativa continuará con las futuras clases, según sean nombradas e incluirá, entre otras comunidades, a las personas sin hogar.

Esta Clase comenzó el 15 de septiembre de 2021, su proceso de inmersión en la SAEA. El mismo terminará el 4 de octubre de 202l.

## F. Supervisión y Administración

Con el propósito de mantener los datos personales de los empleados del Negociado de la Policía de Puerto Rico actualizados, lo cual facilitará la administración del Sistema de Identificación Temprana (EIS, por sus siglas en inglés), se creó el módulo "Conoce & Actualízate". Los empleados del NPPR podrán acceder al mismo a través de los portales **policia.pr.gov** o **serviciosppr.policia.pr.gov/conoceactualizate**.

En este módulo el MNPPR o empleado del Sistema Clasificado, tendrá la oportunidad de actualizar su información personal y laboral. El mismo está compuesto de una Sección Principal en la que se ingresará su información, además, completará las Secciones de Contacto de Emergencia, Preparación Académica Adicional, Dirección Física y Postal e Historial Militar.

El personal del Sistema de Rango, además de completar las secciones antes mencionadas, también deberá llenar las Secciones de Registro de Armas Menos Letales, Arma de Reglamento y Propiedad Asignada.

Esta iniciativa, también forma parte del Área de Cumplimiento de Sistemas de Información y Tecnología.

Por otro lado, al amparo de los requerimientos números 73 y 158 del Acuerdo, el NPPR desarrollará un Comité de Coordinación Ejecutiva, el cual

estará integrado por oficiales de alto rango que se comuniquen, por lo menos de forma trimestral, con representantes del Sistema de Justicia Penal Federal y Estatal de todo Puerto Rico, incluyendo los tribunales, fiscales, la SAEA, y las diferentes policías municipales. El Comité solicitará retroalimentación entre sí e información con el fin de mejorar el Sistema de Justicia Criminal de Puerto Rico, incluyendo problemas de desempeño o inquietudes relacionadas con la PPR, sus policías, empleados o divisiones.

Por lo anterior, y de conformidad con el Protocolo de Intercambio de Información para la Retroalimentación de Componentes del Sistema de Justicia Criminal de Puerto Rico, de 1 de mayo de 2020, el pasado 7 de julio de 2021, se realizó presentación en "*Power Point*" a todos los Comandantes de Área y oficiales de alto rango, relacionado a este Protocolo y a los requerimientos 73 y 158 del Acuerdo. Asimismo, el NPPR ha enviado comunicaciones, tanto al Departamento de Justicia de Puerto Rico, así como a la Administración de Tribunales de Puerto Rico, para que participen en el proyecto.

Actualmente, el NPPR ha realizado todos los esfuerzos para cumplir con este protocolo; no obstante, estamos en espera de que, luego del análisis y las conversaciones correspondientes, las demás agencias se unan a nuestro esfuerzo.

## G. Querellas Administrativas, Investigaciones Internas y Disciplina

La Superintendencia Auxiliar en Responsabilidad Profesional (en adelante "SARP"), tiene la responsabilidad de asegurar que todas las querellas administrativas por conducta impropia, sean investigadas de forma objetiva, diligente, exhaustiva y consistente. SARP conducirá aquellas investigaciones que sean necesarias y responsabilizará a aquellos miembros del NPPR contra quienes se sustenten querellas presentadas en

su contra según información recopilada durante la fase investigativa.

1. **Estadísticas de Querellas Administrativas**

   La SARP informó que se recibieron e investigaron las siguientes querellas administrativas, durante el periodo comprendido entre el 1 de abril de 2021 al 30 de septiembre de 2021:

| Querellas Administrativas Abril 2021-Septiembre 2021 | abril 2021 | mayo 2021 | junio 2021 | julio 2021 | agosto 2021 | septiembre 2021 | total |
|---|---|---|---|---|---|---|---|
| Querellas Recibidas | 123 | 88 | 121 | 100 | 126 | 135 | 693 |
| Querellas Investigadas del Mes | 10 | 7 | 10 | 6 | 8 | 9 | 50 |
| Querellas Investigadas de Meses Anteriores 2021 | 76 | 82 | 93 | 74 | 83 | 100 | 508 |
| Querellas Investigadas de Años Anteriores | 54 | 28 | 27 | 15 | 14 | 14 | 152 |

2. **Estadísticas del Negociado de Asuntos Antidiscriminatorios**

   Este Negociado informó que se recibieron las siguientes querellas durante el periodo comprendido entre el 1 de abril de 2021 y el 30 de septiembre de 2021:

| CLASIFICACIÓN | RECIBIDAS | INVESTIGADAS | PENDIENTES A INVESTIGACIÓN | QUERELLAS INVESTIGADAS DE OTROS MESES DURANTE EL PERIODO | QUERELLAS INVESTIGADAS DE OTROS AÑOS DURANTE EL PERIODO |
|---|---|---|---|---|---|
| VIOLENCIA DOMÉSTICA | 30 | 13 | 17 | 14 | 7 |
| HOSTIGAMIENTO SEXUAL | 8 | 3 | 5 | 2 | 0 |
| AMBIENTE HOSTIL | 16 | 11 | 5 | 6 | 4 |
| DISCRIMEN | 4 | 1 | 3 | 1 | 4 |
| CONDUCTA SEXUAL IMPROPIA | 3 | 2 | 1 | 2 | 0 |
| CONDUCTA IMPROPIA | 11 | 8 | 3 | 0 | 1 |
| TOTAL | 72 | 38 | 34 | 25 | 16 |

3. **Pruebas de Detección de Sustancias Controladas**

   Las pruebas de sustancias controladas (pruebas de dopaje) realizadas a MNPPR, por el Programa de Detección de Sustancias Controladas de

SARP, durante el periodo comprendido entre el 1 de abril de 2021 al 30 de septiembre de 2021, arrojaron los siguientes resultados:

| Pruebas Realizadas | Pruebas de Dopaje Realizadas | Total Resultados Positivos |
|---|---|---|
| TOTAL | 1293 | 5 |
| **Nota:  De las cinco (5) pruebas que arrojaron positivo, cuatro (4) corresponden a candidatos a empleo.** | | |

## 4. Querellas Administrativas/Orientación al Público

El NPPR desarrollará e implementará un programa para informarle a las personas sobre su derecho a presentar querellas relacionadas al desempeño de cualquier policía. A tales efectos, el Negociado desarrollará formularios pre-impresos de querellas que no incluirán ningún lenguaje que se pueda interpretar como disuasivo a las personas de presentar querellas, incluyendo advertencias sobre la posibilidad de la radicación de cargos criminales por presentar querellas falsas o inciertas. También, el NPPR creará formularios para presentar querellas y material informativo, incluyendo folletos y afiches, los cuales estarán disponibles en todas las facilidades del Negociado y en su página web. De igual manera, publicará y mantendrá un letrero permanente describiendo el proceso de presentación de querellas en los edificios de gobierno externos al NPPR, donde se provean servicios públicos. El letrero incluirá información de contacto relevante, como números de teléfono, direcciones de correo electrónico y páginas de Internet.

Basado en lo anterior, se modificó el formulario PPR-311.1, titulado: "Formulario de Querella Administrativa", en su versión web, según las recomendaciones que realizó el Monitor. Además, la División de Artes Gráficas del NPPR, a petición de la Oficina de Reforma, diseñó nuevos afiches sobre Querellas y Reconocimientos para que sean publicados en

los tablones de edictos y en lugares visibles de todas las unidades de trabajo del NPPR, así como enviarles a las agencias gubernamentales que reciben servicios policiacos. Estas agencias tendrán la responsabilidad que colgar estos afiches en un lugar visible, con el propósito de informar a las personas sobre las diferentes opciones que tienen para presentar querellas o reconocimientos a los Miembros del NPPR. Estos nuevos diseños se enviaron a las partes bajo el párrafo 229, para su evaluación, el día 13 de septiembre de 2021.

## H. Interacción con la Comunidad e Información Pública

### 1. Comités de Interacción Ciudadana (CIC's)

Los Comités de Interacción Ciudadana, conforme a lo dispuesto en la Orden General Capítulo 800, Sección 801, titulada: "Comités de Interacción Ciudadana", están compuestos por personas de diferentes comunidades y origen social quienes tienen un serio compromiso con la seguridad y el bienestar de Puerto Rico. Estos Comités son un foro abierto para que los integrantes de las comunidades y el NPPR puedan discutir los problemas de seguridad, derechos civiles y crimen que afectan a cada Área Policial, y así diseñar estrategias en conjunto para solucionarlos.

Durante el periodo cubierto por el Informe Semestral, varios comités han celebrado reuniones de manera virtual para discutir, entre otros asuntos, las gestiones y actividades llevadas a cabo para su buen funcionamiento y para mantener informado al público sobre los esfuerzos específicos de la Reforma del NPPR y temas de interés para las comunidades.

El Comité Central celebró su reunión bimensual el 10 de abril de 2021, con la participación del Dr. Ernesto Fernández, asesor de la Oficina de Reforma, y el 10 de julio de 2021 con la participación del Cap. Carlos

Figueroa Ortolaza # 5-23921, director de la Oficina de Reforma. El NPPR comunicó, a través de Informa Policía, la nueva composición del Comité de Promoción para Aspirantes a Cadetes en el cual incluye a la Sra. Sra. Nitza L. Manso Sánchez del Comité de Interacción Ciudadana, según las disposiciones de la Orden General Capítulo 500, Sección 501, titulada: "Reclutamiento". Durante este semestre la Oficina de Reforma compartió 19 borradores de política a los Comités de Interacción Ciudadana (CIC's) para recibir recomendación u observaciones desde la perspectiva ciudadana, y éstos recomendaron la creación de una nueva política en las intervenciones o protestas en el mar. La Oficina de Reforma esté implementado el Plan de Expansión Policía Comunitaria en el cual integra a miembros del CIC's de las Áreas Policiacas.

El CIC de Aguadilla celebró una orientación el 18 de mayo de 2021 en Radio UNA1340, Aguada, sobre las funciones del Comité y las plazas vacantes. Además, celebraron una reunión el 19 de julio de 2021 con la participación de la Sgto. Lourdes M. Rivera Arce # 8-14286, directora División Relaciones con la Comunidad.

El Comité de Fajardo celebró múltiples y variadas actividades durante el periodo. El 11 de mayo de 2021 celebraron su reunión mensual en la Comandancia. Además, visitaron los distritos de Vieques y Culebra el 31 de julio de 2021. También, durante la visita a Culebra conversaron con el Alcalde y compartieron preocupaciones y establecieron acuerdos de colaboración a beneficio del cuartel y las comunidades. Asimismo, celebraron dos (2) conversatorios sobre el tema de violencia de género el 26 de mayo de 2021, en Fajardo y el 16 de junio de 2021, en Ceiba con la participación del Proyecto Escudo, ASSMCA, Oficina Procuradora de la Mujer, Proyecto Paz para la Mujer y Taller Salud. Los miembros del

Comité ayudaron al municipio y al Proyecto La Luz en la entrega de suministros el 28 de abril de 2021 en Fajardo.

El 10 de abril de 2021 participaron por invitación en la actividad "Tu Mano Amiga" con la participación y exhibición de la Fundación Héroes Reales de Puerto Rico, Fundación Yo Soy un Corazón, Proyecto de Acción Social La Luz del Mundo y el Municipio.

El Comité de Interacción Ciudadana de Ponce asistió el 1 de junio de 2021 a la emisora de radio La Buena, en Yauco, para hablar sobre las funciones de los Comités para conseguir ciudadanos que estén interesados en pertenecer al mismo.

El Comité de Interacción Ciudadana de Aibonito, el 4 de agosto de 2021, en la División de Relaciones con la Comunidad, entrevistó a dos (2) candidatos para pertenecer a dicho Comité, con el fin de cubrir las vacantes de LGBTTIQ y Juventud.

El Comité de Interacción Ciudadana de Bayamón, con la asistencia del comisionado Antonio López Figueroa, desarrolló una actividad con los comerciantes de la comunidad de Cedro Arriba con el lema La Seguridad es Asuntos de Todos, el 20 de julio de 2021.

El Comité de Interacción Ciudadana de San Juan celebró el 21 de abril de 2021 su reunión mensual en el Cuartel General. Así como el Comité de Interacción Ciudadana de Caguas celebró un Diálogo Comunitario en el Centro Comunal El Hato de San Lorenzo, el 16 de junio de 2021, al cual asistieron residentes de la comunidad Los Cruces.

## 2. Alianzas Comunitarias

Las alianzas comunitarias ocurren cuando un grupo de personas quienes tienen los mismos intereses, fines y beneficios, aúnan esfuerzos dirigidos a la solución de problemas, conflictos y/o alcanzar objetivos afines para todos. La creación de alianzas es una parte fundamental en la incorporación de los principios de la policía comunitaria como un aspecto de los procesos operacionales y administrativos del NPPR. Por tal razón, a continuación, se presentan diversas alianzas entre el NPPR y diferentes organizaciones civiles e individuos:

### ALIANZAS COMUNITARIAS

| División NPPR | Meta | Alianza | Objetivo(s) |
|---|---|---|---|
| Comandancia de Ponce, SAOC | Crear un folleto informativo, que ayudará a los miembros del Negociado de la Policía de Puerto Rico. | Miembros del Comité de Interacción Ciudadana de Ponce. Estudiantes de Psicología Forense de la UPR Ponce. | El folleto informativo le brindará las herramientas necesarias para los miembros del Negociado |
| Distrito de Villalba, Área de Ponce | Facilitar el flujo de personas para que se logre la mayor cantidad de personas vacunadas. | Villalba y pueblos limítrofes. | Garantizar la seguridad mientras se realiza la vacunación |
| Distritos Santa Isabel | Charlas educativas de prevención del crimen | Asociación para la Transformación Social, Cultural y Recreativa Peñolana, inc. (ASOCUREPE) | Capacitar a las comunidades en la actividad |
| Cuerpo de Investigaciones Criminales de Utuado | Brindar orientaciones de parte de las divisiones de Delitos Sexuales, Violencia Domestica y Asuntos Juveniles. | Alianza informal con la Fundación ALAS | Brindar varios servicios coordinados a mujeres víctimas del crimen. |
| Precinto Los Ángeles, Área de Utuado | Prevenir el inicio temprano del consumo de alcohol en los jóvenes. | Coalición Unida para la Prevención Uso del Alcohol (C.U.P.U.A.C.) | Mantener la calidad de vida de la comunidad a través de iniciativas proactivas para los jóvenes. |

| División NPPR | Meta | Alianza | Objetivo(s) |
|---|---|---|---|
| **Relaciones con la Comunidad y la Liga Atlética Policiaca de Carolina** | Identificar jóvenes de 10 a 18 años victimas del crimen para proveer servicios del Programa Juntos Sanaremos. | Boys & Girls Clubs of Puerto Rico | Mejorar y mantener la calidad de vida de las comunidades, a través de iniciativas para apoyar y fortalecer a los jóvenes. |
| **Área de Aibonito Comandancia de Área**<br><br>**División Relaciones con la Comunidad Área de Aibonito** | Establecer Alianzas informales con líderes comunitarios, organizaciones y comunidades de base de FE. | Programa Contigo Mujer Coameña | Identificar organizaciones y líderes comunitarios dirigidos a establecer Alianzas con varios sectores que puedan coordinar ayudas de primera necesidad a víctimas de violencia doméstica y necesidades especiales. |
| **Academia, SAEA** | Utilizar facilidades del Departamento de Corrección para la implementación de adiestramientos. | Curso ETE 620 – Uso y Manejo de Municiones Menos Letales y Dispersión de Gases Lacrimógenos | Ofrecer adiestramiento a miembros de la División de Operaciones Tácticas en escenarios adecuados para maximizar la enseñanza. |
| **CIC Área de Fajardo Comisionado Auxiliar Investigación Criminal** | Establecer lazos de comunicación con las comunidades de interés se estableció una Alianza para crear el **Proyecto Escudo.** Incluye un *brochure* del proyecto. | CIC Área de Fajardo, *National University* College de Río Grande y Municipio de Ceiba | Responder a las necesidades físicas y emocionales de las víctimas del crimen, esto incluye: menores, envejecientes maltratados, víctimas de conductores ebrios, víctimas de violencia doméstica y agresión sexual, entre otros. Este proyecto ofrece ayuda psicológica a las víctimas, ubicación de albergues de emergencia y servicios de asistencia legal. |
| **Superintendencia Auxiliar de** | Llevar a cabo orientaciones e | Televisión WIPR, Programa de | Proveer información mediante varios |

| División NPPR | Meta | Alianza | Objetivo(s) |
|---|---|---|---|
| **Investigaciones Criminales**<br><br>**División de Arrestos Especiales y Extradiciones** | información a la comunidad en general maximizando los medios de comunicación. | Entrevistas **"Los más Buscados"**. Plataforma del programa por **YouTube.**<br><br>Emisora de Radio La Cumbre 1470. | medios de comunicación, y orientación a la ciudadanía en general sobre cómo evitar ser víctima del delito. |

3. **Expansión Filosofía Policía Comunitaria**

En el Negociado de la Policía de Puerto Rico comenzamos la implementación y expansión formal de la filosofía de Policía Comunitaria en su aplicación operacional, a finales del mes de febrero de 2021. En línea con el informe y las recomendaciones del Monitor Federal, se identificó la necesidad de atender los siguientes aspectos del Acuerdo: implementación del Modelo SARA, desarrollo de los principios de la Policía Comunitaria y contribuir con el proceso de transformación organizacional, el cual redunda en la Reforma del Negociado de la Policía de Puerto Rico.

El Modelo S.A.R.A es un referente de diseño descriptivo de solución de problemas que le permite a los cuerpos de seguridad pública de forma sistémica y estructurada atender asuntos que impactan las comunidades. El modelo en sus acrónimos en ingles de *Scanning* (Escaneo), *Analysis* (Análisis), *Respond* (Respuesta) y *Assessment* (Evaluación o Avalúo), presenta sus cuatro etapas las cuales interactúan para llevar a cabo estrategias colaborativas entre la policía y la comunidad. El modelo S.A.R.A., ha sido validado por su alto nivel de efectividad en la reducción de la incidencia criminal, cuando se aplica en todas sus etapas y se integra los diferentes sectores de las comunidades geográficas o interés. Es decir, es un modelo que permite medir resultados, rendir cuentas en las comunidades aportando a mejorar la

confianza, transparencia, desarrollar comunidades más seguras y mejorar la calidad de vida.

Reconocimos la necesidad de implantar un Modelo Híbrido de Policía Comunitaria, en lugar de limitar esta filosofía solo a las unidades especializadas. Este Modelo se conformó con el personal destacado en las Divisiones de Relaciones con la Comunidad de cada Área Policiaca. Integramos policías enlace y supervisores de cada uno de los distritos y precintos apoyados, siempre, por el Comandante de Área.

También, se incorporan a los líderes comunitarios de las Áreas, miembros de los Consejos Comunitarios de Seguridad y los miembros de los Comités de Interacción Ciudadana (CIC's); todos en conjunto trabajando para identificar problemas y necesidades en etapas tempranas en las comunidades geográficas de interés. En el camino, se van identificando las agencias públicas y/u organizaciones del tercer sector para realizar los referidos correspondientes, que puedan atender los asuntos de calidad de vida; incluyendo acceso a servicios básicos, servicios sociales o servicios gubernamentales.

Para llevar a cabo tal encomienda, establecimos un plan de trabajo, el que dividimos en tres (3) Fases de Asistencia Técnica:

a. **El Ciclo I: Exploración y Orientación**

En este ciclo, se visita las Áreas y se realiza una orientación general de los principios de la Policía Comunitaria, se busca que las comunidades se familiaricen con el concepto. Se realiza una visita de campo a una comunidad o sector del Área Policiaca y se hace un análisis de las condiciones sociales y delictivas, las iniciativas y los proyectos en desarrollo, con una discusión de las expectativas. Para

luego, iniciar la aplicación del Modelo S.A.R.A. y finalmente hacer una revisión de los documentos y alianzas establecidas.

**b. El Ciclo II: Aplicación y Validación**

Se constituye de unas visitas a los sectores visitados en Ciclo I, reuniones con las comunidades en la búsqueda de Alianzas, ampliación del modelo S.A.R.A, en donde se busca establecer alianzas formales e informales.

**c. El Ciclo III: Evaluación**

Este ciclo se implementa mediante el seguimiento a los trabajos realizados en los Ciclos I y II, para examinar el producto de la implementación del Modelo S.A.R.A., evaluar los mismos e implementar las Alianzas formales e informales.

**d. Resultados**

En el Ciclo I., hemos visitado varias comunidades para identificar problemas y necesidades de las comunidades en las diferentes Áreas Policiacas como lo son: los Quioscos de Luquillo, sector de comerciantes, Proyecto S.A.R.A. en la Escuela Ecológica de Culebra, iniciativas en la Comunidad Pedro Rosario, Centro Comercial de Laguna *Gardens* y Comunidad Los Ángeles en Carolina.

También, las visitas de campo se llevaron a cabo en las siguientes comunidades del Área Policiaca de Humacao: Comunidad La Fe y Maizales en Naguabo, Urbanización Villa Universitaria, con el propósito de iniciar la etapa de Escaneo del Modelo S.A.R.A. En el Área Policiaca de Ponce se visitaron las siguientes comunidades; Casco Urbano de Ponce, Comunidad Baldorioty y la Playa de Ponce en Pueblo Nuevo. Además, en el Área Policiaca de Aguadilla se visitó la comunidad de Guaniquilla en donde participaron varios líderes de los Consejos Comunitarios de Seguridad, miembros de los Comité de

Interacción Ciudadana, comerciantes y medios de comunicación de la radio local.

La participación proactiva de líderes comunitarios y miembros de los Comité de Interacción Comunitaria, se ha podido observar durante su integración durante las visitas de campo en las comunidades mencionadas, además de otros profesionales interesados en colaborar con los miembros del NPPR en desarrollar comunidades más seguras y mejorar la calidad de vida.

### e. **Conclusión**

En resumen, durante el Ciclo I, ya hemos visitado y provisto asistencia técnica en las Áreas Policiacas de: Fajardo, Carolina, Humacao, Ponce, Aguadilla y Arecibo. Tenemos proyectado incluir en el primer ciclo de impacto, en los próximos meses del año 2021, las Áreas Policiacas de San Juan, Guayama, Bayamón, Caguas, Utuado, mientras que Mayagüez y Aibonito están proyectadas para el inicio del año 2022. Mientras, estaremos iniciando el Ciclo II las Áreas, ya impactadas en Ciclo I.

La primera fase del Plan de Expansión de la Policía Comunitaria incluye asistir a las áreas policiacas y sus precintos a identificar problemas de forma proactiva. Como ejemplo de lo antes citado, el Precinto 162 de Río Piedras ha identificado un problema sistémico de personas sin hogar, de los cuales algunos son usuarios de sustancias controladas. Para atender esta problemática, se ha iniciado un Proyecto SARA apoyado por varias agencias gubernamentales y no gubernamentales, incluyendo organizaciones de base comunitaria y FE. El martes 31 de agosto estaremos llevando a cabo un acercamiento con la comunidad de personas sin hogar con el respaldo del Programa de Vuelta a la Vida del NPPR y otras iniciativas.

Esperamos presentar servicios disponibles desde meriendas, vacunación, aseo personal, orientaciones, entre otros servicios.

# Imágenes Expansión Policía Comunitaria

## Reunión de Coordinación y Alianzas
## Proyecto SARA- Plan de Respuesta Personas sin Hogar





**Comandante Área Policiaca de San Juan**
Tte. Cnel Orlando Rivera Lebrón
**Comandante Zona de Rio Piedras**
Insp. José Ortiz Maldonado
Director **Precinto 162 Rio Piedras**
Tte. I Elvin Santana Zayas



## Senado de Puerto Rico
## Hon. Vargas Vidot Felicita al NPPR por el Proyecto S.A.R.A.
## Precinto 162 Rio Piedras



Ayudante Especial Secretaria
Departamento se integra
a la iniciativa.



Dr. Ernesto Fernández, Asesor Oficina de
Reforma NPPR y Dr. José A. Vargas Vidot
comparten impresiones sobre el Proyecto
S.A.R.A en el Precinto 162 de Rio Piedras.

## Actividad de Promoción y Entrega Hojas Sueltas



26 de Agosto de 2021

Relaciones con la Comunidad, Programa De Vuelta a la Vida, Líder Comunitario, Oficina de Reforma, CRADIC

# Áreas Policiacas visitadas



Fajardo. Miembros del Negociado Policía de PR desarrollando el Proyecto SARA



Carolina. Lideres comunitarios, CIC's, MNPPR y Alianzas

# Área Policiaca Humacao











Miembros del Comité de Interacción Ciudadana comparten sus recomendaciones sobre el autoestudio de policía comunitaria.

# Área Policiaca- Ponce







Miembros del Negociado de la Policía de PR se preparan para visitar varias comunidades para llevar a cabo la etapa de Escaneo del Modelo S.A.R.A.

# Área Policiaca- Aguadilla





Acercamiento comunitario y encuesta de necesidades en alianza con la alcaldía, líderes comunitarios, miembros del CIC's, Policía Municipal, comercio y medios de comunicación.

# Área Policiaca- Arecibo







Integración de la comunidad, Policías Municipales, NPPR, CIT, Líderes Comunitarios, Alianzas, Radio y Liderato NPPR



# Área Policiaca- Guayama









Miembros CIC's, Comisionados PM,
Aplicación Proyectos SARA y entusiasmo
comunitario.



# Nueva Iniciativa Clase 232 Cadetes NPPR

## Campaña Prevención Maltrato de Menores
### "TRAZANDO MIS PASOS"



Líder Comunitaria de Fajardo
Carmencita Rosario





Miembro Comité Interacción
Ciudadana Bayamón
Profesora Milagros Catalá

### 4. Incorporación de la tecnología para mostrar cumplimento

En la actualidad el NPPR tiene una aplicación tecnológica para registrar las Alianzas Formales con las comunidades de interés desde el año 2018. En estos momentos, junto al Negociado de Tecnología y Comunicaciones (NTC), estamos en el proceso de mejorar la misma según las recomendaciones de los usuarios, nuestro asesor en Policía Comunitaria y miembros del equipo del Monitor federal. En términos general, las mejoras a la aplicación son: mayor accesibilidad, capacidad de subir documentos, capacidad para colocar información de personas contactos, identificar si se utilizó el Modelo de Solución de Problemas S.A.R.A. y capacidad para documentar los mecanismos para medir efectividad. La aplicación se encuentra en evaluación interna en la Oficina de Reforma. Nuestra próxima tarea será seleccionar un grupo de usuarios para que realicen pruebas a la aplicación revisada y proveen recomendaciones u observaciones. Además, la versión final incluirá los cambios en la revisión del formulario 803.5 Informe Alianzas Comunitarias Formales.

EL NTC ha desarrollado una aplicación tecnológica para registrar las iniciativas de orientación y acercamiento de los empleados y unidades del NPPR, titulado "Registro de Orientaciones". Tendrá la capacidad de medir y mostrar cumplimiento en requerimientos de las siguientes áreas: Profesionalización; Uso de Fuerza; Registros y Allanamientos; Igual Protección y No Discrimen; Reclutamiento; Adiestramiento; Supervisión; Querellas Administrativas; Interacción con la Comunidad; y Tecnología. Estamos en la fase de prueba donde empleados de 23 unidades o equipos del NPPR están utilizando el mismo para brindarnos recomendaciones y/o comentarios. En términos generales la aplicación podrá registrar actividades de acercamiento y orientaciones en temas

variados capturando data y con diferentes capacidades como: edad de los beneficiados, comunidad beneficiada, mayor accesibilidad, capacidad de subir documentos, información de personas contactos y capacidad de generar reportes.

Una vez finalizada la fase de prueba, se evaluarán las recomendaciones y/o comentarios de los participantes de esta fase para desarrollar la versión final.

5. **Otras iniciativas de acercamiento comunitario**

El gobernador de Puerto Rico Hon. Pedro R. Pierluisi Urrutia, ha desarrollado una iniciativa en la cual se llevarán los servicios y/u orientaciones de sobre 50 agencias gubernamentales a diferentes puntos geográficos de Puerto Rico. La iniciativa comenzó el 1 de septiembre de 2021 en el pueblo de Toa Baja. La misma continuará los primeros miércoles de cada mes, a través de la Isla.

Las siguientes unidades, divisiones u oficinas, en representación del NPPR, estuvieron presentes durante la iniciativa: Oficina de Reforma, División de Violencia Doméstica, División de Delitos Sexuales, División de Vehículos Hurtados, Unida Canina, Antecedentes Penales, Querellas Administrativas, Relaciones con la Comunidad, Reclutamiento, Crímenes Cibernéticos, Licencia de Armas, División de Explosivos, Marítima y la Banda del NPPR.

Cada unidad maximizó esta iniciativa para llevar servicios, orientaciones y acercamientos con las comunidades, a través de opúsculos y/o conversaciones con las personas que asistieron. Se incluyen fotos de la iniciativa en el pueblo de Toa Baja.







## I.  Sistemas de Información y Tecnología

Conforme al Acuerdo, el área de Cumplimiento de Sistemas de Información y Tecnología tiene como meta actualizar su infraestructura de sistemas de información, data y comunicación tecnológica para mejorar la eficiencia y efectividad de los procesos y procedimientos policiales en el área administrativa y operacional.

### 1.  *Computer Aided Dispatch* (*CAD*)

El propósito principal de este sistema es permitir el registro de la información de incidentes (querellas) de forma electrónica, despachar, manejar los recursos del NPPR de una manera rápida y ágil, así como poder producir estadísticas de las Áreas Policiacas con mayor incidencia.

Para mantener un sistema confiable y preciso sobre las estadísticas de la criminalidad e incidentes de uso de fuerza, entre otros, el 9 de junio de 2021 se comenzó a instalar en los trece (13) Centros de Mando, la versión actualizada del Sistema de Manejo de los Informes de Incidentes o Servicios Policiacos (EMERES *Dispatch Now* 3.0). La instalación e implementación será según el siguiente orden:

a.  San Juan

b.  Bayamón

c.  Carolina

d.  Fajardo

e.  Humacao

f.  Cagüas

g.  Guayama

h.  Aibonito

i.  Ponce

j.  Mayagüez

k.  Aguadilla

l.  Arecibo

m. Utuado

El proyecto se encuentra implementado en todos los Centros de Mando y Retenes de las Áreas Policiacas y el personal operacional está orientado en un 100%. Además, a principios del mes de septiembre de 2021 se instaló e implementó en la Academia, y en los Centros de Adiestramientos del Negociado de Patrullas de Carreteras ubicados en Guayama y Manatí.

2. *Globally Totally Electronic* (*GTE*)

El sistema GTE tiene como propósito general proveer la funcionalidad que permite a los MNPPR completar la información relacionada a las querellas que se inicien en el Sistema CAD/CAD Móvil. También, permite que los supervisores revisen la información de las querellas con el propósito de hacer cualquier corrección que entiendan pertinente, y luego firmar electrónicamente, así como dar por completada la querella, entre otras funciones.

Como parte de la implementación del EMERES *Dispatch Now* 3.0, se comenzó el desarrollo, en el mes de agosto de 2021, del mecanismo para generar los informes estadísticos utilizando la información de las querellas almacenadas en la base de datos.

3. **Proyecto de Adquisición de Cámaras Corporales (*BWC*)**

El NPPR adquirió la cantidad de ciento cincuenta (150) cámaras corporales (*BWC*, por sus siglas en inglés) y el sistema de manejo de videos, en el mes de julio de 2021. Esto como parte de la propuesta federal 2018-BC-BX-0017, para la adquisición e implementación de las

cámaras corporales. El mismo tiene la capacidad de capturar videos de las intervenciones desde la perspectiva de los oficiales de ley y orden, así como de almacenar los videos con la seguridad apropiada, mantener la cadena de custodia de las evidencias y su distribución a las entidades pertinentes para su investigación y posible radicación en los tribunales de Puerto Rico.

Las unidades a ser impactadas con este proyecto son las que pertenecen al Negociado de Patrullas de Carreteras, las cuales se mencionan a continuación:

a. Patrullas de Carreteras y Autopistas de Caguas.
b. Patrullas de Carreteras y Autopistas de Carolina.
c. Patrullas de Carreteras de San Juan.
d. Patrullas de Carreteras de Bayamón.
e. Autopista de Bayamón.

El personal encargado del uso y manejo sistema de videos (Evidence.com) será adiestrado por la compañía el mes de septiembre 2021. El inicio de la distribución e implementación de las cámaras corporales está pautado para el mes de octubre de 2021.

## 4. Alianzas Comunitarias Formales – Relaciones con la Comunidad

El propósito del proyecto Alianzas Comunitarias Formales busca reunir y organizar toda la información referente a los programas que se han establecido en las comunidades, así como identificar qué unidades ya están realizando actividades con su entorno comunitario y trabajando en conjunto con los líderes de las mismas.

En el mes de julio de 2021, el sistema fue actualizado en su totalidad,

puesto en producción y uso, según requerido por la unidad peticionaria y la Oficina de Reforma, debido a la revisión de las políticas y procedimientos que impactan las alianzas comunitarias. El nuevo sistema, además de ser completamente en línea, contiene el módulo de Alianzas y el módulo de Actividades con múltiples cambios en su estructura de procesos, así como la adición de un proceso de firmas electrónicas en ambos módulos. Este sistema permite capturar información en tiempo real de los acuerdos colaborativos y/o memorandos de entendimientos desarrollados con las comunidades de interés por nuestros empleados. Este módulo será para uso y beneficio de todos, desde los empleados hasta los Comisionados Auxiliares. El mismo está diseñado como herramientas para documentar y autoevaluar nuestras Alianzas Formales. Además, capturará información requerida para mostrar nuestro desempeño en la implementación del Acuerdo.

5. **Sistema de Intervención Temprana (*EIS*)**

La implementación del Sistema de Identificación Temprana (*EIS*, por sus siglas en inglés), constituye una pieza fundamental para el cumplimiento de las exigencias del proceso de Reforma. Para ello, se utilizarán los datos recopilados de los módulos relacionados al EIS con el propósito de promover prácticas policiacas éticas y profesionales, manejar riesgos y responsabilidades, evaluar el desempeño de los empleados del NPPR en todos los rangos, divisiones, turnos y componentes de la Agencia.

El EIS integra los datos e información recopilados en distintos módulos o sistemas de información y mediante la utilización de reglas, así como un sistema de puntos (*score*), ayuda a identificar cualquier comportamiento problemático tan pronto como sea posible. La

información se despliega en un Panel Gráfico (*Dashboard*) donde el supervisor puede identificar y evaluar el comportamiento de los MNPPR que tiene bajo su supervisión.

Actualmente, el módulo principal está en el proceso de entrega a la unidad responsable y el de adiestrar el personal que utilizará el mismo. Además, los módulos de recolección de datos para los supervisores (Módulo de Supervisores y Módulo de Seguimiento), están en producción como muestra la tabla siguiente:

**Módulo Principal**

| Descripción | Estatus |
|---|---|
| Panel Gráfico (*Dashboard*) | Entregar y Adiestrar |

**Módulos de recolección de datos**

| Descripción | Estatus |
|---|---|
| 1. Querellas Administrativas (SARP) | Producción y Uso |
| 2. Oficina de Asuntos Legales (OAL) | Producción y Uso |
| 3. Violencia Doméstica | Producción y Uso |
| 4. Delitos Sexuales | Producción y Uso |
| 5. Uso de Fuerza - Radio Control | Producción y Uso |
| 6. Uso de Fuerza Investigaciones (*FIU*) | Producción y Uso |
| 7. Faltas No Punitivas | Producción |
| 8. Crímenes de Odio | Producción y Uso |
| 9. Inspecciones | Producción y Uso |
| 10. Supervisores | Producción |
| 11. Seguimiento | Producción |

## 6. Biblioteca Virtual (biblioteca.policia.pr.gov)

El NPPR tiene el deber ministerial de desarrollar políticas abarcadoras que provean guías y procedimientos claros, para asegurar que todos sus empleados ofrezcan servicios a las personas de manera ética, legal y

efectiva. Como parte de mantener a todos los empleados del NPPR informados, mediante el comunicado OC-4-OR-1-433 de 5 de agosto de 2021 y publicado mediante Informa Policía el 6 de agosto de 2021, firmado por el comisionado Antonio López Figueroa, se estableció oficialmente en el Negociado la Biblioteca Virtual.

Esta Biblioteca es una página web a través del cual se publican todas las políticas y procedimientos que rigen todos los aspectos administrativos, operacionales e investigativos, indexados de tal forma que los empleados del NPPR, y los ciudadanos, puedan tener acceso a esta información. Además, tendrá la funcionalidad para que los ciudadanos puedan someter comentarios y/o recomendaciones relacionados a la información provista sobre las políticas y procedimientos.

A partir del lunes, 9 de agosto de 2021, todos los empleados de la Agencia tienen acceso a la Biblioteca. Durante el mes de agosto, los empleados tuvieron la oportunidad de evaluar esta plataforma y emitir recomendaciones.

Toda la ciudadanía podrá acceder a la Biblioteca Virtual desde el día 1 de octubre de 2021, mediante el navegador de internet de su predilección, utilizando la siguiente dirección electrónica: **biblioteca.policia.pr.gov**. El acceso a los recursos electrónicos disponibles en la Biblioteca Virtual, estará disponible las veinticuatro (24) horas del día, durante los siete (7) días de la semana.

Para el NPPR es de suma importancia conocer y atender las necesidades de las comunidades que se benefician de sus servicios, es por esto que, mediante la adopción de esta nueva plataforma, se fomenta la participación e interacción ciudadana, al proveer a los usuarios una herramienta para realizar aquellas recomendaciones que ayuden al

mejoramiento de los procesos establecidos y los servicios brindados por el NPPR. La Biblioteca Virtual permitirá a los usuarios realizar comentarios y recomendaciones a todas las políticas y procedimientos del NPPR. Para esto, la persona que así lo desee, utilizará la Sección de Comentarios que se provee en la plataforma.

Es importante indicar, que se atenderán todas las recomendaciones recibidas con el mismo grado de importancia. El NPPR ha designado un personal que cuenta con la más alta profesionalidad, preparación y experiencia, para que evalué las recomendaciones, y determine cómo se debe proceder con las mismas. Si se determinara que la recomendación debe ser incluida en alguna política, se incluirá en la próxima revisión, según el calendario de revisión establecido.

7. **Panel Gráfico (*Dashboard*) de Uso de Fuerza**

Como parte del compromiso de la Oficina del Comisionado en la transparencia y divulgación pública de la información referente a los incidentes donde hubo usos de fuerza, se solicitó e implementó un *Dashboard* que recoge los usos de fuerza realizados por el personal del Negociado de la Policía de Puerto Rico. El mismo provee la información en tiempo real sobre los incidentes donde se hayan realizado usos de fuerza por parte del personal de rango de la Agencia. Además, incluye los parámetros de cantidad de incidentes, usos de fuerza realizados por nivel y la cantidad de agentes involucrados, todos segmentados por Área Policiaca y fechas.

8. **Sistema de Análisis y Estadísticas Computarizado (SAEC+)**

El Sistema de Análisis y Estadísticas Computadorizado (SAEC +) tiene el propósito de trabajar en la recopilación de estadísticas de todo el NPPR y de esta manera poder mejorar la experiencia de uso y funcionalidad

actual, de modo que se pueda disponer de la información relativa a los delitos de manera oportuna y depurada.

Para el mes de junio de 2021, la base de datos del Centro de Cómputos se migró a la nube de Microsoft AZURE, con el propósito de proveer total independencia al sistema de los eventos atmosféricos o catastróficos que puedan ocurrir en Puerto Rico. De esta forma los empleados que utilizan esta herramienta tienen acceso desde cualquier equipo computadorizado vía internet, con lo cual no se interrumpen las labores para el análisis y distribución de las estadísticas sobre la criminalidad de la Agencia.

**9. Análisis de Brechas (*GAP Analysis*): *AH-Datalytics***

El Negociado de la Policía de Puerto Rico contrató la Firma *AH-Datalytics* para llevar a cabo un Análisis de Brechas (*GAP Analysis*) para identificar áreas de deficiencias y oportunidades de mejoramiento.

En el mes de mayo de 2021, *AH-Datalytics* entregó el informe final donde detalla las recomendaciones sobre los sistemas de información de tecnología que están en producción y en desarrollo actualmente. Además, identificó las áreas de deficiencias versus el contenido del Acuerdo para la Reforma Sostenible de la Policía de Puerto Rico.

En su informe, incluye lo siguiente:

El Negociado de la Policía de Puerto Rico (NPPR) está bien posicionado para transformarse en una organización basada en datos. El NPPR ha demostrado repetidamente a *AH Datalytics* que tiene un sentido de urgencia para cambiar, un fuerte compromiso con la mejora continua y una voluntad demostrada para revisar actitudes y procesos.

Los sistemas de datos nuevos y pendientes ofrecen la oportunidad de integrar el análisis datos de forma novedosa e innovadora. El NPPR debe garantizar que se ingresen datos confiables en sus sistemas de datos para que los datos se puedan usar para impulsar la toma de decisiones de gestión. El apoyo a la gestión de cambios es esencial para garantizar que todas las unidades y áreas de mando puedan utilizar sistemas de datos, y que los sistemas de datos desarrollados recientemente se integren con la visión estratégica de la NPPR para utilizar datos para impulsar la toma de decisiones.

Además, *AH Datalytics* indicó las siguientes recomendaciones para transformar el uso de los datos del NPPR. Estas recomendaciones para toda la organización son cruciales para implementar e informar sobre los esfuerzos de cumplimento del Acuerdo. Las recomendaciones específicas para cada sección del Acuerdo son poco sistemáticas y serán ineficaces sin el apoyo y capacidad organizativos adecuados.

a. El NPPR debería crear una Oficina de Análisis y Desempeño ubicada jerárquicamente cerca de la parte superior de la organización. El análisis de datos es fundamental para la toma de decisiones de gestión, el cumplimiento del Acuerdo y la transparencia pública.

b. El NPPR debería realizar auditorías de desempeño con regularidad como un paso esencial para convertirse en un Departamento de autocontrol y brindar retroalimentación constante sobre el desempeño relacionado con el Acuerdo y las prioridades de gestión.

c. El NPPR debería crear una nueva infraestructura de gestión que permita que la analítica informe las decisiones de asignación de recursos y garantizar una supervisión cercana y eficaz, la resolución integral de problemas y el cumplimiento del Acuerdo.

d. La Oficina de Reforma y el Negociado de Tecnología y Comunicaciones necesitan apoyo para garantizar la aplicación efectiva de análisis de datos completos, incluida la modificación de procesos, procedimientos, políticas y sistemas de datos según sea necesario.

e. Los análisis discutidos en este informe se centran en el cumplimiento, la supervisión y la generación de informes del cumplimiento del Acuerdo. La implementación efectiva de estos análisis es establecer las bases para los análisis operativos e investigativos que pueden optimizar la prestación de servicios del NPPR. No se puede exagerar el valor de la analítica para una agencia de aplicación de la ley tan grande y compleja como el NPPR. La expansión de la capacidad organizacional y el conjunto de habilidades del NPPR para emplear análisis de manera efectiva fortalecerá los esfuerzos de la oficina para brindar un entorno seguro para las comunidades y los funcionarios de Puerto Rico. El análisis de brechas ofrece una evaluación del presente y las recomendaciones necesarias para iniciar este cambio en el futuro.

Como parte del contrato la compañía *AH-Datalytics* realizó un análisis del Sistema de Intervención Temprana (EIS), el cual es uno de los más importantes incluidos en el Acuerdo. Del análisis se desprende lo siguiente:

a. El Acuerdo requiere que el NPPR desarrolle y mantenga un Sistema de Intervención Temprana (EIS). El NPPR ha estado construyendo los módulos para la recolección de datos necesarios para completar el EIS. El NPPR, en coordinación de la compañía *AH Datalytics*, demostró todos estos módulos.

b.  Muchas de estas demostraciones fueron realizadas por personal del NPPR que utiliza estos sistemas de datos para su trabajo diario. La adopción exitosa de estos nuevos sistemas representa la voluntad política y la capacidad de cambio del NPPR. Se le ha dicho a *AH Datalytics* que el personal de SARP ha sido particularmente activo en proporcionar comentarios y solicitudes para ayudar a desarrollar un sistema de datos que se adapte a las necesidades funcionales de la unidad. Este es un ejemplo positivo de una unidad organizativa que se siente dueña de su colección y gestión, y debe reproducirse en todo el NPPR.

c.  Los sistemas de fuente desarrollados para poblar el EIS a menudo se denominan EIS en sí. El NPPR ha reconocido la necesidad de referirse a estos sistemas de datos respectivamente y ha expresado dificultad para lograr que el personal cambie este hábito. *AH Datalytics* recomienda revisar las políticas relevantes para hacer referencia a estos sistemas de datos de manera adecuada, como parte de este esfuerzo de cambio. Por ejemplo, la Orden General Capítulo 400, Sección 410, titulada: "Registro de Querellas Administrativas" se refiere al módulo SARP como el "Registro de querellas Administrativas del Sistema de Intervención Temprana". Además, el NPPR debería considerar si los documentos producidos con respecto a los sistemas de datos deberían revisarse para reflejar este cambio.

d.  *AH Datalytics* produjo un memorando para el NPPR que describe los cambios sugeridos al EIS. El NPPR debería considerar la creación de nuevos indicadores, la modificación de sus indicadores actuales y la mejora del mecanismo mediante el cual se generan las alertas. En general, *AH Datalytics* recomienda usar comparaciones de grupos de pares para luego realizar un análisis estadístico para marcar el

percentil cinco (5) superior de un indicador dado o considerar la modificación a un modelo de puntaje de riesgo establecido creado y estandarizado en otro lugar. El grupo de pares respectivo que se debe utilizar puede ser diferente para distintos indicadores.

e.  Para algunos indicadores, puede tener sentido comparar a los MNPPR dentro de una unidad o Área Policiaca, mientras que otros pueden ser apropiados para comparar a todos los MNPPR. Por ejemplo, la determinación de una cantidad excesiva de uso de licencia por enfermedad que podría predecir otras preocupaciones sobre el MNPPR puede compararse mejor con todo el departamento o simplemente con MNPPR del mismo rango y oficina.

f.  *AH Datalytics* recomienda que el NPPR cree una Unidad de Intervención Temprana diseñada para supervisar y administrar el desarrollo, así como el uso del EIS. Esa unidad debería ser una subsección de la Oficina de Análisis y Desempeño. *AH Datalytics* produjo un memorando de EIS para el NPPR que proporciona una descripción general de las mejores prácticas, desafíos y recomendaciones de EIS para su propia implementación. Más importante aún, la Unidad de Intervención Temprana debe ser supervisada por la Oficina de Análisis y Desempeño y tener acceso al liderazgo del NPPR.

El EIS es un sistema crítico que debe desarrollarse en colaboración con el Equipo de Monitoreo y el USDOJ para que se implemente con éxito. Es importante que todas las partes comprendan y estén de acuerdo con los indicadores utilizados para generar los procesos, cómo se generarán dichos procesos, cómo se definen los grupos de pares y cómo los supervisores deben utilizar correctamente el sistema.

## VI. Conclusión

La información suministrada en este informe presenta, en términos generales, la capacidad del trabajo colaborativo de todas las divisiones que componen el NPPR. Asimismo, manifiesta la disciplina y determinación que el NPPR ha empeñado en la consecución de una Policía profesionalizada y demuestra el compromiso del NPPR y de los MNPPR con la Reforma y con las comunidades que atienden. En aquellos aspectos en los cuales se necesite reforzar el trabajo en conjunto entre los diferentes componentes del NPPR, el Negociado pondrá todo su empeño en así lograrlo.

Garantizar la seguridad de cada persona y de cada comunidad en Puerto Rico es prioridad del NPPR. Esta labor requiere confianza y colaboración entre el NPPR y la comunidad. El NPPR está comprometido en continuar fortaleciendo las relaciones con la comunidad, con el fin de construir un Puerto Rico más seguro para las futuras generaciones. Al mismo tiempo, el NPPR continúa trabajando hacia lograr mayor profesionalización del Negociado, incluyendo sus oficiales y agentes; proveerles mejores recursos; adiestrarlos en las prácticas policiacas generalmente aceptadas; e incorporar la tecnología en sus procesos para tener información y data que sea certera, que esté accesible y que sea una herramienta efectiva para los procesos de recopilación de información, investigación y estadísticas, entre otros.

_s/Antonio López Figueroa_

**Antonio López Figueroa
Comisionado**

# ANEJO

ALEXIS TORRES
SECRETARIO

GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE SEGURIDAD PÚBLICA
Negociado de la Policía de Puerto Rico

ANTONIO LÓPEZ FIGUEROA
COMISIONADO

**MON-OR-445-20-8-2021**

**20 de agosto de 2021**

**CONTESTACIÓN BORRADOR CMR-4**

El 21 de junio de 2021, el Negociado de la Policía de Puerto Rico (en adelante, NPPR) recibió el borrador del CMR-4 correspondiente al periodo de: septiembre de 2020 a marzo de 2021. Esto, con el propósito de emitir comentarios según dispone el Acuerdo para la Reforma Sostenible de la Policía de Puerto Rico (en adelante, Acuerdo). El 21 de julio de 2021, el Monitor sometió el CMR-4 final.

El Acuerdo requiere que el Monitor presente al Tribunal cada seis (6) meses informes públicos que incluirán entre otras cosas la metodología y **hallazgos específicos** de cada revisión realizada (énfasis nuestro).

Aunque reconocemos que las recomendaciones del Equipo del Monitor son para mejorar los procesos en el NPPR, tenemos a bien señalar algunos aspectos del borrador del CMR-4 que deben de aclararse por y para el bien del proceso de la Reforma. Recordemos que la información que plasma tanto el Monitor como el NPPR, en un informe público, es utilizada tanto por la prensa como por otros medios, para informar a todas las personas sobre el progreso de proceso de reforma dentro del NPPR. Ofrecer información de forma correcta y precisa es responsabilidad de todos, ya que esto fomenta la confianza de todas las comunidades para con el NPPR y sus policías; al final del camino, esto es uno de los propósitos del Acuerdo.

**A. Adiestramiento Previo al Servicio[1]**

1. El Monitor indicó que el Adiestramiento Previo al Servicio, incluyendo currículo y materia relacionada de adiestramiento, no es consistente con las practicas aprobadas.

   a. A pesar de que el Monitor realiza este señalamiento, no ofrece detalles adicionales ni identifica en qué específicamente el NPPR no cumplió. Sobre

---

[1] El NPPR tiene un compromiso de asegurar que se cumpla con cada uno de los requisitos que dispone el Acuerdo. Sin embargo, el tener hallazgos generales sin especificar la deficiencia, dificulta y atrasa los procedimientos para atender de manera efectiva los hallazgos que señale el Equipo del Monitor y el Departamento de Justicia.

P.O. BOX 70166 | SAN JUAN PR 00936-8166

 

☏ 787.793.1234   🖥 www.dsp.pr.gov

este particular, para el NPPR es importante conocer cuáles son los hallazgos específicos del Monitor. De esta manera, el NPPR pueden tomar pasos afirmativos para corregir la deficiencia. A modo de ejemplo mencionamos la recomendación sobre el adiestramiento RAE-114, el cual se recomienda mejorar el tema de entrevista y sugerencia sobre las guías del FBI.

Agradecemos la labor del Monitor para señalar las deficiencias, y estamos en la mejor disposición de tomar acciones afirmativas para cumplir con el Acuerdo.  No obstante, necesitamos que los señalamientos del Monitor sean específicos y estén acompañados con la información necesaria para que el NPPR pueda realizar un plan de trabajo efectivo.

**B. Programa de Adiestramiento de Campo**

1. Programa de adiestramiento de campo incluyendo los currículos y material de adiestramientos relacionados, no es consistente con las políticas aprobadas.

   a. El señalamiento sobre este particular se asemeja a lo señalado en la Sección A anterior, sobre el Adiestramiento Previo al Servicio. El informe se limita a hacer señalamientos generales y no identifica cuáles son los hallazgos específicos sobre que políticas o temas de políticas que no abarca el Programa de Adiestramiento Previo al Servicio.

   b. El NPPR necesita que se especifique las políticas y áreas específicas en que el Programa de Adiestramiento no es consistente con las políticas.

**C. Adiestramiento de Investigación de Quejas**

1. Los adiestramientos de investigación de quejas no son consistentes con las políticas aprobadas.

   a. Semejante a los señalamientos anteriores, recomendamos que, en estos casos, se detalle las políticas y área específica en que el Programa de Adiestramiento no es consistente con las políticas. Resulta prácticamente imposible tratar de mejorar una deficiencia que no ha sido identificada específicamente.

**D. Policías graduados con 740 horas o que no cumplen con las horas del Programa de Adiestramiento Previo al Servicio**



1. **Solicitamos se elimine este parte del informe por las siguientes razones:**

   a. Durante la petición de documentos se solicitaron placas aleatorias correspondiente a la clase 229, 230 y 231. Por lo tanto, el cadete perteneciente a la clase 230 y 231 no debe tener las horas completadas, ya que su Academia no ha terminado y el Programa de Adiestramiento Previo al Servicio no ha culminado para ellos. Mantener esto en el Informe del Monitor, es llevar un mensaje erróneo de que el NPPR está graduando cadetes que no cumplen con los requisitos mínimos.

   b. La clase 230 tiene fecha de graduación para el mes de septiembre y la clase 231 para principios del año 2022, por lo tanto, para el periodo del CMR-4, estos cadetes no tienen las horas requeridas en el Adiestramiento precio al Servicio.

   c. Diferente es el caso de la clase 229, que todos cumplieron con las horas requeridas, ya que al momento de la petición de documentos, la Academia ya había culminado. Véase anejo I (certificado cumplimiento horas clase 229, la cual se graduó para el mes de marzo.

**E. Política FTO no incorpora todos los requerimientos del acuerdo**

Sobre este asunto, solicitamos que los hallazgos sean específicos para que el NPPR pueda tomar pasos afirmativos para corregir las deficiencias identificadas. Cabe señalar, que parte de los programas que se señalan en el informe fueron evaluados e incorporados en el Manual de Adiestramiento de Campo y en la Orden General Capítulo 700, sección 701, titulada: "Programa de Adiestramiento de Campo".

**F. Confiabilidad prueba de dopaje empleados**

En el caso de la confiabilidad del Programa de Detección de sustancias controladas, para el periodo de octubre 2020 al 31 de marzo de 2021 se realizaron 1,175 pruebas por lo que desconocemos la razón por la cual se reflejan solamente 399 para este mes. Cabe resaltar que hasta junio de 2021 se han realizo 1,951 prueba de detección de sustancias controladas. (véase anejo II).

Entendemos que el Monitor pueda tener inquietudes sobre el proceso del Programa de Detección de Sustancias Controladas, ya que se trata de un tema complejo en todos los cuerpos policiacos de la Nación Americana. No obstante, previo a realizar cualquier señalamiento sobre la confiabilidad del mismo, el Monitor debe realizar una evaluación directa sobre los procesos realizados para que pueda proveernos un señalamiento informado. Hasta el momento, la única información solicitada por el Monitor ha sido los resultados de las pruebas de dopaje.  Con los resultados no se puede evaluar el proceso.



Cualquier señalamiento público que se realiza sobre las pruebas de dopaje, sin haber evaluado directamente el proceso, y limitándose a la comparación de la estadística de los resultados con otras jurisdicciones, puede llevar un mensaje incorrecto a la comunidad a la que servimos.

La evaluación de este aspecto debe ser diferida, hasta que el Monitor tenga en su poder toda la información necesaria para emitir un señalamiento informado.

Es importante mencionar, que las Pruebas de Sustancias Controladas del NPPR no son controladas por el personal del NPPR, sino más bien son administrativas por el personal del Instituto de Ciencias Forenses, en cumplimiento con la ley 78-1997, "Ley para Reglamentar las Pruebas para la Detección de Sustancias Controladas en el Empleo en el Sector Público", y el reglamento 6403 "Reglamento del Programa para la Detección de Sustancias Controladas en Funcionarios y Empleados de la Policía de Puerto Rico". Además, el laboratorio del Instituto de Ciencias Forenses, debe cumplir con los requerimientos federales para el manejo y almacenamiento de estas pruebas.

### G. Registros y Allanamientos

1. El Monitor indica en su informe que "La Orden General 615 Arrestos y Citaciones, del NPPR, Sección V.B.5 requiere que estos formularios se incluyan en cada archivo de orden de arresto/registro. Es principalmente la falta de estos formularios lo que llevó al Monitor a calificarlos como parciales y no "Sustanciales".

   La sección a la cual hace referencia el monitor incluye una serie de formularios y documentos que deben ser incluidos en el expediente, pero se hace el señalamiento en la propia Orden General, que la inclusión o exclusión de los formularios, va a variar según la circunstancia de cada caso. No todo arresto se realiza por las mismas razones, por lo que los expedientes van a variar según las circunstancias.

2. El Monitor menciona tener preocupación por el alto porcentaje en órdenes de registro y/o allanamiento con resultados negativos. Es importante mencionar, que también el Monitor indica que reconoce que la petición de estas órdenes cumplieron con las políticas del NPPR.

   El Acuerdo de la Reforma le requiere al NPPR que realice los procedimientos de registro y/o allanamiento respetando la Constitución, la ley y los derechos civiles de todas las personas. La Orden General 612 titulada "Registros y Allanamientos", fue revisada por todas las partes del caso de Reforma y fue



aprobada por el Monitor. Si el propio Monitor indica que los MNPPR siguieron la política, entendemos que su evaluación debe limitarse al cumplimiento con el Acuerdo.

Los resultados de las órdenes de registro y/o allanamiento, dependen de un sinnúmero de circunstancias, que en muchas ocasiones están fuera del control del NPPR y de los Policías.   Reconocemos la preocupación del Monitor, y agradecemos que realice recomendaciones para mejorar los procesos del NPPR. No obstante, entendemos que la evaluación de cumplimiento sobre esta área, debe limitarse a lo requerido por el Acuerdo, y no debe verse afectada por este asunto que no forma parte de lo estipulado en el mismo.

Por último, reconocemos el esfuerzo de todas las partes para colaborar y apoyar al NPPR a lograr el cumplimiento sostenible del Acuerdo. Sin embargo, es importe que el Monitor tome en cuenta y atienda los los asuntos mencionados en este documento, y permita que el NPPR se encuentre en una mejor posición para poder atender los asuntos señalados.

Cap. Carlos J. Figueroa Ortolaza 5-23921
**Director Oficina de Reforma**

