OFFICE OF THE FPMPR LLC.
B-5 Calle Tabonuco Suite 216 PMB 292
Guaynabo, Puerto Rico 00968

October 12, 2021

Professional services rendered by the members of the Office of the FPMPR LLC. For September 2021:

| NAME | AMOUNT | MONTH |
|---|---|---|
| John Romero | $ 19,539.05 | September 2021 |
| Spece | $  2,454.40 | September 2021 |
| The & Group LLC (Javier González) | $  7,595.00 | September 2021 |
| Dr. David Levy | $  9,039.10 | September 2021 |
| Denise Rodriguez | $ 17,417.03 | September 2021 |
| Viota & Associates CPA LLC | $  2,050.00 | September 2021 |
| Donald S. Gosselin | $11,675.42 | September 2021 |
| Al Youngs | $11,393.50 | September 2021 |
| Rafael E. Ruiz | $11,026.30 | September 2021 |
| Scott Cragg | $11,579.90 | September 2021 |
| Correa Acevedo & Abesada Law offices, PSC (Lcdo. Roberto Abesada) | $12,420.00 | September 2021 |
| Rita J. Watkins | $  7,928.12 | September 2021 |
| Merangelie Serrano | $15,146.40 | September 2021 |
| Luis Hidalgo | $11,500.00 | September 2021 |
| Korber Group | $ 1,688.92 | September 2021 |
| Samantha Rhinerson | $   625.00 | September 2021 |
| Claudia Cámara | $ 1,340.00 | September 2021 |
| Manuel Arroyo | $ 1,240.00 | September 2021 |
| Hipolito Castro Jr | $ 7,581.96 | September 2021 |
| Ipsos | $62,082.80 | September 2021 |
| Office of The FPMPR LLC | $ 1,032.43 | September 2021 |
| **TOTAL:** | $226,355.33 | September 2021 |
|  |  |  |