# THE & GROUP LLC.

**Las Ramblas**
**71 Calle Montjuic**
**Guaynabo , PR 00969**

# INVOICE

INVOICE NUMBER:  65
INVOICE DATE:  OCTOBER 01, 2021

Federal Police Monitor

San Juan, PR

Invoice for Javier B Gonzalez Professional Services as Administrative Director

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| SEP-01-21 | Administrative Director | Survey Meeting with PRPB and USDOJ, Coordination of Team Visit, Communications with the Monitor and Team Members. | 3.50 | $100.00 | $350.00 |
| SEP-02-21 | Administrative Director | Work with FPM August Invoices, Communications with the Monitor. | 3.00 | $100.00 | $300.00 |
| SEP-03-21 | Administrative Director | Coordination of Team Visit, Work with August Team Invoices, Communications with the Monitor. | 2.50 | $100.00 | $250.00 |
| SEP-07-21 | Administrative Director | Team Visit Meetings at office and PRPB. Coordination of Team Visit. | 7.00 | $100.00 | $700.00 |
| SEP-08-21 | Administrative Director | Visit SWAT with the Monitor and Team Meetings at Office. | 8.00 | $100.00 | $800.00 |
| SEP-09-21 | Administrative Director | Status Conference at Old San Juan Court House. Coordination of Team visit. | 7.00 | $100.00 | $700.00 |
| SEP-10-21 | Administrative Director | Survey Meeting at office, Coordination of Team Meetings, Communications with Team Members and PRPB officials. | 5.00 | $100.00 | $500.00 |
| SEP-11-21 | Administrative Director | CICs Meeting at PRPB Headquarters. Communications with the Monitor. | 2.50 | $100.00 | $250.00 |
| SEP-13-21 | Administrative Director | Bi weekly staff meeting, Communications with PRPB Officials, Survey follow up. Vehicle follow up. | 3.00 | $100.00 | $300.00 |
| SEP-14-21 | Administrative Director | Communications with the Monitor, Survey meeting coordination and follow up, Communications with Ipsos. Review of comunications sent by Team Members and PRPB. | 2.00 | $100.00 | $200.00 |
| SEP-15-21 | Administrative Director | Office vehicle follow up, Survey meeting follow up and coordination, Review of communications sent by team and PRPB. | 1.50 | $100.00 | $150.00 |
| SEP-16-21 | Administrative Director | Communications with the Monitor, Communications with website administrators, Survey Kickoff meeting. | 2.50 | $100.00 | $250.00 |
| SEP-17-21 | Administrative Director | Communications with the Monitor, Vehicles follow up, communications with office accountant, | 2.00 | $100.00 | $200.00 |

INVOICE NUMBER: 65

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|------:|-----:|-------:|
| SEP-20-21 | Administrative Director | Communications with the Monitor and Team Members, Work with Team August Invoices, Biweekly Meeting. | 3.00 | $100.00 | $300.00 |
| SEP-21-21 | Administrative Director | Communications with the Monitor, Follow up on August Invoices, Review of Communications sent by Team Members. | 1.00 | $100.00 | $100.00 |
| SEP-22-21 | Administrative Director | Meeting with Deputy Monitor, Communications with the Monitor, Review of Survey Information sent by PRPB. | 3.50 | $100.00 | $350.00 |
| SEP-23-21 | Administrative Director | Review of Survey Information sent by Deputy Monitor, Review of communications sent by PRPB. Follow up on August Payment. | 3.00 | $100.00 | $300.00 |
| SEP-24-21 | Administrative Director | Communications with CPA, Review of Survey Information sent by PRPB and Follow up on Survey Meeting. | 2.50 | $100.00 | $250.00 |
| SEP-27-21 | Administrative Director | Team bi weekly meeting, Communications with the monitor and team Members, Review of Survey documents and meeting coordination. | 3.50 | $100.00 | $350.00 |
| SEP-28-21 | Administrative Director | Review and Work with Survey documents, Survey Meeting with the parties. Communications. | 3.00 | $100.00 | $300.00 |
| SEP-29-21 | Administrative Director | Communications with the Monitor, Communications with citizens about Aguada protest, review of documents related to the case. | 2.00 | $100.00 | $200.00 |
| SEP-30-21 | Administrative Director | Communications with Ipsos, work with Survey documents. Work with Team September Invoices. | 4.50 | $100.00 | $450.00 |
| SEP-30-21 | Administrative Director | I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0.00 | $100.00 | $0.00 |
| | | Gasoline Expense (Manuel Arroyo Reimbursement ) | | | $45.00 |
| | | Total amount of this invoice | | | $7,595.00 |

MESSAGE

Javier B Gonzalez, October 1, 2021