# INVOICE

| | | |
|---|---|---|
| **DATE** <br> 9/30/2021 | **INVOICE NO** <br> #012 | **Denise Rodriguez** <br> 3003 San Sebastian St. <br> Mission, TX 78572 <br> drodriguez_PRI@outlook.com |

**INVOICE TO**
Puerto Rico Chief Federal Monitor

**INVOICE PERIOD**
September 1- 30, 2021

## DUTIES AND RESPONSIBILITIES                                   TOTAL DUE $17,417.03

- Conducted calls with each subject matter expert, the Administrative Director, and the Monitor
- Coordinated and conducted biweekly group calls with the Monitoring Team
- Coordinated and conducted biweekly calls with the Parties
- Reviewed and coordinated the review of several policies submitted to the Monitor's Office by PRPB as per Paragraph 229 of the Agreement
- Drafted and delivered memos documenting the Monitor's Office Review of the policies submitted by PRPB
- Worked with monitoring staff to outline the third quarterly Monitoring Team newsletter
- Maintained the Federal Monitoring Team's Facebook and Twitter accounts and newsletter distribution service
- Managed the delivery of the data for CMR-5 by PRPB into Dropbox
- Continued working with the Data Analyst on the data requests for CMR-5
- Submitted interim and final data requests for CMR-5 to PRPB
- Participated in the Monitor site visit on September 07th -10th and related meetings and monitoring observations
- Worked with the Administrative Director and the Administrative Assistant to draft the schedule(s) for the October site visits
- Reviewed the PRPB memos submitted to the court in preparation for the September 9th Status Conference
- Participated in various virtual meetings to discuss the Community Survey work plan and objectives with the Administrative Director, Vendor, and the parties
- Continued working with the Data Analyst on the data requests for CMR-6
- Worked with the parties to coordinate and identify the agenda items for the September 253 meeting
- Participated in various virtual technology system demonstrations conducted by PRPB
- Reviewed and provided comment on PRPB's policy related to Body-Worn Cameras
- Reviewed the Community Survey Objectives developed by PRPB
- Participated in virtual meeting to discuss the collection of Traffic Stop data by PRPB/PR
- Participated in virtual meeting to discuss potential collaboration with University of Chicago's Crime Lab

| | |
|---|---|
| Flat Rate Total Wages* | $15,833.33 |
| Travel Expenses (see page 2) | $ 1,583.70 |
| **Total Due** | **$ 17,417.03** |

*The total amount is a flat rate. The total monthly is $15,833.33 for an annualized amount of $190,000.00

_Denise Rdz_ (signature)

_____                           August 31, 2021
**Denise Rodriguez, Chief Deputy Monitor**                     Date

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# Office of the Technical Compliance Advisor Travel Reimbursement Form



**Traveler Name:** Denise Rodriguez
**Travel Dates:** September 6-10, 2021
**Purpose of Travel:** Site visit

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 493.40 | 1 | $ 493.40 |
| Baggage | $ - | 0 | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | $ - | 0 | $ - |
| Ground Transportation (Parking) | $ - | 0 | $ - |
| Ground Transportation (Mileage) | $ 0.56 | 0 | $ - |
| Lodging | $ 135.70 | 4 | $ 542.80 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 3 | $ 345.00 |
| Parking @ airport (days) | $ 6.00 | 5 | $ 30.00 |
| **Total** | | | **$ 1,583.70** |

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

**COURTYARD Marriott**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Ms Denise Rodriguez
3003 San Sebastian St
Mission TX 78572
United States

Marriott Rewards #   286891726

Name:

Arrive:   09-06-21         Time: 20:26          Depart:  09-10-21

Room: 0414
Room Type: EKNG
No. of Guests: 1
Rate:  $  115.00  Clerk: 8
CRS Number  92079913

Folio Number: 674482

| Date | Description | Charges | Credits |
| --- | --- | --- | --- |
| 09-06-21 | Package | 115.00 | |
| 09-06-21 | Government Tax | 10.35 | |
| 09-06-21 | Hotel Fee | 10.35 | |
| 09-07-21 | COMEDOR- Guest Charge (Breakfast) | 1.00 | |
| 09-07-21 | Package | 115.00 | |
| 09-07-21 | Government Tax | 10.35 | |
| 09-07-21 | Hotel Fee | 10.35 | |
| 09-08-21 | COMEDOR- Guest Charge (Breakfast) | 1.00 | |
| 09-08-21 | Package | 115.00 | |
| 09-08-21 | Government Tax | 10.35 | |
| 09-08-21 | Hotel Fee | 10.35 | |
| 09-09-21 | COMEDOR- Guest Charge (Breakfast) | 1.00 | |
| 09-09-21 | Package | 115.00 | |
| 09-09-21 | Government Tax | 10.35 | |
| 09-09-21 | Hotel Fee | 10.35 | |
| 09-10-21 | American Express | | 545.80 |
| | Card # XXXXXXXXXXX1008 | | |

| | |
|---|---|
| **From:** | United Airlines, Inc. |
| **To:** | DRODRIGUEZ_PRI@OUTLOOK.COM |
| **Subject:** | eTicket Itinerary and Receipt for Confirmation BHR137 |
| **Date:** | Monday, August 30, 2021 9:08:26 AM |



Mon, Aug 30, 2021

## Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our Important notices page for the latest updates

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# BHR137

| Flight 1 of 4 UA4371 | Class: United Economy (T) |
|---|---|
| Mon, Sep 06, 2021 | Mon, Sep 06, 2021 |
| **12:00 PM** | **01:21 PM** |
| McAllen, TX, US (MFE) | Houston, TX, US (IAH) |

Flight Operated by Commutair dba United Express.

| Flight 2 of 4 UA1464 | Class: United Economy (T) |
|---|---|
| Mon, Sep 06, 2021 | Mon, Sep 06, 2021 |
| **02:40 PM** | **08:11 PM** |
| Houston, TX, US (IAH) | San Juan, PR, US (SJU) |

| Flight 3 of 4 UA1495 | Class: United Economy (K) |
|---|---|
| Fri, Sep 10, 2021 | Fri, Sep 10, 2021 |
| **03:20 PM** | **06:59 PM** |
| San Juan, PR, US (SJU) | Houston, TX, US (IAH) |

| Flight 4 of 4 UA281 | Class: United Economy (K) |
|---|---|
| Fri, Sep 10, 2021 | Fri, Sep 10, 2021 |
| **08:10 PM** | **09:32 PM** |

Houston, TX, US (IAH)  McAllen, TX, US (MFE)

## Traveler Details

RODRIGUEZ/DENISE

eTicket number: **0162363899717**  
Frequent Flyer: **UA-XXXXX985 Premier Silver**

Seats: **MFE-IAH 04A**  
**IAH-SJU 15A**  
**SJU-IAH 15A**  
**IAH-MFE 14A**

## Purchase Summary

| | |
|---|---|
| Method of payment: | **American Express ending in 1008** |
| Date of purchase: | **Fri, Aug 20, 2021** |

| | |
|---|---|
| Airfare: | 426.00 USD |
| U.S. Transportation Tax: | 38.20 USD |
| September 11th Security Fee: | 11.20 USD |
| U.S. Passenger Facility Charge: | 18.00 USD |
| Total Per Passenger: | 493.40 USD |
| Total: | 493.40 USD |

### Carbon Footprint

Your estimated carbon footprint for this trip is **0.59692 tonnes of $CO_2$.**

You can reduce your environmental impact by participating in our CarbonChoice program which supports projects that reduce greenhouse gases. Learn more.

### Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.
REFUNDABLE

### MileagePlus Accrual Details

| Denise Rodriguez | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Mon, Sep 06, 2021 | 4371 | McAllen, TX, US (MFE) to Houston, TX, US (IAH) | 252 | 36 | 1 |
| Mon, Sep 06, 2021 | 1464 | Houston, TX, US (IAH) to San Juan, PR, US (SJU) | 1582 | 226 | 1 |
| Fri, Sep 10, 2021 | 1495 | San Juan, PR, US (SJU) to Houston, TX, US (IAH) | 1001 | 143 | 1 |
| Fri, Sep 10, 2021 | 281 | Houston, TX, US (IAH) to McAllen, TX, US (MFE) | 161 | 23 | 1 |
| MileagePlus accrual totals: | | | 2996 | 428 | 4 |

### Baggage allowance and charges for this itinerary

| Origin and destination for checked | 1st bag | 2nd bag | 1st bag weight and | 2nd bag weight and |
|---|---|---|---|---|