# VIOTA & ASSOCIATES CPA LLC

B5 CALLE TABONUCO, SUITE 216
PMB 292
GUAYNABO, PR 00968-3029

## Invoice

INVOICE NUMBER: 20200563
DATE: SEPTEMBER 30, 2021

PUERTO RICO POLICE REFORM

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: CONSULTING FEES | | | |
| SEP-15-21 | CONSULTING FEES | -Verify August Invoices & calculate vendor withholdings.<br>-Post August Invoices in SAGE<br>-Reconcile BPPR Account 8/2021 | 4.00 | $100.00 | $400.00 |
| SEP-16-21 | CONSULTING FEES | Year end adjustments & Trial Balance | 2.00 | $100.00 | $200.00 |
| SEP-17-21 | CONSULTING FEES | Analyze overbillings & prepaids during year 2020-2021<br>Bill Bank Charges | 1.50 | $100.00 | $150.00 |
| SEP-23-21 | CONSULTING FEES | Deposit at First Bank | 1.00 | $100.00 | $100.00 |
| SEP-24-21 | CONSULTING FEES | ACH Payment for August Services<br>Professional Services withholding payment - SURI | 0.75 | $100.00 | $75.00 |
| SEP-27-21 | CONSULTING FEES | Post 9/27 ACH Vendor Payments in Sage & PR Pay | 1.25 | $100.00 | $125.00 |
| | | TOTAL: CONSULTING FEES | | | $1,050.00 |
| | | Total hours for this invoice | 10.50 | | |
| | | PREPARATION OF PR CORPORATION INCOME TAX RETURN | | | $1,000.00 |
| | | Total before tax | | | $2,050.00 |
| | | PR SALES TAX (IVU) | | | $0.00 |
| | | Total amount of this invoice | | | $2,050.00 |

| MESSAGE |
|---|
| 6% Withholding on Profesional Services (Waiver Certificate Available Upon Request) |