| | |
|---|---|
| **MBG North Corp** | 1931 Cordova Rd., Suite 3039, Fort Lauderdale, FL 33316, Tel. (617) 320-3198 |
| **Invoice#** | 1151 |
| **Dates** | 31 AUG 2021 to 28 SEP 2021 |
| **Client** | Technical Compliance Office, San Juan, PR |

**TRAVEL REIMBURSEMENT**
Traveler Name: DONALD GOSSELIN
Travel Dates: 6 - 10 SEP 2021
Purpose of Travel: TCA TRIP TO SJU, Meetings and Interviews

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 647.40 | 1 | $ 647.40 |
| Baggage | $ - | 0 | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | $ - | 0 | $ - |
| Ground Transportation (Parking) | $ - | 6 | $ - |
| Ground Transportation (Mileage) | $ 0.56 | 90 | $ 50.40 |
| Lodging | $ 167.00 | 4 | $ 668.00 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 3 | $ 345.00 |
| Other: HOTEL TAX ($26.72+$21.31/day) | $ 48.03 | 4 | $ 192.12 |
| Total | | | $ 2,075.42 |

**BILLABLE HOURS - AUGUST 2021**

| | Task Performed | US Hours | Dates | PR Hours | Billable Amount |
|---|---|---|---|---|---|
| | On-Site Puerto Rico Labor Hours - 9/6, 7, 8, 9 | | 9/6, 9/7, 9/8, 9/9 | 32.00 | $5,120.00 |

| | | | | | |
|---|---|---|---|---|---|
| | Communications & Coordination - telcons and emails to/from Monitors, PRPB, USDOJ, Special Master; Review document requests, documents produced, Agreement terms, SOP's; logistics; scheduling, on-site planning & coordination of interviews | 23 | 8/31, 9/1, 3, 11, 12, 13, 16, 23, 24, 27 | | $3,680.00 |
| | Monitor's Teleconference Meetings; preparation and participation | 5 | 9/13, 27 | | $800.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | Net Hours @ $160/hr. | 28.00 | | 32.00 | $9,600.00 |
| | Total Expenses (Air, Hotel, MIE; Meals, Parking, POV miles) | | | | $2,075.42 |
| | Allowable Fee | | | | $11,675.42 |

The undersigned, Donald S. Gosselin, Esq. certifies that the amount billed in this invoice is true and correct and responds to the nu[m] in my capacity as a Federal Monitor. I further certify that I have not received any income, compensation, or payment for services re employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agenc

Donald S. Gosselin, Esq.
Principal, MBG North Corp
28-Sep-21

United States

**Hi, Donald**
View Account (https://www.united.com/en/US/account)
Sign out (https://www.united.com/web/en-US/apps/account/signout.aspx)

| Roundtrip (1 traveler) | Edit search (#) | yment |
|---|---|---|
| **Mon, Sep 06, 2021**<br>PWM - SJU (#) 7:15 - 14:13 | Revise (#) | |
| **Fri, Sep 10, 2021**<br>SJU - PWM (#) 8:45 - 17:24 | Revise (#) | Share (#) |
| Fare (#) | $580.00 | hange fee. Some Basic Economy exceptions apply. |
| Taxes and fees (#) | $67.40 | is/fly/travel/change-fee.html) |
| **TOTAL** | **$647.40** | |
| | or | |
| starting from $58/month (?) (#) | | PROVED |
| 4 tickets left at this price | | fter first purchase |

**+ 40,000 bonus miles** after qualifying purchases     **Learn more >**

UNITED Explorer MileagePlus VISA

| You Pay Today | $647.40 |
|---|---|
| Card Statement Credit | -$300.00 |
| Total After Statement Credit | $347.40 |

Trip summary     ▸ View checked baggage charges (#checked-baggage-charges-content)

Your account may give you access to travel benefits.

Compare offers (#)

Mon, Sep 06, 2021

# SHERATON
Puerto Rico Hotel & Casino

## INFORMATION INVOICE

| | |
|---|---|
| ROOM | 1255 |
| ROOM TYPE | RBSZ |
| NO. OF GUESTS | 1 |
| RATE | 167 |
| CLERK | MQUEZ639 |
| DATE | 09/10/21 |
| PAGE No. | 1 of 2 |
| Rewards # | 839932555 |

DR Donald Gosselin
12 Naomi St
Sebago ME 04029
United States

ARRIVE 09/06/21     TIME 02:37     DEPART 09/10/21     TIME          FOLIO# 3107743

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| 09/06/21 | Govt. / Military | | 167.00  1 |
| 09/06/21 | Hotel Service Fee - 16% | | 26.72  1A |
| 09/06/21 | Room Occupancy Tax | | 21.31 |
| 09/07/21 | Snack Shop Food - Breakfast | | 6.00 |
| 09/07/21 | Tips - Snack Shop | | 1.00 |
| 09/07/21 | Brkfst Snack Shop 1% tax | | 0.06 |
| 09/07/21 | Brkfst Snack Shop 6% tax | | 0.36 |
| 09/07/21 | Snack Shop Beverage - Wine | | 36.00 |
| 09/07/21 | Snack Shop Sales Municipal Tax 1% - IVI | | 0.36 |
| 09/07/21 | Snack Shop Sales Tax 10.5%-IVU | | 3.78 |
| 09/07/21 | Govt. / Military | | 167.00  2 |
| 09/07/21 | Hotel Service Fee - 16% | | 26.72  2A |
| 09/07/21 | Room Occupancy Tax | | 21.31 |
| 09/08/21 | Govt. / Military | | 167.00  3 |
| 09/08/21 | Hotel Service Fee - 16% | | 26.72  3A |
| 09/08/21 | Room Occupancy Tax | | 21.31 |
| 09/09/21 | Govt. / Military | | 167.00  4 |
| 09/09/21 | Hotel Service Fee - 16% | | 26.72  4A |
| 09/09/21 | Room Occupancy Tax | | 21.31 |
| 09/10/21 | American Express | | -907.68 |

For billing questions or concerns, please let us know at SheratonPR.Folio@sheraton.com

Case 3:12-cv-02039-FAB   Document 1874-8   Filed 10/22/21   Page 5 of 5



# SHERATON
Puerto Rico Hotel & Casino

**INFORMATION INVOICE**

| | |
|---|---|
| ROOM | 1255 |
| ROOM TYPE | RBSZ |
| NO. OF GUESTS | 1 |
| RATE | 167 |
| CLERK | MQUEZ639 |
| DATE | 09/10/21 |
| PAGE No. | 2 of 2 |
| Rewards # | 839932555 |

DR Donald Gosselin
12 Naomi St
Sebago ME 04029
United States

ARRIVE 09/06/21     TIME 02:37     DEPART 09/10/21     TIME          FOLIO# 3107743

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| | | Balance     USD | 0.00 |

For billing questions or concerns, please let us know at SheratonPR.Folio@sheraton.com