**Al Youngs**
**5552 West Lakeridge Road**
**Lakewood, CO 80227**

September 1– September 30, 2021
Invoice No. 28
Member of Federal Monitor Team

| Date | Brief Description | Total Hours |
|---|---|---|
| | Reviewed and responded to emails and conference calls for the month of September. | |
| 09/01 09/02 |    From Members of the Monitor Team | 3.5 Hours |
| 09/06 09/13 09/27 |    Internal Monday Monitor Team meetings | 4.5 Hours |
| 09/02 | | 2.0 Hours |
| 09/24 09/27 09/30 | Several meetings and phone calls with Monitor and Deputy Monitor | 2.0 Hours |
| | | |
| 09/04 | Reviewed personnel evaluations completed by Supervisors of their subordinates and the Pro-Media System. | 5.0 Hours |
| | | |
| | During site visit to Puerto Rico: | |
| 09/08 |    Reviewed and verified sample list of recruits in class 232, which were received from Recruitment Division and verified names provided by Recruitment Division with interim Recruitment Director. | |
| 09/08 09/10 |    Preparation and Supervision and Management interviews at Monitor's Office. | |
| 09/09 09/10 |    Attended Status Conference with Judge Gustavo Gelpi.    FPM Team meeting at the Monitor's Office. | 19.5 Hours |
| | | |
| 09/14 09/21 | Translated, completed and forwarded additional information to Samantha regarding five Supervisor surveys for September. | 7.0 Hours |
| | | |
| 09/17 | Reviewed Inspection Division Manual and reviewed completed inspections, and Paragraph 158. | 4.0 Hours |
| | | |
| 09/22 09/24 | Zoom presentations with DOJ, PRPB and Monitor Team members:    GTE System Demonstration    Use of Force Module Technology | |

| Date | Description | Hours |
|---|---|---|
| 09/27 09/29 | Complaint Registration System Technology and SARP PTMS Technology Demonstration | 6.5 Hours |
| 09/24 | Reviewed information sent by David Levy concerning Supervision and Management and Recruitment. | 3.0 Hours |
| 09/29 | Reviewed EIS, transfers, inspection and personnel integrity paragraphs and spoke with David Levy. | 3.0 Hours |

**TOTAL HOURS:  60**

Billable Hours:     60 Hours at a Rate of $165.00 Per Hour = $9,900.00

**Total:**            **$9,900.00**

**TOTAL WAGES AND EXPENSE REIMBURSEMENT**              **$11,393.50**


I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_Alan C. Young_
Signature

9/30/2021
Date



# Office of the Technical Compliance Advisor Travel Reimbursement Form

Enter all required information below to obtain travel reimbursement. If spending did not occur in a category, please enter zeros. Zeros will likely need to be entered for one or more of the ground transportation options. The "Total" column of the table will update based on the information entered into the "Unit Cost" and "Units" columns. To update the "Total" column, click CTRL+A and then F9. Receipts for airfare, lodging, ground transportation, and PCR testing must be submitted with this form. Submit the Travel Reimbursement Form and accompanying receipts to Javier Gonzalez (Javier.benito@me.com) with the Chief Monitor (jrrjjr.romero@gmail.com) and/or his designee copied along with your monthly invoice.

**Traveler Name:** Alan Youngs

**Travel Start Date:** 9/7/2021   **Travel End Date:** 9/10/2021

**Purpose of Travel:** Business

| Travel Reimbursement | | | |
|---|---|---|---|
| | Unit Cost | Units | Total |
| Airfare | $248.70 | 1 | $ 248.70 |
| Airfare | $247.70 | 1 | $ 247.70 |
| Baggage | $0.00 | 0 | $ 0.00 |
| Ground Transportation (Uber/Lyft/Taxi) | $65.00 | 2 | $ 130.00 |
| Ground Transportation (Parking) | $0.00 | 0 | $ 0.00 |
| Ground Transportation (Mileage) | $0.00 | 0 | $ 0.00 |
| Lodging | $135.70 | 3 | $ 407.10 |
| Per Diem (Travel Days) | $86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $115.00 | 2.5 | $ 287.50 |
| Other: | $0.00 | 0 | $ 0.00 |
| Total | | | **$1,493.50** |

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

Page **1** of 1



## Past flight details

The receipt information below does not include any add ons during purchase, flight changes, flight cancellations, or in-flight purchases.

**SEP 7**                                                                                     **Confirmation #4DU83T**

✈ **San Juan, PR**

Denver, CO to San Juan, PR

## Summary

| PASSENGER | POINTS EARNED | FARE TOTAL |
|---|---|---|
| **Alan Youngs** | **+1,613** PTS | **$248.70** |

## Pricing details

| ROUTING | DATE | FARE TYPE | POINTS EARNED | FARE |
|---|---|---|---|---|
| **DEN to SJU** | **9/7/21** | **Wanna Get Away®** | **+1,613** PTS | **$215.00** |
| | | | Taxes & fees | $33.70 |

|  |  |
|---|---|
| Total | **$248.70** |
| Total points earned | **+1,613** PTS |



## Past flight details

The receipt information below does not include any add ons during purchase, flight changes, flight cancellations, or in-flight purchases.

SEP 10     **Confirmation #4EBBHR**

### ✈ Denver, CO
San Juan, PR to Denver, CO

## Summary

| PASSENGER | POINTS EARNED | FARE TOTAL |
|---|---|---|
| Alan Youngs | +1,605 PTS | $247.70 |

## Pricing details

| ROUTING | DATE | FARE TYPE | POINTS EARNED | FARE |
|---|---|---|---|---|
| SJU to DEN | 9/10/21 | Wanna Get Away® | +1,605 PTS | $214.00 |
| | | | Taxes & fees | $33.70 |

|  |  |
|---|---|
| Total | $247.70 |
| Total points earned | +1,605 PTS |



**COURTYARD Marriott**

Courtyard by Marriott  
San Juan - Miramar  
guest.service@courtyard.com

801 Ponce de Leon Ave.  
San Juan, PR. 00907  
T 787.721.7400  
F 787.723.0068

Mr Alan Youngs  
5552 W Lakeridge Rd  
Lakewood CO 80227  
United States

Room: 0907  
Room Type: EKNG  
No. of Guests: 1  
Rate:  $  115.00   Clerk: 1006

Marriott Rewards #   119330892

CRS Number  91785163

Name:

Arrive:  09-07-21          Time:  23:45          Depart:  09-10-21          Folio Number: 674449

| Date | Description | Charges | Credits |
|---|---|---|---|
| 09-07-21 | Package | 115.00 | |
| 09-07-21 | Government Tax | 10.35 | |
| 09-07-21 | Hotel Fee | 10.35 | |
| 09-08-21 | Package | 115.00 | |
| 09-08-21 | Government Tax | 10.35 | |
| 09-08-21 | Hotel Fee | 10.35 | |
| 09-09-21 | Package | 115.00 | |
| 09-09-21 | Government Tax | 10.35 | |
| 09-09-21 | Hotel Fee | 10.35 | |
| 09-10-21 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 09-10-21 | Visa Card | | 411.10 |
| | Card #  XXXXXXXXXXXX5094 | | |
| | **Balance** | | **0.00 USD** |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

**RECEIPT**
Date 9/7/21
Name Youngs
From 13483 Ivy to Airport
To Airport
Fare 86
Cab #
UNION TAXI
4705 Kingston St., Denver, CO 80239
303-922-2222    www.uniontaxidenver.net

Home
to
DIA

**RECEIPT**
Date 9/10/21
Name Youngs
From Airport Denver
To 13483 Ivy
Fare 86
Cab #
UNION TAXI
4705 Kingston St., Denver, CO 80239
303-922-2222    www.uniontaxidenver.net

DIA
to
Home