# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@yahoo.com | 550 Amsonia Circle Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2021-07
**DATE:** September 30, 2021

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- | --- |
| 09/09/2021 | 0.5 hour of Status Conference | 0.5 | $50.00 | $25.00 |
| 09/14/2021 | 1.5 hour call with Denise and 0.5 hour of follow up | 2.0 | $50.00 | $100.00 |
| 09/15/2021 | 2.5 hours of itemized list updating | 2.5 | $50.00 | $125.00 |
| 09/17/2021 | 1.0 hour of questionnaire data collection | 1.0 | $50.00 | $50.00 |
| 09/20/2021 | 1.25 hours of demonstration scheduling | 1.5 | $50.00 | $75.00 |

**AMOUNT DUE**     **SEE SECOND PAGE**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@yahoo.com | 550 Amsonia Circle Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2021-07
**DATE:** September 30, 2021

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 09/21/2021 | 0.5 hour of questionnaire data | 0.5 | $50.00 | $25.00 |
| 09/28/2021 | 1.0 of itemized list drafting and scheduling | 1.0 | $50.00 | $50.00 |
| 09/29/2021 | 1.0 of travel planning | 1.0 | $50.00 | $50.00 |
| 09/30/2021 | 2.5 hours of crosswalk and itemized lis development | 2.5 | $50.00 | $125.00 |

**AMOUNT DUE**  $625.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.