**Office of the FPMPR LLC**

VIG Tower, PH – 924

1225 Ave. Juan Ponce de Leon

San Juan, PR 00907
**Name:** Claudia Cámara-León
**Supervisor:** Javier Gonzales, Esq.

## Work Timesheet (September 2021)

| Date | Task | Total Hours |
|---|---|---|
| **September 1, 2021** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 4.0 |
| **September 2, 2021** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 4.0 |
| **September 7, 2021** | Present at the office during working hours. Office duties: taking calls and checking voicemails. Helping the team around the office. | 4.0 |
| **September 8, 2021** | Present at the office during working hours. Office duties: taking calls and checking voicemails. Helped the team with the interviews around the office. | 4.0 |
| **September 9, 2021** | Present at the Court Hearing with the Federal Monitor and the TCA team. | 6.0 |
| **September 14, 2021** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 4.0 |
| **September 15, 2021** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 4.0 |
| **September 16, 2021** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| **September 21, 2021** | Present at the office during working hours. Worked on the October newsletter. Office duties. | 4.0 |

| September 22, 2021 | Present at the office during working hours. Worked on the October Newsletter. Office duties. | 4.0 |
| September 23, 2021 | Present at the office during working hours. Worked on the October Newsletter. Office duties. | 7.0 |
| September 28, 2021 | Present at the office during working hours. Worked on the October Newsletter. Office duties. | 4.0 |
| September 29, 2021 | Present at the office during working hours. Worked on the October Newsletter. Office duties. | 4.0 |
| September 30, 2021 | Present at the office during working hours. Worked on the October Newsletter. Office duties. | 7.0 |

## Total,  67  hours for $20 = $1,340

I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Signature,
Claudia S. Cámara León

_____