# Manuel A. Arroyo Rivera

P.o Box 8925 Santurce Puerto Rico 00910    Cel 787-364-8925

Email marroyorivera20@gmail.com

Invoice    Month Sept 2021                                                                 Invoice # 012

Federal Police Monitor   San Juan, PR

| Date | description | Hour | Rate | Amount |
|---|---|---|---|---|
| Sept-06-2021 | pick up staff from the monitor's office at the airport | 11 | $20.00 | $220.00 |
| Sept-07-2021 | pick up the monitor's office staff and take them to our meetings of the day | 10 | $20.00 | $200.00 |
| Sept-08-2021 | pick up the monitor's office staff and take them to our meetings of the day | 10 | $20.00 | $200.00 |
| Sept-09-2021 | pick up the monitor's office staff and take them to our meetings of the day | 10 | $20.00 | $200.00 |
| Sept-10-2021 | pick up the monitor's office staff at different times of the day and take them to the airport | 9 | $20.00 | $180.00 |
| September | car use expenses | 1month | 1month | $200.00 |
| Sept-16-2021 | I send documents by mail and go to pick up another document in the Federal Court and deliver. | 2 | $20.00 | $40.00 |
|  |  | 52 | $20.00 | Total $1,240. |
|  |  |  |  |  |