OFFICE OF THE FPMPR LLC
B5 Calle Tabonuco Suite 205
Guaynabo, Puerto Rico 00968

# INVOICE

Date:   June 30, 2021

TO:   PR POLICE REFORM
      SAN JUAN, PUERTO RICO

Bank Charges July 1, 2020 to June 30, 2021                          $   532.43