OFFICE OF THE FPMPR LLC
B5 Calle Tabonuco Suite 205
Guaynabo, Puerto Rico 00968

# INVOICE

Date:     June 30, 2021

TO:       PR POLICE REFORM
          SAN JUAN, PUERTO RICO

Income Tax Expense – 06/30/2021                                    $    500.00