John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

September 1 through September 30, 2021

INVOICE # 088　　　　　　　　　　**TOTAL DUE $ 19,539.05**
FEDERAL MONITOR
SEPTEMBER 2021 INVOICE

## Duties and Responsibilities as Monitor

Generated, reviewed, and responded to emails/texts (month of September) from the Parties, Monitor Team, Court and Special Master.
Conference calls with Honorable Judge Gelpi and General Counsel
Reviewed court orders relating to the Consent Decree.
Via zoom conducted meetings with Special Master and USDOJ and PRPB
Monitor administrative duties - reviewing Team invoices, coordinating SME work assignments, and conferring with Monitor's Office Administrative Director.
Reviewed Briefing Reports from PRPB.
Conferred with Deputy Monitor on issues relating to Monitor Office Operations
Conducted Zoom meetings with the Monitor Team.
Prepared Status Conference use of force questions
Discussed changes to G.O. 600-629 with Parties.
Reviewed information related to data collection re: surveys.
Participated in IT Unit presentations via zoom.

## Site Visit to Puerto Rico September 7 through 10, 2021
Meeting with the Honorable Judge Gelpi.
Meeting with Reform Unit and DSP
Meeting with PRPB re: CMR-5 data/document request
Meetings with Monitor Team members based in Puerto Rico.
Participated in PRPB's IT Unit presentations
Prepared for Status Conference
Participated in the Status Conference
Meeting with FIU personnel at H.Q.

**Flat Rate Total Wages Due**　　　　　　　　　　$17,916.66
**Travel Expenses Due**　　　　　　　　　　　　　$ 1,622.39

**TOTAL DUE**　　　　　　　　　　　　　　　　　$ 19,539.05

I hereby certify that the amount billed in this invoice is true and correct in my capacity as Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*[signature: John J. Romero]*

Date September 30, 2021

**Traveler Name: John Romero**

**Travel Start Date: 9/6/2021   Travel End Date: 9/10/2021**

**Purpose of Travel: Business**

| Travel Reimbursement | | | |
|---|---|---|---|
| | Unit Cost | Units | Total |
| Airfare | $516.17 | 1 | $ 516.17 |
| Baggage | $0.00 | 0 | $ 0.00 |
| Ground Transportation (Uber/Lyft/Taxi) | $0.00 | 0 | $ 0.00 |
| Ground Transportation (Parking) | $0.00 | 5 | $ 0.00 |
| Ground Transportation (Mileage) | $0.56 | 82 | $ 45.92 |
| Lodging | $135.70 | 4 | $ 542.80 |
| Per Diem (Travel Days) | $86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $115.00 | 3 | $ 345.00 |
| Other: | $0 | 0 | $ 0.00 |
| Total | | | $ 1622.39 |

# Your Flights

## Your Flights: Los Angeles, CA (LAX)

**Depart:** Sunday, Sep 05, 2021

### Your Flight

| Date | Departs / Arrives | Route | Flight/Aircraft | Fare | Travelers | Seats | Checked bags |
|---|---|---|---|---|---|---|---|
| Sun, Sep 05 2021 | 10:55 PM 7:08 AM+1 | Los Angeles, CA (LAX) to Fort Lauderdale, FL (FLL) | Flight number 100 Aircraft A321/MintJetBlue | Blue | | | John Romero — 2 bags |
| Mon, Sep 06 2021 +1 Next day arrival | 10:00 AM 12:39 PM | Fort Lauderdale, FL (FLL) to San Juan, PR (SJU) | Flight number 253 Aircraft A321 JetBlue | Blue | | | John Romero — 2 bags |

## Extras

### Even More Speed

| | Even More Speed |
|---|---|
| Even More® Speed | Mr. John Romero LAX-FLL Flight 100 |
| Even More® Speed | Mr. John Romero FLL-SJU Flight 253 |

## Payment Details

### Details

| | |
|---|---|
| Fare details: $257.44 x 1 = | **$257.44** USD |
| Taxes & Fees: | **$33.70** USD |
| Even More® Speed: | Included |
| Checked bags: | Included |
| **Total:** | **$291.14** USD |

**Flights**

SJU-FLL, Sep 10, 4:45pm

FLL-LAX, Sep 10, 10:35pm

1 One-way ticket (1 Adult)
$191.33
Fare restrictions
**Extras (4)**
2
Checked bags (included)
$0.00
2
Even More Speed (included)
$0.00
Taxes & Fees $33.70

Total:
**$225.03**

View in another currency

**COURTYARD Marriott**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr John Romero
2301 Pacific Ave
Costa Mesa CA 92627
United States

Room: 0701
Room Type: KSTE
No. of Guests: 1
Rate: $ 115.00   Clerk: 8

Marriott Rewards #   756834271

CRS Number   91800573

Name:

Arrive:   09-06-21        Time: 12:53        Depart: 09-10-21        Folio Number: 674452

| Date | Description | Charges | Credits |
|---|---|---|---|
| 09-06-21 | Package | 115.00 | |
| 09-06-21 | Government Tax | 10.35 | |
| 09-06-21 | Hotel Fee | 10.35 | |
| 09-07-21 | COMEDOR- Guest Charge (Breakfast) | 4.16 | |
| 09-07-21 | Package | 115.00 | |
| 09-07-21 | Government Tax | 10.35 | |
| 09-07-21 | Hotel Fee | 10.35 | |
| 09-08-21 | Package | 115.00 | |
| 09-08-21 | Government Tax | 10.35 | |
| 09-08-21 | Hotel Fee | 10.35 | |
| 09-09-21 | Package | 115.00 | |
| 09-09-21 | Government Tax | 10.35 | |
| 09-09-21 | Hotel Fee | 10.35 | |

Balance                                         546.96 USD

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.