

# Invoice

**Altai Atlantic Consulting LLC**
828 Snowden Hallowell Way, Alexandria VA 22314

**Date:** 10/08/21
**Invoice #:** 01-021

**To:** Office of the Federal Police Monitor of Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
Tel. 787-417-9098

## Work Performed in the Continental United States

| Date | Activity Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 9/1/21 | Work on CMR template | 6.5 | 160 | $1,040.00 |
| 9/2/21 | Work on CMR template | 6.0 | 160 | $960.00 |
| 9/4/21 | Work on data source sampling framework & monitoring worksheets | 4.0 | 160 | $640.00 |
| 9/7/21 | Work on data source sampling framework & monitoring worksheets | 3.0 | 160 | $480.00 |
| 9/8/21 | Reviewed PRPB response to CMR-4 | 1.5 | 160 | $240.00 |
| 9/9/21 | Virtual participation in status conference | 5.0 | 160 | $800.00 |
| 9/10/21 | CMR-5 third data request | 2.5 | 160 | $400.00 |
| 9/13/21 | Biweekly team call | 1.5 | 160 | $240.00 |
| 9/13/21 | CMR-5 third data request | 3.0 | 160 | $480.00 |
| 9/14/21 | CMR-5 third data request | 1.0 | 160 | $160.00 |
| 9/15/21 | CMR-5 third data request | 1.5 | 160 | $240.00 |
| 9/16/21 | Communications regarding data request and data sources | 0.5 | 160 | $80.00 |
| 9/21/21 | Work on data source sampling framework & monitoring worksheets | 3.5 | 160 | $560.00 |
| 9/24/21 | Work on data source sampling framework & monitoring worksheets | 4.5 | 160 | $720.00 |
| 9/28/21 | Work on data source sampling framework & monitoring worksheets | 4.0 | 160 | $640.00 |
| 9/29/21 | CMR-6 first data request | 2.5 | 160 | $400.00 |
| 9/30/21 | CMR-6 first data request | 6.0 | 160 | $960.00 |
| Total | | 56.5 | | $9,040.00 |
| | Deduction for overpayment on previous invoice | | | ($0.90) |

### Total Fees Payable For Services Rendered by Dr. David Levy    $9,039.10

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

**Dr. David Levy**

10/08/21
Date