# Rafael Ruiz Consulting

**12 Crestshire Dr.**
**Lawrence, MA 01843**

PHONE: 6177599156    stodgo1971@yahoo.com    12 Crestshire Dr.

## INVOICE

INVOICE NUMBER: 2021-09
INVOICE DATE: 9/30/2021

Federal Police Monitor for PR
VIG Tower, PH-924
1225 Ponce De Leon Ave.
San Juan, PR 00907

RAFAEL E. RUIZ CONSULTING

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: FPM work from Home | | | |
| 9/1/2021 | FPM work from Home | Review/comment on Career Path protocol; review PRPB comments for status hearing | 3.25 | $165.00 | $536.25 |
| 9/2/2021 | FPM work from Home | Zoom conference w/USDOJ, FPM re GO 600-629 | 1.00 | $165.00 | $165.00 |
| 9/3/2021 | FPM work from Home | Review GO 600-629; 100-131, 100-32, PPRs 132.1 through 132.4 | 2.00 | $165.00 | $330.00 |
| 9/7/2021 | FPM work from Home | Review/prep report on PPRs 621.1, 621.2, 621.3, 628.1, 105.3 | 3.25 | $165.00 | $536.25 |
| 9/13/2021 | FPM work from Home | Work on FPM data request spreadsheet CMR-05; FMP bi-weekly Zoom meeting | 2.50 | $165.00 | $412.50 |
| 9/14/2021 | FPM work from Home | Work on Policy & Procedures/ S&S CMR-05 drafts | 2.00 | $165.00 | $330.00 |
| 9/16/2021 | FPM work from Home | Work on Policy & Procedures/ S&S CMR-05 drafts | 3.50 | $165.00 | $577.50 |
| 9/17/2021 | FPM work from Home | Review/prep report on GO 400-406, 400-408, PPRs 408.1, 408.2, Annex 1 | 2.00 | $165.00 | $330.00 |
| 9/19/2021 | FPM work from Home | Review/prep report on GO 100-107 SAIC, 100-130 CIC | 2.50 | $165.00 | $412.50 |
| 9/20/2021 | FPM work from Home | Work on Policy & Procedures/ S&S CMR-05 drafts | 2.50 | $165.00 | $412.50 |
| 9/23/2021 | FPM work from Home | Work on Policy & Procedures/ S&S CMR-05 drafts | 1.50 | $165.00 | $247.50 |
| 9/26/2021 | FPM work from Home | Work on Policy & Procedures/ S&S CMR-05 drafts | 3.00 | $165.00 | $495.00 |
| 9/27/2021 | FPM work from Home | FPM Bi-weekly Zoom meeting | 1.00 | $165.00 | $165.00 |
| 9/28/2021 | FPM work from Home | PRPB IT Zoom presentation, re Complaint Reg System/Use of Force (FIU) | 2.25 | $165.00 | $371.25 |
| 9/29/2021 | FPM work from Home | Work on Policy & Procedures/ S&S CMR-05 drafts ; PRPB IT Zoom presentation, re PTMS/Eval System | 6.25 | $165.00 | $1,031.25 |

INVOICE NUMBER: 2021-09

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 9/30/2021 | FPM work from Home | Work on Policy & Procedures/ S&S CMR-05 drafts; download/review new PRPB data, re Par. 73 | 3.50 | $165.00 | $577.50 |
| 9/30/2021 | FPM work from Home | Emails, phone calls to/from FPM, PRPB, USDOJ-- Sept 1st- Sept 30th | 2.00 | $165.00 | $330.00 |
|  |  | TOTAL: FPM work from Home |  |  | $7,260.00 |
|  |  | PROJECT: FPM work from PR (Site Visits) |  |  |  |
| 9/8/2021 | FPM work from PR (Site Visits) | Work from PR | 8.00 | $165.00 | $1,320.00 |
| 9/9/2021 | FPM work from PR (Site Visits) | Work from PR | 8.00 | $165.00 | $1,320.00 |
|  |  | TOTAL: FPM work from PR (Site Visits) |  |  | $2,640.00 |
|  |  | PROJECT: FPM-PR Expenses |  |  |  |
| 9/30/2021 | FPM-PR Expenses | Per Diem 2 days at $115/day (Full day Site visit in PR- Sept 8th and 9th) | 0.00 | $0.00 | $230.00 |
| 9/30/2021 | FPM-PR Expenses | Per Diem 2 days at $86.25/day (Meal expense travel days- Sept 7th and Sept 9th) | 0.00 | $0.00 | $172.50 |
| 9/30/2021 | FPM-PR Expenses | Lodging at Marriott Courtyard- Miramar 2 nights- Sept 7th and Sept 8th at $135.70/night | 0.00 | $0.00 | $271.40 |
| 9/30/2021 | FPM-PR Expenses | JetBlue air travel to/from PR Sept 7 and Sept 9 | 0.00 | $0.00 | $338.40 |
| 9/30/2021 | FPM-PR Expenses | Home airport parking expense 2 days of travel | 0.00 | $0.00 | $114.00 |
|  |  | TOTAL: FPM-PR Expenses |  |  | $1,126.30 |
|  |  | Total hours for this invoice | 60.00 |  |  |

| INVOICE BALANCE INFORMATION | |
|---|---|
| Total amount of this invoice | $11,026.30 |
| Current invoice balance | $11,026.30 |

| AMOUNT DUE ON THIS INVOICE: $11,026.30 |
|---|

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Rafael E Ruiz

Date: September 30, 2021

# Office of the TCA - Travel Reimbursement Form

Traveler Name: Rafael E. Ruiz
Every One
Travel Dates: Sep 7-9, 2021
Purpose of Travel: On-Site

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 338.40 | 1 | $ 338.40 |
| Baggage | $ - | 0 | $ - |
| Ground Transportation (Uber/Lyft/Taxi) |  | 1 | $ - |
| Ground Transportation (Parking) | $ 114.00 | 1 | $ 114.00 |
| Ground Transportation (Mileage) |  | 60 | $ - |
| Lodging | $ 135.70 | 2 | $ 271.40 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 2 | $ 230.00 |
| Other: | $ - | 0 | $ - |
| Total |  |  | $ 1,126.30 |

JetBlue® Mastercard® Statement

RAFAEL E RUIZ | Account Ending 9796 | Statement Period 07/27/21-08/26/21    Page 2 of 5

## Transactions

| Transaction Date | Posting Date | Description | TrueBlue Points | Amount |
|---|---|---|---|---|
| **Payments** | | | | |
| Aug 23 | Aug 23 | PAYMENT RECV'D CHECKFREE | N/A | -$125.66 |
| **Total payments for this period** | | | N/A | **-$125.66** |
| **Purchase Activity for RAFAEL E RUIZ card ending 9796** | | | | |
| Aug 01 | Aug 02 | SUNOCO 0012137612  QPS   HANOVER     MA | 68 | $68.49 |
| Aug 01 | Aug 03 | JETBLUE   27921706283494 8005382583   UT<br>RUIZ/RAFAEL ENRIQUE MR 08/15/2021 BOS SJU BOS<br>Agency:  #27921706283494 | 1,417 | $472.40 |
| Aug 10 | Aug 11 | EXXONMOBIL   97448062   TEWKSBURY    MA | 82 | $82.05 |
| Aug 22 | Aug 23 | JETBLUE   27921720878321 8005382583   UT<br>RUIZ/RAFAEL ENRIQUE MR 09/07/2021 BOS SJU BOS<br>Agency:  #27921720878321 | 1,015 | $338.40 |
| **Total purchase activity for this period** | | | **2,582** | **$961.34** |

▸ *To see activity after this statement period, visit jetbluemastercard.com*

## Fees and Interest

| Transaction Date | Posting Date | Description | Amount |
|---|---|---|---|
| **Fees Charged** | | | |
| | | No fees charged for this period | $0.00 |
| **Total fees for this period** | | | **$0.00** |
| **Interest Charged** | | | |
| | | No interest charged for this period | $0.00 |
| **Total interest for this period** | | | **$0.00** |

| 2021 Year-to-Date Totals | |
|---|---|
| Total fees charged in 2021 | $0.00 |
| Total interest charged in 2021 | $22.14 |
| *This Year-to-date summary reflects the Fees and Interest charged on billing statements with closing dates in 2021, and does not reflect any subsequent fee and/or interest adjustments.* | |

038701 2/5

Visit jetbluemastercard.com or use the Barclays Mobile App

RAFAEL E RUIZ                               AMEX Credit Card   Account Ending 4-23007

**Detail Continued**                                             ♦ - denotes Pay Over Time and/or Cash Advance activity

|          |                                                        |                |    | Amount   |
|----------|--------------------------------------------------------|----------------|----|----------|
| 08/23/21 | BOSTON GLOBE SUBSCRPT<br>888-694-5623                  | BOSTON         | MA | $27.72   |
| 08/23/21 | AT&T MOBILE RECURRING W<br>800-331-0500                | 800-288-2020   | TX | $201.48  |
| 08/28/21 | SALTWATER GRILLE 650000011238444<br>2077995400         | SOUTH PORTLAN  | ME | $256.68  |
| 08/28/21 | THREE DOLLAR DEWEYS 650000010773730<br>2078317373      | PORTLAND       | ME | $24.44   |
| 08/29/21 | FH* MAINE DUCK TOURS<br>+18554955551                   | SOUTH PORTLAND | ME | $66.00   |
| 08/29/21 | EIGHTEEN95 RESTAURANT<br>90218 04101<br>RESTAURANT     | PORTLAND       | ME | $118.96  |
| 08/30/21 | ADOBE ACROPRO SUBS Adobe Systems<br>ADOBE.LY/ENUS      | SAN JOSE       | CA | $15.93   |
| 09/01/21 | MERRIMACK VALLEY YMCA<br>978-725-6681                  | LAWRENCE       | MA | $26.50   |
| 09/02/21 | ACTBLUE* VILMA.DOMINGU<br>+16175177600                 | SOMERVILLE     | MA | $550.00  |
| 09/03/21 | LIFE STORAGE 0862 000000001<br>7166331850              | MIAMI          | FL | $239.62  |
| 09/03/21 | USCUSTOMS TRUSTEDTRAVELER 098000001<br>352321529 46278<br>FEES | INDIANAPOLIS | IN | $100.00 |
| 09/05/21 | HARRYS 888-212-6855<br>+18882126855                    | NEW YORK CITY  | NY | $15.94   |
| 09/06/21 | MIAMI HERALD DIGITAL SUB NA<br>800-843-4372            | MIAMI          | FL | $13.99   |
| 09/09/21 | COURTYARD MARRIOTT MIR 425983<br><br>Arrival  Date              Departure Date<br>09/07/21                      09/09/21<br>00000000 | SAN JUAN | PR | $279.40 |
| ♦<br>09/10/21 | LOGAN PARKING MASSPORT 0000<br>617-561-1756        | BOSTON         | MA | $114.00  |