**INVOICE 0079 FOR PROFESSIONAL SERVICES; AUG 24 THROUGH SEP 24, 2021**
**RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC, 13932 SOUTH SPRINGS DR, CLIFTON VA 20124**

TO: **Federal Monitor**
    **Puerto Rico Police Department Consent Decree**

The invoice for professional services rendered by Crystal Reef LLC (Monitoring Core Team) for Sep 2021 is detailed as follows:

| Task Performed | US Hours | | PR Hours | Billable Amount |
|---|---|---|---|---|
| On-Site Puerto Rico Labor Hours - | | 9/6,7,8,9,10 | 35.00 | $5,775.00 |
| Communications & Coordination - telcons and emails to/from Monitors, PRPB, USDOJ, Special Master; Review guidance and documents, SOP's; logistics; scheduling, on-site planning & coordination of demonstrations and interviews | 6 | 8/24,25,26, 30,31,9/1,3 ,5,13,19,20 | | $990.00 |
| Teleconference Meetings with Monitors Office: DOJ, PRPB, Special Master, Agendas for on-site visits, CMR-4 Assessment, IT Planning in response to the judge, EIS issues regarding its purpose | 3.75 | 8/30, 9/13,27 | | $618.75 |
| CMR-5 data requests - Review, draft, respond, review revised CMR-5 draft Template | 1.25 | 8/24, 29, 9/3 | | $206.25 |
| PRPB Material provided -- Review Data Folio's provided 8/23, General Order(s); Review and comment on Cyber Crime GO, Career Path Draft - Review and provide recommendations, CAD Flowchart - Review and respond, provide clarity | 5.5 | 8/29,31, 9/1,2,5 | | $907.50 |
| Technology Demonstrations (PTMS & KRONOS) - Plan and coordinate, prepare questions and provide feedback to CIO Rivera. Review PRPB testimony of 9/8/2021 and coordinate next demonstrations between 20 and 30 September | 6.75 | 9/3,13,14,1 6,22,24 | | $1,113.75 |
| PRPB Master System List -- Update, revise and reconcile following on-site demonstrations, and against the 2017 & 2019 Action Plan and Draft Corrective Action Plan | 1.75 | 9/11,24 | | $288.75 |
| Net Hours @ $165/hr. | 25.00 | | 35.00 | $9,900.00 |
| Total Expenses (Air, Hotel, MIE; Meals, Parking, POV miles) | | | | $1,682.30 |
| **Prior Month Overcharge Error** | | | | (-$2.40) |
| **Allowable Fee** | | | | **$11,579.90** |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

INVOICE PRESENTED BY: _[signature]_ Scott Cragg, Monitoring Core Team

# Office of the TCA - Travel Reimbursement Form

**Traveler Name:** Scott Cragg
**Travel Dates:** Sep 6-10, 2021
**Purpose of Travel:** On-Site

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 513.40 | 1 | $ 513.40 |
| Baggage | $ - | 0 | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | $ 75.00 | 1 | $ 75.00 |
| Ground Transportation (Parking) | $ - | 5 | $ - |
| Ground Transportation (Mileage) | $ 0.56 | 60 | $ 33.60 |
| Lodging | $ 135.70 | 4 | $ 542.80 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 3 | $ 345.00 |
| Other: | $ - | 0 | $ - |
| Total | | | $ 1,682.30 |

**TAXI CAB RECEIPT**

Time: _____
Date: 9/10
Origin of trip: REAGAN NATL
Destination: CLIFTON
Fare: 75.00    Sign: _____

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

**COURTYARD® Marriott**

Courtyard by Marriott  
San Juan - Miramar  
guest.service@courtyard.com

801 Ponce de Leon Ave.  
San Juan, PR. 00907  
T 787.721.7400  
F 787.723.0068

Mr Scott Cragg  
13932 S Springs Dr  
Clifton VA 20124  
United States

Room: 0407  
Room Type: EKNG  
No. of Guests: 1  
Rate: $ 115.00  Clerk: 8

Marriott Rewards #   797225828

CRS Number  94404959

Name:

Arrive:  09-06-21      Time:  12:07      Depart:  09-10-21      Folio Number:  674683

| Date | Description | Charges | Credits |
|---|---|---|---|
| 09-06-21 | Package | 115.00 | |
| 09-06-21 | Government Tax | 10.35 | |
| 09-06-21 | Hotel Fee | 10.35 | |
| 09-07-21 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |
| 09-07-21 | Package | 115.00 | |
| 09-07-21 | Government Tax | 10.35 | |
| 09-07-21 | Hotel Fee | 10.35 | |
| 09-08-21 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |
| 09-08-21 | Package | 115.00 | |
| 09-08-21 | Government Tax | 10.35 | |
| 09-08-21 | Hotel Fee | 10.35 | |
| 09-09-21 | Package | 115.00 | |
| 09-09-21 | Government Tax | 10.35 | |
| 09-09-21 | Hotel Fee | 10.35 | |
| 09-10-21 | Visa Card | | 548.80 |
| | Card #  XXXXXXXXXXXX6833 | | |

# Itinerary confirmation

Download to calendar

## You're all set to jet!

**Confirmation code: UKTGER**  MANAGE BOOKING >

## Travelers

**SCOTT Pomaialoha Cragg**

| Flight | | | |
|---|---|---|---|
| | Ticket number | 2792172619817 | |
| | Frequent Flyer | JetBlue - TrueBlue - 3363415311 * | |
| | | DCA → SJU | SJU → DCA |
| | Seat | 9D | 12C |
| | Checked Baggage Allowance | 2 bags | 2 bags |

## Your flights

| | | | |
|---|---|---|---|
| Washington-National, DC (DCA) | San Juan, PR (SJU) | Flight 1347 | Fare: Blue |
| Mon Sep 6 2021, **8:00 AM** | Mon Sep 6 2021, **11:53 AM** | JetBlue | Nonstop |
| A320 | | | |
| | | | |
| San Juan, PR (SJU) | Washington-National, DC (DCA) | Flight 1348 | Fare: Blue |
| Fri Sep 10 2021, **6:05 PM** | Fri Sep 10 2021, **9:51 PM** | JetBlue | Nonstop |
| A320 | | | |

## Fare breakdown

| Passenger Type | Base Fare per person | Taxes & fees per person | Total Fare per person | Number of travelers | Total Fare |
|---|---|---|---|---|---|
| Adult | $455.00 | $58.40 | $513.40 | x 1 | $513.40 USD |

**Total fare:**  **$513.40 USD**

## Extras

+ Seats

+ Bags

+ Even More Speed

|  |  |
|---|---|
| Total extras: | $0.00 USD |
| Charged to Travel Bank: | $466.40 USD |
| Charged to Travel Bank: | $47.00 USD |
| Total | $513.40 USD |

# Information

1. **CARRY-ON BAG RULES:**

   **JetBlue-operated flights**

   For flights to/from U.S. (excluding from London), Caribbean and Latin America:

   For travel 7/20/21 or later, Blue Basic customers may only bring a personal item (purse, briefcase, laptop, etc.) that fits under the seat in front of them for free. Personal items **may not** go in the overhead bin and must not exceed 17" L (43.2 cm) x 13" W (33 cm) x 8" H (20.32 cm).

   Mosaics and eligible travelers ↗ on the same booking and traveling together, travelers combining a Blue Basic fare with an Even More® Space seat (on all legs, if connecting), U.S. military and unaccompanied minors may still bring a carry-on bag that fits in the overhead bin (guaranteed space onboard for Even More® Space seats on domestic flights within the U.S., space permitting for others) and one personal item.

   Blue, Blue Plus, Blue Extra and Mint may bring one bag that fits in the overhead bin (guaranteed space onboard for domestic itineraries) plus one personal item (purse, briefcase, laptop, etc.) that fits under the seat in front of them for free. Any excess carry-on bags will be checked bags.

   For flights to/from London:

   Blue Basic, Blue, Blue Plus, Blue Extra and Mint may bring one bag that fits in the overhead bin (space permitting) plus one personal item (purse, briefcase, laptop, etc.) that fits under the seat in front of them for free. Any excess carry-on bags will be checked bags.

   **Connecting on our partner airlines (including Cape Air)** - The carry-on rules of a partner airline apply when checking in to a JetBlue flight that is connecting to the partner. See our partner page for more information. While JetBlue may allow additional carry-ons as a courtesy to customers connecting to our partner airline, JetBlue cannot guarantee that those bags will be accepted for in-cabin travel on the partner. Customers are encouraged to abide by partner's rules for their entire journey to avoid additional checked bag fees if their carry-ons do not meet size/weight restrictions.

   **CHECKED BAGS**

   Checked bags may be subject to additional fees, depending on the type of fare purchased, route, method of payment, size and weight of bags, and other variables. For checked bag fees and allowances, refer to www.jetblue.com/bags. Other bag rules may apply if your travel includes more than one airline. Please review the bag policies of any codeshare and interline partners on your itinerary.

2. Legroom based on average fleet-wide seat pitch of U.S. airlines. JetBlue-operated flights only.

3. DIRECTV® and SiriusXM Radio® services are not available on flights outside the contiguous United States; however, where applicable, movies from JetBlue Features™ are offered complimentary on these routes. JetBlue-operated flights only.

4. Certain flights will require more points to redeem award travel based on, among other things, the flight chosen and peak travel periods. TrueBlue Members are responsible for taxes and fees applicable to Award Flights, including (a) Passenger Facility Charges of up to $9.00 each way, (b) September 11th Security Fees of up to $11.20 per enplanement at a U.S. originating airport and (c) Federal Segment Taxes of $4.00 per domestic segment (a segment is a takeoff and landing). Government taxes/fees are subject to change as required by law, see http://www.jetblue.com/about/legal/taxes.asp.

5. If you find the same hotel and dates of stay at a lower rate, Hotels.com will, at its choice, either match the lower rate or cancel the reservation without a cancellation fee. See http://hotels.jetblue.com/index.jsp?pageName=guarantee.

6. Hotels.com does not charge a change or cancel fee; but each property has independent penalties for changes/cancellations. See hotel details.

   **Customer concerns**
   Any customer inquiries or concerns can be addressed here, emailed to dearjetblue@jetblue.com, or sent to JetBlue Airways, 6322 South 3000 East, Suite G10, Salt Lake City, UT 84121.

   **Notice of Increased Government Tax or Fee**