**CORREA ACEVEDO & ABESADA LAW OFFICES, PSC**
Centro Internacional de Mercadeo - II
90 Carr. 165  Suite 407
Guaynabo, PRI 00968
USA

October 1, 2021
Invoice #  18660

**United States v. Commonwealth of Puerto Rico**
**Police Reform, Case No. 12-2039 (GAG)**

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 9/1/2021 | RAA | Review court order. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review emails from PRPB and special master. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Review email from J. Romero. | 0.10<br>225.00/hr | 22.50 |
| 9/2/2021 | RAA | Review emails from PRPB, USDOJ, Special Master and team. | 0.80<br>225.00/hr | 180.00 |
| 9/3/2021 | RAA | Review emails and memoranda from PRPB. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Review emails from team members. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Review court order regarding upcoming hearing. | 0.10<br>225.00/hr | 22.50 |
| 9/6/2021 | RAA | Conference with J. Romero to discuss week's agenda. | 0.90<br>225.00/hr | 202.50 |
| 9/7/2021 | RAA | Plan and prepare for meetings today. | 0.70<br>225.00/hr | 157.50 |
|  | RAA | Appear to meetings today. | 1.60<br>225.00/hr | 360.00 |

|            |     |                                                              | Hrs/Rate          | Amount |
|------------|-----|--------------------------------------------------------------|-------------------|--------|
| 9/7/2021   | RAA | Review emails from counsel of PRPB and presentations.        | 0.60<br>225.00/hr | 135.00 |
|            | RAA | Review emails from D. Rodriguez and A. Del Carmen.           | 0.20<br>225.00/hr | 45.00  |
|            | RAA | Review motion submitting certified translation.              | 0.10<br>225.00/hr | 22.50  |
|            | RAA | Review certified translation.                                | 0.30<br>225.00/hr | 67.50  |
|            | RAA | Review order on motion submitting.                           | 0.10<br>225.00/hr | 22.50  |
|            | RAA | Review USDOJ's response to PRPB's memorandum on CMR-4.       | 0.30<br>225.00/hr | 67.50  |
|            | RAA | Review motion to restrict.                                   | 0.10<br>225.00/hr | 22.50  |
|            | RAA | Review court orders on USDOJ's motions.                      | 0.20<br>225.00/hr | 45.00  |
| 9/8/2021   | RAA | Review Justice Department's informative motion and exhibit.  | 0.30<br>225.00/hr | 67.50  |
|            | RAA | Review motion to restrict.                                   | 0.10<br>225.00/hr | 22.50  |
|            | RAA | Review motion for leave to file Spanish documents.           | 0.10<br>225.00/hr | 22.50  |
|            | RAA | Review orders related to motion filed today.                 | 0.20<br>225.00/hr | 45.00  |
|            | RAA | Plan and prepare for meetings today.                         | 0.40<br>225.00/hr | 90.00  |
|            | RAA | Appear and attend meetings.                                  | 1.10<br>225.00/hr | 247.50 |
|            | RAA | Electronic communications to counsel for PRPB.               | 0.40<br>225.00/hr | 90.00  |
|            | RAA | Telephone calls from J. Romero and D. Rodriguez.             | 0.40<br>225.00/hr | 90.00  |
|            | RAA | Review emails from PRPB, team members and USDOJ.             | 0.30<br>225.00/hr | 67.50  |
|            | RAA | Plan and prepare for court hearing.,                         | 1.90<br>225.00/hr | 427.50 |

United States v. Commonwealth of Puerto Rico
Police Reform, Case No. 12-2039 (GAG)
Case 3:12-cv-02039-FAB   Document 1875-12   Filed 10/28/21   Page 3 of 7

Page     3

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/9/2021 | RAA | Review emails exchanged yesterday evening. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Appear and attend court hearing. Posthearing conference with team members and judge. Assist D. Gosselin with certain legal inquiries on drug testing in PRPB. | 7.90<br>225.00/hr | 1,777.50 |
| | SL | Appear and attend federal court hearing in Old San Juan. Team meetings during and after hearing. | 7.90<br>90.00/hr | 711.00 |
| 9/10/2021 | RAA | Telephone call from J. Romero. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Appear and attend videoconference with survey company. | 1.10<br>225.00/hr | 247.50 |
| | RAA | Review emails from J. Vazquez and D. Rodriguez. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Calls and emails from J. Romero. | 0.40<br>225.00/hr | 90.00 |
| | RAA | Review emails and enclosures from PRPB. | 0.40<br>225.00/hr | 90.00 |
| | RAA | Prepare memorandum to counsel as per J. Romero's instructions. | 0.40<br>225.00/hr | 90.00 |
| 9/11/2021 | RAA | Exchange of emails with J. Romero and D. Rodriguez. Revise and supplement data requests. | 0.40<br>225.00/hr | 90.00 |
| 9/13/2021 | RAA | Review several emails and attachments from PRPB. | 0.40<br>225.00/hr | 90.00 |
| | RAA | Plan and prepare for team meeting. | 0.40<br>225.00/hr | 90.00 |
| | RAA | Appear and attend team videoconference. | 1.50<br>225.00/hr | 337.50 |
| | RAA | Electronic communications to J. Romero, including analysis on Puerto Rico and federal law regarding police incident with illegal immigrants. | 1.90<br>225.00/hr | 427.50 |
| | RAA | Review emails from C. Figueroa Ortolaza. | 0.40<br>225.00/hr | 90.00 |
| | RAA | Review emails from D. Rodriguez. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Telephone call from J. Romero. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Revise contractual proposal for surveys and provide comments to J. Gonzalez. | 0.50<br>225.00/hr | 112.50 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/13/2021 | SL | Appear and attend team videoconference. | 1.50<br>90.00/hr | 135.00 |
| | SL | Legal research on police interventions with undocumented aliens. | 3.60<br>90.00/hr | 324.00 |
| 9/14/2021 | RAA | Review emails exchanged by the parties. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Telephone calls from J. Romero. | 0.40<br>225.00/hr | 90.00 |
| | RAA | Review changes made by USDOJ to general order on roadblocks. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review emails from Special Master and PRPB. | 0.30<br>225.00/hr | 67.50 |
| 9/16/2021 | RAA | Appear and attend videoconference regarding community survey. | 0.90<br>225.00/hr | 202.50 |
| | RAA | Review email from PRPB with proposed general order 600-626. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review and analyze proposed general order 600-626 and exchange of emails with J. Romero and D. Rodriguez that comments and changes will be submitted. | 0.50<br>225.00/hr | 112.50 |
| | RAA | Review and study relevant federal and state cases to review general order 600-626. | 1.80<br>225.00/hr | 405.00 |
| | RAA | Revisions to general order based on federal and state case law. | 1.90<br>225.00/hr | 427.50 |
| | RAA | Review and analyze general order 600-615 to review general order 600-626. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Exchange of emails with D. Rodriguez and R. Watkins on general order. | 0.30<br>225.00/hr | 67.50 |
| | SL | Legal research in support of revisions to GO 600-615. | 3.00<br>90.00/hr | 270.00 |
| 9/17/2021 | RAA | Review emails from PRPB and enclosures. | 0.40<br>225.00/hr | 90.00 |
| | RAA | Review emails from team members. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review emails from D. Levy, R. Watkins, and D. Rodriguez. | 0.30<br>225.00/hr | 67.50 |
| 9/20/2021 | RAA | Review email from L. Saucedo. | 0.10<br>225.00/hr | 22.50 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/20/2021 | RAA | Plan and prepare for biweekly meeting. | 0.40<br>225.00/hr | 90.00 |
|  | RAA | Appear and attend biweekly videoconference. | 1.10<br>225.00/hr | 247.50 |
|  | RAA | Telephone calls and electronic communications with J. Gonzalez regarding August invoices and expenses. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Preparation and electronic filing of motion for disbursement of funds and exhibits. | 0.60<br>225.00/hr | 135.00 |
|  | RAA | Review email from L. Saucedo re: hate crimes. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Preliminary review of hate crimes training manual. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Review email from J. Romero. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review and respond to email from D. Rodriguez. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Email to J. Gonzalez. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review order granting motion for disbursement of funds. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review order on PRPB benchmark. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Telephone call from J. Romero. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Review email from Special Master. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review email from L. Saucedo. | 0.10<br>225.00/hr | 22.50 |
| 9/21/2021 | RAA | Review emails from C. Figueroa. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review court order on informative motion. | 0.10<br>225.00/hr | 22.50 |
| 9/22/2021 | RAA | Review email from assistant special master. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review email from D. Rodriguez. | 0.10<br>225.00/hr | 22.50 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/23/2021 | RAA | Review emails from PRPB and C. Figueroa Ostolaza. | 0.20 225.00/hr | 45.00 |
|  | RAA | Review emails from D. Rodriguez. | 0.20 225.00/hr | 45.00 |
| 9/24/2021 | RAA | Review emails from team members and PRPB. | 0.40 225.00/hr | 90.00 |
|  | SL | Legal research on Terry stops. | 2.00 90.00/hr | 180.00 |
| 9/27/2021 | SL | Appear and attend team meeting. | 1.00 90.00/hr | 90.00 |
|  | RAA | Review PRPB's informative motion. | 0.10 225.00/hr | 22.50 |
|  | RAA | Email to D. Rodriguez and J. Romero regarding informative motion. | 0.10 225.00/hr | 22.50 |
|  | RAA | Review and respond to emails from D. Rodriguez regarding 253 meeting agenda. | 0.20 225.00/hr | 45.00 |
|  | RAA | Plan and prepare for team videoconference. | 0.40 225.00/hr | 90.00 |
|  | RAA | Attend videoconference. | 1.10 225.00/hr | 247.50 |
|  | RAA | Exchange of emails with PRPB and USDOJ regarding compliance with order on Terry Stops. | 0.20 225.00/hr | 45.00 |
|  | RAA | Review emails from L. Saucedo. | 0.30 225.00/hr | 67.50 |
|  | RAA | Telephone call from J. Romero. | 0.30 225.00/hr | 67.50 |
|  | RAA | Review emails from PRPB. | 0.20 225.00/hr | 45.00 |
|  | RAA | Review email from special master. | 0.20 225.00/hr | 45.00 |
|  | RAA | Review email from S. Cragg. | 0.10 225.00/hr | 22.50 |
| 9/28/2021 | RAA | Revisions to memorandum to PRPB regarding draft general orders. | 0.30 225.00/hr | 67.50 |
|  | RAA | Review emails from D. Rodriguez, J. Gonzalez, A. Young, R. Ruiz, and others. | 0.30 225.00/hr | 67.50 |

|            |     |                                                                                                    | Hrs/Rate         | Amount      |
|------------|-----|----------------------------------------------------------------------------------------------------|------------------|-------------|
| 9/29/2021  | RAA | Review email from PRPB with draft joint motion.                                                    | 0.20 225.00/hr   | 45.00       |
|            | RAA | Review and respond to email from L. Saucedo regarding joint informative motion. Revise joint motion. | 0.40 225.00/hr   | 90.00       |
|            | RAA | Telephone call and emails with J. Romero.                                                          | 0.40 225.00/hr   | 90.00       |
|            | RAA | Review further emails from L. Saucedo and PRPB.                                                    | 0.20 225.00/hr   | 45.00       |
| 9/30/2021  | RAA | Review emails exchanged by the parties and Special Master.                                         | 0.40 225.00/hr   | 90.00       |
|            | RAA | Revise updated draft of informative motion.                                                        | 0.10 225.00/hr   | 22.50       |
|            |     | **For professional services rendered**                                                             | **66.60**        | **$12,420.00** |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Roberto Abesada Agüet | 47.60 | 225.00 | $10,710.00 |
| Stephanie Leon | 19.00 | 90.00 | $1,710.00 |

WE HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN OUR CAPACITY AS THE FIRM SERVING AS GENERAL COUNSEL OF THE FEDERAL MONITOR'S OFFICE. WE FURTHER CERTIFY THAT WE HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH OF PUERTO RICO, OR ANY OF ITS DEPARTMENTS, MUNICIPALITIES OR AGENCIES.