| Inv 0921 | Invoice: Rita J. Watkins    Date: September 30, 2021 | | | | |
|---|---|---|---|---|---|
| | Task Performed | US Hours | Dates | PR Hours | Billable Amount |
| Sept. | On-Site Puerto Rico Labor Hours - 9/8, 9, 10 | | 9/8, 9, 10 | 20.00 | $3,200.00 |
| | Communications & Coordination - telcons and emails to/from Monitors, PRPB, USDOJ, Special Master; policies, SOP's; logistics; scheduling, on-site planning & coordination of interviews, Consulate coordination | 3 | 9/1,3,7,8,10, 11,13,15,16, 17,20,22,23, 24,26,27,28 | | $480.00 |
| | Teleconference Meetings: Monitor Team, Deputy Monitor | 1.5 | 9/27 | | $240.00 |
| | Document review: PRPB brochure, Career path development | 3 | 9/1,17 | | $480.00 |
| | Policy Review | 4 | 9/17,26 | | $640.00 |
| | IT Demo: Use of force, Staff Evaluations | 4 | 9/28,29 | | $640.00 |
| | CMR-5 report writing | 4 | 9/28,29 | | $640.00 |
| | | | | | $0.00 |
| | Net Hours @ $160/hr. | 19.50 | | 20.00 | $6,320.00 |
| | Total Expenses (Air, Hotel, MIE; Meals, Parking, POV miles) | | | | $1,608.12 |
| | Allowable Fee | | | | $7,928.12 |

I hereby certify that the amount billed in this invoice is true and correct and reponds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities, or agencies.

*Rita J. Watkins*     9/30/21

# Office of the TCA - Travel Reimbursement Form

Traveler
Name: Every    Rita J. Watkins

Travel Dates:  September 7-10, 2021
Travel: On-Site
Monitoring     On-Site evaluation

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 468.40 | 1 | $ 468.40 |
| Baggage | $ - | 0 | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | $ 22.00 | 1 | $ 22.00 |
| Ground Transportation (Parking) | $ 80.00 | 1 | $ 80.00 |
| Ground Transportation (Mileage) | $ 0.56 | 202 | $ 113.12 |
| Lodging | $ 135.70 | 3 | $ 407.10 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 3 | $ 345.00 |
| Other: | $ - | 0 | $ - |
| Total | | | $ 1,608.12 |

**Watkins, Rita**

**From:** United Airlines, Inc. <Receipts@united.com>
**Sent:** Tuesday, September 7, 2021 10:08 AM
**To:** Watkins, Rita
**Subject:** eTicket Itinerary and Receipt for Confirmation DZ7BE2



Tue, Sep 07, 2021

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our Important notices page for the latest updates

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# DZ7BE2

## Flight 1 of 2 UA701                           Class: United Economy (T)

Tue, Sep 07, 2021
**12:00 PM**
Houston, TX, US (IAH)

Tue, Sep 07, 2021
**05:32 PM**
San Juan, PR, US (SJU)

## Flight 2 of 2 UA1495                         Class: United Economy (L)

Fri, Sep 10, 2021
**03:20 PM**
San Juan, PR, US (SJU)

Fri, Sep 10, 2021
**06:59 PM**
Houston, TX, US (IAH)

**Traveler Details**

WATKINS/RITAJANE

1

eTicket number: **0162363969560**  
Frequent Flyer: **UA-XXXXX226 Member**

Seats: **IAH-SJU 32D**  
**SJU-IAH 32D**

Purchase Summary

| | |
|---|---|
| Method of payment: | **Miscellaneous Document ending in** |
| Date of purchase: | **Fri, Aug 20, 2021** |
| Airfare: | **410.00 USD** |
| U.S. Transportation Tax: | **38.20 USD** |
| September 11th Security Fee: | **11.20 USD** |
| U.S. Passenger Facility Charge: | **9.00 USD** |
| Total Per Passenger: | **468.40 USD** |
| **Total:** | **468.40 USD** |

### Payment Info
Remaining value of your previous ticket numbers 0162362529533 was applied to this purchase.

### Carbon Footprint
Your estimated carbon footprint for this trip is **0.40123 tonnes of CO2.**
You can reduce your environmental impact by participating in our CarbonChoice program which supports projects that reduce greenhouse gases. Learn more.

### Fare Rules
Additional charges may apply for changes in addition to any fare rules listed.
NONREF/0VALUAFTDPT
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

### MileagePlus Accrual Details

| Ritajane Watkins | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Tue, Sep 07, 2021 | 701 | Houston, TX, US (IAH) to San Juan, PR, US (SJU) | 1125 | 225 | 1 |
| Fri, Sep 10, 2021 | 1495 | San Juan, PR, US (SJU) to Houston, TX, US (IAH) | 925 | 185 | 1 |
| MileagePlus accrual totals: | | | 2050 | 410 | 2 |

### Baggage allowance and charges for this itinerary

2

Taxi to hotel on arrival 9/7/2021



This is NOT a receipt, keep for your reference / Esto no es un recibo, manténgalo para su referencia.

Parking

Logo.txt

SP+|GLOBAL|IMS
2800 N. Terminal Rd.
Houston, TX 77032
281.233.1786

## Receipt

| | |
|---|---|
| P/S #52 | A Payment No.00000360 |
| T/D #40 | Ticket No.003132 |
| Entry Time | 09/07/2021 (Tue)  9:50 |
| Exit Time | 09/10/2021 (Fri) 19:25 |
| Parking Time | 3Days  9:35 |
| Parking Fee | Rate B    $80.00 |

MASTERCARD
| | |
|---|---|
| Account # | ******************0178 |
| Slip # | 11125 |
| Auth Code | 000007085P |
| Credit Card Amount | $80.00 |
| Cash Amount | $0.00 |

Total                                $80.00

Thank You for Your Visit
Please Come Again !

**COURTYARD® Marriott.**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Ms Rita Watkins
4746 Enchanted Oaks Dr
College Sta TX 77845
United States

Room: 0707
Room Type: EKNG
No. of Guests: 1
Rate: $ 115.00  Clerk: 8

Marriott Rewards #   595896259

CRS Number  91785661

Name:

Arrive:  09-07-21             Time: 18:15              Depart: 09-10-21           Folio Number: 674450

| Date | Description | Charges | Credits |
|---|---|---|---|
| 09-07-21 | Package | 115.00 | |
| 09-07-21 | Government Tax | 10.35 | |
| 09-07-21 | Hotel Fee | 10.35 | |
| 09-08-21 | Package | 115.00 | |
| 09-08-21 | Government Tax | 10.35 | |
| 09-08-21 | Hotel Fee | 10.35 | |
| 09-09-21 | COMEDOR- Guest Charge (Breakfast) | 2.00 | |
| 09-09-21 | Package | 115.00 | |
| 09-09-21 | Government Tax | 10.35 | |
| 09-09-21 | Hotel Fee | 10.35 | |
| 09-10-21 | American Express | | 409.10 |
| | Card # XXXXXXXXXXX2009 | | |

Balance                                                                                     0.00 USD

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today. Start earning points and elite status, plus enjoy exclusive member offers. Enroll today at the front desk.