# INVOICE



22 Chalets de Santa Maria
San Juan, P.R. 00927
(787)940-3090

**BILL TO:**
**Office of the FPMPR, LLC**
VIG Tower, PH 924
1225 Ponce de Leon Avenue
San Juan, P.R. 00907

**DATE: 09/30/2021**
**INVOICE #** 202109
**FPMPR**

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| 09/01/2021:emails/Phone calls/letter status conference community invite: attendance coord. ALAPAS, Iniciativa Comunitaria and Community safety councils president/Covid status verification in prep. for status conference | 2.00 | $160.00 | $ 320.00 |
| Zoom meetings (Team) | 3.00 | $160.00 | $ 480.00 |
| Career path Memo Review and recommendations | 1.00 | $160.00 | $ 160.00 |
| Phone calls/emails: John, Javi, Dr. Fernandez, Denise, Luis Hidalgo | 2.00 | $160.00 | $320.00 |
| Policies: OG800-803, Community Policing, PPR 803.1, 803.2, 803. 3, 803.4, 803.5 Review and Recommendations under Par. 229 | 3.50 | $160.00 | $ 560.00 |
| New Template review, additional dropbox data reviewed/ annotations made in prep for assessment | 3.00 | $160.00 | $ 480.00 |
| CMR5 Partial assessment: Intro. (205-206,  216-17) draft 1 | 2.00 | $160.00 | $ 320.00 |
| 09/07/2021FPM Team on site meeting/PRPB meeting and onsite demostrations. | 8.00 | $160.00 | $ 1,280.00 |
| 09/08/2021: IT Demos a.m./MRPB's Interviews p.m. (8:30 a.m.-6:30 p.m.) | 9.00 | $160.00 | $ 1,440.00 |
| 09/09/2021: USDC Status Conference | 8.00 | $160.00 | $ 1,280.00 |
| 09/10/2021: MPRPB Interviews 1:30 p.m.-4:00 p.m | 2.50 | $160.00 | $ 400.00 |
| 09/12/2021: 5th data request reviewed/ listings request added. | 0.50 | $160.00 | $ 80.00 |
| GO 800-801, CICs Internal Procedures handbook and Policy review, recommendations and memorandum | 2.00 | $160.00 | $ 320.00 |
| GO-800-803: PRPB's 2nd review reply and amendments per TCA rec. review and response. | 0.50 | $160.00 | $ 80.00 |
| 9/14/20221: Community Safety Council 160 meeting | 2.00 | $160.00 | $ 320.00 |
| 9/15/2021: MPRPB  individual zoom interviews/ Safety council 160 meeting/ written brief of meeting English/Spa. & pictures for social media publication. | 6.50 | $160.00 | $ 1,040.00 |
| PRPB Immigrant community brochure review/written recommendations/email. | 0.50 | $160.00 | $ 80.00 |
| 09/17/2021: MPRPB individual  zoom interviews | 4.00 | $160.00 | $640.00 |
| 09/20-23/2021: Field observations: Community Policing  Cycle I Bayamon Command (Vega Alta, P.R.) PRPB Office of the Reform  Dr. Fernandez | 28.00 | $160.00 | $ 4,480.00 |
| 09/27/2021: Zoom: PRPB use of force IT demo. | 1.50 | $160.00 | $ 240.00 |
| 09/28/2021: Zoom: PRPB Demo.: Complaint Registration System Technology | 2.50 | $160.00 | $ 400.00 |
| 09/28/2021: Phone call Ms. Ma. Del Carmen Rosario CIC-Fajardo | 0.50 | $160.00 | $ 80.00 |
| 09/29/2021: Zoom PRPB Demo. PTMS | 1.50 | $160.00 | $ 240.00 |
|  |  |  | $ - |
| **Sum** | **94.00** |  | **$ 15,040.00** |

| Ground Transp. Purpose: Field Observations: Community Policing Cycle 1 Bayamon Command, Vega Alta, P.R. | Column1 | Start Date: 09/20/2022 | End  Date: 09/23/2021 |
|---|---|---|---|
| **Travel Expense: Mileage San Juan to Vega Alta, P.R.** | Unit Cost | Units | Total |
| 09/20/2021-09/23/2021: 47.50 mi. R/T x $0.56 p/mi. = $26.60 x 4 days = $106.40 | $0.56 | 190 | $106.40 |
| **Total** |  |  | **$15,146.40** |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor.  I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities, or agencies.



Merangelie Serrano-Rios