

Metro Office Park  
7 Calle 1, Suite 204  
Guaynabo PR 00968-17181

**Statement Date**  
9/29/21  
**Statement Number**  
1562-12

# EXPENSE REIMBURSEMENT STATEMENT OF ACCOUNT

OFFICE OF THE FPMPR LLC  
B5 Calle Tabonuco Suite 205  
Guaynabo, PR 00968

| DATE | DESCRIPTION | EXPENSE | REIMBURSED | BALANCE |
|---|---|---|---|---|
| *09/01/21* | *Balance c/f* | | | **$210.15** |
| 09/25/21 | CREDIT (PAID PARTIALLY - Invoice Clerical Error)* | - | $170.17 | $39.98 |
| 09/10/21 | PODIO (INVOICE #INV-740355) | $96.00 | - | $135.98 |
| 09/09/21 | Zoom Pro Plan INVOICE #INV106634637) (D. Gosselin, D. Levy, D. Rodriguez, zoom4@fpmpr.org, zoom5@fpmpr.org) | $59.96 | - | $195.94 |
| 09/17/21 | Mailchimp c/o The Rocket Science Group, LLC (Standard plan / 500 contacts - INVOICE MC13316378) | $14.99 | - | $210.93 |
| 09/28/21 | Dropbox Professional (Transaction ID 0NV83327N75910335) | $19.99 | - | $230.92 |

\* Due to a clerical error on invoice number 21081280 dated 08/27/2021 the amount of $170.17 billed for expense reimbursement was less than the actual expenses incurred of $210.15 as per TCA-Statement-Expenses-1562-11.



# INVOICE

Office of the Federal Police Monitor of Puerto Rico (Customer #198992)

**Invoice Date**
10 Sep 2021

**Invoice Number**
INV-740355

Citrix
attn: Podio
120 S West St
Raleigh, NC 27603
help.podio.com

| Description | Quantity | Unit Price | Amount USD |
|---|---|---|---|
| 2021-09-10 - 2021-10-09: Premium, 4 Employees | 4.00 | 24.00 | 96.00 |
| | | Subtotal | 96.00 |
| | | **TOTAL USD** | 96.00 |
| | | Less Amount Paid | 96.00 |
| | | **AMOUNT DUE USD** | **0.00** |

**Due Date: 18 Sep 2021**

This invoice will be automatically paid by credit card.

This invoice is very detailed, because you can see the exact period which you are paying for, with the exact date billed for. You will also be able to see if you are billed as a Basic, Plus or Premium customer.

Each quantity represent the quantity in months multiplied with number of employees. The unit price represents the price per month per employee.

An example: if you added three employees after 15 days, you would pay 0.5 quantity per employee for this month, 1.5 quantity in total for 3 employees, as we pro-rata the charge.

The price written in brackets stands for a credit rather than a debit.

You pay back in time for any members added since the previous invoice and you pay for all current members for the next month. So you only pay for what you use.

Registered Office: 120 S West St, Raleigh, NC, 27603, USA.

# Invoice

**zoom**

Zoom Video Communications Inc.
55 Almaden Blvd, 6th Floor
San Jose, CA 95113

| | |
|---:|:---|
| Invoice Date: | Sep 9, 2021 |
| Invoice #: | INV106634637 |
| Payment Terms: | Due Upon Receipt |
| Due Date: | Sep 9, 2021 |
| Account Number: | 7002014083 |
| Currency: | USD |
| Account Information: | it@fpmpr.org |
| Sold To Address: | it@fpmpr.org |
| Bill To Address: | it@fpmpr.org |

Federal Employer ID Number: 61-1648780

Purchase Order Number:

Tax Exempt Certificate ID:

[Zoom W-9](#)

## Charge Details

| CHARGE DESCRIPTION | SUBSCRIPTION PERIOD | SUBTOTAL | TAXES, FEES & OTHER CHARGES | TOTAL |
|---|---|---|---|---|
| **Charge Name: Standard Pro Monthly**<br>Quantity: 5<br>Unit Price: $14.99 | Sep 9, 2021-Oct 8, 2021 | $74.95 | $0.00 | **$74.95** |
| **Charge Name: Standard Pro - Discount**<br>Discount Percentage: 20.00% | Sep 9, 2021-Oct 8, 2021 | ($14.99) | $0.00 | **($14.99)** |

| | |
|---:|---:|
| Subtotal | **$59.96** |
| Total (Including Tax) | **$59.96** |
| Invoice Balance | **$0.00** |

## Taxes, Fees & Other Charge Details


| CHARGE NAME | TAX, FEE OR SURCHARGE NAME | JURISDICTION | CHARGE AMOUNT | TAX, FEE OR OTHER CHARGE AMOUNT |
|---|---|---|---|---|
| | | | Total Tax | $0.00 |

## Transactions

| | | | | |
|---|---|---|---|---|
| | | | Invoice Total | $59.96 |
| TRANSACTION DATE | TRANSACTION NUMBER | TRANSACTION TYPE | DESCRIPTION | APPLIED AMOUNT |
| Sep 9, 2021 | P-117377779 | Payment | | ($59.96) |
| | | | Invoice Balance | $0.00 |

Need help understanding your invoice?   **CLICK HERE**

*This plan includes products with monthly and/or yearly subscription periods. The subscription period for each plan, and the total charge, $59.96 (plus applicable taxes and regulatory fees), per subscription period for that product are set out above in the Charge Details section. Unless you cancel, your subscription(s) will auto-renew each subscription period and each subscription period thereafter, at the price(s) listed above (plus any taxes and regulatory fees applicable at the time of renewal) and your payment method on file at zoom.us/billing will be charged. You can cancel auto-renewal anytime, but you must cancel by the last day of your current subscription period to avoid being charged for the next subscription period. You will not be able to cancel your "base plan" (Zoom Meetings, Zoom Phone, or Zoom Rooms) without first canceling all other subscriptions in your plan. If you cancel, you will not receive a refund for the remainder of your then-current subscription period. You can cancel by navigating to zoom.us/billing and clicking "Cancel Subscription," clicking through the prompts, and then clicking to confirm cancellation. Should Zoom change its pricing, it will provide you with notice, and you may be charged the new price for subsequent subscription.*

Zoom Phone services provided by Zoom Voice Communications, Inc. Rates, terms and conditions for Zoom Phone services are set by Zoom Voice Communications, Inc.

# Mailchimp Invoice MC13316378

**Issued to**

social@fpmpr.org

Billing statement

**Issued by**

Mailchimp

c/o The Rocket Science Group, LLC

675 Ponce de Leon Ave NE Suite 5000

Atlanta, GA 30308

www.mailchimp.com

Tax ID: US EIN 58-2554149

**Details**

**Order #** MC13316378

**Date Paid:** Sep 17, 2021 3:20 am Puerto Rico

---

| | |
|---|---|
| **Standard plan**<br>500 contacts | $14.99 |
| | **Paid** via **PayPal** account for kasia@korbergroup.com on September 17, 2021 — $14.99 |

| Balance as of September 17, 2021 | $0.00 |
|---|---|

Save 10% for 3 months on future purchases by enabling two-factor authentication

If a refund is required, it will be issued in the purchase currency for the amount of the original charge. Sales Tax was not applied to

this purchase.

Looking for our W-9?

Looking for our United States Residency Certificate?



1

**Dropbox**                                                                                       **- $19.99**
September 28, 2021
Automatic Payment

**Paid with**

Business Gold Rewards Card                                                                        $19.99
AMEX Credit Card x-1022
You'll see "PAYPAL *DROPBOX" on your card statement.

**Transaction ID**
0NV83327N75910335

**Return shipping**

For more info  See Terms

**Seller info**

Dropbox
855-337-6726
http://www.dropbox.com

**Purchase details**

Purchase amount                                                                                   $19.99

Total                                                                                             $19.99

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **March 27, 2022**.