Hipolito Castro Jr
64 Mustang Drive
Monroe, CT 06468

INVOICE #PRO01-2021
DATE: September 28, 2021

**Dates of service: September 6 — September 10, 2021**          **TOTAL $7,576.07**

**The following is a detailed statement of the hours worked:**

**08/30/2021**

Bi-weekly Zoom Monitor's meeting **2 hrs.**

**09/07/2021**

–FPM Team meeting at the Monitor's Office 2.5 hrs.
–Meeting Refottn Unit at PRPB HQ 2.5 hrs.
-Meeting with IT Director 3 hrs.

09/08/2021
-Interviews with Supervisor's at Monitor's office. 2 hrs.
-Visit FIU. 2 hrs.
-Meeting with IT director **4 hrs.**

**09/09/2021**
-Status Conference at FPM. **8 hrs.**

**09/10/2021**
-Interviews with Supervisors at Monitor's Office. 8 hrs.

09/13/2021

Bi-weekly Zoom Monitor's meeting 2 hrs.

**09/14/2021**

Submitted SWAT recommendations. **1 hr.**

09/27/2021

Bi-weekly Zoom Monitor's meeting 2 hrs.

**Expenses due to travel: $1,726.07**

**Billable Hours:** 39 HOURS, at rate of $150 per hour = **$5,850.00**

I hereby certify that the amount billed in this invoice is true and correct and corresponds to the number of hours worked in my capacity as support staff to the Federal Monitor's Office. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

H tpoli o Castro Jr                                                                                 Date: September 28, 2021



# Office of the Technical Compliance Advisor Travel Reimbursement Form

**Traveler name: Hipolito Castro**
**September 6 to September 10, 2021**
**Purpose of Travel: Site visits/ interviews of PRPB personnel**

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 497.40 | 1 | $ 497.40 |
| Baggage | $ 30.00 | 2 | $ 60.00 |
| Ground Transportation (Uber/Lyft/Taxi) | $ 75.00 | 0 | $ |
| Ground Transportation (Parking) | 5.89 | 5 | $ 29.45 |
| Ground Transportation (Mileage) | 0.56 | 132 | $ 73.92 |
| Lodging | $ 135.70 | 4 | $ 542.80 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 3 | $ 345.00 |
| **Total** | | | **1,726.07** |

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH — 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

COURIYA-RD'
Aarnott.

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Hipolito Jr Castro
DC 00000
United States

Room: 0914
Room Type: EKNG
No. of Guests: 1
Rate: $ 115.00 Clerk: 1006

Marriott Rewards # 214246771

CRS Number 71493521

Name:

Arrive: 09-06-21         Time: 18:08         Depart: 09-10-21                  Folio Number: 675141

| Date | Description | Charges | Credits |
|---|---|---|---|
| 09-06-21 | Package | 115.00 | |
| 09-06-21 | Government Tax | 10.35 | |
| 09-06-21 | Hotel Fee | 10.35 | TIP |
| 09-07-21 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |
| 09-07-21 | Package | 115.00 | |
| 09-07-21 | Government Tax | 10.35 | |
| 09-07-21 | Hotel Fee | 10.35 | |
| 09-08-21 | Package | 115.00 | |
| 09-08-21 | Government Tax | 10.35 | |
| 09-08-21 | Hotel Fee | 10.35 | |
| 09-09-21 | Package | 115.00 | |
| 09-09-21 | Government Tax | 10.35 | |
| 09-09-21 | Hotel Fee | 10.35 | |
| 09-10-21 | American Express | | 545.80 |
| | Card # XXXXXXXXXXX1006 | | |

Minus

```
Bradley Int 1. Airport Parking Lot 4
            SP+ Parking
          Windsor Locks, CT

F/C #12          A Payment No.00030930
110 #35                 Ticket No.021450
Cashier         ID #171 JENNIPHER A
Entry Time      9/6/2021 (Mon) 11:11
Paid Time       9/19/2021 (Sun) 19:11
Parking Time            13 Days 8:00
Parking Fee        Rate C    $76.57

TAX(Included)                    $4.57
  Taxi             6.35 %       $4.57
VISA
  Account # *****************************1863
  Slip #                         22910
  Auth Code                     081603
CREDIT CARD AMOUNT              $76.57
Cash Amount                      $0.00
=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=
Total                           $76.57
              Thank you
www.parkbradleyairport.com  (860) 627-3555
===========================:
```



Only 6 days
35.34.Parking
132 Miles



5.89
5.29
x 6 days
35.34
Only

Report Website Problem

Download to calendar

# Itinerary confirmation

## You're all set to jet!

### Confirmation code: HJAZQX

**MANAGE BOOKING**

### Travelers

**HIPOLITO CASTRO**

| | | |
|---|---|---|
| Flight | Ticket number | 2797663761922 |
| | Special Request | |
| | Seat | BDL → SJU: 14D    SJU → : 12D |
| | Checked Baggage Allowance | 0 bags |

## Your flights

| | | | |
|---|---|---|---|
| Hartford Springfield, CT (BDL)<br>Mon Sep 6 2021, 1:19 PM<br>A320 | San Juan, PR (SJU)<br>Mon Sep 6 2021, 5:10 PM | Flight 1475<br>JetBlue | Fare: Blue Basic<br>Nonstop |
| San Juan, PR (SJU)<br>Sun Sep 12 2021, 2:40 PM<br>A320 | Hartford Springfield, CT (BM)<br>Sun Sep 12 2021, 6:36 PM | Flight 0276<br>JetBlue | Fare: Blue Basic<br>Nonstop |

### Fare breakdown

| Passenger Type | Base Fare per person | Taxes & fees per person | Total Fare per person | Number of travelers | Total Fare |
|---|---|---|---|---|---|
| Adult | $415.00 | $58.40 | $473.40 | x1 | $473.40 USD |

**Total fare:**    **$473.40 USD**

### Extras

**Total extras:**    **$24.00** USD

|  | |
|---|---|
| **Charged to American Express ending in 1C"** | $473.40 USD |
| **Charged to American Express ending in 1OOt** | $24.00 USD |
| Total | $497.40 USD |

*[handwritten: 60.00 Laugage, circled]*

## Information

1. **CARRY-ON BAG RULES:**

   **JetBlue-operated flights**

   For flights to/from U.S. (excluding from London), Caribbean and Latin America:

   For travel 7/20/21 or later, Blue Basic customers may only bring a personal item (purse, briefcase, laptop. etc ) that fits under the seat in front overhead bin and must not exceed 17" L (43.2 cm) x 13" W(33 cm) x 8" H (20.32 cm). **WsliFiriteMs may not** go in the

   Mosaics and eligible travelers on the same booking and traveling together, travelers combining a Blue Basic fare with an Even Morel' Space seat (on all legs, if connecting), U.S. military and unaccompanied minors may still bring a carry-on bag that fits in the overhead bin (guaranteed space onboard for Even More® Space seats on domestic flights within the U.S., space permitting for others) and one personal item.

   Blue, Blue Plus, Blue Extra and Mint may bring one bag that fits in the overhead bin (guaranteed space onboard for domestic itineraries) plus one personal item (purse, briefcase, laptop, etc.) that fits under the seat in front of them for free. Any excess carry-on bags will be checked bags.

   For flights to/from London:

   Blue Basic, Blue, Blue Plus, Blue Extra and Mint may bring one bag that fits in the overhead bin (space permitting) plus one personal item (purse, briefcase, laptop, etc.) that fits under the seat in front of them for free. Any excess carry-on bags will be checked bags.

   **Connecting on our partner airlines (including Cape Air) -** The carry-on rules of a partner airline apply when checking in to a JetBlue flight that is connecting to the partner. See our partner page for more information. While JetBlue may allow additional carry-ons as a courtesy to customers connecting to our partner airline, JetBlue cannot guarantee that those bags will be accepted for in-cabin travel on the partner. Customers are encouraged to abide by partner's rules for their entire journey to avoid additional checked bag fees if their carryon do not meet size/weight restrictions.

   **CHECKED BAGS**

   Checked bags may be subject to additional fees, depending on the type of fare purchased, route, method of payment, size and weight of bags, and other variables. For checked bag fees and allowances, refer to wwwjetblue.corn/bags. Other bag rules may apply if your travel includes more than one airline. Please review the bag policies of any codeshare and interline partners on your itinerary.

2. Legroom based on average fleet-wide seat pitch of U.S. airlines. JetBlue-operated flights only.

3. DIRECTVO and SiriusXM Radioth services are not available on flights outside the contiguous United States; however, where applicable, movies from JetBlue Features' are offered complimentary on these routes. JetBlue-operated flights only.

4. Certain flights will require more points to redeem award travel based on, among other things, the flight chosen and peak travel periods. TrueBlue **Members** are responsible for taxes and fees applicable to Award Flights, including (a) Passenger Facility Charges of up to $9.00 each way, (b) September 11th Security Fees of up to $11.20 per enplanement at a U.S. originating airport and (c) Federal Segment Taxes of $4.00 per domestic segment (a segment is a takeoff and landing). Government taxes/fees are subject to change as required by law, see http://www.jetblue.com /about/legal/taxes.asp.

5. If you find the same hotel and dates of stay at a lower rate, liotels.com will, at its choice, either match the lower rate or cancel the reservation without a cancellation fee. See http://hotels.jetblue.com/index.jsp?pageName=guarantee.

6. Hotels.com does not charge a change or cancel fee; but each property has independent penalties for changes/cancellations. See hotel details.

   **Customer concerns**
   Any customer inquiries or concerns can be addressed here, emailed to deanetblue@jetblue.com, or sent to JetBlue Airways, 6322 South 3000 East, Suite G10, Salt Lake City, UT 84121.

   **Notice of Increased Government Tax or Fee**
   JetBlue reserves the right to collect additional payment after a fare has been paid in full and tickets issued for any additional government taxes or fees assessed or imposed.