

# Ipsos, Inc.

463 Fernando Calder St.
San Juan, Puerto Rico
00918
Puerto Rico

**I N V O I C E  NO - 21000111**

| | |
|---|---|
| Payment Terms : | 30 days net |
| Due Date : | 06/11/2021 |
| **Invoice Date :** | **06/10/2021** |
| | ( 1/1 ) |

TECHNICAL COMPLIANCE ADVISOR
OFFICE OF THE TCA
VIG TOWER, PH -924
1225 AVE. JUAN PONCE DE LEON
SAN JUAN, PR 00907

| | |
|---|---|
| Company | : Ipsos, Inc. (Puerto Rico) [12030] |
| Federal ID | : 660454909 |
| End Client | : 14336175 |
| Sales Order | : 21000070 S2 |
| Accounting Contact | : Claribeth.zayas@ipsos.com |

| | |
|---|---|
| Purchase Order Number | : |
| Client Contact | : JAVIER GONZALEZ |
| Client Tel | : 787-417-9098 |
| Client Email | : javier.benito@me.com |

| JOB NUMBER | SALES REF. | DESCRIPTION | TOTAL | |
|---|---|---|---:|---|
| 2106079101 | Trabanco Muñoz, Roxana A. | Initial billing | | |
| 2107534001 | | TCA Community Survey | 30,495.00 | USD |
| 2107535801 | roxana.trabanco@ipsos.com | TCA PRPD Survey | 17,550.00 | USD |
| | | TCA Detainess Survey | 11,650.00 | USD |

| | |
|---|---:|
| Total Budget Research | 119,390.00 |
| Already Billed | 59,695.00 |
| Percentage Billed on this Invoice | 50.00% |

| | | |
|---|---:|---|
| **Invoice Subtotal** | 59,695.00 | **USD** |
| **IVU Special Tax  4.000 %** | 2,387.80 | **USD** |
| **Total  Amount Due** | 62,082.80 | **USD** |

Please reference the invoice number with your payment.
Overdue accounts charged at 1.5% interest per month.
" The Above is a Corporate Address Only.  Please See Below for the Remit Payment Address"

### Remit Payment to

**IPSOS, INC. (PUERTO RICO)**
463 Fernando Calder St.
San Juan, Puerto Rico
00918
Puerto Rico

### Wire Payment to

| | |
|---|---|
| ABA No | : 221571415 |
| Swift Code | : OBPRPRSJXXX |
| Account  Number | : 1960715573 |
| Bank  Name | : Oriental Bank |
| Bank Address | : Hato Rey |
| | Torre Oriental |
| | 254 Ave. Muñoz Rivera |
| | San Juan |
| | Puerto Rico |

Certified Correct,

_____
Claribet Zayas
Director of Finance
and Administration

Tel+ 1.787.753.8370
Fax+ 1.787.754.1614