Del Carmen Consulting, LLC
3122 Westwood Drive
Arlington, Texas 76012

September 22, 2021 through October 21, 2021

INVOICE # SM2021-10             **TOTAL DUE $ 15,000.00**
SPECIAL MASTER
OCTOBER 2021 INVOICE

## Tasks Completed

Drafted, reviewed and responded to emails and all other documents/communication with respective parties and the Court. Engaged in review of some documents for the Court.

Conference calls with the Monitoring Team members, Commonwealth Representatives and Court.

Conference calls with the Monitor and SM team members.

Zoom meetings with various groups including NIBRS staff.

Engaged in review of policies provided by PRPB.

Virtual meeting with attorneys.

Reviewed Bias Based Policing Protocols and data collection efforts with Ipsos.

Assisted in Career Path project.

## Flat Rate Total Wages Due = $15,000.00

## TOTAL DUE = $ 15,000.00

**I hereby certify that the amount billed in this invoice is true and correct in my capacity as Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.**

*Alejandro del Carmen*
    **Dr. Alejandro del Carmen**                                                10/21/21