GALOEFFERT, LLC
4805 East Lake Road
Sheffield Lake, Ohio 44054

September 22, 2021, through October 21, 2021

INVOICE # 2021-10  **TOTAL DUE $9,900.00**
ASSISTANT SPECIAL MASTER
OCTOBER 2021 INVOICE

Tasks Completed

| Hours | Description | Total |
|---|---|---|
| 24 | Reviewed, worked, and provided feedback on documents related to PRPB's NIBRs Manual, Integrity Audit memo, PRPB career path policy, Prepared summary of OSM projects for the court, email and discussed with the Special Master and other parties. | $3,600.00 |
| 20 | Drafted, reviewed, and responded to emails and all other documents/communication with respective parties and the court. | $3,000.00 |
| 22 | Zoom meetings and/or conference calls with the parties. | $3,300.00 |

Total Wages Due = $9,900.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

*[signature]*
Gary A. Loeffert

10/22/2021