**ATTACHMENT NO. 1**

| | |
|---|---|
| **Subject:** | PRPB:  October 253 Meeting |
| **Location:** | https://www.zoomgov.com/j/1619480972 |
| | |
| **Start:** | Wed 10/21/2020 9:00 AM |
| **End:** | Wed 10/21/2020 11:00 AM |
| **Show Time As:** | Tentative |
| | |
| **Recurrence:** | (none) |
| | |
| **Organizer:** | Saucedo, Luis E (CRT) |

Join ZoomGov Meeting
https://www.zoomgov.com/j/1619480972

Meeting ID: 161 948 0972
One tap mobile
+16692545252,,1619480972# US (San Jose)
+16468287666,,1619480972# US (New York)

Dial by your location
        +1 669 254 5252 US (San Jose)
        +1 646 828 7666 US (New York)
Meeting ID: 161 948 0972
Find your local number: https://www.zoomgov.com/u/adVOO7GsLZ

Join by SIP
1619480972@sip.zoomgov.com

Join by H.323
161.199.138.10 (US West)
161.199.136.10 (US East)
Meeting ID: 161 948 0972

*USA v. Commonwealth of Puerto Rico*, No. 12-cv-2039 (GAG)
**Proposed Agenda for 253 Meeting**
**10/21/20, 10am-12pm ET**

1. Update on the timing of upcoming monitoring reports
2. Update on Monitor's new document sharing system (Podio) and protocols
3. Update on reform-related expenditures for FY20-21 from special reform allocations
4. Status of data gap analysis and IT needs assessment
5. Monitor's access to open investigation files