| | |
|---|---|
| **From:** | Saucedo, Luis E (CRT) <Luis.E.Saucedo@usdoj.gov> |
| **Sent:** | Monday, July 26, 2021 3:53 PM |
| **To:** | Jose C Vazquez Rivera; Denise Rodriguez; admin@fpmpr.org; john romero; Roberto Abesada Agüet; Alejandro del Carmen; Carlos J Figueroa Ortolaza; Arthur Garffer; Rafael Barreto-Sola; Gabriel A. Peñagarícano-Valdés; Javier Gonzalez; luis.g.hidalgo.ramirez@outlook.com; Castillo, Jorge (CRT); Lopez, Sarah (CRT); Tom Petrowski; Gary Loeffert; Samantha Rhinerson; Chahal, Simrandeep (CRT) |
| **Subject:** | PRPB: July 253 Meeting |

Good afternoon all,

Below is a proposed agenda for our 253 meeting tomorrow, July 26, from 2-4pm ET. We incorporated the items we received via email. We sent an Outlook invite with the Zoom invite. For ease of reference, I'm pasting the Zoom link below. Thank you.

**PROPOSED AGENDA FOR 253 MEETING**
Tuesday, July 27, 2021, 2-4pm ET
ZoomGov

1. Joint IT action plan and the Commonwealth's capacity to prepare an initial draft.
    a. Status of contract with AH Datalytics
2. Proposed change to minimum age requirement
3. Deployment of audio recording devices and proposal to suspend certain requirements of Paragraph 222
4. Investigation of accidental shootings under General Order 605
5. Community surveys under Paragraph 241
6. Timing for next 261 self-assessment and CMR-5.
7. Officer interviews after an officer-involved shooting (DPS)
8. Report on reform-related expenses from FY20-21 (Monitor)
9. Update on implementation of protocol on appointments to auxiliary commissioners (Special Master)
10. Follow up on potential assistance from the University of Chicago Crime Lab (Special Master)

Join ZoomGov Meeting
https://www.zoomgov.com/j/1618696328?pwd=b3dxMGFSWDRWOVBWZmNZaHJsb1NQdz09

Meeting ID: 161 869 6328
Passcode: 661137
One tap mobile
+16692545252,,1618696328#,,,,*661137# US (San Jose)
+16468287666,,1618696328#,,,,*661137# US (New York)

Dial by your location
    +1 669 254 5252 US (San Jose)
    +1 646 828 7666 US (New York)
    +1 669 216 1590 US (San Jose)
    +1 551 285 1373 US
Meeting ID: 161 869 6328
Passcode: 661137
Find your local number: https://www.zoomgov.com/u/anLc8xbYK

1

Join by SIP
1618696328@sip.zoomgov.com

Join by H.323
161.199.138.10 (US West)
161.199.136.10 (US East)
Meeting ID: 161 869 6328
Passcode: 661137

**Luis E. Saucedo | Senior Trial Attorney | Special Litigation Section**
United States Department of Justice | Civil Rights Division
300 N. Los Angeles St., Ste. 7516 | Los Angeles, CA  90012
T:  213.894.6117 | M:  202.598.0482 | luis.e.saucedo@usdoj.gov