| | |
|---|---|
| **Subject:** | August P253 Meeting |
| **Start:** | Tue 8/31/2021 1:00 PM |
| **End:** | Tue 8/31/2021 3:00 PM |
| **Show Time As:** | Tentative |
| **Recurrence:** | (none) |
| **Organizer:** | admin@fpmpr.org |

Agenda Items
1. IT Action Plan – next steps
2. Promotions protocols – next steps
3. Upcoming tour schedule – Sept through December
4. PRPB proposed timeline for semi-annual status reports (see attached)
5. Confirm reporting schedule for CMR5: Self-report, draft CMR5, comment period, final CMR5.
6. Review of data received in response to 2nd CMR 5 data request and upcoming 3rd data request.
7. Status of information on reform-related expenses
8. Data request related to paragraph 91
9. Career Path—next steps


Join Zoom Meeting
https://us06web.zoom.us/j/6616179339?pwd=cWxWdmFSTWthY0VHTHl5eGNEMTNQQT09

Meeting ID: 661 617 9339
Passcode: 729869
One tap mobile
+13462487799,,6616179339#,,,,*729869# US (Houston)
+16699006833,,6616179339#,,,,*729869# US (San Jose)

Dial by your location
    +1 346 248 7799 US (Houston)
    +1 669 900 6833 US (San Jose)
    +1 253 215 8782 US (Tacoma)
    +1 301 715 8592 US (Washington DC)
    +1 312 626 6799 US (Chicago)
    +1 929 205 6099 US (New York)
    +1 787 945 1488 Puerto Rico
    +1 787 966 7727 Puerto Rico
    +1 939 945 0244 Puerto Rico
Meeting ID: 661 617 9339
Passcode: 729869
Find your local number: https://us06web.zoom.us/u/kzC0WDmbk

MON-OR-448-26-8-2021

**23 agosto de 2021**

**TIEMPO PARA PRESENTAR EL INFORME DE PROGRESO SEMESTRAL DEL PÁRR. 261.**

El NPPR propone que el informe de progreso semestral que requiere el párrafo 261, se presente a la corte diez (10) días luego de culminado el periodo que está siendo revisado.

| Periodo | Negociado de la Policía de Puerto Rico | Monitor Federal |
|---|---|---|
| 4/1/2021<br>9/30/2021 | Informe Semestral 14<br>Presentación: 10 de octubre 2021 | CMR-5<br>Draft: 15 de octubre de 2021<br>Final Report: 15 de noviembre de 2021 |
| 10/1/2021<br>3/31/2022 | Informe Semestral 15<br>Presentación: 10 de abril de 2022 | CMR-6<br>Draft: 15 de abril de 2022<br>Final Report: 15 de mayo de 2022 |
| 4/1/2022<br>9/30/2022 | Informe Semestral 16<br>Presentación: 10 de octubre de 2022 | CMR-7<br>Draft: 15 de octubre de 2022<br>Final Report: 15 de noviembre de 2022 |
| 10/1/2022<br>3/31/2023 | Informe Semestral 17<br>Presentación: 10 de abril de 2023 | CMR-8<br>Draft: 15 de abril de 2023<br>Final Report: 15 de mayo de 2023 |
| 4/1/2023<br>9/30/23 | Informe Semestral 18<br>Presentación: 10 de octubre de 2023 | CMR-9<br>Draft: 15 de octubre 2023<br>Final Report: 15 de noviembre de 2023 |
| 10/1/2023<br>3/31/2024 | Informe Semestral 19<br>Presentación: 10 de abril de 2024 | CMR-10<br>Draft: 15 de abril de 2024<br>Final Report: 15 de mayo de 2024 |

Lenguaje propuesto para enmendar el párrafo 261 del Acuerdo:

Párr. 261: Comenzando con el primer informe semestral del TCA, la PPR presentará ante el Tribunal Federal las versiones selladas y no selladas de un informe de estatus, con una copia para el TCA y para el DOJ, en un <u>término de diez (10) días luego</u> ~~quince (15) días antes~~ de que termine el periodo que está siendo revisado. El informe de la PPR delineará los pasos que ha adoptado durante el período de revisión para la implementación del presente Acuerdo y el estatus de la evaluación del progreso de la

MON-OR-448-26-8-2021

PPR, y cualquier respuesta a las inquietudes que hayan sido planteadas en los informes anteriores del TCA.