**ATTACHMENT NO. 5**

| | |
|---|---|
| **From:** | admin@fpmpr.org |
| **Sent:** | Tuesday, September 28, 2021 5:51 PM |
| **To:** | DRodriguez_PRI@outlook.com; John Romero; Roberto Abesada Agüet; Javier Gonzalez; luis.g.hidalgo.ramirez@outlook.com; 'Carlos J Figueroa Ortolaza'; 'Jose C Vazquez Rivera'; 'Rafael Barreto-Sola'; 'Gabriel A. Peñagarícano-Valdés'; 'Arthur Garffer'; 'Saucedo, Luis E (CRT)'; 'Castillo, Jorge (CRT)'; 'Lopez, Sarah (CRT)'; Alejandro del Carmen; Gary Loeffert; Tom Petrowski |
| **Cc:** | 'Samantha Rhinerson' |
| **Subject:** | RE: September 253 Meeting |

Good Afternoon,

Please see below the agenda items for our P253 Meeting this Friday at 2pm ET.

1. Status of UOF web-based reporting and tracking
2. Planning for the evaluation and analysis of outcome measures (Paragraph 243)
3. Proposed schedule for the Monitoring reports & PRPB Status Reports & Next Steps
4. Intervención con Personas Extranjeras (GO-626)
5. Policy Definitions
6. PRPB Web page
7. Virtual Library
8. Status report from PRPB on the NDAs with the U. Of Chicago
9. Update on the data availability regarding biased based policing
10. Status of information on reform-related expenses
11. The Court's Benchmark Order of 9/21/21 (Dkt. 1848)
12. The Court's Order on Work Assigned to the Special Master of 8/24/21 (Dkt. 1822)
13. Status of the revised draft of the IT Action Plan


-----Original Appointment-----
**From:** DRodriguez_PRI@outlook.com
**Sent:** Tuesday, September 14, 2021 3:01 PM
**To:** admin@fpmpr.org; John Romero; Roberto Abesada Agüet; Javier Gonzalez; DRodriguez_PRI@outlook.com; luis.g.hidalgo.ramirez@outlook.com; Carlos J Figueroa Ortolaza; Jose C Vazquez Rivera; Rafael Barreto-Sola; Gabriel A. Peñagarícano-Valdés; Arthur Garffer; Saucedo, Luis E (CRT); Castillo, Jorge (CRT); Lopez, Sarah (CRT); Alejandro del Carmen; Gary (gloeffert@specialmasterpuertorico.com); Tom Petrowski
**Cc:** Samantha Rhinerson
**Subject:** September 253 Meeting
**When:** Friday, October 1, 2021 1:00 PM-3:00 PM (UTC-06:00) Central Time (US & Canada).
**Where:**

Please send to us any proposed agenda items. We will send out the agenda prior to the meeting.


Join Zoom Meeting
https://us06web.zoom.us/j/6616179339?pwd=cWxWdmFSTWthY0VHTHI5eGNEMTNQQT09

Meeting ID: 661 617 9339

1

Passcode: 729869
One tap mobile
+13462487799,,6616179339#,,,,*729869# US (Houston)
+16699006833,,6616179339#,,,,*729869# US (San Jose)

Dial by your location
        +1 346 248 7799 US (Houston)
        +1 669 900 6833 US (San Jose)
        +1 253 215 8782 US (Tacoma)
        +1 301 715 8592 US (Washington DC)
        +1 312 626 6799 US (Chicago)
        +1 929 205 6099 US (New York)
        +1 787 945 1488 Puerto Rico
        +1 787 966 7727 Puerto Rico
        +1 939 945 0244 Puerto Rico
Meeting ID: 661 617 9339
Passcode: 729869
Find your local number: https://us06web.zoom.us/u/kzC0WDmbk