| | |
|---|---|
| **From:** | Office of the TCA Puerto Rico <admin@fpmpr.org> |
| **Sent:** | Tuesday, October 26, 2021 10:25 AM |
| **To:** | Office of the TCA Puerto Rico |
| **Cc:** | agarffer@dsp.pr.gov; cjfigueroa@policia.pr.gov; Alejandro del Carmen; drodriguez_pri@outlook.com; Gary Loeffert; gpenagaricano@cnr.law; javier.benito@me.com; jcvazquez3@policia.pr.gov; jorge.castillo@usdoj.gov; jrrjjr.romero@gmail.com; luis.e.saucedo@usdoj.gov; luis.g.hidalgo.ramirez@outlook.com; Tom Petrowski; rbarreto@cnr.law; sarah.lopez@usdoj.gov |
| **Subject:** | RE: October 253 Meeting Agenda Items |
| **Attachments:** | CMR6.FPM.Timeline.ForParties.docx |

Hi All,

Please find the agenda for Friday's 253 Meeting below.

1. Status of the transfer of vehicles from previous Monitor's Office to current Office
2. Discussion on PRPB's UOF Dashboard re: discrepancies relating to overall numbers reported compared to the Global List
3. Update on the status of Virtual Library and its public access
4. Update on Community Surveys
5. Discussion on CMR-6 timeline
6. Supervisors within PRPB
7. Barriers on the acquisition of resources for improvements to IT
8. The Court's Benchmark Order of 9/21/21 (Dkt. 1848)
9. Update from DPS on reform-related expenditures
10. Special Master Update on Projects

Feel free to reach out if you have any questions.

Best,

Samantha Rhinerson
**Office of the TCA Puerto Rico**
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907

Website: fpmpr.org

In case of an emergency, or if you require police assistance, or need to report a crime, call 9-1-1 or contact PRPB directly.


-----Original Message-----
From: "Office of the TCA Puerto Rico" <admin@fpmpr.org>
Sent: Wednesday, October 20, 2021 8:31am
To: agarffer@dsp.pr.gov, cjfigueroa@policia.pr.gov, delcarmen@specialmasterpuertorico.com, drodriguez_pri@outlook.com, gloeffert@specialmasterpuertorico.com, gpenagaricano@cnr.law, javier.benito@me.com, jcvazquez3@policia.pr.gov, jorge.castillo@usdoj.gov, jrrjjr.romero@gmail.com, luis.e.saucedo@usdoj.gov, luis.g.hidalgo.ramirez@outlook.com, petrowski@specialmasterpuertorico.com, rbarreto@cnr.law, sarah.lopez@usdoj.gov
Subject: October 253 Meeting Agenda Items

Hi All,

A friendly reminder to submit any proposed agenda items that you may have for next week's 253 Meeting.

1

Best,

Samantha Rhinerson
**Office of the TCA Puerto Rico**
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907

Website: fpmpr.org

In case of an emergency, or if you require police assistance, or need to report a crime, call 9-1-1 or contact PRPB directly.