| | |
|---|---|
| **From:** | Saucedo, Luis E (CRT) <Luis.E.Saucedo@usdoj.gov> |
| **Sent:** | Friday, October 29, 2021 11:00 PM |
| **To:** | Office of the TCA Puerto Rico |
| **Cc:** | agarffer@dsp.pr.gov; cjfigueroa@policia.pr.gov; Alejandro del Carmen; drodriguez_pri@outlook.com; Gary Loeffert; gpenagaricano@cnr.law; javier.benito@me.com; jcvazquez3@policia.pr.gov; Castillo, Jorge (CRT); jrrjjr.romero@gmail.com; luis.g.hidalgo.ramirez@outlook.com; Tom Petrowski; rbarreto@cnr.law; Lopez, Sarah (CRT); Chahal, Simrandeep (CRT) |
| **Subject:** | RE: [EXTERNAL] RE: October 253 Meeting Agenda Items |
| **Attachments:** | Pages from Commonwealth - FY2022 Certified Budget - (GF - SRF - FF).pdf; Pages from FOMB - Government of PR FY2021 Budget (General - Special Revenue - Federal) - As Certified by FOMB on June 30 2020.pdf; Pages from 992 Transcript of Aug 2018 Status Conference-2.pdf; TCA-OR-840-11-03-19 Tabla Control Presupuestario Asignacion Reforma 2019 28-feb-2019.xlsx; Tabla Distribución $11 Millones (26.8 KB) |

Good evening all,

We wanted to shared the budget information we presented at today's 253 meeting. The screen shot was from the Certified Budget for the Commonwealth Government for FY2022, posted on the Financial Oversight and Management Board website and dated, June 30, 2021. https://oversightboard.pr.gov/budgets-2/. During the meeting, we reiterated our request for monthly expense reports for reform-related budget allocations. We are also attaching other documents that we referenced during the meeting today. These documents are:

1. Pages 13-20 of the Commonwealth's FY22 Certified Budget for the Department of Public Safety. The document includes the following allocations that are related to reform (**presented at today's meeting**):
   - Payroll and related expenses: $2,800,000 for police reform
   - Payroll and related expenses: $4,837,000 to recruit civilians to replace sworn officers performing administrative tasks
   - Capex: $20,000,000 allocated to PRPB for vehicles
   - Capex: $6,600,000 allocated to PRPB for police reform
   - Undistributed appropriation: $20,000,000 for police reform

2. Pages 13-17 of the Commonwealth's FY21 Certified Budget for the Department of Public Safety. The document includes the following allocations that are related to reform:
   - Payroll and related expenses: $4,460,000 for police reform
   - Capex: $6,580,000 allocate to PRPB for police reform
   - Capex: $19,939,000 allocated to PRPB for vehicles
   - Undistributed appropriation: $20,000,000 for police reform

3. Pages 9-21 of the transcript of the August 20, 2018, public hearing regarding reform-budget expenditures. In the transcript, you'll see a discussion of the $20M allocated yearly from 2013-2018 and the amount of unspent funds. **On page 15, the Court instructs the Commonwealth to provide monthly expenditure reports to the Monitor and DOJ.**

4. A copy of a monthly expenditure report produced by the Reform Office on February 28, 2019.

5. Email from Reform Office, dated 10/22/20, attaching a table showing a breakdown of a special $11M allocation for reform-related expenses. You'll see that the funds were allocated to IT improvements (CAD, GTE, digitizing forms) and radios.

1

Please let us know if you have any questions or concerns.
Thank you,
Luis

**Luis E. Saucedo | Senior Trial Attorney | U.S. Department of Justice**
213.894.6117 (o) | 202.598.0482 (c) | luis.e.saucedo@usdoj.gov

**From:** Office of the TCA Puerto Rico <admin@fpmpr.org>
**Sent:** Tuesday, October 26, 2021 11:25 AM
**To:** Office of the TCA Puerto Rico <admin@fpmpr.org>
**Cc:** agarffer@dsp.pr.gov; cjfigueroa@policia.pr.gov; delcarmen@specialmasterpuertorico.com; drodriguez_pri@outlook.com; gloeffert@specialmasterpuertorico.com; gpenagaricano@cnr.law; javier.benito@me.com; jcvazquez3@policia.pr.gov; Castillo, Jorge (CRT) <Jorge.Castillo@usdoj.gov>; jrrjjr.romero@gmail.com; Saucedo, Luis E (CRT) <Luis.E.Saucedo@usdoj.gov>; luis.g.hidalgo.ramirez@outlook.com; petrowski@specialmasterpuertorico.com; rbarreto@cnr.law; Lopez, Sarah (CRT) <Sarah.Lopez@usdoj.gov>
**Subject:** [EXTERNAL] RE: October 253 Meeting Agenda Items

Hi All,

Please find the agenda for Friday's 253 Meeting below.

1. Status of the transfer of vehicles from previous Monitor's Office to current Office
2. Discussion on PRPB's UOF Dashboard re: discrepancies relating to overall numbers reported compared to the Global List
3. Update on the status of Virtual Library and its public access
4. Update on Community Surveys
5. Discussion on CMR-6 timeline
6. Supervisors within PRPB
7. Barriers on the acquisition of resources for improvements to IT
8. The Court's Benchmark Order of 9/21/21 (Dkt. 1848)
9. Update from DPS on reform-related expenditures
10. Special Master Update on Projects

Feel free to reach out if you have any questions.

Best,

Samantha Rhinerson
**Office of the TCA Puerto Rico**
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907

Website: fpmpr.org

In case of an emergency, or if you require police assistance, or need to report a crime, call 9-1-1 or contact PRPB directly.

-----Original Message-----
From: "Office of the TCA Puerto Rico" <admin@fpmpr.org>
Sent: Wednesday, October 20, 2021 8:31am
To: agarffer@dsp.pr.gov, cjfigueroa@policia.pr.gov, delcarmen@specialmasterpuertorico.com, drodriguez_pri@outlook.com, gloeffert@specialmasterpuertorico.com, gpenagaricano@cnr.law, javier.benito@me.com, jcvazquez3@policia.pr.gov, jorge.castillo@usdoj.gov, jrrjjr.romero@gmail.com, luis.e.saucedo@usdoj.gov, luis.g.hidalgo.ramirez@outlook.com, petrowski@specialmasterpuertorico.com, rbarreto@cnr.law, sarah.lopez@usdoj.gov
Subject: October 253 Meeting Agenda Items

Hi All,

A friendly reminder to submit any proposed agenda items that you may have for next week's 253 Meeting.

Best,

Samantha Rhinerson
**Office of the TCA Puerto Rico**
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907

Website: fpmpr.org

In case of an emergency, or if you require police assistance, or need to report a crime, call 9-1-1 or contact PRPB directly.