**ATTACHMENT NO. 8**

DEPARTAMENTO DE SEGURIDAD PUBLICA
NEGOCIADO DE LA POLICIA DE PUERTO RICO
Reforma (111-040-0000-0001-081-2019)
Control Presupuestario y Desembolsos

| Asignación Presupuestaria | Proyectado para el Bien o Servicio Adquirido para el año fiscal 2019 | Obligación | Gastos/Desembolso | Balance segun PRIFAS* Obligado + Desembolso - Asignacion Presupuestaria |
|---|---|---|---|---|
| | $ 20,000,000.00 | | | |
| Partida: 001 Nómina y Costos Relacionados | $ 1,071,268.00 | | $ 60,000.00 | $ 19,940,000.00 |
| Partida: 003 Servicios Comprados | $ 2,231,880.98 | $ 1,495,064.76 | $ 701,995.81 | $ 17,742,939.43 |
| Partida: 005 Gastos de Transportación y Subsistencia | $ 1,050.00 | $ - | $ 1,050.00 | $ 17,741,889.43 |
| Partida: 006 Servicios Profesionales | $ 7,045,406.50 | $ 3,465,293.65 | $ 3,544,601.17 | $ 10,731,994.61 |
| Partida: 007 Otros Gastos | $ 2,461,884.87 | $ 137,618.01 | $ 24,096.43 | $ 10,570,280.17 |
| Partida: 010 Materiales y Suministros | $ 1,081,787.71 | $ 38,743.72 | $ 13,185.49 | $ 10,518,350.96 |
| Partida: 011 Compra de Equipo | $ 6,106,721.94 | $ 2,373,653.60 | $ 1,487,323.28 | $ 6,657,374.08 |
| | | | | |
| Totales* | $ 20,000,000.00 | $ 7,510,373.74 | $ 5,832,252.18 | |

La Obligación y los Desembolsos son los contabilizados en el sistema PRIFAS (Hacienda).

*Balance según Sistema PRIFAS incluye las obligaciones y lo desembolsado en el año fiscal 2018-2019.