```
                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF PUERTO RICO
:_____:

UNITED STATES OF AMERICA,              :
                                       :
                Plaintiff,             :
        vs.                            : No. 12-CV-2039 GAG
                                       :
COMMONWEALTH OF PUERTO RICO, et al.,   :
                                       :
                Defendants.            :
:_____:

              TRANSCRIPT OF PUBLIC HEARING
  HELD BEFORE THE HONORABLE CHIEF JUDGE GUSTAVO A. GELPÍ
  JOSÉ V. TOLEDO U.S. COURTHOUSE, OLD SAN JUAN, PUERTO RICO
       MONDAY, AUGUST 20, 2018, BEGINNING AT 2:17 P.M.
:_____:

A P P E A R A N C E S:

        U.S. DEPARTMENT OF JUSTICE
        Civil Rights Division
        By Luis E. Saucedo, Esquire
        300 N. Los Angeles Street
        Federal Building, Suite 7516
        Los Angeles, California 90012
        For the United States of America

        P.R. DEPARTMENT OF JUSTICE
        Federal Litigation Division
        By Joel Torres Ortíz, Esquire
        P.O. Box 9020192
        San Juan, Puerto Rico 00902-0192
        For the Commonwealth of Puerto Rico

ALSO PRESENT:

        Courtroom Deputy Clerk Sonia C. Cardona
        Spanish Interpreter Manuel Horta
        Monitor Arnaldo Claudio
        TCA Alfredo A. Castellanos-Bayouth, Esquire
        TCA Antonio R. Bazán-González, Esquire
        Police Commissioner Henry Escalera
        Gov. Chief Legal Advisor Alfonso Orona-Amilivia
        Susana Peñagarícano, Esquire
```