IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants**. | **Civil No.** 12-2039 (FAB) |

**ORDER**

The Invoices submitted by Del Carmen Consulting, LLC, TD Petrowski, LLC, and Galoeffert, LLC (Docket Nos. 1886, 1887 & 1888) are **NOTED**.

The amounts claimed for the period from September 22, 2021 through October 21, 2021, are reasonable and **APPROVED** for payment.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, November 15, 2021.

s/Francisco A. Besosa<br>
FRANCISCO A. BESOSA<br>
UNITED STATES DISTRICT JUDGE