OFFICE OF THE FPMPR LLC.
B-5 Calle Tabonuco Suite 216 PMB 292
Guaynabo, Puerto Rico 00968

November 5, 2021

Professional services rendered by the members of the Office of the FPMPR LLC. For October 2021:

| NAME | AMOUNT | MONTH |
|---|---|---|
| John Romero | $19,803.82 | October 2021 |
| Spece | $2,619.50 | October 2021 |
| The & Group LLC (Javier González) | $6,200.00 | October 2021 |
| Dr. David Levy | $8,160.00 | October 2021 |
| Denise Rodriguez | $15,833.33 | October 2021 |
| Viota & Associates CPA LLC | $2,095.00 | October 2021 |
| Donald S. Gosselin | $11,836.45 | October 2021 |
| Al Youngs | $9,900.00 | October 2021 |
| Rafael E. Ruiz | $9,900.00 | October 2021 |
| Scott Cragg | $9,900.00 | October 2021 |
| Correa Acevedo & Abesada Law offices, PSC (Lcdo. Roberto Abesada) | $14,332.50 | October 2021 |
| Rita J. Watkins | $11,200.00 | October 2021 |
| Merangelie Serrano | $12,960.00 | October 2021 |
| Luis Hidalgo | $11,500.00 | October 2021 |
| Korber Group | $1,648.94 | October 2021 |
| Samantha Rhinerson | $1,800.00 | October 2021 |
| Claudia Cámara | $1,040.00 | October 2021 |
| Manuel Arroyo | $2,420.00 | October 2021 |
| Hipolito Castro Jr | $3,750.00 | October 2021 |
| **TOTAL:** | **$156,899.54** | October 2021 |
|  |  |  |