John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

October 1 through October 31, 2021

INVOICE # 089 **TOTAL DUE $ 19,803.82**
FEDERAL MONITOR
OCTOBER 2021 INVOICE

## Duties and Responsibilities as Monitor

Generated, reviewed, and responded to emails/texts (month of October) from the Parties, Monitor Team, Court and Special Master.
Conference calls with Honorable Judge Gelpi and General Counsel
Reviewed court orders relating to the Consent Decree.
Via zoom conducted meetings with Special Master and USDOJ and PRPB
Monitor administrative duties - reviewing Team invoices, coordinating SME work assignments, and conferring with Monitor's Office Administrative Director.
Reviewed Briefing Reports from PRPB.
Conferred with Deputy Monitor on issues relating to Monitor Office Operations
Conducted Zoom meetings with the Monitor Team.
Reviewed information related to data collection re: surveys.
Participated in IT Unit presentations via zoom.
Reviewed files for CMR-5
Prepared for and participated in 253 meeting
Prepared Use of Force Section of CMR-5


**Site Visit to Puerto Rico October 11 through 15, 2021**
Meeting with the Honorable Judge Gelpi.
Meeting with Reform Unit
Meeting with PRPB re: CMR-5 data/document request
Meetings with Monitor Team members based in Puerto Rico.
Meeting with US Marshall
Attended PRPB Academy graduation
Meeting with Counsel and Deputy Council to the Governor
Attended Fajardo CIC Community Meeting
Toured Aibonito/Guayama Region Centro Mandos. DOT
Meeting with FIU


**Flat Rate Total Wages Due** $17,916.66

| | |
|---|---:|
| **Travel Expenses Due** | $ 1,887.16 |
| **TOTAL DUE** | $ 19,803.82 |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*[signature: John Romero]*

Date October 31, 2021

## Office of the TCA - Travel Reimbursement Form

John Romero
October 11-15, 2021

### Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---:|---:|---:|
| Airfare | $780.94 | 1 | $780.94 |
| Baggage | $- | 0 | $- |
| Ground Transportation (Uber/Lyft/Taxi) | | | $- |
| Ground Transportation (Parking) | $- | 0 | $- |
| Ground Transportation (Mileage) | $0.56 | 82 | $45.92 |
| Lodging | $135.70 | 4 | $542.80 |
| Per Diem (Travel Days) | $86.25 | 2 | $172.50 |
| Per Diem (Full Days) | $115.00 | 3 | $345.00 |
| Other: | $- | 0 | $- |
| Total | | | $1887.16 |

**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr John Romero
2301 Pacific Ave
Costa Mesa CA 92627
United States

Room: 0401
Room Type: KSTE
No. of Guests: 1
Rate: $ 115.00  Clerk: 1007

Marriott Rewards #   756834271

CRS Number  90901437

Name:

Arrive:  10-11-21     Time: 10:22     Depart: 10-15-21     Folio Number: 676919

| Date | Description | Charges | Credits |
| --- | --- | --- | --- |
| 10-11-21 | COMEDOR- Guest Charge (Breakfast) | 4.16 | |
| 10-11-21 | COMEDOR- Guest Charge (Lunch) | 44.00 | |
| 10-11-21 | Package | 115.00 | |
| 10-11-21 | Government Tax | 10.35 | |
| 10-11-21 | Hotel Fee | 10.35 | |
| 10-12-21 | COMEDOR- Guest Charge (Breakfast) | 4.16 | |
| 10-12-21 | Package | 115.00 | |
| 10-12-21 | Government Tax | 10.35 | |
| 10-12-21 | Hotel Fee | 10.35 | |
| 10-13-21 | Package | 115.00 | |
| 10-13-21 | Government Tax | 10.35 | |
| 10-13-21 | Hotel Fee | 10.35 | |
| 10-14-21 | Package | 115.00 | |
| 10-14-21 | Government Tax | 10.35 | |
| 10-14-21 | Hotel Fee | 10.35 | |
| 10-15-21 | COMEDOR- Guest Charge (Breakfast) | 4.16 | |
| 10-15-21 | Visa Card | | 599.28 |
| | Card # XXXXXXXXXXXX1287 | | |
| 10-15-21 | COMEDOR- Guest Charge (Breakfast) | 4.16 | |
| 10-15-21 | Visa Card | | 4.16 |
| | Card # XXXXXXXXXXXX1287 | | |

Close

Book a flight

## Your Flights

### Your Flights: Los Angeles, CA (LAX) ➔ San Juan, PR (SJU)

**Depart:** Sunday, Oct 10, 2021   **Return:** Friday, Oct 15, 2021

| Date | Departs/Arrives | Route | Flight/Aircraft | Fare | Travelers | Seats | Checked bags |
|---|---|---|---|---|---|---|---|
| Sun, Oct 10 2021 | 9:20 PM / 5:11 AM+1 | Los Angeles, CA (LAX) to Fort Lauderdale, FL (FLL) | 100 A321/Mint JetBlue | Blue | John Romero | — | 0 bags |
| Mon, Oct 11 2021 | 7:00 AM / 9:34 AM | Fort Lauderdale, FL (FLL) to San Juan, PR (SJU) | 1053 A320 JetBlue | Blue | John Romero | — | 0 bags |
| Fri, Oct 15 2021 | 4:45 PM / 7:24 PM | San Juan, PR (SJU) to Fort Lauderdale, FL (FLL) | 454 E190 JetBlue | Blue | John Romero | — | 0 bags |
| Fri, Oct 15 2021 | 10:35 PM / 1:06 AM+1 | Fort Lauderdale, FL (FLL) to Los Angeles, CA (LAX) | 101 A321/Mint JetBlue | Blue | John Romero | — | 0 bags |

+1 Next day arrival

## Payment

**Details**

Fare details:
Taxes & Fees:

$713.54 x 1 = **$713.54** USD
**$67.40** USD

**Total:**   **$780.94** USD



**$250**
Statement Credit
after first purchase within 90 days of account opening

Card Statement Credit:   **-$250.00** USD
Cost After Statement Credit:   **$530.94** USD

APPLY NOW

You can choose to stop receiving "pre-screened" offers of credit from this and other companies by calling toll-free 1-888-567-8688. See PRESCREEN & OPT-OUT NOTICE on the credit card Terms and Conditions for more information about pre-screened offers.

## Payment details

Indicates a required field