**Spece**
1225 Juan Ponce de Leon
San Juan, PR  00907
787-417-7300
info@spece.com
www.spece.com

Invoice  INV - 12940



| BILL TO | | | |
|---|---|---|---|
| Office of the FPMPR LLC | DATE<br>11/02/2021 | **PLEASE PAY**<br>**$165.10** | DUE DATE<br>11/02/2021 |

| MEMBERSHIP | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Event Rental:Conference Room**<br>XLarge Conference Room, $125.00, 1 x $125.00 / half day - Nov 11, 2021 | 1 | 125.00 | 125.00T |
| **Event Rental:Conference Room**<br>XLarge Conference Room, $33.75, 1 x $33.75 / hour (10% discount) - Dec 16, 2021 | 1 | 33.75 | 33.75T |

|  |  |
|---|---|
| SUBTOTAL | 158.75 |
| TAX (4%) | 6.35 |
| TOTAL | 165.10 |
| TOTAL DUE | **$165.10** |

THANK YOU.

ELEVATE YOUR BUSINESS