**Spece**
1225 Juan Ponce de Leon
San Juan, PR  00907
787-417-7300
info@spece.com
www.spece.com

Invoice  INV - 12941



| BILL TO | | | |
|---|---|---|---|
| Office of the FPMPR LLC | DATE 12/01/2021 | PLEASE PAY $2,454.40 | DUE DATE 12/01/2021 |

| MEMBERSHIP | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Membership:Private Office** <br> Private Office Suite - Office 15, $2,300.00, Dec 1, 2021 - Dec 31, 2021 | 1 | 2,300.00 | 2,300.00T |
| **Other Fees:One-off Fees** <br> Telephone Service, $60.00, Dec 1, 2021 - Dec 31, 2021 | 1 | 60.00 | 60.00T |

SUBTOTAL 2,360.00
TAX (4%) 94.40
TOTAL 2,454.40

TOTAL DUE $2,454.40

THANK YOU.

ELEVATE YOUR BUSINESS