# THE & GROUP LLC.

Las Ramblas
71 Calle Montjuic
Guaynabo , PR 00969

## INVOICE

INVOICE NUMBER:  67
INVOICE DATE:  OCTOBER 31, 2021

Federal Police Monitor

San Juan, PR

Invoice for Javier B Gonzalez Professional Services as Administrative Director

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| OCT-01-21 | Administrative Director | Survey follow up and meeting coordination, 253 Meeting, Communications with the Monitor and team Members, Review of documents sent by PRPB. | 3.50 | $100.00 | $350.00 |
| OCT-04-21 | Administrative Director | Communications with the Monitor, Biweekly meeting with the Parties, Survey meeting follow up. Review of documents sent by PRPB. Work with Team September Invoices. | 4.50 | $100.00 | $450.00 |
| OCT-05-21 | Administrative Director | Virtual meeting with the Monitor and Deputy Monitor, Survey follow up, Communications with the Monitor, Team members and PRPB Officials. Work with Team September Invoices. | 4.00 | $100.00 | $400.00 |
| OCT-06-21 | Administrative Director | Participate in "Un cafe con mis policías " initiative. Visit Bayamón and Rio Piedras, Survey Meeting, Communications with the Monitor and Team Members. | 4.00 | $100.00 | $400.00 |
| OCT-07-21 | Administrative Director | Review of communications, Work with September Invoices. | 3.50 | $100.00 | $350.00 |
| OCT-08-21 | Administrative Director | Communications with the Monitor and Team Members related to invoices. Review of communications. | 1.50 | $100.00 | $150.00 |
| OCT-11-21 | Administrative Director | Review of quick-fire survey, communications with the Monitor, Bi weekly Team meeting, work with September Invoices. | 3.50 | $100.00 | $350.00 |
| OCT-12-21 | Administrative Director | Vehicle and survey follow up. Communications with the Monitor | 1.00 | $100.00 | $100.00 |
| OCT-13-21 | Administrative Director | Review of communications sent by Team. | 0.50 | $100.00 | $50.00 |
| OCT-14-21 | Administrative Director | Communications with the Monitor, Review of communications sent by Team Members. | 1.00 | $100.00 | $100.00 |
| OCT-15-21 | Administrative Director | Review of communications sent by Team Members and PRPB. | 0.50 | $100.00 | $50.00 |
| OCT-18-21 | Administrative Director | Communications with the Monitor, Deputy Monitor, Team Members and PRPB, Bi-weekly Meeting, Follow up on Capitol Protests. Review of communications sent by PRPB. | 3.50 | $100.00 | $350.00 |

INVOICE NUMBER: 67

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| OCT-19-21 | Administrative Director | Communications with the Monitor, Vehicle and Newsletter translation Follow Up, Community Meeting at Robinson School. | 4.00 | $100.00 | $400.00 |
| OCT-20-21 | Administrative Director | Coordination of meetings, Conf call with Deputy Director, Review of survey questionaire draft. | 2.50 | $100.00 | $250.00 |
| OCT-21-21 | Administrative Director | Review of survey questionnaire draft, communications with the Monitor, vehicle follow up. Coordination of meetings. | 3.00 | $100.00 | $300.00 |
| OCT-22-21 | Administrative Director | Coordination of Special Master November visit, Review of document sent by PRPB (Status Report). Review Survey Questionnaire. | 3.50 | $100.00 | $350.00 |
| OCT-25-21 | Administrative Director | Bi weekly staff meeting, Survey follow up, Review of communications. | 3.50 | $100.00 | $350.00 |
| OCT-26-21 | Administrative Director | Vehicle Follow up, Coordination of Special Master meetings, Survey follow up. | 2.50 | $100.00 | $250.00 |
| OCT-27-21 | Administrative Director | Communications with the Monitor, Deputy Monitor and Team members, Review and correction of Team Members September Invoices, Work with meetings coordination. | 3.50 | $100.00 | $350.00 |
| OCT-28-21 | Administrative Director | Survey Meeting, Communications with the Monitor, Deputy Monitor, PRPB , DSP and Special master. Coordination of Special Master Visit. | 4.00 | $100.00 | $400.00 |
| OCT-29-21 | Administrative Director | CMR 5 Section 10 review meeting, 253 meeting, review of documents sent by Team members and PRPB. | 4.50 | $100.00 | $450.00 |
| OCT-31-21 | Administrative Director | I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0.00 | $100.00 | $0.00 |
| | | Total amount of this invoice | | | $6,200.00 |

MESSAGE

Javier B Gonzalez, October 31, 2021