

# Invoice

**Altai Atlantic Consulting LLC**
828 Snowden Hallowell Way, Alexandria VA 22314

**Date:** 10/31/21
**Invoice #:** 01-022

**To:** Office of the Federal Police Monitor of Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
Tel. 787-417-9098

| Fee Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|
| **Total Fees Payable For Services Rendered by Dr. David Levy** | 51.0 | 160 | **$8,160.00** |

## Work Performed in the Continental United States

| Date | Activity Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 10/4/21 | CMR-6 first data request | 3.5 | 160 | $560.00 |
| 10/5/21 | CMR-5 data and samples | 2.0 | 160 | $320.00 |
| 10/5/21 | Communicatino with Monitors re: data requests | 1.0 | 160 | $160.00 |
| 10/6/21 | Update to CMR and executive summary template | 1.5 | 160 | $240.00 |
| 10/7/21 | CMR-5 data and samples | 3.5 | 160 | $560.00 |
| 10/9/21 | CMR-5 data and samples | 1.5 | 160 | $240.00 |
| 10/10/21 | CMR-5 data and samples | 2.5 | 160 | $400.00 |
| 10/11/21 | Biweekly team calll | 1.5 | 160 | $240.00 |
| 10/11/21 | CMR-5 data and samples | 3.0 | 160 | $480.00 |
| 10/12/21 | Communication with Monitors re: CMR-5 data and compliance targets | 0.5 | 160 | $80.00 |
| 10/13/21 | Review/revision of section 1 of CMR-5 | 1.5 | 160 | $240.00 |
| 10/13/21 | Communication with Monitors re: CMR-5 data and compliance targets | 1.0 | 160 | $160.00 |
| 10/14/21 | Communication with Monitors re: CMR-5 data and compliance targets | 1.0 | 160 | $160.00 |
| 10/14/21 | CMR-5 data and samples | 2.0 | 160 | $320.00 |
| 10/15/21 | Communication with Monitors re: CMR-5 data and compliance targets | 0.5 | 160 | $80.00 |
| 10/16/21 | Review/revision of section 6 of CMR-5 | 1.5 | 160 | $240.00 |
| 10/18/21 | Review/revision of section 10 of CMR-5 | 1.5 | 160 | $240.00 |
| 10/19/21 | Communicatino with Monitors re: data and templates | 1.5 | 160 | $240.00 |
| 10/20/21 | Review/revision of section 8 of CMR-5 | 1.5 | 160 | $240.00 |
| 10/21/21 | Communication with Monitors re: data and templates | 1.0 | 160 | $160.00 |
| 10/23/21 | CMR-6 first data request | 4.0 | 160 | $640.00 |
| 10/24/21 | CMR-6 first data request | 1.5 | 160 | $240.00 |
| 10/25/21 | Biweekly team calll & Communication with Monitors re: CMR-5 data | 3.0 | 160 | $480.00 |
| 10/26/21 | Review/revision of section 10 of CMR-5 | 4.0 | 160 | $640.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/29/21 | Biweekly team calll & Communication with Monitors re: CMR-5 data | 1.0 | 160 | $160.00 |
| 10/31/21 | Review/revision of section 10 of CMR-5 | 4.0 | 160 | $640.00 |
| Total | | 51.0 | | $8,160.00 |

**Total Fee Payable**    $8,160.00

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

*[signature]*

**Dr. David Levy**

10/31/21
**Date**