# INVOICE

**DATE**
10/31/2021

**INVOICE NO**
#013

**Denise Rodriguez**
3003 San Sebastian St.
Mission, TX 78572
drodriguez_PRI@outlook.com

**INVOICE TO**
Puerto Rico Chief Federal Monitor

**INVOICE PERIOD**
October 1- 31, 2021

## DUTIES AND RESPONSIBILITIES                                    TOTAL DUE $15,833.33

- Conducted calls with each subject matter expert, the Administrative Director, and the Monitor
- Coordinated and conducted biweekly group calls with the Monitoring Team
- Coordinated and conducted biweekly calls with the Parties
- Reviewed and approved the review of several policies submitted to the Monitor's Office by PRPB as per Paragraph 229 of the Agreement
- Reviewed and approved memos documenting the Monitor's Office Review of the policies submitted by PRPB
- Worked with monitoring staff to outline the third quarterly Monitoring Team newsletter
- Maintained the Federal Monitoring Team's Facebook and Twitter accounts and newsletter distribution service
- Managed the delivery of the data for CMR-5 by PRPB into Dropbox
- Participated in interview with Dominican Republic Consulate
- Worked with the Data Analyst on the data requests for CMR-6
- Submitted first data requests for CMR-6 to PRPB
- Worked with the Research Analyst/Administrative Assistant to develop compliance tracking sheet and related figures and charts
- Worked with the Administrative Director and the Administrative Assistant to draft the schedule(s) for the November site visits
- Reviewed the PRPB 14th Status Report
- Participated in various virtual meetings to discuss the Community Survey objectives and Questionnaire with the Administrative Director, Vendor, and the parties
- Reviewed and provided input on the agenda items for the October 253 meeting
- Participated in call with FBI and the Parties to discuss NIBRS implementation
- Participated in the September and October 253 Meetings
- Reviewed and approved PRPB's policy related to Body-Worn Cameras
- Drafted, reviewed, and edited various sections of the CMR-5 report
- Coordinated and conducted compliance rating review meetings with the Monitoring Team

| Flat Rate Total Wages* | $15,833.33 |
|---|---|

*The total amount is a flat rate. The total monthly is $15,833.33 for an annualized amount of $190,000.00

_Denise Rdz_
**Denise Rodriguez, Chief Deputy Monitor**

November 1, 2021
Date

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.