# VIOTA & ASSOCIATES CPA LLC

B5 CALLE TABONUCO, SUITE 216
PMB 292
GUAYNABO, PR 00968-3029

## Invoice

INVOICE NUMBER: 20200597
DATE: OCTOBER 31, 2021

PUERTO RICO POLICE REFORM

| DATE | PROJECT | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: CONSULTING FEES | | | |
| OCT-01-21 | CONSULTING FEES | Section 1101 Application Fee | 1.00 | $1,500.00 | $1,500.00 |
| OCT-01-21 | CONSULTING FEES | Amendment to the articles of organization | 1.00 | $50.00 | $50.00 |
| OCT-01-21 | CONSULTING FEES | Certificate of good standing. | 1.00 | $25.00 | $25.00 |
| OCT-27-21 | CONSULTING FEES | -Verify September Invoices & calculate vendor withholdings.<br>-Post September Invoices in SAGE<br>-Reconcile BPPR Account 9/2021<br>-September General Accounting | 5.00 | $100.00 | $500.00 |
| | | TOTAL: CONSULTING FEES | | | $2,075.00 |
| | | Total hours for this invoice | 5.00 | | |
| | | Total before tax | | | $2,075.00 |
| | | PR SALES TAX (IVU) | | | $20.00 |
| | | Total amount of this invoice | | | $2,095.00 |

MESSAGE

6% Withholding on Profesional Services (Waiver Certificate Available Upon Request)