**MBG North Corp.** 1931 Cordova Rd. Suite 3039, Ft. Lauderdale, FL 33316

**Invoice # 1152**, October 31, 2021  **Contractor:** Donald S. Gosselin, Esq.

**Dates of Service:** 29 SEP 2021 to 31 OCT 2021.    **TERMS:** NET30

| Task Performed | US Hours | Dates | PR Hours | Billable Amount |
|---|---|---|---|---|
| On-Site Puerto Rico Labor Hours (SARP Case Reviews) | | 10/18, 19,20,21 | 32 | $5,120.00 |
| Communications & Coordination - telcons and emails to/from Monitors, PRPB, USDOJ; Review guidance and documents, SOP's; logistics; scheduling, on-site planning & coordination of demonstrations and interviews | 14 | 10/4,5,6,7,8,9,11, 12,13,14,15,16,17, 22,25,27,28,29 | | $2,240.00 |
| Teleconference Meetings ;  Monitors Office and Monitor Team Members | 7 | 9/29, 10/8, 13, 15, 25 | | $1,120.00 |
| Analyze data and draft CMR-5 for both Sections I and IX | 19 | 10/3,4,8,10,12,25, 26, 27, 28, 29 | | $3,040.00 |
| FEE WAIVER (PUERTO RICO) | | 10/31 | -12 | -$1,920.00 |
| | US Hours | | PR Hours | |
| Net Hours @ $160/hr. | 40.00 | | 20.00 | $9,600.00 |
| Total Expenses (Air, Hotel, MIE; Meals, Parking, POV miles) | | | | $2,236.45 |
| Allowable Fee | | | | $11,836.45 |

| Travel Breakout | | Traveler: Donald S. Gosselin 10/17 -10/22 | | |
|---|---|---|---|---|
| Expense | Unit Cost | Units | Column1 | Total |
| Airfare | $  478.40 | 1 | | $      478.40 |
| Baggage | $      - | 0 | | $           - |
| Ground Transportation (Uber/Lyft/Taxi) | $      - | 0 | | $           - |
| Ground Transportation (Parking) | $      - | 6 | | $           - |
| Ground Transportation (Mileage) | $    0.56 | 90 | | $       50.40 |
| Lodging | $  167.00 | 5 | | $      835.00 |
| Per Diem (Travel Days) | $    86.25 | 2 | | $      172.50 |
| Per Diem (Full Days) | $  115.00 | 4 | | $      460.00 |
| Other: HOTEL TAX ($26.72+$21.31/day) | $    48.03 | 5 | | $      240.15 |
| Total | | | $   | 2,236.45 |

The undersigned, Donald S. Gosselin, Esq. certifies that the amount billed in this invoice is true and correct and corresponds to my duties as a Federal Monitor and related travel expenses.  I further certify that I have not received any income, compensation or payment for services from the Commonwealth of Puerto Rico or any of its departments or municipalities

**Donald S. Gosselin, Esq.**
Principal, MBG North Corp
31-Oct-21

Airbus A321

**On time**

Estimated
8:30 AM

Estimated
12:31 PM

Terminal: --
Gate: --

Terminal: --
Gate: --
Baggage: --

Get alerts for this flight

Stop: Philadelphia (PHL)

✈ 6227 American
Airlines
Operated by Piedmont
Airlines as American
Eagle

Embraer RJ145

1:50 PM
PHL

3:25 PM
PWM

1h 35m

Economy

13A

**On time**

Estimated
1:50 PM

Estimated
3:25 PM

Terminal: --
Gate: --

Terminal: --
Gate: --
Baggage: --

Get alerts for this flight

# Cost summary

Your trip total

$478.4

**Passenger**

| Trip | $411.00 |
| --- | --- |
| Taxes | $67.40 |
| Carrier-imposed fees | $0.00 |
| **Total** (all passengers) | **$478.40** |

Bag and optional fees 🗗

Reservation and
tickets FAQs 🗗

Price and Tax
Information 🗗



# SHERATON
Puerto Rico Hotel & Casino

## INVOICE

| | |
|---|---|
| ROOM | 1153 |
| ROOM TYPE | RBSZ |
| NO. OF GUESTS | 1 |
| RATE | 167 |
| CLERK | CTORR178 |
| DATE | 10/22/21 |
| PAGE No. | 1 of 3 |
| Rewards # | 839932555 |

DR Donald Gosselin
12 Naomi St
Sebago ME 04029
United States

ARRIVE 10/17/21          TIME 08:37          DEPART 10/22/21          TIME 06:48          FOLIO# 3185065

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|------|-------------|------------------|---------|
| 10/17/21 | Room Charge | | 167.00 |
| 10/17/21 | Destination Fee - 18% | | 30.06 |
| 10/17/21 | Room Occupancy Tax | | 21.68 |
| 10/18/21 | Room Charge | | 167.00 |
| 10/18/21 | Destination Fee - 18% | | 30.06 |
| 10/18/21 | Room Occupancy Tax | | 21.68 |
| 10/19/21 | Room Charge | | 167.00 |
| 10/19/21 | Destination Fee - 18% | | 30.06 |
| 10/19/21 | Room Occupancy Tax | | 21.68 |
| 10/20/21 | Room Charge | | 167.00 |
| 10/20/21 | Destination Fee - 18% | | 30.06 |
| 10/20/21 | Room Occupancy Tax | | 21.68 |
| 10/21/21 | Room Charge | | 167.00 |
| 10/21/21 | Destination Fee - 18% | | 30.06 |
| 10/21/21 | Room Occupancy Tax | | 21.68 |
| 10/21/21 | Room Occupancy Tax - Adjustment . 2% Adjustment | | -3.34 |
| 10/21/21 | Room Occupancy Tax - Adjustment . 2% Adjustment | | -3.34 |
| 10/21/21 | Room Occupancy Tax - Adjustment . 2% Adjustment | | -3.34 |
| 10/21/21 | Room Occupancy Tax - Adjustment . | | -3.34 |

For billing questions or concerns, please let us know at SheratonPR.Folio@sheraton.com



# SHERATON
Puerto Rico Hotel & Casino

## INVOICE

| | |
|---|---|
| ROOM | 1153 |
| ROOM TYPE | RBSZ |
| NO. OF GUESTS | 1 |
| RATE | 167 |
| CLERK | CTORR178 |
| DATE | 10/22/21 |
| PAGE No. | 2 of 3 |
| Rewards # | 839932555 |

DR Donald Gosselin
12 Naomi St
Sebago ME 04029
United States

ARRIVE 10/17/21      TIME 08:37      DEPART 10/22/21      TIME 06:48      FOLIO# 3185065

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| | 2% Adjustment | | |
| 10/21/21 | Room Occupancy Tax - Adjustment | . | -3.34 |
| | 2% Adjustment | | |
| 10/21/21 | Room Occupancy Tax - Adjustment | . | 16.70 |
| | Incorrect Code | | |
| 10/21/21 | Destination Fee -18% Adjustment | . | -3.34 |
| | 2% Adjustment | | |
| 10/21/21 | Room Occupancy Tax - Adjustment | | -0.37 |
| 10/21/21 | Destination Fee -18% Adjustment | . | -3.34 |
| | 2% Adjustment | | |
| 10/21/21 | Room Occupancy Tax - Adjustment | | -0.37 |
| 10/21/21 | Destination Fee -18% Adjustment | . | -3.34 |
| | 2% Adjustment | | |
| 10/21/21 | Room Occupancy Tax - Adjustment | | -0.37 |
| 10/21/21 | Destination Fee -18% Adjustment | . | -3.34 |
| | 2% Adjustment | | |
| 10/21/21 | Room Occupancy Tax - Adjustment | | -0.37 |
| 10/21/21 | Destination Fee -18% Adjustment | .. | -3.34 |
| | 2% Adjustment | | |
| 10/21/21 | Room Occupancy Tax - Adjustment | | -0.37 |
| 10/22/21 | Mastercard | | -1,075.15 |
| | XXXXXXXXXXX1398      XX/XX | | |

For billing questions or concerns, please let us know at SheratonPR.Folio@sheraton.com



# SHERATON
Puerto Rico Hotel & Casino

## INVOICE

| | |
|---|---|
| ROOM | 1153 |
| ROOM TYPE | RBSZ |
| NO. OF GUESTS | 1 |
| RATE | 167 |
| CLERK | CTORR178 |
| DATE | 10/22/21 |
| PAGE No. | 3 of 3 |
| Rewards # | 839932555 |

DR Donald Gosselin
12 Naomi St
Sebago ME 04029
United States

ARRIVE 10/17/21          TIME 08:37          DEPART 10/22/21          TIME 06:48          FOLIO# 3185065

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| | | Balance          USD | 0.00 |