**Al Youngs**
**5552 West Lakeridge Road**
**Lakewood, CO 80227**

October 1– October 31, 2021
Invoice No. 29
Member of Federal Monitor Team

| Date | Brief Description | Total Hours |
|---|---|---|
|  | Reviewed and responded to emails and conference calls for the month of October. |  |
| 10/08 10/12 10/13 | From Members of the Monitor Team | 3.5 Hours |
| 10/11 10/25 | Internal Monday Monitor Team meetings | 4.0 Hours |
| 10/14 10/20 10/25 10/26 10/27 | Several meetings and phone calls with Monitor and Deputy Monitor | 3.0 Hours |
| 10/02 | Translate and review GO Chapter 500, Section 503, Evaluation Board of the Specialized Divisions. | 2.0 Hours |
| 10/04 | Prepare information for Paragraph review of CMR-5. | 3.0 Hours |
| 10/05 | Review CMR-2, CMR-3 and CMR-4. | 4.0 Hours |
| 10/06 | Download, translate and review information reference Supervision and Management sent by PRPB. | 4.0 Hours |
| 10/07 | Download, translate and review information reference Supervision and Management sent by PRPB. | 4.0 Hours |
| 10/12 | Prepare initial draft of CMR-5. Reviewed Inspection Division Manual and reviewed completed inspections, and Paragraph 158. | 7.0 Hours |
| 10/14 | Submit initial draft of Supervision and Management report to Denise Rodriguez. | 5.0 Hours |
| 10/15 | Additional review of Performance Evaluations completed by Supervisors of the PRPB. | 4.0 Hours |

| | | |
|---|---|---|
| 10/17 | Reviewed and verified sample list of recruits in class 230, 231 and 232, which were received from Recruitment Division and verified final list of names provided by Recruitment Division. | 4.0 Hours |
| 10/18 | Reviewed 14th Semi-Annual Status Report of PRPB. | 1.5 Hours |
| 10/21 | Reviewed comments sent by David Levy concerning Supervision and Management. Reviewed EIS, transfers, audits, inspection and personnel integrity paragraphs and spoke with David Levy reference CMR-5. Reviewed comments sent by Denise Rodriguez concerning Supervision and Management. | 4.0 Hours |
| 10/26 | Reviewed personnel evaluations completed by Supervisors of their subordinates and the Pro-Media System and suggested additions. Reviewed comments sent by Roberto concerning Supervision and Management. | 5.0 Hours |
| 10/27 | Submit final draft of Supervision and Management report to Denise Rodriguez with corrections. | 2.0 Hours |

**TOTAL HOURS:  60**

Billable Hours:    60 Hours at a Rate of $165.00 Per Hour = $9,900.00

**Total:           $9,900.00**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_Alan C Young_
Signature

10/31/2021
Date