# Rafael Ruiz Consulting

12 Crestshire Dr.
Lawrence, MA 01843

PHONE: 6177599156   stodgo1971@yahoo.com   12 Crestshire Dr.

## INVOICE

INVOICE NUMBER: 2021-10
INVOICE DATE: 10/31/2021

Federal Police Monitor for PR
VIG Tower, PH-924
1225 Ponce De Leon Ave.
San Juan, PR 00907

RAFAEL E. RUIZ CONSULTING

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: FPM work from Home | | | |
| 10/5/2021 | FPM work from Home | Review/prep report on GO 100-126 | 2.50 | $165.00 | $412.50 |
| 10/11/2021 | FPM work from Home | Bi-weekly FPM Team meeting | 1.25 | $165.00 | $206.25 |
| 10/12/2021 | FPM work from Home | Review/prep report on GO's 600-612, 600-615, PPRs 615.1through 615.11 and Annex A | 2.50 | $165.00 | $412.50 |
| 10/13/2021 | FPM work from Home | Review/prep report on GO 100-110, PPRs 110.1 through 110.9; Work on Policies and Procedures CMR-05 draft | 3.50 | $165.00 | $577.50 |
| 10/14/2021 | FPM work from Home | Work on S&S and P&P drafts CMR-05 | 3.00 | $165.00 | $495.00 |
| 10/19/2021 | FPM work from Home | Work S&S Draft, and prep site visit schedule | 2.25 | $165.00 | $371.25 |
| 10/20/2021 | FPM work from Home | Review/prep report on GO 600-64, Fraud Detection Guide, and work on P&P Draft | 4.00 | $165.00 | $660.00 |
| 10/21/2021 | FPM work from Home | Review/prep reports on GOs 600-619, 600-629, 100-107, 100-130; prep second draft of P&P CMR-5. | 4.25 | $165.00 | $701.25 |
| 10/23/2021 | FPM work from Home | Final review of GO 600-629, 100-107, 100-130; Work on draft of P&P CMR-05 | 3.00 | $165.00 | $495.00 |
| 10/24/2021 | FPM work from Home | Work on CMR-05 Search and Seizure/P&P drafts | 4.50 | $165.00 | $742.50 |
| 10/25/2021 | FPM work from Home | FPM Team bi-weekly meeting; S&S draft CMR-05 | 4.00 | $165.00 | $660.00 |
| 10/26/2021 | FPM work from Home | Work on P&P/S&S Drafts CMR-05 | 5.50 | $165.00 | $907.50 |
| 10/27/2021 | FPM work from Home | Work on S&S/P&P drafts CMR-05 | 4.50 | $165.00 | $742.50 |
| 10/28/2021 | FPM work from Home | Work on S&S/P&P drafts CMR-05 | 4.75 | $165.00 | $783.75 |
| 10/29/2021 | FPM work from Home | Work on S&S draft CMR-05 | 4.00 | $165.00 | $660.00 |

INVOICE NUMBER: 2021-10

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 10/30/2021 | FPM work from Home | Work on S&S draft CMR-05 | 3.25 | $165.00 | $536.25 |
| 10/31/2021 | FPM work from Home | Work on S&S draft CMR-05 | 3.25 | $165.00 | $536.25 |
| | | TOTAL: FPM work from Home | | | $9,900.00 |
| | | Total hours for this invoice | 60.00 | | |

| INVOICE BALANCE INFORMATION : TOTAL HOURS WORKED 113; Billable hrs:60 | |
|---|---|
| Total amount of this invoice | $9,900.00 |
| Current invoice balance | $9,900.00 |

AMOUNT DUE ON THIS INVOICE: $9,900.00

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relation with the Commonwealth, or any of its departments, municipalities or agencies

*Rafael E. Ruiz* (signature)
Rafael E. Ruiz

Date: October 31, 2021