INVOICE 0080 FOR PROFESSIONAL SERVICES; SEP 25 THROUGH OCT 31, 2021
RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC, 13932 SOUTH SPRINGS DR, CLIFTON VA 20124

TO:   Federal Monitor
      Puerto Rico Police Department Consent Decree

The invoice for professional services rendered by Crystal Reef LLC (Monitoring Core Team) for Oct 2021 is detailed as follows:

| Task Performed | US Hours | Dates | Billable Amount |
|---|---|---|---|
| Communications & Coordination - telcons and emails to/from Monitors, PRPB, USDOJ, Special Master; Review guidance and documents, SOP's; logistics; scheduling, on-site planning & coordination of demonstrations and interviews, Levy on Data Architecture, Romero on FIU data | 10.25 | 9/25,26,27,29,30,8/3,4,5,6,8,11,12,13,14,15,16,18,21,22,25,26,27,28,29 | $1,691.25 |
| Teleconference Meetings (Bi-Weekly) with Monitors Office, On-site IT debrief with D Gomez and PRPB 10/15, CMR-5 Review, Spec. Master call with FBI on NIBRS implementation | 6.75 | 10/4,11,15,25,26 | $1,113.75 |
| CMR-5 data requests - Review, draft, respond, review revised CMR-5 draft Template | 1.75 | 9/25 | $288.75 |
| PRPB Material provided -- Review GO 400-408 Access to NCIS, GO 126 Radio Control, GO 142, GO 613, NIBRS Training Materials | 6.75 | 10/2,3,11,12,15,18,30 | $1,113.75 |
| Technology Demonstrations (Zoom); UoF, Promedia Demonstration planning, scheduling and coordination | 5 | 9/28,29, 10/26,29 | $825.00 |
| NIBRS Document and Materials review provided by Special Master, and telcon review; Includes training materials, definitions, technical specification, Review questions with L.S. on NIBRS mtg with FBI/PRPB | 4.5 | 10/5,11,25 | $742.50 |
| PRPB Master System List -- Update, revise and reconcile Record following on-site demonstrations, and against the 2017 & 2019 Action Plan and Draft Corrective Action Plans | 7.5 | 9/27,10/5,6,10,16,22 | $1,237.50 |
| CMR-5; Draft IT Section, review supporting documents, review materials provided, make assessments and recommendations, make requested revisions | 17.5 | 10/15,16,17,21,22,23,28,29,30 | $2,887.50 |
| Net Hours @ $165/hr. | 60.00 | | $9,900.00 |
| Allowable Fee | | | $9,900.00 |

1

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

INVOICE PRESENTED BY: _____ : Scott Cragg, Monitoring Core Team