**CORREA ACEVEDO & ABESADA LAW OFFICES, PSC**
Centro Internacional de Mercadeo - II
90 Carr. 165 Suite 407
Guaynabo, PRI 00968
USA

November 1, 2021
Invoice # 18767

**United States v. Commonwealth of Puerto Rico**
**Police Reform, Case No. 12-2039 (GAG)**

Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/1/2021 | RAA | Review emails from the parties and special master. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Plan and prepare for 253 video call. | 0.80<br>225.00/hr | 180.00 |
| | RAA | Attend 253 videoconference. | 2.10<br>225.00/hr | 472.50 |
| | RAA | Telephone call from J. Romero. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review and study case law on detentions under PR law. | 1.80<br>225.00/hr | 405.00 |
| | SL | Legal research on criminal detentions under PR law. | 3.00<br>90.00/hr | 270.00 |
| 10/4/2021 | RAA | Telephone call from D. Rodriguez. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Plan and prepare for biweekly meeting. | 0.50<br>225.00/hr | 112.50 |
| | RAA | Appear and attend biweekly meeting. | 1.30<br>225.00/hr | 292.50 |
| | RAA | Review email from Captain Figueroa. | 0.10<br>225.00/hr | 22.50 |

787-273-8300

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/5/2021 | RAA | Review emails from team members, PRPB and special master team members as well as exhibits and/or attachments to those emails. | 0.90 225.00/hr | 202.50 |
| 10/6/2021 | RAA | Review emails from A. Rodríguez Figueroa, P. González Serrano, D. Rodriguez, and Y. Acevedo. | 0.40 225.00/hr | 90.00 |
| 10/7/2021 | RAA | Review emails from D. Gosselin, D. Rodriguez, and N. Nussa. Review OG 805. | 0.50 225.00/hr | 112.50 |
| | RAA | Review and respond to emails from D. Rodriguez. | 0.20 225.00/hr | 45.00 |
| | RAA | Review email from special master. | 0.10 225.00/hr | 22.50 |
| 10/8/2021 | RAA | Review emails from S. Rhinerson, A. Del Carmen, G. Loeffert, and R. Tabanco. | 0.30 225.00/hr | 67.50 |
| | RAA | Review multiple emails exchanged between the parties and corresponding attachments. | 1.40 225.00/hr | 315.00 |
| | RAA | Review motion to restrict. | 0.10 225.00/hr | 22.50 |
| | RAA | Review and analyze informative motion filed by the parties. | 0.30 225.00/hr | 67.50 |
| | RAA | Review and respond to email inquiry from J. Romero. | 0.20 225.00/hr | 45.00 |
| | RAA | Email to J. Romero and D. Rodriguez with joint informative motion. | 0.10 225.00/hr | 22.50 |
| 10/11/2021 | RAA | Review and respond to emails from D. Rodriguez. Review emails from D. Gosselin and other team members. | 0.30 225.00/hr | 67.50 |
| | RAA | Consideration and analysis of weekly agenda secondary to Monitor's visit in Puerto Rico. Review relevant emails, and other documents in preparation therefor. | 0.90 225.00/hr | 202.50 |
| 10/12/2021 | RAA | Plan and prepare for meetings today. | 0.40 225.00/hr | 90.00 |
| | RAA | Appear and attend Reform office meeting via videoconference. | 1.00 225.00/hr | 225.00 |
| | RAA | Telephone conference with J. Romero. | 0.20 225.00/hr | 45.00 |
| | RAA | Exchange of electronic communications with D. Rodriguez. | 0.20 225.00/hr | 45.00 |
| | RAA | Review email with invoices. Exchange of emails with J. Gonzalez. | 0.20 225.00/hr | 45.00 |

Page    3

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/12/2021 | RAA | Review email from D. Rodriguez to revise memorandum on gender discrimination transfers.  Review file and prior memorandums.  Revisions to memorandum. Email to D. Rodriguez with feedback. | 1.80 225.00/hr | 405.00 |
| | RAA | Review order on motion to restrict. | 0.10 225.00/hr | 22.50 |
| | RAA | Review order on joint informative motion. | 0.10 225.00/hr | 22.50 |
| 10/13/2021 | RAA | Review and respond to emails from D. Rodriguez and D. Levy. | 0.40 225.00/hr | 90.00 |
| | RAA | Revisions to draft CMR-5 on professionalization, promotions, etc. Email to D. Rodriguez and D. Levy. | 2.70 225.00/hr | 607.50 |
| | RAA | Telephone call from J. Romero. | 0.30 225.00/hr | 67.50 |
| | RAA | Plan and prepare for conference with monitor and Governor's counsel. | 0.40 225.00/hr | 90.00 |
| | RAA | Conference call with monitor and governor's counsel. | 1.50 225.00/hr | 337.50 |
| | RAA | Telephone call from J. Romero. | 0.30 225.00/hr | 67.50 |
| | RAA | Review email from J. Romero. | 0.10 225.00/hr | 22.50 |
| 10/14/2021 | RAA | Review and respond to email inquiry from D. Rodriguez. | 0.20 225.00/hr | 45.00 |
| | RAA | Review other emails from PRPB, Special Master, USDOJ, and team members. | 0.40 225.00/hr | 90.00 |
| 10/15/2021 | RAA | Review emails from USDOJ, special master, team members and PRPB. | 0.40 225.00/hr | 90.00 |
| | RAA | Review informative motion with self-assessment report. | 0.10 225.00/hr | 22.50 |
| | RAA | Review motion to restrict. | 0.10 225.00/hr | 22.50 |
| | RAA | Review motion for leave to file Spanish document. | 0.10 225.00/hr | 22.50 |
| | RAA | Review and analyze self-assessment report. | 1.40 225.00/hr | 315.00 |
| | RAA | Email to D. Rodriguez and J. Romero with self-assessment report. | 0.10 225.00/hr | 22.50 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/15/2021 | RAA | Review email from D. Rodriguez with sample ratings on equal protection. | 0.20 225.00/hr | 45.00 |
| 10/16/2021 | RAA | Review order on motion to restrict. | 0.10 225.00/hr | 22.50 |
| | RAA | Review unrestricted informative motion with self-assessment report. | 0.10 225.00/hr | 22.50 |
| | RAA | Review emails from D. Rodriguez and D. Levy. | 0.30 225.00/hr | 67.50 |
| 10/17/2021 | RAA | Telephone call from J. Romero. | 0.30 225.00/hr | 67.50 |
| | RAA | Review and respond to email from D. Rodriguez. | 0.20 225.00/hr | 45.00 |
| | RAA | Review order on informative motion. | 0.10 225.00/hr | 22.50 |
| | RAA | Review email from L. Saucedo with revisions to general orders.  Review such revisions made. | 0.40 225.00/hr | 90.00 |
| | RAA | Review email from J. Vazquez. | 0.10 225.00/hr | 22.50 |
| 10/18/2021 | RAA | Review court order on motion for leave. | 0.10 225.00/hr | 22.50 |
| | RAA | Review email from Captain Figueroa. | 0.10 225.00/hr | 22.50 |
| | RAA | Review email on policy review and memo under paragraph 229. | 0.10 225.00/hr | 22.50 |
| | RAA | Plan and prepare for biweekly videoconference. | 0.50 225.00/hr | 112.50 |
| | RAA | Appear and attend videoconference. | 1.00 225.00/hr | 225.00 |
| | RAA | Review and respond to emails from D. Rodriguez. | 0.20 225.00/hr | 45.00 |
| | RAA | Review emails from USDOJ, special master, and PRPB. | 0.40 225.00/hr | 90.00 |
| | RAA | Review docket entry referring case to judge Besosa.  Emails and calls with D. Rodriguez and J. Romero regarding the same. | 0.30 225.00/hr | 67.50 |
| | RAA | Review motion for transcript. | 0.10 225.00/hr | 22.50 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/19/2021 | RAA | Review and respond to electronic communications from L. Hidalgo, D. Rodriguez, and J. Romero. | 0.20 225.00/hr | 45.00 |
| | RAA | Review and respond to email from D. Rodriguez regarding CMR-5. | 0.20 225.00/hr | 45.00 |
| | RAA | Review notice of docket text modification. | 0.10 225.00/hr | 22.50 |
| | RAA | Review emails from N. Nussa from PRPB. | 0.20 225.00/hr | 45.00 |
| | RAA | Review emails from Captain Figueroa and Special Master. | 0.20 225.00/hr | 45.00 |
| | RAA | Review and respond to email from J. Romero and D. Rodriguez. | 0.20 225.00/hr | 45.00 |
| | RAA | Revise memorandum to PRPB.  Review email from D. Rodriguez. | 0.30 225.00/hr | 67.50 |
| | RAA | Review email with general order draft.  Review general order. | 0.30 225.00/hr | 67.50 |
| 10/20/2021 | RAA | Exchange of emails with J. González. | 0.20 225.00/hr | 45.00 |
| | RAA | Review and respond to emails from D. Rodriguez and D. Levy. | 0.30 225.00/hr | 67.50 |
| | RAA | Telephone call from J. Romero. | 0.30 225.00/hr | 67.50 |
| | RAA | Revisions to CMR-5 re: Policies and Procedures.  Email to D. Rodriguez. | 1.80 225.00/hr | 405.00 |
| | RAA | Review motion for transcript. | 0.10 225.00/hr | 22.50 |
| | RAA | Review order granting motion. | 0.10 225.00/hr | 22.50 |
| | RAA | Telephone call from J. Romero regarding claims made by police sergeant. Review documents and draft proposed response. | 0.80 225.00/hr | 180.00 |
| 10/21/2021 | RAA | Telephone call from J. González. | 0.20 225.00/hr | 45.00 |
| | RAA | Review emails from D. Rodriguez and L. Saucedo. | 0.20 225.00/hr | 45.00 |
| | RAA | Review electronic communication from L. Hidalgo. | 0.10 225.00/hr | 22.50 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/22/2021 | YMT | Prepare and file motion for disbursement of funds. | 0.60<br>150.00/hr | 90.00 |
| | RAA | Review and respond to emails from team members, PRPB, USDOJ, and Special Master. | 0.90<br>225.00/hr | 202.50 |
| 10/24/2021 | RAA | Revisions to CMR-5 re: Community Development.  Exchange of emails with D. Rodriguez and D. Levy. | 4.80<br>225.00/hr | 1,080.00 |
| | RAA | Revisions to Community Survey draft.  Emails with D. Rodriguez regarding the same. | 1.20<br>225.00/hr | 270.00 |
| | RAA | Revisions to CMR-5 re: IT.  Email to D. Rodriguez and D. Levy. | 0.50<br>225.00/hr | 112.50 |
| 10/25/2021 | RAA | Plan and prepare for team meeting. | 0.70<br>225.00/hr | 157.50 |
| | RAA | Appear and attend team meeting. | 2.50<br>225.00/hr | 562.50 |
| | RAA | Review emails from D. Rodriguez and D. levy. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review emails from PRPB and attachments. | 0.40<br>225.00/hr | 90.00 |
| | RAA | Revisions to CMR-5 re: Supervision and Management | 2.60<br>225.00/hr | 585.00 |
| 10/26/2021 | RAA | Review and respond to electronic communications from D. Rodriguez. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review and respond to electronic communication from A. Del Carmen. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review emails from PRPB. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review emails from J. Gonzalez, D. Rodriguez, L. Saucedo, J. Castillo, and A. Del Carmen. | 0.30<br>225.00/hr | 67.50 |
| 10/27/2021 | RAA | Various calls from J. Romero and J. González. | 0.50<br>225.00/hr | 112.50 |
| | RAA | Review and respond to emails from D. Rodriguez. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Telephone call from J. González regarding invoices. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Preparation of motion to amend and correct motion for disbursement of funds. | 0.40<br>225.00/hr | 90.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/27/2021 | RAA | Review emails from other team members. | 0.30<br>225.00/hr | 67.50 |
| 10/28/2021 | YMT | Revise and file motion to amend request for disbursement of funds. | 0.60<br>150.00/hr | 90.00 |
| | RAA | Review email from J. González with new corrected invoice and table. Review the same. Revise motion to amend and correct. Conference with Y. Medina regarding the same and electronic filing. | 0.40<br>225.00/hr | 90.00 |
| | RAA | Review email from A. Del Carmen with corrections to questionnaire. Review corrections o questionnaire. | 0.40<br>225.00/hr | 90.00 |
| | RAA | Review email from D. Rodriguez with corrections to questionnaire. Review corrections made. | 0.40<br>225.00/hr | 90.00 |
| | RAA | Review email from D. Rodriguez. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email from M. Serrano with revisions on her CMR-5. Review and analyze changes to CMR-5. | 0.90<br>225.00/hr | 202.50 |
| 10/29/2021 | RAA | Review PRPB's motion for extension of time. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review order on motion for extension of time. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review order on motion for disbursement of funds. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review order on motion to amend and correct. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review emails from L. Saucedo on supervisor vacancies. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review emails from PRPB. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review emails from D. Rodriguez, J. Romero, D. Levy, and other team members. | 0.40<br>225.00/hr | 90.00 |
| | RAA | Review emails from office of the special master. | 0.20<br>225.00/hr | 45.00 |
| 10/31/2021 | RAA | Revisions to CMR-5 on civilian complaints, internal investigations, and discipline. Email to D. Levy and D. Rodriguez. | 3.90<br>225.00/hr | 877.50 |
| | RAA | Revisions to CMR-5 updated draft on community engagement. | 1.60<br>225.00/hr | 360.00 |
| | | **For professional services rendered** | **65.90** | **$14,332.50** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Roberto Abesada Agüet | 61.70 | 225.00 | $13,882.50 |
| Stephanie Leon | 3.00 | 90.00 | $270.00 |
| Yesenia Medina Torres | 1.20 | 150.00 | $180.00 |

WE HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN OUR CAPACITY AS THE FIRM SERVING AS GENERAL COUNSEL OF THE FEDERAL MONITOR'S OFFICE. WE FURTHER CERTIFY THAT WE HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH OF PUERTO RICO, OR ANY OF ITS DEPARTMENTS, MUNICIPALITIES OR AGENCIES.