| | **Invoice: Rita J. Watkins     Date: October 31, 2021** | | | | |
|---|---|---|---|---|---|
| **Inv 1021** | **Task Performed** | **US Hours** | **Dates** | **PR Hours** | **Billable Amount** |
| October | Work in Puerto Rico | | | 0.00 | $0.00 |
| | Communications & Coordination - telcons and emails to/from Monitors, PRPB, USDOJ, Special Master; policies, SOP's; logistics; scheduling, on-site planning & coordination of interviews, Consulate coordination | 3 | 10/4,5,15,19,21,23,26,27,28,31 | | $480.00 |
| | Teleconference Meetings:  Monitor Team, Deputy Monitor | 5 | 10/11,25,29 | | $800.00 |
| | NIBRS research, meeting, review | 4 | 10/5,8,18,25 | | $640.00 |
| | Consulate meeting coordination and session prep. | 1.5 | 10/1,8 | | $240.00 |
| | Policy review - GO 800.804 | 1 | 10/8 | | $160.00 |
| | Special topics research: Property rooms | 1.5 | 10/11 | | $240.00 |
| | CMR-5 data analysis/report writing | 54 | 10/1,3,6,12,17,21,22,23,24,25,26,27,28,29,31 | | $8,640.00 |
| | | | | | |
| | Net Hours @ $160/hr. | 70.00 | | 0.00 | $11,200.00 |
| | | | | | |
| | **Allowable Fee** | | | | **$11,200.00** |

I hereby certify that the amount billed in this invoice is true and correct and reponds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities, or agencies.

*Rita J. Watkins*     10/31/21