# INVOICE



22 Chalets de Santa Maria
San Juan, P.R. 00927
(787)940-3090

**BILL TO:**
**Office of the FPMPR, LLC**
VIG Tower, PH 924
1225 Ponce de Leon Avenue
San Juan, P.R. 00907

**DATE:** 10/31/2021
**INVOICE #** 202110
**FOR:** FPMPR/TCA

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| CICs Interviews: Aguadilla, Guayama, Fajardo, S.J., Utuado | 3.00 | $160.00 | $ 480.00 |
| 10/01/2021: CMR5 Additional data receipt (70+) documents reviewed/partial annotations made. | 3.50 | $160.00 | $ 560.00 |
| 10/04/2021 CMR5 PPRs 803.1, 803.2, 803.4, 803.5 reviewed per police area with annotations. | 3.50 | $160.00 | $ 560.00 |
| 10/4/2021 Pars. 207, 213, 214 Review/with additional data received (10/01/2021) assessment | 4.50 | $160.00 | $ 720.00 |
| 10/5/2021: CMR 5: outreach endeavors per police area reviewed; assessment completed | 6.00 | $160.00 | $960.00 |
| 10/6/2021: Draft 1 Par. 207, 214, 215 | 4.00 | $160.00 | $ 640.00 |
| 10/7/2021: CMR5 Partnerships submitted/review docspar. 208-210 annotations/partial assessment/draft. | 6.00 | $160.00 | $ 960.00 |
| 10/07/2021: Additional data submitted by PRPB review | 1.50 | $160.00 | $ 240.00 |
| 10/08/2021: CMR5 par 211-213 docs. Review/annotations/Assesment/drafts | 6.50 | $160.00 | $ 1,040.00 |
| 10/10/2021: OG800-805 Community Encounters policy review/Recomm./redact. | 2.50 | $160.00 | $ 400.00 |
| Zoom Team Meetings | 1.50 | $160.00 | $ 240.00 |
| emails/phone calls: Denise, John, Sam, CIC member- Fajardo, | 1.50 | $160.00 | $ 240.00 |
| 10/09/2021: CMR 5 Par. 208-210 assessment draft compl. | 4.00 | $160.00 | $ 640.00 |
| 10/10/2021: Partial Report typing | 3.00 | $160.00 | $ 480.00 |
| 10/12/2021: PRPB meeting | 4.00 | $160.00 | $ 640.00 |
| 10/13/2021: CIC Meeting Fajardo, P.R. | 6.00 | $160.00 | $ 960.00 |
| 10/14/2021: Draft 2 | 3.00 | $160.00 | $ 480.00 |
| 10/15/2021: Final review/report | 3.00 | $160.00 | $ 480.00 |
| 10/19/2021: Community Encounter: PRPB/San Juan | 2.00 | $160.00 | $ 320.00 |
| 10/20/2021: Community Encounter report English & Spanish/Pics for social media | 1.00 | $160.00 | $ 160.00 |
| 10/21/2021: Zoom Denise | 1.00 | $160.00 | $ 160.00 |
| 10/25/2021 10/29/2021: CMR5 Team rating discussion | 3.00 | $160.00 | $ 480.00 |
| 10/27/2021: CMR5 review and edits received David/Denise/Roberto part. 1 | 4.00 | $160.00 | $ 640.00 |
| 10/28/2021: CMR5 Review and Edits Received David/Denise/Roberto Part 2 | 2.00 | $160.00 | $ 320.00 |
| 10/29/2021: GO 805 memo reviewed/amended for further clarification | 1.00 | $160.00 | $ 160.00 |
| Sum | 81.00 | | $12,960.00 |
| | | SALES TAX | $  - |
| | | **TOTAL** | **$12,960.00** |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor.  I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or


Merangelie Serrano-Rios

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|