# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@yahoo.com | 550 Amsonia Circle Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2021-08
**DATE:** October 31, 2021

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 10/01/2021 | 2.0 hours of policy review and itemized list develop. | 2.0 | $50.00 | $100.00 |
| 10/02/2021 | 0.5 hour of policy review facilitation and memo development | 0.5 | $50.00 | $25.00 |
| 10/04/2021 | 1.0 hour of policy review facilitation | 1.0 | $50.00 | $50.00 |
| 10/05/2021 | 1.0 hour of policy review facilitation and meeting scheduling | 1.0 | $50.00 | $50.00 |
| 10/06/2021 | 2.0 hours of meetings and itemized list development | 2.0 | $50.00 | $100.00 |

**AMOUNT DUE     SEE FIFTH PAGE**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@yahoo.com | 550 Amsonia Circle Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2021-08
**DATE:** October 31, 2021

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 10/07/2021 | 1.5 hours of travel scheduling and policy review | 1.5 | $50.00 | $75.00 |
| 10/08/2021 | 1.0 hour of policy review facilitation | 1.0 | $50.00 | $50.00 |
| 10/11/2021 | 3.0 hours of phone calls and policy review | 3.0 | $50.00 | $150.00 |
| 10/12/2021 | 1.0 hour of policy review facilitation and Google forms | 1.0 | $50.00 | $50.00 |
| 10/13/2021 | 2.0 hours of call with Denise and worksheet development | 2.0 | $50.00 | $100.00 |

**AMOUNT DUE     SEE FIFTH PAGE**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@yahoo.com | 550 Amsonia Circle Guyton, GA 31312

**BILL TO:**

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2021-08
**DATE:** October 31, 2021

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- | --- |
| 10/14/2021 | 1.5 hours of compliance tracking and policy review | 1.5 | $50.00 | $75.00 |
| 10/15/2021 | 0.5 hour of policy review facilitation | 0.5 | $50.00 | $25.00 |
| 10/16/2021 | 0.5 hour of policy review facilitation | 0.5 | $50.00 | $25.00 |
| 10/18/2021 | 1.5 hours of policy review and travel planning | 1.5 | $50.00 | $75.00 |
| 10/19/2021 | 2.0 hours of policy review facilitation and travel planning | 2.0 | $50.00 | $100.00 |

**AMOUNT DUE    SEE FIFTH PAGE**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@yahoo.com | 550 Amsonia Circle Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2021-08
**DATE:** October 31, 2021

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 10/20/2021 | 1.0 of travel planning and policy review | 1.0 | $50.00 | $50.00 |
| 10/22/2021 | 2.0 hours of policy review facilitation and data template creation | 2.0 | $50.00 | $100.00 |
| 10/23/2021 | 0.5 hour of policy review facilitation | 0.5 | $50.00 | $25.00 |
| 10/25/2021 | 4.5 hours of team call, CMR-5, and travel planning | 4.5 | $50.00 | $225.00 |
| 10/26/2021 | 1.0 of policy review facilitation and travel planning | 1.0 | $50.00 | $50.00 |

**AMOUNT DUE     SEE FIFTH PAGE**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@yahoo.com | 550 Amsonia Circle Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2021-08
**DATE:** October 31, 2021

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 10/27/2021 | 0.5 hour of travel planning | 0.5 | $50.00 | $25.00 |
| 10/28/2021 | 2.5 hours of report development and travel planning | 2.5 | $50.00 | $125.00 |
| 10/29/2021 | 2.5 hours of CMR-5 and data compilation | 2.5 | $50.00 | $125.00 |
| 10/31/2021 | 0.5 hour of CMR-5, and policy review facilitation | 0.5 | $50.00 | $25.00 |

**AMOUNT DUE**     **$1,800.00**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.