# Manuel A. Arroyo Rivera

P.o Box 8925 Santurce Puerto Rico 00910     Cel 787-364-8925

Email marroyorivera20@gmail.com

Invoice  Month October 2021                                                                                       Invoice #013

Federal Police Monitor   San Juan, PR

| Date | description | Hour | Rate | Amount |
|---|---|---|---|---|
| 10 octubre 2021 | pick up the monitor and take him to your hotel | 1 | $20.00 | $20.00 |
| 11 octubre 2021 | pick up the monitor and take him to different meetings of the day | 10 | $20.00 | $200.00 |
| 12 octubre 2021 | pick up the monitor and take him to different meetings of the day | 10 | $20.00 | $200.00 |
| 13 octubre 2021 | pick up the monitor and the team to go to the different meetings and visit the Fajardo community with a community meeting. | 15 | $20.00 | $300.00 |
| 14 octubre 2021 | pick up the monitor and take him to different meetings of the day | 8 | $20.00 | $160.00 |
| 15 octubre 2021 | pick up the monitor and take him to different meetings of the day | 8 | $20.00 | $160.00 |
| 16 octubre 2021 | pick up the monitor and take him to various meetings of the day and take him to the airport | 6 | $20.00 | $120.00 |
| October  10-16 | car use expenses  Mr. Romero | 1m | Car use | $200.00 |
| October 17 -2021 | pick up Mr. Doonie Gosselin at the airport and take him to the hotel | 2 | $20.00 | $40.00 |
| October 18-2021 | pick up the monitor and take him to different meetings of the day | 8 | $20.00 | $160.00 |
| October 18-2021 | pick up the monitor and take him to different meetings of the day | 8 | $20.00 | $160.00 |
| October 19-2021 | pick up the monitor and take him to different meetings of the day | 8 | $20.00 | $160.00 |
| October 20-2021 | pick up the monitor and take him to different meetings of the day | 8 | $20.00 | $160.00 |
| October 21-2021 | pick up the monitor and take him to different meetings of the day | 8 | $20.00 | $160.00 |
| October 22-2021 | pick up Mr. Gosselin and take him to the airport | 1 | $20.00 | $20.00 |
| October 17-22 | car use expenses    Mr. Gosseling | 1m | Car use | $200.00 |

|  |  |  | $2,420 |
|--|--|--|--------|