Hipolito Castro Jr
64 Mustang Drive
Monroe, CT 06468

INVOICE #PR001-2021
DATE: November 1, 2021

Dates of service: October 1 – October 31, 2021     TOTAL $3,750.00

**The following is a detailed statement of the hours worked:**

-Monitor's meeting with the Monitor and team members. October 11, 2021. **2 hrs.**
-Monitor's meeting with the Monitor and team members. October 25, 2021. **2 hrs.**
-Assisting with the training/promotion's part of interviews for the CMR-5 report. **2 hr.**
-Reviewing CMR-3 use of force in preparation for the CMR-5 report. **2 hrs.**
-Reviewing and submitting results for the sex assaults and domestic violence cases for CMR-5 report. **13 hrs.**
-Reviewing and submitting results for the use of force files and cases for the CMR-5 report. **3 hrs.**
-Monitor's meeting Community Outreach Compliance review. October 29, 2021. **1hr**

**Billable Hours:** 25 HOURS, at rate of $150 per hour = $3,750.00

I hereby certify that the amount billed in this invoice is true and correct and corresponds to the number of hours worked in my capacity as support staff to the Federal Monitor's Office. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_(signature)_

Hipolito Castro Jr                                    Date: November 1, 2021