**TDPetrowski, LLC**
**4010 Deep Valley Drive**
**Dallas, Texas 75244**

October 22, 2021 – November 21, 2021

INVOICE # ASM.TDP.2021-11  **TOTAL DUE $13,656.00**
ASSISTANT SPECIAL MASTER
NOVEMER INVOICE

**Tasks Completed**

| Hours | Description | Total |
|---|---|---|
| 12 | Reviewed/researched/translated as necessary/discussed/reworked documents related to various orders of the Court, PRPD and DOJ and Monitor Office exchanges regarding recurring issues and OSM projects. | $1,800 |
| 15 | Drafted, reviewed and responded to texts, emails and all other documents/communications with respective parties, the Special Master, Assistant Special Master and the Court. | $2,250 |
| 22 | Zoom meetings and/or conference calls with the Parties and the Court. | $3,300.00 |
| 32 | Travel and meetings in San Juan 11/03/2021-11/06/2021. | $4,800.00 |
| Travel Expense | Air Fare Dallas to San Juan - coach class roundtrip ticket | $617.00 |
| Travel Expense | Lodging 11/03/2021-11/06/2021, Government rate of $167 per night plus $22 tax per night | $567.00 |
| Travel Expense | Meals and Incidental Expenses, 11/03/2021-11/06/2021, Government rate of $92 per day and two travel days a the ¾ rate of $69/day | $322.00 |

**Total Wages Due = $13,656.00**

**I hereby certify that the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.**

*Thomas D. Petrowski*  11/21/21
**Thomas D. Petrowski**