GALOEFFERT, LLC
4805 East Lake Road
Sheffield Lake, Ohio 44054

October 22, 2021, through November 21, 2021

INVOICE # 2021-11                                    TOTAL DUE $15,100.00
ASSISTANT SPECIAL MASTER
November 2021 INVOICE

Tasks Completed

| Hours | Description | Total |
|---|---|---|
| 19 | Prepared and worked on documents for Judge Besosa, prepared materials for onsite visit to PR, bi-weekly meetings, 253 meeting; email and discussed with the Special Master and other parties. | $2,850.00 |
| 17 | Drafted, reviewed and responded to emails and all other documents/communication with respective parties and the court. | $2,550.00 |
| 22 | Zoom meetings and/or conference calls with the Parties and the Court. | $3,300.00 |
| 32 | Travel and meetings in San Juan 11/03/2021-11/06/2021. | $4,800.00 |
| Travel Expense | Air Fare Cleveland to San Juan claiming coach class roundtrip ticket | $631.00 |
| Travel Expense | Lodging 11/03/2021-11/06/2021, Govt rate $167 per night plus $22 tax per night | $567.00 |
| Travel Expense | Meals and Incidental Expenses, 11/03/2021-11/06/2021, Govt rate $92/day, two travel days ¾ rate at $69/day | $322.00 |
| Travel Expense | Parking at Cleveland Airport | $80.00 |

Total Wages Due = $15,100.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Gary A. Loeffert

11/22/2021