Del Carmen Consulting, LLC
3122 Westwood Drive
Arlington, Texas 76012

October 22, 2021 through November 21, 2021

INVOICE # SM2021-11  **TOTAL DUE $ 15,889.00**
SPECIAL MASTER
NOVEMBER 2021 INVOICE

## Tasks Completed

Drafted, reviewed and responded to emails and all other documents/communication with respective parties and the Court. Engaged in review of some documents for the Court.

Conference calls with the Monitoring Team members, Commonwealth Representatives and Court.

Conference calls with the Monitor and SM team members.

Travel and meetings to Puerto Rico (11/3/21—11/6/21).

Zoom meetings with various groups including NIBRS staff.

Engaged in review of policies provided by PRPB.

Virtual meeting on Police and Citizen Surveys.

Reviewed survey drafts and provided feedback.

Provided input on data sheet for motor vehicle contacts.

**Expenses May Puerto Rico Visit**

Airfare: No Reimbursement/Donated

Lodging: Government Rate for 3 Nights at $167/night plus $22 daily taxes: $567.00

Meals and Incidental Expenses (M&IE), Government rate of $92/day on site, and 75% travel rate on two travel days ($69/day). $322.00.

**Flat Rate Total Wages Due = $15,000.00**
**Expenses Due = $889.00**

**TOTAL DUE = $ 15,889.00**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*Alejandro del Carmen*
_____
   **Dr. Alejandro del Carmen**                                                                                  **11/21/21**