# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff;<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>   Defendants. | No. 12-cv-2039 (FAB) |

## MOTION TO RESTRICT UNITED STATES' RESPONSE TO DEFENDANTS' INFORMATIVE MOTION

COMES NOW, Plaintiff, the United States of America, by and through the undersigned counsel, and respectfully moves to restrict its Response to Defendants' Informative Motion (Response), ECF No. 1901, for viewing by the Court, the Monitor, the Special Master, and counsel for the Parties, in accordance with Standing Order No. 9, *Amendment to the Restricted Filing and Viewing Levels Module*, Misc. No. 03-149 (Jan. 30, 2013). For cause, the United States alleges, states, and prays:

1. On November 8, 2021, Defendants sought leave to file an Informative Motion regarding Supervisors at PRPB, ECF No. 1880, in restricted mode. ECF No. 1881. The Court granted Defendants' Motion to Restrict on November 10, 2021. Order, ECF No. 1884.

2. The United States seeks to restrict its Response because it pertains to matters that are restricted presently.

WHEREFORE, the United States respectfully requests that the Court grant this request to restrict the United States' Response to Informative Motion, ECF No. 1901.

WE HEREBY CERTIFY that on today's date, we filed the foregoing pleading electronically through the CM/ECF system, which caused the parties, counsel of record, the Special Master, and the Monitor on the service list to be served by electronic means.

Respectfully submitted, this 3rd day of December, 2021,

        **STEVEN H. ROSENBAUM**
        Chief, Special Litigation Section
        Civil Rights Division

        *s/ Luis E. Saucedo*
        **TIMOTHY D. MYGATT**
        Deputy Chief
        **LUIS E. SAUCEDO** (G01613)
        **JORGE CASTILLO** (G02912)
        Trial Attorneys
        U.S. Department of Justice
        Civil Rights Division
        Special Litigation Section
        950 Pennsylvania Avenue, NW
        Washington, DC 20530
        Telephone: (202) 598-0482
        Fax: (202) 514-4883
        luis.e.saucedo@usdoj.gov
        jorge.castillo@usdoj.gov

        Attorneys for Plaintiff