### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

    **Plaintiff**,

          **v.**                     **Civil No.** 12-2039 (FAB)

COMMONWEALTH OF PUERTO RICO, *et al.*,

    **Defendants.**

### ORDER

An *in person* status conference has been scheduled to be held on **Friday, January 14, 2022 at 9:00 a.m.** in Courtroom No. 2 of the Hato Rey Courthouse.

Counsel for the Commonwealth, the United States, the Monitor and his staff, and the Special Master and his staff shall be present.  Counsel, the Monitor and the Special Master shall be prepared to discuss the Monitor's Fifth Report, and the path forward in this case.

    **IT IS SO ORDERED.**

San Juan, Puerto Rico, December 6, 2021.

                              s/ Francisco A. Besosa
                              FRANCISCO A. BESOSA
                              UNITED STATES DISTRICT JUDGE