# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>Plaintiff<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO AND ITS POLICE DEPARTMENT,**<br><br>Defendants<br><br>**GREGORIO IGARTUA<br>AS AMICUS CURIAE** | **Civil Action No. : 12-2039 (JAG)** |

## MOTION REQUESTING RELIEF FROM AMICUS CURIAE APPEARANCE

To the Honorable Court:

Comes Now, Gregorio Igartua, the undersigned attorney, and very respectfully states and prays:

1. That the undersigned attorney requested participation as Amicus Curiae in this case with regard to pleading #10 of the complaint, that Puerto Rico is an unincorporated territory of the United States. In oral Argument before the Honorable Court, the undersigned attorney argued with legal support that, to the contrary Puerto Rico is a de facto incorporated U.S. territory. The attorney for Plaintiff, the USA, did not objected in any way to the incorporation argument. There was no further judicial disposition by the Court on this issue.

2. That further participation as Amicus Curiae by the undersigned attorney is deemed unnecessary, and therefore it is respectfully requested from this Hon. Court to relieve

him of the legal proceedings of the case, and order his name he removed from the notification list.

**WHEREFORE**, the herein appearing attorney respectfully requests from this Honorable Court to be relieved of any further appearance as Amicus Curiae in above captioned case. Respectfully submitted,

In San Juan, Puerto Rico this of October 20, 2021

<u>s/ Gregorio Igartua</u>
**GREGORIO IGARTUA
ATTORNEY AS AMICUS CURIAE
AD HONOREM**

## CERTIFICATE OF SERVICE

I hereby certify that, on October 20, 2021, I electronically filed the foregoing document with the U.S District Court of Puerto Rico by using the CM/ECF system. I certify that all the parties of their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system.

| | |
|---|---|
| Ángel A. Valencia-Aponte | Luis E. Saucedo |
| Gabriel A. Penagaricano | Marta L. Rivera- Ruiz |
| John Romero | Oscar J. Serrano- Negrón |
| Jorge A. Andreu-Fuentes | Raúl E. Banas-Del-Pilar |
| Jorge M. Castillo | Roberto Abesada- Aguet |
| José M. Maritnez- Chevres | Susana I. Penagaricano-Brown |
| Linda Backiel | Valerie Concepcion-Cintron |
| | Yashira Vega-Montalvo |