OFFICE OF THE FPMPR LLC.
B-5 Calle Tabonuco Suite 216 PMB 292
Guaynabo, Puerto Rico 00968

December 7, 2021

Professional services rendered by the members of the Office of the FPMPR LLC. For November 2021:

| NAME | AMOUNT | MONTH |
|---|---|---|
| John Romero | $20,508.53 | November 2021 |
| Spece | $ 2,742.36 | November 2021 |
| The & Group LLC (Javier González) | $ 7,876.22 | November 2021 |
| Altai Atlantic Consulting LLC (Dr. David Levy) | $ 8,080.00 | November 2021 |
| Denise Rodriguez | $17,603.73 | November 2021 |
| Viota & Associates CPA LLC | $    937.50 | November 2021 |
| Donald S. Gosselin | $ 9,600.00 | November 2021 |
| Al Youngs | $11,813.30 | November 2021 |
| Rafael E. Ruiz | $ 8,002.50 | November 2021 |
| Scott Cragg | $14,487.11 | November 2021 |
| Correa Acevedo & Abesada Law offices, PSC (Lcdo. Roberto Abesada) | $17,107.50 | November 2021 |
| Rita J. Watkins | $ 5,920.00 | November 2021 |
| Merangelie Serrano | $ 5,680.00 | November 2021 |
| Luis Hidalgo | $11,500.00 | November 2021 |
| Korber Group | $ 1,648.94 | November 2021 |
| Samantha Rhinerson | $ 2,525.00 | November 2021 |
| Claudia Cámara | $ 1,140.00 | November 2021 |
| Manuel Arroyo | $ 1,320.00 | November 2021 |
| Hipolito Castro Jr | $ 7,441.83 | November 2021 |
| **TOTAL:** | **$155,934.52** | November 2021 |
|  |  |  |