John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

November 1 through November 30, 2021

INVOICE # 090　　　　　　　　　　　　**TOTAL DUE $20,508.53**
FEDERAL MONITOR
NOVEMBER 2021 INVOICE

## Duties and Responsibilities as Monitor

Generated, reviewed, and responded to emails/texts (month of November) from the Parties, Monitor Team, Court and Special Master.
Conference calls with General Counsel
Reviewed court orders relating to the Consent Decree.
Via zoom conducted meetings with Special Master and USDOJ and PRPB
Monitor administrative duties - reviewing Team invoices, coordinating SME work assignments, and conferring with Monitor's Office Administrative Director.
Reviewed Briefing Reports from PRPB.
Conferred with Deputy Chief Monitor on issues relating to Monitor Office Operations
Conducted Zoom meetings with the Monitor Team.
Reviewed information related to data collection re: surveys.
Participated in discussion related to PRPB's Informative Motion re: Supervision
Prepared for and participated in 253 meeting
Conducted final review of CMR-5 Draft Report

**Site Visit to Puerto Rico November 4 through 12, 2021**
Meetings with the Honorable Judge Besosa
Meeting with Reform Unit and USDOJ
Meeting with IPSOS
Participated in IT presentation.
Meeting with US Marshall's Office
Site visits to Fajardo, Vieques and Culebra
Meetings with Monitor Team members based in Puerto Rico

**Flat Rate Total Wages Due**　　　　　　　　$17,916.66
**Travel Expenses Due**　　　　　　　　　　　$ 2,591.87

# TOTAL DUE $ 20,508.53

I hereby certify that the amount billed in this invoice is true and correct in my capacity as Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*[signature: John Romero]*

Date November 30, 2021

## Office of the TCA - Travel Reimbursement Form

John Romero
November 4-12, 2021

### Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 482.85 | 1 | $482.85 |
| Baggage | $- | 0 | $- |
| Ground Transportation (Uber/Lyft/Taxi) | | | $- |
| Ground Transportation (Parking) | $- | 0 | $- |
| Ground Transportation (Mileage) | $0.56 | 82 | $45.92 |
| Lodging | $135.70 | 8 | $1085.60 |
| Per Diem (Travel Days) | $86.25 | 2 | $172.50 |
| Per Diem (Full Days) | $115.00 | 7 | $805.00 |
| Other: | $- | 0 | $- |
| Total | | | $ 2591.87 |

Roundtrip, JR

## Los Angeles San Juan

**Departing: Nov 3 2021**
9:30pm
LAX
9:48am
SJU
9h 18m
Flights 132, 1233
Stop: MCO
Layover: 2h 0m

jetBlue

Blue

**Returning: Nov 12 2021**
2:43pm
SJU
11:10pm
LAX
12h 27m
Flights 1754, 101
Stop: FLL
Layover: 3h 51m

Blue

### Flights

LAX-MCO, Nov 3, 9:30pm

MCO-SJU, Nov 4, 7:00am

SJU-FLL, Nov 12, 2:43pm

FLL-LAX, Nov 12, 8:17pm

1 Roundtrip ticket (1 Adult)
$415.45
Fare restrictions
Taxes & Fees $67.40

Total:
$482.85

**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr John Romero
2301 Pacific Ave
Costa Mesa CA 92627
United States

Room: 0401
Room Type: KSTE
No. of Guests: 1
Rate:  $   115.00   Clerk: 1006

Marriott Rewards #   756834271

CRS Number   86959812

Name:

Arrive:  11-04-21          Time:  10:22          Depart:  11-12-21          Folio Number:  678906

| Date | Description | Charges | Credits |
|---|---|---|---|
| 11-04-21 | Package | 115.00 | |
| 11-04-21 | Government Tax | 10.35 | |
| 11-04-21 | Hotel Fee | 10.35 | |
| 11-04-21 | COMEDOR- Guest Charge (Breakfast) | 6.16 | |
| 11-05-21 | COMEDOR- Guest Charge (Breakfast) | 4.16 | |
| 11-05-21 | COMEDOR- Guest Charge (Dinner) | 83.00 | |
| 11-05-21 | Package | 115.00 | |
| 11-05-21 | Government Tax | 10.35 | |
| 11-05-21 | Hotel Fee | 10.35 | |
| 11-06-21 | COMEDOR- Guest Charge (Breakfast) | 4.16 | |
| 11-06-21 | Package | 115.00 | |
| 11-06-21 | Government Tax | 10.35 | |
| 11-06-21 | Hotel Fee | 10.35 | |
| 11-07-21 | COMEDOR- Guest Charge (Breakfast) | 4.16 | |
| 11-07-21 | Package | 115.00 | |
| 11-07-21 | Government Tax | 10.35 | |
| 11-07-21 | Hotel Fee | 10.35 | |
| 11-08-21 | COMEDOR- Guest Charge (Breakfast) | 4.16 | |
| 11-08-21 | Package | 115.00 | |
| 11-08-21 | Government Tax | 10.35 | |
| 11-08-21 | Hotel Fee | 10.35 | |
| 11-09-21 | Package | 115.00 | |
| 11-09-21 | Government Tax | 10.35 | |
| 11-09-21 | Hotel Fee | 10.35 | |
| 11-10-21 | COMEDOR- Guest Charge (Breakfast) | 4.16 | |
| 11-10-21 | Package | 115.00 | |

**COURTYARD**
**Marriott**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr John Romero
2301 Pacific Ave
Costa Mesa CA 92627
United States

Room: 0401
Room Type: KSTE
No. of Guests: 1
Rate: $   115.00   Clerk: 1006

Marriott Rewards #   756834271

CRS Number   86959812

Name:

Arrive:   11-04-21          Time:   10:22          Depart:   11-12-21          Folio Number:   678906

| Date | Description | Charges | Credits |
|---|---|---|---|
| 11-10-21 | Government Tax | 10.35 | |
| 11-10-21 | Hotel Fee | 10.35 | |
| 11-11-21 | COMEDOR- Guest Charge (Dinner) | 37.00 | |
| 11-11-21 | Package | 115.00 | |
| 11-11-21 | Government Tax | 10.35 | |
| 11-11-21 | Hotel Fee | 10.35 | |
| 11-12-21 | COMEDOR- Guest Charge (Breakfast) | 4.16 | |
| 11-12-21 | Visa Card | | 1,236.72 |
| | Card #   XXXXXXXXXXXX1287 | | |
| | Balance | | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.