**Spece**
1225 Juan Ponce de Leon
San Juan, PR  00907
787-417-7300
info@spece.com
www.spece.com

Invoice  INV - 13078



| BILL TO | | | |
|---|---|---|---|
| Office of the FPMPR LLC | DATE<br>12/01/2021 | PLEASE PAY<br>$287.96 | DUE DATE<br>12/01/2021 |

| MEMBERSHIP | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Event Rental:Conference Room**<br>XLarge Conference Room, $135.00, 4 x $33.75 / hour (10% discount) - Nov 5, 2021 | 4 | 33.75 | 135.00T |
| **Event Rental:Conference Room**<br>XLarge Conference Room, $141.88, 1 x $125.00 / half day, 0.5 x $33.75 / hour (10% discount) - Nov 9, 2021 | 1 | 141.875 | 141.88T |
| | SUBTOTAL | | 276.88 |
| | TAX (4%) | | 11.08 |
| | TOTAL | | 287.96 |

TOTAL DUE          $287.96

THANK YOU.

ELEVATE YOUR BUSINESS