# THE & GROUP LLC.

Las Ramblas
71 Calle Montjuic
Guaynabo , PR 00969

## INVOICE

INVOICE NUMBER: 69
INVOICE DATE: NOVEMBER 30, 2021

Federal Police Monitor

San Juan, PR

Invoice for Javier B Gonzalez Professional Services as Administrative Director

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| NOV-01-21 | Administrative Director | Bi weekly meeting, Communications with the Monitor, Coordination of Special Master visit, | 3.00 | $100.00 | $300.00 |
| NOV-02-21 | Administrative Director | CMR 5 Compliance Ratings meeting, Coordination of Team visit, Coordination of Special Master Visit, Communications with the Monitor , Deputy Monitor and Team Members. Work with October Invoices. | 4.00 | $100.00 | $400.00 |
| NOV-03-21 | Administrative Director | Conference Call with Deputy Monitor, Various communications with the Monitor and Team Members, November Special Master and Team Visit coordination, Review of communications sent by PRPB. | 4.50 | $100.00 | $450.00 |
| NOV-04-21 | Administrative Director | Meeting with the Monitor, Special Master and PRPB, Work with team October Invoices, Coordination of Team visit. | 4.50 | $100.00 | $450.00 |
| NOV-05-21 | Administrative Director | Meeting with the Monitor and Special Master, Work with Team October Invoices, Review of communications sent by PRPB. | 5.00 | $100.00 | $500.00 |
| NOV-08-21 | Administrative Director | Team Meeting, Meeting with PRPB, Live system demonstrations (Zoom), Work with 2021-2022 Expense Report. | 8.00 | $100.00 | $800.00 |
| NOV-09-21 | Administrative Director | Team meetings at office, Meeting with Judge Besosa. | 8.00 | $100.00 | $800.00 |
| NOV-10-21 | Administrative Director | Survey meeting at PRPB, Review of communications from PRPB, Coordination of meetings. | 6.50 | $100.00 | $650.00 |
| NOV-11-21 | Administrative Director | Work with Vehicles documents request by Commonwealth, Communications with the Monitor. Team Visit. | 3.50 | $100.00 | $350.00 |
| NOV-12-21 | Administrative Director | Work with Team IDs, Assist Special Master with October invoices. Communications with the Monitor. Review of communications sent by PRPB and team members. | 3.00 | $100.00 | $300.00 |
| NOV-15-21 | Administrative Director | Biweekly Meeting, Communications with the Monitor, Review of communications by PRPB and team Members, Final review of October Invoices, | 4.00 | $100.00 | $400.00 |

INVOICE NUMBER: 69

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| NOV-16-21 | Administrative Director | Survey follow up, Work on vehicles documents, communications with the Monitor and Team members. Review of communications. | 3.00 | $100.00 | $300.00 |
| NOV-17-21 | Administrative Director | Vehicle follow up, Communications with the Monitor, Review of communications and documents. | 2.00 | $100.00 | $200.00 |
| NOV-18-21 | Administrative Director | Communications with the Monitor and Team Members, Work with Invoice correction, Communications with Court Clerk related to the Team IDs, Survey questionnaire follow up and revision. | 3.50 | $100.00 | $350.00 |
| NOV-19-21 | Administrative Director | Survey Meeting, Communications with the Monitor, Review of communications and documents. | 3.00 | $100.00 | $300.00 |
| NOV-22-21 | Administrative Director | Biweekly Team Meeting, Communications with the Monitor, Work with team Ids and Vehicles follow up. | 2.50 | $100.00 | $250.00 |
| NOV-23-21 | Administrative Director | Review of communications. Work with Website messages. | 1.50 | $100.00 | $150.00 |
| NOV-29-21 | Administrative Director | Communications with the Monitor, Biweekly Meeting , Vehicle and IDs Follow Up, Review of communications sent by team members and PRPB . | 3.00 | $100.00 | $300.00 |
| NOV-30-21 | Administrative Director | 253 Meeting, Review of communications, Work with Team November Invoices. | 3.50 | $100.00 | $350.00 |
| NOV-30-21 | Administrative Director | I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0.00 | $100.00 | $0.00 |
|  |  | Reinbursment for Gasoline and  Office Expenses. (Receipts attached) |  |  | $276.22 |
|  |  | Total amount of this invoice |  |  | $7,876.22 |

MESSAGE

Javier B Gonzalez, November 30, 2021