

# Invoice

**Altai Atlantic Consulting LLC**
828 Snowden Hallowell Way, Alexandria VA 22314

**Date:** 12/01/21
**Invoice #:** 01-023

**To:** Office of the Federal Police Monitor of Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
Tel. 787-417-9098

| Fee Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|
| **Total Fees Payable For Services Rendered by Dr. David Levy** | 50.5 | 160 | **$8,080.00** |

## Work Performed in the Continental United States

| Date | Activity Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 11/1/21 | Review/revision of section 2 of CMR-5 | 2.0 | 160 | $320.00 |
| 11/2/21 | Review/revision of section 2 of CMR-5 | 4.0 | 160 | $640.00 |
| 11/2/21 | Team calls re: CMR-5 sections 2 and 10 data and methodology | 2.0 | 160 | $320.00 |
| 11/3/21 | Review/revision of section 9 of CMR-5 | 1.5 | 160 | $240.00 |
| 10/3/21 | Team calls re: CMR-5 section 9 data and methodology | 2.5 | 160 | $400.00 |
| 11/4/21 | Review/revision of section 5 of CMR-5 | 1.5 | 160 | $240.00 |
| 11/4/21 | Team calls re: CMR-5 sections 3 and 5 data and methodology | 2.0 | 160 | $320.00 |
| 11/5/21 | Review/revision of section 3 of CMR-5 | 1.5 | 160 | $240.00 |
| 11/13/21 | Work on data source sampling framework & monitoring worksheets | 4.0 | 160 | $640.00 |
| 11/16/21 | Call with Monitor Ruiz and follow-up actions re: data requests | 2.5 | 160 | $400.00 |
| 11/17/21 | Call with Monitor Watkins and follow-up actions re: data requests | 2.0 | 160 | $320.00 |
| 11/18/21 | Communication with Chief Monitor and follow-up actions re: data requests | 1.5 | 160 | $240.00 |
| 11/22/21 | Team biweekly call | 1.0 | 160 | $160.00 |
| 11/22/21 | Call with Monitor Youngs and follow-up actions re: data requests | 3.5 | 160 | $560.00 |
| 11/26/21 | Work on master data request ahead of CMR-6 second data request | 4.0 | 160 | $640.00 |
| 11/27/21 | Work on master data request ahead of CMR-6 second data request | 3.5 | 160 | $560.00 |
| 11/28/21 | Work on master data request ahead of CMR-6 second data request | 3.5 | 160 | $560.00 |
| 11/29/21 | Call with Deputy Chief Monitor and follow-up actions re: data requests | 2.5 | 160 | $400.00 |
| 11/30/21 | Call with Monitor Gosselin and follow-up actions re: data requests | 2.5 | 160 | $400.00 |
| 11/30/21 | Guidance on sampling methods for Deputy Chief Monitor | 3.0 | 160 | $480.00 |
| Total | | 50.5 | | $8,080.00 |

**Total Fee Payable**     $8,080.00

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

*signature*

**Dr. David Levy**

12/01/21
**Date**