# INVOICE

**DATE**
11/30/2021

**INVOICE NO**
#014

**Denise Rodriguez**
3003 San Sebastian St.
Mission, TX 78572
drodriguez_PRI@outlook.com

**INVOICE TO**
Puerto Rico Chief Federal Monitor

**INVOICE PERIOD**
November 1- 30, 2021

## DUTIES AND RESPONSIBILITIES                                            TOTAL DUE $17,603.73

- Conducted calls with each subject matter expert, the Administrative Director, and the Monitor
- Coordinated and conducted biweekly group calls with the Monitoring Team
- Coordinated and conducted biweekly calls with the Parties
- Reviewed and approved the review of several policies submitted to the Monitor's Office by PRPB as per Paragraph 229 of the Agreement
- Reviewed and approved memos documenting the Monitor's Office Review of the policies submitted by PRPB Reviewed and approved the third quarterly Monitoring Team newsletter
- Maintained the Federal Monitoring Team's Facebook and Twitter accounts and newsletter distribution service
- Conducted site visit on November 8-12th. This included field visits to Culebra and Vieques, status presentation to Judge Besosa, live system demonstrations, meeting with the Chief and Chief Deputy as USMS, and meeting with the Reform Unit
- Worked with the Monitoring Team to draft, review, and revise each section of the CMR-5 Report
- Worked with the Data Analyst on the data requests for CMR-6
- Worked with the Research Analyst/Administrative Assistant to finalize the compliance tracking sheet and related figures and charts
- Worked with the Administrative Director and the Administrative Assistant to draft the schedule(s) for the December site visit
- Participated in various virtual meetings to discuss the Community Survey objectives and Questionnaire with the Administrative Director, Vendor, and the parties
- Reviewed and provided input on the agenda items for the November 253 meeting
- Participated in November 253 Meeting
- Coordinated and conducted compliance rating review meetings with the Monitoring Team
- Participated on call with USDOJ and the Special Master to discuss PRPB Supervisory vacancies

| | |
|---|---|
| Flat Rate Total Wages* | $15,833.33 |
| Travel Expenses (see page 2) | $ 1,770.40 |
| **Total Due** | **$ 17,603.73** |

*The total amount is a flat rate. The total monthly is $15,833.33 for an annualized amount of $190,000.00

*Denise Rodriguez* (signature)

**Denise Rodriguez, Chief Deputy Monitor**

December 1, 2021
Date

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.*

# Office of the Technical Compliance Advisor Travel Reimbursement Form



**Traveler Name: Denise Rodriguez**
**Travel Dates: November 8-12, 2021**
**Purpose of Travel: Site visit**

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 459.40 | 1 | $ 459.40 |
| Baggage | $ - | 0 | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | $ - | 0 | $ - |
| Ground Transportation (Parking) | $ - | 0 | $ - |
| Ground Transportation (Mileage) | $ 0.56 | 0 | $ - |
| Lodging | $ 135.70 | 5 | $ 678.50 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 4 | $ 460.00 |
| Parking @ airport (days) | | | $ - |
| Total | | | $ 1,770.40 |

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Ms Denise Rodriguez
3003 San Sebastian St
Mission TX 78572
United States

Marriott Rewards #   286891726

Name:

Room: 0807
Room Type: EKNG
No. of Guests: 1
Rate: $ 115.00   Clerk: 8
CRS Number  90015777

Arrive:   11-07-21          Time:  17:35          Depart:  11-12-21          Folio Number:  679254

| Date | Description | Charges | Credits |
|---|---|---|---|
| 11-07-21 | Package | 115.00 | |
| 11-07-21 | Government Tax | 10.35 | |
| 11-07-21 | Hotel Fee | 10.35 | |
| 11-08-21 | Package | 115.00 | |
| 11-08-21 | Government Tax | 10.35 | |
| 11-08-21 | Hotel Fee | 10.35 | |
| 11-09-21 | COMEDOR- Guest Charge (Breakfast) | 4.21 | |
| 11-09-21 | Package | 115.00 | |
| 11-09-21 | Government Tax | 10.35 | |
| 11-09-21 | Hotel Fee | 10.35 | |
| 11-10-21 | COMEDOR- Guest Charge (Breakfast) | 4.48 | |
| 11-10-21 | Package | 115.00 | |
| 11-10-21 | Government Tax | 10.35 | |
| 11-10-21 | Hotel Fee | 10.35 | |
| 11-11-21 | COMEDOR- Guest Charge (Dinner) | 44.86 | |
| 11-11-21 | Package | 115.00 | |
| 11-11-21 | Government Tax | 10.35 | |
| 11-11-21 | Hotel Fee | 10.35 | |
| 11-12-21 | American Express | | 732.05 |
| | Card # XXXXXXXXXXX1008 | | |

| | |
|---|---|
| **From:** | United Airlines, Inc. |
| **To:** | DRODRIGUEZ_PRI@OUTLOOK.COM |
| **Subject:** | eTicket Itinerary and Receipt for Confirmation IRS7HP |
| **Date:** | Thursday, October 21, 2021 8:16:08 PM |



Thu, Oct 21, 2021

## Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our Important notices page for the latest updates

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# IRS7HP

| Flight 1 of 4 UA1787 | Class: United Economy (L) |
|---|---|
| Sun, Nov 07, 2021<br>**07:00 AM**<br>McAllen, TX, US (MFE) | Sun, Nov 07, 2021<br>**08:20 AM**<br>Houston, TX, US (IAH) |

| Flight 2 of 4 UA1192 | Class: United Economy (L) |
|---|---|
| Sun, Nov 07, 2021<br>**09:54 AM**<br>Houston, TX, US (IAH) | Sun, Nov 07, 2021<br>**04:15 PM**<br>San Juan, PR, US (SJU) |

| Flight 3 of 4 UA1495 | Class: United Economy (L) |
|---|---|
| Wed, Nov 17, 2021<br>**10:20 AM**<br>San Juan, PR, US (SJU) | Wed, Nov 17, 2021<br>**01:21 PM**<br>Houston, TX, US (IAH) |

| Flight 4 of 4 UA596 | Class: United Economy (L) |
|---|---|
| Wed, Nov 17, 2021<br>**02:50 PM**<br>Houston, TX, US (IAH) | Wed, Nov 17, 2021<br>**04:11 PM**<br>McAllen, TX, US (MFE) |

## Traveler Details

**RODRIGUEZ/DENISE**

eTicket number: **0162374579934**

Frequent Flyer: **UA-XXXXX985 Premier Silver**

Seats: **MFE-IAH 22A**
**IAH-SJU 14A**
**SJU-IAH 25A**
**IAH-MFE 22A**

## Purchase Summary

| | |
|---|---|
| Method of payment: | **American Express ending in 1008** |
| Date of purchase: | **Fri, Oct 22, 2021** |

| | |
|---|---|
| Airfare: | 392.00 USD |
| U.S. Transportation Tax: | 38.20 USD |
| September 11th Security Fee: | 11.20 USD |
| U.S. Passenger Facility Charge: | 18.00 USD |
| Total Per Passenger: | 459.40 USD |
| **Total:** | **459.40 USD** |

## Carbon Footprint

Your estimated carbon footprint for this trip is **0.66557 tonnes of $CO_2$.**

You can reduce your environmental impact by participating in our CarbonChoice program which supports projects that reduce greenhouse gases. Learn more.

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.
NONREF/0VALUAFTDPT
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

## MileagePlus Accrual Details

| Denise Rodriguez | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Sun, Nov 07, 2021 | 1787 | McAllen, TX, US (MFE) to Houston, TX, US (IAH) | 203 | 29 | 1 |
| Sun, Nov 07, 2021 | 1192 | Houston, TX, US (IAH) to San Juan, PR, US (SJU) | 1246 | 178 | 1 |
| Wed, Nov 17, 2021 | 1495 | San Juan, PR, US (SJU) to Houston, TX, US (IAH) | 1127 | 161 | 1 |
| Wed, Nov 17, 2021 | 596 | Houston, TX, US (IAH) to McAllen, TX, US (MFE) | 182 | 26 | 1 |
| MileagePlus accrual totals: | | | 2758 | 394 | 4 |

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|