# VIOTA & ASSOCIATES CPA LLC

**B5 CALLE TABONUCO, SUITE 216**
**PMB 292**
**GUAYNABO, PR 00968-3029**

## Invoice

INVOICE NUMBER: 20200617
DATE: NOVEMBER 29, 2021

PUERTO RICO POLICE REFORM

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: CONSULTING FEES | | | |
| NOV-04-21 | CONSULTING FEES | Deposit at First Bank | 1.00 | $125.00 | $125.00 |
| NOV-05-21 | CONSULTING FEES | -ACH Vendor Payments 1 of 2<br>-Professional Services withholding deposit | 0.50 | $125.00 | $62.50 |
| NOV-08-21 | CONSULTING FEES | -ACH Vendor Payments 2 of 2<br>-Professional Services withholding deposit | 0.50 | $125.00 | $62.50 |
| NOV-10-21 | CONSULTING FEES | -ACH Vendor Payments 3 - IPSOS<br>-Professional Services withholding deposit - IPSOS | 0.50 | $125.00 | $62.50 |
| NOV-12-21 | CONSULTING FEES | -Verify October Invoices & calculate vendor withholdings.<br>-Post September Invoices in SAGE | 1.00 | $125.00 | $125.00 |
| NOV-29-21 | CONSULTING FEES | -Post ACH payments in SAGE & PR Pay<br>-Reconcile FBPR Account 10/2021 | 4.00 | $125.00 | $500.00 |
| | | TOTAL: CONSULTING FEES | | | $937.50 |
| | | Total hours for this invoice | 7.50 | | |
| | | Total before tax | | | $937.50 |
| | | PR SALES TAX (IVU) | | | $0.00 |
| | | Total amount of this invoice | | | $937.50 |

MESSAGE

6% Withholding on Profesional Services (Waiver Certificate Available Upon Request)