**MBG North Corp.** 1931 Cordova Rd. Suite 3039, Ft. Lauderdale, FL 33316
**Invoice # 1153**, November 30, 2021  **Contractor:** Donald S. Gosselin, Esq.
**Dates of Service:**  31 OCT 2021 to 30 NOV 2021   **TERMS:** NET30

| Task Performed | US Hours | Dates | PR Hours | Billable Amount |
|---|---|---|---|---|
| On-Site Puerto Rico Labor Hours | | | 0 | $0.00 |
| Communications & Coordination - emails to/from Monitors, PRPB, USDOJ; Rewrite CMR-5, Review guidance, methodology and documents, SOP's, targets and data points for CMR-6, clarify data samples for interviews. | 31 | 11/1, 2, 3, 4, 7, 9, 10, 18, 19 | | $4,960.00 |
| Teleconference Meetings ; Monitors Office and Monitor Team Members | 10 | 11/2, 3, 4, 5, 30 | | $1,600.00 |
| Review Proposed Data Requests for CMR-6, Review future site visits and onsite interview plans. Draft remarks for the Court,  travel logistics; scheduling, on-site planning & coordination of  interviews | 19 | 11/7, 9, 10, 18, 19, 29, 30 | | $3,040.00 |
| **FEE WAIVER** | | **0** | **0** | **$0.00** |
| | US Hours | | PR Hours | |
| Net Hours @ $160/hr. | 60.00 | | 0.00 | $9,600.00 |
| Total Expenses (Air, Hotel, MIE; Meals, Parking, POV miles) | | | | $0.00 |
| **Allowable Fee** | | | | **$9,600.00** |

| **Travel Breakout** | **Traveler: Donald S. Gosselin. No Travel During Nove** |
|---|---|

| Expense | Unit Cost | Units | Column1 | Total |
|---|---|---|---|---|
| Airfare | $ - | | 1 | $ - |
| Baggage | $ - | | 0 | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | $ - | | 0 | $ - |
| Ground Transportation (Parking) | $ - | | 6 | $ - |
| Ground Transportation (Mileage) | $ - | | 90 | $ - |
| Lodging | $ - | | 5 | $ - |
| Per Diem (Travel Days) | $ - | | 2 | $ - |
| Per Diem (Full Days) | $ - | | 4 | $ - |
| Other: HOTEL TAX ($26.72+$21.31/day) | $ - | | 5 | $ - |
| **Total** | | | | $ - |

The undersigned, Donald S. Gosselin, Esq. certifies that the amount billed in this invoice is true and correct and corresponds to my duties as a Federal Monitor and related travel expenses. I further certify that I have not received any income, compensation or payment for services from the Commonwealth of Puerto Rico or any of its departments or municipalities

**Donald S. Gosselin, Esq.**
Principal, MBG North Corp
30-Nov-21

ember 2021