**Al Youngs**
**5552 West Lakeridge Road**
**Lakewood, CO 80227**

November 1– November 30, 2021
Invoice No. 29
Member of Federal Monitor Team

| Date | Brief Description | Total Hours |
|---|---|---|
| | Reviewed and responded to emails and conference calls for the month of November. | |
| 11/03 11/06 11/18 11/22 11/30 | From Members of the Monitor Team. | 5.0 Hours |
| 11/22 | Internal Monday Monitor Team meetings. | 3.0 Hours |
| 11/01 11/17 11/23 11/25 | Several meetings and phone calls with Monitor and Deputy Monitor. | 4.0 Hours |
| 11/02 | Review Supervised Practices of Internship (MON-OR-517-25-10-2021). | 3.0 Hours |
| 11/06 | Reviewed CMR-5 draft sent by Samantha. | 2.0 Hours |
| | During site visit to Puerto Rico: | |
| 11/05 | Preparation for Supervision and Management interviews at Monitor's Office. | |
| 11/08 | Meeting with the Reform Unit at PRPB HQ. | |
| 11/09 | Attend meeting with Judge Besosa. | |
| 11/10 | Reviewed and verified sample list of recruits in class 230, 231 and 232, which were received from Recruitment Division and Interim Director. Interviews with Supervisors at Monitor's Office (Paragraphs 145 and 146). | |

| | | |
|---|---|---|
| | Live system demonstration and discussions at PRPB HQ of GTE, NIBRS, PTMS and Virtual Library.<br><br>Submit talking points to Samantha and Denise reference presentation on Supervision to Judge Besosa. | 26.0 Hours |
| 11/21 | Reviewed Inspection Division Manual and reviewed completed inspections, and Paragraph 158 for future meeting with SARP. | 3.0 Hours |
| 11/21 | Additional review of personnel evaluations completed by Supervisors of their subordinates and the Pro-Media System. | 3.0 Hours |
| 11/22 | Reviewed PPR-310.1 Performance Evaluation for Rank System employees and submitted comments. | 3.0 Hours |
| 11/23 | Reviewed EIS, transfers, inspection and personnel integrity paragraphs and spoke with David Levy reference these topics. | 3.5 Hours |
| 11/30 | Translated, completed and forwarded additional information to Samantha regarding three Supervisor surveys for November. | 4.5 Hours |

**TOTAL HOURS: 60**

Billable Hours:   60 Hours at a Rate of $165.00 Per Hour = $9,900.00

**Total:          $9,900.00**

**TOTAL WAGES AND EXPENSE REIMBURSEMENT          $11,813.30**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_____                    _____11/30/2021_____
Signature                                                                                  Date



# Office of the Technical Compliance Advisor Travel Reimbursement Form

Enter all required information below to obtain travel reimbursement. If spending did not occur in a category, please enter zeros. Zeros will likely need to be entered for one or more of the ground transportation options. The "Total" column of the table will update based on the information entered into the "Unit Cost" and "Units" columns. To update the "Total" column, click CTRL+A and then F9. Receipts for airfare, lodging, ground transportation, and PCR testing must be submitted with this form. Submit the Travel Reimbursement Form and accompanying receipts to Javier Gonzalez (Javier.benito@me.com) with the Chief Monitor (jrrjjr.romero@gmail.com) and/or his designee copied along with your monthly invoice.

**Traveler Name:** Alan Youngs

**Travel Start Date: 9/7/2021   Travel End Date: 9/10/2021**

**Purpose of Travel:** Business

| Travel Reimbursement | | | |
|---|---|---|---|
| | Unit Cost | Units | Total |
| Airfare | $294.00 | 1 | $294.00 |
| Airfare | $426.00 | 1 | $426.00 |
| Baggage | $0.00 | 0 | $ 0.00 |
| Ground Transportation (Uber/Lyft/Taxi) | $27.00 | 1 | $27.00 |
| Ground Transportation (Uber/Lyft/Taxi) | $106.00 | 1 | $106.00 |
| Ground Transportation (Mileage) | $0.00 | 0 | $ 0.00 |
| Lodging | $135.70 | 4 | $542.80 |
| Per Diem (Travel Days) | $86.25 | 2 | $172.50 |
| Per Diem (Full Days) | $115.00 | 3 | $345.00 |
| Other: | $0.00 | 0 | $ 0.00 |
| Total | | | **$1,913.30** |

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

Page **1** of 1



## Past flight details

The receipt information below does not include any add ons during purchase, flight changes, flight cancellations, or in-flight purchases.

NOV 7 - 11                                                                                                          **Confirmation #2YON7O**

 **San Juan, PR**

Denver, CO to San Juan, PR

## Summary

| PASSENGER | POINTS EARNED | FARE TOTAL |
|---|---|---|
| Alan Youngs | +5,400 PTS | $787.40 |

## Pricing details

| ROUTING | DATE | FARE TYPE | POINTS EARNED | FARE |
|---|---|---|---|---|
| DEN to SJU | 11/7/21 | Wanna Get Away® | +2,205 PTS | $294.00 |
| SJU to DEN | 11/11/21 | Wanna Get Away® | +3,195 PTS | $426.00 |
|  |  |  | Taxes & fees | $67.40 |

|  |  |
|---|---|
| Total | $787.40 |
| Total points earned | +5,400 PTS |

**COURTYARD® Marriott**

Courtyard by Marriott  
San Juan - Miramar  
guest.service@courtyard.com

801 Ponce de Leon Ave.  
San Juan, PR. 00907  
T 787.721.7400  
F 787.723.0068

Mr Alan Youngs  
5552 W Lakeridge Rd  
Lakewood CO 80227  
United States

Room: 0907  
Room Type: EKNG  
No. of Guests: 1  
Rate:  $  115.00   Clerk: 9993

Marriott Rewards #   119330892

CRS Number  90439501

Name:

Arrive:  11-07-21          Time:  17:36          Depart:  11-11-21          Folio Number:  679271

| Date | Description | Charges | Credits |
|---|---|---|---|
| 11-07-21 | Package | 115.00 | |
| 11-07-21 | Government Tax | 10.35 | |
| 11-07-21 | Hotel Fee | 10.35 | |
| 11-08-21 | COMEDOR- Guest Charge (Dinner) | 39.41 | |
| 11-08-21 | Package | 115.00 | |
| 11-08-21 | Government Tax | 10.35 | |
| 11-08-21 | Hotel Fee | 10.35 | |
| 11-09-21 | Package | 115.00 | |
| 11-09-21 | Government Tax | 10.35 | |
| 11-09-21 | Hotel Fee | 10.35 | |
| 11-10-21 | Package | 115.00 | |
| 11-10-21 | Government Tax | 10.35 | |
| 11-10-21 | Hotel Fee | 10.35 | |
| 11-10-21 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 11-11-21 | Visa Card | | 586.21 |
| | *Card #  XXXXXXXXXXXX5094* | | |

COURTYARD®
Marriott.

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Alan Youngs
5552 W Lakeridge Rd
Lakewood CO 80227
United States

Room: 0907
Room Type: EKNG
No. of Guests: 1
Rate:  $   115.00   Clerk: 9993

Marriott Rewards #    119330892

CRS Number  90439501

Name:

Arrive:   11-07-21            Time:  17:36            Depart:  11-11-21            Folio Number:  679271

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
|      |             |         |         |

Balance                                                                                           0.00 USD

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

**Rockdale TAXI RECEIPT**

DATE: 11-11-21
FROM: Courtyard Marriott
TO: SJU
FARE $ 27.00
LUGGAGE $ —
TOTAL $ —
Signature

**RECEIPT**

Date: 11-11-2021
Name:
From: DIA
To: 5552 W Lakeridge Rd
Fare: 106.00    Cab #: 481

**UNION TAXI**
4705 Kingston St., Denver, CO 80239
303-922-2222    www.uniontaxidenver.net