# Rafael Ruiz Consulting

12 Crestshire Dr.
Lawrence, MA 01843

PHONE: 6177599156    stodgo1971@yahoo.com    12 Crestshire Dr.

## INVOICE

INVOICE NUMBER: 2021-11
INVOICE DATE: 11/30/2021

Federal Police Monitor for PR
VIG Tower, PH-924
1225 Ponce De Leon Ave.
San Juan, PR 00907

RAFAEL E. RUIZ CONSULTING

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: FPM work from Home | | | |
| 11/1/2021 | FPM work from Home | Work on S&S section CMR-05- arrest and search warrant files | 8.75 | $165.00 | $1,443.75 |
| 11/2/2021 | FPM work from Home | Work on S&S section CMR-05, Highway Patrol- arrest and search warrant files | 7.00 | $165.00 | $1,155.00 |
| 11/3/2021 | FPM work from Home | Work on S&S section CMR-05- arrest and search warrant files- Sup review forms | 9.50 | $165.00 | $1,567.50 |
| 11/4/2021 | FPM work from Home | Prep memo on PRPB DR immigration detainees; FPM meeting to discuss CMR-05 draft compliance levels | 4.25 | $165.00 | $701.25 |
| 11/6/2021 | FPM work from Home | Edit CMR-05 second draft copy | 2.50 | $165.00 | $412.50 |
| 11/7/2021 | FPM work from Home | Edit CMR-05 second draft copy | 2.50 | $165.00 | $412.50 |
| 11/16/2021 | FPM work from Home | Zoom meeting to discuss CMR-06 data request issues; research training courses | 3.00 | $165.00 | $495.00 |
| 11/17/2021 | FPM work from Home | Review PPR-310.1 | 1.00 | $165.00 | $165.00 |
| 11/18/2021 | FPM work from Home | Review and prep report on PPR-1101.1 | 3.50 | $165.00 | $577.50 |
| 11/22/2021 | FPM work from Home | Review/Prep report on PPR-310.1 and biweekly FPM meeting | 3.25 | $165.00 | $536.25 |
| 11/26/2021 | FPM work from Home | Prep report for meeting with new Judge | 1.00 | $165.00 | $165.00 |
| 11/30/2021 | FPM work from Home | Phone calls/emails/messages among FPM team members Nov 1- Nov 30, 2021 | 2.25 | $165.00 | $371.25 |
| | | TOTAL: FPM work from Home | | | $8,002.50 |
| | | Total hours for this invoice | 48.50 | | |

| INVOICE BALANCE INFORMATION | |
|---|---|
| Total amount of this invoice | $8,002.50 |
| Current invoice balance | $8,002.50 |

INVOICE NUMBER: 2021-11

AMOUNT DUE ON THIS INVOICE: $8,002.50

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*Rafael E. Ruiz*

Rafael E. Ruiz

November 30, 2021