**INVOICE 0081(R2) FOR PROFESSIONAL SERVICES; NOV 1 THROUGH NOV 30, 2021**
**RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC, 13932 SOUTH SPRINGS DR, CLIFTON VA 20124**

TO: **Federal Monitor**
     **Puerto Rico Police Department Consent Decree**

The invoice for professional services rendered by Crystal Reef LLC (Monitoring Core Team) for Nov 2021 is detailed as follows:

| Task Performed | US Hours | Dates | PR Hours | Billable Amount |
|---|---|---|---|---|
| On-Site Puerto Rico Labor Hours | | 7,8,9,10,11,12 | 36.00 | $5,940.00 |
| Communications & Coordination - telcons and emails to/from Monitors, PRPB, USDOJ, Special Master on demonstration formats, EIS Interviews, logistics, field review planning; Review guidance and documents; logistics; scheduling, on-site planning & coordination | 8 | 11/2,3,4,5,6, 13,14,15,16, 19,22,24,27, 28,29, 30 | | $1,320.00 |
| Review of PRPB Materials; 13th Status Report, 14th Status Report, extract questions for consideration in data requests | 5.75 | 11/18,19 | | $948.75 |
| Teleconference Meetings; Bi-Weekly team meetings with Monitors Office, CMR-5 reviews, and redraft meetings | 5.5 | 11/2,3,4,18 | | $907.50 |
| Review GO 100 Sections | 0.5 | 11/18 | | $82.50 |
| CMR-5 Report - edits, rewrites, quality check of final draft | 6.5 | 10/30,31, 11/1,2,22 | | $1,072.50 |
| Material Prep for Judge Besosa | 1.75 | 11/6 | | $288.75 |
| Data Request Prep & Technology Demonstrations - Coordination, planning, logistics, correspondence; PTMS, Virtual Library | 1.75 | 11/14, 21,24 | | $288.75 |
| PRPB Master System List -- Update, revise and reconcile track system status. Review against PRPB 13th and 14th status reports. Revise for CMR 5 | 3.75 | 11/2,4,13, 14, 21 | | $618.75 |
| Review General Orders provided by PRPB; 400Sec403.1, .2, .3, .4, .5, .6, .7, .8 | 4.75 | 11/14 | | $783.75 |
| Prepare minutes from on-site review of IT use; Culebra and Vieques | 1.75 | 11/27, 28, 29 | | $288.75 |
| | | | | |
| Net Hours @ $165/hr. | 40.00 | | 36.00 | $12,540.00 |
| Total Expenses (Air, Hotel, MIE, POV miles) | | | | $1,947.11 |
| Allowable Fee | | | | $14,487.11 |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

INVOICE PRESENTED BY: _[signature]_ : Scott Cragg, Monitoring Core Team

# Office of the TCA - Travel Reimbursement Form

**Traveler Name:** Scott Cragg
**Travel Dates:** Nov 7-12, 2021
**Purpose of Travel:** On-Site Monitoring

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 568.91 | 1 | $ 568.91 |
| Baggage | $ - | 0 | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | $ - | 0 | $ - |
| Ground Transportation (Parking) | $ - | 0 | $ - |
| Ground Transportation (Mileage) | $ 0.56 | 120 | $ 67.20 |
| Lodging | $ 135.70 | 5 | $ 678.50 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 4 | $ 460.00 |
| Other: | $ - | 0 | $ - |
| **Total** | | | **$ 1,947.11** |

**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Scott Cragg
13932 S Springs Dr
Clifton VA 20124
United States

Room: 0406
Room Type: EKNG
No. of Guests: 1
Rate: $ 115.00  Clerk: 8

Marriott Rewards #   797225828

CRS Number  82014648

Name:

Arrive:  11-07-21       Time:  14:35       Depart:  11-12-21       Folio Number:  678508

| Date | Description | Charges | Credits |
|---|---|---|---|
| 11-07-21 | Package | 115.00 | |
| 11-07-21 | Government Tax | 10.35 | |
| 11-07-21 | Hotel Fee | 10.35 | |
| 11-08-21 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |
| 11-08-21 | Package | 115.00 | |
| 11-08-21 | Government Tax | 10.35 | |
| 11-08-21 | Hotel Fee | 10.35 | |
| 11-09-21 | Package | 115.00 | |
| 11-09-21 | Government Tax | 10.35 | |
| 11-09-21 | Hotel Fee | 10.35 | |
| 11-10-21 | Package | 115.00 | |
| 11-10-21 | Government Tax | 10.35 | |
| 11-10-21 | Hotel Fee | 10.35 | |
| 11-10-21 | COMEDOR- Guest Charge (Breakfast) | 1.40 | |
| 11-11-21 | COMEDOR- Guest Charge (Dinner) | 42.85 | |
| 11-11-21 | Package | 115.00 | |
| 11-11-21 | Government Tax | 10.35 | |
| 11-11-21 | Hotel Fee | 10.35 | |
| 11-12-21 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |
| 11-12-21 | Visa Card | | 728.75 |
| | Card # XXXXXXXXXXXX6833 | | |

# My Booking

Free change/cancel fee eligible

You're all set to jet!                                       ITINERARY OPTIONS

## Confirmation code: FZLQJJ

## Travelers

**Mr. Scott Pomaialoha Cragg**

| Flight | | | | |
|---|---|---|---|---|
| | Frequent Flyer | JetBlue - TrueBlue - 3363415311 * | | |
| | | DCA ➔ SJU | SJU ➔ FLL | FLL ➔ DCA |
| | Seat | 3C | 11C | 5C |
| | Checked Baggage Allowance | 2 bags | 2 bags | 2 bags |

## Your flights

| | | | |
|---|---|---|---|
| Washington-National, DC (DCA) | San Juan, PR (SJU) | Flight 1347 | Fare: Blue |
| Sun Nov 7 2021, 8:00 AM | Sun Nov 7 2021, 12:47 PM | JetBlue | Nonstop |
| A320 | | | |
| San Juan, PR (SJU) | Fort Lauderdale, FL (FLL) | Flight 1454 | Fare: Blue |
| Fri Nov 12 2021, 10:30 AM | Fri Nov 12 2021, 12:15 PM | JetBlue | Nonstop |
| A320 | | | |
| Fort Lauderdale, FL (FLL) | Washington-National, DC (DCA) | Flight 1680 | Fare: Blue |
| Fri Nov 12 2021, 2:10 PM | Fri Nov 12 2021, 4:34 PM | JetBlue | Nonstop |
| A320 | | | |

## Fare breakdown

| Passenger Type | Base Fare per person | Taxes & fees per person | Total Fare per person | Number of travelers | Total Fare |
|---|---|---|---|---|---|
| Adult | $506.01 | $62.90 | $568.91 | x 1 | $568.91 USD |

|  |  | Total fare: | $568.91 USD |
|---|---|---|---|

## Extras

+ Seats

+ Bags

+ Even More Speed

|  |  | Total extras: | $0.00 USD |
|---|---|---|---|

|  |  | Total | $568.91 USD |
|---|---|---|---|