**CORREA ACEVEDO & ABESADA LAW OFFICES, PSC**
Centro Internacional de Mercadeo - II
90 Carr. 165 Suite 407
Guaynabo, PRI 00968
USA

December 1, 2021
Invoice # 18904

**United States v. Commonwealth of Puerto Rico**
**Police Reform, Case No. 12-2039 (GAG)**

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 11/1/2021 | RAA | Working on revisions to CMR-5 drafts. | 3.50<br>225.00/hr | 787.50 |
| 11/2/2021 | RAA | Various calls from J. Romero. | 0.40<br>225.00/hr | 90.00 |
|  | RAA | Review emails from PRPB with attached approved memoranda and orders. Review the same. | 0.90<br>225.00/hr | 202.50 |
|  | RAA | Revisions to Monitor's administrative directive. Email to D. Rodriguez. | 0.50<br>225.00/hr | 112.50 |
|  | RAA | Review several emails from D. Rodriguez. | 0.40<br>225.00/hr | 90.00 |
| 11/3/2021 | RAA | Telephone call from D. Gosselin | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Review and respond to emails from D. Rodriguez. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Review email and memo from C. Figueroa. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Review email from Y. Acevedo. | 0.10<br>225.00/hr | 22.50 |
| 11/4/2021 | RAA | Review and respond to emails from D. Rodriguez. | 0.10<br>225.00/hr | 22.50 |

|            |     |                                                                         | Hrs/Rate          | Amount |
|------------|-----|-------------------------------------------------------------------------|-------------------|--------|
| 11/4/2021  | RAA | Review emails from N. Nusso from PRPB.                                  | 0.10<br>225.00/hr | 22.50  |
|            | RAA | Review email from D. Gosselin.                                          | 0.10<br>225.00/hr | 22.50  |
|            | RAA | Review email from R. Ruiz                                               | 0.10<br>225.00/hr | 22.50  |
|            | RAA | Revisions to CMR-5 drafts.                                              | 3.80<br>225.00/hr | 855.00 |
| 11/5/2021  | RAA | Review and respond to emails from D. Rodriguez.                         | 0.30<br>225.00/hr | 67.50  |
|            | RAA | Various calls from J. Romero.                                           | 0.40<br>225.00/hr | 90.00  |
|            | RAA | Continue working on revisions of CMR-5 drafts.                          | 2.30<br>225.00/hr | 517.50 |
|            | RAA | Revisions on CMR-5 drafts. Emails with D. Rodriguez and D. Levy.        | 1.80<br>225.00/hr | 405.00 |
| 11/8/2021  | RAA | Attend via telephone meeting with FPM team meeting.                     | 1.20<br>225.00/hr | 270.00 |
|            | RAA | Attend via telephone meeting at PRPB reform office.                     | 0.60<br>225.00/hr | 135.00 |
|            | RAA | Review and respond to emails from D. Rodriguez.                         | 0.20<br>225.00/hr | 45.00  |
|            | RAA | Review emails from PRPB.                                                | 0.20<br>225.00/hr | 45.00  |
|            | RAA | Review and analyze informative motion filed by PRPB and exhibit.        | 0.30<br>225.00/hr | 67.50  |
|            | RAA | Review motion to restrict.                                              | 0.10<br>225.00/hr | 22.50  |
|            | RAA | Review motion for leave.                                                | 0.10<br>225.00/hr | 22.50  |
|            | RAA | Email motions to J. Romero and D. Rodriguez.                            | 0.10<br>225.00/hr | 22.50  |
|            | RAA | Telephone call from J. Romero.                                          | 0.30<br>225.00/hr | 67.50  |
| 11/9/2021  | RAA | Appear and attend meeting at office of Federal Monitor                  | 1.80<br>225.00/hr | 405.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/9/2021 | RAA | Plan and prepare for meeting today with judge Besosa. | 0.90 225.00/hr | 202.50 |
|  | RAA | Appear and attend meeting at federal courthouse with team and judge Besosa. | 3.70 225.00/hr | 832.50 |
|  | RAA | Review order on informative motion. | 0.10 225.00/hr | 22.50 |
|  | RAA | Review order on motion to restrict. | 0.10 225.00/hr | 22.50 |
|  | RAA | Review order on motion for leave. | 0.10 225.00/hr | 22.50 |
|  | RAA | Telephone call from A. Del Carmen. | 0.20 225.00/hr | 45.00 |
| 11/10/2021 | RAA | Review draft survey. | 0.30 225.00/hr | 67.50 |
|  | RAA | Review and respond to emails from D. Rodriguez. | 0.20 225.00/hr | 45.00 |
|  | RAA | Telephone call from J. Romero | 0.30 225.00/hr | 67.50 |
|  | RAA | Appear and attend community survey videoconference. | 3.10 225.00/hr | 697.50 |
|  | RAA | Review emails from PRPB with drafts policies. | 0.40 225.00/hr | 90.00 |
|  | RAA | Revise draft of GO-626. Emails to D. Rodriguez. | 0.90 225.00/hr | 202.50 |
| 11/11/2021 | RAA | Review emails and enclosures from C. Figueroa Ortolaza. | 0.30 225.00/hr | 67.50 |
|  | RAA | Telephone call from J. Romero. | 0.20 225.00/hr | 45.00 |
|  | RAA | Email response to C. Figueroa. | 0.10 225.00/hr | 22.50 |
| 11/12/2021 | RAA | Telephone call from J. Romero. | 0.30 225.00/hr | 67.50 |
|  | RAA | Review emails from PRPB, Special Master, USDOJ, and team. | 0.70 225.00/hr | 157.50 |
|  | RAA | Review and analysis of memo of Captain Figueroa and comments from D. Rodriguez and J. Romero. | 0.50 225.00/hr | 112.50 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/12/2021 | RAA | Review and analysis of glossary for revision of OG-626. Email feedback to D. Rodriguez and J. Romero. | 0.50<br>225.00/hr | 112.50 |
|  | RAA | Review emails from Special Master and changes to some proposed orders for PRPB. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Review and respond to emails from J. Romero, D. Rodriguez, and S. Rhinerson. | 0.30<br>225.00/hr | 67.50 |
| 11/15/2021 | YMT | Prepare motion for disbursement of funds. | 0.50<br>150.00/hr | 75.00 |
|  | RAA | Review memorandum to PRPB. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Exchange of emails with D. Rodriguez and S. Rhinerson | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Plan and prepare for biweekly meeting. | 0.90<br>225.00/hr | 202.50 |
|  | RAA | Telephone calls and electronic communications with D. Rodriguez and J. Romero before biweekly meeting. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Appear and attend biweekly meeting. | 2.00<br>225.00/hr | 450.00 |
|  | RAA | Postmeeting discussion with J. Romero and D. Rodriguez | 0.40<br>225.00/hr | 90.00 |
|  | RAA | Telephone call from D. Rodriguez. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Review court order regarding budget and each of the exhibits of the order. Email the same to D. Rodriguez and J. Romero | 0.40<br>225.00/hr | 90.00 |
|  | RAA | Revisions to memorandum to PRPB regarding biweekly meetings. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Revisions to executive summary of CMR-5. | 1.50<br>225.00/hr | 337.50 |
|  | RAA | Review email and attachment from Captain Figueroa. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Review emails related to community survey | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Various calls from J. Romero. | 0.80<br>225.00/hr | 180.00 |
| 11/16/2021 | RAA | Revise integrated CMR-5 report. | 4.30<br>225.00/hr | 967.50 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/16/2021 | RAA | Review and respond to emails from D. Rodriguez. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Telephone call from J. González. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review emails and attachments from PRPB. | 0.30<br>225.00/hr | 67.50 |
| | SL | Assist in revisions of integrated CMR draft. | 2.00<br>90.00/hr | 180.00 |
| 11/17/2021 | RAA | Continue with revisions of integrated CMR-5 report. | 3.90<br>225.00/hr | 877.50 |
| | RAA | Review and respond to emails from J. Romero, D. Rodriguez, and S. Rhinerson. | 0.40<br>225.00/hr | 90.00 |
| 11/18/2021 | RAA | Review emails from J. González, D. Rodriguez, and J. Romero. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review emails from L. Saucedo. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review emails from PRPB. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review and respond to email from D. Rodriguez. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Telephone calls from J. Romero. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Final revisions to CMR-5. Exchange of emails with D. Rodriguez, S. Rhinerson and J. Romero regarding the same. | 2.20<br>225.00/hr | 495.00 |
| | RAA | Preparation of memo re: CMR-5 | 0.50<br>225.00/hr | 112.50 |
| | RAA | Email memo and CMR-5 to parties. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Revisions of PRPB survey. Emails with D. Rodriguez regarding the same. | 2.40<br>225.00/hr | 540.00 |
| 11/19/2021 | RAA | Telephone call from J. Gonzalez. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review emails from J. Romero. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review emails from D. Rodriguez. | 0.20<br>225.00/hr | 45.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/19/2021 | RAA | Plan and prepare for videoconference today with J. Romero and L. Saucedo. | 0.80 225.00/hr | 180.00 |
|  | RAA | Appear and attend videoconference. | 1.10 225.00/hr | 247.50 |
|  | RAA | Telephone call from J. Romero. | 0.30 225.00/hr | 67.50 |
|  | RAA | Review and analyze policy survey and plan. | 1.50 225.00/hr | 337.50 |
|  | RAA | Review and analyze federal docket to identify orders and motions related to PRPB's lack of supervisors. | 1.40 225.00/hr | 315.00 |
| 11/22/2021 | YMT | Revise and file motion for disbursement of funds. | 0.30 150.00/hr | 45.00 |
|  | RAA | Plan and prepare for for team meeting. | 0.40 225.00/hr | 90.00 |
|  | RAA | Attend videoconference team meeting. | 1.00 225.00/hr | 225.00 |
|  | RAA | Review emails from D. Rodriguez. | 0.20 225.00/hr | 45.00 |
|  | RAA | Email to L. Saucedo about response to informative motion. | 0.10 225.00/hr | 22.50 |
|  | RAA | Review emails from PRPB and L. Saucedo. | 0.20 225.00/hr | 45.00 |
|  | RAA | Revisions to motion for disbursement of funds. | 0.10 225.00/hr | 22.50 |
|  | RAA | Review order granting motion for disbursement of funds. | 0.10 225.00/hr | 22.50 |
| 11/23/2021 | RAA | Review and respond to emails from D. Rodriguez and S. Rhineron. | 0.20 225.00/hr | 45.00 |
|  | RAA | Review further emails from D. Rodriguez. | 0.20 225.00/hr | 45.00 |
|  | RAA | Review and respond to email from L. Saucedo. | 0.20 225.00/hr | 45.00 |
|  | RAA | Review email from S. Rhinerson. | 0.10 225.00/hr | 22.50 |
|  | RAA | Review email from J. Romero. | 0.10 225.00/hr | 22.50 |

|            |     |                                                                                                                                                  | Hrs/Rate       | Amount   |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------|----------------|----------|
| 11/24/2021 | RAA | Review emails from J. Gonzalez and D. Rodriguez.                                                                                                 | 0.20 225.00/hr | 45.00    |
| 11/26/2021 | RAA | Review and analyze docket and prior report to prepare outline of potential points to comply with court order and respond to informative motion filed by PRPB. | 2.50 225.00/hr | 562.50   |
| 11/29/2021 | RAA | Plan and prepare for biweekly meeting.                                                                                                           | 0.40 225.00/hr | 90.00    |
|            | RAA | Appear and attend biweekly videoconference.                                                                                                      | 1.30 225.00/hr | 292.50   |
|            | RAA | Review emails from PRPB, S. Rhinerson, D. Gosselin and L. Hidalgo.                                                                               | 0.30 225.00/hr | 67.50    |
|            | RAA | Emails and call from T. Petrowski                                                                                                                | 0.20 225.00/hr | 45.00    |
| 11/30/2021 | RAA | Review and respond to email from D. Rodriguez.  Review emails from other team members.                                                           | 0.30 225.00/hr | 67.50    |
|            | RAA | Plan and prepare for 253 meeting today.                                                                                                          | 0.90 225.00/hr | 202.50   |
|            | RAA | Telephone call from J. Romero.                                                                                                                   | 0.30 225.00/hr | 67.50    |
|            | RAA | Appear and attend 253 meeting.                                                                                                                   | 2.00 225.00/hr | 450.00   |
|            | RAA | Review and respond to emails from T. Petrowski and L. Saucedo.                                                                                   | 0.20 225.00/hr | 45.00    |
|            |     | **For professional services rendered**                                                                                                           | 77.50          | $17,107.50 |

Timekeeper Summary

| Name                   | Hours | Rate   | Amount      |
|------------------------|-------|--------|-------------|
| Roberto Abesada Agüet  | 74.70 | 225.00 | $16,807.50  |
| Stephanie Leon         | 2.00  | 90.00  | $180.00     |
| Yesenia Medina Torres  | 0.80  | 150.00 | $120.00     |

WE HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN OUR CAPACITY AS THE FIRM SERVING AS GENERAL COUNSEL OF THE FEDERAL MONITOR'S OFFICE. WE FURTHER CERTIFY THAT WE HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH OF PUERTO RICO, OR ANY OF ITS DEPARTMENTS, MUNICIPALITIES OR AGENCIES.