| | Invoice: Rita J. Watkins    Date: November 30, 2021 | | | | |
|---|---|---|---|---|---|
| Inv 1121 | **Task Performed** | **US Hours** | **Dates** | **PR Hours** | **Billable Amount** |
| November | Work in Puerto Rico | | | 0.00 | $0.00 |
| | Communications & Coordination - telcons and emails to/from Monitors, PRPB, USDOJ, Special Master; policies, SOP's; logistics; scheduling, on-site planning & coordination of interviews, Consulate coordination | 4 | 11/1,2,4,5,8,11,13,14,15,18,19,22,23,26,29 | | $640.00 |
| | Teleconference Meetings: Monitor Team, Deputy Monitor | 6 | 11/1,4,15,22 | | $960.00 |
| | Status hearing remarks preperation | 3 | 11/30 | | $480.00 |
| | IT compliance meeting | 2 | 11/2 | | $320.00 |
| | Policy review - Police Intern Program review, GO600-626, GO600-635, GO804 | 5 | 11/2,11,19,22 | | $800.00 |
| | CMR-6 Data request, research and meeting. Preperation of sample training files and training checklist. | 9.5 | 11/15,16,17,24 | | $1,520.00 |
| | CMR-5 data analysis/report writing/compliance meetings | 7.5 | 11/1,2,4 | | $1,200.00 |
| | | | | | |
| | Net Hours @ $160/hr. | 37.00 | | 0.00 | $5,920.00 |
| | | | | | |
| | **Allowable Fee** | | | | **$5,920.00** |
| | I hereby certify that the amount billed in this invoice is true and correct and | | | | |
| | reponds to the number of hours worked In my capacity as an assistant to | | | | |
| | the Federal Monitor. I further certify that I have not received any income, | | | | |
| | compensation, or payment for services rendered under a regular | | | | |
| | employment or contractual relationship with the Commonwealth of | | | | |
| | Puerto Rico, or any of its departments, municipalities, or agencies. | | | | |
| | *Rita J Watkins*    11/30/21 | | | | |