# INVOICE



22 Chalets de Santa Maria
San Juan, P.R. 00927
(787)940-3090

**BILL TO:**
**Office of the FPMPR, LLC**
VIG Tower, PH 924
1225 Ponce de Leon Avenue
San Juan, P.R. 00907

**DATE:** 11/30/2021
**INVOICE #** 202111
**FOR:** FPMPR/TCA

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| 11/1/2021: CMR5 Final draft with latest team revisions. | 1.00 | $160.00 | $ 160.00 |
| 11/02/2021: CMR5 Compliance rating Team zoom discussion. | 2.00 | $160.00 | $ 320.00 |
| 11/08/2021: Team on site meeting/PRPM Office of the Reform meeting/PRPB Demos. | 8.00 | $160.00 | $ 1,280.00 |
| 11/9/2021: TCA Report draft Judge Besosa meeting prep./meeting with Judge Besosa | 8.00 | $160.00 | $ 1,280.00 |
| 11/10/2021: PRPB Demos/Final report for Judge Besosa | 4.00 | $160.00 | $640.00 |
| emails/phone calls: Denise, Sam, Al, John, Rita, David | 1.50 | $160.00 | $ 240.00 |
| 11/11/2021: Field visits Vieques & Culebra Islands | 8.00 | $160.00 | $ 1,280.00 |
| Zoom Team Meetings | 1.00 | $160.00 | $ 160.00 |
| 11/22/2021: Zoom Denise | 1.00 | $160.00 | $ 160.00 |
| 11/29/2021: CMR6 method. review for PRPB data request/listing doc. p/par. developed for request. | 1.00 | $160.00 | $ 160.00 |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| **Sum** | 35.50 | | **$ 5,680.00** |
| | | **SALES TAX** | $ - |
| | | **TOTAL** | **$5.680.00** |

**I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor.  I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities, or agencies.**


Merangelie Serrano-Rios