# Luis G. Hidalgo

314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo.ramirez@outlook.com

December 1, 2021

Office of the Technical Compliance Advisor
VIG Tower, Penthouse
1225 Ponce de León Ave
San Juan, PR 00907

INVOICE LGH 2021-11
ASSOCIATE FEDERAL MONITOR
FLAT RATE TOTAL WAGES DUE – November 1 – 30, 2021

|  |  |
|---|---|
| FLAT RATE | $11,500.00 |
| **Total Due** | **$11,500.00** |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as Associate Federal Monitor. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

The detailed description of the billable hours is in the ensuing page(s).

_____
Luis G. Hidalgo

# Luis G. Hidalgo

314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo.ramirez@outlook.com

## Duties and Responsibilities as Associate Federal Monitor

Generated, received, reviewed, and responded to emails/texts/telephone calls (November 1-30) from members of the Monitor Team.

Generated, received, reviewed, and responded to emails/texts/telephone calls (November 1-30) from the PRPB Reform Unit, Department of Public Safety, Office of the Counsel to the Governor, Federal Bureau of Investigations and the Office of the US Marshall.

Participated in various Zoom meetings with the Monitor Team, Special Master Team, United States Department of Justice, Department of Public Safety and the Puerto Rico Police Bureau.

Monitor media coverage of issues of relevance to the Monitor Team.

Assisted in the coordination and re-scheduling of meetings with PRPB, Federal Bureau of Investigations and the Office of the US Marshall.

Assisted in the drafting, review and revision of various documents prepared by the Monitor Team.

Monitor proposed legislation which may impact PRPB's compliance with the Agreement, and its status during after the conclusion of the Second Ordinary Session of the 19th Legislative Assembly.

Represented the Monitor Team at meetings with the Director of the Reform Unit, and with other units within the PRPB.

Assisted members of the Monitor Team re: coordination of meetings, and other matters.

Served as liaison between the Department of Public Safety, PRPB, Office of the Governor, and the Monitor Team.

Provided presence at the Monitor's Office to meet with general public, and/or community leaders, and/or answer calls to that effect.

Assisted in the coordination of the Chief Monitor's calendar, including conference calls and in person meetings, regarding site visits in Puerto Rico.

Participated in discussions related to PRPB's Informative Motion re: Supervision.

Participated in 253 Meeting.

Review final draft of CMR-5.

Review and commented general orders 120 and 143.

## Site Visit to Puerto Rico by the Chief Monitor and the Monitor Team November 4-12, 2021

Meeting with Honorable Judge Besosa.
Meeting with the Reform Unit and USDOJ.
Participated in IT Presentation.
Meeting with US Marshall's Office and the USDOJ.
Site Visits to Fajardo, Vieques and Culebra.
Meetings with members of the Monitor Team.