# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@yahoo.com | 550 Amsonia Circle Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2021-09
**DATE:** November 30, 2021

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 11/02/2021 | 5.0 hours of team call and CMR-5 compilation | 5.0 | $50.00 | $250.00 |
| 11/03/2021 | 5.0 hours of team call and CMR-5 compilation | 5.0 | $50.00 | $250.00 |
| 11/04/2021 | 3.0 hours of team call and CMR-5 compilation | 3.0 | $50.00 | $150.00 |
| 11/05/2021 | 3.0 hours of CMR-5 compilation and policy review | 3.0 | $50.00 | $150.00 |
| 11/06/2021 | 3.0 hours od CMR-5 compilation | 3.0 | $50.00 | $150.00 |

**AMOUNT DUE**      **SEE FOURTH PAGE**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@yahoo.com | 550 Amsonia Circle Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2021-09
**DATE:** November 30, 2021

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 11/07/2021 | 3.5 hours of CMR-5 compilation | 3.5 | $50.00 | $175.00 |
| 11/08/2021 | 2.5 hours of CMR-5 compilation and travel planning | 2.5 | $50.00 | $125.00 |
| 11/09/2021 | 1.5 hours of CMR-5 compilation | 1.5 | $50.00 | $75.00 |
| 11/10/2021 | 2.0 hours of policy review and memo creation | 2.0 | $50.00 | $100.00 |
| 11/11/2021 | 1.5 hours of memo creation and policy review | 1.5 | $50.00 | $75.00 |

**AMOUNT DUE** **SEE FOURTH PAGE**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@yahoo.com | 550 Amsonia Circle Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2021-09
**DATE:** November 30, 2021

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 11/12/2021 | 1.5 hours of travel planning and policy review | 1.5 | $50.00 | $75.00 |
| 11/13/2021 | 5.0 hours of travel planning and CMR-5 | 5.0 | $50.00 | $250.00 |
| 11/14/2021 | 3.0 hours of CMR-5 | 3.0 | $50.00 | $150.00 |
| 11/15/2021 | 2.0 hours of policy review and CMR-5 | 2.0 | $50.00 | $100.00 |
| 11/16/2021 | 0.5 hour of policy review facilitation | 0.5 | $50.00 | $25.00 |

**AMOUNT DUE**     **SEE FOURTH PAGE**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@yahoo.com | 550 Amsonia Circle Guyton, GA 31312

### BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2021-09
**DATE:** November 30, 2021

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- | --- |
| 11/17/2021 | 2.5 hours of travel planning and CMR-5 | 2.5 | $50.00 | $125.00 |
| 11/18/2021 | 2.0 hours of travel planning, CMR-5, and policy review | 2.0 | $50.00 | $100.00 |
| 11/21/2021 | 1.0 hour of policy review and template | 1.0 | $50.00 | $50.00 |
| 11/22/2021 | 1.5 hours of team call and travel planning | 1.5 | $50.00 | $75.00 |
| 11/23/2021 | 1.5 of policy review facilitation, travel planning, and meeting | 1.5 | $50.00 | $75.00 |

**AMOUNT DUE** $2,525.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.