**Office of the FPMPR LLC**
VIG Tower, PH – 924

1225 Ave. Juan Ponce de Leon

San Juan, PR 00907

**Name:** Claudia Cámara-León
**Supervisor:** Javier Gonzales, Esq.

## Work Timesheet (November 2021)

| Date | Task | Total Hours |
|---|---|---:|
| **November 2, 2021** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 4.0 |
| **November 3, 2021** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 4.0 |
| **November 4, 2021** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| **November 9, 2021** | Present at the office during working hours. Office duties: taking calls and checking voicemails. Assisted team in the office. | 4.0 |
| **November 10, 2021** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 4.0 |
| **November 11, 2021** | Present at the office during working hours. Office duties: taking calls and checking voicemails. Assisted team in the office. | 7.0 |
| **November 16, 2021** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 4.0 |
| **November 17, 2021** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 4.0 |
| **November 18, 2021** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |

| | | |
|---|---|---|
| **November 23, 2021** | Present at the office during working hours. Office duties: taking calls and checking voicemails. Made corrections to the newsletter. | 4.0 |
| **November 24, 2021** | Present at the office during working hours. Office duties: taking calls and checking voicemails. Made final finishes and published Newsletter. | 4.0 |
| **November 30, 2021** | Present at the office during working hours. Office duties: taking calls and checking voicemails, archiving. | 4.0 |

**Total,  57   hours for $20 = $1,140**

I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Signature,
Claudia S. Cámara León

*[signature]*