# Manuel A. Arroyo Rivera

P.o Box 8925 Santurce Puerto Rico 00910    Cel 787-364-8925

Email marroyorivera20@gmail.com

Invoice  Month November 2021                                                                                    Invoice #014

Federal Police Monitor   San Juan, PR

| Date | description | Hour | Rate | Amount |
|---|---|---|---|---|
| 4 november-2021 | pick up the monitor at the airport and take him to the hotel, and collect documents the court and take it to the accountant | 3 | $20.00 | $60.00 |
| 5november-2021 | pick up the monitor and take him to different meetings of the day | 8 | $20.00 | $160.00 |
|  |  |  |  |  |
| 7 november-2021 | pick up different monitors at different times at the airport and take them to the hotel | 6 | $20.00 | $120.00 |
| 8november-2021 | pick up the monitor and take him to different meetings of the day | 8 | $20.00 | $160.00 |
| 9 november-2021 | pick up the monitor and take him to different meetings of the day | 8 | $20.00 | $160.00 |
| 10 november-2021 | pick up the monitor and take him to different meetings of the day | 9 | $20.00 | $180.00 |
| 11 november-2021 | pick up the monitor and take him to different meetings of the day | 8 | $20.00 | $160.00 |
| 12 november-2021 | pick up the monitor at the hotel and take it to the airport and the rest of the saff members at different times | 6 | $20.00 | $120.00 |
| November | car use expenses    Mr. Romero and Staff | 1 | $200 | $200 |
|  |  |  |  | $1,320 |