Hipolito Castro Jr
64 Mustang Drive
Monroe, CT 06468

INVOICE #PR001-2021
DATE: November 30, 2021

**Dates of service: November 1 – November 30, 2021**         **TOTAL $7,441.83**

**The following is a detailed statement of the hours worked:**

**11/02/2021**

-FPM Team meeting Zoom. **2 hrs.**

**11/03/2021**

-FPM Team meeting Zoom. **2 hrs.**

**11/08/2021**

-FPM Team meeting at the Monitor's Office **2 hrs**.
-Meeting Reform Unit at PRPB HQ **2 hrs**.
-System demonstration at PRPB **4 hrs**.

**11/09/2021**
-FPM Team meeting at Monitor's office. **3 hrs.**
-FPM Team meeting with Judge Besosa. **5 hrs**.

**11/10/2021**
-Live system demonstration at PRPB HQ. **4 hrs.**
-Meeting with recruitment at PRPB HQ. **2 hrs.**
-Interviews with supervisors at Monitor's office. **4 hrs.**

**11/11/2021**
-Interview and questionnaires reviews. **6 hrs.**

**11/22/2021**

-Biweekly FPM Team meeting Zoom. **2 hrs.**

**Expenses due to travel: $1,741.83**

**Billable Hours:** 38 HOURS, at rate of $150 per hour = **$5,700.00**

I hereby certify that the amount billed in this invoice is true and correct and corresponds to the number of hours worked in my capacity as support staff to the Federal Monitor's Office. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Hipolito Castro Jr                                                      Date: November 30, 2021



# Office of the Technical Compliance Advisor Travel Reimbursement Form

**Traveler name: Hipolito Castro**
**November 7 to November 11, 2021**
**Purpose of Travel: Site visits/ interviews of PRPB personnel**

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 302.40 | 1 | $ 302.40 |
| Baggage | $ - | | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | $ 22.00 | 1 | $ 22.00 |
| Ground Transportation (Parking) | | | $ - |
| Ground Transportation (Mileage) | $ 0.56 | 114 | $ 63.84 |
| Lodging | $ 135.70 | 5 | $ 678.50 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 4 | $ 460.00 |
| Tolls and NY Bridges | $ 42.59 | 1 | $ 42.59 |
| **Total** | | | **$ 1,741.83** |

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

Total 42.59

NJ E-ZPass

Account #2000175180885

# TRANSACTION VIEW

Generated 11/17/2021 13:20

| POSTED DATE | TRANSACTION DATE | TAG # / PLATE # | AGENCY | DESCRIPTION | ENTRY TIME | ENTRY PLAZA | EXIT TIME | EXIT PLAZA | EXIT LANE | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/14/2021 | 11/13/2021 | 02208508084 | NYSTA | TOLL | | | 19:02:54 | New Rochelle Toll | 03N | ($1.91) | $150.88 |
| 11/14/2021 | 11/13/2021 | 02208508084 | MTAB&T | TOLL | | | 18:49:23 | BRONX WHITESTON | 001 | ($10.17) | $152.79 |
| 11/14/2021 | 11/13/2021 | 02208508084 | NYNJArpt | EPS | 17:50:10 | JFK - GREEN | 18:06:07 | JFK - GREEN LOT | 103 | $4.00 | $162.96 |
| 11/14/2021 | 11/13/2021 | 02208508084 | MTAB&T | TOLL | | | 16:58:30 | BRONX WHITESTON | 005 | ($10.17) | $166.96 |
| 10/28/2021 | 10/16/2021 | 02208508084 | MdTA | TOLL | | | 13:49:04 | I95 JFK Memorial | 002 | ($8.00) | $177.13 |
| 10/28/2021 | 10/16/2021 | 02208508084 | MdTA | TOLL | | | 12:59:59 | FORT MCHENRY T | 011 | ($4.00) | $185.13 |
| 10/28/2021 | 10/14/2021 | 02208508084 | MdTA | TOLL | | | 16:44:17 | FORT MCHENRY T | 016 | ($4.00) | $189.13 |
| 10/26/2021 | 10/26/2021 | - | NJ E-ZPass | Service Fee | | | 03:38:27 | | - | ($1.00) | $193.13 |
| 10/25/2021 | 10/24/2021 | 02208508084 | NYSBA | TOLL | | | 17:53:53 | NEWBURGH-BEACON | 12E | ($1.45) | $194.13 |
| 10/21/2021 | 10/20/2021 | 02208508084 | DRJTBC | TOLL | 00:00:00 | | 13:38:32 | DelawareWaterGap | 22W | ($1.25) | $195.58 |
| 10/21/2021 | 10/21/2021 | - | NJ E-ZPass | Prepaid Payment | | | 01:19:25 | | - | $160.00 | $196.83 |
| 10/20/2021 | 10/20/2021 | 02208508084 | MTAB&T | TOLL | | | 11:40:12 | RFK Br - Bronx | 002 | ($10.17) | $36.83 |
| 10/20/2021 | 10/03/2021 | 02208508084 | MdTA | TOLL | | | 14:23:59 | FORT MCHENRY T | 011 | ($4.00) | $47.00 |
| 10/20/2021 | 10/03/2021 | 02208508084 | MdTA | TOLL | | | 15:01:18 | I95 JFK Memorial | 002 | ($8.00) | $51.00 |
| 10/20/2021 | 10/20/2021 | 02208508084 | MTAB&T | TOLL | | | 10:35:57 | THROGS NECK BR. | 005 | ($10.17) | $59.00 |
| 10/18/2021 | 10/16/2021 | 02208508084 | NYSTA | TOLL | | | 16:26:17 | Mario Cuomo | 15S | ($6.04) | $69.17 |
| 10/18/2021 | 10/16/2021 | 02208508084 | DelDOT | TOLL | | | 14:03:23 | Newark Plaza | 40 | ($4.00) | $75.21 |
| 10/16/2021 | 10/16/2021 | 02208508084 | NJTP | TOLL | 14:19:18 | DELAWARE | 15:51:04 | GEO WASHINGTO | 08X | ($18.85) | $79.21 |
| 10/16/2021 | 10/14/2021 | 02208508084 | DelDOT | TOLL | | | 15:59:15 | Newark Plaza | 41 | ($4.00) | $98.06 |
| 10/15/2021 | 10/14/2021 | 02208508084 | DRBA | TOLL | | | 15:32:47 | DELAWARE RIVER AND | 03 | ($4.75) | $102.06 |
| 10/14/2021 | 10/14/2021 | 02208508084 | NJTP | TOLL | 14:12:44 | GSP/WOODBRIDG | 15:27:21 | DELAWARE MEMORIAL | 15X | ($7.30) | $106.81 |
| 10/14/2021 | 10/14/2021 | 02208508084 | GSP | TOLL | | | 13:28:10 | Pascack Valley | 06S | ($1.90) | $114.11 |
| 10/14/2021 | 10/14/2021 | 02208508084 | GSP | TOLL | | | 13:42:52 | Essex | 10S | ($1.90) | $116.01 |
| 10/14/2021 | 10/01/2021 | 02208508084 | MdTA | TOLL | | | 23:46:19 | FORT MCHENRY T | 016 | ($4.00) | $117.91 |
| 10/05/2021 | 10/03/2021 | 02208508084 | DelDOT | TOLL | | | 15:16:47 | Newark Plaza | 40 | ($4.00) | $121.91 |
| 10/04/2021 | 10/03/2021 | 02208508084 | NYSTA | TOLL | | | 18:58:40 | Mario Cuomo | 18S | ($6.04) | $125.91 |

Vector eCustomer

1 of 2



HIPOLITO CASTRO (adulto)

 Consulta toda la información de los boletos

 **De New York (JFK) a San Juan (SJU)**

**Delta 669 1:10p. m. • De New York, NY, United States (JFK-John F. Kennedy Intl.) a San Juan, Puerto Rico (SJU-Luis Munoz Marin Intl.)**

Terminal 4

Confirmación de la aerolínea: F8N8SU (Delta)

Económica/turista (E)

mié. 20 de oct, 1:10p. m. - 4:53p. m.

Duración del vuelo: 3h 43m

**San Juan (SJU) to New York (JFK)**

**Delta 639 1:59p. m. • De San Juan, Puerto Rico (SJU-Luis Munoz Marin Intl.) a New York, NY, United States (JFK-John F. Kennedy Intl.)**

Terminal B

Confirmación de la aerolínea: F8N8SU (Delta)

Económica/turista (E)

sáb. 13 de nov, 1:59p. m. - 4:57p. m.

Duración del vuelo: 3h 58m

**Administrar mi itinerario**

 **Viaja con confianza con la app de Expedia**

Organiza tus planes y actualiza todos los detalles de tu viaje al instante. Más información

## Desglose de precio

**Vuelo redondo**

| | |
|---|---|
| 1 persona | $222.00 |
| Impuestos y cargos | $58.40 |
| **Protección de vuelo** | ~~$22.00~~ |

**Total**  $302.40

**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Hipolito Jr Castro
DC 00000
United States

Room: 0306
Room Type: EKNG
No. of Guests: 1
Rate: $ 115.00  Clerk: 1006

Marriott Rewards #   214246771

CRS Number  96504205

Name:

Arrive:  11-07-21     Time: 14:36     Depart: 11-12-21     Folio Number: 679594

| Date | Description | Charges | Credits |
|---|---|---|---|
| 11-07-21 | Package | 115.00 | |
| 11-07-21 | Government Tax | 10.35 | |
| 11-07-21 | Hotel Fee | 10.35 | |
| 11-08-21 | COMEDOR- Guest Charge (Breakfast) | 6.69 | |
| 11-08-21 | COMEDOR- Guest Charge (Breakfast) | 6.48 | |
| 11-08-21 | Package | 115.00 | |
| 11-08-21 | Government Tax | 10.35 | |
| 11-08-21 | Hotel Fee | 10.35 | |
| 11-09-21 | COMEDOR- Guest Charge (Breakfast) | 30.68 | |
| 11-09-21 | Package | 115.00 | |
| 11-09-21 | Government Tax | 10.35 | |
| 11-09-21 | Hotel Fee | 10.35 | |
| 11-10-21 | COMEDOR- Guest Charge (Breakfast) | 15.34 | |
| 11-10-21 | COMEDOR- Guest Charge (Breakfast) | 21.76 | |
| 11-10-21 | Package | 115.00 | |
| 11-10-21 | Government Tax | 10.35 | |
| 11-10-21 | Hotel Fee | 10.35 | |
| 11-11-21 | COMEDOR- Guest Charge (Breakfast) | 41.85 | |
| 11-11-21 | Package | 115.00 | |
| 11-11-21 | Government Tax | 10.35 | |
| 11-11-21 | Hotel Fee | 10.35 | |
| 11-12-21 | COMEDOR- Guest Charge (Breakfast) | 3.57 | |
| 11-12-21 | COMEDOR- Guest Charge (Breakfast) | 2.50 | |
| 11-12-21 | American Express | | 807.37 |
| | Card # XXXXXXXXXX1006 | | |

*Handwritten:* − 128.87
678.50

**COURTYARD®**
**Marriott**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Hipolito Jr Castro
DC 00000
United States

Room: 0306
Room Type: EKNG
No. of Guests: 1
Rate: $ 115.00   Clerk: 1006

Marriott Rewards #   214246771

CRS Number   96504205

Name:

Arrive:   11-07-21         Time:   14:36         Depart:   11-12-21         Folio Number:   679594

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
|      | Balance     |         | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.