IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br>　　Plaintiff, <br><br>　　v. <br><br>**COMMONWEALTH OF PUERTO RICO and the PUERTO RICO POLICE DEPARTMENT,** <br><br>　　Defendants. | **NO. 3:12-cv-2039 (FAB)** |

**MOTION SUBMITTING THE FIFTH REPORT FROM THE FEDERAL MONITOR**

**TO THE HON. FRANCISCO A. BESOSA, U.S. DISTRICT JUDGE:**

　　**NOW COMES,** John Romero, in his capacity as Federal Police Monitor, who respectfully, through the General Counsel of the Federal Police Monitor's Office ("Monitor's Office"), submits as Exhibit 1 the fifth report covering the period from April 2021 through September 2021, pursuant to paragraph 251 of the "Agreement for the Sustainable Reform of the Puerto Rico Police Department" dated July 17, 2013 (ECF No. 57-1) ("Agreement").  As Exhibit 2, the Monitor's Office encloses the Executive Summary of this fifth report.

　　The Monitor's Office respectfully informs that, pursuant to paragraph 252 of the Agreement, it received and considered the comments from the parties prior to finalizing this report. The parties now have thirty days under paragraph 252 to file responses to this report.

　　The Monitor's Office wants to thank the parties and the Special Master for their cooperation during this process.  The Monitor's Office appreciates the constructive feedback and recommendations received.

　　**WHEREFORE,** the Federal Police Monitor, John Romero, respectfully requests that the Court take notice of the above and of his compliance under paragraph 251 of the Agreement.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 20th day of December 2021.

**I HEREBY CERTIFY** that on this same date a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which in turn notifies all counsel of record in the case.

**CORREA-ACEVEDO & ABESADA
LAW OFFICES, P.S.C**
Centro Internacional de Mercadeo, Torre II
#90 Carr. 165, Suite 407
Guaynabo, PR  00968
Tel.  (787) 273-8300 / Fax (787) 273-8371
ra@calopsc.com

S/Roberto Abesada-Agüet
USDC-PR No. 216706
General Counsel, FMP