GALOEFFERT, LLC
4805 East Lake Road
Sheffield Lake, Ohio 44054

November 22, 2021, through December 21, 2021

INVOICE # 2021-12                                         **TOTAL DUE $9,000.00**
ASSISTANT SPECIAL MASTER
DECEMBER 2021 INVOICE

Tasks Completed

| Hours | Description | Total |
|---|---|---|
| 23 | Prepared and worked on documents for upcoming court hearing, prepared and worked on documents for Judge Besosa, PRPB staffing analysis/joint motion to court, CMR-5 review and analysis, community survey, review of docket 1912, email and discussed with the Special Master and other parties. | $3,450.00 |
| 19 | Drafted, reviewed, and responded to emails and all other documents/communication with respective parties and the court. | $2,850.00 |
| 18 | Zoom meetings and/or conference calls with the parties. | $2,700.00 |

Total Wages Due = $9,000.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

_____                                    12/22/2021
Gary A. Loeffert