Del Carmen Consulting, LLC
3122 Westwood Drive
Arlington, Texas 76012

November 22, 2021 through December 21, 2021

INVOICE # SM2021-12                    **TOTAL DUE $ 15,000.00**
SPECIAL MASTER
DECEMBER 2021 INVOICE

## Tasks Completed

Drafted, reviewed and responded to emails and all other documents/communication with respective parties and the Court. Engaged in review of some documents for the Court.

Conference calls with the Monitoring Team members, Commonwealth Representatives and Court.

Conference calls with the Monitor and SM team members.

Engaged in review of documents provided by PRPB.

Virtual meeting on Police Survey.

Reviewed survey drafts and provided feedback.

Reviewed and provided feedback on CMR-5.

Prepared and reviewed documents for the Court.

## TOTAL DUE = $ 15,000.00

**I hereby certify that the amount billed in this invoice is true and correct in my capacity as Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.**

*Alejandro del Carmen*
_____
**Dr. Alejandro del Carmen**                    **12/21/21**