IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO, et al.,**<br><br>Defendants. | **CIVIL NO.: 12-cv-02039** |

**MOTION REQUESTING TO UNRESTRICT INVOICES
FROM THE SPECIAL MASTER'S OFFICE**

**MAY IT PLEASE THE COURT:**

**COME NOW**, Codefendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau, through the undersigned attorneys, and very respectfully state and pray:

1. For the months of October, November and December 2021, this Honorable Court filed the invoices of the Special Master's office in restricted mode for Court viewing only. See Dockets 1886, 1887 and 1888 filed on November 12, 2021; Dockets 1898, 1899 and 1900 filed on December 1, 2021; and Dockets 1920, 1921 and 1922 filed on December 29, 2021.

2. According to past practice in this case, all invoices from the Special Master's office have been filed without any restriction and for public viewing. Defendants are respectfully not aware of any justification to deviate from past practice.

**WHEREFORE,** Defendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau, respectfully request that this Honorable Court order the removal of the restrictions of

Dockets 1886, 1887, 1888, 1898, 1899, 1900, 1920, 1921 and 1922.  Defendants also respectfully request this Honorable Court to order that prospectively all invoices from the Special Master's office be filed without any restrictions.

    **RESPECTFULLY SUBMITTED.**

    **I HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

    In San Juan, Puerto Rico, this 3rd day of January 2022.

**CANCIO, NADAL & RIVERA, L.L.C.**
P.O. Box 364966
San Juan, Puerto Rico  00936-4966
403 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Tel. (787) 767-9625

**S/ RAFAEL BARRETO-SOLÁ**
USDC PR: 211801
rbarreto@cnr.law


**S/ GABRIEL A. PEÑAGARÍCANO**
USDC PR: 212911
gpenagaricano@me.com