

GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE SEGURIDAD PÚBLICA
Negociado de la Policía de Puerto Rico

ALEXIS TORRES
SECRETARIO

ANTONIO LÓPEZ FIGUEROA
COMISIONADO

**MON-OR-585-19-1-2022**

**19 de enero de 2022**

**CONTESTACIÓN CMR-5**

El 20 de diciembre de 2021, el Negociado de la Policía de Puerto Rico (en adelante, NPPR) recibió el CMR-5 correspondiente al periodo de: abril de 2021 a septiembre de 2021. El Acuerdo de la Reforma Sostenible de la Policía de Puerto Rico, dispone que el NPPR tendrá un término de 30 días para contestar los informes de evaluación del Monitor, por lo que tenemos a bien presentar esta respuesta dentro de los términos establecidos.

Primero que todo, reconocemos que varios de los señalamientos que el NPPR realizó en la respuesta al informe anterior CMR-4, fueron atendidos en este informe CMR-5, especialmente aquellos que se relacionan con el formato y la identificación de señalamientos. Asimismo, el Monitor añadió una sección la cual tituló: *Pathway Foward,* en la cual realiza recomendaciones concretas para que el NPPR pueda llegar al pleno cumplimiento del Acuerdo.

No obstante, a lo anterior, tenemos a bien señalar algunos aspectos del CMR-5 que entendemos el Monitor debió tener en consideración para su evaluación. La tabla que se detalla a continuación contiene, de forma breve, varios señalamientos que el Monitor debió tener en consideración para su evaluación del CMR-5, y para futuros informes.

Cualquier duda o pregunta adicional, por favor comunicarse con la Oficina de Reforma del NPPR 787-793-1234 ext. 2420.

**Oficina de Reforma**
**Negociado de la Policía de Puerto Rico**

 

**Políticas y Procedimientos**

El NPPR está de acuerdo con la evaluación que realizó el Monitor en el Área de Cumplimiento de Políticas y Procedimientos.  Hemos observado las evaluaciones y estaremos tomando las medidas correspondientes para corregir lo señalado, con el propósito de encaminar el cumplimiento sustancial con estos párrafos.

No obstante, en nuestra contestación al borrador CMR-5 realizamos los siguientes señalamientos:
1. Algunos párrafos del Acuerdo, especialmente en el área de cumplimiento de políticas y procedimientos, no requieren adiestramientos. Sin embargo, en estos casos, el Monitor cataloga como "Not Implemented", en lugar de no aplica. Párr. 110, 111, 112, 113, 115

El Monitor realizó los cambios señalados en el informe final CMR-5.  Además, tanto el Departamento de Justicia de Estados Unidos (USDOJ) y el Monitor, acordaron en reunión de discusión del CMR-5 Draft, que se hará el ejercicio de identificar los párrafos del Acuerdo que no requirieren adiestramiento. Esto con el fin de facilitar la evaluación de cumplimiento del Monitor en futuras ocasiones.

**Querellas Administrativas, Investigaciones Internas y Disciplina**

El NPPR está de acuerdo con la evaluación del Monitor y toma conocimiento de los señalamientos realizados.  Como hemos señalado anteriormente, estaremos realizando los ajustes para continuar lograr cumplimiento con los párrafos requeridos.

| Párrafo | Contestación del NPPR al CMR-5 Draft | CMR-5 |
|---|---|---|
| Párr.159 Training | Implemented | N/A |
| Párr.160 Practice -targets 4  "PRPB has developed and implements a program to inform persons that they may make complaints regarding the performance of any officer." | Implemented<br><br>Met | Not Implemented<br><br>Missed<br><br>En desacuerdo con el cambio de la evaluación del Monitor. El NPPR siempre ha tenido un programa establecido para indicarle a las personas todas las formas y posibilidades de presentar querellas administrativas en contra de los Miembros del NPPR.<br><br>Durante el periodo del CMR-5 se revisó y envió al Monitor la Orden General Capítulo 300 Sección 311 titulada "Programa de Información Pública sobre Querellas y Reconocimientos".<br><br>Ya fue enviada a las partes bajo el párrafo 229 del Acuerdo y ya hemos recibido sus recomendaciones. Todas las recomendaciones fueron acogidas, incluyendo la modificación del formulario 311.1 en la página web.<br><br>El día 21 de diciembre de 2021 fue firmada la revisión de esta Orden General con fecha de efectividad el 28 de |

<table>
<tr><td></td><td></td><td>

diciembre de 2021.  La misma fue compartida con todos los empleados a través de Informa Policía.

También se le orienta a las personas, tanto en las facilidades del NPPR como en la página web del NPPR, que tienen derecho a presentar una queja contra un empleado del Negociado de la Policía de Puerto Rico por cualquier conducta impropia que entienda éste haya cometido. Toda querella administrativa será investigada de manera diligente, exhaustiva y equitativa, a tenor con las normas de la Agencia. En la medida que sea posible, se deberá completar este formulario establecido para esos efectos en su totalidad. Una vez completado, puede presentarlo personalmente en cualquier Cuartel de la Policía, División de Investigaciones Administrativas, enviarlo a través de fax, correo electrónico, correo postal o formulario digital (web), a las siguientes direcciones:

- PO Box 70166 San Juan, PR 00936-8166
- Tel. 1-877-996-6627 libre de costos (free of charges)
- Fax (787) 781-7685
- Página web (*web page*): *www.policia.pr.gov*
- Correo Electrónico (*email*): *responsabilidadprofesional@policia.pr.gov*
- Formulario digital (*digital form*): *https://serviciosppr.policia.pr.gov/querellaadministrativa/*

El programa, según lo requiere el párrafo 160, está establecido e implementado.

</td></tr>
</table>

| Párr.184 -targets 1a Investigators notify SARP and SARP consults with prosecutors in accordance with approved policies when an investigator determines that there may have been criminal conduct on the part of any | Met | Missed

En desacuerdo.

Todas las investigaciones administrativas en donde se cree que el MNPPR incurrió en una conducta criminal, son consultados con Fiscalía y en algunas ocasiones con el NIE.  Así mismo se refleja en los expedientes de cada investigación. |

| officer or employee. | | |
|---|---|---|
| **Párr.196 Training** | **Implemented** | **Not Implemented**<br><br>En desacuerdo. El adiestramiento especializado para todos los investigadores de SARP está desarrollado e implementado. El Monitor realizó unas recomendaciones que están siendo evaluadas. No obstante, esto no significa que el adiestramiento no esté implementado. |
| | **Igual Protección y No Discrimen** | |
| **Párrafo** | **Contestación del NPPR al CMR-5 Draft** | **CMR-5** |
| **Párr.80** | No cumplimiento.<br>En Desacuerdo.<br>Párrafo introductorio debe ser evaluado de forma diferente, ya que es un párrafo que traza los objetivos del área de cumplimiento. | El NPPR reitera su respuesta. Los párrafos introductorios deben ser evaluado de forma diferente, ya que es un párrafo que traza los objetivos del área de cumplimiento. |
| **Párr.82** | No cumplimiento.<br>No concurrimos con el Monitor.<br>El Monitor en su informe establece que el NPPR le envió documentos y pruebas, proporcionadas por SARP, sobre la clasificación de las denuncias por discrimen. No obstante, indica que necesita un universo más grande para poder determinar el cumplimiento del NPPR con este párrafo. Sin embargo, a pesar de que el Monitor indica que no es suficiente para evaluar, emite una evaluación de No Cumplimiento.<br><br>En este periodo sólo se presentaron y registraron cuatro (4) querellas. Estas cuatro querellas fueron las que se enviaron al Monitor. El NPPR sólo puede suministrar lo que tiene disponible al momento. Si el universo es de cuatro (4) querellas, la medición debe ser a base de ese universo. | Reconocemos que el Monitor acogió los señalamientos del NPPR, y modificó su evaluación a diferida. |
| **Párr.84** | No cumplimiento.<br>Evaluación debería ser diferida. El NPPR no otorgó ascensos durante el periodo bajo evaluación, por lo que no | Reconocemos que el Monitor no evaluó la parte de ascensos, relacionada a este párrafo. |

| | había documentación disponible al respecto. | |
|---|---|---|
| **Párr.86** | No cumplimiento<br>De acuerdo. No obstante, se menciona que el NPPR tiene desarrollado un módulo para cumplir con este requerimiento. En estos momentos, nos encontramos revisando el Módulo de Crímenes de Odio, y realizando las gestiones para poder cumplir con este párrafo. | El NPPR reitera su respuesta. |
| **Párr.87** | En la parte de *compliance targets*:<br>El Monitor indica que el 95% de los programas y actividades no se ajustan al párrafo. Sin embargo, el 95% son consistente con las políticas aprobadas. El NPPR presentó documentación de más de veinte programas relacionados con este párrafo para su revisión. La documentación de los planes de trabajo cubrió 11 regiones de Puerto Rico. La naturaleza de los programas sometidos a revisión fue inspecciones, planes de trabajo de fin de semana, planes de trabajo de convenios de colaboración para reforzar los planes integrales del nuevo Comisionado y cumplimiento de la orden ejecutiva 2021-027 (protocolos COVID-19). La documentación de respaldo de la actividad del programa incluyó un informe detallado del propósito/misión, ejecución, coordinación externa, metodología de acciones, disposiciones generales, disposiciones especiales, disposiciones específicas y los resultados de los hallazgos de las inspecciones. | Reconocemos que el Monitor acogió parcialmente los señalamientos del NPPR en cuanto a que este párrafo no requiere adiestramiento. No obstante, estamos en desacuerdo a que los programas y actividades no se ajustan al párrafo 87. |
| **Párr. 91** | **No cumplimiento.**<br>El NPPR continúa con el desarrollo y modificación de formularios para lograr evaluar programas, iniciativas y actividades operacionales, al menos cada dos (2) años para asegurar que las mismas se están aplicando y administrando de manera tal que garanticen la igual protección de las leyes. | El NPPR reitera su respuesta. |

| **Párr.93** La PPR responderá e investigará las querellas de agresión sexual y violencia doméstica de manera profesional, eficaz, y libre de prejuicios por razón de género. La PPR clasificará e investigará adecuadamente las querellas de violencia doméstica y agresión sexual; colaborará estrechamente con partes interesadas en la comunidad; y aplicará un enfoque centrado en las víctimas en todas las etapas del proceso de respuesta a un incidente. La PPR desarrollará políticas y procedimientos de respuesta a incidentes de violencia doméstica y agresiones sexuales, incluyendo incidentes en los que se vean | El Monitor señaló No cumplimiento con este párrafo del Acuerdo, sin embargo, para el periodo del CMR-5 no solicitó documentación relacionada a adiestramientos de las Divisiones de Delitos Sexuales y División de Violencia Doméstica.<br><br>Todos los investigadores de estas oficinas tienes que tomar adiestramientos especializados para pertenecer a las mismas. Además, se utilizan módulos tecnológicos especializados para documentar de forma correcta las investigaciones de delitos sexuales y violencia doméstica. Las estadísticas de este tipo de crímenes se publican en la página del NPPR.<br><br>El avance del NPPR en las investigaciones de estos crímenes ha sido encomiable e intrínsecamente dirigido al cumplimiento del Acuerdo de responder e investigar las querellas de agresión sexual y violencia doméstica de manera profesional, eficaz, y libre de prejuicios por razón de género. Es por esto, que no estamos de acuerdo con su evaluación de No Cumplimiento. | Desacuerdo.<br><br>Reiteramos nuestra respuesta. El Monitor no solicitó información relacionada a adiestramientos de las Divisiones de Delitos Sexuales y División de Violencia Doméstica.<br><br>Este asunto se le informó al Monitor, y entendemos que, por error o inadvertencia, permaneció en el borrador final. |

| | | |
|---|---|---|
| involucrados miembros de la PPR, que cumplan con las leyes aplicables y las prácticas policiacas generalmente aceptadas. | | |
| **Párr.95** | No cumplimiento. El NPPR no concuerda con la evaluación del Monitor. El Monitor debería evaluar este párrafo como cumplimiento parcial, toda vez que hay un módulo tecnológico desarrollado para este tipo de investigaciones.<br><br>El NPPR envió la documentación solicitada al Monitor.<br><br>El NPPR presenta informes de incidentes de agresiones sexuales y abuso de menores en el Módulo de Delitos Sexuales, que actualmente se utiliza para gestionar los casos. Como parte de este proceso de gestión de casos, la PRPB requiere que los agentes investigadores y los supervisores de la división respectiva verifiquen periódicamente el estado del caso. El seguimiento de los casos incluye dar énfasis y atención a las alertas que genera el sistema a través del correo oficial. El NPPR también ha comenzado a utilizar diferentes informes estadísticos según lo ordenado por GO 100-115, División de Crímenes Sexuales y Abuso de Menores, para rastrear el estado de estos casos. El NPPR presentó dos documentos como evidencia de clasificación y seguimiento de casos de agresión sexual. El informe de Excel proporcionado indica que estas investigaciones produjeron 54 arrestos y el documento (Estadísticas de | Reconocemos que el Monitor modificó su evaluación a Cumplimiento Parcial, según las recomendaciones del NPPR. |

| | | |
|---|---|---|
| | violencia doméstica) desglosa el informe para proporcionar investigaciones de agresión sexual conyugal que produjeron 29 arrestos.<br><br>Es importante conocer exactamente en qué falla nuestro sistema para manejo de estos casos, para poder realizar los cambios pertinentes para cumplir con el párrafo. | |
| **Párr.98** | En desacuerdo.<br>El NPPR tiene un Módulo desarrollado para investigaciones de incidentes de Violencia Doméstica. Este módulo se utiliza en todas las investigaciones. | El NPPR reconoce que el Monitor modificó su evaluación para el adiestramiento de un "No Implementado" a un "No Aplica". No obstante, nos reiteramos en nuestro señalamiento de que el NPPR tiene un Módulo desarrollado para investigaciones de incidentes de Violencia Doméstica. Este módulo se utiliza en todas las investigaciones. |
| **Profesionalización** | | |
| **Párrafo** | **Contestación del NPPR al Draft CMR-5** | **CMR-5** |
| Párr. 12 | **Cumplimiento Parcial**<br>Con respecto a las investigaciones administrativas, el Monitor observó varias áreas en las que el NPPR utiliza los resultados de las investigaciones en relación con los ascensos y el progreso profesional. Además, el Monitor encontró que el 95% de los resultados de la investigación administrativa muestreada no estaban dentro de la política y no se han realizado auditorías de integridad.<br><br>De acuerdo, no obstante, nos gustaría conocer a qué áreas se refiere el Monitor, para poder mejorar nuestros procesos, según la información examinada por este. | Reconocemos que el Monitor identificó las áreas, según solicitado por el NPPR. |
| Párr. 14 | **Cumplimiento Parcial**<br>El Monitor indica que la política del NPPR de preferencia por los veteranos en las decisiones de promoción parece demasiado amplia en su alcance.<br><br>Esto es un asunto de legislación, que está fuera de las manos del NPPR. | El NPPR reitera su respuesta. Esto es un asunto de legislación, que está fuera del control del NPPR.<br><br>Véase Ley Núm. 203 de 203 de diciembre de 2007, *Ley de la Carta de Derechos del Veterano Puertorriqueño del Siglo XXI y crear el Fideicomiso de Educación de Veteranos y Veteranas.* |

| | | |
|---|---|---|
| Párr. 16 | **Cumplimiento Parcial**<br>El NPPR indicó al Monitor que no se han realizado exámenes promocionales ni promociones entre el 1 de abril de 2021 y el 20 de septiembre de 2021. Por lo tanto, no existe un Comité de Promociones permanente para analizar o entrevistar para obtener información sobre el cumplimiento durante este período de informe.<br><br>Esta evaluación **debería ser diferida** y no ser categorizada como incumplimiento. Todavía no se han publicado las convocatorias para ascensos, para ser evaluados por el Monitor. | Reconocemos que el Monitor acogió la recomendación del NPPR y evaluó el párrafo como diferido. |
| Párr. 17 | **Cumplimiento Parcial**<br>No se administraron exámenes de promoción ni se realizaron promociones dentro del periodo. Como tal, el Monitor no puede evaluar la aplicación de tales políticas y los adiestramientos en la aplicación de la política.<br><br>Esta evaluación **debería ser diferida** y no ser categorizada como incumplimiento. La evaluación debería ser diferida hasta que se publique convocatorias se desarrollen los exámenes para las mismas. Con estos documentos el Monitor podrá evaluar adecuadamente este párrafo. | Reconocemos que el Monitor acogió la recomendación del NPPR y evaluó el párrafo como diferido. |
| Párrafo 19 | **Cumplimiento Parcial**<br>El NPPR indicó que no se han realizado exámenes de asenso ni promoción en la organización durante este período de informe, el Monitor no puede evaluar el cumplimiento de PRPB con la aplicación y la práctica de esta política.<br><br>Esta evaluación **debería ser diferida** y no ser categorizada como incumplimiento. La evaluación debería ser diferida hasta que se administren los exámenes y luego se revisen los expedientes de querellas administrativas de los candidatos para ascender, entonces se podrá evaluar si el NPPR cumple con las políticas en relación a este párrafo. | Reconocemos que el Monitor acogió la recomendación del NPPR y evaluó el párrafo como diferido. |

| Párr. 20 | **Cumplimiento Parcial**<br>Esta regla prevé la descalificación de un candidato para el ascenso sobre la base de datos pertinentes o asuntos relacionados con conducta impropia.<br><br>Esta evaluación **debería ser diferida** y no ser categorizada como incumplimiento.<br>Este requisito se incorporó en lo reglamentos de ascenso. El procedimiento de ascensos no se puede evaluar al menos que no se realicen convocatorias, se administren los exámenes y se realicen los procedimientos antes de ascender a los cualificados. | Reconocemos que el Monitor acogió la recomendación del NPPR y evaluó el párrafo como diferido. |
|---|---|---|
| | **Registros y Allanamientos** | |
| **Párrafo** | **Contestación del NPPR al Draft CMR-5** | **CMR-5** |
| Párr. 58 | **Cumplimiento parcial**<br><br>De acuerdo.  No obstante, se menciona que las políticas sobre este requerimiento están desarrolladas. Los adiestramientos virtuales fueron paralizados debido a una filtración de respuesta de exámenes virtuales.<br><br>El NPPR se encuentran desarrollando módulos virtuales de adiestramiento con un nuevo proveedor de plataforma virtual, para continuar brindando el adiestramiento virtual de Registros y Allanamientos.<br><br>Otros Comentarios: Referente al formulario PPR-615.4 donde el Monitor indica que falta la firma de un testigo que de fe que las advertencias mirandas le fueron leídas a un detenido. La firma del testigo no es obligatoria. | El NPPR indica tomar conocimiento de lo mencionado por el NPPR, en la respuesta al borrador. |
| Párr. 59 | Cumplimiento parcial<br><br>El Monitor señala que hay expedientes de arresto incompletos y la causa probable no está plasmada en las revisiones del supervisor.<br><br>De acuerdo. | El NPPR reitera su respuesta. |

|  | El NPPR está en proceso de reforzar los adiestramientos para corregir el uso del lenguaje estereotipado.<br><br>Debido a la variedad de circunstancias en las cuales se puede realizar un registro y/o allanamiento, los expedientes de arrestos y allanamientos no todos requieren completar todos los formularios establecidos en las órdenes generales. Para aclarar esta situación, en la última revisión de la OG-612 se creó un formulario que servirá de Hoja de Cotejo, en donde el MNPPR tendrá que identificar los formularios que no aplican al caso correspondiente.<br><br>Otros Comentarios: En estos momentos nos encontramos analizando los expedientes revisados por el Monitor, para para identificar y corroborar los hallazgos del Monitor. |  |
|---|---|---|
| Párr. 60 | No cumplimiento<br><br>El monitor sugiere un sistema de monitoreo de las detenciones vehiculares.<br><br>En estos momentos el NPPR se encuentra en etapa de desarrollo. | El NPPR reitera su respuesta. |
| Párr. 61 | No cumplimiento<br><br>Los miembros del Negociado de Autopistas de Carreteras de la Policía de Puerto Rico en su revisión recurren al lenguaje estereotipado.<br><br>El NPPR está en proceso de reforzar los adiestramientos para erradicar el lenguaje estereotipado. | El NPPR se reitera en su respuesta, actualmente se encuentra en proceso de reforzar los adiestramientos para disminuir el uso del lenguaje estereotipado. |
| Párr. 62 | **No Cumplimiento**<br><br>El NPPR reforzará los adiestramientos para mejorar la redacción de los motivos fundados en los informes policiacos del área de registros y allanamientos. | El NPPR se reitera en su respuesta, actualmente se encuentra en proceso de reforzar los adiestramientos para mejorar la redacción de informes policiacos. |
| Párr. 67 | **No cumplimiento** | El NPPR se reitera en su respuesta. |

| | | |
|---|---|---|
| | El Monitor indica que no puede determinar la ruta que el MNPPR utiliza para el trasporte de detenidos. Insta complementar la PPR 126.2 para documentar los requerimientos de este párrafo.<br><br>El NPPR en su política contiene los requisitos del párrafo. Este requerimiento ya es parte de los adiestramientos. Sin embargo, actualmente el NPPR no tiene los mecanismos para determinar qué ruta utilizó el MNPPR en el transporte de un detenido. | |
| Párr. 68 | **Cumplimiento Parcial**<br><br>El Monitor informa, no haber encontrado la PPR-631.1 (Egreso/Ingreso) en 21 de los 82 expedientes de arresto revisados.<br><br>En ciertas ocasiones, por la rapidez de los procesos, o porque el caso se trabaja mediante citación, los MNPPR no ingresan en una celda el 100% de las personas arrestadas.<br><br>La política exige completar la PPR-631.1 únicamente cuando el arrestado es ingresado en una celda. | Actualmente se está desarrollando un formulario para documentar aquellas instancias en donde una persona no se ingresa a la celda, según requerido por el Monitor. Este documento será enviado al Monitor para su evaluación bajo el párrafo 229 del Acuerdo. |
| Párr. 69 | **No cumplimiento**<br><br>**En desacuerdo**<br><br>Es importante mencionar que hay un política desarrollada e implementada, al igual que su adiestramiento. Actualmente esta política se utiliza operacionalmente por todos los MNPPR. Entendemos que encontrar deficiencias en su implementación no da paso a una evaluación de no cumplimiento, lo que pudiera ser un cumplimiento parcial.<br><br>El NPPR reforzará los adiestramientos para corregir deficiencias en la redacción de informes. | El NPPR se reitera en su respuesta al CMR-5 Draft. |
| Párr. 72 | **No cumplimiento** | El NPPR se reitera en su respuesta y aclara que el PPR-636.1 no se va a encontrar en todos los expedientes, ya |

| | En 39 de los 82 expedientes de arresto no incluyeron la PPR 636.1 (Inventario de Propiedad). | que sólo se cumplimenta cuando se ocupa propiedad. |
|---|---|---|
| | **De acuerdo** | |
| | Sin embargo, se menciona que los MNPPR deben cumplimentar el PPR-636.1 (Inventario de Propiedad) cuando aplique. | |
| | Cuando se diligencian órdenes de registro y/o allanamiento de resultar negativo, no es necesario cumplimentar este formulario. | |
| Párr 74 | Cumplimiento Parcial | El NPPR se reitera en su respuesta al CMR-5 Draft. |
| | El Monitor informa que, de 64 expedientes, 24 no contienen la PPR 615.8. | |
| | El NPPR establece como política la redacción de la 615.8 para cualquier arresto hecho por un MNPPR. | |
| | El Monitor realiza una recomendación que no se había realizado al momento de evaluar la política.  El NPPR evaluará la recomendación y la discutirá con el Monitor. | |
| Párr. 75 | Cumplimiento Parcial | El NPPR se reitera en su respuesta al CMR-5 Draft. |
| | El Monitor informa que, de 64 expedientes de registro, 24 fueron por consentimiento y no complementaron la PPR-615.8 | |
| | Los MNPPR utilizan el formulario PPR-615.8 sólo cuando hay personas arrestadas.  El propósito de este formulario es evaluar el arresto cuando no hay una orden judicial para esos fines. | |
| | El Monitor realiza una recomendación que no se había realizado al momento de evaluar la política.  El NPPR evaluará la recomendación y la discutirá con el Monitor. | |

| | | |
|---|---|---|
| | | |
| **Supervisión y Administración** | | |
| **Párrafo** | **Contestación del NPPR al Draft CMR-5** | **CMR-5** |
| Párr.135 | No Cumplimiento

Según el DRAFT CMR-5 El Monitor indica que no se envió la información requerida.

Luego de verificar petición de CMR-5, no se encontró solicitud de documentos relacionado a esos párrafos. Si fue solicitada para el CMR-4. | Reconocemos que el Monitor indicó que no solicitó la información al respecto, y que será solicitada para el CMR-6. |
| Párr. 136
Las políticas incorporan todos los requisitos de los párrafos 136 a 140. | No cumplimiento.

Desacuerdo.

Todas las políticas antes de ser firmadas por el Comisionado son revisadas por el DOJ y la Oficina del Monitor.
No se identifica cuáles requerimientos hace referencia el Monitor. | El NPPR reitera su respuesta. |
| Párr. 136
Las capacitaciones de supervisión son consistentes con las políticas aprobadas. | No Cumplimiento

El párrafo 136 no habla sobre la capacitación del supervisor. El párrafo 136 se refiere a la asignación de supervisores operacionales de campo. | |
| Párr. 136
95% de los supervisores de la muestra están capacitados y certificados en todas las políticas relacionadas con la supervisión (o programadas para capacitación, en el caso de las | No Cumplimiento

El Monitor indica en su informe que los Supervisores entrevistados les informaron que no pudieron completar las 40 horas de capacitación virtual debido a que los mismos fueron paralizados.

Existen adiestramientos para supervisores y adiestramientos para antes de asumir el rango. | Desacuerdo.

Es meritorio explicar, que los adiestramientos presenciales o en línea, son ofrecidos por tiempos determinados y no necesariamente recaen en el periodo bajo evaluación del Monitor. Esto implica, que el hecho de que no se haya ofrecido un adiestramiento particular bajo un periodo de evaluación, no se esté ofreciendo el mismo bajo otro periodo. |

| | | |
|---|---|---|
| revisiones de mitad de año). | | |
| Párr.136<br>Los horarios, las asignaciones y las proporciones de los oficiales y supervisores son consistentes con las políticas de supervisión. | No Cumplimiento | Desacuerdo.<br>El NPPR envió al Monitor, los formularios PPR-373 de Distribución de Personal, correspondientes a dos meses. Estos formularios demuestran la distribución del personal por supervisor, en no más de 1 a 10.<br><br>El NPPR reconoce, que se encuentra desarrollando los mecanismos para demostrar la consistencia del mismo supervisor, para sus supervisados. Para esto se está desarrollando política y revisando el formulario PPR-373.<br><br>El Monitor debió considerar evaluar este párrafo como cumplimiento parcial. |
| Párr. 136<br>Los supervisores se asignan y despliegan de acuerdo con las políticas de supervisión aprobadas. | No Cumplimiento | |
| Párr. 147-153<br>Sistema EIS | No cumplimiento<br>Este sistema continuo en desarrollo. | El NPPR se encuentra en la etapa final de la contratación del experto que desarrollará lo relacionado al cumplimiento con este párrafo.<br><br>Además, nos encontramos desarrollando la política que regirá la unidad del EIS e identificando los recursos necesarios para que pueda ejercer su funciones de forma correcta. |
| Párr. 154-156 | No cumplimiento.<br><br>En desacuerdo. Esta evaluación debería de ser diferida.<br><br>La sección de Inspecciones no lleva un año de establecida. El primer informe anual sobre los hallazgos se realizará en enero del 2022. | El NPPR reconoce que el Monitor acogió la recomendación del NPPR en su CMR-5 final. |

| | | |
|---|---|---|
| | Los informes de hallazgos se les envían a los directores de las unidades inspeccionadas.<br><br>El Módulo no envía automáticamente los hallazgos al Comisionado. Según la OG 121 el Director de la División luego de recibir la inspección culminada tiene, quince días para informar al Comisionado. | |
| **Uso de Fuerza** | | |
| **Párrafo** | **Contestación del NPPR al Draft CMR-5** | **CMR-5** |
| Párr. 42 | **No Cumplimiento:**<br>"PRPB has no mechanism in place to consider the quality of force review investigations by supervisors when preparing performance evaluations. This stipulation is not in the policy, and supervisors have not been trained to implement this practice."<br><br>Concurrimos con la evaluación del Monitor, no obstante, hemos tomando acción correctiva sobre este señalamiento.<br><br>El NPPR ha examinado este señalamiento y se desarrollaron cambios a la Orden General Capítulo 300 Sección 310 "Evaluación de Desempeño, para que se tome en cuenta la calidad de las evaluaciones de incidentes de uso de fuerza, en las evaluaciones del personal.<br><br>Con este propósito, también se modificó el formulario PPR-310.1 titulado "Evaluación de Desempeño", para que el mismo recoja los renglones de evaluaciones de incidentes de uso de fuerza. Este formulario es el que se utiliza para la evaluación semestral de los MNPPR. | El NPPR reitera su respuesta. |



| | Tanto la Orden General como el formulario, se le envió al Monitor, al USDOJ y al Special Master para su correspondiente evaluación. | |
|---|---|---|
| Párr. 45 | **No Cumplimiento:**<br><br>"Of the 58 UOF reports (PPR-605.1) reviewed by the Monitor's Office, 7 did not complete their review within 5 business days per the Agreement. Although this represents a small percentage of the total sample, it is significant enough to bring PRPB below the 95% target for compliance. Thus, this paragraph is rated as not compliant.<br><br>El NPPR ha tomado medidas correctivas para que los MNPPR supervisores evalúen el informe de uso de fuerza en el periodo establecido. No obstante, con todos los retos y la falta de recursos de supervisores que enfrenta el NPPR en estos momentos, entendemos como algo positivo que este término se cumpla en más del 85% porciento de las veces. | El Monitor indica que el NPPR debe asegurarse de que todos los incidentes de UOF se investiguen en el tiempo asignado, según lo requiere la OG-605, Informe e Investigación de Incidentes de Uso de Fuerza. Como se señaló en los párrafos anteriores, el Monitor está al tanto del nuevo proceso implementado por el NPPR al final de este período de informe para abordar esta y reevaluará este párrafo y la precisión de los informes UOF en CMR-6.<br><br>El NPPR reitera su respuesta. |
| Párr. 48 | **No Cumplimiento:**<br><br>"As a result of COVID-19 and curriculum development, FIU investigators have yet to receive additional training on firearm discharge investigations, as the Monitor previously suggested. PRPB must develop the curriculum for firearm discharge investigations and train FIU personnel."<br><br>Concurrimos, no obstante, como se le había notificado al Monitor, el NPPR está desarrollando un adiestramiento de Uso de Fuerza | El NPPR reitera su respuesta y además, mencionamos que el Monitor reconoce que el NPPR ha informado que está desarrollando una capacitación de incidentes de Uso de Fuerza para los revisores de las Juntas de Uso de Fuerza. Este entrenamiento servirá como complemento a la capacitación que ya reciben los miembros de las juntas. |

| | | |
|---|---|---|
| | para la Juntas Revisoras de Uso de Fuerza, que servirá como base para posteriormente ofrecerlo a todos los MNPPR adscritos a FIU. Este adiestramiento servirá como complemento al adiestramiento que ya reciben los investigadores de FIU. | |
| Párr. 49 | **No Cumplimiento:** "PRPB must ensure that prompt notification is made to FIU in cases regarding their involvement. For the most part, this was the case, however some notifications were not made in a timely manner. CFRB must complete its reviews within the time allotted in GO 500-502, Evaluation Boards of Incidents of Use of Force. PRPB must ensure that FIU has adequate personnel to conduct its investigations and ensure that all personnel have completed all necessary training to meet timelines relating to investigating serious UOFs."<br><br>El Monitor indica que la mayoría de las investigaciones que solicitó para evaluar, no estaban culminadas, por lo que no pudo evaluar cumplimiento con una muestra sustancial. Recomendamos al Monitor que para las próximas revisiones de estas investigaciones, solicite investigaciones ya cerradas, para que pueda tener un universo más completo para poder realizar una evaluación adecuada. | El NPPR reitera su respuesta. |
| Párr. 51 | **No Cumplimiento:**<br><br>"PRPB should ensure that all FIU investigations are completed in 45 days, as outlined in GO 100-113, FIU. PRPB must ensure that FIU has the adequate staff and resources to complete these | El NPPR se encuentra trabajando para identificar la forma de asegurar de que todas las investigaciones de uso de fuerza culminen en el periodo que indica la Orden General. |



| | |
|---|---|
| investigations. Further PRPB must work within DSP and external stakeholders to address FIU's inability to receive forensic data in sufficient time to complete its investigations in the 45 days as required by policy." | |

## Interacción Comunitaria e Información Pública

El informe CMR-5 presentado por el Monitor Federal, no presenta cambios significativos en comparación al borrador del mismo, en lo respectivo al área de cumplimiento de Interacción Ciudadana e Información pública.

En el borrador del CMR-5, en el Párr. .205 en la sección de Policía Comunitaria Orientada a la Comunidad, se menciona el Modelo RNR (Risk- Need- Response) el cual responde a un modelo de supervisión comunitaria dentro del sistema de probatoria federal. Sin embargo, en el documento final, el mencionado modelo RNR, no se incluye. Además, se menciona el evidence-based-practice model (EBP) vs. el modelo del cual pudiéramos inferir que se pudieran referir al *Evidence-Based Policing Models.*

En la página 204 del CMR-5, primer párrafo se menciona; "*Notwithstanding, PRPB **has demonstrated progress** in its efforts to implement community policing through the application of problem-solving strategies, including the SARA model, and the expansion of community partnerships to engage and empower the community".,* pero nuevamente la evaluación no es compatible con el comentario. Entendemos, que se deben establecer unos parámetros más claros con sus límites de evaluación, considerando lo establecido en el Acuerdo, los cuales nos permita avanzar con los procesos de implementación.

Se puede observar que los párrafos 208 en adelante, el Monitor Federal logró acoger nuestras recomendaciones de adjudicar una evaluación de N/A en cuyos párrafos no le aplica el área de adiestramiento.

En cuanto al párrafo 209, entendemos que la Oficina del Monitor Federal pudiera considerar este párrafo 209, con una Evaluación de Diferido, debido a que estos Comités no han podido tener un funcionamiento normal debido a las razones de la Pandemia para el periodo bajo evaluación.

En cuanto al párrafo 214 y 215, es importante que el Monitor tome conocimiento de que política del NPPR requiere que las reuniones se realicen una vez al año, y no dos veces, como indica el Monitor. El NPPR cumplió con las reuniones dos veces al año, durante los primeros dos años del Acuerdo.

En resumen, esperamos que el NPPR en colaboración con los diferentes sectores de nuestra sociedad, puedan integrar los principios y fundamentos de la policía comunitaria. Además, maximizar los beneficios que promueve la policía comunitaria para prevenir el crimen, la violencia y la desviación social en sus diferentes manifestaciones. Reconocemos que hay espacio para continuar mejorando en la implementación de la filosofía de policía comunitaria y con el liderato actual del NPPR la proyección de transformación organizacional e institucionalización es alentadora.

| Párrafo | Contestación del NPPR al Draft CMR-5 |
|---|---|
| Párr. 205 Interacción Comunitaria e Información Pública. Provisión General. | **Cumplimiento Parcial**<br><br>En general, aunque este párrafo debería ser el último en evaluarse porque recoge todas las otras acciones de los próximos párrafos del acuerdo, si presenta la información que se envió para este periodo. La Oficina del Monitor menciona varias actividades del Plan de Expansión de Policía Comunitaria en las Áreas Policiacas.<br><br>El lenguaje en el CMR-5 aunque distinto al CMR-4, el cual incluye una mejor descripción de las observaciones y recomendaciones del Monitor, todavía no se observa parámetros específicos que puedan delimitar el Área de Cumplimiento. Por ejemplo, la Oficina del Monitor menciona: "The Monitor's Office encourages PRPB to modify any deployment  strategies that deemend incompatible with effective and community-oriented policing" pero de la misma forma NO se identifica en el documento esas estrategias que ellos como oficina entienden que NO son efectivas.<br><br>Además, según discutido en el proceso de desarrollo de Metodologías de Cumplimiento, se había determinado que los párrafos introductorios de cada área de cumplimiento no se iban a evaluar de la misma forma que los demás párrafos.  Estos párrafos introductorios son un resumen de la aspiración que debe tener el NPPR para cumplir con el Acuerdo.<br><br>**Otros Comentarios:** En la introducción, en la página 199, último párrafo del borrador del informe se debe clarificar que los Ciclos de Asistencia Técnica en policía comunitaria no culminan en el verano del 2022 para todas las Áreas Policiacas. La oración debe mencionar que en algunas Áreas Policiacas se espera completar los tres ciclos e inicializando la Etapa del Modelo de Seguimiento según establecido en el Plan de Expansión de Policía Comunitaria e Información Pública y aprobado por el Comisionado NPPR. |
| Párr. 206. Interacción Comunitaria e Información Pública. Policía Orientada hacia la Comunidad | **Cumplimiento Parcial**<br><br>El narrativo del informe es bastante descriptivo y captura varias acciones en progreso.<br><br>**De Acuerdo, con varios comentarios.**<br><br>Se incluye Áreas Policiacas que continúan en un desarrollo positivo como lo son Fajardo y Ponce entre otras áreas. El factor en común es la documentación de muchas de las acciones que se llevan a cabo. Es importante destacar que la implementación del Modelo SARA en su aplicación operacional es un proceso que puede conllevar entre 6 a 12 meses de implementación dependiendo de lo complejo del problema a trabajar. Hay que considerar que muchas de las acciones que se deben presentar en el Plan de Respuesta del modelo no se limitan a la policía sino otras agencias o instituciones de ahí la colaboración y alianzas que se deben continuar fortaleciendo. Este es el caso del Área Policiaca de Bayamón en su Proyecto |

| | |
|---|---|
| | SARA en Altos de Cuba, el cual está en sus procesos de actualización con actividades colaborativas y aplicación correcta del modelo. Esperamos en el CMR-6 destacar los avances del Modelo SARA y la Oficina del Monitor Federal los pueda destacar de manera apropiada. |
| **Párr. 209.** Interacción Comunitaria e Información Pública. Comité de Interacción Ciudadana | **No Cumplimiento**<br><br>El NPPR no tiene en su política el requerimiento de que los Comités de Interacción Ciudadana se reúnan al menos cada tres meses.<br>El NPPR debe mantener los comités de interacción ciudadana según lo requerido por el párrafo.<br><br>**En Desacuerdo**<br>La Orden general 801 titulada: "Comités de Interacción Ciudadana", en su página 9, artículo III, (I) 1, indica que los Comités de Interacción Ciudadana se reunirán por lo menos una vez al mes.<br><br>Además, entendemos que la Oficina del Monitor Federal pudiera considerar este párrafo 209, con una Evaluación de Diferido, debido a que estos Comités no han podido tener un funcionamiento normal debido a las razones de la Pandemia para el periodo bajo evaluación.<br><br>Los Comité de Interacción Ciudadana de varias Areas Policiacas están incompletos y presentan dificultades de reunirse de forma presencial o a distancia. La razón que algunas Areas Policiacas presentan es la Pandemia, pero es un asunto que la Oficina de Reforma en sus visitas a las Areas está presentando para que comiencen los procesos de llenar las plazas vacantes de los CICs y se puedan reunir según establecido en la OG 801.<br><br>Estamos de acuerdo que los Comandantes de Área deben considerar incluir en sus comités de CICs personas con ideas innovadoras y nuevas estrategias para expandir el trabajo que estos voluntarios llevan a cabo.<br><br>**Otros Comentarios:**<br>***Compliance Target #2***: El NPPR debe proteger la información confidencial y sensitiva en aquellos documentos que se compartan con los Comités de Interacción Ciudadana. El Monitor clasifica este objetivo como no cumplido, no obstante, no señala qué información el NPPR compartió con los CIC en incumplimiento con este párrafo. |
| **Párr. 212.** Interacción Comunitaria e Información Pública. Comité de Interacción Ciudadana. | **No Cumplimiento**<br><br>De Acuerdo. No obstante, la Orden general 801 titulada: "Comités de Interacción Ciudadana", sí establece requerimiento para que se trabaje de forma cerca y en colaboración con los Comités de Interacción Ciudadana. |



| | |
|---|---|
| Párr. 213. Interacción Comunitaria e Información Pública | **No Cumplimiento**<br><br>De Acuerdo. No obstante, en el *compliance target #2,* el Monitor indica que los informes anuales de los CIC's no están publicados.<br>No obstante, el NPPR publicó en la Biblioteca Virtual el Informe Anual de Comités de Interacción Ciudadana del 2020.  Inclusive, la Biblioteca Virtual tiene una sección completa dedicada a estos informes. |
| Párr. 214. Interacción Comunitaria e Información Pública | **No Cumplimiento**<br><br>**De Acuerdo, con algunos comentarios.**<br><br>La Política requiere que las reuniones se realicen una vez al año, y no dos veces, como indica el Monitor.<br><br>El NPPR cumplió con las reuniones dos veces al año, durante los primeros dos años del Acuerdo.<br><br>Algunas Areas Policiacas han comenzado a llevar a cabo entrevistas de radio y publicaciones en sus redes sociales y periódicos regionales sobre las acciones que están llevando a cabo en cumplimiento con lo establecido en la reforma. Esta es otra área del acuerdo que esperamos comenzar a observar cumplimiento en el CMR-6 en adelante.<br><br>**Otros Comentarios:**<br>Esta política no requiere adiestramiento, no obstante, en la parte del adiestramiento el Monitor señala como No Implementado. |
| Párr. 215. Interacción Comunitaria e Información Pública | **No Cumplimiento**<br>**De Acuerdo.**<br>**Otros Comentarios:**<br>Esta política no requiere adiestramiento, no obstante, en la parte del adiestramiento el Monitor señala como No Implementado. |
| Párr. 216**.** Interacción Comunitaria e Información Pública | **No Cumplimiento**<br>**De Acuerdo.**<br>**Otros Comentarios:**<br>Esta política no requiere adiestramiento, no obstante, en la parte del adiestramiento el Monitor señala como No Implementado. |
| Párr. 217. Interacción Comunitaria e Información Pública | **No Cumplimiento**<br><br>**De Acuerdo.**<br>El NPPR entiende que es un área para establecer nuevas estrategias de difundir la información en lo que los sistemas y tecnología se logran actualizar.<br><br>**Otros Comentarios:**<br>Esta política no requiere adiestramiento, no obstante, en la parte del adiestramiento el Monitor señala como No Implementado. |

| Sistemas de Información y Tecnología |
|---|
| **CMR-5:** Luego de que el Monitor sometiera el borrador del CMR-5, tanto el USDOJ, el Monitor y el NPPR, sostuvieron reunión para discutir los hallazgos.  En dicha reunión, se discutió entre las partes, la posibilidad de que se modifique la metodología para medir cumplimiento del área de Tecnología. Esto, con el propósito de evitar aquellos casos en donde el Negociado de Tecnología desarrolla la aplicación en conformidad con el Acuerdo, pero por cuestiones fuera de su control, la aplicación no está siendo utilizada correctamente. Las partes continúan trabajando en un esfuerzo conjunto para atender esta situación. |
| **CMR-5 Draft** |

## II. Use Of Force
### A. Página 18-20, 45-46, 47, 50-51
1. **Párrafo 40-52 y 36:** Módulo de uso de fuerza está en producción y en uso.
2. **Párrafo 243**: Se recolecta la data de incidentes de uso de fuerza en los módulos de radio control y el *dashboard* de la 126.2, no obstante, los mismos no son exactos.

**El Monitor no realizó cambios en su evaluación.  Sin embargo, el NPPR desarrolló la aplicación de Uso de Fuerza, los problemas de data que existen no son a consecuencia de la tecnología desarrollada.**

## III. Searches and Seizures – Arrests
### A. Página 80-81, 83
1. **Párrafo 67:** Se utilizó el formulario nuevo digital PPR-126.2 para validar información requerida del arrestado.
2. **Párrafo 69:** Se utilizó el GTE para completar el formulario PPR-615.8, con el propósito validar la política relacionada a la OG 600-615 de la sección del arresto.

El Monitor no realizó cambios en su evaluación.  Sin embargo, el NPPR desarrolló la aplicación de Uso de Fuerza, los problemas de data que existen no son a consecuencia de la tecnología desarrollada.

## IV. Equal Protection and Non-Discrimination
### A. Página 96-97
1. **Párrafo 82 y 83**: Los reportes de querellas administrativas se trabajan usando el módulo de SARP el cual está en producción y en uso.

El Módulo de SARP para investigaciones administrativas fue desarrollado y se encuentra en uso.  Toda investigación administrativa se realiza utilizando este módulo.

### B. Página 100-101
1. **Párrafo 85:** Se codifican los delitos usando NIBRS desde el año 2012 los cuales están integrados en el CAD: Se integran del GTE y al SAEC, mediante una interfaz. No es correcto decir que el Centro Mando es el que codifica los delitos por que son los Agentes en el campo (field) junto al supervisor.



### C. Página 114

1. **Párrafo 95 y 82:** Las estadísticas se generan a través del módulo de Delitos Sexuales, según lo indica en el último párrafo.

**D. Página 116 y 121**
1. **Párrafo 100:** Cumple sustancialmente y los datos se generan en el módulo de Violencia Doméstica, el cual tiene más de 50 reportes.
2. **Párrafo 97:** Cumple parcialmente y los datos se generan en el módulo de Delitos Sexuales.

**E. Página 118**
1. Párrafo 98: Verificar por qué, si tienen el módulo de VD y el GTE utilizan otros métodos: *Review of domestic violence reports found that each region of the Island has its own police report template. Specifically, four different report styles were reviewed. Aibonito, Arecibo, Bayamon, and Fajardo all had a different report template. Some of the reports were computer generated but most were handwritten. This made the reports difficult to read and comprehend.*

**V. Policies and Procedures**
**A. Página 123 al 126**
1. Párrafo 110,112, 113: Cumple Parcialmente. Además, la Biblioteca Virtual está disponible y en uso según indica el monitor.

**VIII. Supervision and Management**
**A. Página 138-139**
**Performance Evaluation**
1. **Párrafo 145:** El módulo está en producción y en uso. Además, el Monitor indica que validó el uso del mismo. Cumple parcialmente.
2. **Párrafo 146:** El módulo tiene disponible los reportes solicitados por la unidad responsable. Además, el monitor indica que validó los mismos.  Cumple parcialmente.

**B. Página 140-145**
**Early Identification System**
Aunque el sistema del EIS no está completado se han realizado demostraciones que evidencian el progreso en los módulos que lo componen. Actualmente, se espera por la unidad que estará monitoreando el sistema.

**C. Página 146-147**
**Internal Audits and Interagency Feedback**
1. **Párrafo 154:** Cumple parcialmente. El módulo de Inspecciones está en producción y en uso. Cumple parcialmente.

**IX. Civilian Complaints, Internal Investigations, and Discipline**

**A. Página 152-155**
**Civilian Complaints**
1. **Párrafo 160-162:** El ciudadano puede someter una queja o agradecimiento usando una aplicación que está en la página web del Negociado de la Policía de Puerto Rico. Está

disponible en la página en formato PDF y en modo de aplicación (https://serviciosppr.policia.pr.gov/querellaadministrativa/).

**B. Página 156-157**
**Internal Investigations**
1. **Párrafo 163:** Cumple parcialmente**.** Se utiliza el módulo de SARP para trabajar los casos de investigaciones internas.

**C. Página 159-170**
**Complaint Intake, Classification, Assignment, and Tracking**
1. **Párrafo 166-167:** Cumple sustancialmente. Se utiliza el módulo de SARP para trabajar los casos y lo confirma el monitor en esta sección del reporte.
2. **Párrafo 171:** Cumple sustancialmente. Se utiliza el módulo de SARP para trabajar los casos y lo confirma el monitor en esta sección del reporte.
3. Párrafo 172: Cumple parcialmente. Se utiliza el módulo de SARP para trabajar los casos y lo confirma el monitor en esta sección del reporte.
4. Párrafo 176: Cumple sustancialmente. Se utiliza el módulo de SARP para trabajar los casos y lo confirma el monitor en esta sección del reporte.

**XI. Information Systems and Technology**
**A. Página 226-227**
1. **Párrafo 218**: En esta sección indica que el NPPR no ha podido demostrar la implementación adecuada de tecnología para todas las áreas del Acuerdo de la Reforma. Esta aseveración no es correcta, actualmente existen aplicaciones y/o sistemas de información desarrollados para esos fines y se han demostrado en diferentes secciones de este documento (ver secciones anteriores).

**El NPPR reconoce el cambio de evaluación del Monitor de no cumplimiento a cumplimiento parcial.**

**B. Página 228**
1. **Párrafo 219:** Ejemplo de estas aplicaciones son las siguientes que están en producción y uso según menciona el monitor en este documento:
   a. Computer Aided Dispatch (CAD).
   b. Globally Totally Electronic (GTE).
   c. Sistema de Evaluación y Desempeño (PROMEDIA).
   d. Registro e Investigación de Querellas Administrativas de la Superintendencia Auxiliar en Responsabilidad Profesional (SARP).
   e. Módulo de la Oficina de Asuntos Legales (OAL).
   f. Módulo de la División de Violencia Doméstica
   g. Módulo de la División de Delitos Sexuales.
   h. Módulo Uso de Fuerza-Radio Control
   i. Módulo Uso de Fuerza Investigaciones
   j. SAEC (Sistema de Análisis y Estadísticas Computarizado)
   k. Crime Information Warehouse (CIW)



l.   Crime Mapping

**C. Página 230**
   1. **Párrafo 221:** El Sistema de manejo de datos e información está contenido en varios desarrollos y uno ellos es el GTE, el cual demostramos que está en producción y uso, aunque se necesita la actualización final de algunos formularios controlados (PPR's).

**El NPPR reconoce el cambio de evaluación del Monitor de no cumplimiento a cumplimiento parcial.**

**D. Página 230-231**
   1. **Párrafo 222:** Se está esperando la modificación del párrafo del Acuerdo solicitado por la Oficina de Reforma al DOJ.

**CMR4-IT-549**

**Detalle Y Carga De Archivos Adjuntos**

Tipo De Documento Adjunto: 126. Otros

Descripción: Audios de . . .

Querellado: (Seleccione)

Choose File   No file chosen

