OFFICE OF THE FPMPR LLC.
B-5 Calle Tabonuco Suite 216 PMB 292
Guaynabo, Puerto Rico 00968

January 10, 2021

Professional services rendered by the members of the Office of the FPMPR LLC. For December 2021:

| NAME | AMOUNT | MONTH |
|---|---|---|
| John Romero | $19,950.39 | December 2021 |
| Spece | $3,121.30 | December 2021 |
| The & Group LLC (Javier González) | $7,198.98 | December 2021 |
| Altai Atlantic Consulting LLC (Dr. David Levy) | $6,560.00 | December 2021 |
| Denise Rodriguez | $18,125.87 | December 2021 |
| Viota & Associates CPA LLC | $1,312.50 | December 2021 |
| Donald S. Gosselin | $11,450.10 | December 2021 |
| Al Youngs | $12,215.30 | December 2021 |
| Rafael E. Ruiz | $10,761.75 | December 2021 |
| Scott Cragg | $12,185.41 | December 2021 |
| Correa Acevedo & Abesada Law offices, PSC (Lcdo. Roberto Abesada) | $13,524.00 | December 2021 |
| Rita J. Watkins | $9,157.52 | December 2021 |
| Merangelie Serrano | $5,200.00 | December 2021 |
| Luis Hidalgo | $11,500.00 | December 2021 |
| Korber Group | $1,648.94 | December 2021 |
| Samantha Rhinerson | $1,525.00 | December 2021 |
| Claudia Cámara | $1,280.00 | December 2021 |
| Manuel Arroyo | $1,280.00 | December 2021 |
| Hipolito Castro Jr | $6,964.28 | December 2021 |
| Frances López | $500.00 | |
| **TOTAL:** | **$155,461.34** | December 2021 |
| | | |