John L Romero
2301 Pacific Ave
Costa Mesa, CA 92627

December 1 through December 31, 2021

INVOICE # 091
FEDERAL MONITOR
DECEMBER 2021 INVOICE

**TOTAL DUE $ 19,950.39**

## Duties and Responsibilities as Monitor

Generated, reviewed, and responded to emails/texts (month of December) from the Parties, Monitor Team, Court and Special Master.
Conference calls with General Counsel
Reviewed court orders relating to the Consent Decree.
Via zoom conducted meetings with Special Master and USDOJ and PRPB
Monitor administrative duties - reviewing Team invoices, coordinating SME work assignments, and conferring with Monitor's Office Administrative Director.
Reviewed Briefing Reports from PRPB.
Conferred with Deputy Chief Monitor on issues relating to Monitor Office Operations
Conducted Zoom meetings with the Monitor Team.
Reviewed information related to data collection re: surveys.
Prepared for and participated in 253 meeting
Conducted final review of CMR-5 Report

**Site Visit to Puerto Rico December 6-10, 2021**
Meetings with the Honorable Judge Besosa
Meeting with Reform Unit and USDOJ
Participated in IT presentation.
Site visit to San Juan Area Command
Site visit to Ponce Area Command
Meeting with Secretary and Under Secretary of DSP
Meeting with Monitor Team members based in Puerto Rico
Conducted debriefing meeting with Monitor Team, USDOJ and Special Master.

**Flat Rate Total Wages Due**          $17,916.66
**Travel Expenses Due**                $ 2,033.73

TOTAL DUE $19,950.39

I hereby certify that the amount billed in this invoice is true and correct in my capacity as Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*[signature: John Romero]*

Date December 31, 2021

## Office of the TCA - Travel Reimbursement Form

John Romero
December 31, 2021

### Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $676.81 | 1 | $676.81 |
| Baggage | $- | 0 | $- |
| Ground Transportation (Uber/Lyft/Taxi) | | | $- |
| Ground Transportation (Parking) | $- | 0 | $- |
| Ground Transportation (Mileage) | $0.56 | 82 | $45.92 |
| Lodging | $135.70 | 5 | $678.50 |
| Per Diem (Travel Days) | $86.25 | 2 | $172.50 |
| Per Diem (Full Days) | $115.00 | 4 | $460.00 |
| Other: | $- | 0 | $- |
| Total | | | $2033.73 |



# Confirmation Code: ZDODWZ

Manage your booking

Los Angeles ⇄ San Juan

Add to Calendar | Email | Print

**Departing: Dec 4 2021**

LAX 9:30pm
Flight 132 • Fare: Blue
▼
MCO 5:00am

MCO 7:00am
Flight 1233 • Fare: Blue
▼
SJU 10:48am

**Returning: Dec 10 2021**

SJU 2:45pm
FLL 8:16pm
▼
FLL 4:28pm
LAX 11:09pm

$676.81
a676.91

11/13/21, 6:39 PM

JetBlue | Confirmation

JR   65,996 pts

Details ▼

## Traveler Details

| | | | |
|---|---|---|---|
| John Joseph Romero | Adult | Seat 17D  Change | Ticket Number:2792178074087   Bags: 2 |
| John Joseph Romero | Adult | Seat 18D  Change | Ticket Number:2792178074087   Bags: 2 |

**SJU-FLL**

| | | | |
|---|---|---|---|
| John Joseph Romero | Adult | Seat 7D  Change | Ticket Number:2792178074087   Bags: 2 |

**FLL-LAX**

| | | | |
|---|---|---|---|
| John Joseph Romero | Adult | Seat 21D  Change | Ticket Number:2792178074087   Bags: 2 |

A confirmation email has been sent to jrrjr.romero@gmail.com. If you didn't receive it, check your spam/junk folder. You can also view and manage your trip on jetblue.com or the JetBlue app with your confirmation code.



# Thank you, John!

# COURTYARD Marriott

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr John Romero
2301 Pacific Ave
Costa Mesa CA 92627
United States

Room: 0901
Room Type: KSTE
No. of Guests: 1
Rate: $ 115.00  Clerk: 8

Marriott Rewards # 756834271

CRS Number 72528228

Name:

Arrive: 12-05-21      Time: 11:40      Depart: 12-10-21      Folio Number: 680010

| Date | Description | Charges | Credits |
|---|---|---|---|
| 12-05-21 | COMEDOR- Guest Charge (Breakfast) | 4.02 | |
| 12-05-21 | Package | 115.00 | |
| 12-05-21 | Government Tax | 10.35 | |
| 12-05-21 | Hotel Fee | 10.35 | |
| 12-06-21 | COMEDOR- Guest Charge (Breakfast) | 3.34 | |
| 12-06-21 | Package | 115.00 | |
| 12-06-21 | Government Tax | 10.35 | |
| 12-06-21 | Hotel Fee | 10.35 | |
| 12-07-21 | COMEDOR- Guest Charge (Breakfast) | 4.67 | |
| 12-07-21 | Package | 115.00 | |
| 12-07-21 | Government Tax | 10.35 | |
| 12-07-21 | Hotel Fee | 10.35 | |
| 12-08-21 | Package | 115.00 | |
| 12-08-21 | Government Tax | 10.35 | |
| 12-08-21 | Hotel Fee | 10.35 | |
| 12-09-21 | COMEDOR- Guest Charge (Breakfast) | 3.02 | |
| 12-09-21 | Package | 115.00 | |
| 12-09-21 | Government Tax | 10.35 | |
| 12-09-21 | Hotel Fee | 10.35 | |
| 12-10-21 | COMEDOR- Guest Charge (Breakfast) | 4.02 | |
| 12-10-21 | Visa Card | | 697.57 |
| | Card # XXXXXXXXXXX1287 | | |