**Spece**
1225 Juan Ponce de Leon
San Juan, PR  00907
787-417-7300
info@spece.com
www.spece.com

Invoice  INV - 13306



| BILL TO | | | |
|---|---|---|---|
| Office of the FPMPR LLC | DATE<br>01/01/2022 | PLEASE PAY<br>$666.90 | DUE DATE<br>01/01/2022 |

| MEMBERSHIP | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Event Rental:Conference Room**<br>Medium Conference Room, $67.50, 3 x $22.50 / hour (10% discount) - Dec 6, 2021 | 3 | 22.50 | 67.50T |
| **Event Rental:Conference Room**<br>Medium Conference Room, $157.50, 1 x $157.50 / day (10% discount) - Dec 7, 2021 | 1 | 157.50 | 157.50T |
| **Event Rental:Conference Room**<br>Medium Conference Room, $157.50, 1 x $157.50 / day (10% discount) - Dec 8, 2021 | 1 | 157.50 | 157.50T |
| **Event Rental:Conference Room**<br>Medium Conference Room, $157.50, 1 x $157.50 / day (10% discount) - Dec 9, 2021 | 1 | 157.50 | 157.50T |
| **Event Rental:Conference Room**<br>XLarge Conference Room, $33.75, 1 x $33.75 / hour (10% discount) - Dec 9, 2021 | 1 | 33.75 | 33.75T |
| **Event Rental:Conference Room**<br>XLarge Conference Room, $67.50, 2 x $33.75 / hour (10% discount) - Dec 6, 2021 | 2 | 33.75 | 67.50T |

SUBTOTAL 641.25
TAX (4%) 25.65
TOTAL 666.90

TOTAL DUE $666.90

THANK YOU.

ELEVATE YOUR BUSINESS