# THE & GROUP LLC.

Las Ramblas
71 Calle Montjuic
Guaynabo , PR 00969

## INVOICE

INVOICE NUMBER: 71
INVOICE DATE: DECEMBER 31, 2021

Federal Police Monitor

San Juan, PR

Invoice for Javier B Gonzalez Professional Services as Administrative Director

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| DEC-01-21 | Administrative Director | Work with Team November Invoices, Communications with he Monitor, Review of communications. | 3.50 | $100.00 | $350.00 |
| DEC-02-21 | Administrative Director | Work with Team November Invoices, Team Meeting, Communications with the Monitor. | 4.00 | $100.00 | $400.00 |
| DEC-03-21 | Administrative Director | Communications with he Monitor, Coordination of Team Visit, Communications with Team Members related to the Invoices. | 3.00 | $100.00 | $300.00 |
| DEC-06-21 | Administrative Director | Team Visit Meetings. | 7.00 | $100.00 | $700.00 |
| DEC-07-21 | Administrative Director | Meetings at PRPB, Coordination of Team visit meetings. | 5.00 | $100.00 | $500.00 |
| DEC-08-21 | Administrative Director | Team Visit Meetings, Community awards at PRPB. Coordination of Team visit meetings. | 6.50 | $100.00 | $650.00 |
| DEC-09-21 | Administrative Director | Team visit meetings at office. Coordination of Team meetings. | 8.00 | $100.00 | $800.00 |
| DEC-10-21 | Administrative Director | Communications with ther Monitor, Review of documents and communications, Vehicles Follow Up (New Documents). | 2.50 | $100.00 | $250.00 |
| DEC-13-21 | Administrative Director | Review of Community survey comments, Final review of Invoices, Review of documents and communications. Other administrative matters. | 3.50 | $100.00 | $350.00 |
| DEC-14-21 | Administrative Director | Went to CESCO Carolina for vehicles Titles, Work with Team IDs, Communications with the Monitor and Team Members. Bi weekly call. | 5.00 | $100.00 | $500.00 |
| DEC-15-21 | Administrative Director | Communications with the Monitor, Review of documents and communications, Community Survey follow up. | 3.00 | $100.00 | $300.00 |
| DEC-16-21 | Administrative Director | Meeting with the Monitor and Team Members, Coordination of vehicles transfer. Work with administrative tasks. | 2.50 | $100.00 | $250.00 |
| DEC-16-21 | Administrative Director | FPM Monthly Acrobat Pro Expense | | | $33.98 |
| DEC-17-21 | Administrative Director | Review of documents and communications, Survey questionnaire follow up. | 1.50 | $100.00 | $150.00 |

INVOICE NUMBER: 71

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| DEC-20-21 | Administrative Director | Vehicles Follow up, Review of documents and communications sent by PRPB and Team Members. | 2.00 | $100.00 | $200.00 |
| DEC-21-21 | Administrative Director | Review of Documents and communications. (calls to the office) | 1.50 | $100.00 | $150.00 |
| DEC-22-21 | Administrative Director | November Invoices payment Follow up, Review of communications, | 1.00 | $100.00 | $100.00 |
| DEC-23-21 | Administrative Director | Staff Meeting, Vehicles follow up. Communications with the Monitor. | 1.50 | $100.00 | $150.00 |
| DEC-28-21 | Administrative Director | Vehicles Follow Up, Review of Communications and Documents, Newsletters. | 1.50 | $100.00 | $150.00 |
| DEC-29-21 | Administrative Director | communications with the Monitor and Deputy Monitor, Follow up on Vehicles and office documents with administrative assistants. | 2.00 | $100.00 | $200.00 |
| DEC-30-21 | Administrative Director | 253 meeting, Staff meeting, TCA Newsletters. IDs Follow Up. | 3.00 | $100.00 | $300.00 |
| DEC-31-21 | Administrative Director | Work with Team December Invoices. | 2.50 | $100.00 | $250.00 |
| DEC-31-21 | Administrative Director | I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0.00 | $100.00 | $0.00 |
| DEC-31-21 | Administrative Director | Manuel Arroyo Gasoline Reimbursement. | | | $165.00 |
| | | Total amount of this invoice | | | $7,198.98 |

| MESSAGE |
| --- |
| Javier B Gonzalez, December 31, 2021 |