

# Invoice

**Altai Atlantic Consulting LLC**
828 Snowden Hallowell Way, Alexandria VA 22314

**Date:** 01/02/22
**Invoice #:** 01-024

**To:** Office of the Federal Police Monitor of Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
Tel. 787-417-9098

| Fee Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|
| **Total Fees Payable For Services Rendered by Dr. David Levy** | 41.0 | 160 | **$6,560.00** |

### Work Performed in the Continental United States

| Date | Activity Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 12/1/21 | Guidance on sampling methods for Deputy Chief Monitor | 1.0 | 160 | $160.00 |
| 12/1/21 | Call with Monitor Serano and follow-up actions re: data requests | 1.5 | 160 | $240.00 |
| 12/2/21 | Completed 2nd data request for CMR-6 | 5.5 | 160 | $880.00 |
| 12/9/21 | IT data requeat for CMR-6 | 1.5 | 160 | $240.00 |
| 12/10/21 | Communication with Deputy Chief Monitor | 0.5 | 160 | $80.00 |
| 12/12/21 | Supplemental data request for CMR-6 | 3.0 | 160 | $480.00 |
| 12/13/21 | Supplemental data request for CMR-6 | 1.5 | 160 | $240.00 |
| 12/13/21 | Communication with Monitors Youngs and Rodriguez re: CMR-5 data | 1.5 | 160 | $240.00 |
| 12/14/21 | Communication with Deputy Chief Monitor re: CMR-6 data request | 0.5 | 160 | $80.00 |
| 12/16/21 | Supplemental data request for CMR-6 - sample from revised FTO list | 1.5 | 160 | $240.00 |
| 12/17/21 | Communication with Deputy Chief Monitor re: sampling method | 0.5 | 160 | $80.00 |
| 12/18/21 | Brief on proposed rolling sampling method | 5.5 | 160 | $880.00 |
| 12/19/21 | Brief on proposed rolling sampling method | 2.0 | 160 | $320.00 |
| 12/24/21 | Addressing outstanding team comminications from past week | 1.0 | 160 | $160.00 |
| 12/27/21 | End-of-year Communication with Deputy Chief Monitor | 1.0 | 160 | $160.00 |
| 12/27/21 | Work on master data source request | 2.5 | 160 | $400.00 |
| 12/28/21 | Work and communication on global personnel survey | 2.0 | 160 | $320.00 |
| 12/29/21 | Work and communication on global personnel survey | 4.0 | 160 | $640.00 |
| 12/30/21 | Work and communication on global personnel survey | 0.5 | 160 | $80.00 |
| 12/31/21 | Work on master data source request | 4.0 | 160 | $640.00 |
| Total | | 41.0 | | $6,560.00 |

**Total Fee Payable**   $6,560.00

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

*[signature]*

**Dr. David Levy**

01/02/22
**Date**