# INVOICE

| | | |
|---|---|---|
| **DATE** | **INVOICE NO** | **Denise Rodriguez** |
| 12/31/2021 | #015 | 3003 San Sebastian St. |
| | | Mission, TX 78572 |
| | | drodriguez_PRI@outlook.com |

**INVOICE TO**
Puerto Rico Chief Federal Monitor

**INVOICE PERIOD**
December 1- 31, 2021

## DUTIES AND RESPONSIBILITIES                                         TOTAL DUE $18,125.87

- Conducted calls with each subject matter expert
- Coordinated and conducted weekly Monitoring Executive Team meetings
- Coordinated and conducted biweekly group calls with the Monitoring Team
- Coordinated and conducted biweekly calls with the Parties
- Reviewed and approved the review of several policies submitted to the Monitor's Office by PRPB as per Paragraph 229 of the Agreement
- Reviewed and approved memos documenting the Monitor's Office Review of the policies submitted by PRPB Reviewed and approved the third quarterly Monitoring Team newsletter
- Maintained the Federal Monitoring Team's Facebook and Twitter accounts and newsletter distribution service
- Conducted site visit on December 5-10th. This included field visit to Ponce, status presentation to Judge Besosa, live system demonstrations, meeting with the DPS Secretary and Deputy Secretary, meeting with the Reform Unit, and meeting with the parties to discuss comments to CMR-5
- Worked with the Monitoring Team review comments from the parties and revise and finalize the CMR-5 Report
- Worked with the Data Analyst on the data requests for CMR-6 and Master template data requests
- Worked with the Administrative Director and the Administrative Assistant to draft the schedule(s) for the January site visit
- Participated in various virtual meetings to discuss the Community/Officer Survey with the Administrative Director, Vendor, and the parties
- Reviewed and provided input on the agenda items for the December 253 meeting
- Participated in December 253 Meeting
- Participated on calls with the Special Master to discuss preparation for the January Status Conference
- Participated on call with USDOJ and the Special Master to discuss Commonwealth Budget submission.
- Worked with the Data Analyst, Research Analyst, and subject matter experts to develop PRPB survey for paragraphs 145-146 and 197.

| | |
|---|---|
| Flat Rate Total Wages* | $15,833.33 |
| Travel Expenses (see page 2) | $ 2,292.54 |
| **Total Due** | **$ 18,125.87** |

*The total amount is a flat rate. The total monthly is $15,833.33 for an annualized amount of $190,000.00

*[signature: Denise Rdz]*

**Denise Rodriguez, Chief Deputy Monitor**                                     December 31, 2021
                                                                                Date

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.*

# Office of the Technical Compliance Advisor Travel Reimbursement Form





**Traveler Name:** Denise Rodriguez
**Travel Dates:** December 5-10, 2021
**Purpose of Travel:** Site visit

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 945.54 | 1 | $ 945.54 |
| Baggage | $ - | 0 | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | $ - | 0 | $ - |
| Ground Transportation (Parking) | $ - | 0 | $ - |
| Ground Transportation (Mileage) | $ 0.56 | 0 | $ - |
| Lodging | $ 135.70 | 5 | $ 678.50 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 4 | $ 460.00 |
| Parking @ airport (days) | $ 6.00 | 6 | $ 36.00 |
| **Total** | | | **$ 2,292.54** |

*Receipts for Hotel and parking include personal expenses which are <u>not</u> included in the above calculation

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098



**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR 00907
T 787.721.7400
F 787.723.0068

Ms Denise Rodriguez
3003 San Sebastian St
Mission TX 78572
United States

Marriott Rewards #   286891726

Name:

Room: 0706
Room Type: EKNG
No. of Guests: 1
Rate:  $  115.00  Clerk: 8
CRS Number  76182712

Arrive:  12-02-21       Time: 21:33        Depart: 12-10-21        Folio Number: 680613

| Date | Description | Charges | Credits |
|---|---|---|---|
| 12-02-21 | Package | 115.00 | |
| 12-02-21 | Government Tax | 10.35 | |
| 12-02-21 | Hotel Fee | 10.35 | |
| 12-03-21 | COMEDOR- Guest Charge (Breakfast) | 1.00 | |
| 12-03-21 | COMEDOR- Guest Charge (Lunch) | 35.03 | |
| 12-03-21 | Package | 115.00 | |
| 12-03-21 | Government Tax | 10.35 | |
| 12-03-21 | Hotel Fee | 10.35 | |
| 12-04-21 | Package | 115.00 | |
| 12-04-21 | Government Tax | 10.35 | |
| 12-04-21 | Hotel Fee | 10.35 | |
| 12-05-21 | Package | 115.00 | |
| 12-05-21 | Government Tax | 10.35 | |
| 12-05-21 | Hotel Fee | 10.35 | |
| 12-06-21 | Comedor - Guest Charge | 4.48 | |
| 12-06-21 | Package | 115.00 | |
| 12-06-21 | Government Tax | 10.35 | |
| 12-06-21 | Hotel Fee | 10.35 | |
| 12-07-21 | Comedor - Guest Charge | 4.48 | |
| 12-07-21 | Package | 115.00 | |
| 12-07-21 | Government Tax | 10.35 | |
| 12-07-21 | Hotel Fee | 10.35 | |
| 12-08-21 | COMEDOR- Guest Charge (Breakfast) | 1.00 | |
| 12-08-21 | Package | 115.00 | |
| 12-08-21 | Government Tax | 10.35 | |
| 12-08-21 | Hotel Fee | 10.35 | |

**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Ms Denise Rodriguez
3003 San Sebastian St
Mission TX 78572
United States

Marriott Rewards #   286891726

Name:

Room: 0706
Room Type: EKNG
No. of Guests: 1
Rate:  $   115.00   Clerk: 8
CRS Number  76182712

Arrive:  12-02-21          Time:  21:33          Depart:  12-10-21          Folio Number:  680613

| Date | Description | Charges | Credits |
|---|---|---|---|
| 12-09-21 | Comedor - Guest Charge | 4.48 | |
| 12-09-21 | Package | 115.00 | |
| 12-09-21 | Government Tax | 10.35 | |
| 12-09-21 | Hotel Fee | 10.35 | |
| 12-10-21 | American Express | | 1,136.07 |
| | Card # XXXXXXXXXXX1008 | | |

Balance                           0.00 USD

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today. Start earning points and elite status, plus enjoy exclusive member offers. Enroll today at the front desk.

DRodriguez_PRI@outlook.com

| | |
|---|---|
| **From:** | United Airlines, Inc.  <Receipts@united.com> |
| **Sent:** | Wednesday, November 10, 2021 11:27 AM |
| **To:** | DRODRIGUEZ_PRI@OUTLOOK.COM |
| **Subject:** | eTicket Itinerary and Receipt for Confirmation FH0M73 |



Wed, Nov 10, 2021

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our Important notices page for the latest updates

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# FH0M73

| Flight 1 of 4 UA4806 | Class: United Economy (E) |
|---|---|
| Sun, Dec 05, 2021 | Sun, Dec 05, 2021 |
| **05:20 AM** | **06:43 AM** |
| McAllen, TX, US (MFE) | Houston, TX, US (IAH) |

Flight Operated by Skywest Airlines dba United Express.

| Flight 2 of 4 UA1192 | Class: United Economy (Q) |
|---|---|
| Sun, Dec 05, 2021 | Sun, Dec 05, 2021 |
| **09:54 AM** | **04:15 PM** |
| Houston, TX, US (IAH) | San Juan, PR, US (SJU) |

| Flight 3 of 4 UA1495 | Class: United Economy (L) |
|---|---|
| Fri, Dec 10, 2021 | Fri, Dec 10, 2021 |

| | |
|---|---|
| **10:20 AM** | **01:21 PM** |
| San Juan, PR, US (SJU) | Houston, TX, US (IAH) |

**Flight 4 of 4 UA596**  **Class: United Economy (L)**

| | |
|---|---|
| Fri, Dec 10, 2021 | Fri, Dec 10, 2021 |
| **02:50 PM** | **04:11 PM** |
| Houston, TX, US (IAH) | McAllen, TX, US (MFE) |

## Traveler Details

RODRIGUEZ/DENISE

eTicket number: **0162378144496**               Seats: **MFE-IAH 06B**
Frequent Flyer: **UA-XXXXX985 Premier Silver**                **IAH-SJU 14A**
                                                              **SJU-IAH 23L**
                                                              **IAH-MFE 22A**

## Purchase Summary

Method of payment:       **American Express ending in 1008**
Date of purchase:        **Wed, Nov 10, 2021**

| | |
|---|---|
| Airfare: | 878.14 USD |
| U.S. Transportation Tax: | 38.20 USD |
| September 11th Security Fee: | 11.20 USD |
| U.S. Passenger Facility Charge: | 18.00 USD |
| Total Per Passenger: | 945.54 USD |
| **Total:** | **945.54 USD** |

## Carbon Footprint

Your estimated carbon footprint for this trip is **0.69628 tonnes of CO2.**

You can reduce your environmental impact by participating in our CarbonChoice program which supports projects that reduce greenhouse gases. Learn more.

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.
NONREF/0VALUAFTDPT
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

2