# VIOTA & ASSOCIATES CPA LLC

B5 CALLE TABONUCO, SUITE 216
PMB 292
GUAYNABO, PR 00968-3029

## Invoice

INVOICE NUMBER: 20200662
DATE: DECEMBER 29, 2021

PUERTO RICO POLICE REFORM

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| DEC-08-21 | CONSULTING FEES | -Post October payments in SAGE & PR Pay | 3.00 | $125.00 | $375.00 |
| DEC-08-21 | CONSULTING FEES | -Verify November Invoices & calculate vendor withholdings.<br>-Deposit at FirstBank - October Services | 1.50 | $125.00 | $187.50 |
| DEC-09-21 | CONSULTING FEES | -ACH Vendor Payments 1 of 2 (October Services)<br>-Professional Services withholding deposit | 0.50 | $125.00 | $62.50 |
| DEC-09-21 | CONSULTING FEES | -Bank Reconciliation - Nov 2021 | 0.50 | $125.00 | $62.50 |
| DEC-10-21 | CONSULTING FEES | -ACH Vendor Payments 2 of 2 (October Services) | 0.50 | $125.00 | $62.50 |
| DEC-10-21 | CONSULTING FEES | -Post November payments in SAGE & PR Pay | 3.00 | $125.00 | $375.00 |
| DEC-22-21 | CONSULTING FEES | Deposit at First Bank (November services) | 0.50 | $125.00 | $62.50 |
| DEC-23-21 | CONSULTING FEES | -ACH Vendor Payments 1 of 2 (November Services)<br>-Professional Services withholding deposit | 0.50 | $125.00 | $62.50 |
| DEC-24-21 | CONSULTING FEES | -ACH Vendor Payments 2 of 2 (November Services) | 0.50 | $125.00 | $62.50 |
| | | Total hours for this invoice | 10.50 | | |
| | | Total before tax | | | $1,312.50 |
| | | PR SALES TAX (IVU) | | | $0.00 |
| | | Total amount of this invoice | | | $1,312.50 |

MESSAGE

6% Withholding on Profesional Services (Waiver Certificate Available Upon Request)