**MBG North Corp.** 1931 Cordova Rd. Suite 3039, Ft. Lauderdale, FL 33316
**Invoice # 1154**, December 31, 2021  **Contractor:** Donald S. Gosselin, Esq.
**Dates of Service:** 1 DEC 2021 to 29 DEC 2021.   **TERMS:** NET30

| Task Performed | US Hours | Dates | PR Hours | Billable Amount |
|---|---|---|---|---|
| On-Site Puerto Rico Labor Hours (Interviews, Court, Team Meetings) | | 12/6, 7, 8 | 24 | $3,840.00 |
| Communications & Coordination - emails to/from Monitors, PRPB, USDOJ; Review guidance and documents, SOP's; logistics; scheduling, on-site planning & coordination of demonstrations and interviews | 12 | 12/1, 2, 9, 10, 12,13,14,15,16, 22, 27, 28,29 | | $1,920.00 |
| Teleconference Meetings; Monitors Office and Monitor Team Members | 7 | 12/23, 27, 28, 29 | | $1,120.00 |
| Rewrite based upon feedback from Parties, Analysis of Data, Review of Methodologies, Drafting Proposed Survey Instruments | 17 | 12/1, 12, 15, 22, 23, 27, 28, 29 | | $2,720.00 |
| FEE WAIVER (PUERTO RICO) | | | 0 | |
| | US Hours | | PR Hours | |
| Net Hours @ $160/hr. | 36.00 | | 24.00 | $9,600.00 |
| Total Expenses (Air, Hotel, MIE; Meals, Parking, POV miles) | | | | $1,850.10 |
| **Allowable Fee** | | | | **$11,450.10** |

| Travel Breakout | Traveler: Donald S. Gosselin 10/17 -10/22 | | | |
|---|---|---|---|---|
| Expense | Unit Cost | Units | Column1 | Total |
| Airfare | $ 669.40 | 1 | | $ 669.40 |
| Baggage | $ - | 0 | | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | $ - | 0 | | $ - |
| Ground Transportation (Parking) | $ 14.00 | 5 | | $ 70.00 |
| Ground Transportation (Mileage) | $ 0.56 | 90 | | $ 50.40 |
| Lodging | $ 115.00 | 4 | | $ 460.00 |
| Per Diem (Travel Days) | $ 86.25 | 2 | | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 3 | | $ 345.00 |
| Other: HOTEL TAX ($10.35+$10.35/day) | $ 20.70 | 4 | | $ 82.80 |
| Total | | | | $ 1,850.10 |

The undersigned, Donald S. Gosselin, Esq. certifies that the amount billed in this invoice is true and correct and corresponds to my duties as a Federal Monitor and related travel expenses. I further certify that I have not received any income, compensation or payment for services from the Commonwealth of Puerto Rico or any of its departments or municipalities

**Donald S. Gosselin, Esq.**
Principal, MBG North Corp

 

Home   Donald    English ▾   Search AA.com®

PLAN TRAVEL | TRAVEL INFORMATION | AADVANTAGE

# Review and pay

« New search

Please follow the instructions from your card issuer in the box below, or close this dialog to use a different form of payment.

**DEPART**

## Portland, ME to San Juan, Puerto Rico
Sunday, December 5, 2021

| Flight | Depart | Arrive | Travel time | Class | Seats |
|---|---|---|---|---|---|
| 752 American Airlines | 5:38 AM PWM | 8:31 AM CLT | 2h 53m | Economy | 17F |

Stop: Charlotte (CLT)

| | | | | | |
|---|---|---|---|---|---|
| 783 American Airlines | 11:06 AM CLT | 3:43 PM SJU | 3h 37m | Economy | 27A |

**RETURN**

## San Juan, Puerto Rico to Portland, ME
Thursday, December 9, 2021

| Flight | Depart | Arrive | Travel time | Class | Seats |
|---|---|---|---|---|---|
| 1852 American Airlines | 2:27 PM SJU | 5:30 PM CLT | 4h 3m | Economy | 13F |

Stop: Charlotte (CLT)

 2330 American Airlines   8:42 PM CLT   10:50 PM PWM   2h 8m   Economy   18A

## AAdvantage earnings for this trip

| Donald Gosselin AAdvantage member | Elite Qualifying Miles (EQMs) | Segments (EQSs) | Dollars (EQDs) | Award miles Total |
|---|---|---|---|---|
| | 4,572 | 4 | 607 | 3,035 |

Show AAdvantage earnings

Terms and conditions

## Cost summary

Your trip total



$669.40

Includes all taxes and carrier-imposed fees

or as low as $61/mo with affirm.
Learn more

| Passenger | |
|---|---|
| Trip PWM / SJU | $605.00 |
| Taxes | $64.40 |
| Carrier-imposed fees | $0.00 |
| Total (all passengers) | $669.40 |

Bag and optional fees

Reservation and tickets FAQs

Price and Tax Information

Conditions of Carriage

**COURTYARD Marriott**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Dr Donald Gosselin
12 Naomi St
Sebago ME 04029
United States

Marriott Rewards #   839932555

Name:

Arrive:   12-05-21          Time:   16:14              Depart:   12-09-21           Folio Number:  679932

Room: 0906
Room Type: EKNG
No. of Guests: 1
Rate:  $   115.00   Clerk: 10
CRS Number   71728468

| Date | Description | Charges | Credits |
|---|---|---|---|
| 12-05-21 | Package | 115.00 | |
| 12-05-21 | Government Tax | 10.35 | |
| 12-05-21 | Hotel Fee | 10.35 | |
| 12-06-21 | Package | 115.00 | |
| 12-06-21 | Government Tax | 10.35 | |
| 12-06-21 | Hotel Fee | 10.35 | |
| 12-06-21 | COMEDOR- Guest Charge (Breakfast) | 9.42 | |
| 12-07-21 | Package | 115.00 | |
| 12-07-21 | Government Tax | 10.35 | |
| 12-07-21 | Hotel Fee | 10.35 | |
| 12-07-21 | COMEDOR- Guest Charge (Breakfast) | 7.49 | |
| 12-08-21 | COMEDOR- Guest Charge (Breakfast) | 2.50 | |
| 12-08-21 | Package | 115.00 | |
| 12-08-21 | Government Tax | 10.35 | |
| 12-08-21 | Hotel Fee | 10.35 | |
| 12-09-21 | Master Card / Euro Card | | 587.89 |
| | Card # XXXXXXXXXXXX1398 | | |
| 12-09-21 | Master Card / Euro Card | | -25.68 |
| | Card # XXXXXXXXXXXX1398 | | |

## Receipt

```
L/R #29                        A Payment No.00015796
T/D #22                           Ticket No.087618
Entry Time               12/05/2021 (Sun)  4:39
Exit Time                12/09/2021 (Thu) 23:02
Parking Time                       4Days  18:23
Parking Fee              Rate D        $70.00

MASTERCARD
  Account #              ******************1398
  Slip #                                  23987
  Auth Code                          000083938P
  Credit Card Amount                     $70.00
================================================
Total
                                         $70.00
           Thank You for Your Visit
             Please Come Again !
================================================
```