**Al Youngs**
**5552 West Lakeridge Road**
**Lakewood, CO 80227**

December 1– December 31, 2021
Invoice No. 30
Member of Federal Monitor Team

| Date | Brief Description | Total Hours |
|---|---|---|
| | Reviewed and responded to emails and conference calls for the month of December. | |
| 12/02 12/03 12/13 12/14 12/28 12/29 | From Members of the Monitor Team. | 5.0 Hours |
| 12/13 12/15 12/17 12/28 12/29 | Several meetings and phone calls with Monitor and Deputy Monitor. | 3.0 Hours |
| 12/12 12/13 | Reviewed CMR-5 draft sent by Samantha. | 3.0 Hours |
| | During site visit to Puerto Rico: | |
| 12/02 | Submit talking points to Samantha and Denise reference presentation on Recruitment to Judge Besosa. | |
| 12/03 | Preparation for Supervision and Management interviews at Monitor's Office. | |
| 12/04 | Preparation for Recruitment as part of interviews at Monitor's Office. | |
| 12/06 | Review CMR-6 data request. Live system demonstration on domestic violence and discussions at PRPB HQ. | |
| 12/07 | Attend meeting with Judge Besosa. | |
| 12/08 12/09 | Supervisor and Management Focus Group: Interviews of random sample of commanders, supervisors and officers to determine whether these is close and effective supervision. Interviewees will also be asked questions about | |

| | | |
|---|---|---|
| | their use of EIS and other supervisory tools, supervisory ratios, performance evaluations, and training received (Paragraphs 145 and 146). | |
| 12/10 | Reviewed and verified sample list of recruits in class 233, which were received from Recruitment Division and Interim Director. | 33.0 Hours |
| 12/11 | Additional review of personnel evaluations completed by Supervisors of their subordinates and the Pro-Media System. | 3.0 Hours |
| 12/13 | Submit updated draft of CMR-5 to Denise and Sam after reviewing comments of PRPB and DOJ. | 3.0 Hours |
| 12/21 | Reviewed EIS, transfers, inspection and personnel integrity paragraphs, and staffing documents language with David Levy reference these topics. | 3.0 Hours |
| 12/23 | Review CMR-5 sent to Federal Court. | 2.5 Hours |
| 12/28 | Reviewed Inspection Division Manual and reviewed completed inspections, and Paragraph 158 for future meeting with SARP after the beginning of 2022. | 2.5 Hours |
| 12/29 | Completed and forwarded additional information to Samantha regarding Supervisor surveys for January. Contacted David Levy reference close and effective supervision questions (Paragraphs 145 and 146). | 2.0 Hours |

**TOTAL HOURS:   60**

Billable Hours:    60 Hours at a Rate of $165.00 Per Hour = $9,900.00

**Total:**            $9,900.00

**TOTAL WAGES AND EXPENSE REIMBURSEMENT**                    $12,215.30


I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_Alan C. Young_
Signature

12/31/2021
Date



# Office of the Technical Compliance Advisor Travel Reimbursement Form

Enter all required information below to obtain travel reimbursement. If spending did not occur in a category, please enter zeros. Zeros will likely need to be entered for one or more of the ground transportation options. The "Total" column of the table will update based on the information entered into the "Unit Cost" and "Units" columns. To update the "Total" column, click CTRL+A and then F9. Receipts for airfare, lodging, ground transportation, and PCR testing must be submitted with this form. Submit the Travel Reimbursement Form and accompanying receipts to Javier Gonzalez (Javier.benito@me.com) with the Chief Monitor (jrrjjr.romero@gmail.com) and/or his designee copied along with your monthly invoice.

**Traveler Name:** Alan C. You

**Travel Start Date: 12/4/2021    Travel End Date: 12/10/2021**

**Purpose of Travel:** Puerto Rico

| Travel Reimbursement | | | |
|---|---|---|---|
| | Unit Cost | Units | Total |
| Airfare | $254.40 | 1 | $ 254.40 |
| Airfare | $283.20 | 1 | $ 283.20 |
| Airfare | $371.70 | 1 | $ 371.70 |
| Baggage | $35.00 | 2 | $ 70.00 |
| Ground Transportation (Uber/Lyft/Taxi) | $25.00 | 1 | $ 25.00 |
| Ground Transportation (Parking) | $0.00 | 5 | $ 0.00 |
| Ground Transportation (Mileage) | $0.56 | 0 | $ 0.00 |
| Lodging | $135.70 | 5 | $ 678.50 |
| Per Diem (Travel Days) | $86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $115.00 | 4 | $ 460.00 |
| PCR Testing | $100.00 | 0 | $ 0.00 |
| Total | | | $ 2,315.3 |

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

Page **1** of 1

**From:** unitedairlines@united.com,
**To:** alyoun@aol.com,
**Subject:** Your United reservation for Fort Lauderdale, FL, US (FLL) is processing
**Date:** Sat, Nov 27, 2021 8:24 pm

Add UnitedAirlines@news.united.com to your address book. See instructions.

Saturday, November 27, 2021

# Thank you for choosing United

Once we've finished processing your reservation, you'll receive a second email containing your eTicket itinerary so that you can request additional receipts, export to your calendar, check in, cancel, upgrade, email or print your itinerary. This may take up to 24 hours.

We're processing your reservation and will send you an eTicket Itinerary and Receipt email once completed. This process usually takes less than an hour, but in rare cases it could take longer. If you don't receive an eTicket Itinerary and Receipt email within 24 hours, please call the United Customer Contact Center

Confirmation number:                                      Denver, CO, US (DEN)
                                                  to Fort Lauderdale, FL, US (FLL)

# P3RLVK
                                                       Manage reservation

## Purchase summary

| | |
|---|---|
| 1 Senior (65+) | $143.26 |
| Taxes and fees | $25.14 |
| Additional services | |
| Travel Options bundle(1 Traveler) | |
| DEN to FLL    Economy Plus® seating | $86.00 |
| **Total** | **$254.40** |

Credit card payment: $254.40 (Visa-**5094)

## Trip summary

Sat, Dec 04, 2021

 UA 2188                                                    Nonstop



P3RLVK   20D EXIT   **63**
UA 2188

**YOUNGS/ALANC**
UA-*****152



**Denver to Ft. Lauderdale**

| UA 2188 | GATE | BOARDING BEGINS | SEAT | |
|---|---|---|---|---|
| **DEN-FLL**<br>Saturday, December 4, 2021 | **Not Yet Assigned** | **9:20** AM<br>Boarding ends:  9:45 AM<br>Flight departs:   10:00 AM<br>Flight arrives:    3:49 PM | **20D**<br>Aisle<br>Economy Plus<br>EXIT ROW |  BOARDING GROUP **4** |

**Confirmation:** P3RLVK
Ticket:               01623808933526

A STAR ALLIANCE MEMBER

**Have you downloaded the United app?**
Check your flight status, track your checked baggage, watch movies and TV shows in flight directly on your device, and more.

Bag check must be completed no later than 45 minutes before departure. You must be at the boarding gate at least 15 minutes prior to departure. Failure to be at the boarding gate by the required time could result in the loss of your seat without compensation, regardless of whether you are already checked in or have a confirmed seat. Refer to United's Contract of Carriage at united.com for more information about United's terms and conditions.

**Get 25% back on inflight purchases**

Save your United MileagePlus® Card as the primary form of payment to receive 25% back on inflight purchases made with your card.

Visit United.com/snacktime to learn more.



Not a Cardmember? Visit
UnitedExplorerCard.com/snacktime
to learn more.

UNITED

**Confirmation:**
**P3RLVK**

# Baggage Receipt

Issue Date: December 03, 2021

| Traveler | Baggage Document | Ticket Number |
|---|---|---|
| YOUNGS/ALANC | 01699581409013 | 01623808933526 |

**FLIGHT INFORMATION**

| Day, Date | Flight | Departure City/Time | Arrival City/Time | Aircraft |
|---|---|---|---|---|
| Sat,04DEC21 | UA2188 | DENVER (DEN) 10:00 AM | FT. LAUDERDALE (FLL) 3:49 PM | 737-900 |

**FEE INFORMATION**

**Method of Payment**
Visa XXXXXXXXXXXX5094

| Description | Quantity | Fees |
|---|---|---|
| First Bag Fee - 01699581409013 | 1 | $35.00 |

**Cardholder Name**
Alan C Youngs

**TOTAL FEES:** USD $35.00

## Excess Baggage Terms and Conditions

- All excess baggage is subject to space availability.
- Receipt for payment must be presented at bag check.

For the latest flight information, please visit united.com or download the United app.

# My Booking

You're all set to jet!                                                                  ITINERARY OPTIONS

## Confirmation code: WTWGSN

## Travelers

**ALAN C YOUNGS**

| Flight | | |
|---|---|---|
| Ticket number | 2792179022519 | |
| | FLL ➡ SJU | |
| Seat | 11D | |
| Checked Baggage Allowance | 0 bags | |

## Your flights

| Fort Lauderdale, FL (FLL) | San Juan, PR (SJU) | Flight 1453 | Fare: Blue |
|---|---|---|---|
| Sun Dec 5 2021, **4:31 PM** | Sun Dec 5 2021, **8:02 PM** | JetBlue | Nonstop |
| A320 | | | |

## Fare breakdown

| Passenger Type | Base Fare per person | Taxes & fees per person | Total Fare per person | Number of travelers | Total Fare |
|---|---|---|---|---|---|
| Adult | $220.00 | $29.20 | $249.20 | x 1 | $249.20 USD |

Total fare: $249.20 USD

## Extras

+ Seats

+ Even More Speed

Total extras: $34.00 USD

**Charged to Visa ending in 5094**                    **$283.20** USD



# jetBlue

# Receipt

**Date:**
05 Dec 21

**Traveler(s):**
YOUNGS/ALAN C

**Confirmation:**
WTWGSN

| Description: | Quantity: | Fee: |
|---|---|---|
| First Bag | 1 | $35.00 |

$35.00

****5094
AUTH 07431I

A-List    Hi, Alan   12,264 points   **My Account** | **Log out**   Español



FLIGHT | HOTEL | CAR | VACATIONS    SPECIAL OFFERS    RAPID REWARDS®    

# Thanks for flying with us!

✓ Price    ✓ Payment    ✓ Confirmation

Deals Found!

✓ **Your flight is booked!**

We're sending you a confirmation email to the address below. If the email hasn't arrived in 2 minutes, check your junk or spam folder.
alyoun@aol.com

## Trip summary

🖨 Print



**Flight**

CONFIRMATION #
**2EI2OI**

DEC 10
**SJU ✈ DEN**

FLIGHT TOTAL
**$371.70**



🚗 Add a car

Book now. Pay later!
From $68.39*/day in Denver

*Taxes and fees excl. Terms apply.

[Book now]

🏨 Add a hotel

The perfect stay is moments away

DESTINATION/HOTEL NAME:
Denver

CHECK-IN: 12/10/2021    CHECK-OUT: 12/12/2021

Search ↗



MORE BENEFITS. MORE POINTS.
**Earn up to 100,000 points**

Earn 50,000 points after you spend $2,000 in the first three months. Plus, earn an additional 50,000 points after you spend $12,000 in the first 12 months.

**Learn more ›**  The account information is only an estimate for a specific point in time. Please reference your Rapid Rewards® account for the most up-to-date information. Offer ends 12/7/21.

| | |
|---|---|
| CURRENT POINTS BALANCE | 12,264 |
| ESTIMATED POINTS EARNED ON THIS TRIP | 2,028 |
| POINTS EARNED WITH NEW CREDIT CARD OFFER | 100,000 |
| **ESTIMATED TOTAL POINTS** | **114,292** |

## 12/10 - Denver

✈ Tra...   🏨 Add a hotel

**Wanna offset carbon?**
Now you can every time you fly with us.

**Learn more ›**

DEC 10
## San Juan, PR *to* Denver, CO

Confirmation # **2EI2OI**

| PASSENGERS | EST. POINTS | EXTRAS | FARE |
|---|---|---|---|
| **Alan Youngs**<br>Rapid Rewards® Acct # 207895671   A-List<br>Add Known Traveler # / Redress #  ›<br>Special Assistance  › | + 2,028 PTS | — | Wanna Get Away® |

Deals Found!

**Transparency®: Defined**
Low fares. Nothing to hide.

**Change fees don't fly with us**
Flexibility for your travel plans.

**Pack with care**
Guidelines for carryon luggage.

## Departing     12/10/21 Friday

Wanna Get Away®     $338.00
(Passenger x1)

| DEPARTS | 6:00 AM | SJU<br>San Juan, PR - SJU | FLIGHT<br>1910  + <br>SCHEDULED AIRCRAFT<br>Boeing 737-800<br>Subject to change |
|---|---|---|---|
| ARRIVES | 8:20 AM | MCO<br>Orlando, FL - MCO | TRAVEL TIME<br>3hr 20min |

stop 1: Orlando, FL - MCO

| DEPARTS | 10:30 AM | MCO<br>Orlando, FL - MCO | FLIGHT<br>2357  + <br>SCHEDULED AIRCRAFT<br>Boeing 737-800<br>Subject to change |
|---|---|---|---|
| ARRIVES | 12:35 PM | DEN<br>Denver, CO - DEN | TRAVEL TIME<br>4hr 5min |

SUBTOTAL
**$338.00**

Taxes & fees     $33.70

**Flight total**     **$371.70**

### Icon legend

WiFi available     Live TV available     Change planes

**Helpful Information:**
- Please read the fare rules associated with this purchase.
- When booking with Rapid Rewards® points, your points balance may not immediately update in your account..

Book your hotel with us and earn up to 10,000 points per night.



The perfect stay is moments away

**DESTINATION/HOTEL NAME:**
Denver

Deals Found!

CHECK-IN: 12/10/2021  CHECK-OUT: 12/12/2021

ROOMS 1   ADULTS 1   CHILDREN 0

Search

## Payment summary



| PAYMENT INFORMATION | | | AMOUNT PAID |
|---|---|---|---|
| **Visa 5094**<br>XXXXXXXXXXXX5094<br>Expiration: 6/25 | **CARD HOLDER**<br>Alan Youngs | **BILLING ADDRESS**<br>5552 W Lakeridge Rd<br>Lakewood, CO US 80227 | $**371.70** |

## Total charged



You're all set for your upcoming trip.

Get ready to enjoy two bags for the price of none*,
no fees to change your flight**, and some Southwest® love.
*First and second checked bags. Weight and size limits apply. **Fare difference may apply.

SUBTOTAL       $338.00
TAXES & FEES   $33.70
TOTAL DOLLARS  $**371.70**

Show price breakdown

### Save up to 30% off
Earn up to 2400 Rapid Rewards® points.

  Book now



### Score! You qualify for up to a 30% discount on points.
Buy now and boost your balance. Don't wait – this offer is only valid while on this page.

Buy points

**COURTYARD MARRIOTT**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Alan Youngs
5552 W Lakeridge Rd
Lakewood CO 80227
United States

Room: 0907
Room Type: EKNG
No. of Guests: 1
Rate:  $  115.00  Clerk: 6

Marriott Rewards #   119330892

CRS Number: 71727923

Name:

Arrive:  12-05-21      Time:  21:18      Depart:  12-10-21      Folio Number:  679931

| Date | Description | Charges | Credits |
|---|---|---|---|
| 12-05-21 | Package | 115.00 | |
| 12-05-21 | Government Tax | 10.35 | |
| 12-05-21 | Hotel Fee | 10.35 | |
| 12-06-21 | COMEDOR- Guest Charge (Breakfast) | 3.34 | |
| 12-06-21 | Package | 115.00 | |
| 12-06-21 | Government Tax | 10.35 | |
| 12-06-21 | Hotel Fee | 10.35 | |
| 12-07-21 | COMEDOR- Guest Charge (Breakfast) | 4.40 | |
| 12-07-21 | Package | 115.00 | |
| 12-07-21 | Government Tax | 10.35 | |
| 12-07-21 | Hotel Fee | 10.35 | |
| 12-08-21 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 12-08-21 | Package | 115.00 | |
| 12-08-21 | Government Tax | 10.35 | |
| 12-08-21 | Hotel Fee | 10.35 | |
| 12-09-21 | COMEDOR- Guest Charge (Breakfast) | 3.02 | |
| 12-09-21 | Package | 115.00 | |
| 12-09-21 | Government Tax | 10.35 | |
| 12-09-21 | Hotel Fee | 10.35 | |
| 12-10-21 | Visa Card | | 761.41 |
| | Card #  XXXXXXXXXXXX5094 | | |
| 12-28-21 | Visa Card | | -68.15 |
| | Card #  XXXXXXXXXXXX5094 | | |

COURTYARD® Marriott

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Alan Youngs
5552 W Lakeridge Rd
Lakewood CO 80227
United States

Room: 0907
Room Type: EKNG
No. of Guests: 1
Rate:  $  115.00   Clerk: 6

Marriott Rewards #    119330892

CRS Number: 71727923

Name:

Arrive:  12-05-21            Time:  21:18            Depart:  12-10-21            Folio Number:  679931

| Date | Description | Charges | Credits |
|---|---|---|---|
| | Balance | | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

# San Juan Metro Taxi

METROPOLITAN AREA
24 HOURS 7 DAYS
787-725-2870
787-945-5555
www.metrotaxipr.com

$25.00

**DATE:** 12/10/21

**FROM:** Courtyard Marriott
**TO:** San Juan Airport
**FARE:** _____
**LUGGAGE:** _____
**TOTAL:** 2500

SIGNATURE

"Thanks You For Your Visit To Puerto Rico"