# Rafael Ruiz Consulting

12 Crestshire Dr.
Lawrence, MA 01843

PHONE: 6177599156    stodgo1971@yahoo.com    12 Crestshire Dr.

## INVOICE

INVOICE NUMBER: 2021-12
INVOICE DATE: 12/31/2021

Federal Police Monitor for PR
VIG Tower, PH-924
1225 Ponce De Leon Ave.
San Juan, PR 00907

RAFAEL E. RUIZ CONSULTING

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: FPM work from Home | | | |
| 12/13/2021 | FPM work from Home | Review comments from Parties on CMR-05 | 2.00 | $165.00 | $330.00 |
| 12/14/2021 | FPM work from Home | Review comments/edit CMR-05 draft | 5.50 | $165.00 | $907.50 |
| 12/15/2021 | FPM work from Home | Review comments/edit CMR-05, Prep Adm. Docs for FPM | 4.75 | $165.00 | $783.75 |
| 12/16/2021 | FPM work from Home | Review new version of GO 600-647 and prep report; prep Agenda for Jan 2022 site visit | 4.25 | $165.00 | $701.25 |
| 12/20/2021 | FPM work from Home | Review and prep report on PRPB Protocol for Investigation of Violent Deaths of Women and Trans | 4.25 | $165.00 | $701.25 |
| 12/23/2021 | FPM work from Home | Re-review new draft of PRPB Protocol for Investigation of Violent Deaths of Women and Trans People | 2.25 | $165.00 | $371.25 |
| | | TOTAL: FPM work from Home | | | $3,795.00 |
| | | PROJECT: FPM work from PR (Site Visits) | | | |
| 12/6/2021 | FPM work from PR (Site Visits) | PR Site Visit- Meetings, interviews | 8.00 | $165.00 | $1,320.00 |
| 12/6/2021 | FPM work from PR (Site Visits) | Review GO 600-619, Intervention With Motor Vehicles (Motor Vehicle Traffic Stops) | 0.50 | $165.00 | $82.50 |
| 12/7/2021 | FPM work from PR (Site Visits) | PR Site Visit- Meetings, interviews | 8.00 | $165.00 | $1,320.00 |
| 12/7/2021 | FPM work from PR (Site Visits) | Review GO 600-647 and Guide to Detect Auto Fraud | 1.25 | $165.00 | $206.25 |
| 12/8/2021 | FPM work from PR (Site Visits) | PR Site Visit- Meetings, interviews | 8.00 | $165.00 | $1,320.00 |
| 12/9/2021 | FPM work from PR (Site Visits) | PR Site Visit- Meetings, interviews | 8.00 | $165.00 | $1,320.00 |
| | | TOTAL: FPM work from PR (Site Visits) | | | $5,568.75 |
| | | PROJECT: FPM-PR Expenses | | | |
| 12/31/2021 | FPM-PR Expenses | Emails, calls, texts | 2.00 | $0.00 | $0.00 |

Page 1 of 2

INVOICE NUMBER: 2021-12

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 12/31/2021 | FPM-PR Expenses | Boston Logan Airport parking 5 days | 0.00 | $0.00 | $87.00 |
| | | TOTAL: FPM-PR Expenses | | | $87.00 |
| | | PROJECT: FPM-PRPB Per Diem Full Days Expenses | | | |
| 12/31/2021 | FPM-PRPB Per Diem Full Days Expenses | Per Diem- 4 Full Day | 0.00 | $115.00 | $460.00 |
| | | TOTAL: FPM-PRPB Per Diem Full Days Expenses | | | $460.00 |
| | | PROJECT: Lodging (FPM-PR) | | | |
| 12/31/2021 | Lodging (FPM-PR) | Lodging- Courtyard Marriott (5 days) | 0.00 | $135.70 | $678.50 |
| | | TOTAL: Lodging (FPM-PR) | | | $678.50 |
| | | PROJECT: Per Diem Travel Days | | | |
| 12/31/2021 | Per Diem Travel Days | Per Diem- 2 travel days | 0.00 | $86.25 | $172.50 |
| | | TOTAL: Per Diem Travel Days | | | $172.50 |
| | | Total hours for this invoice | 58.75 | | |

| INVOICE BALANCE INFORMATION | |
|---|---|
| Total amount of this invoice | $10,761.75 |
| Current invoice balance | $10,761.75 |

| AMOUNT DUE ON THIS INVOICE: $10,761.75 |
|---|

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies

Rafael E. Ruiz

December 31, 2021

## Withdrawals and other subtractions - continued

### ATM and debit card subtractions - continued

| Date | Description | Amount |
|---|---|---:|
| 11/22/21 | SUPERIOR CLEAN  11/22 #000072425 PURCHASE SUPERIOR CLEANERS  LAWRENCE      MA | -309.25 |
| 11/23/21 | CHECKCARD  1122 MARKET BASKET 00000125 N ANDOVER    MA 24164071326433001738510 | -192.77 |
| 11/24/21 | WALGREENS STOR  11/24 #000545082 PURCHASE WALGREENS STORE 2  LAWRENCE      MA | -15.93 |
| 11/26/21 | CHECKCARD  1124 SUPER LIQUORS LAWRENCE      MA 24189551328900011800019 | -134.98 |
| 11/26/21 | CHECKCARD  1124 SQ *IPHONESOLUTIONS Lawrence     MA 24692161328100961722515 | -184.80 |
| 11/29/21 | CHECKCARD  1127 HLLFRSH*2923821619 646-846-3663 NY 24692161331100921247756 RECURRING | -80.91 |
| 11/29/21 | CHECKCARD  1127 HLLFRSH*2711481619 646-846-3663 NY 24692161331100920138170 RECURRING | -71.92 |
| 11/29/21 | CHECKCARD  1127 HLLFRSH*2526151619 646-846-3663 NY 24692161331100920119816 RECURRING | -3.99 |
| 12/01/21 | CHECKCARD  1129 PBC- STRATFORD CT2208 STRATFORD    CT 24692161334100441940556 | -2.75 |
| 12/01/21 | CHECKCARD  1130 MARKET BASKET 00000125 N ANDOVER    MA 24164071334433001029514 | -70.64 |
| 12/02/21 | CHECKCARD  1201 AMZN MKTP US*Y20F736R3 AMZN.COM/BILLWA 24431061335083732977791 | -139.09 |
| 12/02/21 | CHECKCARD  1201 AMZN MKTP US*WP8RI2UC3 AMZN.COM/BILLWA 24431061335083348485296 | -342.07 |
| 12/03/21 | CHECKCARD  1202 ROCKY'S ACE HARDWARE NORTH ANDOVERMA 24765011337091007753929 | -10.16 |
| 12/06/21 | CHECKCARD  1203 AMAZON.COM*IL5V20EJ3 AM AMZN.COM/BILLWA 24431061337083314799645 | -695.49 |
| 12/06/21 | CHECKCARD  1203 MARKET BASKET 00000125 N ANDOVER    MA 24164071337433001126929 | -74.32 |
| 12/13/21 | CHECKCARD  1211 HLLFRSH*2676381119 646-846-3663 NY 24692161345100190318373 RECURRING | -80.91 |
| 12/13/21 | CHECKCARD  1211 HLLFRSH*2947663119 646-846-3663 NY 24692161345100186360975 RECURRING | -20.00 |
| 12/13/21 | CHECKCARD  1211 SUPERMAX VIEJO SAN J SAN JUAN       74549041346100199902832 | -94.37 |
| 12/14/21 | CHECKCARD  1211 LA CUBANITA SAN JUAN       74998581347030025662138 | -25.09 |
| 12/14/21 | ==CHECKCARD  1213 LOGAN PARKING MASSPORT BOSTON      MA 24493981347400753000511== | ==-87.00== |
| 12/15/21 | CHECKCARD  1214 MARKET BASKET 00000125 N ANDOVER    MA 24164071348433001564324 | -153.75 |
| 12/15/21 | CVS/PHARMACY #  12/15 #000040420 PURCHASE CVS/PHARMACY #01   ANDOVER       MA | -129.00 |
| 12/16/21 | WALGREENS STOR  12/16 #000744951 PURCHASE WALGREENS STORE 2  LAWRENCE      MA | -8.49 |
| 12/17/21 | CHECKCARD  1216 AMZN MKTP US*1T2AJ2063 AMZN.COM/BILLWA 24431061350083729441173 | -29.59 |

**Total ATM and debit card subtractions**  **-$3,355.25**

*continued on the next page*

**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Rafael Ruiz
12 Crestshire Dr
Lawrence MA 01843
United States

Room: 1007
Room Type: EKNG
No. of Guests: 1
Rate:  $  115.00   Clerk: 8

Marriott Rewards #   232084256

CRS Number  94399132

Name:

Arrive:  12-05-21        Time:  23:59        Depart:  12-10-21        Folio Number:  681869

| Date | Description | Charges | Credits |
|---|---|---|---|
| 12-05-21 | Package | 115.00 | |
| 12-05-21 | Government Tax | 10.35 | |
| 12-05-21 | Hotel Fee | 10.35 | |
| 12-06-21 | COMEDOR- Guest Charge (Breakfast) | 16.77 | |
| 12-06-21 | Package | 115.00 | |
| 12-06-21 | Government Tax | 10.35 | |
| 12-06-21 | Hotel Fee | 10.35 | |
| 12-07-21 | Package | 115.00 | |
| 12-07-21 | Government Tax | 10.35 | |
| 12-07-21 | Hotel Fee | 10.35 | |
| 12-08-21 | COMEDOR- Guest Charge (Breakfast) | 2.00 | |
| 12-08-21 | Package | 115.00 | |
| 12-08-21 | Government Tax | 10.35 | |
| 12-08-21 | Hotel Fee | 10.35 | |
| 12-09-21 | Comedor - Guest Charge | 5.21 | |
| 12-09-21 | The Market - Food | 1.35 | |
| 12-09-21 | SALES TAX- 10.5% State | 0.14 | |
| 12-09-21 | SALES TAX- 1% Municipality | 0.01 | |
| 12-09-21 | The Market - Food | 1.79 | |
| 12-09-21 | SALES TAX- 10.5% State | 0.19 | |
| 12-09-21 | SALES TAX- 1% Municipality | 0.02 | |
| 12-09-21 | The Market - Beverage | 1.79 | |
| 12-09-21 | SALES TAX- 10.5% State | 0.19 | |
| 12-09-21 | SALES TAX- 1% Municipality | 0.02 | |
| 12-09-21 | The Market - Beverage | 2.47 | |
| 12-09-21 | SALES TAX- 10.5% State | 0.26 | |

**COURTYARD®**
**Marriott.**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Rafael Ruiz
12 Crestshire Dr
Lawrence MA 01843
United States

Room: 1007
Room Type: EKNG
No. of Guests: 1
Rate: $ 115.00   Clerk: 8

Marriott Rewards #   232084256

CRS Number  94399132

Name:

Arrive:  12-05-21          Time:  23:59          Depart:  12-10-21          Folio Number:  681869

| Date | Description | Charges | Credits |
|---|---|---|---|
| 12-09-21 | SALES TAX- 1% Municipality | 0.02 | |
| 12-09-21 | Package | 115.00 | |
| 12-09-21 | Government Tax | 10.35 | |
| 12-09-21 | Hotel Fee | 10.35 | |
| 12-10-21 | American Express | | 710.73 |
| | Card #  XXXXXXXXXX3007 | | |
| | **Balance** | | **0.00 USD** |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.



# Office of the Technical Compliance Advisor Travel Reimbursement Form

**Traveler Name: Rafael E. Ruiz**
**December 5-9, 2021**
**Purpose of Travel: Site visits/ interviews of PRPB personnel**

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | | | $ - |
| Baggage | | 0 | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | | 0 | $ - |
| Ground Transportation (Parking) | $ 87.00 | 1 | $ 87.00 |
| Ground Transportation (Mileage) | $ 0.56 | | $ - |
| Lodging | $ 135.70 | 5 | $ 678.50 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 4 | $ 460.00 |
| Other: | $ - | 0 | $ - |
| Total | | | $ 1,398.00 |

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098