**INVOICE 0082 FOR PROFESSIONAL SERVICES; NOV 30 THROUGH DEC 15, 2021**
**RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC, 13932 SOUTH SPRINGS DR, CLIFTON VA 20124**

TO:   **Federal Monitor**
      **Puerto Rico Police Department Consent Decree**

The invoice for professional services rendered by Crystal Reef LLC (Monitoring Core Team) for Dec 2021 is detailed as follows:

| Task Performed | US Hours | Dates | PR Hours | Billable Amount |
|---|---|---|---|---|
| On-Site Puerto Rico Labor Hours |  | 11/30, 12/1,2,3,4, 5,6 | 36.50 | $6,022.50 |
| Communications & Coordination - telcons and emails to/from Monitors, PRPB, USDOJ, Special Master, Detail and propose risk assessments to the FM and DoJ | 4.25 | 12/7,8,9,12,13,14 |  | $701.25 |
| CMR-5; Per Monitor/PRPB - reevaluate monitor compliance assessment of IT Record Management System especially against Paragraph 243 of the Decree, Re-draft narrative paragraphs in IT sections for Para. 218. compare with previously reviewed observations, consider revising compliance targets, reconcile against Court approved methodologies, reconsider paragraph dependencies on IT solutions in order to rethink separation of IT from Decree process section in the other 10 areas. Review and respond to PRPB & DoJ comments concerning latest draft of CMR5 Assessment | 12.75 | 12/7,8,11, 12,13,15 |  | $2,103.75 |
| Data Requests - prepare, review, and correct first and second data request. Adjust for observations during CMR 5 and 6 periods | 2.25 | 12/11,15 |  | $371.25 |
| Technology Demonstrations; planning, logistics, correspondence, potential changes to demonstration protocols and approach to focus on process vice tech | 1.25 | 12/10,14 |  | $206.25 |
| Trip Report - Observations - December; responses to DoJ observations | 2 | 12/11 |  | $330.00 |
| Draft, prepare and proposed revisions to IT assessment pursuant to paragraph 249 | 1 | 12/8 |  | $165.00 |
|  |  |  |  |  |
| Net Hours @ $165/hr. | 23.50 |  | 36.50 | **$9,900.00** |
| Total Expenses (Air, Hotel, MIE; Meals, Parking, POV miles) |  |  |  | **$2,285.41** |
| Allowable Fee |  |  |  | **$12,185.41** |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

INVOICE PRESENTED BY: _[signature]_ : Scott Cragg, Monitoring Core Team

1

## Office of the TCA - Travel Reimbursement Form

**Traveler Name:** Scott Cragg
**Travel Dates:** Nov 30 - Dec 6, 2021
**Purpose of Travel:** On-Site Monitoring

### Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 595.80 | 1 | $ 595.80 |
| Baggage | $ - | 0 | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | $ 94.31 | 1 | $ 94.31 |
| Ground Transportation (Parking) | $ - | 5 | $ - |
| Ground Transportation (Mileage) | $ 0.56 | 60 | $ 33.60 |
| Lodging | $ 135.70 | 6 | $ 814.20 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 5 | $ 575.00 |
| Other: | $ - | 0 | $ - |
| Total | | | $ 2,285.41 |

DEC

# My Booking

## SCHEDULE ADJUSTMENT - 25MAY22

**You're all set to jet!**   [ ITINERARY OPTIONS ]

### Confirmation code: MYDTUK

### Travelers

**Mr. Scott Pomaialoha Cragg**

| Flight | | |
|---|---|---|
| Ticket number | 2792178336821 | |
| Frequent Flyer | JetBlue - TrueBlue - 3363415311 * | |
| | DCA → BOS | BOS → SJU |
| Seat | 3C | 11E |
| Checked Baggage Allowance | 2 bags | 2 bags |

### Your flights

| | | | |
|---|---|---|---|
| **Washington-National, DC (DCA)** | **Boston, MA (BOS)** | **Flight 2654** | **Fare: Blue** |
| Tue Nov 30 2021, **4:30 PM** | Tue Nov 30 2021, **6:05 PM** | JetBlue | Nonstop |
| E190 | | | |
| | | | |
| **Boston, MA (BOS)** | **San Juan, PR (SJU)** | **Flight 261** | **Fare: Blue** |
| Tue Nov 30 2021, **7:30 PM** | Wed Dec 1 2021, **12:30 AM** | JetBlue | Nonstop |
| A321 | | | |

### Fare breakdown

| Passenger Type | Base Fare per person | Taxes & fees per person | Total Fare per person | Number of travelers | Total Fare |
|---|---|---|---|---|---|
| Adult | $343.49 | $49.11 | $392.60 | x 1 | $392.60 USD |

**Total fare:** **$392.60 USD**

ⓘ Passenger details were successfully updated.

# Itinerary confirmation

Download to calendar

## You're all set to jet!

**Confirmation code: ENLTFS**    MANAGE BOOKING >

## Travelers

Mr. Scott Pomaialoha Cragg

| Flight | Ticket number | 2797675464585 |
| --- | --- | --- |
| | Frequent Flyer | JetBlue - TrueBlue - 3363415311 * |
| | | SJU ⇒ DCA |
| | Seat | * |
| | Checked Baggage Allowance | 2 bags |

\* Seat is not yet assigned. To select a seat, visit **Manage Your Booking** or select a seat when you check in for your flight.

## Your flights

| San Juan, PR (SJU) | Washington-National, DC (DCA) | Flight 1348 | Fare: Blue Basic |
| --- | --- | --- | --- |
| Mon Dec 6 2021, **6:55 PM** | Mon Dec 6 2021, **9:45 PM** | JetBlue | Nonstop |
| A320 | | | |

## Fare breakdown

| Passenger Type | Base Fare per person | Taxes & fees per person | Total Fare per person | Number of travelers | Total Fare |
| --- | --- | --- | --- | --- | --- |
| Adult | $174.00 | $29.20 | $203.20 | x 1 | $203.20 USD |

**Total fare:**    **$203.20 USD**

## Extras

**Subject:** [Business] Your Tuesday morning trip with Uber
**Date:** Tuesday, December 7, 2021 at 1:31:14 AM Eastern Standard Time
**From:** Uber Receipts
**To:** spcragg@verizon.net

# Uber

Total **$61.48**
December 7, 2021

## Thanks for tipping, scott

Here's your updated Tuesday morning ride receipt.



# Total                $61.48

◆ You earned 112 points on this trip

| | |
|---|---|
| Trip fare | $45.30 |
| **Subtotal** | **$45.30** |
| Booking Fee | $6.18 |
| DCA Airport Surcharge | $5.00 |

**Subject:** Your Monday afternoon trip with Uber
**Date:** Monday, December 6, 2021 at 4:14:24 PM Eastern Standard Time
**From:** Uber Receipts
**To:** spcragg@verizon.net

# Uber

Total **$19.92**
December 6, 2021

## Thanks for tipping, scott

Here's your updated Monday afternoon ride receipt.



## Total $19.92

◆ You earned 33 points on this trip

---

Trip fare $12.58

---

**Subtotal** $12.58

ESTACION TEODORO MOSCOSO $3.60

Booking Fee $0.74

**Subject:** [Business] Your Wednesday morning trip with Uber
**Date:** Wednesday, December 1, 2021 at 12:56:19 AM Eastern Standard Time
**From:** Uber Receipts
**To:** spcragg@verizon.net

# Uber

Total **$12.91**
December 1, 2021

## Thanks for tipping, scott

Here's your updated Wednesday morning ride receipt.



## Total                                $12.91

◆ You earned 19 points on this trip

| | |
|---|---|
| Trip fare | $11.25 |
| **Subtotal** | **$11.25** |
| Discounts and Adjustments | -$4.99 |
| Booking Fee | $0.65 |
| Airport Fee | $3.00 |

**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Scott Cragg
13932 S Springs Dr
Clifton VA 20124
United States

Room: 0406
Room Type: EKNG
No. of Guests: 1
Rate: $ 115.00   Clerk: 1007

Marriott Rewards #   797225828

CRS Number   82016317

Name:

Arrive:   11-30-21          Time:   23:59          Depart:   12-06-21          Folio Number:   678509

| Date | Description | Charges | Credits |
|---|---|---|---|
| 11-30-21 | Package | 115.00 | |
| 11-30-21 | Government Tax | 10.35 | |
| 11-30-21 | Hotel Fee | 10.35 | |
| 12-01-21 | Comedor - Guest Charge | 4.75 | |
| 12-01-21 | Package | 115.00 | |
| 12-01-21 | Government Tax | 10.35 | |
| 12-01-21 | Hotel Fee | 10.35 | |
| 12-02-21 | Comedor - Guest Charge | 7.89 | |
| 12-02-21 | Package | 115.00 | |
| 12-02-21 | Government Tax | 10.35 | |
| 12-02-21 | Hotel Fee | 10.35 | |
| 12-03-21 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |
| 12-03-21 | Package | 115.00 | |
| 12-03-21 | Government Tax | 10.35 | |
| 12-03-21 | Hotel Fee | 10.35 | |
| 12-04-21 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 12-04-21 | Package | 115.00 | |
| 12-04-21 | Government Tax | 10.35 | |
| 12-04-21 | Hotel Fee | 10.35 | |
| 12-05-21 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 12-05-21 | Package | 115.00 | |
| 12-05-21 | Government Tax | 10.35 | |
| 12-05-21 | Hotel Fee | 10.35 | |
| 12-06-21 | Visa Card | | 865.53 |

Card #  XXXXXXXXXXX6833