**CORREA ACEVEDO & ABESADA LAW OFFICES, PSC**
Centro Internacional de Mercadeo - II
90 Carr. 165 Suite 407
Guaynabo, PRI 00968
USA

January 3, 2022
Invoice # 19096

**United States v. Commonwealth of Puerto Rico**
**Police Reform, Case No. 12-2039 (GAG)**

Professional Services

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/1/2021 | RAA | Review and respond to emails from D. Rodriguez and J. Romero. | 0.30 225.00/hr | 67.50 |
| | RAA | Exchange of emails with L. Saucedo, T. Petrowski, and A. Del Carmen regarding draft response to informative motion. | 0.30 225.00/hr | 67.50 |
| | RAA | Review motion to restrict. | 0.10 225.00/hr | 22.50 |
| | RAA | Review motion submitting translation. | 0.10 225.00/hr | 22.50 |
| | RAA | Review translation. | 0.10 225.00/hr | 22.50 |
| | RAA | Email motions and translation to monitor. | 0.10 225.00/hr | 22.50 |
| | RAA | Review email sent to monitor and attachment regarding amendments to private security guard regulations. Email to J. Romero regarding the same. | 0.40 225.00/hr | 90.00 |
| | RAA | Review order on motion submitting. | 0.10 225.00/hr | 22.50 |
| | RAA | Review order on motion to restrict. | 0.10 225.00/hr | 22.50 |
| | RAA | Review and respond to emails from A. Del Carmen. | 0.20 225.00/hr | 45.00 |

787-273-8300

|            |     |                                                                                                      | Hrs/Rate        | Amount |
|------------|-----|------------------------------------------------------------------------------------------------------|-----------------|--------|
| 12/1/2021  | RAA | Review emails from PRPB.                                                                             | 0.20 225.00/hr  | 45.00  |
| 12/2/2021  | RAA | Review emails from L. Saucedo, J. Romero, D. Rodriguez, J. Gonzalez.                                 | 0.30 225.00/hr  | 67.50  |
|            | RAA | Review changes to PRPB policy made by USDOJ.                                                         | 0.20 225.00/hr  | 45.00  |
|            | RAA | Plan and prepare for videoconference with Monitor and executive team.                                | 0.10 225.00/hr  | 22.50  |
|            | RAA | Attend videoconference.                                                                              | 0.60 225.00/hr  | 135.00 |
|            | RAA | Multiple calls from J. Romero.                                                                       | 0.90 225.00/hr  | 202.50 |
|            | RAA | Review and respond to emails from J. Romero and D. Rodriguez.                                        | 0.30 225.00/hr  | 67.50  |
|            | RAA | Review email from L. Saucedo with draft response to PRPB's informative motion.                       | 0.10 225.00/hr  | 22.50  |
|            | RAA | Review and analyze draft response. Prepare feedback to J. Romero and D. Rodriguez on language to add.| 0.40 225.00/hr  | 90.00  |
|            | RAA | Email to L. Saucedo with changes to draft.                                                           | 0.20 225.00/hr  | 45.00  |
|            | RAA | Review emails exchanged between Special Master and L. Saucedo.                                       | 0.20 225.00/hr  | 45.00  |
|            | RAA | Review and respond to email from L. Saucedo.                                                         | 0.10 225.00/hr  | 22.50  |
| 12/3/2021  | YMT | Translated excel sheet: CMR-6 2nd Data Request 2021.12.03.                                           | 2.80 150.00/hr  | 420.00 |
|            | RAA | Plan and prepare for call with Special Master.                                                       | 0.30 225.00/hr  | 67.50  |
|            | RAA | Appear and attend videoconference with J. Romero and Special Master.                                 | 1.00 225.00/hr  | 225.00 |
|            | RAA | Review and respond emails from L. Saucedo. Final revisions to response to informative motion.        | 0.50 225.00/hr  | 112.50 |
|            | RAA | Calls and emails with J. Romero.                                                                     | 0.60 225.00/hr  | 135.00 |
|            | RAA | Review emails and documents produced by PRPB.                                                        | 0.30 225.00/hr  | 67.50  |

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/3/2021 | RAA | Exchange of emails with D. Rodriguez. | 0.20 / 225.00/hr | 45.00 |
| | RAA | Review proposed order and give feedback to J. Romero. | 0.30 / 225.00/hr | 67.50 |
| | RAA | Revisions to translation. | 0.50 / 225.00/hr | 112.50 |
| 12/6/2021 | YMT | Translated excel sheet: CMR-6 Supplemental Request 2021.12.13 | 2.70 / 150.00/hr | 405.00 |
| | RAA | Review order scheduling hearing. | 0.10 / 225.00/hr | 22.50 |
| | RAA | Plan and prepare for meeting at reform office. | 0.20 / 225.00/hr | 45.00 |
| | RAA | Appear and attend reform office meeting via videoconference. | 0.80 / 225.00/hr | 180.00 |
| | RAA | Revisions to translations of data requests. | 1.30 / 225.00/hr | 292.50 |
| | RAA | Review and respond to electronic communications from D. Rodriguez and J. Romero. | 0.30 / 225.00/hr | 67.50 |
| | RAA | Review emails from L. Saucedo and J. Romero. | 0.20 / 225.00/hr | 45.00 |
| | RAA | Revisions to translation | 0.50 / 225.00/hr | 112.50 |
| 12/7/2021 | RAA | Review emails from L. Saucedo and PRPB's counsel regarding CMR-5. | 0.20 / 225.00/hr | 45.00 |
| | RAA | Plan and prepare for meeting today with the court and FPM team members. | 0.50 / 225.00/hr | 112.50 |
| | RAA | Appear and attend court meeting. | 3.10 / 225.00/hr | 697.50 |
| | RAA | Review email from D. Rodriguez. | 0.10 / 225.00/hr | 22.50 |
| 12/8/2021 | RAA | Review and analyze comments by USDOJ and PRPB on draft CMR-5. Review and analyze comparison table. Review CMR-5 draft. Recommendation to monitor. | 3.40 / 225.00/hr | 765.00 |
| | RAA | Plan and prepare for CMR-5 discussion tomorrow with PRPB. | 1.60 / 225.00/hr | 360.00 |
| | RAA | Review emails from team, PRPB, USDOJ. | 0.04 / 225.00/hr | 9.00 |

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/8/2021 | SL | Assist in revisions of CMR-5 draft. | 1.50 90.00/hr | 135.00 |
| 12/9/2021 | RAA | Further preparation prior to meetings today. | 0.50 225.00/hr | 112.50 |
| | RAA | Appear and attend meetings with PRPB. | 2.50 225.00/hr | 562.50 |
| 12/13/2021 | YMT | Translated excel sheet: IT Questions - PRPB 14th Status Report and IT Questions - 13th PRPB Status Report filed Case 3. | 2.40 150.00/hr | 360.00 |
| | RAA | Review and respond to emails from D. Rodriguez and J. Romero. | 0.20 225.00/hr | 45.00 |
| | RAA | Review emails regarding community survey. | 0.20 225.00/hr | 45.00 |
| | RAA | Review emails from PRPB and USDOJ. | 0.20 225.00/hr | 45.00 |
| | RAA | Exchange of emails with D. Rodriguez regarding appendix D. Revisions to appendix D. | 0.60 225.00/hr | 135.00 |
| 12/14/2021 | RAA | Revisions to translation. Email to D. Rodriguez | 0.60 225.00/hr | 135.00 |
| | RAA | Review email from L. Saucedo. | 0.10 225.00/hr | 22.50 |
| | RAA | Revisions to community survey. | 0.90 225.00/hr | 202.50 |
| | RAA | Review email from D. Rodriguez. | 0.10 225.00/hr | 22.50 |
| | RAA | Review CMR-6 data requests. | 0.40 225.00/hr | 90.00 |
| | RAA | Telephone call from J. Romero. | 0.20 225.00/hr | 45.00 |
| | RAA | Exchange of electronic communications with D. Rodriguez. | 0.10 225.00/hr | 22.50 |
| | YMT | Prepare and file motion for disbursement of funds. | 0.60 150.00/hr | 90.00 |
| 12/15/2021 | RAA | Appear and attend videoconference with Special Master, J. Romero, and D. Rodriguez. Post call with J. Romero and D. Rodriguez. | 1.10 225.00/hr | 247.50 |
| 12/16/2021 | RAA | Review order approving motion for disbursement of funds. | 0.10 225.00/hr | 22.50 |

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/16/2021 | RAA | Plan and prepare for videocall with J. Romero and D. Rodriguez. | 0.40 225.00/hr | 90.00 |
| | RAA | Appear and attend videocall. | 1.10 225.00/hr | 247.50 |
| 12/17/2021 | RAA | Review and analyze PRPB's motion in compliance with order and exhibits. Email motion and exhibits to J. Romero and D. Rodriguez. Telephone calls from J. Romero. | 1.50 225.00/hr | 337.50 |
| | RAA | Review motion to restrict | 0.10 225.00/hr | 22.50 |
| | RAA | Review motion for leave to file Spanish documents. | 0.10 225.00/hr | 22.50 |
| | RAA | Review order on motion in compliance. | 0.10 225.00/hr | 22.50 |
| | RAA | Review order on motion to restrict. | 0.10 225.00/hr | 22.50 |
| | RAA | Review order on motion for leave to file Spanish documents. | 0.10 225.00/hr | 22.50 |
| 12/18/2021 | RAA | Assist in final revisions of CMR-5 prior to filing. | 1.00 225.00/hr | 225.00 |
| | RAA | Revise final draft of CMR-5 and review edits made by team members. | 3.70 225.00/hr | 832.50 |
| | RAA | Review emails and certifications from PRPB. | 0.30 225.00/hr | 67.50 |
| 12/20/2021 | YMT | Translate Executive Summary for the 5th Report of the Federal Monitor, Covering the Period from April 2021 through September 2021. | 4.20 150.00/hr | 630.00 |
| | RAA | Review and respond to emails from D. Rodriguez, J. Romero, and S. Rhinerson. | 0.30 225.00/hr | 67.50 |
| | RAA | Review finalized draft of CMR-5 and Executive Summary. | 0.90 225.00/hr | 202.50 |
| | RAA | Prepare motion submitting fifth report and electronically file the same. | 0.50 225.00/hr | 112.50 |
| | RAA | Review order on motion submitting. | 0.10 225.00/hr | 22.50 |
| | RAA | Review email from PRPB. | 0.10 225.00/hr | 22.50 |
| 12/21/2021 | RAA | Review emails from PRPB. | 0.10 225.00/hr | 22.50 |

|            |     |                                                                                                                                                              | Hrs/Rate          | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|--------|
| 12/21/2021 | RAA | Review emails from S. Rhinerson and J. Romero.                                                                                                               | 0.20 225.00/hr    | 45.00  |
|            | RAA | Review memo to PRPB.                                                                                                                                         | 0.20 225.00/hr    | 45.00  |
|            | RAA | Review email from J. Vázquez from PRPB.                                                                                                                      | 0.10 225.00/hr    | 22.50  |
| 12/22/2021 | RAA | Review email from USDOJ with policy review and comments. Review the same.                                                                                    | 0.40 225.00/hr    | 90.00  |
| 12/23/2021 | RAA | Email to D. Rodriguez with filed copy of CMR-5.                                                                                                              | 0.10 225.00/hr    | 22.50  |
|            | RAA | Revise translation of executive summary.                                                                                                                     | 0.40 225.00/hr    | 90.00  |
|            | RAA | Plan and prepare for videoconference.                                                                                                                        | 0.20 225.00/hr    | 45.00  |
|            | RAA | Attend videoconference with team.                                                                                                                            | 0.70 225.00/hr    | 157.50 |
|            | RAA | Review emails from D. Rodriguez and J. Romero. Review changes made on comments to the status conference. Review changes on comments to questions for status conference. | 0.80 225.00/hr    | 180.00 |
| 12/27/2021 | RAA | Review and analyze proposed legislation and assessment from L. Hidalgo.                                                                                      | 1.90 225.00/hr    | 427.50 |
|            | RAA | Review emails from D. Rodriguez.                                                                                                                             | 0.30 225.00/hr    | 67.50  |
|            | RAA | Plan and prepare for videocall with monitor and special master.                                                                                              | 0.40 225.00/hr    | 90.00  |
|            | RAA | Attend videocall.                                                                                                                                            | 0.70 225.00/hr    | 157.50 |
|            | RAA | Telephone call from J. Romero.                                                                                                                               | 0.30 225.00/hr    | 67.50  |
|            | RAA | Exchange of electronic communications with J. Romero and L. Saucedo.                                                                                         | 0.40 225.00/hr    | 90.00  |
| 12/30/2021 | RAA | Plan and prepare for videoconferences today.                                                                                                                 | 0.40 225.00/hr    | 90.00  |
|            | RAA | Appear and attend bi-weekly meeting with PRPB, Special Master, and USDOJ.                                                                                    | 1.00 225.00/hr    | 225.00 |
|            | RAA | Appear and attend videoconference with team.                                                                                                                 | 0.50 225.00/hr    | 112.50 |

United States v. Commonwealth of Puerto Rico
Police Reform, Case No. 12-2039 (GAG)
Case 3:12-cv-02039-FAB   Document 1937-13   Filed 01/20/22   Page 7 of 7

Page 7

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/30/2021 | RAA | Exchange of electronic communications with J. Romero and other team members. | 0.20<br>225.00/hr | 45.00 |
| 12/31/2021 | RAA | Review and analyze UOF Data Request. | 0.40<br>225.00/hr | 90.00 |
|  | RAA | Review and analyze draft presentation for upcoming hearing and questions. | 0.80<br>225.00/hr | 180.00 |
|  | RAA | Further review and analysis of new PRPB legislation and memo from L. Hidalgo. | 0.90<br>225.00/hr | 202.50 |
|  |  | **For professional services rendered** | **65.24** | **$13,524.00** |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Roberto Abesada Agüet | 51.04 | 225.00 | $11,484.00 |
| Stephanie Leon | 1.50 | 90.00 | $135.00 |
| Yesenia Medina Torres | 12.70 | 150.00 | $1,905.00 |

WE HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN OUR CAPACITY AS THE FIRM SERVING AS GENERAL COUNSEL OF THE FEDERAL MONITOR'S OFFICE. WE FURTHER CERTIFY THAT WE HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH OF PUERTO RICO, OR ANY OF ITS DEPARTMENTS, MUNICIPALITIES OR AGENCIES.