| Inv 1221 | Invoice: Rita J. Watkins   Date: December 30, 2021 | | | | |
|---|---|---|---|---|---|
| | Task Performed | US Hours | Dates | PR Hours | Billable Amount |
| Dec. | On-Site Puerto Rico Labor Hours - 12/5,6,7,8,9,10 | | 40517.00 | 32.00 | $5,120.00 |
| | Communications & Coordination - telcons and emails to/from Monitors, PRPB, USDOJ, Special Master; policies, SOP's; logistics; scheduling, on-site planning & coordination of interviews, Consulate coordination | 3 | 12/1/2/3/11,12,13,14,15,16,27,28,30 | | $480.00 |
| | Teleconference Meetings: Monitor Team, Deputy Monitor | 1 | 12/12,15,16 | | $160.00 |
| | Policy & Protcol Review; GO600-622, 100-115, 600-607, Violent Death | 5 | 12/4,15,16 | | $800.00 |
| | CMR-5 report writing - comments | 4 | 12/12 | | $640.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | |
| | Net Hours @ $160/hr. | 13.00 | | 32.00 | $7,200.00 |
| | Total Expenses (Air, Hotel, MIE; Meals, Parking, POV miles) | | | | $1,957.52 |
| | Allowable Fee | | | | $9,157.52 |

I hereby certify that the amount billed in this invoice is true and correct and reponds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities, or agencies.

*Rita J. Watkins*     12/30/21

1

# Office of the TCA - Travel Reimbursement Form

Traveler Name: Every Rita J. Watkins

Travel Dates: December 5-10, 2021
Travel: On-Site Monitoring    On-Site evaluation

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 518.40 | 1 | $ 518.40 |
| Baggage | $ - | 0 | $ - |
| Ground Transportation (Uber/Lyft/Taxi) |  | 0 | $ - |
| Ground Transportation (Parking) | $ 26.00 | 5 | $ 130.00 |
| Ground Transportation (Mileage) | $ 0.56 | 202 | $ 113.12 |
| Lodging | $ 135.70 | 5 | $ 678.50 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 3 | $ 345.00 |
| Other: | $ - | 0 | $ - |
| Total |  |  | $ 1,957.52 |

**Watkins, Rita**

| | |
|---|---|
| **From:** | United Airlines, Inc. <Receipts@united.com> |
| **Sent:** | Tuesday, November 16, 2021 10:20 AM |
| **To:** | Watkins, Rita |
| **Subject:** | eTicket Itinerary and Receipt for Confirmation LW2EFH |



Tue, Nov 16, 2021

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our Important notices page for the latest updates

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# LW2EFH

### Flight 1 of 2 UA335                                Class: United Economy (T)

Sun, Dec 05, 2021                                                                                          Sun, Dec 05, 2021
**12:00 PM**                                                                                                   **06:14 PM**
Houston, TX, US (IAH)                                                                                 San Juan, PR, US (SJU)

### Flight 2 of 2 UA1495                              Class: United Economy (L)

Fri, Dec 10, 2021                                                                                             Fri, Dec 10, 2021
**10:20 AM**                                                                                                   **01:21 PM**
San Juan, PR, US (SJU)                                                                               Houston, TX, US (IAH)

**Traveler Details**

WATKINS/RITAJANE

1

eTicket number: **0162379116739**　　　　　　　　　　　　　　　　　Seats: **IAH-SJU 24C**
Frequent Flyer: **UA-XXXXX226 Premier Silver**　　　　　　　　　　　　　　**SJU-IAH 24D**

Purchase Summary

| | |
|---|---|
| Method of payment: | **Miscellaneous Document** |
| | **Master Card ending in 0178** |
| Date of purchase: | **Tue, Nov 16, 2021** |

| | |
|---|---|
| Airfare: | **460.00 USD** |
| U.S. Transportation Tax: | **38.20 USD** |
| September 11th Security Fee: | **11.20 USD** |
| U.S. Passenger Facility Charge: | **9.00 USD** |
| Total Per Passenger: | **518.40 USD** |

**Total:**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**518.40 USD**

### Additional Collection
An additional amount of **96.00 USD** for the difference in fare was charged to Master Card ending in 0178 on Tue, Nov 16, 2021.

### Payment Info
Remaining value of your previous ticket numbers 0162374829130 was applied to this purchase.

### Carbon Footprint
Your estimated carbon footprint for this trip is **0.48098 tonnes of CO2.**
You can reduce your environmental impact by participating in our CarbonChoice program which supports projects that reduce greenhouse gases. Learn more.

### Fare Rules
Additional charges may apply for changes in addition to any fare rules listed.
REFUNDABLE

### MileagePlus Accrual Details

| Ritajane Watkins | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Sun, Dec 05, 2021 | 335 | Houston, TX, US (IAH) to San Juan, PR, US (SJU) | 1750 | 250 | 1 |
| Fri, Dec 10, 2021 | 1495 | San Juan, PR, US (SJU) to Houston, TX, US (IAH) | 1470 | 210 | 1 |
| MileagePlus accrual totals: | | | 3220 | 460 | 2 |



www.newsouthparking-tx.com

**New South Parking**

P.O. Box 60751
Houston, TX 77205
(281) 233-1730

## CUSTOMER RECEIPT

Toledo Ticket Co., Toledo, OH
www.toledoticket.com

| Tran | In Time | Out Time | Fee | CC# |
|---|---|---|---|---|
| 73 | 12/05 09:55 | 12/10 13:49 | $130.00 | 0172 |

**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Ms Rita Watkins
4746 Enchanted Oaks Dr
College Sta TX 77845
United States

Room: 0407
Room Type: EKNG
No. of Guests: 1
Rate: $ 115.00  Clerk: 8

Marriott Rewards # 595896259

CRS Number 81018673

Name:

Arrive: 12-05-21        Time: 18:54        Depart: 12-10-21        Folio Number: 675744

| Date | Description | Charges | Credits |
|---|---|---|---|
| 12-05-21 | Package | 115.00 | |
| 12-05-21 | Government Tax | 10.35 | |
| 12-05-21 | Hotel Fee | 10.35 | |
| 12-06-21 | COMEDOR- Guest Charge (Breakfast) | 8.62 | |
| 12-06-21 | Package | 115.00 | |
| 12-06-21 | Government Tax | 10.35 | |
| 12-06-21 | Hotel Fee | 10.35 | |
| 12-07-21 | Comedor - Guest Charge | 8.62 | |
| 12-07-21 | Package | 115.00 | |
| 12-07-21 | Government Tax | 10.35 | |
| 12-07-21 | Hotel Fee | 10.35 | |
| 12-08-21 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |
| 12-08-21 | Package | 115.00 | |
| 12-08-21 | Government Tax | 10.35 | |
| 12-08-21 | Hotel Fee | 10.35 | |
| 12-09-21 | COMEDOR- Guest Charge (Breakfast) | 8.69 | |
| 12-09-21 | Package | 115.00 | |
| 12-09-21 | Government Tax | 10.35 | |
| 12-09-21 | Hotel Fee | 10.35 | |
| 12-10-21 | American Express | | 707.43 |
| | Card # XXXXXXXXXXX2009 | | |

**COURTYARD®**
**Marriott.**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Ms Rita Watkins
4746 Enchanted Oaks Dr
College Sta TX 77845
United States

Room: 0407
Room Type: EKNG
No. of Guests: 1
Rate:  $   115.00   Clerk: 8

Marriott Rewards #   595896259

CRS Number  81018673

Name:

Arrive:   12-05-21          Time:  18:54          Depart:  12-10-21          Folio Number: 675744

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
|      |             |         |         |

Balance                                                                                          0.00 USD

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.