# INVOICE



22 Chalets de Santa Maria
San Juan, P.R. 00927
(787)940-3090

**BILL TO:**
**Office of the FPMPR, LLC**
VIG Tower, PH 924
1225 Ponce de Leon Avenue
San Juan, P.R. 00907

**DATE:** 12/31/2021
**INVOICE #** 202112
**FOR:** FPMPR/TCA

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| 12/1/2021: CMR6 Data request discussion (David) video call | 1.50 | $160.00 | $ 240.00 |
| 12/6/2021: PRPB Reform Office meeting/IT Demos/Centro de Mando meeting/S.J. Community relations meeting | 8.00 | $160.00 | $ 1,280.00 |
| emails/phonecalls: Sgt. Cruz Febo, Manolito, Comm. Leader Modesta Irizarry, Denise,John, Sam, Dave | 1.00 | $160.00 | $ 160.00 |
| 12/7/2021: Meeting with Judge Besosa | 3.00 | $160.00 | $ 480.00 |
| 12/8/2021: Field observations Ponce, P.R. | 9.00 | $160.00 | $1,440.00 |
| 12/9/2021: CMR5 draft for filing Revision/edits/ Consolidated parties review/reply/Team debrief meeting TCA Office | 7.00 | $160.00 | $ 1,120.00 |
| 12/11/2021: Call with Donnie SARP's discussion and participation for compl.determ. | 0.50 | $160.00 | $ 80.00 |
| 12/11/2021: Consolidated review Final doc. With addtl. Detailed info. | 1.00 | $160.00 | $ 160.00 |
| 12/28/2021: meeting with Denise (zoom) | 1.00 | $160.00 | $ 160.00 |
| 12/28/2021: MPRPB random sample selction listing for interview on Jan. 13, 2022/email Denise/john for coord. | 0.50 | $160.00 | $ 80.00 |
|  |  |  | $ - |
|  |  |  | $ - |
|  |  |  | $ - |
|  |  |  | $ - |
|  |  |  | $ - |
| **Sum** | 32.50 |  | $ 5,200.00 |
|  |  | **SALES TAX** | $ - |
|  |  | **TOTAL** | **$5,200.00** |

**I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities, or agencies.**


Merangelie Serrano-Rios