# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@yahoo.com | 550 Amsonia Circle Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2021-10
**DATE:** December 31, 2021

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 12/01/2021 | 1.5 hours of policy review and meeting planning | 1.5 | $50.00 | $75.00 |
| 12/03/2021 | 0.5 hour of travel planning | 0.5 | $50.00 | $25.00 |
| 12/05/2021 | 0.5 hour of travel planning | 0.5 | $50.00 | $25.00 |
| 12/07/2021 | 2.0 hours of CMR comment compilation | 2.0 | $50.00 | $100.00 |
| 12/08/2021 | 1.0 hour of policy review facilitation and CMR-5 | 1.0 | $50.00 | $50.00 |

**AMOUNT DUE**   SEE FIFTH PAGE

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@yahoo.com | 550 Amsonia Circle Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2021-10
**DATE:** December 31, 2021

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 12/09/2021 | 2.0 hours of memo development and travel | 2.0 | $50.00 | $100.00 |
| 12/10/2021 | 1.0 hour of CMR-5 edits | 1.0 | $50.00 | $50.00 |
| 12/11/2021 | 2.5 hours of CMR-5 edits and data request | 2.5 | $50.00 | $125.00 |
| 12/12/2021 | 1.0 hour CMR-5 edits and travel planning | 1.0 | $50.00 | $50.00 |
| 12/13/2021 | 3.0 hours of CMR-5 and data request | 3.0 | $50.00 | $150.00 |

**AMOUNT DUE**    **SEE FIFTH PAGE**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@yahoo.com | 550 Amsonia Circle Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2021-10
**DATE:** December 31, 2021

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 12/14/2021 | 2.0 hours of CMR-5 edits and question development | 2.0 | $50.00 | $100.00 |
| 12/15/2021 | 2.5 hours of CMR-5 edits | 2.5 | $50.00 | $125.00 |
| 12/16/2021 | 2.0 hours of CMR-5 edits | 2.0 | $50.00 | $100.00 |
| 12/19/2021 | 1.5 hours of CMR-5 edits and travel planning | 1.5 | $50.00 | $75.00 |
| 12/20/2021 | 1.0 hour of CMR-5 edits and invoice help | 1.0 | $50.00 | $50.00 |

**AMOUNT DUE** **SEE FIFTH PAGE**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@yahoo.com | 550 Amsonia Circle Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2021-10
**DATE:** December 31, 2021

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 12/21/2021 | 0.5 hour of policy review facilitation | 0.5 | $50.00 | $25.00 |
| 12/22/2021 | 0.5 hour of travel planning and policy review | 0.5 | $50.00 | $25.00 |
| 12/23/2021 | 1.0 hour of policy review and survey creation | 1.0 | $50.00 | $50.00 |
| 12/27/2021 | 0.5 hour of policy review and meeting planning | 0.5 | $50.00 | $25.00 |
| 12/28/2021 | 1.0 of travel planning | 1.0 | $50.00 | $50.00 |

**AMOUNT DUE**   **SEE FIFTH PAGE**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@yahoo.com | 550 Amsonia Circle Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2021-10
**DATE:** December 31, 2021

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 12/30/2021 | 2.5 hours of travel planning and research | 2.5 | $50.00 | $125.00 |
| 12/31/2021 | 0.5 hour of research | 0.5 | $50.00 | $25.00 |

**AMOUNT DUE** $1,525.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.