**Office of the FPMPR LLC**
VIG Tower, PH – 924

1225 Ave. Juan Ponce de Leon

San Juan, PR 00907

**Name:** Claudia Cámara-León
**Supervisor:** Javier Gonzales, Esq.

## Work Timesheet (December 2021)

| Date | Task | Total Hours |
|---|---|---:|
| **December 1, 2021** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 4.0 |
| **December 2, 2021** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| **December 7, 2021** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 4.0 |
| **December 8, 2021** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 4.0 |
| **December 9, 2021** | Present at the office during working hours. Office duties: Archiving, taking calls, checking voicemails. | 7.0 |
| **December 14, 2021** | Present at the office during working hours. Office duties: Archiving, taking calls, checking voicemails, assisting in document comments. | 4.0 |
| **December 15, 2021** | Present at the office during working hours. Office duties: Archiving, taking calls, checking voicemails. | 4.0 |
| **December 21, 2021** | Present at the office during working hours. Office duties: Archiving, taking calls, checking voicemails. Making a year contact list. | 4.0 |
| **December 22, 2021** | Present at the office during working hours. Office duties: Archiving, taking calls, checking voicemails. Gathering information on the contact list. | 4.0 |

| | | |
|---|---|---|
| **December 23, 2021** | Present at the office during working hours. Office duties: Archiving, taking calls, checking voicemails. | 7.0 |
| **December 28, 2021** | Present at the office during working hours. Office duties: Archiving, taking calls, checking voicemails. | 4.0 |
| **December 29, 2021** | Present at the office during working hours. Office duties: Archiving, taking calls, checking voicemails. | 4.0 |
| **December 30, 2021** | Present at the office during working hours. Office duties: Archiving, taking calls, checking voicemails. | 7.0 |

**Total,   64 hours for $20 = $1,280**

I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Signature,
Claudia S. Cámara León

_____