# Manuel A. Arroyo Rivera

P.o Box 8925 Santurce Puerto Rico 00910    Cel 787-364-8925

Email marroyorivera20@gmail.com

Invoice  Month December 2021                                                                                         Invoice #015

Federal Police Monitor   San Juan, PR

| Date | description | Hour | Rate | Amount |
| --- | --- | --- | --- | --- |
| 2 december 2021 | pick up Denise at the airport and drop off at the hotel | 2 | $20.00 | $40.00 |
| 5 december 2021 | pick up the rest of the staff at the airport and take them to your hotel | 10 | $20.00 | $200.00 |
| 6 december 2021 | pick up the monitor and the rest of the staff and take them to different meetings of the day | 10 | $20.00 | $200.00 |
| 7 december 2021 | pick up the monitor and the rest of the staff and take them to different meetings of the day | 10 | $20.00 | $200.00 |
| 8 december 2021 | pick up the monitor and the rest of the staff and take them to different meetings of the day | 8 | $20.00 | $160.00 |
| 9 december 2021 | pick up the monitor and the rest of the staff and take them to different meetings of the day | 8 | $20.00 | $160.00 |
| 10 december 2021 | pick up the monitor at the hotel and take it to the airport and the rest of the saff members at different times | 6 | $20.00 | $120.00 |
| December | car use expenses   Mr. Romero and Staff | 1 | $200.00 | $200.00 |
|  |  |  | Total | $1280.00 |
|  |  |  |  |  |