Hipolito Castro Jr
64 Mustang Drive
Monroe, CT 06468

INVOICE #PR001-2021
DATE: December 17, 2021

**Dates of service: December 1 – December 17, 2021**          **TOTAL $6,964.28**

**The following is a detailed statement of the hours worked:**

**12/05/2021**

-Team Members arrived to Puerto Rico.

**12/06/2021**

-Meeting Reform Unit at PRPB HQ **4 hrs.**
-Supervision and management interviews **4 hrs.**

**12/07/2021**

-Meeting Reform Unit at PRPB HQ **4 hrs.**
-FPM Team meeting with Judge Besosa. **4 hrs.**

**12/08/2021**

-Interviews with supervisors and management focus groups at Monitor's office. **8 hrs.**

**12/09/2021**

- Interviews with supervisors and management focus groups at Monitor's office **6 hrs.**
- Meeting with Department of Public Safety Deputy Secretary **2 hrs.**

**12/10/2021**

Team Members depart Puerto Rico.

**12/16/2021**

Interview of Ponce POPR officer in reference to transfer. **1 hr.**

**Expenses due to travel: $2,014.28**

**Billable Hours:** 33 HOURS, at rate of $150 per hour = **$4,950.00**

I hereby certify that the amount billed in this invoice is true and correct and corresponds to the number of hours worked in my capacity as support staff to the Federal Monitor's Office. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Hipolito Castro Jr

Date: December 17, 2021



# Office of the Technical Compliance Advisor Travel Reimbursement Form

**Traveler name: Hipolito Castro**
**December 5 - December 10, 2021**
**Purpose of Travel: Site visits/ interviews of PRPB personnel**

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| **Airfare** | $ 543.40 | 1 | $ 543.40 |
| **Baggage** | $ 35.00 | 2 | $ 70.00 |
| **Ground Transportation (Uber/Lyft/Taxi)** | | 1 | $ - |
| **Ground Transportation (Parking)** | $ 7.00 | 5 | $ 35.00 |
| **Ground Transportation (Mileage)** | $ 0.56 | 98 | $ 54.88 |
| **Lodging** | $ 135.70 | 5 | $ 678.50 |
| **Per Diem (Travel Days)** | $ 86.25 | 2 | $ 172.50 |
| **Per Diem (Full Days)** | $ 115.00 | 4 | $ 460.00 |
| **Tolls and NY Bridges** | | | $ - |
| **Total** | | | **$ 2,014.28** |

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

# Thank you Gabriela, we are processing your flight purchase

Processing takes up to 24 hours for some ticket types. Check your online itinerary to ensure your ticket has been issued.

**Itinerary #** 72203115151497

**View your trip**

Download to your phone

**Travel update**

Check COVID-19 restrictions.
Find out more

## Traveler details

Hipolito Castro (Adult)

View all ticketing details

## Hartford (BDL) to San Juan (SJU)

**JetBlue Airways 1475 3:10pm · Hartford, CT, United States (BDL-Bradley Intl.) to San Juan, Puerto Rico (SJU-Luis Munoz Marin Intl.)**
Airline confirmation: KVDTKL (JetBlue Airways)
Economy / Coach (L)
Wed, Dec 1, 3:10pm - 7:57pm
3h 47m flight duration

## San Juan (SJU) to Hartford (BDL)

**JetBlue Airways 276 4:21pm · San Juan, Puerto Rico (SJU-Luis Munoz Marin Intl.) to Hartford, CT, United States (BDL-Bradley Intl.)**
Airline confirmation: KVDTKL (JetBlue Airways)
Economy / Coach (L)
Fri, Dec 10, 4:21pm - 7:23pm
4h 2m flight duration

Manage your itinerary

**Travel confidently with the Expedia app**

Manage your plans and make trip updates on the fly - wherever the journey takes you. Explore the app

## Price summary

**Roundtrip flight**

| | |
|---|---|
| 1 traveler | $485.00 |
| Taxes & fees | $58.40 |
| **Total** | **$543.40** |

The total price includes all mandatory taxes and fees.

Unless and otherwise specified, rates are quoted in US dollars.

Expedia Rewards

## You will earn 120 Expedia Rewards points

Book through the app to earn double Expedia Rewards points for each purchase. Terms apply.

View receipt

## You still have time to protect your trip.

**Protect my trip**

## Important information

**Flight information**

AMERICAN EXPRESS

ACCOUNT ENDING - 11006

Delta SkyMiles® Gold Card

CARD MEMBER

HIPOLITO CASTRO

## Card Activity Since Nov 23 (Closing Dec 23)

## Summary

| | TOTAL |
|---|---|
| Previous Balance | [redacted] |
| Payments & Credits | [redacted] |
| New Charges | [redacted] |
| Total Balance | [redacted] |

## Transactions

| DATE | STATUS | DESCRIPTION | AMOUNT |
|---|---|---|---|
| Dec 14 | | [redacted] | [redacted] |
| Dec 11 | | [redacted] | [redacted] |
| Dec 11 | | [redacted] | [redacted] |
| Dec 10 | | [redacted] | [redacted] |
| Dec 10 | | COURTYARD MARRIOTT MSAN JUAN PR | $759.49 |
| Dec 10 | | [redacted] | [redacted] |
| Dec 10 | | THEPARKINGSPOT-402RCWINDSOR LOCKS CT | $76.22 |
| Dec 9 | | JETBLUE AIRWAYS 2104FOREST HILLS PR | $35.00 |
| Dec 8 | | [redacted] | [redacted] |
| Dec 8 | | [redacted] | [redacted] |
| Dec 6 | | [redacted] | [redacted] |
| Dec 5 | | [redacted] | [redacted] |
| Dec 5 | | [redacted] | [redacted] |
| Dec 4 | | [redacted] | [redacted] |
| Dec 1 | | [redacted] | [redacted] |
| Dec 1 | | JETBLUE AIRWAYS 2104FOREST HILLS OK | $35.00 |
| Nov 30 | Credit | [redacted] | [redacted] |
| Nov 26 | | [redacted] | [redacted] |
| Nov 26 | | [redacted] | [redacted] |

5 X 7.00 = 35.00 days

Airfare → Next Page

| DATE | STATUS | DESCRIPTION | AMOUNT |
|---|---|---|---|
| Nov 23 | | EXPEDIA.COM TRAVEL SEATTLE WA | $543.40 |

COURTYARD®
Marriott

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Hipolito Jr Castro
DC 00000
United States

Room: 1107
Room Type: EKNG
No. of Guests: 1
Rate: $ 115.00 Clerk: 1006

Marriott Rewards # 214246771

CRS Number 93316749

Name:

Arrive: 12-05-21 Time: 16:11 Depart: 12-10-21 Folio Number: 681798

| Date | Description | Charges | Credits |
|---|---|---|---|
| 12-05-21 | Package | 115.00 | |
| 12-05-21 | Government Tax | 10.35 | |
| 12-05-21 | Hotel Fee | 10.35 | |
| 12-06-21 | COMEDOR- Guest Charge (Breakfast) | 19.12 | |
| 12-06-21 | Package | 115.00 | |
| 12-06-21 | Government Tax | 10.35 | |
| 12-06-21 | Hotel Fee | 10.35 | |
| 12-07-21 | COMEDOR- Guest Charge (Breakfast) | 22.87 | |
| 12-07-21 | Package | 115.00 | |
| 12-07-21 | Government Tax | 10.35 | |
| 12-07-21 | Hotel Fee | 10.35 | |
| 12-08-21 | COMEDOR- Guest Charge (Breakfast) | 2.00 | |
| 12-08-21 | Package | 115.00 | |
| 12-08-21 | Government Tax | 10.35 | |
| 12-08-21 | Hotel Fee | 10.35 | |
| 12-09-21 | COMEDOR- Guest Charge (Breakfast) | 20.00 | |
| 12-09-21 | Package | 115.00 | |
| 12-09-21 | Government Tax | 10.35 | |
| 12-09-21 | Hotel Fee | 10.35 | |
| 12-10-21 | COMEDOR- Guest Charge (Breakfast) | 17.00 | |
| 12-10-21 | American Express<br>*Card # XXXXXXXXXXX1006* | | 759.49 |

v

The Parking Spot
9 Schoephoester Road
860.627.8201

| | |
|---|---|
| BDLENT21 | 12/1/2021 1:02 PM |
| BDLEXT41 | 12/10/2021 7:58 PM |
| Sequence # | 100338211210196 |
| Transaction Number | 35p58 |
| Approved Sale | 583611 |
| Unc-self Parking 10d | $ 63.00 |
| Unc-self Parking . | |
| Service Fee | $ 63.00 |
| Airport Use Recovery Fee (11.11 %) | $ 1.50 |
| Sales Tax (6.35 %) | $ 7.17 |
| | $ 4.55 |
| Amount Due | $ 76.22 |
| Charged to Amex 1006 | $ 76.22 |

35.00

Have a great day!
Reserve for our best rates!
Visit www.theparkingspot.com today.

Business traveler?
Connect your Spot Club account to automatically send receipts to Concur, Certify or Expensify
www.theparkingspot.com/expense

Retain this copy for statement validation
Customer Copy



Hipolito Castro <hipolitocastrojr@gmail.com>

**Fwd: Expedia flight purchase confirmation - San Juan, Puerto Rico (SJU-Luis Munoz Marin Intl.) - Wed, Dec 1 - (Itinerary # 72203115151497)**
1 message

**Jacabed Rodriguez-Coss** <jrodriguezcoss@gmail.com> Fri, Dec 17, 2021 at 6:58 PM
To: Mom Ipad <hipolitocastrojr@gmail.com>

---------- Forwarded message ---------
From: **Expedia.com** <Expedia@expediamail.com>
Date: Wed, Nov 24, 2021 at 12:13 AM
Subject: Expedia flight purchase confirmation - San Juan, Puerto Rico (SJU-Luis Munoz Marin Intl.) - Wed, Dec 1 - (Itinerary # 72203115151497)
To: <jrodriguezcoss@gmail.com>



Remember to bring your itinerary and government-issued photo ID for airport check-in and security.

Proof of citizenship is required for international travel. Be sure to bring all necessary documentation (e.g. passport, visa, transit permit). To learn more, visit our Visa and Passport page (Opens a new window) .

E-ticket: This email can be used as an E-ticket.

All passengers traveling to the US must provide valid travel documents and details of their full US destination address for US Immigration.

**Contact the airline to confirm:**

- Specific seat assignments
- Special meals
- Frequent flyer point awards
- Special assistance requests

**Departing Flight • Hartford (BDL) to San Juan (SJU)**

**Fare Type:** BLUE BASIC

**Included**
Snacks
Non Alcoholic Drinks
Wi-Fi
Live Satellite TV

COURTYARD®
Marriott

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Hipolito Jr Castro
DC 00000
United States

Marriott Rewards # 214246771

Name:

Room: 1107
Room Type: EKNG
No. of Guests: 1
Rate: $ 115.00 Clerk: 1006
CRS Number 93316749

Arrive: 12-05-21 Time: 16:11 Depart: 12-10-21 Folio Number: 681798

| Date | Description | Charges | Credits |
|---|---|---|---|
| | Balance | | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today. Start earning points and elite status, plus enjoy exclusive member offers. Enroll today at the front desk.