Frances Lopez
3915 5th st NW Apt 2
Washington DC 20011
787.306.2479

# INVOICE  1

**10/01/2022**

### BILL TO

Oficina del TCA
VIG Tower, PH- 924
1225 Ave. Ponce de león
San Juan, PR 00907

| HORAS | DESCRIPCION | TARIFA POR HORA | TOTAL |
|---|---|---|---|
| 5 | Traducción del borrador de Verano 2021 (FPMPR Website 2nd Newsletter). | $100 | $500 |
| | | TOTAL | $500 |

Thank you for your business!