**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    Plaintiff<br><br>    v.<br><br>**PUERTO RICO POLICE DEPARTMENT and COMMONWEALTH OF PUERTO RICO,**<br><br>    Defendants. | **CIVIL NO. 12-cv-2039 (GAG)** |

**NOTICE OF APPEARANCE**

**TO THE HONORABLE COURT:**

   COMES NOW, Co-defendants Commonwealth of Puerto Rico and the Puerto Rico Police Department, through the undersigned attorney, and to this Honorable Court respectfully states, alleges, and prays as follows:

   1. The undersigned attorney appeared on behalf of Commonwealth of Puerto Rico and the Puerto Rico Police Department together with attorney Gabriel A. Peñagarícano through a Notice of Appearance filed on February 5, 2021 (docket 1692). Notwithstanding such filing, apparently since such motion was filed using attorney Peñagarícano's CM/ECF, only attorney Peñagarícano's request for entry was officially granted. Therefore, and in compliance with the rules of CM/ECF system the undersigned hereby formally submit the notice of appearance.

   2. Commonwealth of Puerto Rico and the Puerto Rico Police Department, respectfully request from this Honorable Court to

allow the undersigned attorney to form part of its legal representation in the case of caption, with all future motions, resolutions, orders, and other documents to be filed and/or issued in this case, be notified to the undersigned at the address of record.

**WHEREFORE,** Commonwealth of Puerto Rico and the Puerto Rico Police Department respectfully request from this Honorable Court to take notice of the above and authorize the undersigned attorney to continue its legal representation with all future motions, resolutions, orders, and other documents to be filed and/or issued in this case be notified to counsel's address of record.

**WE HEREBY CERTIFY** that on this same date, the forgoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel for Plaintiff and all participants of record.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico on this 27th day of January, 2022.

> s/Rafael E. Barreto Solá
> USDC No. 211801
> **CANCIO, NADAL & RIVERA, LLC**
> PO Box 364966
> San Juan, PR  00936-4966
> Tel. (787) 767-9625
> Fax  (787) 622-2238/764-4430
> rbarreto@cnr.law