OFFICE OF THE FPMPR LLC.
B-5 Calle Tabonuco Suite 216 PMB 292
Guaynabo, Puerto Rico 00968

February 2, 2022

Professional services rendered by the members of the Office of the FPMPR LLC. For January 2022:

| NAME | AMOUNT | MONTH |
|---|---|---|
| John Romero | $19,769.29 | January 2022 |
| Spece | $2,877.94 | January 2022 |
| The & Group LLC (Javier González) | $7,448.98 | January 2022 |
| Altai Atlantic Consulting LLC (Dr. David Levy) | $9,600.00 | January 2022 |
| Denise Rodriguez | $17,946.23 | January 2022 |
| Viota & Associates CPA LLC | $968.75 | January 2022 |
| Donald S. Gosselin | $11,930.50 | January 2022 |
| Al Youngs | $11,756.10 | January 2022 |
| Rafael E. Ruiz | $9,309.24 | January 2022 |
| Scott Cragg | $12,940.02 | January 2022 |
| Correa Acevedo & Abesada Law offices, PSC (Lcdo. Roberto Abesada) | $10,440.00 | January 2022 |
| Rita J. Watkins | $8,876.02 | January 2022 |
| Merangelie Serrano | $7,680.00 | January 2022 |
| Luis Hidalgo | $11,500.00 | January 2022 |
| Korber Group | $1,648.94 | January 2022 |
| Samantha Rhinerson | $1,250.00 | January 2022 |
| Claudia Cámara | $760.00 | January 2022 |
| Manuel Arroyo | $1,260.00 | January 2022 |
| Hipolito Castro Jr | $7,605.18 | January 2022 |
| **TOTAL:** | **$155,567.19** | January 2022 |
|  |  |  |