John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

January 1 through January 31, 2022

INVOICE # 092                                    **TOTAL DUE $ 19,769.29**
FEDERAL MONITOR
JANUARY 2022 INVOICE

## Duties and Responsibilities as Monitor

Generated, reviewed, and responded to emails/texts from the Parties, Monitor Team, Court and Special Master.
Conference calls with General Counsel
Reviewed court orders relating to the Consent Decree.
Via zoom conducted meetings with Special Master and USDOJ and PRPB
Monitor administrative duties - reviewing Team invoices, coordinating SME work assignments, and conferring with Monitor's Office Administrative Director.
Reviewed Briefing Reports from PRPB.
Conferred with Deputy Chief Monitor on issues relating to Monitor Office Operations
Conducted Zoom meetings with the Monitor Team.
Reviewed information related to data collection re: surveys.
Prepared for 253 meeting

### Site Visit to Puerto Rico January 12-15, 2022

Meetings with the Honorable Judge Besosa
Meeting with IT and FIU re: Global UOF list
Site visit to SWAT
Site visit to FURA
Prepared for Status Conference
Participated in Status Conference
Meeting with Monitor Team members based in Puerto Rico

**Flat Rate Total Wages Due**                           **$17,916.66**
**Travel Expenses Due**                                 **$1,852.63**

# TOTAL DUE                                       $ 19,769.29

I hereby certify that the amount billed in this invoice is true and correct in my capacity as Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*[Signature: John Romero]*

Date January 31, 2022

## Office of the TCA - Travel Reimbursement Form

John Romero
January 12-15, 2022

### Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $548.21 | 1 | $548.21 |
| Baggage | $- | 0 | $- |
| Ground Transportation (Uber/Lyft/Taxi) | | | $- |
| Ground Transportation (Parking) | $- | 0 | $- |
| Ground Transportation (Mileage) | $0.56 | 82 | $45.92 |
| Lodging | $177.00 | 3 | $531.00 |
| Per Diem (Travel Days) | $86.25 | 2 | $172.50 |
| Per Diem (Full Days) | $115.00 | 2 | $230.00 |
| Other: Rapid PCR Test | $325.00 | 0 | $325.00 |
| Total | | | $1852.63 |

## Confirmation Code: QZDCYC

Manage your booking
Los Angeles San Juan

Add to Calendar
Email
Print

**Departing: Jan 10 2022**
LAX 7:30am
FLL 3:23pm
Flight 1800 • Fare: Blue
Layover 2h 42m — FLL
FLL 6:05pm
SJU 9:37pm
Flight 1653 • Fare: Blue

**Returning: Jan 15 2022**
SJU 1:30pm
FLL 3:23pm
Flight 1754 • Fare: Blue
Layover 4h 35m — FLL
FLL 7:58pm
LAX 10:49pm
Flight 101 • Fare: Blue

Total:
**$548.21**
Charged to **Visa** ending in 1287

**Traveler Details**

**John Joseph Romero**

*Changed to*

Los Angeles to Fort Lauderdale – B6 100
Jan 11, 9:50 PM–Jan 12, 5:41 AM
Take-off
Tue, Jan 11, 9:50 PM
Landing
Wed, Jan 12, 5:41 AM
Flight duration
4 hr, 51 min
Passenger name
JOHN JOSEPH ROMERO
Seat
-
Confirmation number
QZDCYC
View in Travel

Fort Lauderdale to San Juan – B6 253
Jan 12, 8:30 AM–12:05 PM
Take-off
Wed, Jan 12, 8:30 AM
Landing
Wed, Jan 12, 12:05 PM
Flight duration
2 hr, 35 min
Passenger name
JOHN JOSEPH ROMERO
Seat
-
Confirmation number
QZDCYC
View in Travel

San Juan to Fort Lauderdale – B6 1754
Jan 15, 1:30 PM–3:23 PM
Take-off
Jan 15, 1:30 PM
Landing
Jan 15, 3:23 PM
Flight duration
2 hr, 53 min
Passenger name
JOHN JOSEPH ROMERO
Seat
-
Confirmation number
QZDCYC

**COURTYARD Marriott**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

*Jan 22*

Mr John Romero
2301 Pacific Ave
Costa Mesa CA 92627
United States

Room: 0401
Room Type: KSTE
No. of Guests: 1
Rate: $ 150.00  Clerk: 1007

Marriott Rewards # 756834271

CRS Number  98617334

Name:

Arrive: 01-12-22    Time: 12:19    Depart: 01-15-22    Folio Number: 682154

| Date | Description | Charges | Credits |
|---|---|---|---|
| 01-12-22 | Package | 150.00 | |
| 01-12-22 | Government Tax | 13.50 | |
| 01-12-22 | Hotel Fee | 13.50 | |
| 01-13-22 | COMEDOR- Guest Charge (Breakfast) | 4.02 | |
| 01-13-22 | Package | 150.00 | |
| 01-13-22 | Government Tax | 13.50 | |
| 01-13-22 | Hotel Fee | 13.50 | |
| 01-14-22 | Package | 150.00 | |
| 01-14-22 | Government Tax | 13.50 | |
| 01-14-22 | Hotel Fee | 13.50 | |
| 01-15-22 | COMEDOR- Guest Charge (Breakfast) | 4.02 | |
| 01-15-22 | Visa Card | | 539.04 |

Card # XXXXXXXXXXXX1287

Balance    0.00 USD

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

 Gmail

John Romero &lt;jrrjjr.romero@gmail.com&gt;

---

**Your OC Rapid Test receipt [#1484-6745]**
1 message

---

**OC Rapid Test** &lt;receipts+acct_1Hd13QLQQe8MkUCI@stripe.com&gt;　　　　Mon, Jan 3, 2022 at 10:42 AM
Reply-To: OC Rapid Test &lt;accounts@ocrapidtest.com&gt;
To: jrrjjr.romero@gmail.com

# Receipt from OC Rapid Test

Receipt #1484-6745

| AMOUNT PAID | DATE PAID | PAYMENT METHOD |
|---|---|---|
| $325.00 | January 3, 2022 | VISA - 1287 |

**SUMMARY**

| | |
|---|---|
| Payment to OC Rapid Test | $325.00 |
| **Amount charged** | **$325.00** |

If you have any questions, contact us at accounts@ocrapidtest.com or call at +1 800-318-9711.

Something wrong with the email? View it in your browser.

You're receiving this email because you made a purchase at OC Rapid Test, which partners with Stripe to provide invoicing and payment processing.

| | |
|---|---|
| **Fashion Island** | **Costa Mesa Office** |
| 1401 Avocado Ave. # 802 | 1640 Newport Blvd. # 210 |
| Newport Beach, CA 92660 | Costa Mesa, CA 92627 |
| Phone: 949-644-0970 | Phone: 949-642-7332 |
| Fax: 949-644-0774 | Fax: 949-642-7335 |
| **Laguna Beach Office** | **Irvine Office** |
| 31862 Coast Hwy # 203 | 16300 Sand Canyon Ave. #488 |
| Laguna Beach, CA 9265 | Irvine, CA 92618 |
| Phone: 949-499-4538 | Phone: 949-655-8880 |
| Fax: 949-499-7449 | Fax: 949-655-8883 |



Rapid Test

Patient Name: **Romero, John**   DOB:
Gender: **Male**

Laboratory Director: Zacharia Reda, MD

Ordering Physician : Z. Reda, MD, FCCP, FAAP
CLIA: 05D0959609

Draw Date: 01/11/2022 10:20 AM
Result Date: 01/11/2022

PANEL / TEST                    RESULT

## COVID-19 SARS CoV-2 (PCR NAAT Molecular Test Result) (CPT 87635)

## (Dx Z20.828)/ 99000/ 99072/ 98967

Source-COVID-19              Nasopharyngeal

**SARS-CoV2 RT-PCR Molecular
Abbott ID-NOW**              **NEGATIVE (Not Detected)**

Negative results must always be combined with patient history and clinical observation and monitoring. Optimum specimen types and timing of specimen collection are crucial for accurate result. Collection of multiple specimens at various intervals maybe necessary to detect the virus.

Abbott ID-NOW COVID-19 is the leading molecular PCR Test trusted by hospitals, physician offices and urgent care clinics. The test targets COVID-19 RdRp gene that utilizes isothermic NAAT technology. ID-NOW test is FDA approved under EUA (Emergency Use Authorization). The recent Abbott data show highly accurate results over 99% sensitivity, and the specificity is close to 100%.

CLINICAL SIGNIFICANCE

| | |
|---|---|
| NEGATIVE (Not Detected) | You do not have the corona virus in your system and you are NOT contagious. If you continue to experience persistent symptoms, loss of smell or taste, please contact your physician for further evaluation. |
| DETECTED POSITIVE | You have the corona virus in your system whether you have symptoms or not. You are contagious and should self-quarantine right away. Positive results require telemedicine consultation. |