**Spece**
1225 Juan Ponce de Leon
San Juan, PR  00907
787-417-7300
info@spece.com
www.spece.com

Invoice  INV - 13389



| BILL TO | | | |
|---|---|---|---|
| Office of the FPMPR LLC | DATE<br>01/14/2022 | PLEASE PAY<br>$423.54 | DUE DATE<br>01/14/2022 |

| MEMBERSHIP | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Event Rental:Conference Room**<br>Medium Conference Room, $33.75, 1.5 x $22.50 / hour (10% discount) - Jan 12, 2022 | 1.50 | 22.50 | 33.75T |
| **Event Rental:Conference Room**<br>Medium Conference Room, $148.50, 1 x $81.00 / hour (10% discount), 3 x $22.50 / hour (10% discount) - Jan 13, 2022 | 1 | 148.50 | 148.50T |
| **Event Rental:Conference Room**<br>XLarge Conference Room, $225.00, 1 x $225.00 / day (10% discount) - Jan 13, 2022 | 1 | 225.00 | 225.00T |

|  |  |
|---|---|
| SUBTOTAL | 407.25 |
| TAX (4%) | 16.29 |
| TOTAL | 423.54 |

TOTAL DUE                                       $423.54

THANK YOU.

ELEVATE YOUR BUSINESS