# THE & GROUP LLC.

Las Ramblas
71 Calle Montjuic
Guaynabo , PR 00969

## INVOICE

INVOICE NUMBER: 73
INVOICE DATE: JANUARY 31, 2022

Federal Police Monitor

San Juan, PR

Invoice for Javier B Gonzalez Professional Services as Administrative Director

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| JAN-03-22 | Administrative Director | Communications with the Monitor, Survey Meeting Follow Up, Review of Questionnaire. Review of Team Invoices | 2.50 | $100.00 | $250.00 |
| JAN-04-22 | Administrative Director | Survey Meeting, Work with Team December Invoices. Work with Office communications. | 5.00 | $100.00 | $500.00 |
| JAN-05-22 | Administrative Director | Review of documents sent by Team Members, Coordination of the Team visit. | 2.00 | $100.00 | $200.00 |
| JAN-10-22 | Administrative Director | Communications with the Monitor, Coordination of team Visit, Team December 2021 Invoices. | 5.50 | $100.00 | $550.00 |
| JAN-11-22 | Administrative Director | Communications with the Monitor, Work with Team IDs, Review of communications related to the PRPB Survey. Coordination of Team Visit. | 5.00 | $100.00 | $500.00 |
| JAN-12-22 | Administrative Director | At office, Team Visit Coordination, Communication with Ex Police Officer, IDs Follow Up. | 6.00 | $100.00 | $600.00 |
| JAN-13-22 | Administrative Director | At office, Team Visit Meetings and Coordination, Vehicles Follow Up, | 7.00 | $100.00 | $700.00 |
| JAN-14-22 | Administrative Director | Status Conference, Coordination of visit. | 6.00 | $100.00 | $600.00 |
| JAN-16-22 | Administrative Director | FPMPR Office ADOBE Subscription | | | $33.98 |
| JAN-17-22 | Administrative Director | Team Meeting, Communications with the Monitor, Review of Communications. | 2.50 | $100.00 | $250.00 |
| JAN-18-22 | Administrative Director | Review of Team communications, Communications with the Monitor, Work with 2021-2022 Team Expenses Chart. | 3.00 | $100.00 | $300.00 |
| JAN-19-22 | Administrative Director | Communications with the Monitor, Team IDs Follow up, December Invoices Follow Up. | 2.00 | $100.00 | $200.00 |
| JAN-20-22 | Administrative Director | Staff Meeting, Communications with the Monitor, Vehicles Follow UP, Review of documents and communications. | 2.50 | $100.00 | $250.00 |
| JAN-21-22 | Administrative Director | Administrative matters, Review of communications. | 2.50 | $100.00 | $250.00 |

INVOICE NUMBER: 73

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| JAN-24-22 | Administrative Director | Biweekly Meeting, Newsletter translations, Communications with the Monitor, review of communications and documents, survey follow up. | 4.50 | $100.00 | $450.00 |
| JAN-25-22 | Administrative Director | Vehicles follow up, review of communications, communications with the Monitor, | 2.00 | $100.00 | $200.00 |
| JAN-26-22 | Administrative Director | Survey meeting follow up, Communications with the Monitor, Review of communications. | 2.50 | $100.00 | $250.00 |
| JAN-27-22 | Administrative Director | Staff meeting, work with IDs and office Business cards, communications with the Monitor, review of communications. | 3.00 | $100.00 | $300.00 |
| JAN-28-22 | Administrative Director | Vehicle follow up, PRPB Survey meeting, Communications with the Monitor, review of communications. | 4.50 | $100.00 | $450.00 |
| JAN-31-22 | Administrative Director | Bi weekly Team Meeting, Vehicles, IDs and Administrative Matters follow up. Survey follow up. | 4.50 | $100.00 | $450.00 |
| JAN-31-22 | Administrative Director | I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0.00 | $100.00 | $0.00 |
| | | Manuel Arroyo Gasoline and FPM Car Towing Expenses Reimburstment | | | $165.00 |
| | | Total amount of this invoice | | | $7,448.98 |

| MESSAGE |
|---|
| Javier B Gonzalez, January 31, 2022 |