

# Invoice

**Altai Atlantic Consulting LLC**  
828 Snowden Hallowell Way, Alexandria VA 22314

**Date:** 01/31/22  
**Invoice #:** 01-025

**To:** Office of the Federal Police Monitor of Puerto Rico  
VIG Tower, PH – 924  
1225 Ave. Juan Ponce de Leon  
San Juan, PR 00907  
Tel. 787-417-9098

| Fee Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|
| **Total Fees Payable For Services Rendered by Dr. David Levy** | 60.0 | 160 | **$9,600.00** |

## Work Performed in the Continental United States

| Date | Activity Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 1/2/22 | Work on data sources in master data request | 2.0 | 160 | $320.00 |
| 1/3/22 | Biweekly meeting | 1.0 | 160 | $160.00 |
| 1/3/22 | Work on data sources in master data request | 1.5 | 160 | $240.00 |
| 1/6/22 | Comminication with Monitor Youngs re: supervision survey | 0.5 | 160 | $80.00 |
| 1/8/22 | Work on supervision and retaliation survey | 1.5 | 160 | $240.00 |
| 1/9/22 | Work on supervision and retaliation survey | 2.0 | 160 | $320.00 |
| 1/11/22 | Work on supervision and retaliation survey | 1.0 | 160 | $160.00 |
| 1/11/22 | Mid-period data request | 1.5 | 160 | $240.00 |
| 1/11/22 | Communication regarding general methodology questions | 0.5 | 160 | $80.00 |
| 1/17/22 | Communication regarding data sources | 3.0 | 160 | $480.00 |
| 1/17/22 | Biweekly team call | 1.5 | 160 | $240.00 |
| 1/17/22 | Work on language of data sources in master data request | 0.5 | 160 | $80.00 |
| 1/18/22 | Communication regarding data sources | 0.5 | 160 | $80.00 |
| 1/19/22 | Monthly call with Monitor Gosselin | 0.5 | 160 | $80.00 |
| 1/19/22 | Work on data sources in master data request | 3.5 | 160 | $560.00 |
| 1/20/22 | Work on data sources in master data request | 3.5 | 160 | $560.00 |
| 1/21/22 | Work on data sources in master data request | 4.5 | 160 | $720.00 |
| 1/22/22 | Work on data sources in master data request | 7.5 | 160 | $1,200.00 |
| 1/23/22 | Work on data sources in master data request | 6.5 | 160 | $1,040.00 |
| 1/23/22 | Developed samples for mid-period data request | 3.5 | 160 | $560.00 |
| 1/24/22 | Work on data sources in master data request | 3.5 | 160 | $560.00 |
| 1/25/22 | Work on data sources in master data request | 4.0 | 160 | $640.00 |
| 1/26/22 | Work on the supervision and retaliation survey | 3.5 | 160 | $560.00 |
| 1/28/22 | Work on the supervision and retaliation survey | 0.5 | 160 | $80.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 1/30/22 | Drew a samples and performed QA for supervision and retaliation survey | 1.5 | 160 | $240.00 |
| 1/30/22 | Communications regarding data sources for CMR-6 | 0.5 | 160 | $80.00 |
| Total | | 60.0 | | $9,600.00 |

**Total Fee Payable**   $9,600.00

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as an

*[signature]*

**Dr. David Levy**

01/31/22
**Date**