# VIOTA & ASSOCIATES CPA LLC

B5 CALLE TABONUCO, SUITE 216
PMB 292
GUAYNABO, PR 00968-3029

## Invoice

INVOICE NUMBER: 20200678
DATE: JANUARY 27, 2022

PUERTO RICO POLICE REFORM

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| JAN-03-22 | CONSULTING FEES | General accounting - Reclassify vendor withholdings | 0.25 | $125.00 | $31.25 |
| JAN-05-22 | CONSULTING FEES | Download & review info for 480's 2021 | 2.00 | $125.00 | $250.00 |
| JAN-11-22 | CONSULTING FEES | -Review December 2021 invoices & calculate Professional Services Withholdings<br>-File Professional Services Quarter 4 2021 return | 1.50 | $125.00 | $187.50 |
| JAN-21-22 | CONSULTING FEES | -Bank Reconciliation - Dec 2021<br>-Post December Invoices<br>-General Accounting | 4.00 | $125.00 | $500.00 |
|  |  | Total hours for this invoice | 7.75 |  |  |
|  |  | Total before tax |  |  | $968.75 |
|  |  | PR SALES TAX (IVU) |  |  | $0.00 |
|  |  | Total amount of this invoice |  |  | $968.75 |

| MESSAGE |
|---|
| 6% Withholding on Profesional Services (Waiver Certificate Available Upon Request) |