**MBG North Corp.** 1931 Cordova Rd. Suite 3039, Ft. Lauderdale, FL 33316
**Invoice # 1155**, January 31, 2022  **Contractor:** Donald S. Gosselin, Esq.
**Dates of Service:** 31 DEC 2021 to 31 JAN 2022.   **TERMS:** NET30

| Task Performed | US Hours | Dates | PR Hours | Billable Amount |
|---|---|---|---|---|
| On-Site Puerto Rico Labor Hours (SARP Case Interviews & Site Visits) | | JAN 10,11,12,13,14 | 37.5 | $6,000.00 |
| Communications & Coordination - telcons and emails to/from Monitors, PRPB, USDOJ; Review guidance and documents, SOP's; logistics; scheduling, on-site planning & coordination of demonstrations and | 16 | DEC 30, JAN 3,15,16,18,19,20,21,23 | | $2,560.00 |
| Teleconference Meetings; Monitors Office and Monitor Team Members | 4 | JAN 17, 19,31 | | $640.00 |
| Data and Policy Analysis | 12 | DEC 30, JAN 3, 9, 15,19,21, 24, 25 | | $1,920.00 |
| FEE WAIVER (PUERTO RICO) | | | 9.5 | -$1,520.00 |
| | | | | |
| | **US Hours** | | **PR Hours** | |
| Net Hours @ $160/hr. | 32.00 | | 28.00 | $9,600.00 |
| Total Expenses (Air, Hotel, MIE; Meals, Parking, POV miles) | | | | $2,330.50 |
| **Allowable Fee** | | | | $11,930.50 |

**Travel Breakout**   Traveler: Donald S. Gosselin 10-15 January 2022

| Expense | Unit Cost | Units | Column1 | Total | |
|---|---|---|---|---|---|
| Airfare | $ 688.60 | 1 | | $ | 688.60 |
| Baggage | $ - | 0 | | $ | - |
| Ground Transportation (Uber/Lyft/Taxi) | $ - | 0 | | $ | - |
| Ground Transportation (Parking) | $ 14.80 | 5 | | $ | 74.00 |
| Ground Transportation (Mileage) | $ 0.56 | 90 | | $ | 50.40 |
| Lodging | $ 150.00 | 5 | | $ | 750.00 |
| Per Diem (Travel Days) | $ 86.25 | 2 | | $ | 172.50 |
| Per Diem (Full Days) | $ 115.00 | 4 | | $ | 460.00 |
| Other: HOTEL TAX ($13.50 + 13.50/day) | $ 27.00 | 5 | | $ | 135.00 |
| Total | | | | $ | 2,330.50 |

The undersigned, Donald S. Gosselin, Esq. certifies that the amount billed in this invoice is true and correct and corresponds to my duties as a Federal Monitor and related travel expenses. I further certify that I have not received any income, compensation or payment for services from the Commonwealth of Puerto Rico or any of its departments or municipalities

*[signature]*

Donald S. Gosselin, Esq.
Principal, MBG North Corp
31-Jan-22

**MBG North Corp.** 1931 Cordova Rd. Suite 3039, Ft. Lauderdale, FL 33316
**Invoice # 1155,** January 31, 2022  **Contractor:** Donald S. Gosselin, Esq.
**Dates of Service:** 31 DEC 2021 to 31 JAN 2022.   **TERMS:** NET30

| Task Performed | US Hours | Dates | PR Hours | Billable Amount |
|---|---|---|---|---|
| On-Site Puerto Rico Labor Hours (SARP Case Interviews & Site Visits) | | 1/10,11, 12,13,14 | 37.5 | $6,000.00 |
| Communications & Coordination - telcons and emails to/from Monitors, PRPB, USDOJ; Review guidance and documents, SOP's; logistics; scheduling, on-site planning & coordination of demonstrations and interviews | 16 | 12/30, 1/3,15,1 6,18,19, 20,21,23 | | $2,560.00 |
| Teleconference Meetings; Monitors Office and Monitor Team Members | 4 | 1/17, 19,31 | | $640.00 |
| Data and Policy Analysis | 12 | 10/3,4,8, 10,12,25 , 26, 27, 28, 29 | | $1,920.00 |
| FEE WAIVER (PUERTO RICO) | | | 9.5 | -$1,520.00 |
| | US Hours | | PR Hours | |
| Net Hours @ $160/hr. | 32.00 | | 28.00 | $9,600.00 |
| Total Expenses (Air, Hotel, MIE; Meals, Parking, POV miles) | | | | $2,330.50 |
| **Allowable Fee** | | | | $11,930.50 |

**Travel Breakout**          Traveler: Donald S. Gosselin 10/17 - 10/22

TRAVEL BREAKOUT

| Expense | Unit Cost | Units | Column1 | Total |
|---|---|---|---|---|
| Airfare | $ 688.60 | 1 | | $ 688.60 |
| Baggage | $ - | 0 | | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | $ - | 0 | | $ - |
| Ground Transportation (Parking) | $ 14.80 | 5 | | $ 74.00 |
| Ground Transportation (Mileage) | $ 0.56 | 90 | | $ 50.40 |
| Lodging | $ 150.00 | 5 | | $ 750.00 |
| Per Diem (Travel Days) | $ 86.25 | 2 | | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 4 | | $ 460.00 |
| Other: HOTEL TAX ($13.50 + 13.50/day) | $ 27.00 | 5 | | $ 135.00 |
| Total | | | | $ 2,330.50 |

The undersigned, Donald S. Gosselin, Esq. certifies that the amount billed in this invoice is true and correct and corresponds to my duties as a Federal Monitor and related travel expenses. I further certify that I have not received any income, compensation or payment for services from the Commonwealth of Puerto Rico or any of its departments or municipalities

*[signature]*

**Donald S. Gosselin, Esq.**
Principal, MBG North Corp
31-Jan-22

From: **American Airlines** no-reply@info.email.aa.com
Subject: Your trip confirmation and receipt
Date: January 7, 2022 at 18:33
To: Gosselin.intl@gmail.com



# American Airlines

Issued: January 7, 2022

## Your trip confirmation and receipt

Record Locator: **WJECNM**

Manage your trip

---

Monday, January 10, 2022

| PWM | | PHL | Seat: 4C |
|---|---|---|---|
| **12:37** PM | → | **2:19** PM | Class: Economy (S) |
| Portland | | Philadelphia | Meals: |

American Airlines 6193
Operated by Piedmont Airlines as American Eagle

| PHL | SJU | Seat: 13F |
|---|---|---|
| 5:50 ... | 10:40 ... | Class: Economy (S) |
| | | Meals: Refreshments |

5:50 PM → 10:40 PM        Meals: Refreshments

Philadelphia        San Juan

American Airlines 1529

Free entertainment with the American app »

---

Saturday, January 15, 2022

| SJU | PHL | Seat: 3F |
|---|---|---|
| 5:35 AM → | 8:40 AM | Class: Business (I) Meals: Breakfast |
| San Juan | Philadelphia | |

American Airlines 1528

| PHL | PWM | Seat: 4C |
|---|---|---|
| 10:35 AM → | 12:12 PM | Class: Economy (S) Meals: |
| Philadelphia | Portland | |

American Airlines 6193

Operated by Piedmont Airlines as American Eagle

---

Donald Gosselin

AAdvantage # 32A6M16

Ticket # 0012323200326

## Your trip receipt

Exchange Mastercard


XXXXXXXXXXXX1398

**Donald Gosselin**

New fare $1006.40

Taxes and Carrier-imposed fees $68.60

Subtotal $1075.00

Original ticket (incl. taxes/fees)     COACH CLASS FARE →     $(688.60)

Paid $386.40

**Total paid (all passengers)** $386.40

## Baggage information

Checked bags

PWM - SJU

**Online*** | | **Airport** |
1st bag | 2nd bag | 1st bag | 2nd bag
No charge | $40 | No charge | $40

Maximum dimensions: 62 inches / 158 centimeters
Maximum weight: 23 kilograms / 50 pounds

SJU - PWM

**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Dr Donald Gosselin
12 Naomi St
Sebago ME 04029
United States

Marriott Rewards #   839932555

Name:

Arrive:  01-10-22          Time:  23:14          Depart:  01-15-22

Room: 0906
Room Type: EKNG
No. of Guests: 1
Rate:  $   150.00   Clerk: 9993
CRS Number  93733464

Folio Number:  684663

| Date | Description | Charges | Credits |
| --- | --- | --- | --- |
| 01-10-22 | Package | 150.00 | |
| 01-10-22 | Government Tax | 13.50 | |
| 01-10-22 | Hotel Fee | 13.50 | |
| 01-11-22 | COMEDOR- Guest Charge (Breakfast) | 6.21 | |
| 01-11-22 | Package | 150.00 | |
| 01-11-22 | Government Tax | 13.50 | |
| 01-11-22 | Hotel Fee | 13.50 | |
| 01-12-22 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |
| 01-12-22 | Package | 150.00 | |
| 01-12-22 | Government Tax | 13.50 | |
| 01-12-22 | Hotel Fee | 13.50 | |
| 01-13-22 | Comedor - Guest Charge | 3.00 | |
| 01-13-22 | Package | 150.00 | |
| 01-13-22 | Government Tax | 13.50 | |
| 01-13-22 | Hotel Fee | 13.50 | |
| 01-14-22 | COMEDOR- Guest Charge (Breakfast) | 3.30 | |
| 01-14-22 | Package | 150.00 | |
| 01-14-22 | Government Tax | 13.50 | |
| 01-14-22 | Hotel Fee | 13.50 | |
| 01-15-22 | Master Card / Euro Card | | 900.51 |
| | Card # XXXXXXXXXXXX1398 | | |

**COURTYARD** Marriott

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Dr Donald Gosselin
12 Naomi St
Sebago ME 04029
United States

Marriott Rewards # 839932555

Name:

Arrive: 01-10-22        Time: 23:14

Room: 0906
Room Type: EKNG
No. of Guests: 1
Rate: $ 150.00   Clerk: 9993
CRS Number  93733464

Depart: 01-15-22        Folio Number: 684663

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
|      | Balance     |         | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

## Receipt

| | |
|---|---|
| L/R #29 | A Payment No.00016987 |
| T/D #23 | Ticket No.028805 |
| Entry Time | 01/10/2022 (Mon) 10:43 |
| Exit Time | 01/15/2022 (Sat) 12:29 |
| Parking Time | 5Days  1:46 |
| Parking Fee | Rate D   $74.00 |

MASTERCARD

| | |
|---|---|
| Account # | ******************1398 |
| Slip # | 25893 |
| Auth Code | 000026622P |
| Credit Card Amount | $74.00 |

Total                                    $74.00

Thank You for Your Visit
Please Come Again !