**Al Youngs**
**5552 West Lakeridge Road**
**Lakewood, CO 80227**

January 1– January 31, 2022
Invoice No. 31
Member of Federal Monitor Team

| Date | Brief Description | Total Hours |
|---|---|---|
|  | Reviewed and responded to emails and conference calls for the month of January. |  |
| 01/03 01/06 01/17 01/30 01/31 | From Members of the Monitor Team. | 5.0 Hours |
|  |  |  |
| 01/05 01/07 01/18 01/31 | Several meetings and phone calls with Monitor and Deputy Monitor. | 3.0 Hours |
|  |  |  |
|  | During site visit to Puerto Rico: |  |
| 01/11 | Preparation for Supervision and Management and Recruitment interviews at Monitor's Office. |  |
| 01/11 | Review CMR-6 data request. |  |
| 01/11 | Attended live system demonstration on PTMS and discussions at PRPB HQ. |  |
| 01/11 | Reviewed and verified sample list of three years (2019, 2020, 2021) recruit classes information, which were received from Recruitment Division and Interim Director. |  |
| 01/12 01/13 | Supervisor and Management Focus Group: Interviews of a random sample of commanders, supervisors and officers to determine whether these is close and effective supervision. Interviewees will also be asked questions about their use of EIS and other supervisory tools, supervisory ratios, performance evaluations, and training received (Paragraphs 145 and 146). |  |
| 01/14 | Attended status conference with Judge Besosa | 29.0 Hours |

| | | |
|---|---|---|
| 01/02 | Review draft of retaliation questions | 1.0 Hours |
| 01/06 | Provided Supervisory survey questions to David Levy, Samantha, and Denise | 2.5 Hours |
| 01/08 | Provided additional Supervisory survey questions to David Levy, Samantha and Denise | 2.5 Hours |
| 01/19 | Reviewed EIS, transfers, inspections and personnel integrity paragraphs with David Levy reference these topics. | 3.0 Hours |
| 01/21 | Additional review of personnel evaluations completed by Supervisors of their subordinates and the Pro-Media System. | 3.0 Hours |
| 01/28 | Reviewed Recruitment Strategic Plan and Recruitment data from October 1, 2020 until March 31, 2021 | 3.0 Hours |
| 01/29 | Reviewed Inspection Division Manual and reviewed completed inspections, and Paragraph 158 for future meeting with SARP after the beginning of 2022. Reviewed Feedback Form received from PRPB reference their participation in the Criminal Justice System | 3.0 Hours |
| 01/29 | Reviewed complaints against Supervisors sent by PRPB | 2.0 Hours |
| 01/30 | Reviewed and sent to Sam and Denise examples of six law enforcement agencies' EIS systems. | 3.0 Hours |

**TOTAL HOURS:   60**

Billable Hours:     60 Hours at a Rate of $165.00 Per Hour = $9,900.00

**Total:**           **$9,900.00**

**TOTAL WAGES AND EXPENSE REIMBURSEMENT**          $     **11,756.10**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_____                                  _____1/31/2022_____
Signature                                                                        Date



# Office of the Technical Compliance Advisor Travel Reimbursement Form

Enter all required information below to obtain travel reimbursement. If spending did not occur in a category, please enter zeros. Zeros will likely need to be entered for one or more of the ground transportation options. The "Total" column of the table will update based on the information entered into the "Unit Cost" and "Units" columns. To update the "Total" column, click CTRL+A and then F9. Receipts for airfare, lodging, ground transportation, and PCR testing must be submitted with this form. Submit the Travel Reimbursement Form and accompanying receipts to Javier Gonzalez (Javier.benito@me.com) with the Chief Monitor (jrrjjr.romero@gmail.com) and/or his designee copied along with your monthly invoice.

**Traveler Name:** Alan C. You

**Travel Start Date:** 01/10/2022  **Travel End Date:** 01/14/2022

**Purpose of Travel:** Puerto Rico

| Travel Reimbursement | | | |
|---|---|---|---|
| | Unit Cost | Units | Total |
| **Airfare** | $429.30 | 1 | $ 429.30 |
| **Airfare** | $201.30 | 1 | $ 201.30 |
| | | | |
| **Baggage** | | | |
| **Ground Transportation (Uber/Lyft/Taxi)** | $0.00 | 0 | $ 0.00 |
| **Ground Transportation (Parking)** | $0.00 | 0 | $ 0.00 |
| **Ground Transportation (Mileage)** | $0.00 | 0 | $ 0.00 |
| **Lodging** | $177.00 | 4 | $ 708.00 |
| **Per Diem (Travel Days)** | $86.25 | 2 | $ 172.50 |
| **Per Diem (Full Days)** | $115.00 | 3 | $ 345.00 |
| **PCR Testing** | $100.00 | 0 | $ 0.00 |
| **Total** | | | $ 1856.10 |

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

Page **1** of 1



# Past flight details

The receipt information below does not include any add ons during purchase, flight changes, flight cancellations, or in-flight purchases.

JAN 10                                                                                                          **Confirmation #42296L**

 **San Juan, PR**

Denver, CO to San Juan, PR

## Summary

| PASSENGER | POINTS EARNED | FARE TOTAL |
|---|---|---|
| Alan Youngs | +2,963 PTS | $429.30 |

## Pricing details

| ROUTING | DATE | FARE TYPE | POINTS EARNED | FARE |
|---|---|---|---|---|
| **DEN to SJU** | **1/10/22** | **Wanna Get Away®** | +2,963 PTS | $395.00 |
| | | | Taxes & fees | $34.30 |

|  |  |
|---|---|
| Total | **$429.30** |
| Total points earned | **+2,963** PTS |



## Past flight details

The receipt information below does not include any add ons during purchase, flight changes, flight cancellations, or in-flight purchases.

JAN 14                                                                                              **Confirmation #4PGAHD**

✈ Denver, CO

San Juan, PR to Denver, CO

## Summary

| PASSENGER | POINTS EARNED | FARE TOTAL |
|---|---|---|
| Alan Youngs | +1,253 PTS | $201.30 |

## Pricing details

| ROUTING | DATE | FARE TYPE | POINTS EARNED | FARE |
|---|---|---|---|---|
| SJU to DEN | 1/14/22 | Wanna Get Away® | +1,253 PTS | $167.00 |
| | | | Taxes & fees | $34.30 |

|  |  |
|---|---|
| Total | $201.30 |
| Total points earned | +1,253 PTS |

COURTYARD® Marriott

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Alan Youngs
5552 W Lakeridge Rd
Lakewood CO 80227
United States

Room: 0907
Room Type: EKNG
No. of Guests: 1
Rate:  $   150.00   Clerk: 5

Marriott Rewards #   119330892

CRS Number  71925807

Name:

Arrive:  01-10-22          Time:  23:59          Depart:  01-14-22          Folio Number:  682648

| Date | Description | Charges | Credits |
|---|---|---|---|
| 01-10-22 | Package | 150.00 | |
| 01-10-22 | Government Tax | 13.50 | |
| 01-10-22 | Hotel Fee | 13.50 | |
| 01-11-22 | Package | 150.00 | |
| 01-11-22 | Government Tax | 13.50 | |
| 01-11-22 | Hotel Fee | 13.50 | |
| 01-12-22 | Comedor - Guest Charge | 4.00 | |
| 01-12-22 | Package | 150.00 | |
| 01-12-22 | Government Tax | 13.50 | |
| 01-12-22 | Hotel Fee | 13.50 | |
| 01-13-22 | COMEDOR- Guest Charge (Breakfast) | 5.14 | |
| 01-13-22 | Package | 150.00 | |
| 01-13-22 | Government Tax | 13.50 | |
| 01-13-22 | Hotel Fee | 13.50 | |
| 01-14-22 | Comedor - Guest Charge | 0.79 | |
| 01-14-22 | Visa Card | | 717.93 |

*Card #  XXXXXXXXXXXX5094*

COURTYARD®  
Marriott.

Courtyard by Marriott  
San Juan - Miramar  
guest.service@courtyard.com

801 Ponce de Leon Ave.  
San Juan, PR. 00907  
T 787.721.7400  
F 787.723.0068

Mr Alan Youngs  
5552 W Lakeridge Rd  
Lakewood CO 80227  
United States

Room: 0907  
Room Type: EKNG  
No. of Guests: 1  
Rate:  $   150.00   Clerk: 5

Marriott Rewards #    119330892

CRS Number  71925807

Name:

Arrive:   01-10-22        Time:   23:59        Depart:   01-14-22        Folio Number:   682648

| Date | Description | Charges | Credits |
|---|---|---|---|
| | | Balance | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.