# Rafael Ruiz Consulting

12 Crestshire Dr.
Lawrence, MA 01843

PHONE: 6177599156   stodgo1971@yahoo.com   12 Crestshire Dr.

## INVOICE

INVOICE NUMBER: 2022-01
INVOICE DATE: 1/31/2022

Federal Police Monitor for PR
VIG Tower, PH-924
1225 Ponce De Leon Ave.
San Juan, PR 00907

RAFAEL E. RUIZ CONSULTING

| DATE | PROJECT | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: FPM work from Home | | | |
| 1/3/2022 | FPM work from Home | FPM bi-weekly Zoom meeting | 1.25 | $165.00 | $206.25 |
| 1/18/2022 | FPM work from Home | Write up interviews/info from PR January visits | 2.50 | $165.00 | $412.50 |
| 1/22/2022 | FPM work from Home | Review data sent by PRPB for February site visit | 2.00 | $165.00 | $330.00 |
| 1/23/2022 | FPM work from Home | Review/analyse data sent by PRPB for February site visit | 3.50 | $165.00 | $577.50 |
| 1/24/2022 | FPM work from Home | Review/analyse data sent by PRPB for February site visit | 4.50 | $165.00 | $742.50 |
| 1/25/2022 | FPM work from Home | Re-review PRPB GO 600-619 | 2.00 | $165.00 | $330.00 |
| 1/31/2022 | FPM work from Home | FPM Bi-weekly Zoom meeting | 1.50 | $165.00 | $247.50 |
| | | TOTAL: FPM work from Home | | | $2,846.25 |
| | | PROJECT: FPM work from PR (Site Visits) | | | |
| 1/11/2022 | FPM work from PR (Site Visits) | Site visit to PR- meetings; interviews | 8.00 | $165.00 | $1,320.00 |
| 1/12/2022 | FPM work from PR (Site Visits) | Site visit- Meetings, Interviews | 8.00 | $165.00 | $1,320.00 |
| 1/13/2022 | FPM work from PR (Site Visits) | Site visit- interviews, meetings | 8.00 | $165.00 | $1,320.00 |
| 1/14/2022 | FPM work from PR (Site Visits) | Federal Court Status Hearing | 5.00 | $165.00 | $825.00 |
| | | TOTAL: FPM work from PR (Site Visits) | | | $4,785.00 |
| | | PROJECT: FPM-PR Expenses | | | |
| 1/10/2022 | FPM-PR Expenses | (Travel, hotel, and meals) Ground transportation home to airport | 1.00 | $58.31 | $58.31 |
| 1/14/2022 | FPM-PR Expenses | (Travel, hotel, and meals) Air Travel to/from PR | 1.00 | $353.40 | $353.40 |
| 1/14/2022 | FPM-PR Expenses | (Travel, hotel, and meals) Ground transportation Airport to home | 1.00 | $40.78 | $40.78 |

INVOICE NUMBER: 2022-01

| DATE | PROJECT | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | TOTAL: FPM-PR Expenses | | | $452.49 |
| | | PROJECT: FPM-PRPB Per Diem Full Days Expenses | | | |
| 1/31/2022 | FPM-PRPB Per Diem Full Days Expenses | Per Diem 3 days (Tues, Wed, Thurs) | 0.00 | $115.00 | $345.00 |
| | | TOTAL: FPM-PRPB Per Diem Full Days Expenses | | | $345.00 |
| | | PROJECT: Lodging (FPM-PR) | | | |
| 1/14/2022 | Lodging (FPM-PR) | (Travel, hotel, and meals) 4 nights hotel lodging @$177/night | 4.00 | $177.00 | $708.00 |
| | | TOTAL: Lodging (FPM-PR) | | | $708.00 |
| | | PROJECT: Per Diem Travel Days | | | |
| 1/31/2022 | Per Diem Travel Days | Per diem travel 2 days | 0.00 | $86.25 | $172.50 |
| | | TOTAL: Per Diem Travel Days | | | $172.50 |
| | | Total hours for this invoice | 46.25 | | |

| INVOICE BALANCE INFORMATION | |
|---|---|
| Total amount of this invoice | $9,309.24 |
| Current invoice balance | $9,309.24 |

| AMOUNT DUE ON THIS INVOICE: $9,309.24 |
|---|

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for sdervices rendered under employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*[signature]*                                                                                     January 31, 2022

## Office of the TCA - Travel Reimbursement Form



Traveler Name: Every One  Rafael E. Ruiz
Travel Dates: January 10-14, 2022
Purpose of Travel: On-Site

### Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 353.40 | 1 | $ 353.40 |
| Baggage | $ - | 0 | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | $ 99.09 | 1 | $ 99.09 |
| Ground Transportation (Parking) | | 1 | $ - |
| Ground Transportation (Mileage) | | 60 | $ - |
| Lodging | $ 177.00 | 4 | $ 708.00 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 3 | $ 345.00 |
| Other: | $ - | 0 | $ - |
| Total | | | $ 1,677.99 |

# Uber

January 10, 2022

## Thanks for tipping, Rafael

We hope you enjoyed your ride this evening.

| | |
|---|---|
| **Total** | **$58.31** |

| | |
|---|---|
| Trip fare | $38.40 |

| | |
|---|---|
| **Subtotal** | **$38.40** |
| Callahan Tunnel | $2.65 |
| Booking Fee | $2.35 |
| Airport Facility Charge | $3.25 |
| Tips | $11.66 |

## Payments

| | | |
|---|---|---|
| Uber | Uber Cash<br>1/10/22 10:47 AM | $46.65 |
| Uber | Uber Cash<br>1/10/22 11:20 AM | $11.66 |

Visit the trip page for more information, including invoices (where available)

---

You rode with Junior

UberX   30.05 miles | 30 min

10:17 AM | 7 Crestshire Dr, Lawrence, MA 01843, US

10:47 AM | Logan Airport Terminal B & Terminal Access Rd, Boston, Massachusetts 02128, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.



**JANUARY 14, 2022 AT 7:26 PM**

# Thanks for riding with Jean!



100% of tips go to drivers. **Add a tip**

| | |
|---|---:|
| Lyft fare (17.50mi, 37m 53s) | $40.78 |

---

 Apple Pay (MasterCard) — **$40.78**

**We haven't charged you for this ride yet.**
The charge for this ride will be combined with any other rides you take on January 14, 2022. You'll receive a receipt combining all of your day's charges, whenever you take more than one ride in a single day.



● **Pickup** 7:26 PM

300 Terminal Dr, Broward, FL

● **Drop-off** 8:04 PM

**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Rafael Ruiz
12 Crestshire Dr
Lawrence MA 01843
United States

Room: 0501
Room Type: KSTE
No. of Guests: 1
Rate: $ 150.00  Clerk: 8

Marriott Rewards #   232084256

CRS Number  86900821

Name:

Arrive:  01-10-22          Time:  19:04          Depart:  01-14-22          Folio Number:  683993

| Date | Description | Charges | Credits |
|---|---|---|---|
| 01-10-22 | Package | 150.00 | |
| 01-10-22 | Government Tax | 13.50 | |
| 01-10-22 | Hotel Fee | 13.50 | |
| 01-11-22 | Package | 150.00 | |
| 01-11-22 | Government Tax | 13.50 | |
| 01-11-22 | Hotel Fee | 13.50 | |
| 01-12-22 | Package | 150.00 | |
| 01-12-22 | Government Tax | 13.50 | |
| 01-12-22 | Hotel Fee | 13.50 | |
| 01-13-22 | Comedor - Guest Charge | 3.00 | |
| 01-13-22 | Package | 150.00 | |
| 01-13-22 | Government Tax | 13.50 | |
| 01-13-22 | Hotel Fee | 13.50 | |
| 01-14-22 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |
| 01-14-22 | American Express | | 714.00 |

*Card #  XXXXXXXXXXX3007*

**COURTYARD**®
**Marriott**®

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Rafael Ruiz
12 Crestshire Dr
Lawrence MA 01843
United States

Room: 0501
Room Type: KSTE
No. of Guests: 1
Rate:  $   150.00   Clerk: 8

Marriott Rewards #   232084256

CRS Number  86900821

Name:

Arrive:  01-10-22          Time:  19:04          Depart:  01-14-22          Folio Number:  683993

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
|      | Balance     |         | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

JetBlue® Mastercard® Statement

RAFAEL E RUIZ | Account Ending 9796 | Statement Period 11/27/21-12/26/21    Page 2 of 5

## Transactions

| Transaction Date | Posting Date | Description | TrueBlue Points | Amount |
|---|---|---|---|---|
| **Payments** | | | | |
| Dec 23 | Dec 23 | PAYMENT RECV'D CHECKFREE | N/A | -$1,000.00 |
| **Total payments for this period** | | | N/A | -$1,000.00 |
| **Purchase Activity for RAFAEL E RUIZ card ending 9796** | | | | |
| Dec 01 | Dec 02 | WWW COSTCO COM          800-955-2292 WA | 850 | $849.99 |
| Dec 22 | Dec 22 | SAFETY INS PREMIUM      800-951-2100 MA | 345 | $344.95 |
| Dec 21 | Dec 22 | LEMICOM 2              LAWRENCE    MA | 187 | $187.00 |
| Dec 22 | Dec 23 | THE HANOVER INSU   CE   5175462160  MA | 800 | $800.00 |
| Dec 24 | Dec 26 | JETBLUE   27921808707273 8005382583   UT RUIZ/RAFAEL ENRIQUE MR 01/10/2022 BOS SJU Agency:  #27921808707273 | 538 | $179.20 |
| Dec 24 | Dec 26 | JETBLUE   27921808708673 8005382583   UT RUIZ/RAFAEL ENRIQUE MR 01/15/2022 SJU FLL Agency:  #27921808708673 | 523 | $174.20 |
| **Total purchase activity for this period** | | | 3,243 | $2,535.34 |

▸ *To see activity after this statement period, visit jetbluemastercard.com*

## Fees and Interest

| Transaction Date | Posting Date | Description | Amount |
|---|---|---|---|
| **Fees Charged** | | | |
| | | No fees charged for this period | $0.00 |
| **Total fees for this period** | | | $0.00 |
| **Interest Charged** | | | |
| Dec 26 | Dec 26 | Interest Charge On Purchases | $40.88 |
| **Total interest for this period** | | | $40.88 |

### 2021 Year-to-Date Totals

| | |
|---|---|
| **Total fees charged in 2021** | $0.00 |
| **Total interest charged in 2021** | $93.10 |

*This Year-to-date summary reflects the Fees and Interest charged on billing statements with closing dates in 2021, and does not reflect any subsequent fee and/or interest adjustments.*

038148 2/5

Visit jetbluemastercard.com or use the Barclays Mobile App