**INVOICE 0083 FOR PROFESSIONAL SERVICES; DEC 16, 2021, THROUGH JAN 31, 2022**
**RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC, 13932 SOUTH SPRINGS DR, CLIFTON VA 20124**

TO:  **Federal Monitor**
     **Puerto Rico Police Department Consent Decree**

The invoice for professional services rendered by Crystal Reef LLC (Monitoring Core Team) for Jan 2022 is detailed as follows:

| Task Performed | US Hours | Dates | PR Hours | Billable Amount |
|---|---|---|---|---|
| On-Site Meetings and Assessments - Puerto Rico Labor Hours | | JAN-12,13,14 | 24.00 | $3,960.00 |
| Communications & Coordination - telcons and emails to/from Monitors, PRPB, USDOJ, Special Master, Detail and propose risk assessments to the FM and DoJ, plan and prep COVID testing, review of court proceedings and scheduling of IT reviews, February on-site planning | 7.5 | DEC-16,19, JAN-1,2,3,5,6,8,9, 15,18,19,20, 23,24,25,26, 27,28,30,31 | | $1,237.50 |
| CMR-5; Per Monitor/PRPB - reevaluate monitor compliance assessment of IT Record Management System especially against Paragraph 243 of the Decree, Re-draft narrative paragraphs in IT sections for Para. 218. compare with previously reviewed observations, consider revising compliance targets, reconcile against Court approved methodologies, reconsider paragraph dependencies on IT solutions in order to rethink separation of IT from Decree process section in the other 10 areas.  Review and respond to PRPB & DoJ comments concerning latest draft of CMR5 Assessment.  Redraft CMR 5 section following Monitors input. Review Final for accuracy and alignment | 6.25 | DEC-16, JAN-1,2,3 | | $1,031.25 |
| Teleconference Meetings; Review modifications to CMR 5, review separation of technology from processes during CMR 6. | 0.5 | DEC-16 | | $82.50 |
| Judge Besosa Status Brief - prepare, coordinate, and reconcile IT materials for review, gather IT management artifact Samples for USDOJ and PRPB | 6.5 | DEC-17,18, 19,22, JAN-2,3,4, 22,23,27 | | $1,072.50 |
| January Field Technology Demonstrations; preparation, planning, logistics, correspondence | 2.25 | DEC-26,28, JAN-1,2 | | $371.25 |
| Teleconference Meetings (Bi-Weekly) with Monitors Office | 3.75 | JAN-3,17,31 | | $618.75 |
| Draft, prepare and proposed revisions to IT assessment pursuant to paragraph 249, crosswalk decree, semi-annual reports, and assessment methodology | 4 | JAN - 1,15,17,18,19, | | $660.00 |

1

| | | | | |
|---|---|---|---|---|
| Virtual Meeting with Reforma, Virtual Demo of EIS | 4 | JAN-11 | | $660.00 |
| Court action - review and comment on IT Action Plan. Teleconference with DoJ to review response. Redraft Comments for submission IAW Court due date on Jan 31. | 9.5 | JAN-21,23,24,31 | | $1,567.50 |
| | | | | |
| Net Hours @ $165/hr. | 44.25 | | 24.00 | $11,261.25 |
| Total Expenses (Air, Hotel, MIE; Meals, Parking, POV miles) | | | | $1,678.77 |
| Allowable Fee | | | | $12,940.02 |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

INVOICE PRESENTED BY: _____ : Scott Cragg, Monitoring Core Team

## Office of the TCA - Travel Reimbursement Form

**Traveler Name:** Scott Cragg
**Travel Dates:** Jan 11 - Jan 14 2022
**Purpose of Travel:** On-Site Monitoring

### Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 661.61 | 1 | $ 661.61 |
| Baggage | $ - | 0 | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | $ 16.46 | 1 | $ 16.46 |
| Ground Transportation (Parking) | $ - | 5 | $ - |
| Ground Transportation (Mileage) | $ 0.56 | 120 | $ 67.20 |
| Lodging | $ 177.00 | 3 | $ 531.00 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 2 | $ 230.00 |
| Other: | $ - | 0 | $ - |
| Total | | | $ 1,678.77 |

**JANUARY**

| | | | |
|---|---|---|---|
| **DCA** Washington, DC  Terminal: B | **MCO** Orlando, FL | Date<br>Departs<br>Arrives<br>Flight | Tue, Jan 11<br>3:58pm<br>6:30pm<br>2323 |

**jetBlue**

| | | | |
|---|---|---|---|
| **MCO** Orlando, FL  Terminal: A | **SJU** San Juan, PR | Date<br>Departs<br>Arrives<br>Flight | Tue, Jan 11<br>8:08pm<br>11:59pm<br>1433 |

**jetBlue**

| | | | |
|---|---|---|---|
| **SJU** San Juan, PR  Terminal: A | **DCA** Washington, DC | Date<br>Departs<br>Arrives<br>Flight | Fri, Jan 14<br>7:03pm<br>9:59pm<br>1348 |

**jetBlue**

**If your booking was made at least 7 days in advance:** You may cancel it within 24 hours for a full refund to your original form of payment, without a cancellation fee.

**JetBlue Change/Cancel Policy:** There is no fee to change (or cancel) Blue, Blue Extra, Blue Plus or Mint fares. Blue Basic fares booked Jun 8 2021 - Aug 24 2021 and after Nov 1 2021 are subject to a change/cancel fee of $100 for travel wholly within the U.S., Caribbean, Mexico or Central America, or $200 for all other routes. There are no change/cancel fees for Blue Basic fares booked before Jun 8 2021 or between Aug 25 2021 - Oct 31 2021.

Fare difference may apply and funds may be issued as a JetBlue Travel Bank credit, valid for 12 months on any JetBlue-operated flight. As a Mosaic, same-day switches may be made without a fee or fare difference. Click here for details on our change and cancel policies.

*Handwritten notes:*
- 1/11  162.51
- 1/15  176.99
- 1/10  JB  163.20
- JAN — 1/11   8.83
- 12/13  447.99

ticket counter on your day of travel, and other baggage restrictions may apply.

**Seat:** 8C

**Notes:** Even More Speed



Get up to 7" more legroom, a fast lane to the TSA checkpoint (select cities), and early boarding—all the better to nab that overhead bin.

**Add Even More Space** ▶

*JetBlue*

## Payment Details

| | | |
|---|---|---|
| XXXXXXXXXX3831 | USD597.51<br>NONREFUNDABLE<br>NONREF | $597.51 |
| | Taxes & fees | $64.10 |
| | **Total:** | **$661.61**<br>**USD** |

Purchase Date: Dec 9, 2021

Request full receipt

**Subject:** [Business] Your Wednesday morning trip with Uber
**Date:** Tuesday, January 11, 2022 at 11:25:00 PM Eastern Standard Time
**From:** Uber Receipts
**To:** spcragg@verizon.net

Total **$16.46**
January 11, 2022

# Thanks for tipping, scott

Here's your updated Wednesday morning ride receipt.

## Total         $16.46

You earned 29 points on this trip

| | |
|---|---|
| Trip fare | $11.31 |
| **Subtotal** | **$11.31** |
| Booking Fee | $0.65 |
| Airport Fee | $3.00 |

**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Scott Cragg
13932 S Springs Dr
Clifton VA 20124
United States

Room: 0307
Room Type: EKNG
No. of Guests: 1
Rate: $ 150.00  Clerk: 8

Marriott Rewards #    797225828

CRS Number  98394775

Name:

Arrive:  01-11-22     Time: 23:59     Depart: 01-14-22     Folio Number: 682139

| Date | Description | Charges | Credits |
|---|---|---|---|
| 01-11-22 | Package | 150.00 | |
| 01-11-22 | Government Tax | 13.50 | |
| 01-11-22 | Hotel Fee | 13.50 | |
| 01-12-22 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 01-12-22 | Package | 150.00 | |
| 01-12-22 | Government Tax | 13.50 | |
| 01-12-22 | Hotel Fee | 13.50 | |
| 01-13-22 | Comedor - Guest Charge | 4.00 | |
| 01-13-22 | Package | 150.00 | |
| 01-13-22 | Government Tax | 13.50 | |
| 01-13-22 | Hotel Fee | 13.50 | |
| 01-14-22 | COMEDOR- Guest Charge (Breakfast) | 2.00 | |
| 01-14-22 | Visa Card | | 541.00 |

Card # XXXXXXXXXXXX6833

Balance     0.00 USD

*531⁰⁰* (handwritten, circled)

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today. Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.