**CORREA ACEVEDO & ABESADA LAW OFFICES, PSC**
Centro Internacional de Mercadeo - II
90 Carr. 165 Suite 407
Guaynabo, PRI 00968
USA

February 1, 2022
Invoice # 19225

**United States v. Commonwealth of Puerto Rico**
**Police Reform, Case No. 12-2039 (GAG)**

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/3/2022 | RAA | Review motion by PRPB to make Special Master invoices unrestricted. | 0.10 225.00/hr | 22.50 |
| | RAA | Email motion to J. Romero and D. Rodriguez. | 0.10 225.00/hr | 22.50 |
| | RAA | Review and respond to email from A. Del Carmen. | 0.20 225.00/hr | 45.00 |
| | RAA | Review emails from D. Rodriguez and S. Rhinerson. | 0.20 225.00/hr | 45.00 |
| | RAA | Review and analyze budget analysis prepared by L. Hidalgo. | 0.80 225.00/hr | 180.00 |
| | RAA | Plan and prepare for biweekly meeting. | 0.40 225.00/hr | 90.00 |
| | RAA | Appear and attend biweekly videocall.  Postconference call with monitor. | 1.90 225.00/hr | 427.50 |
| | RAA | Review email from J. Gonzalez. | 0.10 225.00/hr | 22.50 |
| | RAA | Review email from D. Rodriguez. | 0.10 225.00/hr | 22.50 |
| 1/4/2022 | RAA | Plan and prepare for videoconference on community survey. | 0.60 225.00/hr | 135.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/4/2022 | RAA | Attend videocall. | 2.00<br>225.00/hr | 450.00 |
| | RAA | Review emails exchanged related various matters. | 0.30<br>225.00/hr | 67.50 |
| 1/5/2022 | RAA | Revise memorandum sent by special master.  Exchange of emails with D. Rodriguez and J. Romero regarding the same. | 0.90<br>225.00/hr | 202.50 |
| | RAA | Telephone call from J. Romero. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review exchange of electronic communications by Special Master, D. Rodriguez, USDOJ and J. Romero. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review email from L. Saucedo with changes to survey and questionnaire and proposed questions. | 0.20<br>225.00/hr | 45.00 |
| 1/7/2022 | RAA | Review emails from D. Rodriguez and J. Vázquez. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review electronic communications with Special Master and J. Romero | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review draft topics for next hearing. | 0.20<br>225.00/hr | 45.00 |
| 1/10/2022 | RAA | Review order on motion to unrestrict invoices. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review and respond to emails from A. Del Carmen and D. Rodriguez regarding the same. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review emails from L. Saucedo, D. Rodriguez, and A. Del Carmen. | 0.30<br>225.00/hr | 67.50 |
| 1/11/2022 | RAA | Plan and prepare for meeting at Reform Office.  Participate in meeting via videoconference. Post meeting communications with J. Romero and D. Rodriguez. Telephone call from J. Romero. | 2.60<br>225.00/hr | 585.00 |
| | RAA | Review emails from L. Saucedo, D. Rodriguez, J. Vázquez, and A. Del Carmen. | 0.30<br>225.00/hr | 67.50 |
| 1/12/2022 | RAA | Review Motion to Restrict. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review Motion Submitting Translations. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review translations. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review Motion in Compliance with Order, Motion to Restrict and Exhibits. | 0.30<br>225.00/hr | 67.50 |

Page     3

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/12/2022 | RAA | Review and respond to email from A. Del Carmen. | 0.10 225.00/hr | 22.50 |
| | RAA | Review emails from D. Rodriguez. | 0.20 225.00/hr | 45.00 |
| 1/13/2022 | RAA | Plan and prepare for videoconference with parties. | 0.50 225.00/hr | 112.50 |
| | RAA | Appear and attend videoconference with parties. | 1.50 225.00/hr | 337.50 |
| | RAA | Plan and prepare for meeting with monitor, special master, and judge. | 0.60 225.00/hr | 135.00 |
| | RAA | Review orders on the various motions filed by PRPB yesterday. | 0.20 225.00/hr | 45.00 |
| | RAA | Appear and attend meeting at federal courthouse. | 2.80 225.00/hr | 630.00 |
| | RAA | Plan and prepare for hearing tomorrow. | 2.60 225.00/hr | 585.00 |
| | SL | Assist in preparation for hearing tomorrow. | 1.00 90.00/hr | 90.00 |
| 1/14/2022 | RAA | Review emails from D. Rodriguez and A. Del Carmen re: benchmark order. | 0.20 225.00/hr | 45.00 |
| | RAA | Review and analyze outline prepared by D. Rodriguez for hearing today. | 0.30 225.00/hr | 67.50 |
| | RAA | Further preparation prior to hearing. | 1.50 225.00/hr | 337.50 |
| | RAA | Appear and attend federal court hearing. | 4.40 225.00/hr | 990.00 |
| | RAA | Review emails from D. Rodriguez and PRPB. | 0.20 225.00/hr | 45.00 |
| 1/16/2022 | RAA | Telephone call from J. Romero. | 0.30 225.00/hr | 67.50 |
| | RAA | Review email from D. Rodriguez. | 0.10 225.00/hr | 22.50 |
| 1/17/2022 | RAA | Review email from counsel of PRPB with production of documents regarding budget.  Review documents. | 0.50 225.00/hr | 112.50 |
| | RAA | Plan and prepare for team videoconference today. | 0.40 225.00/hr | 90.00 |

Page    4

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/17/2022 | RAA | Appear and attend team videoconference. | 1.40 225.00/hr | 315.00 |
| 1/18/2022 | RAA | Review emails from team members with 253 meeting agenda.  Review agenda. | 0.40 225.00/hr | 90.00 |
| | RAA | Further review and analysis of documents produced by PRPB in various emails. | 1.20 225.00/hr | 270.00 |
| | RAA | Review emails from J. González.  Telephone call with J. González. | 0.40 225.00/hr | 90.00 |
| | RAA | Review emails from PRPB. | 0.20 225.00/hr | 45.00 |
| | RAA | Review transcript request by PRPB. | 0.10 225.00/hr | 22.50 |
| | RAA | Review email from D. Rodriguez. | 0.10 225.00/hr | 22.50 |
| | RAA | Review email and new revised survey. | 0.40 225.00/hr | 90.00 |
| | RAA | Review order granting transcript request. | 0.10 225.00/hr | 22.50 |
| | RAA | Review email from A. Del Carmen. | 0.10 225.00/hr | 22.50 |
| 1/19/2022 | RAA | Review emails exchanged related to latest draft of community survey questionnaire. | 0.20 225.00/hr | 45.00 |
| | RAA | Review email from D. Rodriguez. | 0.10 225.00/hr | 22.50 |
| | RAA | Review emails from A. Del Carmen. | 0.20 225.00/hr | 45.00 |
| | RAA | Review and respond to emails from D. Rodríguez and J. Romero. | 0.30 225.00/hr | 67.50 |
| | RAA | Review order on motion to restrict. | 0.10 225.00/hr | 22.50 |
| | RAA | Review and respond to emails from L. Saucedo. | 0.20 225.00/hr | 45.00 |
| | RAA | Review email from D. Rodríguez . | 0.10 225.00/hr | 22.50 |
| 1/20/2022 | YMT | Prepare and file motion for disbursement of funds. Revise invoices to be included as exhibits. | 0.70 150.00/hr | 105.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/20/2022 | YMT | Review and answer email from Javier Gonzalez regarding change of an invoice to be included with the motion for disbursement of funds. | 0.20 150.00/hr | 30.00 |
|  | RAA | Review and respond to emails from L. Saucedo. | 0.20 225.00/hr | 45.00 |
|  | RAA | Review motion submitting response by PRPB to CMR-5. | 0.10 225.00/hr | 22.50 |
|  | RAA | Review response to CMR-5.  Email to J. Romero and D. Rodriguez regarding the same. | 0.60 225.00/hr | 135.00 |
|  | RAA | Review emails from P. Febo and J. Vázquez. | 0.20 225.00/hr | 45.00 |
|  | RAA | Review email from S. Rhinerson. | 0.10 225.00/hr | 22.50 |
| 1/21/2022 | RAA | Review general order on arrests for immigrations. Review, analyze and study definition from PRPB of "detention".  Legal research on the concept and provide comments and recommendations to monitor. | 1.40 225.00/hr | 315.00 |
|  | RAA | Review order on Motion Submitting. | 0.10 225.00/hr | 22.50 |
|  | RAA | Review and respond to email from A. Del Carmen. | 0.20 225.00/hr | 45.00 |
|  | RAA | Review email from J. Gonzalez. | 0.10 225.00/hr | 22.50 |
|  | RAA | Review budget analysis. | 0.30 225.00/hr | 67.50 |
|  | RAA | Review emails from PRPB. | 0.20 225.00/hr | 45.00 |
| 1/24/2022 | RAA | Review emails from USDOJ, PRPB, special master, and team members. | 0.30 225.00/hr | 67.50 |
|  | RAA | Review and respond to emails from D. Rodriguez. | 0.20 225.00/hr | 45.00 |
| 1/25/2022 | RAA | Review emails from PRPB, Special Master, team members, and provider on community survey. | 0.30 225.00/hr | 67.50 |
| 1/28/2022 | RAA | Review minute of proceedings.  Email the same to J. Romero and D. Rodriguez. | 0.20 225.00/hr | 45.00 |
|  | RAA | Review and respond to email inquiry from D. Rodriguez. | 0.20 225.00/hr | 45.00 |
|  | RAA | Review emails from PRPB, special master, team members. | 0.40 225.00/hr | 90.00 |

|            |     |                                                                                          | Hrs/Rate           | Amount      |
|------------|-----|------------------------------------------------------------------------------------------|--------------------|-------------|
| 1/28/2022  | RAA | Review USDOJ's transcript request.                                                       | 0.10 225.00/hr     | 22.50       |
|            | RAA | Review order granting request.                                                           | 0.10 225.00/hr     | 22.50       |
| 1/31/2022  | RAA | Plan and prepare for team meeting and for conference call with PRPB and USDOJ to discuss GO-626. | 1.20 225.00/hr     | 270.00      |
|            | RAA | Appear and attend team videoconference and videoconference to discuss GO-626.           | 2.20 225.00/hr     | 495.00      |
|            | RAA | Review and respond to email from S. Rhinerson.  Revise new draft of GO-626.             | 0.40 225.00/hr     | 90.00       |
|            | RAA | Review and respond to further emails from D. Rodriguez.  Review of meeting and court minutes and deadlines. | 0.40 225.00/hr     | 90.00       |
|            | RAA | Review and respond to further emails from D. Rodriguez.  Review of meeting and court minutes and deadlines. | 0.40 225.00/hr     | 90.00       |
|            | RAA | Review emails from USDOJ and Special Master.                                             | 0.20 225.00/hr     | 45.00       |
| **For professional services rendered** | | | **47.30** | **$10,440.00** |

Timekeeper Summary

| Name                   | Hours | Rate   | Amount      |
|------------------------|-------|--------|-------------|
| Roberto Abesada Agüet  | 45.40 | 225.00 | $10,215.00  |
| Stephanie Leon         | 1.00  | 90.00  | $90.00      |
| Yesenia Medina Torres  | 0.90  | 150.00 | $135.00     |

WE HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN OUR CAPACITY AS THE FIRM SERVING AS GENERAL COUNSEL OF THE FEDERAL MONITOR'S OFFICE. WE FURTHER CERTIFY THAT WE HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH OF PUERTO RICO, OR ANY OF ITS DEPARTMENTS, MUNICIPALITIES OR AGENCIES.