| Inv 0122 | Invoice: Rita J. Watkins    Date: January 31, 2022 | | | | |
|---|---|---|---|---|---|
| | Task Performed | US Hours | Dates | PR Hours | Billable Amount |
| | On-Site Puerto Rico Labor Hours | | 01/10,11,12,13,14 | 32.00 | $5,120.00 |
| | Communications & Coordination - telcons and emails to/from Monitors, PRPB, USDOJ, Special Master; policies, SOP's; logistics; scheduling, on-site planning & coordination of interviews, Consulate coordination | 3 | 01/3,5,15,16,17,21,23,24,25,28,29,30 | | $480.00 |
| | Teleconference Meetings: Monitor Team, Deputy Monitor | 4 | 01/03,17 (2hrs), 31 | | $640.00 |
| | Policy & Protcol review; GO 600-622 | 1 | 1/24 | | $160.00 |
| | Report writing - research related articles Domestic Violence | 2 | 01/28 | | $320.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | Net Hours @ $160/hr. | 10.00 | | 32.00 | $6,720.00 |
| | Total Expenses (Air, Hotel, MIE; Meals, Parking, POV miles) | | | | $2,156.02 |
| | Allowable Fee | | | | $8,876.02 |
| | I hereby certify that the amount billed in this invoice is true and correct and reponds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities, or agencies. | | | | |
| | *Rita J. Watkins*    01/31/22 | | | | |

# Office of the TCA - Travel Reimbursement Form

**Name:** Rita J. Watkins

**Travel Dates:** January 10-14, 2022

**Purpose of Travel:** On-Site evaluation

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 697.40 | 1 | $ 697.40 |
| Baggage | $ - | 0 | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | | | $ - |
| Ground Transportation (Parking) | $ 120.00 | 1 | $ 120.00 |
| Ground Transportation (Mileage) | $ 0.56 | 202 | $ 113.12 |
| Lodging | $ 177.00 | 4 | $ 708.00 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 3 | $ 345.00 |
| Other: | $ - | 0 | $ - |
| **Total** | | | **$ 2,156.02** |

**Watkins, Rita**

| | |
|---|---|
| **From:** | United Airlines, Inc.  <Receipts@united.com> |
| **Sent:** | Friday, January 14, 2022 10:53 AM |
| **To:** | Watkins, Rita |
| **Subject:** | eTicket Itinerary and Receipt for Confirmation BPJ7KW |



Fri, Jan 14, 2022

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our Important notices page for the latest updates

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# BPJ7KW

---

### Flight 1 of 2 UA335                                                      Class: United Business (PZ)

Mon, Jan 10, 2022                                                                                  Mon, Jan 10, 2022
**12:00 PM**                                                                                          **06:14 PM**
Houston, TX, US (IAH)                                                                       San Juan, PR, US (SJU)

### Flight 2 of 2 UA668                                                      Class: United Economy (L)

Fri, Jan 14, 2022                                                                                    Fri, Jan 14, 2022
**03:55 PM**                                                                                          **06:56 PM**
San Juan, PR, US (SJU)                                                                       Houston, TX, US (IAH)

## Traveler Details

WATKINS/RITAJANE

1

eTicket number: **0162382801995**
Frequent Flyer: **UA-XXXXX226 Premier Silver**

Seats: **IAH-SJU -----**
**SJU-IAH -----**

Purchase Summary

| | |
|---|---|
| Method of payment: | **Master Card ending in 0178** |
| Date of purchase: | **Fri, Dec 10, 2021** |
| Airfare: | **639.00 USD** |
| U.S. Transportation Tax: | **38.20 USD** |
| September 11th Security Fee: | **11.20 USD** |
| U.S. Passenger Facility Charge: | **9.00 USD** |
| Total Per Passenger: | **697.40 USD** |
| **Total:** | **697.40 USD** |

### Carbon Footprint

Your estimated carbon footprint for this trip is **0.53917 tonnes of CO2.**

You can reduce your environmental impact by participating in our CarbonChoice program which supports projects that reduce greenhouse gases. Learn more.

### Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.
REFUNDABLE

### MileagePlus Accrual Details

| Ritajane Watkins | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Mon, Jan 10, 2022 | 335 | Houston, TX, US (IAH) to San Juan, PR, US (SJU) | 2723 | 389 | 1 |
| Fri, Jan 14, 2022 | 668 | San Juan, PR, US (SJU) to Houston, TX, US (IAH) | 1750 | 250 | 1 |
| MileagePlus accrual totals: | | | 4473 | 639 | 2 |

### Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Mon, Jan 10, 2022 Houston, TX, US (IAH - Intercontinental) | 0 USD | 0 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |



www.newsouthparking-tx.com

**New South Parking**

P.O. Box 60751
Houston, TX 77205
(281) 233-1730

**CUSTOMER RECEIPT**

Toledo Ticket Co., Toledo, OH
www.toledoticket.com

| Tran | In Time | Out Time | Fee | CC# |
|---|---|---|---|---|
| '22 | 01/10 09:30 | 01/14 19:27 | $120.00 | 0178 |

**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Ms Rita Watkins
4746 Enchanted Oaks Dr
College Sta TX 77845
United States

Marriott Rewards #   595896259

Name:

Arrive:  01-10-22          Time: 19:03          Depart: 01-14-22

Room: 0506
Room Type: EKNG
No. of Guests: 1
Rate:  $   150.00   Clerk: 8
CRS Number  72428920

Folio Number: 682703

| Date | Description | Charges | Credits |
|---|---|---|---|
| 01-10-22 | Package | 150.00 | |
| 01-10-22 | Government Tax | 13.50 | |
| 01-10-22 | Hotel Fee | 13.50 | |
| 01-11-22 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |
| 01-11-22 | Package | 150.00 | |
| 01-11-22 | Government Tax | 13.50 | |
| 01-11-22 | Hotel Fee | 13.50 | |
| 01-12-22 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |
| 01-12-22 | Package | 150.00 | |
| 01-12-22 | Government Tax | 13.50 | |
| 01-12-22 | Hotel Fee | 13.50 | |
| 01-13-22 | COMEDOR- Guest Charge (Breakfast) | 2.00 | |
| 01-13-22 | Package | 150.00 | |
| 01-13-22 | Government Tax | 13.50 | |
| 01-13-22 | Hotel Fee | 13.50 | |
| 01-14-22 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |
| 01-14-22 | American Express | | 719.00 |
| | Card # XXXXXXXXXXX2009 | | |

**COURTYARD**®
**Marriott**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Ms Rita Watkins
4746 Enchanted Oaks Dr
College Sta TX 77845
United States

Room: 0506
Room Type: EKNG
No. of Guests: 1
Rate: $ 150.00  Clerk: 8

Marriott Rewards #   595896259

CRS Number  72428920

Name:

Arrive:  01-10-22          Time:  19:03          Depart:  01-14-22          Folio Number: 682703

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
|      |             | Balance | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.