# INVOICE



22 Chalets de Santa Maria
San Juan, P.R. 00927
(787)940-3090

**BILL TO:**
**Office of the FPMPR, LLC**
VIG Tower, PH 924
1225 Ponce de Leon Avenue
San Juan, P.R. 00907

**DATE:** 1/31/2022
**INVOICE #** 202201
**FOR:** FPMPR/TCA

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| 1/1/2022: CMR6 Interviwees' document: PRPB hierachy GO 801,803, 805 pars. 206 through 216 | 1.00 | $160.00 | $ 160.00 |
| emails-texts/phone calls: John Denise, Dave, Sam, Rita | 2.50 | $160.00 | $ 400.00 |
| Team Zoom meetings | 3.00 | $160.00 | $ 480.00 |
| 1/11/2022: Team on site: PRPB meeting/PRPB Demos/PTMS review | 7.00 | $160.00 | $ 1,120.00 |
| 1/12/2022: Field Observations Aibonito | 8.00 | $160.00 | $1,280.00 |
| 1/13/2022: PRPB Interviews a.m./p.m./ team | 8.00 | $160.00 | $ 1,280.00 |
| 1/14/2022: Status conference FAB | 5.00 | $160.00 | $ 800.00 |
| 1/18/2022: Call with Dr. Fernandez/PRPB: GOs (801,803 and 805), Training cycles, peer-to-peer, Encounters, leadership discussion. | 1.00 | $160.00 | $ 160.00 |
| 1/18/2022: PRPB Data submission review to date cross-reference with our req. | 2.00 | $160.00 | $ 320.00 |
| 1/22/2022: Central CIC meeting PRPB Headquarters | 3.50 | $160.00 | $ 560.00 |
| 1/24/2022: Assessment tool for interview-questions-draft request | 0.50 | $160.00 | $ 80.00 |
| 1/25/2022: Assessment interviews PRPB (1:00-5:00 p.m) | 4.00 | $160.00 | $ 640.00 |
| 1/26/2022: Call from CIC facilitator-Bayamon: Agent Iris Avino-33981 | 0.50 | $160.00 | $ 80.00 |
| Assessment tools review in prep for meeting w/Deputy Monitor & assist. for assess. Int. discussion per method./recommended sample selection | 1.00 | $160.00 | $ 160.00 |
| 1/31/2022: Zoom call Denise/Sam Data request | 0.50 | $160.00 | $ 80.00 |
| 1/31/2022: Call With Denise Interview requests and site interview schedule clarification/walkthrough | 0.50 | $160.00 | $80.00 |
| Sum | 48.00 | | $ 7,680.00 |
| | | | $ - |
| | | TOTAL | $7,680.00 |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor.  I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities, or agencies.


Merangelie Serrano-Rios