# Luis G. Hidalgo

314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo.ramirez@outlook.com

January 31, 2022

Office of the Technical Compliance Advisor
VIG Tower, Penthouse
1225 Ponce de León Ave
San Juan, PR 00907

INVOICE LGH 2022-01
ASSOCIATE FEDERAL MONITOR
FLAT RATE TOTAL WAGES DUE – January 1 – 31, 2022

|  |  |
|---|---|
| FLAT RATE | $11,500.00 |
| **Total Due** | **$11,500.00** |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as Associate Federal Monitor. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

The detailed description of the billable hours is in the ensuing page(s).

_____
Luis G. Hidalgo

# Luis G. Hidalgo

314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo.ramirez@outlook.com

## Duties and Responsibilities as Associate Federal Monitor

Generated, received, reviewed, and responded to emails/texts/telephone calls (January 1-31) from members of the Monitor Team.

Generated, received, reviewed, and responded to emails/texts/telephone calls (January 1-31) from the PRPB Reform Unit, Department of Public Safety, Office of the Counsel to the Governor, Federal Bureau of Investigations and the Office of the US Marshall.

Participated in various Zoom meetings with the Monitor Team, Special Master Team, United States Department of Justice, Department of Public Safety and the Puerto Rico Police Bureau.

Monitor media coverage of issues of relevance to the Monitor Team.

Assisted in the coordination and re-scheduling of meetings with PRPB and the Federal Bureau of Investigations.

Assisted in the drafting, review and revision of various documents prepared by the Monitor Team.

Review and comment on laws which may impact PRPB's compliance with the Agreement; including, Act 65-2021, Act 81-2020 and most particularly, the Police Reform Budget for FYs 2022, 2021 and 2020.

Represented the Monitor Team at meetings with the Director of the Reform Unit, and with other units within the PRPB.

Assisted members of the Monitor Team re: coordination of meetings, and other matters.

Served as liaison between the Department of Public Safety, PRPB, Office of the Governor, and the Monitor Team.

Provided presence at the Monitor's Office to meet with general public, and/or community leaders, and/or answer calls to that effect.

Assisted in the coordination of the Chief Monitor's calendar, including conference calls and in person meetings, regarding site visits in Puerto Rico.

Assisted in the translation of documennts; most particularly, the Supervision/Retaliation Survey.

Concluded review and revision of the minutes from the December 253 Meeting.

## Site Visit to Puerto Rico by the Chief Monitor and the Monitor Team January 12-15, 2022

Meeting with the Honorable Judge Besosa
Meetings with the PRPB Reform Unit and USDoJ
Participated in IT presentations.
Meeting with FIU
Site Visit to SWAT and FURA HQs.
Prepared for the Status Conference.
Participated in the Status Conference.
Meeting with Monitor Team members.