**KORBER GROUP INC.**

# INVOICE 22011609

INVOICE NUMBER: **22011609**

INVOICE DATE:     **01/28/2022**

SERVICE TYPE:     EXPENSE REIMBURSEMENT

Korber Group Inc.
P.O. Box 8919
Ponce, PR 00732

Tel. 787.590.6191
Email: billing@korbergroup.com
Website: korbergroup.com

---

BILL TO:    OFFICE OF THE FPMPR LLC
B5 CALLE TABONUCO SUITE 205
GUAYNABO, PR 00968

¡Gracias por su patrocinio!
Thank you for your business!
We appreciate having you as our Client.

**TOTAL**
**$190.94**

**DUE DATE**
01/28/2022

| ITEM | RATE | QTY | TOTAL |
|------|------|-----|-------|
| Reimbursable expenses<br>For a detailed enumeration of the expenses please refer to the EXPENSE REIMBURSEMENT STATEMENT OF ACCOUNT number 1562-16 | $190.94 | 1 | $190.94 |
| | | SUBTOTAL: | $190.94 |
| | | TOTAL DUE: | $190.94 |

La empresa Korber Group Inc está clasificada como un Agente No Retenedor del Impuesto sobre Ventas y Uso ("IVU").
No taxes are included in this invoice. If applicable, they will be charged to the client additionally. All services Subject to Terms of Service and related policies, available at http://www.korbergroup.com/legal and http://korbergroup.com/cpc-tos/ Available payment methods: check, cash, credit card (Visa, Mastercard, Discover, and American Express), PayPal, ATH Móvil.