# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@outlook.com | 550 Amsonia Circle Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2022-01
**DATE:** January 31, 2022

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 1/03/2022 | 3.0 hours of travel planning and meeting | 3.0 | $50.00 | $150.00 |
| 1/04/2022 | 0.5 hour of travel planning and 253 planning | 0.5 | $50.00 | $25.00 |
| 1/10/2022 | 0.5 hour of travel planning | 0.5 | $50.00 | $25.00 |
| 1/11/2022 | 0.5 hour of research | 0.5 | $50.00 | $25.00 |
| 1/13/2022 | 0.5 hour of travel planning | 0.5 | $50.00 | $25.00 |

**AMOUNT DUE**  **SEE FOURTH PAGE**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@outlook.com | 550 Amsonia Circle Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2022-01
**DATE:** January 31, 2022

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 1/14/2022 | 1.0 hour of travel planning | 1.0 | $50.00 | $50.00 |
| 1/15/2022 | 2.5 hour of travel planning and data request confirmation | 2.5 | $50.00 | $125.00 |
| 1/16/2022 | 1.0 hour of data request confirmation | 1.0 | $50.00 | $50.00 |
| 1/17/2022 | 3.5 hours of team calls and travel planning | 3.5 | $50.00 | $175.00 |
| 1/18/2022 | 1.0 hour of team meeting and itemized list compilation | 1.0 | $50.00 | $50.00 |

**AMOUNT DUE**     **SEE FOURTH PAGE**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@outlook.com | 550 Amsonia Circle Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2022-01
**DATE:** January 31, 2022

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 1/19/2022 | 1.5 hours of team calls and training certification | 1.5 | $50.00 | $75.00 |
| 1/20/2022 | 1.5 hour of training certification and policy review facilitation | 1.5 | $50.00 | $75.00 |
| 1/23/2022 | 1.0 hour of travel planning and policy review | 1.0 | $50.00 | $50.00 |
| 1/24/2022 | 1.0 hour of travel planning | 1.0 | $50.00 | $50.00 |
| 1/25/2022 | 0.5 hour of policy review facilitation and itemized list | 0.5 | $50.00 | $25.00 |

**AMOUNT DUE**  **SEE FOURTH PAGE**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@outlook.com | 550 Amsonia Circle
Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2022-01
**DATE:** January 31, 2022

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 1/26/2022 | 1.0 hour of template creation and research | 1.0 | $50.00 | $50.00 |
| 1/27/2022 | 1.0 hour of research and travel planning | 1.0 | $50.00 | $50.00 |
| 1/31/2022 | 1.3.5 hours of team meetings and policy review | 3.5 | $50.00 | $175.00 |

**AMOUNT DUE**     **$1,250.00**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.