**Office of the FPMPR LLC**
VIG Tower, PH – 924

1225 Ave. Juan Ponce de Leon

San Juan, PR 00907

**Name:** Claudia Cámara-León
**Supervisor:** Javier Gonzales, Esq.

## Work Timesheet (January2021)

| Date | Task | Total Hours |
|---|---|---|
| **January 4, 2021** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 4.0 |
| **January 5, 2021** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 4.0 |
| **January 18, 2021** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 4.0 |
| **January 20, 2021** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| **January 21, 2021** | Present at the office during working hours. Office duties: taking calls and checking voicemails. Worked on the Spring newsletter. | 4.0 |
| **January 25, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. Worked on the Spring newsletter. | 4.0 |
| **January 27, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. Worked on the Spring newsletter. | 7.0 |
| **January 28, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. Worked on the Spring newsletter. | 4.0 |

**Total, 38 hours for $20 = $760**

I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Signature,
Claudia S. Cámara León

*[signature]*