# Manuel A. Arroyo Rivera

P.o Box 8925 Santurce Puerto Rico 00910     Cel 787-364-8925

Email marroyorivera20@gmail.com

Invoice  Month Enero 2022                                                                                  Invoice #016

Federal Police Monitor   San Juan, PR

| Date | description | Hour | Rate | Amount |
|---|---|---|---|---|
| January 10 2022 | pick up the rest of the staff at the airport and take them to your hotel | 7 | $20 | $140.00 |
| January 11 2022 | pick up the monitor and the rest of the staff and take them to different meetings of the day | 9 | $20 | $180.00 |
| January 12 2022 | pick up the monitor and the rest of the staff and take them to different meetings of the day | 9 | $20 | $180.00 |
| January 13 2022 | pick up the monitor and the rest of the staff and take them to different meetings of the day | 10 | $20 | $200.00 |
| January 14 2022 | pick up the monitor and the rest of the staff and take them to different meetings of the day | 9 | $20 | $180.00 |
| January 15 2022 | pick up the monitor at the hotel and take it to the airport and the rest of the saff members at different times | 7 | $20 | $140.00 |
| January 20 2022 | coordinate and turn on vehicle damaged in parking lot and picked up in crane for its maintenance and others | 2 | $20 | $40.00 |
| January Month | car use expenses   Mr. Romero and Staff | 1 | 1 | $200.00 |
|  |  |  |  | Total $1,260.00 |
|  |  |  |  |  |