Hipolito Castro Jr
64 Mustang Drive
Monroe, CT 06468

INVOICE #PR001-2022
DATE: January 31, 2022

**Dates of service: January 1 – January 31, 2022**     **TOTAL $7,60518**

**The following is a detailed statement of the hours worked:**

**01/03/2022**

-FPM Team meeting Zoom. **2hrs.**

**01/10/2022**

- Arrived and checked in hotel.

**01/11/2022**

-Meeting with Reforma Unit at PRPB HQ **2 hrs**.
-Supervision and management interviews **7 hrs.**

**01/12/2022**

-Meeting with Recruitment Director at PRPB HQ **2 hrs**.
-Supervision and management interviews **7 hrs.**

**01/13/2022**

-Supervision and Management interviews at Monitor's office. **9 hrs.**

**01/14/2022**

-Status Conference Federal Court. **5 hrs.**
- Departed Puerto Rico

**01/17/2022**

-FPM Team meeting Zoom. **2hrs.**

**01/31/2022**

-FPM Team meeting Zoom. **2hrs.**

**Expenses due to travel: $1,905.18**

**Billable Hours:** 38 HOURS, at rate of $150 per hour = **$5,700.00**

I hereby certify that the amount billed in this invoice is true and correct and corresponds to the number of hours worked in my capacity as support staff to the Federal Monitor's Office. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Hipolito Castro Jr                                        Date: January 31, 2022

# Office of the Technical Compliance Advisor Travel Reimbursement Form

Traveler name: Hipolito Castro
January 10 - 14, 2022
Purpose of Travel: Site visits/ interviews of PRPB personnel

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 332.40 | 1 | $ 332.40 |
| Baggage | | | |
| Ground Transportation (Uber/Lyft/Taxi) | $ 21.00 | 1 | $ 21.00 |
| Ground Transportation (Parking) | $ 18.88 | 5 | $ 94.40 |
| Ground Transportation (Mileage) | $ 0.56 | 98 | $ 54.88 |
| Lodging | $ 177.00 | 5 | $ 885.00 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 3 | $ 345.00 |
| Tolls and NY Bridges | | | $ - |
| Total | | | $ 1,905.18 |

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098



**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Hipolito Jr Castro
DC 00000
United States

Room: 0903
Room Type: DBDB
No. of Guests: 1
Rate: $ 150.00   Clerk: 1007

Marriott Rewards #   214246771

CRS Number  71966038

Name:

Arrive:  01-08-22    Time:  19:06    Depart: 01-15-22    Folio Number: 682660

| Date | Description | Charges | Credits |
|---|---|---|---|
| 01-08-22 | Package | 150.00 | |
| 01-08-22 | Government Tax | 13.50 | |
| 01-08-22 | Hotel Fee | 13.50 | |
| 01-09-22 | Package | 150.00 | |
| 01-09-22 | Government Tax | 13.50 | |
| 01-09-22 | Hotel Fee | 13.50 | |
| 01-09-22 | COMEDOR- Guest Charge (Breakfast) | 77.01 — NO | |
| 01-10-22 | COMEDOR- Guest Charge (Breakfast) | 3.00 — NO | |
| 01-10-22 | Package | 150.00 | |
| 01-10-22 | Government Tax | 13.50 | |
| 01-10-22 | Hotel Fee | 13.50 | |
| 01-11-22 | COMEDOR- Guest Charge (Breakfast) | 43.92 — NO | |
| 01-11-22 | Package | 150.00 | |
| 01-11-22 | Government Tax | 13.50 | |
| 01-11-22 | Hotel Fee | 13.50 | |
| 01-12-22 | COMEDOR- Guest Charge (Breakfast) | 3.00 — NO | |
| 01-12-22 | Package | 150.00 | |
| 01-12-22 | Government Tax | 13.50 | |
| 01-12-22 | Hotel Fee | 13.50 | |
| 01-12-22 | COMEDOR- Guest Charge (Breakfast) | 0.46 — NO | |
| 01-13-22 | The Market - Food | 1.79 — NO | |
| 01-13-22 | SALES TAX- 10.5% State | 0.19 — NO | |
| 01-13-22 | SALES TAX- 1% Municipality | 0.02 — NO | |
| 01-13-22 | The Market - Food | 0.90 — NO | |
| 01-13-22 | SALES TAX- 10.5% State | 0.09 — NO | |
| 01-13-22 | SALES TAX- 1% Municipality | 0.01 — NO | |

*[Handwritten annotations: "177 x 5 = 885.00 Total claimed"]*

**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Hipolito Jr Castro
DC 00000
United States

Room: 0903
Room Type: DBDB
No. of Guests: 1
Rate: $ 150.00   Clerk: 1007

Marriott Rewards # 214246771

CRS Number 71966038

Name:

Arrive:  01-08-22      Time: 19:06          Depart: 01-15-22        Folio Number: 682660

| Date | Description | Charges | Credits |
|---|---|---|---|
| 01-13-22 | The Market - Food | 1.79 — NO | |
| 01-13-22 | SALES TAX- 10.5% State | 0.19 — NO | |
| 01-13-22 | SALES TAX- 1% Municipality | 0.02 — NO | |
| 01-13-22 | The Market - Food | 2.02 — NO | |
| 01-13-22 | SALES TAX- 10.5% State | 0.21 — NO | |
| 01-13-22 | SALES TAX- 1% Municipality | 0.02 — NO | |
| 01-13-22 | The Market - Food | 2.02 — NO | |
| 01-13-22 | SALES TAX- 10.5% State | 0.21 — NO | |
| 01-13-22 | SALES TAX- 1% Municipality | 0.02 — NO | |
| 01-13-22 | Package | 150.00 | |
| 01-13-22 | Government Tax | 13.50 | |
| 01-13-22 | Hotel Fee | 13.50 | |
| 01-14-22 | COMEDOR- Guest Charge (Breakfast) | 6.34 — NO | |
| 01-14-22 | COMEDOR- Guest Charge (Lunch) | 74.84 — NO | |
| 01-14-22 | COMEDOR- Guest Charge (Lunch) | -0.10 — NO | |
| 01-14-22 | Package | 150.00 | |
| 01-14-22 | Government Tax | 13.50 | |
| 01-14-22 | Hotel Fee | 13.50 | |
| 01-15-22 | COMEDOR- Guest Charge (Breakfast) | 4.54 — NO | |
| 01-15-22 | American Express | | 1,461.51 |
| | Card # XXXXXXXXXXX1006 | | |



Courtyard by Marriott  
San Juan - Miramar  
guest.service@courtyard.com

801 Ponce de Leon Ave.  
San Juan, PR. 00907  
T 787.721.7400  
F 787.723.0068

Hipolito Jr Castro  
DC 00000  
United States

Room: 0903  
Room Type: DBDB  
No. of Guests: 1  
Rate:  $  150.00   Clerk: 1007

Marriott Rewards #   214246771

CRS Number  71966038

Name:

Arrive:   01-08-22          Time:  19:06          Depart: 01-15-22          Folio Number: 682660

| Date | Description | Charges | Credits |
|---|---|---|---|
| | | Balance | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.



ACCOUNT ENDING - 11006

**Delta SkyMiles® Gold Card**

CARD MEMBER

**HIPOLITO CASTRO**

## Card Activity from Nov 23, 2021 to Dec 23, 2021

### Summary

| | TOTAL |
|---|---|
| Previous Balance | ~~█~~ |
| Payments & Credits | ~~█~~ |
| New Charges | ~~█~~ |
| Statement Balance | ~~█~~ |

### Transactions

30 Transactions

| DATE | STATUS | DESCRIPTION | AMOUNT |
|---|---|---|---|
| ~~Dec 22, 2021~~ | ~~2X Miles~~ | ~~DELTA AIR LINES~~ | ~~$11.20~~ |
| Dec 22, 2021 | ~~2X Miles~~ | ~~DELTA AIR LINES~~ | ~~$11.20~~ |
| Dec 21, 2021 | | ~~AMERICAN AIR~~ | ~~█~~ |
| Dec 21, 2021 | | EXPEDIA 7221180409080EXPEDIA.COM WA | $22.00 |
| Dec 21, 2021 | ~~2X Miles~~ | EXPEDIA.COM TRAVEL SEATTLE WA | $310.40 |
| ~~Dec 21, 2021~~ | | ~~R POWER EQUIPMENMONROE CT~~ | ~~█~~ |
| Dec 20, 2021 | | ~~HOMEGOODS TRUMBULL CT~~ | ~~█~~ |
| Dec 20, 2021 | | ~~TARGET TRUMBULL CT~~ | ~~$17.53~~ |
| Dec 18, 2021 | | ~~TJ MAXX SHELTON CT~~ | ~~█~~ |
| Dec 17, 2021 | | ~~VAZZANO'S FOUR SEASOSTRATFORD CT~~ | ~~█~~ |
| Dec 14, 2021 | | ~~ETOLL BGT U402846174 800-4820159 PR~~ | ~~█~~ |
| Dec 11, 2021 | | ~~Amazon Prime Amazon.com WA~~ | ~~█~~ |
| Dec 11, 2021 | | ~~ETOLL BGT U402846174 800-4820159 PR~~ | ~~█~~ |
| Dec 10, 2021 | | ~~ABLEKING ABLEKING SAN JUAN PR~~ | ~~█~~ |
| Dec 10, 2021 | | ~~COURTYARD MARRIOTT SAN JUAN PR~~ | ~~█~~ |
| Dec 10, 2021 | | ~~PAYPAL IMMUNET 4023467733 PR~~ | ~~█~~ |
| Dec 10, 2021 | | ~~THEPARKINGSPOT402RDWINDSOR LOCKS CT~~ | ~~█~~ |
| Dec 9, 2021 | | ~~SIBLINE AIRWAYS 21MFOREST HILLS PR~~ | ~~█~~ |
| Dec 8, 2021 | | ~~WEATHERTECH 6300000BOLINGBROOK IL~~ | ~~█~~ |

Handwritten annotation: **332.40** (circled, next to EXPEDIA.COM TRAVEL row)

*Parking Airport*

## E-ZPass® Payment Receipt for 01/14/2022

*Parked from the 6 to the 14.*

Account Number : 2000175180885
Transaction Date : 01/14/2022
Transaction Id : 115271779928
Transaction Amount : $170.00
Payment Type : VISA

*From Jan 10 to 14*
$18.88 \times 5 = 94.40$
*days*