**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    Plaintiff,<br><br>    v.<br><br>**COMMONWEALTH OF PUERTO RICO and the PUERTO RICO POLICE DEPARTMENT,**<br><br>    Defendants. | **NO. 3:12-cv-2039 (FAB)** |

**<u>NOTICE OF CHANGE OF EMAIL ADDRESS OF CHIEF MONITOR AND DEPUTY MONITOR</u>**

**TO THE CLERK OF THE COURT:**

   **NOTICE** is hereby given that Federal Monitor John Romero and Deputy Monitor Denise Rodríguez, both of whom receive email notifications from the district court, have changed their respective email addresses.  Their new email addresses are jromero@fpmpr.org and drodriguez@fpmpr.org.  All notices from the district court and the parties should be sent to these new email addresses.

In San Juan, Puerto Rico, this 15th day of February 2022.

   **I HEREBY CERTIFY** that on this same date a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which in turn notifies all counsel of record in the case.

>                 **CORREA-ACEVEDO & ABESADA**
>                       **LAW OFFICES, P.S.C**
>             Centro Internacional de Mercadeo, Torre II
>                      #90 Carr. 165, Suite 407
>                         Guaynabo, PR  00968
>           Tel.  (787) 273-8300 / Fax (787) 273-8379
>                             ra@calopsc.com
>
>
>                         S/Roberto Abesada-Agüet
>                           USDC-PR No. 216706
>               General Counsel, Federal Monitor's Office