# INVOICE

| | | |
|---|---|---|
| **DATE** | **INVOICE NO** | **Denise Rodriguez** |
| 1/31/2022 | #016 | 3003 San Sebastian St. |
| | | Mission, TX 78572 |
| | | drodriguez_PRI@outlook.com |

**INVOICE TO**
Puerto Rico Chief Federal Monitor

**INVOICE PERIOD**
January 1- 31, 2022

## DUTIES AND RESPONSIBILITIES                                         TOTAL DUE $17,946.23

- Conducted monthly one-on-one meetings with each subject matter expert
- Coordinated and conducted weekly Monitoring Executive Team meetings
- Coordinated and conducted biweekly meetings with the Monitoring Team
- Coordinated and conducted biweekly meetings with the Parties
- Reviewed and approved the review of several policies submitted to the Monitor's Office by PRPB as per Paragraph 229 of the Agreement
- Reviewed proposed article topics and new schedule for the Monitoring Team newsletter
- Maintained the Federal Monitoring Team's Facebook and Twitter accounts and newsletter distribution service
- Conducted site visit on January 11-14th. This included field visit to Aibonito, Status Conference, live system demonstrations, meeting with Judge Besosa, meeting with the Reform Unit, and meeting with the parties to prepare for the Status Conference.
- Worked with the Data Analyst on the data requests for CMR-6 and Master template data requests
- Worked with the Administrative Director and the Research Analyst/Administrative Assistant to draft the schedule(s) for the February site visit
- Participated in various virtual meetings to discuss the Community/Officer Survey with the Administrative Director, Vendor, and the parties
- Reviewed and provided input on the agenda items for the January 253 meeting
- Participated on calls with the Special Master to discuss preparation for the January Status Conference
- Reviewed the final TCA survey for paragraphs 145-146 and 197 developed by the Data Analyst, Research Analyst, and subject matter experts.
- Worked with the Research Analyst to gather resources, policies, and report examples for PRPB on EIS and Cadet Programs. Delivered the final resource documents to PRPB.
- Worked with the FPM IT support team to identify a new file/data sharing platform system and establish new email accounts for the team. Tested the new file/data sharing system with PRPB.

| | |
|---|---|
| Flat Rate Total Wages* | $15,833.33 |
| Travel Expenses (see page 2) | $ 2,112.90 |
| **Total Due** | **$ 17,946.23** |

*The total amount is a flat rate. The total monthly is $15,833.33 for an annualized amount of $190,000.00

*Denise Rodriguez* (signature)

_____                    January 31, 2022
**Denise Rodriguez, Chief Deputy Monitor**                          Date

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.*

# Office of the Technical Compliance Advisor Travel Reimbursement Form



**Traveler Name: Denise Rodriguez**
**Travel Dates: January 10-14**
**Purpose of Travel: Site visit**

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 807.40 | 1 | $ 807.40 |
| Baggage | $ - | 0 | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | $ - | 0 | $ - |
| Ground Transportation (Parking) | $ - | 0 | $ - |
| Ground Transportation (Mileage) | $ 0.56 | 0 | $ - |
| Lodging | $ 177.00 | 4 | $ 708.00 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 3 | $ 345.00 |
| Parking @ airport (days) | $ 6.00 | 5 | $ 30.00 |
| COVID Test | $ 50.00 | 1 | $ 50.00 |
| Total | | | $ 2,112.90 |

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

**COURTYARD Marriott**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Ms Denise Rodriguez
3003 San Sebastian St
Mission TX 78572
United States

Room: 0706
Room Type: EKNG
No. of Guests: 1
Rate: $ 150.00  Clerk: 8

Marriott Rewards #  286891726

CRS Number  71963477

Name:

Arrive:  01-10-22          Time:  19:02          Depart:  01-14-22          Folio Number:  682659

| Date | Description | Charges | Credits |
|---|---|---|---|
| 01-10-22 | Package | 150.00 | |
| 01-10-22 | Government Tax | 13.50 | |
| 01-10-22 | Hotel Fee | 13.50 | |
| 01-11-22 | COMEDOR- Guest Charge (Breakfast) | 4.21 | |
| 01-11-22 | Package | 150.00 | |
| 01-11-22 | Government Tax | 13.50 | |
| 01-11-22 | Hotel Fee | 13.50 | |
| 01-12-22 | COMEDOR- Guest Charge (Breakfast) | 2.00 | |
| 01-12-22 | Package | 150.00 | |
| 01-12-22 | Government Tax | 13.50 | |
| 01-12-22 | Hotel Fee | 13.50 | |
| 01-13-22 | Comedor - Guest Charge | 1.00 | |
| 01-13-22 | Package | 150.00 | |
| 01-13-22 | Government Tax | 13.50 | |
| 01-13-22 | Hotel Fee | 13.50 | |
| 01-14-22 | COMEDOR- Guest Charge (Breakfast) | 1.00 | |
| 01-14-22 | American Express | | 716.21 |
| | Card # XXXXXXXXXXX1008 | | |

DRodriguez_PRI@outlook.com

| | |
|---|---|
| **From:** | United Airlines, Inc. <Receipts@united.com> |
| **Sent:** | Friday, January 14, 2022 10:50 AM |
| **To:** | DRODRIGUEZ_PRI@OUTLOOK.COM |
| **Subject:** | eTicket Itinerary and Receipt for Confirmation AXSNSY |



Fri, Jan 14, 2022

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our Important notices page for the latest updates

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# AXSNSY

| Flight 1 of 4 UA4306 | Class: United Economy (W) |
|---|---|

| Mon, Jan 10, 2022 | Mon, Jan 10, 2022 |
|---|---|
| **09:40 AM** | **11:06 AM** |
| McAllen, TX, US (MFE) | Houston, TX, US (IAH) |

Flight Operated by Commutair dba United Express.

| Flight 2 of 4 UA335 | Class: United Economy (V) |
|---|---|

| Mon, Jan 10, 2022 | Mon, Jan 10, 2022 |
|---|---|
| **12:00 PM** | **06:14 PM** |
| Houston, TX, US (IAH) | San Juan, PR, US (SJU) |

| Flight 3 of 4 UA668 | Class: United Economy (L) |
|---|---|

| Fri, Jan 14, 2022 | Fri, Jan 14, 2022 |
|---|---|

| | |
|---|---|
| **03:55 PM** | **06:56 PM** |
| San Juan, PR, US (SJU) | Houston, TX, US (IAH) |

| Flight 4 of 4 UA1274 | Class: United Economy (L) |
|---|---|

| | |
|---|---|
| Fri, Jan 14, 2022 | Fri, Jan 14, 2022 |
| **08:05 PM** | **09:29 PM** |
| Houston, TX, US (IAH) | McAllen, TX, US (MFE) |

## Traveler Details

**RODRIGUEZ/DENISE**

| | |
|---|---|
| eTicket number: **0162382706058** | Seats: **MFE-IAH -----** |
| Frequent Flyer: **UA-XXXXX985 Premier Silver** | **IAH-SJU -----** |
| | **SJU-IAH -----** |
| | **IAH-MFE -----** |

## Purchase Summary

| | |
|---|---|
| Method of payment: | **American Express ending in 1008** |
| Date of purchase: | **Thu, Dec 09, 2021** |

| | |
|---|---|
| Airfare: | 740.00 USD |
| U.S. Transportation Tax: | 38.20 USD |
| September 11th Security Fee: | 11.20 USD |
| U.S. Passenger Facility Charge: | 18.00 USD |

| | |
|---|---|
| Total Per Passenger: | **807.40 USD** |

| | |
|---|---|
| **Total:** | **807.40 USD** |

## Carbon Footprint

Your estimated carbon footprint for this trip is **0.61432 tonnes of CO2.**

You can reduce your environmental impact by participating in our CarbonChoice program which supports projects that reduce greenhouse gases. Learn more.

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT

Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.



**Mcallen Clinic**
2201 S 23RD ST
MCALLEN, TX-78503-5659
Tel: 956-928-1143 Fax: 956-928-1831

# Receipt of Payment

Received From : RODRIGUEZ, DENISE

Date : 01/10/2022

Payment ID : 241046

Amount : 50.00

Payment Type : Cash

## Charges Details

| Date | Code Description | Units | Fees | Payment |
|---|---|---|---|---|
| 01/10/2022 | Patient Payment | | | 50.00 |
| | Total | | 0.00 | 50.00 |

## Account Balance Summary

Total Balance : 150.00

Patient Balance : 150.00

Insurance Balance : 0.00

https://txjuaazlp6pz385wydapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/getXmlReceipt.j...   1/10/2022