**MBG North Corp.** 1931 Cordova Rd. Suite 3039, Ft. Lauderdale, FL 33316
**Invoice # 1155**, January 31, 2022  **Contractor:** Donald S. Gosselin, Esq.
**Dates of Service:** 31 DEC 2021 to 31 JAN 2022.   **TERMS:** NET30

| Task Performed | US Hours | Dates | PR Hours | Billable Amount |
|---|---|---|---|---|
| On-Site Puerto Rico Labor Hours (SARP Case Interviews & Site Visits) | | JAN 10,11,12,13,14 | 37.5 | $6,000.00 |
| Communications & Coordination - telcons and emails to/from Monitors, PRPB, USDOJ; Review guidance and documents, SOP's; logistics; scheduling, on-site planning & coordination of demonstrations and | 16 | DEC 30, JAN 3,15,16, 18,19,20,21,23 | | $2,560.00 |
| Teleconference Meetings; Monitors Office and Monitor Team Members | 4 | JAN 17, 19,31 | | $640.00 |
| Data and Policy Analysis | 12 | DEC 30, JAN 3, 9, 15,19,21,24, 25 | | $1,920.00 |
| FEE WAIVER (PUERTO RICO) | | | 9.5 | -$1,520.00 |
| | | US Hours | | PR Hours | |
| Net Hours @ $160/hr. | 32.00 | | 28.00 | $9,600.00 |
| Total Expenses (Air, Hotel, MIE; Meals, Parking, POV miles) | | | | $2,332.75 |
| Allowable Fee | | | | $11,932.75 |

**Travel Breakout**     Traveler: Donald S. Gosselin 10-15 January 2022

| Expense | Unit Cost | Units | Column1 | Total |
|---|---|---|---|---|
| Airfare | $ 688.60 | 1 | | $ 688.60 |
| Baggage | $ - | 0 | | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | $ - | 0 | | $ - |
| Ground Transportation (Parking) | $ 14.80 | 5 | | $ 74.00 |
| Ground Transportation (Mileage) | $ 0.585 | 90 | | $ 52.65 |
| Lodging | $ 150.00 | 5 | | $ 750.00 |
| Per Diem (Travel Days) | $ 86.25 | 2 | | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 4 | | $ 460.00 |
| Other: HOTEL TAX ($13.50 + 13.50/day) | $ 27.00 | 5 | | $ 135.00 |
| Total | | | | $ 2,332.75 |

The undersigned, Donald S. Gosselin, Esq. certifies that the amount billed in this invoice is true and correct and corresponds to my duties as a Federal Monitor and related travel expenses. I further certify that I have not received any income, compensation or payment for services from the Commonwealth of Puerto Rico or any of its departments or municipalities

**Donald S. Gosselin, Esq.**
Principal, MBG North Corp
31-Jan-22

From: **American Airlines** no-reply@info.email.aa.com
Subject: Your trip confirmation and receipt
Date: January 7, 2022 at 18:33
To: Gosselin.intl@gmail.com







Issued: January 7, 2022

## Your trip confirmation and receipt

### Record Locator: **WJECNM**

[ Manage your trip ]

Monday, January 10, 2022

| PWM | | PHL | Seat: 4C |
|---|---|---|---|
| **12:37** PM | → | **2:19** PM | Class: Economy (S) |
| Portland | | Philadelphia | Meals: |

American Airlines 6193
Operated by Piedmont Airlines as American Eagle

| PHL | SJU | Seat: 13F |
|---|---|---|
| 5:50 ... | 10:40 ... | Class: Economy (S) |
| | | Meals: Refreshments |

5:50 PM → 10:40 PM    Meals: Refreshments

Philadelphia    San Juan

American Airlines 1529

Free entertainment with the American app »

---

Saturday, January 15, 2022

SJU    PHL    Seat: 3F
5:35 AM → 8:40 AM    Class: Business (I)
    Meals: Breakfast

San Juan    Philadelphia

American Airlines 1528

PHL    PWM    Seat: 4C
10:35 AM → 12:12 PM    Class: Economy (S)
    Meals:

Philadelphia    Portland

American Airlines 6193

Operated by Piedmont Airlines as American Eagle

---

Donald Gosselin    AAdvantage # 32A6M16
    Ticket # 0012323200326

## Your trip receipt

Exchange Mastercard



Exchange, Mastercard
XXXXXXXXXXXX1398

**Donald Gosselin**

| | |
|---|---|
| New fare | $1006.40 |
| Taxes and Carrier-imposed fees | $68.60 |
| **Subtotal** | **$1075.00** |
| Original ticket (incl. taxes/fees) | $(688.60) |
| Paid | $386.40 |



(handwritten annotation: "COACH CLASS FARE →" pointing to $(688.60), circled)

**Total paid (all passengers)** — **$386.40**

## Baggage information

Checked bags

PWM - SJU

| Online* | | Airport | |
|---|---|---|---|
| 1st bag | 2nd bag | 1st bag | 2nd bag |
| No charge | $40 | No charge | $40 |

Maximum dimensions: 62 inches / 158 centimeters
Maximum weight: 23 kilograms / 50 pounds

SJU - PWM

**COURTYARD Marriott**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Dr Donald Gosselin
12 Naomi St
Sebago ME 04029
United States

Marriott Rewards #   839932555

Name:

Arrive:   01-10-22          Time:   23:14          Depart: 01-15-22

Room: 0906
Room Type: EKNG
No. of Guests: 1
Rate:  $   150.00  Clerk: 9993
CRS Number  93733464

Folio Number:  684663

| Date | Description | Charges | Credits |
|---|---|---|---|
| 01-10-22 | Package | 150.00 | |
| 01-10-22 | Government Tax | 13.50 | |
| 01-10-22 | Hotel Fee | 13.50 | |
| 01-11-22 | COMEDOR- Guest Charge (Breakfast) | 6.21 | |
| 01-11-22 | Package | 150.00 | |
| 01-11-22 | Government Tax | 13.50 | |
| 01-11-22 | Hotel Fee | 13.50 | |
| 01-12-22 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |
| 01-12-22 | Package | 150.00 | |
| 01-12-22 | Government Tax | 13.50 | |
| 01-12-22 | Hotel Fee | 13.50 | |
| 01-13-22 | Comedor - Guest Charge | 3.00 | |
| 01-13-22 | Package | 150.00 | |
| 01-13-22 | Government Tax | 13.50 | |
| 01-13-22 | Hotel Fee | 13.50 | |
| 01-14-22 | COMEDOR- Guest Charge (Breakfast) | 3.30 | |
| 01-14-22 | Package | 150.00 | |
| 01-14-22 | Government Tax | 13.50 | |
| 01-14-22 | Hotel Fee | 13.50 | |
| 01-15-22 | Master Card / Euro Card | | 900.51 |
| | Card #  XXXXXXXXXXXX1398 | | |

**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Dr Donald Gosselin
12 Naomi St
Sebago ME 04029
United States

Marriott Rewards #   839932555

Name:

Arrive:  01-10-22              Time:  23:14              Depart:  01-15-22

Room: 0906
Room Type: EKNG
No. of Guests: 1
Rate:  $   150.00   Clerk: 9993
CRS Number  93733464

Folio Number: 684663

| Date | Description | Charges | Credits |
|---|---|---|---|
|  |  |  |  |
|  | Balance |  | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

Receipt

| | |
|---|---|
| L/R #29 | |
| T/D #23 | |
| Entry Time | 01/10/2022 (Mon) 10:43 |
| Exit Time | 01/15/2022 (Sat) 12:29 |
| Parking Time | 5days 1:46 |
| Parking Fee | Rate D    $74.00 |

Ticket No. 028805
A Payment No. 00016987

MASTERCARD
Account #    ************1398
Slip #       25893
Auth Code    000026622P
Credit Card Amount    $74.00

Total    $74.00

Thank You For Your Visit
Please Come Again !