# Rafael Ruiz Consulting

12 Crestshire Dr.
Lawrence, MA 01843

PHONE: 6177599156   stodgo1971@yahoo.com   12 Crestshire Dr.

## INVOICE

INVOICE NUMBER: 2022-01
INVOICE DATE: 1/31/2022

Federal Police Monitor for PR
VIG Tower, PH-924
1225 Ponce De Leon Ave.
San Juan, PR 00907

RAFAEL E. RUIZ CONSULTING

| DATE | PROJECT | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: FPM work from Home | | | |
| 1/3/2022 | FPM work from Home | FPM bi-weekly Zoom meeting | 1.25 | $165.00 | $206.25 |
| 1/18/2022 | FPM work from Home | Write up interviews/info from PR January visits | 2.50 | $165.00 | $412.50 |
| 1/22/2022 | FPM work from Home | Review data sent by PRPB for February site visit | 2.00 | $165.00 | $330.00 |
| 1/23/2022 | FPM work from Home | Review/analyse data sent by PRPB for February site visit | 3.50 | $165.00 | $577.50 |
| 1/24/2022 | FPM work from Home | Review/analyse data sent by PRPB for February site visit | 4.50 | $165.00 | $742.50 |
| 1/25/2022 | FPM work from Home | Re-review PRPB GO 600-619 | 2.00 | $165.00 | $330.00 |
| 1/31/2022 | FPM work from Home | FPM Bi-weekly Zoom meeting | 1.50 | $165.00 | $247.50 |
| | | TOTAL: FPM work from Home | | | $2,846.25 |
| | | PROJECT: FPM work from PR (Site Visits) | | | |
| 1/11/2022 | FPM work from PR (Site Visits) | Site visit to PR- meetings; interviews | 8.00 | $165.00 | $1,320.00 |
| 1/12/2022 | FPM work from PR (Site Visits) | Site visit- Meetings, Interviews | 8.00 | $165.00 | $1,320.00 |
| 1/13/2022 | FPM work from PR (Site Visits) | Site visit- interviews, meetings | 8.00 | $165.00 | $1,320.00 |
| 1/14/2022 | FPM work from PR (Site Visits) | Federal Court Status Hearing | 5.00 | $165.00 | $825.00 |
| | | TOTAL: FPM work from PR (Site Visits) | | | $4,785.00 |
| | | PROJECT: FPM-PR Expenses | | | |
| 1/10/2022 | FPM-PR Expenses | (Travel, hotel, and meals) Ground transportation home to airport | 1.00 | $58.31 | $58.31 |
| 1/14/2022 | FPM-PR Expenses | (Travel, hotel, and meals) Air Travel to/from PR | 1.00 | $353.40 | $353.40 |
| 1/14/2022 | FPM-PR Expenses | (Travel, hotel, and meals) Ground transportation Airport to home | 1.00 | $40.78 | $40.78 |

INVOICE NUMBER: 2022-01

| DATE | PROJECT | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | TOTAL: FPM-PR Expenses | | | $452.49 |
| 1/31/2022 | FPM-PRPB Per Diem Full Days Expenses | PROJECT: FPM-PRPB Per Diem Full Days Expenses | | | |
| | | Per Diem 3 days (Tues, Wed, Thurs) | 0.00 | $115.00 | $345.00 |
| | | TOTAL: FPM-PRPB Per Diem Full Days Expenses | | | $345.00 |
| 1/14/2022 | Lodging (FPM-PR) | PROJECT: Lodging (FPM-PR) | | | |
| | | (Travel, hotel, and meals) 4 nights hotel lodging @$177/night | 4.00 | $177.00 | $708.00 |
| | | TOTAL: Lodging (FPM-PR) | | | $708.00 |
| 1/31/2022 | Per Diem Travel Days | PROJECT: Per Diem Travel Days | | | |
| | | Per diem travel 2 days | 0.00 | $86.25 | $172.50 |
| | | TOTAL: Per Diem Travel Days | | | $172.50 |
| | | Total hours for this invoice | 46.25 | | |

| INVOICE BALANCE INFORMATION | |
|---|---|
| Total amount of this invoice | $9,309.24 |
| Current invoice balance | $9,309.24 |

| AMOUNT DUE ON THIS INVOICE: $9,309.24 |
|---|

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for sdervices rendered under employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*Rafael E Ruiz* (signature)                                    January 31, 2022

# Office of the TCA - Travel Reimbursement Form



**Traveler Name:** Rafael E. Ruiz
Every One
**Travel Dates:** January 10-14, 2022
**Purpose of Travel:** On-Site

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 353.40 | 1 | $ 353.40 |
| Baggage | $    - | 0 | $    - |
| Ground Transportation (Uber/Lyft/Taxi) | $ 99.09 | 1 | $ 99.09 |
| Ground Transportation (Parking) |  | 1 | $    - |
| Ground Transportation (Mileage) |  | 60 | $    - |
| Lodging | $ 177.00 | 4 | $ 708.00 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 3 | $ 345.00 |
| Other: | $    - | 0 | $    - |
| **Total** |  |  | **$ 1,677.99** |

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

# Uber

January 10, 2022

## Thanks for tipping, Rafael

We hope you enjoyed your ride this evening.

| | |
|---|---|
| **Total** | **$58.31** |

| | |
|---|---|
| Trip fare | $38.40 |

| | |
|---|---|
| **Subtotal** | **$38.40** |
| Callahan Tunnel | $2.65 |
| Booking Fee | $2.35 |
| Airport Facility Charge | $3.25 |
| Tips | $11.66 |

## Payments

| | | |
|---|---|---|
| Uber | Uber Cash<br>1/10/22 10:47 AM | $46.65 |
| Uber | Uber Cash<br>1/10/22 11:20 AM | $11.66 |

Visit the trip page for more information, including invoices (where available)

---

You rode with Junior

UberX    30.05 miles | 30 min

10:17 AM | 7 Crestshire Dr, Lawrence, MA 01843, US

10:47 AM | Logan Airport Terminal B & Terminal Access Rd, Boston, Massachusetts 02128, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.



**JANUARY 14, 2022 AT 7:26 PM**

# Thanks for riding with Jean!



100% of tips go to drivers. **Add a tip**

| | |
|---|---:|
| Lyft fare (17.50mi, 37m 53s) | $40.78 |

 Apple Pay (MasterCard) — **$40.78**

**We haven't charged you for this ride yet.**
The charge for this ride will be combined with any other rides you take on January 14, 2022. You'll receive a receipt combining all of your day's charges, whenever you take more than one ride in a single day.



● **Pickup**  7:26 PM

300 Terminal Dr, Broward, FL

● **Drop-off**  8:04 PM

**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Rafael Ruiz
12 Crestshire Dr
Lawrence MA 01843
United States

Room: 0501
Room Type: KSTE
No. of Guests: 1
Rate: $ 150.00  Clerk: 8

Marriott Rewards #   232084256

CRS Number  86900821

Name:

Arrive:  01-10-22     Time:  19:04     Depart:  01-14-22     Folio Number:  683993

| Date | Description | Charges | Credits |
|---|---|---|---|
| 01-10-22 | Package | 150.00 | |
| 01-10-22 | Government Tax | 13.50 | |
| 01-10-22 | Hotel Fee | 13.50 | |
| 01-11-22 | Package | 150.00 | |
| 01-11-22 | Government Tax | 13.50 | |
| 01-11-22 | Hotel Fee | 13.50 | |
| 01-12-22 | Package | 150.00 | |
| 01-12-22 | Government Tax | 13.50 | |
| 01-12-22 | Hotel Fee | 13.50 | |
| 01-13-22 | Comedor - Guest Charge | 3.00 | |
| 01-13-22 | Package | 150.00 | |
| 01-13-22 | Government Tax | 13.50 | |
| 01-13-22 | Hotel Fee | 13.50 | |
| 01-14-22 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |
| 01-14-22 | American Express | | 714.00 |
| | Card #  XXXXXXXXXX3007 | | |

COURTYARD® Marriott

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Rafael Ruiz
12 Crestshire Dr
Lawrence MA 01843
United States

Room: 0501
Room Type: KSTE
No. of Guests: 1
Rate:  $  150.00   Clerk: 8

Marriott Rewards #   232084256

CRS Number  86900821

Name:

Arrive:  01-10-22        Time:  19:04        Depart:  01-14-22        Folio Number:  683993

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
|      | Balance     |         | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

JetBlue® Mastercard® Statement

| RAFAEL E RUIZ | | | Account Ending 9796 | Statement Period 11/27/21-12/26/21 | Page 2 of 5 |

## Transactions

| Transaction Date | Posting Date | Description | TrueBlue Points | Amount |
|---|---|---|---|---|
| **Payments** | | | | |
| Dec 23 | Dec 23 | PAYMENT RECV'D CHECKFREE | N/A | -$1,000.00 |
| **Total payments for this period** | | | N/A | -$1,000.00 |
| **Purchase Activity for RAFAEL E RUIZ card ending 9796** | | | | |
| Dec 01 | Dec 02 | WWW COSTCO COM     800-955-2292 WA | 850 | $849.99 |
| Dec 22 | Dec 22 | SAFETY INS PREMIUM    800-951-2100 MA | 345 | $344.95 |
| Dec 21 | Dec 22 | LEMICOM 2         LAWRENCE    MA | 187 | $187.00 |
| Dec 22 | Dec 23 | THE HANOVER INSU  CE   5175462160  MA | 800 | $800.00 |
| Dec 24 | Dec 26 | JETBLUE   27921808707273 8005382583   UT<br>RUIZ/RAFAEL ENRIQUE MR 01/10/2022 BOS SJU<br>Agency:  #27921808707273 | 538 | $179.20 |
| Dec 24 | Dec 26 | JETBLUE   27921808708673 8005382583   UT<br>RUIZ/RAFAEL ENRIQUE MR 01/15/2022 SJU FLL<br>Agency:  #27921808708673 | 523 | $174.20 |
| **Total purchase activity for this period** | | | 3,243 | $2,535.34 |

▸ *To see activity after this statement period, visit jetbluemastercard.com*

## Fees and Interest

| Transaction Date | Posting Date | Description | Amount |
|---|---|---|---|
| **Fees Charged** | | | |
| | | No fees charged for this period | $0.00 |
| **Total fees for this period** | | | $0.00 |
| **Interest Charged** | | | |
| Dec 26 | Dec 26 | Interest Charge On Purchases | $40.88 |
| **Total interest for this period** | | | $40.88 |

### 2021 Year-to-Date Totals

| | |
|---|---|
| **Total fees charged in 2021** | $0.00 |
| **Total interest charged in 2021** | $93.10 |

*This Year-to-date summary reflects the Fees and Interest charged on billing statements with closing dates in 2021, and does not reflect any subsequent fee and/or interest adjustments.*

038148 2/5

Visit jetbluemastercard.com or use the Barclays Mobile App

**From:** JetBlue Reservations  jetblueairways@email.jetblue.com 🚩
**Subject:** JetBlue booking confirmation for RAFAEL ENRIQUE RUIZ - QKKPND
**Date:** December 24, 2021 at 11:09 PM
**To:** stodgo1971@aol.com



Check out the details for your trip on Mon, Jan 10



  |  #3326688490

### Important info for travelers to Puerto Rico.
Please check the latest entry requirements for Puerto Rico by visiting our COVID-19 Info Hub.

## You're all set to jet.
And, your continued loyalty is what keeps us flying high. Thanks again for being a Mosaic member.

Please note: This is not your boarding pass.

**Your JetBlue confirmation code is**     **QKKPND**

## Change made easy.

Switch or cancel flights, add extras like Even More Space or pets, update your seat assignment, TrueBlue & KTN numbers, and other traveler details—all in one place. Stay safe from fraud—use only jetblue.com or the JetBlue app to switch or cancel your flights.



Manager trip

You can also manage your trips by downloading our free mobile app.



## Flights

| | | | |
|---|---|---|---|
| **BOS** ▸ | **SJU** | Date | Mon, Jan 10 |
| Boston, MA | San Juan, PR | Departs | 12:55pm |
| **Terminal:** C | | Arrives | 5:46pm |
| | | Flight | 261 |

**jetBlue**

**If your booking was made at least 7 days in advance:** You may cancel it within 24 hours for a full refund to your original form of payment, without a cancellation fee.

**JetBlue Change/Cancel Policy:** There is no fee to change (or cancel) Blue, Blue Extra, Blue Plus or Mint fares. Blue Basic fares booked Jun 8 2021 - Aug 24 2021 and after Nov 1 2021 are subject to a change/cancel fee of $100 for travel wholly within the U.S., Caribbean, Mexico or Central America, or $200 for all other routes. There are no change/cancel fees for Blue Basic fares booked before Jun 8 2021 or between Aug 25 2021 - Oct 31 2021.

Fare difference may apply and funds may be issued as a JetBlue Travel Bank credit, valid for 12 months on any JetBlue-operated flight. As a Mosaic, same-day switches may be made without a fee or fare difference. Click here for details on our change and cancel policies.

## Traveler Details

**RAFAEL ENRIQUE RUIZ**

**Frequent Flier:** B6 3326688490
**Ticket number:** 2792180870727

**BOS - SJU:**
**Fare:** Blue
**Carry-on bags:** One (1) carry-on bag and one (1) personal item included in your fare.

personal item included in your fare.

**Checked bags:** Your Mosaic membership includes two (2) checked bags per person. If you need to check more than two bags, these can only be added at the ticket counter on your day of travel, and other baggage restrictions may apply.

**Seat:** 18C

**Notes:** Even More Speed



Get up to 7" more legroom, a fast lane to the TSA checkpoint (select cities), and early boarding—all the better to nab that overhead bin.

**Add Even More Space** ▸

## Payment Details

Master
XXXXXXXXXXXX9796

| | |
|---|---|
| NONREF | $150.00 |
| Taxes & fees | $29.20 |
| **Total:** | **$179.20 USD** |

Purchase Date: Dec 24, 2021

Request full receipt

 

Plan the rest of your trip with Paisly.

**From:** JetBlue Reservations  jetblueairways@email.jetblue.com
**Subject:** JetBlue booking confirmation for RAFAEL ENRIQUE RUIZ - VUVAWO
**Date:** January 14, 2022 at 11:56 AM
**To:** stodgo1971@aol.com



Check out the details for your trip on Fri, Jan 14

 

Federal law requires masks for travelers 2 years and older, at the airport and on board. See mask requirements

## You're all set to jet.

And, your continued loyalty is what keeps us flying high. Thanks again for being a Mosaic member.



Please note: This is not your boarding pass.

**Your JetBlue confirmation code is** 

## Change made easy.

Switch or cancel flights, add extras like Even More Space or pets, update your seat assignment, TrueBlue & KTN numbers, and other traveler details—all in one place. Stay safe from fraud—use only jetblue.com or the JetBlue app to switch or cancel your flights.



You can also manage your trips by downloading our free mobile app.

## Flights

# SJU ▸ FLL

San Juan, PR      Fort Lauderdale, FL

**Terminal:** A

| | |
|---|---|
| Date | Fri, Jan 14 |
| Departs | 4:42pm |
| Arrives | 6:31pm |
| Flight | 454 |

**jetBlue**

**If your booking was made at least 7 days in advance:** You may cancel it within 24 hours for a full refund to your original form of payment, without a cancellation fee.

**JetBlue Change/Cancel Policy:** There is no fee to change (or cancel) Blue, Blue Extra, Blue Plus or Mint fares. Blue Basic fares booked Jun 8 2021 - Aug 24 2021 and after Nov 1 2021 are subject to a change/cancel fee of $100 for travel wholly within the U.S., Caribbean, Mexico or Central America, or $200 for all other routes. There are no change/cancel fees for Blue Basic fares booked before Jun 8 2021 or between Aug 25 2021 - Oct 31 2021.

Fare difference may apply and funds may be issued as a JetBlue Travel Bank credit, valid for 12 months on any JetBlue-operated flight. As a Mosaic, same-day switches may be made without a fee or fare difference. Click here for details on our change and cancel policies.

## Traveler Details

**RAFAEL ENRIQUE RUIZ**

**Frequent Flier:** B6 3326688490

**Ticket number:** 2792182485168

**SJU - FLL:**

**Fare:** Blue

**Carry-on bags:** One (1) carry-on bag and one (1) personal item included in your fare.

**Checked bags:** Your Mosaic membership includes two

**Checked bags:** Your Mosaic membership includes two (2) checked bags per person. If you need to check more than two bags, these can only be added at the ticket counter on your day of travel, and other baggage restrictions may apply.

**Seat:** 9C

**Notes:** Even More Speed



Get up to 7" more legroom, a fast lane to the TSA checkpoint (select cities), and early boarding—all the better to nab that overhead bin.

**Add Even More Space** ▶

## Payment Details

Master
XXXXXXXXXXXX9796

| NONREF | $250.00 |
| Taxes & fees | $29.80 |

**Total:**  $279.80 USD

Purchase Date: Jan 14, 2022

Request full receipt



Plan the rest of your trip with Paisly.