Hipolito Castro Jr
64 Mustang Drive
Monroe, CT 06468

INVOICE #PR001-2022
DATE: January 31, 2022

**Dates of service: January 1 – January 31, 2022**    **TOTAL $7,607.63**

**The following is a detailed statement of the hours worked:**

**01/03/2022**

-FPM Team meeting Zoom. **2hrs.**

**01/10/2022**

- Arrived and checked in hotel.

**01/11/2022**

-Meeting with Reforma Unit at PRPB HQ **2 hrs**.
-Supervision and management interviews **7 hrs.**

**01/12/2022**

-Meeting with Recruitment Director at PRPB HQ **2 hrs**.
-Supervision and management interviews **7 hrs**.

**01/13/2022**

-Supervision and Management interviews at Monitor's office. **9 hrs.**

**01/14/2022**

-Status Conference Federal Court. **5 hrs.**
- Departed Puerto Rico

**01/17/2022**

-FPM Team meeting Zoom. **2hrs.**

**01/31/2022**

-FPM Team meeting Zoom. **2hrs.**

**Expenses due to travel: $1,907.63**

**Billable Hours:** 38 HOURS, at rate of $150 per hour = **$5,700.00**

I hereby certify that the amount billed in this invoice is true and correct and corresponds to the number of hours worked in my capacity as support staff to the Federal Monitor's Office. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Hipolito Castro Jr                                                         Date: January 31, 2022

# Office of the Technical Compliance Advisor Travel Reimbursement Form



**Traveler name: Hipolito Castro**
**January 10 - 14, 2022**
**Purpose of Travel: Site visits/ interviews of PRPB personnel**

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 332.40 | 1 | $ 332.40 |
| Baggage | | | |
| Ground Transportation (Uber/Lyft/Taxi) | $ 21.00 | 1 | $ 21.00 |
| Ground Transportation (Parking) | $ 18.88 | 5 | $ 94.40 |
| Ground Transportation (Mileage) | $ 0.58.5 | 98 | $ 57.33 |
| Lodging | $ 177.00 | 5 | $ 885.00 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 3 | $ 345.00 |
| Tolls and NY Bridges | | | $ - |
| Total | | | $ 1,907.63 |

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

**COURTYARD Marriott**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Hipolito Jr Castro
DC 00000
United States

Room: 0903
Room Type: DBDB
No. of Guests: 1
Rate: $ 150.00   Clerk: 1007

Marriott Rewards #   214246771

CRS Number  71966038

Name:

Arrive:  01-08-22          Time:  19:06          Depart:  01-15-22          Folio Number: 682660

| Date | Description | Charges | Credits |
|---|---|---|---|
| 01-08-22 | Package | 150.00 | |
| 01-08-22 | Government Tax | 13.50 | |
| 01-08-22 | Hotel Fee | 13.50 | |
| 01-09-22 | Package | 150.00 | |
| 01-09-22 | Government Tax | 13.50 | |
| 01-09-22 | Hotel Fee | 13.50 | |
| 01-09-22 | COMEDOR- Guest Charge (Breakfast) | 77.01 — NO | |
| 01-10-22 | COMEDOR- Guest Charge (Breakfast) | 3.00 — NO | |
| 01-10-22 | Package | 150.00 | |
| 01-10-22 | Government Tax | 13.50 | |
| 01-10-22 | Hotel Fee | 13.50 | |
| 01-11-22 | COMEDOR- Guest Charge (Breakfast) | 43.92 — No | |
| 01-11-22 | Package | 150.00 | |
| 01-11-22 | Government Tax | 13.50 | |
| 01-11-22 | Hotel Fee | 13.50 | |
| 01-12-22 | COMEDOR- Guest Charge (Breakfast) | 3.00 — NO | |
| 01-12-22 | Package | 150.00 | |
| 01-12-22 | Government Tax | 13.50 | |
| 01-12-22 | Hotel Fee | 13.50 | |
| 01-12-22 | COMEDOR- Guest Charge (Breakfast) | 0.46 — NO | |
| 01-13-22 | The Market - Food | 1.79 — NO | |
| 01-13-22 | SALES TAX- 10.5% State | 0.19 — NO | |
| 01-13-22 | SALES TAX- 1% Municipality | 0.02 — NO | |
| 01-13-22 | The Market - Food | 0.90 — NO | |
| 01-13-22 | SALES TAX- 10.5% State | 0.09 — NO | |
| 01-13-22 | SALES TAX- 1% Municipality | 0.01 — NO | |

[Handwritten annotations: "177 x 5  885.00  Total claimed"]

**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Hipolito Jr Castro
DC 00000
United States

Room: 0903
Room Type: DBDB
No. of Guests: 1
Rate: $ 150.00   Clerk: 1007

Marriott Rewards #   214246771

CRS Number   71966038

Name:

Arrive:  01-08-22          Time:  19:06          Depart:  01-15-22          Folio Number:  682660

| Date | Description | Charges | Credits |
|---|---|---|---|
| 01-13-22 | The Market - Food | 1.79 — NO | |
| 01-13-22 | SALES TAX- 10.5% State | 0.19 — NO | |
| 01-13-22 | SALES TAX- 1% Municipality | 0.02 — NO | |
| 01-13-22 | The Market - Food | 2.02 — NO | |
| 01-13-22 | SALES TAX- 10.5% State | 0.21 — NO | |
| 01-13-22 | SALES TAX- 1% Municipality | 0.02 — NO | |
| 01-13-22 | The Market - Food | 2.02 — NO | |
| 01-13-22 | SALES TAX- 10.5% State | 0.21 — NO | |
| 01-13-22 | SALES TAX- 1% Municipality | 0.02 — NO | |
| 01-13-22 | Package | 150.00 | |
| 01-13-22 | Government Tax | 13.50 | |
| 01-13-22 | Hotel Fee | 13.50 | |
| 01-14-22 | COMEDOR- Guest Charge (Breakfast) | 6.34 — NO | |
| 01-14-22 | COMEDOR- Guest Charge (Lunch) | 74.84 — NO | |
| 01-14-22 | COMEDOR- Guest Charge (Lunch) | -0.10 — NO | |
| 01-14-22 | Package | 150.00 | |
| 01-14-22 | Government Tax | 13.50 | |
| 01-14-22 | Hotel Fee | 13.50 | |
| 01-15-22 | COMEDOR- Guest Charge (Breakfast) | 4.54 — NO | |
| 01-15-22 | American Express | | 1,461.51 |
| | Card #  XXXXXXXXXXX1006 | | |



Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Hipolito Jr Castro
DC 00000
United States

Room: 0903
Room Type: DBDB
No. of Guests: 1
Rate: $ 150.00  Clerk: 1007

Marriott Rewards #   214246771

CRS Number  71966038

Name:

Arrive:  01-08-22        Time: 19:06        Depart: 01-15-22        Folio Number: 682660

| Date | Description | Charges | Credits |
|---|---|---|---|
| | Balance | | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.



ACCOUNT ENDING - 11006  
Delta SkyMiles® Gold Card

CARD MEMBER  
HIPOLITO CASTRO

# Card Activity from Nov 23, 2021 to Dec 23, 2021

## Summary

| | TOTAL |
|---|---|
| Previous Balance | [redacted] |
| Payments & Credits | [redacted] |
| New Charges | [redacted] |
| Statement Balance | [redacted] |

## Transactions

30 Transactions

| DATE | STATUS | DESCRIPTION | AMOUNT |
|---|---|---|---|
| Dec 22, 2021 | 2X Miles | DELTA AIR LINES | $11.20 |
| Dec 22, 2021 | 2X Miles | DELTA AIR LINES | $11.20 |
| Dec 21, 2021 | | [redacted] | [redacted] |
| Dec 21, 2021 | | EXPEDIA 722180409080EXPEDIA.COM WA | $22.00 |
| Dec 21, 2021 | 2X Miles | EXPEDIA.COM TRAVEL SEATTLE WA | $310.40 |
| [redacted] | | [redacted] | [redacted] |
| Dec 20, 2021 | | [redacted] | [redacted] |
| Dec 20, 2021 | | [redacted] | [redacted] |
| Dec 18, 2021 | | [redacted] | [redacted] |
| Dec 17, 2021 | | [redacted] STRATFORD CT | [redacted] |
| Dec 14, 2021 | | ETOLL BGT U402546174 800 4820159 PR | [redacted] |
| Dec 11, 2021 | | Amazon Prime Amazon.com WA | [redacted] |
| Dec 11, 2021 | | ETOLL BGT U402546174 800 4820159 PR | [redacted] |
| Dec 10, 2021 | | ARLEKINO ARLEKINO SAN JUAN PR | [redacted] |
| Dec 10, 2021 | | COURTYARD MARRIOTT SAN JUAN PR | [redacted] |
| Dec 10, 2021 | | PAYPAL [redacted] | [redacted] |
| Dec 10, 2021 | | THEPARKINGSPOT-402RC WINDSOR LOCKS | [redacted] |
| Dec 9, 2021 | | JETBLUE AIRWAYS [redacted] FOREST HILLS PR | [redacted] |
| Dec 8, 2021 | | WEATHERTECH [redacted] BOLINGBROOK IL | [redacted] |

Handwritten annotation: 332.40

*Parking Airport*

## E-ZPass® Payment Receipt for 01/14/2022

*Parked from the 6 to the 14.*

Account Number : 2000175180885
Transaction Date : 01/14/2022
Transaction Id : 115271779928
Transaction Amount : $170.00
Payment Type : VISA

*From Jan 10 to 14*
*18.88 × 5 = 94.40*
*days*

6:39  •ıll LTE 🔋

 Traveler details
Ana Castro-Rodriguez (Adult)

🛈 View all ticketing details

✈ **New York (JFK) to San Juan (SJU)**

**Delta 1859 6:28pm • New York, NY, United States (JFK-John F. Kennedy Intl.) to San Juan, Puerto Rico (SJU-Luis Munoz Marin Intl.)**
Terminal 4
Airline confirmation: GN642P (Delta)
Economy / Coach (E)
Thu, Jan 6, 6:28pm - 11:24pm
3h 56m flight duration

**San Juan (SJU) to New York (JFK)**

**Delta 1853 6:49pm • San Juan, Puerto Rico (SJU-Luis Munoz Marin Intl.) to New York, NY, United States (JFK-John F. Kennedy Intl.)**
Terminal B
Airline confirmation: GN642P (Delta)
Economy / Coach (E)
Fri, Jan 14, 6:49pm - 9:59pm
4h 10m flight duration

**Manage your itinerary**

4:50 

 Manage your itinerary     

 **Travel confidently with the Expedia app**

Manage your plans and make trip updates on the fly - wherever the journey takes you. Explore the app

## Price summary

**Roundtrip flight**

| | |
|---|---|
| 1 traveler | $252.00 |
| Taxes & fees | $58.40 |
| Flight Protection Plan | $22.00 |

| | |
|---|---|
| **Total** | **$332.40** |

The total price includes all mandatory taxes and fees.

Unless and otherwise specified, rates are quoted in US dollars.

Expedia Rewards

**You will earn 62 Expedia Rewards points**

Book through the app to earn double Expedia Rewards points for each purchase. Terms apply.

# FIXED RATES | TARIFAS FIJAS

FROM AIRPORT TO YOUR DESTINATION / DESDE EL AEROPUERTO HACIA SU DESTINO

△ TAXI

License plate / Tablilla: 0192

Passengers / Personas:

$21

| | ZONE ZONA | | Base price / Precio base |
|---|---|---|---|
| ☐ | **2** | Isla Verde | $12 |
| ✗ | **3** | Ocean Park / Condado / ~~Miramar~~ / Santurce | $17 |
| ☐ | **4** | Old San Juan & Piers | $21 |
| ☐ | **5** | Convention Center / Hyatt House / Isla Grande Airport / Sheraton Convention Center | $17 |

## AREAS OF INTEREST / ÁREAS DE INTERÉS

- ☐ $16 Coliseo José Miguel Agrelot
- ☐ $20 Plaza Las Américas
- ☐ $16 Plaza Carolina
- ☐ $15 The Mall of San Juan

## + APPLICABLE RATES / CARGOS APLICABLES

| | | |
|---|---|---|
| ☐ 🧳 | $1 | Luggage charge will apply to each additional item. Aplica cargo por maleta a cada pieza adicional. |
| ☐ ♿ | $0 | Accesories for disabled person are free of charge. Accesorios de personas impedidas son libre de costo. |
| ☐ 👤 | $2 | Extra charge for 6th-7th passenger. Cargo adicional por 6to-7mo pasajero |
| ✓ 🌙 | $1 | Late night charge (10PM-6AM). Cargo nocturno (10PM-6AM). |
| ✗ ✈ | $3 | Airport fee / Cargo del Aeropuerto |

\* PAY FARE TO DRIVER / PAGUE AL CONDUCTOR

COST PER TRIP, NO PER PERSON / COSTO POR VIAJE, NO POR PASAJERO

METERED RATE WILL APPLY FOR AREAS BETWEEN AND BEYOND TOURIST ZONES / TARIFA METRADA APLICARÁ ENTRE Y FUERA DE ZONAS TURÍSTICAS

TOLLS AND TIPS ARE NOT INCLUDED / PEAJES Y PROPINAS NO ESTÁN INCLUIDOS

Rates approved by: Tarifas aprobadas por: CSP

This is NOT a receipt, keep for your reference / Esto no es un recibo, manténgalo para su referencia.