Del Carmen Consulting, LLC
3122 Westwood Drive
Arlington, Texas 76012

December 22, 2021 through January 21, 2022

INVOICE # SM2022-1                                           **TOTAL DUE $ 15,777.42**
SPECIAL MASTER
JANUARY 2022 INVOICE

## Tasks Completed

Drafted, reviewed and responded to emails and all other documents/communication with respective parties and the Court. Engaged in review of some documents for the Court.

Conference calls with the Monitoring Team members, Commonwealth Representatives and Court.

Conference calls with the Monitor and SM team members.

Travel, meetings and hearing/Puerto Rico (1/12/22—1/14/22).

Zoom meetings with various groups including U of Chicago Crime Lab.

Engaged in review of documents provided by PRPB.

Virtual meetings on Citizen Survey.

Reviewed survey drafts and provided feedback.

Reviewed expenditures submitted by PRPB.

**Expenses January Puerto Rico Visit**

Airfare and DFW Parking: No Reimbursement/Donated

Lodging: Government Rate for 2 Nights at $195/night plus $78.71 daily taxes: $547.42

Meals and Incidental Expenses (M&IE), Government rate of $92/day on site, and 75% travel rate on two travel days ($69/day). $230.00.

**Flat Rate Total Wages Due = $15,000.00**
**Expenses Due = $777.42**

**TOTAL DUE = $ 15,777.42**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*Alejandro del Carmen*
_____
 **Dr. Alejandro del Carmen**                                                        **1/21/22**



Tom Petrowski <tom.petrowski@gmail.com>

## Your Elitemed Lab receipt [#1356-7552]
1 message

**Elitemed Lab** <receipts+acct_1HpH6AC36BmW2nKy@stripe.com>  Thu, Dec 30, 2021 at 8:37 AM
Reply-To: Elitemed Lab <covid@elitemedlab.com>
To: tom.petrowski@gmail.com

# Receipt from Elitemed Lab

Receipt #1356-7552

**AMOUNT PAID**  **DATE PAID**  **PAYMENT METHOD**
$100.00  December 30, 2021  VISA - 2994

**SUMMARY**

737047855 - Alejandro del Carmen - January 10, 2022 2:30pm  $100.00

**Amount charged**  **$100.00**

If you have any questions, contact us at **covid@elitemedlab.com** or call at **+1 972-789-9211**.

Something wrong with the email? View it in your browser.

You're receiving this email because you made a purchase at Elitemed Lab, which partners with Stripe to provide invoicing and payment processing.

Page No.  1



CONDADO VANDERBILT
H O T E L

Guest Name:  Alex Del Carmen
3122 Westwood Drive
Arlington, TX  76012     US

Room #:  605
Folio #:  R62647SC068270 -
Group #:
Guests:  1
Clerk:

Arrive: 01/12/22   Time: 15:30   Depart: 01/14/22   Time: 01:49:00   Status: FOL

| Date | Description | Reference | Comment | Charges | Credits |
|---|---|---|---|---|---|
| 12/02/2021 | DEP MASTERCARD | 12028040 | ************9643 38820Z | $0.00 | ($418.25) |
| 01/12/2022 | HOTEL TARIFF | 605t | HOTEL TARIFF | $62.80 | $0.00 |
| 01/12/2022 | GOVERNMENT TAX | 605t | GOVERNMENT TAX | $41.45 | $0.00 |
| 01/12/2022 | ROOM CHARGE | 605 | | $314.00 | $0.00 |
| 01/12/2022 | IN ROOM DINE | 80072692 | | $57.29 | $0.00 |
| 01/13/2022 | ROOM CHARGE | 605 | | $476.00 | $0.00 |
| 01/13/2022 | HOTEL TARIFF | 605t | HOTEL TARIFF | $95.20 | $0.00 |
| 01/13/2022 | GOVERNMENT TAX | 605t | GOVERNMENT TAX | $62.83 | $0.00 |
| 01/13/2022 | IN ROOM DINE | 80072700 | | $86.04 | $0.00 |
| 01/13/2022 | IN ROOM DINE | 80072729 | | $74.79 | $0.00 |

Folio Balance:  $852.15

1055 Ashford Avenue San Juan, Puerto Rico  00907 Tel. 787.721.5500 Fax. 787.724.1949
www.condadovanderbilt.com <http://www.condadovanderbilt.com>