GALOEFFERT, LLC
4805 East Lake Road
Sheffield Lake, Ohio 44054

December 22, 2021, through January 21, 2022

INVOICE # 2022-01            **TOTAL DUE $14,400.00**
ASSISTANT SPECIAL MASTER
JANUARY 2022 INVOICE

Tasks Completed

| Hours | Description | Total |
|---|---|---|
| 61 | Drafted/reviewed/researched/translated as necessary/discussed/reworked documents related to various orders of the Court, PRPB and DOJ and Monitor's Office exchanges regarding recurring issues and OSM projects. | $9,150.00 |
| 18 | Drafted, reviewed, and responded to texts, emails and all other documents/communications with respective parties, the Special Master, Assistant Special Master and the Court. | $2,700.00 |
| 17 | Zoom meetings and/or conference calls with the parties. | $2,550.00 |

Total Wages Due = $14,400.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

_____
Gary A. Loeffert

01/21/2022