**TDPetrowski, LLC**
**4010 Deep Valley Drive**
**Dallas, Texas 75244**

December 22, 2021 – January 21, 2022

INVOICE # ASM.TDP.2022-1  **TOTAL DUE: $12,294.42**
ASSISTANT SPECIAL MASTER
JANUARY INVOICE

**Tasks Completed**

| Hours | Description | Total |
|---|---|---|
| 11 | Reviewed/researched/translated as necessary/discussed/reworked documents related to various orders of the Court, PRPD and DOJ and Monitor Office exchanges regarding recurring issues and OSM projects. | $1,650 |
| 14 | Drafted, reviewed and responded to texts, emails and all other documents/communications with respective parties, the Special Master, Assistant Special Master and the Court. | $2,100 |
| 16 | Zoom meetings and/or conference calls with the Parties and the Court. | $2,400 |
| 30 | Travel, Court hearing and meetings in San Juan 1/12/2022-1/14/2022. | $4,500 |
| Travel Expense | Molecular PCR COVID-19 test | $100 |
| Travel Expense | Air Fare Dallas to San Juan - coach class roundtrip ticket | $767 |
| Travel Expense | Lodging 1/12/2022-1/14/2022, Government rate of $195 per night plus $78.71 per night for taxes and resort fees. | $547.42 |
| Travel Expense | Meals and Incidental Expenses, 1/12/2022-1/14/2022, Government rate of $92 per day and two travel days at the ¾ rate of $69/day | $230.00 |

Total Wages Due = **$12,294.42**

**I hereby certify that the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.**

_Thomas D. Petrowski_                                                            1/21/22
**Thomas D. Petrowski**



Tom Petrowski <tom.petrowski@gmail.com>

**Your Elitemed Lab receipt [#1563-2807]**
1 message

**Elitemed Lab** <receipts+acct_1HpH6AC36BmW2nKy@stripe.com>                    Thu, Dec 30, 2021 at 8:26 AM
Reply-To: Elitemed Lab <covid@elitemedlab.com>
To: tom.petrowski@gmail.com

## Receipt from Elitemed Lab

Receipt #1563-2807

| AMOUNT PAID | DATE PAID | PAYMENT METHOD |
|---|---|---|
| $100.00 | December 30, 2021 | VISA - 2994 |

**SUMMARY**

| | |
|---|---|
| 737041385 - Thomas Petrowski - January 10, 2022 2:30pm | $100.00 |
| **Amount charged** | **$100.00** |

If you have any questions, contact us at covid@elitemedlab.com or call at +1 972-789-9211.

Something wrong with the email? View it in your browser.

You're receiving this email because you made a purchase at Elitemed Lab, which partners with Stripe to provide invoicing and payment processing.

AC Hotel
San Juan - Condado

1369 Ashford Avenue
San Juan, , 00907, United States
Tel.: +1-787-827-7280 Fax: +1-787-289-7000 www.marriott.com/sjuac

Tom Petrowski
4010 Deep Valley Drive
Dallas TX 75244
United States

| | |
|---|---|
| Habitación / Room: | 0201 |
| Confirmation / Confirmacion: | 82760957 |
| Tipo de habitación/Room Type : | KSTE |
| No. Huespedes/ No. of Guests : | 1/0 |
| Tarifa / Rate : 275 | Agente / Clerk :72 |

| Llegada: Arrival : | 01-12-22 | Hora : Time : | 15:25:00 | Salida : Departure : | 01-14-22 | Hora : Time : | 13:56:00 | No. Folio : | 163291 |

| Fecha / Date | Reference # | Descripción / Description | Cargos / Charges | Creditos / Credits |
|---|---|---|---|---|
| 01-12-22 | 10174 | Room Charge | 275.00 | |
| 01-12-22 | 15101 | Destination Resort Fee | 49.50 | |
| 01-12-22 | 15105 | Room Tax | 29.21 | |
| 01-13-22 | | AC Store Misc | 5.58 | |
| 01-13-22 | 10174 | Room Charge | 275.00 | |
| 01-13-22 | 15101 | Destination Resort Fee | 49.50 | |
| 01-13-22 | 15105 | Room Tax | 29.21 | |
| 01-14-22 | 17020 | Early Departure | 75.00 | |
| | Early departure. | | | |
| 01-14-22 | 15105 | Room Tax | 6.75 | |
| 01-14-22 | 90701 | Visa Card | | 794.75 |

No. de TC/Credit Card No. : XXXXXXXXXXXX2994

**Total :** 794.75

**Balance :** 0.00

As a Marriott Bonvoy Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.



Tom Petrowski <tom.petrowski@gmail.com>

## Your trip confirmation (DFW - MIA)
1 message

**American Airlines** <no-reply@notify.email.aa.com>   Thu, Dec 2, 2021 at 7:00 PM
To: TOM.PETROWSKI@gmail.com

   

Issued: December 2, 2021

# Your trip confirmation and receipt

### Record Locator: EVXBNJ

We charged $1,937.40 to your card ending in 2994 for your ticket purchase.

A face covering is required while flying on American, except for children under 2 years old. You are also required to wear a face covering while in the airport before and after your flight. Read more about travel requirements.

You'll need your record locator to find your trip at the kiosk and when you call Reservations.

Manage your trip

## Wednesday, January 12, 2022

| DFW | | MIA | Seat: | 4E |
|---|---|---|---|---|
| **5:38** AM | → | **9:20** AM | Class: | Business (C) |
| Dallas/Fort Worth | | Miami | Meals: | |

**AA 2567**

| MIA 10:25 AM | → | SJU 1:56 PM | Seat: 4L |
|---|---|---|---|
| Miami | | San Juan | Class: Business (C) |
| | | | Meals: |

**AA 1613**

Saturday, January 15, 2022

| SJU 6:00 AM | → | MIA 7:49 AM | Seat: 2E |
|---|---|---|---|
| San Juan | | Miami | Class: Business (D) |
| | | | Meals: |

**AA 1724**

| MIA 10:10 AM | → | DFW 12:32 PM | Seat: 2A |
|---|---|---|---|
| Miami | | Dallas/Fort Worth | Class: Business (D) |
| | | | Meals: |

**AA 2808**

## Your payment

| Credit Card Visa ending 2994 | $1,253.59 |
|---|---|
| Trip Credit | $683.81 |
| **Total paid** | **$1,937.40** |

## Your purchase

**THOMAS PETROWSKI**

AAdvantage #: Y23K520

| | |
|---|---:|
| New ticket<br>Ticket #: 0012316465409<br>[$1,870.00 + Taxes and fees $67.40 ] | $1,937.40 |
| **Total** | **$1,937.40** |

**Total cost** (all passengers)         **$1,937.40**

## Bag information

### Checked bags

**Airport**

| 1st bag | 2nd bag |
|---|---|
| No charge | No charge |

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 70 pounds or 32 kilograms

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply.
Bag and optional fees
If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 4 hours) before departure.

### Carry-on bags

**1st carry-on:** Includes purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you.

**2nd carry-on:** Maximum dimensions not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm).

   

Book a hotel »    Book a car »    Buy trip insurance »    Things to do »

SAVE & EARN WHEN YOU RENT! Book Avis and Budget>> Need more miles? Buy or gift miles today American Airlines

Contact us    |    Privacy policy

Get the American Airlines app

Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

If you have purchased a NON-REFUNDABLE fare, the itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has NO VALUE. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

You have up to 24 hours from the time of ticket purchase to receive a full refund if you booked at least 2 days before departure. You must log in on aa.com or Contact Reservations to cancel. Once cancelled, your refund will be processed automatically. Refunds.

Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page.

The policy for traveling with Emotional Support and Service animals has changed. Visit Traveling with Service Animals for more information.



Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid, Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should

contact the airline operator for information on use of such devices.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage link below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

For more on Canada passenger protection regulations visit aa.com/CanadaPassengers.

Please do not reply to this email address as it is not monitored.

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward to privacy@aa.com with an explanation, and then delete this message from your computer.

**one**world is a registered trademark of **one**world Alliance, LLC.

© American Airlines, Inc. All Rights Reserved.