N THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

      **Plaintiff**,

          **v.**

COMMONWEALTH OF PUERTO RICO, *et al.*,

      **Defendants**.

**Civil No.** 12-2039 (FAB)

**ORDER**

The Motion to Approve and Disburse Funds and the Motion to Amend and Correct ECF No. 1943 and for Disbursement of Funds submitted by the Office of the Federal Police Monitor for professional services rendered during the month of January 2022 (Docket No. 1943 and 1948) are **NOTED.**

The motion at docket number 1943 is rendered **MOOT** and the motion at docket 1948 is **APPROVED** for payment.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, February 17, 2022.

                          s/Francisco A. Besosa
                          FRANCISCO A. BESOSA
                          SENIOR UNITED STATES DISTRICT JUDGE