IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants**. | **Civil No.** 12-2039 (FAB) |

**ORDER**

The Invoices submitted by Del Carmen Consulting, LLC, Galoeffert, LLC, and TD Petrowski, LLC (Docket Nos. 1949, 1950 & 1951) are **NOTED**.

The amounts claimed for the period from December 22, 2021 through January 21, 2022, are **APPROVED** for payment.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, February 17, 2021.

s/Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE