UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>PUERTO RICO POLICE DEPARTMENT and COMMONWEALTH OF PUERTO RICO,<br><br>Defendants. | CIVIL NO. 12-cv-2039 (GAG) |

**MOTION IN COMPLIANCE WITH ORDER**

**MAY IT PLEASE THE COURT:**

COME NOW, Codefendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau ("PRPB"), through the undersigned attorneys, and very respectfully state and pray:

1. On January 14, 2022, this Honorable Court held a Status Conference in the captioned case. Thereafter, this court issued the corresponding minutes. Docket 1945.

2. Among other matters, this Court issued several orders to the parties with a due date of February 28, 2022.

3. The Commonwealth and the PRPB respectfully comply below with the orders of the Court.

**BEHAVIORAL/MENTAL HEALTH CRISIS**

The Commonwealth respectfully submits the names of the persons suggested to be in the evaluation team. The parties met and are in agreement with this list. See **Exhibit 1**.

**CADET PROGRAM**

As ordered, the Commonwealth submitted a proposed plan on February 10, 2022. Thereafter, the parties met, commented on the proposed plan and made changes to it. Enclosed as **Exhibit 2** is the plan agreed by all parties in the case.

**WHEREFORE**, the Commonwealth of Puerto Rico respectfully requests that this Honorable Court deems its January 14, 2022 Order as complied with, in connection with behavioral/mental health crisis and the cadet program.

**WE HEREBY CERTIFY** that on this same date, the forgoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel for Plaintiff and all participants of record.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico on this 28th day of February, 2022.

S/ GABRIEL A. PEÑAGARÍCANO
USDC PR: 212911
gpenagaricano@me.com

S/RAFAEL E. BARRETO SOLÁ
USDC No. 211801
rbarreto@cnr.law

**CANCIO, NADAL & RIVERA, LLC**
PO Box 364966
San Juan, PR  00936-4966
Tel. (787) 767-9625
Fax  (787) 622-2238/764-4430