**GOBIERNO DE PUERTO RICO**
DEPARTAMENTO DE SEGURIDAD PÚBLICA
Negociado de la Policía de Puerto Rico

ALEXIS TORRES
SECRETARIO

ANTONIO LÓPEZ FIGUEROA
COMISIONADO

MON-OR-612-28-02-2022

**28 de febrero de 2022**

**PROGRAMA PILOTO EQUIPO DE INTERVENCIÓN EN CRISIS (CIT)**

En cumplimiento con la orden emitida por el Honorable Juez Francisco Besosa, las personas que se identifican en la siguiente lista participarán de la evaluación del programa piloto del CIT en Arecibo.

Personal del NPPR para evaluar el Programa Piloto del CIT:

1. Tte. Edgar Lugo Nazario - Coordinador Central
2. Ángel G. Diaz Camareno - Tecnología
3. Sgto. Pedro Cruz Febo - Oficina de Reforma
4. Tte. Retirado José A. Hernández – Oficina de Reforma
5. Dr. Francisco J. Carillo Pérez, Psicólogo
6. Dra. Nitza González Rodriguez, Psicóloga

Personas externas al NPPR:

1. Sra. Kenia Avilés Rios, Psicóloga ASSMCA
2. Sra. Wanda Rodríguez Medina, Hospital Metropolitano de la Montaña.

Documentos compartidos con el Monitor, USDOJ y Special Master el día 10 de febrero de 2022:

- Informe de Equipo Intervención en Crisis (CIT) Plan Piloto Área Arecibo del 31 de enero de 2020.
- Borrador de Evaluación Programa Piloto Equipo De Intervención En Crisis
- Evaluación Oficina de Psicología Plan Piloto CIT Arecibo del 19 de mayo de 2021.

**OFICINA DE REFORMA
NEGOCIADO DE LA POLICÍA DE PUERTO RICO**



P.O. BOX 70166 │ SAN JUAN PR 00936-8166

☎ 787.793.1234    🖱 www.dsp.pr.gov


