**GOBIERNO DE PUERTO RICO**
DEPARTAMENTO DE SEGURIDAD PÚBLICA
Negociado de la Policía de Puerto Rico

ALEXIS TORRES
SECRETARIO

ANTONIO LÓPEZ FIGUEROA
COMISIONADO

**MON-OR-613-28-02-2022**

**28 de febrero de 2022**

**A.** <u>**Ley 65-2021**</u>

Durante el mes de diciembre de 2021 se firma la ley 65-2021 Para enmendar los Artículos 1.02, 1.11 y 2.07 de la Ley 20-2017, según enmendada, conocida como "Ley del Departamento de Seguridad Pública de Puerto Rico"; enmendar los Artículos 2.02, 3.05, 6.03 y 6.23 de la Ley 168-2019, conocida como "Ley de Armas de Puerto Rico", según enmendada, con el fin de autorizar el ingreso de toda persona de 18 años o más al Negociado de la Policía de Puerto Rico, extender la edad máxima de ingreso, asegurar que cada nuevo miembro de dicho Negociado tenga, como mínimo, un grado asociado, el cual podrá completar en el término de tres (3) años a partir de que juramente como cadete; permitir que un Agente del Negociado de la Policía menor de veintiún (21) años sea elegible para solicitar una licencia de armas; y para otros fines relacionados.

No obstante, el NPPR, reconoce que tiene que cumplir con las disposiciones del Acuerdo relacionadas al Grado Asociado que tienen que poseer todos los MNPPR. Cualquier plan que se desarrolle para el cumplimiento con la ley 65-2021, tiene que cumplir, además, con las disposiciones del párrafo 105 del Acuerdo. Esta ha sido la posición del NPPR en todas las reuniones que se han llevado a cabo con el Monitor, USDOJ y Special Master.

El NPPR no pretende realizar cambios a corto plazo para poner en práctica la ley 65-2021, ya que la ley no provee un término específico para ponerla en vigor. Sin embargo, se están auscultado todas las posibilidades existentes para que el NPPR pueda cumplir con ambas disposiciones legales de forma integrada, entiéndase la Ley y el Acuerdo.

Dentro de estas posibilidades, se está auscultando lo siguiente:

1. Se estará revisando los cursos que pertenecen al Programa Previo al Servicio, para determinar cuáles de estos cursos pueden formar parte de un currículo conducente a grado asociado, que sea ofrecido y/o convalidado por una Institución Universitaria debidamente acreditada.
2. Estos cursos serán ofrecidos dentro del Programa de Adiestramientos Previo al Servicio y a la misma vez serán convalidados para un grado asociado.
3. Los cursos que por requerimiento y naturaleza sean operacionales, tales como cursos de Uso de Fuerza, Adiestramiento de Tiro, entre otros, serán ofrecidos por la Academia.

P.O. BOX 70166 | SAN JUAN PR 00936-8166

☏ 787.793.1234     🖱 www.dsp.pr.gov




4. El Programa de Adiestramiento Previo al Servicio podrá ser programa híbrido en donde se le permita al cadete convalidar las clases que toman para prepararse para ser agentes del orden público, a la misma vez sean convalidas para un grado asociado.
5. De esta forma, se garantiza que todo cadete graduado de la SAEA, tendrá un grado asociado.
6. Una vez culminada la revisión del Programa de Adiestramiento Previo al Servicio, se presentará a todas las universidades o instituciones acreditadas que ofrezcan estudios en ciencias policiales o en justicia criminal, para que puedan participar de este Programa.
7. Toda gestión realizada para cumplir con lo dispuesto anteriormente, será notificada a las partes bajo el párrafo 229 del Acuerdo, para su correspondiente evaluación y aprobación.
8. Se mantendrá el *estatus quo* de los cadetes. Serán considerados estudiantes y solamente realizarán funciones administrativas cuando no se encuentren tomando clases.
9. Como parte de este proyecto a largo plazo, se evaluará y revisará el Manual de Descripción de Funciones, Deberes, Responsabilidades de los Empleados del Sistema de Rango, para incluir el perfil y las funciones que podrán realizar los cadetes previos a ser juramentados como MNPPR. Asimismo, se revisará el Reglamento Interno de Estudiantes de Superintendencia Auxiliar en Educación y Adiestramiento.

**B. Revisión del Currículo del Programa de Adiestramiento Previo al Servicio**

Como se indicó en reunión con el Monitor, USDOJ y Special Master, el NPPR se encuentra en etapa de evaluación y revisión de todo el currículo del Programa de Adiestramiento Previo al Servicio.

Una vez concluida esta evaluación, este currículo será compartido con todas las universidades e instituciones que ofrezcan programa de ciencias policiales o criminología, con el propósito de que puedan identificar los cursos que están aptos para ofrecer. De esta forma estas clases podrán acreditarse como créditos universitarios.

**C. Reglamento de Reclutamiento**

En este momento, el NPPR se encuentra revisando el reglamento de Reclutamiento. Una vez se determine la alternativa viable que tiene el NPPR para poder cumplir con la ley 65-2021 y el Acuerdo, se enviará a las partes el borrador final del Reglamento de Reclutamiento, para su evaluación bajo el párrafo 229. Este reglamento recogerá los requisitos que tendrán que cumplir los aspirantes a cadetes y establecerá los deberes y responsabilidades de los cadetes mientras estén cursando el Programa de Adiestramiento Previo al Servicio.





D. <u>**Grado Asociado**</u>

Una vez este programa tome vigencia, todos los cadetes saldrán de la Academia con un grado asociado o su equivalente, y con el Programa de Adiestramiento Previo al Servicio culminado.

E. <u>**Acuerdos con Entidades Universitarias**</u>

El NPPR realizará acuerdos de entendimiento con las entidades universitarias interesadas en participar del Programa, que tengan currículos de Criminología, Ciencias Policiales o su equivalente. No obstante, para evitar cualquier conflicto de interés, y para ofrecerle a todas las mismas oportunidades para participar, en nuestro plan no podemos identificar de ante mano aquellas entidades que estarán participando.

**OFICINA DE REFORMA**
**NEGOCIADO DE LA POLICÍA DE PUERTO RICO**



P.O. BOX 70166 | SAN JUAN PR 00936-8166

787.793.1234    www.dsp.pr.gov


