UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff**<br><br>v.<br><br>**PUERTO RICO POLICE DEPARTMENT and COMMONWEALTH OF PUERTO RICO,**<br><br>**Defendants.** | **CIVIL NO. 12-cv-2039 (GAG)** |

**MOTION REQUESTING EXTENSION OF TIME**

**MAY IT PLEASE THE COURT:**

COME NOW, Codefendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau ("PRPB"), through the undersigned attorneys, and very respectfully state and pray:

1. On January 14, 2022, this Honorable Court held a Status Conference in the captioned case.

2. Thereafter, this court issued the corresponding Minutes at Docket 1945.

3. Among other matters, the Court ordered the parties in this case to prepare a proposed plan and a proposed order regarding the Use of Force. The Court also ordered the parties submit a proposed plan regarding Supervision and Management.

4. Pursuant to the Court's Order, on February 10, 2022, the Commonwealth submitted proposed plans for both the Use of Force and Supervision and Management. See **Exhibit 1**.

5. Thereafter, both Plaintiff, United States Department of Justice, and The Monitor submitted comments to the plans. See **Exhibit 2 and Exhibit 3**. The parties have had several discussions regarding the original proposed plans and the parties' comments.

6. After thorough deliberations, and after solid progress, both Plaintiff and Defendants agree that more time is needed to finalize the plans. The Commonwealth therefore requests until March 18, 2022, to submit final plans.

7. The Commonwealth discussed the contents of this motion with Plaintiff. Plaintiff has provided its consent to filing this motion and the extension of time requested herein.

**WHEREFORE**, the Commonwealth of Puerto Rico respectfully requests that this Honorable Court grant the parties until March 18, 2022, to submit final plans regarding Use of Force and Supervision and Management, in compliance with the Court's January 14, 2022, Order.

**WE HEREBY CERTIFY** that on this same date, the forgoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel for Plaintiff and all participants of record.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico on this 28th day of February, 2022.

S/ GABRIEL A. PEÑAGARÍCANO
USDC PR: 212911
gpenagaricano@me.com

S/RAFAEL E. BARRETO SOLÁ
USDC No. 211801
rbarreto@cnr.law

**CANCIO, NADAL & RIVERA, LLC**
PO Box 364966
San Juan, PR  00936-4966
Tel. (787) 767-9625
Fax  (787) 622-2238/764-4430