GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE SEGURIDAD PÚBLICA
Negociado de la Policía de Puerto Rico

ALEXIS TORRES
SECRETARIO

ANTONIO LÓPEZ FIGUEROA
COMISIONADO

**MON-OR-604-10-02-2022**

**10 de febrero de 2022**

**ESCRITO EN CUMPLIMIENTO CON ORDEN DEL JUEZ FRANCISCO BESOSA EN CORTE ABIERTA EL DIA 14 DE ENERO DE 2022**

I.  **CIT**

Juez al NPPR y a las partes identificar personal para hacer el análisis del programa piloto del CIT. A finales de febrero entregar la lista de personas que van a participar en este comité para evaluar el programa Piloto del CIT. Una vez esto se realizará un *timetable* para atender el *issue*.

Personal del NPPR para evaluar el Programa Piloto del CIT.

1. Tte. Edgar Lugo Nazario - Coordinador Central
2. Ángel G. Diaz Camareno - Tecnología
3. Sgto. Pedro Cruz Febo - Oficina de Reforma
4. Tte. Ret. José A. Hernández – Oficina de Reforma
5. Agte. Joel García Echevarría 27680 – Coordinador Área de Arecibo
6. Agte. Thayra Negrón Meléndez 21448 – CIT Distrito Manatí
7. Agte. Rafael Ramos Jiménez – 19925 – CIT Arecibo Centro de Mando
8. Agte. Enrique Ortiz Torres 29961 – CIT Arecibo Unidad Motorizada
9. Agte. Joel A. Vidot Soto 29122 – CIT Arecibo Div. Relaciones con la Comunidad
10. Dr. Francisco J. Carillo Pérez, Psicólogo
11. Dra. Nitza González Rodriguez, Psicóloga

- Ver Anejo: Comité Evaluador CIT - Área de Arecibo
- Ver Anejo: Informe de Equipo Intervención en Crisis (CIT) Plan Piloto Área Arecibo
- Ver Anejo: Borrador de Evaluación Programa Piloto Equipo De Intervención En Crisis
- Ver Anejo: Evaluación Oficina de Psicología Plan Piloto CIT Arecibo

II. **Uso de Fuerza**

- Ver Anejo: Plan de Trabajo Calidad Data Uso de Fuerza

P.O. BOX 70166 │ SAN JUAN PR 00936-8166

☏ 787.793.1234    🖱 www.dsp.pr.gov



### III. Information and Technolgy

#### A. Radios, Acondicionador de Aire y Fortinet

- Ver Anejo: Certificación Radios, Acondicionador de Aire, Fortinet
- Ver Anejos: PO 22J- 03798 (Radios), PO 22J-04260 (Radios) y PO 22J-04275 (Radios)

#### B. IT Action Plan

El día 1 de febrero de 2022, el Negociado de la Policía de Puerto Rico recibió los comentarios y recomendaciones de parte de la Oficina del Monitor, sobre el borrador del *IT Action Plan* que le fue sometido para su evaluación. En este momento nos encontramos en tapa de análisis de las mismas y estamos pendientes a coordinar reunión entre las partes del caso de reforma para desarrollar un plan final, según ordenado por la Corte.

### IV. Supervisión

Como parte de las estrategias para atender la falta de supervisores, el NPPR ha comenzado a trabajar con el Módulo de Asignación de Recursos y con los Ascensos para rango de supervisión de Sargento a Coronel.

#### A. Estudio del párrafo 13 del Acuerdo (V2A)

Se delegó en el Cap. Raymond A. Ferrer Silva 5-24122, realizar un proceso junto a la Compañía contratada Interboro, para la creación de un módulo tecnológico para la asignación de recursos en el Negociado de la Policía de Puerto Rico. Este proyecto tiene el propósito de actualizar los resultados del informe realizado de V2A e implementar el Párrafo 13 del Acuerdo.

Relacionado a esta encomienda se han realizado las siguientes reuniones encaminadas al cumplimiento de este párrafo.

12 de noviembre de 2021 – Primera reunión con personal de Interboro

12 de noviembre de 2021 – Interboro envía su primer reporte de empleados a base de SITA, para ser evaluado en relación al estudio de necesidades.

20 de noviembre de 2021 – Interboro envía presentación *Power Point*, SITA – Modulo de Asignación de Recursos.

8 de diciembre de 2021 - Interboro envió plan de trabajo estimado para el desarrollo del Párrafo 13. (Smartsheet)

12 de diciembre de 2021 – Selección de los equipos de Proyecto de por unidades del NPPR

**Oficina de Reforma:**
Cap. Carlos Figueroa Ortolaza 5-23921
Cap. Raymond A. Ferrer Silva 5-24122- Líder de Proyecto Oficina de Reforma
Cap. Alexander Acevedo Ruiz 5-24046
Sr. José A. Hernández
Lcdo. José C. Vázquez

**División Tecnología:**
Sr. Angel Díaz Camareno – Líder Div. Tecnología
Sr. Vicente Caonabo
Sr. Guillermo Torres
Dr. Juan C. Rivera

**Gerente de Proyecto:**
Tte. Jojanie Mulero Andino – Directora Negociado Recursos Humanos

**Interboro:**
Sra. Brenda Roldan – Gerente de Proyecto
Ivonne Blanco – Líder Funcional

17 enero de 2022 – Interboro envió base de datos actualizada. (te la envié por correo)

18 de enero de 2022- Reunión con Cap. Figueroa

Se acordó establecer un plan piloto en el área de San Juan que contemple el siguiente personal por Precintos:

1 Comandante de Precinto
1 Comandante Auxiliar
1 Oficial Administrativo
6 Sargentos
2 Agentes enlaces Policías Comunitarios
2 Retenes (por turno)
2 Radio Operadores (por turno)
6 agentes, 3 patrullas (por turno)
2 agentes vigilancia precinto (por turno)

Se acordó coordinar reunión con el Tte. Cnel. Orlando Rivera para establecer los primeros pasos del Plan Piloto proyectado para el Área de San Juan. Personal en Precintos y Personal en Centro de Mando.

3 de febrero de 2022 – Reunión con Tte. Col Orlando Rivera sobre plan piloto Área de San Juan.

7 de febrero de 2022 – Entrega de la composición de los Precintos y Centro de Mando del Área de San Juan, para ser entregado a Interboro para establecer el plan piloto.

8 de febrero de 2022 – Reunión para discutir información suministrada por el área policiaca de San Juan, para delinear plan de trabajo de programa piloto del módulo.

Una vez este Módulo de Asignación de Recursos sea culminado, se podrá continuar con las estrategias de implementación del párrafo 13 del Acuerdo en tiempo real. Esto permitirá que el NPPR evalúe el número apropiado de persona de rango y civil necesario para realizar las diferentes funciones para cumplir su misión.

- Ver Anejo: SITA – Módulo de Asignación de Recursos
- Ver Anejo: Hoja de Asistencia Reuniones Módulo de Estudio de Necesidades
- Ver Anejo: Plan de Trabajo V2A - Policia Reforma - Parrafo 13

**B. Ascensos**

**Junta de Ascensos por Examen**

El pasado 3 de enero de 2022, se conformó la Junta de Exámenes para Ascenso con los siguientes miembros:

1. Lcdo. Pedro J. Santiago Soto – Presidente
2. Insp. Carlos J. Nazario Lebrón, placa 4-22692 - Superintendencia Auxiliar de Investigaciones Criminales
3. Cap. Carlos Figueroa Ortolaza 5-23921 - Director Oficina de Reforma
4. Dra. Migdalia del C. Ortiz Castillo - Encargada, Superintendencia Auxiliar en Servicios Gerenciales
5. Michelle Moure Torres - Directora Interina, División de Nombramientos y Cambios

El 24 de enero de 2022, se solicitó a los ex miembros de la Junta de Exámenes para Ascenso, el registro de elegibles de las Convocatorias celebradas previamente de los rangos de sargento a capitán y la entrega de toda información que tuvieran en su poder relevante a la Junta.

Luego de la evaluación del registro de elegibles de las convocatorias del año 2015, el pasado 26 de enero de 2022, se autorizaron los siguientes ascensos:

| Convocatoria | Ascenso | Cantidad |
|---|---|---|
| 2015-1 | Sargento | 3 |
| 2015-3 | Teniente II | 27 |
| 2015-4 | Capitán | 1 |
| **Total** | | **31** |

El presupuesto para los ascensos fue aprobado por la OGP; no obstante, nos encontramos en el proceso de evaluación de los expedientes de todos los

candidatos para ascensos para corroborar que sean elegibles. Por lo tanto, el número final de candidatos para ascenso podría cambiar.

Los miembros de la Junta comenzarán los adiestramientos requeridos y la revisión del reglamento interno en marzo del año 2022.

Como parte del plan de trabajo y la confección de presupuesto para el próximo año fiscal 2022-2023, se contempló el ascenso de 1,000 Sargentos, 40 Inspectores, 12 Comandantes, 12 Tenientes Coronel, 4 Coroneles, para un total de 68 puestos de oficiales.

Con el ascenso de 1,068 MNPPR a rangos de supervisor, se espera atender de forma directa la falta de supervisores que atraviesa el NPPR. No obstante, como se ha manifestado anteriormente ante la Corte y las partes del caso de Reforma, estos procesos tomarán tiempo en culminar.

- Ver Anejo: Autorización de Ascensos (convocatoria 2015)
- Ver Anejo: Comunicación OC-1-2-014 Solicitud de Información y Proceso de Transición de la Junta de Ascensos
- Ver Anejo: Designación Miembros de la Junta de Ascenso
- Ver Anejo: Proyección Ascensos Sargentos

**Ascensos de Inspector a Coronel:**

El Protocolo de Ascensos de Inspector a Coronel, ya fue aprobado y firmado por el Comisionado y se envió al Departamento de Seguridad Pública para la firma del Secretario. Asimismo, se enviaron los borradores de convocatorias para ascensos para evaluación y aprobación del Secretario. Una vez culminada su evaluación y aprobación, se comenzará con la siguiente etapa del proceso de ascenso de Inspectores a Coroneles.

Todo adelanto en el proceso de ascensos será informado al Monitor, USDOJ y Special Master.

V. **Career Path**

En este momento el NPPR se encuentra en etapa de desarrollo de un plan Programa de Desarrollo de Carrera Profesional. Se envía en conjunto con este documento el borrador de la Orden General Capítulo 200 Sección 213 titulada "Programa de Desarrollo de Carrera Profesional". Durante el desarrollo de este documento se trató de identificar alternativas reales que el NPPR pueda implementar con los recursos disponibles, con el propósito de proporcionar a los Miembros del NPPR (en adelante, MNPPR) asesoramiento, oportunidades de adiestramiento, desarrollo profesional y asistencia.

- Ver Anejo: Orden General Capítulo 200 Sección 213 titulada "Programa de Desarrollo de Carrera Profesional", (borrador).

## VI. Reclutamiento

### A. Ley 65-2021

Durante el mes de diciembre de 2021 se firma la ley 65-2021 Para enmendar los Artículos 1.02, 1.11 y 2.07 de la Ley 20-2017, según enmendada, conocida como "Ley del Departamento de Seguridad Pública de Puerto Rico"; enmendar los Artículos 2.02, 3.05, 6.03 y 6.23 de la Ley 168-2019, conocida como "Ley de Armas de Puerto Rico", según enmendada, con el fin de autorizar el ingreso de toda persona de 18 años o más al Negociado de la Policía de Puerto Rico, extender la edad máxima de ingreso, asegurar que cada nuevo miembro de dicho Negociado tenga, como mínimo, un grado asociado, el cual podrá completar en el término de tres (3) años a partir de que juramente como cadete; permitir que un Agente del Negociado de la Policía menor de veintiún (21) años sea elegible para solicitar una licencia de armas; y para otros fines relacionados.

No obstante, el NPPR, reconoce que tiene que cumplir con las disposiciones del Acuerdo relacionadas al Grado Asociado que tienen que poseer todos los MNPPR. Cualquier plan que se desarrolle para el cumplimiento con la ley 65-2021, tiene que cumplir, además, con las disposiciones del párrafo 105 del Acuerdo. Esta ha sido la posición del NPPR en todas las reuniones que se han llevado a cabo con el Monitor, USDOJ y Special Master.

El NPPR no pretende realizar cambios a corto plazo para poner en práctica la ley 65-2021, ya que la ley no provee un término específico para ponerla en vigor. Sin embargo, se están auscultado todas las posibilidades existentes para que el NPPR pueda cumplir con ambas disposiciones legales de forma integrada, entiéndase la Ley y el Acuerdo.

Dentro de estas posibilidades, se está auscultando lo siguiente:

1. Se estará revisando los cursos que pertenecen al Programa Previo al Servicio, para determinar cuáles de estos cursos pueden formar parte de un currículo conducente a grado asociado, que sea ofrecido y/o convalidado por una Institución Universitaria debidamente acreditada.
2. Estos cursos serán ofrecidos dentro del Programa de Adiestramientos Previo al Servicio y a la misma vez serán convalidados para un grado asociado.
3. Los cursos que por requerimiento y naturaleza sean operacionales, tales como curos de Uso de Fuerza, Adiestramiento de Tiro, entre otros, serán ofrecidos por la Academia.
4. El Programa de Adiestramiento Previo al Servicio podrá ser programa híbrido en donde se le permita al cadete convalidar las clases que toman para prepararse para ser agentes del orden público, a la misma vez sean convalidas para un grado asociado.

5. De esta forma, se garantiza que todo cadete graduado de la SAEA, tendrá un grado asociado.
6. Una vez culminada la revisión del Programa de Adiestramiento Previo al Servicio, se presentará a todas las universidades o instituciones acreditadas que ofrezcan estudios en ciencias policiales o en justicia criminal, para que puedan participar de este Programa.
7. Toda gestión realizada para cumplir con lo dispuesto anteriormente, será notificada a las partes bajo el párrafo 229 del Acuerdo, para su correspondiente evaluación y aprobación.
8. Se mantendrá el *estatus quo* de los cadetes. Serán considerados estudiantes y solamente realizarán funciones administrativas cuando no se encuentren tomando clases.
9. Como parte de este proyecto a largo plazo, se evaluará y revisará el Manual de Descripción de Funciones, Deberes, Responsabilidades de los Empleados del Sistema de Rango, para incluir el perfil y las funciones que podrán realizar los cadetes previos a ser juramentados como MNPPR. Asimismo, se revisará el Reglamento Interno de Estudiantes de Superintendencia Auxiliar en Educación y Adiestramiento.

### B. Módulo de Reclutamiento

Como parte de las estrategias de reclutamiento, se creó el Módulo de Reclutamiento de Rango, que permite a todos los componentes del proceso de reclutamiento, manejar el proceso de forma integrada y en tiempo real. Este módulo facilitará el proceso de reclutamiento tanto para los aspirantes a cadetes como a los empleados del NPPR. Todo lo relacionado al reclutamiento de cadetes, será manejado de forma electrónica a través de este módulo.

- Ver Anejo: Reclutamiento de Rango - Solicitante
- Ver Anejo: Reclutamiento de Rango - Agendador
- Ver Anejo: Reclutamiento de Rango - Examinador

## VII. Presupuesto

### A. Reunión para discutir Presupuesto

El día 8 de febrero de 2022 el Monitor, USDOJ y Special Master, se reunieron vía teleconferencia con el NPPR para discutir las dudas con los informes presupuestarios que fueron sometidos a la Corte sobre los años fiscales 2018-2019, 2019-2020, 2020-2021 y 2021-2022. En dicha reunión se discutieron y aclararon dudas y se ofreció información sobre el dinero gastado y sobrante de dichos años fiscales, según la tabla a continuación:

| Año Fiscales | 2018-2019 | 2019-2020 | 2020-2021 |
|---|---|---|---|
| Presupuesto aprobado | $ 20,000,000.00 | $ 20,000,000.00 | $ 20,000,000.00 |
| Obligado | | 07,721.50 | 772,175.09 |
| Gastado | 20,000,000.00 | 14,815,778.57 | 15,831,073.71 |
| Balance o sobrante | $0 | $ 4,576,499.93 | $ 3,396,751.20 |

Además, se habló de las medidas que se han tomado para evitar que el dinero designado para los gastos de Reforma, expire por no utilizarse a tiempo. Dentro de estas medidas se encuentra solicitar extensión a la Junta de Control Fiscal, para que permita utilizar fondos del año fiscal anterior, y extenderlo al próximo año. Así sucedió con los fondos asignados para el año fiscal 2020-2021.

### B. Módulo de Control de Presupuesto

El NPPR informa que creó el Módulo de Registro de Control de Presupuesto. Este módulo permite a la Oficina de Reforma llevar un control del registro de los fondos de la cuenta de Reforma, en tiempo real. Se certifica, además, que toda solicitud de utilización de fondos asignados para el proceso de Reforma, es analizada por el Director de la Oficina para verificar que se relacione directamente con el cumplimiento de alguno de los párrafos del Acuerdo.

### C. Informes Presupuestarios

1. Tabla comparativa de sobrantes y balances disponibles de los años fiscales 2018-2019, 2019-2020, 2020-2021.

| Año Fiscales | 2018-2019 | 2019-2020 | 2020-2021 |
|---|---|---|---|
| Presupuesto aprobado | $ 20,000,000.00 | $ 20,000,000.00 | $ 20,000,000.00 |
| Obligado | | 607,721.50 | 772,175.09 |
| Gastado | 20,000,000.00 | 14,815,778.57 | 15,831,073.71 |
| Balance o sobrante | $ - | $ 4,576,499.93 | $ 3,396,751.20 |

   a) Para el año fiscal 2018-2019 se utilizó el balance en su totalidad ya que se nos extendió la vigencia hasta el 12/31/2021.

   b) Para el año fiscal 2019-2020 tenemos obligaciones de $607,721.50 que se quedaron por cubrir con este fondo y un balance pendiente a obligar por $4,576,499.93. Para este año se sometió el Planteamiento #2021-24706 solicitando la extensión de vigencias y el mismo no fue aprobado por la Junta de Control Fiscal. La fecha de vigencia fue al 6/30/2020.

c) Para el año fiscal 2020-2021 tenemos obligaciones pendientes de $772,175.09 el cual están en proceso por obligarse las compras y balance de $3,396,751.20 con fecha de vigencia al 6/30/2022.

d) La Oficina de Presupuesto certifica que el balance a utilizarse de la cuenta de Reforma 2020-2021 es por la cantidad de $546,011.27 y del año fiscal 2020-2021, para propósitos de la cuenta contable en el sistema de contabilidad PRIFAS están disponibles sin obligar $3,396,751.20 a lo que corresponde compras en proceso como lo son:

| Fecha Solicitud | Requisiciones | Cantidad |
|---|---|---|
| May 3, 2021 | 2021R-1260/OP947 | $ 60,200.00 |
| May 9, 2021 | 2021R-1365/OP-983 | $ 34,264.00 |
| May 9, 2021 | 2021R-1350/OP-985 | $ 37,440.00 |
| May 9, 2021 | 2021R-1351/OP-986 | $ 47,610.00 |
| May 10, 2021 | 2021R-1338/OP- | $ 2,229,625.00 |
| May 10, 2021 | 2021R-1313 | $ 39,710.00 |
| May 18, 2021 | 2021R-1269/OP-1027 | $ 3,954.00 |
| May 18, 2021 | 2021R-0486/OP-777-B | $ 30,172.00 |
| Jun 25, 2021 | 2021R-1257 | $ 12,530.00 |
| Feb 5, 2021 | OP-424 | $ 15,680.00 |
| Feb 5, 2021 | OP-547 | $ 118,592.00 |
| Feb 18, 2021 | 2021R-486 | $ 21,425.90 |
| Mar 17, 2021 | 2021R-1086 | $ 197,372.10 |

e) La Oficina de Presupuesto certifica que el balance a utilizarse de la cuenta de Reforma 2021-2022 es por la cantidad de $6,301,919.20 y del año fiscal 2021-2022.

2. Cantidad de fondos que sobraron en las cuentas de CAPEX y Confiscaciones, para estos años fiscales. Fecha límite para la utilización de estos fondos.

   a) Confiscaciones 2018-2019 - $9,973 que se transfirieron a la cuenta que actualmente estamos trabajando que tiene año fiscal 2019-2020.

   b) Balance para el fondo de confiscaciones de justicia $119,684.00 al 2/7/2022.

   c) CAPEX

      i. 2018-2019 no hubo partida bajo fondos CAPEX.

      ii. 2019-2020 no hubo partida bajo fondos CAPEX.

      iii. 2020-2021-$4,460,000 destinados al DSP Kronos y IT

      iv. 2020-2021-$6,580,000 destinados al NPPR balance disponible de $66,808.50.

      v. 2021-2022- $6,600,000 destinados al NPPR- gasto está pendiente a reprogramas, requisiciones completas:

| Asignacion | 6,600,000.00 |
|---|---|
| 250 laptops | 2,786,665.00 |
| 850 computadoras Dell Optiplex | 1,729,648.00 |
| 200 laptops dell | 354,764.00 |
| 100 tablets Rugged | 437,500.00 |
| 1679 radios | 1,291,423.00 |

      vi. 2021-2022 - $2,800,000 Puestos IT que están relacionados con la reforma, están en la partida de nómina.

3. Dinero disponible para utilizar hasta el día hoy, en todas las cuentas.

   a) CAPEX

| 2020-2021 | |
|---|---|
| **Año Fiscal** | **2020-2021** |
| **Presupuesto Aprobado** | **$6,580,000.00** |
| **Obligado** | **$1,966,970.00** |
| **Gastado** | **$4,546,221.50** |
| **balance o sobrante** | **$66,808.50** |
| **Obligaciones pendientes vigencia** | **\*\*30 de junio 2022** |

| 2021-2022 | |
|---|---|
| **Año Fiscal** | **2021-2022** |
| **Presupuesto Aprobado** | **$6,600,000** |
| **Obligado** | **$0** |
| **Gastado** | **$0** |
| **balance o sobrante** | **$6,600,000** |
| **Observaciones** | **Se espera por reprogramación para obligar los fondos por $6,600,000 listos para obligar. Entre las compras 1,676 radios, 250 laptops para vehículos, 850 computadora Dell, 200 laptops y 100 tablets.** |

b) Bajo Confiscaciones Justicia $119,684.00 a 2/7/2022.

c) Balance cuenta de reforma disponible 2020-2021: $546,011.27.

d) Para la cuenta de reforma disponibles 2021-2022: $6,301,919.20.

4. Que el NPPR en lo sucesivo, realice informes mensuales sobre cuenta de Confiscaciones y Cuenta CAPEX. Esto al igual que se hace con la cuenta de Reforma. Se estará enviando de forma mensual, desglose de cuenta CAPEX y Confiscaciones. Ver Anejo CAPEX Diciembre 2021.

- Ver Anejo: Certificación de proceso fondos de Reforma
- Ver Anejo: Certificaciones de Cuentas
- Ver Anejo: Solicitud de Vigencia de Cuenta D_2021-19385
- Ver Anejo: CAPEX Diciembre 2021.

VIII. **Certificación *NIBRS***

**PLAN PARA LA APROBACION DEL FBI SOBRE LA CODIFICACIÓN NIBRS MEDIANTE EL FORMULARIO CONTROLADO PPR-621.1**

Con el propósito de implementar la codificación del Sistema Nacional de Notificación de Incidentes (NIBRS) del FBI para mejorar la calidad general de los datos sobre delitos recopilados por la Agencia, se llevó a cabo una reunión, el día 18 de enero de 2022. En esta reunión participó la directora de la División de Estadísticas de la Criminalidad, Personal de Reforma y del Negociado de Tecnologías y Comunicaciones. Para la fecha del 29 de enero de 2022, se culminó la revisión del borrador sobre el formulario controlado PPR-621.1 "Informe de Incidentes", en el cual se recolectan los elementos de datos que establece la codificación NIBRS y se envió a las unidades concernientes para revisión. El 4 de febrero de 2022 se recibieron los últimos comentarios y sugerencias para su análisis e incorporación al PPR-621.1. La semana del 7 al 11 de febrero de 2022, se coordinará una reunión para presentar el borrador final y realizar la última revisión para enviarla al desarrollador con el propósito de que incorpore los cambios y actualice el formulario electrónico. Tan pronto se

actualice el formulario electrónico, se ejecutará el proceso para la validación preliminar del FBI. Las tareas a realizarse son las siguientes:

   a. Realizar proceso de captura y descodificación de registros.
   b. Verificación y validación de registros procesados y acumulado diario.
   c. Evaluación e identificación de datos según especificaciones del FBI.
   d. Análisis y diseño de la nueva estructura de datos para soportar el envío de la información al FBI.
   e. Programación para la generación de datos a ser enviados bajo el formato FBI.
   f. Prueba de ejecución del nuevo proceso y calidad de los datos.
   g. Preparar envío de datos para certificación al FBI.

Una vez concluya el proceso y si todo sale conforme al plan, se le solicitará la certificación al FBI. Se enviará copia de esta solicitud a todas las partes del caso conforme la orden del Tribunal.

Reiteramos nuestra disponibilidad para aclarar cualquier duda o pregunta que surja sobre la información suministrada en este escrito.

Cordialmente,

**Oficina de Reforma**
**Negociado de la Policía de Puerto Rico**