# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff<br><br>v.<br><br>**PUERTO RICO POLICE DEPARTMENT and COMMONWEALTH OF PUERTO RICO,**<br><br>Defendants. | **CIVIL NO. 12-cv-2039 (GAG)** |

## MOTION TO RESTRICT

**MAY IT PLEASE THE COURT:**

COME NOW, Codefendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau ("PRPB"), through the undersigned attorneys, and very respectfully state and pray:

1. The Commonwealth filed today two motions in restricted mode at Dockets 1956 and 1957, as directed by the Court and in accordance with Standing Order No. 9, Amendment to the Restricted Filing and Viewing Levels Module, Misc. No. 03-149 (Jan. 30, 2013), and in compliance with Paragraph 261 of the Consent Decree in this case.

2. The Commonwealth seeks to restrict these motions because it pertains to matters that are restricted presently.

**WHEREFORE**, Defendant Commonwealth of Puerto Rico respectfully requests this Honorable Court to take notice of the above and grants this request to restrict the motions filed at Docket 1956 and 1957.

**WE HEREBY CERTIFY** that on this same date, the forgoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel for Plaintiff and all participants of record.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico on this 28th day of February, 2022.

        S/ GABRIEL A. PEÑAGARÍCANO
        USDC PR: 212911
        gpenagaricano@me.com

        S/RAFAEL E. BARRETO SOLÁ
        USDC No. 211801
        rbarreto@cnr.law

        **CANCIO, NADAL & RIVERA, LLC**
        PO Box 364966
        San Juan, PR  00936-4966
        Tel. (787) 767-9625
        Fax  (787) 622-2238/764-4430