**TDPetrowski, LLC**
**4010 Deep Valley Drive**
**Dallas, Texas 75244**

January 22, 2022 – February 21, 2022

INVOICE # ASM.TDP.2022-2                                    **TOTAL DUE:  $9,900**
ASSISTANT SPECIAL MASTER
FEBRUARY INVOICE

**Tasks Completed**

| Hours | Description | Total |
|---|---|---|
| 34 | Reviewed/researched/translated as necessary/discussed/reworked documents related to various orders of the Court, PRPD and DOJ and Monitor Office exchanges regarding recurring issues and OSM projects. | $5,100 |
| 15 | Drafted, reviewed and responded to texts, emails and all other documents/communications with respective parties, the Special Master, Assistant Special Master and the Court. | $2,250 |
| 17 | Zoom meetings and/or conference calls with the Parties and the Court. | $2,550 |

**Total Wages Due = $9,900**

**I hereby certify that the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.**

*Thomas D. Petrowski*                                                            2/21/22
**Thomas D. Petrowski**