Del Carmen Consulting, LLC
3122 Westwood Drive
Arlington, Texas 76012

January 22, 2022 through February 21, 2022

INVOICE # SM2022-2  **TOTAL DUE $ 15,000.00**
SPECIAL MASTER
FEBRUARY 2022 INVOICE

## Tasks Completed

Drafted, reviewed and responded to emails and all other documents/communication with respective parties and the Court. Engaged in review of some documents for the Court.

Conference calls with the Monitoring Team members, Commonwealth Representatives and Court.

Conference calls with the Monitor and SM team members.

Zoom meetings with various groups including IT related discussions.

Engaged in review of documents provided by PRPB.

Virtual meetings on Citizen Survey.

Reviewed status conference minute drafts and provided feedback.

Reviewed expenditures submitted by PRPB.

## Flat Rate Total Wages Due = $15,000.00

## TOTAL DUE = $ 15,000.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*Alejandro del Carmen*
_____
         Dr. Alejandro del Carmen                                                         2/21/22