

# M E M O R A N D U M

**To**    :    Cap. Carlos J. Figueroa Ortolaza, PRPB
Lcdo. José Carlos Vázquez Rivera, PRPB
Rafael Barreto-Sola, Counsel
Gabriel A. Peñagaricano-Valdés, Counsel

**Cc**    :    Luis E. Saucedo, Esq., U.S. Department of Justice
Jorge Castillo, Esq., U.S. Department of Justice
Katherine Chamblee-Ryan, U.S. Department of Justice
Dr. Alejandro del Carmen, Special Master
Mr. Thomas Petrowski, Assistant Special Master
Mr. Gary Loeffert, Assistant Special Master

**Date**    :    February 1, 2022

**From**    :    John Romero, Federal Monitor
Denise Rodríguez, Deputy Federal Monitor
Roberto Abesada, General Counsel

**Re**    :    *Review of the Puerto Rico Police Bureau IT Action Plan*

---

As required by the Court, the Monitor's Office has completed review of the attached Puerto Rico Police Bureau (PRPB) IT Action Plan. The Monitor's Office is prepared to review our opinions with the Parties.

Aside from shortcomings in the plan, notably around the lack of detail and commitment to account for plans, an evolved vision, schedules, definition of metrics, dependencies, risks, etc., there are two significant reflections from the Bureau of Technology. They are as follows and can be found on pages 16 and 18:

\*\* These excerpts have been translated from the original PRPB IT Action Plan \*\*

*"Note: It is important to note that, although all information systems with their respective applications for NTC purposes are ready at the date agreed by the parties, this will not mean that adoption by NPPR employees will be immediate. That is, the change of organizational*

1

*culture and the transition from a manual system to a computerized one can take time, since some type of resistance or aversion to technological innovation may occur, as part of the learning process that entails the opening to new technologies to streamline the services and procedures of the Agency. In addition, it is necessary to acquire more technological equipment to meet the administrative, operational and investigative needs of the Puerto Rico Police Bureau."*

*"Note: To make this governance effective and transparent, the NTC must have adequate human resources and experience, as mentioned in Table B, which is not currently available. However, a working group will be formed that will be composed of staff from the Human Resources Bureau, Budget Office, Reform Office, Office of the Commissioner, Office of the Secretary of the DSP and NTC, to achieve this pressing need for human resources for the area of technology."*

In the first note PRPB indicates that although technology may be available, cultural change needed may be difficult to overcome if not insurmountable and that they need "more technological equipment". In the second note they cite that the necessary resources "are not currently available." In passing, they state that a working group will be formed but offer no commitment to when, how, or who would be accountable for the outcomes of the working group. Curiously, PRPB makes no reference to a staffing study conducted in 2017 and 2018 that had previously identified staffing deficits. Finally, these notations are provided late in the document. Yet on their own they are perhaps the most compelling reflections in their draft plan. The Monitor's Office submits that PRPB should have focused its Action Plan on these primary concerns. In both they acknowledge the enormity of the challenge facing PRPB regarding their likely inability to overcome existing culture when delivering technical and non-technical solutions, and also that their lack of resources, both financial and staffing (including adequate skills) prevent their success. Further PRPB offers no means for mitigating their concerns. If in fact this is the situation and issue, intervention is required.

The Monitor's Office and Mr. Cragg endeavor to support the Commonwealth's effort to meet the requirements of the Decree but is also obligated to cite that PRPB is unlikely to overcome the many conditions that inhibit or prevent its ability to deliver the needed technology and cultural adaptations needed to satisfy the requisite transformation unless dramatic action is taken. Critical in this is to also recognize that PRPB's issues here are not of the Bureau of Technology alone, rather without fullest support and commitment from the Commissioner and the Department of Public Safety, PRPB may never fully be able to satisfactorily deliver the people, processes, or technology necessary to achieve the requisite goals knowing that IT is essential in every category of the transformation.

With regard to the "dramatic action" noted, PRPB must effectively change its operational tempo, availability of financial and staffing resources, strip away unnecessary distractions so that it can focus on achievable results, acquire assistive experts, genuinely plan and execute at a highly professional and rigorous level of acumen, and transition to other sources for non-critical functions. Without doing so the Monitor's Office remains convinced that PRPB will be unable to effectively change the state of its current baseline.