GALOEFFERT, LLC<br>
4805 East Lake Road<br>
Sheffield Lake, Ohio 44054

January 22, 2022, through February 21, 2022

INVOICE # 2022-02           **TOTAL DUE $11,925.00**
ASSISTANT SPECIAL MASTER
FEBRUARY 2022 INVOICE

Tasks Completed

| Hours | Description | Total |
|---|---|---|
| 42 | Drafted/reviewed/researched/translated as necessary/discussed/reworked documents related to various orders of the Court, PRPB and DOJ and Monitor's Office exchanges regarding recurring issues and OSM projects. | $6,300.00 |
| 19 | Drafted, reviewed, and responded to texts, emails and all other documents/communications with respective parties, the Special Master, Assistant Special Master and the Court. | $2,850.00 |
| 18.5 | Zoom meetings and/or conference calls with the parties. | $2,775.00 |

Total Wages Due = $11,925.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

_____                                    02/21/2022
Gary A. Loeffert