IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants.** | **Civil No.** 12-2039 (FAB) |

**ORDER SCHEDULING STATUS CONFERENCE**

A Status Conference is scheduled to be held on **Thursday, March 24, 2022 commencing at 9:00 a.m.** in a courtroom in the Old San Juan Courthouse.  On a later date, the parties, the Monitor, and the Special Master will be informed of the specific courtroom in which the conference will be held.

The conference will be limited to matters involving Informative Technology (IT).  The parties shall be prepared to inform the Court on the following specific matters:

1. An update on the parties' compliance with the Stipulation filed at Docket No. 1961 for an IT Needs Assessment and Action Plan

    a. Update the Court of who are the members of the executive-level IT planning committee

   b. Update the Court on the status of the IT planning committee's selection of an IT team, who are the members of the team, and the duties and responsibilities of each team member. Advise the Court on who will be the person(s) accountable for securing the financial resources to successfully enforce the stipulation at Docket No. 1961, as well as securing the needed staff, subject-matter experts and contractors.

   c. Update on PRPB's declaration of their timeline to finish the tasks directed by the Court and contained herein. The timeline must be in sufficient detail such that accomplishments are tracked in daily increments. PRPB must itemize the time necessary for each accomplishment/task/deliverable as well.

   d. Status of PRPB/DSP's second request for $4.4 million to hire 77 IT personnel

  2. Update on implementation plan for use of force reporting and tracking

  3. Update on implementation plan to report and track all motor vehicle stops

   a. What is the status of the data request by the Special Masters' Office regarding the pilot program being used by PRPB on tracking motor vehicle stops?

      b.    What are the current plans to ensure that the data collection capacity of motor vehicle stops is expanded to all areas of the Commonwealth?

    4.    Update on implementation of a plan for the Early Intervention System (EIS).

      a.    What has been done to train police personnel on the appropriate use of EIS?

      b.    What is the timeline for the design, implementation, and evaluation of EIS at PRPB?

The following persons are ordered to be present at the conference:

1. The Monitor and his staff

2. The Special Master and his staff

3. For plaintiff United States of America: Trial Attorney Luis Saucedo

4. For defendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau:

    a.    Counsel Gabriel A. Peñagarícano

    b.    Counsel Rafael E. Barreto-Solá

    c.    Office of the Governor ("La Fortaleza")

        i.    María del Mar Ortiz, Deputy Chief Counsel,

        ii.    Noelia García, Chief of Staff, or Caridad Pierluisi, Special Counsel to the Governor

Civil No. 12-2039 (FAB)                                                         4

      d.    Office of Management and Budget ("OMB")

            i.    Pedro de Jesús, Chief Counsel and liaison on police reform matters

            ii.   Zulma Canales, Director of Fiscal Compliance

            iii.  Juan Carlos Blanco, Executive Director

            iv.   Rafael Martínez, Special Counsel to the Executive Director

      e.    Puerto Rico Innovation and Technology Service ("PRITS")

            The current or acting Information and Innovation Officer ("CIIO") and Technology Officer ("CTO") for the Commonwealth of Puerto Rico

      f.    General Services Administration ("GSA")

            Edgardo González, Assistant Administrator for Service to the Agencies and liaison on police reform matters, or Karla G. Mercado, Administrator and Chief Procurement Officer

      g.    Office for the Administration and Transformation of Human Resources ("OATHR")

            Zahira A. Maldonado, Director

      h.    Puerto Rico Federal Affairs Administration ("PRFAA")

            Carmen Feliciano, Executive Director

      i.    Department of Public Safety ("DPS")

            i.    Hon. Alexis Torres, Secretary, and the Governor's representative for police reform matters

            ii.   Rafael Riviere, Deputy Secretary

Civil No. 12-2039 (FAB)     5

         iii. Arthur Garffer, Special Assistant to the Secretary

         iv. Carlos Colón, Director, IT Office

         v. Juan Carlos Puig, Consultant and former Treasury Secretary

         vi. Miguel Candelario, Counsel to the Secretary

         vii. Maceira Berríos, Director, Finance Office

    j. Puerto Rico Police Bureau ("PRPB")

         i. Antonio López, Commissioner

         ii. Carlos Figueroa, Director, Office of the Reform

         iii. José Vázquez, Counsel, Office of the Reform

         iv. Juan Carlos Rivera, Director, IT Bureau

         v. Ángel Díaz, Director, IT Bureau

         vi. The "Procurement Office" Director

         vii. Pedro Santiago, Counsel to the Commissioner

    k. FOMB

         Amaury Rodríguez, "Analyst" on Public Safety Matters

**IT IS SO ORDERED.**

San Juan, Puerto Rico, March 3, 2022.

                       <u>s/ Francisco A. Besosa</u>
                       FRANCISCO A. BESOSA
                       SENIOR UNITED STATES DISTRICT JUDGE