OFFICE OF THE FPMPR LLC.
B-5 Calle Tabonuco Suite 216 PMB 292
Guaynabo, Puerto Rico 00968

March 2, 2022

Professional services rendered by the members of the Office of the FPMPR LLC. For February 2022:

| NAME | AMOUNT | MONTH |
| --- | --- | --- |
| John Romero | $19,972.19 | February 2022 |
| Spece | $ 3,087.76 | February 2022 |
| The & Group LLC (Javier González) | $11,245.28 | February 2022 |
| Altai Atlantic Consulting LLC (Dr. David Levy) | $ 6,480.00 | February 2022 |
| Denise Rodriguez | $18,209.43 | February 2022 |
| Viota & Associates CPA LLC | $ 1,250.00 | February 2022 |
| Donald S. Gosselin | $12,273.30 | February 2022 |
| Al Youngs | $11,972.95 | February 2022 |
| Rafael E. Ruiz | $11,584.47 | February 2022 |
| Scott Cragg | $ 9,900.00 | February 2022 |
| Correa Acevedo & Abesada Law offices, PSC (Lcdo. Roberto Abesada) | $14,985.00 | February 2022 |
| Rita J. Watkins | $ 7,369.27 | February 2022 |
| Merangelie Serrano | $ 6,320.00 | February 2022 |
| Luis Hidalgo | $11,500.00 | February 2022 |
| Korber Group | $ 4,837.65 | February 2022 |
| Samantha Rhinerson | $ 1,325.00 | February 2022 |
| Claudia Cámara | $ 1,200.00 | February 2022 |
| Manuel Arroyo | $ 1,260.00 | February 2022 |
| Hipolito Castro Jr | $ 7,942.16 | February 2022 |
| **TOTAL:** | **$162,714.46** | February 2022 |