John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

February 1 through February 28, 2022

INVOICE # 093            **TOTAL DUE $ 19,972.19**
FEDERAL MONITOR
FEBRUARY 2022 INVOICE

## Duties and Responsibilities as Monitor

Generated, reviewed, and responded to emails/texts from the Parties, Monitor Team, Court and Special Master
Conference calls with General Counsel
Reviewed court orders relating to the Consent Decree
Via zoom conducted meetings with Special Master and USDOJ and PRPB
Monitor administrative duties - reviewing Team invoices, coordinating SME work assignments, and conferring with Monitor's Office Administrative Director
Reviewed Briefing Reports from PRPB
Conferred with Deputy Chief Monitor on issues relating to Monitor Office Operations
Conducted Zoom meetings with the Monitor Team
Reviewed information related to data collection re: surveys
Reviewed Data for CMR-6 Use of Force
Prepared for and participated in the 253 meeting

## Site Visit to Puerto Rico February 14-18, 2022

Meeting with the Honorable Judge Besosa
Meeting with Reform Unit re: work plans
Meeting with the Parties and Special Master re: IT
Site visit to Humacao
Meeting with Monitor Team members based in Puerto Rico

**Flat Rate Total Wages Due**       **$ 17,916.66**
**Travel Expenses Due**       **$ 2,055.53**

**TOTAL DUE**       **$ 19,972.19**

I hereby certify that the amount billed in this invoice is true and correct and is in my capacity as Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*John Romero* (signature)

Date February 28, 2022

## Office of the TCA - Travel Reimbursement Form

John Romero
February 13-18, 2022

### Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $490.06 | 1 | $490.06 |
| Baggage | $- | 0 | $- |
| Ground Transportation (Uber/Lyft/Taxi) |  |  | $- |
| Ground Transportation (Parking) | $- | 0 | $- |
| Ground Transportation (Mileage) | $0.585 | 82 | $47.97 |
| Lodging | $177.00 | 5 | $885.00 |
| Per Diem (Travel Days) | $86.25 | 2 | $172.50 |
| Per Diem (Full Days) | $115.00 | 4 | $460.00 |
| Other: |  | 0 |  |
| Total |  |  | $2055.53 |

**COURTYARD Marriott**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR 00907
T 787.721.7400
F 787.723.0068

Mr John Romero
2301 Pacific Ave
Costa Mesa CA 92627
United States

Room: 0201
Room Type: KSTE
No. of Guests: 1
Rate: $ 150.00   Clerk: 8

Marriott Rewards #   756834271

CRS Number   99285712

Name:

Arrive: 02-13-22    Time: 13:20    Depart: 02-18-22    Folio Number: 685111

| Date | Description | Charges | Credits |
|---|---|---|---|
| 02-13-22 | Package | 150.00 | |
| 02-13-22 | Government Tax | 13.50 | |
| 02-13-22 | Hotel Fee 9% of Daily Rate | 13.50 | |
| 02-14-22 | COMEDOR- Guest Charge (Breakfast) | 3.02 | |
| 02-14-22 | Package | 150.00 | |
| 02-14-22 | Government Tax | 13.50 | |
| 02-14-22 | Hotel Fee 9% of Daily Rate | 13.50 | |
| 02-15-22 | Package | 150.00 | |
| 02-15-22 | Government Tax | 13.50 | |
| 02-15-22 | Hotel Fee 9% of Daily Rate | 13.50 | |
| 02-16-22 | COMEDOR- Guest Charge (Breakfast) | 3.02 | |
| 02-16-22 | COMEDOR- Guest Charge (Dinner) | 40.13 | |
| 02-16-22 | Package | 150.00 | |
| 02-16-22 | Government Tax | 13.50 | |
| 02-16-22 | Hotel Fee 9% of Daily Rate | 13.50 | |
| 02-17-22 | COMEDOR- Guest Charge (Breakfast) | 4.02 | |
| 02-17-22 | Package | 150.00 | |
| 02-17-22 | Government Tax | 13.50 | |
| 02-17-22 | Hotel Fee 9% of Daily Rate | 13.50 | |
| 02-18-22 | COMEDOR- Guest Charge (Breakfast) | 4.02 | |



**COURTYARD**
**Marriott**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr John Romero
2301 Pacific Ave
Costa Mesa CA 92627
United States

Room: 0201
Room Type: KSTE
No. of Guests: 1
Rate:  $  150.00   Clerk: 8

Marriott Rewards #   756834271

CRS Number  99285712

Name:

Arrive:  02-13-22          Time:  13:20          Depart:  02-18-22          Folio Number: 685111

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
|      | Balance     |         | 939.21 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

Please note: This is not your boarding pass.
Your JetBlue confirmation code is

# HGLCKT

# Traveler Details

**JOHN JOSEPH ROMERO**

**Frequent Flier:** B6 3486580574
**Ticket number:** 2792184823589

# Flights

## LAX → FLL
Los Angeles, CA → Fort Lauderdale, FL
Terminal: 5

| | |
|---|---|
| Date | Sat, Feb 12 |
| Departs | 10:34pm |
| Arrives | 6:26am |
| Flight | 100 |

**jetBlue**

## FLL → SJU
Fort Lauderdale, FL → San Juan, PR
Terminal: 3

| | |
|---|---|
| Date | Sun, Feb 13 |
| Departs | 8:30am |
| Arrives | 12:07pm |
| Flight | 253 |

**jetBlue**

## SJU → FLL
San Juan, PR → Fort Lauderdale, FL
Terminal: A

| | |
|---|---|
| Date | Fri, Feb 18 |
| Departs | 3:30pm |
| Arrives | 5:23pm |
| Flight | 1754 |

**jetBlue**

## FLL → LAX

| | | |
|---|---|---|
| Fort Lauderdale, FL | Los Angeles, CA | **Date** Fri Feb 18 |
| Terminal: 3 | | **Departs** 7:59pm |
| | | **Arrives** 10:49pm |
| | | **Flight** 101 |

## Payment Details

| | | |
|---|---|---|
| XXXXXXXXXXX1372 | USD421.46 NONREFUNDABLE NONREF | $421.46 |
| | Extras | $254.00 |
| | Taxes & fees | $68.60 |
| | **Total:** | **$744.06 USD** |

Purchase Date: Jan 19, 2022

```
$744.06
- 254.00
─────────
$490.06
```