**Spece**
1225 Juan Ponce de Leon
San Juan, PR  00907
787-417-7300
info@spece.com
www.spece.com

Invoice  INV - 13654



| BILL TO | DATE | PLEASE PAY | DUE DATE |
|---|---|---|---|
| Office of the FPMPR LLC | 04/01/2022 | **$2,579.20** | 04/01/2022 |

| MEMBERSHIP | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Membership:Private Office** <br> Private Office Suite - Office 15, $2,300.00, Apr 1, 2022 - Apr 30, 2022 | 1 | 2,300.00 | 2,300.00T |
| **Other Fees:One-off Fees** <br> Telephone Service, $60.00, Apr 1, 2022 - Apr 30, 2022 | 1 | 60.00 | 60.00T |
| **Other Fees:One-off Fees** <br> Garage Parking, $120.00, Apr 1, 2022 - Apr 30, 2022 | 1 | 120.00 | 120.00T |

SUBTOTAL 2,480.00
TAX (4%) 99.20
TOTAL 2,579.20

TOTAL DUE        $2,579.20

THANK YOU.

ELEVATE YOUR BUSINESS