**Spece**
1225 Juan Ponce de Leon
San Juan, PR  00907
787-417-7300
info@spece.com
www.spece.com

Invoice  INV - 13792



| BILL TO | | | |
|---|---|---|---|
| Office of the FPMPR LLC | DATE<br>03/01/2022 | PLEASE PAY<br>$508.56 | DUE DATE<br>03/01/2022 |

| MEMBERSHIP | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Other Fees:One-off Fees**<br>Garage Parking, $120.00, Mar 1, 2022 - Mar 31, 2022 | 1 | 120.00 | 120.00T |
| **Event Rental:Conference Room**<br>Medium Conference Room, $126.00, 1 x $81.00 / hour (10% discount), 2 x $22.50 / hour (10% discount) - Feb 17, 2022 | 1 | 126.00 | 126.00T |
| **Event Rental:Conference Room**<br>XLarge Conference Room, $225.00, 1 x $225.00 / day (10% discount) - Feb 17, 2022 | 1 | 225.00 | 225.00T |
| **Event Rental:Conference Room**<br>Small Conference Room, $18.00, 1 x $18.00 / hour (10% discount) - Feb 17, 2022 | 1 | 18.00 | 18.00T |

|  |  |
|---|---|
| SUBTOTAL | 489.00 |
| TAX (4%) | 19.56 |
| TOTAL | 508.56 |
| TOTAL DUE | **$508.56** |

THANK YOU.

ELEVATE YOUR BUSINESS