# THE & GROUP LLC.

Las Ramblas
71 Calle Montjuic
Guaynabo , PR 00969

## INVOICE

INVOICE NUMBER: 75
INVOICE DATE: FEBRUARY 28, 2022

Federal Police Monitor

San Juan, PR

Invoice for Javier B Gonzalez Professional Services as Administrative Director

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| FEB-01-22 | Administrative Director | Work with Team January Invoices, IDs and Business card follow up, 253 Meeting. | 6.00 | $100.00 | $600.00 |
| FEB-02-22 | Administrative Director | Work with January Team Invoices, Survey emails drafts, Communications with the Monitor and Team Members, IDs follow up, review of communications sent by Team Members. | 4.50 | $100.00 | $450.00 |
| FEB-03-22 | Administrative Director | Weekly staff meeting, work with 2022-2023 office budget, Business cards follow up, coordination of Team visit. Communication with agent. | 4.00 | $100.00 | $400.00 |
| FEB-04-22 | Administrative Director | Communications with the Monitor, Team IDs follow up, Administrative matters. | 3.50 | $100.00 | $350.00 |
| FEB-07-22 | Administrative Director | Communications with the Monitor, Work with Administrative Matters, | 2.50 | $100.00 | $250.00 |
| FEB-08-22 | Administrative Director | Team Visit coordination, Communications with the Monitor, work with administrative matters. Review of communications and documents. | 3.00 | $100.00 | $300.00 |
| FEB-09-22 | Administrative Director | Communications with the Monitor, Monitor Teachers and Public Employees protests, Final review of January Team Invoices.Review of communications and documents. | 4.50 | $100.00 | $450.00 |
| FEB-10-22 | Administrative Director | Staff meeting, Review of documents and communications, work with administrative matters. Monitor Teachers Manifestation. | 3.50 | $100.00 | $350.00 |
| FEB-11-22 | Administrative Director | Biweekly Meeting, Communications with he Monitor and Team Members, Work with January Invoices. Business cards follow up. | 4.50 | $100.00 | $450.00 |
| FEB-12-22 | Administrative Director | Work with Team January corrected invoices, Coordination of Team visit. | 2.50 | $100.00 | $250.00 |
| FEB-14-22 | Administrative Director | Team Visit Coordination and Meetings, Meeting with Judge. | 8.00 | $100.00 | $800.00 |
| FEB-15-22 | Administrative Director | Team Visit Coordination, IDs Follow Up, Communications with Team Members, Team Invoices Corrections. | 6.00 | $100.00 | $600.00 |
| FEB-16-22 | Administrative Director | Team Visit Meetings at PRPB. Coordination of Team Visit. | 8.00 | $100.00 | $800.00 |

INVOICE NUMBER: 75

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| FEB-16-22 | Administrative Director | TCA Office Adobe | | | $33.98 |
| FEB-17-22 | Administrative Director | Team Visit coordination and Meetings at Office. | 8.00 | $100.00 | $800.00 |
| FEB-18-22 | Administrative Director | Communications with the Monitor, Manifestations Monitoring. Surveys follow up. | 4.00 | $100.00 | $400.00 |
| FEB-21-22 | Administrative Director | Review of documents and communications sent by Team members. | 2.00 | $100.00 | $200.00 |
| FEB-22-22 | Administrative Director | Contact list follow up, Communications with the Monitor and Team Members, Communications with citizens that sent emails to the office. | 3.00 | $100.00 | $300.00 |
| FEB-23-22 | Administrative Director | Review and follow up on PRPB Survey, Visit PRPB Booths at Plaza Las Americas. | 3.50 | $100.00 | $350.00 |
| FEB-24-22 | Administrative Director | Communications with the Monitor, Team Meeting, Survey review and meeting coordination. | 3.00 | $100.00 | $300.00 |
| FEB-25-22 | Administrative Director | Communications with Team Members, Vehicles follow up. Review of documents. | 2.00 | $100.00 | $200.00 |
| FEB-28-22 | Administrative Director | Bi weekly Team Meeting, 253 meeting, Communications with citizen and Team members. Review of communications sent by Team members. Work with February Team Invoices. | 3.50 | $100.00 | $350.00 |
| FEB-28-22 | Administrative Director | I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0.00 | $100.00 | $0.00 |
| | | Reimbursement for Gasoline and Office Expenses. Receipts attached (Team ID cards, Business Cards, Vehicle Mechanic and License) | | | $2,261.30 |
| | | Total amount of this invoice | | | $11,245.28 |

MESSAGE

Javier B Gonzalez, February 28, 2022



# Sellos TITAN

URB. LOMAS VERDES
N19 AVE. LOMAS VERDES
BAYAMON, PR 00956-3102
TEL. (787) 787-9836  FAX (787) 785-1459
Email: info@sellostitan.com    Web: http://www.sellostitan.com/

# Invoice

| Date | Invoice # |
|---|---|
| 2/4/2022 | F220528 |

**Bill To**

OFFICE OF THE TCA PR
JAVIER GONZALEZ
787-473-1515

**Ship To**



| Estimate | S.O. No. | P.O. Number | Due Date | Terms | Rep | Ship Via | Relevo |
|---|---|---|---|---|---|---|---|
|  |  |  | 2/4/2022 | TARJETA | ACM | RECOGEN | +IVU |

| Item Code | Description | QTY | Rate | Amount |
|---|---|---|---|---|
| IDCARD | IDENTIFICACION EN UV-FULL COLOR, PLASTICO DE 1/32" ESPESOR, TAMAÑO 3 5/16" x 2 1/8" - LLEVAN HUECO (ARTES CAMARA READY) | 16 | 25.00 | 400.00T |
| SET-UP | SET-UP CHARGE | 1 | 45.00 | 45.00T |
|  | ***IMPORTANTE*** ID SON IMPRESION UV SOBRE PLASTICO NO SON COMO LAS LICENCIAS DE CONDUCIR. IVU 11.5% |  |  | 51.18 |

**Total** $496.18

**Devoluciones:**
1. Mercancía bien despachada en caso de devolución, tendrá un cargo por servicios comenzando en $5.00 dólares.
2. Cortes de Plásticos, acrílicos y materiales para camisas, NO tienen devolución.

# DIAZ SERVICE STATION

CALLE PARANA ESQ, WESER
RIO PIEDRAS HGTS
SAN JUAN PR 00926

# Invoice

| Date | Invoice # |
|---|---|
| 2/12/2022 | 8935 |

**Bill To**

TOYOTA HIGHLANDER 2015
TAB-IVU032

| P.O. No. | Terms | Project |
|---|---|---|
| | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | ACEITE Y FILTRO SINT | 75.00 | 75.00T |
| 1 | BATERIA INTERSTATE SERIE MT24F | 175.00 | 175.00T |
| 1 | FRENOS DELANTEROS WA | 68.00 | 68.00T |
| 1 | FRENOS TRASEROS WA | 65.00 | 65.00T |
| 4 | DISCOS DE FRENO DEL Y TRASEROS | 85.00 | 340.00T |
| 2 | FILTRO DE AIRE MOTOR Y CABINA A/C | 25.00 | 50.00T |
| 2 | WHYPERS BOSCH | 15.00 | 30.00T |
| 1 | LAVADO Y BRILLO | 75.00 | 75.00T |
| 1 | LABOR | 350.00 | 350.00T |
| 1 | INSPECCION | 11.00 | 11.00T |
| | Sales Tax | 11.50% | 142.49 |

**PAID**

ATH
A TODA HORA

PARANA 037
RIO PIEDRAS HEIGHTS C/PARANA ESQ WESSER
SAN JUAN

| DATE | TIME | HOST |
|---|---|---|
| Feb 25.22 | 13:46:59 | ATH2 |
| BATCH | TERMINAL ID | MERCHANT ID |
| 000245 | X0V23692 | 9380477977 |

SALE

AMEX    ***********1003 (C)

AUTH. CODE: 800993    INVOICE: 018890
                      TRACE   :000802

TOTAL :  $    1381.49

AMERICAN EXPRESS
AID: A000000025010801  AC: 026164DCEF5D7F5A
UN: A2B465A2  TVR: 0800008000  TSI: F800

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

CUSTOMER COPY
Gracias por su patrocinio

$1,381.49

02039-FAB    Document 1969-5    Filed 03/10/22

**GOBIERNO DE PUERTO RICO**
DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS
DIRECTORIA DE SERVICIOS AL CONDUCTOR
**PERMISO PARA VEHÍCULOS DE MOTOR O ARRASTRES**

www.dtop.gov.pr

**Relación de Multas Administrativas**
La siguiente relación incluye los boletos de multas administrativas que se han expedido contra el dueño del vehículo. Estas multas deberán ser pagadas al momento de renovar esta licencia.

| BOLETO | FECHA | CANTIDAD | MUN. | L... |

2015 TOYOTA HIGHLANDER LIMITED
Automóvil (Privado), Auto Privado
Descripción y Clasificación de Vehículo
11451920                22ago2015
Registración            Fecha Registro        IVU032====        11449265
                                              Tablilla          Título
2015        TOYT        HIGHLA        BLA         *4           *6        *270
Año         Marca       Modelo        Color       Puertas      Cilin    Cab Fuerza

5TDYKRFH2FS101433                                               Capacidad de Carga
VIN (Número de Serie)         Peso Desc.                        $ 37,346.86
FJ0013                                                          Precio Contributivo
Dealer                  Venta Condicional
dic 2021 a ago 2022     032662235                31 ago 2022
Vigencia                Marbete                  Expiración

OFFICE OF THE FPMPR LLC
SUITE 216
B5 CALLE TABONUCO PMB 292
GUAYNABO, PR 00968

Dueño del Vehículo y Dirección Postal
SUITE 216
B2 CALLE TABONUCO PMB 292
GUAYNABO, PR 00968

DERECHOS PAGADOS
Certifico Correcto
FEB 1 2 2022
Núm. AG-0118
Estación Oficial de Inspección

| | |
|---|---|
| Multas | $ 0.00 |
| Peajes | $ 0.00 |
| Derechos Anuales | $ 44.00 |
| ACAA | $ 35.00 |
| Seguro Oblig | $ 99.00 |
| Centro de Trauma | $ 2.00 |
| Importe Total | $ 180.00 |

Dirección Residencial, solo si es diferente a Postal
                        $ 0.00
                        Precio de Venta          Licencia         Estación de Inspección
20211214-09303800-387-11829...189-000000000                       72440464

REQUIERE INSPECCIÓN VEH. DE MÁS DE DOS AÑOS FABRICADOS

**OATH**
8 TODS NOES

ANY TIME BARBOSA
AVE ROOSEVELT ESQ JOSE BARBOSA
SAN JUAN

| DATE | TIME | HOST |
|---|---|---|
| Feb 14.22 | 08:58:51 | ATH |
| BATCH | TERMINAL ID | MERCHANT ID |
| 000532 | 30V08757 | 4549106503295 |

SALE

DEBIT  ************1902 (S)

AUTH. CODE: 135795  INVOICE: 038606
TRACE : 038671

| AMOUNT: | $ | 50.00 |
|---|---|---|
| STATE TAX: | $ | 0.00 |
| REDUCED STATE TAX: | $ | 0.00 |
| MUNICIPAL TAX: | $ | 0.00 |
| TOTAL : | $ | 50.00 |

CONTROL: ZZU89-5805Y ET

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

CUSTOMER COPY
Gracias por su patrocinio

FAB   Document 1969-5   Filed 0

**OATH**

ANY TIME BARBOSA
AVE ROOSEVELT ESQ JOSE BARBOSA
SAN JUAN

| DATE | TIME | HOST |
|---|---|---|
| Feb 16.22 | 15:55:39 | ATH |
| BATCH | TERMINAL ID | MERCHANT ID |
| 000539 | 30V08757 | 4549106503295 |

**SALE**

DEBIT        ************1902 (S)

AUTH. CODE: 422121     INVOICE: 039260

TRACE  :039337

AMOUNT:          $        50.00
STATE TAX:       $         0.00
REDUCED STATE TAX:$        0.00
MUNICIPAL TAX:   $         0.00
TOTAL    :       $        50.00

CONTROL: 23AMV-27XCF
ET

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

Recibo de Pago

www.autoexpreso.com
1-888-688-1010
Plaza Carolina
Carril 01
02/16/2022 10:33:37

Numero de Cuenta:  5738371
Cantidad de Pago:   $20.00
Metodo de Pago:

Debit 1902

PM:          debit
EM:          Swipe
AC:          002714

Balance:     $10.00

\*\*\* Descarga nuestra app
"AutoExpreso Móvil"
para consultar balance, recargar,
recibir notificaciones y otros
servicios. También puedes acceder a
www.autoexpreso.com \*\*\*

AB00721809216CU3

Company Name
Office of the TCA

Billing Period
16-February-2022 PST – 15-March-2022 PDT

Payment Method
AMEX ending in 1003

Due on 16-February-2022 PST
US$33.98 including tax

| PRODUCT | | QUANTITY | SUBTOTAL |
|---|---|---|---|
| | Acrobat Pro DC US$16.99/mo per license | 2 licenses | US$33.98/mo |

Subtotal: US$33.98/mo

Tax/VAT: US$0.00/mo

Total: US$33.98/mo

# GO PRINT

1318 Ave. FD Roosevelt PR 00920
787-200-8085
info@goprintpr.com

Javier B. Gonzalez
Javier Benito Gonzalez
Phone: 787 473 1515

E-Mail javier.benito@me.com

**Invoice**

No: **72900**

Date: 2/3/22

Customer PO:

| Quantity | Description | Amount |
|---|---|---|
| 1,000 | B Cards "Office of the TCA" (1 modelo) corte regular. Listo de 24-48 hrs laborables. , 2 x 3.5 White 130# Sappi Flo Dull Cover, digitally printed on 1 side | $ 75.00 |

Sales Rep: Internet
Taken by: Cristina

Account Type: Charge

Deposit 1: $41.82 (Credit Card)
Deposit 2: $41.81 (Credit Card)

| | |
|---|---|
| SUBTOTAL | $ 75.00 |
| City | $ 0.75 |
| State | $ 7.88 |
| TOTAL | $ 83.63 |
| DEPOSITS | $ 83.63 |
| AMOUNT DUE | $ 0.00 |

Política de Devolución
(1) Cliente tiene un periodo de UN día laborable a partir de la fecha de recogido para reclamaciones. Para reclamar, debe devolver el 100% de la mercancía y presentar la factura de la orden. Reclamaciones serán procesadas en un término max. de 48 hrs laborables. (2) No somos responsables por errores en ortografía, texto, materiales,colores, baja resolución, formatos, transparencias, tamaños, terminaciones y artes incorrectos. (3)No se realizan devoluciones de dinero, cancelaciones y/o modificaciones a órdenes una vez son confirmadas. De haber excepciones a esta cláusula, las mismas se procesarán como créditos a la tienda. (4)Cliente le concede a Go Print el derecho de usar las artes gráficas para propósitos de promoción en redes sociales y otros medios. (5)Cliente certifica que está autorizado a reproducir el material provisto y releva a Go Print de cualquier reclamo y/o demanda por violaciones de derechos de autor y propiedad intelectual. Por la naturaleza  de nuestros servicios, toda venta y/o servicio provisto por Go Print es final y no tiene  devolución y/o cambios.

Nombre:_____  Firma:_____  Fecha:_____  Entregado Por:_____