

# Invoice

**Altai Atlantic Consulting LLC**
828 Snowden Hallowell Way, Alexandria VA 22314

**Date:** 03/01/22
**Invoice #:** 01-026

**To:** Office of the Federal Police Monitor of Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
Tel. 787-417-9098

| Fee Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|
| **Total Fees Payable For Services Rendered by Dr. David Levy** | 40.5 | 160 | **$6,480.00** |

**Work Performed in the Continental United States**

| Date | Activity Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 2/1/22 | Communications regarding data sources for CMR-6 | 1.0 | 160 | $160.00 |
| 2/2/22 | Communications regarding data sources for CMR-6 | 0.5 | 160 | $80.00 |
| 2/3/22 | Setting up new FPMPR email & general communication | 1.0 | 160 | $160.00 |
| 2/6/22 | General communications & administrative | 2.0 | 160 | $320.00 |
| 2/6/22 | Memorializing final English/Spanish version of supervision survey | 1.0 | 160 | $160.00 |
| 2/6/22 | Review comments from Deputy Chief Monitor on Master Data Request | 3.0 | 160 | $480.00 |
| 2/7/22 | Communications regarding mid-period samples | 1.5 | 160 | $240.00 |
| 2/7/22 | Review of Deputy Chief Monitor's comments on master data request | 2.0 | 160 | $320.00 |
| 2/8/22 | Review of mid-period UOF findings | 1.0 | 160 | $160.00 |
| 2/9/22 | Methodology and data discussion with Monitor Serrano | 1.5 | 160 | $240.00 |
| 2/11/22 | Review of materials related to outcome assessment | 1.0 | 160 | $160.00 |
| 2/14/22 | Mid-period data request | 2.5 | 160 | $400.00 |
| 2/15/22 | Communication re: mid-period sample revision | 1.0 | 160 | $160.00 |
| 2/20/22 | CMR-6 3rd data request | 4.5 | 160 | $720.00 |
| 2/21/22 | Communication re: CMR-6 3rd data request | 1.5 | 160 | $240.00 |
| 2/21/22 | CMR-6 3rd data request | 1.0 | 160 | $160.00 |
| 2/22/22 | Monthly calls with Monitors Serrano, Watkins, and Ruiz | 3.0 | 160 | $480.00 |
| 2/22/22 | Communication re: CMR-6 3rd data request w/ Monitors Romero & Youngs | 1.0 | 160 | $160.00 |
| 2/22/22 | Monthly call with Monitor Gosselin | 1.5 | 160 | $240.00 |
| 2/24/22 | Monthly call with Monitor Youngs | 1.5 | 160 | $240.00 |
| 2/27/22 | CMR-6 3rd data request | 3.0 | 160 | $480.00 |
| 2/27/22 | General communications & setting up Box account | 1.0 | 160 | $160.00 |
| 2/28/22 | Biweekly team call | 0.5 | 160 | $80.00 |
| 2/28/22 | Updating master data request based on CMR-6 edits | 3.0 | 160 | $480.00 |
| Total | | 40.5 | | $6,480.00 |

$6,480.00
**Total Fee Payable**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

_____                                                                                    03/01/22
**Dr. David Levy**                                                                                              **Date**