# INVOICE

| | | |
|---|---|---|
| **DATE** | **INVOICE NO** | **Denise Rodriguez** |
| 2/28/2022 | #017 | 3003 San Sebastian St. |
| | | Mission, TX 78572 |
| | | drodriguez_PRI@outlook.com |

**INVOICE TO**
Puerto Rico Chief Federal Monitor

**INVOICE PERIOD**
February 28, 2022

## DUTIES AND RESPONSIBILITIES                                             TOTAL DUE $18,209.43

- Conducted monthly one-on-one meetings with each subject matter expert
- Coordinated and conducted weekly Monitoring Executive Team meetings
- Coordinated and conducted biweekly meetings with the Monitoring Team
- Coordinated and conducted biweekly meetings with the Parties
- Reviewed and approved the review of several policies submitted to the Monitor's Office by PRPB as per Paragraph 229 of the Agreement
- Maintained the Federal Monitoring Team's Facebook and Twitter accounts and newsletter distribution service
- Conducted site visit on February 14-18th. This included field visit to Humacao, live system demonstrations, meeting with Judge Besosa, meeting with the Reform Unit, and meeting with the Parties to prepare to discuss IT Planning.
- Worked with the Data Analyst on the data requests for CMR-6 and Master template data requests
- Worked with the Administrative Director and the Research Analyst/Administrative Assistant to draft the schedule(s) for the March site visit
- Participated in various virtual meetings to discuss the Community/Officer Survey with the Administrative Director, Vendor, and the parties
- Participated in a meeting with the Parties to discuss the PRPB Reform Budget
- Reviewed and provided input on the agenda items for the February 253 meeting
- Worked with the Special Master and USDOJ to discuss agenda topics for the March Status Conference
- Distributed and reviewed the data from the TCA survey for paragraphs 145-146 and 197 developed by the Data Analyst, Research Analyst, and subject matter experts.
- Began drafting the work plan for the 2022 Outcome Assessments.
- Reviewed the plans and documents submitted by PRPB on February 10th, drafted, and delivered our comments on these documents
- Coordinated the migration of the team to the new FPMPR email domain

| | |
|---|---|
| Flat Rate Total Wages* | $15,833.33 |
| Travel Expenses (see page 2) | $ 2,376.10 |
| **Total Due** | **$ 18,209.43** |

*The total amount is a flat rate. The total monthly is $15,833.33 for an annualized amount of $190,000.00

_Denise Rodriguez_ (signature)

_____                                    February 28, 2022
**Denise Rodriguez, Chief Deputy Monitor**                     Date

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# Office of the Technical Compliance Advisor Travel Reimbursement Form



**Traveler Name: Denise Rodriguez**
**Travel Dates: February 13-18**
**Purpose of Travel: Site visit**

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 772.60 | 1 | $ 772.60 |
| Baggage | $ - | 0 | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | $ - | 0 | $ - |
| Ground Transportation (Parking) | $ - | 0 | $ - |
| Ground Transportation (Mileage) | $ 0.56 | 0 | $ - |
| Lodging | $ 177.00 | 5 | $ 885.00 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 4 | $ 460.00 |
| Parking @ airport (days) | $ 6.00 | 6 | $ 36.00 |
| COVID Test | $ 50.00 | 1 | $ 50.00 |
| Total | | | $ 2,376.10 |

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

COURTYARD® Marriott

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Ms Denise Rodriguez
3003 San Sebastian St
Mission TX 78572
United States

Room: 1007
Room Type: EKNG
No. of Guests: 1
Rate: $ 150.00   Clerk: 8

Marriott Rewards #   286891726

CRS Number  70174227

Name:

Arrive:  02-13-22        Time:  16:51          Depart:  02-18-22          Folio Number: 685193

| Date | Description | Charges | Credits |
|---|---|---|---|
| 02-13-22 | Package | 150.00 | |
| 02-13-22 | Government Tax | 13.50 | |
| 02-13-22 | Hotel Fee 9% of Daily Rate | 13.50 | |
| 02-14-22 | COMEDOR- Guest Charge (Breakfast) | 1.00 | |
| 02-14-22 | Package | 150.00 | |
| 02-14-22 | Government Tax | 13.50 | |
| 02-14-22 | Hotel Fee 9% of Daily Rate | 13.50 | |
| 02-15-22 | COMEDOR- Guest Charge (Breakfast) | 6.35 | |
| 02-15-22 | Package | 150.00 | |
| 02-15-22 | Government Tax | 13.50 | |
| 02-15-22 | Hotel Fee 9% of Daily Rate | 13.50 | |
| 02-16-22 | COMEDOR- Guest Charge (Breakfast) | 4.48 | |
| 02-16-22 | COMEDOR- Guest Charge (Dinner) | 65.76 | |
| 02-16-22 | Package | 150.00 | |
| 02-16-22 | Government Tax | 13.50 | |
| 02-16-22 | Hotel Fee 9% of Daily Rate | 13.50 | |
| 02-17-22 | Comedor - Guest Charge | 4.48 | |
| 02-17-22 | Package | 150.00 | |
| 02-17-22 | Government Tax | 13.50 | |
| 02-17-22 | Hotel Fee 9% of Daily Rate | 13.50 | |
| 02-18-22 | American Express | | 967.07 |
| | Card #  XXXXXXXXXX1008 | | |

**COURTYARD®**
**Marriott.**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Ms Denise Rodriguez
3003 San Sebastian St
Mission TX 78572
United States

Room: 1007
Room Type: EKNG
No. of Guests: 1
Rate:  $   150.00   Clerk: 8

Marriott Rewards #   286891726

CRS Number  70174227

Name:

Arrive:  02-13-22          Time:  16:51          Depart:  02-18-22          Folio Number:  685193

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
|      | Balance     |         | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

**COURTYARD®**
**Marriott.**

DRodriguez_PRI@outlook.com

| | |
|---|---|
| **From:** | United Airlines, Inc.  <Receipts@united.com> |
| **Sent:** | Saturday, January 15, 2022 10:01 AM |
| **To:** | DRODRIGUEZ_PRI@OUTLOOK.COM |
| **Subject:** | eTicket Itinerary and Receipt for Confirmation P0VY9K |



Sat, Jan 15, 2022

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our **Important notices page** for the latest updates

**Get ready for your trip:** **Visit the Travel-Ready Center**, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# P0VY9K

| Flight 1 of 4 UA4372 | Class: United Economy (W) |
|---|---|
| Sun, Feb 20, 2022 | Sun, Feb 20, 2022 |
| **12:13 PM** | **01:35 PM** |
| McAllen, TX, US (MFE) | Houston, TX, US (IAH) |

Flight Operated by Commutair dba United Express.

| Flight 2 of 4 UA701 | Class: United Economy (W) |
|---|---|
| Sun, Feb 20, 2022 | Sun, Feb 20, 2022 |
| **02:36 PM** | **08:52 PM** |
| Houston, TX, US (IAH) | San Juan, PR, US (SJU) |

| Flight 3 of 4 UA1495 | Class: United Economy (W) |
|---|---|
| Fri, Feb 25, 2022 | Fri, Feb 25, 2022 |

| | |
|---|---|
| **10:20 AM** | **01:20 PM** |
| San Juan, PR, US (SJU) | Houston, TX, US (IAH) |

### Flight 4 of 4 UA1580 — Class: United Economy (W)

| | |
|---|---|
| Fri, Feb 25, 2022 | Fri, Feb 25, 2022 |
| **02:52 PM** | **04:14 PM** |
| Houston, TX, US (IAH) | McAllen, TX, US (MFE) |

### Traveler Details

RODRIGUEZ/DENISE

eTicket number: **0162388670095**  
Frequent Flyer: **UA-XXXXX985 Premier Silver**

Seats: **MFE-IAH 02A**  
**IAH-SJU 14F**  
**SJU-IAH 14F**  
**IAH-MFE 22A**

### Purchase Summary

| | |
|---|---|
| Method of payment: | **American Express ending in 1008** |
| Date of purchase: | **Sat, Jan 15, 2022** |

| | |
|---|---|
| Airfare: | 704.00 USD |
| U.S. Transportation Tax: | 39.40 USD |
| September 11th Security Fee: | 11.20 USD |
| U.S. Passenger Facility Charge: | 18.00 USD |

| | |
|---|---|
| Total Per Passenger: | 772.60 USD |

| | |
|---|---|
| **Total:** | **772.60 USD** |

### Carbon Footprint

Your estimated carbon footprint for this trip is **0.61535 tonnes of CO2.**

You can reduce your environmental impact by participating in our CarbonChoice program which supports projects that reduce greenhouse gases. Learn more.

### Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT

Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

**Mission Clinic**
202 E EXPWY
MISSION, TX-78572-6020
Tel: 956-585-1638 Fax: 956-585-9787

# Receipt of Payment

Received From : RODRIGUEZ, DENISE

Amount : 50.00

Payment Type : Credit Card (VISA)

Date : 02/11/2022

Payment ID : 246461

## Charges Details

| Date | Code Description | Units | Fees | Payment |
|---|---|---|---|---|
| 02/11/2022 | 87426 SARS-COV-2 ANTIGENT | 1.00 | 200.00 | |
| 02/11/2022 | Patient Payment | | | 50.00 |
| | Total | | 200.00 | 50.00 |

## Account Balance Summary

Total Balance : 0.00

Patient Balance : 0.00

Insurance Balance : 0.00



Republic Parking System-McAllen Intl Airport
2500 Bicentennial Blvd
McAllen, TX 78503

A Payment No.00219647
Ticket No.015203

F/C #02
T/D #03                              ID #7
Cashier
Entry Time        2/13.2022 (Sun)  6:10
Paid Time         2/18.2022 (Fri) 16:25
Parking Time            5 Days    10:15
Parking Fee             Rate B    $36.00

AMEX              *************** *************1008
Account #                              43501
Slip #                                566062
Auth Code                             $36.00
CREDIT CARD AMOUNT                     $0.00
Cash Amount
                                      $36.00
Total
           Please drive carefully
              956-213-8561