# VIOTA & ASSOCIATES CPA LLC

B5 CALLE TABONUCO, SUITE 216
PMB 292
GUAYNABO, PR 00968-3029

## Invoice

INVOICE NUMBER: 20200703
DATE: FEBRUARY 28, 2022

PUERTO RICO POLICE REFORM

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| FEB-02-22 | CONSULTING FEES | Verify January Invoices, calculate withholdings Post invoices in Sage Accounting | 1.50 | $125.00 | $187.50 |
| FEB-07-22 | CONSULTING FEES | File Informative Returns 2021 | 3.50 | $125.00 | $437.50 |
| FEB-09-22 | CONSULTING FEES | Deposit at First Bank | 1.00 | $125.00 | $125.00 |
| FEB-10-22 | CONSULTING FEES | ACH payment (1 of 2) Download filed Informatives from SURI and email to Javier Gonzalez | 1.00 | $125.00 | $125.00 |
| FEB-11-22 | CONSULTING FEES | ACH payment (2 of 2) Post payments in PR Pay Bank Reconciliation -January 2022 | 1.50 | $125.00 | $187.50 |
| FEB-14-22 | CONSULTING FEES | SURI - Professional Services Withholding deposit Post in Sage | 0.25 | $125.00 | $31.25 |
| FEB-24-22 | CONSULTING FEES | -Deposit at First Bank | 1.00 | $125.00 | $125.00 |
| FEB-25-22 | CONSULTING FEES | -ACH Payment 1 of 2 | 0.25 | $125.00 | $31.25 |
| | | Total hours for this invoice | 10.00 | | |
| | | Total before tax | | | $1,250.00 |
| | | PR SALES TAX (IVU) | | | $0.00 |
| | | Total amount of this invoice | | | $1,250.00 |

MESSAGE

6% Withholding on Profesional Services (Waiver Certificate Available Upon Request)