**MBG North Corp.** 1931 Cordova Rd. Suite 3039, Ft. Lauderdale, FL 33316

**Invoice # 1156**, Feb 28  2022  **Contractor:** Donald S. Gosselin, Esq.

**Dates of Service:** 1 FEB 2021 to 28 FEB 2022    **TERMS:** NET30

| Task Performed | US Hours | Dates | PR Hours | Billable Amount |
|---|---|---|---|---|
| On-Site Puerto Rico Labor Hours (SARP Investigative Interviews & Site Visits - travel to diverse locations across PR) | | FEB/ 14, 15,16,17 | **32** | $5,120.00 |
| Communications & Coordination - all written comms to/from Monitors, PRPB, USDOJ; Review guidance and documents, SOP's; logistics; scheduling, on-site planning & coordination, | **11.5** | FEB/ 1,2,3,9,11,12,19,21, 22,23,24, 27,28 | | $1,840.00 |
| Teleconference Meetings ;  Monitors Office and Monitor Team Members | **5.5** | FEB/1,3,9, 23,24,28 | | $880.00 |
| Data and Policy Analysis | **11** | FEB/ 8,9,10,25, 26,27 | | $1,760.00 |
| **FEE WAIVER (PUERTO RICO)** | | | **0** | $0.00 |
| | US Hours | | PR Hours | |
| Net Hours @ $160/hr. | **28.00** | | **32.00** | $9,600.00 |
| Total Expenses (Air, Hotel, MIE; Meals, Parking, POV miles) | | | | $2,673.30 |
| **Allowable Fee** | | | | **$12,273.30** |

| Travel Breakout | Traveler: Donald S. Gosselin  PWM-SJU-PWM Feb 13 - 18 2022 | | | |
|---|---|---|---|---|
| **Expense** | **Unit Cost** | **Units** | **Column1** | **Total** |
| Airfare | $ 627.10 | 1 | | $ 627.10 |
| Baggage | $ - | 0 | | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | $ - | 0 | | $ - |
| Ground Transportation (Parking) | $ 14.00 | 6 | | $ 84.00 |
| Ground Transportation (POV Mileage) | $ 0.585 | 90 | | $ 52.65 |
| Lodging | $ 195.00 | 5 | | $ 975.00 |
| Per Diem (Travel Days) | $ 86.25 | 2 | | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 4 | | $ 460.00 |
| Other: HOTEL TAX ($35.10 + 25.31/day) | $ 60.41 | 5 | | $ 302.05 |
| **Total** | | | | $ 2,673.30 |

The undersigned, Donald S. Gosselin, Esq. certifies that the amount billed in this invoice is true and correct and corresponds to my duties as a Federal Monitor and related travel expenses.  I further certify that I have not received any income, compensation or payment for services from the Commonwealth of Puerto Rico or any of its departments or municipalities

From: American Airlines <no-reply@notify.email.aa.com>
Subject: Your trip confirmation (PWM - SJU)
Date: February 5, 2022 at 18:39:59 EST
To: GOSSELIN.INTL@GMAIL.COM

Issued: February 5, 2022

## Record Locator: YWUCJL

We charged $627.10 to your card ending in 1398 for your ticket purchase

A face covering is required while flying on American, except for children under 2 y
You are also required to wear a face covering while in the airport before and after
flight. Read more about travel requirements.

You'll need your record locator to find your trip at the kiosk and when you call Reservations.

Manage your trip

### Sunday, February 13, 2022

PWM  
**5:38** AM  
Portland  
**AA 752**

CLT  
**8:23** AM  
Charlotte

Seat:
6F
Class:
Economy (N)
Meals:

| CLT | SJU |
|---|---|
| **11:06** AM | **3:35** PM |
| Charlotte | San Juan |

**AA 783**

Seat:
18F
Class:
Economy (N)
Meals:

## Friday, February 18, 2022

| SJU | PHL |
|---|---|
| **5:35** AM | **8:37** AM |
| San Juan | Philadelphia |

**AA 1528**

Seat:
13F
Class:
Economy (N)
Meals:

PHL                                                    PWM

| 10:20 AM | 11:59 AM |
|---|---|
| Philadelphia | Portland |

**AA 6193**
Operated by Piedmont Airlines as American Eagle

Seat:
7A
Class:
Economy (N)
Meals:

# Earn up to $200 Back

Plus, 40,000 bonus miles. Terms Apply.

Learn more

## Your payment

| Credit Card (MasterCard ending 1398) | $627.10 |
|---|---|
| **Total paid** | **$627.10** |

## Your purchase

**DONALD GOSSELIN**
AAdvantage #: 32A6M16

| New ticket | $627.10 |
|---|---|

Ticket #: 0012330475845
[$560.00 + Taxes and fees $67.10 ]

| **Total** | **$627.10** |
|---|---|

# SHERATON
Puerto Rico Hotel & Casino

INVOICE

| | |
|---|---|
| ROOM | 1226 |
| ROOM TYPE | CCTY |
| NO. OF GUESTS | 1 |
| RATE | 195 |
| CLERK | VSALD171 |
| DATE | 02/18/22 |
| PAGE No. | 1 of 2 |
| Rewards # | 839932555 |

DR Donald Gosselin
12 Naomi St
Sebago ME 04029
United States

ARRIVE 02/13/22    TIME 05:40    DEPART 02/18/22    TIME 08:10    FOLIO# 3662778

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| 02/13/22 | Room Charge | | 195.00 |
| 02/13/22 | Destination Fee - 18% | | 35.10 |
| 02/13/22 | Room Occupancy Tax | | 25.31 |
| 02/14/22 | Room Charge | | 195.00 |
| 02/14/22 | Destination Fee - 18% | | 35.10 |
| 02/14/22 | Room Occupancy Tax | | 25.31 |
| 02/15/22 | Dinner Charges | Room# 1226 : CHECK# 1254253 | 33.47 |
| 02/15/22 | Room Charge | | 195.00 |
| 02/15/22 | Destination Fee - 18% | | 35.10 |
| 02/15/22 | Room Occupancy Tax | | 25.31 |
| 02/16/22 | Room Charge | | 195.00 |
| 02/16/22 | Destination Fee - 18% | | 35.10 |
| 02/16/22 | Room Occupancy Tax | | 25.31 |
| 02/17/22 | Room Charge | | 195.00 |
| 02/17/22 | Destination Fee - 18% | | 35.10 |
| 02/17/22 | Room Occupancy Tax | | 25.31 |
| 02/18/22 | Mastercard | | -1,310.52 |
| | XXXXXXXXXXX1398 | XX/XX | |

For billing questions or concerns, please let us know at SheratonPR.Folio@sheraton.com



INVOICE

| | |
|---|---|
| ROOM | 1226 |
| ROOM TYPE | CCTY |
| NO. OF GUESTS | 1 |
| RATE | 195 |
| CLERK | VSALD171 |
| DATE | 02/18/22 |
| PAGE No. | 2 of 2 |
| Rewards # | 839932555 |

DR Donald Gosselin
12 Naomi St
Sebago ME 04029
United States

ARRIVE 02/13/22   TIME 05:40   DEPART 02/18/22   TIME 08:10   FOLIO# 3662778

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| | | Balance USD | 0.00 |

For billing questions or concerns, please let us know at SheratonPR.Folio@sheraton.com

```
City of Portland Airport Parking
1001 Westbrook St.
Portland, ME 04102
--------------------------------
02/18/2022       12:58 PM
--------------------------------
  TRANS - F1D7733
  MCC - EC472A27
  PAYMENT - MC x1398
--------------------------------
SUBTOTAL: $84.00

TOTAL:   $84.00


PLEASE COME AGAIN
THANK YOU
```