**Al Youngs**
**5552 West Lakeridge Road**
**Lakewood, CO 80227**

February 1– February 28, 2022
Invoice No. 32
Member of Federal Monitor Team

| Date | Brief Description | Total Hours |
|---|---|---|
|  | Reviewed and responded to emails and conference calls for the month of February. |  |
| 02/02 02/04 02/18 02/27 02/28 | From Members of the Monitor Team. | 5.0 Hours |
| 02/01 02/04 02/23 02/28 | Several meetings and phone calls with Monitor and Deputy Monitor. | 3.0 Hours |
|  | During site visit to Puerto Rico: |  |
| 02/13 | Preparation for Supervision and Management and Recruitment interviews at Monitor's Office. |  |
| 02/13 | Review CMR-6 data request and formulate additional requests. |  |
| 02/14 | Attended live system demonstration on Domestic Violence and discussions at PRPB HQ. |  |
| 02/14 02/15 02/17 | Supervisor and Management Focus Group: Interviews of a random sample of commanders, supervisors and officers to determine whether there is close and effective supervision. Interviewees will also be asked questions about their use of EIS and other supervisory tools, supervisory ratios, performance evaluations, and training received (Paragraphs 145 and 146). |  |
| 02/16 | Attended meeting with Denise and John reference PRPB's plan to address Use of Force, Supervisors, Cadets, and Recruitment as per Judge Bebosa's order. | 32.0 Hours |

| | | |
|---|---|---|
| 02/12 | Review draft of Career Developmental program and request for information and transition process of the Promotion Board. | 2.0 Hours |
| 02/12 | Review PRPB Recruitment brochure, Interboro Recruitment documents for examiners and steps to complete recruitment | 3.0 Hours |
| 02/17 | Reviewed sample list of three years (2020, 2021, 2022) recruit class information, which were received from the Recruitment Division and Interim Director and reasons for failure to enter the Police Academy. | 2.0 Hours |
| 02/22 | Reviewed EIS, transfers, inspections and personnel integrity paragraphs. Also discussed with David Levy. | 2.0 Hours |
| 02/23 | Reviewed Inspection Division Manual and reviewed completed Inspections for future meeting with SARP in 2022 in preparation of receiving Annual Inspection Report. | 1.0 Hours |
| 02/23 | Reviewed Feedback from Paragraph 158 received from PRPB reference their participation in the Criminal Justice System. | 1.0 Hours |
| 02/24 | Meeting with Denise and David reference CMR-6 and requests for additional information | 1.0 Hours |
| 02/25 | Additional review of personnel evaluations completed by Supervisors of their subordinates. | 2.0 Hours |
| 02/25 | Reviewed Recruitment Strategic Plan and Recruitment data from October 1, 2021 until December 31, 2021 and their educational level. | 2.0 Hours |
| 02/25 | Review of appointed members of the Examination Board for promotion | 1.0 Hours |
| 02/25 | Reviewed complaints against Supervisors sent by PRPB to SARP. | 1.0 Hours |
| 02/27 | Reviewed V2A and proposed pilot plan for San Juan. | 2.0 Hours |

**TOTAL HOURS:  60**

Billable Hours:     60 Hours at a Rate of $165.00 Per Hour = $9,900.00

**Total:**            **$9,900.00**

**TOTAL WAGES AND EXPENSE REIMBURSEMENT**          $___11,972.95___


I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_____                              02/28/2022
            Signature                                                              Date



# Office of the Technical Compliance Advisor Travel Reimbursement Form

Enter all required information below to obtain travel reimbursement. If spending did not occur in a category, please enter zeros. Zeros will likely need to be entered for one or more of the ground transportation options. The "Total" column of the table will update based on the information entered into the "Unit Cost" and "Units" columns. To update the "Total" column, click CTRL+A and then F9. Receipts for airfare, lodging, ground transportation, and PCR testing must be submitted with this form. Submit the Travel Reimbursement Form and accompanying receipts to Javier Gonzalez (Javier.benito@me.com) with the Chief Monitor (jrrjjr.romero@gmail.com) and/or his designee copied along with your monthly invoice.

**Traveler Name:** Alan C. You

**Travel Start Date: 02/13/2022  Travel End Date: 02/17/2022**

**Purpose of Travel:** Puerto Rico

| Travel Reimbursement | | | |
|---|---|---|---|
|  | Unit Cost | Units | Total |
| Airfare | $344.30 | 1 | $ 344.30 |
| Airfare | $439.80 | 1 | $ 439.80 |
| Baggage |  |  |  |
| Ground Transportation (Uber/Lyft/Taxi) | $63.35 | 1 | $ 63.35 |
| Ground Transportation (Parking) | $0.00 | 0 | $ 0.00 |
| Ground Transportation (Mileage) | $0.00 | 0 | $ 0.00 |
| Lodging | $177.00 | 4 | $ 708.00 |
| Per Diem (Travel Days) | $86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $115.00 | 3 | $ 345.00 |
| PCR Testing | $100.00 | 0 | $ 0.00 |
| Total |  |  | $2,072.95 |

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

Page **1** of 1



A-List | Hi, Alan 845 points | **My Account** | Log out | Español

FLIGHT | HOTEL | CAR | VACATIONS    SPECIAL OFFERS    RAPID REWARDS®

# Thanks for flying with us!

Price — Payment — Confirmation

## ✓ Your flight is booked!

We're sending you a confirmation email to the address below. If the email hasn't arrived in 2 minutes, check your junk or spam folder.
alyoun@aol.com

### Trip summary                                                Print

**Flight**

CONFIRMATION #
**4GRJG5**

FEB 13
DEN ✈ SJU

FLIGHT TOTAL
**$344.30**



Add a car

Book now. Pay later!
From $37.99*/day in San Juan
*Taxes and fees excl. Terms apply.

[Book now]

Add a hotel

The perfect stay is moments away

WHERE ARE YOU HEADED?
San Juan

CHECK-IN: 02/13/2022    CHECK-OUT: 02/15/2022

Search ⎘

---

## 2/13 - San Juan

100% free inflight entertainment* — all on your devices.    [Learn more]

*Download the Southwest app to view movies and on-demand content. Inflight messaging only allows access to iMessage and WhatsApp. Apps must be downloaded before the flight.

### FEB 13
### Denver, CO *to* San Juan, PR

Confirmation # **4GRJG5**



| PASSENGERS | EST. POINTS | EXTRAS | FARE |
|---|---|---|---|
| **Alan Youngs**<br>Rapid Rewards® Acct # 207895671   A-List<br>Add Known Traveler # / Redress # ›<br>Special Assistance › | + 1,860 PTS | — | Wanna Get Away® |

**Transfarency®: Defined**
Low fares. Nothing to hide. ⎘

**Change fees don't fly with us**
Flexibility for your travel plans.

**Pack with care**
Guidelines for carryon luggage.



## Departing  2/13/22 Sunday

Wanna Get Away® (Passenger x1)  $310.00

| DEPARTS | 9:05 AM | DEN Denver, CO - DEN | FLIGHT 2330 <br> SCHEDULED AIRCRAFT Boeing 737-800 <br> Subject to change |
| ARRIVES | 2:45 PM | MCO Orlando, FL - MCO | TRAVEL TIME 3hr 40min |

stop 1: Orlando, FL - MCO

| DEPARTS | 4:20 PM | MCO Orlando, FL - MCO | FLIGHT 2419 <br> SCHEDULED AIRCRAFT Boeing 737-800 <br> Subject to change |
| ARRIVES | 8:05 PM | SJU San Juan, PR - SJU | TRAVEL TIME 2hr 45min |

SUBTOTAL $310.00

Taxes & fees  $34.30

**Flight total**  **$344.30**

### Icon legend

WiFi available   Live TV available   Change planes

### Helpful Information:

- Please read the fare rules associated with this purchase.
- When booking with Rapid Rewards® points, your points balance may not immediately update in your account..

**Book your hotel with us and earn up to 10,000 points per night.**



The perfect stay is moments away

**WHERE ARE YOU HEADED?**

San Juan

CHECK-IN: 02/13/2022    CHECK-OUT: 02/15/2022

ROOMS 1   ADULTS 1   CHILDREN 0

Search

## Payment summary

| PAYMENT INFORMATION | | | AMOUNT PAID |
|---|---|---|---|
| **Visa 5094**<br>XXXXXXXXXXXX5094<br>Expiration: 6/25 | **CARD HOLDER**<br>Alan Youngs | **BILLING ADDRESS**<br>5552 W Lakeridge Rd<br>Lakewood, CO US 80227 | $**344.30** |

## Total charged

**You're all set for your upcoming trip.**

Get ready to enjoy two bags for the price of none*,
no fees to change your flight**, and some Southwest® love.

*First and second checked bags. Weight and size limits apply. **Fare difference may apply.

SUBTOTAL $310.00
TAXES & FEES $34.30
**TOTAL DOLLARS** $**344.30**

Show price breakdown

## Save up to 30% off
Earn up to 2400 Rapid Rewards® points.

Book now ›

## Wanna offset carbon?
Now you can every time
you fly with us.

Learn more ›



### ALAN you're headed to Fort Lauderdale
# Thanks for booking with JetBlue!

Savings Found!

**Confirmation Code:** VULOEZ

Manage your booking

San Juan → Fort Lauderdale

Add to Calendar | Email | Print

**Departing: Feb 17 2022**

SJU  6:43pm                              ▶ FLL  8:31pm
Flight 1054 • Fare: Blue

**jetBlue**

Total: **$439.80**

Charged to **Travel Bank** and **Visa** ending in 5094

Details ▼

| ALAN C YOUNGS | Adult | Seat 17C  Change | Ticket Number:2792185003985 | Bags: 1  Add bag |

Savings Found!

A confirmation email has been sent to alyoun@aol.com. If you didn't receive it, check your spam/junk folder. You can also view and manage your trip on jetblue.com or the JetBlue app with your confirmation code.



Hello! We're Paisly by JetBlue. Book the rest of your trip with total ease and let our helpful humans handle the hard stuff. Plus, earn TrueBlue points while you're at it.

**COURTYARD® Marriott**

Courtyard by Marriott  
San Juan - Miramar  
guest.service@courtyard.com

801 Ponce de Leon Ave.  
San Juan, PR. 00907  
T 787.721.7400  
F 787.723.0068

Mr Alan Youngs  
5552 W Lakeridge Rd  
Lakewood CO 80227  
United States

Room: 0907  
Room Type: EKNG  
No. of Guests: 1  
Rate: $ 150.00  Clerk: 1006

Marriott Rewards #   119330892

CRS Number   70393486

Name:

Arrive:  02-13-22          Time:  21:08          Depart:  02-17-22          Folio Number:  685202

| Date | Description | Charges | Credits |
|---|---|---|---|
| 02-13-22 | Package | 150.00 | |
| 02-13-22 | Government Tax | 13.50 | |
| 02-13-22 | Hotel Fee 9% of Daily Rate | 13.50 | |
| 02-14-22 | Comedor - Guest Charge | 3.02 | |
| 02-14-22 | Package | 150.00 | |
| 02-14-22 | Government Tax | 13.50 | |
| 02-14-22 | Hotel Fee 9% of Daily Rate | 13.50 | |
| 02-15-22 | Package | 150.00 | |
| 02-15-22 | Government Tax | 13.50 | |
| 02-15-22 | Hotel Fee 9% of Daily Rate | 13.50 | |
| 02-16-22 | COMEDOR- Guest Charge (Breakfast) | 3.02 | |
| 02-16-22 | Package | 150.00 | |
| 02-16-22 | Government Tax | 13.50 | |
| 02-16-22 | Hotel Fee 9% of Daily Rate | 13.50 | |
| 02-17-22 | COMEDOR- Guest Charge (Breakfast) | 4.02 | |
| 02-17-22 | Visa Card | | 718.06 |

*Card #  XXXXXXXXXXXX5094*

**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Alan Youngs
5552 W Lakeridge Rd
Lakewood CO 80227
United States

Room: 0907
Room Type: EKNG
No. of Guests: 1
Rate:  $   150.00   Clerk: 1006

Marriott Rewards #   119330892

CRS Number  70393486

Name:

Arrive:  02-13-22          Time:  21:08          Depart:  02-17-22          Folio Number:  685202

| Date | Description | Charges | Credits |
|---|---|---|---|
| | Balance | | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

```
Metro Transportation Booking Rec
              eipt

Date                    02/13/2022
Time                         07:12
Vehicle ID                     269
Registration                   269
Driver ID                     6922
Plate #                     GLQ917

Trip ID                   2841522A
Fare Type                  Metered
Start time                   06:40
End time                     07:11
Distance                   21.64MI

Fare                        $63.35
Tolls                        $0.00
Extras                       $0.00
Tip                          $0.00
Service charge               $0.00

TOTAL                       $63.35

           PAID BY CASH
```