# Rafael Ruiz Consulting

12 Crestshire Dr.  
Lawrence, MA 01843

PHONE: 6177599156    stodgo1971@yahoo.com    12 Crestshire Dr.

## INVOICE

INVOICE NUMBER: 2022-02  
INVOICE DATE: 2/28/2022

Federal Police Monitor for PR  
VIG Tower, PH-924  
1225 Ponce De Leon Ave.  
San Juan, PR 00907

RAFAEL E. RUIZ CONSULTING

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: FPM work from Home | | | |
| 2/4/2022 | FPM work from Home | Work on Par 243 Outcome measures for discussion with FPM | 1.00 | $165.00 | $165.00 |
| 2/7/2022 | FPM work from Home | Teleconference with Dep FPM, re Par. 243 Outcome Measures | 0.75 | $165.00 | $123.75 |
| 2/7/2022 | FPM work from Home | Install/set up Box App; Download/organize mid-term data from PRPB | 1.50 | $165.00 | $247.50 |
| 2/9/2022 | FPM work from Home | Work on/analyze mid-term PRPB data; review PRPB "Rights of Persons to Refuse a Search and Seizure When There is No Judicial Order" | 6.00 | $165.00 | $990.00 |
| 2/10/2022 | FPM work from Home | Work on/Analyze mid-term data | 1.50 | $165.00 | $247.50 |
| 2/10/2022 | FPM work from Home | Teleconference with USDOJ's Katie, re: search and seizure issues | 0.75 | $165.00 | $123.75 |
| 2/10/2022 | FPM work from Home | Work on/Analyze PRPB mid-term data | 4.00 | $165.00 | $660.00 |
| 2/11/2022 | FPM work from Home | Work on/Analyze PRPB mid-term data | 6.50 | $165.00 | $1,072.50 |
| 2/22/2022 | FPM work from Home | Prep for 3rd data request; Teleconference with Dep FPM and FPM Report/Stats personnel, re 3rd data request. | 2.00 | $165.00 | $330.00 |
| 2/28/2022 | FPM work from Home | Bi-Weekly meeting with FPM | 0.75 | $165.00 | $123.75 |
| 2/28/2022 | FPM work from Home | Telephone calls and emails from/to FPM team members | 1.50 | $165.00 | $247.50 |
| | | TOTAL: FPM work from Home | | | $4,331.25 |
| | | PROJECT: FPM work from PR (Site Visits) | | | |
| 2/14/2022 | FPM work from PR (Site Visits) | Team site visit to PR | 8.00 | $165.00 | $1,320.00 |
| 2/15/2022 | FPM work from PR (Site Visits) | Team site visit to PR | 8.00 | $165.00 | $1,320.00 |
| 2/16/2022 | FPM work from PR (Site Visits) | Team site visit to PR (all day in Mayaguez) | 10.00 | $165.00 | $1,650.00 |

INVOICE NUMBER: 2022-02

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 2/17/2022 | FPM work from PR (Site Visits) | Team site visit to PR | 8.00 | $165.00 | $1,320.00 |
| | | TOTAL: FPM work from PR (Site Visits) | | | $5,610.00 |
| | | PROJECT: FPM-PR Expenses | | | |
| 2/13/2022 | FPM-PR Expenses | Travel- JetBlue Airlines Roundtrip | 0.00 | $0.00 | $223.60 |
| 2/13/2022 | FPM-PR Expenses | Transportations- Uber home to airport | 0.00 | $0.00 | $28.77 |
| 2/17/2022 | FPM-PR Expenses | Lodging, Marriott Courtyard Miramar 4 nights at $177/night | 0.00 | $0.00 | $708.00 |
| 2/17/2022 | FPM-PR Expenses | Transportations- Uber airport to home | 0.00 | $0.00 | $50.35 |
| | | TOTAL: FPM-PR Expenses | | | $1,010.72 |
| | | PROJECT: FPM-PRPB Per Diem Full Days Expenses | | | |
| 2/28/2022 | FPM-PRPB Per Diem Full Days Expenses | Per Diem 4 full days @$115 each | 0.00 | $115.00 | $460.00 |
| | | TOTAL: FPM-PRPB Per Diem Full Days Expenses | | | $460.00 |
| | | PROJECT: Per Diem Travel Days | | | |
| 2/28/2022 | Per Diem Travel Days | Per diem 2 travel days @ $86.25 each | 0.00 | $86.25 | $172.50 |
| | | TOTAL: Per Diem Travel Days | | | $172.50 |
| | | Total hours for this invoice | 60.25 | | |

| INVOICE BALANCE INFORMATION | |
|---|---|
| Total amount of this invoice | $11,584.47 |
| Current invoice balance | $11,584.47 |

| AMOUNT DUE ON THIS INVOICE: $11,584.47 |
|---|

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for sdervices rendered under employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*Rafael E. Ruiz* (signature)
Rafael E. Ruiz

February 28, 2022



# Office of the Technical Compliance Advisor Travel Reimbursement Form

Enter all required information below to obtain travel reimbursement. If spending did not occur in a category, please leave the field blank fields will likely be used for one or more of the ground transportation options. The "Total" column of the table will update based on the i entered into the "Unit Cost" and "Units" columns. Receipts for airfare, lodging, ground transportation, and PCR Testing must be submi this form. Submit the Travel Reimbursement Form and accompanying receipts to Javier Gonzalez (Javier.benito@me.com) with the Monitor (jrrjjr.romero@gmail.com) and/or his designee copied with your monthly invoice.

**Rafael E. Ruiz**
**Travel Dates: February 14-17, 2022**
**Purpose of Travel: Site visit to PR, re interviews**

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 223.60 | 1 | $ 223.60 |
| Baggage | $ - | | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | $ 79.12 | 1 | $ 79.12 |
| Ground Transportation (Parking) | $ - | 5 | $ - |
| Ground Transportation (Mileage) | | | $ - |
| Lodging | $ 177.00 | 4 | $ 708.00 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 4 | $ 460.00 |
| PCR Testing | $ - | | $ - |
| **Total** | | | **$ 1,643.22** |

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

**From:** JetBlue Reservations  jetblueairways@email.jetblue.com 🚩
**Subject:** JetBlue booking confirmation for RAFAEL ENRIQUE RUIZ - YDOIWK
**Date:** January 30, 2022 at 10:54 PM
**To:** stodgo1971@aol.com



Check out the details for your trip on Sun, Feb 13

 

### Important info for travelers to Puerto Rico.
Please check the latest entry requirements for Puerto Rico by visiting our COVID-19 Info Hub.

## You're all set to jet.
And, your continued loyalty is what keeps us flying high. Thanks again for being a Mosaic member.

Please note: This is not your boarding pass.

**Your JetBlue confirmation code is**     **YDOIWK**

## Change made easy.

Switch or cancel flights, add extras like Even More Space or pets, update your seat assignment, TrueBlue & KTN numbers, and other traveler details—all in one place. Stay safe from fraud—use only jetblue.com or the JetBlue app to switch or cancel your flights.



**Manage trip**

You can also manage your trips by downloading our free mobile app.

## Flights

| | | | |
|---|---|---|---|
| **FLL** Fort Lauderdale, FL **Terminal:** 3 | ▶ | **SJU** San Juan, PR | Date: Sun, Feb 13<br>Departs: 6:11pm<br>Arrives: 9:45pm<br>Flight: 1653 |

jetBlue

| | | | |
|---|---|---|---|
| **SJU** San Juan, PR **Terminal:** A | ▶ | **FLL** Fort Lauderdale, FL | Date: Thu, Feb 17<br>Departs: 7:25pm<br>Arrives: 9:15pm<br>Flight: 454 |

jetBlue

**If your booking was made at least 7 days in advance:** You may cancel it within 24 hours for a full refund to your original form of payment, without a cancellation fee.

**JetBlue Change/Cancel Policy:** There is no fee to change (or cancel) Blue, Blue Extra, Blue Plus or Mint fares. Blue Basic fares booked Jun 8 2021 - Aug 24 2021 and after Nov 1 2021 are subject to a change/cancel fee of $100 for travel wholly within the U.S., Caribbean, Mexico or Central America, or $200 for all other routes. There are no change/cancel fees for Blue Basic fares booked before Jun 8 2021 or between Aug 25 2021 - Oct 31 2021.

Fare difference may apply and funds may be issued as a JetBlue Travel Bank credit, valid for 12 months on any JetBlue-operated flight. As a Mosaic, same-day switches may be made without a fee or fare difference. Click here for details on our change and cancel policies.

## Traveler Details

| | |
|---|---|
| **RAFAEL ENRIQUE RUIZ** | **Frequent Flier:** B6 3326688490 |
| | **Ticket number:** 2792183852669 |

**FLL - SJU:**

**Fare:** Blue

**Carry-on bags:** One (1) carry-on bag and one (1) personal item included in your fare.

**Checked bags:** Your Mosaic membership includes two (2) checked bags per person. If you need to check more than two bags, these can only be added at the ticket counter on your day of travel, and other baggage restrictions may apply.

**Seat:** 18C

**Notes:** Even More Speed

**SJU - FLL:**

**Fare:** Blue

**Carry-on bags:** One (1) carry-on bag and one (1) personal item included in your fare.

**Checked bags:** Your Mosaic membership includes two (2) checked bags per person. If you need to check more than two bags, these can only be added at the ticket counter on your day of travel, and other baggage restrictions may apply.

**Seat:** 21D

**Notes:** Even More Speed

| | |
|---|---|
| **ZOILA MARISOL GOMEZ** | **Frequent Flier:** B6 2064242866 |
| | **Ticket number:** 2792183852670 |

**FLL - SJU:**

**Fare:** Blue

**Carry-on bags:** One (1) carry-on bag and one (1)

**Carry-on bags:** One (1) carry-on bag and one (1) personal item included in your fare.

**Checked bags:** Your Mosaic membership includes two (2) checked bags per person. If you need to check more than two bags, these can only be added at the ticket counter on your day of travel, and other baggage restrictions may apply.

**Seat:** 18B

**Notes:** Speed for companion to Mosaic

**SJU - FLL:**

**Fare:** Blue

**Carry-on bags:** One (1) carry-on bag and one (1) personal item included in your fare.

**Checked bags:** Your Mosaic membership includes two (2) checked bags per person. If you need to check more than two bags, these can only be added at the ticket counter on your day of travel, and other baggage restrictions may apply.

**Seat:** 21E

**Notes:** Speed for companion to Mosaic



Get up to 7" more legroom, a fast lane to the TSA checkpoint (select cities), and early boarding—all the better to nab that overhead bin.

**Add Even More Space** ▶

# Payment Details

| | | |
|---|---|---|
| XXXXXXXXXX2024 | NONREF | $328.00 |
| | Taxes & fees | $119.20 |
| | **Total:** | **$447.20 USD** |

Purchase Date: Jan 30, 2022

Request full receipt



Plan the rest of your trip with Paisly.

Get deals on cars, stays & activities from the crew you love at JetBlue—all while earning TrueBlue points. Plus, helpful humans are standing by to make your trip totally hassle-free.

**Unlock offers**

Flight Tracker   |   Bag Info   |   Airport Info

## Stay Connected

 **Download the JetBlue Mobile App**

   

Help

Business Travel

Privacy

About JetBlue

**COURTYARD® Marriott.**

Courtyard by Marriott  
San Juan - Miramar  
guest.service@courtyard.com

801 Ponce de Leon Ave.  
San Juan, PR. 00907  
T 787.721.7400  
F 787.723.0068

Mr Rafael Ruiz  
12 Crestshire Dr  
Lawrence MA 01843  
United States

Room: 0501  
Room Type: KSTE  
No. of Guests: 1  
Rate: $ 150.00   Clerk: 1007

Marriott Rewards #   232084256

CRS Number  83163152

Name:

Arrive:  02-13-22        Time:  23:59        Depart:  02-17-22        Folio Number:  686013

| Date | Description | Charges | Credits |
|---|---|---|---|
| 02-13-22 | Package | 150.00 | |
| 02-13-22 | Government Tax | 13.50 | |
| 02-13-22 | Hotel Fee 9% of Daily Rate | 13.50 | |
| 02-14-22 | COMEDOR- Guest Charge (Breakfast) | 5.00 | |
| 02-14-22 | Package | 150.00 | |
| 02-14-22 | Government Tax | 13.50 | |
| 02-14-22 | Hotel Fee 9% of Daily Rate | 13.50 | |
| 02-15-22 | COMEDOR- Guest Charge (Breakfast) | 6.21 | |
| 02-15-22 | THE MARKET- Bottle of Water | 2.00 | |
| 02-15-22 | The Market - Food | 1.79 | |
| 02-15-22 | SALES TAX- 10.5% State | 0.19 | |
| 02-15-22 | SALES TAX- 1% Municipality | 0.02 | |
| 02-15-22 | COMEDOR- Guest Charge (Dinner) | 22.84 | |
| 02-15-22 | Package | 150.00 | |
| 02-15-22 | Government Tax | 13.50 | |
| 02-15-22 | Hotel Fee 9% of Daily Rate | 13.50 | |
| 02-16-22 | COMEDOR- Guest Charge (Breakfast) | 11.54 | |
| 02-16-22 | COMEDOR- Guest Charge (Dinner) | 155.74 | |
| 02-16-22 | Package | 150.00 | |
| 02-16-22 | Government Tax | 13.50 | |
| 02-16-22 | Hotel Fee 9% of Daily Rate | 13.50 | |
| 02-17-22 | Comedor - Guest Charge | 6.21 | |
| 02-17-22 | American Express | | 919.54 |
| | Card # XXXXXXXXXX3007 | | |

**COURTYARD**®
**Marriott**®

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Rafael Ruiz
12 Crestshire Dr
Lawrence MA 01843
United States

Room: 0501
Room Type: KSTE
No. of Guests: 1
Rate:  $   150.00   Clerk: 1007

Marriott Rewards #   232084256

CRS Number   83163152

Name:

Arrive:  02-13-22          Time:  23:59          Depart:  02-17-22          Folio Number:  686013

| Date | Description | Charges | Credits |
|---|---|---|---|
|  |  | Balance | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

**From:** Uber Receipts noreply@uber.com 🚩
**Subject:** Your Sunday afternoon trip with Uber
**Date:** February 13, 2022 at 4:28 PM
**To:** stodgo1971@yahoo.com



# Uber

Total **$28.77**
February 13, 2022

## Thanks for riding, Rafael

We hope you enjoyed your ride this afternoon.



Total                                            $28.77

 $15.00 of your Amex Benefit has been applied to this trip.

| | |
|---|---|
| Trip fare | $21.91 |
| **Subtotal** | **$21.91** |
| Reservation Fee ❓ | $0.50 |
| Booking Fee ❓ | $6.36 |

## Payments

| | **Uber Cash** | $28.77 |
|---|---|---|
| | 2/13/22 4:28 PM | |

[Download PDF]

# You rode with Sonia

4.98 ★ Rating

Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.

[Rate or tip]

When you ride with Uber, your trips are insured in case of a covered accident.

[Learn more ›]

**UberX**    14.64 miles | 28 min

■  **3:59 PM**
301 174th St, Sunny Isles Beach, FL 33160, US

▼  **4:27 PM**
Terminal 3, Fort Lauderdale-Hollywood International Airport (FLL), Fort Lauderdale, FL 33315, US



Report lost item  >                Contact support  >

My trips  >

Forgot password

Privacy

Terms

Uber Technologies

**From:** Uber Receipts noreply@uber.com 🚩
**Subject:** Your Thursday evening trip with Uber
**Date:** February 17, 2022 at 10:09 PM
**To:** stodgo1971@yahoo.com

# Uber

Total **$50.35**
February 17, 2022

## Thanks for riding, Rafael

We hope you enjoyed your ride this evening.



| Total | $50.35 |

Nice work using your Uber Cash balance. Now, turn on auto-refill for Uber Cash and lock in your savings.

| Trip fare | $39.16 |
|---|---|
| **Subtotal** | **$39.16** |
| Wait Time ❓ | $0.73 |
| Booking Fee ❓ | $7.46 |
| FLL Airport Surcharge ❓ | $3.00 |

## Payments

 **Uber Cash**  $50.35
2/17/22 10:09 PM

[Download PDF]

# You rode with Mohammad

4.96 ★ Rating

Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.



When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ❯

**UberX**   17.53 miles | 33 min

■ **9:35 PM**
320 Terminal Dr, Fort Lauderdale, FL 33315, US

↓ **10:09 PM**
301 174th St, Sunny Isles Beach, FL 33160, US



Report lost item  ›          Contact support  ›

My trips  ›

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street