**CORREA ACEVEDO & ABESADA LAW OFFICES, PSC**

Centro Internacional de Mercadeo - II
90 Carr. 165 Suite 407
Guaynabo, PRI 00968
USA

March 1, 2022
Invoice # 19355

**United States v. Commonwealth of Puerto Rico**
**Police Reform, Case No. 12-2039 (GAG)**

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/1/2022 | RAA | Review email from A. Del Carmen. | 0.10 225.00/hr | 22.50 |
| | RAA | Review email from S. Rhinerson.  Review agenda items for 253 meeting. Plan and prepare for meeting. | 1.50 225.00/hr | 337.50 |
| | RAA | Revise changes made by USDOJ to draft minutes.  Feedback to D. Rodriguez and J. Romero. | 0.40 225.00/hr | 90.00 |
| | RAA | Telephone call from J. Romero. | 0.30 225.00/hr | 67.50 |
| | RAA | Review email from D. Rodriguez with timetable and edits from USDOJ. | 0.20 225.00/hr | 45.00 |
| | RAA | Attend 253 videoconference. | 1.90 225.00/hr | 427.50 |
| | SL | Assist in 253 meeting preparation. | 0.50 90.00/hr | 45.00 |
| 2/2/2022 | RAA | Review email from J. Romero with comments on OG 618.  Review his memorandum and made revisions. | 0.50 225.00/hr | 112.50 |
| | RAA | Review emails from J. Romero and A. Del Carmen on IT policy. | 0.20 225.00/hr | 45.00 |
| | RAA | Review and respond to email from S. Rhinerson. | 0.20 225.00/hr | 45.00 |

787-273-8300

Page      2

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/2/2022 | RAA | Review further emails from L. Saucedo, J. Romero, D. Rodriguez, and A. Del Carmen. | 0.40 225.00/hr | 90.00 |
| 2/3/2022 | RAA | Review email from J. Romero with budget information prepared by L. Hidalgo.  Review document. | 0.20 225.00/hr | 45.00 |
| | RAA | Plan and prepare for meeting with executive team. | 0.30 225.00/hr | 67.50 |
| | RAA | Appear and attend videocall with executive team. | 1.00 225.00/hr | 225.00 |
| | RAA | Review and comment on budget. | 0.30 225.00/hr | 67.50 |
| | RAA | Review emails from USDOJ, Special Master, and PRPB. | 0.30 225.00/hr | 67.50 |
| 2/4/2022 | RAA | Review and respond to emails from D. Rodriguez and J. Romero.  Revise draft communication regarding IT meeting and persons from Commonwealth that should attend. Finalize communication and send to PRPB. | 0.40 225.00/hr | 90.00 |
| | RAA | Review emails from J. Gonzalez and D. Rodriguez. | 0.20 225.00/hr | 45.00 |
| 2/7/2022 | RAA | Review email from J. Gonzalez. | 0.20 225.00/hr | 45.00 |
| | RAA | Review emails from D. Rodriguez, A. Del Carmen. | 0.20 225.00/hr | 45.00 |
| 2/8/2022 | RAA | Plan and prepare for videoconference to discuss PRPB budget. | 0.40 225.00/hr | 90.00 |
| | RAA | Appear and attend videoconference. | 1.40 225.00/hr | 315.00 |
| | RAA | Review multiple emails from team members and the parties. | 0.30 225.00/hr | 67.50 |
| 2/9/2022 | RAA | Review email and attachment from L. Saucedo regarding budget analysis. | 0.20 225.00/hr | 45.00 |
| | RAA | Review email from L. Saucedo with attachment of arrested and sentenced police officer. Review attachments. | 0.20 225.00/hr | 45.00 |
| | RAA | Review emails from D. Rodriguez and A. Del Carmen. | 0.20 225.00/hr | 45.00 |
| | RAA | Telephone call from J. Gonzalez. | 0.10 225.00/hr | 22.50 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/9/2022 | RAA | Review email from G. Loefert. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Email to D. Rodriguez regarding next week's agenda. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review further emails from J. Romero, D. Rodriguez, and L. Saucedo. | 0.20<br>225.00/hr | 45.00 |
| 2/10/2022 | YMT | Prepare Motion for Disbursement of Funds and exhibits. | 0.60<br>150.00/hr | 90.00 |
| | RAA | Revise draft outcome assessment.  Email to D. Rodriguez and J. Romero regarding the same. | 0.50<br>225.00/hr | 112.50 |
| | RAA | Review emails from L. Saucedo and A. Del Carmen regarding edits to draft minutes.  Review changes made. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review and respond to emails from D. Rodriguez. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Email to court case manager regarding email change of monitor and deputy monitor. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Plan and prepare for videocall with executive FPM team.  Attend videoconference. | 1.10<br>225.00/hr | 247.50 |
| 2/11/2022 | RAA | Telephone call from J. González regarding invoices. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review and respond to emails from D. Rodriguez and J. Romero. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Revise agenda for meeting with judge on Monday. | 0.20<br>225.00/hr | 45.00 |
| 2/14/2022 | RAA | Plan and prepare for meetings today during monitor's site visit. | 1.50<br>225.00/hr | 337.50 |
| | RAA | Review emails from L. Saucedo. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review emails from P. Cruz Febo and enclosed revisions to survey. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review email from A. Del Carmen. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Appear and attend to meeting with judge at US District Court. | 2.60<br>225.00/hr | 585.00 |
| | RAA | Telephone calls with J. Romero and A. Del Carmen. | 0.40<br>225.00/hr | 90.00 |

Page     4

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/14/2022 | RAA | Exchange of emails with T. Petrowski | 0.20 225.00/hr | 45.00 |
| 2/15/2022 | RAA | Review email from L. Hidalgo.  Telephone call with him. | 0.30 225.00/hr | 67.50 |
| | RAA | Plan and prepare for videocall with T. Petrowski. | 0.40 225.00/hr | 90.00 |
| | RAA | Videocall with T. Petrowski. | 0.50 225.00/hr | 112.50 |
| | RAA | Telephone call from L. Hidalgo. | 0.20 225.00/hr | 45.00 |
| | RAA | Exchange of electronic communications with D. Rodriguez. | 0.20 225.00/hr | 45.00 |
| | RAA | Telephone call from J. Romero. | 0.30 225.00/hr | 67.50 |
| | RAA | Prepare notice of change of email addresses of J. Romero and D. Rodriguez and filed it with the court. | 0.40 225.00/hr | 90.00 |
| | RAA | Review and analyze minute of proceedings. | 0.20 225.00/hr | 45.00 |
| | RAA | Email minute to J. Romero and D. Rodriguez. | 0.10 225.00/hr | 22.50 |
| | RAA | Review docket entry and minute of meeting held yesterday with court. | 0.10 225.00/hr | 22.50 |
| | RAA | Exchange of emails and call from docket clerk. | 0.30 225.00/hr | 67.50 |
| | RAA | Plan and prepare for meetings tomorrow. | 1.80 225.00/hr | 405.00 |
| 2/16/2022 | YMT | Revise and file motion to amend and correct request for disbursement of funds. | 0.30 150.00/hr | 45.00 |
| | RAA | Review email from J. Gonzalez. | 0.10 225.00/hr | 22.50 |
| | RAA | Prepare motion to amend and correct motion for disbursement of funds. | 0.60 225.00/hr | 135.00 |
| | RAA | Appear and attend virtually morning session meetings at PRPB. | 3.30 225.00/hr | 742.50 |
| | RAA | Telephone calls and electronic communications with J. Romero, D. Rodriguez, L. Hidalgo, and J. Gonzalez. | 0.40 225.00/hr | 90.00 |

–

Page    5

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/16/2022 | RAA | Emails and call with docket clerk. | 0.20 225.00/hr | 45.00 |
| | RAA | Appear and attend virtually afternoon meetings. | 1.60 225.00/hr | 360.00 |
| | RAA | Telephone call from J. Romero. | 0.30 225.00/hr | 67.50 |
| | RAA | Email to counsel for PRPB. | 0.20 225.00/hr | 45.00 |
| | RAA | Telephone call from D. Gosselin. | 0.30 225.00/hr | 67.50 |
| | RAA | Review and analyze reform agreement regarding budgetary and OAP issues brought up by J. Romero and D. Gosselin. | 0.40 225.00/hr | 90.00 |
| | RAA | Revisions to draft memo and email to J. Romero. Telephone call from J. Romero regarding the same. | 0.50 225.00/hr | 112.50 |
| 2/17/2022 | RAA | Review court order on notice of change of address. | 0.10 225.00/hr | 22.50 |
| | RAA | Telephone call from J. Romero. | 0.20 225.00/hr | 45.00 |
| | RAA | Review email and draft memo from J. Romero to judge Besosa. | 0.20 225.00/hr | 45.00 |
| | RAA | Revisions to draft memo and email to J. Romero. Telephone call from J. Romero regarding the same. | 0.50 225.00/hr | 112.50 |
| | RAA | Review emails from S. Rhinerson and D. Rodriguez. | 0.20 225.00/hr | 45.00 |
| | RAA | Review order approving motion to amend and correct.  Email order to J. Gonzalez. | 0.20 225.00/hr | 45.00 |
| | RAA | Review order approving invoices of Special Master. | 0.10 225.00/hr | 22.50 |
| 2/18/2022 | RAA | Review emails from the parties regarding survey. | 0.30 225.00/hr | 67.50 |
| | RAA | Review email from J. Romero and draft list of persons who should attend for next status conference. | 0.20 225.00/hr | 45.00 |
| | RAA | Review email from A. Del Carmen. | 0.10 225.00/hr | 22.50 |
| | RAA | Review emails from L. Saucedo. | 0.10 225.00/hr | 22.50 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/18/2022 | RAA | Review and analyze relevant documents and docket entries to prepare draft order on budgetary matters. | 1.70 225.00/hr | 382.50 |
| | RAA | Prepare draft order. | 2.40 225.00/hr | 540.00 |
| | RAA | Email draft order to team. | 0.10 225.00/hr | 22.50 |
| | RAA | Review emails from D. Rodriguez and J. Romero. | 0.20 225.00/hr | 45.00 |
| | RAA | Review and analyze email and detailed feedback from G. Loeffert on budgetary issues. | 0.30 225.00/hr | 67.50 |
| | RAA | Email response to G. Loeffert. | 0.10 225.00/hr | 22.50 |
| | RAA | Review email from L. Hidalgo with changes to proposed draft order. | 0.10 225.00/hr | 22.50 |
| | SL | Assist in preparation of draft order. | 0.50 90.00/hr | 45.00 |
| 2/19/2022 | RAA | Review and analyze changes and comments made by L. Hidalgo. Perform revisions and responses to comments.  Finalize draft order and email draft back to L. Hidalgo and team with comments. | 1.20 225.00/hr | 270.00 |
| | RAA | Further review and analysis of G. Loeffert's email and data. | 0.40 225.00/hr | 90.00 |
| | RAA | Telephone calls and emails from J. Romero and L. Hidalgo. | 0.80 225.00/hr | 180.00 |
| 2/20/2022 | RAA | Review email and further revisions to draft order by L. Hidalgo. | 0.40 225.00/hr | 90.00 |
| | RAA | Final revisions to draft order. | 0.80 225.00/hr | 180.00 |
| | RAA | Calls and emails with L. Hidalgo and J. Romero regarding draft order. | 0.60 225.00/hr | 135.00 |
| | RAA | Email draft order to Special Master. | 0.10 225.00/hr | 22.50 |
| | RAA | Review executive order sent by Special Master.  Call from L. Hidalgo regarding the same. Call from J. Romero. | 0.70 225.00/hr | 157.50 |
| | RAA | Review email and analysis regarding executive order by L. Hidalgo. | 0.40 225.00/hr | 90.00 |
| | RAA | Review emails from D. Gosselin and D. Rodriguez. | 0.20 225.00/hr | 45.00 |

Page      7

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/20/2022 | RAA | Review and respond to email inquiries from A. Del Carmen regarding draft order. | 0.40 225.00/hr | 90.00 |
| | RAA | Calls and exchange of electronic communications with D. Rodriguez, J. Romero, and L. Hidalgo regarding foregoing email inquiries and responses. | 0.50 225.00/hr | 112.50 |
| | RAA | Review and respond to emails from A. Del Carmen regarding call tomorrow to discuss draft order. Review emails from other team members. | 0.20 225.00/hr | 45.00 |
| | SL | Assist in revisions of draft order. | 0.50 90.00/hr | 45.00 |
| 2/21/2022 | RAA | Plan and prepare for meetings today. | 1.50 225.00/hr | 337.50 |
| | RAA | Review email from G. Loeffert. | 0.10 225.00/hr | 22.50 |
| | RAA | Attend videocalls with chief, deputy, and associate monitors. Attend videocall with monitors and Special Master's team.  Attend subsequent videocall with chief, deputy, and associate monitors. | 1.90 225.00/hr | 427.50 |
| | RAA | Review and analyze Action Plan filed on June 22, 2017. | 1.80 225.00/hr | 405.00 |
| | RAA | Further revisions to draft order.  Email draft to Monitor. | 0.50 225.00/hr | 112.50 |
| | RAA | Review emails approving draft.  Email draft order to Special Master. | 0.20 225.00/hr | 45.00 |
| | RAA | Review and respond to email inquiries from Special Master to draft order and revised the order. | 0.40 225.00/hr | 90.00 |
| | RAA | Review emails from S. Cragg and R. Watkins. | 0.20 225.00/hr | 45.00 |
| | RAA | Review emails from J. Romero and A. Del Carmen. | 0.20 225.00/hr | 45.00 |
| | RAA | Telephone conference from L. Hidalgo and J. Romero | 0.30 225.00/hr | 67.50 |
| | RAA | Review emails from A. Del Carmen and T. Petrowski with further changes to draft order.  Telephone call with T. Petrowski. | 0.50 225.00/hr | 112.50 |
| | RAA | Review PRPB memorandum dated Feb. 10th produced by Special Master. Telephone call with L. Hidalgo regarding the same. Exchange of emails with Monitor and team. | 0.40 225.00/hr | 90.00 |
| | RAA | Revisions to draft order and email the same to Special Master and Monitor. | 0.40 225.00/hr | 90.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/21/2022 | RAA | Review emails from D. Rodriguez and J. Romero. | 0.20 225.00/hr | 45.00 |
| | RAA | Review emails from T. Petrowski and A. Del Carmen approving draft. | 0.10 225.00/hr | 22.50 |
| 2/22/2022 | RAA | Review and analyze email and memo from L. Hidalgo with explanations as to budgetary issues. | 0.30 225.00/hr | 67.50 |
| | RAA | Finalize draft order and prepare draft message for court for monitor's approval and explanations and analysis included. | 0.80 225.00/hr | 180.00 |
| | RAA | Review and respond to emails from D. Rodriguez, L. Hidalgo, and J. Romero. | 0.20 225.00/hr | 45.00 |
| | RAA | Electronic communications and calls with J. Romero. | 0.40 225.00/hr | 90.00 |
| | RAA | Review emails from S. Cragg, D. Gosselin, and R. Watkins. | 0.30 225.00/hr | 67.50 |
| 2/23/2022 | RAA | Review emails from S. Rhinerson | 0.10 225.00/hr | 22.50 |
| | RAA | Calls and emails with J. Romero. | 0.40 225.00/hr | 90.00 |
| | RAA | Review emails from A. Del Carmen. | 0.30 225.00/hr | 67.50 |
| | RAA | Review emails related to survey. | 0.20 225.00/hr | 45.00 |
| | RAA | Review emails from D. Rodriguez. | 0.20 225.00/hr | 45.00 |
| | RAA | Review emails from D. Gosselin and A. Youngs. | 0.20 225.00/hr | 45.00 |
| 2/24/2022 | RAA | Attend weekly videoconference with executive monitor team. | 0.50 225.00/hr | 112.50 |
| | RAA | Review emails from L. Saucedo, A. Del Carmen, A. Garffer, J. Gonzalez, S. Rhinerson, and D. Rodriguez. | 0.50 225.00/hr | 112.50 |
| 2/25/2022 | RAA | Telephone call from J. Gonzalez. | 0.20 225.00/hr | 45.00 |
| | RAA | Review email from L. Saucedo with comments on PRPB documents on use of force and supervision. | 0.20 225.00/hr | 45.00 |
| | RAA | Review emails from D. Rodriguez and J. Romero. | 0.20 225.00/hr | 45.00 |

Page      9

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/25/2022 | RAA | Telephone call from J. Romero. | 0.30 225.00/hr | 67.50 |
| | RAA | Review emails related to IT matters. | 0.20 225.00/hr | 45.00 |
| | RAA | Review multiple emails regarding proposed stipulation between PRPB and USDOJ. | 0.30 225.00/hr | 67.50 |
| 2/28/2022 | RAA | Review emails from S. Rhinerson and D. Rodriguez | 0.20 225.00/hr | 45.00 |
| | RAA | Plan and prepare for team meeting today. | 0.30 225.00/hr | 67.50 |
| | RAA | Appear and attend team meeting. | 0.70 225.00/hr | 157.50 |
| | RAA | Review court order re: PRPB budget.  Email to monitor explaining court order. | 0.30 225.00/hr | 67.50 |
| | RAA | Review and analyze motions filed at dockets 1956-1958 and attachments. Emails to monitor regarding the same. | 0.60 225.00/hr | 135.00 |
| | RAA | Review and respond to emails from special masters. | 0.30 225.00/hr | 67.50 |
| | RAA | Plan and prepare for 253 meeting. | 0.50 225.00/hr | 112.50 |
| | RAA | Appear and attend 253 meeting. | 0.50 225.00/hr | 112.50 |
| | RAA | Review and respond to email from D. Rodriguez.  Review sample survey and questionnaire. | 0.40 225.00/hr | 90.00 |
| | RAA | Telephone call from J. Romero. | 0.20 225.00/hr | 45.00 |
| | | **For professional services rendered** | **67.80** | **$14,985.00** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Roberto Abesada Agüet | 65.40 | 225.00 | $14,715.00 |
| Stephanie Leon | 1.50 | 90.00 | $135.00 |
| Yesenia Medina Torres | 0.90 | 150.00 | $135.00 |

WE HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN OUR CAPACITY AS THE FIRM SERVING AS GENERAL COUNSEL OF THE FEDERAL MONITOR'S OFFICE. WE FURTHER CERTIFY THAT WE HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH OF PUERTO RICO, OR ANY OF ITS DEPARTMENTS, MUNICIPALITIES OR AGENCIES.