# INVOICE



22 Chalets de Santa Maria
San Juan, P.R. 00927
(787)940-3090

**DATE:** 2/28/2022
**INVOICE #** 202202
**FOR:** FPMPR/TCA

**BILL TO:**
**Office of the FPMPR, LLC**
VIG Tower, PH 924
1225 Ponce de Leon Avenue
San Juan, P.R. 00907

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Team Zoom meetings | 0.50 | $160.00 | $ 80.00 |
| emails-texts/phone calls: Sgt. Cruz-Febo, John Denise, Dave, Sam, Rita, Scott. | 2.00 | $160.00 | $ 320.00 |
| 02/6/2022: Data requests review (1st, 2nd, mid docs. ) for missing info. in prep with discussion with Dave. | 0.50 | $160.00 | $80.00 |
| 2/09/2022: Call with Dave for suplemental data request based on submitted requests and  interview sample selection discussion (Precinct Directors, Superintendencies, alliance facilitators). | 1.00 | $160.00 | $ 160.00 |
| 02/14/2022: PRPB site visit Demo. Sex Offenses Module | 1.00 | $160.00 | $160.00 |
| 02/14/2022: Follow-up discussion on Dave's call: Worksheets, sample, data request & supplement | 0.50 | $160.00 | $ 80.00 |
| 02/15/2022: Field visit & interviews Humacao, P.R. | 9.00 | $160.00 | $ 1,440.00 |
| 02/16/2022: Field visits & Interviews Mayaguez, P.R. | 10.00 | $160.00 | $ 1,600.00 |
| 02/17/2022: Field Interviews FPMPR's Office | 8.00 | $160.00 | $ 1,280.00 |
| 02/20/2022: Sampling review for interviews and other compliance/Box in prep for Denise's call. | 0.50 | $160.00 | $ 80.00 |
| 02/21/2022: Field Observation PRPB Safety Fair Plaza Las Americas | 1.00 | $160.00 | $ 160.00 |
| 02/22/2022: Bi-weekly call: Denise, Sam, Dave.  & Box doc rview | 1.50 | $160.00 | $ 240.00 |
| 02/24/2022: Box doc. Review and annotations, CIC interviews coordination | 2.50 | $160.00 | $ 400.00 |
| 02/23/2022: Phone call CIC Robert Quintero | 1.00 | $160.00 | $ 160.00 |
| 02/28/2022: Box docs review/collaboration file | 0.50 | $160.00 | $ 80.00 |
| Sum | 39.50 | | $ 6,320.00 |
| | | | $   - |
| | | TOTAL | $6,320.00 |

**I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor.  I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities, or agencies.**


Merangelie Serrano-Rios