# Luis G. Hidalgo

314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo.ramirez@outlook.com

February 28, 2022

Office of the Technical Compliance Advisor
VIG Tower, Penthouse
1225 Ponce de León Ave
San Juan, PR 00907

INVOICE LGH 2022-02
ASSOCIATE FEDERAL MONITOR
FLAT RATE TOTAL WAGES DUE – February 1 – 28, 2022

|  |  |
|---|---|
| FLAT RATE | $11,500.00 |
| **Total Due** | **$11,500.00** |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as Associate Federal Monitor. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

The detailed description of the billable hours is in the ensuing page(s).

_____
Luis G. Hidalgo

# Luis G. Hidalgo

314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo.ramirez@outlook.com

## Duties and Responsibilities as Associate Federal Monitor

Generated, received, reviewed, and responded to emails/texts/telephone calls (February 1-28) from members of the Monitor Team.
Generated, received, reviewed, and responded to emails/texts/telephone calls (February 1-28) from the PRPB Reform Unit, Department of Public Safety, Office of the Counsel to the Governor, Office of Management and Budget, and General Services Administration..
Participated in various Zoom meetings with the Monitor Team, Special Master Team, United States Department of Justice, Department of Public Safety and the Puerto Rico Police Bureau.
Monitor media coverage of issues of relevance to the Monitor Team.
Assisted in the drafting, review and revision of various documents prepared by the Monitor Team.
Review and comment on laws which may impact PRPB's compliance with the Agreement; most particularly, the Police Reform Budget for FYs 2022, 2021 and 2020.
Represented the Monitor Team at meetings with the Director of the Reform Unit, and with other units within the PRPB.
Assisted members of the Monitor Team re: coordination of meetings, and other matters.
Served as liaison between the Department of Public Safety, PRPB, Office of the Governor, Office of Management and Budget, General Services Administration, and the Monitor Team.
Provided presence at the Monitor's Office to meet with general public, and/or community leaders, and/or answer calls to that effect.
Assisted in the coordination of the Chief Monitor's calendar, including conference calls and in person meetings, regarding site visits in Puerto Rico.
Concluded review and revision of the minutes from the January 253 Meeting.

## Site Visit to Puerto Rico by the Chief Monitor and the Monitor Team February 14-18, 2022

Meeting with the Honorable Judge Besosa.
Meetings with the PRPB Reform Unit, USDoJ and Special Master re: work plans, etc.
Participated in IT presentation: Sex Crime Model.
Meeting with the Parties and Special Master re: IT Plan.
Site visit to Humacao.
Meeting with Monitor Team members.