
# KORBER GROUP INC.

Metro Office Park  
7 Calle 1, Suite 204  
Guaynabo PR 00968-17181

**Statement Date**  
2/27/22  
**Statement Number**  
1562-17

# EXPENSE REIMBURSEMENT STATEMENT OF ACCOUNT

OFFICE OF THE FPMPR LLC  
B5 Calle Tabonuco Suite 205  
Guaynabo, PR 00968

| DATE | DESCRIPTION | EXPENSE | REIMBURSED | BALANCE |
|---|---|---|---|---|
| *02/01/22* | *Balance c/f* | | | *$190.94* |
| 02/28/22 | CREDIT (PAID IN FULL) | - | $190.94 | $0.00 |
| 02/09/22 | Zoom Pro Plan INVOICE #INV132324727) (D. Gosselin, D. Levy, D. Rodriguez, zoom4@fpmpr.org, zoom5@fpmpr.org) | $59.96 | - | $59.96 |
| 02/17/22 | Mailchimp c/o The Rocket Science Group, LLC (Standard plan / 500 contacts - INVOICE MC14421670) | $22.50 | - | $82.46 |
| 02/22/22 | Total of 3 Business Plus Account Licenses Service Period: 02/21/2022-02/20/2023 (Invoice INV09775168 Transaction Number P-10928534) | $900.00 | - | $982.46 |
| 02/23/22 | Adjusted to total of 12 Business Plus Account Licenses Service Period:02/23/2022-02/20/2023 (Invoice INV09777948 Transaction Number P-10931439) | $2,685.20 | - | $3,667.66 |
| 02/27/22 | Dropbox Professional (Transaction ID 32F324246B9786532) | $19.99 | - | $3,687.65 |

# Invoice

Zoom Video Communications Inc.
55 Almaden Blvd, 6th Floor
San Jose, CA 95113

**Invoice Date:** Feb 9, 2022
**Invoice #:** INV132324727
**Payment Terms:** Due Upon Receipt
**Due Date:** Feb 9, 2022
**Account Number:** 7002014083
**Currency:** USD
**Account Information:**

**Sold To Address:** it@fpmpr.org

**Bill To Address:** it@fpmpr.org

Federal Employer ID Number: 61-1648780

Purchase Order Number:

Tax Exempt Certificate ID:

Zoom W-9

## Charge Details

| CHARGE DESCRIPTION | SUBSCRIPTION PERIOD | SUBTOTAL | TAXES, FEES & SURCHARGES | TOTAL |
|---|---|---|---|---|
| **Charge Name: Standard Pro Monthly**<br>Quantity: 5<br>Unit Price: $14.99 | Feb 9, 2022-Mar 8, 2022 | $74.95 | $0.00 | **$74.95** |
| **Charge Name: Standard Pro - Discount**<br>Discount: 20.00% | Feb 9, 2022-Mar 8, 2022 | ($14.99) | $0.00 | **($14.99)** |

| | |
|---|---|
| Subtotal | **$59.96** |
| Total (Including Taxes, Fees & Surcharges) | **$59.96** |
| Invoice Balance | **$0.00** |


## Taxes, Fees & Surcharge Details

| CHARGE NAME | TAX, FEE OR SURCHARGE NAME | JURISDICTION | CHARGE AMOUNT | TAX, FEE OR SURCHARGE AMOUNT |
|---|---|---|---|---|
| | | Total (Including Taxes, Fees & Surcharges) | | $0.00 |

## Transactions

| | | | | Invoice Total | $59.96 |
|---|---|---|---|---|---|
| **TRANSACTION DATE** | **TRANSACTION NUMBER** | **TRANSACTION TYPE** | **DESCRIPTION** | | **APPLIED AMOUNT** |
| Feb 9, 2022 | P-148695800 | Payment | | | ($59.96) |
| | | | | Invoice Balance | $0.00 |

Need help understanding your invoice?    **CLICK HERE**

This plan includes products with monthly and/or yearly subscription periods. The subscription period for each plan, and the total charge, $59.96 (plus applicable taxes and regulatory fees), per subscription period for that product are set out above in the Charge Details section. Unless you cancel, your subscription(s) will auto-renew each subscription period and each subscription period thereafter, at the price(s) listed above (plus any taxes and regulatory fees applicable at the time of renewal) and your payment method on file at zoom.us/billing will be charged. You can cancel auto-renewal anytime, but you must cancel by the last day of your current subscription period to avoid being charged for the next subscription period. You will not be able to cancel your "base plan" (Zoom Meetings, Zoom Phone, or Zoom Rooms) without first canceling all other subscriptions in your plan. If you cancel, you will not receive a refund for the remainder of your then-current subscription period. You can cancel by navigating to zoom.us/billing and clicking "Cancel Subscription," clicking through the prompts, and then clicking to confirm cancellation. Should Zoom change its pricing, it will provide you with notice, and you may be charged the new price for subsequent subscription.

Zoom Phone services provided by Zoom Voice Communications, Inc. Rates, terms and conditions for Zoom Phone services are set by Zoom Voice Communications, Inc.

# Mailchimp Invoice MC14421670

| Issued to | Issued by | Details |
|---|---|---|
| social@fpmpr.org | Mailchimp | **Order #** MC14421670 |
| Office phone: | c/o The Rocket Science Group, LLC | **Date Paid:** Feb 17, 2022 3:21 am Puerto Rico |
| | 675 Ponce de Leon Ave NE Suite 5000 | |
| | Atlanta, GA 30308 | |
| | www.mailchimp.com | |
| | Tax ID: US EIN 58-2554149 | |

## Billing statement

| | |
|---|---:|
| **Standard plan**<br>500 contacts | $17.00 |
| **Additional Contact Blocks**<br>Up to 150 contacts<br>$5.50 x 1 contact blocks | $5.50 |
| **Paid** via **PayPal** account for kasia@korbergroup.com on February 17, 2022 | **$22.50** |
| Balance as of February 17, 2022 | $0.00 |





**INVOICE**

INV09775168
PO Number:

**Sold To:**
*drodriguez@fpmpr.org*

**Bill To:**
*drodriguez@fpmpr.org*
Puerto Rico, United States

| | |
|---|---|
| Account Number: | B01515026 |
| Invoice Number: | INV09775168 |
| PO Number: | |
| Invoice Date: | 02/22/2022 |
| Payment Due By: | 02/22/2022 |
| Payment Terms: | Due Upon Receipt |
| Payment Method: | CreditCard |

| Service | Unit Price | Quantity | Subtotal | Tax | TOTAL |
|---|---|---|---|---|---|
| Business Plus Account Licenses<br>*Service Period: 02/21/2022-02/20/2023* | $300.00 | 3 | $900.00 | $0.00 | $900.00 |
| | | | Invoice Subtotal: | | $900.00 |
| | | | Tax: | | $0.00 |
| | | | **Total:** | | **$900.00** |
| | | | Balance Due: | | $0.00 |
| | | | **Currency:** | | **USD** |

| Payments and Adjustments | | | | |
|---|---|---|---|---|
| **Transaction Date** | **Transaction Number** | **Transaction Type** | **Notes** | **Applied Amount** |
| 02/22/2022 | P-10928534 | Payment | | ($900.00) |
| | | | **Balance Due:** | **$0.00** |

*Please note that failure to pay this invoice by the due date provided may result in suspension of services and the accrual of a late fee as outlined in the Box Service Agreement.*

---------------------------------------------------------------------------------------------------------------------------------

**Payments remitted without reference to relevant invoice number(s) will not be processed and will be returned.**

Need to Update your Credit Card?
Submit new billing information securely online at: **https://www.box.com/update** (be sure to login as the Box administrator)

| | |
|---|---|
| Account Number: | B01515026 |
| Invoice Date: | 02/22/2022 |
| Invoice Number: | INV09775168 |
| Payment Due Date: | 02/22/2022 |
| Total Amount Due: | $0.00 |
| Amount Enclosed: | _____ |

**Copy of our W-9: billing.app.box.com/W-9**

**For additional Billing information or to pay via credit card, please visit our support site: support.box.com**

Box Inc. | 900 Jefferson Ave, Redwood City, CA 94063




**INVOICE**
INV09777948
PO Number:

**Sold To:**
*drodriguez@fpmpr.org*

**Bill To:**
*drodriguez@fpmpr.org*
Puerto Rico, United States

Account Number: B01515026
Invoice Number: INV09777948
PO Number:

Invoice Date: 02/23/2022
Payment Due By: 02/23/2022
Payment Terms: Due Upon Receipt
Payment Method: CreditCard

| Service | Unit Price | Quantity | Subtotal | Tax | TOTAL |
|---|---|---|---|---|---|
| Business Plus Account Licenses<br>*Service Period: 02/23/2022-02/20/2023* | $300.00 | 12 | $3,580.27 | $0.00 | $3,580.27 |
| Business Plus Account Licenses<br>*Service Period: 02/23/2022-02/20/2023* | $300.00 | 3 | ($895.07) | $0.00 | ($895.07) |
| | | | | Invoice Subtotal: | $2,685.20 |
| | | | | Tax: | $0.00 |
| | | | | **Total:** | **$2,685.20** |
| | | | | Balance Due: | $0.00 |
| | | | | **Currency:** | **USD** |

| Payments and Adjustments ||||| |
|---|---|---|---|---|
| **Transaction Date** | **Transaction Number** | **Transaction Type** | **Notes** | **Applied Amount** |
| 02/23/2022 | P-10931439 | Payment | | ($2,685.20) |
| | | | **Balance Due:** | **$0.00** |

*Please note that failure to pay this invoice by the due date provided may result in suspension of services and the accrual of a late fee as outlined in the Box Service Agreement.*

------------------------------------------------------------------------------------------------------------------------

**Payments remitted without reference to relevant invoice number(s) will not be processed and will be returned.**

Need to Update your Credit Card?
Submit new billing information securely online at: **https://www.box.com/update**
(be sure to login as the Box administrator)

Account Number: B01515026
Invoice Date: 02/23/2022
Invoice Number: INV09777948
Payment Due Date: 02/23/2022
Total Amount Due: $0.00
Amount Enclosed: _____

Copy of our W-9: **billing.app.box.com/W-9**

For additional Billing information or to pay via credit card, please visit our support site: **support.box.com**

Box Inc. | 900 Jefferson Ave, Redwood City, CA 94063

| | **Dropbox** | **- $19.99** |
|---|---|---|
| | February 27, 2022 | |
| | Automatic Payment | |

**Paid with**

Business Gold Rewards Card                                                                              $19.99
AMEX Credit Card x-1022
You'll see "PAYPAL *DROPBOX" on your card statement.

**Transaction ID**

32F324246B9786532

**Return shipping**

For more info  See Terms

**Seller info**

Dropbox

855-337-6726

http://www.dropbox.com

**Purchase details**

Purchase amount                                                                                         $19.99

Total                                                                                                   $19.99

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **August 26, 2022**.