# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@outlook.com | 550 Amsonia Circle
Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2022-02
**DATE:** February 28, 2022

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 2/01/2022 | 4.0 hours of travel planning, meeting, and memo | 4.0 | $50.00 | $200.00 |
| 2/02/2022 | 0.5 hour of policy review coordination and 253 planning | 0.5 | $50.00 | $25.00 |
| 2/03/2022 | 1.0 hour of outcome assessment development | 1.0 | $50.00 | $50.00 |
| 2/04/2022 | 1.0 hour of policy review facilitation and worksheet | 1.0 | $50.00 | $50.00 |
| 2/05/2022 | 0.5 hour of outcome assessment development | 0.5 | $50.00 | $25.00 |

**AMOUNT DUE**  **SEE FOURTH PAGE**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@outlook.com | 550 Amsonia Circle Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2022-02
**DATE:** February 28, 2022

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 2/07/2022 | 2.0 hours of outcome assessment development | 2.0 | $50.00 | $100.00 |
| 2/08/2022 | 0.5 hour of outcome assessments | 0.5 | $50.00 | $25.00 |
| 2/09/2022 | 2.0 hours of outcome assessments and travel planning | 2.0 | $50.00 | $100.00 |
| 2/10/2022 | 1.0 hour of worksheet development | 1.0 | $50.00 | $50.00 |
| 2/11/2022 | 2.0 hours of training compliance and memo development | 2.0 | $50.00 | $100.00 |

**AMOUNT DUE**  **SEE FOURTH PAGE**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@outlook.com | 550 Amsonia Circle
Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2022-02
**DATE:** February 28, 2022

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 2/12/2022 | 1.0 hour of template development | 1.0 | $50.00 | $50.00 |
| 2/14/2022 | 1.0 hour of template development and policy review facilitation | 1.0 | $50.00 | $50.00 |
| 2/17/2022 | 0.5 hour of memo development | 0.5 | $50.00 | $25.00 |
| 2/21/2022 | 0.5 hour of email responses | 0.5 | $50.00 | $25.00 |
| 2/22/2022 | 3.5 hours of team calls and CMR-6 development | 3.5 | $50.00 | $175.00 |

**AMOUNT DUE**     **SEE FOURTH PAGE**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@outlook.com | 550 Amsonia Circle
Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2022-02
**DATE:** February 28, 2022

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 2/23/2022 | 2.5 hours of team calls and travel planning | 2.5 | $50.00 | $125.00 |
| 2/24/2022 | 1.0 hour of travel planning | 1.0 | $50.00 | $50.00 |
| 2/25/2022 | 1.0 hour of call with Denise and policies | 1.0 | $50.00 | $50.00 |
| 2/28/2022 | 1.0 hour of team call and 253 planning | 1.0 | $50.00 | $50.00 |

**AMOUNT DUE**     $1,325.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.