# Manuel A. Arroyo Rivera

P.o Box 8925 Santurce Puerto Rico 00910    Cel 787-364-8925

Email marroyorivera20@gmail.com

Invoice  Month February 2022                                                                                     Invoice #017

Federal Police Monitor   San Juan, PR

| Date | description | Hour | Rate | Amount |
|---|---|---|---|---|
| February 13 2022 | pick up the rest of the staff at the airport and take them to your hotel | 13 | $20 | $260.00 |
| February 14 2022 | pick up the monitor and the rest of the staff and take them to different meetings of the day | 10 | $20 | $200.00 |
| February 15 2022 | pick up the monitor and the rest of the staff and take them to different meetings of the day | 10 | $20 | $200.00 |
| February 16 2022 | pick up the monitor and the rest of the staff and take them to different meetings of the day | 10 | $20 | $200.00 |
| February 17 2022 | pick up the monitor and the rest of the staff and take them to different meetings of the day | 9 | $20 | $180.00 |
| February 18 2022 | pick up the monitor at the hotel and take it to the airport and the rest of the saff members at different times | 9 | $20 | $180.00 |
| February 22 2022 | pick up the document at the federal court clerk's office and deliver it to the accountant | 2 | $20 | $40.00 |
|  |  |  |  | Total $1,260.00 |
|  |  |  |  |  |
|  |  |  |  |  |