**Spece**
1225 Juan Ponce de Leon
San Juan, PR  00907
787-417-7300
info@spece.com
www.spece.com

Invoice  INV - 13654



| BILL TO | | | |
|---|---|---|---|
| Office of the FPMPR LLC | DATE 04/01/2022 | PLEASE PAY $2,579.20 | DUE DATE 04/01/2022 |

| MEMBERSHIP | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Membership:Private Office** Private Office Suite - Office 15, $2,300.00, Apr 1, 2022 - Apr 30, 2022 | 1 | 2,300.00 | 2,300.00T |
| **Other Fees:One-off Fees** Telephone Service, $60.00, Apr 1, 2022 - Apr 30, 2022 | 1 | 60.00 | 60.00T |
| **Other Fees:One-off Fees** Garage Parking, $120.00, Apr 1, 2022 - Apr 30, 2022 | 1 | 120.00 | 120.00T |
| | SUBTOTAL | | 2,480.00 |
| | TAX (4%) | | 99.20 |
| | TOTAL | | 2,579.20 |
| | TOTAL DUE | | **$2,579.20** |

THANK YOU.

ELEVATE YOUR BUSINESS