# THE & GROUP LLC.

Las Ramblas
71 Calle Montjuic
Guaynabo , PR 00969

## INVOICE

INVOICE NUMBER: 75
INVOICE DATE: FEBRUARY 28, 2022

Federal Police Monitor

San Juan, PR

Invoice for Javier B Gonzalez Professional Services as Administrative Director

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| FEB-01-22 | Administrative Director | Work with Team January Invoices, IDs and Business card follow up, 253 Meeting. | 6.00 | $100.00 | $600.00 |
| FEB-02-22 | Administrative Director | Work with January Team Invoices, Survey emails drafts, Communications with the Monitor and Team Members, IDs follow up, review of communications sent by Team Members. | 4.50 | $100.00 | $450.00 |
| FEB-03-22 | Administrative Director | Weekly staff meeting, work with 2022-2023 office budget, Business cards follow up, coordination of Team visit. Communication with agent. | 4.00 | $100.00 | $400.00 |
| FEB-04-22 | Administrative Director | Communications with the Monitor, Team IDs follow up, Administrative matters. | 3.50 | $100.00 | $350.00 |
| FEB-07-22 | Administrative Director | Communications with the Monitor, Work with Administrative Matters, | 2.50 | $100.00 | $250.00 |
| FEB-08-22 | Administrative Director | Team Visit coordination, Communications with the Monitor, work with administrative matters. Review of communications and documents. | 3.00 | $100.00 | $300.00 |
| FEB-09-22 | Administrative Director | Communications with the Monitor, Monitor Teachers and Public Employees protests, Final review of January Team Invoices.Review of communications and documents. | 4.50 | $100.00 | $450.00 |
| FEB-10-22 | Administrative Director | Staff meeting, Review of documents and communications, work with administrative matters. Monitor Teachers Manifestation. | 3.50 | $100.00 | $350.00 |
| FEB-11-22 | Administrative Director | Biweekly Meeting, Communications with he Monitor and Team Members, Work with January Invoices. Business cards follow up. | 4.50 | $100.00 | $450.00 |
| FEB-12-22 | Administrative Director | Work with Team January corrected invoices, Coordination of Team visit. | 2.50 | $100.00 | $250.00 |
| FEB-14-22 | Administrative Director | Team Visit Coordination and Meetings, Meeting with Judge. | 8.00 | $100.00 | $800.00 |
| FEB-15-22 | Administrative Director | Team Visit Coordination, IDs Follow Up, Communications with Team Members, Team Invoices Corrections. | 6.00 | $100.00 | $600.00 |
| FEB-16-22 | Administrative Director | Team Visit Meetings at PRPB. Coordination of Team Visit. | 8.00 | $100.00 | $800.00 |

INVOICE NUMBER: 75

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| FEB-16-22 | Administrative Director | TCA Office Adobe | | | $33.98 |
| FEB-17-22 | Administrative Director | Team Visit coordination and Meetings at Office. | 8.00 | $100.00 | $800.00 |
| FEB-18-22 | Administrative Director | Communications with the Monitor, Manifestations Monitoring. Surveys follow up. | 4.00 | $100.00 | $400.00 |
| FEB-21-22 | Administrative Director | Review of documents and communications sent by Team members. | 2.00 | $100.00 | $200.00 |
| FEB-22-22 | Administrative Director | Contact list follow up, Communications with the Monitor and Team Members, Communications with citizens that sent emails to the office. | 3.00 | $100.00 | $300.00 |
| FEB-23-22 | Administrative Director | Review and follow up on PRPB Survey, Visit PRPB Booths at Plaza Las Americas. | 3.50 | $100.00 | $350.00 |
| FEB-24-22 | Administrative Director | Communications with the Monitor, Team Meeting, Survey review and meeting coordination. | 3.00 | $100.00 | $300.00 |
| FEB-25-22 | Administrative Director | Communications with Team Members, Vehicles follow up. Review of documents. | 2.00 | $100.00 | $200.00 |
| FEB-28-22 | Administrative Director | Bi weekly Team Meeting, 253 meeting, Communications with citizen and Team members. Review of communications sent by Team members. Work with February Team Invoices. | 3.50 | $100.00 | $350.00 |
| FEB-28-22 | Administrative Director | I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0.00 | $100.00 | $0.00 |
| | | Reimbursement for Gasoline and Office Expenses. Receipts attached (Team ID cards, Business Cards, Vehicle Mechanic and License) | | | $2,261.30 |
| | | Total amount of this invoice | | | $11,245.28 |

| MESSAGE |
|---|
| Javier B Gonzalez, February 28, 2022 |



# Invoice

URB. LOMAS VERDES
N19 AVE. LOMAS VERDES
BAYAMON, PR 00956-3102
TEL. (787) 787-9836 FAX (787) 785-1459
Email: info@sellostitan.com    Web: http://www.sellostitan.com/

| Date | Invoice # |
|---|---|
| 2/4/2022 | F220528 |

**Bill To**

OFFICE OF THE TCA PR
JAVIER GONZALEZ
787-473-1515

**Ship To**



| Estimate | S.O. No. | P.O. Number | Due Date | Terms | Rep | Ship Via | Relevo |
|---|---|---|---|---|---|---|---|
|  |  |  | 2/4/2022 | TARJETA | ACM | RECOGEN | +IVU |

| Item Code | Description | QTY | Rate | Amount |
|---|---|---|---|---|
| IDCARD | IDENTIFICACION EN UV-FULL COLOR, PLASTICO DE 1/32" ESPESOR, TAMAÑO 3 5/16" x 2 1/8" - LLEVAN HUECO (ARTES CAMARA READY) | 16 | 25.00 | 400.00T |
| SET-UP | SET-UP CHARGE | 1 | 45.00 | 45.00T |
|  | ***IMPORTANTE*** ID SON IMPRESION UV SOBRE PLASTICO NO SON COMO LAS LICENCIAS DE CONDUCIR. IVU 11.5% |  |  | 51.18 |

**Total** $496.18

Devoluciones:
1. Mercancía bien despachada en caso de devolución, tendrá un cargo por servicios comenzando en $5.00 dólares.
2. Cortes de Plásticos, acrílicos y materiales para camisas, NO tienen devolución.

# DIAZ SERVICE STATION



CALLE PARANA ESQ, WESER
RIO PIEDRAS HGTS
SAN JUAN PR 00926

# Invoice

| Date | Invoice # |
|---|---|
| 2/12/2022 | 8935 |

| Bill To |
|---|
| TOYOTA HIGHLANDER 2015<br>TAB-IVU032 |

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | ACEITE Y FILTRO SINT | 75.00 | 75.00T |
| 1 | BATERIA INTERSTATE SERIE MT24F | 175.00 | 175.00T |
| 1 | FRENOS DELANTEROS WA | 68.00 | 68.00T |
| 1 | FRENOS TRASEROS WA | 65.00 | 65.00T |
| 4 | DISCOS DE FRENO DEL Y TRASEROS | 85.00 | 340.00T |
| 2 | FILTRO DE AIRE MOTOR Y CABINA A/C | 25.00 | 50.00T |
| 2 | WHYPERS BOSCH | 15.00 | 30.00T |
| 1 | LAVADO Y BRILLO | 75.00 | 75.00T |
| 1 | LABOR | 350.00 | 350.00T |
| 1 | INSPECCION | 11.00 | 11.00T |
|  | Sales Tax | 11.50% | 142.49 |

**ATH** A TODA HORA

PARANA 037
RIO PIEDRAS HEIGHTS C/PARANA ESQ WESSER
SAN JUAN

DATE Feb 25.22   TIME 13:46:59   HOST ATH2
BATCH 000245   TERMINAL ID X0V23692   MERCHANT ID 9380477977

SALE

AMEX ***********1003 (C)

AUTH. CODE: 800993   INVOICE: 018890
TRACE :000802

TOTAL : $ 1381.49

PAID

AMERICAN EXPRESS
AID: A000000025010801   AC: 026164DCEF5D7F5A
UN: A2B465A2   TVR: 0800008000   TSI: F800

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS AND/OR SERVICE IN THE AMOUNT OF THE TOTAL SHOWN HEREON AND AGREES TO PERFORM THE OBLIGATIONS SET FORTH IN THE CARDHOLDER'S AGREEMENT WITH THE ISSUER

CUSTOMER COPY
Gracias por su patrocinio

$1,381.49

# GOBIERNO DE PUERTO RICO
## DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS
### DIRECTORIA DE SERVICIOS AL CONDUCTOR
**PERMISO PARA VEHÍCULOS DE MOTOR O ARRASTRES**

dtop servicios
www.dtop.gov.pr

**Relación de Multas Administrativas**
La siguiente relación incluye los boletos de multas administrativas que se han expedido contra el dueño del vehículo. Estas multas deberán ser pagadas al momento de renovar esta licencia.

2015 TOYOTA HIGHLANDER LIMITED
Automóvil (Privado), Auto Privado
Descripción y Clasificación de Vehículo
11451920
Registración        22ago2015
Fecha Registro      IVU032====        11489265
                    Tablilla          Título
2015    TOYT    HIGHLA    BLA       *4      *6      *270
Año     Marca   Modelo    Color   Puertas  Cilin   Cab Fuerza

5TDYKRFH2FS101433
VIN (Número de Serie)
FJ0013                Peso Desc.        Capacidad de Carga

Dealer
dic 2021 a ago 2022          Venta Condicional    $ 37,346.86
Vigencia                                          Precio Contributivo
OFFICE OF THE FPMPR LLC      032662235            31 ago 2020
SUITE 216                    Marbete              Expiración
B5 CALLE TABONUCO PMB 292
GUAYNABO, PR 00968

DERECHOS PAGADOS
Certifico Correcto
FEB 1 2 2022
Núm. AG-0118
Estación Oficial de Inspección

Dueño del Vehículo y Dirección Postal
SUITE 216
B2 CALLE TABONUCO PMB 292
GUAYNABO, PR 00968

Dirección Residencial, solo si es diferente a Postal
$ 0.00
Precio de Venta    Licencia       Estación de Inspección
20211214-09303800-387-11829-118-000000000          72440464

| | |
|---|---|
| Multas | $ 0.00 |
| Peajes | $ 0.00 |
| Derechos Anuales | $ 44.00 |
| ACAA | $ 35.00 |
| Seguro Oblig | $ 99.00 |
| Centro de Trauma | $ 2.00 |
| Importe Total | $ 180.00 |

REQUIERE INSPECCIÓN VEH. DE MÁS DE DOS AÑOS FABRICADOS

**OATH**
8 TODA HORA

ANY TIME BARBOSA
AVE ROOSEVELT ESQ JOSE BARBOSA
SAN JUAN

| DATE | TIME | HOST |
|---|---|---|
| Feb 14.22 | 08:58:51 | ATH |
| BATCH | TERMINAL ID | MERCHANT ID |
| 000532 | 30V08757 | 4549106503295 |

SALE

DEBIT   \*\*\*\*\*\*\*\*\*\*\*\*1902 (S)

AUTH. CODE: 135795      INVOICE: 038606

TRACE   :038671

| AMOUNT: | $ | 50.00 |
|---|---|---|
| STATE TAX: | $ | 0.00 |
| REDUCED STATE TAX: | $ | 0.00 |
| MUNICIPAL TAX: | $ | 0.00 |
| TOTAL : | $ | 50.00 |

CONTROL: ZZU89-5805Y ET

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

CUSTOMER COPY
Gracias por su patrocinio

FAB   Document 1970-5   Filed 0

**OATH**

ANY TIME BARBOSA
AVE ROOSEVELT ESQ JOSE BARBOSA
SAN JUAN

| DATE | TIME | HOST |
|---|---|---|
| Feb 16.22 | 15:55:39 | ATH |
| BATCH | TERMINAL ID | MERCHANT ID |
| 000539 | 30V08757 | 4549106503295 |

## SALE

DEBIT           ************1902 (S)

AUTH. CODE: 422121      INVOICE: 039260

                        TRACE  : 039337

AMOUNT:         $        50.00
STATE TAX:      $         0.00
REDUCED STATE TAX: $      0.00
MUNICIPAL TAX:  $         0.00
TOTAL    :      $        50.00

CONTROL: 23AMV-27XCF
ET

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

Recibo de Pago

www.autoexpreso.com
1-888-688-1010
Plaza Carolina
Carril 01
02/16/2022 10:33:37

Numero de Cuenta:   5738371
Cantidad de Pago:   $20.00
Metodo de Pago:

Debit 1902

PM:              debit
EM:              Swipe
AC:              002714

Balance:         $10.00

*** Descarga nuestra app
"AutoExpreso Móvil"
para consultar balance, recargar,
recibir notificaciones y otros
servicios. También puedes acceder a
www.autoexpreso.com ***

Office of the TCA

Billing Period

16-February-2022 PST – 15-March-2022 PDT

Payment Method

AMEX ending in 1003

Due on 16-February-2022 PST

US$33.98 including tax

| PRODUCT | | QUANTITY | SUBTOTAL |
|---|---|---|---|
| | Acrobat Pro DC US$16.99/mo per license | 2 licenses | US$33.98/mo |

Subtotal: US$33.98/mo

Tax/VAT: US$0.00/mo

**Total: US$33.98/mo**

# GO PRINT

1318 Ave. FD Roosevelt PR 00920
787-200-8085
info@goprintpr.com

Javier B. Gonzalez
Javier Benito Gonzalez
Phone: 787 473 1515

E-Mail javier.benito@me.com

**Invoice**

No: **72900**

Date: 2/3/22

Customer PO:

| Quantity | Description | Amount |
|---|---|---|
| 1,000 | B Cards "Office of the TCA" (1 modelo) corte regular. Listo de 24-48 hrs laborables. , 2 x 3.5 White 130# Sappi Flo Dull Cover, digitally printed on 1 side | $ 75.00 |

Sales Rep:   Internet
Taken by:    Cristina

Account Type: Charge

Deposit 1: $41.82 (Credit Card)
Deposit 2: $41.81 (Credit Card)

| | |
|---|---|
| SUBTOTAL | $ 75.00 |
| City | $ 0.75 |
| State | $ 7.88 |
| TOTAL | $ 83.63 |
| DEPOSITS | $ 83.63 |
| AMOUNT DUE | $ 0.00 |

Política de Devolución
(1) Cliente tiene un periodo de UN día laborable a partir de la fecha de recogido para reclamaciones. Para reclamar, debe devolver el 100% de la mercancía y presentar la factura de la orden. Reclamaciones serán procesadas en un término max. de 48 hrs laborables. (2) No somos responsables por errores en ortografía, texto, materiales,colores, baja resolución, formatos, transparencias, tamaños, terminaciones y artes incorrectos. (3)No se realizan devoluciones de dinero, cancelaciones y/o modificaciones a órdenes una vez son confirmadas. De haber excepciones a esta cláusula, las mismas se procesarán como créditos a la tienda. (4)Cliente le concede a Go Print el derecho de usar las artes gráficas para propósitos de promoción en redes sociales y otros medios. (5)Cliente certifica que está autorizado a reproducir el material provisto y releva a Go Print de cualquier reclamo y/o demanda por violaciones de derechos de autor y propiedad intelectual.
Por la naturaleza  de nuestros servicios, toda venta y/o servicio provisto por Go Print es final y no tiene  devolución y/o cambios.

Nombre:_____ Firma:_____ Fecha:_____ Entregado Por:_____