INVOICE 0084 FOR PROFESSIONAL SERVICES; FEB 1, 2022, THROUGH FEB 28, 2022
RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC, 13932 SOUTH SPRINGS DR, CLIFTON VA 20124

TO:     Federal Monitor
        Puerto Rico Police Department Consent Decree

The invoice for professional services rendered by Crystal Reef LLC (Monitoring Core Team) for Feb 2022 is detailed as follows:

| Task Performed | US Hrs. | Dates | PR Hrs. | Billable Amount |
|---|---|---|---|---|
| On-Site Meetings and Assessments - Puerto Rico Labor Hours | | | NA | $0.00 |
| Communications & Coordination - telcons and emails to/from Monitors, PRPB, USDOJ, Special Master, FMPR Logistics and planning, prepare for mtg with the Parties and DSP following 1/14/22 status hearing, Prepare and coordinate for IT meeting between parties on 2/16, review Court issues. | 6.75 | FEB - 1,2,6,7,8,9,12,13,14,16,17,18,21,22,23,27,28 | | $1,113.75 |
| Paragraph 253 meeting with the Parties, review of assessment comments of PRPB IT Action Plan.  Follow up telcons with the FM and DoJ. | 2.25 | FEB - 1 | | $371.25 |
| Draft, prepare and propose revisions to IT assessment pursuant to paragraph 249, crosswalk with decree, Latest version of PRPB IT Action Plan (Oct 2022), semi-annual reports and assessment methodology, coordinate assessment observations with monitors, socialize conceptual approach. | 11.25 | FEB - 1,2,3,6,14,15,18,20,21,22,23 | | $1,856.25 |
| Review of Draft minutes from January 14 Status Conference, conference with DOJ and PRPB (Para 253 mtg), assess and provide recommendations to the Monitor, communicate and plan follow through meetings with PRPB, prepare draft of the minutes, coordinate with DoJ.  Review Final recorded minutes. | 4.5 | FEB - 3,5,6,7,8,10,17 | | $742.50 |
| Review of Use of Force data analysis as provided to the Federal Monitor, assess inconsistencies in data accrued against 126's and 605's. | 1.25 | FEB - 8,9,10 | | $206.25 |
| *Coordinate, propose and prepare for Court ordered mtg amongst the Parties on remedying PRPB's IT plan. Research/identify sample templates of IT development project plans for PRPB, review agenda's and provide comments. Prepare recommendations for 2/16 mtg, Attend Zoom conference call on 2/16. *Respond with Topics for Judge Besosa's consideration for March status meeting. | 9.5 | FEB - 3,4,9,10,13,14,15,16,23,25 | | $1,567.50 |

| | | | |
|---|---|---|---|
| Domestic Abuse & Sexual Assault virtual demo.  Coordination and review of the demonstration with Monitor Watkins. Review of Humacao on site visit and demonstration of Supervisor/agent communications with Monitor Ruiz. | 2.5 | FEB - 14,15 | $412.50 |
| Review of PRPB Court Filing in response to Judge Besosa's orders on 1/14/22 including translation. | 0.5 | FEB - 14 | $82.50 |
| Video teleconference with PRPB CIO on IT Action Plan, prep and follow through minutes to Federal monitor.  2nd Zoom call with Monitor and DoJ to debrief outcome. Provide follow up materials for compliance monitoring to PRPB CIO. | 3 | FEB - 17 | $495.00 |
| Review support alternatives with Fed. Mon. for PRPB IT Action plan collaboration, possibly using a third party. | 1 | FEB - 17,26 | $165.00 |
| Review, assess and respond to Monitors response to PRPB Memo MON-OR-604-10-02-2022 - WRITTEN IN COMPLIANCE WITH ORDER OF JUDGE FRANCISCO BESOSA IN OPEN COURT ON JANUARY 14, 2022. | 2 | FEB - 17 | $330.00 |
| Submit data Requests, Review data provided by PRPB and assess for responsiveness. Reconcile with Federal monitor. | 4.5 | FEB - 22,26,27,28 | $742.50 |
| Teleconference Meetings (Bi-Weekly) with Monitors Office and Deputy Monitor. | 2 | FEB - 21,28 | $330.00 |
| Review options/alternatives for PRPB use of established IT planning documents - DoJ provided samples of IT Strategic Plans and IT Assessments filed in Baltimore.  Comments provided to the Federal Monitor.  Telcon review with the Monitor. | 8.5 | FEB - 22, 24, 25,27 | $1,402.50 |
| Review of PRPB responses to January 14 Status Conference | 0.5 | FEB - 26 | $82.50 |
| | | | |
| Net Hours @ $165/hr. | 60.00 | | 0.00 | $9,900.00 |
| Total Expenses (Air, Hotel, MIE; Meals, Parking, POV miles) | | | $0.00 |
| **Allowable Fee** | | | **$9,900.00** |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

INVOICE PRESENTED BY: _____ : Scott Cragg, Monitoring Core Team