| Inv 0222 | Invoice: Rita J. Watkins   Date: February 28, 2022 | | | | |
|---|---|---|---|---|---|
| | Task Performed | US Hours | Dates | PR Hours | Billable Amount |
| | On-Site Puerto Rico Labor Hours | | 02/13,14,15,16 | 20.00 | $3,200.00 |
| | Communications & Coordination - telcons and emails to/from Monitors, PRPB, USDOJ, Special Master; policies, SOP's; logistics; scheduling, on-site planning & coordination of interviews, Consulate coordination | 4 | 02/3,4,7,8,10,11,12,20,21,22,23,24 | | $640.00 |
| | Teleconference Meetings: Monitor Team, Deputy Monitor | 2.5 | 02/4,22,28 | | $400.00 |
| | Policy & Protcol review; GO 701 - Field Training Officer (FTO) Program | 7 | 2/4,20 | | $1,120.00 |
| | Report writing - research related articles training and FTO programs | 2 | 02/18 | | $320.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | Net Hours @ $160/hr. | 15.50 | | 20.00 | $5,680.00 |
| | Total Expenses (Air, Hotel, MIE; Meals, Parking, POV miles) | | | | $1,689.27 |
| | Allowable Fee | | | | $7,369.27 |

I hereby certify that the amount billed in this invoice is true and correct and reponds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities, or agencies.

*Rita J. Watkins*   02/28/22

1

# Office of the TCA - Travel Reimbursement Form

**Name:** Rita J. Watkins

**Travel Dates:** February 13-16, 2022

**Purpose of Travel:** On-Site evaluation

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 559.60 | 1 | $ 559.60 |
| Baggage | $ - | 0 | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | | | $ - |
| Ground Transportation (Parking) | $ 78.00 | 1 | $ 78.00 |
| Ground Transportation (Mileage) | $ 0.585 | 202 | $ 118.17 |
| Lodging | $ 177.00 | 3 | $ 531.00 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 2 | $ 230.00 |
| Other: | $ - | 0 | $ - |
| Total | | | $ 1,689.27 |

**Watkins, Rita**

| | |
|---|---|
| **From:** | United Airlines, Inc. <Receipts@united.com> |
| **Sent:** | Sunday, January 23, 2022 10:47 AM |
| **To:** | Watkins, Rita |
| **Subject:** | eTicket Itinerary and Receipt for Confirmation D035PZ |



Sun, Jan 23, 2022

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our Important notices page for the latest updates

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# D035PZ

| Flight 1 of 2 UA701 | Class: United Economy (L) |
|---|---|

| Sun, Feb 13, 2022 | Sun, Feb 13, 2022 |
|---|---|
| **02:36 PM** | **08:52 PM** |
| Houston, TX, US (IAH) | San Juan, PR, US (SJU) |

| Flight 2 of 2 UA1495 | Class: United Economy (L) |
|---|---|

| Wed, Feb 16, 2022 | Wed, Feb 16, 2022 |
|---|---|
| **10:20 AM** | **01:20 PM** |
| San Juan, PR, US (SJU) | Houston, TX, US (IAH) |

**Traveler Details**

WATKINS/RITAJANE

1

eTicket number: **0162390088593**
Frequent Flyer: **UA-XXXXX226 Premier Silver**

Seats: **IAH-SJU 14D**
**SJU-IAH 14D**

## Purchase Summary

| | |
|---|---|
| Method of payment: | Miscellaneous Document ending in |
| Date of purchase: | Sun, Jan 23, 2022 |

Airfare: 500.00 USD
U.S. Transportation Tax: 39.40 USD
September 11th Security Fee: 11.20 USD
U.S. Passenger Facility Charge: 9.00 USD

Total Per Passenger: 559.60 USD

**Total:** **559.60 USD**

## Payment Info
Remaining value of your previous ticket numbers 0162389222443 was applied to this purchase.

## Carbon Footprint
Your estimated carbon footprint for this trip is **0.40537 tonnes of $CO_2$.**
You can reduce your environmental impact by participating in our CarbonChoice program which supports projects that reduce greenhouse gases. Learn more.

## Fare Rules
Additional charges may apply for changes in addition to any fare rules listed.
REFUNDABLE

## MileagePlus Accrual Details

| Ritajane Watkins | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Sun, Feb 13, 2022 | 701 | Houston, TX, US (IAH) to San Juan, PR, US (SJU) | 1750 | 250 | 1 |
| Wed, Feb 16, 2022 | 1495 | San Juan, PR, US (SJU) to Houston, TX, US (IAH) | 1750 | 250 | 1 |
| MileagePlus accrual totals: | | | 3500 | 500 | 2 |

## Baggage allowance and charges for this itinerary

2

```
            SP+|GLOBAL|IMS
            2800 N. Terminal Rd.
            Houston, TX 77032
              281.233.1786


                 Receipt

P/S #52              A Payment No.00000113
T/D #40                  Ticket No.046802
Entry Time        02/13/2022 (Sun) 12:38
Exit Time         02/16/2022 (Wed) 13:52
Parking Time              3Days   1:14
Parking Fee          Rate A     $78.00

MASTERCARD
  Account #        ****************0178
  Slip #                           65719
  Auth Code                  000001665P
Credit Card Amount              $78.00
Cash Amount                      $0.00
-------------------------------------------
Total                           $78.00
            Thank You for Your Visit
              Please Come Again !
-------------------------------------------
```

**COURTYARD Marriott**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Ms Rita Watkins
4746 Enchanted Oaks Dr
College Sta TX 77845
United States

Room: 1106
Room Type: EKNG
No. of Guests: 1
Rate: $ 150.00  Clerk: 8

Marriott Rewards #  595896259

CRS Number  70899843

Name:

Arrive:  02-13-22      Time:  21:56      Depart: 02-16-22      Folio Number: 685222

| Date | Description | Charges | Credits |
| --- | --- | --- | --- |
| 02-13-22 | Package | 150.00 | |
| 02-13-22 | Government Tax | 13.50 | |
| 02-13-22 | Hotel Fee 9% of Daily Rate | 13.50 | |
| 02-14-22 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |
| 02-14-22 | Package | 150.00 | |
| 02-14-22 | Government Tax | 13.50 | |
| 02-14-22 | Hotel Fee 9% of Daily Rate | 13.50 | |
| 02-15-22 | COMEDOR- Guest Charge (Breakfast) | 7.35 | |
| 02-15-22 | Package | 150.00 | |
| 02-15-22 | Government Tax | 13.50 | |
| 02-15-22 | Hotel Fee 9% of Daily Rate | 13.50 | |
| 02-16-22 | American Express | | 541.35 |
| | Card # XXXXXXXXXXX2009 | | |
| | Balance | | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today. Start earning points and elite status, plus enjoy exclusive member offers. Enroll today at the front desk.