**Office of the FPMPR LLC**
VIG Tower, PH – 924

1225 Ave. Juan Ponce de Leon

San Juan, PR 00907

**Name:** Claudia Cámara-León
**Supervisor:** Javier Gonzales, Esq.

## Work Timesheet (February 2022)

| Date | Task | Total Hours |
|---|---|---|
| **February 1, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 4.0 |
| **February 3, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. Updated the contact list. | 7.0 |
| **February 4, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 4.0 |
| **February 8, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. Started moving archives to Box. | 4.0 |
| **February 10, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. Moving from dropbox to Box. | 7.0 |
| **February 11, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. Moving from dropbox to Box. | 4.0 |
| **February 15, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. Worked on the newsletter. | 4.0 |
| **February 17, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. Worked on newsletter. | 7.0 |

| | | |
|---|---|---|
| **February 18, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. Worked on newsletter. | 4.0 |
| **February 22, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. Worked on newsletter. | 4.0 |
| **February 24, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. Final adjustments for the newsletter. | 7.0 |
| **February 25, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. Spring Newsletter is ready for publish. | 4.0 |

**Total, 60 hours for $20 = $1,200**

I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Signature,
Claudia S. Cámara León

*[signature: Claudia S. Cámara León]*
_____