Hipolito Castro Jr
64 Mustang Drive
Monroe, CT 06468

INVOICE #PR002-2022
DATE: February 28, 2022

**Dates of service: February 1 – February 28, 2022**         **TOTAL $7,942.16**

**The following is a detailed statement of the hours worked:**

**02/24/2022 and 02/25/2022**

-Conference calls and emails with Monitor's members for interview reviews: **1.50 hrs.**

**02/22/2022**

-Calls with Officers for follow ups. **.50 hrs.**

**02/13/2022, 02/14/2022 and 02/24/2022**

-Calls and emails with team members. **1 hr.**

**02/02/2022 and 02/28/2022**

-FPM Team meeting Zoom and follow up calls. **3 hrs.**

**TRAVEL:**

**02/13/2022**

- Arrived and checked in hotel.

**02/14/2022**

-Meeting with Reform Unit and IT at PRPB HQ **4 hrs**.
-Supervision and management interviews **4 hrs.**

**02/15/2022**

-Travel to the Humacao District.
-Supervision and management interviews **8 hrs.**

**02/16/2022**

-Travel to the Mayaguez District.
-Supervision and Management interviews at Monitor's office. **8 hrs.**

**02/17/2022**

-Supervision and management interviews **8 hrs**.

**02/18/2022**

- Departed Puerto Rico

**Expenses due to travel: $2,242.16**

**Billable Hours:** 38 HOURS, at rate of $150 per hour = **$5,700.00**

I hereby certify that the amount billed in this invoice is true and correct and corresponds to the number of hours worked in my capacity as support staff to the Federal Monitor's Office. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Hipolito Castro Jr                                        Date: February 28, 2022



# Office of the Technical Compliance Advisor Travel Reimbursement Form

Traveler name: Hipolito Castro
February 13 to the 18, 2022
Purpose of Travel: Site visits/ interviews of PRPB personnel

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 452.67 | 1 | $ 452.67 |
| Baggage | $ 134.00 | 1 | $ 134.00 |
| Ground Transportation (Uber/Lyft/Taxi) | $ 22.97 | 1 | $ 22.97 |
| Ground Transportation (Parking) | $ 6.30 | 6 | $ 37.80 |
| Ground Transportation (Mileage) | 0.585 | 132 | $ 77.22 |
| Lodging | $ 177.00 | 5 | $ 885.00 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 4 | $ 460.00 |
| Tolls and NY Bridges | | | $ - |
| Total | | | $ 2,242.16 |

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098



Hipolito Castro <hipolitocastrojr@gmail.com>

# Expedia flight purchase confirmation - San Juan, Puerto Rico (SJU-Luis Munoz Marin Intl.) - Wed, Feb 9 - (Itinerary # 72244285117666)
1 message

**Expedia.com** <Expedia@expediamail.com>  Sat, Feb 5, 2022 at 2:50 PM
Reply-To: r-364126281000010015302-c22036-18ec31adc8c548c1b8fcd35cf6554853@mg.expediamail.com
To: hipolitocastrojr@gmail.com



## Thank you, Hipolito! Your flights are booked.

Itinerary # 72244285117666

View your trip

Download to your phone

### 👤 Traveler details
Hipolito Castro (Adult)

ⓘ View all ticketing details

### ✈ Hartford (BDL) to San Juan (SJU)

**JetBlue Airways 1475 3:00pm • Hartford, CT, United States (BDL-Bradley Intl.) to San Juan, Puerto Rico (SJU-Luis Munoz Marin Intl.)**
Airline confirmation: WUNOJU (JetBlue Airways)
Economy / Coach (M)
Wed, Feb 9, 3:00pm - 7:48pm
3h 48m flight duration

### San Juan (SJU) to Hartford (BDL)

**Frontier Airlines 114 3:56pm • San Juan, Puerto Rico (SJU-Luis Munoz

2/25/22, 4:02 PM    Gmail - Expedia flight purchase confirmation — San Juan, Puerto Rico (SJU-Luis Munoz Marin Intl.) - Wed, Feb 9 - (Itinerary # 72244285117666)

Case 3:12-cv-02039-FAB Document 1976-23 Filed 03/15/22 Page 5 of 10

Marin Intl.) to Hartford, CT, United States (BDL-Bradley Intl.)
Airline confirmation: WEG6XD (Frontier Airlines)
Economy / Coach (M)
Fri, Feb 18, 3:56pm - 7:31pm
4h 35m flight duration

**Manage your itinerary**



**Travel confidently with the Expedia app**

Manage your plans and make trip updates on the fly - wherever the journey takes you. Explore the app

## Price summary

**Roundtrip flight***

*The roundtrip flight is a combination of two one-way tickets.

| | |
|---|---|
| 1 traveler | $389.18 |
| Taxes & fees | $59.60 |
| **Expedia booking fee** | **$3.89** |
| **Total** | **$452.67** |

The total price includes all mandatory taxes and fees.
Unless and otherwise specified, rates are quoted in US dollars.

**View receipt**

## You still have time to protect your trip.

Protect my trip

## Important information

### Flight information

Remember to bring your itinerary and government-issued photo ID for airport check-in and security.

Your itinerary consists of two one-way fares which are subject to their own rules and restrictions. If one of your flights is changed or cancelled, it will not automatically change the



| | |
|---|---|
| ACCOUNT ENDING - 11006 | CARD MEMBER |
| Delta SkyMiles® Gold Card | HIPOLITO CASTRO |

## Card Activity from Jan 24 to Feb 20

### Summary

| | TOTAL |
|---|---|
| Previous Balance | ~~$5,299.24~~ |
| Payments & Credits | ~~$2,500.00~~ |
| New Charges | ~~$2,945.26~~ |
| Statement Balance | ~~$5,744.50~~ |

### Transactions
20 Transactions

| DATE | STATUS | DESCRIPTION | | AMOUNT |
|---|---|---|---|---|
| Feb 18 | | BRADLEY AIRPORT LOT WINDSOR LOCKS CT | | $63.00 |
| Feb 18 | | COURTYARD MARRIOTT MSAN JUAN PR | | $966.50 |
| Feb 18 | | ~~EXPEDIA.COM TRAVEL SEATTLE WA~~ | | ~~$419.60~~ |
| Feb 18 | | FRONTIER AIRLINES AIDENVER CO | *Carry On Luggage* | $52.00 |
| Feb 14 | ~~2X Miles~~ | ~~ARENA MEDALLA ARENA SAN JUAN PR~~ | | ~~$20.43~~ |
| Feb 13 | ~~2X Miles~~ | ~~ARENA MEDALLA ARENA SAN JUAN PR~~ | | ~~$$$~~ |
| Feb 13 | ~~Credit~~ | ~~THRIFTY AEROPUERTO (78-7)2-53-2 PR~~ | | ~~-$500.00~~ |
| Feb 12 | ~~2X Miles~~ | ~~ARENA MEDALLA ARENA SAN JUAN PR~~ | *Total Luggage 134.00* | ~~$10.24~~ |
| Feb 12 | ~~2X Miles~~ | ~~ARENA MEDALLA ARENA SAN JUAN PR~~ | | ~~$35.78~~ |
| Feb 12 | ~~Credit~~ | ~~ONLINE PAYMENT - THANK YOU~~ | | ~~-$2,000.00~~ |
| Feb 11 | | ~~Amazon Prime Amazon.com WA~~ | | ~~$12.09~~ |
| Feb 9 | | JETBLUE AIRWAYS 2103FOREST HILLS OK | *Luggage* | $35.00 |
| Feb 9 | | ~~SHARIS BERRIES FRUITJERICHO NY~~ | | ~~$108.45~~ |
| Feb 9 | | ~~THRIFTY AEROPUERTO 787-253-2526 PR~~ | | ~~$670.81~~ |
| Feb 6 | | ~~ADOBE ACROPRO SUBS ASAN JOSE CA~~ | | ~~$16.94~~ |
| Feb 5 | | ~~EXPEDIA 72242661170EXPEDIA.COM WA~~ | | ~~$5.89~~ |
| Feb 5 | | ~~EXPEDIA.COM TRAVEL SEATTLE WA~~ | | ~~$314.80~~ |
| Feb 5 | | FRONTIER AIRLINES AIDENVER CO | *Luggage* | $47.00 |
| Feb 5 | | ~~FRONTIER AIRLINES AIDENVER CO~~ | | ~~$183.96~~ |

```
                Bradley Airport
                    Lot 4
               Widsor Locks, CT 06096

F/C #12                   A Payment No.00003572
T/D #43                      Ticket No.003310
Cashier                              ID #153
Entry Time             2/9/2022 (Wed) 12:34
Paid Time             2/18/2022 (Fri) 20:08
Parking Time                 9 Days   7:34
Parking Fee               Rate J      $59.24

TAX                                   $3.76
 Tax1                       6.35 %    $3.76

Total Fee                            $63.00
AMEX
  Account #      ****************************1006
  Slip #                              02612
  Auth Code                          146148
CREDIT CARD AMOUNT                   $63.00
Cash Amount                           $0.00
================================================
Total                                $63.00
       Thank you for choosing Bradley Airport
                Please drive safely.
================================================
```

Handwritten annotations: 6 × 6.30 = 37.80 Total

Parking Bradley Airport

# Uber

Total $22.97
February 13, 2022

## Thanks for riding, Polo

We hope you enjoyed your ride this afternoon.



| Total | $22.97 |
|---|---|
| Trip fare | $19.26 |
| Subtotal | $19.26 |
| Booking Fee | $0.71 |
| Airport Fee | $3.00 |

Download PDF

**COURTYARD**
**Marriott**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Hipolito Jr Castro
DC 00000
United States

Room: 0414
Room Type: EKNG
No. of Guests: 1
Rate: $ 150.00  Clerk: 10

Marriott Rewards #   214246771

CRS Number  70898491

Name:

Arrive:  02-13-22         Time: 15:45         Depart: 02-18-22         Folio Number: 685221

| Date | Description | Charges | Credits |
|---|---|---|---|
| 02-13-22 | Package | 150.00 | |
| 02-13-22 | Government Tax | 13.50 | |
| 02-13-22 | Hotel Fee 9% of Daily Rate | 13.50 | |
| 02-14-22 | COMEDOR- Guest Charge (Breakfast) | (2.00) NO | |
| 02-14-22 | Package | 150.00 | |
| 02-14-22 | Government Tax | 13.50 | |
| 02-14-22 | Hotel Fee 9% of Daily Rate | 13.50 | |
| 02-15-22 | COMEDOR- Guest Charge (Breakfast) | (3.00) NO | |
| 02-15-22 | Package | 150.00 | |
| 02-15-22 | Government Tax | 13.50 | |
| 02-15-22 | Hotel Fee 9% of Daily Rate | 13.50 | |
| 02-16-22 | COMEDOR- Guest Charge (Dinner) | (69.57) NO | |
| 02-16-22 | Package | 150.00 | |
| 02-16-22 | Government Tax | 13.50 | |
| 02-16-22 | Hotel Fee 9% of Daily Rate | 13.50 | |
| 02-17-22 | Package | 150.00 | |
| 02-17-22 | Government Tax | 13.50 | |
| 02-17-22 | Hotel Fee 9% of Daily Rate | 13.50 | |
| 02-17-22 | COMEDOR- Guest Charge (Breakfast) | (2.93) NO | |
| 02-18-22 | COMEDOR- Guest Charge (Breakfast) | (4.00) NO | |
| 02-18-22 | American Express | | |
| | Card #  XXXXXXXXXXX1006 | | |

966.50
- 81.50
Total - 885.00

**COURTYARD**
**Marriott**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Hipolito Jr Castro
DC 00000
United States

Room: 0414
Room Type: EKNG
No. of Guests: 1
Rate: $ 150.00   Clerk: 10

Marriott Rewards #   214246771

CRS Number   70898491

Name:

Arrive:  02-13-22          Time:  15:45          Depart:  02-18-22          Folio Number: 685221

| Date | Description | Charges | Credits |
|---|---|---|---|
| | | Balance | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today. Start earning points and elite status, plus enjoy exclusive member offers. Enroll today at the front desk.