**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** **Plaintiff** **v.** **PUERTO RICO POLICE DEPARTMENT and** **COMMONWEALTH OF PUERTO RICO,** **Defendants.** | **CIVIL NO. 12-cv-2039 (GAG)** |

**MOTION IN COMPLIANCE WITH ORDER**

**MAY IT PLEASE THE COURT:**

COME NOW, Codefendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau ("PRPB"), through the undersigned attorneys, and very respectfully state and pray:

1. On March 1, 2022, this Honorable Court issued Order at Docket 1964 granting the parties until today, March 15, 2022, to file a proposed plan regarding supervision and staffing in PRPB.

2. The parties had filed a joint motion on February 28, 2022, at Docket 1957 requesting an extension of time to file the plan to the term originally granted by the Honorable Court during the January 14, 2022, status hearing.

3. Since the February 28th filing at Docket 1964, the parties have made considerable progress in developing an acceptable plan. Specifically, on Monday, February 7, 2022, the parties held a virtual conference call to discuss the status of the plan. As a result of this conference, plaintiff USDOJ submitted punctual comments and recommendations. see Exhibit 1. Thereafter, on Friday, March 11, 2022, the parties held a follow up virtual conference call to discuss the plan.

4. On Saturday, March 12, 2022, PRPB submitted an updated proposed plan, incorporating both the USDOJ February 25th comments and its March 7th comments and recommendations. See Exhibit 2 and 3.

5. On Monday, March 14, 2022, the parties held another virtual conference call to discuss the latest draft of the proposed plan.  It was evident that despite good faith efforts of the parties a plan still requires efforts of the parties to complete.  The USDOJ forwarded further comments to the March 12th draft.  See Exhibit 4.

6. The parties continue to work towards an acceptable plan on supervision and staffing. The Commonwealth respectfully request that this topic of supervision be included in the agenda of the upcoming status hearing scheduled for March 24, 2022.

**WHEREFORE**, the Commonwealth of Puerto Rico respectfully requests that this Honorable Court include the topic of supervision and staffing for the March 24, 2022 status heairng.

**WE HEREBY CERTIFY** that on this same date, the forgoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel for Plaintiff and all participants of record.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico on this 15th day of March, 2022.

S/ GABRIEL A. PEÑAGARÍCANO
USDC PR: 212911
gpenagaricano@me.com

S/RAFAEL E. BARRETO SOLÁ

USDC No. 211801
rbarreto@cnr.law

**CANCIO, NADAL & RIVERA, LLC**
PO Box 364966
San Juan, PR  00936-4966
Tel. (787) 767-9625
Fax  (787) 622-2238/764-4430