**From:** Chamblee-Ryan, Katherine (CRT) <Katherine.Chamblee-Ryan@usdoj.gov>
**Sent:** Monday, March 7, 2022 4:31 PM
**To:** Gabriel A. Peñagarícano-Valdés <gpenagaricano@cnr.law>; Rafael Barreto-Sola <RBarreto@cnr.law>
**Cc:** Saucedo, Luis E (CRT) <Luis.E.Saucedo@usdoj.gov>
**Subject:** PRPB: Supervision and Staffing Implementation Plan

Gabriel and Rafael,

Thanks to both of you for a very productive meeting. As promised, below is a summary of what we discussed to be part of the implementation plan. Please don't hesitate to reach out if this raises any concerns or if you have any questions. I can speak tomorrow if anything comes up. Also, thanks for agreeing to send over a draft by the end of the day on the 10th and meeting to discuss it on the 11th. Hopefully by that point, we will be close to agreement on this.

- Creation of multi-agency committee to oversee implementation of staffing and supervision requirements of the decree: As we discussed, you plan to raise this with PRPB to decide if this would be productive and if so, who should be included.
- Commitment to using staffing allocation models based on workload to determine staffing and supervision needs in each precinct.
- Clear plan for pilot project, including its objectives, the data it will use, who is involved, the dates associated with the project, and, if applicable, the plan for expanding it, including associated dates
- Clear plan for what staffing model will be used while the pilot project is pending (until the pilot is complete, with PRPB use the V2A to determine the staffing and supervision needs in each precinct, or some other method?)
- Clear plan for how PRPB will meet the staffing an supervision requirements of the decree. In particular, provide clarity about whether PRPB plans to follow the elements of its 2018 staffing plan in whole or in part, and certain aspects of that plan will not be followed, why.
- Any interim measures that PRPB plans to take while the plans for fulfilling the staffing and supervision requirements of the decree are underway. For example, will PRPB use acting supervisors or senior officers while supervisor positions remain unfilled?
- Plan to ensure adequate supervisory training for supervisors.

Thanks again for discussing this, and I look forward to speaking again soon!

Katie

**Katie Chamblee-Ryan**
Trial Attorney
U.S. Department of Justice | Civil Rights Division | Special Litigation Section
Four Constitution Square | 150 M Street, NE| Washington DC 20002
Ph: 202-598-0538| Email: katherine.chamblee-ryan@usdoj.gov