

ALEXIS TORRES
SECRETARIO

ANTONIO LÓPEZ FIGUEROA
COMISIONADO

## Supervisión

Como parte de las estrategias para atender la falta de supervisores, el NPPR ha comenzado a trabajar con el Módulo de Asignación de Recursos y con los Ascensos para rango de supervisión de Sargento a Coronel.

I. **Módulo de Asignación de Recursos**

A. **Estudio del párrafo 13 del Acuerdo (V2A)**

Se delegó en el Cap. Raymond A. Ferrer Silva 5-24122, realizar un proceso junto a la Compañía contratada Interboro, para la creación de un módulo tecnológico para la asignación de recursos en el Negociado de la Policía de Puerto Rico. Este proyecto tiene el propósito de actualizar los resultados del informe realizado de V2A e implementar el Párrafo 13 del Acuerdo.

Una vez este Módulo de Asignación de Recursos sea culminado, se podrá determinar en tiempo real cuáles estrategias de implementación del párrafo 13 del Acuerdo se podrán continuar o descartar. Además, permitirá que el NPPR evalúe el número apropiado de personal de rango y civil necesario para realizar las diferentes funciones para cumplir su misión.

Relacionado a esta encomienda se han realizado las siguientes reuniones encaminadas al cumplimiento de este párrafo.

12 de noviembre de 2021 – Primera reunión con personal de Interboro

12 de noviembre de 2021 – Interboro envía su primer reporte de empleados a base de SITA, para ser evaluado en relación al estudio de necesidades.

20 de noviembre de 2021 – Interboro envía presentación *Power Point*, SITA – Modulo de Asignación de Recursos.

8 de diciembre de 2021 - Interboro envió plan de trabajo estimado para el desarrollo del Párrafo 13. (Smartsheet)

12 de diciembre de 2021 – Selección de los equipos de Proyecto de por unidades del NPPR

**Oficina de Reforma:**
Cap. Carlos Figueroa Ortolaza 5-23921

Cap. Raymond A. Ferrer Silva 5-24122- Líder de Proyecto Oficina de Reforma
Cap. Alexander Acevedo Ruiz 5-24046
Sr. José A. Hernández
Lcdo. José C. Vázquez

**División Tecnología:**
Sr. Angel Díaz Camareno – Líder Div. Tecnología
Sr. Vicente Caonabo
Sr. Guillermo Torres
Dr. Juan C. Rivera

**Gerente de Proyecto:**
Tte. Jojanie Mulero Andino – Directora Negociado Recursos Humanos

**Interboro:**
Sra. Brenda Roldan – Gerente de Proyecto
Ivonne Blanco – Líder Funcional

17 enero de 2022 – Interboro envió base de datos actualizada. (te la envié por correo)

18 de enero de 2022- Reunión con Cap. Figueroa

Se acordó establecer un plan piloto en el área de San Juan que contemple el siguiente personal por Precintos:

1 Comandante de Precinto
1 Comandante Auxiliar
1 Oficial Administrativo
6 Sargentos
2 Agentes enlaces Policías Comunitarios
2 Retenes (por turno)
2 Radio Operadores (por turno)
6 agentes, 3 patrullas (por turno)
2 agentes vigilancia precinto (por turno)

Se acordó coordinar reunión con el Tte. Cnel. Orlando Rivera para establecer los primeros pasos del Plan Piloto proyectado para el Área de San Juan.
Personal en Precintos y Personal en Centro de Mando.

3 de febrero de 2022 – Reunión con Tte. Col Orlando Rivera sobre plan piloto Área de San Juan.

7 de febrero de 2022 – Entrega de la composición de los Precintos y Centro de Mando del Área de San Juan, para ser entregado a Interboro para establecer el plan piloto.

8 de febrero de 2022 – Reunión para discutir información suministrada por el área policiaca de San Juan, para delinear plan de trabajo de programa piloto del módulo.

- Ver Anejo: SITA – Módulo de Asignación de Recursos
- Ver Anejo: Hoja de Asistencia Reuniones Módulo de Estudio de Necesidades
- **Ver Anejo: Plan de Trabajo V2A - Policía Reforma - Parrafo 13**

### B. Modelo a seguir para implementar el Módulo

El Programa Piloto del Módulo de Asignación de Recursos y con los Ascensos, surge como modificación del módulo de Configuración de Unidades que se empleó al inicio de la utilización del Sistema Integrado de Tiempo y Asistencia (SITA) para validar el personal asignado a las diversas unidades de trabajo.  De esta manera fue actualizada la estructura organizacional de la Policía de Puerto Rico.  Con el fin de cumplir con requerimiento establecido en Párrafo 13 del Acuerdo para la Reforma Sostenible de la Policía de Puerto Rico, se recomienda la modificación y utilización del módulo de Configuración de Unidades para actualizar los datos relacionados a las funciones generales que deben realizarse en cada unidad de trabajo.

De esta forma, cada individuo asignado a una unidad de trabajo tendrá definida su función principal.  En los casos en que las funciones puedan variar diariamente, estos ajustes podrán ser considerados en la utilización posterior del módulo de necesidad de recursos FTE que derivará los datos de esta fase inicial. La responsabilidad de realizar la designación inicial de funciones recomendadas por V2A será del Jefe de Unidad o Delegado. Este módulo mantendrá comunicación constante con la base de datos de Recursos Humanos.

Definición Funcional - La solución propuesta consiste en:

- Reutilización del módulo de Configuración de Unidades para la certificación de Unidades
- ABM de Modificación de tareas asignadas a empleados
- ABM de creación e inhabilitación de tareas por RRHH
- Módulo de determinación y cálculo de necesidades de recursos humanos
- Tableros en BI

Todavía no contamos con un Plan para el Programa Piloto de V2A.  Estamos identificando los recursos para que tomen control de este programa.

Ver Anejo: Fase1: Diseño – NECESIDAD DE RECURSOS

### C. Asignación de Recursos según necesidades

El módulo de Asignación de necesidades y asignación de recursos que se desarrolle, según se detalla más adelante, permitirá al NPPR tomar decisiones sobre la utilización de recursos en tiempo real, tomando en cuenta las necesidades, los servicios que se ofrecen y los recursos disponibles para los mismos.

## II. Ascensos

### A. Junta de Ascensos por Examen

El pasado 3 de enero de 2022, se conformó la Junta de Exámenes para Ascenso con los siguientes miembros:

1. Lcdo. Pedro J. Santiago Soto – Presidente
2. Insp. Carlos J. Nazario Lebrón, placa 4-22692 - Superintendencia Auxiliar de Investigaciones Criminales
3. Cap. Carlos Figueroa Ortolaza 5-23921 - Director Oficina de Reforma
4. Dra. Migdalia del C. Ortiz Castillo - Encargada, Superintendencia Auxiliar en Servicios Gerenciales
5. Michelle Moure Torres - Directora Interina, División de Nombramientos y Cambios

El 24 de enero de 2022, se solicitó a los ex miembros de la Junta de Exámenes para Ascenso, el registro de elegibles de las Convocatorias celebradas previamente de los rangos de sargento a capitán y la entrega de toda información que tuvieran en su poder relevante a la Junta.

Luego de la evaluación del registro de elegibles de las convocatorias del año 2015, el pasado 26 de enero de 2022, se autorizaron los siguientes ascensos:

| Convocatoria | Ascenso | Cantidad |
|---|---|---|
| 2015-1 | Sargento | 3 |
| 2015-3 | Teniente II | 27 |
| 2015-4 | Capitán | 1 |
| **Total** | | **31** |

El presupuesto para los ascensos fue aprobado por la OGP; no obstante, nos encontramos en el proceso de evaluación de los expedientes de todos los candidatos para ascensos para corroborar que sean elegibles. Por lo tanto, el número final de candidatos para ascenso podría cambiar.

Los miembros de la Junta comenzarán los adiestramientos requeridos y la revisión del reglamento interno en marzo del año 2022.

Como parte del plan de trabajo y la confección de presupuesto para el próximo año fiscal 2022-2023, se contempló el ascenso de 1,000 Sargentos, 40 Inspectores, 12

Comandantes, 12 Tenientes Coronel, 4 Coroneles, para un total de 68 puestos de oficiales.

Con el ascenso de 1,068 MNPPR a rangos de supervisor, se espera atender de forma directa la falta de supervisores que atraviesa el NPPR. No obstante, como se ha manifestado anteriormente ante la Corte y las partes del caso de Reforma, estos procesos tomarán tiempo en culminar.

**B. <u>Plan de Trabajo estimado de ascensos a rango de Sargento:</u>**

28-31 marzo de 2022 - Entrega de Reglamentos Internos para Evaluación

28 marzo de 2022 -       Adiestramiento de Examen y Controles mínimos

13-17 abril de 2022 -    Discusión de Reglamento Interno

1-6 mayo de 2022 -    Discusión del Material y ejercicio Técnico Educativo de cada tema

Junio- Julio 2022 –       Elaboración de Preguntas de examen

Agosto 2022 –            Personal de Examen

octubre 2022-            Convocatoria

Febrero 2023-            Examen

**C. <u>Proceso Presupuesto Agencias de Gobierno</u>**

El 15 de enero de 2022, se incluyó en el borrador de presupuesto una partida por la cantidad de **$1,383,702.00**, para el ascenso de **1,000 sargentos**; sin embargo, la solicitud pasa por el siguiente proceso:

- El borrador de presupuesto fue realizado el 15 de enero de 2022.
- El borrador se envía a OGP para que emita sus recomendaciones
- OGP envía el presupuesto a la Junta de Supervisión y Administración Financiera para Puerto Rico
- La Junta de Supervisión y Administración Financiera para Puerto Rico revisa y emite sus recomendaciones.
- Se realizar el plan fiscal certificado.

En la segunda semana de junio es que se conoce el presupuesto final que es otorgado al NPPR.

- Ver Anejo: Autorización de Ascensos (convocatoria 2015)
- Ver Anejo: Comunicación OC-1-2-014 Solicitud de Información y Proceso de Transición de la Junta de Ascensos

- Ver Anejo: Designación Miembros de la Junta de Ascenso
- Ver Anejo: Proyección Ascensos Sargentos

### D. **Ascensos de Inspector a Coronel:**

El Protocolo de Ascensos de Inspector a Coronel, ya fue aprobado y firmado por el Comisionado y se envió al Departamento de Seguridad Pública para la firma del Secretario. Asimismo, se enviaron los borradores de convocatorias para ascensos para evaluación y aprobación del Secretario. Una vez culminada su evaluación y aprobación, se comenzará con la siguiente etapa del proceso de ascenso de Inspectores a Coroneles.

Todo adelanto en el proceso de ascensos será informado al Monitor, USDOJ y Special Master.

### E. **Ascensos Interinos o Provisionales**

El NPPR no tiene planificado ascender de forma interina o designar agentes con experiencia a funciones de supervisor de forma temporera. Entendemos que implementar esta alternativa, requerirá más tiempo y esfuerzo que la alternativa original, que es ascender con exámenes, según lo requiere el Acuerdo y las políticas del Negociado.

### F. **Adiestramientos**

En estos momentos, es prematuro realizar un plan de adiestramientos para los MNPPR ascendidos, toda vez que el calendario de adiestramientos se realiza una vez se conoce el número de MNPPR que pasaron los exámenes. Para el calendario de adiestramientos se toman en cuenta los recursos disponibles que se tienen al momento, incluyendo planes de trabajo, instructores disponibles por materia, planta física, entre otros.

El MNPPR ofrece un adiestramiento multitemático a aquellos supervisores que pasaron los exámenes de ascenso, estos adiestramientos se calendarizan previo a realizar el ascenso de manera oficial, como requisito para ascender. Luego de este adiestramiento, se le ofrece un examen al candidato y se le asigna una puntuación para determinar el orden de ascenso.

- Ver Anejos: ESAL 201, ESAL-SERGEANT, ESAL- LIEUTE II, ESAL-LIEUT I, ESAL-CAPTAIN

- Ver Anejo: Lista de adiestramientos para supervisores.