

ALEXIS TORRES
SECRETARIO

ANTONIO LÓPEZ FIGUEROA
COMISIONADO

11 de marzo de 2022

**CONTESTACIÓN A RECOMENDACIONES USDOJ SOBRE TEMA SUPERVISIÓN**

1. **Creation of multi-agency committee to oversee implementation of staffing and supervision requirements of the decree: As we discussed, you plan to raise this with PRPB to decide if this would be productive and if so, who should be included.**

   Entendemos que en estos momentos no es necesario un Comité Interagencial, toda vez que nunca se ha tenido problemas para conseguir presupuesto para ascender supervisores. Además de esto, se está trabajando con un Comité Interagencial de IT, que ayudará a desarrollar los sistemas tecnológicos necesarios para que los supervisores puedan realizar sus funciones en cumplimiento con las políticas del NPPR.

2. **Commitment to using staffing allocation models based on workload to determine staffing and supervision needs in each precinct.**

   El módulo de Asignación de necesidades y asignación de recursos que se desarrolle, según se detalla más adelante, permitirá al NPPR tomar decisiones sobre la utilización de recursos en tiempo real, tomando en cuenta las necesidades, los servicios que se ofrecen y los recursos disponibles para los mismos.

3. **Clear plan for pilot project, including its objectives, the data it will use, who is involved, the dates associated with the project, and, if applicable, the plan for expanding it, including associated dates**

   Todavía no contamos con un Plan para el Programa Piloto de V2A. Estamos identificando los recursos para que tomen control de este programa.

4. **Clear plan for what staffing model will be used while the pilot project is pending (until the pilot is complete, with PRPB use the V2A to determine the staffing and supervision needs in each precinct, or some other method?)**

   El módulo de Configuración de Unidades se empleó al inicio de la utilización del Sistema Integrado de Tiempo y Asistencia (SITA) para validar el personal asignado a las diversas unidades de trabajo. De esta manera fue actualizada la estructura organizacional de la Policía de Puerto Rico. Con el fin de cumplir con requerimiento establecido en Párrafo 13 del Acuerdo para la Reforma Sostenible de la Policía de Puerto Rico, se recomienda la modificación y utilización del

 

módulo de Configuración de Unidades para actualizar los datos relacionados a las funciones generales que deben realizarse en cada unidad de trabajo.

De esta forma, cada individuo asignado a una unidad de trabajo tendrá definida su función principal. En los casos en que las funciones puedan variar diariamente, estos ajustes podrán ser considerados en la utilización posterior del módulo de necesidad de recursos FTE que derivará los datos de esta fase inicial. La responsabilidad de realizar la designación inicial de funciones recomendadas por V2A será del Jefe de Unidad o Delegado. Este módulo mantendrá comunicación constante con la base de datos de Recursos Humanos.

Definición Funcional - La solución propuesta consiste en:

- Reutilización del módulo de Configuración de Unidades para la certificación de Unidades
- ABM de Modificación de tareas asignadas a empleados
- ABM de creación e inhabilitación de tareas por RRHH
- Módulo de determinación y cálculo de necesidades de recursos humanos
- Tableros en BI

- Ver Anejo: Fase1: Diseño – NECESIDAD DE RECURSOS

5. **Clear plan for how PRPB will meet the staffing and supervision requirements of the decree. In particular, provide clarity about whether PRPB plans to follow the elements of its 2018 staffing plan in whole or in part, and if certain aspects of that plan will not be followed, why.**

Como indicamos en el documento enviado a las partes el día 10 de febrero de 2022, se delegó en el Cap. Raymond A. Ferrer Silva 5-24122, realizar un proceso junto a la Compañía contratada Interboro, para la creación de un módulo tecnológico para la asignación de recursos en el Negociado de la Policía de Puerto Rico. Este proyecto tiene el propósito de actualizar los resultados del informe realizado de V2A e implementar el Párrafo 13 del Acuerdo.

Una vez este Módulo de Asignación de Recursos sea culminado, se podrá determinar en tiempo real cuáles estrategias de implementación del párrafo 13 del Acuerdo se podrán continuar o descartar. Además, permitirá que el NPPR evalúe el número apropiado de personal de rango y civil necesario para realizar las diferentes funciones para cumplir su misión.

6. **Any interim measures that PRPB plans to take while the plans for fulfilling the staffing and supervision requirements of the decree are underway. For example, will PRPB use acting supervisors or senior officers while supervisor positions remain unfilled?**

El NPPR no tiene planificado ascender de forma interina o designar agentes con experiencia a funciones de supervisor de forma temporera. Entendemos que implementar esta alternativa, requerirá más tiempo y esfuerzo que la alternativa original, que es ascender con exámenes, según lo requiere el Acuerdo y las políticas del Negociado.

7. **Plan to ensure adequate supervisory training for supervisors.**

En estos momentos, es prematuro realizar un plan de adiestramientos para los MNPPR ascendidos, toda vez que el calendario de adiestramientos se realiza una vez se conoce el número de MNPPR que pasaron los exámenes. Para el calendario de adiestramientos se toman en cuenta los recursos disponibles que se tienen al momento, incluyendo planes de trabajo, instructores disponibles por materia, planta física, entre otros.

El MNPPR ofrece un adiestramiento multitemático a aquellos supervisores que pasaron los exámenes de ascenso, estos adiestramientos se calendarizan previo a realizar el ascenso de manera oficial, como requisito para ascender. Luego de este adiestramiento, se le ofrece un examen al candidato y se le asigna una puntuación para determinar el orden de ascenso.

Se adjunta prontuario: ESAL 201, ESAL-Sergeant, ESAL- LIEUTE II, ESAL-LIEUT I, ESAL-CAPTAIN

Se adjunta, listado de adiestramientos para supervisores.