**From:** Chamblee-Ryan, Katherine (CRT) <Katherine.Chamblee-Ryan@usdoj.gov>
**Sent:** Monday, March 14, 2022 4:26 PM
**To:** Gabriel A. Peñagarícano-Valdés <gpenagaricano@cnr.law>; Rafael Barreto-Sola <RBarreto@cnr.law>; Jose C Vazquez Rivera <JCVazquez3@policia.pr.gov>
**Cc:** John J. Romero <JRomero@fpmpr.org>; Saucedo, Luis E (CRT) <Luis.E.Saucedo@usdoj.gov>; Denise Rodriguez <DRodriguez@fpmpr.org>; Castillo, Jorge (CRT) <Jorge.Castillo@usdoj.gov>
**Subject:** PRPB: Supervision Plan

Gabriel and Jose,

Thank you so much for speaking with us about the Supervision Implementation Plan today. The following are the primary issues we have with what you sent over Saturday, several of which we began to work through today. Even though we don't think it's possible to get to a stipulation by tomorrow given the timeframe, we are look forward to continuing to work with you on this and to meeting with you about it when we are in Puerto Rico. Please let us know if you have any questions.

Thanks,

Katie

1. Is the staffing allocation that you want to pilot test in San Juan what was recommended by V2A, and if not, how did you come up with that model? How is it different? How are you going to determine the staffing needs?

2. What is the timetable for developing and implementing the new pilot project?

3. Overall, with the exception of the plan to promote 1000 people by March 2023, this plan lacks timelines and benchmarks that can be used to measure PRPB's compliance with this plan. For all of the deliverables you list here, we need to know when it will be complete and how we will know it is complete.

4. Are you planning to rely V2A while the pilot project is being developed and implemented? In particular, the V2A study provided an allocation of staff for each precinct. Are you using that? We still don't have a clear understanding of this.

5. The list of eligible people for promotion you provided is from 2015. Why is this data seven years old? Have you not promoted anyone in seven years, and if not, why not?

6. You say you think promoting 1068 supervisors will resolve the shortages. Where did this number come from? Is it based on V2A? There is also no timeframe for when this will be completed. It also seems speculative; the plan just says PRPB is "contemplating" it. When will that be decided, and based on what? How will you actually fill this many vacancies? Does PRPB have enough eligible people for these positions?

7. We do not feel PRPB has answered our question about training for supervisors. DOJ's question is not about the training schedule. If PRPB is going to promote 1000 people, we want to understand how PRPB is going to ensure that all of them are properly trained.

**Katie Chamblee-Ryan**
Trial Attorney
U.S. Department of Justice | Civil Rights Division | Special Litigation Section
Four Constitution Square | 150 M Street, NE| Washington DC 20002
Ph: 202-598-0538| Email: katherine.chamblee-ryan@usdoj.gov