**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff<br><br>v.<br><br>**PUERTO RICO POLICE DEPARTMENT and COMMONWEALTH OF PUERTO RICO,**<br><br>Defendants. | **CIVIL NO. 12-cv-2039 (GAG)** |

**INFORMATIVE MOTION AND IN COMPLIANCE WITH ORDER**

**MAY IT PLEASE THE COURT:**

COME NOW, Codefendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau ("PRPB"), through the undersigned attorneys, and very respectfully state and pray:

1. On March 1, 2022, this Honorable Court issued Order at Docket 1964 granted and additional period for all parties to continue working towards a proposed plan regarding Use of Force in PRPB.

2. The parties had filed a joint motion on February 28, 2022, at Docket 1957 requesting an extension of time to file the plan to the term originally granted by the Honorable Court during the January 14, 2022, status hearing.

3. Since the February 28th filing at Docket 1957, the parties have made considerable progress in developing an acceptable plan. Indeed, the parties held various virtual conferences calls and telephone conferences and exchanged numerous email drafts of the proposed plan.

4. Specifically, and more recently, on Friday, March 11, 2022, the parties held a virtual conference call to discuss the status of the plan. As a result of this conference, on Monday, March 14, 2022, PRPB submitted a new draft of the plan addressing both the monitor and USDOJ

comments, observations, and recommendations. See **Exhibit 1**. Thereafter, later that day, the USDOJ submitted comments and proposed edits to the proposed plan. See **Exhibit 2** and **Exhibit 3**.

5. Today, March 17, 2022, the parties held a virtual conference call to discuss the USDOJ's proposed edits in a very productive meeting. PRPB will submit a new draft very soon for the consideration of all parties in the case. Plaintiff and defendants are very close to agree on a joint proposed plan.

6. The parties will continue to work towards an acceptable plan on use of force before the March 24, 2022 status hearing. The Commonwealth respectfully request that the status of the plan on use of force be included in the agenda of the hearing.

**WHEREFORE**, the Commonwealth of Puerto Rico respectfully requests that this Honorable Court take notice of the above and include the status of the plan on use of force in the agenda of the March 24, 2022 status hearing.

**WE HEREBY CERTIFY** that on this same date, the forgoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel for Plaintiff and all participants of record.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico on this 17th day of March, 2022.

S/ GABRIEL A. PEÑAGARÍCANO
USDC PR: 212911
gpenagaricano@me.com

S/RAFAEL E. BARRETO SOLÁ
USDC No. 211801
rbarreto@cnr.law

**CANCIO, NADAL & RIVERA, LLC**
PO Box 364966
San Juan, PR  00936-4966
Tel. (787) 767-9625
Fax  (787) 622-2238/764-4430