

Alexis Torres
Secretario

Antonio López Figueroa
Comisionado

# PLAN DE TRABAJO PROVISIONAL CALIDAD DE DATOS INFORME DE USO DE FUERZA

# MARZO 2022

## Tabla de Contenido

**I. Introducción** ....................................................................................................................................... 1

**II. Implementación Plan de Trabajo Provisional** ............................................................................ 2

**III. Implementación del Formulario Controlado PPR-126.2 (ver Anejo A y B)** ............................ 3

**I.   Introducción**

El Acuerdo para la Reforma Sostenible de la Policía de Puerto Rico dispone que el Negociado de la Policía de Puerto Rico (en adelante, NPPR), tendrá que mantener un sistema de rastreo confiable y preciso de uso de fuerza por parte de todos los Miembros del NPPR. Como parte del cumplimiento con este Acuerdo, el NPPR desarrollo un módulo provisional en el Centro de Operaciones de Radio Control hasta tanto se desarrollará un sistema.

La Oficina del Monitor ha señalado en los informes semestrales ciertas incongruencias relacionadas con la cantidad de incidentes de uso de fuerza. Es preciso señalar que como parte del proceso de evaluación para identificar las fallas en la calidad de los datos se detectaron los siguientes hallazgos:

**A.**  La Superintendencia Auxiliar en Operaciones de Campo y la División de Investigación de Incidentes de Uso de Fuerza tenían su propia estadística de uso de fuerza independiente de la estadística oficial que se tenía que extraer del módulo de uso de fuerza que operaba en Radio Control.

**B.**  El personal asignado a ingresar la data en el módulo de uso de fuerza operaba en el Cuartel General, sin embargo, la información era suministrada mediante llamada telefónica a través de los trece (13) Centros de Mando ubicados en la Comandancias de Áreas, quienes a su vez recopilaban la data de los Distritos y Precintos.

Como consecuencia de estos hallazgos, en conversaciones con la Oficina del Monitor se revisó el PPR-126.2, titulado: "Informe de Uso de Fuerza" para establecer los elementos de datos con el propósito de recopilar la cantidad correcta de incidentes de uso de fuerza. Una vez aprobado el formulario se inició la programación en los Sistema de Información. Cabe señalar, que en mayo del 2021 se comenzó su implementación en las trece (13) áreas policiacas y esta culminó en agosto de 2021. Asimismo, se desarrolló un Dashboard estadístico donde se puede visualizar los incidentes de uso de fuerza según se ingresan al formulario controlado PPR-126.2, titulado Tarjeta de Querellas (en adelante, PPR-126.2).

Conforme lo solicitó la Oficina del Monitor estos tendrán la responsabilidad de evaluar la calidad de los datos a través de los trece (13) Centros de Mando. En la vista de estatus del

caso de Reforma celebrada el 14 de enero de 2022, el honorable Juez Francisco Besosa ordenó al NPPR a desarrollar un plan de trabajo para atender las preocupaciones relacionadas con la calidad de los datos recopilados sobre los incidentes de uso de fuerza. Por lo antes esbozado, se establece este plan de trabajo con medidas a corto, mediano y largo plazo utilizando la metodología **S**-Especifico, **M**-Medible, **A**-Alcanzable, **R**-Relevante y **T**-Tiempo.

II. **Implementación Plan de Trabajo Provisional**

   A. **Objetivos**

   a. Este plan de trabajo tiene el objetivo de recopilar estadísticas de uso de fuerza confiables y precisas.

   b. Corregir las deficiencias de la calidad de los datos recopilados en los incidentes de uso de fuerza por parte de los Miembros del Negociado de la Policía de Puerto Rico.

   B. **Fase I**

   El Comisionado Auxiliar de la Superintendencia Auxiliar en Operaciones de Campo, designará un gerente de proyecto. Los Directores de Centro de Mando, a través de sus supervisores de cada turno y los supervisores de cada turno adscritos a los distritos o precintos de su área policiaca, se asegurarán de que diariamente en cada turno de trabajo se realice lo siguiente:

   1. Los Supervisores recopilarán la información ingresada en la tarjeta de querella y la validarán con los informes de uso de fuerza generados a través de la Plataforma GTE.

   2. El Supervisor entrevistará al personal que no cumplimentó la PPR-126.2 correctamente para identificar las causas.

   3. El Supervisor se asegurará de que el PPR-126.2 sea enmendado con la información correcta, para su posterior evaluación y firma.

   4. Se evaluará la necesidad de un coordinador de uso de fuerza para monitorear y validar los usos de fuerza ingresados en el formulario controlado PPR-126.2.

   5. El desarrollador corregirá la programación en conformidad con los hallazgos identificados. De esta forma se trabajará una solución a largo plazo.

**III.    Implementación del Formulario Controlado PPR-126.2 (ver Anejo A y B)**

El 25 de enero de 2022 se organizó una reunión con los directores de los 13 Centros de Mando y Radio Control. La misma fue coordinada por la Superintendencia Auxiliar en Operaciones de Campo (SAOC), para discutir la importancia de completar todos los elementos de datos (campos) requeridos en el formulario controlado PPR-126.2 "Tarjeta de Querella", en especial la sección de uso de fuerza. Se acordó que la sección de estadísticas operacionales de la SAOC estaría monitoreando los Centros de Mando para asegurar que en el PPR-126.2 se marque el uso de fuerza cuando ocurra. Esto se estará trabajando a corto plazo de la siguiente manera:

A. Se brindó acceso a todos los supervisores de los Centros de Mando al Dashboard de Uso de Fuerza para que puedan validarlos según se contabilizan. En ese sentido, se podrá monitorear que la cantidad de incidentes de uso de fuerza sea contabilizada de forma correcta.

B. Se acordó que la sección de estadística operacional estaría monitoreando que los usos de fuerza se ingresen a través del PPR-126.2. A continuación el acceso y tareas:

1. Al personal de dicha sección se le brindó acceso al Dashboard y al Sistema GTE visión completa, o sea, pueden ver todos los informes de todas las áreas policiacas.

2. Utilizarán los formularios controlados PPR-621.1 "Informe de Incidentes", PPR-605.1 "Informe de Uso de Fuerza" y el PPR-605.3 "Notificación Incidentes de Uso de Fuerza", con el propósito de validar el PPR-126.2.

3. El Supervisor, luego de evaluar el informe y de percatarse que en el PPR-126.2 no se marcó el uso de fuerza, cuando si existe, siempre y cuando el Agente no haya creado un formulario PPR-621.1 y/o PPR-605.1, notificará al Agente para que se enmiende el formulario PPR-126.2 con la información correcta.

A largo plazo[1] se estarán realizando las modificaciones y cambios requeridos a las reglas de validación de los formularios PPR-126.2, PPR-621.1, PPR-605.1 y PPR-605.3 en el GTE. Dicha actualización consistirá en lo siguiente:

---

[1] Este plan estará sujeto a las soluciones permanentes que estén recomendadas en el estudio de necesidades del Negociado de Tecnologías y Comunicaciones.

1. Se añadirá el requerimiento de firma del Supervisor en el PPR-126.2, junto con una directriz al supervisor para que valide todo el formulario en especial la sección de uso de fuerza.
2. Si el Supervisor no firma el formulario el Agente no podrá continuar llenando o completando los otros formularios correspondientes al incidente.
3. De encontrar algún error en los formularios PPR-621.1 o en el PPR-605.1 en la sección de uso de fuerza (cantidad y niveles) le permitirá al Agente enmendar el PPR-126.2.

Luego se desarrollará una interface para que los datos de la sección de uso de fuerza incluidos en el formulario PPR-126.2 pasen directamente al Módulo de Investigación de uso de fuerza, adscrito a la Unidad de Investigación de Uso de Fuerza (FIU), así como los datos que se ingresan en el PPR-605.1. De esta manera las notificaciones de uso de fuerza y los datos completos del incidente pasen directamente al Módulo, minimizando la entrada manual de datos. Luego del desarrollo de la interfaz se evaluará la posibilidad de eliminar el PPR-605.3 de notificación de uso de fuerza, ya que el PPR-126.2 y el PPR-605.1 integrarán los datos e información al Módulo directamente.

## Flujograma Centro de Mando



# GTE (Uso de Fuerza)



# Módulo de Uso de Fuerza



**ANEJO A**

**Descripción de los Flujogramas**

El flujograma inicial es del Centro de Mando donde se comienzan a ingresar los datos en el formulario PPR-126.2, y luego pasa al segundo flujograma que es donde los Agentes continúan completando los otros informes que apliquen. Al terminar lo anterior, pasan al otro flujograma el cual describe el flujo de procesos en el Módulo de Investigación de Uso de Fuerza, cuya responsabilidad pertenece a la Unidad de Investigación de Usos de Fuerza (FIU). Este diagrama muestra el flujo de los datos recolectados en el GTE, utilizando el Módulo de Formas actual, con los formularios PPR-126.2 y el PPR-605.3. A largo plazo se integrarán el PPR-126.2, PPR-605.1 y el PPR-621.1, entre otros, mediante el desarrollo de las interfases para la integración de datos (ETL) entre las aplicaciones.

En dicho diagrama se va a enfatizar el flujo de procesos sobre los usos de fuerza en la plataforma del GTE. Cuando se complete el formulario PPR-126.2 en el CAD, todos los elementos de datos incluidos se integrarán directamente al GTE, donde el Agente verificará que está completada en todas sus partes. En el caso de uso de fuerza, el Agente debe validar que esté seleccionado el encasillado **Si** y el **Nivel** de uso de fuerza que utilizó en el incidente. De haber algún cambio en el nivel de uso de fuerza o si el incidente de uso de fuerza no ocurrió, tiene la oportunidad de enmendar o actualizar el PPR-126.2. Esto aplica si el agente no ha confeccionado algún otro informe, por ejemplo, el PPR-621.1, PPR-605.1, PPR-605.2 o PPR-605.3. De lo contrario, si completó alguno de estos formularios el GTE no le permitirá actualizar el PPR-126.2. De esta forma es como se trabaja hoy en día. El proceso está representado en el flujograma GTE (Uso de Fuerza) en los rectángulos en amarillo con las letras negras.

Las modificaciones recomendadas están representadas con letras en rojo, rectángulos en amarillo y en azul. Los cambios requeridos a las reglas de validación de los formularios PPR-126.2, PPR-621.1, PPR-605.1 y PPR-605.3 en el GTE consistirán en los siguientes:

1. Autorización y firma del supervisor en el PPR-126.2 para continuar con el proceso de completar los otros formularios (PPR-621.1, PPR-605.1, entre otros). Los mismos están incluidos en el rectángulo amarillo y azul incluido en el Flujograma de GTE (Uso de

Fuerza). Si el Supervisor no firma el formulario, el Agente no podrá continuar llenando o completando los otros formularios dependientes.

2. Verificación por el Supervisor del PPR-126.2 por si necesita algún cambio. (la firma del supervisor es requerida).

3. De encontrarse algún error en la sección de uso de fuerza (cantidad y niveles) por parte del Supervisor, FUI, Juntas Evaluadoras de Incidentes de Uso de Fuerza (FRB) y/o Junta Evaluadora de Incidentes de Uso de Fuerza del Comisionado (CFRB) en los formularios PPR-621.1, PPR-605.1, y PPR-605.2, le permitirá al Agente enmendar el PPR-126.2. Este proceso se muestra en los rectángulos amarillo y letras rojas del flujograma.

Luego se desarrollará una interfaz para que los datos de la sección de uso de fuerza del PPR-126.2 pasen directamente al Módulo de Investigación de Uso de Fuerza, utilizado por la FIU, así como los datos que se ingresan en el PPR-605.1. De esta manera las notificaciones sobre usos de fuerza y los datos completos del incidente se integrarán directamente al módulo, minimizando la entrada de datos manual; según se muestra en flujograma del GTE y el Módulo de Investigación de Uso de Fuerza en las letras rojas del proceso automatizado ETL.

**ANEJO B**

**Cronograma (Timeline)**[2]



---

[2] Las fechas proyectadas en el presente cronograma pudieran estar sujetas a cambio.