**From:** Saucedo, Luis E (CRT) <Luis.E.Saucedo@usdoj.gov>
**Sent:** Tuesday, March 15, 2022 1:19 AM
**To:** Jose C Vazquez Rivera <JCVazquez3@policia.pr.gov>; Castillo, Jorge (CRT) <Jorge.Castillo@usdoj.gov>; Chamblee-Ryan, Katherine (CRT) <Katherine.Chamblee-Ryan@usdoj.gov>; JRomero@fpmpr.org <JRomero@fpmpr.org>; Denise Rodriguez <DRodriguez_PRI@outlook.com>; Denise Rodriguez <DRodriguez@fpmpr.org>
**Cc:** Rafael Barreto-Sola <RBarreto@cnr.law>; Carlos J Figueroa Ortolaza <CJFigueroa@policia.pr.gov>; Arthur Garffer <AGarffer@dsp.pr.gov>; Gabriel A. Peñagarícano-Valdés <gpenagaricano@cnr.law>; Juan C Rivera Vazquez <JCRivera@policia.pr.gov>; Angel G Diaz Camareno <AGDiaz@policia.pr.gov>
**Subject:** RE: Plan de Calidad de Datos de Incidentes de uso de Fuerza

Hello Attorney Vazquez,

Thank you for circulating the updated draft of the UOF data plan. Some important changes that we discussed on Friday were not made, like identifying all barriers to compliance. To speed things up, we went ahead and made changes in redline for your consideration. For example, we identified additional barriers to compliance and added a third objective related to the discrepancies stemming from UOF reports from SWAT. PRPB should be able to track all uses of force related to a single incident, regardless of the unit involved, using a unique numerical identifier. We understand that that number is currently the *Numero de Querella*, but in the future, this number could be an "event number" or "incident number." We also did not see the SMART methodology applied to the corrective action – many of the action steps were not measurable and did not have timelines.

Please let us know if you are amenable to the edits we propose.
Best,
Luis

**Luis E. Saucedo | Senior Trial Attorney | U.S. Department *of* Justice**
213.894.6117 (o) | 202.598.0482 (c) | luis.e.saucedo@usdoj.gov