# Requirement 13 Implementation Plan



GOBIERNO DE PUERTO RICO
Negociado de la Policía de Puerto Rico

October 10, 2018

San Juan, Puerto Rico

Activity 1.3, page 21 of the Implementation Objectives in the Police Professionalization Action Plan, established that a work plan be developed for the adequate implementation of Requirement 13 of the Reform Agreement. To comply with this requirement and to meet the needs of personnel and resources in a more systematic and objective manner, on April 30, 2018, the consulting firm V2A completed the Staffing and Resource Allocation Study. It contains a series of recommendations, of which the Puerto Rico Police Bureau (PRPB) selected to implement those initiatives related to the redistribution of resources, process improvements, among others.

The main finding of the Staffing Study was that PRPB is in great need of human resource redistribution. The initiatives that can be realized in a short-term are those related to the internal redistribution of available human resources, and unit consolidations and eliminations.

The implementation of these changes and the realization of all initiatives go hand in hand with issues of "community policing", retraining, supervision strategies, our role as an agency to perform the different functions and fulfill our mission, in addition to implementing the rest of the initiatives of the Reform Agreement of the PRPB.

Looking ahead, implementing these initiatives will encourage having a better prepared PRPB to face crime and provide better service to the community.

**Henry Escalera Rivera**

**Commissioner**

# Table of Contents

Introduction ........................................................................................................................ 4

Methodology used to Develop the Implementation Plan ................................................... 8

Implementation Plan ........................................................................................................ 10

I.    Internal Redistribution of Resources........................................................................ 11

    Initiative 1: Redistribution within Police Stations and Investigative Units.................... 11

        Personnel movements within police stations in SAOC...................................... 11

        Personnel movements within SAIC investigative divisions............................... 15

        Movement of vehicles and other equipment ................................................... 15

        *Project Charter: Personnel Redistribution*........................................................ 16

II.   Addition of External Resources and Process Improvement ..................................... 18

    Initiative 2: Process Improvement in Time & Attendance and Statistics ..................... 18

        2.1 Time & Attendance (Kronos y PPR 432)....................................................... 18

        *Project Charter: Time & Attendance* ............................................................... 19

        2.2 Statistics and Form 468............................................................................... 21

        *Project Charter: Process Improvement of Statistics (PPR 468)* ......................... 21

        2.3 Continuing Education................................................................................... 21

    Initiative 3: Consolidations and Unit Eliminations....................................................... 23

        3.1 Consolidations............................................................................................. 23

        3.2 Unit Elimination ......................................................................................... 23

        *Project Charter: Consolidation and Unit Elimination* ...................................... 23

    Initiative 4: Recurring movements through civilianization........................................... 26

        *Project Charter: Civilianization*....................................................................... 26

    Initiative 5: Recruitment and Integration of New Prospective Agents ........................ 31

        5.1 Recruiting Program ...................................................................................... 32

        5.2 Community Policing ...................................................................................... 32

        *Project Charter: Recruitment and Integration of New Prospective Agents* .................. 32

III.  Compliance and Sustainability ................................................................................. 34

    Initiative 6: Project Management Office "PMO" .......................................................... 34

6.1 Governance ............................................................................................................ 35

6.2 Strategy ............................................................................................................... 36

6.3 Analytical Support ............................................................................................... 36

6.4 Risk Analysis and Audit ....................................................................................... 36

6.5 PMO Implementation ........................................................................................... 36

Project Charter: Implementation of a Project Management Office (PMO) ..................... 36

Path to Compliance.......................................................................................................... 36

Conclusion....................................................................................................................... 38

# Introduction

In compliance with Requirement #13 of the PRPB's Reform Agreement, and to address personnel and resource needs in a more systematic and objective manner, on April 30, 2018 the consulting firm V2A completed the Staffing and Resource Allocation Study. The study contains a series of recommendations, of which the Puerto Rico Police Bureau (PRPB) selected a number of initiatives to be implemented, including the redistribution of resources, process improvements, recruiting, among others. The implementation plan must be submitted on September 27, 2018, as required by Federal Court.

The implementation plan was developed in collaboration with operational staff, management officials, and the Reform Office of the PRPB, as well as with administrators of the Department of Public Safety (DPS). The resource redistribution projects and other initiatives were those that PRPB decided to accept for compliance with Requirement 13. The appropriate distribution of personnel is necessary to facilitate compliance with other requirements of the Reform Agreement. (Please refer to the appendix for other paragraphs related to the appropriate distribution of personnel).

Requirement 13 states that: "[The PRPB] will evaluate the appropriate number of police officers and civilians necessary to perform the different functions and fulfill its mission. For this purpose, [the PRPB] will carry out a staffing and resource allocation study. The study will form the basis of the staffing and resource allocation plan that is consistent with community policing principles and supports the systematic use of consortiums and problem-solving techniques. To encourage community policing, the plan will consider staffing practices that offer members of [the PRPB] the opportunity to serve within the communities where they reside."

The main finding of the Staffing Study was that the PRPB is in great need of redistributing its resources. As of March 31, 2018, 319 units had surplus of personnel equal to 1,861, and 302 units had shortages of personnel totaling -2,221. When adding all the surpluses and shortages, a net shortage of -360 resources was reflected, mostly civilian personnel. The Police Areas with greater net shortage were Bayamón and San Juan, while those with greater net surplus were Ponce and Mayagüez.

FIGURE 1: COMPARISON OF CURRENT RESOURCES VERSUS NEEDED
DISTRIBUTED BY CIVILIANS AND POLICE OFFICERS



*Excludes subcontracted reservist
Source: Service Lists PFR 850, PKPB Roster as of March 31, 2018; OAR Capacity Analysis

According to the Staffing Study, as of March 31, 2018, the PRPB had 10,599 sworn officers in operational[1] functions, while the calculated need for these functions is 11,828, or an additional 12% (1,229), as shown in Figure 1. However, the PRPB also had 1,862 sworn officers in administrative positions that could be transferred to operational functions, such as preventive patrol, response to community generated calls for service, follow up investigations, among other tasks. Also a net need of 1,543 civilian resources was calculated, while there are currently 550 in payroll.[2]

The results have been affected by a series of factors. In the first place, the amount of resources in the department has been decreasing rapidly due to the Voluntary Transition Program (VTP) established by the government starting November 2017. Of the 12,461 that were recalculated as of March 31, there was a reduction of 221 up to May 31, 2018 and an additional 157 as of July 31 of the same year.

The VTP has propelled the separations of employees in all government agencies, causing them to reevaluate the personnel they were going to assign to other agencies under the Single Employer Act. In the case of the PRPB, this issue significantly impacts its service delivery since those employees who are leaving the department are not being replaced by civilians from other agencies with the speed required to offset it.

In addition to the impact of VTP, the service age of current employees will have a great effect on the separation rate of both police officers and civilian personnel in the near future. As shown in Figure 2, 19% or 2,611 of the PRPB roster has been working for more than 25 years in the police department. This means

---

[1] This calculation does not contemplate sworn officials in extended licenses, maternity leave, military licenses or others; only includes active and armed personnel.

[2] The numbers of civilian personnel and sworn officers only contemplate the units analyzed in the study. Does not include units that will be integrated to the Department of Public Safety (DPS)

that the PRPB must prepare for a mass exodus of personnel in the next few years due to retirement, since police officers can opt to retire at age 55 and once they complete 30 service years.

FIGURE 2: DISTRIBUTION OF ALL PERSONNEL BY YEARS OF SERVICE[3]



In addition, when analyzing the personnel departures for the past six years, as shown on Figure 3, one can conclude that if there are no unusual events, an average of 360 employees would leave the PRPB annually.

FIGURE 3: DISTRIBUTION OF PRPB PERSONNEL SEPARATIONS PER YEAR



Taking the previously mentioned factors into consideration, a projection of separations during the next 3 to 9 years (see Figure 4) was made, which shows that, if there are no new personnel admissions, the PRPB will be left with approximately 9,059 police officers between 2026 and 2027. This is not sustainable when, according to the Staffing Study, the PRPB must operate with at least 11,828 police officers. Therefore, a

---

[3] LOA means "Leave of Absence", referring to extended licenses, like military licenses, for illnesses, pregnancy, continuing studies or others.

complete implementation plan should consider not only the internal redistribution of resources, but also the enrollment of new officers through annual police academies of approximately 400-500 recruits.

After evaluating the complexity of the redistribution and the addition of necessary resources to ensure units with critical shortages have sufficient resources to operate and ensure public safety on their communities, in addition to promoting community policing, it was concluded that the implementation plan should structure its initiatives under three main pillars: 1) internal redistribution of resources, 2) addition of external resources and process improvement, and 3) compliance and sustainability of the effort. The initiatives considered involve a series of short, medium, and long-term projects that were selected based on priorities. The objective of these initiatives is to have enough resources to perform more effectively and efficiently in a four to five-year period. Therefore, all units would eventually have proper staffing levels and supervision to comply with the Reform Agreement, and with generally accepted police practices (see appendix for the impact of this plan with the requirements of the reform agreement).

FIGURE 4: COMPARISON OF THE CURRENT, ESTIMATED, AND NECESSARY RESOURCES OF THE PRPB DIVIDED BETWEEN CIVILIANS AND POLICE OFFICERS



% Reduction of Sworn Officers

*Excludes outsourced reservists

Source: PRPB Staffing and Resource Allocation Study – March 31, 2018, List of Employees Unlinked in the last 5 years to May 31, 2018

7

## Methodology used to Develop the Implementation Plan

To develop the implementation plan, the workplan was divided into three principal phases: 1) sessions of planning and prioritization of projects, 2) the implementation strategy design, and 3) drafting and preparing of the final document. The planning and prioritization sessions lasted a period of eight weeks in which owners and team members assigned to these projects defined goals, activities, and deadlines for each initiative. As part of these sessions, there were meetings with the PRPB Commissioners and Area Commanders (see Figure 5 for more detail); where it was agreed that the priority should be to address staffing in police stations given their critical nature in public safety. Subsequently, other specialized units would be addressed gradually, also based on public safety priorities, as agreed by the Commissioners and Area Commanders. Additionally, the 13 police areas were revisited, and meetings were held with the station Commanders to update current personnel roster, to ensure the redistribution plan considers recent separations.

FIGURE 5: WORK CARRIED OUT AT DIFFERENT LEVELS TO DETERMINE METHODOLOGY OF REDISTRIBUTION



After meeting with field operations officials, sessions were held with administrative personnel of the Auxiliary Superintendence of Management Services (SASG) and the Office of Administration and Transformation of Human Resources of the Government of Puerto Rico (OATHR) to discuss the subject of civilianization and movements of police officers in administrative functions. The Classifications and Remuneration Division conducted an internal audit of the PRPB to validate which police officers were

performing administrative functions and identify the civilian job classifications needed to replace them with personnel from other government agencies. Likewise, meetings were held with personnel from the human resources department to understand and detail the work plan for the implementation of new processes of time and attendance, and with personnel from the Technology and Communications Bureau and Management Services to understand the scope of the project of digitalizing the incident reports PPR-468. Both projects should eliminate these functions and help redeploy officers. As part of the process, there were also a series of informative meetings that were held with personnel from the TCA Office and the US Department of Justice.

The strategy design stage required a series of meetings with the Auxiliary Superintendence in Field Operations, Criminal Investigations, and Management Services to determine the best way to supply those units identified as priorities in the redistribution plan. Finally, the document was finalized during a month of recurring meetings with the commissioners as well as personnel from the Auxiliary Superintendence in Management Services, to meet the goal of submitting it on September 27, 2018. Once the document was finalized it was sent to the Reform Office, the TCA, and the leadership of the DPS for final approval.

# Implementation Plan

The staffing allocation plan will begin with six initiatives (see Table 1) based on three principal pillars and composed of parallel projects in the short, medium, and long term. The six initiatives are described in Table 1.

TABLE 1 IMPLEMENTATION PLAN INITIATIVES BY PILLAR

| Pillars | Initiatives |
|---|---|
| I. Internal redistribution of resources | 1) Redistribution in operational police stations and investigative specialized units |
| II. Addition of external resources and process improvement | 2) Process improvements of time and attendance (Kronos/432), and statistics (468)<br>3) Consolidations and Unit Elimination<br>4) Recurring movements through civilianization (recruits civilians to perform administrative functions currently done by police officers)<br>5) Police academy for aspiring new officers |
| III. Compliance and Sustainability | 6) Project Management Office |

9

The high-level itinerary of the six initiatives in their respective pillar with the estimated time of duration is presented below on Figure 6.

FIGURE 6: HIGH-LEVEL GANTT CHART OF THE IMPLEMENTATION PLAN OF REQUIREMENT 13



Below, the initiatives are described according to their pillar. The descriptions of each initiative are included in their Project Charters, where the details of these initiatives are defined. The Project Charters will be used as dynamic tools to manage the implementation of each initiative and, therefore, are subject to changes during the process.

## I.      Internal Redistribution of Resources

The initiative related to the redistribution of personnel can be executed immediately because it pertains to staff that is already part of the police department. The implementation of this initiative does not require the implementation of technology projects, neither does it depend on external factors to PRPB. The following sections will describe in detail the redistribution of resources among police stations and investigative units.

### Initiative 1: Redistribution of Police Stations and Investigative Units

Initiative 1 consists of personnel movements among police stations in the Auxiliary Superintendence of Field Operations (SAOC, by its initials in Spanish) and investigative units in the Auxiliary Superintendence

of Criminal Investigations (SAIC, by its initials in Spanish). These were selected based on which divisions have the highest impact on public safety and the highest levels of personnel shortage.

### Personnel movements among police stations in SAOC

After analyzing personnel need for 110 police stations and 5 outposts, the primary focus of the redistribution is on Field Agents, which have functions such as complaints investigation, preventive patrolling and desk officers. Figure 7 shows a precinct map, which demonstrates the excess and shortage of personnel with different colors, where dark red represents the precincts with critical shortages such as: Bayamon Norte, Bayamon Sur, Puerto Nuevo, Caguas. Precincts with high excess of personnel will be represented in dark blue such as: Yauco and Juana Diaz. Lighter colors will represent units with lower excesses and shortages. This map helps visualize the need for redistribution within the same Police Area and across the island. Across the island, the redistribution will be done using a cascade approach that will focus on moving of personnel by sections from the southwest to the northeast of Puerto Rico.

FIGURE 7: DISTRIBUTION OF STAFFING NEEDS BY PRECINCT UPDATED ON JUNE 2018



The net gap of a Police Area can be calculated by adding all the excess and shortage from precincts within the Area. Figure 8, shows the net gap for Field Agents by Police Area, demonstrating that, with the exception of Ponce, all Areas have personnel shortages.

FIGURE 8: FIELD AGENTS NET GAP BY AREA



*Does not include Precinct Aeropuerto
Source: Staffing Study updated to June 2018

Note: These numbers only include Field Officers in patrolling and preventive functions, motorcycles and desk officers. These do not include personnel in administrative functions, supervisors or directors.

Given that PRPB does not have enough personnel to fully supply all units with the calculated staffing level, temporarily, it will be necessary that Police Areas with excess or low shortages concede officers to Areas with critical shortages (more than 30%). In other words, the objective is to balance the allocation of personnel for each unit based on work load. The redistribution among areas will require that personnel from areas with minor shortages cascade down to adjacent areas with greater shortages and some personnel would continue to towards units that are in critical condition. This methodology will be used to minimize the possibility of field agents being separated from the community in which they reside by reducing the distance to which they will be transferred. In addition, short distance transfers, will mitigate the possibility of legal repercussions that can result from the discontent of transferred personnel.

To apply this methodology, Area Commanders should develop plans for the redistribution of internal personnel from their respective Areas and, at the same time, identify the personnel that can be transferred to other Areas. In addition, to cover work units with shortages, Area Commanders can leverage the excess of personnel assigned to the Area Command. This includes, excess personnel in administrative and operational functions and personnel that will be released after the consolidation of police stations.

Figure 9, shows one potential scenario for the cascade redistribution, identified are Police Areas that will release personnel, ones that will release and receive, and some that will only receive personnel. The main

objective of the cascade is to continually fill positions in Areas with large shortages until reaching critical areas such as Bayamon and San Juan, which should only receive resources.

FIGURE 9: CASCADE REDISTRIBUTION RECOMMENDATION FOR FIELD AGENTS



To mitigate legal repercussions that could result from the movement of personnel, is important to define and document the official criteria for the selection of personnel that will be transferred. SAOC leadership and the Human Resources Department should be in charge of the development of this criteria.

While going through the implementation of the redistribution, a plan to assign supervisors based on the new number of field agents in police stations should be developed in parallel.

### Supervisors

Similar to Field Agents, PRPB does not have enough Supervisors to meet the levels of supervision required by the Reform Agreement. Based on the study's calculations, a police station needs a minimum of six supervisors, one per shift (three per day) and their respective relief (one per supervisor). To maintain a ratio of eight field agents to one supervisor, which is the agreed requirement in the Reform Agreement, some police stations will require more than the minimum of six supervisors. The total need for the 110 police stations results on 740 supervisors. Currently, all police stations combined have about 480 sergeants assigned to supervisor positions, therefore, initially it will be essential to redistribute and assign these sergeants to stations that are in critical need of supervision.

Most police stations (101 of 110) need six (6) supervisors, which is the minimum required to cover all three shifts of the station. Initially, sergeants will distribute the personnel to have four (4) supervisors per station, three (3) to cover shifts and one (1) to relief. During that period, those stations with only four (4) supervisors, the director and auxiliary director should support the relief of supervisors. Police stations that need more than the minimum should assign enough personnel to have a shortage of two (2) supervisors.

13

Similar to field agents, supervisors must be redistributed first within their current Police Area and subsequently, island wide using the cascade methodology.

To fill the positions needed to reach an eight (8) to one (1) agent to supervisor ratio, a promotions plan has to be developed, where the department can point out the necessary actions needed to reach proper supervision levels. For a successful implementation of this plan, PRPB will have to be diligent on the identification of resources that can be promoted and, at the same time, ensure that these promotions will not create a shortage of agents. However, to reach the required levels of supervision, PRPB should start redistributing personnel currently in supervisor positions, and then executing the promotion plan, which will depend on initiatives 2 and 4 discussed below.

### Personnel movement within SAIC investigative divisions

Similar to police stations in SAOC, redistribution will focus on moving resources from units with excess or low shortage of personnel to units with critical shortages of personnel. In contrast, SAIC redistribution should focus on moving personnel within the investigative divisions in the same Police Area. As an example, if an Area has a critical shortage of personnel in the Robbery Division, resources will be transferred from units, such as Auto Theft, Special Victims Units or others inside the area that might have an excess of personnel.

### Movement of vehicles and other equipment

As part of the personnel redistribution, vehicles and other equipment utilized by PRPB will be distributed together with the human resources. The PRPB Staffing Study that was done to comply with Requirement 13 of the PRPB Reform Agreement, established that equipment is divided in two categories: equipment per official and equipment per unit. The movement of the equipment per unit will concentrate first on the precincts from SAOC Police Areas and then will focus on SAIC investigative units, following closely the movement of personnel and the proportions specified in the study. To achieve the movement of equipment, the PRPB Administration Bureau has to be an integral part of the planning and execution for everything related to facilities and vehicles, and the Technology and Communication Bureau for radios, electronic equipment and databases that could be affected by the movements. In other words, SASG involvement is vital for the successful execution of the administrative changes and movement of equipment that will result from the personnel movement.

## Project Charter: Personnel Redistribution

To provide additional details of the Personnel Redistribution initiative, a Project Charter was created. Some of the details provided by the Project Charter below are the core team, risks, limitations, benefits, costs, communication strategy, among other project aspects.

| 1. General Project Information | |
|---|---|
| **Project Name:** | Redistribution of current human resources |
| **Executive Sponsors:** | Col. Reinaldo Bermudez, Associate Commissioner of Administration |
| **Department Sponsor:** | Col. Luis Colon, Deputy Commissioner of Field Operations |
| **Impact of project:** | Balancing of resources to improve response to public safety incidence and community generated calls for service |

| 2. Project Team | Name | Department | Telephone | E-mail |
|---|---|---|---|---|
| **Project Manager:** | Cor. Luis O. Colón Ortiz | SAOC | | locolon@policia.pr.gov |
| **Team Members:** | Tnte. Cor. José M. Rodríguez Rivera | SAOC-Área Aguadilla | | jmrodriguez3@policia.pr.gov |
| | Cmdte. Guillermo Rivera Rosario | SAOC-Área Aibonito | | grivera12@policia.pr.gov |
| | Cmdte. Jaime Mont Bruton | SAOC-Área Arecibo | | jmont@policia.pr.gov |
| | Tnte. Cor. Israel Vázquez Rivera | SAOC-Área Bayamón | | lvazquez3@policia.pr.gov |
| | Tnte. Cor. José García Díaz | SAOC-Área Caguas | | jjgarcia@policia.pr.gov |
| | Cor. Antonio López Figueroa | SAOC-Área Carolina | | alopez4@policia.pr.gov |
| | Cor. Juan A. Rodriguez Dávila | SAOC-Área Fajardo | | Jrodriguez5@policia.pr.gov |
| | Tnte. Cor. Jorge Luyando Pérez | SAOC-Área Guayama | | jdluyando@policia.pr.gov |
| | Tnte. Cor. Manuel De Jesús Treskow | SAOC-Área Humacao | | rafigueroa@policia.pr.gov |
| | Tnte. Cor. Roberto Rivera Miranda | SAOC-Área Mayagüez | | rrivera7@policia.pr.gov |
| | Tnte. Cor. Carlos Cruz Burgos | SAOC-Área Ponce | | chcruz@policia.pr.gov |
| | Tnte. Cor. Juan Caceres Méndez | SAOC-Área San Juan | | jacaceres@policia.pr.gov |
| | Tnte. Cor. Carlos J. Miranda Soto | SAOC-Área Utuado | | cjmiranda@policia.pr.gov |

15

| | Juan C. Rivera Vázquez | SASG-Negociado de Tecnología y Comunicaciones | | jcrivera@policia.pr.gov |
|---|---|---|---|---|
| | Zoraida Sánchez González | SASG-Negociado Recursos Humanos | | zsanchez@policia.pr.gov |
| | Sandra E. Clemente Rosado | SASG-Superintendencia | | seclemente@policia.pr.gov |

**3. Stakeholders** *(e.g., those with a significant interest in or who will be significantly affected by this project)*

Sworn officers that will be redistributed and tranferred

Governor and Executive Branch of government

**4. Project Scope Statement**

**Project Purpose / Business Justification** *Describe the business need this project addresses*

Balancing personnel to distribute pesonnel according to workload, initially addressing units with critical shortages. This will improve response to crime and calls for service.

**Objectives (in business terms)** *Describe the measurable outcomes of the project, e.g., reduce cost by xxxx or increase quality to yyyy*

FY 2019: No units with critical shortage greater than 30% + Promotion of 109 Sergeants and 40 Lieutenants

FY 2020: No units with shortage greater than 20% + promotion of 150 Sergeants and 40 Lieutenants

FY 2021: Promotion of 175 Sergeants and 50 Lieutenants

FY 2022: Promotion of 175 Sergeants and 40 Lieutenants

FY 2023: No units with shortage greater than 15%

**Deliverables** *List the high-level "products" to be created (e.g., improved xxxx process, employee manual on yyyy)*

Master redistribution plan, including list of personnel to be redistributed per station and per police area

**Scope** *List what the project will and will not address (e.g., this project addresses units that report into the Office of Executive Vice President. Units that report into the Provosts Office are not included)*

Units to be initially considered have been established and prioritized based on public safety and high levels of defficiency.

Redistribution in an initial phase will be focused on SAOC and SAIC, whose units make up 90% of the PRPB staff. Specifically, the initial phase will focus on precincts and districts and CICs.

**Project Milestones** *Propose start and end dates for Project Phases (e.g., Inception, Planning, Construction, Delivery) and other major milestones*

Project start: August 2018

Internal redistribution complete by March 2019.

**Major Known Risks (including significant Assumptions)** *Identify obstacles that may cause the project to fail.*

| Risk | Risk Rating (Hi, Med, Lo) |
|---|---|
| Area commanders can be opposed to redistributing personnel within their area, and also providing resources to other adjacent areas. | Med |

**Constraints** *List any conditions that may limit the project team's options with respect to resources, personnel, or schedule (e.g., predetermined budget or project end date, limit on number of staff that may be assigned to the project).*

Budget to promote police officers

**External Dependencies** *Will project success depend on coordination of efforts between the project team and one or more other individuals or groups? Has everyone involved agreed to this interaction?*

Human resources bureau

Project Management team as detailed in Initiative #6

**5. Benefits and Costs** *Identify potential monetary savings or costs generated by implementing the project.*

Cost:

Promotions of sergeants and lieutenants: approximately $800K per year.

**6. Communication Strategy** *(specify how the project manager will communicate to the Executive Sponsor, Project Team members and Stakeholders, e.g., frequency of status reports, frequency of Project Team meetings, etc.*

Bi-Weekly meetings with Steering Committee

Weekly status meetings with implementation team

## II.   Addition of External Resources and Process Improvement

While the personnel in police areas is being redistributed proportionally according to workload needs, other important changes are being implemented in the PRPB to free additional resources to address the overall shortage in operational functions. These changes are grouped into a series of initiatives or projects which intend to: reduce the need for personnel through process improvement, release and redeploy police officers that are currently in administrative roles, and recruit prospects to enroll in the police academy. Consequently, successful implementation of the initiatives detailed below should bridge the gap between the current staffing level, and the number of resources recommended in the Staffing and Allocation Study.

## Initiative 2: Process Improvement in Time and Attendance (Kronos/432) and Statistics (PPR-468)

### 2.1 Time and Attendance (Kronos y PPR 432)

Initiative 2 consists of updating and validating data in Kronos and training PRPB personnel in its proper use. Currently, the time and attendance process is executed in two different ways, one is using an electronic punch and the other is being done manually with an attendance log book. Police officers receive salary payments regardless of their electronic punch, and therefore there is little trust in the system, and also no incentive for using it on a regular basis. Implementation of this initiative will result in improvements in available time, better recording of overtime worked, and releasing at least one resource per unit that is currently in charge of time sheets and the manual attendance log. Additionally, it is also expected that the personal schedule document (PPR 432) will be digitalized, which is currently used to

17

register and submit overtime hours to be paid or accumulated. This initiative has implications for the implementation of improvements in the management of overtime and is also subject to a federal lawsuit. (Alexander Acosta v. PRPB, USDC No. 3:16-cv-02849-GAG).

## Project Charter: Time and Attendance

Below, is the Project Charter for the implementation of the process improvement initiative, which details its general information including the work team, risks and limitations, benefits and costs, communication strategy of the project, among other aspects of the project.

| 1. General Project Information | | | | |
|---|---|---|---|---|
| **Project Name:** | Process Improvement: Time and Assistance | | | |
| **Executive Sponsors:** | Sandra E. Clemente Rosado, SASG-Superintendente | | | |
| **Department Sponsor:** | Zoraida Sánchez González, SASG-Negociado Recursos Humanos | | | |
| **Impact of project:** | Redeployment of resources currently assigned to management of Time and Assistance in units | | | |
| **2. Project Team** | | | | |
| | Name | Department | Telephone | E-mail |
| **Project Manager:** | Eily J. Molina Batista | Superintendencia Auxiliar Servicios Gerenciales | | ejmolina@policia.pr.gov |
| **Team Members:** | Gladys E. Rosa Trinidad | División de Licencias | | zsanchez@policia.pr.gov |
| | Brenda Roldán | Interboro | | broldan@interboropr.com |
| | Vivian Napoleón Rosado | Sección Horas Extras – División de Nómina | | vnapoleon@policia.pr.gov |
| | Tnte. II Luis A. Vázquez Centeno | Oficina de Reforma | | lvazquez3@policia.pr.gov |
| | Dr. Juan C. Rivera | Negociado de Tecnología y Comunicaciones | | jcrivera@policia.pr.gov |
| | Lcda. Marlene Rodriguez Colón | Oficina de Reforma | | mrodriguez9@policia.pr.gov |

**3. Stakeholders** *(e.g., those with a significant interest in or who will be significantly affected by this project)*

PRPB Personnel

Interboro

SAEA (Auxiliary Superintendency of Education and Training (SAEA for its Spanish acronym))

**4. Project Scope Statement**

**Project Purpose / Business Justification** *Describe the business need this project addresses*

Modernize the police department by implementing Kronos successfully throughout the department. This will eliminate the need for personnel in units deicated 100% to tasks related to time and attendance.

**Objectives (in business terms)** *Describe the measurable outcomes of the project, e.g., reduce cost by xxxx or increase quality to yyyy*

1. Staff is adequately trained in use of Kronos
2. Supervisors are trained in use of Kronos
3. Elimination of PPR 432, overtime doc, and log book
4. Measure numbers of police officers redeployed to operational functions
   FY 2020-2021: Start personnel redeployment: 110 positions eliminated in police stations
   FY 2022: Complete implementation / roll out
   FY 2023: No personnel dedicated to time and attendance in units

**Deliverables** *List the high-level "products" to be created (e.g., improved xxxx process, employee manual on yyyy)*

Final list of personnel redeployed to operational units each year

**Scope** *List what the project will and will not address (e.g., this project addresses units that report into the Office of Executive Vice President. Units that report into the Provosts Office are not included)*

The scope of this project is to modernize time and attendance. This does not include any hardware issued associated to the biometric punch, or the technology/connectivity required to implement this project.

**Project Milestones** *Propose start and end dates for Project Phases (e.g., Inception, Planning, Construction, Delivery) and other major milestones*

1. Validate accessibility to biometric punch
2. Validate Kronos program
3. Develop 432 overtime module in Kronos and connect to overtime payment
4. Validate 432 virtual module
5. Develop training plan for use of program
6. Implement new system and new process (General Order)
7. Redeploy staff to other duties

**Major Known Risks (including significant Assumptions)** *Identify obstacles that may cause the project to fail.*

| Risk | Risk Rating (Hi, Med, Lo) |
|---|---|
| Unsuccessful implementation of new processes | Medium |
| Not in compliance with the agreement with the Federal Labor Department | High |

**Constraints** *List any conditions that may limit the project team's options with respect to resources, personnel, or schedule (e.g., predetermined budget or project end date, limit on number of staff that may be assigned to the project).*

Agency must identify an expert in Kronos to evaluate and optimize the time and attendance module

Time required to complete and validate the overtime payment module

Budget and time to train personnel and Interboro

**External Dependencies** *Will project success depend on coordination of efforts between the project team and one or more other individuals or groups? Has everyone involved agreed to this interaction?*

Interboro (External supplier of Kronos)

**5. Benefits and Costs** *Identify potential monetary savings or costs generated by implementing the project.*

Redeployment of resources to operational functions

Training of personnel and internal trainers

**6. Communication Strategy** *(specify how the project manager will communicate to the Executive Sponsor, Project Team members and Stakeholders, e.g., frequency of status reports, frequency of Project Team meetings, etc.*

Send a memo to all PRPB and a new General Order with new processes

19

## 2.2 Statistics and Form 468

Initiative 2 also consists of the process of digitalizing Incident Reports (PPR 468), which will help automate the incident report approval process, the recording of statistics in each unit, and the transfer of documents to Records and Reports offices for citizen access. To be able to modernize this process, officers need to be trained in the new software and also be provided with the appropriate hardware to be able to use it in the field. Currently, this process is being carried out manually by filling out a printed report, which requires having a dedicated employee, often a sworn officer, to verify and record them in each unit. After successful implementation of this initiative, there could be improvements in available time, recording of statistics and clearances, and it will release at least one resource per unit that is currently in charge of verifying and recording these statistics.

## Project Charter: Process Improvement of Statistics (PPR 468)

Below is the Project Charter for the implementation of the PPR468 digitalization initiative, which details the general information including the work team, risks and limitations, benefits and costs, communication strategy of the project, among other aspects.

| 1. General Project Information | | | | |
|---|---|---|---|---|
| **Project Name:** | | Process Improvement: Statistics (PPR 468) | | |
| **Executive Sponsors:** | | Juan C. Rivera Vazquez, Negociado de Tecnología y Comunicación | | |
| **Department Sponsor:** | | Claudia Sotomayor Mercado, División de Estadísticas | | |
| **Impact of project:** | | Efficient processes to document statistics in a more effective manner. | | |
| **2. Project Team** | | | | |
| | **Name** | **Department** | **Telephone** | **E-mail** |
| **Project Manager:** | Juan C. Rivera Vazquez | Negociado de Tecnología y Comunicación | | jcrivera@policia.pr.gov |
| **Team Members:** | Claudia Sotomayor Mercado | División de Estadísticas | | cesotomayor@policia.pr.gov |
| | Caonabo Vicente Vázquez | Negociado de Tecnología y Comunicación | | cvicente@policia.pr.gov |
| | Eric Marrero Aizprúa | Negociado de Tecnología y Comunicación | | emarrero@policia.pr.gov |
| **3. Stakeholders** *(e.g., those with a significant interest in or who will be significantly affected by this project)* | | | | |
| All personnel of the PRPB | | | | |
| **4. Project Scope Statement** | | | | |

**Project Purpose / Business Justification** *Describe the business need this project addresses*

Digitalization of statistical reports and certifications in order to have better management of statistics and be able to release resources dedicated to recording PPR 468 reports in the police stations

**KPI's** *Describe the measurable outcomes of the project, e.g., reduce cost by xxxx or increase quality to yyyy*

1. Elimination of the use of PPR-468
2. Automate the management of reports and statistics
3. Number of police officers deployed to operational functions

   FY 2021: Personnel release process begins (110 statistics positions in the police stations eliminated)

   FY 2022: Implementation process ends

   FY 2023: No units have 100% staff dedicated to the management of statistics

**Deliverables** *List the high-level "products" to be created (e.g., improved xxxx process, employee manual on yyyy)*

New automated processes to document PRPBs statistics.

**Scope** *List what the project will and will not address (e.g., this project addresses units that report into the Office of Executive Vice President. Units that report into the Provosts Office are not included)*

This project includes the digitalization of the incident report process. This does not include anything related to the delivery of these documents to the public in the specified unit.

**Project Milestones** *Propose start and end dates for Project Phases (e.g., Inception, Planning, Construction, Delivery) and other major milestones*

1. Modify Intelutions work plan based on pilot results in police areas
2. Determine the activities required with the users, to make sure these changes are adopted, including trainings
3. Establish the Statistics unit as the owner of this project/process
4. Free resources performing these tasks in the precincts

**Major Known Risks (including significant Assumptions)** *Identify obstacles that may cause the project to fail.*

| Risk | Risk Rating (Hi, Med, Lo) |
|------|---------------------------|
| Implementation of New Processes | Medium |

**Constraints** *List any conditions that may limit the project team's options with respect to resources, personnel, or schedule (e.g., predetermined budget or project end date, limit on number of staff that may be assigned to the project).*

Availability of computer ports in patrol cars and units

**External Dependencies** *Will project success depend on coordination of efforts between the project team and one or more other individuals or groups? Has everyone involved agreed to this interaction?*

N/A

**5. Benefits and Costs** *Identify potential monetary savings or costs generated by implementing the project.*

Release of resourses assigned to statistical functions in the police stations

Work load reduction in the units

**6. Communication Strategy** *(specify how the project manager will communicate to the Executive Sponsor, Project Team members and Stakeholders, e.g., frequency of status reports, frequency of Project Team meetings, etc.*

Send a message and a new General Order to the entire PRPB explaining the new processes to be implemented.

## 2.3 Continuing Education

In addition to the process improvements described above, there is a need for an established program that promotes the professionalization of all personnel, both police officers and civilians, through courses directed towards increasing their knowledge in technological, operational, administrative, and legal topics related to their work. These programs are required so that the PRPB can be more efficient and effective with the recording of hours worked, overtime worked, statistics, etc.

## Initiative 3: Consolidations and Unit Eliminations

The Initiative 3 is comprised of identifying and executing opportunities for consolidations and operational unit eliminations in the Auxiliary Superintendency of Field Operations (SAOC) and the Auxiliary Superintendency of Criminal Investigations (SAIC). These opportunities will be executed with the purpose of redeploying personnel that can be redistributed to units with personnel shortages.

## 3.1 Consolidations

Consolidation opportunities will be identified after the SAOC and SAIC commanders, together with the directors of the SASG bureau, evaluate the different operational units and their locations to determine which units can be consolidated. The evaluations' focus will be on identifying units that can be consolidated without deteriorating the service they provide, and instead, produce significant benefits. For example, the consolidation of one police station can release approximately 12 police officers, which is a significant benefit for the PRPB since it represents 3 additional full-time patrol units.

## 3.2 Unit Elimination

As with consolidations, SAOC commanders will have the task of identifying which units can be eliminated based on the public safety strategy. Preliminarily, three operational units were identified that could be eliminated: the Mounted Unit, Diver Unit, and Rescue Unit. The elimination of these units can help redeploy approximately 80 resources.

## Project Charter: Consolidation and Unit Elimination

The table below presents the Project Charter for the implementation of the consolidations and unit eliminations initiative, which details the general information including the work team, risks and limitations, benefits and costs, communication strategy of the project, and other relevant information.

| 1. General Project Information | |
| --- | --- |
| Project Name: | Consolidations and Unit Eliminations |

| Executive Sponsors: | Cor. Reinaldo Bermúdez, Associate Commissioner of Administration | | | |
|---|---|---|---|---|
| Department Sponsor: | Cor. Luis Colón, Deputy Commissioner of Field Operations | | | |
| Impact of project: | 1.  Release of operational and administrative resources that can be used in operational units that are in shortage of personnel.<br>2.  Savings in rent and utilities | | | |

| 2. Project Team | | | | |
|---|---|---|---|---|
| | Name | Department | Telephone | E-mail |
| Project Manager: | Cor. Luis O. Colón Ortiz | SAOC | | lrkuilan@policia.pr.gov |
| Team Members: | Tnte. Cor. José M. Rodríguez Rivera | SAOC-Área Aguadilla | | Jmrrodriguez3@policia.pr.gov |
| | Cmdte. Guillermo Rivera Rosario | SAOC-Área Aibonito | | grivera12@policia.pr.gov |
| | Cmdte. Jaime Mont Bruton | SAOC-Área Arecibo | | jmont@policia.pr.gov |
| | Tnte. Cor. Israel Vázquez Rivera | SAOC-Área Bayamón | | Ivazquez3@policia.pr.gov |
| | Tnte. Cor. José García Díaz | SAOC-Área Caguas | | jjgarcia@policia.pr.gov |
| | Cor. Antonio López Figueroa | SAOC-Área Carolina | | alopez4@policia.pr.gov |
| | Cor. Juan A. Rodriguez Dávila | SAOC-Área Fajardo | | Jrodriguez5@policia.pr.gov |
| | Tnte. Cor. Jorge Luyando Pérez | SAOC-Área Guayama | | jdluyando@policia.pr.gov |
| | Tnte. Cor. Manuel De Jesús Treskow | SAOC-Área Humacao | | rafigueroa@policia.pr.gov |
| | Tnte. Cor. Roberto Rivera Miranda | SAOC-Área Mayagüez | | rrivera7@policia.pr.gov |
| | Tnte. Cor. Carlos Cruz Burgos | SAOC-Área Ponce | | chcruz@policia.pr.gov |
| | Tnte. Cor. Juan Caceres Méndez | SAOC-Área San Juan | | jacaceres@policia.pr.gov |
| | Tnte. Cor. Carlos J. Miranda Soto | SAOC-Área Utuado | | cjmiranda@policia.pr.gov |
| | Comdte. Iris Colón Santiago | SAOC- Relaciones a la Comunidad | | ijcolon@policia.pr.gov |
| | Tnte. Cor. Jorge Hernández Peña | SAOC- Patrulla de Carretera | | jhernandez@policia.pr.gov |
| | Tnte. Cor. Felícita Coreano Rivera | SAOC- FURA | | fcoreano@policia.pr.gov |
| | Juan Carlos Rivera | SASG-Negociado de Tecnología y Comunicaciones | | jcrivera@policia.pr.gov |
| | Zoraida Sánchez González | SASG-Negociado Recursos Humanos | | zsanchez@policia.pr.gov |
| | Sandra E. Clemente Rosado | SASG - Superintendencia | | seclemente@policia.pr.gov |
| | Abimelec Pérez Estrella | SASG – Negociado de Servicios Administrativos | | aperez10@policia.pr.gov |
| | Elsie Casillas Quiñones | SASG – División de Comunicaciones | | Ecasillas2@policia.pr.gov |
| | Tnte. II Luis A. Vázquez Centeno | Oficina de Reforma | | Lvazquez3@policia.pr.gov |

## 3. Stakeholders *(e.g., those with a significant interest in or who will be significantly affected by this project)*

Mayors of municipalities were consolidations or elimination of units will occur.

Citizens of municipalities or sectors were consolidations or elimination of units will occur.

Senators of the public security commission. Governor of Puerto Rico and his Fortaleza team.

## 4. Project Scope Statement

**Project Purpose / Business Justification** *Describe the business need this project addresses*

Consolidation and elimination of operational units with the purpose of releasing personnel to be better utilized in units with shortages and obtain savings on infrastructure for those units that will be closed.

**KPI's** *Describe the measurable outcomes of the project, e.g., reduce cost by xxxx or increase quality to yyyy*

1. Consolidate approximately 12-15 units that will result in approximately 100-200 resources released to other units with shortages in operational functions and savings in infrastructure
   FY 2019: Consolidate 50% of the approved units
   FY 2020: Finish the process of unit consolidations
2. Eliminate 3 units (Divers, Rescue and Mounted) that will result in approximately 80 resources released to other units with shortages in operational functions and savings in infrastructure
   FY 2019: Elimination of Divers unit and transfer of personnel to the Maritime Unit of Piñones
   FY 2020: Elimination of Rescue unit and Mounted units (Bayamón y Cabo Rojo)

**Deliverables** *List the high-level "products" to be created (e.g., improved xxxx process, employee manual on yyyy)*

1. Approved list of operational units that will be consolidated or eliminated
2. Master plan which includes the different activities needed to move resources and equipment
3. Validation of personnel that was released and relocated

**Scope** *List what the project will and will not address (e.g., this project addresses units that report into the Office of Executive Vice President. Units that report into the Provosts Office are not included)*

This project will focus on the consolidation and elimination of operational units that form part of the superintendencies of SAOC and SAIC. Command areas and units in other superintendencies will not be considered as part of this project.

**Project Milestones** *Propose start and end dates for Project Phases (e.g., Inception, Planning, Construction, Delivery) and other major milestones*

Start date: August 2018

1. Evaluate locations of the different SAOC and SAIC units to identify opportunities for consolidation or elimination.
2. Execute consolidations and eliminations in FY 2020
3. Redistribute released resources

**Major Known Risks (including significant Assumptions)** *Identify obstacles that may cause the project to fail.*

| Risk | Risk Rating (Hi, Med, Lo) |
|---|---|
| Resistance by part of mayors and citizens of municipalities where units will be closed | High |
| Possible resignations of personnel that does not want to transfer to new places of work | Medium |

**Constraints** *List any conditions that may limit the project team's options with respect to resources, personnel, or schedule (e.g., predetermined budget or project end date, limit on number of staff that may be assigned to the project).*

Project management personnel, human resources, and technology that will be needed to carry out personnel and equipment movements.

**External Dependencies** *Will project success depend on coordination of efforts between the project team and one or more other individuals or groups? Has everyone involved agreed to this interaction?*

This project depends on:

1. The determination by the area commanders of which operational units can be consolidated and eliminated without affecting the service

2. The state of the infrastructure of the different units

**5. Benefits and Costs** *Identify potential monetary savings or costs generated by implemeting the project*

1. Savings in payroll - being able to use resources released by these consolidations to cover those units in shortage, which need to increase their personnel to comply with Requirement 13 of the Reform

2. Savings in infrastructure - for private units the cost of rent is saved and for all units the utilities cost is saved

**6. Communication Strategy** *(specify how the project manager will communicate to the Executive Sponsor, Project Team members and Stakeholders, e.g., frequency of status reports, frequency of Project Team meetings, etc.*

- Steering Committee meetings - the project manager will hold recurring meetings in which the status of the project will be updated and issues of importance to the project will be discussed.

- Communications to the NPPR - communications will be sent to the PRPB about the status of the consolidations of units and updates of official documents

### Initiative 4: Recurring movements through civilianization

Civilianization is an industry term that describes the process by which civilians are used to perform a function that was previously performed by a police officer. This initiative goes hand in hand with Initiative 1 since it supports the recurring movement of police officers to critical units to perform their operational functions. However, it depends exclusively on how fast new civilian resources can be recruited to the bureau. Due to the current government policy, civilian personnel must be transferred from other government agencies through the Single Employer Act, which presents a challenge due to the act's state of maturity. It is expected that these transfers of civilians from other government agencies will occur gradually and at a slow pace, therefore, the results will be achieved in medium and long-term stages.

As part of the implementation of the Single Employer Act, the Classifications and Remunerations Division completed an audit to identify those sworn officers that are currently in administrative functions and understand their equivalent classifications. With this audit, a surplus of personnel was identified, that could be redeployed to their operational functions immediately. Additionally, this process also identified those police officers that are currently in administrative functions but cannot be transferred yet until they are replaced by civilian personnel from other government agencies. OATHR is working together with the Human Resources Bureau to provide the necessary civilian personnel from other agencies in order to redeploy police officers to operational functions.

Therefore, as these officers are redeployed, they shall be assigned to units based on public safety priorities and level of personnel shortage prioritizing on moving personnel from the SAOC and SAIC units that have critical shortages.

In addition to the transfers of civilians from other government agencies, the PRPB will carry out specific projects that will help release police officers in administrative functions so that they can be transferred to operational functions. These projects are detailed in Initiative 2.

In the medium and long term, the process of reclassifying unarmed or inactive police officers will be evaluated so that they can be reassigned or maintain administrative roles.

In addition, as part of civilianization, the police officers that will be released or deployed may require some additional training by SAEA based on their period of inactivity performing operational functions. In addition to the police officers redeployed to operational functions, the civilian personnel who will join the bureau through recruitment or other government agencies will also need to be trained in the administrative tasks of this particular agency.

### Project Charter: Civilianization

Below is the Project Charter for the implementation of the recurring civilianization initiative, which details the general information including the work team, risks and limitations, benefits and costs, communication strategy of the project, among other aspects.

| 1. General Project Information | | | | |
|---|---|---|---|---|
| **Project Name:** | Civilianization | | | |
| **Executive Sponsors:** | Cor. Reynaldo Bermúdez Ortiz, Comisionado Asociado de Administración | | | |
| **Department Sponsor:** | Zoraida Sánchez Gónzalez, SASG-Negociado Recursos Humanos | | | |
| **Impact of project:** | Supply the units with shortage of civilian personel | | | |
| **2. Project Team** | | | | |
| | Name | Department | Telephone | E-mail |
| **Project Manager:** | Zoraida Sánchez González | Negociado de Recursos Humanos | | zsanchez@policia.pr.gov |
| **Team Members:** | Sandra E. Clemente Rosado | Superintendencia de Servicios Gerenciales | | seclemente@policia.pr.gov |
| | María I. Cassidy Negrón | Negociado de Recursos Humanos | | micassidy@policia.pr.gov |
| | Amarilys M. Vazquez Torres | Negociado de Recursos Humanos | | amvazquez@policia.pr.gov |
| | Rachel Pagán González | OATRH | | rpagan@oatrh.pr.gov |

| | Waleska Cruz Domenech | OATRH | ⸰⸰⸰⸰⸰⸰ ⸰⸰⸰ | wcruz@oatrh.pr.gov |
|---|---|---|---|---|
| | Cor. Orlando Rivera | SAEA | ⸰⸰⸰⸰⸰⸰ ⸰⸰⸰ | orivera2@policia.pr.gov |

**3. Stakeholders** *(e.g., those with a significant interest in or who will be significantly affected by this project)*

Police officers that will be redistributed to their operational functions

Civilian personel from other government agencies

**4. Project Scope Statement**

**Project Purpose / Business Justification** *Describe the business need this project addresses*

Release of police officicers who are currently performing administrative functions to their operational functions. These administrative functions would be replaced by civilian personnel from other government agencies or external civilian personnel that can perform these same functions.

**KPI's** *Describe the measurable outcomes of the project, e.g., reduce cost by xxxx or increase quality to yyyy*

1. Movilization of police officers in administrative funcions to operational functions
2. Recruitment of civilians from other government agencies
3. Number of police officers that will be deployed to operational units
   FY 2019: 50 civilians received from other agencies
   FY 2020: 150 civilians received from other agencies
   FY 2021: 225 civilians received from other agencies
   FY 2022: 225 civilians received from other agencies
   FY 2023: 211 civilians received from other agencies

**Deliverables** *List the high-level "products" to be created (e.g., improved xxxx process, employee manual on yyyy)*

List of police officers that will be replaced by civilian personnel
List of civilian personnel that will be transferred to PRPB from other government agencies

**Scope** *List what the project will and will not address (e.g., this project addresses units that report into the Office of Executive Vice President. Units that report into the Provosts Office are not included)*

This project has the scope of releasing police officers that are currently performing administrative functions to their operational functions with personnel from other government agencies. This project does not take into account the recruitment of external civilians and its focus is more directed towards having more police officers on the streets.

**Project Milestones** *Propose start and end dates for Project Phases (e.g., Inception, Planning, Construction, Delivery) and other major milestones*

1. Move personnel that is in a unit with a surplus and performing administrative functions in order for them to perform their operational functions
2. Work with the OATRH and other government agencies to transfer civilian personnel
3. Move the police officers that have been replaced with transfers of civilian personnel from other agencies
4. Recruitment of civilians outside of government agencies

**Major Known Risks (including significant Assumptions)** *Identify obstacles that may cause the project to fail.*

| Risk | Risk Rating (Hi, Med, Lo) |
|---|---|
| Police culture | High |
| Relationship between police officers and civilian personnel | Medium |
| Appeals for onerous transfers | Medium |

27

**Constraints** *List any conditions that may limit the project team's options with respect to resources, personnel, or schedule (e.g., predetermined budget or project end date, limit on number of staff that may be assigned to the project).*

Budget of wages for those civilians transfered from other agencies.

Budget of wages for those civilians recruited outside government agencies.

Dependence on OATRH for movilization of civilian personnel.

**External Dependencies** *Will project success depend on coordination of efforts between the project team and one or more other individuals or groups? Has everyone involved agreed to this interaction?*

Reliance on management of other government agencies to transfer civilian personel recruited.

**5. Benefits and Costs** *Identify potential monetary savings or costs generated by implementing the project.*

Salary and contributions of civilians recruited.

Honor the salary of personnel that transferred from other agencies.

Training of civilian personnel hired and transferred.

**6. Communication Strategy** *(specify how the project manager will communicate to the Executive Sponsor, Project Team members and Stakeholders, e.g., frequency of status reports, frequency of Project Team meetings, etc.*

Biweekly meetings with the project management team to check in on the status of internal transfers.

Biweekly meetings with OATRH and other government agencies to check in on the status of external transfers.

## Initiative 5: Recruitment and Integration of New Prospective Agents

According to the numbers provided by the Human Resources department, the police department currently has 12,253 sworn officers. Of these, as calculated in the staffing study, there is a total need for 11,828 officers in operational functions, therefore, there is a surplus of 906 police officers. However, there are several factors that make the activation of a new police academy crucial and also recurrent.

- *Agents that are inactive or unable to be deployed to operational functions*: there are several members of the force that due to medical conditions are unable to perform their operational functions. In some cases, they are unarmed for mental health reasons, investigations against them, or because of extended licenses. There are also police officers serving on military leave, and another range of extended licenses that prevent them from being active full time as part of their operational unit. In all these cases, these police officers remain in limited or administrative functions.

- *Distribution of agents by geographical area and in specialized units*: the distribution of police officers is not balanced between the different police areas, and there are several police officers who, due to exceptional transfers, cannot be part of the redistribution process. On the other hand, there are a few officers who are specialists in a subject and cannot be deployed to other units, such as explosive technicians, canine handlers, pilots, and SWAT operators.

- *Attrition rate*: the attrition rate in the PRPB is approximately 3%-4% (in the last 4 years). This means that the police department loses more than 350 employees a year, which in turn means that the surplus of police officers that the PRPB currently has will be eliminated in 3 years. If it takes the police department 2 years to recruit, train and prepare a new prospect to become a police officer, the process should begin as soon as possible to counter the rate of resignations and withdrawals.

The Academy should be focused on two fronts: the establishment of a new continuous recruitment program, and a training program for those police officers that were in administrative functions and will be deployed to operational functions.

### 5.1 Recruiting Program
The immediate recruitment of candidates for the police is necessary, as mentioned above, to supply units that resulted in shortages during the staffing study, and continuously cover those positions that become naturally vacant due to separations and resignations.

To carry out this initiative, it is recommended that a Recruitment Program be implemented that develops a long-term plan and a work team that will promote the PRPB as an employment opportunity, and to have the capacity of receiving continuous applications throughout the year. In addition, this office will have the task of recruiting new applicants by using its best practices, integrating digital tools and social media, and going to universities and job fairs. The goal of this program is to mitigate the separation rate effectively and not fall into a shortage of personnel.

Currently, recruitment faces two main challenges: first, the challenge of making police work attractive, considering the reduction in benefits and retirement packages that have been executed throughout government; and second, the PRPB's capacity to reach out to new prospects through the media and publicity. Both must be studied carefully and must be a part of the implementation of this Recruitment Program.

### 5.2 Community Policing
According to best police practices, it is recommended that all members of the PRPB provide service in the communities in which they reside. Achieving this with the PRPS's current staff will be challenging since there are very few police officers that reside in the metropolitan area (San Juan, Bayamón, Carolina), which is where most of the workload is reported, and therefore, where there is a higher need for officers, according to the staffing study. This is a result of having a historically low response to recruiting initiatives

29

which have resulted in a low participation of new prospects from these areas. Therefore, to be consistent with the principles of community policing alternatives should be evaluated to generate the interest of applicants from those areas where there is a shortage of personnel, and that preferably are residents of areas close to where they are intended to work.

## Project Charter: Recruitment and Integration of New Prospective Agents

Below is the Project Charter for the recruitment and integration of new prospective agents' initiative, which details the general information including the work team, risks and limitations, benefits and costs, communication strategy of the project, among other aspects.

| 1. General Project Information | | | | |
|---|---|---|---|---|
| Project Name: | Recruitment and Integration of New Prospective Agents | | | |
| Executive Sponsors: | Cor. Reinaldo Bermúdez, Associate Commissioner of Administration | | | |
| Department Sponsor: | Sandra Clemente, Auxiliary Superintendent of Management Services | | | |
| Impact of project: | Supply units in staff shortages to improve the response to public safety initiatives | | | |

| 2. Project Team | | | | |
|---|---|---|---|---|
| | Name | Department | Telephone | E-mail |
| Project Manager: | Com. Luis Kuilan | SAOC | | lrkuilan@policia.pr.gov |
| Team Members: | Zoraida Sanchez González | SASG – Negociado de Recursos Humanos | | zsanchez@policia.pr.gov |
| | Margarita De Gracia | SASG – Division de Reclutamiento | | mdegracia@policia.pr.gov |
| | Tnte. I Blanca Perez Colon | SAEA | | BRPerez@policia.pr.gov |
| | Cor. Orlando Rivera | SAEA | | orivera2@policia.pr.gov |

**3. Stakeholders** *(e.g., those with a significant interest in or who will be significantly affected by this project)*

Auxiliary Superintendence in Education and Training – Instructors and Deans

Senators of the public security comission.

Governor of Puerto Rico with his Fortaleza team.

**4. Project Scope Statement**

**Project Purpose / Business Justification** *Describe the business need this project addresses*

Recruitment of new prospects to meet the needs and deficiencies of personnel in operational functions and temper the departure of recurring staff, personnel on extended licenses, and staff with reasonable accommodation or unarmed with an annual academy.

**KPI's** *Describe the measurable outcomes of the project, e.g., reduce cost by xxxx or increase quality to yyyy*

Number of new personnel recruited

Number of academy graduates annually

FY 2020: Recruit 500 aspiring agents

FY 2021: Recruit 563 aspiring agents

FY 2022: Recruit 364 aspiring agents

FY 2023: Recruit 443 aspiring agents (and in the future validate this number anually based on personnel exists)

**Deliverables** *List the high-level "products" to be created (e.g., improved xxxx process, employee manual on yyyy)*

List of personnel recruited that has finished the application process
New recruits assigned to operational units

**Scope** *List what the project will and will not address (e.g., this project addresses units that report into the Office of Executive Vice President. Units that report into the Provosts Office are not included).*

This project includes the activation of a police academy and the underlying processes that will allow for recruiting and training an amount of around 400 to 500 applicants each year. The project must also include the process to ensure that the academy is recurrent on an annual or bi-annual basis to counteract the separation rate.

**Project Milestones** *Propose start and end dates for Project Phases (e.g., Inception, Planning, Construction, Delivery) and other major milestones*

Start date: August 2018

Start of recruitment: September 2018

Start of first class of cadets: July 2019

Academy Graduation: March 2020

**Major Known Risks (including significant Assumptions)** *Identify obstacles that may cause the project to fail.*

| Risk | Risk Rating (Hi, Med, Lo) |
|---|---|
| Number of applicants will not be sufficient to balance out the exits of personnel | Medium |
| Approved budget does not contemplate a police academy | High |
| Applicants that move to the metropolitan area to comply with the academy's requirements, but later seek to transfer to the south or west areas | High |

**Constraints** *List any conditions that may limit the project team's options with respect to resources, personnel, or schedule (e.g., predetermined budget or project end date, limit on number of staff that may be assigned to the project).*

Budget to carry out an aggressive recruitment process

Budget to execute a recurring police academy

Amount of people interested in forming part of the police academy

**External Dependencies** *Will project success depend on coordination of efforts between the project team and one or more other individuals or groups? Has everyone involved agreed to this interaction?*

Budget approval

**5. Benefits and Costs** *Identify potential monetary savings or costs generated by implemeting the project.*

Costs:

1. Recruitment: Communication plan
2. Police academy operation and stipend for cadets (new academy of 400-500 applicants): $11.8M-$15.1M

**6. Communication Strategy** *(specify how the project manager will communicate to the Executive Sponsor, Project Team members and Stakeholders, e.g., frequency of status reports, frequency of Project Team meetings, etc.*

Biweekly meeting with the steering committee

Weekly meeting with the project team

## III.   Compliance and Sustainability

The value added by the PRPB Staffing Study is the creation of a scientific methodology to calculate the appropriate staffing level based on workload for all work units in the bureau. In addition, the study identified opportunities for improvement that will result in the elimination of administrative positions and the redeployment of sworn officers, that were on these positions, to operational functions. Even when completing the study was a great achievement for the PRPB, compliance with the Reform Agreement will depend on the successful execution of the initiatives described in this report. To ensure compliance, a Project Management Office (PMO) will be created to be responsible for the planification, coordination and facilitation of a series of initiatives and for monitoring the status of their execution.

### Initiative 6: Project Management Office "PMO"

The implementation of a PMO will help PRPB to successfully execute all initiatives and sustain performance improvements in order to comply with the Reform Agreement. To be effective, the PMO should have a defined governance, an aligned strategy, an established risk mitigation methodology and an analytical support group that will help to advance the execution of initiatives. These elements, which constitute an effective PMO are presented on Figure 10.

FIGURE 10: EFFECTIVE PMO ELEMENTS



## 6.1 Governance

For an efficient and effective execution, the determination of a core multidisciplinary team that has visibility to the implementation of all initiatives is critical. This team will be driven by a governance that will have processes, policies and communication strategies that will be used to ensure the success of all initiatives. The performance of the core team and the execution of these initiatives will be examined by the Steering Committee, which is composed by leaders from the PRPB organization. Figure 11 presents an organization chart that describes the interactions of this governance.

FIGURE 11: ORGANIZATIONAL CHART OF THE GOVERNANCE OF THE PMO



33

## 6.2 Strategy

Solid communication between the PMO and PRPB leadership is critical because results obtained from the different initiatives have to be aligned with the strategy of the bureau. To ensure alignment on the direction of the PMO and PRPB leadership, recurrent meetings will be established with the members of the PMO and the Steering Committee. These meetings will focus on discussing status, risks, priorities and strategic decisions for each initiative.

## 6.3 Analytical Support

The PMO should have skilled analytical resources, given that the precision needed for managing performance indicators and staffing need calculations is vital for the decision-making of PRPB leadership. To ensure a good performance during the implementation, the PMO will need the right analytical support to monitor Key Performance Indicators (KPIs) and update the calculations of staffing need. Team members that will provide analytical support should have skills that allow them to work with spreadsheets and databases that will be used for the calculation of needed personnel.

## 6.4 Risk Analysis and Audit

After the implementation, the PMO will be responsible to sustain new performance levels that will result from operational efficiencies obtained from the initiatives. To ensure performance sustainment, the PMO will perform audits which will raise any potential risks and will determine the best way to mitigate them.

## 6.5 PMO Implementation

The successful creation and implementation of a PMO will be subject to the completion of the following activities:

- Assigning a Project Manager that is responsible for managing PMO activities
- Development of job descriptions for the different roles of the PMO
- Implementation of processes to monitor initiatives status and compliance
- Develop tools and processes for the operationalization of the personnel need calculations
- Develop communication strategies to engage the steering committees and other members of the PRPB

## Project Charter: Implementation of a Project Management Office (PMO)

Below, is the Project Charter for the implementation of the project management office (PMO) and those initiatives relating to movement of personnel according to the reform agreement, which details its general

information including the work team, risks and limitations, benefits and costs, communication strategy of the project, among other aspects of the project.

| 1. General Project Information | |
|---|---|
| Project Name: | Implementation of a Project Management Office (PMO) |
| Executive Sponsors: | Cor. Reinaldo Bermúdez, Associate Commissioner of Administration |
| Department Sponsor: | Cor. Luis Colón, Deputy Commissioner of Field Operations |
| | Cor. José Rosario, Deputy Commissioner of Criminal Investigations |
| Impact of project: | This project impacts the execution and sustentability of all iniciatives related to the movement and recruitment of personnel, including those reform requirements relating to them. |

| 2. Project Team | | | | |
|---|---|---|---|---|
| | Name | Department | Telephone | E-mail |
| Project Manager: | TBD | | | |
| Team Members: | Juan Carlos Rivera Vázquez | SASG- Director of the Technology and Communications Department | | JCRivera@policia.pr.gov |
| | Zoraida Sánchez González | SASG- Director of the Human Resources Department | | ZSanchez@policia.pr.gov |
| | Sandra Clemente Rosado | SASG – Commissioner of SASG | | SEClemente@policia.pr.gov |
| | Cor. Luis Colón | SAOC –Commissioner de SAOC | | lacolon@policia.pr.gov |
| | Tnte Cor. Rolando Trinidad | SAIC – Superintendente de SAIC | | rtrinidad@policia.pr.gov |

**3. Stakeholders** *(e.g., those with a significant interest in or who will be significantly affected by this project)*

Commanders of the different operational units

Sworn and civilian personnel that could be affected by the different iniciatives

**4. Project Scope Statement**

**Project Purpose / Business Justification** *Describe the business need this project addresses*

Support the NPPR to be able to execute and give continuity to the initiatives presented for the fulfillment of Requirement 13.

**KPI's** *Describe the measurable outcomes of the project, e.g., reduce cost by xxxx or increase quality to yyyy*

1. Successful implementation of the iniciatives
2. Maintain the operational efficiencies resulting from the iniciatives

**Deliverables** *List the high-level "products" to be created (e.g., improved xxxx process, employee manual on yyyy)*

1. Documentation of the governance of the PMO
2. Procedures to monitor the status and compliance of the initiatives
3. Standard procedures for updating and using the staffing calculations
4. Databases and "templates" that will be used to update the staffing calculations
5. Changes in General Orders if necessary.

**Scope** *List what the project will and will not address (e.g., this project addresses units that report into the Office of Executive Vice President. Units that report into the Provosts Office are not included)*

This project will include the creation of a PMO that will manage the implementation of all the iniciatives that form part of the implementation plan of the Requirement 13. This project does not include the implementation of different iniciatives, nor the creation of a PMO that manages additional projects established as part of the Requirement 13.

**Project Milestones** *Propose start and end dates for Project Phases (e.g., Inception, Planning, Construction, Delivery) and other major milestones*

- Determine who will be the project manager and a multidisciplinary work team
- Implementation of processes to monitor status and compliance of iniciatives
- Creation of a database (SQL) and tools to manage and analyze data regarding personnel needs
- Implement governance and have the work team start executing

**Major Known Risks (including significant Assumptions)** *Identify obstacles that may cause the project to fail.*

| Risk | Risk Rating (Hi, Med, Lo) |
|------|---------------------------|
| Complexity of developing a tool that keeps the PRPB roster updated | High |
| Obtain resources that can be integrated as part of the PMO team with the necessary management and analitical capabilities | Medium |

**Constraints** *List any conditions that may limit the project team's options with respect to resources, personnel, or schedule (e.g., predetermined budget or project end date, limit on number of staff that may be assigned to the project).*

1. Lack of available time for personnel in PRPB who have the necessary skills to be part of the PMO.
2. Lack of funds to contract resources with the necessary capacities for the PMO.

**External Dependencies** *Will project success depend on coordination of efforts between the project team and one or more other individuals or groups? Has everyone involved agreed to this interaction?*

This project will depend on the interacion of information by human resources, who are owners of updating the roster, and of the Operational and Investigative Superintendencies, who are owners of updating the complaint statistics.

**5. Benefits and Costs** *Identify potential monetary savings or costs generated by implemeting the project.*

Analitical support could require the hiring of subject matter experts.

**6. Communication Strategy** *(specify how the project manager will communicate to the Executive Sponsor, Project Team members and Stakeholders, e.g., frequency of status reports, frequency of Project Team meetings, etc.*

- Steering Committee meetings - the project manager will hold recurring meetings in which the status of the project will be updated and issues of importance to the project will be discussed.
- Communications to the NPPR - communications will be sent to the PRPB regarding the status of the consolidations of units and updates of official documents

# Path to Compliance

The success of this Implementation Plan, aside from relying on a solid Project Management Office, should be understood from a budget standpoint. It is important to hold the right conversations to reach an alignment between all stakeholders, especially in face of fiscal challenges, in order to protect a healthy budget that can maintain a police force that is correlated to its workload. For this, it is ideal to understand

the costs of implementation year by year, and that this can be matched to the government's fiscal plan, and the projections for headcount per year. In the following Figure 12 is a projection of entries and exits of personnel per classification, (i.e. Civilians, Cadets, Sworn Officers) during the implementation process from 2018 to 2013.

FIGURE 12: PROJECTED STAFFING ENTRIES AND EXITS DURING IMPLEMENTATION PROCESS



Figure 12 shows a projected attrition of 1,765 employees during the period, due to retirement, layoffs and resignations, which should be directly countered by civilianizacion initiatives, recruiting civilians from other agencies and new cadet academies. This projection is equivalent to 3-4% yearly attrition rate. In terms of backfilling positions by civilians, there is a need to attract 857 new civilians, however, the feasibility of this process depends almost exclusively on the central governments agility to restructure and transfer personnel to the PRPB. Through active recruiting and a recruitment program, the department should graduate 1,253 new sworn officers, which in itself is a challenge due to the limited capacity of the Academy to recruit, test and train approximately 440 cadets per year. That number of recruits should remain constant year by year and should be directly proportional to the calculated attrition rate. In order to cover the expenses of the police department of 2023, it is important to allocate a budget that will staff the PRPB with 1,431 civilians, 11,853 sworn officers and 441 active cadets.

Below, in Figure 13, the staffing distribution as projected year by year according to Implementation goals.

FIGURE 13: PROJECTED STAFFING DISTRIBUTION WATERFALL BY FISCAL YEAR



This waterfall chart projects year by year how the police department should be constituted, according to classification of sworn officers, civilians, personnel redeployed, and cadets. Calculations of savings due to attrition and costs due to recruiting and entries should help understand the Departments budget needs during fiscal years 2019 through 2023. The inferior third of Figure 13 shows achievable Key Performance Indicators (KPIs). For example, in FY21 the agency should receive 225 civilians from other agencies, promote 175 sergeants and 50 lieutenants. Each of these goals will have fiscal implications that should be considered in the allocated budget. In the first two years of implementation, costs should be significantly lower due to the attrition rate, and the low targets on recruiting both civilians and sworn officers. However, in FY23 the cost of the police department should be higher than actual due to implementation of a fully staffed department, according to the Staffing Study.

# Conclusion

To implement all sustainable changes desired to comply with the Reform Agreement's staffing needs, it is vital that a sustainable methodology and long-term plan be developed. The success of the implementation

38

is encompassed in 3 main pillars: redistribution of current staff, adding on new recruits and redeploying sworn officers after process improvements, and measures for compliance and sustainability. The first focuses on redistributing current staff by balancing out workload, prioritizing units with critical shortages. The second pillar aims to add new human resources to the agency to fill remaining gaps, which is done by redeploying personnel in otherwise civilian roles, recruiting for a new police academy, and bringing in civilians from other government agencies to civilianize and backfill those redeployed sworn officers. The third pillar, to ensure all initiatives, focuses on creating a structure within the agency that can supervise and give sustainability to all implementation efforts. In terms of budget, this plan should be aligned with the financial analyses that can provide visibility to how this agency should be funded in order to guarantee these changes and sustain them in the long term. As presented in the Path to Compliance Chapter, some initiatives, especially, recruiting and promotions, depend on the allocation of an appropriate budget year by year.

The execution of these changes and all initiatives go hand in hand with a series of cultural and philosophical changes in the PRPB. These changes include everything related to Community Policing, continuous education, better supervision and accountability strategies, and the rest of the requirements or initiatives laid out in the Reform Agreement. Also, there is an urgent need for alignment between compliance of the Reform Agreement and the Governments Certified Fiscal Plan, and the Financial Oversight and Management Board to achieve the common goal of an agency that stays operational, and fiscally responsible. Down the road, a police department operating according to best practices, with a healthy number of sworn officers, combined with a solid civilian workforce, will be better prepared to impact crime in Puerto Rico and provide better service to the community.

# Appendix

The Implementation Plan mainly addresses the need to allocate police resources in a balanced way according to the workload of each unit. The plan responds to the findings from the PRPB Staffing Study published on April 2018, as required in paragraph 13 of the Police Reform Agreement. However, the plan will also have a direct impact on a series of paragraphs that are related to the subject of staffing and resource allocation. These paragraphs are detailed below with their description and their relation to the Implementation Plan presented here.

| | Recruitment | |
|---|---|---|
| **Paragraph** | **Description** | **Implementation Plan** |
| **102:** Recruitment Plan | Prepare a recruitment plan that includes: goals, objectives and steps to follow. | These paragraphs are answered on page 30 of the implementation plan, which discusses the recruitment process and all the ways to increase the amount of people applying to have a successful recruitment. This recruitment process already has an established process for all medical, psychological, and historical evaluations to acquire talented personnel. |
| **106:** Examine Recruitment Policies | Conduct psychological, medical, and polygraph exams to every new applicant. | |
| **107:** Background Investigations of Applicants to Enter the Police Department | An evaluation of employment history, criminal record, controlled substance abuse, and capacity to remain impartial will be conducted. | |
| | **New Positions** | |
| **201:** Mental Health Supports and Services | The PRPB must provide all its employees with non-punitive behavior support. These include counseling, psychological evaluations, and stress management trainings. | According to the implementation plan all the units must be adequately staffed by fiscal year 2023, which presumes that the Psychology Division will have the number of psychologists necessary to meet their workload need. |
| **211:** Support Staff for the Citizen Interaction Committees | The PRPB must establish community interaction committees that have the necessary resources to fulfill their mission and the requirements of the Reform Agreement. | According to the staffing study, its recommended that there be assigned personnel in each police station to attend this need. The implementation plan considers this personnel in its redistribution plan and the inclusion of needed resources for a period of 5 years. |
| | **Senior Management** | |
| **Paragraph** | **Description** | **Implementation Plan** |

| 63: Review of the evaluation carried out by the supervisors | A senior officer must complete the review of all forms related to searches and investigative detentions delivered by the shift supervisor in no more than a period of 3 days. | Part of the staffing study contemplates the necessary capacity of senior officials in each unit. Part of the resource redistribution initiative, will work with aligning the units based on their necessity to be able to perform their activities according to the police reform. This redistribution of senior officials goes hand in hand with the redistribution of supervisors, which is mentioned on pages 13 and 14 of the implementation plan. |
|---|---|---|
| 71: Review of the auditable forms relating arrests | A senior officer must complete a review of the arrest form delivered by the shift supervisor in no more than a period of 7 days. | |

| **Professionalism** | | |
|---|---|---|
| **Paragraph** | **Description** | **Implementation Plan** |
| 12: Professionalization | Establish processes and mechanisms that promote the uniform and effective application of practices to increase the community trust and strengthen the institutional structure. | As part of the process improvement initiatives, new technology will be implemented to be more efficient in the way time and attendance is recorded (Kronos/PPR-432) and how statistics are recorded (PPR-468). Please see page 17 for more detail. |

| **Compliance with Needed Capacity** | | |
|---|---|---|
| **Paragraph** | **Description** | **Implementation Plan** |
| 48: Investigations of Use of Force Unit (FIU for its Spanish acronym) | Creation of a Use of Force Investigation Unit to investigate all allegations of excessive use of force. | This unit had already been created when the staffing study was conducted. Therefore, the need for personnel and response time needed were calculated. When the study was conducted there was no substantial workload for these investigators, so their calculation |

| Paragraph | Description | Implementation Plan |
|---|---|---|
| **51:** Investigation Time of FIU | FIU investigations must be completed in no more than a period of 45 days. | was based on availability of personnel to have at minimum one investigator per shift during a full year. If this unit is at a shortage, it will be assigned additional personnel during implementation. |
| **138:** Improper Behavior Investigations | Ensure that a sufficient number of trained personnel is available to conduct investigations of improper conduct. | The staffing study established the amount of personnel needed in the different bureaus of the Auxiliary Superintendence of Professional Responsibility (SARP), which is responsible for such investigations. If any of the bureaus have personnel shortages, additional personnel will be assigned during implementation. |
| **206:** Community Policing | Reevaluate the allocation and deployment of personnel to ensure support for police surveillance of the community. | The staffing study considered a proactive time of 40% to the workload of field agents, in addition to response to calls for service, which are to be used for community policing and integrating into the community while providing surveillance and protection. |
| **231:** Reform Office Personnel | The necessary personnel will be employed to strengthen and fulfill all the facets that are part of the Reform Office. | The amount of needed personnel was determined based on the office workload during the staffing study. During the study the needed personnel was determined by function. For those functions that are in shortage, additional personnel will be assigned during implementation. |
| **Supervision** | | |
| **Paragraph** | **Description** | **Implementation Plan** |
| **16-20:** Promotions | Policies for promotions must be based on knowledge, skills, and ability. | The subject of supervision is critical to the Reform Agreement, and it is very important for the implementation of the changes needed to have a well-balanced police department and well-distributed according to workload. |
| **30:** Supervisors in Specialized Units | Periodic review and evaluation of activities. | |
| **43:** Supervisors in use of force scenes | Supervisor must be present on scene of a use of force incident after notified. | |

42

| 45: Review the use of force form in a period no more than 45 days. | Supervisors must review forms and verify they were done according to police policy. | This implementation plan details the steps to achieve the promotions and assignments of necessary supervisors in each unit per the Staffing Study published on April 2018. |
|---|---|---|
| 62: Supervisors review searches and detentions. | Supervisors must determine if they were executed according to police policy. | |
| 66: Supervisors response to the scene of an arrest | Supervisors must approve every arrest. | The paragraphs in the agreement that assign additional responsibilities to supervisors are not directly addressed in this implementation plan, but it is assumed that their implementation is facilitated by assigning a reasonable number of supervisors to each unit and aligning it with paragraph 137 of the agreement. |
| 68: Supervisors will inspect each detainee | The shift supervisor will do a visual inspection of detainees for lesions and will interview to know if there is a need for medical assistance. | |
| 69: Supervisor will review arrest forms | Supervisors must review and approve an arrest form with valid justification of the arrest in a period of 12 hours starting from when the arrest was made. | |
| 75: Supervisor will review each search, seizure, and arrest warrants | Supervisors verify and approve by hand every search, seizure, and arrest warrants. | According to this implementation plan (pg. 16, 39), 761 sergeants must be promoted during a period of 5 years. This addresses the actual need for supervisors, as well as considers the projected attrition sergeants during that period. |
| 135: Supervision and Administration | The PRPB will deploy the adequate number of supervisors. | |
| 137: Field Supervision | Supervisors cannot supervise more than 10 police officers during the first 5 years from the agreement. | For these promotions to be executed, the police department must have a substantial influx of police officers that is proportional to the number of police officers that are entering the force. |
| 138: Constant and Direct Supervision | The PRPB must create a program to ensure the constant and direct field supervision when a supervisor is not on duty. | |