AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 12-cv-2039-FAB |
| The Commonwealth of Puerto Rico, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The United States of America.

Date:   03/23/2022

s/Katherine Chamblee-Ryan
*Attorney's signature*

Katherine Chamblee-Ryan, G03515
*Printed name and bar number*
U.S. Department of Justice
Civil Rights Division, Special Litigation Section
Four Constitution Square, 150 M Street, NE
Washington DC 20002
*Address*

katherine.chamblee-ryan@usdoj.gov
*E-mail address*

(202) 598-0538
*Telephone number*

*FAX number*