**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff**<br><br>v.<br><br>**PUERTO RICO POLICE DEPARTMENT and COMMONWEALTH OF PUERTO RICO,**<br><br>**Defendants.** | **CIVIL NO. 12-cv-2039 (GAG)** |

**MOTION IN COMPLIANCE WITH ORDER**

**MAY IT PLEASE THE COURT:**

COME NOW, Codefendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau ("PRPB"), through the undersigned attorneys, and very respectfully state and pray:

1. During the Thursday, March 24, 2022 status conference in the captioned case, this Honorable Court ordered defendants to submit a revised proposed schedule for IT needs assessment and action plan with five (5) days. This schedule is one of the requirements of paragraph 5(b) of the Joint Stipulation submitted by the parties on February 28, 2022 at Docket 1961.

2. Since the status hearing last week, the parties had the opportunity to discuss the schedule further and exchange a new draft in efforts to agree on a revised proposed schedule. As of the time of this filing, the parties were still in communication regarding the various milestones of the schedule, but still had not reached a final agreement.

3. In order to comply with the mandate of this Honorable Court within the deadline of five (5) days, defendants very respectfully submit a revised proposed schedule. See **Exhibit 1**. Defendants expect and trust to continue communicating with plaintiff in order to submit a joint

proposed schedule in a few days.

**WHEREFORE**, the Commonwealth of Puerto Rico respectfully requests that this Honorable Court deem its Order made in open Court during the March 24, 2022 hearing in connection with the proposed schedule as complied with.

**WE HEREBY CERTIFY** that on this same date, the forgoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel for Plaintiff and all participants of record.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico on this 29th day of March, 2022.

> S/ GABRIEL A. PEÑAGARÍCANO
> USDC PR: 212911
> gpenagaricano@me.com
>
> S/RAFAEL E. BARRETO SOLÁ
> USDC No. 211801
> rbarreto@cnr.law
>
> **CANCIO, NADAL & RIVERA, LLC**
> PO Box 364966
> San Juan, PR  00936-4966
> Tel. (787) 767-9625
> Fax  (787) 622-2238/764-4430