Proposed Schedule for IT Needs Assessment and Action Plan
US v. Puerto Rico

| Task | Deadline |
| --- | --- |
| Parties and Monitor discuss and reach agreement on the process, methodology, and approach. | April 15, 2022* |
| Commonwealth to select a vendor to conduct the IT needs assessment | May 15, 2022 |
| Commonwealth conducts IT needs assessment and completes a draft report | October 1, 2022 |
| Collaboration period to finalize needs assessment and provide framework for action plan | October 15, 2022 |
| Parties and Monitor approve the IT needs assessment | November 1, 2022 |
| Commonwealth develops draft IT action plan for review | January 15, 2023 |
| Collaboration period to finalize IT action plan | Feb 15, 2023 |
| Parties and Monitor approve IT action plan | March 15, 2023 |

* Court deadline is twenty days from the Court's approval of the Joint Stipulation.