**TDPetrowski, LLC**
**4010 Deep Valley Drive**
**Dallas, Texas 75244**

February 22, 2022 – March 21, 2022

INVOICE # ASM.TDP.2022-3  **TOTAL DUE: $4,650**
ASSISTANT SPECIAL MASTER
MARCH INVOICE

**Tasks Completed**

| Hours | Description | Total |
|---|---|---|
| 10 | Reviewed/researched/translated as necessary/discussed/reworked documents related to various orders of the Court, PRPD and DOJ and Monitor Office exchanges regarding recurring issues and OSM projects. | $1,500 |
| 10 | Drafted, reviewed and responded to texts, emails and all other documents/communications with respective parties, the Special Master, Assistant Special Master and the Court. | $1,500 |
| 11 | Zoom meetings and/or conference calls with the Parties and the Court. | $1,650 |

**Total Wages Due = $4,650**

**I hereby certify that the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.**

*Thomas D. Petrowski*
_____  **3/21/22**
**Thomas D. Petrowski**