GALOEFFERT, LLC
4805 East Lake Road
Sheffield Lake, Ohio 44054

February 22, 2022, through March 21, 2022

INVOICE # 2022-03    **TOTAL DUE $7,875.00**
ASSISTANT SPECIAL MASTER
March 2022 INVOICE

Tasks Completed

| Hours | Description | Total |
|---|---|---|
| 24 | Drafted/reviewed/researched/translated as necessary/discussed/reworked documents related to various orders of the Court, PRPB and DOJ and Monitor's Office exchanges regarding recurring issues and OSM projects. | $3,600.00 |
| 17 | Drafted, reviewed, and responded to texts, emails and all other documents/communications with respective parties, the Special Master, Assistant Special Master and the Court. | $2,550.00 |
| 11.5 | Zoom meetings and/or conference calls with the parties. | $1,72500 |

Total Wages Due = $7,875.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

_____    03/21/2022
Gary A. Loeffert