IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants**. | **Civil No.** 12-2039 (FAB) |

**ORDER**

The Invoices submitted by TD Petrowski, LLC, Del Carmen Consulting, LLC, and Galoeffert, LLC (Docket Nos. 1991, 1992 & 1993) are **NOTED**.

The amounts claimed for the period from February 22, 2022 through March 21, 2022, are **APPROVED** for payment.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, April 8, 2022.

s/Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE