IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO, <u>et al.</u>,**<br><br>Defendants. | **CIVIL NO.: 12-cv-02039** |

### MOTION IN COMPLIANCE WITH ORDER SUBMITTING UOF DATA PLAN

**MAY IT PLEASE THE COURT:**

    **COME NOW**, Codefendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau ("PRPB"), through the undersigned attorneys, and very respectfully state and pray:

    1.    During the March 24, 2022 status hearing, this Honorable Court granted the Commonwealth until today, April 13, 2022, to submit a use of force data plan. This matter was also discussed during the January 14, 2022 hearing and was object of a related Order. <u>See</u> Docket 1945.

    2.    The Commonwealth very respectfully submits herein the proposed use of force data plan. <u>See</u> Exhibit 1.

    3.    The Commonwealth represents to this Honorable Court that the plan has been thoroughly discussed with both the USDOJ and the Monitor, and that both have conditionally approved the plan as follows:

i. PRPB agrees to provide a status update to DOJ and the Monitor on the implementation of the provisional UOF data plan every 30 days;

ii. PRPB agrees to provide copies of any directives issued to implement the provisional UOF data plan within 10 days of being issued;

iii. PRPB agrees to submit to DOJ and the Monitor for review and approval any proposed directives developed in accordance with subsection II.B.2 of the provisional UOF data plan regarding the use of a unique numerical identifier to track uses of force across multiple units that are involved in a use-of-force incident, including involvement from SWAT and specialized investigative units; and

iv. DOJ and the Monitor reserve the right to raise concerns or objections with the Court if PRPB continues to provide inaccurate or unreliable UOF data following initial implementation of the provisional UOF data plan.

4. The Commonwealth respectfully informs the Court that it has accepted and has no objection to these conditions.

**WHEREFORE,** Defendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau, respectfully request this Honorable Court take notice of the above, deems its March 24, 2022 Order as complied with, and approve the Use of Force data plan in Exhibit 1, as conditionally approved by the USDOJ and the Monitor.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

In San Juan, Puerto Rico, this 13th day of April, 2022.

Motion in Compliance with Order submitting UOF Data Plan
Civil No. 12-02039
Page 3 of 3

For Defendant COMMONWEALTH OF PUERTO RICO:

**CANCIO, NADAL & RIVERA, L.L.C.**
P.O. Box 364966
San Juan, Puerto Rico  00936-4966
403 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Tel. (787) 767-9625


**S/ RAFAEL BARRETO-SOLÁ**
USDC PR: 211801
rbarreto@cnr.law


**S/ GABRIEL A. PEÑAGARÍCANO**
USDC PR: 212911
gpenagaricano@me.com