

ALEXIS TORRES
SECRETARIO

ANTONIO LÓPEZ FIGUEROA
COMISIONADO

# PLAN DE TRABAJO PROVISIONAL CALIDAD DE DATOS INFORME DE USO DE FUERZA

**ABRIL 2022**

**Tabla de Contenido**

I. Introducción ..................................................................................................... 1

II. Implementación Plan de Trabajo de Validación Provisional ........................ 3

    A. Objetivos ................................................................................................ 3

    B. Plan de Acción ...................................................................................... 3

    C. Actividades ............................................................................................ 6

I. **Introducción**

El Acuerdo para la Reforma Sostenible de la Policía de Puerto Rico dispone que el Negociado de la Policía de Puerto Rico (en adelante, NPPR), tendrá que mantener un sistema de rastreo confiable y preciso de uso de fuerza por parte de todos los Miembros del NPPR, conforme a los párrafos 41 y 218 al 221. Como parte del cumplimiento con este Acuerdo, el NPPR desarrollo un módulo provisional en el Centro de Operaciones de Radio Control hasta tanto se desarrollará un sistema.

La Oficina del Monitor ha señalado en los informes semestrales ciertas incongruencias relacionadas con la cantidad de incidentes de uso de fuerza. Existe una preocupación con referente al manejo de uso de fuerza que se está reportando desde el campo. Es preciso señalar que como parte del proceso de evaluación para identificar las fallas en la calidad de los datos se detectaron los siguientes hallazgos:

A. La Superintendencia Auxiliar en Operaciones de Campo y la División de Investigación de Incidentes de Uso de Fuerza tenían su propia estadística de uso de fuerza independiente de la estadística oficial que se tenía que extraer del módulo de uso de fuerza que operaba en Radio Control.

B. El personal asignado a ingresar la data en el módulo de uso de fuerza operaba en el Cuartel General, sin embargo, la información era suministrada mediante llamada telefónica a través de los trece (13) Centros de Mando ubicados en la Comandancias de Áreas, quienes a su vez recopilaban la data de los Distritos y Precintos.

C. Falta de supervisión en el número de supervisores en el campo para asegurar que los PPR-s requeridos sean completados de forma completa y oportuna.

D. Necesidad de actualizar los sistemas de información para recolectar, analizar, e informar datos confiables sobre el uso de fuerza de forma efectiva y eficiente.

E. Necesidad de actualizar los procesos para informar todo incidente donde una persona o vehículo sea detenido y no sea libre de irse, independientemente de cómo culmine la detención (ej: arresto, citación, advertencia) e incluyendo el desarrollo de políticas, adiestramiento, y planes de supervisión.

F. Falta de equipo para implementar los sistemas de información y proveer las herramientas necesarias a los Miembros del NPPR para informar los incidentes y usos de fuerza de manera efectiva y eficiente.

G. Necesidad de implementar un método de control de calidad de datos para validar y certificar los datos sobre el uso de fuerza.

H. Necesidad de adiestrar formalmente a los Miembros del NPPR en los sistemas de información, en la Academia de la Policía.

I. Necesidad de asegurar que todos los usos de fuerza relacionados a un incidente sean recolectados y rastreados con un número de control único, incluyendo cuando la fuerza sea aplicada por más de una unidad del NPPR.

Como consecuencia de los hallazgos preliminares de la Oficina del Monitor se revisó el PPR-126.2, titulado: "Tarjeta de Querella" (PPR-126.2) para establecer los elementos de datos con el propósito de recopilar la cantidad correcta de incidentes de uso de fuerza. Una vez aprobado el PPR- se inició la programación en los Sistema de Información. Cabe señalar, que en mayo del 2021 se comenzó su implementación en las trece (13) áreas policiacas y esta culminó en agosto de 2021. Asimismo, se desarrolló un panel grafico (Dashboard) estadístico donde se puede visualizar los incidentes de uso de fuerza según se ingresan al PPR- controlado PPR-126.2.

Conforme lo solicitó la Oficina del Monitor los supervisores en los Precintos, Distritos y Unidades, los directores y los supervisores de los Centros de Mando tendrán la responsabilidad de evaluar la calidad de los datos a través de los trece (13) Centros de Mando. En la vista de estatus del caso de Reforma celebrada el 14 de enero de 2022, el Monitor Federal informo que las discrepancias en los datos sobre el uso de fuerza continuaban en su Quinto Informe sometido el 20 de diciembre del 2021. Como consecuencia, el honorable Juez Francisco Besosa ordenó al NPPR desarrollar un plan de trabajo para atender las preocupaciones relacionadas con la calidad de los datos recopilados sobre los incidentes de uso de fuerza. Por lo antes esbozado, se establece este plan provisional de trabajo con medidas para validar la data sobre los usos de fuerza a corto y mediano plazo. En particular, este plan provisional atiende los señalamientos relacionados a los temas A, B, y I, anteriormente mencionados. El tema C relacionado a la falta de supervisión será atendido a largo plazo conforme al plan de implementación de supervisión. Véase *Minutes of Proceedings* ¶ 4, Dkt. 1945 (Jan. 14, 2022). Los temas D, E, F, G, y H serán atendidos a largo plazo conforme al *Joint Stipulation for an*

*Information Systems and Technology Needs Assessment, and Action Plan*, Dkt. 1961 (Feb. 28, 2022).

## II. Implementación Plan de Trabajo de Validación Provisional

### A. Objetivos

1. El formulario PPR-126.2 se utilizará para el registro inicial de un evento de uso de fuerza.
2. Como fuente de registro para las estadísticas de uso de fuerza; se utilizará el formulario PPR-605.1, ya que este incluye una revisión de supervisión y del Director de la Unidad de Trabajo, y un informe estadístico más preciso.
3. Desarrollo de informes de conciliación entre los formularios PPR-126.2 y PPR-605.1 para identificar cualquier discrepancia en los informes de fuerza y desarrollar un proceso para rectificar dichas discrepancias.
4. Corregir las deficiencias de la calidad de los datos recopilados en los incidentes de uso de fuerza por parte de los Miembros del Negociado de la Policía de Puerto Rico.
5. Asegurar que todos los usos de fuerza relacionados a un incidente sean recolectados y rastreados utilizando un número de querella único por cada incidente de uso de fuerza incluyendo a las unidades especializadas para así poder proveer números precisos del uso de fuerza.
6. Incluir un proceso que notifique al agente el tiempo en el cual debe completar el/los formulario(s) que aplique(n) sobre incidentes de usos de fuerza y establecer una alarma para que los supervisores la cual indique cuando los informes correspondientes a un incidente de uso de fuerza no se han ingresados al sistema GTE.
7. Desarrollo de un Dashboard basado en el formulario PPR-605.1 en lugar del PPR-126.2.

### B. Plan de Acción

1. Para recopilar y validar estadísticas de uso de fuerza confiables y precisas, el NPPR tomará las siguientes acciones:
   a. Dentro de 10 días laborables a partir de la aprobación de este Plan, el NPPR

emitirá una directriz recordando a todo personal sobre la importancia de completar dentro de los tiempos establecidos todos los informes requeridos por las Ordenes Generales 601 y 605, incluyendo los formularios PPR-126.2 y el PPR-621.1, sobre el uso de fuerza. Además, incluir como nota importante la sección B (inciso 4, pág. 17 de la OG 605) en la cual indica lo siguiente:

> "Cualquier acto u omisión que viole las disposiciones de esta Orden General, será referido e investigado por la SARP, a tenor con las normas aplicables. Aquel MNPPR que incumpla con cualquier disposición de esta Orden General estará sujeto a sanciones disciplinarias, posibles cargos criminales y/o acciones civiles, según corresponda."

b. Dentro de 10 días laborables a partir de la aprobación de este Plan, el NPPR emitirá una directriz requiriendo que los Directores de Centro de Mando, a través de sus supervisores de cada turno y los supervisores de cada turno adscritos a los distritos o precintos de su área policiaca, se aseguren que diariamente y en cada turno de trabajo, se realicen en los formularios PPR-126.2, el PPR-621.1, y los informes de uso de fuerza (PPR-605.1), así como que los mismos sean completados a través del Sistema GTE.

c. Los Supervisores de cada turno, adscritos a los distritos y/o precintos, verificarán que los formularios PPR-126.2 y PPR-605.1, sean cumplimentados en su totalidad. En aquellos casos en donde no se hayan cumplimentado, o se hayan cumplimentado de forma incorrecta, entrevistarán al personal para identificar las causas y tomará acción para asegurar que los informes sean sometidos de forma completa a través del Sistema GTE.

d. En el caso en el cual no esté presente en el turno un supervisor en propiedad, el Director del Precinto, Distrito y/o Unidad tendrá la responsabilidad de evaluar, aprobar y firmar todo formulario relacionado a los usos de fuerza de su personal, ingresado en el Sistema GTE.

e. Los Supervisores de los Centros de Mando recopilarán la información ingresada en la tarjeta de querella y la validarán con los informes de uso de

fuerza generados a través del Sistema GTE. Para cumplir con este requerimiento se brindó acceso a todos los supervisores de los Centros de Mando al Dashboard de Uso de Fuerza para que puedan validar los formularios PPR-126.2 utilizando la información en los informes de uso de fuerza (PPR-605.1) y el PPR-621.1 según se contabilizan. En ese sentido, se podrá monitorear que la cantidad de incidentes de uso de fuerza sea contabilizada de forma correcta. Los Centros de Mando informarán cualquier discrepancia en la información de uso de fuerza en los formularios PPR-126.2 y PPR-605.1 a la Sección de Estadísticas Operacionales de la Superintendencia Auxiliar en Operaciones de Campo (SAOC).

f. Dentro de 10 días laborables a partir de la aprobación de este Plan, el NPPR emitirá una directriz responsabilizando a la Sección de Estadísticas Operacionales de la SAOC, para monitorear a los Centros de Mando que, en conjunto con los supervisores en el campo, se aseguren que los formularios PPR-126.2 y PPR-605.1 sean conciliados en cuanto a la información relacionada a Incidentes de Uso de Fuerza. Para cumplir con este requerimiento, al personal de dicha sección se le brindó acceso al Dashboard y al Sistema GTE, y de esta forma puedan tener acceso y examinar todos los informes de todas las áreas policiacas.

g. El Supervisor de la Sección de Estadísticas Operacionales, luego de evaluar la información de los Centros de Mando y confirmar la existencia de una discrepancia en la información sobre el uso de fuerza, solicitará la actualización de los formularios con la información correcta. En el caso de que el formulario PPR-126.2 tenga que ser corregido, se solicitará la modificación al Supervisor correspondiente, en coordinación con el Centro de Mando correspondiente. En el caso de que sea el formulario PPR-605.1 el cual tenga que ser modificado, se solicitará al Supervisor, en coordinación Director de Unidad.

h. No se integrarán los datos del formulario PPR-605.1 al módulo de uso de fuerza y por consiguiente al Dashboard hasta que la información de uso de fuerza se validada por el supervisor de campo. El supervisor tendrá cinco (5)

días laborables para validar y firmar cada incidente de uso de fuerza en los cuales este implicado uno de sus subalternos que este ingresado en el Sistema GTE. Luego de este proceso los datos se integrarán al módulo de uso de fuerza y al Dashboard.

  i. Como parte de este proceso y dentro de 60 días laborables a partir de la aprobación de este Plan estará disponible la interfaz, en la cual se espera que el 100% de los formularios PPR-605.1, que sean ingresados al módulo de uso de fuerza y al Dashboard, estén revisados y validados por el Director de Unidad. Además, se espera que el 95% de los formularios PPR-605.1 ingresados al módulo de uso de fuerza y el Dashboard, sean consistentes con los datos recopilados en las conciliaciones entre los formularios PPR-126.2 y el PPR-605.1.

2. Para asegurar que todos los usos de fuerza relacionados a un incidente sean recolectados y rastreados usando un número de querella único, el NPPR implementará las siguientes acciones dentro de los próximos sesenta (60) días de aprobado este plan:

   a. Coordinará y realizará una reunión con las unidades de trabajo especializadas, entiéndase el Negociado de Drogas, SWAT, DOT, CIT, para establecer y aclarar los procesos de notificación de incidentes de uso de fuerza, con el propósito de asegurarse que sólo se utilice un número de querella.
   b. Quince (15) días luego de dicha reunión, se establecerán dichos acuerdos mediante Directriz.
   c. Se solicitará al desarrollador los cambios al Sistema GTE que sean necesarios para poner en vigor los procesos establecidos en la Directriz.

**C. Actividades**
1. El Comisionado Auxiliar de la SAOC, designará un gerente de proyecto. Esta persona se asegurará que los procesos de validación y seguimiento se lleven a cabo.

2. Se evaluará la necesidad de un coordinador de uso de fuerza para monitorear y validar los usos de fuerza ingresados en los formularios PPR-126.2 y PPR-605.1. Este coordinador será designado por la SAOC.
3. Para corregir las deficiencias de la calidad de los datos recopilados en los incidentes de uso de fuerza por parte de los Miembros del NPPR, se realizarán las modificaciones y cambios requeridos a las reglas de validación de los formularios PPR-126.2 y el PPR-605.1 versiones actuales y disponibles en el GTE en no más de **130 días** a partir de la aprobación de este Plan. Dicha actualización consistirá en lo siguiente:

    a. Continuar utilizando el formulario PPR-126.2 para la indicación inicial de un evento de uso de la fuerza, pero no como fuente de registro para las estadísticas de uso de la fuerza.

    b. Desarrollar informes analíticos de conciliación entre los formularios PPR-126.2 y PPR-605.1 para identificar cualquier discrepancia en los informes de uso de fuerza y crear un proceso para rectificar las discrepancias. De encontrar algún error en la sección de uso de fuerza (cantidad y/o niveles) le permitirá al supervisor enmendar el formulario PPR-126.2, en una versión actualizada sin afectar la original y el formulario PPR-605.1, si fuere necesario. Estos informes analíticos pueden incluir métodos para identificar lo siguiente:

        i. Usos de la fuerza que están en el formulario ***PPR-126.2*** pero no en el ***PPR-605.1*** para facilitar la conciliación de las estadísticas del uso de la fuerza. Este informe generará una lista de eventos que faltan y que no se informaron en el formulario ***PPR-605.1,*** la fuente de registro para informes sobre el uso de la fuerza.

        ii. Usos de la fuerza que están en el formulario ***PPR-605.1*** pero no en el ***PPR-126.2*** para facilitar la conciliación de las estadísticas de uso de la fuerza. Este informe generará una lista de eventos que faltaban en la tarjeta de querella original, formulario ***PPR-126.2***.

iii. Usos de la fuerza que están en ambos formularios[1], pero los datos reales son diferentes (es decir, el formulario **PPR-126.2** informa 3 usos de la fuerza mientras que el formulario **PPR-605.1** informa 4 usos de la fuerza). Este informe proporciona una lista de eventos que posiblemente estaban incompletos en la tarjeta de querella original, formulario **PPR-126.2**.

iv. Completar el formulario **PPR-605.1** según el tiempo estipulado en la Orden General.

1) Este informe es importante para identificar los informes sobre el uso de la fuerza presentados dentro de los plazos acordados en las políticas y procedimientos correspondientes a los usos de fuerza.
2) Este informe también se utilizará para observar las tendencias históricas en la exposición oportuna del procesamiento de casos.
3) Ambos informes se utilizarán en conjunto para garantizar que no haya un retraso actual o sistémico en la exposición de datos sobre el uso de la fuerza.

c. Se utilizará el formulario PPR-605.1 como fuente de registro para las estadísticas del uso de fuerza, ya que incluye una revisión de supervisión y un informe estadístico más preciso.

d. Reconstruir el Dashboard basado en el formulario PPR-605.1 en lugar del PPR-PPR-126.2 con el propósito de visualizar y analizar el total de tipos de fuerza aplicada, cantidad de incidentes de uso de fuerza y la cantidad de MNPPR involucrados. Se añadirán filtros y diferentes vistas para asegurar que los datos sean más informativos, dinámicos y que motiven su uso. El Dashboard se podrá configurar para tener los datos en tiempo real con el tiempo apropiado para tomar en cuenta los atrasos en los reportes de datos. Se utilizarán los datos sometidos para crear el Dashboard ya que los mismos se actualizarán haciendo que la data histórica se someta menos a cambios. Además, complementar el Dashboard con herramientas de manejo analíticas

---

[1] Si bien esto puede suceder ocasionalmente, identificar dónde ocurre esto con frecuencia puede ser instructivo para que la gerencia tome medidas para solucionar cualquier deficiencia en el cumplimiento del formulario **PPR-126.2**.

adicionales para asegurar la calidad de la data.

Estos informes analíticos incluirán métodos para identificar los siguiente:

i. Usos de fuerza que aparecen en el formulario PPR-126.2 pero no están en el PPR-605.1, para facilitar la conciliación de las estadísticas de uso de fuerza.

1) Este reporte proveerá una lista de los eventos que faltan y no han sido reportados en el formulario PPR-605.1, que será la fuente para los reportes de uso de fuerza.

2) La revisión rigurosa de este reporte debe asegurar que éste sea un evento que ocurra rara vez.

ii. Se añadirá el requerimiento de firma del Supervisor en el formulario PPR-126.2, junto con una directriz al supervisor para que valide todo el en especial la sección de uso de fuerza antes de que la información sea ingresada.

iii. Si el Supervisor no firma el formulario PPR-126.2 el Agente no podrá continuar llenando o completando los otros formularios (PPR-605.1) correspondientes al incidente.

4. Luego se desarrollará una interfaz para que los datos de la sección de uso de fuerza incluidos en el formulario PPR-605.1, pasen directamente al Módulo de Investigación de Uso de Fuerza, adscrito a la Unidad de Investigación de Uso de Fuerza (FIU). De esta manera las notificaciones de uso de fuerza y los datos completos del incidente pasarán directamente al Módulo, minimizando la entrada manual de datos. Luego del desarrollo de la interfaz se evaluará la posibilidad de eliminar el formulario PPR-605.3 de notificación de uso de fuerza, ya que el formulario PPR-126.2 y el PPR-605.1 integrarán los datos e información al Módulo directamente.

## ANEJO A

### Descripción de los Flujogramas

El flujograma inicial es del Centro de Mando donde se comienzan a ingresar los datos en el PPR- PPR-126.2, y luego pasa al segundo flujograma que es donde los Agentes continúan completando los otros informes que apliquen. Al terminar lo anterior, pasan al otro flujograma el cual describe el flujo de procesos en el Módulo de Investigación de Uso de Fuerza, cuya responsabilidad pertenece a la Unidad de Investigación de Usos de Fuerza (FIU). Este diagrama muestra el flujo de los datos recolectados en el GTE, utilizando el módulo de formularios actual, PPR-126.2 y el PPR-605.3. A largo plazo se integrarán el formulario PPR-126.2, PPR-605.1 y el PPR-621.1, entre otros, mediante el desarrollo de las interfaces para la integración de datos (ETL) entre las aplicaciones.

En dicho diagrama se va a enfatizar el flujo de procesos sobre los usos de fuerza en el Sistema GTE. Cuando se complete el formulario PPR-126.2 en el CAD, todos los elementos de datos incluidos se integrarán directamente al Sistema GTE, donde el Agente verificará que está completada en todas sus partes. En el caso de uso de fuerza, el Agente debe validar que esté seleccionado el encasillado **Si** y el **Nivel** de uso de fuerza que utilizó en el incidente. De haber algún cambio en el nivel de uso de fuerza o si el incidente de uso de fuerza no ocurrió, tiene la oportunidad de enmendar o actualizar el formulario PPR-126.2. Esto aplica si el agente no ha confeccionado algún otro informe, por ejemplo, el PPR-621.1, PPR-605.1, PPR-605.2 o PPR-605.3. De lo contrario, si completó alguno de estos formularios el Sistema GTE no le permitirá actualizar el PPR-126.2. De esta forma es como se trabaja hoy en día. El proceso está representado en el flujograma GTE (Uso de Fuerza) en los rectángulos en amarillo con las letras negras.

Las modificaciones recomendadas están representadas con letras en rojo, rectángulos en amarillo y en azul. Los cambios requeridos a las reglas de validación de los formularios PPR-126.2, PPR-621.1, PPR-605.1 y PPR-605.3 en el Sistema GTE consistirán en los siguientes:

1. Autorización y firma del supervisor en el formulario PPR-126.2 para continuar con el proceso de completar los otros formularios (PPR-621.1, PPR-605.1, entre otros). Los mismos están incluidos en el rectángulo amarillo y azul incluido en el Flujograma de

GTE (Uso de Fuerza). Si el Supervisor no firma el formulario, el Agente no podrá continuar llenando o completando los otros formularios dependientes.

2. Verificación por el Supervisor del formulario PPR-126.2 por si necesita algún cambio. (la firma del supervisor es requerida).

3. De encontrarse algún error en la sección de uso de fuerza (cantidad y/o niveles) por parte del Supervisor, FIU, Juntas Evaluadoras de Incidentes de Uso de Fuerza (FRB) y/o Junta Evaluadora de Incidentes de Uso de Fuerza del Comisionado (CFRB) en los formularios PPR-621.1, PPR-605.1, y PPR-605.2, le permitirá al Agente enmendar el PPR-126.2. Este proceso se muestra en los rectángulos amarillo y letras rojas del flujograma.

Luego se desarrollará una interfaz para que los datos de la sección de uso de fuerza del formulario PPR-126.2 pasen directamente al Módulo de Investigación de Uso de Fuerza, utilizado por la FIU, así como los datos que se ingresan en el formulario PPR-605.1. De esta manera las notificaciones sobre usos de fuerza y los datos completos del incidente se integrarán directamente al módulo, minimizando la entrada de datos manual, según se muestra en flujograma del GTE y el Módulo de Investigación de Uso de Fuerza en las letras rojas del proceso automatizado ETL.

# ANEJO B

**<mark>Este Cronograma se modificará con las nuevas fechas una vez el Plan sea aprobado por las partes.</mark>**
**Cronograma (Timeline)[2]**



---

[2] Las fechas proyectadas en el presente cronograma pudieran estar sujetas a cambio.