IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants.** | **Civil No.** 12-2039 (FAB) |

**ORDER APPROVING STIPULATION FOR AN INFORMATION SYSTEMS AND TECHNOLOGY NEEDS ASSESSMENT AND ACTION PLAN**

The Joint Stipulation is approved as follows:

This order sets forth the steps needed to complete a comprehensive IT needs assessment and action plan to comply with the Agreement for the Sustainable Reform of the Puerto Rico Police Bureau (PRPB) [the Agreement] in a timely, efficient, and cost-effective manner. An adequate Information Systems and Technology needs assessment and action plan are necessary to address the Monitor's compliance findings, address PRPB's critical IT needs, and chart a path toward sustainable reform that is consistent with the Agreement and the Commonwealth of Puerto Rico's public safety goals. Specifically, the United States, the Commonwealth and the PRPB are ORDERED as follows:

a.  **No later than April 22, 2022,** the United States, the Commonwealth, the PRPB and the Monitor shall establish an

Civil No. 12-2039 (FAB)                                                  2

executive-level IT planning committee ("IT Planning Committee") to be led by the Executive Director of the Puerto Rico Innovation and Technology Service (PRITS) or his designee, and the Secretary of the Department of Public Safety (DPS) or his designee.  The IT Planning Committee shall include representatives from PRPB and other Commonwealth agencies, as necessary, to ensure that PRPB has sufficient administrative, technical, fiscal, and human resources support to comply with the IT requirements of the Agreement.  The IT Planning Committee shall be responsible for selecting a qualified team to conduct an IT needs assessment at PRPB and overseeing the development and implementation of an IT action plan designed to comply with the Agreement, as set forth below.

    b.  **No later than May 9, 2022,** the United States, the Commonwealth, the PRPB (including the IT Planning Committee), and the Monitor shall discuss and reach agreement on the process, methodology, approach and timelines to be used by the IT Planning Committee to complete the IT needs assessment by **November 15, 2022,** and the action plan by **March 31, 2023**.  The process, methodology, approach, and timelines shall cover, at a minimum, the following initiatives with interim deadlines for each initiative:

        i.  **No later than May 15, 2022,** the United States, the Commonwealth, and the PRPB, with the assistance of the Monitor, shall select a qualified team, including a vendor, to conduct a

comprehensive IT needs assessment of PRPB and develop a proposed IT action plan;

  ii. **Between April 30, 2022 and October 1, 2022,** the United States, the Commonwealth, the PRPB and the Monitor will consult and collaborate as needed during the development and implementation of the IT assessment and action plan.

  iii. **No later than October 1, 2022**, the Commonwealth and the PRPB will conduct the needs assessment and complete a draft report.

  iv. **Between October 1, 2022 and November 1, 2022**, the United States, the Commonwealth, the PRPB and the Monitor will approve a draft IT needs assessment.

  v. **No later than November 1, 2022,** the United States, the Commonwealth, the PRPB and the Monitor will finalize the needs assessment and prepare the framework for the action plan to meet PRPB's critical needs and compliance requirements that is timely, cost-effective, and consistent with industry standards, and that includes specific steps to achieve compliance, a timetable, persons responsible, and expected outcomes.

  vi. **No later than November 15, 2022**, the Commonwealth, the PRPB and the Monitor will approve the needs assessment.

vii. **No later than January 15, 2023,** the Commonwealth and the PRPB will draft the IT action plan for the Monitor's review.

viii. **Between January 15, 2023 and February 15, 2023,** the United States, the Commonwealth, the PRPB and the Monitor will consult and collaborate as needed to finalize the IT action plan.

ix. **No later than March 15, 2023,** the United States, the Commonwealth, the PRPB and the Monitor will approve the IT action plan.

x. **No later than March 31, 2023,** the IT action plan shall be filed with the Court for final review and approval.

Because these dates were selected by the Commonwealth, the PRPB, and the Monitor, they will not be changed or continued except for grave cause.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, April 18, 2022.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE