OFFICE OF THE FPMPR LLC.
B-5 Calle Tabonuco Suite 216 PMB 292
Guaynabo, Puerto Rico 00968

April 4, 2022

Professional services rendered by the members of the Office of the FPMPR LLC. For March 2022:

| NAME | AMOUNT | MONTH |
|---|---|---|
| John Romero | $20,616.90 | March 2022 |
| Spece | $ 2,529.95 | March 2022 |
| The & Group LLC (Javier González) | $ 8,119.98 | March 2022 |
| Altai Atlantic Consulting LLC (Dr. David Levy) | $ 7,280.00 | March 2022 |
| Denise Rodriguez | $18,268.43 | March 2022 |
| Viota & Associates CPA LLC | $ 2,075.00 | March 2022 |
| Donald S. Gosselin | $ 9,600.00 | March 2022 |
| Al Youngs | $12,433.60 | March 2022 |
| Rafael E. Ruiz | $ 9,900.00 | March 2022 |
| Scott Cragg | $11,426.82 | March 2022 |
| Correa Acevedo & Abesada Law offices, PSC (Lcdo. Roberto Abesada) | $12,817.50 | March 2022 |
| Rita J. Watkins | $ 5,920.00 | March 2022 |
| Merangelie Serrano | $ 8,400.00 | March 2022 |
| Luis Hidalgo | $11,500.00 | March 2022 |
| Korber Group | $ 1,404.09 | March 2022 |
| Samantha Rhinerson | $   950.00 | March 2022 |
| Claudia Cámara | $ 1,280.00 | March 2022 |
| Manuel Arroyo | $   890.00 | March 2022 |
| Hipolito Castro Jr | $ 9,799.33 | March 2022 |
| **TOTAL:** | **$155,211.60** | March 2022 |
| | | |