John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

March 1 through March 31, 2022

INVOICE # 094  **TOTAL DUE $ 20,616.90**
FEDERAL MONITOR
MARCH 2022 INVOICE

## Duties and Responsibilities as Monitor

Generated, reviewed, and responded to emails/texts from the Parties, Monitor Team, Court, and Special Master
Conference calls with General Counsel
Reviewed court orders relating to the Consent Decree
Via zoom conducted meetings with Special Master and USDOJ and PRPB
Monitor administrative duties - reviewing Team invoices, coordinating SME work assignments, and conferring with Monitor's Office Administrative Director
Reviewed Briefing Reports from PRPB
Conferred with Deputy Chief Monitor on issues relating to Monitor Office Operations
Conducted Zoom meetings with the Monitor Team
Reviewed information related to data collection re: surveys
Reviewed Data for CMR-6 Use of Force

## Site Visit to Puerto Rico March 21-25, 2022

Meeting with Reform Unit and USDOJ
Prepared for and participated in the 253 meeting
Meeting with Ben Horowitz and his team
Meeting with FIU Commanding Officer, Lt. Javier Santiago
Status Conference prep meeting with the Honorable Judge Besosa
Status Conference prep meeting with Parties
Attended Status Conference
Meeting with Monitor Team members based in Puerto Rico

**Flat Rate Total Wages Due**        $ 17,916.66
**Travel Expenses Due**              $ 2,700.24

**TOTAL DUE**                        $ 20,616.90

I hereby certify that the amount billed in this invoice is true and correct in my capacity as Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*[signature: John Romero]*

Date March 31, 2022

## Office of the TCA - Travel Reimbursement Form

John Romero
March 20-25, 2022

### Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $1,134.77 | 1 | $1134.77 |
| Baggage | $- | 0 | $- |
| Ground Transportation (Uber/Lyft/Taxi) | | | $- |
| Ground Transportation (Parking) | $- | 0 | $- |
| Ground Transportation (Mileage) | $0.585 | 82 | $47.97 |
| Lodging | $177.00 | 5 | $885.00 |
| Per Diem (Travel Days) | $86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $115.00 | 4 | $460.00 |
| Other: | | 0 | |
| Total | | | $2700.24 |

**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr John Romero
2301 Pacific Ave
Costa Mesa CA 92627
United States

Room: 0401
Room Type: KSTE
No. of Guests: 1
Rate:  $   150.00   Clerk: 8

Marriott Rewards #   756834271

CRS Number   97049953

Name:

Arrive:   03-20-22          Time: 13:52          Depart:   03-25-22          Folio Number: 687470

| Date | Description | Charges | Credits |
|---|---|---|---|
| 03-20-22 | Package | 150.00 | |
| 03-20-22 | Government Tax | 13.50 | |
| 03-20-22 | Hotel Fee 9% of Daily Rate | 13.50 | |
| 03-21-22 | COMEDOR- Guest Charge (Breakfast) | 3.02 | |
| 03-21-22 | Package | 150.00 | |
| 03-21-22 | Government Tax | 13.50 | |
| 03-21-22 | Hotel Fee 9% of Daily Rate | 13.50 | |
| 03-22-22 | COMEDOR- Guest Charge (Breakfast) | 3.02 | |
| 03-22-22 | COMEDOR- Guest Charge (Dinner) | 54.00 | |
| 03-22-22 | Package | 150.00 | |
| 03-22-22 | Government Tax | 13.50 | |
| 03-22-22 | Hotel Fee 9% of Daily Rate | 13.50 | |
| 03-23-22 | COMEDOR- Guest Charge (Breakfast) | 3.02 | |
| 03-23-22 | Package | 150.00 | |
| 03-23-22 | Government Tax | 13.50 | |
| 03-23-22 | Hotel Fee 9% of Daily Rate | 13.50 | |
| 03-24-22 | Package | 150.00 | |
| 03-24-22 | Government Tax | 13.50 | |
| 03-24-22 | Hotel Fee 9% of Daily Rate | 13.50 | |
| 03-25-22 | COMEDOR- Guest Charge (Breakfast) | 3.02 | |

**COURTYARD®**
**Marriott**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr John Romero
2301 Pacific Ave
Costa Mesa CA 92627
United States

Room: 0401
Room Type: KSTE
No. of Guests: 1
Rate: $   150.00   Clerk: 8

Marriott Rewards #   756834271

CRS Number  97049953

Name:

Arrive:   03-20-22          Time:   13:52          Depart:   03-25-22          Folio Number: 687470

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
|      | Balance     |         | 951.08 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

# Confirmation Code: AHXYBA

Manage your booking
Los Angeles San Juan

Add to Calendar
Email
Print

**Departing: Mar 19 2022**
LAX 10:00pm
FLL 5:52am
Flights 100 • Fare: Blue
Layover 4h 17m — FLL
FLL 10:09am
SJU 12:47pm
Flights 253 • Fare: Blue
jetBlue

**Returning: Mar 25 2022**
SJU 2:25pm
FLL 5:23pm
Flights 1754 • Fare: Blue
Layover 2h 32m — FLL
FLL 7:55pm
LAX 10:49pm
Flights 101 • Fare: Blue
jetBlue

Total:
**400 pts**
**+ $1,134.77**
Charged to **Travel Bank** and **Visa** ending in 1287

**Traveler Details**
LAX-FLL
**John Joseph Romero**
Adult
Seat 9D
Change
Ticket Number: 2792185895864
Bags: 2
FLL-SJU
**John Joseph Romero**
Adult
Seat 4D
Change

Ticket Number:2792185895864
Bags: 2
SJU-FLL
**John Joseph Romero**
Adult
Seat 3D
Change
Ticket Number:2792185895864
Bags: 2
FLL-LAX
**John Joseph Romero**
Adult
Seat 10D
Change
Ticket Number:2792185895864
Bags: 2