# THE & GROUP LLC.

Las Ramblas
71 Calle Montjuic
Guaynabo , PR 00969

## INVOICE

INVOICE NUMBER: 77
INVOICE DATE: MARCH 30, 2022

Federal Police Monitor

San Juan, PR

Invoice for Javier B Gonzalez Professional Services as Administrative Director

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| MAR-01-22 | Administrative Director | Communications with the Monitor and Team Members, Review of communications and documents sent by Team Members and USDOJ, Work with Team February Invoices. | 5.00 | $100.00 | $500.00 |
| MAR-02-22 | Administrative Director | Communications with the Monitor and Team members, Survey Follow Up and Meeting, Work with Team February Invoices and other Administrative Matters. | 4.50 | $100.00 | $450.00 |
| MAR-03-22 | Administrative Director | Surveys Follow Up, Team Meeting, Office calls and communications from citizens and PRPB officers follow up. | 4.00 | $100.00 | $400.00 |
| MAR-04-22 | Administrative Director | Review of communications sent by Team Members, PRPB Survey follow up and meeting, Communications with citizens regarding complaints. | 3.50 | $100.00 | $350.00 |
| MAR-07-22 | Administrative Director | Biweekly Meeting with PRPB and USDOJ, Review of communications, Communications with PRPB Officers. | 3.00 | $100.00 | $300.00 |
| MAR-08-22 | Administrative Director | Communications with the Monitor, Work with contact list of Officers and Citizens that contact the office thru emails and calls. Work with Administrative matters. | 3.50 | $100.00 | $350.00 |
| MAR-09-22 | Administrative Director | Review of communications and documents sent by Team members, Work with Administrative matters. | 2.50 | $100.00 | $250.00 |
| MAR-10-22 | Administrative Director | Team Meeting, Review of communications and documents. | 2.00 | $100.00 | $200.00 |
| MAR-11-22 | Administrative Director | Review of communications, Work with PRPB Survey. | 2.00 | $100.00 | $200.00 |
| MAR-14-22 | Administrative Director | Work with PRPS Survey, Review of communications and Documents sent by Team Members, February Invoices follow Up with Team members. | 3.00 | $100.00 | $300.00 |
| MAR-15-22 | Administrative Director | PRPB Survey follow up, Communications with Team Members, Review of communications and documents sent by Team members. Communications with the Monitor , Work with 2022-2023 Budget. | 2.50 | $100.00 | $250.00 |

INVOICE NUMBER: 77

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| MAR-16-22 | Administrative Director | Communications with the Monitor, Work with 2022-2023 Budget. | 2.25 | $100.00 | $225.00 |
| MAR-16-22 | Administrative Director | FPM Office Adobe | | | $33.98 |
| MAR-17-22 | Administrative Director | Executive Team Meeting, Office contact list follow up (Officers and citizens that send communications to the Office). Communications with citizens. | 3.00 | $100.00 | $300.00 |
| MAR-18-22 | Administrative Director | Coordination of Team Visit, Communications with the Monitor, PRPB Survey Follow Up. Review of Communications sent by Team Members. | 2.75 | $100.00 | $275.00 |
| MAR-21-22 | Administrative Director | Team Visit Meeting at PRPB, Team Visit Coordination. | 5.50 | $100.00 | $550.00 |
| MAR-22-22 | Administrative Director | Team Visit Coordination, Meetings at PRPB and Office. 253 Meeting | 8.00 | $100.00 | $800.00 |
| MAR-23-22 | Administrative Director | Team Visit Meetings And Coordination, Meeting with Judge, Status conf prep Meeting | 6.00 | $100.00 | $600.00 |
| MAR-24-22 | Administrative Director | Team visit coordination, Status Conference. | 4.00 | $100.00 | $400.00 |
| MAR-25-22 | Administrative Director | Review of communications, PRPB survey follow up. | 1.50 | $100.00 | $150.00 |
| MAR-28-22 | Administrative Director | Team Meeting, PRPB Survey Follow Up, Review of communications sent by Team Members. | 3.00 | $100.00 | $300.00 |
| MAR-29-22 | Administrative Director | Budget Follow Up, Communications with the Monitor, PRPB Survey follow Up, Communications with citizen. | 2.50 | $100.00 | $250.00 |
| MAR-30-22 | Administrative Director | Cont work with Budget, Communications with the Monitor, Review of communications sent by Team Members. PRPB survey follow up. | 2.50 | $100.00 | $250.00 |
| MAR-31-22 | Administrative Director | Work with march Team Invoices. Review of communications sent by Team Members. | 3.50 | $100.00 | $350.00 |
| MAR-31-22 | Administrative Director | I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0.00 | $100.00 | $0.00 |
| | | Reimbursement of Manuel Arroyo's Car Expenses (Gasoline and tire repair) | | | $86.00 |
| | | Total amount of this invoice | | | $8,119.98 |

MESSAGE

Javier B Gonzalez, March 31, 2022

Merchandise & Supplies - Mail Order

# ADOBE ACROPRO SUBS ASAN JOSE CA

## $33.98

Mar 16, 2022

---

**$0.34 Reward Dollars**



## Transaction Details

ADOBE WEBSALES 800-833-6687

801 N 34TH ST
SEATTLE
WA
98103


(800) 833-6687


https://www.adobe.com/in/about-adobe/co...

Doing Business As    ADOBE WEBSALES 8…



SHELL CAIMITO FUEL CORP
CARR 842 BO CAIMITO AVE EMILIANO
SAN JUAN

| DATE | TIME | HOST |
|---|---|---|
| Mar 21,22 | 13:50:27 | ATH |
| BATCH | TERMINAL ID | MERCHANT ID |
| 000648 | 30V14699 | 4549106559685 |

SALE

DEBIT            ************0804 (S)

AUTH. CODE: 377004          INVOICE: 110589

                            TRACE   :117597

AMOUNT:              $          41.00
STATE TAX:           $           0.00
REDUCED STATE TAX:   $           0.00
MUNICIPAL TAX:       $           0.00
TOTAL   :            $          41.00

NO SIGNATURE REQUIRED

MERCHANT COPY
Gracias por su patrocinio



GULF SANTURCE GAS STATION
1607 AVE FERNANDEZ JUNCOS PDA 23 1/2
SANTURCE

| DATE | TIME | HOST |
|---|---|---|
| Mar 31,22 | 13:43:51 | ATH |
| BATCH | TERMINAL ID | MERCHANT ID |
| 000021 | 30V04114 | 4549106466352 |

SALE

DEBIT            ************0804 (S)

AUTH. CODE: 178680         INVOICE: 003199

                           TRACE   :003543

AMOUNT:            $         40.00
STATE TAX:         $          0.00
REDUCED STATE TAX: $          0.00
MUNICIPAL TAX:     $          0.00
TOTAL :            $         40.00

CONTROL: BFBK5-A7MKW
ET

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE

# BARBOSA

**Venta y Servicio de Gomas, Aros y Baterias**
**Venta de Gomas Nuevas y Usadas**

Ave. Barbosa 3277, Hato Rey, PR00917

## Tel. 787-756-8759

Horario:
Lunes a Viernes 8am @ 5pm
Sábados 8am @ 4pm

Factura

Cliente: Casy
Dirección: _____

Fecha: 31-3-2022
Tel: _____
Cel: _____

| Cant. | Descripción | Unidad | Precio |
|---|---|---|---|
|  | Goma |  |  |
| 1 | Reparación | ✓ | 5.00 |
|  | Rotación |  |  |
|  | Balanceo |  |  |
|  | Válvula |  |  |
|  | Montura |  |  |
|  | Baterias |  |  |
|  | Cambio Aceite y Filtro |  |  |
|  |  | TOTAL |  |
|  |  | TAX |  |
|  |  | PRECIO TOTAL | 5.00 |

FIRMA CLIENTE

Garantía por desperfectos de fábrica gomas sin alteraciones.