

# Invoice

## Altai Atlantic Consulting LLC
828 Snowden Hallowell Way, Alexandria VA 22314

**Date:** 03/31/22
**Invoice #:** 01-027

**To:** Office of the Federal Police Monitor of Puerto Rico

VIG Tower, PH – 924

1225 Ave. Juan Ponce de Leon

San Juan, PR 00907

Tel. 787-417-9098

| Fee Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|
| **Total Fees Payable For Services Rendered by Dr. David Levy** | 45.5 | 160 | **$7,280.00** |

### Work Performed in the Continental United States

| Date | Activity Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 3/3/22 | Team calls and email communications regarding CMR-6 assignments | 2.0 | 160 | $320.00 |
| 3/6/22 | Updated Master Data Request based on CMR-6 modifications | 4.0 | 160 | $640.00 |
| 3/8/22 | General communication | 1.0 | 160 | $160.00 |
| 3/9/22 | Updated Master Data Request based on CMR-6 modifications | 2.0 | 160 | $320.00 |
| 3/9/22 | Communication re: data sources | 1.0 | 160 | $160.00 |
| 3/10/22 | Updated Master Data Request based on CMR-6 modifications | 1.5 | 160 | $240.00 |
| 3/10/22 | Communication re: data sources | 1.0 | 160 | $160.00 |
| 3/13/22 | Communication re: CMR-6 and CMR-7 timelines and collaboration | 1.5 | 160 | $240.00 |
| 3/14/22 | Monthly call with Monitor Watkins | 1.0 | 160 | $160.00 |
| 3/14/22 | Monthly call with Monitor Ruiz | 0.5 | 160 | $80.00 |
| 3/17/22 | Monthly call with Monitor Serrano | 1.0 | 160 | $160.00 |
| 3/19/22 | Developed charts for supervision and retaliation survey | 1.0 | 160 | $160.00 |
| 3/21/22 | Conference call with PRPB and Monitoring Team on site | 1.0 | 160 | $160.00 |
| 3/24/22 | Reviewed PRPB data uploads for CMR-6 | 2.5 | 160 | $400.00 |
| 3/26/22 | Updated Master Data Request based on CMR-6 modifications | 4.0 | 160 | $640.00 |
| 3/27/22 | Communications re: CMR-6 data requests | 1.5 | 160 | $240.00 |
| 3/27/22 | Updated Master Data Request to expand mid-period samples | 4.0 | 160 | $640.00 |
| 3/27/22 | Communication with Monitors Serrano, Gosselin & Youngs re: survey results | 1.0 | 160 | $160.00 |
| 3/28/22 | Biweekly team call & communication with Monitor Watkins | 1.5 | 160 | $240.00 |
| 3/28/22 | Updated Master Data Request to expand mid-period samples | 1.5 | 160 | $240.00 |
| 3/29/22 | Work on Master Data Request and call with Deputy Chief Monitor to review | 4.0 | 160 | $640.00 |

| 3/30/22 | Edit Master Data Request based on call with Deputy Chief Monitor | 2.0 | 160 | $320.00 |
| 3/31/22 | Edit Master Data Request based on call with Deputy Chief Monitor | 5.0 | 160 | $800.00 |
| Total | | 45.5 | | $7,280.00 |

**Total Fee Payable**   **$7,280.00**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.


**Dr. David Levy**

03/31/22
**Date**