# INVOICE

| | | |
|---|---|---|
| **DATE** | **INVOICE NO** | **Denise Rodriguez** |
| 3/31/2022 | #018 | 3003 San Sebastian St. |
| | | Mission, TX 78572 |
| | | drodriguez_PRI@outlook.com |

**INVOICE TO**
Puerto Rico Chief Federal Monitor

**INVOICE PERIOD**
March 31, 2022

## DUTIES AND RESPONSIBILITIES                                                              TOTAL DUE $18,268.43

- Conducted monthly one-on-one meetings with each subject matter expert
- Coordinated and conducted weekly Monitoring Executive Team meetings
- Coordinated and conducted biweekly meetings with the Monitoring Team
- Coordinated and conducted biweekly meetings with the Parties
- Reviewed and approved the review of several policies submitted to the Monitor's Office by PRPB as per Paragraph 229 of the Agreement
- Maintained the Federal Monitoring Team's Facebook and Twitter accounts and newsletter distribution service
- Conducted site visit on March 20-25. This included meetings with Judge Besosa, meetings with the Reform Unit, and meetings with the Parties to prepare to discuss Supervision and Use of Force Planning.
- Worked with the Data Analyst on the data requests for CMR-6 and Master template data requests
- Worked with the Administrative Director and the Research Analyst/Administrative Assistant to draft the schedule(s) for the March site visit
- Participated in various virtual meetings to discuss the Community/Officer Survey with the Administrative Director, Vendor, and the parties
- Participated in a meeting with the Parties to discuss the PRPB Use of Force and Supervision Plans
- Reviewed and provided input on the agenda items for the March 253 meeting
- Worked with the Special Master and USDOJ to discuss agenda topics for the March Status Conference
- Worked with Monitor to draft talking points for meeting with Judge and Status Conference
- Reviewed the data and analysis from the TCA survey for paragraphs 145-146 and 197
- Reviewed the revised plans and documents submitted by PRPB on March 15th and 18th, drafted, and delivered our comments on these documents
- Oversaw the continued effort to migrate and archive documents and data from Dropbox to Box
- Reviewed the CMR-6 Report templates
- Drafted the CMR-7 timeline and shared with PRPB for input

| | |
|---|---|
| Flat Rate Total Wages* | $15,833.33 |
| Travel Expenses (see page 2) | $ 2,435.10 |
| **Total Due** | **$ 18,268.43** |

*The total amount is a flat rate. The total monthly is $15,833.33 for an annualized amount of $190,000.00

*Denise Rodriguez* (signature)

_____                              March 31, 2022
**Denise Rodriguez, Chief Deputy Monitor**                    Date

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.*

# Office of the Technical Compliance Advisor Travel Reimbursement Form



**Traveler Name: Denise Rodriguez**
**Travel Dates: February 13-18**
**Purpose of Travel: Site visit**

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 856.60 | 1 | $ 856.60 |
| Baggage | $ - | 0 | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | $ - | 0 | $ - |
| Ground Transportation (Parking) | $ - | 0 | $ - |
| Ground Transportation (Mileage) | $ 0.56 | 0 | $ - |
| Lodging | $ 177.00 | 5 | $ 885.00 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 4 | $ 460.00 |
| Parking @ airport (days) | $ 6.00 | 6 | $ 36.00 |
| Taxi from hotel to Airport | $ 25.00 | 1 | $ 25.00 |
| **Total** | | | **$ 2,435.10** |

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

| | |
|---|---|
| **From:** | Denise Rodriguez |
| **To:** | Denise Rodriguez |
| **Subject:** | Fwd: eTicket Itinerary and Receipt for Confirmation H03K8W |
| **Date:** | Sunday, February 20, 2022 5:33:28 PM |

Denise Rodriguez
956-279-3097

**From:** United Airlines, Inc. <Receipts@united.com>
**Sent:** Sunday, February 20, 2022 5:32:48 PM
**To:** DRODRIGUEZ_PRI@OUTLOOK.COM <DRODRIGUEZ_PRI@OUTLOOK.COM>
**Subject:** eTicket Itinerary and Receipt for Confirmation H03K8W



Sun, Feb 20, 2022

## Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our Important notices page for the latest updates

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# H03K8W

| Flight 1 of 4 UA1044 | Class: United Economy (W) |
|---|---|
| Sun, Mar 20, 2022 | Sun, Mar 20, 2022 |
| 07:05 AM | 08:25 AM |
| McAllen, TX, US (MFE) | Houston, TX, US (IAH) |

| Flight 2 of 4 UA1192 | Class: United Economy (W) |
|---|---|
| Sun, Mar 20, 2022 | Sun, Mar 20, 2022 |
| 09:54 AM | 03:15 PM |
| Houston, TX, US (IAH) | San Juan, PR, US (SJU) |

| Flight 3 of 4 UA1644 | Class: United Economy (W) |
|---|---|
| Fri, Mar 25, 2022 | Fri, Mar 25, 2022 |
| 07:00 AM | 11:00 AM |
| San Juan, PR, US (SJU) | Houston, TX, US (IAH) |

| Flight 4 of 4 UA4258 | Class: United Economy (W) |
|---|---|

| Fri, Mar 25, 2022 | Fri, Mar 25, 2022 |
|---|---|
| **12:10 PM** | **01:35 PM** |
| Houston, TX, US (IAH) | McAllen, TX, US (MFE) |

Flight Operated by Commutair dba United Express.

## Traveler Details

RODRIGUEZ/DENISE
eTicket number: **0162395721312**
Frequent Flyer: **UA-XXXXX985 Premier Silver**

Seats: **MFE-IAH 14F**
**IAH-SJU 14A**
**SJU-IAH 14F**
**IAH-MFE 03A**

## Purchase Summary

| Method of payment: | **American Express ending in 1008** |
|---|---|
| Date of purchase: | **Sun, Feb 20, 2022** |

| Airfare: | **788.00 USD** |
|---|---|
| U.S. Transportation Tax: | **39.40 USD** |
| September 11th Security Fee: | **11.20 USD** |
| U.S. Passenger Facility Charge: | **18.00 USD** |

| Total Per Passenger: | **856.60 USD** |
|---|---|

| Total: | 856.60 USD |
|---|---|

## Carbon Footprint

Your estimated carbon footprint for this trip is **0.61510 tonnes of $CO_2$.**

You can reduce your environmental impact by participating in our CarbonChoice program which supports projects that reduce greenhouse gases. Learn more.

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.
NONREF/0VALUAFTDPT
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

## MileagePlus Accrual Details

Denise Rodriguez

| Date | Flight | From/To | Award Miles | PQP | PQF |
|---|---|---|---|---|---|
| Sun, Mar 20, 2022 | 1044 | McAllen, TX, US (MFE) to Houston, TX, US (IAH) | 378 | 54 | 1 |
| Sun, Mar 20, 2022 | 1192 | Houston, TX, US (IAH) to San Juan, PR, US (SJU) | 2387 | 341 | 1 |

# TAXI PUERTO RICO

DATE: 3/25/2022

**RECEIPT**

SPECIAL SERVICE CALL

Tel. _____

FROM: Courtyard Marriott
TO: SJU
FARE: $ 25.00   LUGGAGE: $ _____
TOTAL: $ 25.00

_signature_
SIGNATURE

---

Republic Parking System-McAllen Intl Airport
2500 Bicentennial Blvd
McAllen, TX 78503

```
F/C #02              A Payment No.0022411
T/D #03                  Ticket No.019950
Cashier                             ID #3
Entry Time           3/20 2022 (Sun)  5:52
Paid Time            3/25 2022 (Fri) 13:34
Parking Time              5 Days   7:42
Parking Fee          Rat  B         $36.00

AMEX
  Account #  *************** ************1008
  Slip #                              44512
  Auth Code                          588185
CREDIT CARD AMOUNT                  $36.00
Cash Amount                          $0.00
===============================================
Total                               $36.00
            Please drive carefully
              956-213-8561
===============================================
```

**COURTYARD® Marriott.**

Courtyard by Marriott  
San Juan - Miramar  
guest.service@courtyard.com

801 Ponce de Leon Ave.  
San Juan, PR. 00907  
T 787.721.7400  
F 787.723.0068

Ms Denise Rodriguez  
3003 San Sebastian St  
Mission TX 78572  
United States

Room: 0906  
Room Type: EKNG  
No. of Guests: 1  
Rate:  $   150.00   Clerk: 9993

Marriott Rewards #   286891726

CRS Number   99479021

Name:

Arrive:  03-20-22    Time:  17:23    Depart:  03-25-22    Folio Number:  687658

| Date | Description | Charges | Credits |
|---|---|---|---|
| 03-20-22 | Package | 150.00 | |
| 03-20-22 | Government Tax | 13.50 | |
| 03-20-22 | Hotel Fee 9% of Daily Rate | 13.50 | |
| 03-21-22 | Comedor - Guest Charge | 1.00 | |
| 03-21-22 | Package | 150.00 | |
| 03-21-22 | Government Tax | 13.50 | |
| 03-21-22 | Hotel Fee 9% of Daily Rate | 13.50 | |
| 03-22-22 | COMEDOR- Guest Charge (Dinner) | 34.43 | |
| 03-22-22 | Package | 150.00 | |
| 03-22-22 | Government Tax | 13.50 | |
| 03-22-22 | Hotel Fee 9% of Daily Rate | 13.50 | |
| 03-23-22 | Package | 150.00 | |
| 03-23-22 | Government Tax | 13.50 | |
| 03-23-22 | Hotel Fee 9% of Daily Rate | 13.50 | |
| 03-24-22 | Package | 150.00 | |
| 03-24-22 | Government Tax | 13.50 | |
| 03-24-22 | Hotel Fee 9% of Daily Rate | 13.50 | |
| 03-25-22 | American Express | | 920.43 |
| | Card #  XXXXXXXXXX1008 | | |

**COURTYARD**®
**Marriott**®

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Ms Denise Rodriguez
3003 San Sebastian St
Mission TX 78572
United States

Room: 0906
Room Type: EKNG
No. of Guests: 1
Rate:  $  150.00   Clerk: 9993

Marriott Rewards #   286891726

CRS Number  99479021

Name:

Arrive:  03-20-22          Time:  17:23          Depart:  03-25-22          Folio Number:  687658

| Date | Description | Charges | Credits |
|---|---|---|---|
| | Balance | | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.