# VIOTA & ASSOCIATES CPA LLC

B5 CALLE TABONUCO, SUITE 216
PMB 292
GUAYNABO, PR 00968-3029

## Invoice

INVOICE NUMBER: 20200750
DATE: MARCH 31, 2022

PUERTO RICO POLICE REFORM

| DATE | PROJECT | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| MAR-01-22 | CONSULTING FEES | -POST ACH PAYMENTS 02/25 & 02/28 IN SAGE<br>-POST ACH PAYMENTS 02/25 & 02/28 IN PR PAY | 2.00 | $125.00 | $250.00 |
| MAR-03-22 | CONSULTING FEES | Review February. Invoices, calculate withholdings<br>Post invoices in Sage Accounting | 2.25 | $125.00 | $281.25 |
| MAR-14-22 | CONSULTING FEES | -Post February Invoices (SAGE)<br>-Bankl Reconciliation Feb 2022 & GJ posting | 1.75 | $125.00 | $218.75 |
| MAR-15-22 | CONSULTING FEES | ANNUAL FEES PAID TO THE DEPARTMENT OF STATE | 1.00 | $150.00 | $150.00 |
| MAR-21-22 | CONSULTING FEES | Bank Deposit - Firstbank | 1.00 | $125.00 | $125.00 |
| MAR-22-22 | CONSULTING FEES | ACH payment for February Services | 1.00 | $125.00 | $125.00 |
| MAR-23-22 | CONSULTING FEES | -2nd ACH for February Invoices<br>-Post payments in SAGE<br>-Post payments in PR Pay | 2.00 | $125.00 | $250.00 |
| MAR-29-22 | CONSULTING FEES | Budget review and report preparation. | 3.00 | $125.00 | $375.00 |
| | | Total hours for this invoice | 13.00 | | |
| | | PREPARATION OF THE ANNUAL REPORT WITH PR DEPT OF STATE | | | $300.00 |
| | | Total before tax | | | $2,075.00 |
| | | PR SALES TAX (IVU) | | | $0.00 |
| | | Total amount of this invoice | | | $2,075.00 |

MESSAGE

6% Withholding on Profesional Services (Waiver Certificate Available Upon Request)