**MBG North Corp.** 1931 Cordova Rd. Suite 3039, Ft. Lauderdale, FL 33316

**Invoice # 1157**, Mar 31 2022  **Contractor:** Donald S. Gosselin, Esq.

**Dates of Service:** 1 MAR 2022 to 31 MAR 2022    **TERMS:** NET30

| Task Performed | US Hours | Dates | PR Hours | Billable Amount |
|---|---|---|---|---|
| On-Site Puerto Rico Labor Hours | | | 0 | $0.00 |
| Communications & Coordination - all written comms to/from Monitors, PRPB, USDOJ; Review guidance and documents, SOP's; logistics; scheduling, on-site planning & coordination, | **13.5** | MAR 1,4,7,10,11,12,17,18,21,22,26,29,30 | | $2,160.00 |
| Teleconference Meetings ; Monitors Office and Monitor Team Members. (Prep and Actual TC)s | **4** | Mar 28, 29 | | $640.00 |
| Data and Policy Analysis | **42.5** | Mar 2, 3, 4, 7, 9, 11, 14, 15, 18, 29,30,31 | | $6,800.00 |
| FEE WAIVER (PUERTO RICO) | | | **0** | $0.00 |
| | US Hours | | PR Hours | |
| Net Hours @ $160/hr. | 60.00 | | 0.00 | $9,600.00 |
| Total Expenses (Air, Hotel, MIE; Meals, Parking, POV miles) | | | | $0.00 |
| **Allowable Fee** | | | | **$9,600.00** |

| Travel Breakout | Traveler: Donald S. Gosselin  NO TRAVEL DURING THIS PERIOD | | | |
|---|---|---|---|---|
| **Expense** | Unit Cost | Units | Column1 | Total |
| Airfare | $ 627.10 | 0 | $ - | $ - |
| Baggage | $ - | 0 | | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | $ - | 0 | | $ - |
| Ground Transportation (Parking) | $ 14.00 | 0 | | $ - |
| Ground Transportation (POV Mileage) | $ 0.585 | 0 | | $ - |
| Lodging | $ 195.00 | 0 | | $ - |
| Per Diem (Travel Days) | $ 86.25 | 0 | | $ - |
| Per Diem (Full Days) | $ 115.00 | 0 | | $ - |
| Other: HOTEL TAX ($35.10 + 25.31/day) | $ 60.41 | 0 | | $ - |
| **Total** | | | | $ - |

The undersigned, Donald S. Gosselin, Esq. certifies that the amount billed in this invoice is true and correct and corresponds to my duties as a Federal Monitor and related travel expenses.  I further certify that I have not received any income, compensation or payment for services from the Commonwealth of Puerto Rico or any of its departments or municipalities

**Donald S. Gosselin, Esq.**
Principal, MBG North Corp
31-Mar-22