**Al Youngs**
**5552 West Lakeridge Road**
**Lakewood, CO 80227**

March 1 – March 31, 2022
Invoice No. 33
Member of Federal Monitor Team

| Date | Brief Description | Total Hours |
|---|---|---|
|  | Reviewed and responded to emails and conference calls for the month of March |  |
| 03/01 03/03 03/07 03/10 03/26 03/29 | From Members of the Monitor Team. | 5.0 Hours |
|  |  |  |
| 03/08 03/12 03/14 03/26 03/29 | Several meetings and phone calls with Monitor and Deputy Monitor. | 3.0 Hours |
|  |  |  |
|  | During site visit to Puerto Rico: |  |
| 03/19 | Preparation for Supervision and Management and Recruitment interviews at Monitor's Office. |  |
| 03/20 | Attend meeting with Reform Unit |  |
| 03/21 03/22 03/23 03/24 | Supervisor and Management Focus Group: Interviews of a random sample of commanders, supervisors and officers to determine whether there is close and effective supervision. Interviewees were also asked questions about their use of EIS and other supervisory tools, supervisory ratios, performance evaluations and training received (Paragraphs 15 and 146) 03/21/22- Monitor's Office, 03/22/22-Aguadilla Area Command, 3/23/22-Ponce Area Command, and 03/24/22- Monitor's Office. | 32.0 Hours |
|  |  |  |

| | | |
|---|---|---|
| | Supervisor and Management Focus Group by Zoom: | 14.0 Hours |
| 03/01 03/03 | Interviews of a random sample of commanders, supervisors and officers to determine whether there is close and effective supervision. Interviewees were also asked questions about their use of EIS and other supervisory tools, supervisory ratios, performance evaluations and training received (Paragraphs 15 and 146) | |
| 03/16 | Review Interboro Recruitment documents for examiners and steps to complete recruitment | 2.0 Hours |
| 03/18 | Additional review of personnel evaluations completed by Supervisors of their subordinates. | 2.0 Hours |
| 03/28 | Review and draft policy review of Recruitment | 2.0 Hours |

**TOTAL HOURS: 60**

Billable Hours:    60 Hours at a Rate of $165.00 Per Hour = $9,900.00

**Total:          $9,900.00**

**TOTAL WAGES AND EXPENSE REIMBURSEMENT        $   12,433.60**


I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_Alan C. Young_
Signature

03/31/2022
Date



# Office of the Technical Compliance Advisor Travel Reimbursement Form

Enter all required information below to obtain travel reimbursement. If spending did not occur in a category, please enter zeros. Zeros will likely need to be entered for one or more of the ground transportation options. The "Total" column of the table will update based on the information entered into the "Unit Cost" and "Units" columns. To update the "Total" column, click CTRL+A and then F9. Receipts for airfare, lodging, ground transportation, and PCR testing must be submitted with this form. Submit the Travel Reimbursement Form and accompanying receipts to Javier Gonzalez (Javier.benito@me.com) with the Chief Monitor (jrrjjr.romero@gmail.com) and/or his designee copied along with your monthly invoice.

**Traveler Name:** Alan C. You

**Travel Start Date 03/20/2022  Travel End Date: 03/25/2022**

**Purpose of Travel:** Puerto Rico

| Travel Reimbursement | | | |
|---|---|---|---|
|  | Unit Cost | Units | Total |
| Airfare | $ 254.80 | 1 | $254.80 |
| Airfare | $654.30 | 1 | $654.30 |
|  |  |  |  |
| Baggage |  |  |  |
| Ground Transportation (Uber/Lyft/Taxi) | 27.00 & $80.00 | 2 | $ 107.00 |
| Ground Transportation (Parking) | $0.00 | 0 | $ 0.00 |
| Ground Transportation (Mileage) | $0.00 | 0 | $ 0.00 |
| Lodging | $177.00 | 5 | $ 885.00 |
| Per Diem (Travel Days) | $86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $115.00 | 4 | $ 460.00 |
| PCR Testing | $ 0.00 | 0 | $ 0.00 |
| Total |  |  | $2,533.60 |

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

Page **1** of 1

# My Booking

You're all set to jet!    **ITINERARY OPTIONS**

## Confirmation code: MFYHAW

## Travelers

**Mr. ALAN C YOUNGS**

| Flight | Ticket number | 2792186896444 |
|---|---|---|
| | Frequent Flyer | JetBlue - TrueBlue - 3204931240 |
| | | FLL ➡ SJU         SJU ➡ FLL |
| | Seat | 10D                10D |
| | Checked Baggage Allowance | 0 bags             0 bags |

## Your flights

| Fort Lauderdale, FL (FLL) | San Juan, PR (SJU) | Flight 1453 | Fare: Blue |
|---|---|---|---|
| Sun Mar 20 2022, **5:25 PM** | Sun Mar 20 2022, **7:58 PM** | JetBlue | Nonstop |
| A320 | | | |

| San Juan, PR (SJU) | Fort Lauderdale, FL (FLL) | Flight 454 | | Fare: Blue |
|---|---|---|---|---|
| Thu Mar 24 2022, **7:55 PM** | Thu Mar 24 2022, **10:46 PM** | JetBlue | 💬 | Nonstop |
| A320 | | | | |

## Fare breakdown

| Passenger Type | Base Fare per person | Taxes & fees per person | Total Fare per person | Number of travelers | Total Fare |
|---|---|---|---|---|---|
| Adult | $382.00 | $59.60 | $441.60 | x 1 | **$441.60 USD** |

Total fare:    $441.60 USD

## Extras

**+ Seats**

**+ Even More Speed**

Total extras:    $68.00 USD

**Charged to Visa ending in 5094**                                                                 **$509.60** USD





A-List   Hi, Alan   3,170 points   **My Account**   **Log out**   Español

FLIGHT | HOTEL | CAR | VACATIONS     SPECIAL OFFERS     RAPID REWARDS®

# Thanks for flying with us!

Price — Payment — Confirmation

Deals Found!

✓ **Your code worked, enjoy your savings. We can't wait to see you soon!**

We applied your promo code. We're sending you a confirmation email to the address below. If the email hasn't arrived in 2 minutes, check your junk or spam folder.
alyoun@aol.com

## Trip summary                                                                 🖨 Print



| ✈ Flight | Add a hotel |
|---|---|
| CONFIRMATION #<br>**37PGOJ**<br><br>MAR 25<br>**SJU** ✈ **DEN**<br><br>FLIGHT TOTAL<br>**$654.30** | The perfect stay is moments away<br><br>WHERE ARE YOU HEADED?<br>Denver<br><br>CHECK-IN: 03/25/2022   CHECK-OUT: 03/27/2022<br><br>Search 🔗 |

## 3/25 - Denver



MAR 25
### San Juan, PR *to* Denver, CO                     ↗ Email    📅 Add to calendar

Confirmation # **37PGOJ**

| PASSENGERS | EST. POINTS | EXTRAS | FARE |
|---|---|---|---|
| **Alan Youngs**<br>Rapid Rewards® Acct # 207895671    A-List<br>Add Known Traveler # / Redress # ›<br>Special Assistance › | + 6,200 PTS | — | Anytime |

| 💲 **Transparency®: Defined**<br>Low fares. Nothing to hide. 🔗 | 🔄 **Change fees don't fly with us**<br>Flexibility for your travel plans. | 🧳 **Pack with care**<br>Guidelines for carryon luggage. |
|---|---|---|

### Departing    3/25/22 Friday



|  |  |  |  |  |  |
|---|---|---|---|---|---|
| DEPARTS | 5:45 AM | SJU<br>San Juan, PR - SJU | FLIGHT<br>2528 + <br>SCHEDULED AIRCRAFT<br>Boeing 737-800<br>Subject to change | Anytime<br>(Passenger x1) | $620.00 |
| ARRIVES | 9:05 AM | MCO<br>Orlando, FL - MCO | TRAVEL TIME<br>3hr 20min | | |

stop 1: Orlando, FL - MCO

|  |  |  |  |  |
|---|---|---|---|---|
| DEPARTS | 9:50 AM | MCO<br>Orlando, FL - MCO | FLIGHT<br>1593 + <br>SCHEDULED AIRCRAFT<br>Boeing 737-700<br>Subject to change | |
| ARRIVES | 12:05 PM | DEN<br>Denver, CO - DEN | TRAVEL TIME<br>4hr 15min | SUBTOTAL<br>$620.00 |

Taxes & fees $34.30

Flight total $ **654.30**

### Icon legend

WiFi available    Live TV available    Change planes

### Helpful Information:

- Please read the fare rules associated with this purchase.
- When booking with Rapid Rewards® points, your points balance may not immediately update in your account..

## Payment summary

| PAYMENT INFORMATION | AMOUNT PAID |
|---|---|

**Deals Found!**

| PAYMENT INFORMATION | | | AMOUNT PAID |
|---|---|---|---|
| **Visa 5094**<br>XXXXXXXXXXXX5094<br>Expiration: 6/25 | **CARD HOLDER**<br>Alan Youngs | **BILLING ADDRESS**<br>5552 W Lakeridge Rd<br>Lakewood, CO US 80227 | $654.30 |

Deals Found!

## Total charged

| | |
|---|---|
| SUBTOTAL | $620.00 |
| TAXES & FEES | $34.30 |
| **TOTAL DOLLARS** | **$654.30** |

Show price breakdown

**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Alan Youngs
5552 W Lakeridge Rd
Lakewood CO 80227
United States

Room: 0907
Room Type: EKNG
No. of Guests: 1
Rate: $ 150.00  Clerk: 9993

Marriott Rewards #   119330892

CRS Number  76217164

Name:

Arrive:  03-20-22          Time: 20:41          Depart: 03-25-22          Folio Number: 688258

| Date | Description | Charges | Credits |
|---|---|---|---|
| 03-20-22 | Package | 150.00 | |
| 03-20-22 | Government Tax | 13.50 | |
| 03-20-22 | Hotel Fee 9% of Daily Rate | 13.50 | |
| 03-21-22 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |
| 03-21-22 | Package | 150.00 | |
| 03-21-22 | Government Tax | 13.50 | |
| 03-21-22 | Hotel Fee 9% of Daily Rate | 13.50 | |
| 03-22-22 | Package | 150.00 | |
| 03-22-22 | Government Tax | 13.50 | |
| 03-22-22 | Hotel Fee 9% of Daily Rate | 13.50 | |
| 03-23-22 | Package | 150.00 | |
| 03-23-22 | Government Tax | 13.50 | |
| 03-23-22 | Hotel Fee 9% of Daily Rate | 13.50 | |
| 03-24-22 | Package | 150.00 | |
| 03-24-22 | Government Tax | 13.50 | |
| 03-24-22 | Hotel Fee 9% of Daily Rate | 13.50 | |
| 03-24-22 | Visa Card | | 888.00 |

Card # XXXXXXXXXXXX5094

**COURTYARD®**
**Marriott**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Alan Youngs
5552 W Lakeridge Rd
Lakewood CO 80227
United States

Room: 0907
Room Type: EKNG
No. of Guests: 1
Rate: $ 150.00  Clerk: 9993
CRS Number  76217164

Marriott Rewards #   119330892

Name:

Arrive:  03-20-22        Time:  20:41        Depart:  03-25-22        Folio Number: 688258

| Date | Description | Charges | Credits |
|---|---|---|---|
| | Balance | | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

Green Taxi: 303-806-8888   Receipt

Pick up: DIA
Drop off: _____
Fare: $80.00
Date: 03-25-22
Thank you for your Business

**TAXI PUERTO RICO**

RECEIPT

SPECIAL SERVICE CALL

Tel. _____

DATE: 3/25
FROM: MARRIOTT
TO: SJ AIRPORT
FARE: $ _____   LUGGAGE: $ _____
TOTAL: $ 27

SIGNATURE