# Rafael Ruiz Consulting

12 Crestshire Dr.
Lawrence, MA 01843

PHONE: 6177599156    stodgo1971@yahoo.com    12 Crestshire Dr.

## INVOICE

INVOICE NUMBER: 2022-03
INVOICE DATE: 3/31/2022

Federal Police Monitor for PR
VIG Tower, PH-924
1225 Ponce De Leon Ave.
San Juan, PR 00907

RAFAEL E. RUIZ CONSULTING

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: FPM work from Home | | | |
| 3/7/2022 | FPM work from Home | FPM Biweekly meeting with USDOJ/PRPB | 1.50 | $165.00 | $247.50 |
| 3/10/2022 | FPM work from Home | Analyze CMR-06 PRPB mid-term data on arrests/search and seizure | 5.00 | $165.00 | $825.00 |
| 3/14/2022 | FPM work from Home | Analyze CMR-06 PRPB mid-term data on arrests/search and seizure | 7.00 | $165.00 | $1,155.00 |
| 3/16/2022 | FPM work from Home | Analyze CMR-06 PRPB mid-term data on arrests/search and seizure | 3.75 | $165.00 | $618.75 |
| 3/17/2022 | FPM work from Home | Review PPR-621.1; Analyze CMR-06 PRPB mid-term data on arrests/search and seizure | 6.25 | $165.00 | $1,031.25 |
| 3/18/2022 | FPM work from Home | Prep CMR-07 schedule of activities; Analyze CMR-06 PRPB mid-term data on arrests/search and seizure | 4.50 | $165.00 | $742.50 |
| 3/19/2022 | FPM work from Home | Analyze CMR-06 PRPB mid-term data on arrests/search and seizure | 4.00 | $165.00 | $660.00 |
| 3/21/2022 | FPM work from Home | FPM meeting with USDOJ; conversation with PRPB re Radio Comm recordings; Analyze CMR-06 PRPB mid-term data on arrests/search and seizure | 7.50 | $165.00 | $1,237.50 |
| 3/22/2022 | FPM work from Home | Analyze CMR-06 PRPB mid-term data on arrests/search and seizure: Zoom P253 meeting with Parties | 4.00 | $165.00 | $660.00 |
| 3/23/2022 | FPM work from Home | Analyze CMR-06 PRPB mid-term data on arrests/search and seizure | 5.50 | $165.00 | $907.50 |
| 3/24/2022 | FPM work from Home | Download/test/analyze PRPB Radio Comm recordings, re Agent/Supervisor communications | 5.50 | $165.00 | $907.50 |
| 3/26/2022 | FPM work from Home | Analyze CMR-06 PRPB mid-term data on arrests/search and seizure and Radio Comm recordings | 4.00 | $165.00 | $660.00 |
| 3/28/2022 | FPM work from Home | FPM biweekly Team meeting; Analyze CMR-06 PRPB mid-term data on arrests/search and seizure | 1.50 | $165.00 | $247.50 |
| | | TOTAL: FPM work from Home | | | $9,900.00 |

INVOICE NUMBER: 2022-03

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
|      |         | Total hours for this invoice | 60.00 |      |        |

| INVOICE BALANCE INFORMATION | |
|---|---|
| Total amount of this invoice | $9,900.00 |
| Current invoice balance | $9,900.00 |

| AMOUNT DUE ON THIS INVOICE: $9,900.00 |
|---|

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*Rafael E. Ruiz*
Rafael E. Ruiz

March 31, 2022