INVOICE 0085 FOR PROFESSIONAL SERVICES; MAR 1, 2022, THROUGH MAR 31, 2022
RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC, 13932 SOUTH SPRINGS DR, CLIFTON VA 20124

TO:   Federal Monitor
      Puerto Rico Police Department Consent Decree

The invoice for professional services rendered by Crystal Reef LLC (Monitoring Core Team) for March 2022 is detailed as follows:

| Task Performed | US Hours | Dates | PR Hours | Billable Amount |
|---|---|---|---|---|
| On-Site Meetings and Assessments - Puerto Rico Labor Hours | | MAR - 21,22,23,24 | 24.00 | $3,960.00 |
| Communications & Coordination - telcons and emails to/from Monitors, PRPB, USDOJ, Special Master, FMPR Logistics and planning | 5.25 | MAR - 1,2,3,4,7,8,9,10,11,14,17,18,19,25,30 | | $866.25 |
| Coordinate, propose and prepare recommended topics and terms for the Courts status review on 3/24. Respond with Topics for Judge Besosa's consideration for March status meeting, review the Courts filed agenda. Review DoJ provided materials and recommendations. Coordinate comments for the Federal Monitor. Review applicable documents relevant to status conference. | 8.25 | MAR - 1,3,9,13,14,15,19,20,21 | | $1,361.25 |
| Review of PRPB data responses - reconcile and align, coordinate with Federal Monitor Team. Examine against past requests not provided. | 13.5 | MAR - 1,2,5,11,12,20,21,26,28,30,3 | | $2,227.50 |
| Coordinate CMR-6 reporting template, review for applicability | 0.25 | MAR - 4 | | $41.25 |
| Translate and review the EO establishing the Asst Sec for Innovation, Information, Data and Technology | 0.5 | MAR - 9 | | $82.50 |
| Teleconference Meetings (Bi-Weekly) with Monitors Office and Deputy Monitor. Adhoc call to prep for call with Parties on UOF IT Plan, review of generated agenda and talking points. Meet with the parties to review UoF/IT plan. Call with Reforma. Mtg on FIU Uof process and reporting with Ben Horowitz. | 5.25 | MAR - 11,21,28 | | $866.25 |
| Review of PRPB draft of UOF/IT Plan. Comment to the Monitor - Concerning Status Meeting to the Court on 1.14.22 - Judge Besosa directed PRPB follow through on plan for rectifying UoF issues and data. Coordinate with the Federal Monitor and DoJ | 3 | MAR - 9,10 | | $495.00 |

| | | | |
|---|---|---|---|
| Net Hours @ $165/hr. | 36.00 | 24.00 | $9,900.00 |
| Total Expenses (Air, Hotel, MIE; Meals, Parking, POV miles) | | | $1,526.82 |
| Allowable Fee | | | $11,426.82 |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

INVOICE PRESENTED BY: _____ : Scott Cragg, Monitoring Core Team

2

## Office of the TCA - Travel Reimbursement Form

**Traveler Name:** Scott Cragg
**Travel Dates:** Mar 21 - Mar 24 2022
**Purpose of Travel:** On-Site Monitoring

### Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 453.29 | 1 | $ 453.29 |
| Baggage | $ - | 0 | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | $ 16.93 | 1 | $ 16.93 |
| Ground Transportation (Parking) | $ 22.00 | 4 | $ 88.00 |
| Ground Transportation (Mileage) | $ 0.585 | 60 | $ 35.10 |
| Lodging | $ 177.00 | 3 | $ 531.00 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 2 | $ 230.00 |
| Other: | $ - | 0 | $ - |
| Total | | | $ 1,526.82 |

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

**Subject:** Reservation Confirmation
**Date:** Sunday, March 20, 2022 at 5:31:57 PM Eastern Daylight Time
**From:** Ronald Reagan Washington National Airport
**To:** spcragg@verizon.net



Customer Receipt

Your Reservation Confirmation
DCAW196128





Download receipt as PDF

Hello scott,

Thank you for reserving your parking at Ronald Reagan Washington National Airport. A summary of your reservation is below.

<u>Instructions:</u> **You must use the QR code in this email to enter and exit the airport parking facility.** Please do not use your credit card or pull a ticket. Print a copy of this email, or open it on your mobile phone, and place the QR code in front of the in-lane scanner to enter and exit the garage. When using your phone, ensure your screen is bright and you have zoomed into the QR code so that it is about 2 inches x 2 inches large.

**If you have trouble entering or exiting, PRESS THE HELP BUTTON** and a parking representative will ensure you can enter and exit using your reservation details.

## Your Reservation

**Reference:**          DCAW196128

**Parking Lot:**        Terminal B/C Garage

Entry:                               03/21/2022 at 13:30

Exit:                                03/24/2022 at 21:30

## Payment Details

| | |
|---|---|
| Reservation Made: | 03/20/2022 at 5:31:29 PM |
| Card Number: | ************6833 |
| Total: | $ 88.00 |

Please keep a note of your reference number in the unlikely event that there are any problems with your reservation.

**Important information for your reservation:**

- You may cancel or modify your reservation up to 1 hour prior to the confirmed entry date and time without penalty here, using the Manage Reservation function.
- No refunds are provided for trips shorter than the period of time reserved.
- You cannot modify a reservation once you have entered the parking facility. If your vehicle stays more than 2 hours after the reservations ends, a new parking session will begin at the posted drive up rates and the additional amount will be charged at exit.
- If you experience difficulty at entry or exit, please press the HELP button and a parking representative will help you.

Thank you,

*The Parking Team at reserve.flyreagan.com*

If you have any further queries phone (703) 417-4300 or contact us via our website.

[ Cancel/ Change Reservation ]   [ Map ]

**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Scott Cragg
13932 S Springs Dr
Clifton VA 20124
United States

Room: 0306
Room Type: EKNG
No. of Guests: 1
Rate: $ 150.00  Clerk: 8

Marriott Rewards #   797225828

CRS Number  80228068

Name:

Arrive: 03-21-22       Time: 23:08       Depart: 03-24-22       Folio Number: 688454

| Date | Description | Charges | Credits |
|---|---|---|---|
| 03-21-22 | Package | 150.00 | |
| 03-21-22 | Government Tax | 13.50 | |
| 03-21-22 | Hotel Fee 9% of Daily Rate | 13.50 | |
| 03-22-22 | COMEDOR- Guest Charge (Dinner) | 33.89 | |
| 03-22-22 | Package | 150.00 | |
| 03-22-22 | Government Tax | 13.50 | |
| 03-22-22 | Hotel Fee 9% of Daily Rate | 13.50 | |
| 03-22-22 | COMEDOR- Guest Charge (Breakfast) | 6.75 | |
| 03-23-22 | Package | 150.00 | |
| 03-23-22 | Government Tax | 13.50 | |
| 03-23-22 | Hotel Fee 9% of Daily Rate | 13.50 | |
| 03-23-22 | COMEDOR- Guest Charge (Breakfast) | 6.75 | |
| 03-24-22 | Visa Card | | 608.35 |
| | Card # XXXXXXXXXXXX6833 | | |
| 03-24-22 | Visa Card | | -29.96 |
| | Card # XXXXXXXXXXXX6833 | | |

**Subject:** Your Monday evening trip with Uber
**Date:** Tuesday, March 22, 2022 at 11:37:59 AM Eastern Daylight Time
**From:** Uber Receipts
**To:** spcragg@verizon.net

Total **$16.93**
March 21, 2022

# Thanks for tipping, scott

Here's your updated Monday evening ride receipt.

## Total                                $16.93

You earned 29 points on this trip

| | |
|---|---|
| Trip fare | $11.26 |
| **Subtotal** | **$11.26** |
| Booking Fee | $0.67 |
| Airport Fee | $3.00 |

## Flights

**MAR 2022**

| | | | |
|---|---|---|---|
| **DCA** Washington, DC  Terminal: B | **MCO** Orlando, FL | Date<br>Departs<br>Arrives<br>Flight | Mon, Mar 21<br>4:00pm<br>6:36pm<br>2323 |

JetBlue

| | | | |
|---|---|---|---|
| **MCO** Orlando, FL  Terminal: A | **SJU** San Juan, PR | Date<br>Departs<br>Arrives<br>Flight | Mon, Mar 21<br>8:04pm<br>10:59pm<br>1433 |

JetBlue

| | | | |
|---|---|---|---|
| **SJU** San Juan, PR  Terminal: A | **DCA** Washington, DC | Date<br>Departs<br>Arrives<br>Flight | Thu, Mar 24<br>5:55pm<br>9:55pm<br>1348 |

JetBlue

**If your booking was made at least 7 days in advance:** You may cancel it within 24 hours for a full refund to your original form of payment, without a cancellation fee.

**JetBlue Change/Cancel Policy:** There is no fee to change (or cancel) Blue, Blue Extra, Blue Plus or Mint fares. Blue Basic fares booked Jun 8 2021 - Aug 24 2021 and after Nov 1 2021 are subject to a change/cancel fee of $100 for travel wholly within the U.S., Caribbean, Mexico or Central America, or $200 for all other routes. There are no change/cancel fees for Blue Basic fares booked before Jun 8 2021 or between Aug 25 2021 - Oct 31 2021.

Fare difference may apply and funds may be issued as a JetBlue Travel Bank credit, valid for 12 months on any JetBlue-operated flight. As a Mosaic, same-day switches may be made without a fee or fare difference. Click here for details on our change and cancel policies.

more than two bags, these can only be added at the ticket counter on your day of travel, and other baggage restrictions may apply.

**Seat:** 9C

**Notes:** Even More Speed

Get up to 7" more legroom, a fast lane to the TSA checkpoint (select cities), and early boarding—all the better to nab that overhead bin.

**Add Even More Space**

## Payment Details

| Visa | NONREF | $389.19 |
| XXXXXXXXXXXX6833 | Taxes & fees | $64.10 |
| | **Total:** | **$453.29 USD** |

Purchase Date: Feb 18, 2022

Request full receipt

## Plan the rest of your trip with Paisly.

Get deals on cars, stays & activities from the crew you love at JetBlue—all while earning TrueBlue points. Plus, helpful humans are standing by to make your trip totally hassle-free.