**CORREA ACEVEDO & ABESADA LAW OFFICES, PSC**
Centro Internacional de Mercadeo - II
90 Carr. 165 Suite 407
Guaynabo, PRI 00968
USA

March 31, 2022
Invoice # 19466

**United States v. Commonwealth of Puerto Rico**
**Police Reform, Case No. 12-2039 (GAG)**

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/1/2022 | RAA | Review and analyze stipulation and proposed order filed by PRPB and USDOJ and enclosed memorandum from S. Cragg. Email to deputy monitor and monitor. | 0.50 225.00/hr | 112.50 |
|  | RAA | Review and respond to emails from D. Rodriguez. | 0.20 225.00/hr | 45.00 |
|  | RAA | Telephone call from J. Romero. | 0.30 225.00/hr | 67.50 |
|  | RAA | Various calls and emails with J. Romero and D. Rodriguez. | 0.80 225.00/hr | 180.00 |
|  | RAA | Review email from A. Del Carmen. | 0.10 225.00/hr | 22.50 |
|  | RAA | Revisions to status conference topics based on stipulation. Emails with D. Rodriguez and J. Romero. | 0.90 225.00/hr | 202.50 |
|  | RAA | Review email from D. Rodriguez and revisions to survey. | 0.30 225.00/hr | 67.50 |
|  | RAA | Further calls and emails with D. Rodriguez and J. Romero. | 0.30 225.00/hr | 67.50 |
|  | RAA | Analysis of additional topics suggested by special master. | 0.30 225.00/hr | 67.50 |
|  | RAA | Prepare draft communication requested by monitor in response to judge's inquiries. | 0.20 225.00/hr | 45.00 |

787-273-8300

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/1/2022 | RAA | Review and respond to D. Rodriguez's email inquiries. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Review and respond email from S. Cragg and his revisions to the IT topics for the hearing. Examine his revisions. Telephone call and email from D. Rodriguez regarding the same. | 0.40<br>225.00/hr | 90.00 |
|  | RAA | Prepare draft communication for monitor regarding new topics. | 0.10<br>225.00/hr | 22.50 |
|  | SL | Assist with communications and memo requested by federal monitor. | 0.50<br>90.00/hr | 45.00 |
| 3/2/2022 | RAA | Review orders related to PRPB's recent filings. | 0.20<br>225.00/hr | 45.00 |
|  | YMT | Translate to spanish the CMR-6 Data Request 3.1 2022.03.01. | 5.20<br>150.00/hr | 780.00 |
| 3/3/2022 | RAA | Plan and prepare for videocall with J. Romero, L. Hidalgo, J. Gonzalez, and D. Rodriguez. Appear and attend meeting. | 0.50<br>225.00/hr | 112.50 |
|  | RAA | Review and respond to emails from A. Del Carmen, J. Romero, and D. Rodriguez. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Appear and attend videoconference with D. Rodriguez, S. Rhinerson, and D. Levy. | 0.90<br>225.00/hr | 202.50 |
|  | RAA | Review and respond to email from T. Petrowski. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Review and respond to emails from D. Rodriguez and S. Rhinerson. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Review order approving invoices of special masters. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review order scheduling status conference | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Email order to D. Rodriguez and J. Romero. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Telephone call from L. Hidalgo. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Review and respond to L. Hidalgo's electronic communication. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review further emails from D. Rodriguez. | 0.10<br>225.00/hr | 22.50 |
| 3/4/2022 | RAA | Review and respond to emails from L. Hidalgo. | 0.20<br>225.00/hr | 45.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/4/2022 | RAA | Review order on stipulation. Email to monitors regarding the same. | 0.20 225.00/hr | 45.00 |
|  | RAA | Plan and prepare for videocall meeting. | 0.30 225.00/hr | 67.50 |
|  | RAA | Appear and attend videocall meeting with parties and R. Trabaco team. | 0.90 225.00/hr | 202.50 |
|  | RAA | Review emails from J. Gonzalez. | 0.20 225.00/hr | 45.00 |
|  | RAA | Review emails from L. Saucedo and R. Trabaco. | 0.20 225.00/hr | 45.00 |
| 3/7/2022 | RAA | Revise translation of production of documents and original request. | 0.40 225.00/hr | 90.00 |
|  | RAA | Plan and prepare for videoconference with the parties. | 0.50 225.00/hr | 112.50 |
|  | RAA | Appear and attend videoconference. | 1.50 225.00/hr | 337.50 |
|  | RAA | Review email from D. Rodriguez. | 0.10 225.00/hr | 22.50 |
|  | RAA | Review email and agenda from S. Rhinerson. | 0.10 225.00/hr | 22.50 |
| 3/8/2022 | RAA | Review email from J. González. | 0.10 225.00/hr | 22.50 |
|  | RAA | Telephone call from D. Rodriguez. | 0.20 225.00/hr | 45.00 |
|  | RAA | Review emails from D. Rodriguez and S. Rhinerson. | 0.20 225.00/hr | 45.00 |
|  | RAA | Telephone call from J. Romero. | 0.20 225.00/hr | 45.00 |
|  | RAA | Telephone call from L. Hidalgo. | 0.20 225.00/hr | 45.00 |
|  | RAA | Review emails from PRPB and USDOJ. | 0.30 225.00/hr | 67.50 |
| 3/9/2022 | RAA | Review emails related to community survey. | 0.20 225.00/hr | 45.00 |
|  | RAA | Review email by L. Saucedo. | 0.10 225.00/hr | 22.50 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/10/2022 | YMT | Prepare and file motion for disbursement of funds. | 0.60 150.00/hr | 90.00 |
|  | RAA | Telephone call from J. González. | 0.10 225.00/hr | 22.50 |
|  | RAA | Review email from J. González. | 0.10 225.00/hr | 22.50 |
|  | RAA | Attend executive team videocall. | 0.70 225.00/hr | 157.50 |
|  | RAA | Attend executive team videocall. | 0.70 225.00/hr | 157.50 |
| 3/11/2022 | RAA | Review email from J. González. | 0.10 225.00/hr | 22.50 |
|  | RAA | Review emails from R. Tabaco and A. Del Carmen. | 0.20 225.00/hr | 45.00 |
|  | RAA | Review email and new agenda from S. Rhinerson. | 0.10 225.00/hr | 22.50 |
| 3/13/2022 | RAA | Review emails from team related to upcoming status conference. Review presentation by monitor. | 0.30 225.00/hr | 67.50 |
| 3/15/2022 | YMT | Review amended invoices chart and amended invoice of Rafael Ruiz. | 0.60 150.00/hr | 90.00 |
|  | YMT | Prepare and file motion to amend and correct motion for disbursement of funds. | 0.60 150.00/hr | 90.00 |
|  | RAA | Review PRPB's motion to restrict. | 0.10 225.00/hr | 22.50 |
|  | RAA | Review PRPB's motion in compliance with order and attachments. | 0.40 225.00/hr | 90.00 |
|  | RAA | Emails to monitors and special master. | 0.20 225.00/hr | 45.00 |
|  | RAA | Review PRPB's second motion in compliance with order and attachments. | 0.40 225.00/hr | 90.00 |
|  | RAA | Emails to monitors and special master regarding second motion. | 0.20 225.00/hr | 45.00 |
| 3/16/2022 | RAA | Telephone call from J. Romero. | 0.30 225.00/hr | 67.50 |
|  | RAA | Review and analyze documents produced by PRPB in recent filings. | 1.70 225.00/hr | 382.50 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/16/2022 | RAA | Review emails from S. Rhierson. | 0.10<br>225.00/hr | 22.50 |
| 3/17/2022 | RAA | Exchange of electronic communications with J. Romero and D. Rodriguez. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Review PRPB's motion to restrict. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Plan and prepare for videocall. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Attend videocall with executive monitor team. | 0.50<br>225.00/hr | 112.50 |
|  | RAA | Review order granting motion for disbursement of funds. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review PRPB's third motion for compliance and exhibits. | 0.40<br>225.00/hr | 90.00 |
| 3/18/2022 | RAA | Review and analysis of documents submitted in third motion in compliance. | 0.70<br>225.00/hr | 157.50 |
|  | RAA | Calls and emails with J. Romero, L. Hidalgo, and D. Rodriguez. | 0.60<br>225.00/hr | 135.00 |
|  | RAA | Revise memorandum regarding PRPB's submission of budget related documents. Email feedback to L. Hidalgo and J. Romero. | 0.30<br>225.00/hr | 67.50 |
| 3/21/2022 | RAA | Plan and prepare for meetings today. | 0.70<br>225.00/hr | 157.50 |
|  | RAA | Appear and attend morning site visit reform meeting. | 1.20<br>225.00/hr | 270.00 |
|  | RAA | Appear and attend afternoon meeting on supervision. | 1.60<br>225.00/hr | 360.00 |
|  | RAA | Review several orders on motions to restrict and motions in compliance. | 0.20<br>225.00/hr | 45.00 |
| 3/22/2022 | RAA | Exchange of electronic communications with D. Rodriguez. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Review and respond to email from S. Rhinerson. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Plan and prepare for meetings today. | 0.90<br>225.00/hr | 202.50 |
|  | RAA | Review USDOJ's motion to restrict. | 0.10<br>225.00/hr | 22.50 |

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/22/2022 | RAA | Review USDOJ's response to PRPB's motion in compliance with order. Review exhibits to response. | 0.80 225.00/hr | 180.00 |
| | RAA | Email USDOJ's motion to monitor and special master. | 0.10 225.00/hr | 22.50 |
| | RAA | Review and respond to email from A. Del Carmen. | 0.20 225.00/hr | 45.00 |
| | RAA | Appear and attend to meetings today. | 2.30 225.00/hr | 517.50 |
| | RAA | Review further emails exchanged by the parties, special master, and monitor's office. | 0.30 225.00/hr | 67.50 |
| | SL | Assist for preparation for meetings today. | 0.50 90.00/hr | 45.00 |
| 3/23/2022 | RAA | Review email from D. Rodriguez. | 0.10 225.00/hr | 22.50 |
| | RAA | Plan and prepare for hearing tomorrow. | 2.60 225.00/hr | 585.00 |
| | RAA | Review emails exchanged by the parties. | 0.30 225.00/hr | 67.50 |
| | RAA | Telephone call from J. Gonzalez. | 0.10 225.00/hr | 22.50 |
| | RAA | Review order on motion to restrict. | 0.10 225.00/hr | 22.50 |
| | RAA | Meeting with monitors to prepare for tomorrow's hearing and prepare memo requested by judge. | 2.50 225.00/hr | 562.50 |
| | RAA | Review emails exchanged by L. Saucedo and A. Del Carmen. | 0.20 225.00/hr | 45.00 |
| | SL | Assist in preparation for hearing tomorrow. | 0.50 90.00/hr | 45.00 |
| 3/24/2022 | RAA | Appear and attend hearing in Old SJ federal courthouse. | 3.90 225.00/hr | 877.50 |
| | RAA | Review email from D. Rodriguez with use of force plan and proposed regulations. | 0.10 225.00/hr | 22.50 |
| | RAA | Review and analyze plan and regulations. | 1.40 225.00/hr | 315.00 |
| 3/25/2022 | RAA | Various telephone calls from J. Romero. | 0.50 225.00/hr | 112.50 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 3/27/2022 | RAA | Review and respond to email inquiries from T. Petrowski. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Exchange of emails with J. Romero and D. Rodriguez. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review email from S. Rhinerson. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email with budget analysis by L. Hidalgo. | 0.20<br>225.00/hr | 45.00 |
| 3/28/2022 | RAA | Plan and prepare for team meetings today. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review email from L. Hidalgo with OMB draft letter. Revise draft. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Appear and attend team meetings. | 1.50<br>225.00/hr | 337.50 |
| | RAA | Telephone call from J. Romero. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review and respond to email inquiries from T. Petrowksi. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Telephone call from J. Romero. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review email from D. Rodriguez. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email from PRPB's counsel. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Exchange of emails with monitor and deputy monitor | 0.30<br>225.00/hr | 67.50 |
| | RAA | Prepare memo to PRPB's counsel. | 1.20<br>225.00/hr | 270.00 |
| 3/29/2022 | RAA | Continue preparation of memorandum. | 0.90<br>225.00/hr | 202.50 |
| | RAA | Emails and calls with monitor Romero. | 0.40<br>225.00/hr | 90.00 |
| | RAA | Emails and calls with D. Rodriguez. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Telephone call from L. Hidalgo. | 0.30<br>225.00/hr | 67.50 |

|            |     |                                                           | Hrs/Rate        | Amount      |
|------------|-----|-----------------------------------------------------------|-----------------|-------------|
| 3/29/2022  | RAA | Telephone call from monitor Romero.                       | 0.20 225.00/hr  | 45.00       |
|            | RAA | Finalize memorandum and email it to the parties.          | 0.30 225.00/hr  | 67.50       |
|            | RAA | Review email from L. Hidalgo.                             | 0.10 225.00/hr  | 22.50       |
|            | RAA | Review motion in compliance filed by PRPB and attachments.| 0.30 225.00/hr  | 67.50       |
|            | RAA | Review and respond to email from A. Del Carmen.           | 0.20 225.00/hr  | 45.00       |
|            |     | **For professional services rendered**                    | **60.20**       | **$12,817.50** |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Roberto Abesada Agüet | 51.70 | 225.00 | $11,632.50 |
| Stephanie Leon | 1.50 | 90.00 | $135.00 |
| Yesenia Medina Torres | 7.00 | 150.00 | $1,050.00 |

WE HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN OUR CAPACITY AS THE FIRM SERVING AS GENERAL COUNSEL OF THE FEDERAL MONITOR'S OFFICE. WE FURTHER CERTIFY THAT WE HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH OF PUERTO RICO, OR ANY OF ITS DEPARTMENTS, MUNICIPALITIES OR AGENCIES.