

# INVOICE

22 Chalets de Santa Maria
San Juan, P.R. 00927
(787)940-3090

**BILL TO:**
**Office of the FPMPR, LLC**
VIG Tower, PH 924
1225 Ponce de Leon Avenue
San Juan, P.R. 00907

**DATE:** 3/23/2022
**INVOICE #** 202203
**FOR:** FPMPR/TCA

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Zoom call Denise & Dave/PRPB | 2.00 | $160.00 | $ 320.00 |
| emails-texts/phone calls: John, Denise, Dave, Sam, Al, Sgt. Cruz-Febo | 3.00 | $160.00 | $ 480.00 |
| 03/01/2022: CIC Member Interview: Mr. Robert Quintero | 1.50 | $160.00 | $240.00 |
| 03/03/2022: CIC Member Interview: Mr. Johnny Vega | 1.50 | $160.00 | $240.00 |
| 03/05/2022: Box review newly uploaded data/collaboration file training and added comments. | 1.50 | $160.00 | $240.00 |
| 03/09/2022: Box doc. Review detailed/open pdf docs. Issues | 3.00 | $160.00 | $ 480.00 |
| 03/10/2022: Call with Denise: Data captured Box/Field visit for interview coord. Aguadilla | 0.50 | $160.00 | $ 80.00 |
| 03/11/2022: Box download issues/troubleshooting Sam/docs. Review/assessment notes | 3.00 | $160.00 | $ 480.00 |
| 03/15/2022: CMR6 template section X Gen. Intro. Partial first draft/review/par. 205 partial assessment notes | 4.00 | $160.00 | $ 640.00 |
| 3/16/2022: Par.206 partial review/Discricts/Precincts SARA Implem. Staffing/Deployment of resources for comm.policing per police area review/annotations. | 5.00 | $160.00 | $ 800.00 |
| 03/19/2022: Box further doc. Review+newly uploaded docs.pars. Annotations/Partial par. 211, 214-review/ final Intro.& partial Par 205 draft 1. | 7.00 | $160.00 | $ 1,120.00 |
| 03/20/2022: GO 300-311 reviewed/Box docs. par 214 Encounters supporting docs. Par. 205 final inclusive draft | 5.00 | $160.00 | $ 800.00 |
| 03/21/2022: PRPB site meeting/par. 205 pathway draft, 206 initial draft | 4.00 | $160.00 | $ 640.00 |
| 03/21/2022: Call from CIC facilitator Agent Dorian Perez Utuado/issues of concern | 0.50 | $160.00 | $ 80.00 |
| 03/22/2022: Field Interviews Aguadilla, P.R. | 11.00 | $160.00 | $ 1,760.00 |
| Sum | 52.50 | | $ 8,400.00 |
| | | | $ - |
| | | TOTAL | $8,400.00 |

03/15/2022: CMR6

**I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor.  I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities, or agencies.**


Merangelie Serrano-Rios