# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@outlook.com | 550 Amsonia Circle
Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2022-03
**DATE:** March 31, 2022

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 3/01/2022 | 1.0 hour of travel planning and policies | 1.0 | $50.00 | $50.00 |
| 3/03/2022 | 1.0 hour of CMR-6 discussion and travel planning | 1.0 | $50.00 | $50.00 |
| 3/04/2022 | 1.0 hour of travel planning and policies | 1.0 | $50.00 | $50.00 |
| 3/08/2022 | 1.0 hour of travel planning and CMR-6 | 1.0 | $50.00 | $50.00 |
| 3/10/2022 | 1.0 of analysis and travel planning | 1.0 | $50.00 | $50.00 |

**AMOUNT DUE**     **SEE THIRD PAGE**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@outlook.com | 550 Amsonia Circle Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2022-03
**DATE:** March 31, 2022

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 3/11/2022 | 2.0 hours of survey data and travel planning | 2.0 | $50.00 | $100.00 |
| 3/12/2022 | 2.0 hours of travel planning and survey data | 2.0 | $50.00 | $100.00 |
| 3/13/2022 | 1.0 hour of travel planning and survey | 1.0 | $50.00 | $50.00 |
| 3/14/2022 | 2.5 hours of travel planning | 2.5 | $50.00 | $125.00 |
| 3/17/2022 | 1.5 hour of policy review facilitation and travel planning | 1.5 | $50.00 | $75.00 |

**AMOUNT DUE**     **SEE THIRD PAGE**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@outlook.com | 550 Amsonia Circle
Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2022-03
**DATE:** March 31, 2022

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 3/22/2022 | 1.0 hour of policy review facilitation | 1.0 | $50.00 | $50.00 |
| 3/28/2022 | 1.0 hour of team call and policy review facilitation | 1.0 | $50.00 | $50.00 |
| 3/29/2022 | 3.0 hour of travel planning calls and policy review and facilitation | 3.0 | $50.00 | $150.00 |

**AMOUNT DUE**     $950.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.