# Manuel A. Arroyo Rivera

P.o Box 8925 Santurce Puerto Rico 00910    Cel 787-364-8925

Email [marroyorivera20@gmail.com](marroyorivera20@gmail.com)

Invoice  Month march 2022                                                                                 Invoice #018

Federal Police Monitor   San Juan, PR

| Date | description | Hour | Rate | Amount |
|---|---|---|---|---|
| March 20 2022 | pick up the rest of the staff at the airport and take them to your hotel | 10 | $20 | $200.00 |
| March 21 2022 | pick up the monitor and the rest of the staff and take them to different meetings of the day | 11 | $20 | $220.00 |
| March 22 2022 | pick up the monitor and the rest of the staff and take them to different meetings of the day | 10 | $20 | $200.00 |
| March 23 2022 | pick up the monitor and the rest of the staff and take them to different meetings of the day | 11 | $20 | $220.00 |
| March | use of the vehicle to pick up the monitor and the rest of the Team | 1 | $50 | $50.00 |
|  |  |  |  | Total $890.00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |