Hipolito Castro Jr
64 Mustang Drive
Monroe, CT 06468

INVOICE #PR003-2022
DATE: March 31, 2022

**Dates of service: March 1 – March 31, 2022**  **TOTAL $9,799.33**

**The following is a detailed statement of the hours worked:**

**03/01/2022 and 03/03/2022**

-Zoom Supervision and management interviews **14 hrs**.

**03/02/2022, 03/08/2022, 03/09/2022, 03/10/2022**

 **03/25/2022, 03/27/2022 and 03/28/2022**

-Calls and emails with team members. **3 hr.**

**03/28/2022**

-Summary of Sergeant's interview. **1 hour.**

-Bullets for reports of all Supervision and Management interviews.  **1 hour.**

 **03/28/2022**

-FPM Team meeting Zoom. **1 hour.**

**TRAVEL:**

**03/20/2022**

- Arrived and checked in hotel.

**03/21/2022**

-Meeting with Reform at PRPB HQ **3 hrs.**
-Supervision and management interviews **5 hrs.**

03/22/2022

-Supervision and management interviews. **8 hrs**.
- Aguadilla Precinct.

03/23/2022

-Supervision and Management interviews. **8 hrs**.
- Ponce Precinct.

03/24/2022

- Supervision and management interviews. **8 hrs**.
- Departed Puerto Rico

**Expenses due to travel: $1,999.33**

**Billable Hours:** 52 HOURS, at rate of $150 per hour = **$7,800.00**

I hereby certify that the amount billed in this invoice is true and correct and corresponds to the number of hours worked in my capacity as support staff to the Federal Monitor's Office. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Hipolito Castro Jr                                                    Date: March 31, 2022



# Office of the Technical Compliance Advisor Travel Reimbursement Form

**Traveler name:** Hipolito Castro
**March 20, 2022 to March 24, 2022**
**Purpose of Travel:** Site visits/ interviews of PRPB personnel

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 419.60 | 1 | $ 419.60 |
| Baggage | $ 70.00 | 1 | $ 70.00 |
| Ground Transportation (Uber/Lyft/Taxi) | $ 14.32 | 1 | $ 14.32 |
| Ground Transportation (Parking) | $ 7.00 | 5 | $ 35.00 |
| Ground Transportation (Mileage) | 0.58.5 | 99 | $ 57.91 |
| Lodging | $ 177.00 | 5 | $ 885.00 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 3 | $ 345.00 |
| Tolls and NY Bridges | | | $ - |
| **Total** | | | **$ 1,999.33** |

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098



Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098



# Receipt for Itinerary #72252236730213

Mar 20, 2022 - Mar 25, 2022

## Booked Items

**Flight:** Hartford (BDL) to San Juan (SJU)
**Flight:** San Juan (SJU) to Hartford (BDL)

Depart: 3/20/2022 | Return: 3/25/2022 ,1 round trip ticket

## Traveler Information

**Hipolito Castro** - Adult
Ticket # 2797716864553

## Cost Summary

**Booked Date:** Feb 18, 2022

| | |
|---|---|
| **Traveler 1: Adult** | $419.60 |
| Flight | $360.00 |
| Taxes & Fees | $59.60 |
| Total: | $419.60 |
| Paid: | $419.60 |

All prices quoted in US dollars.

## jetBlue — RECEIPT

Date: 24 Mar 22

Traveler(s): CASTRO/HIPOLITO

Confirmation Code: CLNMWX

| Description | Quantity | Fee |
|---|---|---|
| First Bag | 1 | $35.00 |

$35.00

****1006
AUTH 147191          SJUK120

---

## jetBlue — RECEIPT

Date: 20 Mar 22

Traveler(s): CASTRO/HIPOLITO

Confirmation Code: CLNMWX

| Description | Quantity | Fee |
|---|---|---|
| First Bag | 1 | $35.00 |

$35.00

****1006
AUTH 125783          BDLK107

Total 70.00




# Uber

March 24, 2022

## Thanks for tipping, Polo

We hope you enjoyed your ride this evening.

| | |
|---|---|
| **Total** | **$17.99** |

| | |
|---|---|
| Trip fare | $14.32 |

| | |
|---|---|
| **Subtotal** | $14.32 |
| Booking Fee | $0.67 |
| Tips | $3.00 |

## Payments

 Visa ••••3927
3/24/22 6:16 PM                                   $17.99

[Visit the trip page](#) for more information, including invoices (where available)

---

**You rode with Sabreen**

UberX  6.24 miles | 24 min



5:41 PM | 801 Ponce de Leon Ave, San Juan, PR 00907, US

6:06 PM | San Juan, PR 80530, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.



```
                    Bradley Airport
                        Lot 4
                 Widsor Locks, CT 06096

F/C #12              A Payment No.00006514
T/D #43                   Ticket No.006655
Cashier                          ID #153
Entry Time         3/20/2022 (Sun) 14:23
Paid Time          3/25/2022 (Fri)  0:13
Parking Time              4 Days   9:50
Parking Fee        Rate J         $32.91

TAX                                $2.09
  Tax1                 6.35 %      $2.09

Total Fee                         $35.00
VISA
  Account #   *****************************1671
  Slip #                           04923
  Auth Code                       031503
CREDIT CARD AMOUNT                $35.00
Cash Amount                        $0.00
==================================================
Total                             $35.00
       Thank you for choosing Bradley Airport
                 Please drive safely.
==================================================
```

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Hipolito Jr Castro
DC 00000
United States

Room: 0604
Room Type: DNKG
No. of Guests: 1
Rate: $ 150.00  Clerk: 1009

Marriott Rewards # 214246771

CRS Number  97100394

Name:

Arrive: 03-20-22        Time: 21:19         Depart: 03-25-22        Folio Number: 687478

| Date | Description | Charges | Credits |
|---|---|---|---|
| 03-20-22 | Package | 150.00 | |
| 03-20-22 | Government Tax | 13.50 | |
| 03-20-22 | Hotel Fee 9% of Daily Rate | 13.50 | |
| 03-21-22 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 03-21-22 | Package | 150.00 | |
| 03-21-22 | Government Tax | 13.50 | |
| 03-21-22 | Hotel Fee 9% of Daily Rate | 13.50 | |
| 03-22-22 | Package | 150.00 | |
| 03-22-22 | Government Tax | 13.50 | |
| 03-22-22 | Hotel Fee 9% of Daily Rate | 13.50 | |
| 03-23-22 | Package | 150.00 | |
| 03-23-22 | Government Tax | 13.50 | |
| 03-23-22 | Hotel Fee 9% of Daily Rate | 13.50 | |
| 03-24-22 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 03-24-22 | Package | 150.00 | |
| 03-24-22 | Government Tax | 13.50 | |
| 03-24-22 | Hotel Fee 9% of Daily Rate | 13.50 | |
| 03-24-22 | American Express | | |
| | Card # XXXXXXXXXXX1006 | | |

893.00
− 8.00
―――――
885.00

**COURTYARD®**
**Marriott.**

Courtyard by Marriott
San Juan - Miramar
guest.service@courtyard.com

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Hipolito Jr Castro
DC 00000
United States

Room: 0604
Room Type: DNKG
No. of Guests: 1
Rate: $ 150.00   Clerk: 1009
CRS Number  97100394

Marriott Rewards #   214246771

Name:

Arrive:  03-20-22          Time:  21:19          Depart:  03-25-22          Folio Number:  687478

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
|      |   Balance   |         | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today. Start earning points and elite status, plus enjoy exclusive member offers. Enroll today at the front desk.