```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF PUERTO RICO
```

UNITED STATES OF AMERICA,

    **Plaintiff**,

          **v.**                      **Civil No.** 12-2039 (FAB)

COMMONWEALTH OF PUERTO RICO, *et al.*,

    **Defendants.**

**ORDER SCHEDULING STATUS CONFERENCE**

A Status Conference is scheduled to be held on **Friday, May 20, 2022 at 1:30 p.m.** in the Old San Juan Courthouse. The specific courtroom to be used will be informed at a later date.

    1. The following topics will be discussed at the status conference:

        **A.**    **Information Technology**

               i. Current Stipulation Timelines - Have the timelines identified in the stipulation submitted to the Court by the parties been met?

               ii. Future Stipulation Timelines - Is the Commonwealth on pace to meet future timelines as outlined in the stipulation?

Civil No. 12-2039 (FAB)                                                          2

     **B.**   *Interim* **Use of Force Plan**

Use of Force (UOF) Plan Status Report – What is the implementation status of the UOF Plan submitted to the Court?

     **C.**   **Supervision Plan**

     i.   Current Stipulation Timelines – Have the timelines identified in the stipulation submitted to the Court by the Parties been met?

     ii.   Future Stipulation Timelines – Is the Commonwealth on pace to meet future timelines as outlined in the stipulation?

     iii. Promotional Exams Status Report – What is the status of promotional exams?

     iv.   Staffing Shortages Status Report – What is the plan to redeploy sergeants to the field due to staffing shortages?

     v.   Civilianization of Positions Status Report – What is the plan for civilianizing positions within the Puerto Rico Police Bureau (PRPB)?

     vi.   Cadet Program – What is the status of the regulation to implement the law permitting 18-year-olds to become members of the PRPB?

     vii. What is the status of PRPB coordinating with universities to offer courses leading to the associates degree that the consent requires for sworn officers?

        viii. Career Path Development – What is the status of the Career Path Policy.

        ix.  Promotional Protocol Implementation – What is the status of the promotional protocol implementation?

    **D.**    **Any other matter that the Parties may want to bring to the Court's attention.**

2. The Monitor's Office will follow-up with additional questions that the Court may ask of the Parties on the identified and other topics.  If additional information is needed, the Parties should not hesitate to reach out to the Monitor's Office.

3. The following persons shall attend the status conference:

    **Office of the Governor ("La Fortaleza")**

    María del Mar Ortiz – Deputy Chief Counsel

    Enrique Völckers – Deputy Chief of Staff

    **Office of Management and Budget ("OMB")**

    Pedro de Jesús – Chief Counsel

    Zulma Canales – Director of Fiscal Compliance

    **Financial Oversight and Management Board ("FOMB")**

    Amaury Rodríguez – "Analyst" on Public Safety Matters

    **Puerto Rico Innovation and Technology Service ("PRITS")**

    Nanette Martínez-Ortiz – Acting Chief Information and Innovation Officer ("CIIO") & Chief Technology Officer ("CTO")

**General Services Administration ("GSA")**

Edgardo González – Assistant Administrator for Service to the Agencies

**Office for the Administration and Transformation of Human Resources ("OATHR")**

Gustavo Cartagena – Deputy Director

**Department of Public Safety ("DPS")**

Hon. Alexis Torres – Secretary

Rafael Riviere – Undersecretary

Arturo Garffer – Special Assistant to the Secretary

Carlos Colón – IT Office Director

Juan Carlos Puig – Consultant and former Treasury Secretary

**Puerto Rico Police Bureau ("PRPB")**

Antonio López – Commissioner

Carlos Figueroa – Office of the Reform Director

José Vázquez – Office of the Reform Counsel

Juan Carlos Rivera – IT Bureau Director

Ángel Díaz – IT Bureau Deputy Direct

**Counsel for the Commonwealth of Puerto Rico**

Rafael Barreto

Gabriel Peñagarícano

**United States Department of Justice**

Representative from the Department of Justice

**Federal Monitor's Office**

John Romero – Chief Federal Police Monitor

Denise Rodríguez – Chief Deputy Police Monitor

Roberto Abesada – General Counsel

**Special Master**

Dr. Alejandro del Carmen – Special Master

Thomas Petrowski – Assistant Special Master

Gary Loeffert – Assistant Special Master

**IT IS SO ORDERED.**

San Juan, Puerto Rico, April 28, 2022.

                                            s/ Francisco A. Besosa
                                            FRANCISCO A. BESOSA
                                            SENIOR UNITED STATES DISTRICT JUDGE