GALOEFFERT, LLC
4805 East Lake Road
Sheffield Lake, Ohio 44054

March 22, 2022, through April 21, 2022

INVOICE # 2022-04      **TOTAL DUE $15,168.12**
ASSISTANT SPECIAL MASTER
APRIL 2022 INVOICE

Tasks Completed

| Hours | Description | Total |
|---|---|---|
| 21 | Drafted/reviewed/researched/translated as necessary/discussed/reworked documents related to various orders of the Court, PRPB and DOJ and Monitor's Office exchanges regarding recurring issues and OSM projects. | $3,150.00 |
| 17 | Drafted, reviewed, and responded to texts, emails and all other documents/communications with respective parties, the Special Master, Assistant Special Master and the Court. | $2,550.00 |
| 19 | Zoom meetings and/or conference calls with the parties. | $2,850.00 |
| 34 | Travel, meetings, status conference in San Juan 03/22/2022 - 03/24/2022 | $5,100.00 |
| Travel Expense | Air Fare Cleveland to San Juan claiming coach class roundtrip ticket | $669.00 |
| Travel Expense | Lodging 03/22/2022-03/24/2022, Govt rate $195/night plus tax | $501.62 |
| Travel Expense | Meals and Incidental Expenses, 03/22/2022-03/24/2022, Govt rate $115.00/day, travel days ¾ rate at $86.25/day | $287.50 |
| Travel Expense | Parking Cleveland Airport 03/22/2022-03/24/2022, 3 days at $20.00/day | $60.00 |

Total Wages Due = $15,168.12

I hereby certify that the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

_____      04/21/2022
Gary A. Loeffert



1369 Ashford Avenue
San Juan, , 00907, United States
Tel.: +1-787-827-7280 Fax: +1-787-289-7000 www.marriott.com/sjuac

AC Hotel
San Juan - Condado

Gary Loeffert
4805 E Lake Rd
Sheffield Lk OH 44054
United States

| | |
|---|---|
| Habitación / Room: | 0215 |
| Confirmation / Confirmacion: | 97273749 |
| Tipo de habitación/Room Type : | GENK |
| No. Huespedes/ No. of Guests : | 1/0 |
| Tarifa / Rate : 195 | Agente / Clerk :79 |

| Llegada: Arrival : | 03-22-22 | Hora : Time : | 14:45:00 | Salida : Departure : | 03-24-22 | Hora : Time : | 16:54:00 | No. Folio : 169882 |

| Fecha / Date | Reference # | Descripción / Description | Cargos / Charges | Creditos / Credits |
|---|---|---|---|---|
| 03-22-22 | 10174 | Room Charge | 195.00 | |
| 03-22-22 | 15101 | Destination Resort Fee | 35.10 | |
| 03-22-22 | 15105 | Room Tax | 20.71 | |
| 03-23-22 | | AC Kitchen Liquor | 63.12 | |
| 03-23-22 | 10174 | Room Charge | 195.00 | |
| 03-23-22 | 15101 | Destination Resort Fee | 35.10 | |
| 03-23-22 | 15105 | Room Tax | 20.71 | |
| 03-24-22 | | AC Kitchen | 41.91 | |
| 03-24-22 | 90702 | Master Card / Euro Card | | 606.65 |

No. de TC/Credit Card No. :  XXXXXXXXXXXX5034

**Total :**  606.65

**Balance :**  0.00

As a Marriott Bonvoy Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

**From:** United Airlines, Inc. Receipts@united.com
**Subject:** eTicket Itinerary and Receipt for Confirmation DSJ47S
**Date:** February 18, 2022 at 12:14 PM
**To:** NPANTHERS1986@gmail.com NPANTHERS1986@GMAIL.COM





Fri, Feb 18, 2022

## Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our Important notices page for the latest updates

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# DSJ47S

---

Flight 1 of 4 UA737 — Class: United First (P)

Tue, Mar 22, 2022
**07:20 AM**
Cleveland, OH, US (CLE)

Tue, Mar 22, 2022
**08:56 AM**
New York/Newark, NJ, US (EWR)

---

Flight 2 of 4 UA205 — Class: United Business (P)

Tue, Mar 22, 2022
**10:00 AM**
New York/Newark, NJ, US (EWR)

Tue, Mar 22, 2022
**01:44 PM**
San Juan, PR, US (SJU)

---

Flight 3 of 4 UA2024 — Class: United Business (P)

Thu, Mar 24, 2022
**04:45 PM**
San Juan, PR, US (SJU)

Thu, Mar 24, 2022
**08:47 PM**
Washington, DC, US (IAD)

---

Flight 4 of 4 UA755 — Class: United First (P)

Thu, Mar 24, 2022
**10:03 PM**

Thu, Mar 24, 2022
**11:25 PM**

Washington, DC, US (IAD)                                                                Cleveland, OH, US (CLE)

### Traveler Details

**LOEFFERT/GARYA**

| | |
|---|---|
| eTicket number: **0162395294501** | Seats: CLE-EWR 03E |
| Frequent Flyer: **UA-XXXXX265 Premier Silver** | EWR-SJU 04E |
| | SJU-IAD 04E |
| | IAD-CLE 03E |

### Purchase Summary

| | |
|---|---|
| Method of payment: | Master Card ending in 5034 |
| Date of purchase: | Fri, Feb 18, 2022 |
| Airfare: | 800.00 USD |
| U.S. Transportation Tax: | 39.40 USD |
| September 11th Security Fee: | 11.20 USD |
| U.S. Passenger Facility Charge: | 18.00 USD |
| Total Per Passenger: | 868.60 USD |
| **Total:** | **868.60 USD** |

### Carbon Footprint

Your estimated carbon footprint for this trip is **0.83439 tonnes of $CO_2$.**

You can reduce your environmental impact by participating in our CarbonChoice program which supports projects that reduce greenhouse gases. Learn more.

### Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.
NONREF/0VALUAFTDPT
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

### MileagePlus Accrual Details

| Garya Loeffert | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Tue, Mar 22, 2022 | 737 | Cleveland, OH, US (CLE) to New York/Newark, NJ, US (EWR) | 567 | 81 | 1 |
| Tue, Mar 22, 2022 | 205 | New York/Newark, NJ, US (EWR) to San Juan, PR, US (SJU) | 2240 | 320 | 1 |
| Thu, Mar 24, 2022 | 2024 | San Juan, PR, US (SJU) to Washington, DC, US (IAD) | 2373 | 339 | 1 |
| Thu, Mar 24, 2022 | 755 | Washington, DC, US (IAD) to Cleveland, OH, US (CLE) | 434 | 62 | 1 |
| MileagePlus accrual totals: | | | 5614 | 802 | 4 |

# San Juan to Cleveland
Roundtrip · 1 traveler · Thu Mar 24

Compare fare types

| | Economy | First (2-cabin) | First (2-cabin, fully refundable) |
|---|---|---|---|
| 4:15pm → 11:25pm · 6h 40m · 1 stop: IAD — Details/seat map | $669 | $869 | $1,069 |
| 4:25pm → 11:25pm · 7h 0m · 1 stop: EWR — Details/seat map | $757 | $1,504 | $1,704 |
| 2:40pm → 10:27pm · 7h 47m · 1 stop: ORD — Details/seat map | $869 | $1,069 | $1,269 |
| 1:05am → 9:07am · 8h 2m · 1 stop: EWR — Details/seat map | $669 | $869 | $1,069 |
| 1:05am → 9:07am · 8h 2m · 1 stop: EWR — Details/seat map | $669 | $869 | $1,069 |

Fri, Mar 25

| | | | |
|---|---|---|---|
| 9:20am → 6:19pm · 8h 59m · 1 stop: IAH — Details/seat map | $669 | $1,504 | $1,704 |
| 2:11pm → 11:25pm · 9h 14m · 1 stop: FWR — Details/seat map | $715 | $1,013 | $1,213 |

Receipt (rotated, partially legible): Cleveland Hopkins Airport