Del Carmen Consulting, LLC
3122 Westwood Drive
Arlington, Texas 76012

March 22, 2022 through April 21, 2022

INVOICE # SM2022-4                                **TOTAL DUE $ 15,789.11**
SPECIAL MASTER
APRIL 2022 INVOICE

## Tasks Completed

Drafted, reviewed and responded to emails and all other documents/communication with respective parties and the Court. Engaged in review of some documents for the Court.

Conference calls with the Monitoring Team members, Commonwealth Representatives and Court.

Conference calls with the Monitor and SM team members.

Travel and meetings to Puerto Rico (3/22/22—3/24/22).

Zoom meetings with various groups including NIBRS staff.

Virtual meeting on Surveys.

Reviewed survey drafts and provided feedback.

Provided input on various documents and data sheet for motor vehicle contacts.

Reviewed and drafted documents for the Court.

**Expenses May Puerto Rico Visit**

Airfare: No Reimbursement/Donated
DFW Airport Parking: No Reimbursement/Donated

Lodging: Government Rate for 2 Nights at $195/night plus daily taxes: $501.61

Meals and Incidental Expenses (M&IE), Government rate of $115/day on site, and 75% travel rate on two travel days ($86.25/day). $287.50

**Flat Rate Total Wages Due = $15,000.00**
**Expenses Due = $789.11**

**TOTAL DUE = $ 15,789.11**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*Alejandro del Carmen*
_____
  **Dr. Alejandro del Carmen**                                                            **4/21/22**



CONDADO VANDERBILT
HOTEL

Guest Name:  Alex Del Carmen
3122 Westwood Drive
Arlington, TX  76012       USA

Room #:  1010
Folio #:  R62647SC080493 -
Group #:
Guests:  1
Clerk:

Arrive: 03/23/22    Time: 10:52    Depart: 03/24/22    Time: 07:48:51    Status: FOL

| Date | Description | Reference | Comment | Charges | Credits |
|---|---|---|---|---|---|
| 03/23/2022 | ROOM CHARGE | 1010 | | $544.00 | $0.00 |
| 03/23/2022 | HOTEL TARIFF | 1010t | HOTEL TARIFF | $108.80 | $0.00 |
| 03/23/2022 | GOVERNMENT TAX | 1010t | GOVERNMENT TAX | $71.81 | $0.00 |
| 03/23/2022 | IN ROOM DINE | 80075634 | | $78.79 | $0.00 |
| 03/24/2022 | IN ROOM DINE | 80075665 | | $52.79 | $0.00 |

Folio Balance:   $856.19

# GUEST FOLIO / ESTADO DE CUENTA

San Juan Marriott Resort & Stellaris Casino - 1309 Ashford Ave, San Juan, Puerto Rico
(1-787) 722-7000 Marriott.com/SJUPR

**MARRIOTT RESORT**
SAN JUAN
STELLARIS CASINO

| Room / Habitacion | Guest Name / Huesped | Rate / Tarifa | Depart / Salida | Time |
|---|---|---|---|---|
| 1209 | | $ 499 | 03-23-22 | 00:00 |
| Type / Tipo | | | Arrive / Llegada | Time |
| XKNF | | | 03-22-22 | 18:12 |
| | Dr Alejandro Delcarmen | | Marriott Rewards | Acct # |
| | 3122 Westwood Dr | | XXXXX6615 | 6392911 |
| | Arlington TX 76012 | | | Conf # |
| | United States | | | 97230696 |
| Clerk / Usuario | | | | |
| CMINC445 | | | | |

| DATE / FECHA | REFERENCE / DESCRIPCION | CHARGES / DEBITOS | CREDITS / CREDITOS | BALANCE DUE / SALDO |
|---|---|---|---|---|
| 03-22-22 | Room Charge | 498.82 | | |
| 03-22-22 | Resort Fee | 94.78 | | |
| 03-22-22 | Room Tax | 65.30 | | |
| 03-22-22 | Room Upgrade | 60.00 | | |
| 03-22-22 | Upgrade Resort Fee | 10.80 | | |
| 03-22-22 | Room Tax | 7.79 | | |
| 03-23-22 | Master Card | | 737.49 | |
| | XXXXXXXXXXXX9643   XX/XX | | | |
| | Total = | 737.49 | 737.49 | 0.00 |

Tell a friend about Marriott Rewards, you'll both get 1,000 points when they stay -- up to five friends, five stays each.
That's up to 25,000 points for you. Refer Friends, Get Points! See details at MarriottRewards.com/Friend

**For billing inquiries call Toll free
1-866-480-2627 Mon / Fri**

This statement is your only receipt. You have agreed to pay in cash, by approved check or to authorize us to charge your credit card for all amounts to you. Your credit card company will bill you in its usual manner. If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after checkout, you will owe us interest from the checkout date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%) or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.