**TDPetrowski, LLC**
**4010 Deep Valley Drive**
**Dallas, Texas 75244**

March 22, 2022 – April 21, 2022

INVOICE # ASM.TDP.2022-4             **TOTAL DUE:  $14,183.22**
ASSISTANT SPECIAL MASTER
APRIL INVOICE

**Tasks Completed**

| Hours | Description | Total |
|---|---|---|
| 18 | Reviewed/researched/translated as necessary/discussed/reworked documents related to various orders of the Court, PRPD and DOJ and Monitor Office exchanges regarding recurring issues and OSM projects. | $2,700 |
| 14 | Drafted, reviewed, translated and responded to texts, emails and all other documents/communications with respective parties, the Special Master, Assistant Special Master and the Court. | $2,100 |
| 19 | Zoom meetings and/or conference calls with the Parties and the Court. | $2,850 |
| 35 | Travel, Court hearing and meetings in San Juan 3/22/2022-3/24/2022. | $5,250 |
| Travel Expense | Air Fare Dallas to San Juan - coach class roundtrip ticket | $494.10 |
| Travel Expense | Lodging 3/22/2022 - 3/24/2022, Government rate of $195 per night plus taxes. | $501.62 |
| Travel Expense | Meals and Incidental Expenses, 3/22/2022-3/24/2022, Government rate of $115 per day and two travel days at the ¾ rate of $86.25/day | $287.50 |

Total Wages Due = $14,183.22

**I hereby certify that the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.**

*Thomas D. Petrowski*             4/21/22
**Thomas D. Petrowski**



Tom Petrowski &lt;tom.petrowski@gmail.com&gt;

**Your trip confirmation (DFW - SJU)**
1 message

**American Airlines** &lt;no-reply@notify.email.aa.com&gt;                     Fri, Feb 18, 2022 at 7:33 PM
To: TOM.PETROWSKI@gmail.com

    

Issued: February 19, 2022

## Your trip confirmation and receipt

### Record Locator: FQLPIU

We charged $494.10 to your card ending in 2994 for your ticket purchase.

A face covering is required while flying on American, except for children under 2 years old. You are also required to wear a face covering while in the airport before and after your flight. Read more about travel requirements.

You'll need your record locator to find your trip at the kiosk and when you call Reservations.

**Manage your trip**

### Tuesday, March 22, 2022

| DFW | | SJU | Seat: | 11F |
|---|---|---|---|---|
| 8:50 AM | → | 2:21 PM | Class: | Economy (Q) |
| Dallas/Fort Worth | | San Juan | Meals: | Refreshment |

**AA 2481**

# Thursday, March 24, 2022

| SJU        | MIA        | Seat:  | 16C         |
|------------|------------|--------|-------------|
| 5:08 PM    | 8:03 PM    | Class: | Economy (S) |
| San Juan   | Miami      | Meals: | Refreshment |

**AA 967**

| MIA        | DFW              | Seat:  | 16A         |
|------------|------------------|--------|-------------|
| 9:40 PM    | 12:12 AM         | Class: | Economy (S) |
| Miami      | Dallas/Fort Worth| Meals: | Refreshment |

**AA 1950**

⚠ Flight arrives Friday, March 25, 2022

Earn up to $200 Back

Plus, 40,000 bonus miles. Terms Apply.

Learn more



# Your payment

| Credit Card (Visa ending 2994) | $494.10 |
|---|---|
| **Total paid** | **$494.10** |

# Your purchase

**THOMAS PETROWSKI**
AAdvantage #: Y23K520

| New ticket | $494.10 |
|---|---|
| Ticket #: 0012406807589 | |
| [$430.00 + Taxes and fees $64.10 ] | |

| | |
|---|---:|
| **Total** | $494.10 |

| | |
|---|---:|
| **Total cost** (all passengers) | $494.10 |

## Bag information

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply.
Bag and optional fees
If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 4 hours) before departure.

### Carry-on bags

**1st carry-on:** Includes purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you.

**2nd carry-on:** Maximum dimensions not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm).

   

Book a hotel »   Book a car »   Buy trip insurance »   Things to do »



Contact us   |   Privacy policy

Get the American Airlines app

 



1369 Ashford Avenue
San Juan, , 00907, United States
Tel.: +1-787-827-7280 Fax: +1-787-289-7000 www.marriott.com/sjuac

AC Hotel
San Juan - Condado

Tom Petrowski
4010 Deep Valley Drive
75244
United States

| | |
|---|---|
| Habitación / Room: | 0212 |
| Confirmation / Confirmacion: | 97657486 |
| Tipo de habitación/Room Type : | EKNG |
| No. Huespedes/ No. of Guests : | 1/0 |
| Tarifa / Rate : 225 | Agente / Clerk :103 |

| Llegada: Arrival : | 03-22-22 | Hora : Time : | 18:00:00 | Salida : Departure : | 03-24-22 | Hora : Time : | 07:54:00 | No. Folio : | 169798 |

| Fecha / Date | Reference # | Descripción / Description | Cargos / Charges | Creditos / Credits |
|---|---|---|---|---|
| 03-22-22 | 10174 | Room Charge | 225.00 | |
| 03-22-22 | 15101 | Destination Resort Fee | 40.50 | |
| 03-22-22 | 15105 | Room Tax | 23.90 | |
| 03-23-22 | | AC Kitchen | 41.91 | |
| 03-23-22 | 10174 | Room Charge | 225.00 | |
| 03-23-22 | 15101 | Destination Resort Fee | 40.50 | |
| 03-23-22 | 15105 | Room Tax | 23.90 | |
| 03-24-22 | 90701 | Visa Card | | 620.71 |

No. de TC/Credit Card No. : XXXXXXXXXXXX2994

**Total :** 620.71

**Balance :** 0.00

As a Marriott Bonvoy Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.