IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants.** | **Civil No.** 12-2039 (FAB) |

**ORDER**

The Invoices submitted by Galoeffert, LLC, Del Carmen Consulting, LLC, and TD Petrowski, LLC, (Docket Nos. 2018, 2019 and 2020) are **NOTED**.

The amounts claimed for the period from March 22, 2022 through April 21, 2022, are **APPROVED** for payment.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, May 3, 2022.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE