OFFICE OF THE FPMPR LLC.
B-5 Calle Tabonuco Suite 216 PMB 292
Guaynabo, Puerto Rico 00968

May 4, 2022

Professional services rendered by the members of the Office of the FPMPR LLC. For April 2022:

| NAME | AMOUNT | MONTH |
|---|---|---|
| John Romero | $20,777.36 | April 2022 |
| Spece | $ 2,579.20 | April 2022 |
| The & Group LLC (Javier González) | $ 6,283.98 | April 2022 |
| Altai Atlantic Consulting LLC (Dr. David Levy) | $ 9,600.00 | April 2022 |
| Denise Rodriguez | $15,833.33 | April 2022 |
| Viota & Associates CPA LLC | $    875.00 | April 2022 |
| Donald S. Gosselin | $ 9,600.00 | April 2022 |
| Al Youngs | $ 9,900.00 | April 2022 |
| Rafael E. Ruiz | $12,515.10 | April 2022 |
| Scott Cragg | $ 9,363.75 | April 2022 |
| Correa Acevedo & Abesada Law offices, PSC (Lcdo. Roberto Abesada) | $18,165.00 | April 2022 |
| Rita J. Watkins | $11,200.00 | April 2022 |
| Merangelie Serrano | $ 9,600.00 | April 2022 |
| Luis Hidalgo | $11,500.00 | April 2022 |
| Korber Group | $ 1,308.28 | April 2022 |
| Samantha Rhinerson | $ 2,150.00 | April 2022 |
| Claudia Cámara | $ 1,200.00 | April 2022 |
| Manuel Arroyo | $    900.00 | April 2022 |
| Hipolito Castro Jr | $ 7,263.81 | April 2022 |
| **TOTAL:** | **$160,614.81** | April 2022 |
|  |  |  |