John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

April 1 through May 2, 2022

INVOICE # 095
FEDERAL MONITOR
April 2022 INVOICE

**TOTAL DUE $ 20,777.36**

## Duties and Responsibilities as Monitor

Generated, reviewed, and responded to emails/texts from the Parties, Monitor Team, Court, and Special Master
Conference calls with General Counsel
Reviewed court orders relating to the Consent Decree
Via zoom conducted meetings with Special Master and USDOJ and PRPB
Monitor administrative duties - reviewing Team invoices, coordinating SME work assignments, and conferring with Monitor's Office Administrative Director
Reviewed Briefing Reports from PRPB
Conferred with Deputy Chief Monitor on issues relating to Monitor Office Operations
Conducted Zoom meetings with the Monitor Team
Reviewed the Interim Use of Force Plan
Reviewed information related to data collection re: surveys
Reviewed Data for CMR-6 Use of Force
Worked on Use of Force Draft of CMR-6

## Site Visit to Puerto Rico April 25- May 2, 2022

Attended PRPB Academy Graduation
Participated in Gartner Meeting
Attended CFRB Board Meeting
Meeting with the Honorable Judge Besosa
Meeting with Humacao Area Commander
Attended Community meeting in Humacao
Finalized Use of Force Draft of CMR-6
Prepared for and participated in the 253 meeting
Meeting with Monitor Team members based in Puerto Rico
Reviewed PRPB's work plans for International Workers Day Protest
Coordinated Monitoring locations with PRPB
Monitored International Workers Day Protest

## Flat Rate Total Wages Due                                                    $ 17,916.66

| Travel Expenses Due | $ 2,860.70 |
|---|---|
| **TOTAL DUE** | **$ 20,777.36** |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*John J. Romero* (signature)

Date May 2, 2022

## Office of the TCA - Travel Reimbursement Form

John Romero
April 25-May 2, 2022

### Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ | 1 | $746.63 |
| Baggage | $- | 0 | $- |
| Ground Transportation (Uber/Lyft/Taxi) | | | $- |
| Ground Transportation (Parking) | $- | 0 | $- |
| Ground Transportation (Mileage) | $0.585 | 82 | $47.97 |
| Lodging | $177.00 | 6 | $1062.00 |
| Per Diem (Travel Days) | $86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $115.00 | 6 | $690.00 |
| Other: Lodging | $141.60 | 1 | $141.60 |
| Total | | | $2860.70 |

Mr. John Joseph Romero

| Flight | | |
|---|---|---|
| Ticket number | | 2792189835720 |
| Frequent Flyer | | JetBlue - TrueBlue - 3486580574 * |
| Seat | LAXtoFLL | FLLtoSJU | SJUtoFLL | FLLtoLAX |
| | 7C | 2D | 2D | 10D |
| Checked Baggage Allowance | LAX to FLL:2 bags | FLL to SJU:2 bags | SJU to FLL:2 bags | FLL to LAX:2 bags |

# Your flights

[Fare rules]

### Los Angeles, CA (LAX)-San Juan, PR (SJU)-Mon Apr 25 2022

| Your Flights Depart | Arrive | Flight | Details |
|---|---|---|---|
| **Los Angeles, CA (LAX)** Mon Apr 25 2022, **7:55 AM** A321/Mint | Fort Lauderdale, FL (FLL) Mon Apr 25 2022, **4:07 PM** | **Flight number** Flight 1800 JetBlue | Fare: Blue Nonstop |
| Fort Lauderdale, FL (FLL) Mon Apr 25 2022, **6:15 PM** A320 | **San Juan, PR (SJU)** Mon Apr 25 2022, **8:48** | Flight number Flight 2053 JetBlue | Fare: Blue Nonstop |

### San Juan, PR (SJU)-Los Angeles, CA (LAX)-Mon May 2 2022

| Your Flights Depart | Arrive | Flight | Details |
|---|---|---|---|
| **San Juan, PR (SJU)** Mon May 2 2022, **2:26 PM** A320 | Fort Lauderdale, FL (FLL) Mon May 2 2022, **5:13 PM** | **Flight number** Flight 1754 JetBlue | Fare: Blue Nonstop |
| Fort Lauderdale, FL (FLL) Mon May 2 2022, **8:04 PM** A321/Mint | **Los Angeles, CA (LAX)** Mon May 2 2022, **10:45 PM** | **Flight number** Flight 101 JetBlue | Fare: Blue Nonstop |

**Fare breakdown**

## Fare breakdown

| Passenger Type | Base Fare per person | Taxes & fees per person | Total Fare per person | Number of travelers | Total Fare |
|---|---|---|---|---|---|
| Adult | $678.03 | $68.60 | $746.63 | x 1 | $746.63 USD |

**Total fare: $746.63 USD**

# Extras
**Seats**
**Bags**
**Even More Speed**

D

| | |
|---|---|
| **Charged to TrueBlue points** | **400** PTS |
| **Charged to Visa ending in 1287** | **$689.62** USD |
| **Charged to Visa ending in 1287** | **$57.01** USD |

**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR 60907
T 787.721.7400
F 787.723.0068

Mr John Romero
2301 Pacific Ave
Costa Mesa CA 92627
United States

Room: 0301
Room Type: KSTE
No. of Guests: 1
Rate: $   0.00   Clerk: 6
CRS Number   81038944

Marriott Rewards #   756834271

Name:

Arrive:   04-25-22          Time:  09:13 PM          Depart:  05-02-22          Folio Number: 691252

| Date | Description | Charges | Credits |
|---|---|---|---|
| 04-26-22 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |
| 04-27-22 | COMEDOR- Guest Charge (Breakfast) | 3.02 | |
| 04-27-22 | Room Charge | 150.00 | |
| 04-27-22 | Government Tax | 13.50 | |
| 04-27-22 | Hotel Fee 9% of Daily Rate | 13.50 | |
| 04-27-22 | Room Charge | 150.00 | |
| 04-27-22 | Government Tax | 13.50 | |
| 04-27-22 | Hotel Fee 9% of Daily Rate | 13.50 | |
| 04-27-22 | Package | 150.00 | |
| 04-27-22 | Government Tax | 13.50 | |
| 04-27-22 | Hotel Fee 9% of Daily Rate | 13.50 | |
| 04-28-22 | COMEDOR- Guest Charge (Breakfast) | 3.02 | |
| 04-28-22 | Package | 150.00 | |
| 04-28-22 | Government Tax | 13.50 | |
| 04-28-22 | Hotel Fee 9% of Daily Rate | 13.50 | |
| 04-29-22 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |
| 04-29-22 | Package | 150.00 | |
| 04-29-22 | Government Tax | 13.50 | |
| 04-29-22 | Hotel Fee 9% of Daily Rate | 13.50 | |
| 04-30-22 | COMEDOR- Guest Charge (Breakfast) | 3.02 | |
| 04-30-22 | Package | 150.00 | |
| 04-30-22 | Government Tax | 13.50 | |
| 04-30-22 | Hotel Fee 9% of Daily Rate | 13.50 | |
| 05-01-22 | COMEDOR- Guest Charge (Breakfast) | 3.02 | |
| 05-01-22 | COMEDOR- Guest Charge (Dinner) | 48.69 | |
| 05-02-22 | COMEDOR- Guest Charge (Breakfast) | 3.34 | |

**COURTYARD®**
**Marriott.**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR 00907
T 787.721.7400
F 787.723.0068

Mr John Romero
2301 Pacific Ave
Costa Mesa CA 92627
United States

Room: 0301
Room Type: KSTE
No. of Guests: 1
Rate: $   0.00   Clerk: 6

Marriott Rewards #   756834271

CRS Number   81038944

Name:

Arrive:   04-25-22          Time:   09:13 PM          Depart:   05-02-22          Folio Number:   691252

| Date | Description | Charges | Credits |
|---|---|---|---|
| 05-02-22 | Visa Card | | 1,132.11 |
| | Card # XXXXXXXXXXXX1287 | | |
| 05-04-22 | Special Corporate | 120.00 | |
| 05-04-22 | Government Tax | 10.80 | |
| 05-04-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 05-04-22 | Visa Card | | 141.60 |
| | Card # XXXXXXXXXXXX1287 | | |
| | Balance | | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.