

# Invoice

**Altai Atlantic Consulting LLC**
828 Snowden Hallowell Way, Alexandria VA 22314

**Date:** 04/28/22
**Invoice #:** 01-028

**To:** Office of the Federal Police Monitor of Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
Tel. 787-417-9098

| Fee Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|
| **Total Fees Payable For Services Rendered by Dr. David Levy** | 60.0 | 160 | **$9,600.00** |

## Work Performed in the Continental United States

| Date | Activity Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 4/3/22 | Communication regarding supervision policy & CMR-7 data request | 1.5 | 160 | $240.00 |
| 4/4/22 | Participation in biweekly call with PRPB | 1.0 | 160 | $160.00 |
| 4/4/22 | Finalized first CMR-7 data request | 2.0 | 160 | $320.00 |
| 4/4/22 | Call with Monitor Youngs re: CMR-6 supervision section | 1.0 | 160 | $160.00 |
| 4/6/22 | Develop worksheets for CMR-6 recruitment and supervision sections | 4.0 | 160 | $640.00 |
| 4/6/22 | Communication re-CMR-6 and work on retaliation survey results | 1.5 | 160 | $240.00 |
| 4/7/22 | Developed samples for CMR-6 3rd data request | 6.5 | 160 | $1,040.00 |
| 4/8/22 | Communication re-CMR-6 3rd data request | 1.0 | 160 | $160.00 |
| 4/10/22 | Developed samples for CMR-6 3rd data request | 9.5 | 160 | $1,520.00 |
| 4/11/22 | Biweekly team call and callls with monitors Watkins, Ruiz, and Youngs | 3.0 | 160 | $480.00 |
| 4/13/22 | Review of CMR-6 Recruitment section | 3.0 | 160 | $480.00 |
| 4/19/22 | Review of CMR-6 Recruitment section | 2.0 | 160 | $320.00 |
| 4/18/22 | Review of CMR-6 Management section | 3.5 | 160 | $560.00 |
| 4/19/22 | Team compliance review call for supervision and IT | 2.0 | 160 | $320.00 |
| 4/21/22 | General communication/administrative re: CMR-6 | 1.0 | 160 | $160.00 |
| 4/22/22 | Communication with Monitor Youngs re: Recruitment | 1.5 | 160 | $240.00 |
| 4/23/22 | Review/revise community policing section of CMR-6 | 4.5 | 160 | $720.00 |
| 4/24/22 | Review/revise community policing section of CMR-6 | 4.0 | 160 | $640.00 |
| 4/25/22 | Team compliance review call for recruitment and community policing | 2.0 | 160 | $320.00 |
| 4/26/22 | Collaboration with Monitor Youngs re: Recruitment | 0.5 | 160 | $80.00 |
| 4/27/22 | CMR-7 data requst - interview samples | 3.0 | 160 | $480.00 |
| 4/27/22 | Collaboration with Monitor Youngs re: Recruitment | 0.5 | 160 | $80.00 |
| 4/28/22 | Communicate re: data requests with Chief Deputy Monitor Rodriguez | 1.5 | 160 | $240.00 |
| Total | | 60.0 | | $9,600.00 |

|  |  |
|--|--|
| **Total Fee Payable** | **$9,600.00** |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

*[signature]*

**Dr. David Levy**

04/28/22
**Date**