# INVOICE

**DATE**
4/30/2022

**INVOICE NO**
#019

**Denise Rodriguez**
3003 San Sebastian St.
Mission, TX 78572
drodriguez_PRI@outlook.com

**INVOICE TO**
Puerto Rico Chief Federal Monitor

**INVOICE PERIOD**
April 30, 2022

## DUTIES AND RESPONSIBILITIES                              TOTAL DUE $15,833.33

- Conducted monthly one-on-one meetings with each subject matter expert
- Coordinated and conducted weekly Monitoring Executive Team meetings
- Coordinated and conducted biweekly meetings with the Monitoring Team
- Coordinated and conducted biweekly meetings with the Parties
- Reviewed and approved the review of several policies submitted to the Monitor's Office by PRPB as per Paragraph 229 of the Agreement
- Worked with the Data Analyst on the data requests for CMR-7 and Master template data requests
- Worked with the Administrative Director and the Research Analyst/Administrative Assistant to draft the schedule(s) for the April and May site visit
- Participated in various virtual meetings to discuss the Community/Officer Survey with the Administrative Director, Vendor, and the parties
- Participated in various meetings with the Parties to discuss the PRPB Data Gap Analysis, Use of Force Plan Supervision Plan, IT Needs Assessment, and CIT Evaluation
- Reviewed and provided input on the agenda items for the April 253 meeting
- Worked with the Special Master and USDOJ to discuss agenda topics for the May Status Conference
- Worked with Monitor to draft talking points for meeting with Judge and May Status Conference
- Reviewed the revised plans and documents submitted by PRPB during the month of April and drafted and delivered our comments on these documents to the Parties
- Finalized the CMR-7 timeline
- Oversaw the continued effort to migrate and archive documents and data from Dropbox to Box. Terminated plan with Dropbox
- Finalized the CMR-6 Report templates and began drafting CMR-6
- Reviewed and provided input to the Subject Matter Experts on their drafts of CMR-6
- Conducted and facilitated several compliance rating review meetings with the Monitoring Team

| | |
|---|---|
| Flat Rate Total Wages* | $15,833.33 |
| Travel Expenses | $ 0.00 |
| **Total Due** | **$ 15,833.33** |

*The total amount is a flat rate. The total monthly is $15,833.33 for an annualized amount of $190,000.00

*Denise Rdz* (signature)

_____                               April 30, 2022
**Denise Rodriguez, Chief Deputy Monitor**                    Date

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.*