# VIOTA & ASSOCIATES CPA LLC

B5 CALLE TABONUCO, SUITE 216
PMB 292
GUAYNABO, PR 00968-3029

## Invoice

INVOICE NUMBER: 20200805
DATE: APRIL 28, 2022

PUERTO RICO POLICE REFORM

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: CONSULTING FEES | | | |
| APR-07-22 | CONSULTING FEES | -REVIEW MARCH INVOICES<br>-PS WITHHOLDING CALCULATION<br>-POST INVOICES IN SAGE | 5.00 | $125.00 | $625.00 |
| APR-27-22 | CONSULTING FEES | -Bank Reconciliation & General Accounting March 2022 | 2.00 | $125.00 | $250.00 |
| | | TOTAL: CONSULTING FEES | | | $875.00 |
| | | Total hours for this invoice | 7.00 | | |
| | | Total before tax | | | $875.00 |
| | | PR SALES TAX (IVU) | | | $0.00 |
| | | Total amount of this invoice | | | $875.00 |

MESSAGE

6% Withholding on Profesional Services (Waiver Certificate Available Upon Request)