**MBG North Corp.** 1931 Cordova Rd. Suite 3039, Ft. Lauderdale, FL 33316

**Invoice # 1158**, Mar 31 2022  **Contractor:** Donald S. Gosselin, Esq.

**Dates of Service:** 1 APR 2022 to 30 APR 2022    **TERMS:** NET30

| Task Performed | US Hours | Dates | PR Hours | Billable Amount |
|---|---|---|---|---|
| On-Site Puerto Rico Labor Hours | | | 0 | $0.00 |
| Communications & Coordination - all written comms to/from Monitors, PRPB, USDOJ; Review guidance and documents, SOP's; logistics; scheduling, on-site planning & coordination, | 16 | APR 1,3,5,6,8, 12,13,14, 19,21,22, 26,27, 28,29 | | $2,560.00 |
| Teleconference Meetings ;  Monitors Office and Monitor Team Members.  (Prep and Actual TC)s | 2 | APR 4 | | $320.00 |
| Data and Policy Analysis, Drafting Conclusions | 42 | APR 7,8,9, 12,14, 15, 18, 24-30 inclusive | | $6,720.00 |
| FEE WAIVER (PUERTO RICO) | | | 0 | $0.00 |
| | US Hours | | PR Hours | |
| Net Hours @ $160/hr. | 60.00 | | 0.00 | $9,600.00 |
| Total Expenses (Air, Hotel, MIE; Meals, Parking, POV miles) | | | | $0.00 |

|  | Allowable Fee |  |  |  | $9,600.00 |
|---|---|---|---|---|---|

| Travel Breakout | Traveler: Donald S. Gosselin  NO TRAVEL DURING THIS PERIOD | | | |
|---|---|---|---|---|
| **Expense** | **Unit Cost** | **Units** | **Column1** | **Total** |
| Airfare | $ 627.10 | 0 | $ - | $ - |
| Baggage | $ - | 0 |  | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | $ - | 0 |  | $ - |
| Ground Transportation (Parking) | $ 14.00 | 0 |  | $ - |
| Ground Transportation (POV Mileage) | $ 0.585 | 0 |  | $ - |
| Lodging | $ 195.00 | 0 |  | $ - |
| Per Diem (Travel Days) | $ 86.25 | 0 |  | $ - |
| Per Diem (Full Days) | $ 115.00 | 0 |  | $ - |
| Other: HOTEL TAX ($35.10 + 25.31/day) | $ 60.41 | 0 |  | $ - |
| **Total** |  |  |  | $ - |

The undersigned, Donald S. Gosselin, Esq. certifies that the amount billed in this invoice is true and correct and corresponds to my duties as a Federal Monitor and related travel expenses.  I further certify that I have not received any income, compensation or payment for services from the Commonwealth of Puerto Rico or any of its departments or municipalities

**Donald S. Gosselin, Esq.**
Principal, MBG North Corp
4/31/2022