Al Youngs
5552 West Lakeridge Road
Lakewood, CO 80227

April 1 – April 30, 2022
Invoice No. 34
Member of Federal Monitor Team

| Date | Brief Description | Total Hours |
|---|---|---|
| 04/05 04/07 04/12 04/18 04/19 04/25 04/28 04/29 | Reviewed and responded to emails and conference calls for the month of April.    From Members of the Monitor Team. | 5.0 Hours |
| 04/04 04/06 04/18 04/28 04/29 | Several meetings and phone calls with Monitor and Deputy Monitor. | 3.0 Hours |
| 04/12 | Provide information reference awards ceremony and awards policies. | 3.0 Hours |
| 04/14 | Reviewed CMR-6 data request and formulated additional requests with David Levy. | 2.0 Hours |
| 04/17 | Reviewed feedback from paragraph 158 received from PRPB reference their participation in the Criminal Justice System. | 3.0 Hours |
| 04/18 | Reviewed GO 310 and provided feedback. | 3.0 Hours |
| 04/19 | Zoom meeting with other team members reference Supervision and IT. | 2.0 Hours |
| 04/20 | Reviewed Inspection Division Manual and reviewed completed Inspections for future meeting with SARP in 2022 in preparation of receiving Annual Inspection Report. | 3.0 Hours |
| 04/21 | Reviewed draft of career developmental program, request for information and transition process of the Promotion Board. | 3.0 Hours |
| 04/22 | Reviewed information sent by PRPB reference Supervision and Recruitment. | 4.0 Hours |
| 04/24 | Reviewed additional personnel evaluations completed by Supervisors of their subordinates and personnel evaluation policy. | 4.0 Hours |

| Date | Description | Hours |
|---|---|---|
| 04/25 | Reviewed Interboro Recruitment documents for examiners and steps to complete recruitment, recruitment brochure and strategic plan. | 3.0 Hours |
| 04/25 | Zoom meeting with other team members reference Recruitment, Training and Community Outreach. | 2.0 Hours |
| 04/27 | Reviewed and drafted Supervision paragraphs | 5.0 Hours |
| 04/28 | Reviewed and drafted Recruitment paragraphs. | 5.0 Hours |
| 04/29 | Prepared final draft for David Levy after receiving feedback regarding Recruitment and Supervision from Denise and David Levy. Reviewed notes reference feedback given by the Monitor's Office to the Federal Court; | 5.0 Hours |
| 04/30 | Reviewed comments sent by DOJ concerning performance evaluations, Supervision and Recruitment. | 2.5 Hours |
| 4/30 | Reviewed V2A and proposed pilot plan for San Juan | 2.5 Hours |

**TOTAL HOURS:  60**

Billable Hours:    60 Hours at a Rate of $165.00 Per Hour = $9,900.00

**Total:            $9,900.00**

**TOTAL WAGES AND EXPENSE REIMBURSEMENT            $   9,900.00**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_Alan C. Young_
Signature

04/30/2022
Date