# Rafael Ruiz Consulting

12 Crestshire Dr.
Lawrence, MA 01843

PHONE: 6177599156    stodgo1971@yahoo.com    12 Crestshire Dr.

## INVOICE

INVOICE NUMBER: 2022-04
INVOICE DATE: 4/30/2022

Federal Police Monitor for PR
VIG Tower, PH-924
1225 Ponce De Leon Ave.
San Juan, PR 00907

RAFAEL E. RUIZ CONSULTING

| DATE | PROJECT | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: FPM work from Home | | | |
| 4/7/2022 | FPM work from Home | review PRPB Policies and Procedures Manual | 1.50 | $165.00 | $247.50 |
| 4/11/2022 | FPM work from Home | Review data downloaded from PRPB CMR-06; Biweekly FPM Team meeting; Monthly meeting with Dep Monitor | 2.50 | $165.00 | $412.50 |
| 4/12/2022 | FPM work from Home | Review/prep report on PRPB Policies and Procedures Manual | 1.25 | $165.00 | $206.25 |
| 4/18/2022 | FPM work from Home | Review analyze CMR-06 Search and Seizure/Arrests random samples data | 3.75 | $165.00 | $618.75 |
| 4/22/2022 | FPM work from Home | Analyze recordings of PRPB radio communications between patrol officer and supervisors | 2.50 | $165.00 | $412.50 |
| 4/23/2022 | FPM work from Home | Review analyze CMR-06 Search and Seizure/Arrests random samples data | 2.50 | $165.00 | $412.50 |
| 4/25/2022 | FPM work from Home | Review analyze CMR-06 Search and Seizure/Arrests random samples data | 8.25 | $165.00 | $1,361.25 |
| 4/26/2022 | FPM work from Home | Review analyze CMR-06 Search and Seizure/Arrests random samples data | 9.00 | $165.00 | $1,485.00 |
| 4/27/2022 | FPM work from Home | Review analyze CMR-06 Search and Seizure/Arrests random samples data | 8.50 | $165.00 | $1,402.50 |
| 4/28/2022 | FPM work from Home | Review analyze CMR-06 Search and Seizure/Arrests random samples data (in-flight to PR) | 2.25 | $165.00 | $371.25 |
| | | TOTAL: FPM work from Home | | | $6,930.00 |
| | | PROJECT: FPM work from PR (Site Visits) | | | |
| 4/28/2022 | FPM work from PR (Site Visits) | Work on CMR-06 random sample data (6pm-8pm while at hotel) | 2.00 | $165.00 | $330.00 |
| 4/29/2022 | FPM work from PR (Site Visits) | Site visit to PR; meetings, work on CMR-06 data | 8.00 | $165.00 | $1,320.00 |
| 4/30/2022 | FPM work from PR (Site Visits) | Site visit to PR; work on CMR-06 sample data | 8.00 | $165.00 | $1,320.00 |
| 4/30/2022 | FPM work from PR (Site Visits) | Work on CMR-06 search and seizure section draft (5pm-9pm at hotel) | 4.00 | $165.00 | $660.00 |

INVOICE NUMBER: 2022-04

| DATE | PROJECT | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | TOTAL: FPM work from PR (Site Visits) | | | $3,630.00 |
| | | PROJECT: FPM-PR Expenses | | | |
| 4/28/2022 | FPM-PR Expenses | (Travel, hotel, and meals) Per diem travel days | 1.00 | $86.25 | $86.25 |
| 4/28/2022 | FPM-PR Expenses | (Travel, hotel, and meals) Transportation home to Logan Airport | 1.00 | $75.00 | $75.00 |
| 4/28/2022 | FPM-PR Expenses | (Travel, hotel, and meals) 4-nights hotel stay | 4.00 | $177.00 | $708.00 |
| 4/28/2022 | FPM-PR Expenses | (Travel, hotel, and meals) Travel to PR- JetBlue | 1.00 | $294.80 | $294.80 |
| 4/30/2022 | FPM-PR Expenses | (Travel, hotel, and meals) Per diem- full days | 3.00 | $115.00 | $345.00 |
| 5/2/2022 | FPM-PR Expenses | (Travel, hotel, and meals) Travel from PR- JetBlue (FPM May 1 Protest police monitoring) | 1.00 | $359.80 | $359.80 |
| 5/2/2022 | FPM-PR Expenses | (Travel, hotel, and meals) Per diem travel days | 1.00 | $86.25 | $86.25 |
| | | TOTAL: FPM-PR Expenses | | | $1,955.10 |
| | | Total hours for this invoice | 64.00 | | |

| INVOICE BALANCE INFORMATION | |
|---|---|
| Total amount of this invoice | $12,515.10 |
| Current invoice balance | $12,515.10 |

| AMOUNT DUE ON THIS INVOICE: $12,515.10 |
|---|

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of the hours worked in my capacity as a member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*[signature]*

Rafael E. Ruiz                                                                                                         April 30, 2022



# Office of the Technical Compliance Advisor Travel Reimbursement Form

Enter all required information below to obtain travel reimbursement. If spending did not occur in a category, please leave the field blank fields will likely be used for one or more of the ground transportation options. The "Total" column of the table will update based on the in entered into the "Unit Cost" and "Units" columns. Receipts for airfare, lodging, ground transportation, and PCR Testing must be submit this form. Submit the Travel Reimbursement Form and accompanying receipts to Javier Gonzalez (Javier.benito@me.com) with the Monitor (jrrjjr.romero@gmail.com) and/or his designee copied with your monthly invoice.

**Traveler Name:** Rafael E. Ruiz
**Travel Dates:** Appri 28- May 2, 2022
**Purpose of Travel:** May 1st Protest Monitoring

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 654.60 | 1 | $ 654.60 |
| Baggage | | | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | $ 75.00 | 1 | $ 75.00 |
| Ground Transportation (Parking) | $ - | 5 | $ - |
| Ground Transportation (Mileage) | | | $ - |
| Lodging | $ 177.00 | 4 | $ 708.00 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 3 | $ 345.00 |
| PCR Testing | | 1 | $ - |
| Total | | | $ 1,955.10 |

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

| | | | |
|---|---|---|---|
| **SJU** | **JFK** | Date | Mon, May 02 |
| San Juan, PR | New York, NY | Departs | 10:17am |
| **Terminal:** A | | Arrives | 2:12pm |
| | | Flight | 1604 |

**jetBlue**

**If your booking was made at least 7 days in advance:** You may cancel it within 24 hours for a full refund to your original form of payment, without a cancellation fee.

**JetBlue Change/Cancel Policy:** There is no fee to change (or cancel) Blue, Blue Extra, Blue Plus or Mint fares. Blue Basic fares booked Jun 8 2021 - Aug 24 2021 and after Nov 1 2021 are subject to a change/cancel fee of $100 for travel wholly within the U.S., Caribbean, Mexico or Central America, or $200 for all other routes. There are no change/cancel fees for Blue Basic fares booked before Jun 8 2021 or between Aug 25 2021 - Oct 31 2021.

Fare difference may apply and funds may be issued as a JetBlue Travel Bank credit, valid for 12 months on any JetBlue-operated flight. As a Mosaic, same-day switches may be made without a fee or fare difference. Click here for details on our change and cancel policies.

## Traveler Details

**RAFAEL ENRIQUE RUIZ**

**Frequent Flier:** B6 3326688490
**Ticket number:** 2792189542811

**SJU - JFK:**
**Fare:** Blue
**Carry-on bags:** One (1) carry-on bag and one (1) personal item included in your fare.
**Checked bags:** Your Mosaic membership includes two

**Checked bags:** Your Mosaic membership includes two (2) checked bags per person. If you need to check more than two bags, these can only be added at the ticket counter on your day of travel, and other baggage restrictions may apply.

**Seat:** 16D

**Notes:** Even More Speed



Get up to 7" more legroom, a fast lane to the TSA checkpoint (select cities), and early boarding—all the better to nab that overhead bin.

**Add Even More Space** ▶

## Payment Details

Master
XXXXXXXXXX9796

| | |
|---|---|
| NONREF | $330.00 |
| Taxes & fees | $29.80 |
| **Total:** | **$359.80 USD** |

Purchase Date: Apr 2, 2022

Request full receipt



Plan the rest of your trip with Paisly.

## Flights

| | | | |
|---|---|---|---|
| **BOS** ▶ | **SJU** | Date | Thu, Apr 28 |
| Boston, MA | San Juan, PR | Departs | 8:49am |
| **Terminal:** C | | Arrives | 12:49pm |
| | | Flight | 861 |

**jetBlue**

**If your booking was made at least 7 days in advance:** You may cancel it within 24 hours for a full refund to your original form of payment, without a cancellation fee.

**JetBlue Change/Cancel Policy:** There is no fee to change (or cancel) Blue, Blue Extra, Blue Plus or Mint fares. Blue Basic fares booked Jun 8 2021 - Aug 24 2021 and after Nov 1 2021 are subject to a change/cancel fee of $100 for travel wholly within the U.S., Caribbean, Mexico or Central America, or $200 for all other routes. There are no change/cancel fees for Blue Basic fares booked before Jun 8 2021 or between Aug 25 2021 - Oct 31 2021.

Fare difference may apply and funds may be issued as a JetBlue Travel Bank credit, valid for 12 months on any JetBlue-operated flight. As a Mosaic, same-day switches may be made without a fee or fare difference. Click here for details on our change and cancel policies.

## Traveler Details

**RAFAEL ENRIQUE RUIZ**

**Frequent Flier:** B6 3326688490
**Ticket number:** 2792189546333

**BOS - SJU:**
**Fare:** Blue
**Carry-on bags:** One (1) carry-on bag and one (1) personal item included in your fare.

personal item included in your fare.

**Checked bags:** Your Mosaic membership includes two (2) checked bags per person. If you need to check more than two bags, these can only be added at the ticket counter on your day of travel, and other baggage restrictions may apply.

**Seat:** 16B

**Notes:** Even More Speed



Get up to 7" more legroom, a fast lane to the TSA checkpoint (select cities), and early boarding—all the better to nab that overhead bin.

**Add Even More Space ▶**

## Payment Details

| Master XXXXXXXXXXXX9796 | NONREF | $265.00 |
| | Taxes & fees | $29.80 |
| | **Total:** | **$294.80 USD** |

Purchase Date: Apr 2, 2022

Request full receipt

 

Plan the rest of your trip with Paisly.

| | |
|---|---|
| **From:** | **Courtyard By Marriott Reservations** reservations@res-marriott.com |
| **Subject:** | Reservation Confirmation #96961032 for Courtyard San Juan Miramar |
| **Date:** | April 5, 2022 at 4:01 PM |
| **To:** | stodgo1971@yahoo.com |



**ENHANCE YOUR STAY  |  SUMMARY OF CHARGES  |  CONTACT US**

Our Top Priority — Our Guests: COVID-19 update and cancellation policy.



### Courtyard San Juan Miramar

801 Ponce de Leon Avenue San Juan 00907 Puerto Rico    +1-787-721-7400

Thank you for booking with us, Mr. Rafael Ruiz.

## You're ready to move forward.

Thu, Apr 28, 2022 – Mon, May 02, 2022
Confirmation Number: 96961032



| | | |
|---|---|---|
| Check-In: | Thursday, April 28, 2022 | 04:00 PM |
| Check-Out: | Monday, May 2, 2022 | 12:00 PM |
| Number of rooms | | 1 Room |

| | |
|---|---|
| Guests per room | 1 Adult |
| Guarantee Method | Credit Card Guarantee, American Express |
| Total for Stay (all rooms) | 708.00 USD |

Room 1

| | |
|---|---|
| Room Type › | 1 Bedroom 2 room Suite, 1 King, Sofa bed |

Guaranteed Requests:

None

ALL REQUESTS ›

Modify or Cancel Reservation

## Important Information About Your Stay

⚠ In response to current travel advisories, this hotel may have modified hours or limitations on certain services and amenities. **Learn More** >.

⚠ A resort fee equal to 9 percent of the daily rate or USD 15 per day on Marriott Bonvoy stays applies. Fee is taxable.

⚠ Review COVID-19 testing requirements and travel guidelines for your destination before and after booking for compliance.





## Our passion is to help you follow yours

From comfortable beds to smartly designed
workspaces, Courtyard has everything you need
to move forward.

# Summary Of Charges

Thursday, April 28, 2022 – Monday, May 2, 2022

4 Nights at 150.00 USD per night per room

Tcapr Corp Rate, includes American breakfast for 1 guest

Taxes & Fees (per night per room)

Estimated Government Taxes & Fees                13.50 USD

| | |
|---|---|
| Resort Fee | 13.50 USD |

### Totals

| | |
|---|---|
| Total for Stay (all rooms) | 708.00 USD |

### Other Charges

Valet parking, fee: 20 USD daily

Only valet parking available for daily fee of $20.00 including taxes.

# Rate Details & Cancellation Policy

- **You may cancel your reservation for no charge before 11:59 PM local hotel time on Monday, April 25, 2022 (3 day[s] before arrival).**

- Please note that we will assess a fee of 163.50 USD if you must cancel after this deadline.

- Please be prepared to show proof of eligibility for your rate (such as a membership card, corporate or government identification card, or proof of your age).

- Please note that a change in the length or dates of your reservation may result in a rate change.

**Rate Guarantee Limitation(s)**

- Changes in taxes or fees implemented after booking will affect the total room price.

**Additional Information**

- Upon check-in an authorization request will be placed on your credit or debit card (where accepted) in an amount equal to the cost of the room, tax and incidental charges for the length of your stay (up to seven nights). If your stay exceeds seven nights, an additional authorization may be requested for the entire amount of your stay (room, tax and incidentals). Upon check-out, your payment card will be charged for the actual amount incurred during your stay.

MR RAFAEL E RUIZ
12 CRESTSHIRE DR
LAWRENCE, MA 01843-3322

114
53-13/110 MA
480

Date 4/28/22

Pay To The Order of ISMAEL Gomez

Seventy Five $ 75.00

00/100 Dollars

BANK OF AMERICA

For LOGAN AIRPORT, Livery Service

ACH R/T 011000138

⑆011000138⑆ 4660107090906⑈ 0114