**CORREA ACEVEDO & ABESADA LAW OFFICES, PSC**
Centro Internacional de Mercadeo - II
90 Carr. 165 Suite 407
Guaynabo, PRI 00968
USA

May 2, 2022
Invoice # 19592

**United States v. Commonwealth of Puerto Rico**
**Police Reform, Case No. 12-2039 (GAG)**

Professional Services

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/1/2022 | RAA | Telephone call from J. Romero regarding results of meeting with judge and special master. | 0.40 225.00/hr | 90.00 |
| | RAA | Review emails from D. Gosselin, S. Rhinerson, and D. Rodriguez. | 0.40 225.00/hr | 90.00 |
| | RAA | Review order on motion to restrict. | 0.10 225.00/hr | 22.50 |
| | RAA | Review email from J. Romero with updated budget. | 0.10 225.00/hr | 22.50 |
| | RAA | Review and analyze budget. | 0.40 225.00/hr | NO CHARGE |
| | SL | Translated spreadsheets. | 3.50 90.00/hr | 315.00 |
| 4/2/2022 | SL | Translated spreadsheets. | 1.50 90.00/hr | 135.00 |
| 4/4/2022 | RAA | Review emails from D. Rodriguez. | 0.30 225.00/hr | 67.50 |
| | RAA | Review and analyze email from J. Romero re: budget. | 0.30 225.00/hr | NO CHARGE |
| | RAA | Plan and prepare for biweekly meeting. | 0.50 225.00/hr | 112.50 |

787-273-8300

|            |     |                                                                                          | Hrs/Rate        | Amount    |
|------------|-----|------------------------------------------------------------------------------------------|-----------------|-----------|
| 4/4/2022   | RAA | Appear and attend biweekly meeting.                                                      | 1.20 225.00/hr  | 270.00    |
|            | RAA | Videoconference with J. Romero, D. Rodriguez, and J. Gonzalez.                           | 0.40 225.00/hr  | 90.00     |
|            | RAA | Review and analyze budget and calculation of unused funds.                               | 0.90 225.00/hr  | 202.50    |
|            | RAA | Preparation of memorandum regarding upcoming budget.                                     | 0.90 225.00/hr  | 202.50    |
|            | RAA | Various calls with J. Romero regarding memorandum. Perform revisions to memorandum.      | 0.50 225.00/hr  | 112.50    |
|            | RAA | Review transcript request filed by PRPB.                                                 | 0.10 225.00/hr  | 22.50     |
|            | RAA | Further emails and calls from J. Romero.                                                 | 0.50 225.00/hr  | 112.50    |
|            | RAA | Finalize memorandum and email it to the parties.                                         | 0.40 225.00/hr  | 90.00     |
|            | RAA | Review emails from L. Saucedo, J. Romero, and A. Del Carmen.                             | 0.40 225.00/hr  | 90.00     |
|            | RAA | Review order granting transcript request.                                                | 0.10 225.00/hr  | 22.50     |
|            | SL  | Revise Master Data Request translation.                                                  | 3.20 90.00/hr   | NO CHARGE |
| 4/5/2022   | RAA | Review email from L. Saucedo.                                                            | 0.10 225.00/hr  | 22.50     |
|            | RAA | Emails and calls with J. Romero.                                                         | 0.30 225.00/hr  | 67.50     |
|            | RAA | Review email from J. Romero.                                                             | 0.10 225.00/hr  | 22.50     |
|            | RAA | Review emails from J. Gonzalez.                                                          | 0.20 225.00/hr  | 45.00     |
|            | RAA | Review email from D. Rodriguez.                                                          | 0.10 225.00/hr  | 22.50     |
|            | RAA | Review email from S. Rhinerson.                                                          | 0.10 225.00/hr  | 22.50     |
|            | RAA | Telephone call from L. Hidalgo.                                                          | 0.40 225.00/hr  | 90.00     |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/5/2022 | RAA | Further calls from L. Hidalgo. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Review email from R. Trabanco. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review email from A. Del Carmen. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review email from T. Petrowski. | 0.10<br>225.00/hr | 22.50 |
|  | SL | Continued and finished: Revise Master Data Request translation. | 2.10<br>90.00/hr | NO CHARGE |
| 4/6/2022 | RAA | Telephone call from L. Hidalgo. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Review order on motion in compliance. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Plan and prepare for videocall with assistant special masters. | 0.40<br>225.00/hr | 90.00 |
|  | RAA | Appear and attend videoconference. | 0.80<br>225.00/hr | 180.00 |
|  | RAA | Exchange of electronic communications with L. Hidalgo. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Conference call with J. Romero and L. Hidalgo. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Revise translation. | 0.80<br>225.00/hr | 180.00 |
| 4/7/2022 | RAA | Plan and prepare for team meeting. Appear and attend team meeting. | 1.10<br>225.00/hr | 247.50 |
| 4/8/2022 | RAA | Review multiple emails from team members and parties and attachments. | 0.80<br>225.00/hr | 180.00 |
|  | RAA | Review order granting invoices by special master team. | 0.10<br>225.00/hr | 22.50 |
| 4/11/2022 | RAA | Review draft stipulation and attachments sent by L. Saucedo. | 0.40<br>225.00/hr | 90.00 |
|  | RAA | Review emails from D. Rodriguez. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review emails from D. Levy. | 0.10<br>225.00/hr | 22.50 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/11/2022 | RAA | Review emails from R. Watkins. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review emails from A. Del Carmen. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Plan and prepare for team meeting. Attend team meeting. | 1.40<br>225.00/hr | 315.00 |
| | RAA | Review and respond to electronic communications from J. Romero and L. Hidalgo. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review and analyze UOF draft policy and review emails from team members regarding the same. | 0.90<br>225.00/hr | 202.50 |
| | RAA | Review and analyze multiple emails from L. Saucedo, A. Del Carmen, J. Romero, and D. Rodriguez on draft stipulation. Further review of draft stipulation. | 0.80<br>225.00/hr | 180.00 |
| | RAA | Telephone calls and emails with J. Romero. | 0.30<br>225.00/hr | 67.50 |
| 4/12/2022 | RAA | Telephone call from D. Rodriguez. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Revise final draft of amended stipulation. Review filed stipulation. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review and respond to multiple emails from J. Romero and D. Rodriguez. | 0.40<br>225.00/hr | 90.00 |
| | RAA | Review further drafts of UOF policies and email from D. Rodriguez. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review emails from team members, USDOJ, special master, and PRPB. | 0.40<br>225.00/hr | 90.00 |
| 4/13/2022 | RAA | Review and respond to email from A. Del Carmen. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Telephone call from J. Romero. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Videoconference with J. Romero, L. Hidalgo, and D. Rodriguez. | 0.50<br>225.00/hr | 112.50 |
| | RAA | Review stipulation on supervision filed by USDOJ. Email the same to monitor. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Email amended stipulation regarding IT to the monitor. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Emails exchanged with T. Petrowski and L. Hidalgo. | 0.20<br>225.00/hr | 45.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/13/2022 | RAA | Plan and prepare for videoconference with T. Petrowski, G. Loeffert, and L. Hidalgo. | 0.70 225.00/hr | 157.50 |
| | RAA | Attend videoconference. | 0.70 225.00/hr | 157.50 |
| | RAA | Review emails from team members and parties. | 0.40 225.00/hr | 90.00 |
| | RAA | Review email from L. Saucedo with conditions to approve UOF plan. Review plan and conditions. | 0.30 225.00/hr | 67.50 |
| 4/14/2022 | RAA | Review motion to restrict. | 0.10 225.00/hr | 22.50 |
| | RAA | Review motion for leave to file Spanish documents. | 0.10 225.00/hr | 22.50 |
| | RAA | Review Commonwealth's motion in compliance with order. | 0.10 225.00/hr | 22.50 |
| | RAA | Review Commonwealth's filed UOF plan. | 0.40 225.00/hr | 90.00 |
| | RAA | Emails with T. Petrowski, J. Romero, and D. Rodriguez. | 0.30 225.00/hr | 67.50 |
| | RAA | Email UOF plan filed to monitor and Special Master. | 0.10 225.00/hr | 22.50 |
| | RAA | Telephone call from J. Gonzalez. | 0.20 225.00/hr | 45.00 |
| | RAA | Review, analyze, and study federal case law for legal memoranda requested by monitor. | 4.50 225.00/hr | 1,012.50 |
| 4/15/2022 | RAA | Continue review and study of federal case law for legal memoranda. | 2.80 225.00/hr | NO CHARGE |
| | RAA | Began working on legal memoranda. | 3.90 225.00/hr | 877.50 |
| | RAA | Review status conference topics. | 0.10 225.00/hr | 22.50 |
| | RAA | Review emails from J. Romero, A. Del Carmen, and judge. | 0.20 225.00/hr | 45.00 |
| 4/16/2022 | RAA | Continue working on legal memoranda. Proofreading and editing. Email the same to monitor team. | 3.80 225.00/hr | 855.00 |
| | RAA | Review email from D. Rodriguez. | 0.10 225.00/hr | 22.50 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/16/2022 | RAA | Review email from J. Romero. | 0.10<br>225.00/hr | 22.50 |
|  | SL | Legal research of federal case law for legal memoranda. | 3.00<br>90.00/hr | 270.00 |
|  | SL | Assist in revisions of legal memoranda. | 1.00<br>90.00/hr | 90.00 |
| 4/17/2022 | RAA | Review and respond to email from counsel of PRPB. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Review emails from J. Romero and L. Saucedo. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Revisions to legal memoranda. | 1.60<br>225.00/hr | 360.00 |
|  | RAA | Exchange of emails with forensic expert, R. Rivera. | 0.20<br>225.00/hr | 45.00 |
| 4/18/2022 | RAA | Review email from L. Saucedo. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review email from L. Hidalgo. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review emails from J. Romero and D. Rodriguez. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Plan and prepare for biweekly meeting. Attend biweekly meeting. | 1.10<br>225.00/hr | 247.50 |
|  | RAA | Review order granting motion to restrict. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review order approving stipulation. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review order approving stipulation on supervision and staffing. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review order noting motion in compliance. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review order on motion for leave to file documents in Spanish. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Revisions to legal memorandum. | 0.50<br>225.00/hr | 112.50 |
|  | RAA | Email exchange with L. Hidalgo. | 0.10<br>225.00/hr | 22.50 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/18/2022 | YMT | Prepare and file motion for disbursement of funds. | 0.50 150.00/hr | 75.00 |
| 4/19/2022 | RAA | Telephone call with J. Romero. | 0.30 225.00/hr | 67.50 |
|  | RAA | Telephone call with L. Hidalgo. | 0.30 225.00/hr | 67.50 |
|  | RAA | Review email from L. Hidalgo with proposed changes to legal memorandum. | 0.10 225.00/hr | 22.50 |
|  | RAA | Revisions to legal memorandum. | 0.50 225.00/hr | 112.50 |
|  | RAA | Email to T. Petrowski. | 0.10 225.00/hr | 22.50 |
|  | RAA | Review email from D. Rodriguez. | 0.10 225.00/hr | 22.50 |
|  | RAA | Further call from J. Romero. | 0.30 225.00/hr | 67.50 |
|  | RAA | Review email from T. Petrowski. | 0.10 225.00/hr | 22.50 |
|  | RAA | Review email from L. Hidalgo. | 0.10 225.00/hr | 22.50 |
|  | RAA | Review email regarding community survey. | 0.10 225.00/hr | 22.50 |
|  | RAA | Review order noting informative motion. | 0.10 225.00/hr | 22.50 |
|  | RAA | Review order noting motion in compliance. | 0.10 225.00/hr | 22.50 |
|  | RAA | Review email from J. Romero. | 0.10 225.00/hr | 22.50 |
| 4/20/2022 | RAA | Review electronic communications from L. Hidalgo, J. Romero, and D. Rodriguez. Telephone call from J. Romero. | 0.40 225.00/hr | 90.00 |
|  | RAA | Review and analyze mandamus petition, USDOJ response, and judgment entered by First Circuit. Email documents to monitor. | 0.90 225.00/hr | 202.50 |
|  | RAA | Telephone call from J. Romero. | 0.30 225.00/hr | 67.50 |
|  | RAA | Review email from D. Rodriguez. | 0.10 225.00/hr | 22.50 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/20/2022 | RAA | Telephone call from G. Peñagarícano. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Telephone call with J. Romero. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Plan and prepare for videocall meetings today. Appear and attend videocall meetings today. | 2.20<br>225.00/hr | 495.00 |
| 4/21/2022 | RAA | Plan and prepare for calls today. Appear and attend videocall with monitor team. Appear and attend videocall with Special Master's team. | 1.90<br>225.00/hr | 427.50 |
|  | RAA | Revisions to legal memorandum requested by monitor. | 0.80<br>225.00/hr | 180.00 |
|  | RAA | Review email from J. Gonzalez. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Revise draft letter for survey. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Email to J. Romero and D. Rodriguez. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Various calls from J. Romero. | 0.50<br>225.00/hr | 112.50 |
|  | RAA | Review emails from J. Romero and L. Saucedo. Telephone call to J. Romero regarding the same. | 0.40<br>225.00/hr | 90.00 |
|  | RAA | Further calls and emails with T. Petrowski and L. Hidalgo. | 0.40<br>225.00/hr | 90.00 |
|  | RAA | Review email from D. Rodriguez. | 0.10<br>225.00/hr | 22.50 |
| 4/22/2022 | RAA | Appear and attend videocalls with parties and monitor. | 0.90<br>225.00/hr | 202.50 |
|  | RAA | Review and respond to multiple emails. | 0.50<br>225.00/hr | 112.50 |
|  | RAA | Consideration, analysis, and study of draft regulations from PRPB. | 1.30<br>225.00/hr | 292.50 |
|  | RAA | Review and respond to email from D. Rodriguez and review and comment on IT committee list. | 0.30<br>225.00/hr | 67.50 |
| 4/25/2022 | RAA | Telephone call from J. Romero. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Review emails from G. Peñagarícano and L. Saucedo. Respond to email from G. Peñagarícano. | 0.30<br>225.00/hr | 67.50 |

|            |     |                                                                                                   | Hrs/Rate        | Amount  |
|------------|-----|---------------------------------------------------------------------------------------------------|-----------------|---------|
| 4/25/2022  | RAA | Review and respond to emails from D. Rodriguez.                                                   | 0.20 225.00/hr  | 45.00   |
|            | RAA | Review and analyze draft minute of proceedings. Compare minute of proceedings with hearing notes. | 0.40 225.00/hr  | 90.00   |
|            | RAA | Review, analyze and study case law cited in draft regulation.                                     | 0.50 225.00/hr  | 112.50  |
|            | RAA | Review emails from counsel of USDOJ and PRPB.                                                     | 0.20 225.00/hr  | 45.00   |
| 4/26/2022  | RAA | Telephone call from J. Romero.                                                                    | 0.30 225.00/hr  | 67.50   |
|            | RAA | Review emails from R. Watkins, M. Serrano, and D. Rodriguez.                                      | 0.20 225.00/hr  | 45.00   |
|            | RAA | Review emails from D. Levy.                                                                       | 0.20 225.00/hr  | 45.00   |
|            | RAA | Review email from J. Gonzalez.                                                                    | 0.10 225.00/hr  | 22.50   |
|            | RAA | Plan and prepare for videocall.                                                                   | 0.30 225.00/hr  | 67.50   |
|            | RAA | Attend videocall with parties.                                                                    | 0.60 225.00/hr  | 135.00  |
|            | RAA | Telephone calls with J. Romero and L. Saucedo.                                                    | 0.40 225.00/hr  | 90.00   |
|            | RAA | Exchange of electronic communications with J. Romero and D. Rodriguez.                            | 0.30 225.00/hr  | 67.50   |
|            | RAA | Identify, review and email certain documents to counsel for PRPB.                                 | 0.40 225.00/hr  | 90.00   |
|            | RAA | Review email and documents sent by USDOJ to PRPB.                                                 | 0.40 225.00/hr  | 90.00   |
|            | RAA | Email to J. Gonzalez.                                                                             | 0.10 225.00/hr  | 22.50   |
| 4/27/2022  | RAA | Review emails from L. Saucedo, PRPB's counsel, and Gartner.                                       | 0.30 225.00/hr  | 67.50   |
|            | RAA | Review attachments to said emails.                                                                | 0.30 225.00/hr  | 67.50   |
|            | RAA | Review and respond to emails from D. Rodriguez and S. Rhinerson.                                  | 0.30 225.00/hr  | 67.50   |

|            |     |                                                                                                                          | Hrs/Rate         | Amount  |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------|------------------|---------|
| 4/27/2022  | RAA | Revisions to needs study plan and attachments.                                                                           | 0.60 225.00/hr   | 135.00  |
|            | RAA | Review and analyze court order on unused budget funds.                                                                   | 0.40 225.00/hr   | 90.00   |
|            | RAA | Email to monitor regarding the same. Exchange of emails with L. Hidalgo.                                                 | 0.30 225.00/hr   | 67.50   |
|            | RAA | Review emails from D. Rodriguez to team members.                                                                         | 0.20 225.00/hr   | 45.00   |
|            | RAA | Review emails with claims to PRPB. Review attachments.                                                                   | 0.40 225.00/hr   | 90.00   |
|            | RAA | Review and respond to emails from T. Petrowski and A. Del Carmen.                                                        | 0.40 225.00/hr   | 90.00   |
|            | RAA | Review and respond to emails from D. Rodriguez.                                                                          | 0.20 225.00/hr   | 45.00   |
|            | RAA | Review and respond to emails from Gartner.                                                                               | 0.20 225.00/hr   | 45.00   |
| 4/28/2022  | RAA | Review and respond to multiple emails regarding Gartner matter. Calls with D. Rodriguez and counsel for PRPB.            | 0.90 225.00/hr   | 202.50  |
|            | RAA | Review and analyze communications from B. Crespo. Telephone call from J. Gonzalez. Prepare response to B. Crespo.        | 0.80 225.00/hr   | 180.00  |
|            | RAA | Telephone call with T. Petrowski.                                                                                        | 0.30 225.00/hr   | 67.50   |
|            | RAA | Review and respond to email from D. Rodriguez. Revise agenda items.                                                      | 0.30 225.00/hr   | 67.50   |
|            | RAA | Review and respond to emails from D. Rodriguez.                                                                          | 0.20 225.00/hr   | 45.00   |
|            | RAA | Review and respond to emails from Gartner.                                                                               | 0.20 225.00/hr   | 45.00   |
|            | RAA | Attend videocall with Gartner and parties.                                                                               | 0.60 225.00/hr   | 135.00  |
|            | RAA | Electronic communications and call with J. Gonzalez.                                                                     | 0.30 225.00/hr   | 67.50   |
|            | RAA | Email to Gartner with information requested for contract.                                                                | 0.10 225.00/hr   | 22.50   |
|            | RAA | Review motion to restrict.                                                                                               | 0.10 225.00/hr   | 22.50   |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/28/2022 | RAA | Review motion for leave to file Spanish documents. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review motion submitting self-assessment report. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review email from counsel of PRPB with monthly budget. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review monthly budget. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Review and respond to email from D. Rodriguez. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Emails to monitor and Special Master with self-assessment report. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review order scheduling status conference. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Emails to monitor and Special Master with status conference order. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review emails exchanged between counsel for PRPB and USDOJ. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Review and respond to email from J. Romero. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Began review and analysis of self-assessment report. | 0.40<br>225.00/hr | 90.00 |
| 4/29/2022 | RAA | Review motion submitting translations of use of force plan. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review translations. | 0.40<br>225.00/hr | 90.00 |
|  | RAA | Review order on motion to restrict. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review order on motion for leave. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review order on motion submitting. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review order on motion submitting translations. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Plan and prepare for 253 meeting and meeting with federal monitor and judge. | 1.30<br>225.00/hr | 292.50 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/29/2022 RAA | Appear and attend 253 meeting. | | 1.50<br>225.00/hr | 337.50 |
| | RAA | Appear and attend meeting with monitor, special master, and judge. | 1.40<br>225.00/hr | 315.00 |
| | RAA | Postmeeting debriefing and analysis. | 0.40<br>225.00/hr | 90.00 |
| | RAA | Review and respond to email from Gartner. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review email from D. Rodriguez. | 0.10<br>225.00/hr | 22.50 |
| | **For professional services rendered** | | **95.10** | **$18,165.00** |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Roberto Abesada Agüet | 76.80 | 225.00 | $17,280.00 |
| Roberto Abesada Agüet | 3.50 | 0.00 | $0.00 |
| Stephanie Leon | 9.00 | 90.00 | $810.00 |
| Stephanie Leon | 5.30 | 0.00 | $0.00 |
| Yesenia Medina Torres | 0.50 | 150.00 | $75.00 |

*[signature]*

WE HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN OUR CAPACITY AS THE FIRM SERVING AS GENERAL COUNSEL OF THE FEDERAL MONITOR'S OFFICE. WE FURTHER CERTIFY THAT WE HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH OF PUERTO RICO, OR ANY OF ITS DEPARTMENTS, MUNICIPALITIES OR AGENCIES.