# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@outlook.com | 550 Amsonia Circle
Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2022-04
**DATE:** April 30, 2022

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 4/01/2022 | 1.0 hour of policy review facilitation | 1.0 | $50.00 | $50.00 |
| 4/03/2022 | 0.5 hour of policy review facilitation | 0.5 | $50.00 | $25.00 |
| 4/05/2022 | 1.5 hours of travel planning and policies | 1.5 | $50.00 | $75.00 |
| 4/08/2022 | 1.0 hour of policy review and CMR-6 data | 1.0 | $50.00 | $50.00 |
| 4/11/2022 | 2.5 hours of team and travel planning call | 2.5 | $50.00 | $125.00 |

**AMOUNT DUE** **SEE FOURTH PAGE**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@outlook.com | 550 Amsonia Circle
Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2022-04
**DATE:** April 30, 2022

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 4/12/2022 | 2.5 hours of training compliance and policies | 2.5 | $50.00 | $125.00 |
| 4/13/2022 | 2.5 hours of CMR-6 and training compliance | 2.5 | $50.00 | $125.00 |
| 4/14/2022 | 2.5 hours of meeting and compliance tracking | 2.5 | $50.00 | $125.00 |
| 4/18/2022 | 1.0 hour of policy review and meeting scheduling | 1.0 | $50.00 | $50.00 |
| 4/19/2022 | 5.0 hours of CMR-6 review and team call | 5.0 | $50.00 | $250.00 |

**AMOUNT DUE**   **SEE FOURTH PAGE**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@outlook.com | 550 Amsonia Circle Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2022-04
**DATE:** April 30, 2022

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 4/20/2022 | 4.0 hours of CMR-6 and team meeting | 4.0 | $50.00 | $200.00 |
| 4/21/2022 | 5.0 hours of CMR-6 and training compliance | 5.0 | $50.00 | $250.00 |
| 4/22/2022 | 2.5 hours of training compliance and travel | 2.5 | $50.00 | $125.00 |
| 4/25/2022 | 3.5 hours of compliance calls and CMR-6 | 3.5 | $50.00 | $175.00 |
| 4/26/2022 | 1.0 hour of travel planning | 1.0 | $50.00 | $50.00 |

**AMOUNT DUE**     **SEE FOURTH PAGE**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@outlook.com | 550 Amsonia Circle
Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2022-04
**DATE:** April 30, 2022

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 4/27/2022 | 2.5 hours of travel planning and data request | 2.5 | $50.00 | $125.00 |
| 4/28/2022 | 2.0 hours of travel planning and check in call with Denise | 2.0 | $50.00 | $100.00 |
| 4/29/2022 | 2.5 hours of travel planning, policy review, and CMR-6 editing and review | 2.5 | $50.00 | $125.00 |

**AMOUNT DUE** $2,150.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.