**Office of the FPMPR LLC**

VIG Tower, PH – 924

1225 Ave. Juan Ponce de Leon

San Juan, PR 00907
**Name:** Claudia Cámara-León
**Supervisor:** Javier Gonzales, Esq.

## Work Timesheet (April 2022)

| Date | Task | Total Hours |
|---|---|---|
| **April 1, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 4.0 |
| **April 5, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 4.0 |
| **April 7, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| **April 8, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 4.0 |
| **April 12, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. Downloaded files from the Dropbox archives to move to Box. | 4.0 |
| **April 14, 2022** | Downloaded files from the Dropbox archives to move to Box. Took calls and checked voicemails, and emails. | 7.0 |
| **April 19, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 4.0 |
| **April 21, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| **April 22, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 4.0 |

| Date | Task | Total Hours |
|---|---|---:|
| **April 26, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. Worked on spreadsheet. | 4.0 |
| **April 28, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. Worked on spreadsheet. | 7.0 |
| **April 29, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 4.0 |

**Total, 60 hours for $20 = $1,200**

I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Signature,
Claudia S. Cámara León

_____