# Manuel A. Arroyo Rivera

P.o Box 8925 Santurce Puerto Rico 00910     Cel 787-364-8925

Email marroyorivera20@gmail.com

Invoice  Month April 2022                                                                                       Invoice #019

Federal Police Monitor   San Juan, PR

| Date | description | Hour | Rate | Amount |
|---|---|---|---|---|
| April 25 2022 | pick up the monitor at the airport and take to the hotel | 2 | $20 | $40.00 |
| April 26 2022 | pick up the monitor and take it to different meetings of the day | 10 | $20 | $200.00 |
| April 27 2022 | pick up the monitor and take it to different meetings of the day | 10 | $20 | $200.00 |
| April 28 2022 | pick up the monitor and take it to different meetings of the day | 14 | $20 | $280.00 |
| Apri 29 2022 | pick up the monitor and take it to different meetings of the day | 9 | $20 | $180.00 |
|  |  |  |  | Total $900 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |