# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO, et al.,**<br><br>Defendants. | **CIVIL NO.: 12-cv-02039** |

## MOTION REQUESTING ORDER

**MAY IT PLEASE THE COURT:**

    **COME NOW**, Codefendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau, through the undersigned attorneys, and very respectfully state and pray:

    1.    On April 28, 2022, this Honorable Court issued 'Order Scheduling Status Conference' in the above captioned case at Docket 2009. The hearing is scheduled for May 20, 2022, at 1:30pm.

    2.    In the Order, among other persons, the Court mandated the attendance of Mr. Juan Carlos Rivera, IT Director of the Puerto Rico Police Bureau ("PRPB").

    3.    The Commonwealth respectfully requests this Honorable Court to excuse the attendance of Mr. Rivera to the hearing. That day, Mr. Rivera has to attend the 8th grade graduation of his daughter, Cristina D. Rivera, from Colegio San Benito, in Humacao, Puerto Rico. Enclosed as Exhibit 1 is the corresponding certification from Colegio San Benito and as Exhibit 2 a certified translation of the certification.

4. The Commonwealth informs the Court that Mr. Caonabo Vicente, the IT Deputy Director of the PRPB will attend the hearing. Also, Mr. Angel Díaz Camareno, IT Chief Advisor for PRPB will attend the hearing as requested by the Court. These two individuals have been directly involved with the preparation and compliance of the IT stipulation and subsequent Order in this case. They are also knowledgeable about the IT requirements of the Consent Decree.

5. All other persons whose attendance was mandated by the Honorable Court will be present at the hearing.

**WHEREFORE,** Defendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau respectfully request this Honorable Court to issue an Order excusing the attendance of Mr. Juan Carlos Rivera to the hearing.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

In San Juan, Puerto Rico, this 16th day of May, 2022.

**CANCIO, NADAL & RIVERA, L.L.C.**
P.O. Box 364966
San Juan, Puerto Rico 00936-4966
403 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Tel. (787) 767-9625


**S/ RAFAEL BARRETO-SOLÁ**
USDC PR: 211801
rbarreto@cnr.law

**S/ GABRIEL A. PEÑAGARÍCANO**
USDC PR: 212911
gpenagaricano@me.com