Box 728
Humacao, PR 00792

Acreditado por la Middle States Association

2 de mayo de 2022.

A quien pueda interesar,

Certificamos que la joven Cristina D. Rivera Hernández es parte de nuestra clase graduanda de octavo grado. Los actos de graduación están programados para el próximo viernes, 20 de mayo de 2022 a las 10:00 AM.

Para cualquier información adicional pueden comunicarse a nuestras oficinas al 787-852-1365.

Respetuosamente,

Sr. Jorge de Jesús
Director Auxiliar

