

Colegio San Benito  
Box 728  
Humacao, PR 00762

Tel. 787-852-1365

Accredited by the Middle States Association

May 2, 2022.

To whom it may concern,

We hereby certify that young lady Cristina D. Rivera Hernández is part of our eighth grade graduating class. The commencement exercises are scheduled for next Friday, May 20, 2022 at 10:00 AM

For any additional information, you may contact our offices at 787-852-1365.

Respectfully,

[Signature]

Mr. Jorge de Jesús  
Assistant Director



No. <u>2022-115</u>  TRANSLATOR'S CERTIFICATE OF ACCURACY

I, Mayra Cardona Durán, of legal age, single, resident of Guaynabo, Puerto Rico, Certified Interpreter of the United States Courts (Certification No. 98-020) and certified by the National Association of Judiciary Interpreters and Translators (10671), holding a Master's Degree in Translation and admitted to the Puerto Rico Bar Association (Bar No. 12390, RUA No. 11038) hereby CERTIFY: that according to the best of my knowledge and abilities, the foregoing is a true and rendition into English of the original Spanish text, which I have translated and it is stamped and sealed as described therein. This document is comprised of Two (2) Pages, including this certification page, and does not contain changes or erasures.

In Guaynabo, Puerto Rico today, Sunday, May 15, 2022.

Lcda. Mayra Cardona
BA Lit/Fr, MA Trans, JD
United States Courts Certified Interpreter
NAJIT Certified Interpreter and Translator
3071 Alejandrino Ave. PMB 306 Guaynabo, Puerto Rico 00969-7035
Tel. (787) 530-1414
e-mail: mayra@cardona.com