# THE & GROUP LLC.

**Las Ramblas**
**71 Calle Montjuic**
**Guaynabo , PR 00969**

# INVOICE

Federal Police Monitor

San Juan, PR

INVOICE NUMBER:  79
INVOICE DATE:  APRIL 30, 2022

Invoice for Javier B Gonzalez Professional Services as Administrative Director

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| APR-01-22 | Administrative Director | Work with March team Invoices, Work with 2021-2022 Budget expenses. | 4.00 | $100.00 | $400.00 |
| APR-04-22 | Administrative Director | Bi weekly meeting with PRPB and USDOJ, Budget conference call with the Monitor and General Counsel, Team March Invoices, Review of communications sent by Team Members and officer. | 3.50 | $100.00 | $350.00 |
| APR-05-22 | Administrative Director | Communications with the Monitor and Team members, Review of communications sent by Team members, PRPB and Detainees surveys follow up. March team Invoices. | 3.00 | $100.00 | $300.00 |
| APR-06-22 | Administrative Director | Communications with the Monitor, survey meeting follow up, review of communications. | 2.50 | $100.00 | $250.00 |
| APR-07-22 | Administrative Director | Communications with the Monitor, Staff Meeting, Review of communications. | 2.50 | $100.00 | $250.00 |
| APR-08-22 | Administrative Director | Communications with the Monitor, Review of communications | 1.50 | $100.00 | $150.00 |
| APR-13-22 | Administrative Director | Zoom meeting with Team Members, Survey Meeting with PRPB, SM and USDOJ. Review of communications sent by Team Members. | 3.50 | $100.00 | $350.00 |
| APR-14-22 | Administrative Director | Communications with the Monitor and Team Members, Review of communications sent by Team members, March Team Invoices follow up. | 2.00 | $100.00 | $200.00 |
| APR-16-22 | Administrative Director | Office of The TCA Adobe Subscription Monthly Fee | | | $33.98 |
| APR-18-22 | Administrative Director | Bi weekly Meeting with PRPB and USDOJ, Communications with the Monitor, Review of communications. | 2.50 | $100.00 | $250.00 |
| APR-19-22 | Administrative Director | Communications with the Monitor and PRPB, Review of communications and documents sent by Team Members, Detainees survey follow up. | 2.00 | $100.00 | $200.00 |
| APR-20-22 | Administrative Director | Detainees survey follow up and Meeting with USDOJ and PRPB. Review of communications sent by Team Members. | 2.50 | $100.00 | $250.00 |
| APR-21-22 | Administrative Director | Team Meeting, Detainees survey follow up, Communications with the Monitor. | 3.00 | $100.00 | $300.00 |

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| APR-22-22 | Administrative Director | Communications with the Monitor, Review of communications, Detainees Survey Follow UP. | 2.50 | $100.00 | $250.00 |
| APR-25-22 | Administrative Director | Coordination of Team Visit, Communications with PRPB. Review of communications from Team Members | 2.00 | $100.00 | $200.00 |
| APR-26-22 | Administrative Director | Academy Graduation, Communications with the Monitor, Review of communications sent by Team Members, Coordination of Team Visit. | 5.00 | $100.00 | $500.00 |
| APR-27-22 | Administrative Director | Communications with the Monitor and Team Members, Review of communications sent by Team Members, Work with office contacts by citizens. | 3.50 | $100.00 | $350.00 |
| APR-28-22 | Administrative Director | Participate in "conversatorio" in Guayama and Humacao. Communications with the Monitor . | 8.00 | $100.00 | $800.00 |
| APR-29-22 | Administrative Director | 253 Meeting, Meeting with Judge, Review of Communications. Survey follow up. Meetings at office. | 8.00 | $100.00 | $800.00 |
| APR-30-22 | Administrative Director | I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0.00 | $100.00 | $0.00 |
| APR-30-22 | Administrative Director | Reimbursement of Manual Arroyo Gasoline Expense | | | $100.00 |
| | | Total amount of this invoice | | | $6,283.98 |

MESSAGE

Javier B Gonzalez, April 30, 2022

Transaction Details
Card Ending - 11003

Merchandise & Supplies - Mail Order

## ADOBE WEBSALES 800-833-6687

# $33.98

Apr 16, 2022

On your statement as ADOBE ACROPRO SUBS ASAN JOSE CA

**$0.34 Reward Dollars**

---

## Transaction Details

ADOBE WEBSALES 800-833-6687

801 N 34TH ST
SEATTLE
WA
98103
UNITED STATES

📞 (800) 833-6687

🖥 https://www.adobe.com/in/about-adobe/co...

---

Doing Business As   ADOBE WEBSALES 8... ⌄



TOTAL SAN PATRICIO
AVE SAN PATRICIO ESQ GONZALEZ GUSTI
GUAYNABO

| DATE | TIME | HOST |
|------|------|------|
| Apr 30.22 | 22:03:27 | ATH |
| BATCH | TERMINAL ID | MERCHANT ID |
| 000033 | S0V02175 | 4549106432321 |

SALE

DEBIT          xxxxxxxxxxxx1902 (S)

AUTH. CODE: 310906        INVOICE: 003681

                          TRACE  :004433

TOTAL :   $          50.00

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

CUSTOMER COPY
Gracias por su patrocinio



# VUELVA PRONTO
# PUMA DOMENECH
Av. Domenech 403
San Juan, PR. 00918
787-753-0807
00000000000000
verifone

***PREPAID RECEIPT***

| Description | Qty | Amount |
| --- | --- | --- |
| | | |
| PREPAY CA #09 | | 50.00 |
| | | |
| Subtotal | | 50.00 |
| Tax | | 0.00 |
| **TOTAL** | | **50.00** |
| MAN DEBIT $ | | 50.00 |

THANKS, COME AGAIN
ST# DOMEN   TILL XXXX DR# 1 TRAN# 1014503
CSH: 10                    4/28/22 12:53:35 PM