# Rafael Ruiz Consulting

12 Crestshire Dr.
Lawrence, MA 01843

PHONE: 6177599156    stodgo1971@yahoo.com    12 Crestshire Dr.

## INVOICE

INVOICE NUMBER: 2022-04
INVOICE DATE: 5/2/2022

Federal Police Monitor for PR
VIG Tower, PH-924
1225 Ponce De Leon Ave.
San Juan, PR 00907

RAFAEL E. RUIZ CONSULTING

| DATE | PROJECT | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: FPM work from Home | | | |
| 4/7/2022 | FPM work from Home | review PRPB Policies and Procedures Manual | 1.50 | $165.00 | $247.50 |
| 4/11/2022 | FPM work from Home | Review data downloaded from PRPB CMR-06; Biweekly FPM Team meeting; Monthly meeting with Dep Monitor | 2.50 | $165.00 | $412.50 |
| 4/12/2022 | FPM work from Home | Review/prep report on PRPB Policies and Procedures Manual | 1.25 | $165.00 | $206.25 |
| 4/18/2022 | FPM work from Home | Review analyze CMR-06 Search and Seizure/Arrests random samples data | 3.75 | $165.00 | $618.75 |
| 4/22/2022 | FPM work from Home | Analyze recordings of PRPB radio communications between patrol officer and supervisors | 2.50 | $165.00 | $412.50 |
| 4/23/2022 | FPM work from Home | Review analyze CMR-06 Search and Seizure/Arrests random samples data | 2.50 | $165.00 | $412.50 |
| 4/25/2022 | FPM work from Home | Review analyze CMR-06 Search and Seizure/Arrests random samples data | 8.25 | $165.00 | $1,361.25 |
| 4/26/2022 | FPM work from Home | Review analyze CMR-06 Search and Seizure/Arrests random samples data | 9.00 | $165.00 | $1,485.00 |
| 4/27/2022 | FPM work from Home | Review analyze CMR-06 Search and Seizure/Arrests random samples data | 8.50 | $165.00 | $1,402.50 |
| 4/28/2022 | FPM work from Home | Review analyze CMR-06 Search and Seizure/Arrests random samples data (in-flight to PR) | 2.25 | $165.00 | $371.25 |
| | | TOTAL: FPM work from Home | | | $6,930.00 |
| | | PROJECT: FPM work from PR (Site Visits) | | | |
| 4/28/2022 | FPM work from PR (Site Visits) | Work on CMR-06 random sample data (6pm-8pm while at hotel) | 2.00 | $165.00 | $330.00 |
| 4/29/2022 | FPM work from PR (Site Visits) | Site visit to PR; meetings, work on CMR-06 data | 8.00 | $165.00 | $1,320.00 |
| 4/30/2022 | FPM work from PR (Site Visits) | Site visit to PR; work on CMR-06 sample data | 8.00 | $165.00 | $1,320.00 |
| 4/30/2022 | FPM work from PR (Site Visits) | Work on CMR-06 search and seizure section draft (5pm-9pm at hotel) | 4.00 | $165.00 | $660.00 |

INVOICE NUMBER: 2022-04

| DATE | PROJECT | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | TOTAL: FPM work from PR (Site Visits) | | | $3,630.00 |
| | | PROJECT: FPM-PR Expenses | | | |
| 4/28/2022 | FPM-PR Expenses | (Travel, hotel, and meals) Per diem travel days | 1.00 | $86.25 | $86.25 |
| 4/28/2022 | FPM-PR Expenses | (Travel, hotel, and meals) Transportation home to Logan Airport | 1.00 | $75.00 | $75.00 |
| 4/28/2022 | FPM-PR Expenses | (Travel, hotel, and meals) Travel to PR- JetBlue | 1.00 | $294.80 | $294.80 |
| 4/28/2022 | FPM-PR Expenses | (Travel, hotel, and meals) 3-nights hotel stay at $177.00/night | 3.00 | $177.00 | $531.00 |
| 4/30/2022 | FPM-PR Expenses | (Travel, hotel, and meals) Per diem- full days | 3.00 | $115.00 | $345.00 |
| 5/2/2022 | FPM-PR Expenses | (Travel, hotel, and meals) Travel from PR- JetBlue (FPM May 1 Protest police monitoring) | 1.00 | $359.80 | $359.80 |
| 5/2/2022 | FPM-PR Expenses | (Travel, hotel, and meals) Per diem travel days | 1.00 | $86.25 | $86.25 |
| | | TOTAL: FPM-PR Expenses | | | $1,778.10 |
| | | PROJECT: Lodging (FPM-PR) | | | |
| 5/1/2022 | Lodging (FPM-PR) | (Travel, hotel, and meals) Lodging: 1 night hotel at 141.60 | 1.00 | $141.60 | $141.60 |
| | | TOTAL: Lodging (FPM-PR) | | | $141.60 |
| | | Total hours for this invoice | 64.00 | | |

| INVOICE BALANCE INFORMATION | |
|---|---|
| Total amount of this invoice | $12,479.70 |
| Current invoice balance | $12,479.70 |

### AMOUNT DUE ON THIS INVOICE: $12,479.70

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of the hours worked in my capacity as a member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Rafael E. Ruiz                                                                                               May 02, 2022



# Office of the Technical Compliance Advisor Travel Reimbursement Form

Enter all required information below to obtain travel reimbursement. If spending did not occur in a category, please leave the field blank fields will likely be used for one or more of the ground transportation options. The "Total" column of the table will update based on the in entered into the "Unit Cost" and "Units" columns. Receipts for airfare, lodging, ground transportation, and PCR Testing must be submi this form. Submit the Travel Reimbursement Form and accompanying receipts to Javier Gonzalez (Javier.benito@me.com) with the Monitor (jrrjjr.romero@gmail.com) and/or his designee copied with your monthly invoice.

**Traveler Name:** Rafael E. Ruiz
**Travel Dates:** 4/28/22 - 5/2/22
**Purpose of Travel:** May 1st Protest

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 654.60 | 1 | $ 654.60 |
| Baggage |  | 2 | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | $ 75.00 | 1 | $ 75.00 |
| Ground Transportation (Parking) | $ - | 5 | $ - |
| Ground Transportation (Mileage) |  |  |  |
| Lodging | $ 177.00 | 3 | $ 531.00 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 3 | $ 345.00 |
| PCR Testing |  | 1 | $ - |
| Lodging | $ 141.60 | 1 | $ 141.60 |
| **Total** |  |  | **$ 1,919.70** |

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

| | | | |
|---|---|---|---|
| **SJU** | **JFK** | Date | Mon, May 02 |
| San Juan, PR | New York, NY | Departs | 10:17am |
| **Terminal:** A | | Arrives | 2:12pm |
| | | Flight | 1604 |

**jetBlue**

**If your booking was made at least 7 days in advance:** You may cancel it within 24 hours for a full refund to your original form of payment, without a cancellation fee.

**JetBlue Change/Cancel Policy:** There is no fee to change (or cancel) Blue, Blue Extra, Blue Plus or Mint fares. Blue Basic fares booked Jun 8 2021 - Aug 24 2021 and after Nov 1 2021 are subject to a change/cancel fee of $100 for travel wholly within the U.S., Caribbean, Mexico or Central America, or $200 for all other routes. There are no change/cancel fees for Blue Basic fares booked before Jun 8 2021 or between Aug 25 2021 - Oct 31 2021.

Fare difference may apply and funds may be issued as a JetBlue Travel Bank credit, valid for 12 months on any JetBlue-operated flight. As a Mosaic, same-day switches may be made without a fee or fare difference. Click here for details on our change and cancel policies.

## Traveler Details

**RAFAEL ENRIQUE RUIZ**

**Frequent Flier:** B6 3326688490

**Ticket number:** 2792189542811

**SJU - JFK:**

**Fare:** Blue

**Carry-on bags:** One (1) carry-on bag and one (1) personal item included in your fare.

**Checked bags:** Your Mosaic membership includes two

**Checked bags:** Your Mosaic membership includes two (2) checked bags per person. If you need to check more than two bags, these can only be added at the ticket counter on your day of travel, and other baggage restrictions may apply.

**Seat:** 16D

**Notes:** Even More Speed



Get up to 7" more legroom, a fast lane to the TSA checkpoint (select cities), and early boarding—all the better to nab that overhead bin.

**Add Even More Space ▶**

## Payment Details

Master
XXXXXXXXXXXX9796

| | |
|---|---|
| NONREF | $330.00 |
| Taxes & fees | $29.80 |
| **Total:** | **$359.80 USD** |

Purchase Date: Apr 2, 2022

Request full receipt



Plan the rest of your trip with Paisly.

## Flights

| | | | |
|---|---|---|---|
| **BOS** ▶ | **SJU** | Date | Thu, Apr 28 |
| Boston, MA | San Juan, PR | Departs | 8:49am |
| **Terminal:** C | | Arrives | 12:49pm |
| | | Flight | 861 |

**jetBlue**

**If your booking was made at least 7 days in advance:** You may cancel it within 24 hours for a full refund to your original form of payment, without a cancellation fee.

**JetBlue Change/Cancel Policy:** There is no fee to change (or cancel) Blue, Blue Extra, Blue Plus or Mint fares. Blue Basic fares booked Jun 8 2021 - Aug 24 2021 and after Nov 1 2021 are subject to a change/cancel fee of $100 for travel wholly within the U.S., Caribbean, Mexico or Central America, or $200 for all other routes. There are no change/cancel fees for Blue Basic fares booked before Jun 8 2021 or between Aug 25 2021 - Oct 31 2021.

Fare difference may apply and funds may be issued as a JetBlue Travel Bank credit, valid for 12 months on any JetBlue-operated flight. As a Mosaic, same-day switches may be made without a fee or fare difference. Click here for details on our change and cancel policies.

## Traveler Details

**RAFAEL ENRIQUE RUIZ**

**Frequent Flier:** B6 3326688490
**Ticket number:** 2792189546333

**BOS - SJU:**
**Fare:** Blue
**Carry-on bags:** One (1) carry-on bag and one (1) personal item included in your fare.

personal item included in your fare.

**Checked bags:** Your Mosaic membership includes two (2) checked bags per person. If you need to check more than two bags, these can only be added at the ticket counter on your day of travel, and other baggage restrictions may apply.

**Seat:** 16B

**Notes:** Even More Speed



Get up to 7" more legroom, a fast lane to the TSA checkpoint (select cities), and early boarding—all the better to nab that overhead bin.

**Add Even More Space ▶**

## Payment Details

Master
XXXXXXXXXXXX9796

| | |
|---|---|
| NONREF | $265.00 |
| Taxes & fees | $29.80 |
| **Total:** | **$294.80 USD** |

Purchase Date: Apr 2, 2022

Request full receipt

 

Plan the rest of your trip with Paisly.

**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Rafael Ruiz
12 Crestshire Dr
Lawrence MA 01843
United States

Room: 0201
Room Type: KSTE
No. of Guests: 1
Rate:  $  120.00  Clerk: 5

Marriott Rewards #   232084256

CRS Number  96961032

Name:

Arrive:  04-28-22          Time:  01:33 PM          Depart:  05-02-22          Folio Number:  693216

| Date | Description | Charges | Credits |
|---|---|---|---|
| 04-28-22 | Package | 150.00 | |
| 04-28-22 | Government Tax | 13.50 | |
| 04-28-22 | Hotel Fee 9% of Daily Rate | 13.50 | |
| 04-29-22 | COMEDOR- Guest Charge (Breakfast) | 14.77 | |
| 04-29-22 | Package | 150.00 | |
| 04-29-22 | Government Tax | 13.50 | |
| 04-29-22 | Hotel Fee 9% of Daily Rate | 13.50 | |
| 04-30-22 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |
| 04-30-22 | Package | 150.00 | |
| 04-30-22 | Government Tax | 13.50 | |
| 04-30-22 | Hotel Fee 9% of Daily Rate | 13.50 | |
| 05-01-22 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |
| 05-01-22 | COMEDOR- Guest Charge (Dinner) | 41.73 | |
| 05-01-22 | Package | 120.00 | |
| 05-01-22 | Government Tax | 10.80 | |
| 05-01-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 05-02-22 | COMEDOR- Guest Charge (Breakfast) | 21.19 | |
| 05-02-22 | American Express | | 756.29 |
| | *Card #  XXXXXXXXXX3007* | | |

**COURTYARD®**
**Marriott**

Courtyard by Marriott  
San Juan - Miramar

801 Ponce de Leon Ave.  
San Juan, PR. 00907  
T 787.721.7400  
F 787.723.0068

Mr Rafael Ruiz  
12 Crestshire Dr  
Lawrence MA 01843  
United States

Room: 0201  
Room Type: KSTE  
No. of Guests: 1  
Rate:   $   120.00   Clerk: 5

Marriott Rewards #   232084256

CRS Number   96961032

Name:

Arrive:   04-28-22          Time:   01:33 PM          Depart:   05-02-22          Folio Number:   693216

| Date | Description | Charges | Credits |
|---|---|---|---|
| | Balance | | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.



**RECEIPT**  No. 557203
DATE 4/28/22
RECEIVED FROM Rafael Ruiz  $ 75.00
Seventy Five — DOLLARS
☑ FOR Ride to the Airport