INVOICE 0086 FOR PROFESSIONAL SERVICES; APR 1, 2022, THROUGH APR 30, 2022
RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC, 13932 SOUTH SPRINGS DR, CLIFTON VA 20124

TO:   Federal Monitor
      Puerto Rico Police Department Consent Decree

The invoice for professional services rendered by Crystal Reef LLC (Monitoring Core Team) for APR 2022 is detailed as follows:

| Task Performed | US Hours | Dates | Billable Amount |
|---|---|---|---|
| Communications & Coordination - telcons and emails to/from Monitors, PRPB, USDOJ, Special Master, FMPR Logistics and planning for on-site visits, AH Datalytics meetings, coordinate and reconcile schedules and travel planning | 7.25 | APR-1,4-7,10,11,13,14,17-19,21,25-27,29,30 | $1,196.25 |
| GO - 408 & GO 613 (Access to Training Systems / Cybercrimes); translate, review, provide recommendations | 8 | APR - 4,5 | $1,320.00 |
| Needs assessment mtg with PRPB, DOJ, Commonwealth, FPM and Gartner | 1 | APR - 6 | $165.00 |
| Review of Draft Joint Stipulations and edits prepared by US DOJ, PRPB - includes staffing, supervision, IT | 2.75 | APR - 8,11,12,13, 15 | $453.75 |
| Teleconference Meetings (Bi-Weekly) with Monitors Office and Deputy Monitor. Review PRPB IT Assessment Contracting Strategy directed by the Court. | 3 | APR - 11,18,29 | $495.00 |
| IT Systems Status Tracker - Update, Revise, Reconcile changes Ver 1.0.1 | 0.25 | APR - 11 | $41.25 |
| CMR-6: Review data call, Teleconferences - Coordinate with FPMPR for revisions | 4.75 | APR - 11,19,20,25 | $783.75 |
| Use of Force Data Plan - Review and comment | 0.5 | APR - 11 | $82.50 |
| Teleconference with AH Datalytics, PRPB, FPM, DoJ | 0.75 | APR- - 14 | $123.75 |
| Prepare CMR-6 report, draft, revise, edit, review with Deputy Federal Monitor, review and reconcile with other sections of the Decree. | 19.5 | APR - 10,12, 14,16,17,18,20,22,23,28, 29 | $3,217.50 |
| Review of PRPB data responses - data requests during CMR-6 | 9 | APR - 11,13,15, 22,23,25,26,27,28,29 | $1,485.00 |

| Net Hours @ $165/hr. | 56.75 | $9,363.75 |
|---|---|---|
| **Allowable Fee** | | **$9,363.75** |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

INVOICE PRESENTED BY: _____ : Scott Cragg, Monitoring Core Team