# INVOICE



22 Chalets de Santa Maria
San Juan, P.R. 00927
(787)940-3090

**BILL TO:**
**Office of the FPMPR, LLC**
VIG Tower, PH 924
1225 Ponce de Leon Avenue
San Juan, P.R. 00907

**DATE:** 4/30/2022
**INVOICE #** 202204
**FOR:** FPMPR/TCA

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Zoom calls/meetings: Team, Sam, Denise | 2.00 | $160.00 | $ 320.00 |
| emails-texts/phone calls: John, Denise, Dave, Sam, Al, Rita, Sgt. Cruz-Febo, Donnie, CIC Robert Quintero, CIC Milagros Catala, | 5.00 | $160.00 | $ 800.00 |
| 04/08/2022: CIC new Internal Rules & Regulations review | 0.50 | $160.00 | $80.00 |
| 04/09/2022: 3.1 request submission: doc. Par. 206 partial Review with annotations | 4.50 | $160.00 | $720.00 |
| 04/11/2022: 3.1 par. 206/207 cont. review/partial par. notes. | 4.00 | $160.00 | $640.00 |
| 04/12/2022: 3.1 PPR 803.4 forms/alliances PPR 803.5/review w/ annotations | 6.00 | $160.00 | $ 960.00 |
| 04/13/2022: Meeting with John, Denise Javi, Hidalgo (Comm.mmetings) | 1.00 | $160.00 | $ 160.00 |
| 04/13/2022: Par. 206/207/ PRPB's website Comm. Rel. alliance report review 208 report draft & pathways. | 6.00 | $160.00 | $ 960.00 |
| 04/14/2022: par. 208 (final). 209, 210 doc. Review under 3.1/ annotations partial draft 209-211 (draft) | 7.50 | $160.00 | $ 1,200.00 |
| 04/15/2022: par 211-213 doc.review/annotations/draft | 3.50 | $160.00 | $ 560.00 |
| 04/16/2022: Website/ Virtual Library review/parrs. 214-217 docs. Annotations/draft. | 5.00 | $160.00 | $ 800.00 |
| 04/17/2022: Public Information edits and final report draft | 2.00 | $160.00 | $ 320.00 |
| 04/19/2022: Final submitted draft review with annotations in prep for compliance discussion with Denisse and Dave. | 1.00 | $160.00 | $ 160.00 |
| 04/20/2022: Compliance rating review Team Discussion | 0.50 | $160.00 | $ 80.00 |
| 04/24/2022: 3.2 submission box review: annotations and report draft revision. | 5.00 | $160.00 | $ 800.00 |
| 04/25/2022: Compliance rating discussion | 2.50 | $160.00 | $400.00 |
| 4/26/2022: Report revision with notes, answers and clarifications | 1.50 | $160.00 | $240.00 |
| 04/27/2022: Recruitment discussion with Al and Second amended CMR report | 1.00 | $160.00 | $160.00 |
| 04/28/2022: CMR6 3rd edit: addtl.info on Intro. | 1.50 | $160.00 | $240.00 |
| Sum | 60.00 | | $ 9,600.00 |
| | | | $ - |
| | | **TOTAL** | **$9,600.00** |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or


Merangelie Serrano-Rios