Hipolito Castro Jr
64 Mustang Drive
Monroe, CT 06468

INVOICE #PR004-2022
DATE: April 30, 2022

**Dates of service: April 1 – April 30, 2022**         **TOTAL $7,263.81**

**The following is a detailed statement of the hours worked:**

-Monthly monitor's meetings. **2 hrs**.
-Monitor's meeting with team members. CMR-6 discussions. **6 hrs**.
-Discussion for supervision, promotion and training sections for the CMR-6 report. **4 hrs**.
-Supervision summaries and reviewing of section. **4 hrs.**
-Phone calls and emails.    **3 hrs**.

Travel:

04/28/2022

-Departed and arrived at hotel.

04/29/2022

-Meeting at Monitors office and conference with Judge Francisco A. Besosa. **8 hrs**.

04/30/2022

-Meetings in preparation for May 1, activities. **8 hrs.**

05/02/2022

Departed Puerto Rico.

Expenses are due to travel: **$2,013.81**

**Billable Hours:** 35 HOURS, at rate of $150 per hour = **$5,250.00**

I hereby certify that the amount billed in this invoice is true and correct and corresponds to the number of hours worked in my capacity as support staff to the Federal Monitor's

Office. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Hipolito Castro Jr                                              Date: April 30, 2022

# Office of the TCA - Travel Reimbursement Form

Traveler Name: Hipolito Castro Jr
Every One
Travel days: April 28. 2022 to May 2, 2022
Purpose of Travel: On-Site
Site visit

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 582.60 | 1 | $ 582.60 |
| Baggage | $ 30.00 | 2 | $ 60.00 |
| Ground Transportation (Uber/Lyft/Taxi) | $ 23.00 | 1 | $ 23.00 |
| Ground Transportation (Parking) | $ 16.25 | 5 | $ 81.25 |
| Ground Transportation (Mileage) | 0.58.5 | 114 | $ 66.69 |
| Lodging | $ 168.15 | 4 | $ 672.60 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 3 | $ 345.00 |
| tolls | $ 10.17 | 1 | $ 10.17 |
| Total |  |  | $ 2,013.81 |

⚠ ?Errors:errors.payment.fulfillment.post.INTERNAL_ERROR?

# Itinerary confirmation

Download to calendar

You're all set to jet!

## Confirmation code: FBUHMP

MANAGE BOOKING →

### Travelers

**Mr. Hipolito Castro JR**

| Flight | Ticket number | 2792189540382 | |
|---|---|---|---|
| | | JFK → SJU | SJU → JFK |
| | Seat | 12C | 15D |
| | Checked Baggage Allowance | 1 bag | 1 bag |

## Your flights

| | | | |
|---|---|---|---|
| New York-Kennedy, NY (JFK)  Thu Apr 28 2022, 10:59 PM  A320 | San Juan, PR (SJU)  Fri Apr 29 2022, 2:48 AM | Flight 2103  JetBlue | Fare: Blue  Nonstop |
| San Juan, PR (SJU)  Mon May 2 2022, 10:17 AM  A320 | New York-Kennedy, NY (JFK)  Mon May 2 2022, 2:12 PM | Flight 1604  JetBlue | Fare: Blue  Nonstop |

## Fare breakdown

| Passenger Type | Base Fare per person | Taxes & fees per person | Total Fare per person | Number of travelers | Total Fare |
|---|---|---|---|---|---|
| Adult | $523.00 | $59.60 | $582.60 | x 1 | $582.60 USD |

Total fare: **$582.60 USD**

## Extras

+ Seats

+ Bags

Total extras: $60.00 USD

BAg

**Charged to American Express ending in 1006**    $642.60 USD

## Car rentals - Exclusive savings of up to 35% off with Paisly.



Paisly helps you get in gear with extra convenience, savings, TrueBlue points & free cancellations.

**Pick-up:** SAN JUAN, PR APT, on Fri Apr 29 2022 at 2:48AM    **Drop-off:** SAN JUAN, PR APT, on Mon May 02 2022 at 10:17AM    4-day rental

Need to change your rental dates?

| Fullsize Car | Economy Car | Compact Car | Intermediate Car | Compact SUV |
|---|---|---|---|---|
| Budget $363.56 USD | Budget $478.76 USD | Budget $496.76 USD | Budget $514.76 USD | Budget $586.76 USD |
| Vehicle details | Vehicle details | Vehicle details | Vehicle details | Vehicle details |
| + Add car | + Add car | + Add car | + Add car | + Add car |

**Enhanced car rental safety standards** include increased cleaning of all vehicles before and after each rental, new safety measures on shuttle busses and minimal contact pick-up and drop off.*

*Safety standards provided by Avis Budget Group.

Car Terms & Conditions

## Information

1. **CARRY-ON BAG RULES:**

   **JetBlue-operated flights**

   For flights to/from U.S. (excluding from London, Caribbean and Latin America:

   For travel 7/20/21 or later, Blue Basic customers may only bring a personal item (purse, briefcase, laptop, etc.) that fits under the seat in front of them for free. Personal items may not go in the overhead bin and must not exceed 17" L (43.2 cm) x 13" W (33 cm) x 8" H (20.32 cm).

   Mosaics and eligible travelers ↗ on the same booking and traveling together, travelers combining a Blue Basic fare with an Even More® Space seat (on all legs, if connecting), U.S. military and unaccompanied minors may still bring a carry-on bag that fits in the overhead bin (guaranteed space onboard for Even More® Space seats on domestic flights within the U.S., space permitting for others) and one personal item.

   Blue, Blue Plus, Blue Extra and Mint may bring one bag that fits in the overhead bin (guaranteed space onboard for domestic itineraries) plus one personal item (purse, briefcase, laptop, etc.) that fits under the seat in front of them for free. Any excess carry-on bags will be checked bags.

   For flights to/from London:

   Blue Basic, Blue, Blue Plus, Blue Extra and Mint may bring one bag that fits in the overhead bin (space permitting) plus one personal item (purse, briefcase, laptop, etc.) that fits under the seat in front of them for free. Any excess carry-on bags will be checked bags.

   Connecting on our partner airlines (including Cape Air) - The carry-on rules of a partner airline apply when checking in to a JetBlue flight that is connecting to the partner. See our partner page for more information. While JetBlue may allow additional carry-ons as a courtesy to customers connecting to our partner airline, JetBlue cannot guarantee that those bags will be accepted for in-cabin travel on the partner. Customers are encouraged to abide by partner's rules for their entire journey to avoid additional checked bag fees if their carry-ons do not meet size/weight restrictions.

   **CHECKED BAGS**

   Checked bags may be subject to additional fees, depending on the type of fare purchased, route, method of payment, size and weight of bags, and other variables. For checked bag fees and allowances, refer to www.jetblue.com/bags. Other bag rules may apply if your travel includes more than one airline. Please review the bag policies of any codeshare and interline partners on your itinerary.

2. Legroom based on average fleet-wide seat pitch of U.S. airlines. JetBlue-operated flights only.

3. DIRECTV® and SiriusXM Radio® services are not available on flights outside the contiguous United States; however, where applicable, movies from JetBlue Features™ are offered



```
         JFK AIRPORT
         LONG TERM PARKING

EXIT                      912
RECEIPT:                10654
PERSONELL:                  0
TRANSACTION:             2784
SNR:          03 912 0000272
IN:            04.28.22 20:52
ENTRY:         05.05.22 06:58
P.AT:             REPLACEMENT
FEE:               130.00 USD
PAID:              130.00 USD
---------------------
NET:               130.00 USD
GST  0%              0.00 USD
6T 10:06
    CARDHOLDER COPY
MID                   *******
TERM                  ****4624
05/05/22                06:58
TRAN 002784
CARD ...............1863
VISA DEBIT
ICC
SALE CREDIT
AID        A0000000031010
PAN SEQ                  00
TC       05702068E8FDCC03
AUTH CODE           055901
AMOUNT             $130.00
TOTAL              $130.00
     No Cardholder
       verification
   (00) APPROVED

  Your account will be
  debited w

     TAXES INCLUDED
     THANK YOU FOR
       PARKING AT
       JFK AIRPORT
     HAVE A SAFE TRIP
```

*Handwritten note:*
16.25
× 5 days
81.25

**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Hipolito Castro
64 Mustang Dr
Monroe CT 06468
United States

Room: 0914
Room Type: EKNG
No. of Guests: 1
Rate:  $   120.00   Clerk: 1007
CRS Number  91851543

Marriott Rewards #   214246771

Name:

Arrive:   04-28-22        Time:  *12:25 AM        Depart:  05-02-22        Folio Number:  695043

| Date | Description | Charges | Credits |
|---|---|---|---|
| 04-28-22 | Package | 150.00 | |
| 04-28-22 | Government Tax | 13.50 | |
| 04-28-22 | Hotel Fee 9% of Daily Rate | 13.50 | |
| 04-29-22 | Package | 150.00 | |
| 04-29-22 | Government Tax | 13.50 | |
| 04-29-22 | Hotel Fee 9% of Daily Rate | 13.50 | |
| 04-30-22 | COMEDOR- Guest Charge (Breakfast) | 3.02 | |
| 04-30-22 | Package | 150.00 | |
| 04-30-22 | Government Tax | 13.50 | |
| 04-30-22 | Hotel Fee 9% of Daily Rate | 13.50 | |
| 05-01-22 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |
| 05-01-22 | Package | 120.00 | |
| 05-01-22 | Government Tax | 10.80 | |
| 05-01-22 | Hotel Fee 9% of Daily Rate | 10.80 | |

Balance    678.62 USD

- 6.02
(672.60)

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers. Enroll today at the front desk.

## E-ZPass® Payment Receipt for 04/28/2022

Tolls

Account Number : 2000175180885
Transaction Date : 04/28/2022
Transaction Id : 115489639320
Transaction Amount : ($10.17)
Payment Type : ETC