IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants.** | **Civil No.** 12-2039 (FAB) |

**ORDER**

A Status Conference was held on May 20, 2022. During the conference there was discussion regarding the apparent challenges of the PRPB Reform Office in delivering data to the Monitor Team in a timely manner, and, of particular concern, that the Reform Office does not always verify that data being presented to the Monitor Team is accurate. While the Reform Office staff is competent and diligent, it appears that it lacks an adequate number of personnel and other resources to provide requested data that is both timely and accurate to the Monitor Team. This lack significantly undermines the efforts of the Monitor Team and the overall success of the reform.

Accordingly, the Court orders as follows:

1. The Office of the Special Master will conduct an assessment of the Reform Office staffing levels, resources and overall construct in terms of the capability of the Reform Office

Civil No. 12-2039 (FAB)                                                2

to respond effectively to the Monitor's Office taskings and requests.

    2.  **No later than July 22, 2022**, the Office of the Special Master shall make findings and recommendations to the Court of any additions or changes it deems necessary to enable the Reform Office to comply with the Monitor Team's data requests in both timeliness and data accuracy.

    **IT IS SO ORDERED.**

    San Juan, Puerto Rico, May 23, 2022.

                                             s/ Francisco A. Besosa
                                             FRANCISCO A. BESOSA
                                             SENIOR UNITED STATES DISTRICT JUDGE