**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| **Plaintiff**, | |
| **v.** | **Civil No.** 12-2039 (FAB) |
| COMMONWEALTH OF PUERTO RICO, *et al.*, | |
| **Defendants.** | |

**ATTACHMENT 1**

**Fiscal Year 2019 (07/01/2018 – 06/30/2019)**

1.  Codecon, 2000 radios for $3,760,000 budgeted, **$3,702,058.40** expensed/disbursed.

2.  Security Advisor Jose J. Davila Nieves, $79,200.00 budgeted, **$67,800.00** expensed/disbursed.

3.  Moca Shooting Club in the amount of **$6,000.00**, expensed/disbursed. Lease agreement for the months of July to October 2018.

4.  Shooting and Hunting Association of PR in the amount of **$18,000.00**, expensed/disbursed. Lease agreement for the months of July to October 2018.

5.  Food Catering for the PRPB Academy (Carolina Catering) in the amount of **$1,050.00**, expensed/disbursed. Activity at the Police Academy on January 12, 19 and 26, 2019.

6.  Ferretería El Cometa for 20" wall fans, $8,925.00 budgeted, **$8,925.00**, expensed/disbursed.

7.  Vohne Liche Kennels, 3 bite sleeves and five Ray Allen Protective Masks in the amount of **$1,025.04**, expensed/disbursed.

8.    Ricoh PR Inc., 75 photocopying machines in the amount of $218,619.75 budgeted, **$218,619.55** obligated.

9.    Alberto José Rivera/Jorge L. Morales Camacho, purchase of five dogs in Denver, Indiana in the amount of **$4,990.00**, expensed/disbursed.

10.   A portion of the special allocation was used for payroll for 100 new cadets, budgeted for $909,000.00, **$660,112.52** expensed/disbursed; Medicare, budgeted for $13,181.00, **$16,300.80** expensed/disbursed; ESF budgeted for $39,087.00, **$131,308.48** expensed/disbursed; Medical Plan, budgeted for $50,000.00, **$50,000.00** expensed/disbursed. Total expensed/disbursed **$857,721.80**.

11.   Michica International, 60 Practice Batons, $75.74 a piece, $4,544.40 budgeted, **$4,544.40** expended/disbursed.

12.   Michica International, for Saber Inert Refillable and Striking Shields, $5,174 budgeted, **$5,174.60** expended/disbursed.

13.   Carolina Catering, breakfast, lunch and snacks for 115 people, $4,600 budgeted, **$4,600.00** expended/disbursed.

14.   Aníbal Bonilla Molina DBA Anas Catering breakfast, lunch and snacks for 90 people, $3,870.00 budged, **$3,870.00** expended/disbursed.

15.   Yamixa Méndez DBA Mixas Supplies, PM Type Concrete, $1,250.00 budgeted, **$1,250.00** obligated.

16.   Tactical Equipment Consultant, CTC 50 Riot Agents Flares, $6,173.04 budgeted, **$6,173.04** expended/disbursed.

17.   Michica International, Tactical Elbow Guards, $2,062.36 budgeted, **$2,062.36** obligated.

18.   Michica International, Tactical Knee Pads, $2,344.36 budgeted, **$2,344.36** obligated.

19.   Tactical Equipment Consultant INC., Compatible Hydration System, $6,147.05 budgeted, **$6,147.05** expensed/disbursed.

20. Security and Defense IND DBA Armored, Plastic restraints, plastic restraint holders, plastic restraint cutter, $25,660.80 budgeted, **$25,666.00** expensed/disbursed.

21. CIMA Strategies LTD, 2501 Cartridges 21 ft. Long, X-26P Black Hawk holster, **$150,660.24** budgeted, $150,660.24 expensed/disbursed.

22. Security & Defense IND DBA Armor, 155 green tactical polo $49.99 each, 93 long pants type "tactical pants" $69.99 each, 31 – 8" high tactical boots $99.99 each, $17,356.59, budgeted, **$17,357.21** expensed/disbursed.

23. BullDog Bidder Corp., 1601 Rechargeable Polymer Flashlights, 1601 Flashlight Vackets, $123,244.98 budgeted, **$123,244.98** obligated.

24. Vohne Liche Kennels, 5 Large Size Kennels, 5 Health Certificates, 5 Air Transportation, $5,900.00 budgeted, **$5,900.00** obligated.

25. Vohne Liche Kennels, 1 Explosive Dog for $10,500.00, 4 Narcotics Dogs for $34,000.00 in the amount of $44,500.00 budgeted, **$41,740.00** obligated.

26. Guaraguao Truck Sales, Inc., one 24 ft Box Crew Cab Truck, $105,300.00 budgeted, **$105,300.00** obligated.

27. Michica International Co. Inc., one Saber Refill Station System, $3,844.94 budgeted, **$3,844.94** expended/disbursed.

28. Tactical Equipment Consultants, Inc., 35 Gas Masks, $20,225.80 budgeted, **$20,225.80** expended/disbursed.

29. Security and Defense IND DBA Armored, two ballistic shields, $6,960.00 budgeted, **$6,960.00** obigated.

30. Skytec Inc., 4 megaphones, $16,200.00 budgeted, **$16,200.00** expended/disbursed.

31. Security and Defense IND DBA Armored, 12 Structure Penetration Equipment "Edge Bender Entry Tools," $23,988.00 budgeted, **$23,988.00** expended/disbursed.

32. Vohne Liche Kennels, 3 Bite Suits, $4,695.00 budgeted, **$4,695.00** obligated.

33. Girard Manufacturing Inc., nine Central Modular Stations, $35,775.00 budgeted, **$35,775.00** obligated.

34. Vohne Liche Kennels, K9 obstacle course, Window Hurdle, Board Jump, A-Frame, Dog Crawl, Shipping, $37,584.00 budgeted, **$37,584.00** obligated.

35. Michica International, 39 Wall Fans (20″) $3,429.66 budgeted, expensed/disbursed **$3,429.66**.

36. Michica International, 104 rubber training gun and knives $4,743.96 budgeted, **$4,506.77** expended/disbursed.

37. Uniphoto, 157 Mattresses for bunk beds, $18,196.30 budgeted, **$18,196.30** expended/disbursed.

38. Ferretería El Cometa, 75 Wall Fans (20″) $8,925.00 budgeted, **$8,925.00** expended/disbursed.

39. Tactical Equipment Consultant Inc, 136 PC 50 Twin Port APR Entry Level, $43,450.64 budgeted, **$43,450.64** expended/disbursed.

40. Vohne Liche Kennels, 3 bite sleeves, 5 Ray Allen Protective Masks, $1,025.00 budgeted, **$1,025.00** obigated.

41. Ponce de León Gun Shop, 5.56 and 9mm rounds totaling $19,813.20 budgeted, **$19,813.20** obligated.

42. Michica International Co. Inc., 60 Practice Batons, $4,544.40 budgeted, **$4,544.40** expended/disbursed.

43. Michica International Co. Inc., Saber Inert Refillable and Striking Shields, $5,174.60 budgeted, **$5,174.60** expended/disbursed.

44. Angleshelf from Puerto Rico, 14 units, 10 units sized 36″ X 24″ and 4 units sized 48″ X 24″, $3,332.28 budgeted, **$3,165.63** expended/disbursed.

45.  Dr. María Del C. Calderón López, medical services, $96,000.00 budgeted, **$10,450.00** obligated, **$76,975.00** expensed/disbursed.

46.  Angleshelf from Puerto Rico, metal shelves, $10,421.82 budgeted, **$10,421.82** obligated.

47.  Angleshelf from Puerto Rico, wire start shelves, $3,332.24 budgeted, **$166.61** obligated, **$3,165.63** expended/disbursed.


Total for expensed/disbursed items - **$5,127,555.15**
Total for obligated items - **$627,351.88**