```
                IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants.** | **Civil No.** 12-2039 (FAB) |

## ATTACHMENT 2

### Fiscal Year 2020 (07/01/2019 – 06/30/2020)

1. Shooting and Hunting Association of PR Guayama, $18,000.00 budgeted, **$16,500.00** expensed/disbursed.

2. Delivery and purchase of OC, emergency purchase (demonstration), expensed/disbursed **$2,000.00**. Purchase Order No. 2020R00001.

3. Ricoh for six copiers, $599,397.48 budgeted, **$476,259.22** expensed/disbursed. Purchase Order No. 2020380018 and 2020380019.

4. Scanner Overseas of PR Inc., 188 keyboards for vehicles, $30,080.00 budgeted, **$22,520.00** expensed/disbursed. Purchase Order No. 2020R00010.

5. Interboro Systems Corporation, Kronos Assistance system service, $561,510.00 budgeted, **$561,510.00** expensed/disbursed. Purchase Order No. 2020380099.

6. Vohne Liche Kennels, K9 training, $900.00 budgeted, **$900.00** obligated. Purchase Order No. 2020R00030 (8).

7. General Services Administration, Auction Services, **$250.00** budgeted, $250.00 expensed/disbursed.

8. Human Resources, $125.00 budgeted, **$125.00** expensed/disbursed. Purchase Order No. 20200380097.

9. Travel expense for polygraphists travel to New Orleans in August 2019, $14,703.00 budgeted, **$12,004.17** expensed/disbursed. Document 20RV0052.

10. Travel expense for polygraphists travel to New Orleans in December 2019, $14,285.00 budgeted, **$15,671.75** expensed/disbursed.

11. Psychologists (15) budgeted for $180,000.00, expensed/disbursed for **$595,300.00**.

12. Medical Services, Dr. María del Carmen Calderón, contracted from 07/03/2019 – 06/30/2020, budgeted for $105,600.00, expensed/disbursed for **$85,300.00**.

13. Tactical Equipment Consultants Inc., 25 Microphones and speakers for masks, budgeted for $12,375.00, **$11,756.25** expensed/disbursed. Contract obligation No 2020380074.

14. Tactical Equipment Consultants Inc., 40 Communication System for masks, budgeted for $19,800.00, **$19,800.00** expensed/disbursed. Purchase Order No. 2020R00018.

15. Codecon, 50 clear tube replacement kits, budgeted for $6,000.00, **$6,000.00** expensed/disbursed. Purchase Order No. 2020R00019.

16. Codecon, 200 ear protector, budgeted for $1,010.00, **$1,010.00** expensed/disbursed. Purchase Order No. 2020R00019.

17. Michica International Co. Inc., 625 Riot Helmets budgeted for $115,618.75, **$115,618.75** expensed/disbursed. Purchase Order No. 2020R00008 paid with SAOC Budget.

18. Vohne Liche Kennels, Air transportation for 15 dogs, 15 large size kennels budgeted for $16,350.00, **$16,350.00** obligated. Purchase Order No. 2020R00022.

19. Tactical Equipment Consultants, Inc., 106 MK-9 OC Fogger, MK-9 Foam, budgeted for $6,789.30, **$6,789.30** expensed/disbursed. Purchase Order No. 2020R00001.

20. Tactical Equipment Consultants, Inc., 589 Fogger, See OC, budgeted for $18,582.95, **$15,581.00** expensed/disbursed. Purchase Order No. 2020R00002 paid with the SAOC budget.

Civil No. 12-2039 (FAB)                                                  3

21. Tactical Equipment Consultants, Inc., 125 CTCF Riot Agents, budgeted for $22,625.00, **$21,493.75** expensed/disbursed. Purchase Order No. 2020R00005 paid with the SAOC budget.

22. Tactical Equipment Consultants, Inc., 906 Ammunition Stinger, budgeted for $18,400.86, **$18,404.91** expensed/disbursed. Purchase Order No. 2020R00007 paid with the SAOC budget.

23. TPX Uniforms, Cintillo (Patch) Offical Operational Supervision, budgeted for $298.00, **$298.00** expensed/disbursed. Purchase Order No. 2020000195.

24. Michica International Co. Inc., 100 Mattresses, waterproof, fire retardant, budgeted for $9,994.00, **$9,994.00** expensed/disbursed. Purchase Order No. 2020R00011.

25. The Bolonia Forest Inc., 24 Boots for Special Operations, budgeted for $4,776.00, **$4,358.10** expensed/disbursed. Purchase Order No. 2020R00016.

26. Tactical Equipment Consultants Inc., 2575 Riot Baton, Baton Holder for Riot, Carry Bag Riot, budgeted for $178,653.50, **$177,271.92** expensed/disbursed. Purchase Order No. 2020R00003 paid with the SAOC budget.

27. Uniphoto Inc., 150 Mattress waterproof bunk beds, budgeted for $14,235.00, **$14,235.00** expensed/disbursed. Purchase Order No. 2020R00017.

28. Michica International Co. Inc., 80 Whistles with distinctive and loud sound distance, 80 portable compact packages, 80 glasses transparent protectors, budgeted for $4,324.00, **$4,324.00** expensed/disbursed. Purchase Order No. 2020R00034.

29. Comerical Berríos Inc., Sacks of Cement, Blocks, Stopcocks, Nuts, Automatic Gate Closing, Teledo Locks, Meters of Stone, Meter of Sand, Allure Paint, Copper Rolls, Adapter, Propane Gas, PVC Pipes, Elbows, budgeted for $34,476.35, **$34,476.35** obligated. Purchase Order No. 2020R00049, 2020R00050.

30. El Cometa Hardware Store, Versatyl Screws, White Glue, 5/8 PVC Panels, budgeted for $647.78, **$647.75** obligated. Purchase Order No. 2020R00056.

31. Axon Enterprise Inc., 1360 Holster Cartridge Black Hawk, FT Non-Conductive Training, Inert Simulation Cartridge, budgeted for $89,896.00, **$89,900.00** obligated, Purchase Order No. 2020R00064.

32. Axon Enterprise Inc., 6,700 Cartridges 21 feet long, budgeted for $501,870.00, **$501,870.00** obligated, Purchase Order No. 2020R00063.

33. Caribe Sales Agencies Inc., Flate head machine screw 8/32" x 3", Wedge Anchor 3/8 x 3 ¾, ARTL Sconn 125 ZDC liquid tight, UF Connector 3/8", budgeted for $23,005.45, **$23,005.45** obligated. Purchase Order No. 2020R00070.

34. Michica International Co. Inc., 1,500 Black Baton Holders, budgeted for $50,220.00, **$50,220.00** obligated. Purchase Order No. 2020R00068.

35. Michica International Co. Inc., 4,925 Saber Red Crossfire Gel MK (4,923), Wireless Presenter (1), Dry Erase Marker Set (1), budgeted for $45,059.20, **$45,017.21** expensed/disbursed. Purchase Order No. 2020R00045 and 2020R00042.

36. Tactical Equipment Consultants Inc., 200 Gas Mask Full Face, budgeted for $130,080.00, **$130,080.00** expensed/disbursed. Emergency purchase for demonstrations in Old San Juan Purchase Order No. 2020000002.

37. Tactical Equipment Consultants Inc., 425 Gas Mask Full Face, budgeted for $262,250.00, **$249,517.50** expensed/disbursed. Emergency purchase for demonstrations in Old San Juan Purchase Order No. 2020000006.

38. Axon Enterprise Inc., 740 Electrical Control Devices, budgeted for $828,800.00, **$828,800.00** obligated. Purchase Order No. 2020R00062.

39. Vohne Liche Kennels, 7 dogs for the Explosives Division, budgeted for $68,180.00, **$68,180.00** obligated. Purchase Order No. 2020R00027.

40. Vohne Liche Kennels, 8 dogs for the Explosives Division, budgeted for $64,000.00, **$64,000.00** obligated. Purchase Order No. 2020R00029.

Civil No. 12-2039 (FAB)                                                      5

41. Puerto Rico Wire Products, 13 Portable Light Tower System, budgeted for $110,435.00, **$110,435.00** obligated. Purchase Order No. 2020R00067.

42. Caribe Sales Agencies Inc., one Transformer TY Dry Type 75 KVA, budgeted for $2,650.00, **$2,650.00** obligated. Purchase Order No. 2020R00069.

43. OTO Metrics of Puerto Rico Inc., Leupold Mark 4.20 Tactical Visor 60X80mm, Portable Weather Station, HOG Saddle MOD 7 "NSN 1005-01-616-2719, Tripod "PIG 0311" – G Field Tripod and Several More, budgeted for $60,290.00, **$60,290.00** obligated. Purchase Order No. 2020R00072.

44. Computer Inn, 250 portable recorders, budgeted for $36,000.00, **$36,000.00** obligated. Purchase Order No. 2020R00074.


Total for expensed/disbursed items - **$2,638,989.83**
Total for obligated items - **$1,887,724.55**