```
                 IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF PUERTO RICO
```

UNITED STATES OF AMERICA,

    **Plaintiff**,

        **v.**                                     **Civil No.** 12-2039 (FAB)

COMMONWEALTH OF PUERTO RICO, *et al.*,

    **Defendants.**

## ATTACHMENT 3

### Fiscal Year 2021 (07/01/2020 – 06/30/2021)

1. Shooting and Hunting Association of PR Guayama, $18,000.00 budgeted, $16,500.00 expensed/disbursed. Comments – Obligation of Funds No. 2021380042, 210040081.

2. Ricoh, photocopier maintenance service, $43,532.82 budgeted, $43,532.82 expensed/disbursed. Obligation of funds No. 2021380047.

3. Interboro Systems Corporation, Communication Service (Assistance), $560,550.00 budgeted, $560,550.00 expensed/disbursed. Obligation of funds No. 2021380027.

4. Interboro Systems Corporation, maintenance to the Kronos Assistance system, $1,493,670.00 budgeted, $1,301,444.10 expensed/disbursed. Contract obligation No. 2100400007 – OC 2100400188.

5. Tactical Equipment Consultants Inc., 60 clear outset lenses, sunlight lenses assembly, $3,600.00 budgeted, $3,600.00 obligated. Purchase Order No. 2130442902.

6. Tactical Equipment Consultants Inc., 60 clear outset lenses, sunlight lenses assembly, $3,600.00 budgeted, $3,600.00 obligated. Purchase Order No. 2130443097.

7. Security and Defense Ind. PR DAB Armored, holographic sight system, system EO tech magnifier, Lazer e System, Infra IR

Civil No. 12-2039 (FAB)                                                    2

       Illuminator, $46,335.15 budgeted, $46,355.00 obligated. Purchase Order No. 2130442849.

8.   Taluna Corp., 10 OPS-CORE Fast, $17,500.00 budgeted, $17,500.00 obligated. Purchase Order No. 2130443092.

9.   Taluna Corp., 40 OPS-CORE Fast, $37,760.00 budgeted, $37,760.00 obligated. Purchase Order No. 2130442852.

10.  Tactical Equipment Consultants, Inc., 60 anti-gas masks, voice protection, budgeted for $44,250.00, $44,250.00 obligated. Purchase Order No. 2130442902.

11.  Tactical Equipment Consultants, Inc., 60 anti-gas masks, voice protection, budgeted for $44,250.00, $44,250.00 obligated. Purchase Order No. 2130443097.

12.  Tactical Equipment Consultants, Inc., 60 Universal Packages CTCF 50 Riot Agents, budgeted for $7,020.00, $7,019.70 obligated. Purchase Order No. 2130442902.

13.  Tactical Equipment Consultants, Inc., 60 Universal Packages CTCF 50 Riot Agents, budgeted for $7,020.00, $7,019.70 obligated. Purchase Order No. 2130442097.

14.  Taluna Corp., SABER Red, Phantom, SABER Red MK-5, SAE, $31,930.00 budgeted, $31,930.00 obligated. Purchase Order No. 2130444112.

15.  Taluna Corp., SABER Red Crossfire, Holster Mod. H-MK-3, SAE, $53,880.00 budgeted, $53,890.00 obligated. Purchase Order No. 2130443022.

16.  TPX Uniform, Inc., 2000 EM FPR headbands, budgeted for $3,900.00, $3,900.00 expensed/disbursed. Purchase Order No. 21300442855.

17.  Taluna Corp., 160 Helmet, Mini Ear Plugs, $36,560.00 budgeted, $36,560.00 obligated. Purchase Order No. 2130442852.

18.  Taluna Corp., 1000 SWAT Unit Uniforms, $69,060.00 budgeted, $69,058.40 obligated. Purchase Order No. 2130442853.

Civil No. 12-2039 (FAB)                                                      3

19. Dr. María del Carmen Calderón, Medical Services 06/07/2020 – 06/30/2021, budgeted for $192,000.00, $176,000 expensed/disbursed, $16,000 obligated. Contract Obligation No. 2100400009.

20. Eily Joan Molina Batista, Kronos Project Manager 01/07/2020 – 06/30/2021, budgeted for $96,000.00, $88,000.00 expensed/disbursed, $8,000.00 obligated. Contract Obligation No. 2100400008.

21. Metropolitan Home Improvements Inc., sliding tola gate with base, budgeted for $17,680.00, $17,680.00 expensed/disbursed. Purchase Order No. 2021R00006.

22. Metropolitan Home Improvements Inc., two sliding 1/8 tola grating gates, budgeted for $4,723.80, $4,723.80 expensed/disbursed. Purchase Order No. 2021R00006.

23. Ricoh Puerto Rico Inc., office equipment leasing, contract validity 11/30/2020 – 06/30/2021, budgeted for $638,920, $559,055.00 expensed/disbursed. Obligation of Funds No. 2100450049.

24. Ricoh Puerto Rico Inc., SAEA multifunctional, term of the contract 1/1/2021 – 06/30/2021, budgeted for $400,000.00, $21,766.41 expensed/disbursed. Obligation of Funds No. 2021380115.

25. Grilled Gate at SAIC for $41,100.00. No expense, disbursement and/or obligation information provided for this item. Further information is required on this budgetary item to ascertain if funds were obligated and/or expensed.

26. Office Gallery Corp., 51 Big and Tall Armless Stack Chairs, $13,736.85 budgeted, $10,739.15 expensed/dispersed, $2,997.85 obligated. Purchase Order No. 2021R00032, 2021R00034, 2021R00035, 2021R00036.


Total for expensed/disbursed items – **$2,793,152.13**
Total for obligated items – **$421,790.65**