IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    Plaintiff,<br><br>    v.<br><br>**COMMONWEALTH OF PUERTO RICO and the PUERTO RICO POLICE DEPARTMENT,**<br><br>    Defendants. | **NO. 3:12-cv-2039 (FAB)** |

**INFORMATIVE MOTION REGARDING ORDER AT ECF NO. 2036**

**TO THE HON. FRANCISCO A. BESOSA, SENIOR U.S. DISTRICT JUDGE:**

John Romero, in his capacity as Chief Federal Monitor for the Puerto Rico Police Reform, respectfully informs the Honorable Court as follows:

Today the Court ordered the Office of the Special Master to assess the Puerto Rico Police Bureau's ("PRPB) Reform Office regarding its capability to respond effectively to the Monitor's Office data requests. See ECF No. 2036.

This issue arises out of the recent experience the Monitor's Office had during the last data request made for the CMR-6 reporting period. Although PRPB timely responded, the Monitor's Office found that some of the documents produced in certain areas were incomplete and appeared to be unresponsive to the request. When this issue was discussed by the parties during the May 17th biweekly meeting, PRPB admitted that it did not have the time and personnel to filter the data received from the different units and ascertain if such data was responsive to the Monitor's requests. PRPB's challenge arose because the last data request occurred during the Holy Week period and, therefore, PRPB only had five (5) business days to respond to the data requests. PRPB informed that it could improve the quality of its responses if it had, at least, seven (7) working days.

In addition to the foregoing background and to further cooperate with the Court and the Office of the Special Master on this matter, the Monitor's Office provides the following update and relevant information:

- As part of its proposal to update the Staffing Plan, it is assumed that the Reform Unit will need to determine its staffing needs (see part III(b), Step 2 of the Implementation Plan).

- During the April 2022 Fort Worth Consent Decree Conference, PRPB met with the Chicago Police Reform Unit to discuss alternative approaches to the Unit structure/organization.

- Review of the PRPB Reform Unit management and organization is part of the tasks assigned to Ben Horowitz, who gave a presentation to the Court and the parties during the March 2022 status conference.

- For CMR-7, the Monitor's Office established the mid-period sampling method allowing it to request and receive data in a less burdensome manner rather than all at the end of the reporting period. See attached timeline.

- For CMR-7, PRPB will have twelve (12) business days to submit the mid period request data and nine (9) business days to submit the final data request.

- For CMR-7, the Monitor's office will provide PRPB with more detailed data requests for PRPB to be able to effectively gather the data needed to demonstrate compliance.

The Monitor's Office agrees that "the Reform Office staff is competent and diligent." See ECF No. 2036 at 1. The Monitor's Office, however, clarifies that PRPB's responses have been timely. It further clarifies that PRPB's responses for the CMR-6 period were, for the most part complete, with exception to the arrests reports and files missing forms. Incomplete reports and unaggregated data are issues the Monitor has raised in previous CMRs.

The Monitor's Office informs that, in addition to the staff limitations within the Reform Office, PRPB is transitioning from a paper-based process to a computer or GTE one. The Monitor's Office is working with PRPB to gain direct access to the GTE system and its modules to avoid future issues with incomplete submissions of reports and most recently met with PRPB about this topic on May 19, 2022.

The Monitor's Office is committed to cooperating with the parties on this matter and to keep the Court and the Office of the Special Master informed about any issues related to future data requests and responses.

**WHEREFORE,** the Chief Federal Monitor, John Romero, respectfully requests that the Court to take notice of the above.

**RESPECTFULLY SUBMITTED.**

In Guaynabo, Puerto Rico, this 23rd day of May 2022.

**I HEREBY CERTIFY** that on this same date a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which in turn notifies all counsel of record in the case.

**CORREA-ACEVEDO & ABESADA LAW OFFICES, P.S.C**
Centro Internacional de Mercadeo, Torre II
#90 Carr. 165, Suite 407
Guaynabo, PR  00968
Tel.  (787) 273-8300 / Fax (787) 273-8379
ra@calopsc.com

S/Roberto Abesada-Agüet
USDC-PR No. 216706
General Counsel for the
Chief Federal Monitor