## CMR-7 FPM Timeline

Areas to be assessed in CMR-7: (1) Professionalization, (2) Use of Force, (3) Search & Seizures, (4) Policies and Procedures, (5) Equal Protection and Non-Discrimination, (6) Supervision and Management, (7) Civilian Complaints, Internal Investigations, and Discipline, (8) Community Engagement & Public Information, (9) Information Systems and Technology

| Date | Activity |
|---|---|
| April 4, 2022 | Monitor submits **Data Request 1.1** to PRPB (request for global personnel list and other documents inc. SA/DV investigations) |
| May 3, 2022 | PRPB response to the data request 1.1 is due |
| May 6, 2022 | Monitor submits **Data Request 1.2** to PRPB (personnel/training record samples, and SA/DV investigations, and other documents) |
| *May 17-20, 2022* | *Site visit* |
| June 6, 2022 | PRPB response to the data request 1.2 is due |
| *June 13-17, 2022* | *Site visit* |
| July 06, 2022 | Monitor submits **Data Request 2.1** to PRPB (mid period list [use of force, search and seizures, internal investigations] and other documents) |
| *July 10-14, 2022* | *Site visit* |
| July 25, 2022 | PRPB response to the data request 2.1 is due |
| July 27, 2022 | Monitor submits **Data Request 2.2** to PRPB (mid period sampling request [use of force, search and seizures, internal investigations] and other documents) |
| August 12, 2022 | PRPB response to the data request 2.2 is due [12 BUSINESS DAYS] |
| *August 15-19, 2022* | *Site visit* |
| September 01, 2022 | Monitor submits **Data Request 3.1** to PRPB (2 parts to this data request) Part I: Data/documents to be submitted before end of reporting period Part II: Lists/documents to be submitted after reporting period |
| *September 12-16, 2022* | *Site visit* |
| September 22, 2022 | PRPB response to data request 3.1 – Part I due (other documents) |
| October 06, 2022 | PRPB response to data request 3.1 – Part II due (Lists for sampling: use of force, search and seizures, internal investigations, SA/DV investigations) |
| October 10, 2022 | Monitor submits **Data Request 3.2** to PRPB (Request for samples [use of force, search and seizures, internal investigations, SA/DV investigations] and other documents) |
| October 19, 2022 | PRPB response to data request 3.2 for samples due [9 BUSINESS DAYS] |
| November 15, 2022 | DRAFT CMR-7 due to Parties |
| November 30, 2022 | Comments from Parties due |
| Week of November 30, 2022 | Meeting with Parties to discuss comments to draft CMR-7 |
| December 15, 2022 | Final Report submitted to the Court |