IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants.** | **Civil No.** 12-2039 (FAB) |

**ORDER**

The "MOTION TO APPROVE AND DISBURSE FUNDS" (Docket No. 2028) and the "MOTION TO AMEND AND CORRECT ECF NO. 2028 AND FOR DISBURSEMENT OF FUNDS (Docket No. 2035) are **NOTED**.

The motion at docket number 2028 is **MOOT** and the motion at docket number 2035 is **APPROVED** for payment.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, May 25, 2022.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE