**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **NO. 3:12-cv-2039 (FAB)** |
| **Plaintiff,** | |
| **v.** | |
| **COMMONWEALTH OF PUERTO RICO and the PUERTO RICO POLICE DEPARTMENT,** | |
| **Defendants.** | |

## MOTION IN COMPLIANCE WITH COURT ORDER

**TO THE HON. FRANCISCO A. BESOSA, SENIOR U.S. DISTRICT JUDGE:**

John Romero, in his capacity as Chief Federal Monitor for the Puerto Rico Police Reform, hereby encloses a memorandum to the Court subscribed by the plaintiff, defendants, and the Monitor's Office regarding the analysis of Act 65-2021 and defendants' proposed regulation and whether they violate the educational requirements of paragraph 105 of the Reform Agreement. This memorandum was prepared as ordered by the Court during the May 20, 2022, status conference.

**WHEREFORE,** the Chief Federal Monitor, John Romero, respectfully requests that the Court take notice of compliance with its order during the May 20, 2022, status conference.

**RESPECTFULLY SUBMITTED.**

In Guaynabo, Puerto Rico, this 31st day of May 2022.

**I HEREBY CERTIFY** that on this same date a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which in turn notifies all counsel of record in the case.

**CORREA-ACEVEDO & ABESADA**
**LAW OFFICES, P.S.C**
Centro Internacional de Mercadeo, Torre II
#90 Carr. 165, Suite 407
Guaynabo, PR  00968
Tel.  (787) 273-8300 / Fax (787) 273-8379
ra@calopsc.com


S/Roberto Abesada-Agüet
USDC-PR No. 216706
General Counsel for the
Chief Federal Monitor