## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **NO. 3:12-cv-2039 (FAB)** |
| **Plaintiff,** | |
| **v.** | |
| **COMMONWEALTH OF PUERTO RICO and the PUERTO RICO POLICE DEPARTMENT,** | |
| **Defendants.** | |

## <u>MOTION TO RESTRICT</u>

**TO THE HON. FRANCISCO A. BESOSA, SENIOR U.S. DISTRICT JUDGE:**

John Romero, in his capacity as Chief Federal Monitor for the Puerto Rico Police Reform, hereby moves, under Standing Order No. 9, to restrictively file a motion in compliance with order that encloses documents requested by the Court and which should only be reviewed by the Court, the Special Master's Office and the parties.

**WHEREFORE,** the Chief Federal Monitor, John Romero, respectfully requests that the Court grant this motion.

**RESPECTFULLY SUBMITTED.**

In Guaynabo, Puerto Rico, this 2nd day of June 2022.

**I HEREBY CERTIFY** that on this same date a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which in turn notifies all counsel of record in the case.

**CORREA-ACEVEDO & ABESADA**
**LAW OFFICES, P.S.C**
Centro Internacional de Mercadeo, Torre II
#90 Carr. 165, Suite 407
Guaynabo, PR  00968
Tel.  (787) 273-8300 / Fax (787) 273-8379
ra@calopsc.com


S/Roberto Abesada-Agüet
USDC-PR No. 216706
General Counsel for the
Chief Federal Monitor