IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **NO. 3:12-cv-2039 (FAB)** |
| Plaintiff, | |
| v. | |
| **COMMONWEALTH OF PUERTO RICO and the PUERTO RICO POLICE DEPARTMENT,** | |
| Defendants. | |

## MOTION IN COMPLIANCE WITH COURT ORDER

**TO THE HON. FRANCISCO A. BESOSA, SENIOR U.S. DISTRICT JUDGE:**

John Romero, in his capacity as Chief Federal Monitor for the Puerto Rico Police Reform, hereby encloses a copy of Act 65-2021 (published English version) and the Puerto Rico Police Department's proposed recruiting regulation (Spanish draft), as ordered on June 1, 2022, at ECF No. 2049.

**WHEREFORE,** the Chief Federal Monitor, John Romero, respectfully requests that the Court take notice of compliance with its order at ECF No. 2049.

**RESPECTFULLY SUBMITTED.**

In Guaynabo, Puerto Rico, this 2nd day of June 2022.

**I HEREBY CERTIFY** that on this same date a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which in turn notifies all counsel of record in the case.

**CORREA-ACEVEDO & ABESADA**
**LAW OFFICES, P.S.C**
Centro Internacional de Mercadeo, Torre II
#90 Carr. 165, Suite 407
Guaynabo, PR  00968
Tel.  (787) 273-8300 / Fax (787) 273-8379
ra@calopsc.com


S/Roberto Abesada-Agüet
USDC-PR No. 216706
General Counsel for the
Chief Federal Monitor