

GOBIERNO DE PUERTO RICO

Negociado de la Policía de Puerto Rico

**REGLAMENTO PARA ESTABLECER LAS NORMAS Y PROCEDIMIENTOS PARA EL RECLUTAMIENTO DE MIEMBROS DEL NEGOCIADO DE LA POLICÍA DE PUERTO RICO**

**MAYO 2022**

MON-OR-679-02-06-2022

## ÍNDICE

Artículo 1. Título ............................................................................................................... 3
Artículo 2. Base Legal ...................................................................................................... 3
Artículo 3. Política Pública sobre No Discrimen ............................................................. 3
Artículo 4. Propósito ........................................................................................................ 4
Artículo 5. Exposición de Motivos ................................................................................... 4
Artículo 6. Reclutamiento ................................................................................................. 5
    A. Requisitos de Ingreso ............................................................................................. 5
    B. Tatuajes .................................................................................................................. 6
    C. Exámenes y Pruebas ............................................................................................. 6
    D. Totalidad de las Pruebas ........................................................................................ 7
    E. Facultad de Dispensa ............................................................................................. 7
    F. Veteranos ................................................................................................................ 7
    G. Vigencia de las Pruebas ......................................................................................... 7
    H. Solicitud de Ingreso ................................................................................................ 8
    I. Investigación Confidencial ....................................................................................... 8
    J. Revisión Resultado ................................................................................................. 8
    K. Normas de Conducta .............................................................................................. 9
    L. Periodo Probatorio .................................................................................................. 9
    M. Evaluación Médica ................................................................................................. 9
    N. Condiciones Descalificantes ................................................................................. 10
Artículo 7: Política sobre el Uso de Drogas ................................................................... 24
Artículo 8. Reingreso ..................................................................................................... 24
Artículo 9. Interpretación ............................................................................................... 25
Artículo 10. Derogación ................................................................................................. 26
Artículo 11. Cláusula de Separabilidad ......................................................................... 26
Artículo 12. Vigencia ...................................................................................................... 26

MON-OR-679-02-06-2022

## REGLAMENTO PARA ESTABLECER LAS NORMAS Y PROCEDIMIENTOS PARA EL RECLUTAMIENTO DE MIEMBROS DEL NEGOCIADO DE LA POLICÍA DE PUERTO RICO

### Artículo 1. Título

Este Reglamento se conocerá como "Reglamento para establecer las Normas y Procedimientos para el Reclutamiento de Miembros del Negociado de la Policía de Puerto Rico"

### Artículo 2. Base Legal

A. Constitución del Gobierno de Puerto Rico.

B. Ley 20-2017 según enmendada, conocida como la "Ley del Departamento de Seguridad Pública de Puerto Rico."

C. Ley 8-2017, según enmendada, conocida como la "Ley para la Administración y Transformación de los Recursos Humanos en el Gobierno de Puerto Rico."

D. Ley 38-2017, según enmendada, conocida como la "Ley de Procedimiento Administrativo Uniforme del Gobierno de Puerto Rico."

E. Reglamento Núm. 4216 de 4 de mayo de 1981, según enmendado, conocido como "Reglamento de Personal de la Policía de Puerto Rico".

F. *Amalgamated Meat Cutters & Butcher Work. v. Connally*, 337 F. Supp. 737 (D.C. 1971)

G. Acuerdo para la Reforma Sustentable de la Policía de Puerto Rico, suscrito el 17 de julio de 2013, entre el Departamento de Justicia de los Estados Unidos y el Departamento de Justicia de Puerto Rico, (en adelante, el Acuerdo).

### Artículo 3. Política Pública sobre No Discrimen

Es política pública del Negociado de la Policía de Puerto Rico, establecer en sus estrategias y procesos de reclutamiento una captación de los mejores recursos que tienen interés en formar parte de nuestra Agencia, sin importar su raza, color, religión, sexo, género, nacionalidad, discapacidad o creencias políticas, conforme al Acuerdo y el "Equal Opportunity Act".

Se reafirma, a su vez, la política pública de no discrimen por razón de género en materia de reclutamiento, ascensos, o cualquier transacción administrativa o de personal, según ésta ha sido ratificada por el Negociado de la Policía de Puerto Rico en el "Reglamento para el Establecimiento de Practicas Libres de Discrimen, Conducta Sexual Impropia y Represalias", de 31 de mayo de 2019. De esta manera, se cumple con el Acuerdo para la Reforma Sustentable de la Policía de Puerto Rico que indica que el Negociado de la Policía de Puerto Rico debe administrar y ejercer todas sus prácticas e iniciativas, incluyendo, pero sin limitarse, al proceso de reclutamiento de su personal civil y el

3

MON-OR-679-02-06-2022

perteneciente al Sistema de Rango, sin que medie discrimen por raza, color, orientación sexual, identidad de género, ideología o afiliación política.

## Artículo 4. Propósito

El propósito de este Reglamento es derogar el Reglamento 9050 titulado: "Reglamento para Enmendar la Sección 12.2 del Artículo 12 del Reglamento de Personal de la Policía de Puerto Rico", con el propósito de establecer requisitos mínimos de ingreso, que el aspirante a cadete debe cumplir al momento de solicitar su ingreso al Negociado de la Policía de Puerto Rico.

## Artículo 5. Exposición de Motivos

El presente Reglamento pretende establecer los procedimientos y requisitos mínimos de ingreso que debe cumplir el aspirante a cadete del Negociado de la Policía de Puerto Rico. Tal poder de reglamentación emana de nuestra Ley Orgánica que dispone que en lo que respecta a los miembros del Sistema de Rango, no aplicarán las disposiciones de la Ley 8-2017, conocida como "Ley para la Administración y Transformación de los Recursos Humanos en el Gobierno de Puerto Rico" en lo referente a movilidad, reclutamiento, evaluaciones, traslados y ascensos. Tales asuntos estarán regidos por la reglamentación interna que a esos efectos adopte el Comisionado. (Véase el Artículo 2.11 (c) de la Ley 20-2017, según enmendada, conocida como la "Ley del Departamento de Seguridad Pública de Puerto Rico)."

En ese aspecto, el poder de reglamentar los requisitos de reclutamiento por parte del Comisionado resulta amplio, por demás. Sobre el particular, el Tribunal Supremo de Puerto Rico ha acotado que cuando las leyes habilitadoras de las agencias del Gobierno contienen normas amplias y generales, es deseable que a través de la promulgación de reglamentos se definan los contornos y el alcance de sus poderes. Una vez el organismo administrativo ha definido los contornos de su acción a través de reglamentos debidamente promulgados, le corresponde aplicarlos celosamente. (Véase *Amalgamated Meat Cutters & Butcher Work. v. Connally*, 337 F. Supp. 737 (D.C. 1971).

De otra parte, está en vigor el Acuerdo para la Reforma Sustentable de la Policía de Puerto Rico, suscrito el 17 de julio de 2013, entre el Departamento de Justicia de los Estados Unidos y el Gobierno de Puerto Rico, que entre otras providencias dispone que el Negociado de la Policía de Puerto Rico debe desarrollar un proceso de reclutamiento integrado que conlleve a la selección de personas altamente cualificadas para desempeñar sus deberes en el mismo.

Es por esto que el Negociado de la Policía de Puerto Rico establece las siguientes normas y procedimientos que deben cumplir todos los aspirantes a cadetes que soliciten ingreso a nuestra Agencia:

MON-OR-679-02-06-2022
**Artículo 6. Reclutamiento**

## A. Requisitos de Ingreso

Los candidatos a ingreso al Negociado de la Policía de Puerto Rico deberán cumplir con los siguientes requisitos:

1. Estatura mínima de cuatro pies (4') y once pulgadas (11"), descalzo. Este requisito será aplicable tanto a hombres y mujeres.
2. Peso:  La evaluación del peso irá dirigida a determinar si el peso le permite ejercer las funciones del puesto. Las guías para medir este requisito serán establecidas de forma interna por el Comisionado.
3. Edad mínima de dieciocho (18) años y edad máxima de cuarenta y seis (46) años.
4. Visión 20/20 sin espejuelos; o 20/50 si usa espejuelos; o corregida a 20/20 con los espejuelos.
5. Poseer licencia de conducir vigente expedida por el Secretario de Transportación y Obras Públicas.
6. Ser ciudadano americano o extranjero legalmente autorizado a trabajar conforme a la legislación aplicable.
7. Estar capacitado física y mentalmente para desempeñar las funciones del puesto.
8. No haber sido convicto por delito grave o cualquier delito que implique depravación moral.
9. No haber incurrido en conducta deshonrosa.
10. No hacer uso sustancias controladas ilegales y/o esteroides anabólicos.
11. No haber sido destituido del servicio público.
12. Poseer un Grado Asociado conferido por una institución debidamente acreditada y/o reconocida en el Gobierno de Puerto Rico, o su equivalente, correspondiente a cincuenta y cuatro (54) créditos universitarios aprobados.[1] El candidato deberá presentar evidencia del Grado Asociado obtenido, mediante trascripción de créditos, certificación, diploma u otra evidencia oficial que proceda. El candidato que no tenga un grado asociado o su equivalente, podrá ingresar al NPPR cuando se desarrolle la reglamentación para que mediante la formación de consorcios o alianzas con las instituciones universitarias y cualquier otra entidad debidamente acreditada para otorgar grados asociados, ofrezcan y gradúen a estudiantes que ingresen en la SAEA.[2]
13. Cumplir con las disposiciones aplicables de la Ley de Contribuciones sobre Ingresos (CRIM), según enmendada; la radicación de planilla de Contribución sobre ingreso de los últimos cinco (5) años previo a la solicitud; y la Certificación de Cumplimiento de la Administración para el Sustento de Menores.

---

[1] Acuerdo para la Reforma Sostenible de la Policía de Puerto Rico; Párrafo 105

[2] Ley del Departamento de Seguridad Pública de Puerto Rico

MON-OR-679-02-06-2022

### B. Tatuajes

1. El aspirante a ser cadete del Negociado de la Policía de Puerto Rico no podrá tener tatuaje(s) visible(s) en la cara, incluyendo, alrededor de la boca. No se permitirán en ninguna parte visible del cuerpo, tatuajes que por conocimiento general lleven mensajes de odio, discrimen, violencia y/o grupos criminales.

2. El Comité de Reclutamiento revisará toda solicitud de la Oficina de Reclutamiento sobre tatuajes con mensajes de odio, discrimen, violencia y/o grupos criminales.

3. El Comisionado determinará mediante directriz la composición, deberes y responsabilidades del Comité de Reclutamiento.

### C. Exámenes y Pruebas

Todo candidato a ingreso al Negociado de la Policía de Puerto Rico tendrá que aprobar los siguientes exámenes:

1. Prueba de ingreso: El aspirante que no apruebe el examen de ingreso, podrá volver a tomarlo seis (6) meses después. De no aprobarlo en la segunda ocasión, será inhabilitado de tomarlo hasta un año después desde la última vez que tomó la prueba.

2. Prueba de polígrafo: Esta prueba sólo se ofrecerá una vez, por lo que el aspirante que no apruebe la prueba de polígrafo, no tendrá derecho a una segunda prueba. No obstante, el Comisionado podrá ordenar una segunda prueba, si el aspirante puede probar mediante solicitud escrita al Comisionado, que hubo discrimen, parcialidad, prejuicio y/o error craso en la prueba. Toda prueba de polígrafo se realizará hasta su finalización, y no será interrumpida por una contestación no favorable realizada por el candidato.

3. Investigación confidencial: Esta investigación confidencial sólo se realizará una vez, por lo que, el aspirante que no apruebe la investigación confidencial no tendrá derecho a solicitar una segunda investigación. No obstante, el Comisionado podrá ordenar una segunda investigación, si el aspirante puede probar mediante solicitud escrita al Comisionado, que hubo discrimen, parcialidad, prejuicio y/o error craso en la investigación.

4. Examen médico para determinar la condición física del candidato. Esto incluye historial médico, examen físico y evaluación de pruebas de laboratorio.

5. Prueba diagnóstica de aptitud física.

6. Examen psicológico: El aspirante que no apruebe el examen psicológico, podrá volver a tomarlo seis (6) meses después.

7. Prueba toxicológica.

Disponiéndose que todo el proceso de reclutamiento de aspirantes a cadetes estará excluido de las disposiciones de la Ley 8-2017, según enmendada, conocida como la "Ley para la Administración y Transformación de los Recursos Humanos en el Gobierno de Puerto Rico" referente a reclutamiento. Esto, conforme a lo establecido en el Artículo 2.11 (c) de dicha Ley que dispone que en lo que respecta a los Miembros del Sistema de Rango, no aplicarán las disposiciones de la Ley 8, antes citada, referente a movilidad, reclutamiento, evaluaciones, traslados y ascensos. Tales asuntos estarán regidos por la reglamentación interna que a esos efectos

MON-OR-679-02-06-2022

adopte el Comisionado. Disponiéndose que a los aspirantes a cadetes les serán de aplicabilidad todos los derechos y beneficios reconocidos a los Miembros de la Policía de Puerto Rico.

### D. Totalidad de las Pruebas

Todas las pruebas, exámenes y evaluaciones, según establecidas en este Reglamento, serán culminadas en su totalidad antes de arrojar un resultado final.

### E. Facultad de Dispensa

El Comisionado del Negociado de la Policía de Puerto Rico tendrá discreción para conceder dispensa por razón de estatura a los aspirantes a cadetes.  Esto está sujeto a que el candidato cumpla con el resto de los requisitos exigidos en este Reglamento.

### F. Veteranos

Cuando el aspirante sea veterano, según la legislación estatal y federal aplicable, tendrán los siguientes derechos:

1. Tendrá preferencia, en igualdad de condiciones académicas, técnicas o de experiencia, en su nombramiento o concesión de ascenso para cualquier cargo, empleo u oportunidad de trabajo.
2. En aquellos casos en los cuales, como parte de un proceso de empleo, un veterano hubiere tomado cualquier prueba o examen como parte de una solicitud de ingreso, de reingreso y dicho veterano hubiere obtenido, en la correspondiente prueba o examen, la puntuación mínima requerida para cualificar para el ingreso, reingreso o ascenso al correspondiente cargo, se garantiza el derecho de dicho veterano a que se le sumen diez (10) puntos o el diez por ciento (10%), lo que sea mayor, a la calificación obtenida por dicho veterano en la correspondiente prueba o examen.
3. Ofrecerle exámenes de oposición a todo veterano que, por estar en servicio activo, no hubiere podido presentar dichos exámenes de oposición, y que los solicite dentro de ciento ochenta (180) días, después de haber regresado a su trabajo, y de aprobarse dichos exámenes incluir el nombre del veterano en la lista o registro correspondiente.
4. Circular las convocatorias de cualquier puesto o empleo de libre competencia disponible a la Oficina del Procurador del Veterano quien lo notificará a las organizaciones de veteranos debidamente organizadas, por vía de una página electrónica de dicha Oficina accesible a través del Internet, o en su defecto, en el portal cibernético del Gobierno de Puerto Rico, o por cualquier otro medio que así estime pertinente

### G. Vigencia de las Pruebas

Toda determinación de elegibilidad favorable tendrá una vigencia de seis (6) meses, contados a partir que se termine todo el proceso de reclutamiento del aspirante a cadete que se trate. En el caso que venza dicho término y exista la necesidad de

MON-OR-679-02-06-2022

reclutamiento se podrá prorrogar por seis (6) meses adicionales, pero se deberá actualizar lo siguiente, así como cualquier otra prueba y/o información cobijada en este Artículo:

1. El historial de antecedentes penales.
2. El historial de crédito.
3. El historial de empleo.

### H.  Solicitud de Ingreso

1. El aspirante podrá acceder a la solicitud de ingreso y someter los documentos a través del Módulo de Reclutamiento a la siguiente dirección: www.policia.pr.gov
2. El aspirante deberá entregar la solicitud con los documentos requeridos en o antes de la fecha límite establecida en la Convocatoria.
3. Las solicitudes podrán ser rechazadas por cualquiera de las siguientes causas:
   a.  Radicación fuera de la fecha establecida en la Convocatoria.
   b.  No reunir los requisitos mínimos establecidos para desempeñar las funciones establecidos en este Reglamento.
   c.  Presentar información y/o documentación falsa.

### I.  Investigación Confidencial

Todo candidato tendrá que aprobar una investigación confidencial que incluirá lo siguiente:

1. Historial de violencia.
2. Reputación moral.
3. Historial de empleo.
4. Historial de antecedentes penales.
5. Historial de crédito.
6. Uso de sustancias controladas ilegales, según la política establecida en este reglamento.
7. Capacidad para trabajar con comunidades diversas y actuar imparcialmente.

### J.  Revisión Resultado

1. El aspirante podrá solicitar la revisión del resultado cualquier decisión que emita la Agencia.
2. Esta revisión será solicitada dentro de un término no mayor de quince (15) días de haber sido notificado de los resultados.
3. La solicitud de revisión será entregada personalmente a la División del Reclutamiento.
4. La revisión de los exámenes de selección múltiple consistirá en calificarle el examen en presencia del candidato mediante una clave especial.
5. El resultado de la revisión será notificado al aspirante mediante comunicación escrita apercibiendo del derecho a presentar apelación ante la Comisión Apelativa del Servicio Público dentro de treinta (30) días de haber recibido la notificación.

MON-OR-679-02-06-2022

### K. Normas de Conducta

Todo Cadete deberá cumplir con las normas disciplinarias y académicas establecidas en el Reglamento Interno de Estudiantes de la Academia del Negociado de la Policía de Puerto Rico; Reglamento de Personal del NPPR y cualquier otra reglamentación aplicable.

### L. Periodo Probatorio

1. El ingreso de todo aspirante a Cadete estará sujeto a un período probatorio tres (3) años, contados a partir de su juramentación como cadete, a menos que surja alguna circunstancia extraordinaria dentro del Negociado de la Policía de Puerto Rico que amerite la extensión de dicho periodo probatorio.
2. Durante el periodo probatorio la persona podrá ser separada del servicio en cualquier momento si a juicio del Comisionado demuestra ineptitud, o sus hábitos y confiabilidad no ameritan que continúe en el Cuerpo; o si violenta las disposiciones de la reglamentación vigente del NPPR. Disponiéndose, que en dicho período de tres (3) años, el cadete tendrá que haber cumplido con todos los requisitos establecidos en la reglamentación existente y por el Programa de Adiestramiento Previo al Servicio, establecido por el Negociado de la Policía de Puerto Rico. Salvo lo anteriormente dispuesto, los cadetes en período probatorio tendrán iguales derechos y privilegios que los miembros regulares del Negociado de la Policía de Puerto Rico.

### M. Evaluación Médica

1. Todo aspirante a cadete deberá aprobar un examen físico realizado por un médico del Negociado de la Policía de Puerto Rico o Institución de Salud que el Negociado contrate. No podrá ser miembro del Negociado de la Policía de Puerto Rico las personas que tengan alguna de las condiciones físicas descalificantes establecidas en este Reglamento.
2. Todo miembro del Negociado de la Policía de Puerto Rico en servicio activo podrá someterse a examen médico en cualquier momento que a juicio del Comisionado fuere necesario. Si el examen revela que el Miembro del Negociado de la Policía de Puerto Rico no cumple con los requisitos físicos de retención, el comisionado podrá solicitar la separación. El Miembro del Negociado de la Policía de Puerto Rico que rehusare someterse al examen médico fíjcvazsico incurrirá en falta grave.
3. Las condiciones físicas descalificantes para el ingreso son igualmente para el reingreso.
4. El médico del Negociado de la Policía de Puerto Rico tendrá discreción para evaluar y aceptar cualquiera de las condiciones descalificantes establecidas en este Reglamento. De igual modo, tendrá discreción para determinar cualquier otra condición física o emocional que descalifique a cualquier candidato a ingreso, reingreso, retención o ascenso.

MON-OR-679-02-06-2022

**N. Condiciones Descalificantes**

1. Se establecen las siguientes condiciones descalificantes para ser Miembro del Negociado de la Policía de Puerto Rico:

| Condiciones Sistémicas | Ingreso | Retención |
|---|---|---|
| 1.  Procesos neoplásicos | x | |
| 2.  Tuberculosis activa o inactiva de cualquier parte del cuerpo | x | x |
| Desórdenes mentales secundario a tuberculosis o enfermedades de transmisión sexual | x | x |
| 4. Vértigo con síntomas recurrentes e incapacitantes | x | x |
| 5.     Distrofia muscular | x | x |
| 6.   Amiloidosis, polimiositis, dermatomiositis, rabdomiolisis | x | x |
| 7.   Granuloma eosinóficlico | x | x |
| 8.      Historial de reacciones alérgicas severas, anafilaxia (latex, comida, medicamentos, ideopática | x | |
| 9.    Lepra | x | x |
| 10. Fiebre reumática aguda sintomática | x | x |
| 11. Osteomielitis aguda | x | x |
| 12. Filariasis si es acompañada de síntomas | x | x |
| 13. Bilharzia si es acompañada de síntomas | x | x |
| 14. Mal de Hodgkin | x | x |
| 15. Malaria crónica | x | x |
| 16. Leucemia en cualquier fase | x | x |
| 17. Lupus | x | |
| 18. Esclerosis sistémica | x | x |
| 19. Artritis reumatoidea, artritis psoriásica sintomática | x | x |
| 20. Historial de fibromialgia, síndrome de fatiga crónica | x | |
| 21. Historial de Angio Edema Hereditario | x | x |
| 22. Sífilis cerebro espinal, cardiovascular o visceral | x | x |
| 23. Trastornos de inmunosuficiencia, congénitas o adquiridas | x | |
| 24. Hemofilia | x | |
| 25. Síndrome de colon irritable | x | |
| 26. Historial de trastornos hereditarios del tejido conectivo, tendino cartilaginosos | x | x |
| 27. Historial de envenenamiento por metales pesados con secuelas sintomáticas | x | x |
| 28. Obesidad exógena severa | x | x |
| 29. Cualquier otra condición que a juicio del médico del Negociado de la Policía de Puerto Rico sea | x | x |

MON-OR-679-02-06-2022

| descalificante | | |
|---|---|---|
| **Cabeza** | **Ingreso** | **Retención/Ascenso** |
| 30. Deformidades del cráneo, cara, mandíbula de tal grado que impediría el uso seguro de algún equipo de protección persona requerido del puesto ( gorras, máscaras, cascos, ect.) | x | x |
| 31. Pérdida o ausencia de alguna estructura ósea que no fue adecuadamente corregida con materiales reconstructivos o dejaron un defecto de estructura que impida el uso de equipos de protección persona que requiera el puesto. | x | x |
| **Ojos** | **Ingreso** | **Retención** |
| Requisitos mínimos<br>  Cercana sin corrección<br>    20/40 en un ojo y no peor de 20/70 en el otro ojos | x | |
| 20/30 en un ojo y no peor de 20/100 en el otro ojo<br>20/20 en un ojo y no peor de 20/400 en el otro ojo<br>En estos casos la visión cercana debe corregir a 20/20 en ambos Ojos<br>Si usa lentes de contacto tienen que haberlos usado por más de seis meses sin ninguna complicación<br>Distante:<br>20/20 ambos ojos con o sin corrección | | |
| 32. Condiciones descalificantes por aspectos de la visión<br>  1. Agudeza visual cercana con corrección peor de 20/20 en cada ojo<br>  2. Precepción de profundidad mayor de 100 segundos del arco<br>  3. Visión periferal menos de 120 grados en ambos ojos<br>  4. No pasa la prueba de discriminación de colores<br>  5. El uso de lentes de contacto no relacionados a corrección visual por errores de refracción causadas por cicatrices de la cornea, opacidades y astigmatismo irregular. | x | |
| 33. Pérdida de un ojo | x | |
| 34. Exoftalmos | x | |
| 35. Exoftalmos sintomático | x | x |
| 36. Queratitis | x | |
| 37. Úlceras de la córnea | x | x |
| 38. Enfermedades activas de la retina | x | |
| 39. Glaucoma | x | |
| 40. Glaucoma sintomática | x | x |
| 41. Diplopía sintomática | x | x |

MON-OR-679-02-06-2022

| | Ingreso | Retención |
|---|---|---|
| 42. Tracoma | x | x |
| 43. Estrabismo marcado sintomático | x | x |
| 44. Pterigión, si interfiere con la visión | x | x |
| 45. Adherencias del parpado que interfieran con la visión | x | x |
| 46. Blefaroespasmo | x | |
| **Oídos** | **Ingreso** | **Retención** |
| 47. Atresia de las orejas con microtia severa, congénita o estenosis adquirida | x | x |
| 48. Historial de Síndrome de Menier y otras condiciones del sistema vestibular sintomáticos | x | x |
| 49. Colesteatoma | x | x |
| 50. Historial de cirugías del oído medio en los últimos 180 días | x | x |
| 51. Perforación actual de la membrana timpánica o cirugía correctiva hace menos de 180 días | x | x |
| 52. Disfunción crónica del tubo de Eustaquio evidenciada por una retracción del tímpano | x | |
| 53. Otitis media recurrente | x | |
| 54. Miringotomía con tubo de despresurización en el término de tres años previos | x | x |
| 55. Uso de implante coclear | x | x |
| 56. Pérdida de la audición no corregible con aparato auditivo | x | x |
| 57. Otitis media purulenta crónica | x | x |
| 58. Perforación de la membrana del tímpano | x | x |
| 59. Mastoiditis crónica | x | x |
| 60. Pérdida total de la oreja | x | x |
| 61. Atresia del canal auditivo externo | x | x |
| **Audición** | **Ingreso** | **Retención** |
| 62. Para esta evaluación se requiere una audiometría de tonos puros con un equipo certificado por ANSI (ANSI S3.6-2004). Previo a la prueba hay que examinar los oídos. Si tiene un taponamiento de cerumen se debe referir a su médico para manejo y luego hacer la audiometría cuando el oído esté limpio. El promedio de pérdida auditiva se calcula sumando las pérdidas en los 500, 1000, 2000 y 3000 Hz dividido entre 4. | | |
| 63. Pérdida auditiva simétrica promedio a los 500, 1000, 2000 y 3000 Hz por cada oído mayor de 25 dB | x | |
| 1. En casos de pérdida asimétrica<br>-  Una diferencia en el promedio del nivel de audición entre el mejor y el peor oído:<br>-  a. Mayor de 15 dB en 500, 1000, y 2000 Hz | x | |
| 64. b. Mayor de 30 dB en 3000, 4000, 6000 Hz | | |

MON-OR-679-02-06-2022

| | Ingreso | Retención |
|---|---|---|
| 65. Uso de audífonos. Si la persona indica que puede escuchar los sonidos normalmente se le debe solicitar una evaluación de un audiólogo u otorrinolaringólo con una audiometría completa de cámara acústica y con los audífonos | x | |
| **Nariz, senos de la cara, boca y faringe** | **Ingreso** | **Retención** |
| 66. Labio leporino y hendidura de paladar no reparadas satisfactoriamente por cirugía que interfiera con el uso de protección persona, con el lenguaje y articulación o que no permita tomar líquidos con un sorbeto | x | x |
| 67. Ulceraciones de la boca presentes (no aftas), incluyendo la lengua | x | |
| 68. Condiciones crónicas de la laringe incluyendo parálisis de las cuerdas vocales y papilomatosis de la laringe | x | x |
| 69. Historial de pólipos no benignos de las cuerdas vocales, ronquera crónica laringitis crónica o disfonía espasmódica | x | |
| 70. Anosmia o parosmia | x | |
| 71. Historial de epistaxis recurrente con más de un episodio semanal en los últimos 3 años | x | x |
| 72. Pólipos nasales al presente o historial de resección quirúrgica hace más de 12 meses y ha estado asintomático | x | x |
| 73. Historial de Aero sinusitis que no ha respondido a tratamiento médico | x | x |
| 74. Historial de sinusitis purulenta crónica que han requerido atención médica continua. | x | x |
| 75. Tumores benignos del cuello, cuyo tamaño intervenga con el uso del uniforme | x | |
| 76. Contracturas musculares severas de los músculos del cuello. Cicatrices del cuello deformantes contráctiles que limitan el movimiento de arco e interfieran o afecten el uso de forma segura del equipo de protección personal requerido. | x | x |
| **Pulmones** | **Ingreso** | **Retención** |
| 77. Empiema | x | x |
| 78. Bronquitis crónica | x | |
| 79. Bronquiectasia | x | x |
| 80. Asma bronquial crónica o aguda | x | |
| 81. Asma bronquial crónica o aguda resistente a tratamiento | x | x |
| 82. Enfisema pulmonar | x | x |
| 83. Absceso del pulmón crónico | x | x |
| 84. Fistula en la pared torácica o bronquio pleural | x | x |
| 85. Lobectomía | x | x |

MON-OR-679-02-06-2022

| | | | |
|---|---|:---:|:---:|
| 86. | Pneumonectomía | x | |
| 87. | Neumotórax | x | |
| 88. | Pleuresía | x | x |
| 89. | Hemotórax | x | x |
| 90. | Pectus Excavatum | x | x |
| 91. | Embolia Pulmonar | x | x |
| 92. | Elevación anormal del diafragma que resulte en una respiración dificultosa o uso de un respirador | x | x |
| 93. | Presente o historial recurrente de enfermedades infecciosas del pulmón incluyendo pero no limitado a pneumonia viral, por pneumococco, bacteriana o por cualquier otro micro organismo infeccioso | x | x |
| 94. | Hiper respuesta aérea incluyendo asma, hiper reactividad pulmonar, asma inducida por ejercicios, bronquitis asmática | x | x |
| 95. | Fibrosis pulmonar que restrinja la función pulmonar | x | x |
| 96. | Cuerpos extraños en pulmón, tráquea y bronquios. Historial de cirugías pulmonares incluyendo endoscopias pulmonares en los dos últimos dos años | x | x |
| 97. | Cirugías de pecho, incluyendo de los senos en los últimos seis meses que limitan de forma significativas la función de la caja torácica | x | x |
| 98. | Historial de cirugías pulmonares incluyendo endoscopias pulmonares en los últimos dos años. | x | x |
| 99. | Historial de malignidades des sistema respiratorio | | |
| **Corazón y Circulación** | | **Ingreso** | **Retención** |
| 100. | Endocarditis, miocarditis o pericarditis aguda o sub aguda | x | x |
| 101. | Hipertrofia y dilatación del corazón | x | x |
| 102. | Dilatación del corazón | x | x |
| 103. | Arritmia paroxística | x | x |
| 104. | Fallo cardiaco congestivo | x | |
| 105. | Enfermedades valvulares con o sin regurgitación pulmonar, tricúspide, mitral y aortica. Estenosis valvular. ( No se considera una condición descalificante cuando la persona tiene un prolapso de válvula mitral con un stress test normal y no requiera tratamiento médico) | x | x |
| 106. | Historial actual de enfermedades por arteroesclerosis coronaria | x | x |
| 107. | Historial presente de uso de marcapasos o desfibriladores | x | x |
| 108. | Historial de taquicardia supraventricular | x | x |
| 109. | Historial de fibrilación atrial | x | x |
| 110. | Contracciones atrio ventriculares prematuras que | x | x |

MON-OR-679-02-06-2022

| | Ingreso | Retención |
|---|:---:|:---:|
| requieran tratamiento médico (fibrilación, taquicardia, multifocales) | | |
| 111. EKG anormal (incluyendo pero no limitado a QT largo, patrón de Brugada, WPW) | x | x |
| 112. Historial actual de desórdenes de conducción, incluyendo pero no limitado a arresto sinusal, asistolia, Mobitz tipo II bloqueo atrio ventricular de segundo o tercer grado | x | x |
| 113. Historial de otros de desórdenes de conducción sintomáticos tales como hemi bloqueo anterior, bloqueo de ramas derechas o izquierdas | x | x |
| 114. Taquicardia persistente | x | x |
| 115. Historial de síncope, pérdida de conocimiento, desmayo | x | x |
| 116. Síntomas cardiorrespiratorios (incluyendo pero no limitado a síncope, dolor de pecho, palpitaciones, disnea de esfuerzo) que impida un estilo de vida físicamente activa) | x | x |
| 117. Enfermedades congénitas | x | x |
| 118. Presión arterial sobre 140 sistólica y sobre 90 diastólica | x | |
| 119. Presión arterial sobre 180 sistólica y 110 diastólica resistente a tratamiento | x | x |
| 120. Anormalidad del sistema vascular periférico, tales como arteriosclerosis obliterans, insuficiencia venosa | x | x |
| 121. Trombosis venosa profunda | x | x |
| 122. Venas varicosas complicadas | x | x |
| 123. Enfermedad de Raynaud | x | x |
| 124. Anemia hereditaria o adquirida (sickle cell, hemolíytica, aplasia, entre otras) | x | x |
| 125. Historial de defectos de coagulación | x | x |
| 126. Leucopenia, agranolucitosis | x | |
| 127. Enfermedad de Buerger | x | x |
| 128. Aneurisma de la aorta | x | x |
| 129. Pericarditis aguda recurrente o crónica | x | x |
| 130. Insuficiencia coronaria | x | x |
| 131. Trombosis coronaria | x | x |
| 132. Eritromeglia | x | x |
| 133. Trombocitopenia | x | |
| **Abdomen y sus Órganos** | **Ingreso** | **Retención** |
| 134. Enfermedades del esófago incluyendo pero no limitado a úlceras, contracciones, varices, fistula, acalasia, espasmos esofágicos difusos, alteraciones de la motilidad del esófago, esofagitis eosinofílica | x | x |
| 135.    Reflujo Gastro Esofágico con complicaciones de contracción de la válvula gastroesofágica, disfagia, | x | x |

MON-OR-679-02-06-2022

| | | |
|---|:---:|:---:|
| síntomas recurrentes de esofagitis que no responde a tratamiento, esofagitis de Barret, historial de corrección quirúrgica por GERD | | |
| 136. Hernia inguinal, ventral, umbilical o femoral. | x | |
| 137. Hernia inguinal, post operatoria, ventral, umbilical o femoral, no corregible quirúrgicamente | x | x |
| 138. Úlceras del estómago o duodeno | x | |
| 139. Úlceras sangrantes o no sangrantes del estómago o duodeno sintomática o complicada, resistente a tratamiento. | x | x |
| 140. Dispepsia que no responde a tratamiento, | x | x |
| 141. Historial de cirugía por úlcera o perforación del estomago | x | x |
| 142. Historial de gastroparesias | x | |
| 143. Historial de cirugía bariátrica | x | |
| 144. Síndrome de malabsorción incluyendo pero no limitado a enfermedad celiaca, insuficiencia pancreática, | x | x |
| 145. Historial actual de alteraciones de la motilidad intestinal, incluyendo pero no limitado a, pseudo obstrucción, megacolon, vólvulos, diarreas o estreñimiento severo crónico y sintomáticos por los últimos dos años. | x | x |
| 146. Obstrucciones intestinales | x | x |
| 147. Historial de sangrado intestinal incluyendo sangre oculta en heces | x | |
| 148. Historial de cáncer gastrointestinal | x | x |
| 149. Fistula en la pared abdominal | x | x |
| 150. Estrechez o prolapso del recto | x | |
| 151. Estrechez o prolapso del recto no corregible quirúrgicamente | x | x |
| 152. Fistula anal | x | |
| 153. Fistula anal no corregible quirúrgicamente | x | x |
| 154. Hipertrofia del bazo (esplenomegalia) | x | |
| 155. Hipertrofia del bazo no corregible médica o quirúrgicamente | x | x |
| 156. Hemorroides externas o internas no corregibles por cirugía | x | x |
| 157. Diverticulitis | x | |
| 158. Pólipos | x | |
| 159.  Diverticulosis sintomática no corregible quirúrgicamente | x | x |
| 160.  Colitis ulcerativa | x | |
| 161. Enfermedad de Crohns | x | |
| 162. Historial de colon irritable lo suficientemente severa que requiera intervenciones y medicamentos de forma recurrente y que interfieran con las actividades del diario vivir | x | x |

16

MON-OR-679-02-06-2022

| | Ingreso | Retención |
|---|---|---|
| 163. Historial de resección intestinal con diarreas crónicas | x | x |
| 164. Ileitis regional | x | x |
| 165. Cirrosis hepática descompensada, quistes o abscesos del hígado, | x | x |
| 166. Hepatitis crónica persistente en los últimos seis meses | x | x |
| 167. Colecistitis sintomática, síndrome post colecistectomía, vesícula vaga, u otra patología del sistema biliar | x | x |
| 168. Historial del esfínter de Oddi, quistes del colédoco | x | x |
| 169. Cirrosis biliar primaria con colangitis esclerosante | x | x |
| 170. Pancreatitis aguda o crónica | x | x |
| 171. Enfermedades del metabolismo del hígado, incluyendo, pero no limitado a hemocromatosis, Enfermedad de Wilson,o deficiencia de la alfa-1-antitrpsina | x | x |
| 172. Historial de cirugías abierta o laparoscópicas en los últimos 12 meses | x | x |
| **Columna Vertebral** | **Ingreso** | **Retención** |
| 173. Artritis reumatoide | x | x |
| 174. Artritis hipertrófica severa | x | x |
| 175. Fractura complicada del vertebra | x | x |
| 176. Escoliosis mayor de 15 grados de desviación | x | |
| 177. Herniación de discos vertebrados | x | |
| 178. Herniación del núcleo pulposo resistente a tratamiento | x | x |
| 179. Historial pasado o presente de cualquier condición de la columna, desviaciones de la curvatura o alineamiento de la columna, o de las  articulaciones sacroiliares que no permiten que un individuo puede:<br>- realizar actividades físicas fuertes asociadas a fuertes dolores y<br>espasmos musculares, mal postura y/o limitación de movimientos persistentes durante seis meses.<br>-requiera soporte externo de la columna<br>- que requieran el uso de implantes permanente para controlar el    Dolor<br>-interfiera con el uso de equipo de protección persona | x | x |
| 180. Fusión congénita o adquirida de la columna | x | x |
| 181. Sciatica | x | |
| **Sistema Genitourinario** | **Ingreso** | **Retención** |
| 182. Historial endometriosis, quistes de ovarios, enfermedad inflamatoria de la pelvis, infecciones geitourinarias o ulceraciones y  de dismenorrea severa que no respondan a tratamiento y altere de forma significativa las actividades del diario vivir | x | x |
| 183. Síndrome d ovarios  policísticos con alteraciones metabólicas significativas | x | x |

17

MON-OR-679-02-06-2022

| | | |
|---|:---:|:---:|
| 184. Cáncer de sistema genitourinario | x | x |
| 185. Estrechez de la uretra | x | |
| 186. Granuloma inguinal | x | |
| 187. Lynphogranuloma inguinal | x | |
| 188. Glomerulonefritis | x | x |
| 189. Pielonefritis crónica | x | x |
| 190. Fistula urinaria | x | |
| 191. Fistula urinaria no corregible quirúrgicamente | x | x |
| 192. Amputaciones del pene si no se permite las funciones normales de orinar | x | |
| 193. Hipertrofia de la glándula prostática sintomática no corregible por cirugía | x | x |
| 194.  Epispadias o hipospadias con síntomas | x | |
| 195. Varicocele | x | |
| 196. Varicocele sintomático | x | x |
| 197. Hidrocele | x | |
| 198. Hidrocele sintomático | x | x |
| 199.  Historial de orquitis o epididimitis, infecciones o ulceraciones agudas o recurrentes que alteren de forma significativa las actividades del diario vivir | x | x |
| 200. Historial de prostatitis, aguda o crónica, dolor de pelvis, dolor de escrotos, hidrocele o espermatocele o varicocele agudas o recurrentes que alteren de forma significativa las actividades del diario vivir | x | x |
| 201. Criptorquidismo bilateral | x | |
| 202. Historial pasado o presente de cistitis recurrente, cistitis intersticial o síndrome de dolor de vejiga | x | |
| 203. Historial presente o pasado de uretritis crónica o incontinencia urinaria | x | x |
| 204. Historial de cateterización de uréter con folley puesto por más de dos semanas. | x | |
| 205. Historial de reconstrucción o derivación del sistema urinario | x | |
| 206. Hematuria franca o piuria | x | x |
| 207. Historial de estrechez o fistulas del tracto urinario | x | x |
| 208. Condiciones asociadas a los riñones, incluyendo, pero no limitado a ausencia de uno de los riñones, congénita o adquirida, asimetría en el tamaño o función, trasplante, pielonefritis u otras afecciones, riñón poliquístico, riñón en forma de herradura, hidronefrosis, nefritis aguda o crónica, lesión de riñón que requiera diálisis, proteinuria, ureterolitiasis sintomática actual uni o bilateral, urolitiasis que requieren cirugía | x | x |

MON-OR-679-02-06-2022

| Extremidades Superiores | Ingreso | Retención |
|---|---|---|
| 209. Amputación de manos | x | |
| 210. Amputación de alguna falange | x | |
| 211. Amputación pulgar o dedo índice | x | |
| 212. Amputación de dos o más dedos de cualquier mano | x | |
| 213. Sindactilia | **x** | **x** |
| 214. Amputación parcial o total de alguna parte de la extremidad superior | **x** | **x** |
| 215. Dislocaciones recurrentes de cualquiera de las articulaciones mayores no corregible por cirugía | **x** | **x** |
| 216. Enfermedades de los huesos o articulaciones que resulten en una deformidad o rigidez que alteren los movimientos normales | **x** | **x** |
| 217. Contracturas en articulaciones que no permite el rango de movimientos normales | **x** | **x** |
| 218. Limitación de movimientos<br>Hombros:<br>        Elevación anterior menor de 90 grados<br>        Abducción menor de 90 grados<br>Codos:<br>        Elección menor de 130 grados<br>        Extensión menor de 15 grados<br>Muñecas:<br>        Un arco menor de 60 grados (extensión y flexión)        Arco de desviación radial y ulnar menor de 30 grados Manos:<br>        Pronación menor de 45 grados<br>        Supinación menor de 45 grados | x | |
| 219. Parálisis o debilidad intrínseca de las extremidades superiores, incluyendo pero no limitado a parálisis de nervios, síndrome de túnel de carpo, síndrome cubital, lesiones, fracturas, cirugías ulnares, medianas o radiales que produzcan marcada debilidad o atrofia de la extremidad | **x** | **x** |
| 220. Debilidad y dolor residual. Historial pasado o presente de condiciones neuromusculotendinosas que producen dolor, debilidad y atrofia que interfieren con los movimientos y las funciones esenciales del oficial de orden publico | **x** | **x** |
| Extremidades Inferiores | | |
| 221. Condiciones y enfermedades de las extremidades inferiores con deformación, dolor crónico, limitación de movimientos que interfieren con las actividades de correr, caminar, brincar, escalar y bajar de alturas, estar en cuclillas, estar de pie o caminatas por tiempo prolongado, cargar, empujar objetos pesados, entre otros que interfieran en las actividades del diario vivir y funciones | **x** | **x** |

19

MON-OR-679-02-06-2022

| | | |
|---|---|---|
| esenciales del oficial de orden público. Diferencia de largo de extremidades que resulten en cojera | | |
| 222. Limitación de movimientos<br>Cadera:<br>    Flexión menor de 90 grados<br>    Contracturas de articulaciones que alteren el arco de<br>Movimientos Extensión menor de 10 grados<br>    Abducción menor de 45 grados<br>    Rotación interna y externa menor de 60 grados<br><br>Rodillas:<br>    Extensión completa menor de 0 grados<br>    Flexión menor de 110 grados<br><br>Tobillo:<br>    Dorsiflexión menor de 10 grados<br>    Flexión plantar menor de 30 grados<br>    Inversión y eversión menor de 5 grados | x | |
| **Piel y Tobillos** | | |
| 223. Deformidades de los huesos de los pies (hallus varus, hallux Valgas, hallux rigidus, dedos en forma de martillo, pico de cotorra, entre otras) que impidan o afecten el uso de zapatos oficiales, caminar, correr, estar de pie o caminar por tiempo prolongado, mantener balance y brincar. | x | x |
| 224. Parálisis muscular o contracción muscular que interfiera con los movimientos normales | x | x |
| 225. Historial presente o pasado de fascitis plantar, neurinoma sintomática, polidactilia, pie plano sintomático | x | |

| Piel | Ingreso | Retención |
|---|---|---|
| 1. Actinomicosis | x | |
| 2. Actinomicosis que no responde a tratamiento | | x |
| 3. Dermatitis Herpetiformis | x | |
| 4. Dermatitis Herpetiformis que no responde a tratamiento | | x |
| 5. Dermatitis generalizada crónica | x | |
| 6. Dermatitis generalizada crónica que no responde a tratamiento | x | x |
| 7. Dermatitis alérgica crónica | x | |
| 8. Dermatitis alérgica crónica que no responde a tratamiento | x | x |
| 9. Micosis fungoides en áreas de piel que interfieran con el uso apropiado del uniforme y equipo de protección personal | x | x |
| 10. Pénfigo crónico | x | |
| 11. Pénfigo crónico que no responde a tratamiento | | x |
| 12. Lupus vulgaris | x | |

MON-OR-679-02-06-2022

| | | | |
|---|---|---|---|
| 13. | Lupus vulgaris que no responde a tratamiento | x | x |
| 14. | Quistes o tumores benignos de la piel si interfieren con el uso normal del equipo policiaco. | x | |
| 15. | Linfedemas | x | |
| 16. | Hiperhidrosis de manos que no responden a tratamiento | x | x |
| 17. | Lesiones queloides que interfieran con el uso apropiado del Uniforme y equipo de protección personal | x | x |
| 18. | Historial de fotosensibilidad de piel | x | x |
| 19. | Historial de urticaria crónica | x | x |
| 20. | Verrugas plantares sintomáticas | x | x |
| 21. | Esclerodema de piel superficial | x | |
| 22. | Esclerodema sistémica  sintomática | x | x |
| 23. | Quiste pilonidal | x | |
| 24. | Quiste pilonidal con síntomas no corregibles con Cirugía. | x | x |
| 25. | Afecciones crónicas de la piel no especificadas que no respondan a tratamiento. | x | x |
| 26. | Psoriasis | x | |
| | **Sistema Nervioso** | **Ingreso** | **Retención** |
| 27. | Desórdenes degenerativos | x | x |
| 28. | Residuos de infecciones, tales como poliomielitis, meningitis, etc. | x | x |
| 29. | Desórdenes de los nervios periféricos, tales como Neuritis, Neurofibromatosis, etc. | x | x |
| 30. | Miastenia gravis, esclerosis múltiple, tremor de extremidades, Tics nerviosos, CRPS (chronic regional complex syndrome), Síndrome de Gullian- Baré , Síndrome de Touret | x | x |
| 31. | Historial presente o pasado de anomalías congénitas o Adquiridas del sistema nervioso central o meningocele | x | x |
| 32. | Historial pasado o presente de desórdenes de  las meninges tales  Como quistes. | x | x |
| | Dolor de cabeza frecuente: a. Lo suficientemente fuertes como para impedir de forma significativa las actividades del diario vivir y trabajo b. Ha requerido tratamiento médico más de dos veces al año en los últimos dos años | x | x |
| 33. | Migraña, sola o con variantes neurológicos (cluster headache) | x | |
| 34. | Desórdenes convulsivos | x | x |
| 35. | Enfermedades neurológicas crónicas no especificadas | x | x |
| 36. | Shunts del sistema nervioso | x | x |

MON-OR-679-02-06-2022

| | | |
|---|---|---|
| 37. Historial de trauma a la cabeza asociado a: | **x** | **x** |
|     a. Convulsiones post traumáticas<br>    b. Déficit motor, sensorial, vestibular y otros signos<br>       Neurológico focales persistentes<br>    c. Alteración de la función cognitiva y comportamiento<br>    d. Perdida del conocimiento por mas de 24 horas luego<br>       del trau<br>    e. Amnesia o desorientación en persona, tiempo y<br>       Espacio por más de 7 días luego del trauma<br>    f. Lesiones post traumáticas tales como hematomas<br>       epidurales, subdurales, subaracnoidales o<br>       intracraneales<br>    g. Lesiones penetrantes y cuerpo extraños intracerebrales<br>    h. Rhinorrea de líquido cefalorraquídeo u otorrea<br>       persistente por más de 7 días | | |
| 38. Historial de síntomas post trauma a la cabeza persistentes que interfieren con las funciones del diario vivir y el trabajo. Algunos de estos son: dolor de cabeza, vómitos, desorientación, pérdida del equilibrio, pobre concentración, entre otros no detallados. | **x** | **x** |
| 39. Historial de síncope y aura pre-síncope | **x** | **x** |
| 40. Fibromialgia | **x** | |
| **Alteraciones del Sueño** | | |
| 41. Insomnio crónico y necesidad del uso de medicamentos por más de tres noches por semana | **x** | **x** |
| 42. Hipersomnolencia, narcolepsia, cataplexia | **x** | **x** |
| 43. Enfermedad obstructiva del sueño | **x** | |
| 44. Alteraciones del ciclo circadiano que han requerido tratamiento | **x** | |
| 45. *Restless leg* sindrome | **x** | |
| **Enfermedades del Sistema Endocrino** | **Ingreso** | **Retención** |
| 46. Mixedema | **x** | **x** |
| 47. Acromegalia | **x** | **x** |
| 48. Síndrome Frohlich | **x** | **x** |
| 49. Enfermedades de Addison | **x** | **x** |
| 50. Hiperparatiroidismo | **x** | |
| 51. Hiperparatiroidismo que no responde a tratamiento | **x** | **x** |
| 52. Diabetes Mellitus tipo I y tipo II | **x** | |
| 53. Diabetes Insipida | **x** | |
| 54. Diabetes Mellitus con complicaciones | **x** | **x** |
| 55. Disfunción pituitaria, incluyendo acromegalia y gigantismo | **x** | **x** |
| 56. Bocio más de dos veces el tamaño normal | **x** | **x** |
| 57. Hipertiroidismo | **x** | |
| 58. Nódulos tiroideos mayores de 5 mm | **x** | **x** |
| 59. Hipertiroidismo no controlado | **x** | **x** |

MON-OR-679-02-06-2022

| Condiciones mentales | Ingreso | Retención |
|---|---|---|
| 60. Déficit de Atención con Hiperactividad | x | x |
| 61. Historial de desórdenes del aprendizaje | x | x |
| 62. Historial de neurodesarrollo (esprecto de autismo, de Comunicación e intelectual, entre otros) | x | x |
| 63. Esquizofrenia y otros desordenes psicóticos | x | x |
| 64. Desorden de ajuste que le altere las actividades del diario vivir, obsesividad compulsiva que altere las actividades del diario vivir y trabajo | x | x |
| 65. Historial de comportamiento disruptivo, pobre control de impulso Y desórdenes de personalidad, desorden disociativo, de conversión Psicosomático, parafilia, | x | x |
| 66. Estrés post traumático sintomático que requiera medicación y Otros tratamientos aun luego de dos años de ocurrido el evento traumático | x | x |
| 67. Historial de desórdenes de ansiedad crónico y recurrente, pánico Fobia social, | | |
| 68. Historial pasado o presente de adicción a sustancias controladas, Adicción a juegos y al alcohol | x | x |
| 69. Historial de comportamiento antisocial y de incapacidad de Adaptarse a requisitos de autoridad | x | x |
| 70. Historial de Depresión Mayor Recurrente, Desorden Distímico y Ciclo Distímico, y Desorden de Trastorno del Estado de ánimo, | x | x |
| 71. Desorden de bipolaridad | x | x |
| 72. Historial de comportamiento suicida | x | x |
| 73. Cualquier otra condición se encontrada en el examen psicológico de la agencia, y a juicio del evaluador, interfiera con las funcione esenciales de un agente de orden público | | x |

| Agudeza Visual | Manejo de Vehículo de Motor | Identificación de personas y objetos | Manejo de armas de fuego con seguridad | Respuesta eficiente ante situaciones de ataque |
|---|---|---|---|---|
| 20/10 20/15 20/20/ 20/25 | Excelente | Excelente | Excelente | Excelente |
| 20/30 20/40 | Buena | Buena | Buena | Buena |
| 20/50 20/60 20/70 20/80 20/100 | No apto | Deficiente | Deficiente | Deficiente |
| 20/200 20/400 | No apto | Incapaz | Incapaz | Incapaz |

2. Cualquier persona que por medio de espejuelos o lentes de contacto pueda restablecer su visión en ambos ojos hasta 20/20 estará cualificada para realizar tareas.

3. El criterio final de selección deberá venir acompañado de la evaluación de Optómetra Licenciado, basado en otros criterios como: campos visuales, patologías presentes y otros.

## Artículo 7: Política sobre el Uso de Drogas

A. El Negociado de la Policía de Puerto Rico está firmemente comprometido con una sociedad libre de drogas, incluyendo en el lugar de trabajo. Solicitantes que actualmente consuman drogas ilegales o abusan de sustancias legales al momento de la solicitud, no serán seleccionados para el empleo. Uno de los deberes ministeriales más importantes del NPPR, es hacer cumplir las leyes sobre sustancias controladas de Puerto Rico, por lo que es de vital importancia que los empleados reflejen los valores del NPPR.

B. El NPPR reconoce que algunos solicitantes calificados pueden haber usado drogas ilegales o abusado de drogas o sustancias legales en algún momento de su pasado. En ausencia de circunstancias atenuantes, el solicitante no será seleccionado para el empleo si:

1. Usó o ingirió cualquier cosa que contenga marihuana dentro de un (1) año anterior a la fecha de la solicitud de empleo. Las diversas formas de marihuana incluyen cannabis, hachís, aceite de hachís y tetrahidrocannabinol (THC), tanto en forma sintética como natural.
2. Usó cualquier droga ilegal que no sea marihuana, dentro de los diez (10) años anteriores a la fecha de la solicitud de empleo.

C. Se requiere que todos los solicitantes informen su uso de drogas, ya sea pasado o en la actualidad. Un solicitante no será seleccionado para el empleo si deliberadamente miente sobre su historial de drogas en relación con su solicitud de empleo.

D. Las circunstancias atenuantes se evaluarán caso a caso.

## Artículo 8. Reingreso

A. El reingreso será la reintegración o retorno al servicio mediante certificación de cualquier empleado regular de carrera, después de haberse separado del mismo por cualquiera de las siguientes causas:

a. incapacidad que ha cesado
b. cesantía por eliminación de puesto
c. renuncia de un puesto de carrera que se ocupaba con status regular
d. separación de un puesto de confianza sin haber ejercido el derecho a la reinstalación.

MON-OR-679-02-06-2022

B. Las siguientes disposiciones regirán el reingreso de los MNPPR:

A. Los ex MNPPR con estatus regular que renuncien a sus puestos tendrán derecho a solicitar reingreso al NPPR. El reingreso implica que el ex MNPPR tendrá derecho al mismo salario y rango que ocupaba con carácter regular al momento de la desvinculación.

B. Los ex MNPPR no podrán reingresar al NPPR si exceden los cincuenta años (50) años de edad.

C. El ex MNPPR que interese reingresar al NPPR, deberá radicar la solicitud por escrito al Negociado de Recursos Humanos dentro del periodo de cinco (5) años siguiente a la fecha, de ser efectiva la desvinculación del puesto que ocupaba. Además, deberá cumplir con todos los requisitos para el ingreso, incluyendo los siguientes:

1. Prueba de polígrafo
2. Investigación confidencial
3. Examen médico
4. Prueba de aptitud física diagnóstica
5. Evaluación y prueba psicológica
6. Prueba toxicológica

D. Las condiciones físicas descalificantes para el ingreso son igualmente para el reingreso.

E. El Comisionado establecerá mediante Orden General el procedimiento a seguir en los casos de reingreso.

F. El Comisionado notificará por escrito al ex MNPPR la acción tomada sobre la solicitud de reingreso. En caso de rechazo el Comisionado notificará al MNPPR, la causa o causas en que fundamenta su acción. En estos casos el MNPPR podrá solicitar una reconsideración de la decisión dentro del término de quince (15) días a partir de la fecha de la notificación. Si la decisión es confirmada, el MNPPR podrá apelar ante la Comisión Apelativa del Servicio Público dentro del término de treinta (30) días a partir de la notificación de la decisión.

**Artículo 9. Interpretación**

A. Las palabras y frases utilizadas en este Reglamento se interpretarán según el contexto y el significado sancionado por el uso común y corriente.

B. Los términos usados en este Reglamento en el tiempo futuro incluyen también el presente; los usados en el género masculino incluyen el femenino y el neutro, salvo los casos en que tal interpretación resulte absurda; el número singular incluye el plural y el plural incluye el singular.

MON-OR-679-02-06-2022

    C. Si el lenguaje empleado es susceptible de dos o más interpretaciones, debe ser interpretado para adelantar los propósitos de este Reglamento y de la parte sección o inciso particular objeto de interpretación.

## Artículo 10. Derogación

Este Reglamento deroga el Reglamento Núm. 9050 del 21 de noviembre de 2018 titulado "Reglamento para Enmendar el Artículo 12, Secciones 12.2 del Reglamento de Personal la Policía de Puerto Rico"; el mismo enmendó a su vez Reglamento Núm. 4216 de 4 de mayo de 1981, según enmendado, conocido como "Reglamento de Personal de la Policía de Puerto Rico", así como cualquier otra comunicación verbal o escrita o partes de las mismas, que estén en conflicto con éste.

## Artículo 11. Cláusula de Separabilidad

Si cualquiera de las disposiciones de este Reglamento fuese declarada nula o inconstitucional por un Tribunal competente, tal declaración no afectará, menoscabará o invalidará las restantes disposiciones o partes del mismo.

## Artículo 12. Vigencia

Este Reglamento comenzará a regir treinta (30) días después de su aprobación y radicación en el Departamento de Estado.

En San Juan de Puerto Rico el ____ de _____ de 2022.

<br>

**Cnel. Antonio López Figueroa**
**Comisionado**

<br>

**Alexis Torres Ríos**
**Secretario**

<br>

Aprobado en San Juan, Puerto Rico el _____ de _____ de 2022.

<br>

**Hon. Pedro R. Pierluisi Urrutia**
**Gobernador**

26