## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| **Plaintiff**, | |
| **v.** | **Civil No.** 12-2039 (FAB) |
| COMMONWEALTH OF PUERTO RICO, *et al.*, | |
| **Defendants.** | |

### ORDER

The Commonwealth's fiscal year begins on July 1, 2022. Before that date, the Court must know the Monitor's and Special Master's proposed budgets for Fiscal Year 2023, so that the Court may issue its annual order establishing the Monitor's and the Special Master's budgets.

**No later than June 13, 2022,** the parties will file a joint motion submitting the proposed budgets for the Monitor and the Special Master, with the proposed budgets that the Monitor and the Special Maser have submitted to the parties attached to the joint motion.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, June 3, 2022.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE