OFFICE OF THE FPMPR LLC.
B-5 Calle Tabonuco Suite 216 PMB 292
Guaynabo, Puerto Rico 00968

June 3, 2022

Professional services rendered by the members of the Office of the FPMPR LLC. For May 2022:

| NAME | AMOUNT | MONTH |
|---|---|---|
| John Romero | $20,601.51 | May 2022 |
| Spece | $ 3,480.10 | May 2022 |
| The & Group LLC (Javier González) | $ 9,418.31 | May 2022 |
| Altai Atlantic Consulting LLC (Dr. David Levy) | $ 6,480.00 | May 2022 |
| Denise Rodriguez | $18,078.43 | May 2022 |
| Viota & Associates CPA LLC | $ 2,062.50 | May 2022 |
| Donald S. Gosselin | $12,845.81 | May 2022 |
| Al Youngs | $12,329.10 | May 2022 |
| Rafael E. Ruiz | $11,411.90 | May 2022 |
| Scott Cragg | $14,836.37 | May 2022 |
| Correa Acevedo & Abesada Law offices, PSC (Lcdo. Roberto Abesada) | $27,607.50 | May 2022 |
| Rita J. Watkins | $ 3,200.00 | May 2022 |
| M Serrano LLC | $ 8,080.00 | May 2022 |
| Luis Hidalgo | $11,500.00 | May 2022 |
| Korber Group | $ 1,302.78 | May 2022 |
| Samantha Rhinerson | $ 2,600.00 | May 2022 |
| Claudia Cámara | $ 1,100.00 | May 2022 |
| Manuel Arroyo | $ 1,800.00 | May 2022 |
| Hipolito Castro Jr | $10,699.13 | May 2022 |
| Office of the FPMPR | $ 1,960.52 | May 2022 |
| **TOTAL:** | **$181,393.96** | May 2022 |
| | | |