John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

May 3 through May 31, 2022

INVOICE # 096                    **TOTAL DUE $ 20,601.51**
FEDERAL MONITOR
May 2022 INVOICE

### Duties and Responsibilities as Monitor

Generated, reviewed, and responded to emails/texts from the Parties, Monitor Team, Court, and Special Master
Conference calls with General Counsel
Reviewed court orders relating to the Consent Decree
Via zoom conducted meetings with Special Master and USDOJ and PRPB
Monitor administrative duties - reviewing Team invoices, coordinating SME work assignments, and conferring with Monitor's Office Administrative Director
Reviewed Briefing Reports from PRPB
Conferred with Deputy Chief Monitor on issues relating to Monitor Office Operations
Conducted Zoom meetings with the Monitor Team
Reviewed the Interim Use of Force Plan, Staffing Stipulation, Recruitment Regulation
Worked on Draft of CMR-6

### Site Visit to Puerto Rico May 16 - May 21, 2022

Meeting with Reform Unit
Meeting with SAOC and IT
Meeting with the Fiscal Board and USDOJ
Site visit to Arecibo
Site visit to Metro DOT
Meeting with the Honorable Judge Besosa
Prepared for and participated in the Status Conference
Meeting with Monitor Team members based in Puerto Rico

| | |
|---|---|
| **Flat Rate Total Wages Due** | **$ 17,916.66** |
| **Travel Expenses Due** | **$ 2,684.85** |
| **TOTAL DUE** | **$ 20,601.51** |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*[Signature: John Romero]*

Date May 31, 2022

## Office of the TCA - Travel Reimbursement Form

John Romero
May 16 -May 21, 2022

**Travel Reimbursement**

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ | 1 | $1296.38 |
| Baggage | $- | 0 | $- |
| Ground Transportation (Uber/Lyft/Taxi) | | | $- |
| Ground Transportation (Parking) | $- | 0 | $- |
| Ground Transportation (Mileage) | $0.585 | 82 | $47.97 |
| Lodging | $141.60 | 5 | $708.00 |
| Per Diem (Travel Days) | $86.25 | 2 | $172.50 |
| Per Diem (Full Days) | $115.00 | 4 | $460.00 |
| Other: | | 0 | |
| Total | | | $2684.85 |

**Departing: May 16 2022**
LAX 7:45am
FLL 3:57pm
Flights 1800 • Fare: Blue
Layover 2h 30m — FLL
FLL 6:27pm
SJU 9:00pm
Flights 453 • Fare: Blue
jetBlue

**Returning: May 21 2022**
SJU 10:10am
MCO 1:20pm
Flights 1334 • Fare: Blue
Layover 3h 40m — MCO
MCO 5:00pm
LAX 7:25pm
Flights 131 • Fare: Blue
jetBlue

Total:
**400 pts**
**+ $1,296.38**
Charged to **Visa** ending in 1287
Show details

**Traveler Details**
LAX-FLL
**John Romero**
Adult
Seat 6D
Change
Ticket Number: 2792191948690
Bags: 2
FLL-SJU
**John Romero**
Adult
Seat 1A
Change
Ticket Number: 2792191948690
Bags: 2
SJU-MCO
**John Romero**
Adult
Seat 2D
Change
Ticket Number: 2792191948690
Bags: 2
MCO-LAX

**John Romero**
Adult
Seat 2D
Change
Ticket Number:2792191948690
Bags: 2

# COURTYARD® Marriott

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr John Romero
2301 Pacific Ave
Costa Mesa CA 92627
United States

Room: 0801
Room Type: KSTE
No. of Guests: 1
Rate: $ 120.00  Clerk: 8

Marriott Rewards #   756834271

CRS Number  85204889

Name:

Arrive:  05-16-22   Time:  09:20 PM   Depart: 05-21-22   Folio Number: 695969

| Date | Description | Charges | Credits |
|---|---|---|---|
| 05-16-22 | Package | 120.00 | |
| 05-16-22 | Government Tax | 10.80 | |
| 05-16-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 05-17-22 | COMEDOR- Guest Charge (Breakfast) | 5.16 | |
| 05-17-22 | Package | 120.00 | |
| 05-17-22 | Government Tax | 10.80 | |
| 05-17-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 05-18-22 | Package | 120.00 | |
| 05-18-22 | Government Tax | 10.80 | |
| 05-18-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 05-19-22 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |
| 05-19-22 | Package | 120.00 | |
| 05-19-22 | Government Tax | 10.80 | |
| 05-19-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 05-20-22 | COMEDOR- Guest Charge (Breakfast) | 3.02 | |
| 05-20-22 | Package | 120.00 | |
| 05-20-22 | Government Tax | 10.80 | |
| 05-20-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 05-21-22 | COMEDOR- Guest Charge (Breakfast) | 3.02 | |
| 05-21-22 | Visa Card | | 722.20 |

Card #  XXXXXXXXXXXX1287

COURTYARD<br>
Marriott

Courtyard by Marriott  
San Juan - Miramar

801 Ponce de Leon Ave.  
San Juan, PR. 00907  
T 787.721.7400  
F 787.723.0068

Mr John Romero  
2301 Pacific Ave  
Costa Mesa CA 92627  
United States

Room: 0801  
Room Type: KSTE  
No. of Guests: 1  
Rate: $ 120.00   Clerk: 8

Marriott Rewards #   756834271

CRS Number   85204889

Name:

Arrive:  05-16-22      Time:  09:20 PM      Depart:  05-21-22      Folio Number: 695969

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
|      | Balance     |         | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.