

# Invoice

**Altai Atlantic Consulting LLC**
828 Snowden Hallowell Way, Alexandria VA 22314

**Date:** 05/31/22
**Invoice #:** 01-029

**To:** Office of the Federal Police Monitor of Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
Tel. 787-417-9098

| Fee Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|
| **Total Fees Payable For Services Rendered by Dr. David Levy** | 40.5 | 160 | **$6,480.00** |

## Work Performed in the Continental United States

| Date | Activity Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 5/1/22 | Communication & review re: CMR-6 supervision & recruitment sections | 5.0 | 160 | $800.00 |
| 5/3/22 | Developing samples for CMR-7 1.2 Data request | 3.0 | 160 | $480.00 |
| 5/3/22 | Biweekly call with PRPB & follow-up communication | 1.5 | 160 | $240.00 |
| 5/4/22 | Developing samples for CMR-7 1.2 Data request | 3.5 | 160 | $560.00 |
| 5/4/22 | CMR-6 compliance review call: Use of Force | 1.0 | 160 | $160.00 |
| 5/5/22 | Finalizing CMR-7 1.2 Data request | 6.0 | 160 | $960.00 |
| 5/5/22 | CMR-6 compliance review call: Internal Investigations | 2.0 | 160 | $320.00 |
| 5/6/22 | Communication with Monitors Romero & Youngs re: methodology | 2.0 | 160 | $320.00 |
| 5/9/22 | Monthly call with Monitor Watkins | 0.5 | 160 | $80.00 |
| 5/9/22 | Biweekly team call | 1.0 | 160 | $160.00 |
| 5/11/22 | Clearing out email backlog and general admin | 3.0 | 160 | $480.00 |
| 5/12/22 | Commincation with Monitor Youngs re: Supervision methodology | 1.0 | 160 | $160.00 |
| 5/17/22 | Communication re: IT data request structure, etc. | 1.0 | 160 | $160.00 |
| 5/17/22 | Biweekly call with PRPB & follow-up communication | 2.0 | 160 | $320.00 |
| 5/19/22 | Communication re: outcome assessment; CIT data; and SARP method | 1.5 | 160 | $240.00 |
| 5/20/22 | Compiled SARP investigation compliance targets for Monitor Gosselin | 1.0 | 160 | $160.00 |
| 5/20/22 | Communication with Chief Monitor Romero re: mid-period data request | 0.5 | 160 | $80.00 |
| 5/23/22 | Biweekly team call | 2.0 | 160 | $320.00 |
| 5/31/22 | Call with Monitor Serrano regarding CMR-7 data requests | 1.0 | 160 | $160.00 |
| 5/31/22 | Review of Chief Monitor Romero's additions to UOF mid-period request | 2.0 | 160 | $320.00 |

| | | | | 160 | $0.00 |
|---|---|---|---|---|---|
| | | | | 160 | $0.00 |
| | | | | 160 | $0.00 |
| Total | | | | 40.5 | $6,480.00 |

**Total Fee Payable**   $6,480.00

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

*[signature]*

**Dr. David Levy**

05/31/22
**Date**