# INVOICE

| | | |
|---|---|---|
| **DATE** | **INVOICE NO** | **Denise Rodriguez** |
| 5/31/2022 | #020 | 3003 San Sebastian St. |
| | | Mission, TX 78572 |
| | | drodriguez_PRI@outlook.com |

**INVOICE TO**
Puerto Rico Chief Federal Monitor

**INVOICE PERIOD**
May 31, 2022

## DUTIES AND RESPONSIBILITIES                                      TOTAL DUE $18,078.43

- Conducted monthly one-on-one meetings with each subject matter expert
- Coordinated and conducted weekly Monitoring Executive Team meetings
- Coordinated and conducted biweekly meetings with the Parties
- Reviewed and approved the review of several policies submitted to the Monitor's Office by PRPB as per Paragraph 229 of the Agreement
- Worked with the Data Analyst on the data requests for CMR-7
- Worked with the Administrative Director and the Research Analyst/Administrative Assistant to draft the schedule(s) for the May and June site visit
- Participated in various virtual meetings to discuss the Community/Officer Survey with the Administrative Director, Vendor, and the parties
- Participated in various meetings with the Parties to discuss the PRPB Data Gap Analysis, Use of Force Plan Supervision Plan, IT Needs Assessment, and CIT Evaluation
- Reviewed and provided input on the agenda items and attended the May 253 meeting
- Worked with the Special Master and USDOJ to final agenda topics for the May Status Conference
- Worked with Monitor to draft talking points for meeting with Judge in prep for the May Status Conference
- Worked with the Monitor to draft a condensed summary of PRPB compliance Status for the Judge
- Reviewed the revised documents submitted by PRPB during the month of May
- Reviewed and provided input on the Informative Motion filed by the Monitor's Office
- Created internal file sharing in Dropbox
- Reviewed and provided input to the Subject Matter Experts on their drafts of CMR-6
- Conducted and facilitated several compliance rating review meetings with the Monitoring Team
- Finalized and reviewed the final draft of the CMR-6 Report
- Worked with the Research Analyst to update the Outcome Assessment Work Plan
- Conducted a site visit to PR during the week of May 16th and attended the May Status Conference

| | |
|---|---:|
| Flat Rate Total Wages* | $15,833.33 |
| Travel Expenses | $ 2,245.10 |
| **Total Due** | **$ 18,078.43** |

*The total amount is a flat rate. The total monthly is $15,833.33 for an annualized amount of $190,000.00

_Denise Rodriguez_ (signature)

**Denise Rodriguez, Chief Deputy Monitor**

May 31, 2022
Date

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# Office of the Technical Compliance Advisor Travel Reimbursement Form



**Traveler Name:** Denise Rodriguez
**Travel Dates:** May 16-21, 2022
**Purpose of Travel:** Site visit

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 868.60 | 1 | $ 868.60 |
| Baggage | $ - | 0 | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | $ - | 0 | $ - |
| Ground Transportation (Parking) | $ - | 0 | $ - |
| Ground Transportation (Mileage) | $ 0.56 | 0 | $ - |
| Lodging | $ 141.60 | 5 | $ 708.00 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 4 | $ 460.00 |
| Parking @ airport (days) | $ 6.00 | 6 | $ 36.00 |
| Taxi from hotel to Airport | $ - | 0 | $ - |
| Total | | | $ 2,245.10 |

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

# COURTYARD® Marriott

Courtyard by Marriott  
San Juan - Miramar

801 Ponce de Leon Ave.  
San Juan, PR. 00907  
T 787.721.7400  
F 787.723.0068

Ms Denise Rodriguez  
3003 San Sebastian St  
Mission TX 78572  
United States

Room: 0807  
Room Type: EKNG  
No. of Guests: 1  
Rate: $ 120.00  Clerk: 8

Marriott Rewards #  286891726

CRS Number  94913157

Name:

Arrive:  05-16-22          Time:  05:28 PM          Depart:  05-21-22          Folio Number:  692825

| Date | Description | Charges | Credits |
|---|---|---|---|
| 05-16-22 | Package | 120.00 | |
| 05-16-22 | Government Tax | 10.80 | |
| 05-16-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 05-17-22 | COMEDOR- Guest Charge (Breakfast) | 1.00 | |
| 05-17-22 | Package | 120.00 | |
| 05-17-22 | Government Tax | 10.80 | |
| 05-17-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 05-18-22 | Package | 120.00 | |
| 05-18-22 | Government Tax | 10.80 | |
| 05-18-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 05-19-22 | COMEDOR- Guest Charge (Breakfast) | 1.00 | |
| 05-19-22 | Package | 120.00 | |
| 05-19-22 | Government Tax | 10.80 | |
| 05-19-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 05-20-22 | COMEDOR- Guest Charge (Breakfast) | 2.00 | |
| 05-20-22 | Package | 120.00 | |
| 05-20-22 | Government Tax | 10.80 | |
| 05-20-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 05-21-22 | COMEDOR- Guest Charge (Breakfast) | 2.00 | |
| 05-21-22 | American Express | | 714.00 |

Card #  XXXXXXXXXXX1008

| | |
|---|---|
| **From:** | Denise Rodriguez |
| **To:** | Denise Rodriguez |
| **Subject:** | FW: eTicket Itinerary and Receipt for Confirmation CM3938 |
| **Date:** | Wednesday, April 13, 2022 3:37:04 PM |

Denise Rodriguez
956-279-3097

**From:** United Airlines, Inc. <Receipts@united.com>
**Sent:** Wednesday, April 13, 2022 3:36 PM
**To:** DRODRIGUEZ_PRI@OUTLOOK.COM
**Subject:** eTicket Itinerary and Receipt for Confirmation CM3938

Wed, Apr 13, 2022

## Thank you for choosing United.
A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our Important notices page for the latest updates

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# CM3938

| Flight 1 of 4 UA1044 | Class: United Economy (V) |
|---|---|
| Sun, May 15, 2022 | Sun, May 15, 2022 |
| 07:00 AM | 08:19 AM |
| McAllen, TX, US (MFE) | Houston, TX, US (IAH) |

| Flight 2 of 4 UA1192 | Class: United Economy (V) |
|---|---|
| Sun, May 15, 2022 | Sun, May 15, 2022 |
| 09:48 AM | 03:20 PM |
| Houston, TX, US (IAH) | San Juan, PR, US (SJU) |

| Flight 3 of 4 UA1644 | Class: United Economy (W) |
|---|---|
| Sat, May 21, 2022 | Sat, May 21, 2022 |
| 09:30 AM | 01:23 PM |

San Juan, PR, US (SJU) | Houston, TX, US (IAH)

**Flight 4 of 4 UA6010** | **Class: United Economy (W)**

Sat, May 21, 2022 | Sat, May 21, 2022
**02:40 PM** | **04:03 PM**
Houston, TX, US (IAH) | McAllen, TX, US (MFE)

Flight Operated by Mesa Airlines dba United Express.

## Traveler Details

RODRIGUEZ/DENISE
eTicket number: **0162406192604**              Seats: **MFE-IAH 14F**
Frequent Flyer: **UA-XXXXX985 Premier Silver**              **IAH-SJU 15C**
                                                            **SJU-IAH 14F**
                                                            **IAH-MFE 11A**

## Purchase Summary

Method of payment: **Miscellaneous Document**
Date of purchase: **Wed, Apr 13, 2022**

Airfare: **800.00 USD**
U.S. Transportation Tax: **39.40 USD**
September 11th Security Fee: **11.20 USD**
U.S. Passenger Facility Charge: **18.00 USD**

Total Per Passenger: **868.60 USD**

**Total:** **868.60 USD**

## Payment Info

Remaining value of your previous ticket numbers 0162404112614 was applied to this purchase.

## Carbon Footprint

Your estimated carbon footprint for this trip is **0.61369 tonnes of $CO_2$.**

You can reduce your environmental impact by participating in our CarbonChoice program which supports projects that reduce greenhouse gases. Learn more.

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.
NONREF/0VALUAFTDPT
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

## MileagePlus Accrual Details

Denise Rodriguez

```
Republic Parking System-McAllen Intl Airport
             2500 Bicentennial Blvd
                McAllen, TX 78503

                        A Payment No.00241127
F/C #02                    Ticket No.027961
T/D #03                              ID #14
Cashier              5/16/2022 (Mon)  5:38
Entry Time           5/21/2022 (Sat) 15:54
Paid Time                  5 Days   10:16
Parking Time              Rate B    $36.00
Parking Fee

AMEX        *****************************1008
    Account #                          47956
    Slip #                            591976
    Auth Code                         $36.00
CREDIT CARD AMOUNT                     $0.00
Cash Amount
==================================================
                                      $36.00
Total
              Please drive carefully
                  956-213-8561
==================================================
```