# VIOTA & ASSOCIATES CPA LLC

B5 CALLE TABONUCO, SUITE 216
PMB 292
GUAYNABO, PR 00968-3029

## Invoice

INVOICE NUMBER: 20200899
DATE: MAY 27, 2022

PUERTO RICO POLICE REFORM

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: CONSULTING FEES | | | |
| MAY-09-22 | CONSULTING FEES | Preparation of the application for Section 1101 exemption including compilation of documents and filing. | 8.00 | $125.00 | $1,000.00 |
| MAY-09-22 | CONSULTING FEES | ACH transactions for March Invoices (1 of 2) Deposit Professional Services Withholding | 0.50 | $125.00 | $62.50 |
| MAY-10-22 | CONSULTING FEES | -REVIEW APRIL INVOICES<br>-PS WITHHOLDING CALCULATION<br>-POST INVOICES IN SAGE | 4.50 | $125.00 | $562.50 |
| MAY-11-22 | CONSULTING FEES | General Accounting<br>-Bank Reconciliation April 2022<br>-Post ACH payments in Sage & PR Pay<br>-Bill bank charges 7/1/2021 to 4/30/2022 & Filing Fee exemption | 3.00 | $125.00 | $375.00 |
| MAY-27-22 | CONSULTING FEES | Check deposit at First Bank - April Invoices | 0.50 | $125.00 | $62.50 |
| | | TOTAL: CONSULTING FEES | | | $2,062.50 |
| | | Total hours for this invoice | 16.50 | | |
| | | Total before tax | | | $2,062.50 |
| | | PR SALES TAX (IVU) | | | $0.00 |
| | | Total amount of this invoice | | | $2,062.50 |

| MESSAGE |
|---|
| 6% Withholding on Profesional Services (Waiver Certificate Available Upon Request) |