Al Youngs
5552 West Lakeridge Road
Lakewood, CO 80227

May 1 – May 31, 2022
Invoice No. 35
Member of Federal Monitor Team

| Date | Brief Description | Total Hours |
|---|---|---|
|  | Reviewed and responded to emails and conference calls for the month of May |  |
| 05/02 05/03 05/09 05/11 05/13 05/23 05/26 05/27 05/28 | From Members of the Monitor Team. | 5.0 Hours |
| 05/02 05/03 05/04 05/07 05/11 05/28 | Several meetings and phone calls with Monitor and Deputy Monitor. | 3.0 Hours |
|  | During site visit to Puerto Rico: |  |
| 05/15 | Preparation for Supervision and Management and Recruitment interviews at Monitor's Office |  |
| 05/17 | Attend meeting with Reform Unit |  |
| 05/17 | Meeting with SARP Commander and SARP Command staff |  |
| 05/17 05/19 05/20 | Supervisor and Management Focus Group: Interviews of a random sample of commanders, supervisors and officers to determine whether there is close and effective supervision. Interviewees were also asked questions about their use of EIS and other supervisory tools, supervisory ratios, performance evaluations and training received (Paragraphs 145 and 146) |  |
| 05/18 | Attend training reference CIT with Jorge Castillo, DOJ |  |

| Date | Description | Hours |
|---|---|---|
| 05/19 | Attend meeting with Denise Rodriguez and Jose Vasquez reference Recruitment | |
| 05/19 | Conference preparation meeting | |
| 05/20 | Attend Status Conference | |
| | | 32.0 Hours |
| 05/02 | Comments and review of Paragraph 13, 2018 staffing plan sent to Samantha Rhinerson. | 2.0 Hours |
| 05/11 | Final draft of Recruitment Paragraphs 101-108 completed | 3.5 Hours |
| 05/14 | Final draft of Supervision Paragraphs 135-158 completed | 3.5 Hours |
| 05/21 | Review Interboro Recruitment documents for examiners and steps to complete recruitment | 2.0 Hours |
| 05/24 | Additional review of personnel evaluations completed by Supervisors of their subordinates, review pro media materials. Review DOJ comments reference personnel evaluations | 3.0 Hours |
| 05/27 | Review and draft policy review of Recruitment Policy after review by PRPB and DOJ. | 3.0 Hours |
| 05/28 | Prepare NIBRS materials for Angel Diaz | 3.0 Hours |

**TOTAL HOURS: 60**

Billable Hours:    60 Hours at a Rate of $165.00 Per Hour = $9,900.00

**Total:**          **$9,900.00**

**TOTAL WAGES AND EXPENSE REIMBURSEMENT**          $   12,329.10

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_Alan C. Young_
Signature

05/31/2022
Date



# Office of the Technical Compliance Advisor Travel Reimbursement Form

Enter all required information below to obtain travel reimbursement. If spending did not occur in a category, please enter zeros. Zeros will likely need to be entered for one or more of the ground transportation options. The "Total" column of the table will update based on the information entered into the "Unit Cost" and "Units" columns. To update the "Total" column, click CTRL+A and then F9. Receipts for airfare, lodging, ground transportation, and PCR testing must be submitted with this form. Submit the Travel Reimbursement Form and accompanying receipts to Javier Gonzalez (Javier.benito@me.com) with the Chief Monitor (jrrjjr.romero@gmail.com) and/or his designee copied along with your monthly invoice.

**Traveler Name:** Alan C. You

**Travel Start Date** 05/16/2022  **Travel End Date:** 05/21/2022

**Purpose of Travel:** Puerto Rico

| Travel Reimbursement | | | |
|---|---|---|---|
| | Unit Cost | Units | Total |
| **Airfare** | $ 434.30 | 1 | $434.30 |
| **Airfare** | $654.30 | 1 | $654.30 |
| **Baggage** | | | |
| **Ground Transportation (Uber/Lyft/Taxi)** | $0.00 | 0 | $0.00 |
| **Ground Transportation (Parking)** | $0.00 | 0 | $0.00 |
| **Ground Transportation (Mileage)** | $0.00 | 0 | $0.00 |
| **Lodging** | $141.60 | 5 | $708.00 |
| **Per Diem (Travel Days)** | $86.25 | 2 | $172.50 |
| **Per Diem (Full Days)** | $115.00 | 4 | $460.00 |
| **PCR Testing** | $ 0.00 | 0 | $ 0.00 |
| **Total** | | | **$2,429.10** |

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

Page **1** of 1

A-List   Hi, Alan   17,028 points   **My Account**   **Log out**   Español

**FLIGHT | HOTEL | CAR | VACATIONS**     **SPECIAL OFFERS**     **RAPID REWARDS®**

# Thanks for flying with us!

Price — Payment — Confirmation

**Trip summary**                                                                    Print

---

✈ **Flight**

**CONFIRMATION #**
**3IXNGR**

**MAY 16**
**DEN ✈ SJU**

**FLIGHT TOTAL**
**$434.30**

---

## 5/16 - San Juan

**MAY 16**                                                         Email    Add to calendar
**Denver, CO** *to* **San Juan, PR**

Confirmation # **3IXNGR**

| PASSENGERS | EST. POINTS | EXTRAS | FARE |
|---|---|---|---|
| **Alan Youngs**<br>Rapid Rewards® Acct # 207895671   A-List<br>Add Known Traveler # / Redress #<br>Special Assistance | + 2,400 PTS | — | Wanna Get Away® |

**Transfarency®: Defined**          **Change fees don't fly with us**          **Pack with care**
Low fares. Nothing to hide.          Flexibility for your travel plans.          Guidelines for carryon luggage.

**Departing**  5/16/22 Monday                                       Wanna Get Away®        $400.00
                                                                    (Passenger x1)

✈  **DEPARTS**  **6:55** AM   **DEN**            **FLIGHT**
                               Denver, CO - DEN   **6523**  📶 + 💵

                                                  **SCHEDULED AIRCRAFT**
                                                  Boeing 737-700
                                                  *Subject to change*



| ARRIVES | 12:25 PM | MCO<br>Orlando, FL - MCO | TRAVEL TIME<br>3hr 30min | |
|---|---|---|---|---|

stop 1: Orlando, FL - MCO

| DEPARTS | 5:30 PM | MCO<br>Orlando, FL - MCO | FLIGHT<br>2030<br>SCHEDULED AIRCRAFT<br>Boeing 737-800<br>*Subject to change* | |
|---|---|---|---|---|
| ARRIVES | 8:20 PM | SJU<br>San Juan, PR - SJU | TRAVEL TIME<br>2hr 50min | SUBTOTAL<br>$400.00 |

| | Taxes & fees | $34.30 |
|---|---|---|
| | Flight total | $434.30 |

### Icon legend

- WiFi available
- Live TV available
- Change planes

## Payment summary

| PAYMENT INFORMATION | | | AMOUNT PAID |
|---|---|---|---|
| **Visa 5094**<br>XXXXXXXXXXXX5094<br>Expiration: 6/25 | CARD HOLDER<br>**Alan Youngs** | BILLING ADDRESS<br>**5552 W Lakeridge Rd**<br>**Lakewood, CO US 80227** | $434.30 |

## Total charged

| | SUBTOTAL | $400.00 |
|---|---|---|
| | TAXES & FEES | $34.30 |
| | **TOTAL DOLLARS** | **$434.30** |

Show price breakdown



A-List   Hi, Alan  17,028 points   **My Account**  |  **Log out**   Español

FLIGHT | HOTEL | CAR | VACATIONS     SPECIAL OFFERS     RAPID REWARDS®

# Thanks for flying with us!

Price — Payment — Confirmation

## ✓ Your flight is booked!

We're sending you a confirmation email to the address below. If the email hasn't arrived in 2 minutes, check your junk or spam folder.
alyoun@aol.com

**Trip summary**                                                           🖨 Print

### ✈ Flight

CONFIRMATION #
**4T5PI2**

MAY 21
**SJU ✈ DEN**

FLIGHT TOTAL
$**654.30**



🚗 Add a car
Book now. Pay later!
Book now

🏨 Add a hotel
The perfect stay is moments away

WHERE ARE YOU HEADED?
Denver

CHECK-IN        CHECK-OUT
05/21/2022     05/23/2022

Search ↗

---

## 5/21 - Denver

**100% free inflight entertainment*** — all on your devices.   [Learn more]

*Download the Southwest app to view movies and on-demand content. Inflight messaging only allows access to iMessage and WhatsApp. Apps must be downloaded before the flight.

**MAY 21**
### San Juan, PR *to* Denver, CO

Confirmation # **4T5PI2**

| PASSENGERS | EST. POINTS | EXTRAS | FARE |
|---|---|---|---|
| **Alan Youngs**<br>Rapid Rewards® Acct # 207895671   A-List<br>Add Known Traveler # / Redress # ›<br>Special Assistance › | + 6,200 PTS | — | Anytime |

💲 **Transparency®: Defined**
Low fares. Nothing to hide. ↗

🔄 **Change fees don't fly with us**
Flexibility for your travel plans.

🧳 **Pack with care**
Guidelines for carryon luggage.





# Departing

5/21/22 Saturday

**Anytime** *(Passenger x1)* **$620.00**

DEPARTS **10:05** AM **SJU** San Juan, PR - SJU

FLIGHT **1346**
SCHEDULED AIRCRAFT
Boeing 737-800
*Subject to change*

ARRIVES 1:15 PM MCO Orlando, FL - MCO

TRAVEL TIME **3**hr **10**min

*stop 1: Orlando, FL - MCO*

DEPARTS 3:30 PM MCO Orlando, FL - MCO

FLIGHT **3860**
SCHEDULED AIRCRAFT
Boeing 737-800
*Subject to change*

ARRIVES **5:40** PM **DEN** Denver, CO - DEN

TRAVEL TIME **4**hr **10**min

SUBTOTAL **$620.00**

Taxes & fees $34.30

**Flight total** **$654.30**

**Icon legend**

WiFi available | Live TV available | Change planes

**Helpful Information:**

- Please read the fare rules associated with this purchase.
- When booking with Rapid Rewards® points, your points balance may not immediately update in your account..

**Book your hotel with us and earn up to 10,000 points per night.**

The perfect stay is moments away

WHERE ARE YOU HEADED?
Denver

CHECK-IN
Sat, May 21, 2022

CHECK-OUT
Mon, May 23, 2022

ROOMS 1 | ADULTS 1 | CHILDREN 0

Search

## Payment summary

| PAYMENT INFORMATION | | | AMOUNT PAID |
|---|---|---|---|
|  **Visa 5094**<br>XXXXXXXXXXXX5094<br>Expiration: 6/25 | **CARD HOLDER**<br>Alan Youngs | **BILLING ADDRESS**<br>5552 W Lakeridge Rd<br>Lakewood, CO US 80227 | $**654.30** |

## Total charged

**You're all set for your upcoming trip.**

Get ready to enjoy two bags for the price of none*,
no fees to change your flight**, and some Southwest® love.

*First and second checked bags. Weight and size limits apply. **Fare difference may apply.



| | |
|---|---|
| SUBTOTAL | $620.00 |
| TAXES & FEES | $34.30 |
| **TOTAL DOLLARS** | $**654.30** |

Show price breakdown

## Save up to 30% off
Earn up to 2400 Rapid Rewards® points.

Book now ›

**Before you travel, don't forget:**

Wear personal face coverings    Download mobile boarding passes     Agree to health declaration

COURTYARD  Courtyard by Marriott      801 Ponce de Leon Ave.
Marriott   San Juan - Miramar         San Juan, PR. 00907
                                      T 787.721.7400
                                      F 787.723.0068

Mr Alan Youngs                        Room: 1007
5552 W Lakeridge Rd                   Room Type: EKNG
Lakewood CO 80227                     No. of Guests: 1
United States                         Rate.  $   120.00   Clerk: 9993

Marriott Rewards #   119330892        CRS Number: 72316452

Name:

Arrive:  05-16-22      Time:  09:25 PM      Depart:  05-21-22      Folio Number: 696616

| Date | Description | Charges | Credits |
|---|---|---|---|
| 05-16-22 | The Market - Food | 1.12 | |
| 05-16-22 | SALES TAX- 10.5% State | 0.12 | |
| 05-16-22 | SALES TAX- 1% Municipality | 0.01 | |
| 05-16-22 | The Market - Beverage | 2.02 | |
| 05-16-22 | SALES TAX- 10.5% State | 0.21 | |
| 05-16-22 | SALES TAX- 1% Municipality | 0.02 | |
| 05-16-22 | Package | 120.00 | |
| 05-16-22 | Government Tax | 10.80 | |
| 05-16-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 05-17-22 | COMEDOR- Guest Charge (Breakfast) | 3.02 | |
| 05-17-22 | Package | 120.00 | |
| 05-17-22 | Government Tax | 10.80 | |
| 05-17-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 05-18-22 | Package | 120.00 | |
| 05-18-22 | Government Tax | 10.80 | |
| 05-18-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 05-19-22 | COMEDOR- Guest Charge (Breakfast) | 3.02 | |
| 05-19-22 | Package | 120.00 | |
| 05-19-22 | Government Tax | 10.80 | |
| 05-19-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 05-20-22 | COMEDOR- Guest Charge (Dinner) | 109.21 | |
| 05-20-22 | Package | 120.00 | |
| 05-20-22 | Government Tax | 10.80 | |
| 05-20-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 05-21-22 | Visa Card | | 826.75 |
| | Card # | | |

**COURTYARD**
**Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Alan Youngs
5552 W Lakeridge Rd
Lakewood CO 80227
United States

Marriott Rewards # 119330892

Name:

Room: 1007
Room Type: EKNG
No. of Guests 1
Rate: $ 120.00  Clerk 9993
CRS Number 72316452

Arrive:  05-16-22          Time:  09:25 PM          Depart:  05-21-22          Folio Number:  696616

| Date | Description | Charges | Credits |
|---|---|---|---|
|  | XXXXXXXXXXXX5094 |  |  |
|  | Balance |  | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.