**INVOICE 0087R2 FOR PROFESSIONAL SERVICES; MAY 1, 2022, THROUGH MAY 31, 2022**
**RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC, 13932 SOUTH SPRINGS DR, CLIFTON VA 20124**

TO:   **Federal Monitor**
      **Puerto Rico Police Department Consent Decree**

The invoice for professional services rendered by Crystal Reef LLC (Monitoring Core Team) for May 2022 is detailed as follows:

| Task Performed | US Hours | Dates | PR Hours | Billable Amount |
|---|---|---|---|---|
| On-Site Meetings and Assessments - Puerto Rico Labor Hours | | May 15-20 | 40.00 | $6,600.00 |
| Communications & Coordination - telcons and emails to/from Monitors, PRPB, USDOJ, Special Master, FMPR Logistics and planning for on-site visits, AH Datalytics meetings, coordinate and reconcile schedules and travel planning, review draft orders.  Review 253 minutes and details. | 10.75 | May 3-5,9,11, 12,14,21,22, 23,24,25,26, 27,29,30,31 | | $1,773.75 |
| CMR-6: Review data call, Teleconferences - Coordinate revisions with FPMPR, final quality check of Published Draft Version | 3.25 | May - 6,7,29,30 | | $536.25 |
| CMR-7 Data Request, Review, Reconcile, Align, Verify | 1 | May - 8, | | $165.00 |
| Teleconference Meetings (Bi-Weekly) with Monitors Office and Deputy Monitor. Review PRPB IT Assessment Contracting Strategy directed by the Court. | 3.25 | May - 9,23 | | $536.25 |
| PRPB Use of Force Data Plan - Read, Review | 0.5 | May - 10 | | $82.50 |
| IT Needs/Requirements assessment - review draft from Gartner, exchange recommendations. Review Spreadsheets. Review PRPB feedback to Gartner. | 7.5 | May - 11,13, 14,24,25,26, 29 | | $1,237.50 |
| Teleconference with AH Datalytics, PRPB, FPM, DoJ -- Analytics Meeting | 1.25 | May - 12,14,27 | | $206.25 |
| Joint Stipulation - Review final, parse requirements, set up track | 2.25 | May - 12,14 | | $371.25 |
| CMR-7 document request - review 1.2, reconcile requests CMR-7, 6 and 5 | 5.5 | May - 22,27, 29,30,31 | | $907.50 |
| Complete review of GO - 613 | 0.75 | May - 22 | | $123.75 |
| | | | | |
| Net Hours @ $165/hr. | 36.00 | | 40.00 | $12,540.00 |
| Total Expenses (Air, Hotel, Per Diem, POV miles, Uber Home) | | | | $2,296.37 |
| **Allowable Fee** | | | | $14,836.37 |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

INVOICE PRESENTED BY: _____ : Scott Cragg, Monitoring Core Team

## Office of the TCA - Travel Reimbursement Form

**Traveler Name: Scott Cragg**
**Travel Dates: May 15 - May 20 2022**
**Purpose of Travel: On-Site Monitoring**

### Travel Reimbursement

| Expense | Unit Cost | | Units | Total | |
|---|---|---|---|---|---|
| Airfare | $ | 788.60 | 1 | $ | 788.60 |
| Baggage | $ | - | 0 | $ | - |
| Ground Transportation (Uber/Lyft/Taxi) | $ | 109.94 | 1 | $ | 109.94 |
| Ground Transportation (Parking) | | | 4 | $ | - |
| Ground Transportation (Mileage) | $ | 0.585 | 98 | $ | 57.33 |
| Lodging | $ | 141.60 | 5 | $ | 708.00 |
| Per Diem (Travel Days) | $ | 86.25 | 2 | $ | 172.50 |
| Per Diem (Full Days) | $ | 115.00 | 4 | $ | 460.00 |
| Other: | $ | - | 0 | $ | - |
| Total | | | | $ | 2,296.37 |

Thanks for contacting JetBlue. We appreciate the chance to assist you.
The receipt you requested for reservation HMKKFC is provided below. For more
details about receipt definitions and other helpful information, we recommend visiting
our receipt help page.

ELECTRONIC TICKET RECORD

JETBLUE
COMBINED RECEIPT SUMMARY
***DUPLICATE***

DATE: May 13, 2022

ELECTRONIC TICKET RECORD
PNR:HMKKFC
TKT:2792190222245    ISSUED:09APR22   NAME: CRAGG/SCOTT POMAIALOHA
MR
FOP:VI4060********6833           AMT: USD    469.60

CPN A/L FLT CLS DATE  BRDOFF TIME ST F/B       B/A
1  B6 2133  W  15MAY  MCOSJU 220P  OK WC0ABEY5     NIL
2  B6 1034  U  18MAY  SJUMCO 355P  OK UI7EY5       NIL

ORL B6 SJU250.00WC0ABEY5 B6 ORL160.00UI7EY5 USD410.00END XFM CO
4.5SJU4.5

FARE USD410.00
    39.40US2        11.20AY       9.00XF
TOTAL USD469.60




ELECTRONIC TICKET RECORD
PNR:HMKKFC
TKT:2792190550555    ISSUED:13APR22
NAME: CRAGG/SCOTT POMAIALOHA MR
FOP:ET              AMT: USD    469.60
FOP:VI4060********6833           AMT: USD    90.00

CPN A/L FLT CLS DATE  BRDOFF TIME ST F/B       B/A
1  B6 2133  W  15MAY  MCOSJU 1420 OK WC0ABEY5     NIL
2  B6 1134  W  20MAY  SJUMCO 1811 OK WC0ABEY5     NIL

ORL B6 SJU250.00WC0ABEY5 B6 ORL250.00WC0ABEY5 USD500.00END XFM
CO4.5SJU4.5

FARE USD500.00
    39.40US2        11.20AY       9.00XF
TOTAL USD559.60

ELECTRONIC TICKET RECORD
PNR:HMKKFC
TKT:2792192751810    ISSUED:11MAY22
NAME: CRAGG/SCOTT POMAIALOHA MR
FOP:ET                      AMT: USD      279.80

CPN  A/L FLT CLS DATE  BRDOFF TIME  ST F/B        B/A
 1   B6 2133  W  15MAY  MCOSJU 1420  OK WC0ABEY5     NIL

ORL B6 SJU250.00WC0ABEY5 USD250.00END XFMCO4.5

FARE USD250.00
      19.70US2          5.60AY          4.50XF
TOTAL USD279.80

ORIGINAL ISSUE: 2792190222245        09APR22NIH
ORIGINAL FOP: EFVI4060********6833
EXCH TKT:2792190550555  12

REFUND RECORD                                    Refund
PNR: HMKKFC
RFND NBR:2790521432921
NAME:CRAGG/SCOTT
TICKET REFUNDED: 2792190550555
PARTIAL REFUND: 11MAY22/1957/GK1
FOP:BT8279001186493831          AMT: USD      279.80      FLIGHT #1 559.60
                                                          FLIGHT #2 508.80
ISSUED IN CONNECTION WITH: 2792192751810                  Refund   279.80

REFUNDED                                                  TOTAL   788.60
FARE USD-250.00
     -19.70US2        -4.50XF        -5.60AY
TOTAL USD-279.80
CANCEL PENALTY:WAIVED-02
END OF REPORT

Disclaimer! Taxes/fees/carrier-imposed charges summary

Thanks for reaching out to JetBlue. We look forward to serving you again in the
future.

Sincerely,
JetBlue

restrictions may apply.

**Seat:** 9F

**Notes:** Even More Speed



Get up to 7" more legroom, a fast lane to the TSA checkpoint (select cities), and early boarding—all the better to nab that overhead bin.

**Add Even More Space ▸**

2ⁿᵈ FLIGHT TO DCA

## Payment Details



Visa
XXXXXXXXXXX6833

NONREF                    $479.00

Taxes & fees              $29.80

**Total:**                **$508.80 USD**

Purchase Date: May 11, 2022

Request full receipt



# Plan the rest of your trip with Paisly.

Get deals on cars, stays & activities from the crew you love at JetBlue—all while earning TrueBlue points. Plus, helpful humans are standing by to make your trip totally hassle-free.

**Subject:** JetBlue booking confirmation for SCOTT POMAIALOHA CRAGG - UIWUMG
**Date:** Wednesday, May 11, 2022 at 9:43:01 PM Eastern Daylight Time
**From:** JetBlue Reservations
**To:** spcragg@verizon.net

Check out the details for your trip on Fri, May 20

# jetBlue

TRUEBLUE | #3363415311

## You're all set to jet.

And, your continued loyalty is what keeps us flying high. Thanks again for being a Mosaic member.

Please note: This is not your boarding pass.

**Your JetBlue confirmation code is**

# UIWUMG

## Change made easy.

Switch or cancel flights, add extras like Even More Space or pets, update your seat assignment, TrueBlue & KTN numbers, and other traveler details—all in one place. Stay safe from fraud—use only jetblue.com or the JetBlue app to switch or cancel your flights.

**Manage trip**

You can also manage your trips by downloading our free mobile app.

## Flights

**Subject:** [Business] Your Friday evening trip with Uber
**Date:** Saturday, May 21, 2022 at 10:17:11 AM Eastern Daylight Time
**From:** Uber Receipts
**To:** spcragg@verizon.net

# Uber

Total **$109.94**
May 20, 2022

## Thanks for riding, scott

We're glad to have you as an Uber
Rewards Blue Member.



# Total                              # $109.94

◆ You earned 219 points on this trip

| Trip fare | $96.32 |
|---|---|

| Subtotal | $96.32 |
|---|---|
| Booking Fee ❓ | $8.07 |
| Temporary Fuel Surcharge ❓ | $0.55 |
| DCA Airport Surcharge | $5.00 |

**Payments**

**COURTYARD**®
**Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Scott Cragg
13932 S Springs Dr
Clifton VA 20124
United States

Marriott Rewards #   797225828

Name:

| | |
|---|---|
| Room: | 0507 |
| Room Type: | EKNG |
| No. of Guests: | 1 |
| Rate: $ 120.00 | Clerk: 8 |
| CRS Number | 82662678 |

Arrive:   05-15-22          Time:   05:37 PM          Depart: 05-20-22          Folio Number: 694571

| Date | Description | Charges | Credits |
|---|---|---|---|
| 05-15-22 | Package | 120.00 | |
| 05-15-22 | Government Tax | 10.80 | |
| 05-15-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 05-16-22 | Package | 120.00 | |
| 05-16-22 | Government Tax | 10.80 | |
| 05-16-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 05-17-22 | COMEDOR- Guest Charge (Breakfast) | 2.00 | |
| 05-17-22 | Package | 120.00 | |
| 05-17-22 | Government Tax | 10.80 | |
| 05-17-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 05-18-22 | Package | 120.00 | |
| 05-18-22 | Government Tax | 10.80 | |
| 05-18-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 05-19-22 | COMEDOR- Guest Charge (Breakfast) | 2.00 | |
| 05-19-22 | Package | 120.00 | |
| 05-19-22 | Government Tax | 10.80 | |
| 05-19-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 05-20-22 | Visa Card | | 712.00 |
| | Card # XXXXXXXXXXXX6833 | | |

712.00