**CORREA ACEVEDO & ABESADA LAW OFFICES, PSC**
Centro Internacional de Mercadeo - II
90 Carr. 165 Suite 407
Guaynabo, PRI 00968
USA

June 1, 2022
Invoice # 19784

**United States v. Commonwealth of Puerto Rico**
**Police Reform, Case No. 12-2039 (FAB)**

Professional Services

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/2/2022 | RAA | Review several emails from D. Rodriguez. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review agenda for tomorrow's meeting. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Telephone call from J. Romero. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Telephone call from J. Romero. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Revisions to Staffing and Supervision protocol. Email to D. Rodriguez regarding the same. | 1.60<br>225.00/hr | 360.00 |
| | RAA | Review email from A. Young with staff study from A. Weiss. Telephone call from A. Young regarding the same. | 0.40<br>225.00/hr | 90.00 |
| | RAA | Review staff study from A. Weiss. | 0.50<br>225.00/hr | 112.50 |
| | RAA | Continue review and analysis of PRPB's self-assessment report. | 0.90<br>225.00/hr | 202.50 |
| | RAA | Review emails from D. Rodriguez, L. Saucedo, R. Ruiz, A. Del Carmen, and D. Gosselin. | 0.40<br>225.00/hr | 90.00 |
| 5/3/2022 | RAA | Plan and prepare for biweekly meeting. Appear and attend biweekly meeting. | 1.10<br>225.00/hr | 247.50 |

787-273-8300

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/3/2022 | RAA | Review emails from D. Rodriguez and L. Saucedo. | 0.20 225.00/hr | 45.00 |
|  | RAA | Review emails from S. Rhinerson. | 0.20 225.00/hr | 45.00 |
|  | RAA | Review draft minutes and suggested edits from USDOJ. Email feedback to D. Rodriguez. | 0.30 225.00/hr | 67.50 |
|  | RAA | Review UOF draft from PRPB. Email to D. Rodriguez. | 0.70 225.00/hr | 157.50 |
| 5/4/2022 | RAA | Review edits made by Special Master to minute of proceedings. Email to monitor. | 0.20 225.00/hr | 45.00 |
|  | RAA | Review order granting invoices of special master. | 0.10 225.00/hr | 22.50 |
|  | RAA | Review order granting motion for disbursement of funds. | 0.10 225.00/hr | 22.50 |
|  | RAA | Review and respond to electronic communications from J. Romero and D. Rodriguez. | 0.40 225.00/hr | 90.00 |
|  | RAA | Review and respond to electronic communications with L. Saucedo. | 0.20 225.00/hr | 45.00 |
|  | RAA | Plan and prepare for videocall with Gartner. | 0.30 225.00/hr | 67.50 |
|  | RAA | Appear and attend videocall. | 1.60 225.00/hr | 360.00 |
| 5/5/2022 | RAA | Review motion to restrict filed by PRPB. | 0.10 225.00/hr | 22.50 |
|  | RAA | Review motion in compliance and enclosed supervision and staffing document. Email the same to monitor and special master. | 0.40 225.00/hr | 90.00 |
|  | RAA | Telephone conference from counsel of Fiscal Board. | 0.50 225.00/hr | 112.50 |
| 5/6/2022 | RAA | Review order on motion to restrict. | 0.10 225.00/hr | 22.50 |
|  | RAA | Review order on motion in compliance. | 0.10 225.00/hr | 22.50 |
|  | RAA | Videocall with executive monitor team. | 0.50 225.00/hr | 112.50 |
|  | RAA | Exchange of electronic communications with counsel for fiscal board. | 0.20 225.00/hr | 45.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/6/2022 | RAA | Telephone call and email from J. Romero. | 0.30<br>225.00/hr | 67.50 |
| 5/9/2022 | RAA | Review email and attachments from Gartner. | 0.40<br>225.00/hr | 90.00 |
|  | RAA | Review emails from D. Gosselin, R. Ruiz, S. Rhinerson, D. Rodriguez, and J. Romero. | 0.40<br>225.00/hr | 90.00 |
|  | RAA | Plan and prepare for team meeting. Attend team meeting. | 1.40<br>225.00/hr | 315.00 |
|  | RAA | Telephone call from L. Hidalgo. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Review emails from counsel of USDOJ and PRPB. | 0.20<br>225.00/hr | 45.00 |
| 5/10/2022 | RAA | Telephone calls and emails with counsel for fiscal board and J. Romero. | 0.70<br>225.00/hr | 157.50 |
|  | RAA | Review emails from team members and parties. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Review minute of proceedings. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review and respond to electronic communications from J. Romero and D. Rodriguez. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Telephone call from J. Romero. | 0.10<br>225.00/hr | 22.50 |
| 5/11/2022 | RAA | Review and respond to emails from J. Romero and D. Rodríguez. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Review and respond to emails from S. Rhinerson. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Revisions to cadet regulations and review comments from USDOJ and team. | 0.90<br>225.00/hr | 202.50 |
|  | RAA | Began revisions of CMR-6 draft. | 1.90<br>225.00/hr | 427.50 |
|  | RAA | Exchange of electronic communications with J. Gonzalez. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Review email from L. Saucedo approving invoices. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review and respond to emails from D. Rodriguez. | 0.20<br>225.00/hr | 45.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/11/2022 | RAA | Review and respond to emails from Gartner. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Email to parties with Gartner's contract. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review email and agenda from S. Rhinerson. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review email from A. Young. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review emails from D. Gosselin. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Review email from M. Serrano. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review and analyze federal docket re: budget matters. | 0.40<br>225.00/hr | 90.00 |
| 5/12/2022 | YMT | Prepare and file motion for disbursement of funds. | 0.60<br>150.00/hr | 90.00 |
|  | RAA | Telephone call from J. Romero. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Appear and attend executive team meeting. | 0.50<br>225.00/hr | 112.50 |
|  | RAA | Review emails from S. Rhinerson and D. Rodriguez. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Review emails related to community survey. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Revisions to CMR-6. | 6.80<br>225.00/hr | 1,530.00 |
| 5/13/2022 | RAA | Review and respond to electronic communication from J. Romero. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Continue revisions of CMR-6. | 6.70<br>225.00/hr | 1,507.50 |
|  | RAA | Exchange of electronic communications with J. Romero, D. Rodriguez, and S. Rhinerson. | 0.30<br>225.00/hr | 67.50 |
|  | SL | Assist in revisions to CMR-6. | 2.00<br>90.00/hr | 180.00 |
|  | SL | Assist in preparation of meetings today. | 1.00<br>90.00/hr | 90.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/14/2022 | RAA | Review emails from S. Rhinerson, J. Romero, and D. Rodriguez. | 0.30 225.00/hr | 67.50 |
| | RAA | Further revisions to CMR-6. | 2.90 225.00/hr | 652.50 |
| 5/15/2022 | RAA | Review and respond to emails from S. Rhinerson, D. Rodriguez and J. Romero. | 0.20 225.00/hr | 45.00 |
| | RAA | Revise updated CMR-6 draft and executive summary. Email to S. Rhinerson. | 4.40 225.00/hr | 990.00 |
| | RAA | Review and respond to electronic communications from J. Romero. | 0.20 225.00/hr | 45.00 |
| 5/16/2022 | RAA | Electronic communications and calls with counsel of FOMB. | 0.40 225.00/hr | 90.00 |
| | RAA | Review and respond to email from L. Saucedo. | 0.10 225.00/hr | 22.50 |
| | RAA | Telephone calls and emails with L. Hidalgo. | 0.50 225.00/hr | 112.50 |
| | RAA | Prepare memorandum re: CMR-6. | 0.30 225.00/hr | 67.50 |
| | RAA | Email memorandum and CMR-6 to parties. | 0.10 225.00/hr | 22.50 |
| | RAA | Email CMR-6 to judge. | 0.10 225.00/hr | 22.50 |
| | RAA | Review email from D. Rodriguez. | 0.10 225.00/hr | 22.50 |
| | RAA | Review email from R. Trabaco. | 0.10 225.00/hr | 22.50 |
| | RAA | Plan and prepare for videocall with PRPB's counsel. | 0.40 225.00/hr | 90.00 |
| | RAA | Appear and attend videocall. | 1.00 225.00/hr | 225.00 |
| | RAA | Review PRPB's motion for order and exhibits. | 0.20 225.00/hr | 45.00 |
| | RAA | Review order granting motion. | 0.10 225.00/hr | 22.50 |
| | RAA | Email to J. Romero with copy of motion. | 0.10 225.00/hr | 22.50 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/16/2022 | RAA | Revisions to Gartner contract. | 1.90<br>225.00/hr | 427.50 |
|  | RAA | Email to monitor with contract revisions. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Email to USDOJ and PRPB. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review motion to restrict. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review motion submitting certified translation. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review certified translation of self-assessment report. | 0.40<br>225.00/hr | 90.00 |
| 5/17/2022 | RAA | Telephone call from J. Romero. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Review and respond to electronic communications from D. Rodriguez and J. Romero. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Review and respond to electronic communications from counsel of FOMB. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Telephone call from counsel of FOMB. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Plan and prepare for meetings today with the monitor. Appear and attend morning and afternoon meetings with the monitor. | 5.90<br>225.00/hr | 1,327.50 |
|  | RAA | Review and respond to email from Gartner's counsel. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Exchange of emails with team regarding Gartner contract. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Review order on motion to restrict. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review order on motion submitting. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review comments to Gartner contract by L. Hidalgo. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Incorporate comments to draft revisions of Gartner contract. Further revisions to contract. Email the same to USDOJ and PRPB. | 1.20<br>225.00/hr | 270.00 |
| 5/18/2022 | RAA | Review emails from S. Cragg. | 0.30<br>225.00/hr | 67.50 |

|            |     |                                                                                                      | Hrs/Rate        | Amount |
|------------|-----|------------------------------------------------------------------------------------------------------|-----------------|--------|
| 5/18/2022  | RAA | Email to counsel for Gartner.                                                                        | 0.10 225.00/hr  | 22.50  |
|            | RAA | Attend conferences calls from counsel of FOMB.                                                       | 0.60 225.00/hr  | 135.00 |
|            | RAA | Preparation for meetings tomorrow.                                                                   | 1.80 225.00/hr  | 405.00 |
| 5/19/2022  | RAA | Further preparation prior to meetings today.                                                         | 0.90 225.00/hr  | 202.50 |
|            | RAA | Various calls from J. Romero.                                                                        | 0.40 225.00/hr  | 90.00  |
|            | RAA | Conferences with monitor in preparation for meetings today.                                          | 1.30 225.00/hr  | 292.50 |
|            | RAA | Meeting with USDOJ and PRPB to discuss budget. Postmeeting conferences with monitor.                 | 1.40 225.00/hr  | 315.00 |
|            | RAA | Conference with L.Hidalgo prior to meeting with judge.                                               | 0.40 225.00/hr  | 90.00  |
|            | RAA | Meeting with special master, monitor and judge.                                                      | 2.60 225.00/hr  | 585.00 |
|            | RAA | Appear and attend preparation meeting with parties.                                                  | 1.50 225.00/hr  | 337.50 |
|            | RAA | Review and respond to emails from Gartner.                                                           | 0.20 225.00/hr  | 45.00  |
|            | RAA | Review emails from Gartner and PRPB.                                                                 | 0.10 225.00/hr  | 22.50  |
|            | RAA | Telephone call from J. Romero.                                                                       | 0.20 225.00/hr  | 45.00  |
|            | RAA | Telephone call from J. Gonzalez.                                                                     | 0.20 225.00/hr  | 45.00  |
|            | SL  | Assist in preparation of hearing tomorrow.                                                           | 1.00 90.00/hr   | 90.00  |
| 5/20/2022  | RAA | Telephone call from J. Gonzalez.                                                                     | 0.10 225.00/hr  | 22.50  |
|            | RAA | Review email from J. Gonzalez and R. Ruiz with corrected invoices to prepare motion to amend and correct. | 0.10 225.00/hr | 22.50  |
|            | RAA | Review email from O. Flaquer.                                                                        | 0.10 225.00/hr  | 22.50  |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/20/2022 | RAA | Plan and prepare for hearing. | 1.70 225.00/hr | 382.50 |
|  | RAA | Revise motion to amend and correct. Call with J. Gonzalez. | 0.20 225.00/hr | 45.00 |
|  | RAA | Appear and attend hearing. Posthearing conference with monitor and team. | 6.20 225.00/hr | 1,395.00 |
|  | YMT | Prepare and file motion to amend the motion for disbursement of funds. | 0.60 150.00/hr | 90.00 |
| 5/21/2022 | RAA | Telephone calls from J. Romero. | 0.30 225.00/hr | 67.50 |
| 5/22/2022 | RAA | Review emails from L. Hidalgo and D. Rodriguez. | 0.20 225.00/hr | 45.00 |
|  | RAA | Review email and regulation from J. Vazquez. | 0.10 225.00/hr | 22.50 |
|  | RAA | Telephone calls from J. Romero. | 0.30 225.00/hr | 67.50 |
| 5/23/2022 | RAA | Plan and prepare for videoconference meetings today. | 0.80 225.00/hr | 180.00 |
|  | RAA | Appear and attend videoconference meeting with USDOJ and PRPB. | 1.00 225.00/hr | 225.00 |
|  | RAA | Appear and attend team meeting. | 2.00 225.00/hr | 450.00 |
|  | RAA | Review analysis of regulation made by L. Hidalgo and A. Young. | 0.40 225.00/hr | 90.00 |
|  | RAA | Telephone calls from J. Romero. | 0.30 225.00/hr | 67.50 |
|  | RAA | Review emails from D. Rodriguez. | 0.40 225.00/hr | 90.00 |
|  | RAA | Review order re: Special Master. | 0.10 225.00/hr | 22.50 |
|  | RAA | Review and analyze order re: Budget and expenses. | 0.30 225.00/hr | 67.50 |
|  | RAA | Email monitor orders received. | 0.10 225.00/hr | 22.50 |
|  | RAA | Review record of the case. Preparation of informative motion regarding Court order. | 1.40 225.00/hr | 315.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/23/2022 | RAA | Telephone conferences from J. Romero and D. Rodriguez and emails regarding draft informative motion. | 0.50<br>225.00/hr | 112.50 |
| | RAA | Revise informative motion and electronically file it. | 0.40<br>225.00/hr | 90.00 |
| | RAA | Email motion to monitor. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email from L. Saucedo with attachment. | 0.20<br>225.00/hr | 45.00 |
| 5/24/2022 | RAA | Review and respond to email regarding 253 meeting agenda items. Review agenda. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review email from J. Vázquez and attachments. | 0.40<br>225.00/hr | 90.00 |
| | RAA | Review order on informative motion. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Telephone call from J. Romero. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review emails from D. Rodriguez. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review email from counsel of PRPB. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email from J. Gonzalez. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review emails from L. Saucedo. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review emails from Special Master. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review and respond to email from S. Cragg. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review emails from D. Rodriguez and J. Romero. | 0.20<br>225.00/hr | 45.00 |
| | YMT | Review and analyze the Act No. 20 of April 10, 2017, Act 65-2021 and the Regulation to Establish the Rules and Procedures for the Recruitment of Members of the Puerto Rico Police Bureau in order to determine if the Proposed Regulation complies with those acts.<br><br>Research regarding delegated authority to the administrative agencies and the criteria for the validity of administrative regulation | 5.60<br>150.00/hr | 840.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/25/2022 | RAA | Review email from D. Rodriguez with draft memo. Review email from J. Romero with corrections to memo. Revisions to memo. Email it to J. Romero and D. Rodriguez. | 0.70 225.00/hr | 157.50 |
|  | RAA | Review and respond to email from D. Rodriguez. | 0.20 225.00/hr | 45.00 |
|  | RAA | Revise new updated version of memo. | 0.30 225.00/hr | 67.50 |
|  | RAA | Review CMR-6 compliance status summary for judge. | 1.80 225.00/hr | 405.00 |
|  | RAA | Review and respond to electronic communication from J. Romero. | 0.10 225.00/hr | 22.50 |
|  | RAA | Review order granting motion for disbursement of funds. | 0.10 225.00/hr | 22.50 |
|  | RAA | Electronic communication to J. Gonzalez. | 0.10 225.00/hr | 22.50 |
|  | RAA | Attend videoconference with J. Romero and D. Rodriguez. | 0.50 225.00/hr | 112.50 |
|  | RAA | Review emails regarding SOW of Gartner contract. Response to emails. | 0.30 225.00/hr | 67.50 |
|  | YMT | Draft: Memorandum of law to discuss and summarize Act No. 20-2017 and Act 65-2021. Determined if the Proposed Regulation complies with those acts. | 3.30 150.00/hr | 495.00 |
|  | YMT | Conference with Roberto Abesada to discuss the preliminary draft of the Memorandum of law. | 0.10 150.00/hr | 15.00 |
| 5/26/2022 | RAA | Review emails from S. Cragg, J. Romero, and D. Rodriguez. | 0.30 225.00/hr | 67.50 |
|  | RAA | Review and respond to email from J. Vazquez. | 0.20 225.00/hr | 45.00 |
|  | RAA | Plan and prepare for 253 meeting. | 0.40 225.00/hr | 90.00 |
|  | RAA | Attend 253 meeting. | 1.00 225.00/hr | 225.00 |
|  | RAA | Telephone call with D. Rodriguez. | 0.30 225.00/hr | 67.50 |
|  | RAA | Telephone call from J. Romero. | 0.20 225.00/hr | 45.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/26/2022 | RAA | Attend team videoconference. | 0.40 225.00/hr | 90.00 |
|  | RAA | Review NIBRS meeting notes prior to production. Exchange of electronic communications with D. Rodriguez and J. Romero. | 0.30 225.00/hr | 67.50 |
|  | RAA | Review email from S. Rhinerson. | 0.10 225.00/hr | 22.50 |
|  | RAA | Review emails from PRPB and USDOJ. | 0.20 225.00/hr | 45.00 |
|  | RAA | Preliminary revisions to Act 65 and regulation analysis. Conference with associate. | 0.50 225.00/hr | 112.50 |
|  | RAA | Email to team regarding preliminary findings of Act 65 and regulation. | 0.20 225.00/hr | 45.00 |
|  | RAA | Review emails from Gartner, PRPB and J. Romero. | 0.30 225.00/hr | 67.50 |
|  | RAA | Review and respond to email from J. Romero. | 0.10 225.00/hr | 22.50 |
|  | RAA | Review email from S. Cragg. | 0.10 225.00/hr | 22.50 |
|  | SL | Legal research for memorandum to parties. | 1.00 90.00/hr | 90.00 |
|  | YMT | Review and analyze the legislative process of House Bill 578 (Act 65-2021) regarding the 18 years old minimum requirement purpose. | 3.90 150.00/hr | 585.00 |
|  |  | Finished: Memorandum of law to discuss and summarize Act No. 20-2017 and Act 65-2021. Determined if the Proposed Regulation complies with those acts. |  |  |
| 5/27/2022 | RAA | Various emails and calls with J. Romero. | 0.40 225.00/hr | 90.00 |
|  | RAA | Revisions to memorandum to parties regarding Act 65 and proposed regulation.  Email the same to monitors. | 1.30 225.00/hr | 292.50 |
|  | RAA | Telephone call from J. Romero. | 0.20 225.00/hr | 45.00 |
|  | RAA | Further revisions to memorandum. | 0.40 225.00/hr | 90.00 |
|  | RAA | Review and respond to email from Gartner. | 0.20 225.00/hr | 45.00 |
|  | RAA | Telephone call from J. Romero. | 0.30 225.00/hr | 67.50 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/29/2022 | RAA | Review and respond to electronic communications from monitor. | 0.30 225.00/hr | 67.50 |
|  | RAA | Review emails from PRPB and enclosure re: Gartner. | 0.20 225.00/hr | 45.00 |
|  | RAA | Review emails from S. Cragg, J. Romero, and D. Gosselin. Respond to emails. | 0.30 225.00/hr | 67.50 |
| 5/30/2022 | RAA | Review and analyze comments by T. Petrowski to memorandum. Reply to T. Petrowski. Review email from J. Romero regarding the same. | 0.40 225.00/hr | 90.00 |
|  | RAA | Review and analyze comments by counsel to PRPB to memorandum. Prepare revisions to memorandum to include feedback from Special Master and PRPB. Reply to counsel with new revised version. | 1.80 225.00/hr | 405.00 |
|  | RAA | Telephone call from J. Romero. | 0.20 225.00/hr | 45.00 |
|  | RAA | Telephone conference from L. Saucedo and J. Romero. | 0.40 225.00/hr | 90.00 |
|  | RAA | Review email from L. Saucedo on memorandum. | 0.10 225.00/hr | 22.50 |
|  | RAA | Review transcript requests made by both parties and orders granting the same. | 0.10 225.00/hr | 22.50 |
| 5/31/2022 | RAA | Review and respond to email from D. Rodriguez. | 0.10 225.00/hr | 22.50 |
|  | RAA | Review email from L. Saucedo with edited legal memorandum. | 0.10 225.00/hr | 22.50 |
|  | RAA | Review and analyze edited legal memorandum. Email response to L. Saucedo. | 0.50 225.00/hr | 112.50 |
|  | RAA | Review emails exchanged between Special Master, Court, and the parties. | 0.20 225.00/hr | 45.00 |
|  | RAA | Emails and calls with J. Romero and D. Rodriguez. | 0.30 225.00/hr | 67.50 |
|  | RAA | Emails to schedule videocall to discuss latest legal memorandum draft. | 0.20 225.00/hr | 45.00 |
|  | RAA | Review email from L. Saucedo. | 0.10 225.00/hr | 22.50 |
|  | RAA | Appear and attend videocall with parties. | 0.50 225.00/hr | 112.50 |
|  | RAA | Review email from counsel of PRPB. | 0.10 225.00/hr | 22.50 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 5/31/2022 | RAA | Review emails from L. Saucedo and A. Del Carmen. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Prepare motion to restrict. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Prepare motion in compliance with order. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Review email from J. Vazquez with revisions to memorandum. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review revisions to memorandum. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Email to J. Vazquez accepting changes and recommending footnote. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Editing and revisions to legal memorandum. Email to the parties. | 0.40<br>225.00/hr | 90.00 |
|  | RAA | Review email from L. Saucedo. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review email from PRPB approving memorandum. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Finalize motions and memorandum and electronically file the same. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Review email from J. Kacher from Gartner. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review multiple emails from L. Saucedo, J. Vázquez, A. Del Carmen, and G. Penagarícano. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Review email from J. Gonzalez. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Email to counsel following up on Gartner contract. | 0.10<br>225.00/hr | 22.50 |
|  |  | **For professional services rendered** | 130.40 | $27,607.50 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Roberto Abesada Agüet | 111.30 | 225.00 | $25,042.50 |
| Stephanie Leon | 5.00 | 90.00 | $450.00 |
| Yesenia Medina Torres | 14.10 | 150.00 | $2,115.00 |

*[signature]*

WE HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN OUR CAPACITY AS THE FIRM SERVING AS GENERAL COUNSEL OF THE FEDERAL MONITOR'S OFFICE. WE FURTHER CERTIFY THAT WE HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH OF PUERTO RICO, OR ANY OF ITS DEPARTMENTS, MUNICIPALITIES OR AGENCIES.