

# INVOICE

22 Chalets de Santa Maria
San Juan, P.R. 00927
(787) 940-3090

**DATE:** 5/31/2022
**INVOICE #** 202205
**FOR:** FPMPR/TCA

**BILL TO:**
**Office of the FPMPR, LLC**
VIG Tower, PH 924
1225 Ponce de Leon Avenue
San Juan, P.R. 00907

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Zoom calls/Team meetings: | 3.50 | $160.00 | $ 560.00 |
| emails-texts/phone calls: John, Denise, Dave, Sam, Hidalgo, Javi | 3.50 | $160.00 | $ 560.00 |
| CMR6 Compliance discussions | 2.00 | $160.00 | $320.00 |
| 05/10/20221: Community Stakeholders/Contact Spreadsheet doc. Prepared for team sharing | 1.00 | $160.00 | $160.00 |
| 05/12/2022: CMR7 data request in prep. for meeting with PRPB (evidence/docs.,listings requests). | 1.00 | $160.00 | $160.00 |
| 05/16/2022: Additional data request CMR7 Document Production 5/17 meeting | 0.50 | $160.00 | $ 80.00 |
| 5/17/2022: PRPB meeting/interviews/hdq Press Office meeting | 8.00 | $160.00 | $ 1,280.00 |
| 05/18/2022: Field Arecibo-Interviews | 9.00 | $160.00 | $ 1,440.00 |
| 05/19/2022: FPMPR: PRPB Interviews | 8.00 | $160.00 | $ 1,280.00 |
| 05/20/2022: FPMPR: PRPB Interviws a.m./Status Conference OSJ p.m. | 8.00 | $160.00 | $ 1,280.00 |
| 05/23/2022: July's site visit interview Info.search/selection: Aguadilla Facilitators, District/Precinct & email to parties | 0.50 | $160.00 | $ 80.00 |
| 05/26/2022: CMR7 Interview selections Listings 1.61, 1.65 and 1.67 & detailed explanation/clarifications | 2.50 | $160.00 | $ 400.00 |
| 05/31/2022: Interview global list review for discussion w/ Denise-sampling Clarification- crosschecked with methodology-method and data source for 1.61, 1.67 amd 1.65. (annotated concerns for indicators as to 1.67). | 1.50 | $160.00 | $ 240.00 |
| 05/31/2022: meeting with community contactMs. Marta Diaz, Javi, Luis, Claudia + closing discussion. | 1.50 | $160.00 | $ 240.00 |
| | | | |
| Sum | 50.50 | | $ 8,080.00 |
| | | | $   - |
| | | **TOTAL** | **$8,080.00** |

**I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor.  I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities, or agencies.**


Merangelie Serrano-Rios