# Luis G. Hidalgo

314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo.ramirez@outlook.com

June 1, 2022

Office of the Technical Compliance Advisor
VIG Tower, Penthouse
1225 Ponce de León Ave
San Juan, PR 00907

INVOICE LGH 2022-05
ASSOCIATE FEDERAL MONITOR
FLAT RATE TOTAL WAGES DUE – May 1-31, 2022

|  |  |
|---|---|
| FLAT RATE | $11,500.00 |
| **Total Due** | **$11,500.00** |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as Associate Federal Monitor. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

The detailed description of the billable hours is in the ensuing page(s).

_____
Luis G. Hidalgo

# Luis G. Hidalgo

314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo.ramirez@outlook.com

## Duties and Responsibilities as Associate Federal Monitor

Generated, received, reviewed, and responded to emails/texts/telephone calls (May 1-31) from members of the Monitor Team.

Generated, received, reviewed, and responded to emails/texts/telephone calls (May 1-31) from the PRPB Reform Unit, Department of Public Safety, Office of the Counsel to the Governor, and/or the Office of Management and Budget.

Participated in various Zoom/Microsoft Teams meetings with the Monitor Team, Special Master Team, United States Department of Justice, Department of Public Safety, Puerto Rico Police Bureau, and/or the Office of the Counsel to the Governor.

Participated in the May 253 Meeting.

Monitored media coverage of issues of relevance to the Monitor Team.

Coordinated or assisted in the coordination and/or re-scheduling of meetings with various units and offices of the PRPB, Counsels to the Commonwealth, and the Office of Management and Budget.

Assisted in the drafting, review and revision of various documents prepared by the Monitor Team.

Review and comment on laws and/or information provided in relation to these, which may impact PRPB's compliance with the Agreement; most particularly, the Police Reform Budget for FYs 2022, 2021, 2020, 2019, and 2018, and Act 20-2017, as amended (particularly by Act 65-2021).

Represented the Monitor Team at meetings with the Director of the Reform Unit, and with other units or offices within the PRPB.

Assisted members of the Monitor Team re: coordination of meetings, and other matters.

Served as liaison between the Department of Public Safety, PRPB, Office of the Governor, Office of Management and Budget, General Services Administration, and the Monitor Team.

Provided presence at the Monitor's Office to meet with general public, and/or community leaders, and/or answer calls to that effect.

Assisted in the coordination of the Chief Monitor's calendar, including conference calls and in person meetings, regarding site visits in Puerto Rico.

Participated in the monitoring of the demonstrations at La Fortaleza on May 1st, along with the Chief Monitor and other members of the Monitor's Team.

Initiated the coordination of the first Community Roundtable to be held in July by the Office of the Monitor, along with other members of the Monitor's Team.

## Site Visit to Puerto Rico by the Chief Monitor and members of the Monitor Team - May 17 to 20, 2022

Assissted meeting with the Honorable Judge Besosa, members of the Monitor Team and the Special Master in preparation for the Status Conference.

Assisted to the Status Conference on May 20, 2022.