# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@outlook.com | 550 Amsonia Circle
Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2022-05
**DATE:** May 31, 2022

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 5/02/2022 | 2.0 hours of CMR-6 edits | 2.0 | $50.00 | $100.00 |
| 5/03/2022 | 2.5 hours of CMR-6 edits and travel planning | 2.5 | $50.00 | $125.00 |
| 5/04/2022 | 7.0 hours of travel planning and CMR-6 edits and calls | 7.0 | $50.00 | $350.00 |
| 5/05/2022 | 4.5 hours of CMR-6 edits and calls and travel planning | 4.5 | $50.00 | $225.00 |
| 5/6/2022 | 2.5 hours of CMR-6 edits and call | 2.5 | $50.00 | $125.00 |

**AMOUNT DUE**     **SEE FOURTH PAGE**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@outlook.com | 550 Amsonia Circle
Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2022-05
**DATE:** May 31, 2022

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- | --- |
| 5/8/2022 | 3.5 hours of CMR-6 edits | 3.5 | $50.00 | $175.00 |
| 5/9/2022 | 4.0 hours of CMR-6 editing and team calls | 4.0 | $50.00 | $200.00 |
| 5/11/2022 | 2.5 hours of CMR-6 edits and training compliance | 2.5 | $50.00 | $125.00 |
| 5/12/2022 | 1.0 hour of check-in call and CMR-6 | 1.0 | $50.00 | $50.00 |
| 5/13/2022 | 3.5 hours of CMR-6 edits and travel planning | 3.5 | $50.00 | $175.00 |

**AMOUNT DUE**     SEE FOURTH PAGE

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@outlook.com | 550 Amsonia Circle
Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2022-05
**DATE:** May 31, 2022

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 5/14/2022 | 4.5 hours of CMR-6 edits and travel planning | 4.5 | $50.00 | $225.00 |
| 5/15/2022 | 3.0 hours of CMR-6 edits and travel planning | 3.5 | $50.00 | $175.00 |
| 5/20/2022 | 2.5 hours of travel planning and template | 2.5 | $50.00 | $125.00 |
| 5/23/2022 | 1.0 hour of template development | 1.0 | $50.00 | $50.00 |
| 5/24/2022 | 1.0 hour meeting planning and status update | 1.0 | $50.00 | $50.00 |

**AMOUNT DUE**     **SEE FOURTH PAGE**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@outlook.com | 550 Amsonia Circle
Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2022-05
**DATE:** May 31, 2022

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 5/25/2022 | 4.5 hours of status update and outcome assessments | 4.5 | $50.00 | $225.00 |
| 5/29/2022 | 1.5 hour of travel planning and training compliance | 1.5 | $50.00 | $75.00 |
| 5/31/2022 | 0.5 hour of CMR-6 comment compilation | 0.5 | $50.00 | $25.00 |

**AMOUNT DUE**     $2,600.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.