**Office of the FPMPR LLC**

VIG Tower, PH – 924

1225 Ave. Juan Ponce de Leon

San Juan, PR 00907
**Name:** Claudia Cámara-León
**Supervisor:** Javier Gonzales, Esq.

## Work Timesheet (May 2022)

| Date | Task | Total Hours |
|---|---|---:|
| **May 3, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 4.0 |
| **May 5, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 4.0 |
| **May 6, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| **May 10, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 4.0 |
| **May 12, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 4.0 |
| **May 13, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| **May 17, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. Helping team in office. | 4.0 |
| **May 18, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. Prepping for newsletter. | 7.0 |
| **May 19, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. Helping team in office. | 7.0 |

| Date | Task | Total Hours |
|---|---|---|
| **May 31, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. Worked on newsletter. | 7.0 |

## Total, 55 hours for $20 = $1,100

I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Signature,
Claudia S. Cámara León

*[signature]*

_____