# Manuel A. Arroyo Rivera

P.o Box 8925 Santurce Puerto Rico 00910    Cel 787-364-8925

Email marroyorivera20@gmail.com

Invoice  Month May 2022                                                                                  Invoice #020

Federal Police Monitor   San Juan, PR

| Date | description | Hour | Rate | Amount |
|---|---|---|---|---|
| May 1  2022 | employee day march in fortress | 6 | $20 | $120.00 |
| May  2  2022 | take to the airport office staff | 3 | $20 | $60.00 |
| May 6  2022 | fetch document from federal court and take it to accountant | 2 | $20 | $40.00 |
| May 14 2022 | pick up a staff member from the office at the airport and take him to the hotel | 2 | $20 | $40.00 |
| May 15 2022 | pick up a staff member from the office at the airport and take him to the hotel | 2 | $20 | $40.00 |
| May 16 2022 | pick up the monitor and take it to different meetings of the day | 14 | $20 | $280.00 |
| May 17 2022 | pick up the monitor and take it to different meetings of the day | 10 | $20 | $200.00 |
| May 18 2022 | pick up the monitor and take it to different meetings of the day | 16 | $20 | $320.00 |
| May 19 2022 | pick up the monitor and take it to different meetings of the day | 10 | $20 | $200.00 |
| May 20 2022 | pick up the monitor and take it to different meetings of the day | 11 | $20 | $220.00 |
| May 21 2022 | pick up the staff at different times and take them to the airport | 12 | $20 | $240.00 |
| May 27 2022 | fetch document from federal court and take it to accountant | 2 | $20 | $40.00 |
|  |  | 90 | $20 | $1800.00 |
|  |  |  |  |  |