Hipolito Castro Jr
64 Mustang Drive
Monroe, CT 06468

INVOICE #PR005-2022
DATE: May 31, 2022

**Dates of service: May 1 – May 31, 2022**          **TOTAL** $10,699.13

**The following is a detailed statement of the hours worked:**

-Monthly monitor's meetings.  **4.5 hrs**.
-Monitor's meeting with team members. CMR-6 discussions. **3.5 hrs**.
-Discussion for supervision, promotion and training sections for CMR-6 report. **3.5 hrs**.
-Supervision summaries and reviewing of section. **3 hrs**.
-Phone calls and emails.     **3.5 hrs**.

05/01/2022

-Attended demonstration at Old San Juan. **8 hrs**.

Travel:

05/16/2022

-Departed and arrived at hotel.

05/17/2022

-Meeting with Reform PRPB H.Q. **2 hrs**.
-Meeting with SARP Commander and Command Staff. PRPB H.Q. **2 hrs**.
-Supervision and Management interviews. Monitor's Office. **4 hrs**.

05/18/2022

-Field visit Arecibo. **8 hrs**.

05/19/2022

-Supervision and Management Interviews. Monitor's Office. **4 hrs**.
-Status Conference Preparation Meeting. Federal Court Old San Juan. **2 hrs**.
-Status Conference Prep with Parties. **2 hrs**.

05/20/2022

-Supervision and Management Interviews. Monitor's Office. **3 hrs.**
-Status Conference. Federal Court Old San Juan. **5 hrs.**

05/21/2022

Departed Puerto Rico.

Expenses are due to travel: **$1,999.13**

**Billable Hours:** 58 HOURS, at rate of $150 per hour = **$8,700.00**

I hereby certify that the amount billed in this invoice is true and correct and corresponds to the number of hours worked in my capacity as support staff to the Federal Monitor's Office. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Hipolito Castro Jr                                                                 Date: May 31, 2022

# Office of the TCA - Travel Reimbursement Form

Traveler Name: Hipolito Castro Jr
Travel days Every One: May 16, 2022 to May 21, 2022
Purpose of Travel: On-Site Site visit

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 389.60 | 1 | $ 389.60 |
| Baggage | $ 30.00 | 2 | $ 60.00 |
| Ground Transportation (Uber/Lyft/Taxi) | $ 22.00 | 1 | $ 22.00 |
| Ground Transportation (Parking) | $ 100.00 | 1 | $ 100.00 |
| Ground Transportation (Mileage) | 0.58.5 | 114 | $ 66.69 |
| Lodging | $ 141.60 | 5 | $ 708.00 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 4 | $ 460.00 |
| tolls | $ 10.17 | 2 | $ 20.34 |
| Total | | | $ 1,999.13 |

## Flights

| | | | |
|---|---|---|---|
| **JFK** New York, NY  Terminal: 5 | ▸ | **SJU** San Juan, PR | Date: Mon, May 16  Departs: 11:45pm  Arrives: 3:30am  Flight: 2103 |

jetBlue

| | | | |
|---|---|---|---|
| **SJU** San Juan, PR  Terminal: A | ▸ | **JFK** New York, NY | Date: Sat, May 21  Departs: 5:03am  Arrives: 9:00am  Flight: 2204 |

jetBlue

**If your booking was made at least 7 days in advance:** You may cancel it within 24 hours for a full refund to your original form of payment, without a cancellation fee.

**JetBlue Change/Cancel Policy:** There is no fee to change (or cancel) Blue, Blue Extra, Blue Plus or Mint fares. Blue Basic fares booked Jun 8 2021 - Aug 24 2021 and after Nov 1 2021 are subject to a change/cancel fee of $100 for travel wholly within the U.S., Caribbean, Mexico or Central America, or $200 for all other routes. There are no change/cancel fees for Blue Basic fares booked before Jun 8 2021 or between Aug 25 2021 - Oct 31 2021.

Fare difference may apply and funds may be issued as a JetBlue Travel Bank credit, valid for 12 months on any JetBlue-operated flight. Same-day switches may be made without a fare difference for $75. Click here for details on our change and cancel policies.

## Traveler Details

**HIPOLITO CASTRO JR**  
Frequent Flier: B6 8004596105  
Ticket number: 2792192699396

**JFK - SJU:**

**Fare:** Blue

**Carry-on bags:** One (1) carry-on bag and one (1) personal item included in your fare.

**Checked bags:** No checked bags included in your fare. You've added one (1). As a reminder, up to one (1) additional checked bag may be added in advance here. If you need to check more than two bags, these can only be added at the ticket counter on your day of travel, and other baggage restrictions may apply.

**Seat:** 8C

**SJU - JFK:**

**Fare:** Blue

**Carry-on bags:** One (1) carry-on bag and one (1) personal item included in your fare.

**Checked bags:** No checked bags included in your fare. You've added one (1). As a reminder, up to one (1) additional checked bag may be added in advance here. If you need to check more than two bags, these can only be added at the ticket counter on your day of travel, and other baggage restrictions may apply.

**Seat:** 17D



Get up to 7" more legroom, a fast lane to the TSA checkpoint (select cities), and early boarding—all the better to nab that overhead bin.

**Add Even More Space ▶**

# Payment Details

| | | |
|---|---|---|
| Amex | NONREF | $330.00 |
| XXXXXXXXXXX1006 | Bags | $60.00 |
| | Taxes & fees | $59.60 |
| | **Total:** | **$449.60 USD** |
| | Purchase Date: May 11, 2022 | |

Request full receipt



## Plan the rest of your trip with Paisly.

Get deals on cars, stays & activities from the crew you love at JetBlue—all while earning TrueBlue points. Plus, helpful humans are standing by to make your trip totally hassle-free.

**Unlock offers**

Flight Tracker | Bag Info | Airport Info

## Stay Connected

 Download the JetBlue Mobile App

   

Help

Business Travel

Privacy

About JetBlue

*Based on avg. fleet-wide seat pitch of U.S. airlines.

CUSTOMER CONCERNS
Have a question or concern? Contact us at jetblue.com/contact-us. Or mail us at JetBlue 27-01 Queens Plaza North, Long Island City, NY 11101.



# E-ZPass® Payment Receipt for 05/21/2022

Account Number : 2000175180885
Transaction Date : 05/21/2022
Transaction Id : 115541761105
Transaction Amount : $100.00
Payment Type : VISA



**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Hipolito Castro
64 Mustang Dr
Monroe CT 06468
United States

Room: 0806
Room Type: EKNG
No. of Guests: 1
Rate: $ 120.00  Clerk: 9993

Marriott Rewards #  214246771

CRS Number  92049239

Name:

Arrive:  05-16-22       Time:  *02:53 AM       Depart:  05-21-22       Folio Number:  696246

| Date | Description | Charges | Credits |
|---|---|---|---|
| 05-16-22 | Package | 120.00 | |
| 05-16-22 | Government Tax | 10.80 | |
| 05-16-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 05-17-22 | Package | 120.00 | |
| 05-17-22 | Government Tax | 10.80 | |
| 05-17-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 05-18-22 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |
| 05-18-22 | Package | 120.00 | |
| 05-18-22 | Government Tax | 10.80 | |
| 05-18-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 05-19-22 | COMEDOR- Guest Charge (Breakfast) | 5.00 | |
| 05-19-22 | Package | 120.00 | |
| 05-19-22 | Government Tax | 10.80 | |
| 05-19-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 05-20-22 | COMEDOR- Guest Charge (Breakfast) | 18.00 | |
| 05-20-22 | Package | 120.00 | |
| 05-20-22 | Government Tax | 10.80 | |
| 05-20-22 | Hotel Fee 9% of Daily Rate | 10.80 | |

**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Hipolito Castro
64 Mustang Dr
Monroe CT 06468
United States

Room: 0806
Room Type: EKNG
No. of Guests: 1
Rate: $ 120.00  Clerk: 9993

Marriott Rewards #   214246771

CRS Number  92049239

Name:

Arrive:  05-16-22          Time: *02:53 AM          Depart: 05-21-22          Folio Number: 696246

| Date | Description | Charges | Credits |
|---|---|---|---|
| | Balance | | 734.00 USD |
| | | | − 26.00 |
| | | | 708.00 |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

## E-ZPass® Payment Receipt for 05/16/2022

Account Number : 2000175180885
Transaction Date : 05/16/2022
Transaction Id : 115529236247
Transaction Amount : ($10.17)
Payment Type : ETC

## E-ZPass® Payment Receipt for 05/21/2022

Account Number : 2000175180885
Transaction Date : 05/21/2022
Transaction Id : 115540222488
Transaction Amount : ($10.17)
Payment Type : ETC