OFFICE OF THE FPMPR LLC
B5 Calle Tabonuco Suite 205
Guaynabo, Puerto Rico 00968

# INVOICE

Date:   May 31, 2022

TO:   PR POLICE REFORM
        SAN JUAN, PUERTO RICO

| | |
|---|---:|
| Bank Charges July 1, 2021 to April 30, 2021 | $   460.52 |
| Non-Profit Exemption Request Case 0-003-954-225 (Filing Fee) | 1,500.00 |
| Total | $ 1,960.52 |

[Español] | English

 SISTEMA UNIFICADO DE RENTAS INTERNAS  

< **Solicitudes**

## Pago

OFFICE OF THE FPMPR LLC

02568-25344

## Procesada

Núm. de confirmación
0-848-786-208

Sometida 09-may-2022 11:17:22 por OFFICE OF THE FPMPR LLC

Procesada 11-may-2022 21:22:28

> Ver solicitud

## Pago

### Medio de pago

Opción

| Escoger | Nuevo |

Tipo

Débito directo - Banco EE.UU.

Tipo de cuenta bancaria

◯ Ahorros Comercial
◯ Ahorros Personal
◉ Cheques Comercial
◯ Cheques Personal

Número de ruta

221571473

Nombre del banco

FIRSTBANK PUERTO RICO

Número de cuenta

****5250

### Pago

La cantidad será aplicada a la declaración realizada por un no comerciante.

Fecha de pago

09-may-2022

Cantidad

1,500.00



| Contáctenos | Derechos del contribuyente | Política de privacidad | Condiciones de uso |

