**Office of the FPMPR LLC**
**Proposed Budget**
**Fiscal Year ending June 30, 2023**

| PROPOSED REGULAR BUDGET | Amount |
|---|---:|
| **Professional Services** | $ 1,863,200.00 |
| **Team (SME) Travel Expenses** | 216,000.00 |
| **Office** | 77,640.00 |
| **Vehicle** | 13,500.00 |
| **Travel** | 15,000.00 |
| **Conferences, Conventions and Meetings** | 5,000.00 |
| **Town Halls** | 5,000.00 |
| **Survey, Qualitative and Quantitative Assessment** | 130,000.00 |
| **Special Projects Related to Monitoring** | 175,000.00 |
| **Total** | **$ 2,500,340.00** |

SPECIAL NOTE: This budget represents a $34,064 reduction from the current operational budget which is set to conclude <u>on June 30, 2022</u>. With regards to the impending professional services contract with Gartner re: IT needs assessment, the FPM will cover for this expense out of the available savings generated in the current FY 2022 operational budget (approximately $356,000). Nonetheless, given the utmost importance of the work to be produced by Gartner under this contract, if by any chance its cost exceeds the amount of available funds, the FPM would be in position to invoke Paragraph 21 of the Stipulated Order (Docket # 139). By virtue of this Paragraph, the FPM will submit to the parties the needed operational budget increase that would simply cover the excess cost of the Gartner contract.

**Office of the FPMPR LLC**
**Annual Budget Worksheet**
**for Fiscal Year 2022-2023**

|  |  | Annual Budget |
|---|---|---:|
| **Professional Services** | | |
| | John Romero (Chief Monitor) | 215,000.00 |
| | Denise Rodriguez (Deputy Monitor) | 190,000.00 |
| | Rafael Ruiz (Subject Matter Expert) | 118,800.00 |
| | Al Youngs (Subject Matter Expert) | 118,800.00 |
| | Scott Cragg (Subject Matter Expert) | 118,800.00 |
| | Donnie Gosselin (Subject Matter Expert) | 115,200.00 |
| | Rita Watkins (Subject Matter Expert) | 115,200.00 |
| | David Levy (Statistical Analysis) | 115,200.00 |
| | Merangelie Serrano (Subject Matter Expert) | 115,200.00 |
| | Luis Hidalgo (Associate Monitor) | 138,000.00 |
| | Samantha Rhinerson (Research and Analysis) | 60,000.00 |
| | Javier Gonzalez (Administrative Director) | 96,000.00 |
| | Hipolito Castro, Jr. (Special Investigator) | 96,000.00 |
| | Manuel Arroyo (Administrative Assistant) | 24,000.00 |
| | Roberto Abesada Esq. (Chief Legal Counsel) | 185,000.00 |
| | Viota & Associates CPA | 24,000.00 |
| | Claudia Camara (Administrative Assistant) | 18,000.00 |
| | **Total professional services** | **$ 1,863,200.00** |
| **Travel Expenses** | | |
| | **Core Monitoring Team** | **$ 216,000.00** |
| **Office** | | |
| | Petty Cash | 1,200.00 |
| | Rent | 28,704.00 |
| | Supplies | 3,000.00 |
| | Maintenance / Copier | 1,800.00 |
| | Telephone & Communications | 1,800.00 |
| | Insurance | 3,000.00 |
| | Internet | 1,200.00 |
| | Website | 17,496.00 |
| | Rent of Meeting Rooms | 12,000.00 |
| | Subscriptions (Adobe, Box, etc.) | 6,000.00 |
| | Parking | 1,440.00 |
| | **Total office** | **$ 77,640.00** |
| **Vehicle** | | |
| | Gasoline | 3,000.00 |
| | Tolls | 600.00 |
| | Insurance | 3,000.00 |
| | Registration | 900.00 |
| | Maintenance | 6,000.00 |
| | **Total vehicles** | **$ 13,500.00** |
| **Others** | | |
| | **Travel** | **15,000.00** |
| | **Conference, conventions & meetings** | **5,000.00** |
| | **Town Halls** | **5,000.00** |
| | **Survey, qualitative and quantitative assessment** | **130,000.00** |
| | **Special projects related to monitoring** | **175,000.00** |
| | | **$ 2,500,340.00** |