**Office of the Special Master**
**Proposed Budget**
**Fiscal Year ending June 30, 2023**

| PROPOSED REGULAR BUDGET | Amount |
|---|---:|
| **Professional Services** | $480,000.00 |
| **OSM Team Member Travel Expenses** | 27,000.00 |
| **Total** | **$ 507,000.00** |

**Office of the Special Master**
**Annual Budget Worksheet**
**For Fiscal Year 2022-23**

|  | Annual Budget |
|---|---|
| **Professional Services** |  |
| Alejandro del Carmen (Special Master) | 180,000.00 |
| Gary Loeffert (Assistant Special Master) | 150,000.00 |
| Thomas Petrowski (Assistant Special Master) | 150,000.00 |
| **Total professional services** | **$480,000.00** |
| **Travel Expenses** |  |
| Alejandro del Carmen (Special Master) | 9,000.00 |
| Gary Loeffert (Assistant Special Master) | 9,000.00 |
| Thomas Petrowski (Assistant Special Master) | 9,000.00 |
| **Total professional services** | **$ 27,000.00** |
| **Office** |  |
|  | **$ 507,000.00** |