**TDPetrowski, LLC**
**4010 Deep Valley Drive**
**Dallas, Texas 75244**

April 22, 2022 – May 21, 2022

INVOICE # ASM.TDP.2022-5                           **TOTAL DUE:  $13,926.30**
ASSISTANT SPECIAL MASTER
MAY INVOICE

**Tasks Completed**

| Hours | Description | Total |
|-------|-------------|-------|
| 19 | Reviewed/researched/translated as necessary/discussed/reworked documents related to various orders of the Court, PRPD and DOJ and Monitor Office exchanges regarding recurring issues and OSM projects, to include ad hoc taskings of the Court. | $2,850 |
| 10 | Drafted, reviewed, translated and responded to texts, emails and all other documents/communications with respective parties, the Special Master, Assistant Special Master and the Court. | $1,500 |
| 12 | Zoom meetings and/or conference calls with the Parties and the Court. | $1,800 |
| 38 | Travel, Court hearing and meetings in San Juan 5/18/2022-5/21/2022 | $5,700 |
| Travel Expense | Air Fare Dallas to San Juan - coach class roundtrip ticket | $849 |
| Travel Expense | Lodging 5/18/2022 - 5/21/2022, Government rate of $195 per night plus taxes (note – a flight was delayed resulting in a missed connection and overnight stay in Miami). | $824.80 |
| Travel Expense | Meals and Incidental Expenses, 05/18/2022-05/21/2022, Govt rate $115.00/day, travel days ¾ rate at $86.25/day | $402.50 |

**Total Wages Due = $13,926.30**

**I hereby certify that the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.**

*Thomas D. Petrowski*  s/ Alejandro del Carmen                    **5/21/22**
_____
**Thomas D. Petrowski**

**Tom Petrowski**

**Subject:**          FW: Your trip confirmation (DFW - SJU)



## American Airlines

Issued: April 28, 2022

## Your trip confirmation and receipt

**Record Locator:** ▮▮▮▮▮▮

We charged $1,404.10 to your card ending in 2994 for your ticket purchase.

You'll need your record locator to find your trip at the kiosk and when you call Reservations.

Manage your trip

## Wednesday, May 18, 2022

DFW                          SJU

**4:45** PM  →  **10:17** PM

Dallas/Fort Worth            San Juan

**AA 2481**

Seat:      9L
Class:     Business (I)
Meals:     Dinner

1

## Friday, May 20, 2022

SJU

**6:55** PM  →  **9:50** PM

San Juan

MIA

Miami

**AA 967**

Seat: 3F
Class: Business (I)
Meals: Dinner

---

MIA

**10:30** PM  →  **12:49** AM

Miami

DFW

Dallas/Fort Worth

**AA 1219**

⚠ Flight arrives Saturday, May 21, 2022

Seat: 3F
Class: Business (I)
Meals: Refreshment

---

**Earn up to $200 Back**

Plus, 40,000 bonus miles. Terms Apply.

Learn more



---

## Your purchase

**THOMAS PETROWSKI**
AAdvantage® ███████

---

New ticket                                                    $1,404.10
Ticket #: ███████

[$1,340.00 + Taxes and fees $64.10]

| | |
|---|---|
| **Total** | **$1,404.10** |

| | |
|---|---|
| **Total cost** (all passengers) | **$1,404.10** |

## Your payment

| | |
|---|---|
| Credit Card (Visa ending ▮▮▮▮) | $1,404.10 |
| **Total paid** | **$1,404.10** |

## Bag information

### Checked bags

**Airport**

| 1st bag | 2nd bag |
|---|---|
| No charge | No charge |

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 70 pounds or 32 kilograms

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply.
Bag and optional fees
If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 4 hours) before departure.

### Carry-on bags

**1st carry-on:** Includes purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you.

**2nd carry-on:** Maximum dimensions not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm).





AC Hotel
San Juan - Condado

1369 Ashford Avenue
San Juan, , 00907, United States
Tel.: +1-787-827-7280 Fax: +1-787-289-7000 www.marriott.com/sjuac

Tom Petrowski
4010 Deep Valley Drive
Dallas TX 75244
United States

Habitación / Room: 0317

Confirmation / Confirmacion: 83639191

Tipo de habitación/Room Type : GENK

No. Huespedes/ No. of Guests : 1/0

Tarifa / Rate : 313          Agente / Clerk :106

| Llegada: Arrival : | 05-18-22 | Hora : Time : | 22:44:51 | Salida : Departure : | 05-20-22 | Hora : Time : | 09:46:00 | No. Folio : 175219 |
|---|---|---|---|---|---|---|---|---|

| Fecha / Date | Reference # | Descripción / Description | Cargos / Charges | Creditos / Credits |
|---|---|---|---|---|
| 05-18-22 | 10120 | Room Charge | 244.00 | |
| 05-18-22 | 15101 | Destination Resort Fee | 43.92 | |
| 05-18-22 | 15105 | Room Tax | 25.91 | |
| 05-19-22 | 10120 | Room Charge | 313.00 | |
| 05-19-22 | 15101 | Destination Resort Fee | 56.34 | |
| 05-19-22 | 15105 | Room Tax | 33.24 | |
| 05-20-22 | 90701 | Visa Card | | 716.41 |

No. de TC/Credit Card No. :          XXXXXXXXXXXX2994

**Total :**          716.41

**Balance :**          0.00

As a Marriott Bonvoy Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.



## Trump National Doral
### MIAMI

**Mr. Thomas Petrowski**
**4010 Deep Valley dr**
**Dallas, TX 75244**
**United States**

Company Name:

Group Name:

| | |
|---|---|
| Room No. | : 1235 |
| Arrival | : 05-20-22 |
| Departure | : 05-21-22 |
| Folio No. | : |
| Conf. No. | : 18462003 |
| Cashier No. | : |
| Finance No. | : |

**INFORMATION INVOICE**

| Date | Description | Charges | Credits |
|---|---|---|---|
| 05-20-22 | Room Charge | 314.10 | |
| 05-20-22 | Sales Tax - 7% - Room | 21.99 | |
| 05-20-22 | Occupancy Tax - 6% | 18.85 | |
| 05-20-22 | Resort Fee | 35.00 | |
| 05-20-22 | Resort Fee Tax - 6% | 2.10 | |
| 05-20-22 | Resort Fee Tax - 7% | 2.45 | |

| | | |
|---|---|---|
| **Total Charges** | 394.49 | |
| **Total Credits** | | 0.00 |
| **Balance** | | **394.49** |

Trump Hotels is a proud supporter of St. Jude Children's Research Hospital, internationally recognized for its pioneering research and treatment of childhood cancer. Should you like to make a donation to St. Jude please complete the below:

☐ $5.00   ☐ $10.00   ☐ $15.00   ☐ Other _____

Signature:_____ Date:_____

**100%** of your donation benefits St. Jude Children's Research Hospital. Thank you for your support.

Page No. 1 of 1