Del Carmen Consulting, LLC
3122 Westwood Drive
Arlington, Texas 76012

April 22, 2022 through May 21, 2022

INVOICE # SM2022-5  **TOTAL DUE $ 16,252.80**
SPECIAL MASTER
MAY 2022 INVOICE

## Tasks Completed

Drafted, reviewed and responded to emails and all other documents/communication with respective parties and the Court. Engaged in review of some documents for the Court.

Conference calls with the Monitoring Team members, Commonwealth Representatives and Court.

Conference calls with the SM team members.

Travel and meetings to Puerto Rico (5/18/22—5/21/22).

Reviewed and provided feedback on instruments and surveys.

Reviewed expenditure list provided by PRPB and provided feedback.

Provided input on various documents related to IT.

Reviewed and drafted documents for the Court.

**Expenses for May Puerto Rico Visit**

Airfare: No Reimbursement/Donated
DFW Airport Parking: No Reimbursement/Donated
Uber/transportation related expenses; No Reimbursement/Donated

Lodging: Government Rate for 3 Nights at $195/night plus daily taxes: $850.30

Meals and Incidental Expenses (M&IE), Government rate of $115/day on site, and 75% travel rate on two travel days ($86.25/day). $402.50

*Alejandro del Carmen*            5/21/22



Page No. 1

**CONDADO VANDERBILT**

Guest Name: Alejandro Del Carmen

Folio #: RCV1D14C
Group #:
Guests: 1
Clerk: ASOTO

Arrive: 05/18/22   Time: 22:49   Depart: 05/20/22   Time: 11:13   Status: HIST

| Date | Description | Reference | Comment | Charges | Credits |
|---|---|---|---|---|---|
| 05/18/2022 | ROOM CHARGE | 564 | | $750.00 | $0.00 |
| 05/18/2022 | HOTEL TARIFF | 564t | HOTEL TARIFF | $150.00 | $0.00 |
| 05/18/2022 | GOVERNMENT TAX | 564t | GOVERNMENT TAX | $99.00 | $0.00 |
| 05/19/2022 | ROOM CHARGE | 564 | | $750.00 | $0.00 |
| 05/19/2022 | HOTEL TARIFF | 564t | HOTEL TARIFF | $150.00 | $0.00 |
| 05/19/2022 | GOVERNMENT TAX | 564t | GOVERNMENT TAX | $99.00 | $0.00 |
| 05/19/2022 | IN ROOM DINE | 80078439 | | $38.54 | $0.00 |
| 05/20/2022 | IN ROOM DINE | 80078447 | | $68.54 | $0.00 |
| 05/20/2022 | PAY MASTERCARD | Ck Out 11:13 | | $0.00 | -$2,105.08 |

Folio Balance:   $0.00

1055 Ashford Avenue San Juan, Puerto Rico 00907 Tel. 787.721.5500 Fax. 787.724.1949
www.condadovanderbilt.com <http://www.condadovanderbilt.com>

**Trump National Doral**
MIAMI

Dr. Alejandro del Carmen

Arrival : 05-20-22
Departure : 05-21-22
Folio No. : 547500
Conf. No. : 18461752
Cashier No. : 604

Company Name:
Group Name:
Finance No. :

**INVOICE**

| Date | Description | Charges | Credits |
|---|---|---|---|
| 05-20-22 | Internet | 5.00 | |
| | Room# 4840 : Enhanced Internet Access | | |
| 05-20-22 | Room Charge | 584.10 | |
| 05-20-22 | Sales Tax - 7% - Room | 40.89 | |
| 05-20-22 | Occupancy Tax - 6% | 35.05 | |
| 05-20-22 | Resort Fee | 35.00 | |
| 05-20-22 | Resort Fee Tax - 6% | 2.10 | |
| 05-20-22 | Resort Fee Tax - 7% | 2.45 | |
| 05-21-22 | Mastercard | | 704.59 |

Total Charges 704.59
Total Credits 704.59
Balance 0.00

Trump Hotels is a proud supporter of St. Jude Children's Research Hospital, internationally recognized for its pioneering research and treatment of childhood cancer. Should you like to make a donation to St. Jude please complete the below:

☐ $5.00   ☐ $10.00   ☐ $15.00   ☐ Other _____

Signature: _____  Date: _____

100% of your donation benefits St. Jude Children's Research Hospital. Thank you for your support.

Page No. 1 of 1

4400 N.W. 87th Avenue Miami, Florida 33178 || Telephone: 305-592-2000 || Fax: 305-594-4682 || TRUMPHOTELS.COM