GALOEFFERT, LLC
4805 East Lake Road
Sheffield Lake, Ohio 44054

April 22, 2022, through May 21, 2022

INVOICE # 2022-05  **TOTAL DUE $16,166.96**
ASSISTANT SPECIAL MASTER
MAY 2022 INVOICE

Tasks Completed

| Hours | Description | Total |
|---|---|---|
| 37 | Worked on special task assigned by the Court. Drafted/reviewed/researched/translated as necessary/discussed/reworked documents related to various orders of the Court, PRPB and DOJ and Monitor's Office exchanges regarding recurring issues and OSM projects. | $5,550.00 |
| 11 | Drafted, reviewed, and responded to texts, emails and all other documents/communications with respective parties, the Special Master, Assistant Special Master and the Court. | $1,650.00 |
| 12 | Zoom meetings and/or conference calls with the Special Master, Assistant Special Master, the Court, the Monitor and the parties. | $1,800.00 |
| 34 | Travel, meetings, status conference in San Juan 05/18/2022 - 05/21/2022 | $5,100.00 |
| Travel Expense | Air Fare Cleveland to San Juan claiming coach class roundtrip ticket | $764.60 |
| Travel Expense | Lodging 05/18/2022-05/21/2022, Govt rate $195/night plus tax | $850.30 |
| Travel Expense | Meals and Incidental Expenses, 05/18/2022-05/21/2022, Govt rate $115.00/day, travel days ¾ rate at $86.25/day | $402.50 |
| Travel Expense | Ride share transportation | $49.56 |

**Total Due = $16,166.96**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

*Gary A. Loeffert*    s/ Alejandro del Carmen                                                      05/21/2022
**Gary A. Loeffert**

From: **American Airlines** no-reply@notify.email.aa.com
Subject: Your trip confirmation (CLE - SJU)
Date: April 18, 2022 at 9:55 PM
To:





Issued: April 19, 2022

## Your trip confirmation and receipt

### Record Locator: YKFWJD

A face covering is required while flying on American, except for children under 2 years old. You are also required to wear a face covering while in the airport before and after your flight. Read more about travel requirements.

You'll need your record locator to find your trip at the kiosk and when you call Reservations.

[ Manage your trip ]

### Wednesday, May 18, 2022

| CLE | | PHL | Seat: | |
|---|---|---|---|---|
| 6:00 AM | → | 7:33 AM | Class: | Business (R) |
| Cleveland | | Philadelphia | Meals: | |

**AA 4698**

Operated by REPUBLIC AIRWAYS as AMERICAN EAGLE

| PHL | | SJU | Seat: | |
|---|---|---|---|---|
| 8:30 AM | → | 12:22 PM | Class: | Business (R) |
| Philadelphia | | San Juan | Meals: | Breakfast |

**AA 1496**

## Saturday, May 21, 2022

| SJU | | PHL | Seat: | |
|---|---|---|---|---|
| 6:00 AM | → | 9:57 AM | Class: | Business (I) |
| San Juan | | Philadelphia | Meals: | Breakfast |

**AA 1528**

| PHL | | BUF | Seat: | |
|---|---|---|---|---|
| 10:50 AM | → | 12:16 PM | Class: | Business (I) |
| Philadelphia | | Buffalo | Meals: | |

**AA 5647**

Operated by PSA AIRLINES as AMERICAN EAGLE

# Earn up to $200 Back

Plus, 40,000 bonus miles. Terms Apply.

Learn more



## Your purchase

GARY LOEFFERT

GARY LOEFFERT

AAdvantage® ▮▮▮▮▮

| | |
|---|---|
| **New ticket** | $1,278.60 |
| Ticket #: 0012420920544 | |
| [$1,219.00 + Taxes and fees $59.60] | |

| | |
|---|---|
| **Total** | **$1,278.60** |

| | |
|---|---|
| **Total cost** (all passengers) | **$1,278.60** |

## Your payment

| | |
|---|---|
| Flight Credit (ending 3769) | $985.40 |
| Credit Card (MasterCard ending ▮▮▮▮) | $293.20 |
| **Total paid** | **$1,278.60** |

## Bag information

### Checked bags

**Airport**

| 1st bag | 2nd bag |
|---|---|
| No charge | No charge |

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 70 pounds or 32 kilograms

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. Bag and optional fees
If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 4 hours) before departure.

<sub>Case 3:12-cv-02039-FAB Document 2064 Filed 06/14/22 Page 5 of 9</sub>

aa.com



health status during the pandemic. For more information about how we process your data, please see our privacy policy at aa.com/privacy

**MULTI CITY**

## LE to SJU to BUF
Wednesday, May 18, 2022

Your trip total
# $764.60

Price for all passengers
Price and tax information

Includes taxes and carrier imposed fees
Bag and optional fees

### Limited-time: Earn up to a $250 statement credit

Plus, 40,000 bonus miles with this credit card offer. Terms apply.

| | |
|---|---|
| Pay today: | $764.60 |
| Card statement credit: | -$250.00 |
| Total after statement credit: | **$514.60** |



Learn more

## Passenger details

Enter names as printed on each passenger's government-issued photo ID. TSA Secure Flight rules

We collect your personal data in accordance with applicable laws and regulations, including certain data related to COVID-19 and your health status during the pandemic. Read how we use and protect your personal information. American Airlines privacy policy

Passenger 1



**AC HOTELS MARRIOTT**

1369 Ashford Avenue
San Juan, , 00907, United States
Tel.: +1-787-827-7280 Fax: +1-787-289-7000 www.marriott.com/sjuac

AC Hotel
San Juan - Condado

Gary Loeffert

| | |
|---|---|
| Habitación / Room: | 0411 |
| Confirmation / Confirmacion: | 82952797 |
| Tipo de habitación/Room Type : | KSTE |
| No. Huespedes/ No. of Guests : | 1/0 |
| Tarifa / Rate : 370 | Agente / Clerk :91 |

| | | | | |
|---|---|---|---|---|
| Llegada: Arrival : 05-18-22 | Hora : Time : 15:08:00 | Salida: Departure : 05-21-22 | Hora : Time : 03:53:00 | No. Folio : 175285 |

| Fecha / Date | Reference # | Descripción / Description | Cargos / Charges | Creditos / Credits |
|---|---|---|---:|---:|
| 05-18-22 | 10120 | Room Charge | 244.00 | |
| 05-18-22 | 15101 | Destination Resort Fee | 43.92 | |
| 05-18-22 | 15105 | Room Tax | 25.91 | |
| 05-19-22 | 10120 | Room Charge | 313.00 | |
| 05-19-22 | 15101 | Destination Resort Fee | 56.34 | |
| 05-19-22 | 15105 | Room Tax | 33.24 | |
| 05-20-22 | | AC Kitchen | 23.00 | |
| 05-20-22 | 10120 | Room Charge | 370.00 | |
| 05-20-22 | 15101 | Destination Resort Fee | 66.60 | |
| 05-20-22 | 15105 | Room Tax | 39.29 | |
| 05-21-22 | 90702 | Master Card / Euro Card | | 1,215.30 |

No. de TC/Credit Card No. :  XXXXXXXXXXXX

Total :  1,215.30

Balance :  0.00

As a Marriott Bonvoy Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

**From:** Uber Receipts noreply@uber.com
**Subject:** [Business] Your Thursday evening trip with Uber
**Date:** May 19, 2022 at 6:05 PM
**To:**



# Uber

Total **$9.67**
May 19, 2022

## Thanks for tipping, Gary

Here's your updated Thursday evening ride receipt.



## Total                                      $9.67

| | |
|---|---:|
| **Trip fare** | $4.30 |
| **Subtotal** | $4.30 |
| **Booking Fee**  | $0.37 |
| **Tips** | $5.00 |

**Payments**


Mastercard ••••          $9.67
5/19/22 6:04 PM


Download PDF

**From:** Uber Receipts noreply@uber.com
**Subject:** [Business] Your Friday morning trip with Uber
**Date:** May 20, 2022 at 10:06 AM
**To:** 



# Uber

Total **$13.68**
May 20, 2022

## Thanks for tipping, Gary

Here's your updated Friday morning ride receipt.



## Total                                $13.68

| | |
|---|---:|
| Trip fare | $7.81 |
| Subtotal | $7.81 |
| Booking Fee | $0.73 |
| Wait Time | $0.14 |
| Tips | $5.00 |

**Payments**



Mastercard ••••                                $13.68
5/20/22 10:05 AM

**From:** Uber Receipts noreply@uber.com
**Subject:** [Business] Your Saturday morning trip with Uber
**Date:** May 21, 2022 at 4:22 AM
**To:**

# Uber

Total **$26.21**
May 21, 2022

## Thanks for tipping, Gary

Here's your updated Saturday morning ride receipt.



## Total                                  $26.21

| | |
|---|---|
| Base Fare | $0.85 |
| Distance | $3.52 |
| Time | $5.00 |
| **Normal Fare** | **$9.37** |
| Surge x1.6 | $5.62 |
| **Subtotal** | **$14.99** |
| Booking Fee | $1.22 |