```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF PUERTO RICO
```

UNITED STATES OF AMERICA,

    **Plaintiff**,

        **v.**                                   **Civil No.** 12-2039 (FAB)

COMMONWEALTH OF PUERTO RICO, *et al.*,

    **Defendants.**

**ORDER**

The budgets of the Special Master and the Monitor having been approved (See Docket Nos. 2056, 2057, 2061, and 2065), the Commonwealth is ORDERED to deposit both budget amounts with the Court **no later than June 21, 2022.**

    **IT IS SO ORDERED.**

San Juan, Puerto Rico, June 15, 2022.

                                      s/ Francisco A. Besosa
                                      FRANCISCO A. BESOSA
                                      SENIOR UNITED STATES DISTRICT JUDGE