Spece
1225 Juan Ponce de Leon
San Juan, PR  00907
787-417-7300
info@spece.com
www.spece.com

Invoice  INV - 14473



| BILL TO | | | |
|---|---|---|---|
| Office of the FPMPR LLC | DATE<br>07/01/2022 | PLEASE PAY<br>$2,579.20 | DUE DATE<br>07/01/2022 |

| MEMBERSHIP | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Membership:Private Office**<br>Private Office Suite - Office 15, $2,300.00, Jul 1, 2022 - Jul 31, 2022 | 1 | 2,300.00 | 2,300.00T |
| **Other Fees:One-off Fees**<br>Telephone Service, $60.00, Jul 1, 2022 - Jul 31, 2022 | 1 | 60.00 | 60.00T |
| **Other Fees:One-off Fees**<br>Garage Parking, $120.00, Jul 1, 2022 - Jul 31, 2022 | 1 | 120.00 | 120.00T |

SUBTOTAL  2,480.00
TAX (4%)  99.20
TOTAL  2,579.20

TOTAL DUE  $2,579.20

THANK YOU.

ELEVATE YOUR BUSINESS

**Spece**
1225 Juan Ponce de Leon
San Juan, PR  00907
787-417-7300
info@spece.com
www.spece.com

## Invoice  INV - 14472



| BILL TO | | | |
|---|---|---|---|
| Office of the FPMPR LLC | DATE<br>06/01/2022 | PLEASE PAY<br>$900.90 | DUE DATE<br>06/01/2022 |

| MEMBERSHIP | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Event Rental:Conference Room**<br>Medium Conference Room, $157.50, 1 x $157.50 / day (10% discount) - May 19, 2022 | 1 | 157.50 | 157.50T |
| **Event Rental:Conference Room**<br>XLarge Conference Room, $225.00, 1 x $225.00 / day (10% discount) - May 19, 2022 | 1 | 225.00 | 225.00T |
| **Event Rental:Conference Room**<br>Small Conference Room, $126.00, 2 x $63.00 / hour (10% discount) - May 19, 2022 | 2 | 63.00 | 126.00T |
| **Event Rental:Conference Room**<br>Small Conference Room, $54.00, 3 x $18.00 / hour (10% discount) - May 20, 2022 | 3 | 18.00 | 54.00T |
| **Event Rental:Conference Room**<br>Medium Conference Room, $67.50, 3 x $22.50 / hour (10% discount) - May 20, 2022 | 3 | 22.50 | 67.50T |
| **Event Rental:Conference Room**<br>XLarge Conference Room, $101.25, 3 x $33.75 / hour (10% discount) - May 20, 2022 | 3 | 33.75 | 101.25T |
| **Event Rental:Conference Room**<br>XLarge Conference Room, $67.50, 2 x $33.75 / hour (10% discount) - May 17, 2022 | 2 | 33.75 | 67.50T |
| **Event Rental:Conference Room**<br>Medium Conference Room, $67.50, 3 x $22.50 / hour (10% discount) - May 17, 2022 | 3 | 22.50 | 67.50T |

|  |  |
|---|---|
| SUBTOTAL | 866.25 |
| TAX (4%) | 34.65 |
| TOTAL | 900.90 |

| TOTAL DUE | $900.90 |
|---|---|

THANK YOU.

ELEVATE YOUR BUSINESS