# THE & GROUP LLC.

Las Ramblas
71 Calle Montjuic
Guaynabo , PR 00969

## INVOICE

INVOICE NUMBER: 83
INVOICE DATE: MAY 31, 2022

Federal Police Monitor

San Juan, PR

Invoice for Javier B Gonzalez Professional Services as Administrative Director

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| MAY-01-22 | Administrative Director | May 1st Protest | 8.00 | $100.00 | $800.00 |
| MAY-02-22 | Administrative Director | Communications with the Monitor, work with April Team Invoices | 2.50 | $100.00 | $250.00 |
| MAY-03-22 | Administrative Director | Biweekly Meeting with USDOJ and PRPB, Detainees Survey Follow Up, Work with April Team Invoices. | 5.00 | $100.00 | $500.00 |
| MAY-04-22 | Administrative Director | Communications with the Monitor and team Members, Work with Community Meetings Plan. Communications with PRPB. Work with April Team Invoices. | 4.00 | $100.00 | $400.00 |
| MAY-05-22 | Administrative Director | Communications with the Monitor and Team Members, Communications with PRPB Commissioner. Review of communications sent by Team members. | 2.50 | $100.00 | $250.00 |
| MAY-06-22 | Administrative Director | Communications with the Monitor and Team Members, Weekly Team Meeting, Communications with Arecibo Area Commander, | 2.50 | $100.00 | $250.00 |
| MAY-09-22 | Administrative Director | Bi Weekly Team Meeting, Coordination of Team Visit, Guayama CIC Meeting Report, Communications with PRPB. | 3.50 | $100.00 | $350.00 |
| MAY-10-22 | Administrative Director | Review of communications and documents sent by Team members, Work with Community Meetings Plan. | 2.00 | $100.00 | $200.00 |
| MAY-11-22 | Administrative Director | Coordination of Team Visit to Arecibo with Area Commander, Survey follow up, Work with April Team Invoices, Review of communications and documents sent by Team Members. | 4.00 | $100.00 | $400.00 |
| MAY-12-22 | Administrative Director | Weekly Team Meeting, Detainees Survey Follow Up, Work with Community Meetings Plan, Communications with the Monitor, Deputy Monitor and Team Members. | 3.00 | $100.00 | $300.00 |
| MAY-13-22 | Administrative Director | Communications with the Monitor, Coordination of Team Visit, Review of communications sent by Team Members, Work with Administrative Matters. | 2.00 | $100.00 | $200.00 |

INVOICE NUMBER: 83

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| MAY-16-22 | Administrative Director | Meeting at PRPB Academy , Communications with Team Members, Coordinations of Team Visit, Detainees Survey Follow Up, Review of communications sent by Team members. | 6.00 | $100.00 | $600.00 |
| MAY-16-22 | Administrative Director | Office of the FPMPR Adobe | | | $33.98 |
| MAY-16-22 | Administrative Director | Reimbursement for office equipment. (Camera, Speakers, Microphone for Virtual meetings). | | | $294.33 |
| MAY-17-22 | Administrative Director | Meetings at PRPB, Meetings at Office, Coordination of Team Visit. | 7.50 | $100.00 | $750.00 |
| MAY-18-22 | Administrative Director | Detainees Survey Follow Up, Work with Administrative Matters, Communications with the Monitor and Team Members, Coordination of Team Visit. | 4.50 | $100.00 | $450.00 |
| MAY-19-22 | Administrative Director | Multiple Meetings at Office, Meetings with Judge Besosa. Coordination of team visit. | 9.50 | $100.00 | $950.00 |
| MAY-20-22 | Administrative Director | Work with Team at Office, April 2022 Invoices correction, Status Conference. | 7.00 | $100.00 | $700.00 |
| MAY-23-22 | Administrative Director | Team By weekly Meeting, Detainees survey follow up, Communications with the Monitor, Review of communications and documents sent by Team Members. | 4.00 | $100.00 | $400.00 |
| MAY-24-22 | Administrative Director | Communications with Team Members, Review of communications sent by Team Members and the Parties, Detainees survey follow up. | 1.50 | $100.00 | $150.00 |
| MAY-25-22 | Administrative Director | Review of communications sent by Team Members, Communications with the Monitor and Team Members, Community Meeting follow up. | 1.50 | $100.00 | $150.00 |
| MAY-26-22 | Administrative Director | 253 meeting, Team meeting, Communications with the Monitor and Team Members, Work with 2021-2022 Budget expenses report. | 3.00 | $100.00 | $300.00 |
| MAY-27-22 | Administrative Director | Coordination of Team June Visit, Community Meeting follow up, Detainees survey follow up. | 2.00 | $100.00 | $200.00 |
| MAY-30-22 | Administrative Director | Manuel Arroyo Gasoline Reimbursement | | | $140.00 |
| MAY-31-22 | Administrative Director | Work with Team May Invoices, Meeting with Community NGO Director, Communications with the Monitor and Team Members, Communications with Office CPA. | 4.00 | $100.00 | $400.00 |
| MAY-31-22 | Administrative Director | I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0.00 | $100.00 | $0.00 |
| | | Total amount of this invoice | | | $9,418.31 |

INVOICE NUMBER: 83

| MESSAGE |
|---|
| Javier B Gonzalez, May 31, 2022 |

**Transaction Details**
Card Ending - 11003

Merchandise & Supplies - Mail Order

# ADOBE WEBSALES 800-833-6687

# $33.98

May 16, 2022

On your statement as ADOBE ACROPRO SUBS ASAN JOSE CA

---

**$0.34 Reward Dollars**



## Transaction Details

ADOBE WEBSALES 800-833-6687

801 N 34TH ST
SEATTLE
WA
98103
UNITED STATES

📞 (800) 833-6687

💻 https://www.adobe.com/in/about-adobe/co…

Doing Business As    ADOBE WEBSALES 8…  ⌄

```
              1118 007 2916 051622

            Welcome to Best Buy #1118
              230 Calle Federico Costa
                 San Juan, PR 00918

    ||||||||||||||||||||||||||||||||||||
    Val:100000-687087-816247-679109-431314-51279
            1118 007 2917 05/16/22 13:48
                        SALE

   5893104       SAGM1UHD              119.99
     G-TRACK USB CONDENSER MIC
      139.99   Was Price
      20.00-   Sale Discount
     Sales Tax              12.60
     Municipal Tax           1.20
   6210904       DIGITAL ITE             0.00
     $25 SHUTTERFLY OR 8X8 BOOK PR
     Sales Tax               0.00
     Reduced State Tax       0.00
     Municipal Tax           0.00
   3001006    980-000800               43.99
     LOGITECH Z200 2.0 SPEAKERS
     Sales Tax               4.62
     Municipal Tax           0.44
   5579380    960-001087               99.99
     LOGITECH - C922 PRO STREAM 10
     Sales Tax              10.50
     Municipal Tax           1.00
   6210904       DIGITAL ITE             0.00
     $25 SHUTTERFLY OR 8X8 BOOK PR
     Sales Tax               0.00
     Reduced State Tax       0.00
     Municipal Tax           0.00
                                   ----------
             Subtotal              263.97
             Sales Tax              27.72
             Municipal Tax           2.64
             Reduced State Tax       0.00
                                   ==========
             Total                 294.33

   **********1003    ChipRead USD$   294.33
   AMERICAN EXPRESS - AMEX
   GONZALEZ/JAVIER B
   Approval 822096
   CARD ENTRY: Chip
   MODE: Issuer
   AID: A000000025010801
             Other Savings:          20.00
          Total Savings:            20.00

   My Best Buy
                ID 7767575507
```



```
              TOTALESSO CAMPOS SERV
              AVE LLORENS TORRES 205
                     ARECIBO
DATE              TIME                      HOST
May 18,22        15:42:37                    ATH
BATCH          TERMINAL ID            MERCHANT ID
000302          30V27291              4549106296080

                      SALE


DEBIT             **************1902 (S)


AUTH. CODE: 716158         INVOICE: 085466
                           TRACE   :061423


   AMOUNT:          $              50.00
   STATE TAX:       $               0.00
   REDUCED STATE TAX:$             0.00
   MUNICIPAL TAX:   $               0.00
   TOTAL  :         $              50.00


   CONTROL:   802UZ-0SVM9
   ET



CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
            AGREEMENT WITH THE ISSUER

                 CUSTOMER COPY
            Gracias por su patrocinio
```

# BIEMVENIDOS A PARADA 23

| Descr. | qty | amount |
|---|---|---|
| Prepay CA#03 | | 50.00 |

| | |
|---|---|
| Sub Total | 50.00 |
| MUN | 0.00 |
| EST | 0.00 |
| TOTAL | 50.00 |
| CASH $ | 50.00 |

THANKS, COME AGAIN

REG# 0001  CSH# 004  DR# 01  TRAN# 18071
05/16/22  20:27:43                ST# AB123

```
      BIENVENIDOS A
      GULF SAN JUAN

  Descr.           qty         amount
  ------           ---         ------
  Prepay CA#08                  40.00
                              --------
              Sub Total         40.00
              STATE 10.5         0.00
              MUNICIPAL          0.00
              TOTAL             40.00
                   CASH $       40.00
  THANKS, COME AGAIN
  CONSUMO DE BEBIDAS
  ALCOHOLICAS NO ESTA
  PERMITIDO POR LEY
  EN ESTE NEGOCIO
  REG# 0001 CSH# 013 DR# 01 TRAN# 19404
  05/20/22  15:06:25         ST# G0209


  CONTROL: 9L7DQ-9VRM5
```