**MBG North Corp.** 1931 Cordova Rd. Suite 3039, Ft. Lauderdale, FL 33316
**Invoice # 1160**, May 31 2022 **Contractor:** Donald S. Gosselin, Esq.
**Dates of Service:** 1 MAY 2022 to 31 MAY 2022   **TERMS:** NET30

| Task Performed | US Hours | Dates | PR Hours | Billable Amount |
|---|---|---|---|---|
| On-Site Puerto Rico Labor Hours NOTE: Contractor was quarantined with COVID19, he worked on a database solutions | | MAY 16-20 | 34 | $5,440.00 |
| Communications & Coordination - all written comms to/from Monitors, PRPB, USDOJ; Review guidance and documents, SOP's; logistics; scheduling, on-site planning & coordination, | 22 | MAY 1,2,4,5,6,10,11,12,13,15, 23,26,29 | | $3,520.00 |
| Teleconference Meetings; Monitors Office and Monitor Team Members. (Prep and Actual TC)s | 5 | MAY 4,9 | | $800.00 |
| Data and Policy Analysis, Drafting Conclusions | 9 | MAY 7,9,11 | | $1,440.00 |
| FEE WAIVER (PUERTO RICO) | | | 10 | -$1,600.00 |
| | **US Hours** | | **PR Hours** | |
| Net Hours @ $160/hr. | 36.00 | | 24.00 | $9,600.00 |
| Total Expenses (Air, Hotel, MIE; Meals, Parking, POV miles) | | | | $3,245.81 |
| **Allowable Fee** | | | | **$12,845.81** |

| Travel Breakout | Traveler: Donald S. Gosselin  15-21 MAY | | | |
|---|---|---|---|---|
| Expense | Unit Cost | Units | Column1 | Total |
| Airfare | $ 838.60 | 1 | $ - | $ 838.60 |
| Baggage | $ - | 0 | | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | $ - | 0 | | $ - |
| Ground Transportation (Parking) | $ 14.00 | 7 | | $ 98.00 |
| Ground Transportation (POV Mileage) | $ 0.585 | 50 | | $ 29.25 |
| Lodging | $ 195.00 | 6 | | $ 1,170.00 |
| Per Diem (Travel Days) | $ 86.25 | 2 | | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 5 | | $ 575.00 |
| Other: HOTEL TAX ($35.10 + 25.31/day) | $ 60.41 | 6 | | $ 362.46 |
| Total | | | | $ 3,245.81 |

The undersigned, Donald S. Gosselin, Esq. certifies that the amount billed in this invoice is true and correct and corresponds to my duties as a Federal Monitor and related travel expenses. I further certify that I have not received any income, compensation or payment for services from the Commonwealth of Puerto Rico or any of its departments or municipalities

*[signature]*

**Donald S. Gosselin, Esq.**
Principal, MBG North Corp
31-May-22

# SHERATON
Puerto Rico Hotel & Casino

**INVOICE**

| | |
|---|---|
| ROOM | 1254 |
| ROOM TYPE | CCTY |
| NO. OF GUESTS | 1 |
| RATE | 195 |
| CLERK | EJBAC112 |
| DATE | 05/21/22 |
| PAGE No. | 1 of 3 |
| REWARDS # | 839932555 |

Dr Donald Gosselin
12 Naomi St
Sebago ME 04029
United States

ARRIVE 05/14/22   TIME 12:19   DEPART 05/21/22   TIME 10:44   FOLIO# 3856518

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| 05/14/22 | Room Charge | | 195.00 |
| 05/14/22 | Destination Fee - 18% | | 35.10 |
| 05/14/22 | Room Occupancy Tax | | 25.31 |
| 05/15/22 | Choices Rest. Food - Breakfast | Room# 1213 : CHECK# 1160023 | 3.97 |
| 05/15/22 | Brkfst Choices 1% Tax | Room# 1213 : CHECK# 1160023 | 0.04 |
| 05/15/22 | Brkfst Choices Reduced Tax 6% | Room# 1213 : CHECK# 1160023 | 0.24 |
| 05/15/22 | Room Charge | | 195.00 |
| 05/15/22 | Destination Fee - 18% | | 35.10 |
| 05/15/22 | Room Occupancy Tax | | 25.31 |
| 05/16/22 | Room Service Food - Dinner | Room# 1254 : CHECK# 1157535 | 17.00 |
| 05/16/22 | Room Service - Delivery Charge | Room# 1254 : CHECK# 1157535 | 5.00 |
| 05/16/22 | Tips - Room Service | Room# 1254 : CHECK# 1157535 | 3.00 |
| 05/16/22 | Room Service Sales Municipal Tax 1% - I | Room# 1254 : CHECK# 1157535 | 0.22 |
| 05/16/22 | Room Service Sales Tax 10.5%-IVU | Room# 1254 : CHECK# 1157535 | 0.53 |
| 05/16/22 | Room Service Reduced Tax 6%-IVU | Room# 1254 : CHECK# 1157535 | 1.02 |
| 05/16/22 | Tips - Restaurant | Room# 1254 : CHECK# 1160083 | 3.50 |
| 05/16/22 | Room Charge | | 195.00 |
| 05/16/22 | Destination Fee - 18% | | 35.10 |
| 05/16/22 | Room Occupancy Tax | | 25.31 |
| 05/17/22 | Tips - Restaurant | Room# 1254 : CHECK# 1160175 | 3.00 |
| 05/17/22 | Room Charge | | 195.00 |

For billing questions or concerns, please let us know at SheratonPR.Folio@sheraton.com



# SHERATON
Puerto Rico Hotel & Casino

**INVOICE**

| | |
|---|---|
| ROOM | 1254 |
| ROOM TYPE | CCTY |
| NO. OF GUESTS | 1 |
| RATE | 195 |
| CLERK | EJBAC112 |
| DATE | 05/21/22 |
| PAGE No. | 2 of 3 |
| REWARDS # | 839932555 |

Dr Donald Gosselin
12 Naomi St
Sebago ME 04029
United States

ARRIVE 05/14/22    TIME 12:19    DEPART 05/21/22    TIME 10:44    FOLIO# 3856518

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| 05/17/22 | Destination Fee - 18% | | 35.10 |
| 05/17/22 | Room Occupancy Tax | | 25.31 |
| 05/18/22 | Choices Rest. Food - Breakfast | Room# 1254 : CHECK# 1160290 | 2.48 |
| 05/18/22 | Tips - Restaurant | Room# 1254 : CHECK# 1160290 | 4.00 |
| 05/18/22 | Brkfst Choices 1% Tax | Room# 1254 : CHECK# 1160290 | 0.02 |
| 05/18/22 | Brkfst Choices Reduced Tax 6% | Room# 1254 : CHECK# 1160290 | 0.15 |
| 05/18/22 | Room Charge | | 195.00 |
| 05/18/22 | Destination Fee - 18% | | 35.10 |
| 05/18/22 | Room Occupancy Tax | | 25.31 |
| 05/19/22 | Tips - Restaurant | Room# 1254 : CHECK# 1160370 | 3.50 |
| 05/19/22 | Room Service Food - Dinner | Room# 1254 : CHECK# 1157733 | 17.00 |
| 05/19/22 | Room Service - Wine | Room# 1254 : CHECK# 1157733 | 36.00 |
| 05/19/22 | Room Service - Delivery Charge | Room# 1254 : CHECK# 1157733 | 5.00 |
| 05/19/22 | Tips - Room Service | Room# 1254 : CHECK# 1157733 | 3.00 |
| 05/19/22 | Room Service Sales Municipal Tax 1% - I | Room# 1254 : CHECK# 1157733 | 0.58 |
| 05/19/22 | Room Service Sales Tax 10.5%-IVU | Room# 1254 : CHECK# 1157733 | 4.31 |
| 05/19/22 | Room Service Reduced Tax 6%-IVU | Room# 1254 : CHECK# 1157733 | 1.02 |
| 05/19/22 | Room Charge | | 195.00 |
| 05/19/22 | Destination Fee - 18% | | 35.10 |
| 05/19/22 | Room Occupancy Tax | | 25.31 |
| 05/20/22 | Choices Rest. Food - Breakfast | Room# 1254 : CHECK# 1160452 | 0.93 |

For billing questions or concerns, please let us know at SheratonPR.Folio@sheraton.com



# SHERATON
Puerto Rico Hotel & Casino

## INVOICE

|  |  |
|---|---|
| ROOM | 1254 |
| ROOM TYPE | CCTY |
| NO. OF GUESTS | 1 |
| RATE | 195 |
| CLERK | EJBAC112 |
| DATE | 05/21/22 |
| PAGE No. | 3 of 3 |
| REWARDS # | 839932555 |

Dr Donald Gosselin
12 Naomi St
Sebago ME 04029
United States

ARRIVE 05/14/22    TIME 12:19    DEPART 05/21/22    TIME 10:44    FOLIO# 3856518

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| 05/20/22 | Tips - Restaurant | Room# 1254 : CHECK# 1160452 | 3.00 |
| 05/20/22 | Brkfst Choices 1% Tax | Room# 1254 : CHECK# 1160452 | 0.01 |
| 05/20/22 | Brkfst Choices Reduced Tax 6% | Room# 1254 : CHECK# 1160452 | 0.06 |
| 05/20/22 | Room Charge | | 195.00 |
| 05/20/22 | Destination Fee - 18% | | 35.10 |
| 05/20/22 | Room Occupancy Tax | | 25.31 |
| 05/21/22 | American Express XXXXXXXXXXX2001 | XX/XX | -1,906.45 |

Balance                              USD          0.00

For billing questions or concerns, please let us know at SheratonPR.Folio@sheraton.com

From: **American Airlines** no-reply@notify.email.aa.com
Subject: Your trip confirmation (PWM - SJU)
Date: May 5, 2022 at 19:26
To: GOSSELIN.INTL@gmail.com GOSSELIN.INTL@GMAIL.COM







Issued: May 5, 2022

## Your trip confirmation and receipt

**Record Locator: QCZDGW**

We charged $838.60 to your card ending in 2001 for your ticket purchase.

You'll need your record locator to find your trip at the kiosk and when you call Reservations.

Manage your trip

### Saturday, May 14, 2022

| PWM | PHL | Seat: 12F |
| --- | --- | --- |
| 4:05 PM → 5:41 PM | | Class: Economy (S) |
| Portland | Philadelphia | Meals: |

**AA 5195**

Operated by PSA AIRLINES as AMERICAN EAGLE

PHL     SJU     Seat:   14E

| PHL | | SJU | Seat: | 14I |
|---|---|---|---|---|
| 7:15 PM | → | 11:07 PM | Class: | Economy (S) |
| Philadelphia | | San Juan | Meals: | Food for purchase |

**AA 2294**

## Saturday, May 21, 2022

| SJU | | PHL | Seat: | 15F |
|---|---|---|---|---|
| 1:13 PM | → | 5:19 PM | Class: | Economy (L) |
| San Juan | | Philadelphia | Meals: | Food for purchase |

**AA 1496**

| PHL | | PWM | Seat: | 12C |
|---|---|---|---|---|
| 7:15 PM | → | 8:54 PM | Class: | Economy (L) |
| Philadelphia | | Portland | Meals: | |

**AA 5083**

Operated by PSA AIRLINES as AMERICAN EAGLE

# Earn up to $200 Back

Plus, 40,000 bonus miles. Terms Apply.

Learn more



## Your purchase

**DONALD GOSSELIN**

AAdvantage® #: 32A6M16

| | |
|---|---:|
| **New ticket**<br>Ticket #: 0012425756622<br>[$770.00 + Taxes and fees $68.60] | $838.60 |
| **Total** | **$838.60** |
| **Total cost** (all passengers) | **$838.60** |

## Your payment

| | |
|---|---:|
| Credit Card (AmericanExpress ending 2001) | $838.60 |
| **Total paid** | **$838.60** |

## Bag information

### Checked bags

**Airport**

| 1st bag | 2nd bag |
|---|---|
| No charge | $40.00 |

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 50 pounds or 23 kilograms

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. **Bag and optional fees**
If your flight is operated by a partner airline, see the **other airline's** website for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 4 hours) before departure.

### Carry-on bags

## Receipt

| | |
|---|---|
| | A Payment No.00022013 |
| | Ticket No.053582 |
| L/R #29 | |
| T/D #23 | |
| Entry Time | 05/14/2022 (Sat) 14:30 |
| Exit Time | 05/22/2022 (Sun) 2:01 |
| Parking Time | 7Days 11:31 |
| Parking Fee | Rate D $112.00 |
| | |
| MASTERCARD | *****************4253 |
| Account # | 32829 |
| Slip # | 0000047302 |
| Auth Code | $112.00 |
| Credit Card Amount | |
| | $112.00 |
| Total | |

Thank You for Your Visit
Please Come Again !