# Rafael Ruiz Consulting

12 Crestshire Dr.
Lawrence, MA 01843

PHONE: 6177599156   stodgo1971@yahoo.com   12 Crestshire Dr.

## INVOICE

INVOICE NUMBER: 2022-05
INVOICE DATE: 5/31/2022

Federal Police Monitor for PR
VIG Tower, PH-924
1225 Ponce De Leon Ave.
San Juan, PR 00907

RAFAEL E. RUIZ CONSULTING

| DATE | PROJECT | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: FPM work from Home | | | |
| 5/2/2022 | FPM work from Home | Work on S&S CMR-06 in-flight (SJU-JFK; JFK-Seattle, and at Seattle hotel) | 11.50 | $165.00 | $1,897.50 |
| 5/6/2022 | FPM work from Home | Review CMR-06 first S&S draft with Dep Monitor and FPM report writer | 1.25 | $165.00 | $206.25 |
| 5/8/2022 | FPM work from Home | Review/edit S&S first draft (comments from Dep Monitor and FPM Team- in-flight) | 3.50 | $165.00 | $577.50 |
| 5/9/2022 | FPM work from Home | Review/edit S&S 1st draft | 2.00 | $165.00 | $330.00 |
| 5/12/2022 | FPM work from Home | Review/edit S&S 1st draft (comments) | 2.25 | $165.00 | $371.25 |
| 5/23/2022 | FPM work from Home | FPM Team Biweekly meeting | 2.00 | $165.00 | $330.00 |
| 5/24/2022 | FPM work from Home | Prep agenda for June site visits | 2.25 | $165.00 | $371.25 |
| 5/31/2022 | FPM work from Home | Emails, phone calls among FPM Team members | 2.25 | $165.00 | $371.25 |
| | | TOTAL: FPM work from Home | | | $4,455.00 |
| | | PROJECT: FPM work from PR (Site Visits) | | | |
| 5/1/2022 | FPM work from PR (Site Visits) | Monitor May 1st protests Fortaleza HQ, PR | 8.00 | $165.00 | $1,320.00 |
| 5/1/2022 | FPM work from PR (Site Visits) | Work on CMR-06 S&S first draft (at Courtyard San Juan hotel) | 5.00 | $165.00 | $825.00 |
| 5/17/2022 | FPM work from PR (Site Visits) | Site visit to PR (interviews, inspections) | 8.00 | $165.00 | $1,320.00 |
| 5/18/2022 | FPM work from PR (Site Visits) | Site visit to PR (interviews, inspections) | 8.00 | $165.00 | $1,320.00 |
| 5/19/2022 | FPM work from PR (Site Visits) | Site visit to PR (interviews, inspections) | 4.00 | $165.00 | $660.00 |
| | | TOTAL: FPM work from PR (Site Visits) | | | $5,445.00 |
| | | PROJECT: FPM-PR Expenses | | | |
| 5/16/2022 | FPM-PR Expenses | (Travel, hotel, and meals)  3-nights hotel Courtyard San Juan | 3.00 | $141.60 | $424.80 |

INVOICE NUMBER: 2022-05

| DATE | PROJECT | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 5/16/2022 | FPM-PR Expenses | (Travel, hotel, and meals) Ground transportation home to airport | 1.00 | $80.00 | $80.00 |
| 5/19/2022 | FPM-PR Expenses | (Travel, hotel, and meals) Ground transportation airport to home | 1.00 | $75.00 | $75.00 |
| 5/19/2022 | FPM-PR Expenses | (Travel, hotel, and meals) Travel to/from PR | 1.00 | $529.60 | $529.60 |
| | | TOTAL: FPM-PR Expenses | | | $1,109.40 |
| | | PROJECT: FPM-PRPB Per Diem Full Days Expenses | | | |
| 5/31/2022 | FPM-PRPB Per Diem Full Days Expenses | (Travel, hotel, and meals) Per Diem 2 Full Days | 2.00 | $115.00 | $230.00 |
| | | TOTAL: FPM-PRPB Per Diem Full Days Expenses | | | $230.00 |
| | | PROJECT: Per Diem Travel Days | | | |
| 5/31/2022 | Per Diem Travel Days | (Travel, hotel, and meals) Per Diem 2 Travel Days | 2.00 | $86.25 | $172.50 |
| | | TOTAL: Per Diem Travel Days | | | $172.50 |
| | | Total hours for this invoice | 60.00 | | |

| INVOICE BALANCE INFORMATION | |
|---|---|
| Total amount of this invoice | $11,411.90 |
| Current invoice balance | $11,411.90 |

**AMOUNT DUE ON THIS INVOICE: $11,411.90**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of the hours worked in my capacity as a member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Rafael E. Ruiz                                                                                   May 31, 2022

# Office of the Technical Compliance Advisor Travel Reimbursement Form



Enter all required information below to obtain travel reimbursement. If spending did not occur in a category, please leave the field blank fields will likely be used for one or more of the ground transportation options. The "Total" column of the table will update based on the i entered into the "Unit Cost" and "Units" columns. Receipts for airfare, lodging, ground transportation, and PCR Testing must be submi this form. Submit the Travel Reimbursement Form and accompanying receipts to Javier Gonzalez (Javier.benito@me.com) with the Monitor (jrrjjr.romero@gmail.com) and/or his designee copied with your monthly invoice.

**Traveler Name:** Rafael E. Ruiz
**Travel Dates:** May 16-19, 2022
**Purpose of Travel:** Site visits, interviwews, inspection

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 529.60 | 1 | $ 529.60 |
| Baggage | | 0 | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | $ 155.00 | 1 | $ 155.00 |
| Ground Transportation (Parking) | $ - | 5 | $ - |
| Ground Transportation (Mileage) | $ 0.56 | | $ - |
| Lodging | $ 141.60 | 3 | $ 424.80 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 2 | $ 230.00 |
| PCR Testing | | 1 | $ - |
| **Total** | | | **$ 1,511.90** |

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

COURTYARD® Marriott

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Rafael Ruiz
12 Crestshire Dr
Lawrence MA 01843
United States

Room: 0901
Room Type: KSTE
No. of Guests: 1
Rate:  $  120.00  Clerk: 80

Marriott Rewards #   232084256

CRS Number  85121357

Name:

Arrive:  05-16-22          Time:  *02:19 AM          Depart:  05-19-22          Folio Number:  695965

| Date | Description | Charges | Credits |
|---|---|---|---|
| 05-16-22 | Package | 120.00 | |
| 05-16-22 | Government Tax | 10.80 | |
| 05-16-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 05-17-22 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |
| 05-17-22 | Package | 120.00 | |
| 05-17-22 | Government Tax | 10.80 | |
| 05-17-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 05-18-22 | COMEDOR- Guest Charge (Breakfast) | 2.00 | |
| 05-18-22 | Package | 120.00 | |
| 05-18-22 | Government Tax | 10.80 | |
| 05-18-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 05-19-22 | American Express | | 429.80 |
| | Card #  XXXXXXXXXX3007 | | |
| 05-19-22 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |
| 05-19-22 | American Express | | 3.00 |
| | Card #  XXXXXXXXXX3007 | | |

**COURTYARD**
**Marriott**

Courtyard by Marriott  
San Juan - Miramar

801 Ponce de Leon Ave.  
San Juan, PR. 00907  
T 787.721.7400  
F 787.723.0068

Mr Rafael Ruiz  
12 Crestshire Dr  
Lawrence MA 01843  
United States

Room: 0901  
Room Type: KSTE  
No. of Guests: 1  
Rate:  $   120.00   Clerk: 80

Marriott Rewards #   232084256

CRS Number   85121357

Name:

Arrive:  05-16-22      Time:  *02:19 AM      Depart:  05-19-22      Folio Number:  695965

| Date | Description | Charges | Credits |
|---|---|---|---|
| | Balance | | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

**COURTYARD**
**Marriott**

Check out the details for your trip on Mon, May 16

**jetBlue**  TRUE BLUE | **#3326688490**

**Important info for travelers to Puerto Rico.**
Please check the latest entry requirements for Puerto Rico by visiting our COVID-19 Info Hub.

## You're all set to jet.

And, your continued loyalty is what keeps us flying high. Thanks again for being a Mosaic member.

Please note: This is not your boarding pass.

**Your JetBlue confirmation code is**     
DQKLWY

## Change made easy.

Switch or cancel flights, add extras like Even More Space or pets, update your seat assignment, TrueBlue & KTN numbers, and other traveler details—all in one place. Stay safe from fraud—use

only jetblue.com  or the JetBlue app to switch or cancel your flights.

**Manage trip**

You can also manage your trips by downloading our free mobile app.

## Flights

| | | |
|---|---|---|
| **BOS** ▸ **SJU** | Date | Mon, May 16 |
| Boston, MA    San Juan, PR | Departs | 8:55pm |
| **Terminal:** C | Arrives | 12:51am |
| | Flight | 661 |



| | | |
|---|---|---|
| **SJU** ▸ **BOS** | Date | Thu, May 19 |
| San Juan, PR    Boston, MA | Departs | 1:49pm |
| **Terminal:** A | Arrives | 5:55pm |
| | Flight | 262 |

**If your booking was made at least 7 days in advance:** You may cancel it within 24 hours for a full refund to your original form of payment, without a cancellation fee.

**JetBlue Change/Cancel Policy:** There is no fee to change (or cancel) Blue, Blue Extra, Blue Plus or Mint fares. Blue Basic fares booked Jun 8 2021 - Aug 24 2021 and

after Nov 1 2021 are subject to a change/cancel fee of $100 for travel wholly within the U.S., Caribbean, Mexico or Central America, or $200 for all other routes. There are no change/cancel fees for Blue Basic fares booked before Jun 8 2021 or between Aug 25 2021 - Oct 31 2021.

Fare difference may apply and funds may be issued as a JetBlue Travel Bank credit, valid for 12 months on any JetBlue-operated flight. As a Mosaic, same-day switches may be made without a fee or fare difference.  Click here  for details on our change and cancel policies.

## Traveler Details

**RAFAEL ENRIQUE RUIZ**

**Frequent Flier:** B6 3326688490

**Ticket number:** 2792191982667

**BOS - SJU:**

**Fare:** Blue

**Carry-on bags:** One (1) carry-on bag and one (1) personal item included in your fare.

**Checked bags:** Your Mosaic membership includes two (2) checked bags per person. If you need to check more than two bags, these can only be added at the ticket counter on your day of travel, and  other baggage restrictions may apply.

**Seat:**  8D

**Notes:** Even More Speed

**SJU - BOS:**

**Fare:** Blue

**Carry-on bags:** One (1) carry-on bag and one (1) personal item included in your fare.

**Checked bags:** Your Mosaic membership includes two (2) checked bags per person. If you need to check more than two bags, these can only be added at the ticket counter on your day of travel, and  other baggage restrictions may apply.

**Seat:**  12B 

**Notes:** Even More Speed



Get up to 7" more legroom, a fast lane to the TSA checkpoint (select cities), and early boarding—all the better to nab that overhead bin.

**Add Even More Space** ▶

# Payment Details

| | | |
|---|---|---|
| Master XXXXXXXXXX9796 | NONREF | $470.00 |
| | Taxes & fees | $59.60 |

**Total:** **$529.60 USD**

Purchase Date: May 2, 2022

Request full receipt

**Receipt No. 557204**
Date: 5/19/22
Received from: Rafael Ruiz
$75
For: Ride from the Air Port
Seventy five dollars
Payment: Cash

**Receipt No. 557202**
Date: 5/16/22
Received from: Rafael Ruiz
$80.00
For: Ride to the Air Port
Eighty dollars
Payment: Cash