## OFFICE OF THE FPMPR LLC
### B5 Calle Tabonuco Suite 205
### Guaynabo, Puerto Rico 00968

# INVOICE

Date:    May 31, 2022

TO:    PR POLICE REFORM
       SAN JUAN, PUERTO RICO

| | |
|---|---|
| Bank Charges July 1, 2021 to April 30, 2021 | $    460.52 |
| Non-Profit Exemption Request Case 0-003-954-225 (Filing Fee) | 1,500.00 |
| Total | $ 1,960.52 |

[Español] | English

 SISTEMA UNIFICADO DE RENTAS INTERNAS  

‹  Solicitudes

# Pago

OFFICE OF THE
FPMPR LLC

02568-25344

## Procesada

Núm. de confirmación
0-848-786-208

Sometida 09-may-2022
11:17:22 por OFFICE OF
THE FPMPR LLC

Procesada 11-may-2022
21:22:28

›  Ver solicitud

## Pago

---

### Medio de pago

Opción

| Escoger | Nuevo |
|---------|-------|

Tipo

Débito directo - Banco EE.UU.

Tipo de cuenta bancaria

○ Ahorros Comercial

○ Ahorros Personal

◉ Cheques Comercial

○ Cheques Personal

Número de ruta

221571473

Nombre del banco

FIRSTBANK PUERTO RICO

Número de cuenta

****5250

---

### Pago

La cantidad será aplicada a la declaración
realizada por un no comerciante.

Fecha de pago

09-may-2022

Cantidad

1,500.00



Contáctenos     Derechos del          Política de              Condiciones de
                contribuyente         privacidad              uso



**OFFICE OF THE FPMPR, LLC**
**General Ledger**
**For the Period From Jul 1, 2021 to Apr 30, 2022**

| Account ID | Account Description | Date | Reference | Jrnl | Trans Description | Debit Amt |
|---|---|---|---|---|---|---|
| 8980 | Bank Charges | 7/1/21 | | | Beginning Balance | |
| 8980 | Bank Charges | 7/31/21 | GJ 07-01 | GENJ | BANK CHARGES- CASH MANAGEMENT FEE + IVU | 45.58 |
| 8980 | Bank Charges | 8/31/21 | GJ 08-01 | GENJ | BANK CHARGES- CASH MANAGEMENT FEE + IVU | 50.87 |
| 8980 | Bank Charges | 10/31/21 | GJ 10-01 | GENJ | BANK CHARGES- CASH MANAGEMENT FEE + IVU | 91.72 |
| 8980 | Bank Charges | 12/31/21 | GJ 12-01 | GENJ | BANK CHARGES- CASH MANAGEMENT FEE + IVU | 40.00 |
| 8980 | Bank Charges | 1/31/22 | GJ 01-01 | GENJ | BANK CHARGES- CASH MANAGEMENT FEE + IVU | 96.18 |
| 8980 | Bank Charges | 2/28/22 | GJ 02-01 | GENJ | BANK CHARGES- CASH MANAGEMENT FEE + IVU | 40.00 |
| 8980 | Bank Charges | 3/31/22 | GJ 03-01 | GENJ | BANK CHARGES- CASH MANAGEMENT FEE + IVU | 50.87 |
| 8980 | Bank Charges | 4/30/22 | GJ 04-01 | GENJ | BANK CHARGES- CASH MANAGEMENT FEE + IVU | 45.30 |
| 8980 | Bank Charges | | | | Change | 460.52 |
| | | 4/30/22 | | | Ending Balance | |

| Credit Amt | Balance |
| --- | --- |
| | 460.52 |
| | **460.52** |

**After Five Days Return To:**
**PO Box 9146**
**San Juan PR 00908-0146**



**STATEMENT OF ACCOUNT**

| STATEMENT DATE |
|---|
| **07/31/21** |

00001084  MFBPRR0802210159590R  3  100000000



OFFICE OF THE FPMPR LLC
PMB 292
B5 CALLE TABONUCO STE 216
GUAYNABO PR  00968-3022

**020-BUSINESS PLUS CORP**

0*  6609215250

| BEGINNING BALANCE | DEPOSITS / OTHER CREDITS | | CHECKS / OTHER DEBITS | | SERVICE CHARGES | ENDING BALANCE |
|---|---|---|---|---|---|---|
| | NUMBER | AMOUNT CREDITED | NUMBER | AMOUNT DEBITED | | |
| 168,489.70 | 1 | 138185.59 | 10 | 303863.44 | .00 | 2,811.85 |

```
CHECKING ACCOUNT TRANSACTIONS
DEPOSITS AND OTHER CREDITS
   DATE...........AMOUNT...........DESCRIPTION

   07/21     138,185.59           DEPOSIT

OTHER DEBITS
   DATE...........AMOUNT...........DESCRIPTION

   07/06      91,328.85           ACH OFFSET
   07/07       6,322.92           ACH DB -070721-021502013045308
                                  DEPT DE HACIENDA            PR TAX
   07/07      67,980.50           ACH OFFSET
   07/21          40.00           Cash Mgmt Fee
   07/21           5.00           AA FEE SUBJ TO IVU*
   07/21           0.53           IVU ESTATAL
   07/21           0.05           IVU MUNICIPAL
   07/23      98,343.37           ACH OFFSET
   07/26       5,290.15           ACH DB -072621-021502011417342
                                  DEPT DE HACIENDA            PR TAX
   07/26      34,552.07           ACH OFFSET

* * * * * * * * * * * * DAILY BALANCE INFORMATION * * * * * * * * * * * *
   DATE........BALANCE       DATE........BALANCE       DATE........BALANCE
   06/30     168,489.70      07/07       2,857.43      07/23      42,654.07
   07/06      77,160.85      07/21     140,997.44      07/26       2,811.85

      *
      *
      *
```





**THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT**

TO VERIFY YOUR CHECKBOOK BALANCE WITH THE ENDING BALANCE OF THIS STATEMENT, FOLLOW THESE INSTRUCTIONS:

$ _____

**ADD (+)**
Deposits not credited
By the Bank

$ _____

| DEPOSITS NOT CREDITED BY THE BANK | |
|---|---|
| DATE | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| TOTAL | |

**DEDUCT (-)**
Outstanding Checks

| CHECKS OUTSTANDING | |
|---|---|
| DATE | AMOUNT |
| | |
| | |
| | |
| | |

**Balance**

$ _____

| | |
|---|---|
| TOTAL | |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS** telephone or write us at the contact information provided below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If you tell us in person or by phone, we may require that you send us your complaint in writing within 10 business days. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

Electronic Funds Transfers include electronic transactions initiated through an Automated Teller Machine (ATM) or certain preauthorized debits and credits to your account, and Direct Deposits (e.g. Social Security, Federal Retirement Payments, etc.)

**TO FIND OUT IF A DIRECT DEPOSIT HAS BEEN MADE.** If you have authorized direct deposits to your account that do not provide written confirmations to you (such as Social Security, Federal Retirement benefits, etc.), you may call us to ask whether or not the deposit has been made at the number provided below.

**TO REPORT A LOST OR STOLEN DEBIT CARD** notify us by phone as soon as possible at the number provided below. Our business hours are Mondays through Sundays from 6:00am to 12:00 midnight.

**IMPORTANT INFORMATION REGARDING YOUR FIRST CREDIT LINE OR YOUR HOME EQUITY LINE OF CREDIT ACCOUNT STATEMENT.** Balance subject to Interest Rate: Finance Charges shall be computed utilizing the Average Daily Balance. The Average Daily Balance is obtained by adding the balances of the principal owed each day in the monthly Account Statement and dividing the result by the number of days in the billing period. The balance owed each day during the billing period shall be determined by adding the balance of the previous day, plus any debt, and subtracting from these any payment or amount credited during the day.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT REGARDING YOUR CREDIT LINE OR CREDIT.** If you think there is an error on your statement, write to us or call at the contact information provided below:
In your letter, give us the following information:
1. Account information: Your name and account number.
2. Dollar amount: The dollar amount of the suspected error.
3. Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true: We cannot try to collect the amount in question or report you as delinquent on that amount.

- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question, or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

The Disclosures above are only applicable to Consumer Accounts. For Commercial Accounts: IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS IN YOUR COMMERCIAL ACCOUNT: Telephone us at the number provided below. We must hear from you no later than 20 days after we sent you the first statement on which the error appeared. FOR MORE DETAILS PLEASE REFER TO THE DEPOSIT ACCOUNT AGREEMENT.



**NNNS-9049-0220R**

**EN CASO DE ERRORES O PREGUNTAS ACERCA DE SUS TRANSFERENCIAS ELECTRÓNICAS DE FONDOS** comuníquese con nosotros llamando o escribiendo a la información de contacto provista abajo. Debe comunicarse con nosotros dentro de los 60 días siguientes a la fecha de envío del PRIMER estado de cuenta en que aparece el error o problema.

1. Indíquenos su nombre y número de cuenta.
2. Descripción del error o transferencia en cuestión y una explicación tan clara como sea posible de por qué piensa que hay tal error o la razón por la cual necesita información adicional.
3. Díganos la cantidad del error alegado.

Nosotros investigaremos su reclamación y corregiremos cualquier error rápidamente. Si usted nos informa la reclamación en persona o por teléfono, le podríamos solicitar que nos envíe su reclamación por escrito dentro de 10 días laborables. Si tomamos más de 10 días laborables para investigar su reclamación, acreditaremos provisionalmente su cuenta por la cantidad que usted cree que es un error, para que haga uso del dinero durante el tiempo que tardemos en completar nuestra investigación.

Las Transferencias Electrónicas de Fondos incluyen aquellas realizadas mediante máquinas ATM o ciertos débitos y créditos preautorizados a su cuenta, además de Depósitos Directos (por ejemplo: Seguro Social, pagos de Retiro Federal, etc.).

**PARA SABER SI SE HA EFECTUADO UN DEPÓSITO DIRECTO.** Si usted ha autorizado depósitos directos a su cuenta para los cuales no le proveen confirmación por escrito, puede llamarnos al número que se indica abajo para información sobre si éstos se han realizado.

**PARA REPORTAR PÉRDIDA O ROBO DE SU TARJETA DÉBITO** notifíquenos por teléfono de inmediato al número provisto abajo. Horario: Siete días a la semana de 6:00am a 12:00 de la medianoche. También puede escribirnos a la dirección provista abajo.

**INFORMACIÓN IMPORTANTE SOBRE EL ESTADO DE CUENTA DE SU FIRST CREDIT LINE, FIRST RESERVE O LÍNEA DE CRÉDITO CON GARANTÍA HIPOTECARIA.** Saldo sujeto a tasa de interés: Los cargos por financiamiento se computarán utilizando el balance promedio diario. El balance promedio diario se obtiene sumando el balance del principal adeudado cada día en el estado de cuenta mensual y dividiendo el resultado por la cantidad de días en el período de facturación. El balance adeudado cada día durante el período de facturación se determinará agregando el balance del día anterior, más cualquier deuda, y restando de ellos cualquier pago o monto acreditado durante el día.

**QUÉ HACER SI CREE QUE HAY UN ERROR EN EL ESTADO DE CUENTA RELACIONADO A SU LÍNEA DE CRÉDITO O EXTENSIÓN DE CRÉDITO.** Si cree que hay un error en su estado de cuenta, escríbanos o llámenos a la información de contacto incluida abajo.
En su carta, provéanos la siguiente información:
1. Nombre y número de cuenta
2. La cantidad en dólares del presunto error.
3. Descripción del problema: Si cree que hay un error en su factura, describa qué cree que está mal y por qué cree que es un error.

Debe comunicarse con nosotros dentro de los 60 días posteriores a la primera vez que aparece el presunto error en su estado de cuenta. Usted debe notificarnos de cualquier error potencial por escrito. Puede llamarnos, pero si lo hace, no estamos obligados a investigar ningún error potencial y es posible que deba pagar la cantidad en cuestión.

Mientras investigamos si ha habido un error o no:
- No podemos tratar de cobrar la cantidad en cuestión, o informarle como delincuente en esa cantidad.
- El cargo en cuestión puede permanecer en su estado de cuenta y podemos continuar cobrándole intereses sobre esa cantidad. Pero, si determinamos que cometimos un error, no tendrá que pagar el monto en cuestión ni ningún interés u otros cargos relacionados con ese monto.
- Si bien no tiene que pagar la cantidad en cuestión, usted es responsable por el resto de su saldo.
- Podemos aplicar cualquier cantidad adeudada contra su límite de crédito

Las divulgaciones anteriores sólo aplican a cuentas de individuos. Para Cuentas Comerciales: EN CASO DE ERROR O PREGUNTAS SOBRE SUS TRANSFERENCIAS DE FONDOS ELECTRÓNICOS EN SU CUENTA COMERCIAL: Llámenos al número proporcionado anteriormente. Debemos tener noticias suyas a más tardar 20 días después que le enviemos la primera declaración en la que apareció el error. PARA MÁS DETALLES, CONSULTE EL ACUERDO DE CUENTA DE DEPÓSITO.

| **PUERTO RICO** | **UNITED STATES VIRGIN ISLANDS** | **BRITISH VIRGIN ISLANDS** |
|---|---|---|
| FirstBank Retail Banking Operations PO Box 9146 San Juan, PR 00908-0146 | FirstBank PO Box 309600 St. Thomas, VI 00803 | FirstBank PO Box 435 Road Town, Tortola BVI VG 1110 |
| 787.725.2511/ 1.866.695.2511 1firstbank.com | 1.866.695.2511 1firstbank.com | 284.494.2662 1firstbank.com |





**Clientes convertidos de Santander:**

- Podrá ver incluida una transacción con la descripción SANTANDER TXN con fecha del 12 de julio de 2021, en su estado de cuenta. Esta transacción refleja la diferencia entre el cargo por servicio mensual y los intereses divulgados e incluidos en su último estado de cuenta de Santander. Aunque las cantidades por concepto del cargo por servicio y los intereses acreditados fueron desglosados en su último estado de cuenta de Santander, la transacción no fue debitada o acreditada, según aplique, al balance convertido a FirstBank. Para este estado de cuenta, FirstBank debitó o acreditó, según aplique, la transacción identificada como SANTANDER TXN.
- Podrá ver incluida una transacción crédito con la descripción SANTANDER INT en su estado de cuenta. Esta transacción refleja los intereses acumulados del sábado 10 y domingo 11 de julio de 2021 de su cuenta de Santander.
- Podrá ver incluida una transacción débito con la descripción SANTANDER IVU en su estado de cuenta. Esta transacción refleja el IVU correspondiente a su último ciclo de Santander con fecha del viernes, 9 de julio de 2021.
- Podrá ver incluida una transacción crédito o débito con la descripción SANTANDER TRF en su estado de cuenta. Esta transacción refleja una transferencia automática de su cuenta combinada de una sección a otra para cubrir una transacción de débito ocurrida el sábado 10 y/o domingo 11 de julio de 2021 de su cuenta de Santander. Para este estado de cuenta, FirstBank debitó y acreditó, según aplique, la transacción identificada como SANTANDER TRF.

Cualquier duda o pregunta puede comunicarse con FirstLine Solutions al 787.725.2511 o libre de costo al 1.866.695.2511 o visitar alguna de nuestras sucursales.


**Santander Converted Customers:**

- You may see a transaction with the description SANTANDER TXN with date of July 12, 2021 on your statement. This transaction reflects the difference between the monthly service fee and the interest disclosed and included in your last Santander statement. Although the amounts for the service charge and the interest credited were disclosed in Santander's last statement, the transaction was not debited or credited to the balance converted to FirstBank, as it may apply. For this statement, FirstBank debited or credited the transaction identified as SANTANDER TXN.
- You may see a credit transaction with the description SANTANDER INT included in your statement. This transaction reflects the interest accrued Saturday, July 10 and Sunday, July 11, 2021 from your Santander account.
- You may see a debit transaction with the description SANTANDER IVU included in your statement. This transaction reflects the tax corresponding to your last Santander cycle dated Friday, July 9, 2021.
- You will be able to see a credit or debit transaction with the description SANTANDER TRF included in your account statement. This transaction reflects an automatic transfer of your combined account from one section to another to cover a debit transaction that occurred on Saturday 10 and/or Sunday July 11, 2021 from your Santander account. For this statement, FirstBank debited and credited, as applicable, the transaction identified as SANTANDER TRF.

If you have any questions or concerns, you may contact FirstLine Solutions at 787.725.2511 or free of charge at 1.866.695.2511 or visit one of our branches.





**After Five Days Return To:**
**PO Box 9146**
**San Juan PR 00908-0146**

**STATEMENT OF ACCOUNT**

| STATEMENT DATE |
|---|
| 08/31/21 |

**020-BUSINESS PLUS CORP**

0*  6609215250

00001617  MFBPRR0901210159590R  2  100000000



OFFICE OF THE FPMPR LLC
PMB 292
B5 CALLE TABONUCO STE 216
GUAYNABO PR  00968-3022

| BEGINNING BALANCE | DEPOSITS / OTHER CREDITS | | CHECKS / OTHER DEBITS | | SERVICE CHARGES | ENDING BALANCE |
|---|---|---|---|---|---|---|
| | NUMBER | AMOUNT CREDITED | NUMBER | AMOUNT DEBITED | | |
| 2,811.85 | 1 | 151052.71 | 7 | 150434.59 | .00 | 3,429.97 |

```
CHECKING ACCOUNT TRANSACTIONS
DEPOSITS AND OTHER CREDITS
   DATE..........AMOUNT..........DESCRIPTION

  08/20     151,052.71          DEPOSIT

OTHER DEBITS
   DATE..........AMOUNT..........DESCRIPTION

  08/23      93,490.40          ACH OFFSET
  08/24       5,487.73          ACH DB -082421-021502013704217
                                DEPT DE HACIENDA              PR TAX
  08/24      51,405.59          ACH OFFSET
  08/31          40.00          Cash Mgmt Fee
  08/31           9.75          AA FEE SUBJ TO IVU*
  08/31           1.02          IVU ESTATAL
  08/31           0.10          IVU MUNICIPAL

* * * * * * * * * * * DAILY BALANCE INFORMATION * * * * * * * * * * * *
   DATE........BALANCE    DATE........BALANCE    DATE........BALANCE
   07/31      2,811.85    08/23     60,374.16    08/31      3,429.97
   08/20    153,864.56    08/24      3,480.84

        *
        *
        *
```



THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT

TO VERIFY YOUR CHECKBOOK BALANCE WITH THE ENDING BALANCE OF THIS STATEMENT, FOLLOW THESE INSTRUCTIONS:

$ _____

ADD (+)
Deposits not credited
By the Bank

$ _____

| DEPOSITS NOT CREDITED BY THE BANK | |
|---|---|
| DATE | AMOUNT |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL |  |

DEDUCT (-)
Outstanding Checks

| CHECKS OUTSTANDING | |
|---|---|
| DATE | AMOUNT |
|  |  |
|  |  |
|  |  |

Balance

$ _____

| | |
|---|---|
|  |  |
| TOTAL |  |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS** telephone or write us at the contact information provided below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If you tell us in person or by phone, we may require that you send us your complaint in writing within 10 business days. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

Electronic Funds Transfers include electronic transactions initiated through an Automated Teller Machine (ATM) or certain preauthorized debits and credits to your account, and Direct Deposits (e.g. Social Security, Federal Retirement Payments, etc.)

**TO FIND OUT IF A DIRECT DEPOSIT HAS BEEN MADE.** If you have authorized direct deposits to your account that do not provide written confirmations to you (such as Social Security, Federal Retirement benefits, etc.), you may call us to ask whether or not the deposit has been made at the number provided below.

**TO REPORT A LOST OR STOLEN DEBIT CARD** notify us by phone as soon as possible at the number provided below. Our business hours are Mondays through Sundays from 6:00am to 12:00 midnight.

**IMPORTANT INFORMATION REGARDING YOUR FIRST CREDIT LINE OR YOUR HOME EQUITY LINE OF CREDIT ACCOUNT STATEMENT.** Balance subject to Interest Rate: Finance Charges shall be computed utilizing the Average Daily Balance. The Average Daily Balance is obtained by adding the balances of the principal owed each day in the monthly Account Statement and dividing the result by the number of days in the billing period. The balance owed each day during the billing period shall be determined by adding the balance of the previous day, plus any debt, and subtracting from these any payment or amount credited during the day.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT REGARDING YOUR CREDIT LINE OR CREDIT.** If you think there is an error on your statement, write to us or call at the contact information provided below:
In your letter, give us the following information:
1. Account information: Your name and account number.
2. Dollar amount: The dollar amount of the suspected error.
3. Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true: We cannot try to collect the amount in question or report you as delinquent on that amount.

- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question, or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

The Disclosures above are only applicable to Consumer Accounts. For Commercial Accounts: IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS IN YOUR COMMERCIAL ACCOUNT: Telephone us at the number provided below. We must hear from you no later than 20 days after we sent you the first statement on which the error appeared. FOR MORE DETAILS PLEASE REFER TO THE DEPOSIT ACCOUNT AGREEMENT.

NNNS-9049-0220R



**EN CASO DE ERRORES O PREGUNTAS ACERCA DE SUS TRANSFERENCIAS ELECTRÓNICAS DE FONDOS** comuníquese con nosotros llamando o escribiendo a la información de contacto provista abajo. Debe comunicarse con nosotros dentro de los 60 días siguientes a la fecha de envío del PRIMER estado de cuenta en que aparece el error o problema.

1. Indíquenos su nombre y número de cuenta.
2. Descripción del error o transferencia en cuestión y una explicación tan clara como sea posible de por qué piensa que hay tal error o la razón por la cual necesita información adicional.
3. Díganos la cantidad del error alegado.

Nosotros investigaremos su reclamación y corregiremos cualquier error rápidamente. Si usted nos informa la reclamación en persona o por teléfono, le podríamos solicitar que nos envíe su reclamación por escrito dentro de 10 días laborables. Si tomamos más de 10 días laborables para investigar su reclamación, acreditaremos provisionalmente su cuenta por la cantidad que usted cree que es un error, para que haga uso del dinero durante el tiempo que tardemos en completar nuestra investigación.

Las Transferencias Electrónicas de Fondos incluyen aquellas realizadas mediante máquinas ATM o ciertos débitos y créditos preautorizados a su cuenta, además de Depósitos Directos (por ejemplo: Seguro Social, pagos de Retiro Federal, etc.).

**PARA SABER SI SE HA EFECTUADO UN DEPÓSITO DIRECTO.** Si usted ha autorizado depósitos directos a su cuenta para los cuales no le proveen confirmación por escrito, puede llamarnos al número que se indica abajo para obtener información sobre si éstos se han realizado.

**PARA REPORTAR PÉRDIDA O ROBO DE SU TARJETA DÉBITO** notifíquenos por teléfono de inmediato al número provisto abajo. Horario: Siete días a la semana de 6:00am a 12:00 de la medianoche. También puede escribirnos a la dirección provista abajo.

**INFORMACIÓN IMPORTANTE SOBRE EL ESTADO DE CUENTA DE SU FIRST CREDIT LINE, FIRST RESERVE O LÍNEA DE CRÉDITO CON GARANTÍA HIPOTECARIA.** Saldo sujeto a tasa de interés: Los cargos por financiamiento se computarán utilizando el balance promedio diario. El balance promedio diario se obtiene sumando el balance del principal adeudado cada día en el estado de cuenta mensual y dividiendo el resultado por la cantidad de días en el período de facturación. El balance adeudado cada día durante el período de facturación se determinará agregando el balance del día anterior, más cualquier deuda, y restando de ellos cualquier pago o monto acreditado durante el día.

**QUÉ HACER SI CREE QUE HAY UN ERROR EN EL ESTADO DE CUENTA RELACIONADO A SU LÍNEA DE CRÉDITO O EXTENSIÓN DE CRÉDITO.** Si cree que hay un error en su estado de cuenta, escríbanos o llámenos a la información de contacto incluida abajo.
En su carta, provéanos la siguiente información:
1. Nombre y número de cuenta
2. La cantidad en dólares del presunto error.
3. Descripción del problema: Si cree que hay un error en su factura, describa usted cree que está mal y por qué cree que es un error.

Debe comunicarse con nosotros dentro de los 60 días posteriores a la primera vez que aparece el presunto error en su estado de cuenta. Usted debe notificarnos de cualquier error potencial por escrito. Puede llamarnos, pero si lo hace, no estamos obligados a investigar ningún error potencial y es posible que deba pagar la cantidad en cuestión.

Mientras investigamos si ha habido un error o no:

- No podemos tratar de cobrar la cantidad en cuestión, o informarle como delincuente en esa cantidad.
- El cargo en cuestión puede permanecer en su estado de cuenta y podemos continuar cobrándole intereses sobre esa cantidad. Pero, si determinamos que cometimos un error, no tendrá que pagar el monto en cuestión ni ningún interés u otros cargos relacionados con ese monto.
- Si bien no tiene que pagar la cantidad en cuestión, usted es responsable por el resto de su saldo.
- Podemos aplicar cualquier cantidad adeudada contra su límite de crédito

Las divulgaciones anteriores sólo aplican a cuentas de individuos. Para Cuentas Comerciales: EN CASO DE ERROR O PREGUNTAS SOBRE SUS TRANSFERENCIAS DE FONDOS ELECTRÓNICOS EN SU CUENTA COMERCIAL: Llámenos al número proporcionado anteriormente. Debemos tener noticias suyas a más tardar 20 días después que le enviemos la primera declaración en la que apareció el error. PARA MÁS DETALLES, CONSULTE EL ACUERDO DE CUENTA DE DEPÓSITO.

| PUERTO RICO | UNITED STATES VIRGIN ISLANDS | BRITISH VIRGIN ISLANDS |
|---|---|---|
| FirstBank Retail Banking Operations PO Box 9146 San Juan, PR 00908-0146 | FirstBank PO Box 309600 St. Thomas, VI 00803 | FirstBank PO Box 435 Road Town, Tortola BVI VG 1110 |
| 787.725.2511/ 1.866.695.2511 1firstbank.com | 1.866.695.2511 1firstbank.com | 284.494.2662 1firstbank.com |

**After Five Days Return To:**
**PO Box 9146**
**San Juan PR 00908-0146**



**STATEMENT OF ACCOUNT**

| STATEMENT DATE |
| --- |
| **10/31/21** |

00000452  MFBPRR1101210159590R 4  100000000

OFFICE OF THE FPMPR LLC
PMB 292
B5 CALLE TABONUCO STE 216
GUAYNABO PR  00968-3022

**020-BUSINESS PLUS CORP**

0*  6609215250

| BEGINNING BALANCE | DEPOSITS / OTHER CREDITS | | CHECKS / OTHER DEBITS | | SERVICE CHARGES | ENDING BALANCE |
| --- | --- | --- | --- | --- | --- | --- |
| | NUMBER | AMOUNT CREDITED | NUMBER | AMOUNT DEBITED | | |
| 2,760.97 | 0 | .00 | 8 | 91.72 | .00 | 2,669.25 |

```
CHECKING ACCOUNT TRANSACTIONS
OTHER DEBITS
  DATE..........AMOUNT..........DESCRIPTION

    10/08         40.00         Cash Mgmt Fee
    10/08          5.00         AA FEE SUBJ TO IVU*
    10/08          0.53         IVU ESTATAL
    10/08          0.05         IVU MUNICIPAL
    10/25         40.00         Cash Mgmt Fee
    10/25          5.50         AA FEE SUBJ TO IVU*
    10/25          0.58         IVU ESTATAL
    10/25          0.06         IVU MUNICIPAL

* * * * * * * * * * * * * DAILY BALANCE INFORMATION * * * * * * * * * * * * * *
  DATE........BALANCE    DATE........BALANCE    DATE........BALANCE
  09/30     2,760.97    10/08     2,715.39    10/25     2,669.25

    *
    *
    *
```



THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT

TO VERIFY YOUR CHECKBOOK BALANCE WITH THE ENDING BALANCE OF THIS STATEMENT, FOLLOW THESE INSTRUCTIONS:

$ _____

ADD (+)
Deposits not credited
By the Bank

$ _____

| DEPOSITS NOT CREDITED BY THE BANK | |
|---|---|
| DATE | AMOUNT |
| | |
| | |
| | |
| | |
| TOTAL | |

DEDUCT (-)
Outstanding Checks

$ _____

Balance

$ _____

| CHECKS OUTSTANDING | |
|---|---|
| DATE | AMOUNT |
| | |
| | |
| | |
| | |
| TOTAL | |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS** telephone or write us at the contact information provided below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If you tell us in person or by phone, we may require that you send us your complaint in writing within 10 business days. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

Electronic Funds Transfers include electronic transactions initiated through an Automated Teller Machine (ATM) or certain preauthorized debits and credits to your account, and Direct Deposits (e.g. Social Security, Federal Retirement Payments, etc.)

**TO FIND OUT IF A DIRECT DEPOSIT HAS BEEN MADE.** If you have authorized direct deposits to your account that do not provide written confirmations to you (such as Social Security, Federal Retirement benefits, etc.), you may call us to ask whether or not the deposit has been made at the number provided below.

**TO REPORT A LOST OR STOLEN DEBIT CARD** notify us by phone as soon as possible at the number provided below. Our business hours are Mondays through Sundays from 6:00am to 12:00 midnight.

**IMPORTANT INFORMATION REGARDING YOUR FIRST CREDIT LINE OR YOUR HOME EQUITY LINE OF CREDIT ACCOUNT STATEMENT.** Balance subject to Interest Rate: Finance Charges shall be computed utilizing the Average Daily Balance. The Average Daily Balance is obtained by adding the balances of the principal owed each day in the monthly Account Statement and dividing the result by the number of days in the billing period. The balance owed each day during the billing period shall be determined by adding the balance of the previous day, plus any debt, and subtracting from these any payment or amount credited during the day.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT REGARDING YOUR CREDIT LINE OR CREDIT.** If you think there is an error on your statement, write to us or call at the contact information provided below:
In your letter, give us the following information:
1. Account information: Your name and account number.
2. Dollar amount: The dollar amount of the suspected error.
3. Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true: We cannot try to collect the amount in question or report you as delinquent on that amount.

- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question, or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

The Disclosures above are only applicable to Consumer Accounts. For Commercial Accounts: IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS IN YOUR COMMERCIAL ACCOUNT: Telephone us at the number provided below. We must hear from you no later than 20 days after we sent you the first statement on which the error appeared. FOR MORE DETAILS PLEASE REFER TO THE DEPOSIT ACCOUNT AGREEMENT.

NNNS-9049-0220R



**EN CASO DE ERRORES O PREGUNTAS ACERCA DE SUS TRANSFERENCIAS ELECTRÓNICAS DE FONDOS** comuníquese con nosotros llamando o escribiendo a la información de contacto provista abajo. Debe comunicarse con nosotros dentro de los 60 días siguientes a la fecha de envío del PRIMER estado de cuenta en que aparece el error o problema.

1. Indíquenos su nombre y número de cuenta.
2. Descripción del error o transferencia en cuestión y una explicación tan clara como sea posible de por qué piensa que hay tal error o la razón por la cual necesita información adicional.
3. Díganos la cantidad del error alegado.

Nosotros investigaremos su reclamación y corregiremos cualquier error rápidamente. Si usted nos informa la reclamación en persona o por teléfono, le podríamos solicitar que nos envíe su reclamación por escrito dentro de 10 días laborables. Si tomamos más de 10 días laborables para investigar su reclamación, acreditaremos provisionalmente su cuenta por la cantidad que usted cree que es un error, para que haga uso del dinero durante el tiempo que tardemos en completar nuestra investigación.

Las Transferencias Electrónicas de Fondos incluyen aquellas realizadas mediante máquinas ATM o ciertos débitos y créditos preautorizados a su cuenta, además de Depósitos Directos (por ejemplo: Seguro Social, pagos de Retiro Federal, etc.).

**PARA SABER SI SE HA EFECTUADO UN DEPÓSITO DIRECTO.** Si usted ha autorizado depósitos directos a su cuenta para los cuales no le proveen confirmación por escrito, puede llamarnos al número que se indica abajo para información sobre si éstos se han realizado.

**PARA REPORTAR PÉRDIDA O ROBO DE SU TARJETA DÉBITO** notifíquenos por teléfono de inmediato al número provisto abajo. Horario: Siete días a la semana de 6:00am a 12:00 de la medianoche. También puede escribirnos a la dirección provista abajo.

**INFORMACIÓN IMPORTANTE SOBRE EL ESTADO DE CUENTA DE SU FIRST CREDIT LINE, FIRST RESERVE O LÍNEA DE CRÉDITO CON GARANTÍA HIPOTECARIA.** Saldo sujeto a tasa de interés: Los cargos por financiamiento se computarán utilizando el balance promedio diario. El balance promedio diario se obtiene sumando el balance del principal adeudado cada día en el Estado de cuenta mensual y dividiendo el resultado por la cantidad de días en el período de facturación. El balance adeudado cada día durante el período de facturación se determinará agregando el balance del día anterior, más cualquier deuda, y restando de ellos cualquier pago o monto acreditado durante el día.

**QUÉ HACER SI CREE QUE HAY UN ERROR EN EL ESTADO DE CUENTA RELACIONADO A SU LÍNEA DE CRÉDITO O EXTENSIÓN DE CRÉDITO.** Si cree que hay un error en su estado de cuenta, escríbanos o llámenos a la información de contacto incluida abajo.
En su carta, provéanos la siguiente información:
1. Nombre y número de cuenta.
2. La cantidad en dólares del presunto error.
3. Descripción del problema: Si cree que hay un error en su factura, describa qué cree que está mal y por qué cree que es un error.

Debe comunicarse con nosotros dentro de los 60 días posteriores a la primera vez que aparece el presunto error en su estado de cuenta. Usted debe notificarnos de cualquier error potencial por escrito. Puede llamarnos, pero si lo hace, no estamos obligados a investigar ningún error potencial y es posible que deba pagar la cantidad en cuestión.

Mientras investigamos si ha habido un error o no:
- No podemos tratar de cobrar la cantidad en cuestión, o informarle como delincuente en esa cantidad.
- El cargo en cuestión puede permanecer en su estado de cuenta y podemos continuar cobrándole intereses sobre esa cantidad. Pero, si determinamos que cometimos un error, no tendrá que pagar el monto en cuestión ni ningún interés u otros cargos relacionados con ese monto.
- Si bien no tiene que pagar la cantidad en cuestión, usted es responsable por el resto de su saldo.
- Podemos aplicar cualquier cantidad adeudada contra su límite de crédito

Las divulgaciones anteriores sólo aplican a cuentas de individuos. Para Cuentas Comerciales: EN CASO DE ERROR O PREGUNTAS SOBRE SUS TRANSFERENCIAS DE FONDOS ELECTRÓNICOS EN SU CUENTA COMERCIAL: Llámenos al número proporcionado anteriormente. Debemos tener noticias suyas a más tardar 20 días después de que le enviemos la primera declaración en la que apareció el error. PARA MÁS DETALLES, CONSULTE EL ACUERDO DE CUENTA DE DEPÓSITO.

| PUERTO RICO | UNITED STATES VIRGIN ISLANDS | BRITISH VIRGIN ISLANDS |
|---|---|---|
| FirstBank Retail Banking Operations PO Box 9146 San Juan, PR 00908-0146 | FirstBank PO Box 309600 St. Thomas, VI 00803 | FirstBank PO Box 435 Road Town, Tortola BVI VG 1110 |
| 787.725.2511/ 1.866.695.2511 1firstbank.com | 1.866.695.2511 1firstbank.com | 284.494.2662 1firstbank.com |



**Clientes de Cuentas de Depósito Convertidos de Santander:**

Incluimos información importante sobre su cuenta convertida a FirstBank Puerto Rico ("FirstBank")  el 12 de julio de 2021.

**Tarjetas de débito:**
- Si tiene una Santander Express Mastercard, estará recibiendo próximamente una nueva tarjeta de débito FirstBank Mastercard, que reemplazará su tarjeta de Santander.  Junto con su tarjeta, recibirá la información de cómo activarla y en qué fecha se cancelará su tarjeta de Santander.
- Si recibió una tarjeta de débito Visa Débito, Visa Business y/o Visa Infinite, recuerde activarla y actualizar la información del número de tarjeta, fecha de expiración y código de seguridad en sus pagos recurrentes.  Si es usuario de ATH Móvil, debe registrarla en su perfil. Si su tarjeta de Santander Puerto Rico ("Santander"), estaba designada como su "tarjeta primaria", asegúrese de designar su nueva tarjeta como "primaria".  Una vez añada su nueva tarjeta, debe eliminar de su perfil su tarjeta de Santander.

**Estado de cuenta electrónico en Tu Banca Digital*:**
- Si estaba suscrito a estados de cuenta electrónicos en Santander mantuvimos su selección en su(s) cuenta(s) en FirstBank, pero debe ratificar que desea continuar con estados electrónicos en o antes del **31 de octubre de 2021**. Para esto, deberá ingresar a Tu Banca Digital y en cada una de sus cuentas, debe seleccionar la opción de "Activar Estados de Cuenta Electrónicos".  De no confirmar que desea continuar con estados electrónicos en o antes del 31 de octubre de 2021, recibirá sus estados de cuenta por correo.
- Para información adicional de cómo acogerse a estado electrónico y eliminar el estado en papel puede referirse a 1firstbank.com, sección de **Servicios Electrónicos**, opción de **e-statements**.  Ahí podrá encontrar una guía en PDF de "Conoce cómo funcionan los Estados de Cuentas Electrónicos y las Notificaciones en Tu Banca Digital".
- Al eliminar el estado de cuenta en papel y suscribirse a estado electrónico, puede evitar el cargo de $2.00 en cuenta Bonus y First Investment por estado de cuenta en papel.  Además, puede recibir un descuento de $0.50 en el cargo fijo por servicio mensual en la Cuenta Uno**.

**Cheques:**
- Los cheques de Santander serán aceptados y procesados hasta el **31 de diciembre de 2021**. Luego de esta fecha, los cheques de Santander pudieran ser devueltos. Asegúrese de ordenar con tiempo y antes de esta fecha sus cheques nuevos con el número de ruta y tránsito y/o número de cuenta nuevo de FirstBank. Podrá hacerlo a través de **Servicios**, opción **Para mis Cuentas** en **Tu Banca Digital**.

**Depósitos y/o pagos directos (ACH):**
- Recuerde actualizar su número de ruta y tránsito y/o número nuevo de cuenta del banco en sus pagos automáticos y comercios en línea.
- Estaremos aceptando los débitos directos y depósitos directos (ACH), como pagos de nómina y Seguro Social, que tenga programados a su número de cuenta y número de ruta y tránsito de Santander hasta el **31 de diciembre de 2021**. Luego de esta fecha, las transacciones pudieran ser devueltas. Es importante que se comunique con los comercios y/o proveedores de estas transacciones para que actualice su número de cuenta y/o número de ruta y tránsito de FirstBank antes del 31 de diciembre de 2021.

*Tu Banca Digital: está sujeto a los términos, condiciones y restricciones de FirstBank establecidos en el contrato para este servicio. Aplica únicamente a cuentas de individuos y cuentas comerciales *Doing Business As* (DBA) con seguro social de individuos.

** Otros cargos pueden aplicar.  Puede referirse a la Divulgación de Cargos, Términos y Tasas Aplicables a las Cuentas Uno, Bonus y First Investment.



00000452-98984-0003-0004-MFBPRR1101210159590R-30-L

# 1 First Bank

**Santander Converted Deposit Account Customers:**

Important information about your account converted to FirstBank Puerto Rico ("FirstBank") on July 12, 2021.

**Debit cards:**
- If you have a Santander Express Mastercard, you will soon be receiving a new FirstBank Mastercard debit card, which will replace your Santander card. With your card you will receive the information on how to activate it and on what date your Santander card will be canceled.
- If you received a Visa Debit, Visa Business and/or Visa Infinite debit card, remember to activate it and update the card number, expiration date and security code information on your recurring payments. If you are an ATH Móvil user, you must register it in your profile. If your Santander Puerto Rico ("Santander") card was designated as your "primary card", be sure to designate your new card as "primary". Once you have added your new card, you must remove your Santander card from your profile.

**Electronic account statement in Your Digital Banking \*:**
- If you were subscribed to electronic account statements at Santander, we kept your selection in your account (s) at FirstBank, but you must confirm that you wish to continue with electronic statements on or before **October 31, 2021.** For this, you must enter Tu Banca Digital and in each of your accounts select the option "Activate Electronic Account Statements". If you do not confirm that you want to continue with electronic statements on or before October 31, 2021, you will receive your statements by mail.
- For additional information on how to subscribe to electronic statement and eliminate the paper statement, you can refer to 1firstbank.com, **Online Services** section, **e-statements** option. There you will find a PDF guide of "Learn how Electronic Statements and Notifications work in Tu Banca Digital".
- By eliminating the paper statement and subscribing to the electronic statement, you can avoid the $ 2.00 fee on Bonus and First Investment accounts per paper statement. In addition, you can receive a $ 0.50 discount on the fixed monthly service charge on Uno account\*\*.

**Checks:**
- Santander checks will be accepted and processed until **December 31, 2021.** After this date, Santander checks may be returned. Be sure to order your new checks with the route and transit number and / or new FirstBank account number in advance and before this date. You can do it through **Services**, **For my Accounts** option in **Tu Banca Digital.**

**Deposits and/or direct payments (ACH):**
- Remember to update your routing and transit number and/or new bank account number in your automatic payments and online merchants.
- We will be accepting direct debits and direct deposits (ACH), such as payroll and Social Security payments, that you have programmed to your account number and route and transit number of Santander until **December 31, 2021.** After this date , the transactions could be returned. It is important that you contact the merchants and/or providers of these transactions to update your FirstBank account number and/or route and transit number before December 31, 2021.

\* Tu Banca Digital: is subject to the FirstBank terms, conditions and restrictions established in the contract for this service. Applies only to individual accounts and Doing Business As (DBA) commercial accounts with individuals' social security number.
\*\* Other charges may apply. It may refer to the Disclosure of Fees, Terms and Rates Applicable to Uno, Bonus and First Investment Accounts.



**After Five Days Return To:**
**PO Box 9146**
**San Juan PR 00908-0146**



**STATEMENT OF ACCOUNT**

| STATEMENT DATE |
|---|
| **12/31/21** |

00000017  MFBPRR0103220628180R 4  100000000



OFFICE OF THE FPMPR LLC
PMB 292
B5 CALLE TABONUCO STE 216
GUAYNABO PR  00968-3022

**020-BUSINESS PLUS CORP**

0*  6609215250

| BEGINNING BALANCE | DEPOSITS / OTHER CREDITS | | CHECKS / OTHER DEBITS | | SERVICE CHARGES | ENDING BALANCE |
|---|---|---|---|---|---|---|
| | NUMBER | AMOUNT CREDITED | NUMBER | AMOUNT DEBITED | | |
| 3,695.79 | 2 | 312834.06 | 7 | 312874.06 | .00 | 3,655.79 |

```
CHECKING ACCOUNT TRANSACTIONS
DEPOSITS AND OTHER CREDITS
   DATE..........AMOUNT..........DESCRIPTION

   12/08      156,899.54        DEPOSIT
   12/22      155,934.52        DEPOSIT

OTHER DEBITS
   DATE..........AMOUNT..........DESCRIPTION

   12/01          40.00         Cash Mgmt Fee
   12/09      97,680.76         ACH OFFSET
   12/10       4,353.10         ACH DB -121021-021502011495393
                                DEPT DE HACIENDA               PR TAX
   12/10      54,865.68         ACH OFFSET
   12/23      96,364.03         ACH OFFSET
   12/24       5,194.48         ACH DB -122421-021502017650464
                                DEPT DE HACIENDA               PR TAX
   12/24      54,376.01         ACH OFFSET

* * * * * * * * * * * * DAILY BALANCE INFORMATION * * * * * * * * * * * * *
   DATE........BALANCE     DATE........BALANCE     DATE........BALANCE
   11/30       3,695.79     12/09      62,874.57    12/23      63,226.28
   12/01       3,655.79     12/10       3,655.79    12/24       3,655.79
   12/08     160,555.33     12/22     159,590.31

       *
       *
       *
```



**THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT**

TO VERIFY YOUR CHECKBOOK BALANCE WITH THE ENDING BALANCE OF THIS STATEMENT, FOLLOW THESE INSTRUCTIONS:

$ _____

ADD (+)
Deposits not credited
By the Bank

$ _____

| DEPOSITS NOT CREDITED BY THE BANK | |
|---|---|
| DATE | AMOUNT |
| | |
| | |
| | |
| | |
| TOTAL | |

DEDUCT (-)
Outstanding Checks

| CHECKS OUTSTANDING | |
|---|---|
| DATE | AMOUNT |
| | |
| | |
| | |
| | |
| TOTAL | |

Balance

$ _____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS** telephone or write us at the contact information provided below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If you tell us in person or by phone, we may require that you send us your complaint in writing within 10 business days. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

Electronic Funds Transfers include electronic transactions initiated through an Automated Teller Machine (ATM) or certain preauthorized debits and credits to your account, and Direct Deposits (e.g. Social Security, Federal Retirement Payments, etc.)

**TO FIND OUT IF A DIRECT DEPOSIT HAS BEEN MADE.** If you have authorized direct deposits to your account that do not provide written confirmations to you (such as Social Security, Federal Retirement benefits, etc.), you may call us to ask whether or not the deposit has been made at the number provided below.

**TO REPORT A LOST OR STOLEN DEBIT CARD** notify us by phone as soon as possible at the number provided below. Our business hours are Mondays through Sundays from 6:00am to 12:00 midnight.

**IMPORTANT INFORMATION REGARDING YOUR FIRST CREDIT LINE OR YOUR HOME EQUITY LINE OF CREDIT ACCOUNT STATEMENT.** Balance subject to Interest Rate: Finance Charges shall be computed utilizing the Average Daily Balance. The Average Daily Balance is obtained by adding the balances of the principal owed each day in the monthly Account Statement and dividing the result by the number of days in the billing period. The balance owed each day during the billing period shall be determined by adding the balance of the previous day, plus any debt, and subtracting from these any payment or amount credited during the day.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT REGARDING YOUR CREDIT LINE OR CREDIT.** If you think there is an error on your statement, write to us or call at the contact information provided below:

In your letter, give us the following information:
1. Account information: Your name and account number.
2. Dollar amount: The dollar amount of the suspected error.
3. Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true: We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question, or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

The Disclosures above are only applicable to Consumer Accounts. For Commercial Accounts: IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS IN YOUR COMMERCIAL ACCOUNT: Telephone us at the number provided below. We must hear from you no later than 20 days after we sent you the first statement on which the error appeared. FOR MORE DETAILS PLEASE REFER TO THE DEPOSIT ACCOUNT AGREEMENT.

**NNNS-9049-0220R**



**EN CASO DE ERRORES O PREGUNTAS ACERCA DE SUS TRANSFERENCIAS ELECTRÓNICAS DE FONDOS** comuníquese con nosotros llamando o escribiendo a la información de contacto provista abajo. Debe comunicarse con nosotros dentro de los 60 días siguientes a la fecha de envío del PRIMER estado de cuenta en que aparece el error o problema.

1. Indíquenos su nombre y número de cuenta.
2. Descripción del error o transferencia en cuestión y una explicación tan clara como sea posible de por qué piensa que hay tal error o la razón por la cual necesita información adicional.
3. Díganos la cantidad del error alegado.

Nosotros investigaremos su reclamación y corregiremos cualquier error rápidamente. Si usted nos informa la reclamación en persona o por teléfono, le podríamos solicitar que nos envíe su reclamación por escrito dentro de 10 días laborables. Si tomamos más de 10 días laborables para investigar su reclamación, acreditaremos provisionalmente su cuenta por la cantidad que usted cree que es un error, para que haga uso del dinero durante el tiempo que tardemos en completar nuestra investigación.

Las Transferencias Electrónicas de Fondos incluyen aquellas realizadas mediante máquinas ATM o ciertos débitos y créditos preautorizados a su cuenta, además de Depósitos Directos (por ejemplo: Seguro Social, pagos de Retiro Federal, etc.).

**PARA SABER SI SE HA EFECTUADO UN DEPÓSITO DIRECTO.** Si usted ha autorizado depósitos directos a su cuenta para los cuales no le proveen confirmación por escrito, puede llamarnos al número que se indica abajo para confirmar información sobre si éstos se han realizado.

**PARA REPORTAR PÉRDIDA O ROBO DE SU TARJETA DÉBITO** notifíquenos por teléfono de inmediato al número provisto abajo. Horario: Siete días a la semana de 6:00am a 12:00 de la medianoche. También puede escribirnos a la dirección provista abajo.

**INFORMACIÓN IMPORTANTE SOBRE EL ESTADO DE CUENTA DE SU FIRST CREDIT LINE, FIRST RESERVE O LÍNEA DE CRÉDITO CON GARANTÍA HIPOTECARIA.** Saldo sujeto a tasa de interés: Los cargos por financiamiento se computarán utilizando el balance promedio diario. El balance promedio diario se obtiene sumando el balance del principal adeudado cada día en el estado de cuenta mensual y dividiendo el resultado por la cantidad de días en el período de facturación. El balance adeudado cada día durante el período de facturación se determinará agregando el balance del día anterior, más cualquier deuda, y restando de ellos cualquier pago o monto acreditado durante el día.

**QUÉ HACER SI CREE QUE HAY UN ERROR EN EL ESTADO DE CUENTA RELACIONADO A SU LÍNEA DE CRÉDITO O EXTENSIÓN DE CRÉDITO.** Si cree que hay un error en su estado de cuenta, escríbanos o llámenos a la información de contacto incluida abajo.

En su carta, provéanos la siguiente información:
1. Nombre y número de cuenta
2. La cantidad en dólares del presunto error.
3. Descripción del problema: Si cree que hay un error en su factura, describa qué cree que está mal y por qué cree que es un error.

Debe comunicarse con nosotros dentro de los 60 días posteriores a la primera vez que aparece el presunto error en su estado de cuenta. Usted debe notificarnos de cualquier error potencial por escrito. Puede llamarnos, pero si lo hace, no estamos obligados a investigar ningún error potencial y es posible que deba pagar la cantidad en cuestión.

Mientras investigamos si ha habido un error o no:
- No podemos tratar de cobrar la cantidad en cuestión, o informarle como delincuente en esa cantidad.
- El cargo en cuestión puede permanecer en su estado de cuenta y podemos continuar cobrándole intereses sobre esa cantidad. Pero, si determinamos que cometimos un error, no tendrá que pagar el monto en cuestión ni ningún interés u otros cargos relacionados con ese monto.
- Si bien no tiene que pagar la cantidad en cuestión, usted es responsable por el resto de su saldo.
- Podemos aplicar cualquier cantidad adeudada contra su límite de crédito

Las divulgaciones anteriores sólo aplican a cuentas de individuos. Para Cuentas Comerciales: EN CASO DE ERROR O PREGUNTAS SOBRE SUS TRANSFERENCIAS DE FONDOS ELECTRÓNICOS EN SU CUENTA COMERCIAL: Llámenos al número proporcionado anteriormente. Debemos tener noticias suyas a más tardar 20 días después que le enviemos la primera declaración en la que apareció el error. PARA MÁS DETALLES, CONSULTE EL ACUERDO DE CUENTA DE DEPÓSITO.

| PUERTO RICO | UNITED STATES VIRGIN ISLANDS | BRITISH VIRGIN ISLANDS |
|---|---|---|
| FirstBank | FirstBank | FirstBank |
| Retail Banking Operations | PO Box 309600 | PO Box 435 |
| PO Box 9146 | St. Thomas, VI 00803 | Road Town, Tortola |
| San Juan, PR 00908-0146 | | BVI VG 1110 |
| 787.725.2511/ | 1.866.695.2511 | 284.494.2662 |
| 1.866.695.2511 | 1firstbank.com | 1firstbank.com |
| 1firstbank.com | | |



ACCOUNT 6609215250          Page 2

**Clientes de Cuentas de Depósito Convertidos de Santander:**

Incluimos información importante sobre su cuenta convertida a FirstBank Puerto Rico ("FirstBank")  el 12 de julio de 2021.

**Tarjetas de débito:**
- Si tiene una tarjeta de débito Santander Express Mastercard, próximamente recibirá su nueva tarjeta de débito **FirstBank Mastercard, que reemplazará la tarjeta de Santander. Junto con su nueva tarjeta, recibirá información de cómo activarla y la fecha en que se cancelará su tarjeta Santander Express Mastercard.**

  - Su nueva tarjeta de débito FirstBank Mastercard:
    - Debe ser activada, seleccione su número de identificación personal (PIN) llamando al número que aparece en la pegatina de su nueva tarjeta.
  - Actualice la información de su tarjeta en sus pagos recurrentes y comercios en línea ("internet")
    - Si tiene pagos automáticos o recurrentes con su tarjeta Santander Express Mastercard, asegúrese de actualizar el número de su tarjeta (si aplica), la fecha de expiración y/o código de seguridad (CVV) de su nueva tarjeta para evitar interrupciones en sus pagos.
    - Igualmente, asegúrese de actualizar el número de su tarjeta (si aplica), la fecha de expiración y/o código de seguridad (CVV) de su nueva tarjeta en los comercios donde la tenga registrada para sus compras en línea / por "internet".
  - Si es usuario activo de ATH Móvil[*]
    - Si su número de tarjeta cambió, debe añadirla a su perfil de ATH Móvil.  Si su tarjeta de Santander estaba designada como su "tarjeta primaria", asegúrese de designar su nueva tarjeta como "primaria".  Una vez añada su nueva tarjeta, elimine de su perfil su tarjeta Santander Express Mastercard
    - Si su número de tarjeta es el mismo y solo cambió la fecha de expiración, seleccione su tarjeta y actualice la fecha de expiración.

- Por otro lado, si recibió una tarjeta de débito Visa Business, Visa Débito, y/o Visa Infinite, recuerde activarla y actualizar la información del número de tarjeta, fecha de expiración y código de seguridad (CVV) en sus pagos recurrentes. Si es usuario de ATH Móvil[*], debe registrarla en su perfil. Si su tarjeta de Santander estaba designada como su "tarjeta primaria", asegúrese de designar su nueva tarjeta como "primaria".  Una vez añada su nueva tarjeta, debe eliminar de su perfil su tarjeta de Santander.

**Cheques:**
- Los cheques de Santander serán aceptados y procesados hasta el **31 de diciembre de 2021**. Luego de esta fecha, los cheques de Santander pudieran ser devueltos. Asegúrese de ordenar con tiempo y antes de esta fecha sus cheques nuevos con el número de ruta y tránsito y/o número de cuenta nuevo de FirstBank. Podrá hacerlo a través de ***Servicios***, opción ***Para mis Cuentas*** en **Tu Banca Digital**[**]·

**Depósitos y/o pagos directos (ACH):**
- Recuerde actualizar su número de ruta y tránsito y/o número nuevo de cuenta del banco en sus pagos automáticos y comercios en línea.
- Estaremos aceptando los débitos directos y depósitos directos (ACH), como pagos de nómina y Seguro Social, que tenga programados a su número de cuenta y número de ruta y tránsito de Santander hasta el **31 de diciembre de 2021**. Luego de esta fecha, las transacciones pudieran ser devueltas. Es importante que se comunique con los comercios y/o proveedores de estas transacciones para que actualice su número de cuenta y/o número de ruta y tránsito de FirstBank antes del 31 de diciembre de 2021.



* ATH Móvil está sujeto a los términos y condiciones de FirstBank. Para utilizar ATH Móvil se requiere que tanto quien envíe como quien reciba la transferencia estén registrados en el servicio. Descargue la aplicación ATH Móvil para registrarse, ver los términos y condiciones de uso del servicio de una lista de las instituciones participantes. ATH Móvil es un servicio de la Red ATH® de EVERTEC Group, LLC.

**Tu Banca Digital: está sujeto a los términos, condiciones y restricciones de FirstBank establecidos en el contrato para este servicio. Aplica únicamente a cuentas de individuos y cuentas comerciales *Doing Business As* (DBA) con seguro social de individuos.



**Santander Converted Deposit Account Customers:**

Important information about your account converted to FirstBank Puerto Rico ("FirstBank") on July 12, 2021.

**Debit cards:**
- If you have a Santander Express Mastercard, you will soon be receiving a new **FirstBank Mastercard** debit card, which will replace your Santander card. **With your new card you will receive the information on how to activate it and on what date your Santander Express Mastercard card will be canceled.**

  - **Your new FirstBank Mastercard card**
    - It must be activated, select your personal identification number (PIN) by calling the number on that appears on the sticker of your new card.
  - **Update your card information on your recurring payments and online merchants (internet)**
    - If you have automatic or recurring payments with your Santander Express Mastercard, be sure to update your card number (if applicable), the expiration date and/or the security code (CVV) of your new card to avoid interruptions in your payments.
    - Also, be sure to update the number of your card (if applicable), the expiration date and/or the security code (CVV) of your new card at the merchants where it is registered for your online / internet purchases.
  - **If you are an active ATH Móvil* user**
    - If your card number has changed, you must add it to your ATH Móvil* profile.  If your Santander card was designated as your "primary card", be sure to designate your new card as "primary". Once you add your new card, remove your Santander Express Mastercard from your profile.
    - If your new card number is the same and only the expiration date changed, select your card and update the expiration date.

- On the other hand, if you received a Visa Business, Visa Debit, and/or Visa Infinite debit card, remember to activate it and update the card number, expiration date and security code (CVC) information on your recurring payments. If you are an ATH Móvil* user, you must register it in your profile. If your Santander card was designated as your "primary card", be sure to designate your new card as "primary". Once you have added your new card, you must remove your Santander card from your profile.

**Checks:**
- Santander checks will be accepted and processed until **December 31, 2021**. After this date, Santander checks may be returned. Be sure to order your new checks with the route and transit number and / or new FirstBank account number in advance and before this date. You can do it through *Services*, *For my Accounts* option in **Tu Banca Digital**\*\*.

**Deposits and/or direct payments (ACH):**
- Remember to update your routing and transit number and/or new bank account number in your automatic payments and online merchants.
- We will be accepting direct debits and direct deposits (ACH), such as payroll and Social Security payments, that you have programmed to your account number and route and transit number of Santander until **December 31, 2021.** After this date, the transactions could be returned. It is important that you contact the merchants and/or providers of these transactions to update your FirstBank account number and/or route and transit number before December 31, 2021.



\*ATH Móvil is subject to FirstBank's terms and conditions. To use ATH Móvil, the sender and the recipient need to be enrolled in the service. Download the ATH Móvil app to register, view the terms and conditions of use of the service and a list of participating institutions. ATH Móvil is an ATH® Network service from EVERTEC Group, LLC

 \*\*Tu Banca Digital: is subject to the FirstBank terms, conditions and restrictions established in the contract for this service. Applies only to individual accounts and Doing Business As (DBA) commercial accounts with individuals' social security number.

**After Five Days Return To:**
**PO Box 9146**
**San Juan PR 00908-0146**



**STATEMENT OF ACCOUNT**

| STATEMENT DATE |
| --- |
| **01/31/22** |

00001791  MFBPRR0201220954050R  2  100000000



OFFICE OF THE FPMPR LLC
PMB 292
B5 CALLE TABONUCO STE 216
GUAYNABO PR  00968-3022

**020-BUSINESS PLUS CORP**

0*  6609215250

| BEGINNING BALANCE | DEPOSITS / OTHER CREDITS | | CHECKS / OTHER DEBITS | | SERVICE CHARGES | ENDING BALANCE |
| --- | --- | --- | --- | --- | --- | --- |
| | NUMBER | AMOUNT  CREDITED | NUMBER | AMOUNT DEBITED | | |
| 3,655.79 | 0 | .00 | 8 | 96.18 | .00 | 3,559.61 |

```
CHECKING ACCOUNT TRANSACTIONS
OTHER DEBITS
 DATE..........AMOUNT..........DESCRIPTION

     01/07        40.00          Cash Mgmt Fee
     01/07         5.00          AA FEE SUBJ TO IVU*
     01/07         0.53          IVU ESTATAL
     01/07         0.05          IVU MUNICIPAL
     01/31        40.00          Cash Mgmt Fee
     01/31         9.50          AA FEE SUBJ TO IVU*
     01/31         1.00          IVU ESTATAL
     01/31         0.10          IVU MUNICIPAL

* * * * * * * * * * * * DAILY BALANCE INFORMATION * * * * * * * * * * * * *
 DATE........BALANCE    DATE........BALANCE    DATE........BALANCE
 12/31        3,655.79  01/07        3,610.21  01/31        3,559.61

     *
     *
     *
```



**THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT**

TO VERIFY YOUR CHECKBOOK BALANCE WITH THE ENDING BALANCE OF THIS STATEMENT, FOLLOW THESE INSTRUCTIONS:

$ _____

ADD (+)
Deposits not credited
By the Bank

$ _____

| DEPOSITS NOT CREDITED BY THE BANK | |
|---|---|
| DATE | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| TOTAL | |

DEDUCT (-)
Outstanding Checks

| CHECKS OUTSTANDING | |
|---|---|
| DATE | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| TOTAL | |

Balance

$ _____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS** telephone or write us at the contact information provided below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If you tell us in person or by phone, we may require that you send us your complaint in writing within 10 business days. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

Electronic Funds Transfers include electronic transactions initiated through an Automated Teller Machine (ATM) or certain preauthorized debits and credits to your account, and Direct Deposits (e.g. Social Security, Federal Retirement Payments, etc.)

**TO FIND OUT IF A DIRECT DEPOSIT HAS BEEN MADE.** If you have authorized direct deposits to your account that do not provide written confirmations to you (such as Social Security, Federal Retirement benefits, etc.), you may call us to ask whether or not the deposit has been made at the number provided below.

**TO REPORT A LOST OR STOLEN DEBIT CARD** notify us by phone as soon as possible at the number provided below. Our business hours are Mondays through Sundays from 6:00am to 12:00 midnight.

**IMPORTANT INFORMATION REGARDING YOUR FIRST CREDIT LINE OR YOUR HOME EQUITY LINE OF CREDIT ACCOUNT STATEMENT.** Balance subject to Interest Rate: Finance Charges shall be computed utilizing the Average Daily Balance. The Average Daily Balance is obtained by adding the balances of the principal owed each day in the monthly Account Statement and dividing the result by the number of days in the billing period. The balance owed each day during the billing period shall be determined by adding the balance of the previous day, plus any debt, and subtracting from these any payment or amount credited during the day.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT REGARDING YOUR CREDIT LINE OR CREDIT.** If you think there is an error on your statement, write to us or call at the contact information provided below:
In your letter, give us the following information:
1. Account information: Your name and account number.
2. Dollar amount: The dollar amount of the suspected error.
3. Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true: We cannot try to collect the amount in question or report you as delinquent on that amount.

- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question, or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

The Disclosures above are only applicable to Consumer Accounts. For Commercial Accounts: IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS IN YOUR COMMERCIAL ACCOUNT: Telephone us at the number provided below. We must hear from you no later than 20 days after we sent you the first statement on which the error appeared. FOR MORE DETAILS PLEASE REFER TO THE DEPOSIT ACCOUNT AGREEMENT.

NNNS-9049-0220R

**EN CASO DE ERRORES O PREGUNTAS ACERCA DE SUS TRANSFERENCIAS ELECTRÓNICAS DE FONDOS** comuníquese con nosotros llamando o escribiendo a la información de contacto provista abajo. Debe comunicarse con nosotros dentro de los 60 días siguientes a la fecha de envío del PRIMER estado de cuenta en que aparece el error o problema.

1. Indíquenos su nombre y número de cuenta.
2. Descripción del error o transferencia en cuestión y una explicación tan clara como sea posible de por qué piensa que hay tal error o la razón por la cual necesita información adicional.
3. Díganos la cantidad del error alegado.

Nosotros investigaremos su reclamación y corregiremos cualquier error rápidamente. Si usted nos informa la reclamación en persona o por teléfono, le podríamos solicitar que nos envíe su reclamación por escrito dentro de 10 días laborables. Si tomamos más de 10 días laborables para investigar su reclamación, acreditaremos provisionalmente su cuenta por la cantidad que usted cree que es un error, para que haga uso del dinero durante el tiempo que tardemos en completar nuestra investigación.

Las Transferencias Electrónicas de Fondos incluyen aquellas realizadas mediante máquinas ATM o ciertos débitos y créditos preautorizados a su cuenta, además de Depósitos Directos (por ejemplo: Seguro Social, pagos de Retiro Federal, etc.).

**PARA SABER SI SE HA EFECTUADO UN DEPÓSITO DIRECTO.** Si usted ha autorizado depósitos directos a su cuenta para los cuales no le proveen confirmación por escrito, puede llamarnos al número que se indica abajo para confirmación sobre si éstos se han realizado.

**PARA REPORTAR PÉRDIDA O ROBO DE SU TARJETA DÉBITO** notifíquenos por teléfono de inmediato al número provisto abajo.  Horario: Siete días a la semana de 6:00am a 12:00 de la medianoche. También puede escribirnos a la dirección provista abajo.

**INFORMACIÓN IMPORTANTE SOBRE EL ESTADO DE CUENTA DE SU FIRST CREDIT LINE, FIRST RESERVE O LÍNEA DE CRÉDITO CON GARANTÍA HIPOTECARIA.** Saldo sujeto a tasa de interés: Los cargos por financiamiento se computarán utilizando el balance promedio diario. El balance promedio diario se obtiene sumando el balance del principal adeudado cada día en el estado de cuenta mensual y dividiendo el resultado por la cantidad de días en el período de facturación. El balance adeudado cada día durante el período de facturación se determinará agregando el balance del día anterior, más cualquier deuda, y restando de ellos cualquier pago o monto acreditado durante el día.

**QUÉ HACER SI CREE QUE HAY UN ERROR EN EL ESTADO DE CUENTA RELACIONADO A SU LÍNEA DE CRÉDITO O EXTENSIÓN DE CRÉDITO.** Si cree que hay un error en su estado de cuenta, escríbanos o llámenos a la información de contacto incluida abajo.
En su carta, provéanos la siguiente información:
1. Nombre y número de cuenta
2. La cantidad en dólares del presunto error.
3. Descripción del problema: Si cree que hay un error en su factura, describa qué cree que está mal y por qué cree que es un error.

Debe comunicarse con nosotros dentro de los 60 días posteriores a la primera vez que aparece el presunto error en su estado de cuenta. Usted debe notificarnos de cualquier error potencial por escrito. Puede llamarnos, pero si lo hace, no estamos obligados a investigar ningún error potencial y es posible que deba pagar la cantidad en cuestión.

Mientras investigamos si ha habido un error o no:

- No podemos tratar de cobrar la cantidad en cuestión, ni informarle como delincuente en esa cantidad.
- El cargo en cuestión puede permanecer en su estado de cuenta y podemos continuar cobrándole intereses sobre esa cantidad. Pero, si determinamos que cometimos un error, no tendrá que pagar el monto en cuestión ni ningún interés u otros cargos relacionados con ese monto.
- Si bien no tiene que pagar la cantidad en cuestión, usted es responsable por el resto de su saldo.
- Podemos aplicar cualquier cantidad adeudada contra su límite de crédito

Las divulgaciones anteriores sólo aplican a cuentas de individuos.  Para Cuentas Comerciales: EN CASO DE ERROR O PREGUNTAS SOBRE SUS TRANSFERENCIAS DE FONDOS ELECTRÓNICOS EN SU CUENTA COMERCIAL: Llámenos al número proporcionado anteriormente. Debemos tener noticias suyas a más tardar 20 días después de que le enviemos la primera declaración en la que apareció el error. PARA MÁS DETALLES, CONSULTE EL ACUERDO DE CUENTA DE DEPÓSITO.

| PUERTO RICO | UNITED STATES VIRGIN ISLANDS | BRITISH VIRGIN ISLANDS |
|---|---|---|
| FirstBank Retail Banking Operations PO Box 9146 San Juan, PR 00908-0146 | FirstBank PO Box 309600 St. Thomas, VI 00803 | FirstBank PO Box 435 Road Town, Tortola BVI VG 1110 |
| 787.725.2511/ 1.866.695.2511 1firstbank.com | 1.866.695.2511 1firstbank.com | 284.494.2662 1firstbank.com |



**After Five Days Return To:**
PO Box 9146
San Juan PR 00908-0146



### STATEMENT OF ACCOUNT

| STATEMENT DATE |
|---|
| 02/28/22 |

**020-BUSINESS PLUS CORP**

0*  6609215250

00000092  MFBPRR0301220703150R  2  100000000


OFFICE OF THE FPMPR LLC
PMB 292
B5 CALLE TABONUCO STE 216
GUAYNABO PR  00968-3022

| BEGINNING BALANCE | DEPOSITS / OTHER CREDITS | | CHECKS / OTHER DEBITS | | SERVICE CHARGES | ENDING BALANCE |
|---|---|---|---|---|---|---|
| | NUMBER | AMOUNT CREDITED | NUMBER | AMOUNT DEBITED | | |
| 3,559.61 | 2 | 311043.33 | 6 | 305906.97 | .00 | 8,695.97 |

```
CHECKING ACCOUNT TRANSACTIONS
DEPOSITS AND OTHER CREDITS
   DATE..........AMOUNT..........DESCRIPTION

   02/09    155,461.34          DEPOSIT
   02/24    155,581.99          DEPOSIT

OTHER DEBITS
   DATE..........AMOUNT..........DESCRIPTION

   02/10     90,097.12          ACH OFFSET
   02/11     59,348.61          ACH OFFSET
   02/15      6,015.61          ACH DB -021522-021502018910542
                                DEPT DE HACIENDA              PR TAX
   02/18         40.00          Cash Mgmt Fee
   02/25     99,533.61          ACH OFFSET
   02/28     50,872.02          ACH OFFSET

* * * * * * * * * * * * DAILY BALANCE INFORMATION * * * * * * * * * * * *
   DATE........BALANCE     DATE........BALANCE     DATE........BALANCE
   01/31      3,559.61     02/11      9,575.22     02/24    159,101.60
   02/09    159,020.95     02/15      3,559.61     02/25     59,567.99
   02/10     68,923.83     02/18      3,519.61     02/28      8,695.97

       *
       *
       *
```



00000092-20614-0001-0002-MFBPRR0301220703150R-23-L

**THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT**

TO VERIFY YOUR CHECKBOOK BALANCE WITH THE ENDING BALANCE OF THIS STATEMENT, FOLLOW THESE INSTRUCTIONS:

$ _____

ADD (+)
Deposits not credited
By the Bank

$ _____

| DEPOSITS NOT CREDITED BY THE BANK | |
|---|---|
| DATE | AMOUNT |
| | |
| | |
| | |
| | |
| TOTAL | |

DEDUCT (-)
Outstanding Checks

| CHECKS OUTSTANDING | |
|---|---|
| DATE | AMOUNT |
| | |
| | |
| | |
| | |
| TOTAL | |

Balance

$ _____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS** telephone or write us at the contact information provided below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If you tell us in person or by phone, we may require that you send us your complaint in writing within 10 business days. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

Electronic Funds Transfers include electronic transactions initiated through an Automated Teller Machine (ATM) or certain preauthorized debits and credits to your account, and Direct Deposits (e.g. Social Security, Federal Retirement Payments, etc.)

**TO FIND OUT IF A DIRECT DEPOSIT HAS BEEN MADE.** If you have authorized direct deposits to your account that do not provide written confirmations to you (such as Social Security, Federal Retirement benefits, etc.), you may call us to ask whether or not the deposit has been made at the number provided below.

**TO REPORT A LOST OR STOLEN DEBIT CARD** notify us by phone as soon as possible at the number provided below. Our business hours are Mondays through Sundays from 6:00am to 12:00 midnight.

**IMPORTANT INFORMATION REGARDING YOUR FIRST CREDIT LINE OR YOUR HOME EQUITY LINE OF CREDIT ACCOUNT STATEMENT.** Balance subject to Interest Rate: Finance Charges shall be computed utilizing the Average Daily Balance. The Average Daily Balance is obtained by adding the balances of the principal owed each day in the monthly Account Statement and dividing the result by the number of days in the billing period. The balance owed each day during the billing period shall be determined by adding the balance of the previous day, plus any debt, and subtracting from these any payment or amount credited during the day.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT REGARDING YOUR CREDIT LINE OR CREDIT.** If you think there is an error on your statement, write to us or call at the contact information provided below:
In your letter, give us the following information:
1. Account information: Your name and account number.
2. Dollar amount: The dollar amount of the suspected error.
3. Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true: We cannot try to collect the amount in question or report you as delinquent on that amount.

- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question, or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

The Disclosures above are only applicable to Consumer Accounts. For Commercial Accounts: IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS IN YOUR COMMERCIAL ACCOUNT: Telephone us at the number provided below. We must hear from you no later than 20 days after we sent you the first statement on which the error appeared. FOR MORE DETAILS PLEASE REFER TO THE DEPOSIT ACCOUNT AGREEMENT.

**NNNS-9049-0220R**

**EN CASO DE ERRORES O PREGUNTAS ACERCA DE SUS TRANSFERENCIAS ELECTRÓNICAS DE FONDOS** comuníquese con nosotros llamando o escribiendo a la información de contacto provista abajo. Debe comunicarse con nosotros dentro de los 60 días siguientes a la fecha de envío del PRIMER estado de cuenta en que aparece el error o problema.

1. Indíquenos su nombre y número de cuenta.
2. Descripción del error o transferencia en cuestión y una explicación tan clara como sea posible de por qué piensa que hay tal error o la razón por la cual necesita información adicional.
3. Díganos la cantidad del error alegado.

Nosotros investigaremos su reclamación y corregiremos cualquier error rápidamente. Si usted nos informa la reclamación en persona o por teléfono, le podríamos solicitar que nos envíe su reclamación por escrito dentro de 10 días laborables. Si tomamos más de 10 días laborables para investigar su reclamación, acreditaremos provisionalmente su cuenta por la cantidad que usted cree que es un error, para que haga uso del dinero durante el tiempo que tardemos en completar nuestra investigación.

Las Transferencias Electrónicas de Fondos incluyen aquellas realizadas mediante máquinas ATM o ciertos débitos y créditos preautorizados a su cuenta, además de Depósitos Directos (por ejemplo: Seguro Social, pagos de Retiro Federal, etc.).

**PARA SABER SI SE HA EFECTUADO UN DEPÓSITO DIRECTO.** Si usted ha autorizado depósitos directos a su cuenta para los cuales no le proveen confirmación por escrito, puede llamarnos al número que se indica abajo para confirmar información sobre si éstos se han realizado.

**PARA REPORTAR PÉRDIDA O ROBO DE SU TARJETA DÉBITO** notifíquenos por teléfono de inmediato al número provisto abajo. Horario: Siete días a la semana de 6:00am a 12:00 de la medianoche. También puede escribirnos a la dirección provista abajo.

**INFORMACIÓN IMPORTANTE SOBRE EL ESTADO DE CUENTA DE SU FIRST CREDIT LINE, FIRST RESERVE O LÍNEA DE CRÉDITO CON GARANTÍA HIPOTECARIA.** Saldo sujeto a tasa de interés: Los cargos por financiamiento se computarán utilizando el balance promedio diario. El balance promedio diario se obtiene sumando el balance del principal adeudado cada día en el estado de cuenta mensual y dividiendo el resultado por la cantidad de días en el período de facturación. El balance adeudado cada día durante el período de facturación se determinará agregando el balance del día anterior, más cualquier deuda, y restando de ellos cualquier pago o monto acreditado durante el día.

**QUÉ HACER SI CREE QUE HAY UN ERROR EN EL ESTADO DE CUENTA RELACIONADO A SU LÍNEA DE CRÉDITO O EXTENSIÓN DE CRÉDITO.** Si cree que hay un error en su estado de cuenta, escríbanos o llámenos a la información de contacto incluida abajo.
En su carta, provéanos la siguiente información:
1. Nombre y número de cuenta.
2. La cantidad en dólares del presunto error.
3. Descripción del problema: Si cree que hay un error en su factura, describa qué cree que está mal y por qué cree que es un error.

Debe comunicarse con nosotros dentro de los 60 días posteriores a la primera vez que aparece el presunto error en su estado de cuenta. Usted debe notificarnos de cualquier error potencial por escrito. Puede llamarnos, pero si lo hace, no estamos obligados a investigar ningún error potencial y es posible que deba pagar la cantidad en cuestión.

Mientras investigamos si ha habido un error o no:

- No podemos tratar de cobrar la cantidad en cuestión, o informarle como delincuente en esa cantidad.
- El cargo en cuestión puede permanecer en su estado de cuenta y podemos continuar cobrándole intereses sobre esa cantidad. Pero, si determinamos que cometimos un error, no tendrá que pagar el monto en cuestión ni ningún interés u otros cargos relacionados con ese monto.
- Si bien no tiene que pagar la cantidad en cuestión, usted es responsable por el resto de su saldo.
- Podemos aplicar cualquier cantidad adeudada contra su límite de crédito.

Las divulgaciones anteriores sólo aplican a cuentas de individuos. Para Cuentas Comerciales: EN CASO DE ERROR O PREGUNTAS SOBRE SUS TRANSFERENCIAS DE FONDOS ELECTRÓNICOS EN SU CUENTA COMERCIAL: Llámenos al número proporcionado anteriormente. Debemos tener noticias suyas a más tardar 20 días después que le enviemos la primera declaración en la que apareció el error. PARA MÁS DETALLES, CONSULTE EL ACUERDO DE CUENTA DE DEPÓSITO.

| PUERTO RICO | UNITED STATES VIRGIN ISLANDS | BRITISH VIRGIN ISLANDS |
|---|---|---|
| FirstBank Retail Banking Operations PO Box 9146 San Juan, PR 00908-0146 | FirstBank PO Box 309600 St. Thomas, VI 00803 | FirstBank PO Box 435 Road Town, Tortola BVI VG 1110 |
| 787.725.2511/ 1.866.695.2511 1firstbank.com | 1.866.695.2511 1firstbank.com | 284.494.2662 1firstbank.com |



**After Five Days Return To:**
**PO Box 9146**
**San Juan PR 00908-0146**



## STATEMENT OF ACCOUNT

| STATEMENT DATE |
|:---:|
| **03/31/22** |

00001156  MFBPRR0401220755350R  2  100000000



OFFICE OF THE FPMPR LLC
PMB 292
B5 CALLE TABONUCO STE 216
GUAYNABO PR  00968-3022

**020-BUSINESS PLUS CORP**

0*  6609215250

| BEGINNING BALANCE | DEPOSITS / OTHER CREDITS | | CHECKS / OTHER DEBITS | | SERVICE CHARGES | ENDING BALANCE |
|---|---|---|---|---|---|---|
| | NUMBER | AMOUNT CREDITED | NUMBER | AMOUNT DEBITED | | |
| 8,695.97 | 1 | 162599.46 | 8 | 167826.69 | .00 | 3,468.74 |

```
CHECKING ACCOUNT TRANSACTIONS
DEPOSITS AND OTHER CREDITS
  DATE..........AMOUNT..........DESCRIPTION

  03/21    162,599.46          DEPOSIT

OTHER DEBITS
  DATE..........AMOUNT..........DESCRIPTION

  03/01      5,176.36          ACH DB -030122-021502015177562
                               DEPT DE HACIENDA                  PR TAX
  03/21         40.00          Cash Mgmt Fee
  03/21          9.75          AA FEE SUBJ TO IVU*
  03/21          1.02          IVU ESTATAL
  03/21          0.10          IVU MUNICIPAL
  03/22     99,084.84          ACH OFFSET
  03/23     57,202.87          ACH OFFSET
  03/24      6,311.75          ACH DB -032422-021502015975228
                               DEPT DE HACIENDA                  PR TAX

* * * * * * * * * * * * * DAILY BALANCE INFORMATION * * * * * * * * * * * * *
  DATE........BALANCE    DATE.........BALANCE    DATE.........BALANCE
   02/28      8,695.97   03/21    166,068.20     03/23        9,780.49
   03/01      3,519.61   03/22     66,983.36     03/24        3,468.74

       *
       *
       *
```



THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT

TO VERIFY YOUR CHECKBOOK BALANCE WITH THE ENDING BALANCE OF THIS STATEMENT, FOLLOW THESE INSTRUCTIONS:

$ _____

ADD (+)
Deposits not credited
By the Bank

$ _____

| DEPOSITS NOT CREDITED BY THE BANK | | |
|---|---|---|
| DATE | | AMOUNT |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

DEDUCT (-)
Outstanding Checks

| CHECKS OUTSTANDING | | |
|---|---|---|
| DATE | | AMOUNT |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

Balance

$ _____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS** telephone or write us at the contact information provided below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If you tell us in person or by phone, we may require that you send us your complaint in writing within 10 business days. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

Electronic Funds Transfers include electronic transactions initiated through an Automated Teller Machine (ATM) or certain preauthorized debits and credits to your account, and Direct Deposits (e.g. Social Security, Federal Retirement Payments, etc.)

**TO FIND OUT IF A DIRECT DEPOSIT HAS BEEN MADE.** If you have authorized direct deposits to your account that do not provide written confirmations to you (such as Social Security, Federal Retirement benefits, etc.), you may call us to ask whether or not the deposit has been made at the number provided below.

**TO REPORT A LOST OR STOLEN DEBIT CARD** notify us by phone as soon as possible at the number provided below. Our business hours are Mondays through Sundays from 6:00am to 12:00 midnight.

**IMPORTANT INFORMATION REGARDING YOUR FIRST CREDIT LINE OR YOUR HOME EQUITY LINE OF CREDIT ACCOUNT STATEMENT.** Balance subject to Interest Rate: Finance Charges shall be computed utilizing the Average Daily Balance. The Average Daily Balance is obtained by adding the balances of the principal owed each day in the monthly Account Statement and dividing the result by the number of days in the billing period. The balance owed each day during the billing period shall be determined by adding the balance of the previous day, plus any debt, and subtracting from these any payment or amount credited during the day.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT REGARDING YOUR CREDIT LINE OR CREDIT.** If you think there is an error on your statement, write to us or call at the contact information provided below:
In your letter, give us the following information:
1. Account information: Your name and account number.
2. Dollar amount: The dollar amount of the suspected error.
3. Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true: We cannot try to collect the amount in question or report you as delinquent on that amount.

• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question, or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.

The Disclosures above are only applicable to Consumer Accounts. For Commercial Accounts: IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS IN YOUR COMMERCIAL ACCOUNT: Telephone us at the number provided below. We must hear from you no later than 20 days after we sent you the first statement on which the error appeared. FOR MORE DETAILS PLEASE REFER TO THE DEPOSIT ACCOUNT AGREEMENT.

**NNNS-9049-0220R**

**EN CASO DE ERRORES O PREGUNTAS ACERCA DE SUS TRANSFERENCIAS ELECTRÓNICAS DE FONDOS** comuníquese con nosotros llamando o escribiendo a la información de contacto provista abajo. Debe comunicarse con nosotros dentro de los 60 días siguientes a la fecha de envío del PRIMER estado de cuenta en que aparece el error o problema.

1. Indíquenos su nombre y número de cuenta.
2. Descripción del error o transferencia en cuestión y una explicación tan clara como sea posible de por qué piensa que hay tal error o la razón por la cual necesita información adicional.
3. Díganos la cantidad del error alegado.

Nosotros investigaremos su reclamación y corregiremos cualquier error rápidamente. Si usted nos informa la reclamación en persona o por teléfono, le podríamos solicitar que nos envíe su reclamación por escrito dentro de 10 días laborables. Si tomamos más de 10 días laborables para investigar su reclamación, acreditaremos provisionalmente su cuenta por la cantidad que usted cree que es un error, para que haga uso del dinero durante el tiempo que tardemos en completar nuestra investigación.

Las Transferencias Electrónicas de Fondos incluyen aquellas realizadas mediante máquinas ATM o ciertos débitos y créditos preautorizados a su cuenta, además de Depósitos Directos (por ejemplo: Seguro Social, pagos de Retiro Federal, etc.).

**PARA SABER SI SE HA EFECTUADO UN DEPÓSITO DIRECTO.** Si usted ha autorizado depósitos directos a su cuenta para los cuales no le proveen confirmación por escrito, puede llamarnos al número que se indica abajo para información sobre si éstos se han realizado.

**PARA REPORTAR PÉRDIDA O ROBO DE SU TARJETA DÉBITO** notifíquenos por teléfono de inmediato al número provisto abajo. Horario: Siete días a la semana de 6:00am a 12:00 de la medianoche. También puede escribirnos a la dirección provista abajo.

**INFORMACIÓN IMPORTANTE SOBRE EL ESTADO DE CUENTA DE SU FIRST CREDIT LINE, FIRST RESERVE O LÍNEA DE CRÉDITO CON GARANTÍA HIPOTECARIA.** Saldo sujeto a tasa de interés: Los cargos por financiamiento se computarán utilizando el balance promedio diario. El balance promedio diario se obtiene sumando el balance del principal adeudado cada día en el estado de cuenta mensual y dividiendo el resultado por la cantidad de días en el período de facturación. El balance adeudado cada día durante el período de facturación se determinará agregando el balance del día anterior, más cualquier deuda, y restando de ellos cualquier pago o monto acreditado durante el día.

**QUÉ HACER SI CREE QUE HAY UN ERROR EN EL ESTADO DE CUENTA RELACIONADO A SU LÍNEA DE CRÉDITO O EXTENSIÓN DE CRÉDITO.** Si cree que hay un error en su estado de cuenta, escríbanos o llámenos a la información de contacto incluida abajo.
En su carta, provéanos la siguiente información:
1. Nombre y número de cuenta
2. La cantidad en dólares del presunto error.
3. Descripción del problema: Si cree que hay un error en su factura, describa qué cree que está mal y por qué cree que es un error.

Debe comunicarse con nosotros dentro de los 60 días posteriores a la primera vez que aparece el presunto error en su estado de cuenta. Usted debe notificarnos de cualquier error potencial por escrito. Puede llamarnos, pero si lo hace, no estamos obligados a investigar ningún error potencial y es posible que deba pagar la cantidad en cuestión.

Mientras investigamos si ha habido un error o no:
• No podemos tratar de cobrar la cantidad en cuestión, o informarle como delincuente en esa cantidad.
• El cargo en cuestión puede permanecer en su estado de cuenta y podemos continuar cobrándole intereses sobre esa cantidad. Pero, si determinamos que cometimos un error, no tendrá que pagar el monto en cuestión ni ningún interés u otros cargos relacionados con ese monto.
• Si bien no tiene que pagar la cantidad en cuestión, usted es responsable por el resto de su saldo.
• Podemos aplicar cualquier cantidad adeudada contra su límite de crédito

Las divulgaciones anteriores sólo aplican a cuentas de individuos. Para Cuentas Comerciales: EN CASO DE ERROR O PREGUNTAS SOBRE SUS TRANSFERENCIAS DE FONDOS ELECTRÓNICOS EN SU CUENTA COMERCIAL: Llámenos al número proporcionado anteriormente. Debemos tener noticias suyas a más tardar 20 días después de que le enviemos la primera declaración en la que apareció el error. PARA MÁS DETALLES, CONSULTE EL ACUERDO DE CUENTA DE DEPÓSITO.

| PUERTO RICO | UNITED STATES VIRGIN ISLANDS | BRITISH VIRGIN ISLANDS |
|---|---|---|
| FirstBank | FirstBank | FirstBank |
| Retail Banking Operations | PO Box 309600 | PO Box 435 |
| PO Box 9146 | St. Thomas, VI 00803 | Road Town, Tortola |
| San Juan, PR 00908-0146 | | BVI VG 1110 |
| | | |
| 787.725.2511/ | 1.866.695.2511 | 284.494.2662 |
| 1.866.695.2511 | 1firstbank.com | 1firstbank.com |
| 1firstbank.com | | |



After Five Days Return To:
PO Box 9146
San Juan PR 00908-0146

1 First Bank

STATEMENT OF ACCOUNT

| STATEMENT DATE |
|---|
| 04/30/22 |

00000322 MFBPRR0502220948300R 2 100000000

OFFICE OF THE FPMPR LLC
PMB 292
B5 CALLE TABONUCO STE 216
GUAYNABO PR 00968-3022

020-BUSINESS PLUS CORP

0* 6609215250

| BEGINNING BALANCE | DEPOSITS / OTHER CREDITS | | CHECKS / OTHER DEBITS | | SERVICE CHARGES | ENDING BALANCE |
|---|---|---|---|---|---|---|
| | NUMBER | AMOUNT CREDITED | NUMBER | AMOUNT DEBITED | | |
| 3,468.74 | 0 | .00 | 4 | 45.30 | .00 | 3,423.44 |

CHECKING ACCOUNT TRANSACTIONS
OTHER DEBITS

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 04/27 | 40.00 | Cash Mgmt Fee |
| 04/27 | 4.75 | AA FEE SUBJ TO IVU* |
| 04/27 | 0.50 | IVU ESTATAL |
| 04/27 | 0.05 | IVU MUNICIPAL |

* * * * * * * * * * * * * * DAILY BALANCE INFORMATION * * * * * * * * * * * * * *

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 03/31 | 3,468.74 | 04/27 | 3,423.44 | | |

*
*
*



**THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT**

TO VERIFY YOUR CHECKBOOK BALANCE WITH THE ENDING BALANCE OF THIS STATEMENT, FOLLOW THESE INSTRUCTIONS:

$ _____

ADD (+)
Deposits not credited
By the Bank

$ _____

| DEPOSITS NOT CREDITED BY THE BANK | | |
|---|---|---|
| DATE | | AMOUNT |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

DEDUCT (-)
Outstanding Checks

| CHECKS OUTSTANDING | | |
|---|---|---|
| DATE | | AMOUNT |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

Balance

$ _____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS** telephone or write us at the contact information provided below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If you tell us in person or by phone, we may require that you send us your complaint in writing within 10 business days. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

Electronic Funds Transfers include electronic transactions initiated through an Automated Teller Machine (ATM) or certain preauthorized debits and credits to your account, and Direct Deposits (e.g. Social Security, Federal Retirement Payments, etc.)

**TO FIND OUT IF A DIRECT DEPOSIT HAS BEEN MADE.** If you have authorized direct deposits to your account that do not provide written confirmations to you (such as Social Security, Federal Retirement benefits, etc.), you may call us to ask whether or not the deposit has been made at the number provided below.

**TO REPORT A LOST OR STOLEN DEBIT CARD** notify us by phone as soon as possible at the number provided below. Our business hours are Mondays through Sundays from 6:00am to 12:00 midnight.

**IMPORTANT INFORMATION REGARDING YOUR FIRST CREDIT LINE OR YOUR HOME EQUITY LINE OF CREDIT ACCOUNT STATEMENT.** Balance subject to Interest Rate: Finance Charges shall be computed utilizing the Average Daily Balance. The Average Daily Balance is obtained by adding the balances of the principal owed each day in the monthly Account Statement and dividing the result by the number of days in the billing period. The balance owed each day during the billing period shall be determined by adding the balance of the previous day, plus any debt, and subtracting from these any payment or amount credited during the day.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT REGARDING YOUR CREDIT LINE OR CREDIT.** If you think there is an error on your statement, write to us or call at the contact information provided below:
In your letter, give us the following information:
1. Account information: Your name and account number.
2. Dollar amount: The dollar amount of the suspected error.
3. Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true: We cannot try to collect the amount in question or report you as delinquent on that amount.

- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question, or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

The Disclosures above are only applicable to Consumer Accounts. For Commercial Accounts: IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS IN YOUR COMMERCIAL ACCOUNT: Telephone us at the number provided below. We must hear from you no later than 20 days after we sent you the first statement on which the error appeared. FOR MORE DETAILS PLEASE REFER TO THE DEPOSIT ACCOUNT AGREEMENT.

**NNNS-9049-0220R**

**EN CASO DE ERRORES O PREGUNTAS ACERCA DE SUS TRANSFERENCIAS ELECTRÓNICAS DE FONDOS** comuníquese con nosotros llamando o escribiendo a la información de contacto provista abajo. Debe comunicarse con nosotros dentro de los 60 días siguientes a la fecha de envío del PRIMER estado de cuenta en que aparece el error o problema.

1. Indíquenos su nombre y número de cuenta.
2. Descripción del error o transferencia en cuestión y una explicación tan clara como sea posible de por qué piensa que hay tal error o la razón por la cual necesita información adicional.
3. Díganos la cantidad del error alegado.

Nosotros investigaremos su reclamación y corregiremos cualquier error rápidamente. Si usted nos informa la reclamación en persona o por teléfono, le podríamos solicitar que nos envíe su reclamación por escrito dentro de 10 días laborables. Si tomamos más de 10 días laborables para investigar su reclamación, acreditaremos provisionalmente su cuenta por la cantidad que usted cree que es un error, para que haga uso del dinero durante el tiempo que tardemos en completar nuestra investigación.

Las Transferencias Electrónicas de Fondos incluyen aquellas realizadas mediante máquinas ATM o ciertos débitos y créditos preautorizados a su cuenta, además de Depósitos Directos (por ejemplo: Seguro Social, pagos de Retiro Federal, etc.).

**PARA SABER SI SE HA EFECTUADO UN DEPÓSITO DIRECTO.** Si usted ha autorizado depósitos directos a su cuenta para los cuales no le proveen confirmación por escrito, puede llamarnos al número que se indica abajo para información sobre si éstos se han realizado.

**PARA REPORTAR PÉRDIDA O ROBO DE SU TARJETA DÉBITO** notifíquenos por teléfono de inmediato al número provisto abajo. Horario: Siete días a la semana de 6:00am a 12:00 de la medianoche. También puede escribirnos a la dirección provista abajo.

**INFORMACIÓN IMPORTANTE SOBRE EL ESTADO DE CUENTA DE SU FIRST CREDIT LINE, FIRST RESERVE O LÍNEA DE CRÉDITO CON GARANTÍA HIPOTECARIA.** Saldo sujeto a tasa de interés: Los cargos por financiamiento se computarán utilizando el balance promedio diario. El balance promedio diario se obtiene sumando el balance del principal adeudado cada día en el estado de cuenta mensual y dividiendo el resultado por la cantidad de días en el período de facturación. El balance adeudado cada día durante el período de facturación se determinará agregando al balance del día anterior, más cualquier deuda, y restando de ellos cualquier pago o monto acreditado durante el día.

**QUÉ HACER SI CREE QUE HAY UN ERROR EN EL ESTADO DE CUENTA RELACIONADO A SU LÍNEA DE CRÉDITO O EXTENSIÓN DE CRÉDITO.** Si cree que hay un error en su estado de cuenta, escríbanos o llámenos a la información de contacto incluida abajo.
En su carta, provéanos la siguiente información:
1. Nombre y número de cuenta
2. La cantidad en dólares del presunto error.
3. Descripción del problema: Si cree que hay un error en su factura, describa qué cree que está mal y por qué cree que es un error.

Debe comunicarse con nosotros dentro de los 60 días posteriores a la primera vez que aparece el presunto error en su estado de cuenta. Usted debe notificarnos de cualquier error potencial por escrito. Puede llamarnos, pero si lo hace, no estamos obligados a investigar ningún error potencial y es posible que deba pagar la cantidad en cuestión.

Mientras investigamos si ha habido un error o no:
- No podemos tratar de cobrar la cantidad en cuestión, o informarle como delincuente en esa cantidad.
- El cargo en cuestión puede permanecer en su estado de cuenta y podemos continuar cobrándole intereses sobre esa cantidad. Pero, si determinamos que cometimos un error, no tendrá que pagar el monto en cuestión ni ningún interés u otros cargos relacionados con ese monto.
- Si bien no tiene que pagar la cantidad en cuestión, usted es responsable por el resto de su saldo.
- Podemos aplicar cualquier cantidad adeudada contra su límite de crédito

Las divulgaciones anteriores sólo aplican a cuentas de individuos. Para Cuentas Comerciales: EN CASO DE ERROR O PREGUNTAS SOBRE SUS TRANSFERENCIAS DE FONDOS ELECTRÓNICOS EN SU CUENTA COMERCIAL: Llámenos al número proporcionado anteriormente. Debemos tener noticias suyas a más tardar 20 días después de que le enviemos la primera declaración en la que apareció el error. PARA MÁS DETALLES, CONSULTE EL ACUERDO DE CUENTA DE DEPÓSITO.

| PUERTO RICO | UNITED STATES VIRGIN ISLANDS | BRITISH VIRGIN ISLANDS |
|---|---|---|
| FirstBank Retail Banking Operations PO Box 9146 San Juan, PR 00908-0146 | FirstBank PO Box 309600 St. Thomas, VI 00803 | FirstBank PO Box 435 Road Town, Tortola BVI VG 1110 |
| 787.725.2511/ 1.866.695.2511 1firstbank.com | 1.866.695.2511 1firstbank.com | 284.494.2662 1firstbank.com |

