IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **COMMONWEALTH OF PUERTO RICO, et al.,** Defendants. | **CIVIL NO.: 12-cv-02039** |

## MOTION REQUESTING EXTENSION OF TIME

**MAY IT PLEASE THE COURT:**

**COME NOW**, Codefendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau ("PRPB"), through the undersigned attorneys, and very respectfully state and pray:

1. On June 15, 2022, this Honorable Court issued Order at Docket 2066 stating the following:

> The budgets of the Special Master and the Monitor having been approved (See Docket Nos. 2056, 2057, 2061, and 2065), the Commonwealth is ORDERED to deposit both budget amounts with the Court **no later than June 21, 2022**.

2. The Order of the Court refers to the budgets for the two officers of the Court for fiscal year 2022-2023. The current fiscal year ends June 30, 2022.

3. Immediately after the receipt of the Order, the Commonwealth took appropriate steps to have the checks issued promptly and comply with the mandate of this Honorable Court. Although the Commonwealth was unable to complete the issuance of the checks by today and

deposit the funds with the Court, the process is currently in its final step.  See Exhibit 1, a copy of Purchase Orders, numbers 00045-2200451217 and 00045-2200451218.  As the Court will note, these purchase orders contain the required certification of availability of funds and the obligated bank accounts.  The orders authorize the finance division of PRPB to enter the corresponding payments into the central accounting system of the Commonwealth.  See also Exhibit 2, a copy of the payment entries into the accounting system.  Pending only is the final validation from the Department of the Treasury to have the checks issued.

4. Therefore, the Commonwealth respectfully requests a seven (7) day extension of time to deposit the funds pursuant to the June 15th Order, until June 28, 2022.

5. The extension herein requested will not cause undue harm or prejudice to the opposing party or to the officers of the Court.  This petition is presented to the Court in good faith.

**WHEREFORE,** Defendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau, respectfully request this Honorable Court to grant an extension of seven (7) days, until June 28, 2022, for the Commonwealth to comply with its June 15, 2022 Order at Docket 2066.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

In San Juan, Puerto Rico, this 21st day of June, 2022.

Motion Requesting Extension of Time
Civil No. 12-02039
Page 3 of 3

For Defendant COMMONWEALTH OF PUERTO RICO:

**CANCIO, NADAL & RIVERA, L.L.C.**
P.O. Box 364966
San Juan, Puerto Rico  00936-4966
403 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Tel. (787) 767-9625


**S/ RAFAEL BARRETO-SOLÁ**
USDC PR: 211801
rbarreto@cnr.law


**S/ GABRIEL A. PEÑAGARÍCANO**
USDC PR: 212911
gpenagaricano@me.com