SC-744

# Purchase Order

**DEPTO SEGURIDAD PUBLICA**
PASEO COVADONGA 10
EDIFICIO INTENDENTE RAMIREZ
OFICINA DE SERVICIOS GENERALES 106
SAN JUAN PR 00902

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| 00045- 2200451217 | 06/21/2022 | | 1 |
| Payment Terms | Freight Terms | | Ship Via |
| Net 7 | Destination | | USMAIL |
| Buyer: Rivera Rivera, Maria I. | | | Currency Code: USD |

Vendor: 660447416
U S CLERK DISTRICT COURT OF THE DISTRICT
CLEMENTE RUIZ NAZARIO COURT HOUSE
150 CHARDON AVE
SAN JUAN PR 00918

Ship To:   CUARTEL GENERAL
           APARTADO 70166
           SAN JUAN  00936-8166

Bill To:   PASEO COVADONGA 10
           EDIFICIO INTENDENTE RAMIREZ
           OFICINA DE SERVICIOS GENERALES 106
           SAN JUAN PR 00902

Tax Exempt?  N    Tax Exempt ID:

| Line-Schd | Item | Description | Quantity | UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|---|
| 1 - 1 | | PAGO OFICINA DEL MONITOR FEDERAL | 1.00 | UNO | 2,500,340.00 | 2,500,340.00 | 06/21/2022 |
| | | | | | Schedule Total | 2,500,340.00 | |

PTDA. #1   PAGO A LA OFICINA DEL MONITOR FEDERAL

CIFRA DE CUENTA: E1390 - 111 - 0450040 - 0001 - 081 - 2022

AUTORIZACION MEDIANTE CERTIFICACION DISPONIBILIDAD DE FONDOS CON FECHA DEL 21 DE JUNIO DE 2022.

|  |  |
|---|---|
| Item Total | 2,500,340.00 |
| Total PO Amount | 2,500,340.00 |

Authorized Signature
*Maria Rivera Rivera* (signature)

SC-744                                    # Purchase Order

**DEPTO SEGURIDAD PUBLICA**
PASEO COVADONGA 10
EDIFICIO INTENDENTE RAMIREZ
OFICINA DE SERVICIOS GENERALES 106
SAN JUAN PR 00902

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| 00045- 2200451218 | 06/21/2022 | | 1 |
| Payment Terms | Freight Terms | | Ship Via |
| Net 7 | Destination | | USMAIL |
| Buyer: Rivera Rivera, Maria I. | | | Currency Code: USD |

Vendor: 660447416
U S CLERK DISTRICT COURT OF THE DISTRICT
CLEMENTE RUIZ NAZARIO COURT HOUSE
150 CHARDON AVE
SAN JUAN PR 00918

Ship To:  CUARTEL GENERAL
          APARTADO 70166
          SAN JUAN  00936-8166

Bill To:  PASEO COVADONGA 10
          EDIFICIO INTENDENTE RAMIREZ
          OFICINA DE SERVICIOS GENERALES 106
          SAN JUAN PR 00902

Tax Exempt? N    Tax Exempt ID:

| Line-Schd | Item | Description | Quantity | UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|---|
| 1 - 1 | | PAGO SPECIAL MASTER | 1.00 | UNO | 507,000.00 | 507,000.00 | 06/21/2022 |
| | | | | | Schedule Total | 507,000.00 | |

PTDA. #1   PAGO AL "SPECIAL MASTER" DR. ALEJANDRO DEL CARMEN

CIFRA DE CUENTA:  E1390 - 111 - 0450040 - 0001 - 081 - 2022

AUTORIZACION MEDIANTE CERTIFICACION DISPONIBILIDAD DE FONDOS CON FECHA DEL 21 DE JUNIO DE 2022.

Item Total          507,000.00

Total PO Amount     507,000.00

Authorized Signature
*Maria Rivera Rivera* (signature)