

| Unit: | 00045 | Invoice: | MONITOR5 | | Vendor: | U S CLERK DISTRICT COURT OF THE |
|---|---|---|---|---|---|---|
| Voucher: | 22011836 | Date: | 06/16/2022 | | ID: | 660447416   Pay Group: |

**Payment Details**
- Bank: BPPR
- Account: 98
- Reference:
- Date:

**Payment Method**: Check

**Payment Action**
- Schedule
- Pay:
- Net Amt: 2,500,340.00
- Discount: 0.00
- Late Charge:

**Payee**
- Remit to: 660447416
- Location: 000001  Addr: 2
- U S CLERK DISTRICT COURT OF THE DISTRICT CLEMENTE RUIZ NAZARIO COURT HOUSE
- 150 CHARDON AVE
- SAN JUAN, PR 00918

| Unit: | 00045 | Invoice: | MONITOR6 | | Vendor: | U S CLERK DISTRICT COURT OF THE |
|---|---|---|---|---|---|---|
| Voucher: | 22011837 | Date: | 06/16/2022 | | ID: | 660447416   Pay Group: |

**Payment Details**
- Bank: BPPR
- Account: 98
- Reference:
- Date:

**Payment Method**: Check

**Payment Action**
- Schedule
- Pay:
- Net Amt: 507,000.00
- Discount: 0.00
- Late Charge:

**Payee**
- Remit to: 660447416
- Location: 000001  Addr: 2
- U S CLERK DISTRICT COURT OF THE DISTRICT CLEMENTE RUIZ NAZARIO COURT HOUSE
- 150 CHARDON AVE
- SAN JUAN, PR 00918