```
                  IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants.** | **Civil No.** 12-2039 (FAB) |

**ORDER**

Invoice number ASM.TDP.2022-5 submitted by TDPetrowski, LLC (Docket No. 2062) is **NOTED**.  TDPetrowski, LLC, is claiming the payment of $13,926.30 for services rendered during the period from April 22, 2022 through May 21, 2022.  The invoice is **APPROVED IN PART** as follows.

Mr. Thomas D. Petrowski's actual lodging costs are higher than those approved by the Court.  In the invoice, lodging is claimed at the applicable government rate of $195.00 per night, for three nights.  Hotel taxes and fees claimed are for the actual lodging costs and were not adjusted to the applicable $195.00 lodging rate.  The Court will adjust the hotel taxes and fees from $239.80 to $176.52 accordingly, as follows:

1. AC Hotels (Two nights)

    a. Hotel Tariff at 18% - $70.20 ($35.10 per night)

    b. Government Tax at 9% - $41.42 ($20.71 per night)

Civil No. 12-2039 (FAB)                                                                 2

    2.    Trump National Doral (One night)

        a.    Sales Tax at 7% - $13.65

        b.    Occupancy Tax at 6% - $11.70

        c.    Resort Fee and Taxes (unchanged) - $39.55

Thus, the total amount to be reimbursed to TDPetrowski, LLC, for services rendered from April 22, 2022 to May 21, 2022, after the tax and fees adjustment, is **$13,863.02**.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, June 22, 2022.

                                          s/ Francisco A. Besosa
                                          FRANCISCO A. BESOSA
                                          SENIOR UNITED STATES DISTRICT JUDGE