IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants.** | **Civil No.** 12-2039 (FAB) |

### ORDER

Invoice number SM2022-5 submitted by Del Carmen Consulting, LLC (Docket No. 2063) is **NOTED**. Del Carmen Consulting, LLC, is claiming the payment of $16,252.80 for services rendered during the period from April 22, 2022 through May 21, 2022. The invoice is **APPROVED IN PART** as follows.

Mr. Alejandro Del Carmen's actual lodging costs are higher than those approved by the Court. In the invoice, lodging is claimed at the applicable government rate of $195.00 per night, for three nights. Hotel taxes and fees are higher than the amount that would have been invoiced for a $195.00 lodging rate. The Court will adjust the hotel taxes and fees claimed from $265.30 to $176.52 accordingly, as follows:

1. Condado Vanderbilt (Two nights)

    a. Hotel Tariff at 18% - $70.20 ($35.10 per night)

    b. Government Tax at 9% - $41.42 ($20.71 per night)

Civil No. 12-2039 (FAB)                                                    2

    2.    Trump National Doral (One night)

        a.    Sales Tax at 7% - $13.65

        b.    Occupancy Tax at 6% - $11.70

        c.    Resort Fee and Taxes (unchanged) - $39.55

Thus, the total amount to be reimbursed to Del Carmen Consulting, LLC, for services rendered from April 22, 2022 to May 21, 2022, after the tax and fees adjustment, is **$16,164.02**.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, June 22, 2022.

                                      s/ Francisco A. Besosa
                                      FRANCISCO A. BESOSA
                                      SENIOR UNITED STATES DISTRICT JUDGE