```
                IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants.** | **Civil No.** 12-2039 (FAB) |

## ORDER

Invoice number ASM.TDP.2022-5 submitted by GALOEFFERT, LLC (Docket No. 2064) is **NOTED**. GALOEFFERT, LLC, is claiming the payment of $16,166.96 for services rendered during the period from April 22, 2022 through May 21, 2022. The invoice is **APPROVED IN PART** as follows.

Mr. Gary A. Loeffert's actual lodging costs are higher than those approved by the Court. In the invoice, lodging is claimed at the applicable government rate of $195.00 per night, for three nights. Hotel taxes and fees claimed are for the actual lodging costs and were not adjusted to the applicable $195.00 lodging rate. The Court will adjust the hotel taxes and fees from $265.30 to $167.43 accordingly, as follows:

1. AC Hotels (Three nights)

    a. Hotel Tariff at 18% - $105.30 ($35.10 per night)

    b. Government Tax at 9% - $62.13 ($20.71 per night)

Civil No. 12-2039 (FAB)                                                 2

Thus, the total amount to be reimbursed to GALOEFFERT, LLC, for services rendered from April 22, 2022 to May 21, 2022, after the tax and fees adjustment, is **$16,069.09**.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, June 22, 2022.

<u>s/ Francisco A. Besosa</u>
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE