IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants.** | **Civil No.** 12-2039 (FAB) |

**ORDER**

The Commonwealth of Puerto Rico's "MOTION REQUESTING EXTENSION OF TIME" (Docket No. 2070) is **GRANTED**. The Commonwealth of Puerto Rico will deposit the funds **no later than June 28, 2022**.

Counsel for the Commonwealth is warned that the Court is not taking kindly to the many motions for extensions of time filed by them. A copy of this order shall be provided to Secretary Alexis Torres for his knowledge and any action he may deem fit.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, June 23, 2022.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE