IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants.** | **Civil No.** 12-2039 (FAB) |

**ORDER**

The "MOTION TO APPROVE AND DISBURSE FUNDS" (Docket No. 2055) and the "MOTION TO AMEND AND CORRECT ECF NO. 2055 AND FOR DISBURSEMENT OF FUNDS" (Docket No. 2069) submitted by the Office of the Federal Police Monitor for professional services rendered during the month of May 2022 are **GRANTED**.

The motion at docket number 2055 is **MOOT** and the motion at docket number 2069 is **APPROVED** for payment.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, June 23, 2022.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE
