IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff,  v.  **COMMONWEALTH OF PUERTO RICO, et al.,**  Defendants. | **CIVIL NO.: 12-cv-02039** |

## MOTION TO RESTRICT

**MAY IT PLEASE THE COURT:**

**COMES NOW**, Defendant Commonwealth of Puerto Rico, through the undersigned attorneys, and very respectfully states and prays:

1. The Commonwealth filed today a motion in restricted mode at Docket 2076, as directed by the Court and in accordance with Standing Order No. 9, Amendment to the Restricted Filing and Viewing Levels Module, Misc. No. 03-149 (Jan. 30, 2013).

2. The Commonwealth seeks to restrict the motion because it pertains to matters that are restricted presently.

**WHEREFORE,** Defendant Commonwealth of Puerto Rico respectfully requests this Honorable Court to take notice of the above and grants this request to restrict the motion filed at Docket 2076.

**RESPECTFULLY SUBMITTED.**

Motion to Restrict
Civil No. 12-02039
Page 2 of 2

    **I HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

    In San Juan, Puerto Rico, on June 24, 2022.

**CANCIO, NADAL & RIVERA, L.L.C.**
P.O. Box 364966
San Juan, Puerto Rico  00936-4966
403 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Tel. (787) 767-9625

**S/ RAFAEL BARRETO-SOLÁ**
USDC PR: 211801
rbarreto@cnr.law

**S/ GABRIEL A. PEÑAGARÍCANO**
USDC PR: 212911
gpenagaricano@me.com