GALOEFFERT, LLC
4805 East Lake Road
Sheffield Lake, Ohio 44054

May 22, 2022, through June 21, 2022

INVOICE # 2022-06            **TOTAL DUE $9,750.00**
ASSISTANT SPECIAL MASTER
JUNE 2022 INVOICE

Tasks Completed

| Hours | Description | Total |
|---|---|---|
| 27 | Worked on tasks assigned by the Court. Drafted/reviewed/researched/translated as necessary/discussed/reworked documents related to various orders of the Court, PRPB and DOJ and Monitor's Office exchanges regarding recurring issues and OSM projects. | $4,050.00 |
| 20 | Drafted, reviewed, and responded to texts, emails and all other documents/communications with respective parties, the Special Master, Assistant Special Master and the Court. | $3,000.00 |
| 18 | Zoom meetings and/or conference calls with the Special Master, Assistant Special Master, the Court, the Monitor, and the parties. | $2,700.00 |
| | Worked 6.7 pro bono hours for the month of June 2022. | |

Total Due = $9,750.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master.  I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

_/s/ Gary A. Loeffert_     S/ Alejandro del Carmen     06/21/2022
Gary A. Loeffert