**TDPetrowski, LLC**
**4010 Deep Valley Drive**
**Dallas, Texas 75244**

May 22, 2022 – June 21, 2022

INVOICE # ASM.TDP.2022-6                                 **TOTAL DUE:  $6,750.00**
ASSISTANT SPECIAL MASTER
MAY INVOICE

**Tasks Completed**

| Hours | Description | Total |
|---|---|---|
| 14 | Reviewed/researched/translated as necessary/discussed/reworked documents related to PRPD and DOJ and Monitor Office exchanges regarding recurring issues and OSM projects, to include orders and ad hoc taskings of the Court. | $2,100 |
| 13 | Drafted, reviewed, translated and responded to texts, emails and all other documents/communications with respective parties, the Special Master, Assistant Special Master and the Court. | $1,950 |
| 18 | Zoom meetings and/or conference calls with the Court, Office of Special Master and the Parties. | $2,700 |

**Total Wages Due = $6,750.00**

**I hereby certify that the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.**

*S/ Alejandro del Carmen*
*Thomas D. Petrowski*
_____        **6 /21/22**
         **Thomas D. Petrowski**