Del Carmen Consulting, LLC
3122 Westwood Drive
Arlington, Texas 76012

May 22, 2022 through June 21, 2022

INVOICE # SM2022-6     **TOTAL DUE $ 15,000.00**
SPECIAL MASTER
JUNE 2022 INVOICE

## Tasks Completed

Drafted, reviewed and responded to emails and all other documents/communication with respective parties and the Court. Engaged in review of some documents for the Court.

Conference calls with the Monitoring Team members, Commonwealth Representatives and Court.

Conference calls with the SM team members.

Reviewed and provided feedback on reform review as requested by the Court.

Reviewed expenditure list provided by PRPB.

Provided input on various documents related to IT.

Worked on EIS component with external partners and PRPB.

Reviewed and drafted documents for the Court.

Reviewed CMR and provided feedback accordingly.

## Flat Rate Total Wages Due = $15,000.00

## TOTAL DUE = $ 15,000.00

**I hereby certify that the amount billed in this invoice is true and correct in my capacity as Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.**

*Alejandro del Carmen*
_____
    **Dr. Alejandro del Carmen**                                                             **6/21/22**