**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CIVIL NO.:  12-cv-02039** |
| Plaintiff, | |
| v. | |
| **COMMONWEALTH  OF  PUERTO  RICO, <u>et al.,</u>** | |
| Defendants. | |

## <u>MOTION FOR DEPOSIT OF FUNDS</u>

TO THE HONORABLE COURT:

 **COME NOW**, Codefendants Commonwealth of Puerto Rico and the Puerto Rico Police Department, through the undersigned attorneys, and very respectfully state and pray:

 1. Per Order of this Honorable Court dated June 15, 2022 at Docket 2066, the Commonwealth was ordered to deposit on or before June 21, 2021 with the Clerk of the Court, the following amounts: (1) $2,500,340.00 for the TCA Office operating budget for FY 2022-2023; and, (2) $507,000 for the Special Master's operating budget, for FY 2022-2023.

 2. The Court extended the date to deposit the funds to today, June 28, 2022, per Order dated June 23, 2022 at Docket 2074.

 3. Therefore, today defendants will deposit with the Clerk of the Court check number 00337016 in the amount of $2,500,340.00 for the TCA's budget and check number 00337017 in the amount of $507,000.00 for the Special Master's budget, for FY 2022-2023. <u>See</u> Exhibits 1 and 2.

 **WHEREFORE**, codefendants Commonwealth of Puerto Rico and the Puerto Rico Police Department respectfully request the Court to take notice of the above.

**RESPECTFULLY SUBMITTED**.

**WE HEREBY CERTIFY**: That today we have electronically filed the foregoing document with the Clerk of the Court for the District of Puerto Rico, using the CM/ECF system which will send a copy and notification of filing to all counsel of record.

In San Juan, Puerto Rico, this 28th day of June, 2022.

**CANCIO, NADAL & RIVERA, L.L.C.**
P.O. Box 364966
San Juan, Puerto Rico  00936-4966
403 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Tel. (787) 767-9625

**S/ RAFAEL BARRETO-SOLÁ**
USDC PR: 211801
rbarreto@cnr.law

**S/ GABRIEL A. PEÑAGARÍCANO**
USDC PR: 212911
gpenagaricano@me.com