Check Date: 23.Jun.2022

S2010
Check No. 00337016

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|
| MONITOR5 | 16.Jun.2022 | 22011836 | 2,500,340.00 | 0.00 | 2,500,340.00 |

| Vendor Number | Vendor Name | | Total Discounts | |
|---|---|---|---|---|
| 660447416 | U S CLERK DISTRICT COURT OF THE DISTRICT | | $0.00 | |
| **Check Number** | **Date** | **Agency** | | **Total Paid Amount** |
| 00337016 | 23.Jun.2022 | 00045 | | $2,500,340.00 |

---

Ver al dorso para detalles de los mecanismos de seguridad / See reverse side for complete security features.

Modelo SC 784
AGOSTO 2005

**DEPARTAMENTO DE HACIENDA**
PASEO COVADONGA 10
SAN JUAN, PR 00902

BANCO POPULAR DE PUERTO RICO

VOID VOID VOID

**00337016**

**FECHA** 23.Jun.2022         **IMPORTE** $2,500,340.00***

**PAGUESE** ***DOS MILLONES QUINIENTOS MIL TRESCIENTOS CUARENTA CON 00/100 DOLARES***

A LA
ORDEN DE

**U S CLERK DISTRICT COURT OF TH**
CLEMENTE RUIZ NAZARIO COURT H
150 CHARDON AVE
SAN JUAN, PR 00918



Francisco Parés III

BANCO POPULAR. No es valido seis meses despues de su emision

SECRETARIO DE HACIENDA

⑆00337016⑆ ⑈021502011⑈ 030049458⑈