Check Date: 23.Jun.2022

S2010
Check No. 00337017

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|
| MONITOR6 | 16.Jun.2022 | 22011837 | 507,000.00 | 0.00 | 507,000.00 |

| Vendor Number | Vendor Name | | Total Discounts | |
|---|---|---|---|---|
| 660447416 | U S CLERK DISTRICT COURT OF THE DISTRICT | | $0.00 | |
| **Check Number** | **Date** | **Agency** | | **Total Paid Amount** |
| 00337017 | 23.Jun.2022 | 00045 | | $507,000.00 |




**DEPARTAMENTO DE HACIENDA**
PASEO COVADONGA 10
SAN JUAN, PR 00902

BANCO POPULAR DE PUERTO RICO

00337017

FECHA  23.Jun.2022          IMPORTE  $507,000.00***
PAGUESE  *** QUINIENTOS SIETE MIL CON 00/100 DOLARES***

A LA ORDEN DE
**U S CLERK DISTRICT COURT OF TH**
CLEMENTE RUIZ NAZARIO COURT H
150 CHARDON AVE
SAN JUAN, PR 00918

**BANCO POPULAR** No es valido seis meses despues de su emision

Francisco París II
SECRETARIO DE HACIENDA

⑂00337017⑂  ⑉021502011⑉  030049458⑂