```
           IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants.** | **Civil No.** 12-2039 (FAB) |

**ORDER**

As has been consistently noted since the Office of the Special Master (OSM) was established by Judge Gelpí, its work is critical to the success of this Police Reform case. The OSM, its functions, and its relationship to the Court has been well established by numerous court orders (see generally Docket Nos. 1038, 1102, 1148, 1687, 1691, and 1695). In addition to those orders entered by Judge Gelpí, the Court has since made clear during status conferences that it not only agrees with those orders but has expanded and will continue to the OSM's functions.

Notwithstanding the well-defined role of the OSM and its place as an arm of the Court, it has become apparent to the Court that the parties in this case, particularly the U.S. Department of Justice, appear to be consistently questioning and challenging (even to the point of undermining and attempting to derail the


Civil No. 12-2039 (FAB)                                            2

work of the OSM, including defunding it.  The parties must understand that the OSM's valuable work is not only essential to the Court and to the success of this reform case, but it is anticipated that the role of the OSM will increase significantly as the reform moves forward.

The parties are once again reminded that the OSM "**reports directly and solely to this Court and only this Court**.  The duties of the [OSM] and any work done by the [OSM] derive from this Court directly or with the imprimatur of this Court" (Docket No. 1691, emphasis added).  While the OSM shall maintain regular contact with the Parties and confer as it deems necessary (¶ 11, Docket No. 1148), no one but the Court may task or curtail its work.

Whatever misunderstanding the parties may have regarding the OSM and its functions will be corrected forthwith.  The assistance the OSM brings to this Court and the reform is more robust than ever before and, again, is expected to increase as this reform case progresses to a conclusion.

Finally, the parties should have realized by now that I am a "hands-on" judge.  You should get used to the fact that my involvement in the case may be different from what you have been accustomed.

Civil No. 12-2039 (FAB)                                                 3

**IT IS SO ORDERED.**

San Juan, Puerto Rico, July 5, 2022.

                                        s/ Francisco A. Besosa
                                        FRANCISCO A. BESOSA
                                        SENIOR UNITED STATES DISTRICT JUDGE