IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants.** | **Civil No.** 12-2039 (FAB) |

**ORDER**

The Invoices submitted by Galoeffert, LLC, TD Petrowski, LLC, and Del Carmen Consulting, LLC (Docket Nos. 2080, 2081 and 2082) are **NOTED**.

The amounts claimed for the period from May 22, 2022 through June 21, 2022, are **APPROVED** for payment.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, July 7, 2022.

> s/ Francisco A. Besosa
> FRANCISCO A. BESOSA
> SENIOR UNITED STATES DISTRICT JUDGE