IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants.** | **Civil No.** 12-2039 (FAB) |

**ORDER**

The Clerk of the Court is instructed to issue a Sealed Certification of funds for the Special Master's Account, as of June 28, 2022 and July 14, 2022. Copy of this certification will be provided to Special Master Alejandro del Carmen.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, July 15, 2022.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE