OFFICE OF THE FPMPR LLC.
B-5 Calle Tabonuco Suite 216 PMB 292
Guaynabo, Puerto Rico 00968

July 5, 2022

Professional services rendered by the members of the Office of the FPMPR LLC. For June 2022:

| NAME | AMOUNT | MONTH |
|---|---|---|
| John Romero | $20,976.88 | June 2022 |
| Spece | $ 3,645.20 | June 2022 |
| The & Group LLC (Javier González) | $ 9,000.36 | June 2022 |
| Altai Atlantic Consulting LLC (Dr. David Levy) | $ 8,080.00 | June 2022 |
| Denise Rodriguez | $18,829.97 | June 2022 |
| Viota & Associates CPA LLC | $ 1,281.25 | June 2022 |
| Donald S. Gosselin | $10,771.48 | June 2022 |
| Al Youngs | $12,137.50 | June 2022 |
| Rafael E. Ruiz | $11,663.50 | June 2022 |
| Scott Cragg | $11,510.08 | June 2022 |
| Correa Acevedo & Abesada Law offices, PSC (Lcdo. Roberto Abesada) | $24,037.50 | June 2022 |
| Rita J. Watkins | $13,653.27 | June 2022 |
| M Serrano LLC | $ 6,960.00 | June 2022 |
| Luis Hidalgo | $11,500.00 | June 2022 |
| Korber Group | $ 1,499.47 | June 2022 |
| Samantha Rhinerson | $ 1,400.00 | June 2022 |
| Claudia Cámara | $ 2,520.00 | June 2022 |
| Manuel Arroyo | $ 1,240.00 | June 2022 |
| Hipolito Castro Jr | $10,402.43 | June 2022 |
| Ipsos | $31,714.80 | June 2022 |
| **TOTAL:** | **$212,823.69** | June 2022 |