John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

June 1 through June 30, 2022

INVOICE # 097  **TOTAL DUE $ 20,976.88**
FEDERAL MONITOR
JUNE 2022 INVOICE

## Duties and Responsibilities as Monitor

Generated, reviewed, and responded to emails/texts from the Parties, Monitor Team, Court, and Special Master
Conference calls with General Counsel
Reviewed court orders relating to the Consent Decree
Via zoom conducted meetings with Special Master and USDOJ and PRPB
Monitor administrative duties - reviewing Team invoices, coordinating SME work assignments, and conferring with Monitor's Office Administrative Director
Reviewed Briefing Reports from PRPB
Meeting with Gartner
Meeting with AH Datalytics
Conferred with Deputy Chief Monitor on issues relating to Monitor Office Operations
Conducted Zoom meetings with the Monitor Team
Worked on Final Draft of CMR-6
Prepared for and participated in the 253 Meeting
Bi-weekly meeting with the Honorable Judge Besosa and the Special Master

### Site Visit to Puerto Rico June 13- June 17, 2022

Meeting with Reform Unit and USDOJ
Meeting with DSP Director
Meeting with the Commissioner
Meeting with the Parties and Special Master
Observed Training at PRPB Academy
Attended Caguas Community Meeting
Meeting with the Honorable Judge Besosa at Old San Juan Federal Court
Zoom meeting with the Honorable Judge Besosa and the Parties
Meeting with Monitor Team members based in Puerto Rico

**Flat Rate Total Wages Due**          **$ 17,916.66**
**Travel Expenses Due**                **$   3060.22**

**TOTAL DUE**                          **$ 20,976.88**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*[signature: John Romero]*

Date June 30, 2022

## Office of the TCA - Travel Reimbursement Form

John Romero
June 12- June 17, 2022

**Travel Reimbursement**

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare    $889.53+$782.22 | $ | 1 | $1671.75 |
| Baggage | $- | 0 | $- |
| Ground Transportation (Uber/Lyft/Taxi) | | | $- |
| Ground Transportation (Parking) | $- | 0 | $- |
| Ground Transportation (Mileage) | $0.585 | 82 | $47.97 |
| Lodging | $141.60 | 5 | $ 708.00 |
| Per Diem (Travel Days) | $86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $115.00 | 4 | $460.00 |
| Other: | | 0 | |
| Total | | | $3060.22 |

**COURTYARD**
*Marriott*

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr John Romero
2301 Pacific Ave
Costa Mesa CA 92627
United States

Room: 0201
Room Type: KSTE
No. of Guests: 1
Rate: $ 120.00   Clerk: 10

Marriott Rewards #   756834271

CRS Number   99123394

Name:

Arrive:   06-12-22          Time:   12:01 AM          Depart:   06-17-22          Folio Number:   697597

| Date | Description | Charges | Credits |
|---|---|---|---|
| 06-12-22 | Benchmark | 120.00 | |
| 06-12-22 | Government Tax | 10.80 | |
| 06-12-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 06-13-22 | COMEDOR- Guest Charge (Breakfast) | 4.02 | |
| 06-13-22 | Benchmark | 120.00 | |
| 06-13-22 | Government Tax | 10.80 | |
| 06-13-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 06-14-22 | COMEDOR- Guest Charge (Breakfast) | 4.02 | |
| 06-14-22 | Benchmark | 120.00 | |
| 06-14-22 | Government Tax | 10.80 | |
| 06-14-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 06-15-22 | COMEDOR- Guest Charge (Breakfast) | 4.02 | |
| 06-15-22 | Benchmark | 120.00 | |
| 06-15-22 | Government Tax | 10.80 | |
| 06-15-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 06-16-22 | Benchmark | 120.00 | |
| 06-16-22 | Government Tax | 10.80 | |
| 06-16-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 06-17-22 | COMEDOR- Guest Charge (Breakfast) | 4.02 | |
| 06-17-22 | Visa Card | | 724.08 |

*Card # XXXXXXXXXXXX1287*

## Travel Purchase

Date of requested receipt: 2022-05-21      Record Locator: WNGGAI

**LAX ▸ JFK**      Travel date    2022-06-12T06:00:00
                   Flight number  0224

**JFK ▸ SJU**      Travel date    2022-06-12T16:30:00
                   Flight number  0703

| Traveler(s) | Ticket number(s) |
|---|---|
| ROMERO/JOHN JOSEPH MR | 2792193575359 |
| Base fare: | $855.23 USD |

| Taxes & fees breakdown: | AMOUNT | CURRENCY | PURPOSE - (CODE) |
|---|---|---|---|
|  | $9.00 | USD | U.S. Passenger Facility Charge - (XF) |
|  | $5.60 | USD | U.S. September 11th Security Fee - (AY) |
|  | $19.70 | USD | U.S. Transportation Tax - (US2) |
| Taxes & fees total: | $34.30 | USD | |
| **Base fare total:** | **$889.53** | | |

Payment(s):

Visa card XXXXXXXXXXXX1287               $889.53

## Fees

| ROMERO JOHN | | Ticket number(s): 2791534279185 | | |
| --- | --- | --- | --- | --- |
| | | Date: 2022-05-21 | | |

| QTY | FEE TYPE | COST | TAX | TOTAL |
| --- | --- | --- | --- | --- |
| 1 | SEAT ASSIGNMENT | $100.00 | $0.00 | $100.00 |

**Total:** $100.00 USD

**Payment(s):** True Blue Points XXXXXXXXXXXX0574    $100.00

| ROMERO JOHN | | Ticket number(s): 2791534279186 | | |
| --- | --- | --- | --- | --- |
| | | Date: 2022-05-21 | | |

| QTY | FEE TYPE | COST | TAX | TOTAL |
| --- | --- | --- | --- | --- |
| 1 | SEAT ASSIGNMENT | $74.00 | $0.00 | $74.00 |

**Total:** $74.00 USD

**Payment(s):** True Blue Points XXXXXXXXXXXX0574    $74.00

## Total paid: $1,063.53 USD*

*includes all fares, taxes, fees and penalties less any amounts refunded

## Travel Purchase

Date of requested receipt: 2022-05-21        Record Locator: AWLSXG

# SJU ▸ FLL
Travel date: 2022-06-17T10:35:00
Flight number: 1454

# FLL ▸ LAX
Travel date: 2022-06-17T17:00:00
Flight number: 0101

| Traveler(s) | Ticket number(s) |
|---|---|
| ROMERO/JOHN JOSEPH MR | 2792193523397 |

**Base fare:** $747.92 USD

| Taxes & fees breakdown: | AMOUNT | CURRENCY | PURPOSE - (CODE) |
|---|---|---|---|
| | $9.00 | USD | U.S. Passenger Facility Charge - (XF) |
| | $5.60 | USD | U.S. September 11th Security Fee - (AY) |
| | $19.70 | USD | U.S. Transportation Tax - (US2) |
| **Taxes & fees total:** | $34.30 | USD | |
| **Base fare total:** | **$782.22** | | |

**Payment(s):**

Visa card XXXXXXXXXXXX1287        $782.22

## Fees

**ROMERO JOHN**   Ticket number(s): 2791534220274
Date: 2022-05-21

| QTY | FEE TYPE | COST | TAX | TOTAL |
|---|---|---|---|---|
| 1 | SEAT ASSIGNMENT | $36.00 | $0.00 | $36.00 |

**Total:** $36.00 USD

**Payment(s):** True Blue Points XXXXXXXXXXX0574    $36.00

**ROMERO JOHN**   Ticket number(s): 2791534220276
Date: 2022-05-21

| QTY | FEE TYPE | COST | TAX | TOTAL |
|---|---|---|---|---|
| 1 | SEAT ASSIGNMENT | $98.00 | $0.00 | $98.00 |

**Total:** $98.00 USD

**Payment(s):** True Blue Points XXXXXXXXXXX0574    $98.00

## Total paid: $916.22 USD*

*includes all fares, taxes, fees and penalties less any amounts refunded