Spece
1225 Juan Ponce de Leon
San Juan, PR  00907
787-417-7300
info@spece.com
www.spece.com

Invoice  INV - 14752



| BILL TO | | | |
|---|---|---|---|
| Office of the FPMPR LLC | DATE<br>08/01/2022 | PLEASE PAY<br>$2,579.20 | DUE DATE<br>08/01/2022 |

| MEMBERSHIP | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Membership:Private Office**<br>Private Office Suite - Office 15, $2,300.00, Aug 1, 2022 - Aug 31, 2022 | 1 | 2,300.00 | 2,300.00T |
| **Other Fees:One-off Fees**<br>Telephone Service, $60.00, Aug 1, 2022 - Aug 31, 2022 | 1 | 60.00 | 60.00T |
| **Other Fees:One-off Fees**<br>Garage Parking, $120.00, Aug 1, 2022 - Aug 31, 2022 | 1 | 120.00 | 120.00T |

SUBTOTAL     2,480.00
TAX (4%)           99.20
TOTAL          2,579.20

TOTAL DUE                    $2,579.20

THANK YOU.

ELEVATE YOUR BUSINESS

**Spece**
1225 Juan Ponce de Leon
San Juan, PR  00907
787-417-7300
info@spece.com
www.spece.com

Invoice  INV - 14751



| BILL TO | | | |
|---|---|---|---|
| Office of the FPMPR LLC | DATE<br>07/01/2022 | PLEASE PAY<br>$1,066.00 | DUE DATE<br>07/01/2022 |

| MEMBERSHIP | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Event Rental:Conference Room**<br>Medium Conference Room, $157.50, 1 x $157.50 / day (10% discount) - Jun 14, 2022 | 1 | 157.50 | 157.50T |
| **Event Rental:Conference Room**<br>Medium Conference Room, $157.50, 1 x $157.50 / day (10% discount) - Jun 15, 2022 | 1 | 157.50 | 157.50T |
| **Event Rental:Conference Room**<br>Small Conference Room, $126.00, 2 x $63.00 / hour (10% discount) - Jun 15, 2022 | 2 | 63.00 | 126.00T |
| **Event Rental:Conference Room**<br>XLarge Conference Room, $144.00, 4 x $36.00 / hour (10% discount) - Jun 15, 2022 | 4 | 36.00 | 144.00T |
| **Event Rental:Conference Room**<br>Small Conference Room, $54.00, 3 x $18.00 / hour (10% discount) - Jun 16, 2022 | 3 | 18.00 | 54.00T |
| **Event Rental:Conference Room**<br>XLarge Conference Room, $90.00, 2.5 x $36.00 / hour (10% discount) - Jun 13, 2022 | 2.50 | 36.00 | 90.00T |
| **Event Rental:Conference Room**<br>XLarge Conference Room, $72.00, 2 x $36.00 / hour (10% discount) - Jun 14, 2022 | 2 | 36.00 | 72.00T |
| **Event Rental:Conference Room**<br>Medium Conference Room, $81.00, 1 x $81.00 / hour (10% discount) - Jun 16, 2022 | 1 | 81.00 | 81.00T |
| **Event Rental:Conference Room**<br>XLarge Conference Room, $143.00, 1 x $125.00 / half day, 0.5 x $36.00 / hour (10% discount) - Jun 16, 2022 | 1 | 143.00 | 143.00T |

| | |
|---|---|
| SUBTOTAL | 1,025.00 |
| TAX (4%) | 41.00 |
| TOTAL | 1,066.00 |
| TOTAL DUE | **$1,066.00** |

ELEVATE YOUR BUSINESS

THANK YOU.

ELEVATE YOUR BUSINESS