# THE & GROUP LLC.

Las Ramblas
71 Calle Montjuic
Guaynabo , PR 00969

## INVOICE

INVOICE NUMBER: 85
INVOICE DATE: JULY 01, 2022

Federal Police Monitor

San Juan, PR

Invoice for Javier B Gonzalez Professional Services as Administrative Director

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| JUN-01-22 | Administrative Director | Work with May Team Invoices, Communications with the Monitor, Communications with Officer. | 5.00 | $100.00 | $500.00 |
| JUN-02-22 | Administrative Director | Weekly Team Meeting, Communications with the Monitor and Team Members, Work with May Team invoices. | 4.50 | $100.00 | $450.00 |
| JUN-03-22 | Administrative Director | Work with May 2022 Team Invoices, Communications with the Monitor, Detainees survey follow up, Biweekly Meeting with USDOJ, PRPB and Special Master. | 4.00 | $100.00 | $400.00 |
| JUN-06-22 | Administrative Director | Work with Detainees Survey, Community and PRPB Surveys Follow up, Biweekly Team Meeting. Community Meeting Coordination. | 3.50 | $100.00 | $350.00 |
| JUN-07-22 | Administrative Director | Detainees Survey coordination, Communications with the Monitor, Coordination of Team Visit. | 3.00 | $100.00 | $300.00 |
| JUN-08-22 | Administrative Director | CMR 6 Meeting, Review of communications and documents sent by Team Members, Community and PRPB surveys follow up. | 4.00 | $100.00 | $400.00 |
| JUN-09-22 | Administrative Director | Meeting with Team Members regarding Community Presentation, PRPB community presentation at Casa Dominicana. Communications with the Monitor, May Invoices follow up. | 4.50 | $100.00 | $450.00 |
| JUN-10-22 | Administrative Director | Coordination of Team Visit, Detainees Survey Follow Up. | 2.50 | $100.00 | $250.00 |
| JUN-13-22 | Administrative Director | Team Visit Coordination, Meetings at PRPB, Meetings at office. | 8.00 | $100.00 | $800.00 |
| JUN-14-22 | Administrative Director | Meting with PRPB Commissioner, Meetings at office, Meeting with Judge Besosa, Coordination of Team Visit, Community Meeting in caguas. | 10.00 | $100.00 | $1,000.00 |
| JUN-15-22 | Administrative Director | Meetings at Office with Team Members, Coordination of Team Visit. Work with Citizens Office Contact list. Meet with Citizen at the office. | 5.00 | $100.00 | $500.00 |
| JUN-16-22 | Administrative Director | Team Visit, Work with Team May Invoices, Meetings at the Office. | 6.00 | $100.00 | $600.00 |
| JUN-16-22 | Administrative Director | Office of the FPMPR Adobe | | | $33.98 |

INVOICE NUMBER: 85

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| JUN-17-22 | Administrative Director | Communications with the Monitor, Review of 2022 Invoices comments by the court. | 1.50 | $100.00 | $150.00 |
| JUN-20-22 | Administrative Director | Team Biweekly Meeting, Review of communications and documents sent by Team members, Review of communications received thru the website. | 3.00 | $100.00 | $300.00 |
| JUN-21-22 | Administrative Director | Review of Communications sent by Team Members, Work with Office communications and meetings agendas, Communication with PRPB officers, Review of communications sent by citizen. Detainees survey follow up. | 3.50 | $100.00 | $350.00 |
| JUN-22-22 | Administrative Director | Review of communications sent by Team Members, Communications with the Monitor, Detainees Survey follow up. | 1.50 | $100.00 | $150.00 |
| JUN-23-22 | Administrative Director | Community Meetings follow up, Weekly Staff Meeting, Review of communications sent to the website, Detainees Survey follow up. | 2.50 | $100.00 | $250.00 |
| JUN-24-22 | Administrative Director | Communications with Team Members, Coordination of Team Visit, | 1.50 | $100.00 | $150.00 |
| JUN-27-22 | Administrative Director | Coordination of Team Visit and Meetings, Review of emails and communications sent by Team members, Biweekly meeting with PRPB and USDOJ. Communications with the Monitor. | 3.50 | $100.00 | $350.00 |
| JUN-28-22 | Administrative Director | 253 Meeting, Coordination of Team Visit. Detainees survey follow up. | 3.00 | $100.00 | $300.00 |
| JUN-29-22 | Administrative Director | Communications with the Monitor and Team Members, Review of communications sent by Team Members, Cooordination of Team Visit. | 1.50 | $100.00 | $150.00 |
| JUN-30-22 | Administrative Director | Visit different precincts to deliver detainees survey forms. (San Juan, Carolina, Bayamón), Meeting with Staff, Meeting with the Judge and Special Master, Communications with the Monitor and Team Members. | 5.50 | $100.00 | $550.00 |
| JUN-30-22 | Administrative Director | I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0.00 | $100.00 | $0.00 |
| | | Reimbursement of Manuel Arroyo Gasoline and Office Supplies Expenses | | | $266.38 |
| | | Total amount of this invoice | | | $9,000.36 |

MESSAGE

Javier B Gonzalez, July 1, 2022

# Transaction Details
Card Ending - 11003

**Merchandise & Supplies - Mail Order**

# ADOBE WEBSALES 800-833-6687

# $33.98

Jun 16, 2022

On your statement as ADOBE ACROPRO SUBS ASAN JOSE CA

**$0.34 Reward Dollars**



# Transaction Details

ADOBE WEBSALES 800-833-6687

801 N 34TH ST
SEATTLE
WA
98103
UNITED STATES

   **(800) 833-6687**

   **https://www.adobe.com/in/about-adobe/co...**

Doing Business As    ADOBE WEBSALES 8...    ⌄



**Office DEPOT**
**OfficeMax**
CAROLINA - (787) 701-2900
06/06/2022 1:13 PM

VPVTQ35P3YQ5Y8EBR

SALE                6648-1-4631-287257-22.5.2
420283  PPR,COPY,OD,RE
4 @ 12.89                           51.56
Promotion                          -23.56
        You Pay                     28.00SS
3965461 INK,HP,962,BLA              44.99 SS
        Subtotal:                   72.99
Sales and Use Tax  10.5%             8.39
        Total:                      81.38
Debit Card 1902:                    81.38

AUTH CODE 21761
TDS Swiped

CONTROL:
OD              AC1H8-AUCRJ

MANUEL ARROYO 56*****255
Please create your online rewards
account at officedepot.com/rewards.
You must complete your account to
claim your rewards and view your
status.

Total Savings:
$23.56
****************************************
WE WANT TO HEAR FROM YOU!
Visit survey.officedepot.com
and enter the survey code below:
H69G QAPA ES7W
****************************************

****************************************

# Get 30% back
# in bonus rewards
# on ALL ink&toner

30% back in Bonus Rewards on all Ink&Toner
Valid only at officedepot.com or in store
from 5/15/2022 to 9/24/2022 or while
supplies last, whichever occurs first.
Must present this coupon (reproductions
not valid) and Office Depot OfficeMax
Rewards Member # to cashier in store at
the time of purchase. Enter coupon code to
cart online at checkout. VIP Members will
receive 30% bonus rewards only. Cannot be
combined with: 1) VIP Member 5% program
benefit; 2) other Bonus Rewards offers on
the same or similar products and services;
or 3) Store Purchasing or Store Discount
Cards. No cash back. Void where prohibited
. Rewards are limited to $150 per member
per week. Coupon expires 9/24/2022 11:59
PM ET.
Coupon Code: 18206980.



ANY TIME 65 INFANTERIA
AVE 65 INF 1075 ESQ CAMPO RICO RIO PIEDR
SAN JUAN

| DATE | TIME | HOST |
|---|---|---|
| Jun 14.22 | 15:30:29 | ATH |
| BATCH | TERMINAL ID | MERCHANT ID |
| 000060 | 30V06779 | 4549106425093 |

**SALE**

DEBIT            ************1902 (S)

AUTH. CODE: 585366        INVOICE: 007813

                          TRACE  :008496

| AMOUNT: | $ | 60.00 |
|---|---|---|
| STATE TAX: | $ | 0.00 |
| REDUCED STATE TAX: | $ | 0.00 |
| MUNICIPAL TAX: | $ | 0.00 |
| TOTAL : | $ | 60.00 |

CONTROL: 866S9-NVXEZ
ET

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

CUSTOMER COPY
Gracias por su patrocinio

```
          TO GO STORES
          AVE. BARBOSA
         787-798-6434 EXT
             Toral 54
            San Juan PR

       ***PREPAID RECEIPT***

Description            Qty        Amount
-----------            ---        ------
PREPAY CA #10
                                   60.00
                                  ------
           Subtotal                60.00
    TOTAL                          60.00
           CRD CARDS    $          60.00


ST#00054      TILL XXXX DR#1 TRAN#1012881
CSH: 11                 06/16/22 16:47:25
```

Monitor Pol.

Dom Rita y Denise 3:20p



## TO GO STORES
## AVE. BARBOSA
787-798-6434 EXT
Toral 54
San Juan PR

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #01 | | 65.00 |
| Subtotal | | 65.00 |
| TOTAL | | 65.00 |
| ATH $ | | 65.00 |

ST#00054    TILL XXXX DR#1 TRAN#1020564
CSH: 6                 06/12/22 16:46:11



TO GO STORES BARBOSA
565 AVE BARBOSA ESQ CALLE
SAN JUAN

DATE           TIME
Jun 12,22      16:46:05
BATCH          TERMINAL ID
000005         30V42015      45

SALE

DEBIT          ************1902

AUTH. CODE: 200410    INVOIC
                      TRACE

AMOUNT:             $
STATE TAX:          $
REDUCED STATE TAX:  $
MUNICIPAL TAX:      $
TOTAL :             $