

# Invoice

**Altai Atlantic Consulting LLC**
828 Snowden Hallowell Way, Alexandria VA 22314

**Date:** 07/01/22
**Invoice #:** 01-030

**To:** Office of the Federal Police Monitor of Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
Tel. 787-417-9098

| Fee Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|
| **Total Fees Payable For Services Rendered by Dr. David Levy** | 50.5 | 160 | **$8,080.00** |

## Work Performed in the Continental United States

| Date | Activity Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 6/1/22 | Review of data sources related to operational audits | 2.0 | 160 | $320.00 |
| 6/2/22 | Review of data sources related to community alliances | 2.5 | 160 | $400.00 |
| 6/3/22 | Data review call with PRPB | 0.5 | 160 | $80.00 |
| 6/5/22 | Review and edit of CMR-6 supervision and recruitment sections | 5.0 | 160 | $800.00 |
| 6/5/22 | Review and edit of CMR-6 search and seizure section | 2.0 | 160 | $320.00 |
| 6/6/22 | Biweekly team meeting and communication with Monitor Youngs | 1.0 | 160 | $160.00 |
| 6/8/22 | Communication re: CMR-6 sections and CMR-7 data requests | 1.0 | 160 | $160.00 |
| 6/9/22 | Work on updating CMR-6 methodology appendix | 5.0 | 160 | $800.00 |
| 6/9/22 | Review and communication re: training data request method | 1.5 | 160 | $240.00 |
| 6/9/22 | Review of CMR-6 recruitment and supervision sections | 1.5 | 160 | $240.00 |
| 6/12/22 | Review of equal protection and internal investigation data request method | 5.5 | 160 | $880.00 |
| 6/13/22 | Biweekly call with PRPB regarding data | 0.5 | 160 | $80.00 |
| 6/13/22 | Review of equal protection and community policing data request method | 2.5 | 160 | $400.00 |
| 6/14/22 | Review of equal protection and community policing data request method | 2.0 | 160 | $320.00 |
| 6/16/22 | Communication re: equal protection and community policing data request | 3.0 | 160 | $480.00 |
| 6/16/22 | Communication with Chief Monitor Romero | 0.5 | 160 | $80.00 |
| 6/20/22 | Monthly calls and follow-up with Monitors Watkins, Cragg & Ruiz | 1.5 | 160 | $240.00 |
| 6/20/22 | Biweekly team meeting | 1.0 | 160 | $160.00 |
| 6/21/22 | Calls with Chief Monitor Romero and Chief Deputy Monitor Rodriguez | 1.0 | 160 | $160.00 |
| 6/22/22 | Monthly call with Monitor Gosselin | 1.0 | 160 | $160.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 6/23/22 | Monthly call and follow-up with Monitor Youngs | 1.5 | 160 | $240.00 |
| 6/24/22 | Call with Investigator Castro | 1.0 | 160 | $160.00 |
| 6/27/22 | CMR-7 Data request 2.1 | 2.0 | 160 | $320.00 |
| 6/27/22 | Biweekly call with PRPB regarding data | 1.5 | 160 | $240.00 |
| 6/29/22 | CMR-7 Data request 2.1 | 2.0 | 160 | $320.00 |
| 6/30/22 | CMR-7 Data request 2.2 | 2.0 | 160 | $320.00 |
| Total | | 50.5 | | $8,080.00 |

**Total Fee Payable**   $8,080.00

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

*[signature]*

**Dr. David Levy**

07/01/22
**Date**