# INVOICE

| | | |
|---|---|---|
| **DATE** | **INVOICE NO** | **Denise Rodriguez** |
| 6/30/2022 | #021 | 3003 San Sebastian St. |
| | | Mission, TX 78572 |
| | | drodriguez_PRI@outlook.com |

**INVOICE TO**
Puerto Rico Chief Federal Monitor

**INVOICE PERIOD**
June 30, 2022

## DUTIES AND RESPONSIBILITIES                    TOTAL DUE $18,829.97

- Conducted monthly one-on-one meetings with each subject matter expert
- Coordinated and conducted weekly Monitoring Executive Team meetings
- Coordinated and conducted biweekly meetings with the Parties
- Reviewed and approved the review of several policies submitted to the Monitor's Office by PRPB as per Paragraph 229 of the Agreement
- Worked with the Data Analyst on the data requests for CMR-7
- Worked with the Administrative Director and the Research Analyst/Administrative Assistant to draft the schedule(s) for the June and July site visits
- Reviewed the Community/Officer Survey draft power point presentations and reports
- Participated in various meetings with the Parties to discuss the PRPB Data Gap Analysis, Use of Force Plan Supervision Plan, and IT Needs Assessment
- Participated in several calls with the proposed contractor, Gartner, regarding the IT Needs Assessment draft proposal and scope of work
- Reviewed and provided input on the agenda items and attended the June 253 meeting
- Worked with the Monitor and Special Master to draft agenda topics for the June Status Conference
- Worked with the Monitor to draft a condensed summary of PRPB compliance Status for the Judge
- Finalized and reviewed the final draft of the CMR-6 Report
- Worked with the Research Analyst to update the Outcome Assessment Work Plan and related tracking sheets
- Conducted a site visit to PR during the week of June 12th and attended various meetings
- Worked with the Associate Monitor and Administrative Director in developing a plan for future and upcoming community workshops/listening sessions hosted by the FPM
- Participated in a meeting with the Parties to discuss Act 65
- Revised and updated timeline for CMR-7 in collaboration with PRPB

| | |
|---|---|
| Flat Rate Total Wages* | $15,833.33 |
| Travel Expenses | $ 2,996.64 |
| **Total Due** | **$ 18,829.97** |

*The total amount is a flat rate. The total monthly is $15,833.33 for an annualized amount of $190,000.00

*signature: Denise Rodriguez*

Denise Rodriguez, Chief Deputy Monitor                    June 30, 2022
                                                          Date

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.



# Office of the Technical Compliance Advisor Travel Reimbursement Form

**Traveler Name: Denise Rodriguez**
**Travel Dates: June 12-17, 2022**
**Purpose of Travel: Site visit**

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 1,620.14 | 1 | $ 1,620.14 |
| Baggage | $ - | 0 | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | $ - | 0 | $ - |
| Ground Transportation (Parking) | $ - | 0 | $ - |
| Ground Transportation (Mileage) | $ - | 0 | $ - |
| Lodging | $ 141.60 | 5 | $ 708.00 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 4 | $ 460.00 |
| Parking @ airport (days) | $ 6.00 | 6 | $ 36.00 |
| Taxi from hotel to Airport | $ - | 0 | $ - |
| Total | | | $ 2,996.64 |

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

| | |
|---|---|
| **From:** | Denise Rodriguez |
| **To:** | Denise Rodriguez |
| **Subject:** | Fwd: eTicket Itinerary and Receipt for Confirmation P2VCJ6 |
| **Date:** | Tuesday, May 24, 2022 9:55:16 AM |

Denise Rodriguez
956-279-3097

**From:** United Airlines, Inc. <Receipts@united.com>
**Sent:** Tuesday, May 24, 2022 9:40:02 AM
**To:** DRODRIGUEZ_PRI@OUTLOOK.COM <DRODRIGUEZ_PRI@OUTLOOK.COM>
**Subject:** eTicket Itinerary and Receipt for Confirmation P2VCJ6



Tue, May 24, 2022

## Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our Important notices page for the latest updates

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

## P2VCJ6

| Flight 1 of 4 UA1044 | Class: United Economy (S) |
|---|---|
| Sun, Jun 12, 2022 | Sun, Jun 12, 2022 |
| **07:00 AM** | **08:19 AM** |
| McAllen, TX, US (MFE) | Houston, TX, US (IAH) |

| Flight 2 of 4 UA1192 | Class: United Economy (U) |
|---|---|
| Sun, Jun 12, 2022 | Sun, Jun 12, 2022 |
| **09:48 AM** | **03:20 PM** |
| Houston, TX, US (IAH) | San Juan, PR, US (SJU) |

| Flight 3 of 4 UA668 | Class: United Economy (U) |
|---|---|
| Fri, Jun 17, 2022 | Fri, Jun 17, 2022 |
| **04:30 PM** | **08:23 PM** |
| San Juan, PR, US (SJU) | Houston, TX, US (IAH) |

| Flight 4 of 4 UA281 | Class: United Economy (S) |
|---|---|

| Fri, Jun 17, 2022 | Fri, Jun 17, 2022 |
|---|---|
| **09:57 PM** | **11:14 PM** |
| Houston, TX, US (IAH) | McAllen, TX, US (MFE) |

## Traveler Details

RODRIGUEZ/DENISE
eTicket number: **0162413989730**
Frequent Flyer: **UA-XXXXX985 Premier Silver**

Seats: **MFE-IAH 14F**
**IAH-SJU 23F**
**SJU-IAH 22F**
**IAH-MFE 15F**

## Purchase Summary

| Method of payment: | **American Express ending in 1008** |
|---|---|
| Date of purchase: | **Tue, May 24, 2022** |

| Airfare: | **1551.54 USD** |
| U.S. Transportation Tax: | **39.40 USD** |
| September 11th Security Fee: | **11.20 USD** |
| U.S. Passenger Facility Charge: | **18.00 USD** |

| Total Per Passenger: | **1620.14 USD** |

| Total: | **1620.14 USD** |

## Carbon Footprint

Your estimated carbon footprint for this trip is **0.55555 tonnes of $CO_2$.**

You can reduce your environmental impact by participating in our CarbonChoice program which supports projects that reduce greenhouse gases. Learn more.

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.
NONREF/0VALUAFTDPT
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

## MileagePlus Accrual Details

| Denise Rodriguez | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Sun, Jun 12, 2022 | 1044 | McAllen, TX, US (MFE) to Houston, TX, US (IAH) | 938 | 134 | 1 |
| Sun, Jun 12, 2022 | 1192 | Houston, TX, US (IAH) to San Juan, PR, US (SJU) | 4522 | 646 | 1 |
| Fri, Jun 17, 2022 | 668 | San Juan, PR, US (SJU) to Houston, TX, US (IAH) | 4522 | 646 | 1 |



Receipt: 2757 06/12 05:42 06/17 23:42 $36.00 1008 — REPUBLIC PARKING (PART OF REEF PARKING NETWORK)

**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Ms Denise Rodriguez
3003 San Sebastian St
Mission TX 78572
United States

Room: 0606
Room Type: EKNG
No. of Guests: 1
Rate:  $  120.00  Clerk: 5

Marriott Rewards #   286891726

CRS Number  76871887

Name:

Arrive:   06-12-22          Time:  04:35 PM          Depart:  06-17-22          Folio Number:  697919

| Date | Description | Charges | Credits |
|---|---|---|---|
| 06-12-22 | Package | 120.00 | |
| 06-12-22 | Government Tax | 10.80 | |
| 06-12-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 06-13-22 | Package | 120.00 | |
| 06-13-22 | Government Tax | 10.80 | |
| 06-13-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 06-14-22 | COMEDOR- Guest Charge (Breakfast) | 2.00 | |
| 06-14-22 | Package | 120.00 | |
| 06-14-22 | Government Tax | 10.80 | |
| 06-14-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 06-15-22 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |
| 06-15-22 | Package | 120.00 | |
| 06-15-22 | Government Tax | 10.80 | |
| 06-15-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 06-16-22 | Package | 120.00 | |
| 06-16-22 | Government Tax | 10.80 | |
| 06-16-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 06-17-22 | American Express | | 713.00 |
| | Card #  XXXXXXXXXX1008 | | |

COURTYARD® Marriott

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Ms Denise Rodriguez
3003 San Sebastian St
Mission TX 78572
United States

Room: 0606
Room Type: EKNG
No. of Guests: 1
Rate:  $   120.00   Clerk: 5

Marriott Rewards #   286891726

CRS Number   76871887

Name:

Arrive:  06-12-22          Time:  04:35 PM          Depart:  06-17-22          Folio Number:  697919

| Date | Description | Charges | Credits |
| --- | --- | --- | --- |
| | Balance | | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.