# VIOTA & ASSOCIATES CPA LLC

B5 CALLE TABONUCO, SUITE 216
PMB 292
GUAYNABO, PR 00968-3029

## Invoice

INVOICE NUMBER: 20200934
DATE: JUNE 29, 2022

PUERTO RICO POLICE REFORM

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: CONSULTING FEES | | | |
| MAY-31-22 | CONSULTING FEES | -Process ACH Payments for April Services | 1.00 | $125.00 | $125.00 |
| JUN-06-22 | CONSULTING FEES | General Accounting<br>-Bank Reconciliation May 2022<br>-Post ACH payments in Sage & PR Pay | 4.00 | $125.00 | $500.00 |
| JUN-15-22 | CONSULTING FEES | Review May 2022 invoices & Post in SAGE | 2.00 | $125.00 | $250.00 |
| JUN-16-22 | CONSULTING FEES | Email to Javier Gonzalez with Bank charges detail from July 2021 to April 2022 | 0.25 | $125.00 | $31.25 |
| JUN-21-22 | CONSULTING FEES | At First Bank - Request provisional checks<br>Prepare Luis Hidalgo payments<br>Deposit Luis Hidalgo Professional Services Withholding | 1.50 | $125.00 | $187.50 |
| JUN-27-22 | CONSULTING FEES | Bank Deposit | 1.00 | $125.00 | $125.00 |
| JUN-28-22 | CONSULTING FEES | ACH payment (1 of 2) for May Services | 0.50 | $125.00 | $62.50 |
| | | TOTAL: CONSULTING FEES | | | $1,281.25 |
| | | Total hours for this invoice | 10.25 | | |
| | | Total before tax | | | $1,281.25 |
| | | PR SALES TAX (IVU) | | | $0.00 |
| | | Total amount of this invoice | | | $1,281.25 |

MESSAGE

6% Withholding on Profesional Services (Waiver Certificate Available Upon Request)