**MBG North Corp.** 1931 Cordova Rd. Suite 3039, Ft. Lauderdale, FL 33316
**Invoice # 1161**, JUN 30 2022  **Contractor:** Donald S. Gosselin, Esq.
**Dates of Service:** 1 JUN 2022 to 30 JUN 2022   **TERMS:** NET30

| Task Performed | US Hours | Dates | PR Hours | Billable Amount |
|---|---|---|---|---|
| On-Site Puerto Rico Labor Hours June Visit. See trip memo for details | | JUN 12-17 | 32 | $5,120.00 |
| Communications & Coordination - all written comms to/from Monitors, PRPB, USDOJ; Review compliance targets, document and data requests, logistics; scheduling, on-site planning & coordination | 16.5 | JUNE 3, 5, 6, 8, 24, 25, | | $2,640.00 |
| Teleconference Meetings ; Monitors Office and Monitor Team Members. (Prep and Actual TC)s | 3.5 | JUN 6, 22 | | $560.00 |
| Data and Policy Analysis, Drafting Conclusions | 8 | JUNE 24 25 | | $1,280.00 |
| FEE WAIVER (PUERTO RICO) | | | 0 | $0.00 |
| | US Hours | | PR Hours | |
| Net Hours @ $160/hr. | 28.00 | | 32.00 | $9,600.00 |
| Total Expenses (Air, Hotel, MIE; Meals, Parking, POV miles) | | | | $1,171.48 |
| **Allowable Fee** | | | | **$10,771.48** |

| Travel Breakout | | Traveler: Donald S. Gosselin  10-14 JUN | | | |
|---|---|---|---|---|---|
| Expense | Unit Cost | Units | Column1 | Total | |
| Airfare - EXPENSE WAIVED | $ - | 1 | $ - | $ - | |
| Baggage | $ - | 0 | | $ - | |
| Ground Transportation (Uber/Lyft/Taxi) | $ 32.00 | 1 | | $ 32.00 | |
| Ground Transportation (Parking) | $ - | 0 | | $ - | |
| Ground Transportation (POV Mileage) | $ 0.585 | 95 | | $ 55.58 | |
| Lodging | $ 120.00 | 4 | | $ 480.00 | |
| Per Diem (Travel Days) | $ 86.25 | 2 | | $ 172.50 | |

| | | | | |
|---|---|---|---|---|
| Per Diem (Full Days) | $ | 115.00 | 3 | $ 345.00 |
| Other: HOTEL TAX ($35.10 + 25.31/day) | $ | 21.60 | 4 | $ 86.40 |
| **Total** | | | | $ **1,171.48** |

The undersigned, Donald S. Gosselin, Esq. certifies that the amount billed in this invoice is true and correct and corresponds to my duties as a Federal Monitor and related travel expenses.  I further certify that I have not received any income, compensation or payment for services from the Commonwealth of Puerto Rico or any of its departments or municipalities

**Donald S. Gosselin, Esq.**
Principal, MBG North Corp
30-Jun-22

**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Dr Donald Gosselin
12 Naomi St
Sebago ME 04029
United States

Marriott Rewards #   839932555

Name:

Room: 1006
Room Type: EKNG
No. of Guests: 1
Rate:  $ 120.00   Clerk: 10
CRS Number   85207254

Arrive:   06-12-22          Time: *12:04 AM          Depart: 06-16-22          Folio Number: 699028

| Date | Description | Charges | Credits |
|---|---|---|---|
| 06-12-22 | Package | 120.00 | |
| 06-12-22 | Government Tax | 10.80 | |
| 06-12-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 06-13-22 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |
| 06-13-22 | Package | 120.00 | |
| 06-13-22 | Government Tax | 10.80 | |
| 06-13-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 06-14-22 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |
| 06-14-22 | Package | 120.00 | |
| 06-14-22 | Government Tax | 10.80 | |
| 06-14-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 06-15-22 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |
| 06-15-22 | Package | 120.00 | |
| 06-15-22 | Government Tax | 10.80 | |
| 06-15-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 06-16-22 | Master Card / Euro Card | | 575.40 |
| | Card # XXXXXXXXXXXX1398 | | |

**COURTYARD**
**Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Dr Donald Gosselin
12 Naomi St
Sebago ME 04029
United States

Marriott Rewards #   839932555

Name:

Room: 1006
Room Type: EKNG
No. of Guests: 1
Rate: $  120.00   Clerk: 10
CRS Number  85207254

Arrive:  06-12-22          Time:  *12:04 AM          Depart: 06-16-22          Folio Number: 699028

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| | | Balance | | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today. Start earning points and elite status, plus enjoy exclusive member offers. Enroll today at the front desk.

**From:** Concord Coach / Dartmouth / Boston Express Tickets ticketsales@concordcoachlines.com
**Subject:** Concord Coach Lines / Dartmouth Coach / Boston Express Purchase Confirmation [Transaction: 3ZFP8GMQ]
**Date:** June 9, 2022 at 22:34
**To:** gosselin.intl@gmail.com



# Confirmation from Concord Coach Lines / Dartmouth Coach / Boston Express

THIS IS YOUR RECEIPT, NOT YOUR TICKET - YOUR TICKET IS ATTACHED IN PDF FORM BELOW.

You must present your electronic or paper ticket in order to board the bus.

## Boston/Logan Service

All service is first come, first board. Please arrive 30 minutes before bus departure. Every effort will be made to accommodate all passengers during peak travel times.

## NYC Service

Our NYC service is by reservation only.

**Transaction:** 3ZFP8GMQ

**Customer #:** 094-840-931

**Total paid:** $ 32.00

---

**TICKET: SX26CE**

**Passenger:** Donald Gosselin
**Email:** gosselin.intl@gmail.com
**Fare:** Adult
**Class:** Standard
**Departs:** Sun Jun 12, 2022 2:30 PM
**Arrives:** Sun Jun 12, 2022 4:25 PM
**From:** Portland - 100 Thompsons Point Road, Portland, ME 04102
**To:** Boston-Logan Airport - Terminals A, B1, B2, C, E
**Brand:** Concord Coach Lines

| | |
|---|---|
| Price: | $ 32.00 |
| Discounts: | $ 0.00 |
| Fees: | $ 0.00 |
| Special requests: | $ 0.00 |
| Taxes: | $ 0.00 |
| **Total:** | **$ 32.00** |

Terms and conditions
Save this email for your records.