Al Youngs
5552 West Lakeridge Road
Lakewood, CO 80227

June 1 – June 30, 2022
Invoice No. 36
Member of Federal Monitor Team

| Date | Brief Description | Total Hours |
|---|---|---|
| | Reviewed and responded to emails and conference calls for the month of June | |
| 06/07 06/08 06/09 06/10 06/21 06/24 06/27 06/29 | From Members of the Monitor Team. | 5.0 Hours |
| 06/06 06/09 06/17 06/20 06/22 06/27 | Several meetings and phone calls with Monitor and Deputy Monitor. | 3.0 Hours |
| | During site visit to Puerto Rico: | |
| 06/12 | Preparation for Supervision Management and Recruitment interviews at Monitor's Office and planned meetings | |
| 06/13 | Attend meeting with Reform Unit | |
| 06/13 | Attend operational system demo of CAD (Use of Force) | |
| 06/13 | Meeting with HR Director and Captain Figueroa reference performance evaluations. | |
| 06/13 | Meeting with Lt. Melendez (SARP) reference integrity audits process and procedures | |
| 06/15 | Attend meeting with acting Director Recruitment, Brian Dees, Captain Figueroa and Dr. Cubano, Staff Psychologist PRPB. | |
| 06/14 | Field visit to Aguadilla reference Supervisory Ratios and Field Administrative Investigations and Supervision | |
| 06/15 | Supervisor and Management Focus Group: | |

| Date | Description | Hours |
|---|---|---|
| 06/16 | Interviews of a random sample of commanders, supervisors and officers to determine whether there is close and effective supervision. Interviewees were also asked questions about their use of EIS and other supervisory tools, supervisory ratios, performance evaluations and training received (Paragraphs 145 and 146) | |
| 06/16 | Meeting with SARP Commander and SARP Command staff reference inspections. | |
| | | 32.0 Hours |
| 06/02 | Prepare additional NIBRS materials for Angel Diaz | 3.0 Hours |
| 06/09 | Discuss Training requirements with David Levy | 1.0 Hours |
| 06/20 | Review of Paragraph 13, 2018 staffing plan sent to Samantha Rhinerson, emphasis on Patrol Operations | 2.0 Hours |
| 06/21 | Review documents sent to Court reference Recruitment Paragraphs 101-108 completed | 2.0 Hours |
| 06/22 | Review documents sent to Court reference Supervision Paragraphs 135-158 completed | 2.0 Hours |
| 06/22 | Review OG639 and submitted comments to Claudia Camara | 3.0 Hours |
| 06/23 | Review Interboro Recruitment documents for examiners and steps to complete recruitment | 2.0 Hours |
| 06/24 | Additional review of personnel evaluations completed by Supervisors of their subordinates, review pro media materials. | 3.0 Hours |
| 06/24 | Review provisional promotions and meeting with Secretary Torres. | 1.0 Hours |
| 06/25 | Review new Recruitment Policy. | 1.0 Hours |

**TOTAL HOURS:  60**

Billable Hours:    60 Hours at a Rate of $165.00 Per Hour = $9,900.00

**Total:            $9,900.00**

**TOTAL WAGES AND EXPENSE REIMBURSEMENT            $   12,137.50**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_Alan C. Young_
Signature

06/30/2022



# Office of the Technical Compliance Advisor Travel Reimbursement Form

Enter all required information below to obtain travel reimbursement. If spending did not occur in a category, please enter zeros. Zeros will likely need to be entered for one or more of the ground transportation options. The "Total" column of the table will update based on the information entered into the "Unit Cost" and "Units" columns. To update the "Total" column, click CTRL+A and then F9. Receipts for airfare, lodging, ground transportation, and PCR testing must be submitted with this form. Submit the Travel Reimbursement Form and accompanying receipts to Javier Gonzalez (Javier.benito@me.com) with the Chief Monitor (jrrjjr.romero@gmail.com) and/or his designee copied along with your monthly invoice.

**Traveler Name:** Alan C. You

**Travel Start Date 06/12/2022  Travel End Date: 06/16/2022**

**Purpose of Travel:** Puerto Rico

| Travel Reimbursement | | | |
|---|---|---|---|
| | Unit Cost | Units | Total |
| Airfare | $679.30 | 1 | $679.30 |
| Airfare | $394.30 | 1 | $394.30 |
| Baggage | | | |
| Ground Transportation (Uber/Lyft/Taxi) | $80.00 | 1 | $80.00 |
| Ground Transportation (Parking) | $0.00 | 0 | $0.00 |
| Ground Transportation (Mileage) | $0.00 | 0 | $0.00 |
| Lodging | $141.60 | 4 | $566.40 |
| Per Diem (Travel Days) | $86.25 | 2 | $172.50 |
| Per Diem (Full Days) | $115.00 | 3 | $345.00 |
| PCR Testing | $ 0.00 | 0 | $ 0.00 |
| Total | | | $2,237.50 |

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

Page **1** of 1



# Hi, Alan!

Rapid Rewards #207895671 | A-List through 12/31/23
Rapid Rewards Member since 2006   Profile Details >

**POINTS AVAILABLE**
**42,205**
View Details >

# Past flight details

The receipt information below does not include any add ons during purchase, flight changes, flight cancellations, or in-flight purchases.

JUN 12                                                                                        Confirmation #4R952S

 San Juan, PR

Denver, CO to San Juan, PR

## Summary

| PASSENGER | POINTS EARNED | FARE TOTAL |
|---|---|---|
| Alan Youngs | +8,063 PTS | $679.30 |

## Pricing details

| ROUTING | DATE | FARE TYPE | POINTS EARNED | FARE |
|---|---|---|---|---|
| **DEN to SJU** | **6/12/22** | **Anytime** | +8,063 PTS | $645.00 |
| | | | Taxes & fees | $34.30 |

|  |  |
|---|---|
| Total | $679.30 |
| Total points earned | +8,063 PTS |



# Hi, Alan!

Rapid Rewards #207895671 | A-List through 12/31/23
Rapid Rewards Member since 2006   Profile Details >

**POINTS AVAILABLE**
**42,205**
View Details >

## Past flight details

The receipt information below does not include any add ons during purchase, flight changes, flight cancellations, or in-flight purchases.

JUN 16                                                                                                                     **Confirmation #4RDV5T**

 Denver, CO

San Juan, PR to Denver, CO

## Summary

| PASSENGER | POINTS EARNED | FARE TOTAL |
|---|---|---|
| Alan Youngs | +2,700 PTS | $394.30 |

## Pricing details

| ROUTING | DATE | FARE TYPE | POINTS EARNED | FARE |
|---|---|---|---|---|
| SJU to DEN | 6/16/22 | Wanna Get Away | +2,700 PTS | $360.00 |
|  |  |  | Taxes & fees | $34.30 |

|  |  |
|---|---|
| Total | $394.30 |
| Total points earned | +2,700 PTS |

# COURTYARD Marriott

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Alan Youngs
5552 W Lakeridge Rd
Lakewood CO 80227
United States

Room: 0907
Room Type: EKNG
No. of Guests: 1
Rate: $ 120.00   Clerk: 1009
CRS Number  82193606

Marriott Rewards #   119330892

Name:

Arrive:  06-12-22      Time:  12:12 AM      Depart:  06-16-22      Folio Number: 698041

| Date | Description | Charges | Credits |
|---|---|---|---|
| 06-12-22 | Package | 120.00 | |
| 06-12-22 | Government Tax | 10.80 | |
| 06-12-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 06-13-22 | Comedor - Guest Charge | 3.00 | |
| 06-13-22 | COMEDOR- Guest Charge (Dinner) | 45.26 | |
| 06-13-22 | Package | 120.00 | |
| 06-13-22 | Government Tax | 10.80 | |
| 06-13-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 06-14-22 | Package | 120.00 | |
| 06-14-22 | Government Tax | 10.80 | |
| 06-14-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 06-15-22 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |
| 06-15-22 | Package | 120.00 | |
| 06-15-22 | Government Tax | 10.80 | |
| 06-15-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 06-16-22 | Visa Card | | 617.66 |

Card #  XXXXXXXXXXXX5094

**COURTYARD**®
**Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Alan Youngs
5552 W Lakeridge Rd
Lakewood CO 80227
United States

Room: 0907
Room Type: EKNG
No. of Guests: 1
Rate: $ 120.00  Clerk: 1009

Marriott Rewards #   119330892

CRS Number  82193606

Name:

Arrive:  06-12-22        Time: 12:12 AM        Depart: 06-16-22        Folio Number: 698041

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
|      |             Balance |         | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

**RECEIPT**

Date _6-16-22_

Name _____

From _DIA_

To _Residence_

Fare _60.00_  Cab # _____

**ALPINE TAXI**
1582 S. Parker Rd., Denver, CO 80231
720-484-4474