# Rafael Ruiz Consulting

12 Crestshire Dr.
Lawrence, MA 01843

PHONE: 6177599156    stodgo1971@yahoo.com    12 Crestshire Dr.

## INVOICE

INVOICE NUMBER: 2022-06
INVOICE DATE: 6/30/2022

Federal Police Monitor for PR
VIG Tower, PH-924
1225 Ponce De Leon Ave.
San Juan, PR 00907

RAFAEL E. RUIZ CONSULTING

| DATE | PROJECT | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: FPM work from Home | | | |
| 6/3/2022 | FPM work from Home | Review Parties comments on CMR-06 and edit same | 7.00 | $165.00 | $1,155.00 |
| 6/4/2022 | FPM work from Home | Review Parties comments on CMR-06 draft and edit same | 4.50 | $165.00 | $742.50 |
| 6/6/2022 | FPM work from Home | FPM Team biweekly meeting; edit CMR-06 | 3.75 | $165.00 | $618.75 |
| 6/17/2022 | FPM work from Home | Work on CMR-07 mid-term files | 4.00 | $165.00 | $660.00 |
| 6/18/2022 | FPM work from Home | Work on CMR-07 midterm data from PRPB | 3.50 | $165.00 | $577.50 |
| 6/20/2022 | FPM work from Home | FPM Team biweekly meeting; monthly meeting with Dep Monitor | 1.50 | $165.00 | $247.50 |
| 6/28/2022 | FPM work from Home | Work on CMR-07 draft with midterm data, Policies and Procedures, training data | 3.25 | $165.00 | $536.25 |
| 6/30/2022 | FPM work from Home | FPM Team emails, texts, phone calls for month of June | 1.50 | $165.00 | $247.50 |
| | | TOTAL: FPM work from Home | | | $4,785.00 |
| | | PROJECT: FPM work from PR (Site Visits) | | | |
| 6/13/2022 | FPM work from PR (Site Visits) | Site visit to PR, meetings, interviews | 8.00 | $165.00 | $1,320.00 |
| 6/14/2022 | FPM work from PR (Site Visits) | Site visit to PR Aguadilla Command, personnel interviews | 8.00 | $165.00 | $1,320.00 |
| 6/15/2022 | FPM work from PR (Site Visits) | Site visit PR Academy | 8.00 | $165.00 | $1,320.00 |
| 6/16/2022 | FPM work from PR (Site Visits) | Site visit to Arecibo Command Drug Unit | 7.00 | $165.00 | $1,155.00 |
| | | TOTAL: FPM work from PR (Site Visits) | | | $5,115.00 |
| | | PROJECT: FPM-PR Expenses | | | |
| 6/12/2022 | FPM-PR Expenses | (Travel, hotel, and meals) Ground Transportation, home - airport | 1.00 | $75.00 | $75.00 |
| 6/13/2022 | FPM-PR Expenses | (Travel, hotel, and meals) 2 travel-day meals (6/12 and 6/16) | 2.00 | $86.25 | $172.50 |

INVOICE NUMBER: 2022-06

| DATE | PROJECT | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 6/16/2022 | FPM-PR Expenses | (Travel, hotel, and meals) 3 Full-day meals | 3.00 | $115.00 | $345.00 |
| 6/16/2022 | FPM-PR Expenses | (Travel, hotel, and meals) 4 nights hotel- Marriott Courtyard | 4.00 | $141.60 | $566.40 |
| 6/19/2022 | FPM-PR Expenses | (Travel, hotel, and meals) Travel to/from PR | 1.00 | $529.60 | $529.60 |
| 6/19/2022 | FPM-PR Expenses | (Travel, hotel, and meals) Ground transportation, airport- home | 1.00 | $75.00 | $75.00 |
| | | TOTAL: FPM-PR Expenses | | | $1,763.50 |
| | | Total hours for this invoice | 60.00 | | |

| INVOICE BALANCE INFORMATION | |
|---|---|
| Total amount of this invoice | $11,663.50 |
| Current invoice balance | $11,663.50 |

### AMOUNT DUE ON THIS INVOICE: $11,663.50

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of the hours worked in my capacity as a member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies

Rafael E. Ruiz                                                      Date: June 30, 2022

# Office of the Technical Compliance Advisor Travel Reimbursement Form



Enter all required information below to obtain travel reimbursement. If spending did not occur in a category, please leave the field blank fields will likely be used for one or more of the ground transportation options. The "Total" column of the table will update based on the i entered into the "Unit Cost" and "Units" columns. Receipts for airfare, lodging, ground transportation, and PCR Testing must be submi this form. Submit the Travel Reimbursement Form and accompanying receipts to Javier Gonzalez (Javier.benito@me.com) with the Monitor (jrrjjr.romero@gmail.com) and/or his designee copied with your monthly invoice.

**Traveler Name:** Rafael E. Ruiz
**Travel Dates:** June 12 through June 16, 2022
**Purpose of Travel:** SIte visit to PRPB for interviews/observations

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 529.60 | 1 | $ 529.60 |
| Baggage | $ - | 2 | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | $ 75.00 | 2 | $ 150.00 |
| Ground Transportation (Parking) | $ - | 5 | $ - |
| Ground Transportation (Mileage) | $ - | | $ - |
| Lodging | $ 141.60 | 4 | $ 566.40 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 3 | $ 345.00 |
| PCR Testing | $ - | 1 | $ - |
| **Total** | | | **$ 1,763.50** |

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

## Flights

| | | | |
|---|---|---|---|
| **BOS** Boston, MA **Terminal:** C | ▶ | **SJU** San Juan, PR | Date: Sun, Jun 12<br>Departs: 6:15pm<br>Arrives: 10:19pm<br>Flight: 261 |

**jetBlue**

**If your booking was made at least 7 days in advance:** You may cancel it within 24 hours for a full refund to your original form of payment, without a cancellation fee.

**JetBlue Change/Cancel Policy:** There is no fee to change (or cancel) Blue, Blue Extra, Blue Plus or Mint fares. Blue Basic fares booked Jun 8 2021 - Aug 24 2021 and after Nov 1 2021 are subject to a change/cancel fee of $100 for travel wholly within the U.S., Caribbean, Mexico or Central America, or $200 for all other routes. There are no change/cancel fees for Blue Basic fares booked before Jun 8 2021 or between Aug 25 2021 - Oct 31 2021.

Fare difference may apply and funds may be issued as a JetBlue Travel Bank credit, valid for 12 months on any JetBlue-operated flight. As a Mosaic, same-day switches may be made without a fee or fare difference. Click here for details on our change and cancel policies.

## Traveler Details

**RAFAEL ENRIQUE RUIZ**

**Frequent Flier:** B6 3326688490
**Ticket number:** 2792193548013

**BOS - SJU:**
**Fare:** Blue
**Carry-on bags:** One (1) carry-on bag and one (1) personal item included in your fare.

personal item included in your fare.

**Checked bags:** Your Mosaic membership includes two (2) checked bags per person. If you need to check more than two bags, these can only be added at the ticket counter on your day of travel, and other baggage restrictions may apply.

**Seat:** 17C

**Notes:** Even More Speed



Get up to 7" more legroom, a fast lane to the TSA checkpoint (select cities), and early boarding—all the better to nab that overhead bin.

**Add Even More Space** ▶

# Payment Details

Master
XXXXXXXXXXXX9796

NONREF $295.00
Taxes & fees $29.80

**Total:** **$324.80 USD**

Purchase Date: May 21, 2022

Request full receipt

 

Plan the rest of your trip with Paisly.

| | | | |
|---|---|---|---:|
| San Juan, PR | New York, NY | **Departs** | 4:36pm |
| **Terminal:** A | | **Arrives** | 8:30pm |
| | | **Flight** | 2804 |

# jetBlue

**If your booking was made at least 7 days in advance:** You may cancel it within 24 hours for a full refund to your original form of payment, without a cancellation fee.

**JetBlue Change/Cancel Policy:** There is no fee to change (or cancel) Blue, Blue Extra, Blue Plus or Mint fares. Blue Basic fares booked Jun 8 2021 - Aug 24 2021 and after Nov 1 2021 are subject to a change/cancel fee of $100 for travel wholly within the U.S., Caribbean, Mexico or Central America, or $200 for all other routes. There are no change/cancel fees for Blue Basic fares booked before Jun 8 2021 or between Aug 25 2021 - Oct 31 2021.

Fare difference may apply and funds may be issued as a JetBlue Travel Bank credit, valid for 12 months on any JetBlue-operated flight. As a Mosaic, same-day switches may be made without a fee or fare difference. Click here for details on our change and cancel policies.

# Traveler Details

**RAFAEL ENRIQUE RUIZ**

**Frequent Flier:** B6 3326688490
**Ticket number:** 2792193548368

**SJU - JFK:**
**Fare:** Blue
**Carry-on bags:** One (1) carry-on bag and one (1) personal item included in your fare.
**Checked bags:** Your Mosaic membership includes two (2) checked bags per person. If you need to check more than two bags, these can only be added at the

ticket counter on your day of travel, and other baggage restrictions may apply.

**Seat:** 8D

**Notes:** Even More Speed



Get up to 7" more legroom, a fast lane to the TSA checkpoint (select cities), and early boarding—all the better to nab that overhead bin.

**Add Even More Space** ▸

## Payment Details

| Master XXXXXXXXXXXX9796 | NONREF | $175.00 |
| | Taxes & fees | $29.80 |
| | **Total:** | **$204.80 USD** |

Purchase Date: May 21, 2022

Request full receipt



## Plan the rest of your trip with Paisly.

Get deals on cars, stays & activities from the crew you love at JetBlue—all while earning TrueBlue points. Plus, helpful humans are

**COURTYARD® Marriott**

Courtyard by Marriott  
San Juan - Miramar

801 Ponce de Leon Ave.  
San Juan, PR. 00907  
T 787.721.7400  
F 787.723.0068

Mr Rafael Ruiz  
12 Crestshire Dr  
Lawrence MA 01843  
United States

Room: 0301  
Room Type: KSTE  
No. of Guests: 1  
Rate:  $  120.00   Clerk: 10

Marriott Rewards #   232084256

CRS Number   93249091

Name:

Arrive:  06-12-22         Time:  12:08 AM         Depart:  06-16-22         Folio Number:  699541

| Date | Description | Charges | Credits |
|---|---|---|---|
| 06-12-22 | Benchmark | 120.00 | |
| 06-12-22 | Government Tax | 10.80 | |
| 06-12-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 06-13-22 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |
| 06-13-22 | Benchmark | 120.00 | |
| 06-13-22 | Government Tax | 10.80 | |
| 06-13-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 06-14-22 | Benchmark | 120.00 | |
| 06-14-22 | Government Tax | 10.80 | |
| 06-14-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 06-15-22 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |
| 06-15-22 | Benchmark | 120.00 | |
| 06-15-22 | Government Tax | 10.80 | |
| 06-15-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 06-16-22 | American Express | | 572.40 |

*Card #  XXXXXXXXXX3007*

**RECEIPT**

No. 557205

DATE 6/12/22

RECEIVED FROM Rafael Ruiz

$75.00

Seventy Five DOLLARS

FOR Ride To The Airport

FROM Home TO Airport

CASH ☑

BY [signature]

3-11

**RECEIPT**

No. 557206

DATE 6/19/22

RECEIVED FROM Rafael Ruiz

$75

Seventy Five DOLLARS

FOR: Ride From Logan Airport

- CASH
- CHECK
- MONEY ORDER
- CREDIT CARD

BY [signature]

3-11