**INVOICE 0088(R1) FOR PROFESSIONAL SERVICES; JUNE 1, 2022, THROUGH JUNE 30, 2022**
**RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC, 13932 SOUTH SPRINGS DR, CLIFTON VA 20124**

TO:   Federal Monitor
       Puerto Rico Police Department Consent Decree

The invoice for professional services rendered by Crystal Reef LLC (Monitoring Core Team) for June 2022 is detailed as follows:

| Task Performed | US Hours | Dates | PR Hours | Billable Amount |
|---|---|---|---|---|
| On-Site Meetings and Assessments - Puerto Rico Labor Hours | | June 13-15 | 24.00 | $3,960.00 |
| Communications & Coordination - telcons and emails to/from Monitors, PRPB, USDOJ, Special Master, FMPR Logistics and planning for on-site visits, collaboration meetings, coordinate and reconcile schedules and travel planning, review draft orders, PTMS Status and requests of BT | 6.75 | June 1,2,5,6,7,18, 20,21,22,23, 26,28,29,30 | | $1,113.75 |
| IT Needs/Requirements assessment - multiple reviews of revisions to the draft contract, and exchange recommendations. Review with Gartner, PRPB, FM, Deputy FM, Scope review with Gartner X 3 - prep and follow up with DOJ, identify FM project mgr/monitor | 14.5 | June 1,2,9,12, 17,22,28,29 | | $2,392.50 |
| CMR-6: provide responses to PRPB comments, coordinate though Monitor, Finalize | 5.5 | June 2,4,5 | | $907.50 |
| CMR-7 Data Request, Review, Reconcile, Align, Verify, Respond to PRPB Questions | 1.5 | June 7,8 | | $247.50 |
| Review of PRPB data responses - relevance of data requests within CMR-2,3,4,5,6, and 7 | 1.5 | June 6,30 | | $247.50 |
| Teleconference Meetings (random, bi-weekly) with Monitors Office and Deputy Monitor. Review site visits, agenda, needed demonstrations and meetings/reviews with Parties | 3 | June 3,6,20,22 | | $495.00 |
| Meetings, Calls, emails, Teleconference with AH Datalytics, review AHD Plan to accelerate the Reform | 3.25 | June 6,7,23 | | $536.25 |
| | | | | |
| Net Hours @ $165/hr. | 36.00 | | 24.00 | $9,900.00 |
| Total Expenses (Air, Hotel, Incidentals, Meals, POV miles, Uber PRPB to Hotel) | | | | $1,610.08 |
| **Allowable Fee** | | | | **$11,510.08** |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

INVOICE PRESENTED BY: _[signature]_ : Scott Cragg, Monitoring Core Team

1

# Office of the TCA - Travel Reimbursement Form

**Traveler Name:** Scott Cragg
**Travel Dates:** June 12 - June 15 2022
**Purpose of Travel:** On-Site Monitoring

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 692.60 | 1 | $ 692.60 |
| Baggage | $ - | 0 | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | $ 19.98 | 1 | $ 19.98 |
| Ground Transportation (Parking) | | 0 | $ - |
| Ground Transportation (Mileage) | $ 0.585 | 120 | $ 70.20 |
| Lodging | $ 141.60 | 3 | $ 424.80 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 2 | $ 230.00 |
| Other: | $ - | 0 | $ - |
| Total | | | $ 1,610.08 |

## Traveler Details

**SCOTT POMAIALOHA CRAGG**

**Frequent Flier:** B6 3363415311

**Ticket number:** 2792193973461

### DCA - SJU:

**Fare:** Blue

**Carry-on bags:** One (1) carry-on bag and one (1) personal item included in your fare.

**Checked bags:** Your Mosaic membership includes two (2) checked bags per person. If you need to check more than two bags, these can only be added at the ticket counter on your day of travel, and other baggage restrictions may apply.

**Seat:** 14F

### SJU - DCA:

**Fare:** Blue

**Carry-on bags:** One (1) carry-on bag and one (1) personal item included in your fare.

**Checked bags:** Your Mosaic membership includes two (2) checked bags per person. If you need to check more than two bags, these can only be added at the ticket counter on your day of travel, and other baggage restrictions may apply.

**Seat:** 15A

**Notes:** Even More Speed



**If your booking was made at least 7 days in advance:** You may cancel it within 24 hours for a full refund to your original form of payment, without a cancellation fee.

**JetBlue Change/Cancel Policy:** There is no fee to change (or cancel) Blue, Blue Extra, Blue Plus or Mint fares. Blue Basic fares booked Jun 8 2021 - Aug 24 2021 and after Nov 1 2021 are subject to a change/cancel fee of $100 for travel wholly within the U.S., Caribbean, Mexico or Central America, or $200 for all other routes. There are no change/cancel fees for Blue Basic fares booked before Jun 8 2021 or between Aug 25 2021 - Oct 31 2021.

Fare difference may apply and funds may be issued as a JetBlue Travel Bank credit, valid for 12 months on any JetBlue-operated flight. As a Mosaic, same-day switches may be made without a fee or fare difference. Click here for details on our change and cancel policies.



Get up to 7" more legroom, a fast lane to the TSA checkpoint (select cities), and early boarding—all the better to nab that overhead bin.

**Add Even More Space** ▶

## Payment Details

XXXXXXXXXX3831

| | |
|---|---|
| NONREF | $633.00 |
| Taxes & fees | $59.60 |
| **Total:** | **$692.60 USD** |

Purchase Date: May 26, 2022

Request full receipt



### Plan the rest of your trip with Paisly.

Get deals on cars, stays & activities from the crew you love at JetBlue—all while earning TrueBlue points. Plus, helpful humans are standing by to make your trip totally hassle-free.

**Subject:** Your Tuesday evening trip with Uber
**Date:** Tuesday, June 14, 2022 at 5:32:04 PM Eastern Daylight Time
**From:** Uber Receipts
**To:** spcragg@verizon.net

# Uber

Total **$19.98**
June 14, 2022

## Thanks for tipping, scott

Here's your updated Tuesday evening ride receipt.



Total                                        $19.98

◆ You earned 37 points on this trip

---

Trip fare                                    $18.42

---

Subtotal                                     $18.42

Booking Fee ⓘ                                $0.56

**COURTYARD® Marriott**

Courtyard by Marriott  
San Juan - Miramar

801 Ponce de Leon Ave.  
San Juan, PR. 00907  
T 787.721.7400  
F 787.723.0068

Mr Scott Cragg  
13932 S Springs Dr  
Clifton VA 20124  
United States

Room: 0607  
Room Type: EKNG  
No. of Guests: 1  
Rate: $ 120.00  Clerk: 10

Marriott Rewards #   797225828

CRS Number  90690138

Name:

Arrive:   06-12-22          Time:  *12:03 AM          Depart:  06-15-22          Folio Number:  697257

| Date | Description | Charges | Credits |
| --- | --- | --- | --- |
| 06-12-22 | Package | 120.00 | |
| 06-12-22 | Government Tax | 10.80 | |
| 06-12-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 06-13-22 | COMEDOR- Guest Charge (Breakfast) | ~~3.00~~ | |
| 06-13-22 | Package | 120.00 | |
| 06-13-22 | Government Tax | 10.80 | |
| 06-13-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 06-14-22 | COMEDOR- Guest Charge (Breakfast) | ~~3.00~~ | |
| 06-14-22 | Package | 120.00 | |
| 06-14-22 | Government Tax | 10.80 | |
| 06-14-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 06-15-22 | Visa Card | | 430.80 |

Card #  XXXXXXXXXXXX6833

Balance     0.00 USD

*424.80* (handwritten)

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.