**CORREA ACEVEDO & ABESADA LAW OFFICES, PSC**
Centro Internacional de Mercadeo - II
90 Carr. 165 Suite 407
Guaynabo, PRI 00968
USA

July 1, 2022
Invoice # 19943

**United States v. Commonwealth of Puerto Rico**
**Police Reform, Case No. 12-2039 (GAG)**

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| | PT | | | |
| 6/1/2022 | RAA | Telephone call from R. Barreto. | 0.30 225.00/hr | 67.50 |
| | RAA | Review emails from L. Saucedo, A. Del Carmen, J. Vázquez, and G. Peñagarícano. | 0.40 225.00/hr | 90.00 |
| | RAA | Review and respond to email from D. Rodriguez. | 0.20 225.00/hr | 45.00 |
| | RAA | Review email from L. Saucedo re: CMR-6. | 0.10 225.00/hr | 22.50 |
| | RAA | Review emails from J. Romero and D. Rodriguez re: CMR-6. | 0.10 225.00/hr | 22.50 |
| | RAA | Review comments made by USDOJ to contract. | 0.20 225.00/hr | 45.00 |
| | RAA | Incorporate changes to Gartner contract commented by USDOJ and perform additional changes. | 0.70 225.00/hr | 157.50 |
| | RAA | Review order on motion to restrict. | 0.10 225.00/hr | 22.50 |
| | RAA | Review order on motion to comply. | 0.10 225.00/hr | 22.50 |

787-273-8300

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/1/2022 | RAA | Email to parties regarding order on motion to comply. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Email to parties re: Act 65-2021. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review and respond to email inquiry from D. Rodriguez. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review email from J. Romero. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review email from counsel of PRPB. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review and respond to email from S. Cragg and counsel of PRPB. | 0.20<br>225.00/hr | 45.00 |
|  | SUBTOTAL: |  | [    2.90 | 652.50] |

**PARALEGAL**

| 6/1/2022 | SL | Assist with revisions to contract. | 0.50<br>90.00/hr | 45.00 |
|---|---|---|---|---|
|  | SUBTOTAL: |  | [    0.50 | 45.00] |

**PT**

| 6/2/2022 | RAA | Review and respond to email from D. Rodriguez. Review agenda. | 0.20<br>225.00/hr | 45.00 |
|---|---|---|---|---|
|  | RAA | Review email from J. Gonzalez. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review emails related to today's agenda for executive meeting. Review agenda. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Appear and attend videocall with executive team. | 0.80<br>225.00/hr | 180.00 |
|  | RAA | Review email from J. Vazquez with final proposed regulation. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review final proposed regulation. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Review email from Gartner. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Prepare motion to restrict. | 0.30<br>225.00/hr | 67.50 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/2/2022 | RAA | Prepare motion in compliance with order. | 0.40<br>225.00/hr | 90.00 |
|  | RAA | Electronically file both motions. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Email to the parties regarding the budget. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review and respond to emails from L. Saucedo on budget. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Email to J. Romero and D. Rodriguez regarding budget. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review email from J. Vázquez with discovery assumptions for Gartner. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review and analyze discovery assumptions for Gartner. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Review email from A. Del Carmen. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review and respond to electronic communications from S. Cragg, D. Rodriguez, L. Hidalgo, J. Gonzalez, and J. Romero. | 0.40<br>225.00/hr | 90.00 |
|  | RAA | Review email from J. Vazquez. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review email from L. Saucedo. | 0.10<br>225.00/hr | 22.50 |
| 6/3/2022 | RAA | Review email from J. Vazquez with updated discovery assumptions for Gartner. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review updated draft of Gartner's discovery assumptions. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Review email from D. Rodriguez with agenda. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review agenda. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Email to parties re: Gartner contract. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review and analyze CMR-6 comments by USDOJ. | 1.20<br>225.00/hr | 270.00 |
|  | RAA | Review and analyze CMR-6 comments by PRPB. | 0.90<br>225.00/hr | 202.50 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/3/2022 | RAA | Review and analyze CMR-6 comments by Special Master. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Plan and prepare for biweekly production of documents meeting. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review email from J. Kashare. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review and respond to emails from J. Romero and D. Rodriguez regarding budget worksheet. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Amend worksheet to include special note regarding Gartner contract. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Email to the parties with amended budget worksheet. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review order granting motion to restrict. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review order noting motion in compliance. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review order re: budget. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Telephone call from J. Romero regarding budget order. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Appear and attend biweekly meeting. | 0.60<br>225.00/hr | 135.00 |
| | RAA | Review and respond to electronic communications from J. Romero and D. Rodriguez regarding site visit and meeting with judge. Telephone call from J. Romero. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review email from L. Saucedo with final comments to Gartner contract. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review changes made to draft contract. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email by PRPB's counsel with comments to SOW. Review response by Gartner. | 0.20<br>225.00/hr | 45.00 |
| 6/4/2022 | RAA | Final revisions to Gartner contract and email the same to Gartner. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review email from counsel of PRPB. | 0.10<br>225.00/hr | 22.50 |
| 6/6/2022 | RAA | Review and respond to email from J. Romero with agenda. Review agenda. | 0.20<br>225.00/hr | 45.00 |

|  |  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 6/6/2022 | RAA | Review email from D. Rodriguez. | | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review email from PRPB re: document production. | | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Plan and prepare for team meeting today.  Appear team meeting. | | 2.40<br>225.00/hr | 540.00 |
|  | RAA | Email to counsel for parties regarding order at docket 2052. | | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review emails from D. Rodriguez regarding site visit. | | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Review emails from Special Master, judge, and J. Romero. | | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Review email from J. Gonzalez. | | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review email from Gartner. | | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review emails from D. Rodriguez. | | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Review email from A. Del Carmen. | | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review email from L. Saucedo. | | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review email from J. Gonzalez. | | 0.10<br>225.00/hr | 22.50 |
| 6/7/2022 | RAA | Emails and calls with J. Gonzalez. | | 0.40<br>225.00/hr | 90.00 |
|  | RAA | Revisions to updated draft of searches and seizures in CMR-6 by R. Ruiz. Email to R. Ruiz with feedback. | | 1.60<br>225.00/hr | 360.00 |
|  | RAA | Review and analyze order reform related expenditures and enclosures. | | 0.90<br>225.00/hr | 202.50 |
|  | RAA | Telephone call from J. Romero.  Review order and email feedback. | | 0.50<br>225.00/hr | 112.50 |
|  | RAA | Review email from R. Ruiz. | | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review email from J. Romero. | | 0.10<br>225.00/hr | 22.50 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/7/2022 | RAA | Review email from D. Rodriguez. | 0.10<br>225.00/hr | 22.50 |
| 6/8/2022 | RAA | Review email from E. Fernandez Santiago. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Emails between counsel for USDOJ and PRPB regarding Gartner matter. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review emails from D. Rodriguez and J. Romero. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review and respond to email from L. Saucedo. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Exchange of electronic communications with J. Romero and D. Rodriguez. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review and analyze latest consolidated list of comments to CMR-6. | 0.80<br>225.00/hr | 180.00 |
| | RAA | Plan and prepare for virtual meetings today. | 0.90<br>225.00/hr | 202.50 |
| | RAA | Attend meeting CMR-6 matter. | 2.20<br>225.00/hr | 495.00 |
| | RAA | Various calls from J. Romero. | 0.40<br>225.00/hr | 90.00 |
| | RAA | Review emails from S. Rhinerson. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review and respond to emails from J. Kashare. | 0.20<br>225.00/hr | 45.00 |
| 6/9/2022 | RAA | Plan and prepare for meetings today. | 0.90<br>225.00/hr | 202.50 |
| | RAA | Appear and attend executive team videocall. | 0.60<br>225.00/hr | 135.00 |
| | RAA | Email to parties to follow up on deadline to file joint motion on budget. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email from counsel of PRPB. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Emails and calls from J. Gonzalez. | 0.40<br>225.00/hr | 90.00 |
| | RAA | Appear and attend meeting with parties and Gartner. | 1.10<br>225.00/hr | 247.50 |

|  |  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 6/9/2022 | RAA | Postmeeting conference with J. Romero. |  | 0.40<br>225.00/hr | 90.00 |
|  | RAA | Review email from Gartner with SOW. |  | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review SOW. |  | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Telephone call from J. Romero. |  | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Review email from C. Camara. |  | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review email from D. Rodriguez. |  | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Revise motion for disbursement of funds, table, and exhibits. |  | 0.30<br>225.00/hr | 67.50 |
|  |  | SUBTOTAL: | [ | 28.80 | 6,480.00] |
|  | AS |  |  |  |  |
| 6/9/2022 | YMT | Prepare and file motion for disbursement of funds. |  | 0.50<br>150.00/hr | 75.00 |
|  |  | SUBTOTAL: | [ | 0.50 | 75.00] |
|  | PT |  |  |  |  |
| 6/10/2022 | RAA | Review email from J. Gonzalez. |  | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review email from journalists. |  | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review email from C. Camara and R. Watkins. |  | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Review and analyze Policy OG 626 and multiple appendices. |  | 1.30<br>225.00/hr | 292.50 |
|  | RAA | Review agenda for next week and began preparation for meetings next week. |  | 1.40<br>225.00/hr | 315.00 |
|  |  | SUBTOTAL: | [ | 3.10 | 697.50] |

|            |     |                                                           | Hrs/Rate         | Amount    |
|------------|-----|-----------------------------------------------------------|------------------|-----------|
|            |     | **PARALEGAL**                                             |                  |           |
| 6/10/2022  | SL  | Assist on review Policy OG 626 and appendices.            | 0.50<br>90.00/hr | 45.00     |
|            |     | SUBTOTAL:                                                 | [    0.50        | 45.00]    |
|            |     | **PT**                                                    |                  |           |
| 6/13/2022  | RAA | Review email from J. Gonzalez.                            | 0.10<br>225.00/hr| 22.50     |
|            | RAA | Review email from S. Rhinerson.                           | 0.10<br>225.00/hr| 22.50     |
|            | RAA | Review email from L. Saucedo with draft joint motion.     | 0.10<br>225.00/hr| 22.50     |
|            | RAA | Revise joint motion and email to L. Saucedo.              | 0.10<br>225.00/hr| 22.50     |
|            | RAA | Review emails from J. Romero and D. Rodriguez.            | 0.20<br>225.00/hr| 45.00     |
|            | RAA | Appear and attend various meetings today.                 | 2.90<br>225.00/hr| 652.50    |
|            | RAA | Review email from L. Saucedo.                             | 0.10<br>225.00/hr| 22.50     |
|            | RAA | Several telephone calls from J. Romero.                   | 0.50<br>225.00/hr| 112.50    |
|            | RAA | Revisions to CMR-6.  Email to S. Rhinerson.               | 3.30<br>225.00/hr| 742.50    |
|            | RAA | Review joint motion submitting Monitor's budget.          | 0.10<br>225.00/hr| 22.50     |
|            | RAA | Review joint motion regarding Special Master's budget.    | 0.10<br>225.00/hr| 22.50     |
|            | RAA | Email to J. Romero and D. Rodriguez regarding the same.   | 0.10<br>225.00/hr| 22.50     |
|            |     | SUBTOTAL:                                                 | [    7.70        | 1,732.50] |
|            |     | **PARALEGAL**                                             |                  |           |
| 6/13/2022  | SL  | Assist in revisions to CMR-6                              | 0.50<br>90.00/hr | 45.00     |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
|  | SUBTOTAL: |  | [ 0.50 | 45.00] |
|  | PT |  |  |  |
| 6/14/2022 RAA | Review and respond to electronic communications from D. Rodriguez. |  | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Telephone call to R. Barreto, counsel for PRPB. | 0.40<br>225.00/hr | 90.00 |
|  | RAA | Review email from M. Serrano. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review email from S. Rhinerson. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review email from D. Rodriguez. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Telephone call from counsel of PRPB. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Plan and prepare for meetings today. | 0.80<br>225.00/hr | 180.00 |
|  | RAA | Appear and attend meetings today, including with district court. | 2.40<br>225.00/hr | 540.00 |
|  | RAA | Telephone call from J. Romero. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Review and respond to inquiries from A. Del Carmen. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Review order on Special Master's budget. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Exchange of emails with J. Romero and D. Rodriguez. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Telephone call from J. Romero. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Revisions to further draft of executive summary. | 0.40<br>225.00/hr | 90.00 |
| 6/15/2022 RAA | Continue review and analysis of policy and appendixes of general order regarding foreign subjects. |  | 0.70<br>225.00/hr | 157.50 |
|  | RAA | Plan and prepare for meetings today. | 0.80<br>225.00/hr | 180.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/15/2022 | RAA | Prepare motion submitting CMR-6. Email draft to J. Romero and D. Rodriguez. | 0.50<br>225.00/hr | 112.50 |
| | RAA | Review emails from J. Romero and D. Rodriguez. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review order on joint motion for compliance regarding Monitor's budget. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Email order to J. Romero and D. Rodriguez. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Electronically file motion and exhibits. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Email filings to J. Romero and D. Rodriguez. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email from D. Rodriguez requesting translation. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review order on motion submitting. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Email to Gartner. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Appear and attend meetings today. | 2.70<br>225.00/hr | 607.50 |
| | SUBTOTAL: | | [ 11.60 | 2,610.00] |

PARALEGAL / AS

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/15/2022 | SL | Assist in meeting preparations. | 0.50<br>90.00/hr | 45.00 |
| | YMT | Translated from English to Spanish the Executive Summary CMR-6 (June 2022) | 4.70<br>150.00/hr | 705.00 |
| | SUBTOTAL: | | [ 5.20 | 750.00] |

PT

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/16/2022 | RAA | Review and respond to multiple emails from J. Gonzalez. | 0.50<br>225.00/hr | 112.50 |
| | RAA | Plan and prepare for meetings today. | 0.70<br>225.00/hr | 157.50 |
| | RAA | Attend multiple telephone calls from J. Romero and J. Gonzalez. | 0.50<br>225.00/hr | 112.50 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/16/2022 | RAA | Telephone call from Clerk's Office regarding invoices. | 0.30 225.00/hr | 67.50 |
|  | RAA | Review email from Miami Herald. Review agreement. Prepare draft response. | 0.70 225.00/hr | 157.50 |
|  | RAA | Appear and attend meetings today. | 1.80 225.00/hr | 405.00 |
|  | RAA | Exchange of electronic communications and calls with J. Romero. | 0.40 225.00/hr | 90.00 |
|  | RAA | Email to J. Gonzalez. | 0.10 225.00/hr | 22.50 |
|  | RAA | Review and respond to email from A. García. Email to J. Romero and D. Rodriguez regarding the same. Telephone call from J. Romero. | 0.40 225.00/hr | 90.00 |
|  | RAA | Plan and prepare for meetings tomorrow. | 0.70 225.00/hr | 157.50 |
|  | SUBTOTAL: AS |  | [   6.10 | 1,372.50] |
| 6/16/2022 | YMT | Prepare and file motion to amend motion for disbursement of funds. | 0.60 150.00/hr | 90.00 |
|  | YMT | Continued: Translation of the Executive Summary CMR-6 (June 2022) | 4.90 150.00/hr | 735.00 |
|  | SUBTOTAL: PT |  | [   5.50 | 825.00] |
| 6/17/2022 | RAA | Review emails from Gartner. | 0.10 225.00/hr | 22.50 |
|  | RAA | Review email from S. Rhinerson. | 0.10 225.00/hr | 22.50 |
|  | RAA | Attend meetings today. | 0.90 225.00/hr | 202.50 |
|  | RAA | Review email from A. Del Carmen. | 0.10 225.00/hr | 22.50 |
|  | RAA | Review emails from D. Rodriguez. | 0.10 225.00/hr | 22.50 |
|  | RAA | Continue review and analysis of policy and appendixes of general order regarding foreign subjects. Email to C. Cámara. | 1.60 225.00/hr | 360.00 |

|            |     |                                                                                                                              | Hrs/Rate         | Amount    |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------|------------------|-----------|
| 6/17/2022  | RAA | Review email from S. Lyon from Gartner.                                                                                      | 0.10 225.00/hr   | 22.50     |
|            | RAA | Preliminary review of Gartner contract and changes.                                                                          | 0.40 225.00/hr   | 90.00     |
| 6/20/2022  | RAA | Review email from J. Gonzalez with new complaint.                                                                            | 0.10 225.00/hr   | 22.50     |
|            | RAA | Review and analyze citizen complaint and attachments.                                                                        | 0.80 225.00/hr   | 180.00    |
|            | RAA | Review email from D. Rodriguez.                                                                                              | 0.10 225.00/hr   | 22.50     |
|            | RAA | Review email from J. Vazquez.                                                                                                | 0.10 225.00/hr   | 22.50     |
|            | RAA | Review email from A. Del Carmen.                                                                                             | 0.10 225.00/hr   | 22.50     |
|            | RAA | Review email from A. Garffer.                                                                                                | 0.10 225.00/hr   | 22.50     |
|            | RAA | Review email from L. Saucedo.                                                                                                | 0.10 225.00/hr   | 22.50     |
|            | RAA | Review email from D. Rodriguez.                                                                                              | 0.10 225.00/hr   | 22.50     |
|            | RAA | Plan and prepare for meetings today.  Appear and attend meetings.                                                            | 1.90 225.00/hr   | 427.50    |
|            | RAA | Review and respond to email from J. Romero.                                                                                  | 0.20 225.00/hr   | 45.00     |
|            | RAA | Review emails from D. Rodriguez and S. Rhinerson.                                                                            | 0.20 225.00/hr   | 45.00     |
|            |     | SUBTOTAL:                                                                                                                    | [   7.20         | 1,620.00] |
|            |     | PARALEGAL                                                                                                                    |                  |           |
| 6/20/2022  | SL  | Assist in review and analysis of citizen complaint and attachments.                                                          | 0.50 90.00/hr    | 45.00     |
|            |     | SUBTOTAL:                                                                                                                    | [   0.50         | 45.00]    |
|            |     | PT                                                                                                                           |                  |           |
| 6/21/2022  | RAA | Review and analyze provisional promotions memo. Telephone call with J. Romero regarding the same. Email memo to counsel.     | 0.80 225.00/hr   | 180.00    |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/21/2022 | RAA | Review emails from D. Rodriguez. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review and analyze timeline. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review email from A. Del Carmen. Exchange of emails with D. Rodriguez. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review comments made by Gartner's lawyer to contract. Prepare responses. Email to counsel for Gartner. | 0.80<br>225.00/hr | 180.00 |
| | RAA | Review motion for extension of time filed by PRPB. | 0.10<br>225.00/hr | 22.50 |
| 6/22/2022 | RAA | Revisions to translation of CMR-6 executive summary. Exchange of emails with D. Rodriguez regarding the same. | 0.90<br>225.00/hr | 202.50 |
| | RAA | Plan and prepare for meetings today. Appear and attend meetings. | 1.60<br>225.00/hr | 360.00 |
| | RAA | Review order on invoice of T. Petrowski. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review order on invoice of G. Leoffert. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review order on invoice of Del Carmen Consulting. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Emails to J. Romero and D. Rodriguez regarding court orders. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review and respond to emails from the Miami Herald. Emails to the parties regarding the same. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Telephone call from J. Romero. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review and respond to email from D. Rodriguez. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Telephone call with counsel of PRPB. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review email from counsel of PRPB with document prepared by B. Horowitz. Review plan prepared by B. Horowitz. Email the same to monitor. Review email from D. Rodriguez regarding the same. | 0.40<br>225.00/hr | 90.00 |
| | RAA | Review email from L. Saucedo. Forward email to monitor with recommendations. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review email from D. Rodriguez. | 0.10<br>225.00/hr | 22.50 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/22/2022 | RAA | Review and respond to email from J. Romero. | 0.20 225.00/hr | 45.00 |
| | RAA | Review further emails from D. Rodriguez. | 0.10 225.00/hr | 22.50 |
| | RAA | Review email from Miami Herald reporter to the parties. | 0.10 225.00/hr | 22.50 |
| | RAA | Review email from J. Gonzalez. | 0.10 225.00/hr | 22.50 |
| | RAA | Review and analyze email and recommendations from L. Saucedo. | 0.20 225.00/hr | 45.00 |
| | | SUBTOTAL: | [ 7.70 | 1,732.50] |
| | AS | | | |
| 6/22/2022 | YMT | Revised the translation made for the Executive Summary CMR-6 (June 2022) | 2.70 150.00/hr | 405.00 |
| | | SUBTOTAL: | [ 2.70 | 405.00] |
| | PT | | | |
| 6/23/2022 | RAA | Review email from J. Gonzalez. | 0.10 225.00/hr | 22.50 |
| | RAA | Review email from R. Trabaco with report. | 0.10 225.00/hr | 22.50 |
| | RAA | Began to review and analyze Community Survey Report. | 1.80 225.00/hr | 405.00 |
| | RAA | Review, analyze, and study new US Supreme Court cases and potential impact on police reform. Email to monitor regarding the same. | 0.80 225.00/hr | 180.00 |
| | RAA | Attend executive team videocall. | 0.50 225.00/hr | 112.50 |
| | RAA | Revise updated translation of executive summary. | 0.60 225.00/hr | 135.00 |
| | RAA | Review order granting motion for extension. | 0.10 225.00/hr | 22.50 |
| | RAA | Review order granting motion to amend and correct and disbursement of funds. | 0.10 225.00/hr | 22.50 |
| | RAA | Email to monitor regarding orders. | 0.10 225.00/hr | 22.50 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/23/2022 | RAA | Review email from counsel of PRPB. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review emails from J. Romero and A. Del Carmen. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review email from S. Rhinerson. | 0.10<br>225.00/hr | 22.50 |
| 6/24/2022 | RAA | Review emails from D. Rodriguez. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review email from J. Vazquez. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review and analyze motion in compliance filed by PRPB and exhibits together with relevant prior docket entries in file. | 1.30<br>225.00/hr | 292.50 |
| | RAA | Email to team regarding foregoing motion filed. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review and respond to electronic communications from J. Romero. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Continue review and analysis of community report. | 1.40<br>225.00/hr | 315.00 |
| 6/27/2022 | RAA | Review email from J. Vazquez. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email from S. Rhinerson. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Plan and prepare for biweekly meeting. | 0.50<br>225.00/hr | 112.50 |
| | RAA | Appear and attend meeting. | 1.30<br>225.00/hr | 292.50 |
| | RAA | Review order on motion to restrict. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review order on motion in compliance. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review notices filed by special masters. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review email from J. Gonzalez. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email from J. Kashare. | 0.10<br>225.00/hr | 22.50 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/27/2022 | RAA | Began preparation for meetings tomorrow. | 0.40<br>225.00/hr | 90.00 |
| 6/28/2022 | RAA | Review motion to deposit funds. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Email to monitor regarding motion to deposit funds. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Telephone call from J. Romero. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Preparation for 253 meeting. Appear and attend meeting. Post meeting call from J. Romero. | 2.80<br>225.00/hr | 630.00 |
| | RAA | Telephone conference with L. Hidalgo and J. Romero. | 0.40<br>225.00/hr | 90.00 |
| | RAA | Review emails from PRPB. | 0.20<br>225.00/hr | 45.00 |
| 6/29/2022 | RAA | Review docket entry confirming deposit of funds. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email from J. Gonzalez. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review memo prepared by J. Gonzalez on expenses. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review email from J. Kashare with updated SOW. Review updated SOW. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review email from S. Cragg with feedback. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Multiple exchanges of emails with S. Cragg. | 0.40<br>225.00/hr | 90.00 |
| | RAA | Review email from J. Gonzalez with updated memo. Review memo. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review and respond to emails from S. Cragg. | 0.40<br>225.00/hr | 90.00 |
| | RAA | Review and respond to emails from USDOJ and PRPB. | 0.40<br>225.00/hr | 90.00 |
| 6/30/2022 | RAA | Plan and prepare for meetings today, including video meeting with the court. | 1.50<br>225.00/hr | 337.50 |
| | RAA | Appear and attend virtual meetings and post meeting conference calls. | 2.60<br>225.00/hr | 585.00 |

|            |     |                              | Hrs/Rate          | Amount   |
|------------|-----|------------------------------|-------------------|----------|
| 6/30/2022  | RAA | Email to Gartner's counsel.  | 0.10<br>225.00/hr | 22.50    |
|            | RAA | Response email to L. Saucedo.| 0.10<br>225.00/hr | 22.50    |
|            | RAA | Telephone call from J. Romero.| 0.30<br>225.00/hr | 67.50   |
|            |     | SUBTOTAL:                    | [ 21.80           | 4,905.00]|
|            |     | For professional services rendered | 112.80      | $24,037.50 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Roberto Abesada Agüet | 96.90 | 225.00 | $21,802.50 |
| Stephanie Leon | 2.50 | 90.00 | $225.00 |
| Yesenia Medina Torres | 13.40 | 150.00 | $2,010.00 |

WE HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN OUR CAPACITY AS THE FIRM SERVING AS GENERAL COUNSEL OF THE FEDERAL MONITOR'S OFFICE. WE FURTHER CERTIFY THAT WE HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH OF PUERTO RICO, OR ANY OF ITS DEPARTMENTS, MUNICIPALITIES OR AGENCIES.