| Invoice: Rita J. Watkins    Date: June 30, 2022 | | | | |
|---|---|---|---|---|
| Task Performed | US Hours | Dates | PR Hours | Billable Amount |
| On-Site Puerto Rico Labor Hours | | 6/12,13,14, 15,16,17 | 32.00 | $5,120.00 |
| Communications & Coordination - telcons and emails to/from Monitors, PRPB, USDOJ, Special Master; policies, SOP's; logistics; scheduling, on-site planning & coordination of interviews, material review coordination | 8 | 06/3,4,5,7, 9,20,23,24, 26,28 | | $1,280.00 |
| Teleconference Meetings: Monitor Team, Deputy Monitor | 3.5 | 06/6,20 | | $560.00 |
| Policy & Protocol Review; GO 626, Interactions with Foreign Nationals | 2 | 06/10 | | $320.00 |
| Interviews and report writing - research related articles Domestic Violence, SAEA training; data document analysis, and CMR-7 interviews on training, equal protection and non-discrimination | 14 | 06/1,2 | | $2,240.00 |
| Domestic Violence Training Refresher (16 hour course) review and evaluation | 5 | 6/8 | | $800.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | |
| Net Hours @ $160/hr. | 32.50 | | 32.00 | $10,320.00 |
| Total Expenses (Air, Hotel, MIE; Meals, Parking, POV miles) | | | | $3,333.27 |
| Allowable Fee | | | | $13,653.27 |
| I hereby certify that the amount billed in this invoice is true and correct and reponds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities, or agencies. | | | | |
| *Rita J Watkins*        06/30/22 | | | | |

# Office of the TCA - Travel Reimbursement Form

**Name:** Rita J. Watkins

**Travel Dates:** June 12-17, 2022

**Purpose of Travel:** On-Site evaluation

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 1,833.60 | 1 | $ 1,833.60 |
| Baggage | $ - | 0 | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | | | $ - |
| Ground Transportation (Parking) | $ 156.00 | 1 | $ 156.00 |
| Ground Transportation (Mileage) | $ 0.585 | 202 | $ 118.17 |
| Lodging | $ 141.60 | 5 | $ 708.00 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 3 | $ 345.00 |
| Other: | $ - | 0 | $ - |
| **Total** | | | **$ 3,333.27** |

**Watkins, Rita**

---

**From:**     United Airlines, Inc.  <Receipts@united.com>
**Sent:**     Monday, May 23, 2022 1:59 PM
**To:**       Watkins, Rita
**Subject:**  eTicket Itinerary and Receipt for Confirmation NMQZVE



Mon, May 23, 2022

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our Important notices page for the latest updates

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# NMQZVE

## Flight 1 of 2 UA1192                           Class: United Economy (U)

Sun, Jun 12, 2022                                                Sun, Jun 12, 2022
**09:48 AM**                                                     **03:20 PM**
Houston, TX, US (IAH)                                           San Juan, PR, US (SJU)

## Flight 2 of 2 UA1495                           Class: United Economy (M)

Fri, Jun 17, 2022                                                Fri, Jun 17, 2022
**01:23 PM**                                                     **05:16 PM**
San Juan, PR, US (SJU)                                          Houston, TX, US (IAH)

## Traveler Details

WATKINS/RITAJANE

1

eTicket number: **0162413817099**  
Frequent Flyer: **UA-XXXXX226 Premier Silver**

Seats: **IAH-SJU 25D**  
**SJU-IAH 27C**

Purchase Summary

| | |
|---|---|
| Method of payment: | **Master Card ending in 0178** |
| Date of purchase: | **Mon, May 23, 2022** |
| Airfare: | **1774.00 USD** |
| U.S. Transportation Tax: | **39.40 USD** |
| September 11th Security Fee: | **11.20 USD** |
| U.S. Passenger Facility Charge: | **9.00 USD** |
| Total Per Passenger: | **1833.60 USD** |

**Total:** **1833.60 USD**

## Carbon Footprint

Your estimated carbon footprint for this trip is **0.41161 tonnes of CO2.**
You can reduce your environmental impact by participating in our CarbonChoice program which supports projects that reduce greenhouse gases. Learn more.

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.
REFUNDABLE

## MileagePlus Accrual Details

| Ritajane Watkins | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Sun, Jun 12, 2022 | 1192 | Houston, TX, US (IAH) to San Juan, PR, US (SJU) | 5222 | 746 | 1 |
| Fri, Jun 17, 2022 | 1495 | San Juan, PR, US (SJU) to Houston, TX, US (IAH) | 7196 | 1028 | 1 |
| MileagePlus accrual totals: | | | 12418 | 1774 | 2 |

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Sun, Jun 12, 2022 Houston, TX, US (IAH - Intercontinental) | 0 USD | 45 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |

2

```
Logo.txt
                        SP+|GLOBAL|IMS
                        2800 N. Terminal Rd.
                        Houston, TX 77032
                           281.233.1786

                            Receipt

   P/S #54                   A Payment No.00000381
   T/D #40                        Ticket No.026853
   Entry Time              06/12/2022 (Sun)  7:33
   Exit Time               06/17/2022 (Fri) 17:24
   Parking Time                    5Days   9:51
   Parking Fee                 Rate B    $156.00

   MASTERCARD
     Account #            *****************0178
     Slip #                               30504
     Auth Code                       000002951P
   Credit Card Amount                   $156.00
   Cash Amount                            $0.00
   ---------------------------------------------
   Total                                $156.00
              Thank You for Your Visit
                 Please Come Again !
   ---------------------------------------------
```

COURTYARD
Marriott

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Rita Watkins
4746 Enchanted Oaks Dr
College Sta TX 77845
United States

Room: 0614
Room Type: EKNG
No. of Guests: 1
Rate: $ 120.00  Clerk: 5

Marriott Rewards # 595896259

CRS Number  72639448

Name:

Arrive:  06-12-22          Time: 04:36 PM          Depart: 06-17-22          Folio Number: 696624

| Date | Description | Charges | Credits |
|---|---|---|---|
| 06-12-22 | Package | 120.00 | |
| 06-12-22 | Government Tax | 10.80 | |
| 06-12-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 06-13-22 | Package | 120.00 | |
| 06-13-22 | Government Tax | 10.80 | |
| 06-13-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 06-14-22 | Package | 120.00 | |
| 06-14-22 | Government Tax | 10.80 | |
| 06-14-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 06-15-22 | COMEDOR- Guest Charge (Breakfast) | 2.00 | |
| 06-15-22 | Package | 120.00 | |
| 06-15-22 | Government Tax | 10.80 | |
| 06-15-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 06-16-22 | COMEDOR- Guest Charge (Breakfast) | 7.35 | |
| 06-16-22 | Package | 120.00 | |
| 06-16-22 | Government Tax | 10.80 | |
| 06-16-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 06-17-22 | COMEDOR- Guest Charge (Breakfast) | 8.69 | |
| 06-17-22 | Master Card / Euro Card | | 726.04 |

Card # XXXXXXXXXXXX0178



Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Rita Watkins
4746 Enchanted Oaks Dr
College Sta TX 77845
United States

Room: 0614
Room Type: EKNG
No. of Guests: 1
Rate  $  120.00  Clerk: 5

Marriott Rewards #   595896259

CRS Number  72639448

Name:

Arrive:  06-12-22          Time: 04:36 PM          Depart: 06-17-22          Folio Number: 696624

| Date | Description | Charges | Credits |
|---|---|---|---|
| | | Balance | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today. Start earning points and elite status, plus enjoy exclusive member offers. Enroll today at the front desk.