# INVOICE



22 Chalets de Santa Maria
San Juan, P.R. 00927
(787) 940-3090

**BILL TO:**
**Office of the FPMPR, LLC**
VIG Tower, PH 924
1225 Ponce de Leon Avenue
San Juan, P.R. 00907

DATE: 6/30/2022
INVOICE # 202206
FOR: FPMPR/TCA

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Zoom calls/Team meetings: | 2.00 | $160.00 | $ 320.00 |
| emails-texts/phone calls: John, Denise, Dave, Sam, Hidalgo, Claudia, Javi, Dr. Fernandez, Capt.Figueroa | 2.50 | $160.00 | $ 400.00 |
| 06/05/20222: CMR6 comments received from the Parties for review/reply. | 0.50 | $160.00 | $80.00 |
| 06/06/2022: CMR6 Reply to objections/clarifications to parties incl. Notes for DOJ. | 1.00 | $160.00 | $160.00 |
| 06/06/2022: PRPB 1.1 listing review, comments, inquiries+email | 0.50 | $160.00 | $80.00 |
| 06/09/2022: Community Roundtable discussion Committee meeting | 1.00 | $160.00 | $ 160.00 |
| 06/12/2022: Talking points draft in prep for Site visit with PRPB: Data production training, 1.1 listing, OG 805, OG 501, OG311, status of electronic modules, timeline for SARA cycles completion, CICs, public info for crime stats. corrective measures status. | 1.50 | $160.00 | $ 240.00 |
| 06/13/2022: Site visit meeting/FPMPR Office for PRPB interviews | 8.00 | $160.00 | $ 1,280.00 |
| 06/14/2022: PRPB Interviews (pars 206-208) Community Encounter Caguas (pars.214-216) 6:00-9:00 p.m. | 8.00 | $160.00 | $ 1,280.00 |
| 06/15/2022: FPMPR Interviews | 8.00 | $160.00 | $ 1,280.00 |
| 06/16/2022: FPMPR Inteviews/PRPB Press Office Inteview | 8.00 | $160.00 | $ 1,280.00 |
| 06/20/2022: Debriefing talk points draft | 0.50 | $160.00 | $ 80.00 |
| 06/27/2022: Meeting with PRPB, USDOJ, Spec Master's Office | 1.50 | $160.00 | $ 240.00 |
| 06/27/2022: PRPB Community Encounter Report | 0.50 | $160.00 | $ 80.00 |
| | | | |
| Sum | 43.50 | | $ 6,960.00 |
| | | | $ - |
| | | TOTAL | **$6,960.00** |

**I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities, or agencies.**


Merangelie Serrano-Rios