# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@outlook.com | 550 Amsonia Circle Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2022-06
**DATE:** June 30, 2022

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 6/01/2022 | 2.5 hours of CMR-6 edits and training compliance | 2.5 | $50.00 | $125.00 |
| 6/02/2022 | 1.5 hours of CMR-6 edits and travel planing | 1.5 | $50.00 | $75.00 |
| 6/03/2022 | 2.0 hours of travel planning and policy review training with Claudia | 2.0 | $50.00 | $100.00 |
| 6/06/2022 | 2.5 hours of team call and training review | 2.5 | $50.00 | $125.00 |
| 6/08/2022 | 5.5 hours of CMR-6 edits, and training compliance reviews | 5.5 | $50.00 | $275.00 |

**AMOUNT DUE**     **SEE THIRD PAGE**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@outlook.com | 550 Amsonia Circle Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2022-06
**DATE:** June 30, 2022

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 6/09/2022 | 2.0 hours of check-in call and training compliance | 2.0 | $50.00 | $100.00 |
| 6/12/2022 | 2.0 hours of CMR-6 editing and travel planning | 2.0 | $50.00 | $100.00 |
| 6/13/2022 | 1.5 hours of travel planning | 1.5 | $50.00 | $75.00 |
| 6/14/2022 | 2.0 hours provisional promotion research | 2.0 | $50.00 | $100.00 |
| 6/15/2022 | 2.0 hours of travel planning and Pathway Forward statuses | 2.5 | $50.00 | $125.00 |

**AMOUNT DUE**   **SEE THIRD PAGE**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@outlook.com | 550 Amsonia Circle
Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2022-06
**DATE:** June 30, 2022

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 6/23/2022 | 2.5 hours of travel guideline updates and planning | 2.5 | $50.00 | $125.00 |
| 6/29/2022 | 1.5 hours of travel planning and policy review | 1.5 | $50.00 | 75.00 |

**AMOUNT DUE**   **$1,400.00**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.