**Office of the FPMPR LLC**

VIG Tower, PH – 924

1225 Ave. Juan Ponce de Leon

San Juan, PR 00907
**Name:** Claudia Cámara-León
**Supervisor:** Javier Gonzales, Esq.

## Work Timesheet (June 2022)

| Date | Task | Total Hours |
|---|---|---:|
| **June 1, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| **June 2, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| **June 3, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| **June 6, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| **June 7, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| **June 8, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| **June 9, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| **June 10, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. Prepping for newsletter. | 7.0 |
| **June 13, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. Helping team in office. | 7.0 |

| Date | Task | Total Hours |
|---|---|---|
| **June 14, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. Worked on newsletter, and policy memo. Helping team in office. | 7.0 |
| **June 15, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. Helping team in office. | 7.0 |
| **June 16, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. Worked on newsletter, and policy memo. Helping team in office. | 7.0 |
| **June 17, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. Worked on newsletter, and policy memo. Helping team in office. | 7.0 |
| **June 21, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. Worked on newsletter, and policy memo. | 7.0 |
| **June 22, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. Worked on newsletter, and policy memo. | 7.0 |
| **June 23, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. Worked on newsletter, and policy memo. | 7.0 |
| **June 29, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. Worked on newsletter, and policy memo. | 7.0 |

| June 30, 2022 | Present at the office during working hours. Office duties: taking calls and checking voicemails. Worked on newsletter, and policy memo. | | 7.0 |
|---|---|---|---|

## Total, 126 hours for $20 = $2,520

I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Signature,
Claudia S. Cámara León

*[signature]*

_____