# Manuel A. Arroyo Rivera

P.o Box 8925 Santurce Puerto Rico 00910    Cel 787-364-8925

Email marroyorivera20@gmail.com

Invoice  Month June 2022                                                                                          Invoice #021

Federal Police Monitor   San Juan, PR

| Date | description | Hour | Rate | Amount |
|---|---|---|---|---|
| june 12  2022 | pick up office staff and take to your hotel | 9 | $20 | $180.00 |
| June 13  2022 | pick up the monitor and take it to different meetings of the day | 10 | $20 | $200.00 |
| June 14  2022 | pick up the monitor and take it to different meetings of the day | 15 | $20 | $300.00 |
| june 15 2022 | pick up the monitor and take it to different meetings of the day | 7 | $20 | $140.00 |
| june 16 2022 | pick up the monitor and take it to different meetings of the day | 10 | $20 | $200.00 |
| june 17 2022 | pick up staff from office to hotel and take them to airport | 7 | $20 | $140.00 |
| June 27 2022 | collect boxes and documents at the office and deliver to Javier, collect check at the federal court and deliver to accountant | 4 | $20 | $80.00 |
|  |  | 62 | $20 | Total $1,240 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |