Hipolito Castro Jr
64 Mustang Drive
Monroe, CT 06468

INVOICE #PR006-2022
DATE: June 30, 2022

**Dates of service: June 1 – June 30, 2022**　　　　　　**TOTAL $10,402.43**

**The following is a detailed statement of the hours worked:**

-FPM Team meetings Zoom 06/6, 1 hour and 6/20, 2 hours.　**3 hrs.**

-Calls, emails and Zoom with team members and police officers.　**6 hrs.**

-Supervision and management Interview/summary writings. 06/18, 1 hour, 6/19, 1 hour and 6/20, 1 hour.　**3 hrs.**

-Review of PRPB responses for CMR 6 and review of methodology and data in preparation for CMR-7.　6/1, 1.5 hours, 6/2, 1.5 hours, 6/3, 1.5 hours, 6/7, 1.5 hours, 6/8, 1.5 hour, 6/9, 1.5 hours, 6/10, 1.5 hours.　**10.5 hrs.**

**TRAVEL:  06/12/2022 to 06/17/2022**

**06/12/2022**

- Arrived and checked in hotel.

**06/13/2022**

-Meeting with Reform at PRPB HQ **3 hrs.**
-Supervision and management interviews **5 hrs.**

**06/14/2022**

-Supervision and management interviews. **8 hrs**.
- Aguadilla Precinct.

**06/15/2022**

-Supervision and Management interviews.  **8 hrs.**

**06/16/2022**

- Supervision and management interviews. **8 hrs.**

**06/17/2022**

- Departed Puerto Rico

**Expenses due to travel: $2,227.43**

**Billable Hours:** 54.5 HOURS, at rate of $150 per hour = **$8,175.00**

I hereby certify that the amount billed in this invoice is true and correct and corresponds to the number of hours worked in my capacity as support staff to the Federal Monitor's Office. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Hipolito Castro Jr                                                      Date: June 30, 2022

# Office of the TCA - Travel Reimbursement Form

**Traveler Name:** Hipolito Castro Jr
**Travel days Every One:** June 12, 2022 to June 17, 2022
**Purpose of Travel:** On-Site Site visit

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 727.60 | 1 | $ 727.60 |
| Baggage | $ 30.00 | 2 | $ 60.00 |
| Ground Transportation (Uber/Lyft/Taxi) | | | $ - |
| Ground Transportation (Parking) | $ 7.00 | 6 | $ 42.00 |
| Ground Transportation (Mileage) | 0.58.5 | 98 | $ 57.33 |
| Lodging | $ 141.60 | 5 | $ 708.00 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 4 | $ 460.00 |
| tolls | | | $ - |
| Total | | | $ 2,227.43 |

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

## Payment Details

| | | |
|---|---|---|
| Amex<br>XXXXXXXXXX1006 | NONREF/NO OVERHEAD CARRY ON BAG | $645.00 |
| | Bags | $60.00 |
| | Extras | $23.00 |
| | Taxes & fees | $59.60 |
| | **Total:** | **$787.60 USD** |

Purchase Date: Jun 6, 2022

Request full receipt



## Plan the rest of your trip with Paisly.

Get deals on cars, stays & activities from the crew you love at JetBlue—all while earning TrueBlue points. Plus, helpful humans are standing by to make your trip totally hassle-free.

**Unlock offers**

Flight Tracker | Bag Info | Airport Info

## Stay Connected

 **Download the JetBlue Mobile App**

   

Help

Business Travel

jetblue.com or the JetBlue app to switch or cancel your flights.

## Flights

| **BDL** | ▶ | **SJU** | Date | Sun, Jun 12 |
| Hartford, CT | | San Juan, PR | Departs | 2:55pm |
| Terminal: A | | | Arrives | 6:46pm |
| | | | Flight | 1475 |

*jetBlue*

| **SJU** | ▶ | **MCO** | Date | Fri, Jun 17 |
| San Juan, PR | | Orlando, FL | Departs | 9:35am |
| Terminal: A | | | Arrives | 12:40pm |
| | | | Flight | 1334 |

*jetBlue*

**If your booking was made at least 7 days in advance:** You may cancel it within 24 hours for a full refund to your original form of payment, without a cancellation fee.

**JetBlue Change/Cancel Policy:** There is no fee to change (or cancel) Blue, Blue Extra, Blue Plus or Mint fares. Blue Basic fares booked Jun 8 2021 - Aug 24 2021 and after Nov 1 2021 are subject to a change/cancel fee of $100 for travel wholly within the U.S., Caribbean, Mexico or Central America, or $200 for all other routes. There are no change/cancel fees for Blue Basic fares booked before Jun 8 2021 or between Aug 25 2021 - Oct 31 2021.

Fare difference may apply and funds may be issued as a JetBlue Travel Bank credit, valid for 12 months on any JetBlue-operated flight. Same-day switches may be made without a fare difference for $75. Click here for details on our change and cancel policies.

## Traveler Details

**HIPOLITO CASTRO JR**

**Frequent Flier:** B6 8004596105
**Ticket number:** 2792194938492

**BDL - SJU:**

**Fare:** Blue Basic

**Carry-on bags:** One (1) personal item included in your fare. This fare does not allow a carry-on bag.

**Checked bags:** No checked bags included in your fare. You've added one (1). As a reminder, up to one (1) additional checked bag may be added in advance here. If you need to check more than two bags, these can only be added at the ticket counter on your day of travel, and other baggage restrictions may apply.

**Seat:** 14C

**SJU - MCO:**

**Fare:** Blue Basic

**Carry-on bags:** One (1) personal item included in your fare. This fare does not allow a carry-on bag.

**Checked bags:** No checked bags included in your fare. You've added one (1). As a reminder, up to one (1) additional checked bag may be added in advance here. If you need to check more than two bags, these can only be added at the ticket counter on your day of travel, and other baggage restrictions may apply.

**Seat:** 17C



Adding an Even More Space seat to your Blue Basic fare gives you a carry-on bag and early boarding, as well as up to 7" more legroom and (in select airports) an expedited security lane.

**Add Even More Space ▶**

```
              Bradley Airport
                   Lot 4
              Widsor Locks, CT 06096

F/C #12              A Payment No.00015168
T/D #43                   Ticket No.014685
Cashier                           ID #165
Entry Time           6/12/2022 (Sun) 12:35
Paid Time            6/23/2022 (Thu) 11:29
Parking Time              10 Days   22:54
Parking Fee          Rate J         $65.82

TAX                                  $4.18
  Tax1                  6.35 %       $4.18

Total Fee                           $70.00
VISA
  Account #   ****************************1863
  Slip #                             11653
  Auth Code                         003118
CREDIT CARD AMOUNT                  $70.00
Cash Amount                          $0.00
================================================
Total                               $70.00
       Thank you for choosing Bradley Airport
                 Please drive safely.
================================================
```

6 days
× 7.00 a day
---
Total = 42.00

**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Hipolito Castro
64 Mustang Dr
Monroe CT 06468
United States

Marriott Rewards #   214246771

Name:

Arrive:  06-12-22        Time:  *12:05 AM        Depart: 06-17-22

Room: 0514
Room Type: EKNG
No. of Guests: 1
Rate:  $  120.00   Clerk: 1009
CRS Number  83183434

Folio Number: 698962

| Date | Description | Charges | Credits |
|---|---|---|---|
| 06-12-22 | The Market - Beverage | 1.79 | |
| 06-12-22 | SALES TAX- 10.5% State | 0.19 | |
| 06-12-22 | SALES TAX- 1% Municipality | 0.02 | |
| 06-12-22 | The Market - Food | 2.24 | |
| 06-12-22 | SALES TAX- 10.5% State | 0.24 | |
| 06-12-22 | SALES TAX- 1% Municipality | 0.02 | |
| 06-12-22 | Package | 120.00 | |
| 06-12-22 | Government Tax | 10.80 | |
| 06-12-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 06-13-22 | Package | 120.00 | |
| 06-13-22 | Government Tax | 10.80 | |
| 06-13-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 06-14-22 | Package | 120.00 | |
| 06-14-22 | Government Tax | 10.80 | |
| 06-14-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 06-15-22 | COMEDOR- Guest Charge (Breakfast) | 3.02 | |
| 06-15-22 | Package | 120.00 | |
| 06-15-22 | Government Tax | 10.80 | |
| 06-15-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 06-16-22 | COMEDOR- Guest Charge (Breakfast) | 3.02 | |
| 06-16-22 | Package | 120.00 | |
| 06-16-22 | Government Tax | 10.80 | |
| 06-16-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 06-17-22 | American Express | | |
| | Card # XXXXXXXXXXX1006 | | |

*handwritten:* 718.54 − 10.54  Total - 708.00

**COURTYARD**
**Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Hipolito Castro
64 Mustang Dr
Monroe CT 06468
United States

Marriott Rewards #   214246771

Name:

Arrive:  06-12-22          Time:  *12:05 AM          Depart:  06-17-22

Room: 0514
Room Type: EKNG
No. of Guests: 1
Rate:  $   120.00   Clerk: 1009
CRS Number   83183434

Folio Number:  698962

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
|      |             | Balance | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.