IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>  Plaintiff,<br><br>  v.<br><br>**COMMONWEALTH OF PUERTO RICO**,<br>et al.,<br><br>  Defendants. | CIVIL NO. 12-2039 (FAB) |

**Request for Extension to Deadline Established by the Court Regarding the Findings and Recommendations of the Office of the Special Master Assessment of the Reform Office**

NOW COMES Special Master Dr. Alejandro del Carmen in response to the order of the Court in Docket No. 2036, dated May 23, 2022, in which the Court directed the Special Master to assess the Puerto Rico Police Bureau Reform Office ("PRPB Reform Office") staffing levels, resources and overall construct, and to report its findings and recommendations to the Court by July 22, 2022.

The Office of the Special Master has requested and received documents related to the history and organization of the PRPB Reform Office, has conducted interviews of relevant individuals with knowledge of and experience with the PRPB Reform Office, and contacted representatives in numerous other Federal Consent Decrees across the country to schedule meetings to discuss the construct of reform offices in those departments for a comparative analysis.

As the Court is aware, arranging for the remaining tasks – to include scheduling meetings with representatives in other consent decrees, scheduling remaining interviews of individuals related to the PRPB Reform Office and arranging for on-site visits - has taken longer than

expected.  The Special Master appreciates the import of the assessment being thorough and, therefore, the Special Master respectfully requests that the deadline for the final versions be extended to September 16, 2022.

The Special Master certifies that the foregoing document was electronically filed with the Clerk of the Court for the District of Puerto Rico, using the CM/ECF system which will send a copy and notification of filing to the Monitor and all counsel of record.

**RESPECTFULLY SUBMITTED** this 18th day of July, 2022,

   **ALEJANDRO DEL CARMEN**
   Special Master

   *s/Alejandro del Carmen*
   delcarmen@specialmasterpuertorico.com