### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO and the PUERTO RICO POLICE DEPARTMENT,<br><br>  Defendants. | NO. 3:12-cv-2039 (FAB) |

### INFORMATIVE MOTION IN COMPLIANCE WITH ORDER (ECF NO. 2037)

**TO THE HON. FRANCISCO A. BESOSA, SENIOR U.S. DISTRICT JUDGE:**

John Romero, in his capacity as Chief Federal Monitor for the Puerto Rico Police Reform, respectfully complies with the Honorable Court's order dated May 23, 2022 (ECF No. 2037) and informs as follows:

On May 23, 2022, the Court ordered the parties and the Monitor to provide comments by July 22, 2022, regarding the observations and recommendations of the Office of the Special Master ("Special Master") related to certain reform related expenditures. See ECF No. 2037 at 5. The Court furthered requested recommendations for future fiscal oversight. Id.

The Monitor and the parties held meetings to discuss compliance with the Court's order. The defendants also produced an excel sheet with the reasons the expenses are reform related pursuant to the Puerto Rico Police Department's ("PRPD") General Order 208.

The Monitor's role in this consent decree case is "to assess and report whether the provisions of this Agreement have been implemented, and whether this implementation is resulting in constitutional and effective policing, professional treatment of individuals, and increased community trust of PRPD." See Agreement ¶ 225 at 72. The Monitor "shall only have the duties, responsibilities and authority conferred by this Agreement." Id., at ¶ 226.

Accordingly, the Monitor defers to the parties and the Special Master the best pathway forward regarding future fiscal oversight and whether the referenced expenses comply with PRPB's General Order 208.  The Monitor, however, respectfully concurs with the recommendations set forth by the plaintiff, United States of America, in its motion at ECF No. 2098 and accepted by the defendants, the Commonwealth of Puerto Rico and PRPD, in ECF No. 2099.

**WHEREFORE,** the Chief Federal Monitor, John Romero, respectfully requests that the Court to take notice of the above.

**RESPECTFULLY SUBMITTED.**

In Guaynabo, Puerto Rico, this 22nd day of July 2022.

**I HEREBY CERTIFY** that on this same date a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which in turn notifies all counsel of record in the case.

**CORREA-ACEVEDO & ABESADA**
**LAW OFFICES, P.S.C**
Centro Internacional de Mercadeo, Torre II
#90 Carr. 165, Suite 407
Guaynabo, PR  00968
Tel.  (787) 273-8300 / Fax (787) 273-8371
ra@calopsc.com

S/Roberto Abesada-Agüet
USDC-PR No. 216706
General Counsel for the
Chief Federal Monitor