IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **COMMONWEALTH OF PUERTO RICO**, et al., <br><br> Defendants. | CIVIL NO. 12-2039 (FAB) |

**Response of the Special Master to the Commonwealth's Motion Regarding CMR-6**

The Court previously ordered that the Special Master respond to the filing of the Commonwealth of Puerto Rico in response to the filing of CMR-6 by the Federal Monitor (see Docket Nos. 2087 and 2091). The Special Master provided comments to the Federal Monitor prior to the filing of CMR-6.

The Special Master certifies that the foregoing document was electronically filed with the Clerk of the Court for the District of Puerto Rico, using the CM/ ECF system which will send a copy and notification of filing to the Monitor and all counsel of record.

**RESPECTFULLY SUBMITTED** this 25th day of July, 2022.

**ALEJANDRO DEL CARMEN**
Special Master

*s/Alejandro del Carmen*
delcarmen@specialmasterpuertorico.com