GALOEFFERT, LLC  
4805 East Lake Road  
Sheffield Lake, Ohio 44054

June 22, 2022, through July 21, 2022

INVOICE # 2022-07                                                **TOTAL DUE $9,300.00**  
ASSISTANT SPECIAL MASTER  
JULY 2022 INVOICE

Tasks Completed

| Hours | Description | Total |
|---|---|---|
| 19 | Worked on tasks assigned by the Court. Drafted/reviewed/researched/translated as necessary/discussed/reworked documents related to various orders of the Court, PRPB and DOJ and Monitor's Office exchanges regarding recurring issues and OSM projects. | $2,850.00 |
| 18 | Drafted, reviewed, and responded to texts, emails and all other documents/communications with respective parties, the Special Master, Assistant Special Master and the Court. | $2,700.00 |
| 25 | Zoom meetings and/or conference calls with the Special Master, Assistant Special Master, the Court, the Monitor, and the parties. | $3,750.00 |

Total Due = $9,300.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

_____                                                       07/21/2022  
**Gary A. Loeffert**


_____                                                       07/21/2022  
**Alejandro del Carmen**