Del Carmen Consulting, LLC
3122 Westwood Drive
Arlington, Texas 76012

June 22, 2022 through July 21, 2022

INVOICE # SM2022-7  **TOTAL DUE $ 15,000.00**
SPECIAL MASTER
JULY 2022 INVOICE

## Tasks Completed

Drafted, reviewed and responded to emails and all other documents/communication with respective parties and the Court. Engaged in review of some documents for the Court.

Conference calls with the Monitoring Team members, Commonwealth Representatives and Court.

Conference calls with the SM team members.

Reviewed and provided feedback on reform review as requested by the Court.

Reviewed CMR.

Provided input on various documents related to Reform Office Review.

Coordinated and led Reform Office Review interviews.

Reviewed and drafted documents for the Court.

Reviewed CMR and provided feedback accordingly.

## Flat Rate Total Wages Due = $15,000.00

## TOTAL DUE = $ 15,000.00

**I hereby certify that the amount billed in this invoice is true and correct in my capacity as Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.**

*Alejandro del Carmen*
_____
    **Dr. Alejandro del Carmen**                                                                   7/21/22