**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO, et al.,**<br><br>Defendants. | **CIVIL NO.: 12-cv-02039** |

**MOTION IN COMPLIANCE WITH ORDER**

**MAY IT PLEASE THE COURT:**

**COME NOW**, Codefendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau (”PRPB”), through the undersigned attorneys, and very respectfully state and pray:

1. During the March 24, 2022 status hearing in the captioned case, this Honorable Court ordered the Commonwealth to submit a use of force data plan on or before April 13, 2022.

2. In compliance with the Order of the Court, on April 13, 2022, the Commonwealth filed “Motion in Compliance with Order Submitting UOF Data Plan” at Docket 1997. The motion enclosed a proposed provisional use of force plan at Docket 1997-1.

3. As stated in the motion, the USDOJ and the Monitor conditionally approved the plan subject to four (4) conditions that are stated in the motion. See Docket 1997, page 2.

4. During the May 20th status hearing, after a discussion with the parties on the subject, the Honorable Court ordered the Commonwealth to implement the provisional plan during the

entire month of June 2022, and report its findings and recommendations to the parties and the Court on or the end of July, 2022.

5. As ordered, the Commonwealth executed the provisional plan during the entire month of June. A full report detailing the implementation of the plan, methodology, its results, challenges, lessons learned, and recommendations is included herein as Exhibit 1.

6. The parties, together with the Monitor and Special Master, had the opportunity to comprehensively discuss the June implementation of the provisional plan during two (2) virtual conference calls during the month of July. During the second virtual conference call, the following individuals were present from PRPB that in one way or another participated in the implementation of the provisional plan during the month of June:

i) Captain Carlos J. Figueroa, Director Reform Office
ii) Lt. Rosa H. Rivera, Director Area Command San Juan
iii) Captain Julia Correa, Director Area Command Arecibo
iv) Lt. Nelson Benavent, Director Area Command Ponce
v) Sgt. Marangeli Romero, Director Area Command Humacao
vi) Lt. Luis A. López, Director Area Command Mayaguez
vii) Sgt. Jessica Cotto, Director Area Command Caguas
viii) Lt. Julio de Jesús, Director Area Command Bayamón
ix) Sgt. Reymond Ramos, Director Area Command Carolina
x) Sgt. Víctor Rivera, Director Area Command Guayama
xi) Lt. Jessica Pérez, Director Area Command Aguadilla
xii) Lt. Elvin Santiago, Director Area Command Utuado
xiii) Sgt. Marangeli Cáceres, Director Area Command Fajardo
xiv) Lt. Myrna Rivera, Director Area Command Aibonito
xv) Sgt. Enid González, Director Radio Control
xvi) Cmdr. Angel Viera, SAOC
xvii) Karen Lee Dávila, SAOC Stats Division
xviii) Rafael Morales, FIU
xix) Lt. II Javier Santiago, Director FIU

7. The implementation of the provisional plan during the month of June revealed consistent use of force statistics, although it is evident that the process exposed the fact that adjustments and improvements are necessary. Those adjustments and improvements are listed in the report.

8. The Commonwealth respectfully requests the Honorable Court to order the parties and officers of the Court to meet and confer regarding the report prepared by PRPB, and based on its findings and recommendations, and overall feedback, agree on a final use of force plan that will be submitted to the Court for consideration and approval.

**WHEREFORE,** Defendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau, respectfully request this Honorable Court to take notice of the above and deem its Order issued during the May 20th status hearing as complied with.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

In San Juan, Puerto Rico, this 29th day of July 2022.

For Defendants COMMONWEALTH OF PUERTO RICO and PUERTO RICO POLICE BUREAU:

**CANCIO, NADAL & RIVERA, L.L.C.**
P.O. Box 364966
San Juan, Puerto Rico 00936-4966
403 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Tel. (787) 767-9625

**S/ RAFAEL BARRETO-SOLÁ**
USDC PR: 211801
rbarreto@cnr.law

**S/ GABRIEL A. PEÑAGARÍCANO**
USDC PR: 212911
gpenagaricano@me.com