

ALEXIS TORRES
SECRETARIO

ANTONIO LÓPEZ FIGUEROA
COMISIONADO

**29 de julio de 2022**

**INFORME EVALUACIÓN INFORMES USO DE FUERZA
MES DE JUNIO**

**I.   Introducción**

El 13 de abril de 2022, el Negociado de la Policía de Puerto Rico (en adelante, NPPR) con la aprobación del Departamento de Justicia de los Estados Unidos y el Monitor sometió a este honorable Tribunal, el Plan de Trabajo Provisional Calidad de Datos Informe Uso de Fuerza.[1] Dicho plan dispone lo siguiente:

A. Los Directores de Centro de Mando a través de sus supervisores de cada turno y los supervisores de cada turno adscritos a los distritos o precintos de su área policiaca, se aseguren que diariamente y cada turno de trabajo, se realicen los formularios PPR-126.2, titulado: "Tarjeta de Querella" (en adelante, PPR-126.2), el PPR-621.1, titulado: "Informe de Incidente" (en adelante, PPR-621.1) y los PPR-605.1, titulado: "informes de Uso de Fuerza" (en adelante, PPR-605.1), así como que los mismos sean completados a través del Sistema GTE.

B. Los Supervisores de cada turno, adscritos a los distritos y/o precintos, verificarán que los formularios PPR-126.2 y PPR-605.1, sean cumplimentados en su totalidad. En aquellos casos en donde no se hayan cumplimentado, o se hayan cumplimentado de forma incorrecta, entrevistarán al personal para identificar las causas y tomará acción para asegurar que los informes sean sometidos de forma completa a través del Sistema GTE.

C. De surgir la situación de que, no esté presente en el turno un supervisor en propiedad, el director del Precinto, Distrito y/o Unidad tendrá la responsabilidad de evaluar, aprobar y firmar todo formulario relacionado a los usos de fuerza de su personal, ingresado en el Sistema GTE.

D. Los Supervisores de los Centros de Mando recopilarán la información ingresada en la tarjeta de querella y la validarán con los informes PPR-605.1 generados a través del Sistema GTE. Esto incluye validar los formularios PPR-126.2 utilizando la información en los informes PPR-605.1 y el PPR-621.1, según se contabilizan.

E. Los Centros de Mando informarán cualquier discrepancia en la información de uso de fuerza en los informes PPR-126.2 y PPR-605.1 a la Sección de

---

[1] Véase Docket 1997-1

    Estadísticas Operacionales de la Superintendencia Auxiliar en Operaciones de Campo (en adelante, SAOC).

F. La Sección de Estadísticas Operacionales de la SAOC, monitoreará a los Centros de Mando que, en conjunto con los supervisores en el campo, se aseguren que los informes PPR-126.2 y PPR-605.1 sean conciliados en cuanto a la información relacionada a incidentes de uso de fuerza.

G. El Supervisor de la Sección de Estadísticas Operacionales, luego de evaluar la información de los Centros de Mando y confirmar la existencia de una discrepancia en la información sobre el uso de fuerza, solicitará la actualización de los informes con la información correcta. En el caso de que el informe PPR-126.2 tenga que ser corregido, se solicitará la modificación al Supervisor correspondiente, en coordinación con el Centro de Mando correspondiente.

**Nota:** El plan, además, dispone que, para corregir las deficiencias de la calidad de los datos recopilados en los incidentes de uso de fuerza por parte de los miembros del NPPR (en adelante, MNPPR), se realizarán las modificaciones y los cambios requeridos a las reglas de validación de los formularios PPR-126.2 y el PPR-605.1 a las versiones actuales y disponibles del GTE en no más de ciento treinta **(130) días** a partir de la aprobación del plan. Entiéndase que, los directores de centro de Mando no tenían disponible la funcionalidad de modificar los errores identificados en la tarjeta de querella.

H. En el caso de que sea el informe PPR-605.1 el cual tenga que ser modificado, se solicitará al Supervisor, en coordinación Director de Unidad.

En la vista de estatus sobre el caso de Reforma este tribunal por voz del Honorable Juez Francisco Besosa, ordenó al NPPR realizar una evaluación sobre todos los usos de fuerza que ocurran en el mes de junio de 2022. Durante el mes de junio el NPPR comenzó a realizar dichas evaluaciones. El proceso que se realizó consistió en los siguientes pasos:

II. **Proceso utilizado para validar la cantidad de Incidentes de Uso de Fuerza**

    A. **Paso 1: Directores de Centro de Mando**

        1. **Verificación Tarjeta de Querella**

            Una vez el, MNPPR cumplimentaba el registro inicial del incidente en la PPR-126.2, el director de Centro de Mando verificaba si el MNPPR marcaba sí o no en el área de uso de fuerza (véase Anejo I, Manual 126.2).



**2. Verificación Informe de Uso de Fuerza en la Plataforma GTE**

El director de Centro de Mando ingresaba en la Plataforma GTE para corroborar que el MNPPR haya redactado el Informe de Incidente de Uso de Fuerza conocido como PPR-605.1 (véase Anejo II, Manual 605.1)

**3. Verificación *Dashboard* Uso de Fuerza**

El director de Centro de Mando verificaba en el *dashboard* de uso de fuerza la cantidad de incidente de sus respectivas Áreas Policiacas para corroborar que en efecto la cantidad de incidentes era correcta.



**4. Verificación de las Notificaciones de Incidentes de Uso de Fuerza**

El formulario PPR-605.3, es un documento oficial diseñado para que los supervisores notifiquen diariamente la cantidad de uso de fuerza que ocurrieron durante el turno de trabajo (véase Anejo III, Manual 605.3). La cantidad de incidentes de uso de fuerza que aparecen en el informe PPR-605.3 se verificaba con la Tarjeta de Querella, Plataforma GTE y el *Dashboard*.

**Nota**: El informe PPR-605.3 será eliminado tan pronto los sistemas generen la data confiable.

5. **Corroboración con el Supervisor**

   En el caso que el director de Centro de Mando identificaba un error se comunicaba con el supervisor del MNPPR para corroborar lo que había ocurrido. Cabe señalar, que durante el mes de junio no se había completado la funcionalidad en la Plataforma GTE para que el director de Centro de Mando modificará los errores identificados en la Tarjeta de Querella.

   Esta nueva funcionalidad en la Plataforma GTE se inició el 1 de julio de 2022, pero esta comenzó a generar problemas en la instalación. No obstante, el NPPR trabajó la problemática y para el 8 de julio de 2022 se resolvió la misma, dando lugar a, a que el 11 de julio del 2022, se diera reinició la instalación.

6. **Beneficios de la versión 44 Nueva Funcionalidad**

   Los beneficios de **nueva funcionalidad** de la Plataforma GTE son los siguientes:

   a. El director de Centro de Mando puede modificar la tarjeta de querella cuando identifica un error en los campos de uso de fuerza.

   b. Si el Miembro del NPPR marca que no hubo uso de fuerza en la tarjeta de Querella el sistema no le permite cumplimentar el informe de uso de fuerza (PPR-605.1).

B. **Paso 2: Sección de Estadísticas de SAOC**

   1. El Tte. Cnel. Juan A. Cáceres Méndez designó a la agente Karen Lee Torres Dávila, placa 36573, y al agente Edgardo Lebrón Gálvez, placa 35768, de la Sección de Estadísticas de la SAOC la función de analizar, comparar y verificar los incidentes de uso de fuerza diariamente.

      El monitoreo comienza a las 5:00 a. m. revisando la certificación de uso de fuerza enviados por los directores de Centro de Mando mediante correo electrónico. Dicha certificación incluye la siguiente información:

      - Número de querella
      - Fecha y hora del incidente
      - Nivel de uso de fuerza realizado por el MNPPR

      En ocasiones el correo electrónico incluía el informe PPR-605.3. [2] Inicialmente recibían la certificación con número de querellas con los siguientes prefijos:

---

[2] Dicho informe será eliminado en los próximos meses.

| Año | Área | Prefijo Unidad de Trabajo | Núm. Correlativo del Caso | Unidad de Trabajo |
|---|---|---|---|---|
| 2022 | 1 | 199 | 12345 | Patrullas de Carreteras |
| 2022 | 1 | 299 | 12345 | Autopista |
| 2022 | 1 | 400 | 12345 | Div. Drogas |
| 2022 | 1 | 700 | 12345 | Div Vehículos Hurtados |

Una vez se percataban que el prefijo utilizado era de una unidad especializada, se comunicaban con los directores de Centro de Mando, integrantes de las Juntas de Uso de Fuerza para alertar sobre las políticas y procedimientos relacionadas al uso de fuerza. Cabe señalar, que los informes de uso de fuerza se tienen que completar con el número de querella del distrito o precinto[3] donde ocurre el incidente de uso de fuerza.[4]

Como parte del análisis se comparaba con la plataforma GTE las querellas generadas durante el día anterior para determinar si existe alguna querella marcada con uso de fuerza que no haya sido informada por los Centro de Mando. De igual manera, se realizaba con el *Dashboard*. Cuando la Sección de Estadísticas de SAOC recibía el formulario PPR-605.3 notificaba a Radio Control para que estos ingresaran la información en la Plataforma de Uso de Fuerza de Radio Control.[5]

2. **Errores Identificados**

    a. El MNPPR ingresaba en la plataforma GTE y por error generaba el formulario PPR-605.1, contabilizando un uso de fuerza que no ocurrió.

    b. 2022:01-400:000288

    Es una querella que se registra en GTE y se marcó el encasillado de uso de fuerza a pesar de tratarse de la División de Drogas, por lo tanto, la SAOC ni la División de Investigaciones de Incidentes de Uso de Fuerza (*FIU* , por sus siglas en Inglés) la tienen registrada con ese prefijo ya que figura como 2022:01-366:003092 donde también se marcó el encasillado de utilización de Uso de fuerza).

---

[3] Distrito: unidad básica para fines de dirección y administración de los servicios policiacos que comprende un municipio; Precinto: una de las unidades operacionales en que estará dividido un distrito policiaco.
[4] Directriz OS-4-OR-1-295 del 31 de mayo de 2022.
[5] Tanto la plataforma de uso de fuerza y el formulario PPR-605.3 serán eliminados.

    c. 2022:02-107:004316

    Se registra para investigación en el *FIU*, también en las plataformas que verificamos, sin embargo, no fue marcada como un incidente donde se utilizó la fuerza en la PPR 126.2.

    d. 2022:02-034:002590

    Es una querella donde se marcó el encasillado de uso de fuerza por parte de un Policía Municipal de Hatillo, indicando sobre Nivel 1. Se completaron en línea las PPR-126.2 y PPR-621.1. Esta querella no fue investigada por el *FIU*; ya que, es municipal quien generó la querella.

    e. Para el mes de junio del 2022, se presentaron varias querellas duplicadas ya que, fueron creadas con prefijo de Unidad donde se marcó el uso de fuerza y al solicitar la querella en el Distrito/ Precinto para el mismo incidente, también marcaron el encasillado de uso de fuerza.

        i. 2022:2-207:001621 (2022:2-299:000381)
        ii. 2022:8-116:001432 (2022:8-199:001119)
        iii. 2022:1-366:003092 (2022:1-400:000288)

    f. Los hallazgos que generan problemas para tener data confiable son los siguientes:

        i. Las unidades especializadas registran sus usos de fuerza tanto en las querellas de la Unidad como del Distrito/ Precinto.

        ii. Reportan el Informe de Uso de Fuerza pero en la Tarjeta de Querella marcan que no hubo uso de fuerza.

**C. Paso 3: División de Investigaciones de Uso de Fuerza**

    1. La *FIU* realiza una tabla en *Excel* con información del uso de fuerza que incluye la fecha, hora del incidente, nivel fuerza, técnicas utilizadas por el MNPPR, el lugar del incidente, MNPPR que utilizó la fuerza, entre otros.

Modelo de la tabla utilizada.



2. Luego se ingresa al Sistema de Seguridad y Aplicaciones (PRPDS). Esta aplicación es la versión digital del formulario PPR-605.3. Este proceso consiste en realizar un filtro del mes que se está trabajando. Se copia la información y se pasa a la tabla en *Excel*.



3. Luego se ingresa a la Plataforma GTE y se verifica los usos de fuerza si están correcto y se copia la información de ellos en la tabla de Excel.

4. Una vez se realiza ese ejercicio se continua con las investigaciones realizadas por *FIU* y se verifica que las querellas estén incluidas y los informes de uso de fuerza.

5. Se realiza una comparación en la Plataforma Teams "2022" Junta de Uso de Fuerza Áreas. En el caso de que, se identifique que falta una querella, se verifica nuevamente en la Plataforma GTE si se corrobora que en efecto hubo uso de fuerza, se incorpora al listado preparado en *Excel*.

6. Por último, se entra al PRPDS a la aplicación de Uso de Fuerza – Investigaciones, y se verifica. Este módulo fue desarrollado para la *FIU*.



### III. Resultados preliminares

#### A. Resultados preliminares incidentes de Uso de Fuerza

| Unidad de Trabajo | Cantidad de Incidente | Cantidad Uso de Fuerza |
|---|---|---|
| SAOC | 67 | 138 |
| *FIU* | 74 | 138 |

#### B. Conciliación de número de incidentes de uso de fuerza

Una vez se identificó que la cantidad de incidentes de uso de fuerza de SAOC era diferente a la cantidad de incidente recopilados por la FIU, estos se reunieron y compartieron las estadísticas. Los hallazgos de este ejercicio se presentan en las siguientes tablas.

**Tabla 1.1 Querellas que no fueron identificadas por SAOC**

| Querella | Error Identificado | Causa del Error |
|---|---|---|
| 2022:10-002:002546 | Tarjeta de Querella marcaron que no hubo uso de fuerza | *FIU* advino conocimiento porque tenían jurisdicción en el caso. |
| 2022:10-051:002149 | Tarjeta de Querella marcaron que no hubo uso de fuerza | Querella investigada por la Policía Municipal 9817, este marco que no hubo uso de fuerza. El MNPPR realizó el tiro de gracia, conforme a la Ley 154-2008. |
| 2022:02-207:001634 | Tarjeta de Querella marcaron que si hubo uso de fuerza | Querella animal gravemente herido, Coordinador Bienestar de Animales realizó el tiro de gracia. Este fue notificado por el supervisor del Distrito. En este caso entendemos que falló la supervisión ya que, la tarjeta de querella se identificó que sí hubo uso de fuerza. |
| 2022:02-207:001781 | Tarjeta de Querella marcaron que no hubo uso de fuerza | MNPPR cumplimenta querella marcó que no hubo uso de fuerza, pero en el relato hace constar que otro MNPPR utilizó el DCE (Intervención con paciente mental). |
| 2022:03-758:005419 | Tarjeta de Querella marcaron que no hubo uso de fuerza | Querella de choque de auto con animal investigada por MNPPR y este notificó a Coordinador unidad Bienestar y Control de Animales quien realizó el tiro de gracia, conforme dispone Ley 154-2008. |
| 2022:03-758:005530 | Tarjeta de Querella marcaron que no hubo uso de fuerza | Querella de equino en mal estado investigada por MNPPR y este notificó a Coordinador unidad Bienestar y Control de Animales quien realizó el tiro de gracia, conforme dispone Ley 154-2008. |
| 2022:03-758:005871 | Tarjeta de Querella marcaron que no hubo uso de fuerza | Querella de persona agresiva portando un machete, intervino un Negociador y un MNPPR de la DOT realizó el uso de fuerza. La querella la genera el precinto, pero el uso de fuerza lo realiza la unidad especializada. |
| 2022:05-035:000830 | Tarjeta de Querella marcaron que no hubo uso de fuerza | Querella de un vacuno con una pierna rota el MNPPR notificó al coordinador de Bienestar de Animales quien realizó el tiro de gracia, conforme Ley 154-2008. |
| 2022:05-063:001182 | Tarjeta de Querella marcaron que no hubo uso de fuerza | Querella de una persona agresiva con machete. Negociador agoto los remedios y otro MNPPR distinto al que realiza uso de fuerza genera la querella. |

**Tabla 1.2 Querellas Duplicadas**

| Querella | Error Identificado |
|---|---|
| 2022:13-022:002210 | Supervisor solicito número de querella a parte como lo establece la Orden General Capítulo 600, Sección 612, titulada: "Registros y Allanamientos" (en adelante, OG-612). Sin embargo, esto fue dejado sin efecto por la directriz OC-4-OR-1-295 publicada como parte del Plan Provisional de Uso de Fuerza. |
| 2022:13:022:02209 | Cuando se va a diligenciar una orden de allanamiento se solicita el número de querellas antes de diligenciar la misma. La OG-612, requiere que el supervisor del distrito o precinto se presente al lugar y le pregunte al dueño de la propiedad registrada si falta alguna propiedad o si la misma sufrió daños. Culminado este proceso cumplimenta el formulario PPR-621.2, titulado: "Informe de Otros Servicios". |
| 2022:2-107:004321 | Este número de querella se dejó sin efecto. |
| 2022:02-107:004316 | La Policía Municipal de Arecibo investigó un choque de auto con un equino, donde este resultó gravemente herido. Por lo cual, se activó el protocolo para dar el tiro de gracia según dispone la Ley 154-2008. El Policía Municipal marcó en la querella que no hubo uso fuerza, a pesar de que el agente del NPPR le dio muerte compasiva. El Policía municipal generó un segundo número de querella 2022:2-107:004321 y anotó que sí hubo uso de fuerza en la Tarjeta de Querella. |
| 2022:2-207:001621 | Querella de otros servicios notificó uso de fuerza (tiro de gracia) en violación a directriz. |
| 2022:2-299:000381 | Querella choque de auto con equino marco en la tarjeta de querella que hubo uso de fuerza. (tiro de gracia, conforme ley 154-2008. Violación directriz OC-4-OR-1-295. No se puede realizar el incidente de uso de fuerza con una querella con prefijo 299 (Autopista Arecibo). Si ocurre un uso de fuerza en el incidente estas unidades tienen que solicitar el número de querella del Distrito o Precinto donde ocurre el incidente. |
| 2022:5-199:000535 | Querella de arresto por sustancias controladas y marcó en la tarjeta de querella que no hubo uso de fuerza. Esto, una violación a la directriz OC-4-OR-1-295, en este caso hubo uso de fuerza y utilizo querella con número de prefijo de unidad especializada. |
| 2022:05-050:006145 | Solicitó número de querella conforme a directriz y realizó un uso de fuerza nivel 2. |
| 2022:5-012:002454 | Querella de choque de auto en la intervención se realiza uso de fuerza, en el narrativo hacen constar que se solicitó el número de querella 2022:5-012:002470, según instrucciones de un número único. Esto no es correcto. Mal interpretación de la directriz. |
| 2022:5-012:002470 | Número de querella se elimina |

**Resultados finales mes de junio**

Tabla con los resultados finales para el mes de junio trabajado por la *FIU*.

| JUNIO 2022 | | | | | |
|---|---|---|---|---|---|
| ÁREA | NIVEL 1 | NIVEL 2 | NIVEL 3 | NIVEL 4 | TOTAL |
| San Juan | 7 | 18 | 20 | 20 | 45 |
| Arecibo | 3 | 0 | 3 | 3 | 6 |
| Ponce | 8 | 1 | 2 | 2 | 11 |
| Humacao | 3 | 0 | 0 | 0 | 3 |
| Mayagüez | 8 | 1 | 4 | 4 | 14 |
| Caguas | 2 | 3 | 4 | 4 | 9 |
| Bayamón | 11 | 3 | 11 | 11 | 25 |
| Carolina | 0 | 2 | 4 | 4 | 6 |
| Guayama | 4 | 0 | 1 | 1 | 5 |
| Aguadilla | 8 | 0 | 1 | 1 | 9 |
| Utuado | 0 | 0 | 0 | 0 | 0 |
| Fajardo | 0 | 0 | 0 | 0 | 0 |
| Aibonito | 0 | 2 | 4 | 4 | 10 |
| Total | 54 | 30 | 54 | 5 | 143 |



IV. **Lecciones Aprendidas**

  A. Realizar una reunión quincenal y/o cuando sea necesario para corroborar las estadísticas de uso de fuerza, En dicha reunión deben participar las siguientes unidades:

   1. Sección de Estadísticas de SAOC;
   2. Negociado de Tecnología y Comunicaciones (en adelante, NTC);
   3. Oficina de Reforma;
   4. *FIU*;

    5. Directores de Centro de Mando (de ser necesario).

B. Orientar a los MNPPR de cómo documentar los niveles de uso de fuerza en la PPR-126.2, "Tarjeta de Querella". Por ejemplo: si el MNPPR utiliza manos duras, y Dispositivo de Control Eléctrico (DCE), se marcará el nivel más alto de uso de fuerza y no todos los niveles utilizados por el mismo MNPPR. Por lo tanto, el uso del DCE es el más alto por estar clasificado en un Nivel 3.

C. Desarrollar directriz para orientar a los MNPPR cuando más de una unidad se involucra en un incidente. Por ejemplo:

    1. MNPPR investiga choque con animal y notifica a la Unidad de Bienestar de Animales el MNPPR que investigó el choque tiene que marcar que si hubo uso de fuerza. De igual manera cuando en una intervención con persona en crisis se notifica al Equipo de Intervención en Crisis (CIT) o Negociador y el MNPPR del equipo de intervención en crisis o unidad especializada realiza el uso de fuerza, el MNPPR que genera la querella tiene que marcar que si hubo uso de fuerza.

    2. Orientar a la Policía Municipal sobre el contenido del Plan Provisional de Uso de Fuerza y las directrices impartidas.

D. Continuar orientando a las unidades especializadas sobre el contenido de la directriz OC-4-OR-1-295.

E. Continuar mejorando la funcionalidad de la Plataforma GTE, según las necesidades identificadas.

F. Incorporar el *dashboard* de uso de fuerza preparado por AHD para que la sección de estadísticas de SAOC, el *FIU* y el NTC la utilicen como herramienta adicional ya que este *dashboard* genera la información del informe de uso de fuerza (PPR-605.1) finalizado y no de la tarjeta de querella que es una data preliminar.

G. Por último, para respaldar la supervisión y correcta implementación del Plan la Oficina de Reforma en conjunto con AH Datalytics, creó un *dashboard* del flujo de trabajo de los informes de uso de fuerza. El tablero, además de facilitar el trabajo, provee todas las querellas que cumplen al menos uno de los siguientes criterios:

    1. Indicar que hubo uso de la PPR-126.2;
    2. Que tenga el PPR-605.1 correspondiente;
    3. Tener una entrada correspondiente en la base de datos de las Unidades de Investigación de la Fuerza.

H. Si faltará algún informe de los requeridos cuando ocurre un uso de fuerza, en cualquiera de las querellas, se anotará una "X" en la columna respectiva y según

el informe que falte, la unidad correspondiente puede investigar y hacer los cambios correspondientes. Esto, para que el uso de la fuerza se documente de la manera correspondiente y uniforme en las tres fuentes de datos.



I. La Oficina de Reforma recibe una copia de este informe por correo electrónico todos los días y ha seguido usándolo para garantizar que los informes sobre el uso de la fuerza de julio se mantengan correctos, completos, uniformes y consistentes. Para ello, vea las siguiente ilustración:

