Manual- Informe 126.2



MANUAL
SISTEMA DE REPORTES GTE
INFORME 126.2 – TARJETA DE QUERELLA
AGENTES, SUPERVISORES Y ADMINISTRADORES

## SECCIÓN A: INGRESAR A LA APLICACIÓN GTE CON EL ROL DE AGENTE

1. Oprimir el icono de la aplicación GTE que se encuentra en el "Desktop" de la computadora.



2. La aplicación abrirá la siguiente pantalla, se deben seguir estos pasos para ingresar al sistema:

   (1). Ingresar su usuario (placa).
   (2). Ingresar su contraseña.
   (3). Oprimir el botón de Iniciar.



Manual- Informe 126.2



3. La aplicación abrirá la siguiente pantalla.

    (1). Una vez dentro del Sistema de Informes se muestra su nombre.

    (2). Indica el estado de conexión.



Manual- Informe 126.2



4.  Se debe seleccionar el botón de Informes y documentos para ingresar y hacer la búsqueda del número de querella con el que se va a trabajar.



Manual- Informe 126.2



SECCIÓN B: REALIZAR INFORME 126.2

1.  Luego de la búsqueda del número de querella, se debe seleccionar la querella en la sección de búsqueda y luego oprimir el icono de Informe 126.2, como lo muestra la siguiente imagen. Al oprimir el icono del informe PPR 126.2 le aparecerá en pantalla la tarjeta de querella original.



Manual- Informe 126.2



2.  Al ingresar a la tarjeta de querella original podemos ver en la parte inferior central un aviso que indica cuáles son los pasos para seguir y poder crear un informe 126.2 actualizado que se pueda editar:

> **Para realizar modificaciones al informe  126.2, guarde y luego haga clic en Actualizar. Luego vaya a la versión Actualizar y realice sus cambios allí.**

3.  Se debe seleccionar en el botón guardar y automáticamente el sistema mostrará el aviso de que el informe 126.2 original se guardó de manera correcta.



Manual- Informe 126.2



4.  Seleccionar el botón de ok para continuar.



5.  Seleccionar el botón actualizar.



Manual- Informe 126.2



6. El GTE automáticamente saldrá del informe 126.2 original y mostrará la sección de búsqueda, allí se podrá visualizar dos informes 126.2 ya creados: 126.2 original y 126.2 actualizado. Se debe seleccionar en el actualizado para ingresar en el mismo e ingresar información.



7. Proceder a ingresar los datos en los campos requeridos. Con este rol, deben estar inhabilitados los campos que se muestran en la siguiente imagen:
   (1). Relato de la querella
   (2). Firma del supervisor.



Manual- Informe 126.2



8.  Luego de ingresar los datos del informe, firmo como agente y selecciono el botón de guardar.



9.  El sistema indica un aviso de que los cambios se guardaron de manera exitosa, seleccionar ok para continuar.



Manual- Informe 126.2



10. Verificar que el ícono de la firma se muestre en color verde y seleccionar el botón de cerrar.



*Para que los informes con estatus se habiliten, el supervisor debe firmar el informe 126.2 actualizado.

## SECCIÓN C: INGRESAR A LA APLICACIÓN GTE CON EL ROL DE SUPERVISOR

1. Oprimir el icono de la aplicación GTE que se encuentra en el "Desktop" de la computadora.



2. La aplicación abrirá la siguiente pantalla, se deben seguir estos pasos para ingresar al sistema:

    (1). Ingresar su usuario (placa).
    (2). Ingresar su contraseña.
    (3). Oprimir el botón Iniciar.

Manual- Informe 126.2





3.  La aplicación abrirá la siguiente pantalla.

    (1). Una vez dentro del Sistema de Informes se muestra su nombre.

    (2). Indica el estado de conexión.



Manual- Informe 126.2



SECCIÓN D: FIRMAR INFORME 126.2 - ACTUALIZADO

1. Se debe seleccionar el botón Informes y documentos para ingresar y hacer la búsqueda del número de querella que se debe firmar como supervisor.



2. Selecciona la querella y en la parte inferior se muestran los informes 126.2 original y actualizado, se debe hacer clic en el actualizado.



Manual- Informe 126.2



3. Al ingresar al informe actualizado seleccionar el campo de Firma del supervisor, lo firma y luego seleccionar guardar.



4. El GTE envía un mensaje de que los cambios se guardaron de manera exitosa. Seleccionar ok para continuar.



Manual- Informe 126.2



5.  Se verifica que el ícono de la firma de supervisor se muestre en color verde y luego seleccionar el botón de cerrar.



SECCIÓN E: 126.2 – FUNCIONES

Esta es la correcta funcionalidad de las firmas en el informe actualizado 126.2 y la función de los informes con estatus:

Al crear un 126.2, actualizarlo y NO INCLUIR EL USO DE FUERZA, firmarlo por agente y supervisor, los informes 621.1, 621.2, 621.3, 621.4, 621.5, 112.2 y 112.3, se deben habilitar.



Al crear un 126.2, actualizarlo, INCLUIR EL USO DE FUERZA, firmarlo por agente y supervisor, TODOS los informes se deben habilitar (605.1 y 605.3, 621.1, 621.2, 621.3, 621.4, 621.5, 112.2 y 112.3)

Manual- Informe 126.2





Cuando el campo de uso de fuerza se incluye, la información de este informe debe trasferir de la misma manera a los campos de uso de fuerza de los informes 605.1 y 605.3.

## SECCIÓN F: INGRESAR A LA APLICACIÓN GTE CON EL ROL DE ADMINISTRADOR

1. Oprimir el icono de la aplicación GTE que se encuentra en el "Desktop" de la computadora.



2. La aplicación abrirá la siguiente pantalla, se deben seguir estos pasos para ingresar al sistema:

   (1). Ingresar su usuario (placa).
   (2). Ingresar su contraseña.
   (3). Oprimir el botón Iniciar.

Manual- Informe 126.2





3. La aplicación abrirá la siguiente pantalla.
   (1). Una vez dentro del Sistema de Informes se muestra su nombre.

   (2). Indica el estado de conexión.



Manual- Informe 126.2



SECCIÓN G: HACER CAMBIOS EN EL USO DE FUERZA DEL INFORME 126.2 - ACTUALIZADO

1. Se debe seleccionar el botón Informes y documentos para ingresar y hacer la búsqueda del número de querella en el cual se harán cambios.



2. Selecciona la querella y en la parte inferior se muestran los informes 126.2 original y actualizado, se debe hacer clic en el actualizado.



Manual- Informe 126.2



3.  Al ingresar al informe actualizado seleccionar en el campo de USO DE FUERZA la cantidad de niveles que se quiere cambiar y luego hacer clic en el botón CAMBIOS.



4.  El sistema envía un cuadro para llenar con los datos del Administrador, al ingresar la contraseña y la razón del cambio, hago clic en el botón SAVE.



Manual- Informe 126.2



5.  El GTE envía un mensaje de que los cambios se guardaron de manera exitosa. Seleccionar ok para continuar.



6.  Se verifica que los cambios que se hicieron se vean seleccionados. Luego seleccionar el botón de cerrar.



Manual- Informe 126.2



7. El sistema lleva a la página de búsqueda y selecciono los 605.1 o 605.3 previamente creados para verificar que los datos del USO DE FUERZA que se cambiaron, se transmitan de forma correcta a estos informes.

605.1



605.3