**Manual – informe 605.1**



MANUAL
SISTEMA DE REPORTES GTE
INFORME 605.1 – INFORME DE USO DE FUERZA
AGENTES Y SUPERVISORES

Para habilitar el informe 605.1, el informe 126.2 actualizado debe INCLUIR EL CAMPO USO DE FUERZA y estar firmado por agente y supervisor. Para esto, se debe seguir el paso a paso indicado en el MANUAL 126.2 – TARJETA DE QUERELLA.

PASO A PASO PARA CREACIÓN DE INFORME 126.2 Y HABILITACIÓN DE INFORMES CON ESTATUS:

1. Oprimir el icono de la aplicación GTE que se encuentra en el escritorio Desktop de la computadora.
2. INGRESAR AL SISTEMA CON EL ROL DE AGENTE.
3. En la pantalla de inicio, se deben seguir estos pasos para ingresar al sistema: (1). Ingresar su usuario (placa). (2). Ingresar su contraseña. (3). Oprimir el botón Iniciar.
4. Una vez dentro del Sistema de Informes se muestra su nombre y el estado de conexión.
5. Se debe seleccionar el botón Informes y documentos para ingresar y hacer la búsqueda del número de querella con el cual se va a trabajar.
6. Luego de la búsqueda del número de querella, se debe seleccionar la querella en la sección de búsqueda y luego oprimir el icono de Informe 126.2. Al oprimir el icono del informe PPR 126.2 le aparecerá en pantalla la tarjeta de querella original.
7. Al estar dentro del informe 126.2 original, se debe seleccionar el botón guardar y automáticamente el sistema mostrará el aviso de que el informe 126.2 original se guardó de manera correcta, luego seleccionar el botón ok para continuar y también el botón de actualizar.
8. El GTE automáticamente saldrá del informe 126.2 original y mostrará la ventana de búsqueda, allí se podrá visualizar dos informes 126.2 ya creados: 126.2 original y 126.2 actualizado. Se debe seleccionar en el actualizado para ingresar en el mismo e ingresar información.
9. Proceder a ingresar datos en los campos requeridos. Con este rol de agente, deben estar inhabilitados los campos: Relato de la querella y Firma del supervisor.
10. Luego de ingresar los datos del informe, firmo como agente y selecciono el botón de guardar.
11. El sistema me envía un aviso de que los cambios se guardaron de manera exitosa, seleccionar ok para continuar. Luego verifico que el ícono de la firma se muestre en color verde y seleccionar el botón cerrar.
12. Cerrar la aplicación e INGRESO CON EL ROL DE SUPERVISOR.
13. En la pantalla de inicio, se deben seguir estos pasos para ingresar al sistema: (1). Ingresar su usuario (placa). (2). Ingresar su contraseña. (3). Oprimir el botón Iniciar.
14. Una vez dentro del Sistema de Informes se muestra su nombre y el estado de conexión.
15. Se debe seleccionar el botón Informes y documentos para ingresar y realizar la búsqueda del número de querella que se debe firmar como supervisor.
16. Selecciona la querella y en la parte inferior se muestran los informes 126.2 original y actualizado, se debe seleccionar en el actualizado.
17. Al ingresar al informe actualizado se desplaza hasta el campo Firma del supervisor, firma y seleccionar guardar.
18. El GTE envía un mensaje de que los cambios se guardaron de manera exitosa. Luego seleccionar ok para continuar.
19. Se verifica que el ícono de la firma de supervisor se muestre en color verde.
20. Seleccionar el botón de cerrar.

**\*Para visualizar el paso a paso del informe 126.2 vaya al documento MANUAL 126.2**

**Manual – informe 605.1**



## PASO A PASO PARA REALIZAR INFORME 605.1

Después de que el informe 126.2 esté creado, tenga INCLUIDO EL USO DE FUERZA y sea firmado por agente y supervisor, se puede proceder con la creación del informe 605.1.

SECCIÓN A: INGRESAR A LA APLICACIÓN GTE CON EL ROL DE AGENTE

1.  Oprimir el icono de la aplicación GTE que se encuentra en el escritorio Desktop de la computadora.

2.  La aplicación abrirá la siguiente pantalla, se deben seguir estos pasos para ingresar al sistema:

    (1). Ingresar su usuario (placa).
    (2). Ingresar su contraseña.
    (3). Oprimir el botón Iniciar.



3.  La aplicación abrirá la siguiente pantalla.
    (1). Una vez dentro del Sistema de Informes se muestra su nombre.
    (2). Indica el estado de conexión.



**Manual – informe 605.1**



4.  Se debe seleccionar el botón Informes y documentos para ingresar y hacer la búsqueda del número de querella con el cual se va a trabajar.



SECCIÓN B: REALIZAR INFORME 605.1

1.  Luego de la búsqueda del número de querella, se debe seleccionar la querella que se va a trabajar.



**Manual – informe 605.1**



2. Seleccionar el botón de informes con estatus para crear el informe.



3. Seleccionar el informe 605.1 para crearlo.



4. Se debe ingresar la información solicitada en las secciones: 1, 2, 3 y 4.



**Manual – informe 605.1**



5.  Verificar que los datos que están en el uso de fuerza coincidan con los mismos que se
    ingresaron inicialmente en el informe 126.2 actualizado.



6.  Después de ingresar toda la información requerida, se dirige a firmar como agente y luego
    seleccionar el campo del MNPPR, lo firma y seleccionar guardar.



7.  El GTE envía un mensaje de que los cambios se guardaron de manera exitosa. Seleccionar OK
    para continuar.



**Manual – informe 605.1**



8. Se verifica que el icono de la firma de agente que se muestre en color verde y seleccionar el botón de cerrar.



## SECCIÓN A: INGRESAR A LA APLICACIÓN GTE CON EL ROL DE SUPERVISOR

1. Oprimir el icono de la aplicación GTE que se encuentra en el escritorio Desktop de la computadora.

2. La aplicación abrirá la siguiente pantalla, se deben seguir estos pasos para ingresar al sistema:

    (1). Ingresar su usuario (placa).
    (2). Ingresar su contraseña.
    (3). Oprimir el botón Iniciar.



3. La aplicación abrirá la siguiente pantalla.
    (1). Una vez dentro del Sistema de Informes se muestra su nombre.

    (2). Indica el estado de conexión.

**Manual – informe 605.1**





## SECCIÓN B: FIRMAR INFORME 605.1

1. Se debe seleccionar el botón Informes y documentos para ingresar y hacer la búsqueda del número de querella que se debe firmar como supervisor.



**Manual – informe 605.1**



2.  Ingresar al informé ya creado 605.1



3.  Seleccionar la sección 5, verificó que el nivel de uso de fuerza sea el mismo del 126.2 e ingreso los datos requeridos en esta sección.



4.  Después ir al campo de firma de supervisor, firmarlo y guardar.



**Manual – informe 605.1**



5.  El GTE envía un mensaje de que los cambios se guardaron de manera exitosa. Seleccionar ok para continuar.



6.  Se verifica que el icono de la firma de supervisor que se muestre en color verde y seleccionar el de botón cerrar.



**Manual – informe 605.1**



7.  Después de firmar como supervisor, se habilita la sección 6 y se ingresa toda la información de esta sección como el director del precinto, distrito o división.



8.  Después seleccionar el campo de la firma de director, se firma y luego seleccionar guardar.



**Manual – informe 605.1**



9. El GTE envía un mensaje de que los cambios se guardaron de manera exitosa. Seleccionar OK para continuar.



10. Se verifica que el icono de la firma de director se muestre en color verde.



\

**Manual – informe 605.1**



11. Después verificar el campo de firma de comandante de Área, firmar y guardar.



12. El GTE envía un mensaje de que los cambios se guardaron de manera exitosa. Seleccionar OK para continuar.



**Manual – informe 605.1**



13. Se verifica que el icono de la firma de comandante se muestre en color verde.



14. Después verificar el campo de firma de Determinación FRB, firmar y guardar.



**Manual – informe 605.1**



15. El GTE envía un mensaje de que los cambios se guardaron de manera exitosa. Seleccionar OK para continuar.



16. Se verifica que el icono de la firma de Determinación FRB se muestre en color verde



17. Después me dirijo al campo de firma de Determinación CFRB, firmo y guardo



**Manual – informe 605.1**



18. El GTE envía un mensaje de que los cambios se guardaron de manera exitosa. Selecciona ok para continuar.



19. Se verifica que el icono de la firma de Determinación CFRB se muestre en color verde y proceder a cerrar el informe.

