Manual- Informe 605.3



MANUAL
SISTEMA DE REPORTES GTE
INFORME 605.3 – NOTIFICACIÓN INCIDENTE DE USO DE FUERZA
AGENTES Y SUPERVISORES

Para habilitar el informe 605.3, el informe 126.2 actualizado debe INCLUIR EL CAMPO USO DE FUERZA y estar firmado por agente y supervisor. Para esto, se debe seguir el paso a paso indicado en el MANUAL 126.2 – TARJETA DE QUERELLA.

PASO A PASO PARA CREACIÓN DE INFORME 126.2 Y HABILITACIÓN DE INFORMES CON ESTATUS:

1. Oprimir el icono de la aplicación GTE que se encuentra en el escritorio Desktop de la computadora.
2. INGRESAR AL SISTEMA CON EL ROL DE AGENTE.
3. En la pantalla de inicio, se deben seguir estos pasos para ingresar al sistema: (1). Ingresar su usuario (placa). (2). Ingresar su contraseña. (3). Oprimir el botón Iniciar.
4. Una vez dentro del Sistema de Informes se muestra su nombre y el estado de conexión.
5. Se debe seleccionar el botón Informes y documentos para ingresar y hacer la búsqueda del número de querella con el cual se va a trabajar.
6. Luego de la búsqueda del número de querella, se debe seleccionar la querella en la sección de búsqueda y luego oprimir el icono de Informe 126.2. Al oprimir el icono del informe PPR 126.2 le aparecerá en pantalla la tarjeta de querella original.
7. Al estar dentro del informe 126.2 original, se debe seleccionar el botón guardar y automáticamente el sistema mostrará el aviso de que el informe 126.2 original se guardó de manera correcta, luego seleccionar el botón ok para continuar y luego seleccionar el botón actualizar.
8. El GTE automáticamente saldrá del informe 126.2 original y mostrará la ventana de búsqueda, allí se podrá visualizar dos informes 126.2 ya creados: 126.2 original y 126.2 actualizado. Se debe seleccionar el actualizado para ingresar en el mismo e ingresar información.
9. Proceder a ingresar datos en los campos requeridos. Con este rol, deben estar inhabilitados los campos: Relato de la querella y Firma del supervisor.
10. Luego de ingresar los datos del informe, firmar como agente y seleccionar el botón de guardar.
11. El sistema me envía un aviso de que los cambios se guardaron de manera exitosa, seleccionar ok para continuar. A continuación, verifico que el ícono de la firma se muestre en color verde y luego seleccionar el botón de cerrar.
12. Cierro la aplicación E INGRESO CON EL ROL DE SUPERVISOR.
13. En la pantalla de inicio, se deben seguir estos pasos para ingresar al sistema: (1). Ingresar su usuario (placa). (2). Ingresar su contraseña. (3). Oprimir el botón Iniciar.
14. Una vez dentro del Sistema de Informes se muestra su nombre y el estado de conexión.

Manual- Informe 605.3



15. Se debe seleccionar el botón Informes y documentos para ingresar y hacer la búsqueda del número de querella que se debe firmar como supervisor.
16. Selecciona la querella y en la parte inferior se muestran los informes 126.2 original y actualizado, se debe seleccionar en el actualizado.
17. Al ingresar al informe actualizado se desplaza hasta el campo Firma del supervisor, firma y luego seleccionar guardar.
18. El GTE envía un mensaje de que los cambios se guardaron de manera exitosa. Luego seleccionar ok para continuar.
19. Se verifica que el ícono de la firma de supervisor se muestre en color verde.
20. Seleccionar el botón de cerrar.

*Para visualizar el paso a paso del informe 126.2 vaya al documento MANUAL 126.2

## PASO A PASO PARA REALIZAR INFORME 605.3

Después de que el informe 126.2 esté creado, tenga INCLUIDO EL USO DE FUERZA y sea firmado por agente y supervisor, se puede proceder con la creación del informe 605.3.

SECCIÓN A: INGRESAR A LA APLICACIÓN GTE CON EL ROL DE AGENTE

1. Oprimir el icono de la aplicación GTE que se encuentra en el escritorio Desktop de la computadora.

2. La aplicación abrirá la siguiente pantalla, se deben seguir estos pasos para ingresar al sistema:

    (1). Ingresar su usuario (placa).
    (2). Ingresar su contraseña.
    (3). Oprimir el botón Iniciar.

Manual- Informe 605.3





3. La aplicación abrirá la siguiente pantalla.
   (1). Una vez dentro del Sistema de Informes se muestra su nombre.
   (2). Indica el estado de conexión.



Manual- Informe 605.3



4. Se debe seleccionar el botón Informes y documentos para ingresar y hacer la búsqueda del número de querella con el cual se va a trabajar.



Manual- Informe 605.3



**SECCIÓN B: REALIZAR INFORME 605.3**

1. Luego de la búsqueda del número de querella, se debe seleccionar la querella con la que se va a trabajar.



2. Seleccionar el botón de informes con estatus para crear el informe de acuerdo ala querella.



Manual- Informe 605.3



3. Seleccionar el informe 605.3 para crearlo.



4. Ingresar datos al informe.



Manual- Informe 605.3



5. En el campo 16 (USO DE FUERZA), verificar que los datos que estén en el informe coincidan con los mismos que se ingresaron inicialmente en el informe 126.2 actualizado.





6. Cuando se termine de ingresar los datos del informe, en el campo 39 correspondiente a la firma del agente, se firma y oprimir el botón de guardar.



7. La aplicación muestra un aviso de que los cambios fueron guardados de manera exitosa, seleccionar ok para continuar.





8. Verificar que el ícono correspondiente al agente se muestre en color verde y cerrar el informe.



### SECCIÓN A: INGRESAR A LA APLICACIÓN GTE CON EL ROL DE SUPERVISOR

1. Oprimir el icono de la aplicación GTE que se encuentra en el escritorio Desktop de la computadora.

2. La aplicación abrirá la siguiente pantalla, se deben seguir estos pasos para ingresar al sistema:

    (1). Ingresar su usuario (placa).
    (2). Ingresar su contraseña.
    (3). Oprimir el botón Iniciar.

Manual- Informe 605.3





3. La aplicación abrirá la siguiente pantalla.

    (1). Una vez dentro del Sistema de Informes se muestra su nombre.

    (2). Indica el estado de conexión.



Manual- Informe 605.3



### SECCIÓN B: FIRMAR INFORME 605.3

1. Se debe seleccionar el botón Informes y documentos para ingresar y hacer la búsqueda del número de querella que se debe firmar como supervisor.



Manual- Informe 605.3



2. Seleccionar la querella y en la parte inferior donde se muestran los informes ya creados, luego seleccionar el 605.3 e ingresar al informe.



3. Luego ir al campo 43 y llenar los campos correspondientes a la información de firma del supervisor, seleccionar el botón guardar.



Manual- Informe 605.3



4. La aplicación me muestra que el cambio se guardó de manera exitosa, luego seleccionar ok para continuar.



Manual- Informe 605.3



5. Se habilitan los campos correspondientes a la información de la firma del director, se llenan y luego seleccionar guardar.



6. La aplicación muestra que el cambio se guardó de manera exitosa, seleccionar ok para continuar.



Manual- Informe 605.3



7. Verifico que la firma del director se muestre en verde y luego puedo cerrar el informe.

