IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants.** | **Civil No.** 12-2039 (FAB) |

**ORDER SCHEDULING STATUS CONFERENCE**

1.   A status conference will be held on **Tuesday, August 23, 2022 at 9:00 a.m.** in Courtroom 5 on the fifth floor of the Old San Juan Courthouse.

2.   The following persons shall attend the status conference:

   a.   Trial Attorney Luis Saucedo, Trial Attorney Jorge Castillo, and Trial Attorney Katherine Chamblee-Ryan for plaintiff United States.

   b.   Counsel Gabriel Peñagarícano and Rafael Barreto for defendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau.

   c.   Monitor John Romero and those members of his team who he may designate to attend.

   d.   Special Master Dr. Alejandro del Carmen and those members of this team who he may designate to attend.

   e. María del Mar Ortiz, Assistant Chief of Staff, Office of the Governor.

   f. Hon. Alexis Torres, Secretary of the Department of Public Safety (DPS) and the Governor's representative for police reform.

   g. Rafael Riviere, Deputy Secretary, DPS

   h. Arturo Garfer, Assistant Secretary, DPS

   i. Carlos Colón, Director, IT Office, DPS

   j. Miguel Candelario, Counsel to the Secretary, DPS

   k. Jennie Lee Mendoza, Executive Director, Office of Human Resources and Labor Relations, DPS

   l. Antonio López, Commissioner Puerto Rico Police Bureau (PRPB)

   m. Captain Carlos Figueroa, Director of the Reform Office, PRPB

   n. José Vázquez, Counsel of the Reform Office, PRPB

   o. Juan Carlos Rivera, Director, Information Technology (IT), PRPB

   p. Ángel Díaz, IT Consultant, PRPB

   q. Pedro Santiago, Counsel to the Commissioner, PRPB

   r. All Commanders or Acting Commanders of all thirteen PRPB Regions

      s.    Captain José González-Montañez, President, "Asociación de Policías Organizados" (APO)

      t.    Pedro de Jesús, Chief Counsel and liaison on police reform matters, Office of Management and Budget (OMB)

      u.    Zulma Canales, Director, Fiscal Compliance (OMB)

      v.    Enrique Volkers, Assistant Chief of Staff for IT

      w.    Nanette Martínez-Ortiz, Acting IT Officer and Chief Technology Officer for the Commonwealth of Puerto Rico

      x.    Edgardo González, Assistant Administrator, General Services Administration and liaison on police reform matters

      y.    Gustavo Cartagena, Director, or Waleska Cruz-Domenech, Evaluation and Compliance Executive, Office of Human Resources Administration (ORTRH)

      z.    Amaury Rodríguez, Analyst on Public Safety Matters, Federal Office of Management and Budget (FOMB) ("La Junta de Supervisión Fiscal")

      aa.    Elisa Guardiola, Budget Manager, FOMB

      bb.    Five members of the community, selected at random by the Monitor.

Civil No. 12-2039 (FAB)                                                  4

    3.    The following topics will be discussed at the status conference:

    a.    Discussion on PRPB's and United States' responses (submitted in July to the Court) to those expenditures charged to the Reform Budget identified by the Special Master.

    b.    Supervision Plan - Update on Puerto Rico Police Bureau efforts to promote Provisional Sergeants.

    c.    PRPB's results of implementation of its Interim Use of Force Plan, specifically the accuracy of its June/2022 use of force numbers as ordered by the Court (submitted).

    d.    Summary of the Monitor's CMR-6 Report

    e.    Update by PRPB on the work performed and to be performed by Gartner relating to Information Technology

    f.    Update by PRPB on the work performed by AH Datalytics

    g.    Update by PRPB as to the status of the forfeiture program (available funds) and PRPB's current non-compliance status preventing it from accessing those funds ($3,000,000).

    h.    Update by the Special Master on the progress made on the Police Reform Office Review

    i.    Status of the Regulation and all information on the matter related to hiring 18 year-old cadets (Discussed at the recent "253 Meeting").

Civil No. 12-2039 (FAB)                                                5

   j. Any other matter which the parties, the Monitor, or the Special Master may want to discuss.

  **IT IS SO ORDERED.**

  San Juan, Puerto Rico, August 1, 2022.

             s/ Francisco A. Besosa
             FRANCISCO A. BESOSA
             SENIOR UNITED STATES DISTRICT JUDGE