**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff;<br><br>   v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>                Defendants. | No. 12-cv-2039 (FAB) |

**INFORMATIVE MOTION REGARDING AUGUST 23 STATUS CONFERENCE**

The United States files this motion notifying the Court that Katherine Chamblee-Ryan will be unavailable to attend the status conference on August 23, 2022 because she will be on parental leave.

On August 1, 2022, this Court issued an Order scheduling a status conference for August 23, 2022. (Doc. 2117.) This Court specifically ordered Katherine Chamblee-Ryan, Luis Saucedo, and Jorge Castillo, Trial Attorneys at the U.S. Department of Justice, to attend to represent the United States. *Id.*

Ms. Chamblee-Ryan is expecting a child due on August 22—the day before the status conference—and she will therefore be on parental leave at that time.

Trials Attorneys Luis Saucedo and Jorge Castillo will be present to represent the United States at the status conference.

WHEREFORE, the United States requests respectfully that the Court take note of Ms. Chamblee-Ryan's unavailability for the August 23, 2022, status conference due to parental leave.

WE HEREBY CERTIFY that on today's date, we filed the foregoing pleading electronically through the CM/ECF system, which caused the parties, counsel of record, the Special Master, and the Monitor on the service list to be served by electronic means.

Respectfully submitted this 4th day of August, 2022.

    Respectfully submitted,

STEVEN H. ROSENBAUM
Chief, Special Litigation Section
Civil Rights Division

/s/Katherine Chamblee-Ryan
TIMOTHY D. MYGATT
Deputy Chief
LUIS E. SAUCEDO (G01613)
JORGE CASTILLO (G02912)
KATHERINE CHAMBLEE-RYAN (G03515)
Trial Attorneys
Civil Rights Division
Special Litigation Section
Four Constitution Square
150 M Street NE
Washington, D.C. 200002
Telephone: (202) 598-0538
luis.e.saucedo@usdoj.gov
jorge.castillo@usdoj.gov
katherine.chamblee-ryan@usdoj.gov

Attorneys for Plaintiff