IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　Plaintiff,<br><br>　v.<br><br>**COMMONWEALTH OF PUERTO RICO** and the **PUERTO RICO POLICE DEPARTMENT,**<br><br>　Defendants. | NO. 3:12-cv-2039 (FAB) |

**MOTION TO APPROVE AND DISBURSE FUNDS**

**TO THE HON. FRANCISCO A. BESOSA, U.S. DISTRICT JUDGE:**

**NOW COMES,** Javier González, as Administrative Director on behalf of the Office of the Federal Police Monitor ("FPMPR LLC"), who respectfully, through the General Counsel of the FPMPR LLC., states and prays as follows:

1. Attached to the present document are the invoices for professional services rendered by the members of the Office of the FPMPR LLC.

2. The Office of the FPMPR LLC respectfully requests that the expenses detailed in the attached invoices be approved and a check be issued in the amount of **$157,260.72** the total amount of the expenses for the month of **July 2022**.

3. The Office of the FPMPR LLC nor any of its members has received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments or agencies.

4. No additional payment, for any reason will be paid. We certify that all salaries and expenses are fair and accurate; the services have been provided and have not been paid.

5. All expenses have been allocated within the Office of the FPMPR LLC's previously approved budget and are necessary to the Federal Police Monitor's mission. All allotments are

contained and foreseen, abiding strictly to the assigned budget provided by the parties and approved by this court.

**WHEREFORE,** it is respectfully requested that the Honorable Court approve the above-mentioned expenses and issue a check in the amount of **$157,260.72**, the total amount of the expenses for the month of **July 2022**.

Javier González as Administrative Director of the Office of the FPMPR LLC, hereby certifies that the above information is true, correct, and accurate; and that the requested amount will be deposited in the Office of the FPMPR LLC commercial account.

**RESPECTFULLY SUBMITTED.**

In Guaynabo, Puerto Rico, this 11th day of August 2022.

**I HEREBY CERTIFY** that on this same date a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which in turn notifies all counsel of record in the case.

**CORREA-ACEVEDO & ABESADA**
**LAW OFFICES, P.S.C**
Centro Internacional de Mercadeo, Torre II
#90 Carr. 165, Suite 407
Guaynabo, PR  00968
Tel.  (787) 273-8300 / Fax (787) 273-8371
ra@calopsc.com

S/Roberto Abesada-Agüet
USDC-PR No. 216706
General Counsel, FMP