OFFICE OF THE FPMPR LLC.
B-5 Calle Tabonuco Suite 216 PMB 292
Guaynabo, Puerto Rico 00968

August 1, 2022

Professional services rendered by the members of the Office of the FPMPR LLC. For July 2022:

| NAME | AMOUNT | MONTH |
| --- | --- | --- |
| John Romero | $20,739.68 | July 2022 |
| Spece | $ 2,947.37 | July 2022 |
| The & Group LLC (Javier González) | $ 9,508.98 | July 2022 |
| Altai Atlantic Consulting LLC (Dr. David Levy) | $ 6,480.00 | July 2022 |
| Denise Rodriguez | $15,833.33 | July 2022 |
| Viota & Associates CPA LLC | $    950.00 | July 2022 |
| Donald S. Gosselin | $12,502.39 | July 2022 |
| Al Youngs | $ 9,900.00 | July 2022 |
| Rafael E. Ruiz | $10,193.50 | July 2022 |
| Scott Cragg | $ 9,900.00 | July 2022 |
| Correa Acevedo & Abesada Law offices, PSC (Lcdo. Roberto Abesada) | $18,795.00 | July 2022 |
| Rita J. Watkins | $ 6,240.00 | July 2022 |
| M Serrano LLC | $ 4,480.00 | July 2022 |
| Luis Hidalgo | $11,500.00 | July 2022 |
| Korber Group | $ 1,302.78 | July 2022 |
| Samantha Rhinerson | $ 2,300.00 | July 2022 |
| Claudia Cámara | $ 2,800.00 | July 2022 |
| Manuel Arroyo | $ 1,180.00 | July 2022 |
| Hipolito Castro Jr | $ 9,707.69 | July 2022 |
| Ipsos | $ | July 2022 |
| **TOTAL:** | **$157,260.72** | July 2022 |
| | | |