John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

July 1 through July 31, 2022

INVICE # 098                              **TOTAL DUE $ 20,739.68**
FEDERAL MONITOR
JULY 2022 INVOICE

## Duties and Responsibilities as Monitor

Generated, reviewed, and responded to emails/texts from the Parties, Monitor Team, Court, and Special Master
Conference calls with General Counsel
Reviewed court orders relating to the Consent Decree
Via zoom conducted meetings with Special Master and USDOJ and PRPB
Monitor administrative duties - reviewing Team invoices, coordinating SME work assignments, and conferring with Monitor's Office Administrative Director
Reviewed Briefing Reports from PRPB
Meetings with Gartner
Meeting with AH Datalytics
Meeting with DSP Secretary and Parties
Meeting with CIT Evaluation Committee
Meetings with OSM re Data
Reviewed Promotions Protocol from Inspector to Colonel
Conferred with Deputy Chief Monitor on issues relating to Monitor Office Operations
Conducted Zoom meetings with the Monitor Team
Prepared for and participated in the 253 Meeting
Participated in Zoom meeting with the PRPB Commissioner
Participated in Zoom meeting with the DSP Secretary

## Site Visit to Puerto Rico July 11-July 15, 2022

Meeting with Reform Unit and USDOJ
Meeting with DSP Secretary
Meeting with the Parties and Special Master
Meeting with the Dominican Consulate
Meeting with Mexican Consulate
Meeting with FIU
Meeting with SWAT
Meeting with PRPB IT section
Visited Bayamon Area Command
Meeting with the Honorable Judge Besosa at Old San Juan Federal Court
Meeting with Monitor Team members based in Puerto Rico

| | |
|---|---|
| Flat Rate Total Wages Due | $ 17,916.66 |
| Travel Expenses Due | $ 2,823.02 |
| **TOTAL DUE** | **$ 20,739.68** |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*[signature: John J. Romero]*

Date July 31, 2022

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ | 1 | $1431.27 |
| Baggage | $- | 0 | $- |
| Ground Transportation (Uber/Lyft/Taxi) | | | $- |
| Ground Transportation (Parking) | $- | 0 | $- |
| Ground Transportation (Mileage) | $0.625 | 82 | $51.25 |
| Lodging | $141.60 | 5 | $ 708.00 |
| Per Diem (Travel Days) | $86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $115.00 | 4 | $460.00 |
| Other: | | 0 | |
| Total | | | $2,823.02 |

**COURTYARD Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR 00907
T 787.721.7400
F 787.723.0068

Mr John Romero
2301 Pacific Ave
Costa Mesa CA 92627
United States

Room: 0201
Room Type: KSTE
No. of Guests: 1
Rate:  $  120.00  Clerk: 8

Marriott Rewards #    756834271

CRS Number   71099088

Name:

Arrive:  07-10-22          Time:  01:14 PM          Depart:  07-15-22          Folio Number:  700496

| Date | Description | Charges | Credits |
|---|---|---|---|
| 07-10-22 | COMEDOR- Guest Charge (Lunch) | 30.00 | |
| 07-10-22 | Package | 120.00 | |
| 07-10-22 | Government Tax | 10.80 | |
| 07-10-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 07-11-22 | COMEDOR- Guest Charge (Breakfast) | 4.02 | |
| 07-11-22 | Package | 120.00 | |
| 07-11-22 | Government Tax | 10.80 | |
| 07-11-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 07-12-22 | COMEDOR- Guest Charge (Breakfast) | 4.02 | |
| 07-12-22 | Package | 120.00 | |
| 07-12-22 | Government Tax | 10.80 | |
| 07-12-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 07-13-22 | COMEDOR- Guest Charge (Breakfast) | 4.02 | |
| 07-13-22 | Package | 120.00 | |
| 07-13-22 | Government Tax | 10.80 | |
| 07-13-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 07-14-22 | COMEDOR- Guest Charge (Breakfast) | 4.02 | |
| 07-14-22 | Package | 120.00 | |
| 07-14-22 | Government Tax | 10.80 | |
| 07-14-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 07-15-22 | COMEDOR- Guest Charge (Breakfast) | 4.02 | |
| 07-15-22 | Visa Card | | 758.10 |
| | Card #  XXXXXXXXXXXX1287 | | |

# Travel Purchase

**Date of requested receipt:** 2022-06-19                **Record Locator:** FSCZRH

| From | To | | |
|---|---|---|---|
| **LAX** ▸ **MCO** | | Travel date | 2022-07-09T22:15:00 |
| | | Flight number | 0132 |
| **MCO** ▸ **SJU** | | Travel date | 2022-07-10T09:55:00 |
| | | Flight number | 1433 |
| **SJU** ▸ **FLL** | | Travel date | 2022-07-15T10:35:00 |
| | | Flight number | 1454 |
| **FLL** ▸ **LAX** | | Travel date | 2022-07-15T17:00:00 |
| | | Flight number | 0101 |

**Traveler(s)**                **Ticket number(s)**

ROMERO/JOHN JOSEPH MR          2792196031845

**Base fare:**                 $1,362.67 USD

| Taxes & fees breakdown: | AMOUNT | CURRENCY | PURPOSE - (CODE) |
|---|---|---|---|
| | $18.00 | USD | U.S. Passenger Facility Charge - (XF) |
| | $11.20 | USD | U.S. September 11th Security Fee - (AY) |
| | $39.40 | USD | U.S. Transportation Tax - (US2) |
| **Taxes & fees total:** | $68.60 | USD | |

Base fare total: $1,431.27

Payment(s):

Visa card XXXXXXXXXXXX1287    $1,431.27

# Fees

**ROMERO JOHN**    Ticket number(s): 2791536761760
                   Date: 2022-06-19

| QTY | FEE TYPE | COST | TAX | TOTAL |
|---|---|---|---|---|
| 1 | SEAT ASSIGNMENT | $66.00 | $0.00 | $66.00 |

Total:    $66.00 USD

Payment(s):    True Blue Points XXXXXXXXXXXX0574    $66.00

**ROMERO JOHN**    Ticket number(s): 2791536761762
                   Date: 2022-06-19

| QTY | FEE TYPE | COST | TAX | TOTAL |
|---|---|---|---|---|
| 1 | SEAT ASSIGNMENT | $45.00 | $0.00 | $45.00 |

Total:    $45.00 USD

Payment(s):    True Blue Points XXXXXXXXXXXX0574    $45.00

**ROMERO JOHN**    Ticket number(s): 2791536761764
                   Date: 2022-06-19

| QTY | FEE TYPE | COST | TAX | TOTAL |
|---|---|---|---|---|
| 1 | SEAT ASSIGNMENT | $36.00 | $0.00 | $36.00 |

Total:    $36.00 USD

Payment(s):    True Blue Points XXXXXXXXXXXX0574    $36.00

ROMERO, JOHN     Ticket number(s): 2791536761768
Date: 2022-06-19

| QTY | FEE TYPE | COST | TAX | TOTAL |
|---|---|---|---|---|
| 1 | SEAT ASSIGNMENT | $98.00 | $0.00 | $98.00 |

**Total:**     $98.00 USD

**Payment(s):**     True Blue Points XXXXXXXXXXXX0574     $98.00

# Total paid: $1,676.27 USD*

*includes all fares, taxes, fees and penalties less any amounts refunded