**Spece**
1225 Juan Ponce de Leon
San Juan, PR  00907
787-417-7300
info@spece.com
www.spece.com

Invoice  INV - 15004



| BILL TO | | | |
|---|---|---|---|
| Office of the FPMPR LLC | DATE<br>09/01/2022 | PLEASE PAY<br>$2,579.20 | DUE DATE<br>09/01/2022 |

| MEMBERSHIP | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Membership:Private Office**<br>Private Office Suite - Office 15, $2,300.00, Sep 1, 2022 - Sep 30, 2022 | 1 | 2,300.00 | 2,300.00T |
| **Other Fees:One-off Fees**<br>Telephone Service, $60.00, Sep 1, 2022 - Sep 30, 2022 | 1 | 60.00 | 60.00T |
| **Other Fees:One-off Fees**<br>Garage Parking, $120.00, Sep 1, 2022 - Sep 30, 2022 | 1 | 120.00 | 120.00T |

SUBTOTAL       2,480.00
TAX (4%)           99.20
TOTAL          2,579.20

TOTAL DUE      $2,579.20

THANK YOU.

ELEVATE YOUR BUSINESS

**Spece**
1225 Juan Ponce de Leon
San Juan, PR  00907
787-417-7300
info@spece.com
www.spece.com

Invoice  INV - 15003



**BILL TO**
Office of the FPMPR LLC

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 08/01/2022 | $368.17 | 08/01/2022 |

| MEMBERSHIP | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Other Fees:One-off Fees**<br>Visitor Parking - June 2022 | 1 | 16.51 | 16.51T |
| **Event Rental:Conference Room**<br>Medium Conference Room, $157.50, 1 x $157.50 / day (10% discount) - Jul 12, 2022 | 1 | 157.50 | 157.50T |
| **Event Rental:Conference Room**<br>Medium Conference Room, $126.00, 1 x $81.00 / hour (10% discount), 2 x $22.50 / hour (10% discount) - Jul 14, 2022 | 1 | 126.00 | 126.00T |
| **Event Rental:Conference Room**<br>Small Conference Room, $54.00, 3 x $18.00 / hour (10% discount) - Jul 12, 2022 | 3 | 18.00 | 54.00T |

|   |   |
|---|---|
| SUBTOTAL | 354.01 |
| TAX (4%) | 14.16 |
| TOTAL | 368.17 |

TOTAL DUE      $368.17

THANK YOU.

ELEVATE YOUR BUSINESS