# THE & GROUP LLC.

**Las Ramblas**
**71 Calle Montjuic**
**Guaynabo , PR 00969**

# INVOICE

Federal Police Monitor

San Juan, PR

INVOICE NUMBER:  87
INVOICE DATE:  JULY 31, 2022

Invoice for Javier B Gonzalez Professional Services as Administrative Director

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| JUL-01-22 | Administrative Director | Visit PRPB Area Headquarters to deliver detainees survey forms (Arecibo, Aguadilla, Mayaguez, Ponce and Guayama). Communications with the Monitor. | 8.00 | $125.00 | $1,000.00 |
| JUL-04-22 | Administrative Director | Visit Rincón by Instructions of the Monitor because of Protests. Work with June 2022 Team Invoices. | 8.00 | $125.00 | $1,000.00 |
| JUL-05-22 | Administrative Director | Biweekly Team Meeting, Communications withTeam members, Coordination of July Team Visit. Work with July Team Invoices. | 3.50 | $125.00 | $437.50 |
| JUL-06-22 | Administrative Director | Work with June 2022 team Invoices, review of Communications sent by Team members, Coordination of Team visit. | 4.00 | $125.00 | $500.00 |
| JUL-07-22 | Administrative Director | Work with Team June Invoices, Weekly staff Meeting, Communications with the Monitor, Review of Communications sent by Team Members. | 2.50 | $125.00 | $312.50 |
| JUL-08-22 | Administrative Director | Coordination of Team Visit, Deliver detainees survey documents to Aibonito, Caguas, Humacao and Fajardo. | 7.00 | $125.00 | $875.00 |
| JUL-11-22 | Administrative Director | Team meeting with PRPB, Virtual demonstration meeting, coordination of Team Visit. | 4.00 | $125.00 | $500.00 |
| JUL-12-22 | Administrative Director | Meeting at the Academy with Rafael Ruiz and USDOJ, Meeting with Mexican Consul. | 8.00 | $125.00 | $1,000.00 |
| JUL-13-22 | Administrative Director | Communications with the Monitor, At office with the Monitor and Team Members. | 4.00 | $125.00 | $500.00 |
| JUL-14-22 | Administrative Director | Meetings at office, Coordination of Team Visit, Meeting with the Judge. | 6.00 | $125.00 | $750.00 |
| JUL-15-22 | Administrative Director | Work with June Invoices, Surveys follow up. | 3.00 | $125.00 | $375.00 |
| JUL-16-22 | Administrative Director | Office of The FPMPR Adobe Account | | | $33.98 |
| JUL-18-22 | Administrative Director | Communications with the Monitor and Team Members, Team Biweekly Meeting, June 2022 Team Invoices follow up, Administrative matters follow up. | 2.00 | $125.00 | $250.00 |

INVOICE NUMBER: 87

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| JUL-19-22 | Administrative Director | Communications with the Monitor and Team Members, | 0.50 | $125.00 | $62.50 |
| JUL-22-22 | Administrative Director | Communications with the Monitor and Team Members, Review of communications sent by Team members. Coordination of Team Visit. | 2.50 | $125.00 | $312.50 |
| JUL-26-22 | Administrative Director | Surveys Follow Up, Communications with the Monitor. Review of communications sent by Team Members. Review of emails received through the Web Page. | 2.00 | $125.00 | $250.00 |
| JUL-27-22 | Administrative Director | Communications with the Monitor and Team Members. | 0.50 | $125.00 | $62.50 |
| JUL-28-22 | Administrative Director | Weekly Team Meeting, 253 Meeting, Detainees Survey Follow Up, Biweekly Meeting with USDOJ and PRPB | 4.50 | $125.00 | $562.50 |
| JUL-29-22 | Administrative Director | Detainees Survey Follow Up (Pick up forms in Arecibo and Aguadilla), July Team invoices follow up. | 5.00 | $125.00 | $625.00 |
| JUL-31-22 | Administrative Director | I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0.00 | $125.00 | $0.00 |
| | | Manuel Arroyo Gasoline Expense Reimbursement | | | $100.00 |
| | | Total amount of this invoice | | | $9,508.98 |

MESSAGE

Javier B Gonzalez, July 31, 2022

Case 3:12-cv-02039-FAB   Document 2130-4   Filed 08/11/22   Page 3 of 5

Merchandise & Supplies - Mail Order

## ADOBE WEBSALES 800-833-6687

# $33.98

Jul 16, 2022

On your statement as ADOBE ACROPRO SUBS ASAN JOSE CA

**$0.34 Reward Dollars**



## Transaction Details

ADOBE WEBSALES 800-833-6687

801 N 34TH ST
SEATTLE
WA
98103
UNITED STATES

 (800) 833-6687

 https://www.adobe.com/in/about-adobe/co...

Doing Business As   ADOBE WEBSALES 8...  ⌄



TOTAL CENTRAL
263 AVE JESUS T PINERO
SAN JUAN

| DATE | TIME | HOST |
|------|------|------|
| Jul 12,22 | 11:49:46 | ATH |
| BATCH | TERMINAL ID | MERCHANT ID |
| 000145 | 30V07308 | 4549106486251 |

### SALE

DEBIT           ************0804 (S)

AUTH. CODE: 234452        INVOICE: 016637

                          TRACE  :017717

TOTAL  :   $          50.00

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER



**SHELL CONTINENTAL GASOL**
**AVE LAS PALMAS ESQ HOARE**
**SAN JUAN**

| DATE | TIME | HOST |
|---|---|---|
| JUL 15, 2022 | 07:22:42 | ATH1 |
| BATCH | TERMINAL ID | MERCHANT ID |
| 000196 | 30W20819 | 4549102886470 |

## Sale

PIN Verified Online

DEBIT          ***********0604 (S)

**AUTH.CODE: 668063**    **INVOICE: 033563**

**TRACE: 037805**

**TOTAL:**          **$ 50.00**

CARDHOLDER ACKNOWLEDGES RECEIPT OF
GOODS AND/OR SERVICE IN THE AMOUNT OF
THE TOTAL SHOWN HEREON AND AGREES TO
PERFORM THE OBLIGATIONS SET FORTH IN THE
CARDHOLDER'S AGREEMENT WITH THE ISSUER

CUSTOMER COPY
Gracias por su patrocinio