

# Invoice

**Altai Atlantic Consulting LLC**
828 Snowden Hallowell Way, Alexandria VA 22314

**Date:** 07/31/22
**Invoice #:** 01-031

**To:** Office of the Federal Police Monitor of Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
Tel. 787-417-9098

| Fee Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|
| **Total Fees Payable For Services Rendered by Dr. David Levy** | 40.5 | 160 | **$6,480.00** |

## Work Performed in the Continental United States

| Date | Activity Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 7/3/22 | CMR-7 Data request 2.1 | 3.0 | 160 | $480.00 |
| 7/4/22 | CMR-7 Data request 2.1 | 3.0 | 160 | $480.00 |
| 7/5/22 | Biweekly meeting with Monitor's Office | 1.0 | 160 | $160.00 |
| 7/5/22 | Communication re: CMR-7 Data request 2.1 | 1.0 | 160 | $160.00 |
| 7/6/22 | Developed a list of all data request materials requireing updated translation | 2.0 | 160 | $320.00 |
| 7/7/22 | Incorporate translated materials into Spanish-language data-request 2.1 | 1.0 | 160 | $160.00 |
| 7/11/22 | Attended biweekly data meeting with PRPB | 0.5 | 160 | $80.00 |
| 7/13/22 | Communication re: CMR-7 Data request 2.1 | 1.0 | 160 | $160.00 |
| 7/17/22 | CMR-7 Data request 2.2 | 6.0 | 160 | $960.00 |
| 7/18/22 | Call with Chief Monitor Romero & Monthly calls with Monitors Watkins & Ru | 1.5 | 160 | $240.00 |
| 7/18/22 | Biweekly meeting with Monitor's Office | 1.5 | 160 | $240.00 |
| 7/18/22 | CMR-7 Data request 2.2 | 7.5 | 160 | $1,200.00 |
| 7/19/22 | Communication re: CMR-7 Data request 2.1 | 1.0 | 160 | $160.00 |
| 7/19/22 | Additional samples for CMR-7 Data request 2.2 | 1.5 | 160 | $240.00 |
| 7/21/22 | Monthly calls with Monitors Youngs & Gosselin | 1.5 | 160 | $240.00 |
| 7/19/22 | Additiona SARPI samples for CMR-7 Data request 2.2 | 2.0 | 160 | $320.00 |
| 7/25/22 | Drew substitute arrest file for CMR-7 | 0.5 | 160 | $80.00 |
| 7/28/22 | Monthly call with Monitor Serano & misc. communication | 1.5 | 160 | $240.00 |
| 7/30/22 | Verified SWAT UOF incidents against master UOF list | 0.5 | 160 | $80.00 |
| 7/30/22 | Updating master data request translation from CMR-6/7 edits | 1.0 | 160 | $160.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 7/31/22 | CMR-7 3rd data request prep & clearing out email backlog/task backlog | 2.0 | 160 | $320.00 |
|  |  |  | 160 | $0.00 |
|  |  |  | 160 | $0.00 |
|  |  |  | 160 | $0.00 |
|  |  |  | 160 | $0.00 |
|  |  |  | 160 | $0.00 |
| Total |  | 40.5 |  | $6,480.00 |

**Total Fee Payable** **$6,480.00**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

*[Signature]*

**Dr. David Levy**

07/31/22
**Date**