# INVOICE

| | | |
|---|---|---|
| **DATE** | **INVOICE NO** | **Denise Rodriguez** |
| 7/31/2022 | #022 | 3003 San Sebastian St. |
| | | Mission, TX 78572 |
| | | drodriguez_PRI@outlook.com |

**INVOICE TO**
Puerto Rico Chief Federal Monitor

**INVOICE PERIOD**
July 1 - 31, 2022

**DUTIES AND RESPONSIBILITIES**                                    **TOTAL DUE $15,833.33**

- Conducted monthly one-on-one meetings with each subject matter expert
- Coordinated and conducted weekly Monitoring Executive Team meetings
- Coordinated and conducted biweekly meetings with the Parties
- Reviewed and approved the review of several policies submitted to the Monitor's Office by PRPB as per Paragraph 229 of the Agreement
- Worked with the Data Analyst on the data requests for CMR-7
- Worked with the Administrative Director and the Research Analyst/Administrative Assistant to draft the schedule(s) for the July and August site visits
- Reviewed the Community/Officer Survey draft power point presentations and reports and assisted with planning for the detainee survey distribution
- Participated in various meetings with the Parties to discuss the PRPB Data Gap Analysis, Use of Force Plan Supervision Plan, and IT Needs Assessment
- Participated in several calls with the proposed contractor, Gartner, regarding the IT Needs Assessment
- Worked with the Research Analyst and PRPB to draft and update the training requirements worksheet
- Participated, virtually, on the team's July site visit to PR during the week of July 11th
- Worked with the Associate Monitor and Administrative Director in finalizing a plan for future and upcoming community workshops/listening sessions hosted by the FPM
- Participated in biweekly and monthly call(s) with AHD regarding updates on their work
- Participated in meeting with DSP and Parties to discuss updates to document production solutions and the provisional promotions
- Participated in interviews conducted by OSM regarding the Reform Unit Assessment
- Participated in meeting with Parties to discuss Order at Docket 2037
- Participated in meeting with the PRPB CIT Evaluation Committee
- Participated in the July 253 meeting

| | |
|---|---|
| Flat Rate Total Wages* | $15,833.33 |
| Travel Expenses | $ 0.00 |
| **Total Due** | **$ 15,833.33** |

*The total amount is a flat rate. The total monthly is $15,833.33 for an annualized amount of $190,000.00.

*Denise Rdz* (signature)

**Denise Rodriguez, Chief Deputy Monitor**

July 31, 2022
**Date**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.