# VIOTA & ASSOCIATES CPA LLC

**B5 CALLE TABONUCO, SUITE 216**
**PMB 292**
**GUAYNABO, PR 00968-3029**

## Invoice

INVOICE NUMBER: 20200959
DATE: JULY 29, 2022

PUERTO RICO POLICE REFORM

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: CONSULTING FEES | | | |
| JUN-29-22 | CONSULTING FEES | POST ACH PAYMENTS 6/28 & 6/29 IN SAGE & PR PAY<br>DEPOSIT PROFESSIONAL SERVICES WITHHOLDING | 1.50 | $125.00 | $187.50 |
| JUL-13-22 | CONSULTING FEES | June 2022 Invoices, post to Sage 50, accounting | 4.00 | $125.00 | $500.00 |
| JUL-19-22 | CONSULTING FEES | File Professional Services Quarterly Return 2022 Q2 | 1.00 | $125.00 | $125.00 |
| JUL-27-22 | CONSULTING FEES | Bank Reconciliation 6.30.22 | 1.00 | $125.00 | $125.00 |
| | | TOTAL: CONSULTING FEES | | | $937.50 |
| | | Total hours for this invoice | 7.50 | | |
| | | Total before tax | | | $937.50 |
| | | PR SALES TAX (IVU) | | | $12.50 |
| | | Total amount of this invoice | | | $950.00 |

MESSAGE

6% Withholding on Profesional Services (Waiver Certificate Available Upon Request)