**MBG North Corp.** 1931 Cordova Rd. Suite 3039, Ft. Lauderdale, FL 33316

**Invoice # 1162**, JULY 30, 2022  **Contractor:** Donald S. Gosselin, Esq.

**Dates of Service:** 1 JULY 2022 to 30 JULY 2022     **TERMS:** NET30

| Task Performed | US Hours | Dates | PR Hours | Billable Amount |
|---|---|---|---|---|
| On-Site Puerto Rico Labor Hours   July Visit. See Trip Memo for details. | | JULY 10-15 | **32** | $5,120.00 |
| Communications & Coordination - all written comms to/from Monitors, PRPB, USDOJ; Review compliance targets, document and data requests, logistics; scheduling, on-site planning & coordination | **16** | JULY 1, 5, 7, 24, 27. | | $2,560.00 |
| Teleconference Meeting;  Monitors Office and Monitor Team Members.  (Prep and Actual TC)s | **5** | JULY 5, 18, 21 | | $800.00 |
| Data and Policy Analysis, Drafting Conclusions | **7** | JULY 21, 29 | | $1,120.00 |
| <span style="color:red">FEE WAIVER (PUERTO RICO)</span> | | | **0** | <span style="color:red">$0.00</span> |
| | US Hours | | PR Hours | |
| Net Hours @ $160/hr. | 28.00 | | 32.00 | $9,600.00 |
| Total Expenses (Air, Hotel, MIE; Meals, Parking, POV miles) | | | | $2,902.39 |

| | | | | |
|---|---|---|---|---|
| **Allowable Fee** | | | | **$12,502.39** |

### Travel Breakout

**Traveler: Donald S. Gosselin   - July 10 - 15**

| Expense | Unit Cost | Units | Column1 | Total |
|---|---|---|---|---|
| Airfare | $ 1,375.55 | 1 | $ - | $ 1,375.55 |
| Baggage | $ - | 1 | | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | $ - | 1 | | $ - |
| Ground Transportation (Parking) | $ 15.00 | 5 | | $ 75.00 |
| Ground Transportation (POV Mileage) | $ 0.625 | 95 | | $ 59.38 |
| Lodging | $ 167.00 | 4 | | $ 668.00 |
| Per Diem (Travel Days) | $ 86.25 | 2 | | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 3 | | $ 345.00 |
| Other: HOTEL TAX ($30.06 + 21.68/day) | $ 51.74 | 4 | | $ 206.96 |
| **Total** | | | | **$ 2,902.39** |

The undersigned, Donald S. Gosselin, Esq. certifies that the amount billed in this invoice is true and correct and corresponds to my duties as a Federal Monitor and related travel expenses.  I further certify that I have not received any income, compensation or payment for services from the Commonwealth of Puerto Rico or any of its departments or municipalities

*[signature]*

**Donald S. Gosselin, Esq.**
Principal, MBG North Corp
30-Jul-22

Case 3:12-cv-02039-FAB   Document 2130-8   Filed 08/11/22   Page 3 of 8

**From:** American Airlines no-reply@notify.email.aa.com
**Subject:** Your trip confirmation (PWM - SJU)
**Date:** June 24, 2022 at 16:03
**To:** GOSSELIN.INTL@gmail.com GOSSELIN.INTL@GMAIL.COM



# American Airlines



Issued: June 24, 2022

## Your trip confirmation and receipt

**Record Locator: HHJJKO**

We charged $1,375.55 to your card ending in 1398 for your ticket purchase.

You can check in via the American app 24 hours before your flight and get your mobile boarding pass. Get the app and save time at the airport.

[ Manage your trip ]

### Sunday, July 10, 2022

| PWM | | PHL | Seat: 10F |
|---|---|---|---|
| 4:05 PM | → | 5:40 PM | Class: Economy (M) |
| Portland | | Philadelphia | Meals: |

**AA 5195**

Operated by PSA AIRLINES as AMERICAN EAGLE

PHL    SJU    Seat:  14E

| PHL | | SJU | Seat: | 14I |
|---|---|---|---|---|
| 7:04 PM | → | 11:11 PM | Class: | Economy (M) |
| Philadelphia | | San Juan | Meals: | Food for purchase |

**AA 2294**

### Thursday, July 14, 2022

| SJU | | CLT | Seat: | 13D |
|---|---|---|---|---|
| 3:40 PM | → | 7:24 PM | Class: | Economy (H) |
| San Juan | | Charlotte | Meals: | Refreshment |

**AA 1852**

| CLT | | DCA | Seat: | 10D |
|---|---|---|---|---|
| 8:09 PM | → | 9:25 PM | Class: | Economy (H) |
| Charlotte | | Washington Reagan | Meals: | |

**AA 545**

| DCA | | PWM | Seat: | 15C |
|---|---|---|---|---|
| 10:05 PM | → | 11:45 PM | Class: | Economy (L) |
| Washington Reagan | | Portland | Meals: | |

**AA 4576**

Operated by REPUBLIC AIRWAYS as AMERICAN EAGLE

## Earn up to $400 Back

Plus 30,000 bonus miles. Apply by 7/13/2022.



Terms Apply.

Learn more

## Your purchase

**DONALD GOSSELIN**

AAdvantage® #: 32A6M16

| | |
|---|---|
| Main Cabin Extra (PWM-PHL)<br>Document #: 0010656768869 | $34.87 |
| New ticket<br>Ticket #: 0012437755667<br>[$1,273.58 + Taxes and fees $67.10] | $1,340.68 |
| **Total** | **$1,375.55** |

**Total cost** (all passengers) — $1,375.55

## Your payment

Credit Card (MasterCard ending 1398) — $1,375.55

**Total paid** — **$1,375.55**

## Bag information

Checked bags

**Airport**

1st bag          2nd bag



**SHERATON**
Puerto Rico Hotel & Casino

**INVOICE**

| | |
|---|---|
| ROOM | 1255 |
| ROOM TYPE | RBSZ |
| NO. OF GUESTS | 1 |
| RATE | 167 |
| CLERK | EJBAC112 |
| DATE | 07/14/22 |
| PAGE No. | 1 of 2 |
| REWARDS # | 839932555 |

Dr Donald Gosselin
12 Naomi St
Sebago ME 04029
United States

ARRIVE 07/10/22   TIME 11:39   DEPART 07/14/22   TIME 11:23   FOLIO# 3870363

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| 07/10/22 | Govt. / Military | | 167.00 |
| 07/10/22 | Destination Fee - 18% | | 30.06 |
| 07/10/22 | Room Occupancy Tax | | 21.68 |
| 07/11/22 | Lobby Lounge - Wine | | 9.00 |
| 07/11/22 | Tips - Lobby Lounge | | 3.96 |
| 07/11/22 | Lobby Lounge Sales Municipal Tax 1% - I | | 0.09 |
| 07/11/22 | Lobby Lounge Sales Tax 10.5%-IVU | | 0.95 |
| 07/11/22 | Govt. / Military | | 167.00 |
| 07/11/22 | Destination Fee - 18% | | 30.06 |
| 07/11/22 | Room Occupancy Tax | | 21.68 |
| 07/12/22 | Laundry / Valet Revenue - Dry Cleaning | | 18.60 |
| 07/12/22 | Sales State Tax 10.5% - IVU | | 1.95 |
| 07/12/22 | Sales Municipal Tax 1% - IVU | | 0.19 |
| 07/12/22 | Govt. / Military | | 167.00 |
| 07/12/22 | Destination Fee - 18% | | 30.06 |
| 07/12/22 | Room Occupancy Tax | | 21.68 |
| 07/13/22 | Govt. / Military | | 167.00 |
| 07/13/22 | Destination Fee - 18% | | 30.06 |
| 07/13/22 | Room Occupancy Tax | | 21.68 |
| 07/14/22 | Mastercard | | -909.70 |

For billing questions or concerns, please let us know at SheratonPR.Folio@sheraton.com



# SHERATON
Puerto Rico Hotel & Casino

**INVOICE**

| | |
|---|---|
| ROOM | 1255 |
| ROOM TYPE | RBSZ |
| NO. OF GUESTS | 1 |
| RATE | 167 |
| CLERK | EJBAC112 |
| DATE | 07/14/22 |
| PAGE No. | 2 of 2 |
| REWARDS # | 839932555 |

Dr Donald Gosselin
12 Naomi St
Sebago ME 04029
United States

ARRIVE 07/10/22  TIME 11:39  DEPART 07/14/22  TIME 11:23  FOLIO# 3870363

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| | | Balance USD | 0.00 |

For billing questions or concerns, please let us know at SheratonPR.Folio@sheraton.com

```
Portland Jetport Parking
1001 Westbrook St
Portland, ME. 04102
--------------------------------
07/15/2022        12:10 AM
--------------------------------
  TRANS - AD2E8D2
  MCC - DAAEB445
  PAYMENT - MASTER
--------------------------------
SUBTOTAL: $75.00
TAX:        $0.00
TOTAL:     $75.00

PLEASE COME AGAIN
THANK YOU
```