Al Youngs
5552 West Lakeridge Road
Lakewood, CO 80227

July 1 – July 31, 2022
Invoice No. 37
Member of Federal Monitor Team

| Date | Brief Description | Total Hours |
|---|---|---|
| 07/05 07/07 07/08 07/12 07/15 07/18 07/21 07/29 07/31 | Reviewed and responded to emails and conference calls for the month of July<br><br>From Members of the Monitor Team. | 6.0 Hours |
| 07/05 07/11 07/20 07/25 07/30 07/31 | Several meetings and phone calls with Monitor and Deputy Monitor. | 3.0 Hours |
| 07/05 | Submitted initial comments OG639 | 3.0 Hours |
| 07/11 | Zoom meeting with other team members reference meeting with the Reform Unit and presentation reference Performance Evaluations, ProMedia | 2.0 Hours |
| 07/17 | Reviewed feedback from paragraph 158 received from PRPB reference their participation in the Criminal Justice System. | 3.0 Hours |
| 07/17 | Reviewed Interboro Recruitment documents for examiners and steps to complete recruitment, recruitment brochure and strategic plan with Brian Dees | 1.0 Hours |
| 07/18 | Reviewed policy Protocol for Integrity Tests. | 3.0 Hours |
| 07/20 | Reviewed Inspection Division Manual and reviewed completed Inspections for future meeting with SARP in 2022 in preparation of receiving Annual Inspection Report. | 3.0 Hours |
| 07/21 | Reviewed draft of career developmental program, request for information and transition process of the Promotion Board. | 3.0 Hours |

| Date | Description | Hours |
|---|---|---|
| 07/21 | Reviewed CMR7 data request and formulated additional requests with David Levy and Samantha Rhinerson | 2.0 Hours |
| 07/22 | Submitted additional comments for OG639 | 3.0 Hours |
| 07/23 | Reviewed comments sent by PRPB, Monitor's Office, and DOJ reference plan to promote acting Supervisors. | 3.0 Hours |
| 07/24 | Reviewed additional personnel evaluations completed by Supervisors of their subordinates and personnel evaluation policy. | 3.0 Hours |
| 07/25 | Reviewed sample list of transferred and retired personnel submitted by PRPB | 2.0 Hours |
| 07/27 | Reviewed Supervision paragraphs | 2.0 Hours |
| 07/28 | Reviewed Professionalization CMR 3 and 5 | 5.0 Hours |
| 07/29 | Reviewed notes reference feedback given by the Monitor's Office and DOJ to the Federal Court; reference Supervision | 3.0 Hours |
| 7/30 | Reviewed comments sent by DOJ concerning performance evaluations. | 2.0 Hours |
| 7/30 | Reviewed V2A and proposed pilot plan for San Juan | 2.0 Hours |
| 7/30 | Reviewed Supervisor training records, performance evaluations, disciplinary records, and any SARP investigations. | 3.0 Hours |
| 7/30 | Reviewed Training records (PTMS) for the indicated random sample of sworn personnel. | 3.0 Hours |

**TOTAL HOURS: 60**

Billable Hours:   60 Hours at a Rate of $165.00 Per Hour = $9,900.00

**Total:          $9,900.00**

**TOTAL WAGES AND EXPENSE REIMBURSEMENT          $   9,900.00**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_Alan C. Young_
Signature

07/31/2022
Date