# Rafael Ruiz Consulting

**12 Crestshire Dr.**
**Lawrence, MA 01843**

**PHONE: 6177599156   stodgo1971@yahoo.com   12 Crestshire Dr.**

## INVOICE

INVOICE NUMBER:  2022-07
INVOICE DATE:  7/31/2022

Federal Police Monitor for PR
VIG Tower, PH-924
1225 Ponce De Leon Ave.
San Juan, PR 00907

RAFAEL E. RUIZ CONSULTING

| DATE | PROJECT | DESCRIPTION | QTY | RATE | AMOUNT |
|------|---------|-------------|-----|------|--------|
| | | PROJECT: FPM work from Home | | | |
| 7/5/2022 | FPM work from Home | FPM Team bi-weekly meeting | 1.00 | $165.00 | $165.00 |
| 7/18/2022 | FPM work from Home | FPM Team bi-weekly meeting | 1.50 | $165.00 | $247.50 |
| 7/18/2022 | FPM work from Home | Meeting w/Deputy FPM and Admin personnel | 0.50 | $165.00 | $82.50 |
| 7/20/2022 | FPM work from Home | FPM meeting with Office of Special Master | 1.00 | $165.00 | $165.00 |
| 7/21/2022 | FPM work from Home | Review/prep report on PRPB GO 100-107 | 2.00 | $165.00 | $330.00 |
| 7/25/2022 | FPM work from Home | Review/prep report on PPR-612.3 and "Right to Refuse Consent to Search" | 1.50 | $165.00 | $247.50 |
| 7/27/2022 | FPM work from Home | Review/prep report on PPR-612.3 and "Right to Refuse Consent to Search" | 2.00 | $165.00 | $330.00 |
| 7/28/2022 | FPM work from Home | Review/prep report on PRPB GO's 600-627 and 600-644 | 4.00 | $165.00 | $660.00 |
| 7/29/2022 | FPM work from Home | Prep/Add info to CMR-07 first draft | 5.00 | $165.00 | $825.00 |
| 7/31/2022 | FPM work from Home | Phone calls, emails, texts among FPM Team members | 1.50 | $165.00 | $247.50 |
| | | TOTAL: FPM work from Home | | | $3,300.00 |
| | | PROJECT: FPM work from PR (Site Visits) | | | |
| 7/11/2022 | FPM work from PR (Site Visits) | Site visit to PR- interviews | 8.00 | $165.00 | $1,320.00 |
| 7/12/2022 | FPM work from PR (Site Visits) | Site visit to PR- interviews | 8.00 | $165.00 | $1,320.00 |
| 7/13/2022 | FPM work from PR (Site Visits) | Site visit to PR- interviews | 8.00 | $165.00 | $1,320.00 |
| 7/14/2022 | FPM work from PR (Site Visits) | Site visit to PR- interviews | 5.00 | $165.00 | $825.00 |
| | | TOTAL: FPM work from PR (Site Visits) | | | $4,785.00 |
| | | PROJECT: FPM-PR Expenses | | | |

| DATE | PROJECT | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 7/10/2022 | FPM-PR Expenses | (Travel, hotel, and meals) Travel to/from airport/home; Ground transportation | 1.00 | $75.00 | $75.00 |
| 7/14/2022 | FPM-PR Expenses | (Travel, hotel, and meals) Travel to/from airport/home | 1.00 | $75.00 | $75.00 |
| 7/31/2022 | FPM-PR Expenses | (Travel, hotel, and meals) 4 nights hotel- | 1.00 | $566.40 | $566.40 |
| 7/31/2022 | FPM-PR Expenses | (Travel, hotel, and meals) Air travel to/from PR | 1.00 | $874.60 | $874.60 |
| | | TOTAL: FPM-PR Expenses | | | $1,591.00 |
| | | PROJECT: FPM-PRPB Per Diem Full Days Expenses | | | |
| 7/11/2022 | FPM-PRPB Per Diem Full Days Expenses | (Travel, hotel, and meals) Travel to/from PR; 4 nights hotel; 3 full-day meals- 7/11, 7/12, 7/13 | 3.00 | $115.00 | $345.00 |
| | | TOTAL: FPM-PRPB Per Diem Full Days Expenses | | | $345.00 |
| | | PROJECT: Per Diem Travel Days | | | |
| 7/31/2022 | Per Diem Travel Days | (Travel, hotel, and meals) Travel to/from PR; 4 nights hotel; 2 travel-day meals | 2.00 | $86.25 | $172.50 |
| | | TOTAL: Per Diem Travel Days | | | $172.50 |
| | | Total hours for this invoice | 49.00 | | |

| INVOICE BALANCE INFORMATION | |
|---|---|
| Total amount of this invoice | $10,193.50 |
| Current invoice balance | $10,193.50 |

## AMOUNT DUE ON THIS INVOICE: $10,193.50

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of the hours worked in my capacity as a member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_Rafael E. Ruiz_
Rafael E. Ruiz

Date: July 31, 2022



# Office of the Technical Compliance Advisor Travel Reimbursement Form

Enter all required information below to obtain travel reimbursement. If spending did not occur in a category, please leave the field blank. These fields will likely be used for one or more of the ground transportation options. The "Total" column of the table will update based on the information entered into the "Unit Cost" and "Units" columns. Receipts for airfare, lodging, ground transportation, and PCR Testing must be submitted with this form. Submit the Travel Reimbursement Form and accompanying receipts to Javier Gonzalez (Javier.benito@me.com) with the Federal Monitor (jrrjjr.romero@gmail.com) and/or his designee copied with your monthly invoice.

**Traveler Name: Rafael E. Ruiz**
**Travel Dates: 07/10/22 - 07/14/22**
**Purpose of Travel: Site visits, interviews of PRPB personnel**

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| **Airfare** | $ 874.60 | 1 | $ 874.60 |
| **Baggage** | $ 30.00 | | $ - |
| **Ground Transportation (Uber/Lyft/Taxi)** | $ 75.00 | 2 | $ 150.00 |
| **Ground Transportation (Parking)** | $ - | 5 | $ - |
| **Ground Transportation (Mileage)** | $ 0.56 | | $ - |
| **Lodging** | $ 141.60 | 4 | $ 566.40 |
| **Per Diem (Travel Days)** | $ 86.25 | 2 | $ 172.50 |
| **Per Diem (Full Days)** | $ 115.00 | 3 | $ 345.00 |
| **PCR Testing** | | | $ - |
| **Total** | | | $ 2,108.50 |

**COURTYARD**®
**Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Rafael Ruiz
12 Crestshire Dr
Lawrence MA 01843
United States

Room: 0501
Room Type: KSTE
No. of Guests:  1
Rate:  $   120.00  Clerk: 8

Marriott Rewards #    232084256

CRS Number  93493553

Name:

Arrive:   07-10-22          Time:  11:04 PM          Depart:  07-14-22          Folio Number:  701297

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 07-10-22 | Package | 120.00 | |
| 07-10-22 | Government Tax | 10.80 | |
| 07-10-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 07-11-22 | Comedor - Guest Charge | 2.00 | |
| 07-11-22 | Package | 120.00 | |
| 07-11-22 | Government Tax | 10.80 | |
| 07-11-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 07-12-22 | Comedor - Guest Charge | 6.21 | |
| 07-12-22 | Package | 120.00 | |
| 07-12-22 | Government Tax | 10.80 | |
| 07-12-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 07-13-22 | Comedor - Guest Charge | 3.00 | |
| 07-13-22 | Package | 120.00 | |
| 07-13-22 | Government Tax | 10.80 | |
| 07-13-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 07-14-22 | COMEDOR- Guest Charge (Breakfast) | 5.00 | |
| 07-14-22 | American Express | | 582.61 |
| | *Card #  XXXXXXXXXXX3007* | | |

**COURTYARD**®
**Marriott**®

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Rafael Ruiz
12 Crestshire Dr
Lawrence MA 01843
United States

Room: 0501
Room Type: KSTE
No. of Guests: 1
Rate: $ 120.00  Clerk: 8

Marriott Rewards #    232084256

CRS Number  93493553

Name:

Arrive:  07-10-22          Time:  11:04 PM          Depart:  07-14-22          Folio Number:  701297

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
|      |             | **Balance** | **0.00 USD** |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

From: JetBlue Reservations <jetblueairways@email.jetblue.com>
Subject: JetBlue booking confirmation  for RAFAEL ENRIQUE  RUIZ - JPLIAI
Date: June 28, 2022 at 9:58:42 PM EDT
To: stodgo1971@aol.com
Reply-To: JetBlue Reservations <reply@email.jetblue.com>

Check out the details for your trip on Sun, Jul 10

**| #3326688490**

# You're all set to jet.

And, your continued loyalty is what keeps us flying high. Thanks again for being a Mosaic member.

Please note: This is not your boarding pass.

**Your JetBlue confirmation code is**

## JPLIAI

# Change made easy.

Switch or cancel flights, add extras like
Even More Space or pets, update your
seat assignment, TrueBlue & KTN

seat assignment, TrueBlue & PNR
numbers, and other traveler details—all in
one place. Stay safe from fraud—use only
jetblue.com or the JetBlue app to switch
or cancel your flights.

**Manage trip**

You can also manage your trips by
downloading our free mobile app.

## Flights



**BOS**

Boston, MA
Sun, Jul 10
**Terminal:** C

| Date | Sun, Jul 10 |
|---|---|
| **Departs** | 6:15pm |
| **Arrives** | 10:19pm |
| **Flight** | 261 |

**BOS**



Boston, MA
Boston, MA

**Terminal:** A

| | |
|---|---|
| **Date** | Thu, Jul 14 |
| **Departs** | 4:00pm |
| **Arrives** | 8:02pm |
| **Flight** | 562 |

**If your booking was made at least 7 days in advance:** You may cancel it within 24 hours for a full refund to your original form of payment, without a cancellation fee.

**JetBlue Change/Cancel Policy:** There is no fee to change (or cancel) Blue, Blue Extra, Blue Plus or Mint fares. Blue Basic fares booked Jun 8 2021 - Aug 24 2021 and after Nov 1 2021 are subject to a change/cancel fee of $100 for travel wholly within the U.S., Caribbean, Mexico or Central America, or $200 for all other routes. There are no change/cancel fees for Blue Basic fares booked before Jun 8 2021 or between Aug 25 2021 - Oct 31 2021.

Fare difference may apply and funds may

## Payment Details

Master XXXXXXXXXXX9796
NONREF                                    $815.00

Taxes & fees                              $59.60

**Total:**                           **$874.60 USD**
Purchase Date: Jun 28, 2022

Request full receipt

# Plan the rest of your trip with Paisly.

Get deals on cars, stays & activities from the crew you love at JetBlue—all while earning TrueBlue points. Plus, helpful humans are standing by to make your trip totally hassle-free.

**ACCOUNT**



PR Ground transportation July 2022