INVOICE 0089 FOR PROFESSIONAL SERVICES; JULY 1, 2022, THROUGH JULY 31, 2022
RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC, 13932 SOUTH SPRINGS DR, CLIFTON VA 20124

TO:   Federal Monitor
      Puerto Rico Police Department Consent Decree

The invoice for professional services rendered by Crystal Reef LLC (Monitoring Core Team) for July 2022 is detailed as follows:

| Task Performed | US Hours | Dates | Billable Amount |
|---|---|---|---|
| Communications & Coordination - telcons and emails to/from Monitors, PRPB, USDOJ, Special Master, FMPR Logistics and planning for on-site visits, collaboration meetings, coordinate and reconcile schedules and travel planning, communication with Judge Besosa | 6.75 | July - 1,4,5,6, 9,13,14,16, 17,20,21,22, 26,27,30,31 | $1,113.75 |
| Teleconference Meetings (random, bi-weekly) with Monitors Office and Deputy Monitor. Review site visits, agenda, needed demonstrations and meetings/reviews with Parties | 2 | July - 5,6,7,8, 9,14,19 | $330.00 |
| IT Needs/Requirements assessment - multiple reviews of revisions to the draft contract. Review with Gartner, PRPB, FM, DepFM, Scope review with Gartner, dialog with Gartner Lead, planning and recruiting of PM support with Federal Monitor, edits to contract, Scope, SOW, roles, and responsibilities, review final contract and scope, phone, and email comm's with Gartner Project Manager, coordination for follow on meetings, project compliance monitor recruiting and search | 12.5 | July - 5,6,7,8,9, 14,19,20,21,22, 26,27,28,30 | $2,062.50 |
| Develop Compliance Matrix for monitoring of Gartner contract Execution - draft, revise, coordinate, manage | 5.75 | July - 21,22,24,27,29 | $948.75 |
| Meetings, Calls, emails, Teleconference with AH Datalytics, review AHD Plan to accelerate the Reform | 1.5 | July - 7,21 | $247.50 |
| Review, reconcile and re-baseline all PRPB provided data for responsiveness, validity, and relevance of data to requests from monitors within CMR's - 3,4,5,6 and 7 including responses 1.7.0, 1.7.1, 1.7.2, 1.7.3, 1.7.4, 1.7.5, 1.7.6, 1.7.8 | 30.25 | July - 9,10,12, 14,21,23,24,25, 26,27,28,29, 30,31 | $4,991.25 |
| Teleconference Mtg with Office of the Special Master - Assess Reforma | 1.25 | July - 19 | $206.25 |
| Net Hours @ $165/hr. | 60.00 | | $9,900.00 |
| Allowable Fee | | | $9,900.00 |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

INVOICE PRESENTED BY: _____ : Scott Cragg, Monitoring Core Team

1