**CORREA ACEVEDO & ABESADA LAW OFFICES, PSC**
Centro Internacional de Mercadeo - II
90 Carr. 165 Suite 407
Guaynabo, PRI 00968
USA

August 1, 2022
Invoice # 20043

**United States v. Commonwealth of Puerto Rico**
**Police Reform, Case No. 12-2039 (GAG)**

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/1/2022 | RAA | Review and respond to email from S. Lyon from Gartner. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review court order on motion for deposit of funds. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review and respond to multiple emails and telephone calls. | 1.80<br>225.00/hr | 405.00 |
| | RAA | Review email from S. Lyon with final contract. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Revise final contract.  Email final contract with changes to S. Lyon. | 0.50<br>225.00/hr | 112.50 |
| | RAA | Telephone calls from J. Romero. | 0.40<br>225.00/hr | 90.00 |
| 7/5/2022 | RAA | Review email from S. Rhinerson. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email from A. Del Carmen. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email from J. Vazquez. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Plan and prepare for team meeting today.  Appear and attend meeting. | 1.50<br>225.00/hr | 337.50 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/5/2022 | RAA | Prepare email to J. Kashare with comments to SOW. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Exchange of emails with J. Kashare and S. Cragg. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review email from L. Saucedo. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email from S. Rhinerson. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email from D. Rodriguez. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review court order re: OSM. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Telephone call from J. Romero. | 0.30<br>225.00/hr | 67.50 |
| 7/6/2022 | YMT | Translate Master Data Request 2022.07.06 | 5.20<br>150.00/hr | 780.00 |
| | RAA | Review and analyze email from J. Kashare with feedback on changes to SOW. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review and analyze email from S. Cragg with comments to feedback by J. Kashare. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review further email from J. Kashare. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email from L. Saucedo. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email from J. Kashare with updated and amended SOW. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review and analyze updated SOW. | 0.50<br>225.00/hr | 112.50 |
| | RAA | Review email from D. Levy. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review chart and data requests sent by D. Levy and subject to translation. | 0.40<br>225.00/hr | 90.00 |
| | RAA | Review email from R. Ruiz. | 0.10<br>225.00/hr | 22.50 |
| 7/7/2022 | YMT | Finished the translation of the Master Data Request 2022.07.06 | 2.50<br>150.00/hr | 375.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/7/2022 | RAA | Review email from S. Cragg. | 0.10 225.00/hr | 22.50 |
| | RAA | Plan and prepare for team meeting.  Appear and attend team meeting. | 0.90 225.00/hr | 202.50 |
| | RAA | Review notices filed by members of OSM. | 0.20 225.00/hr | 45.00 |
| | RAA | Review order approving notices. | 0.10 225.00/hr | 22.50 |
| | RAA | Review emails from reporter of Miami Herald to the parties. | 0.20 225.00/hr | 45.00 |
| | RAA | Review and respond to email inquiry from reporter. | 0.30 225.00/hr | 67.50 |
| | RAA | Revise data request translations. | 0.90 225.00/hr | 202.50 |
| | RAA | Review emails from D. Levy and D. Rodriguez. | 0.10 225.00/hr | 22.50 |
| | RAA | Review email from J. Vazquez. | 0.10 225.00/hr | 22.50 |
| | RAA | Telephone call from J. Romero. | 0.30 225.00/hr | 67.50 |
| | RAA | Review email from G. Loeffert. | 0.10 225.00/hr | 22.50 |
| | RAA | Preliminary review of document attached to said email. | 0.40 225.00/hr | 90.00 |
| 7/8/2022 | RAA | Review and respond to email from S. Cragg. | 0.20 225.00/hr | 45.00 |
| | RAA | Review and respond to emails from J. Romero and D. Rodriguez. | 0.20 225.00/hr | 45.00 |
| | RAA | Review emails from D. Levy and D. Rodriguez. | 0.20 225.00/hr | 45.00 |
| | RAA | Review emails from D. Levy and D. Rodriguez. | 0.30 225.00/hr | 67.50 |
| | RAA | Telephone call from J. Romero. | 0.30 225.00/hr | 67.50 |
| 7/10/2022 | RAA | Telephone call from J. Romero. | 0.30 225.00/hr | 67.50 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/11/2022 | RAA | Plan and prepare for meetings today.  Attend video meetings today.  Post meeting emails and calls with J. Romero. | 3.80<br>225.00/hr | 855.00 |
| | RAA | Review email from J. Kashare with finalized version of contract and SOW. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review finalized versions of contract and SOW. | 0.50<br>225.00/hr | 112.50 |
| | SL | Assist in meeting preparations. | 0.50<br>90.00/hr | 45.00 |
| 7/12/2022 | RAA | Plan and prepare for various meetings today.  Appear and attend meetings. | 3.50<br>225.00/hr | 787.50 |
| | RAA | Emails with L. Saucedo, G. Penagarícano, and D. Rodriguez. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Calls with J. Romero. | 0.40<br>225.00/hr | 90.00 |
| | SL | Assist in meeting preparations. | 0.50<br>90.00/hr | 45.00 |
| 7/13/2022 | RAA | Emails and calls with J. Romero, counsel for PRPB and USDOJ. | 0.60<br>225.00/hr | 135.00 |
| | RAA | Review and analyze list of expenditures asserted to be not reform related. | 1.50<br>225.00/hr | 337.50 |
| | RAA | Emails and calls related to contract execution re: Gartner. | 0.40<br>225.00/hr | 90.00 |
| | RAA | Review emails from J. Romero and D. Rodriguez. | 0.20<br>225.00/hr | 45.00 |
| 7/14/2022 | RAA | Emails and calls with J. Romero. | 0.40<br>225.00/hr | 90.00 |
| | RAA | Review and respond to email from D. Rodriguez. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review and respond to electronic communications from D. Rodriguez and J. Romero. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review and respond to email from C. Camara. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review and respond to emails from J. Kashare. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Revisions to memo prepared by J. Romero. | 0.40<br>225.00/hr | 90.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/14/2022 | RAA | Plan and prepare for meetings.  Appear and attend meetings today. | 3.90<br>225.00/hr | 877.50 |
| | RAA | Emails with Gartner and our team. | 0.40<br>225.00/hr | 90.00 |
| | SL | Assist in meeting preparations. | 0.50<br>90.00/hr | 45.00 |
| 7/15/2022 | RAA | Review email from PRPB regarding document production. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review motion submitting response to CMR-6. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review motion to restrict. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review motion for leave to file Spanish document. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review order re: special master funds. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review order on motion submitting. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review order on motion to restrict. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review order on motion for leave. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review and respond to electronic communications from J. Romero and D. Rodriguez. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Email to J. Romero and D. Rodriguez with PRPB's response to CMR-6. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review and respond email inquiry from counsel of FOMB. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Preliminary review of PRPB's response to CMR-6. | 0.90<br>225.00/hr | 202.50 |
| | RAA | Telephone call from J. Romero. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review email from Y. Acevedo from PRPB. | 0.10<br>225.00/hr | 22.50 |
| | SL | Assist in review of response to CMR-6. | 0.50<br>90.00/hr | 45.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/18/2022 YMT | | Prepare and file motion for disbursement of funds. | 0.60<br>150.00/hr | 90.00 |
| | RAA | Telephone call from J. Gonzalez. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Plan and prepare for meeting today with team.  Attend team meeting. | 2.20<br>225.00/hr | 495.00 |
| | RAA | Review email from L. Saucedo to feedback on PRPB reform related expenses and questions.  Reexamination of PRPB's spreadsheet. | 0.40<br>225.00/hr | 90.00 |
| | RAA | Review emails from D. Rodriguez and J. Romero. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Revise memo sent by D. Rodriguez and provide comments. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review email from D. Rodriguez. | 0.10<br>225.00/hr | 22.50 |
| 7/19/2022 RAA | | Plan and prepare for various meetings today.  Appear and attend meetings. | 4.70<br>225.00/hr | 1,057.50 |
| | RAA | Review motion for extension of time and order thereof. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Prepare informative motion in compliance with order at docket 2037. | 0.90<br>225.00/hr | 202.50 |
| | RAA | Call with J. Romero and D. Rodriguez regarding informative motion. Modify informative motion after receiving their feedback. | 0.40<br>225.00/hr | 90.00 |
| | RAA | Review email from D. Rodriguez. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email from L. Saucedo. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Telephone call from J. Romero. | 0.30<br>225.00/hr | 67.50 |
| 7/20/2022 RAA | | Telephone call from J. Romero. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review emails from D. Rodriguez and S. Cragg.  Review scope of work of PM. | 0.40<br>225.00/hr | 90.00 |
| | RAA | Plan and prepare for meeting with Gartner.  Appear and attend meeting. Review related emails and critical path analysis. | 1.70<br>225.00/hr | 382.50 |
| | RAA | Telephone call from counsel of FOMB.  Email to monitor regarding the same.  Review and respond to email inquiry from J. Romero. | 0.60<br>225.00/hr | 135.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/20/2022 | RAA | Emails with J. Kashare and J. Romero. | 0.30<br>225.00/hr | 67.50 |
| | SL | Assist in preparation of meetings. | 0.50<br>90.00/hr | 45.00 |
| 7/21/2022 | RAA | Plan and prepare for meeting today.  Appear and attend meeting. | 1.10<br>225.00/hr | 247.50 |
| | RAA | Telephone call with L. Saucedo regarding motion to be filed tomorrow. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review email from D. Rodriguez. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Revise updated draft of scope of work of IT PM. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review email from J. Gonzalez. | 0.10<br>225.00/hr | 22.50 |
| 7/22/2022 | RAA | Review email from J. Gonzalez. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email from R. Watkins. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Telephone call from J. Romero. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Preparation of motion in compliance with court order. | 1.50<br>225.00/hr | 337.50 |
| | RAA | Review email from L. Hidalgo. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review and respond to email inquiry from A. Del Carmen. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review and respond to email from D. Rodriguez. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review email from L. Hidalgo. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Telephone call to counsel of FOMB. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review email from G. Loeffert with agenda.  Review agenda. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Telephone calls and emails from J. Romero. | 0.30<br>225.00/hr | 67.50 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/22/2022 | RAA | Review and respond to electronic communication from L. Saucedo. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Telephone call from counsel of FOMB. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Telephone call to L. Saucedo. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Telephone call from J. Romero. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review and analyze new DSP executive order. | 0.50<br>225.00/hr | 112.50 |
| | RAA | Review and analyze comments by USDOJ to executive order. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Exchange of emails with J. Romero regarding the same. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review and respond to email from D. Rodriguez. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review and analyze motions filed by USDOJ and PRPB. | 0.50<br>225.00/hr | 112.50 |
| | RAA | Finalize and electronically file motion in compliance. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Emails to monitor with the motions filed by the parties and our motion. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Email with analysis to J. Romero re: paragraph 229 and new executive order. | 0.30<br>225.00/hr | 67.50 |
| | SL | Review and analyze executive order and research if it conforms with reform agreement | 0.50<br>90.00/hr | 45.00 |
| 7/25/2022 | RAA | Review and respond to email from J. Romero. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review email from S. Rhinerson. | 0.10<br>225.00/hr | 22.50 |
| 7/26/2022 | RAA | Review emails from S. Rhinerson. Review agenda. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review email from L. Saucedo. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review notice filed by Special Master. | 0.10<br>225.00/hr | 22.50 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/26/2022 | RAA | Telephone call from counsel of FOMB. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Plan and prepare for meeting with FOMB and special master.  Appear and attend meeting. | 1.60<br>225.00/hr | 360.00 |
| | RAA | Post meeting conference call with J. Romero and L. Hidalgo. | 0.40<br>225.00/hr | 90.00 |
| | RAA | Review order granting motion for disbursement of funds. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Telephone call from J. Romero. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review email from J. Romero. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email from M. Serrano. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review order on informative motion regarding compliance with order at docket 2037. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email from L. Hidalgo with summary of today's meeting with FOMB. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review summary and cross check with notes. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Email to L. Hidalgo with comments on summary. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review emails from J. Romero. | 0.20<br>225.00/hr | 45.00 |
| 7/27/2022 | RAA | Review email from L. Hidalgo with new revised summary.  Revise summary. Email comments. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review email from S. Cragg. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review emails from J. Romero and D. Rodriguez. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review and respond to emails from D. Rodriguez. | 0.40<br>225.00/hr | 90.00 |
| | RAA | Email to counsel of record. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review emails from S. Rhinerson and J. Romero. | 0.20<br>225.00/hr | 45.00 |

United States v. Commonwealth of Puerto Rico
Police Reform, Case No. 12-2039 (GAG)
Case 3:12-cv-02039-FAB   Document 2130-12   Filed 08/11/22   Page 10 of 12

Page    10

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/27/2022 | RAA | Review and analyze court docket to prepare motion in compliance with order, including reform agreement. | 0.50<br>225.00/hr | 112.50 |
| | RAA | Review and analyze defendants' response to CMR-6. | 0.70<br>225.00/hr | 157.50 |
| | RAA | Prepare motion in compliance with order. | 1.80<br>225.00/hr | 405.00 |
| | RAA | Email draft motion to monitors for approval. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email from D. Rodriguez. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email from L. Saucedo. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email from J. Romero. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Finalize and electronically file motion. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Email filed motion to monitors. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email from S. Rhinerson. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email from J. Romero. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email from E. Guardiola with enclosure. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review and analyze enclosure. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review email from A. Del Carmen. | 0.10<br>225.00/hr | 22.50 |
| 7/28/2022 | RAA | Review and respond to electronic communication from J. Romero. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review email from Captain Figueroa. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review emails from L. Saucedo and A. Del Carmen. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review emails from S. Cragg and D. Rodriguez. | 0.20<br>225.00/hr | 45.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/28/2022 | RAA | Review notices filed by special masters. | 0.20 225.00/hr | 45.00 |
| | RAA | Plan and prepare for meetings today.  Appear and attend various meetings today. | 5.30 225.00/hr | 1,192.50 |
| | RAA | Review email from S. Cragg. | 0.10 225.00/hr | 22.50 |
| | RAA | Review and analyze response by USDOJ to PRPB's motion regarding CMR-6. | 0.40 225.00/hr | 90.00 |
| | RAA | Email response to monitors. | 0.10 225.00/hr | 22.50 |
| | RAA | Review emails from J. Romero, D. Rodriguez, A. Garffer, and A. Del Carmen. | 0.30 225.00/hr | 67.50 |
| | RAA | Review emails from J. Gonzalez and D. Rodriguez. | 0.20 225.00/hr | 45.00 |
| 7/29/2022 | RAA | Review email from A. Del Carmen. | 0.10 225.00/hr | 22.50 |
| | RAA | Review emails from D. Rodriguez and J. Romero. | 0.20 225.00/hr | 45.00 |
| | RAA | Telephone call from J. Romero. | 0.30 225.00/hr | 67.50 |
| | RAA | Review and respond to electronic communications from J. Romero. | 0.20 225.00/hr | 45.00 |
| | RAA | Review and analyze promotions protocol. | 0.40 225.00/hr | 90.00 |
| | RAA | Review and analyze former promotions protocol. | 0.30 225.00/hr | 67.50 |
| | RAA | Review emails from D. Rodriguez and S. Rhinerson. | 0.20 225.00/hr | 45.00 |
| | RAA | Review emails from J. Castillo and A. Del Carmen. | 0.20 225.00/hr | 45.00 |
| | RAA | Telephone call from L. Hidalgo. | 0.30 225.00/hr | 67.50 |
| | RAA | Review order related to docket 2108. | 0.10 225.00/hr | 22.50 |
| | RAA | Review orders related to dockets 2098, 2099 and 2100. | 0.20 225.00/hr | 45.00 |

United States v. Commonwealth of Puerto Rico
Police Reform, Case No. 12-2039 (GAG)
Case 3:12-cv-02039-GAG   Document 2130-12   Filed 08/11/22   Page 12 of 12

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/29/2022 | RAA | Review orders related to dockets 2098, 2099 and 2100. | 0.20 225.00/hr | 45.00 |
| | RAA | Review order related to docket 2014. | 0.10 225.00/hr | 22.50 |
| | RAA | Review email from A. Del Carmen. | 0.10 225.00/hr | 22.50 |
| | RAA | Review motion in compliance with order filed by PRPB. | 0.10 225.00/hr | 22.50 |
| | RAA | Review and analyze exhibits enclosed to motion in compliance with order. | 0.80 225.00/hr | 180.00 |
| | RAA | Review motion to restrict. | 0.10 225.00/hr | 22.50 |
| | RAA | Review motion for leave to file documents in Spanish. | 0.10 225.00/hr | 22.50 |
| | RAA | Email monitors motion in compliance with order and exhibits. | 0.10 225.00/hr | 22.50 |
| | RAA | Telephone call from J. Romero. | 0.30 225.00/hr | 67.50 |
| 7/31/2022 | RAA | Review and respond to email from J. Romero. | 0.20 225.00/hr | 45.00 |
| | RAA | Review email from J. Gonzalez. | 0.10 225.00/hr | 22.50 |
| | RAA | Review email from D. Rodriguez. | 0.10 225.00/hr | 22.50 |
| | RAA | Review several emails exchanged between L. Saucedo and J. Romero. | 0.30 225.00/hr | 67.50 |
| | | **For professional services rendered** | **88.10** | **$18,795.00** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Roberto Abesada Agüet | 76.80 | 225.00 | $17,280.00 |
| Stephanie Leon | 3.00 | 90.00 | $270.00 |
| Yesenia Medina Torres | 8.30 | 150.00 | $1,245.00 |

WE HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN OUR CAPACITY AS THE FIRM SERVING AS GENERAL COUNSEL OF THE FEDERAL MONITOR'S OFFICE. WE FURTHER CERTIFY THAT WE HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH OF PUERTO RICO, OR ANY OF ITS DEPARTMENTS, MUNICIPALITIES OR AGENCIES.