# INVOICE

M. Serrano LLC

22 Chalets de Santa Maria  
San Juan, P.R. 00927  
(787) 940-3090

**BILL TO:**  
**Office of the FPMPR, LLC**  
VIG Tower, PH 924  
1225 Ponce de Leon Avenue  
San Juan, P.R. 00907

DATE: 7/31/2022  
INVOICE #: 202207  
FOR: FPMPR/TCA

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Zoom calls/Team meetings: | 2.50 | $160.00 | $ 400.00 |
| emails-texts/phone calls: John, Denise, Al, Denise, Sam, Dave, CIC-Milagros Catala, Claudia | 2.50 | $160.00 | $ 400.00 |
| 7/07/2022: Status conference Community invite draft. | 0.50 | $160.00 | $80.00 |
| 07/07/2022: Consulates' meetings: interviews questions (draft) | 0.50 | $160.00 | $80.00 |
| 07/11/2022: PRPB meeting/ProMedia Demo./Global Tracking Demo. | 4.50 | $160.00 | $720.00 |
| 07/19/2022: PRPB Interviews | 6.00 | $160.00 | $ 960.00 |
| 07/21/2022: CIC Interviews | 8.00 | $160.00 | $ 1,280.00 |
| 07/23/2022: Talking points in prep for meeting with Denise: Addtl. Data request for CMR7 per method.-p/par./timeline/Aug site visit contacts/Status conf. comm. invite | 1.00 | $160.00 | $ 160.00 |
| 07/27/2022: OG805, PPR 805.1, PRPB memo review/recommendations/additional comments/annotations & email to parties | 1.50 | $160.00 | $240.00 |
| 07/28/2022: Meeting with Dave & Sam (Data requests and August site visit for CMR7 interviews cont.) | 1.00 | $160.00 | $160.00 |
|  |  |  | $ - |
|  |  |  | $ - |
|  |  |  |  |
| Sum | 28.00 |  | $ 4,480.00 |
|  |  | **TOTAL** | **$4,480.00** |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities, or agencies.

Merangelie Serrano-Rios