# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@outlook.com | 550 Amsonia Circle Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2022-07
**DATE:** July 31, 2022

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 7/01/2022 | 0.5 hour of policy review | 0.5 | $100.00 | $50.00 |
| 7/05/2022 | 2.0 hours of bi-weekly team call and 253 planning | 2.0 | $100.00 | $200.00 |
| 7/08/2022 | 1.0 hour of travel planning and report template instructions | 1.0 | $100.00 | $100.00 |
| 7/11/2022 | 3.0 hours of team call, IT demos, and travel planning | 3.0 | $100.00 | $300.00 |
| 7/12/2022 | 1.0 hour of travel planning and talking points update | 1.0 | $100.00 | $100.00 |

**AMOUNT DUE**     **SEE THIRD PAGE**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@outlook.com | 550 Amsonia Circle Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2022-07
**DATE:** July 31, 2022

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 7/13/2022 | 3.5 hours of call with Denise and compliance review | 3.5 | $100.00 | $350.00 |
| 7/14/2022 | 2.0 hours of training compliance and travel planning | 2.0 | $100.00 | $200.00 |
| 7/18/2022 | 2.5 hours of team calls and training compliance review | 2.5 | $100.00 | $250.00 |
| 7/21/2022 | 2.0 hours of team calls and policy review | 2.0 | $100.00 | $200.00 |
| 7/22/2022 | 2.5 hours of check-in with Denise, policy review, and table drafting | 2.5 | $100.00 | $250.00 |

**AMOUNT DUE**  **SEE THIRD PAGE**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@outlook.com | 550 Amsonia Circle
Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2022-07
**DATE:** July 31, 2022

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 7/28/2022 | 2.0 hours of worksheet development and travel planning | 2.0 | $100.00 | $200.00 |
| 7/29/2022 | 1.0 hour of meeting with John and newsletter review | 1.0 | $100.00 | $100.00 |

**AMOUNT DUE**     $2,300.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.