**Office of the FPMPR LLC**

VIG Tower, PH – 924

1225 Ave. Juan Ponce de Leon

San Juan, PR 00907
**Name:** Claudia Cámara-León
**Supervisor:** Javier Gonzales, Esq.

## Work Timesheet (July 2022)

| Date | Task | Total Hours |
|---|---|---|
| **July 1, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| **July 5 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| **July 6, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| **July 7, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| **July 8, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| **July 11, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. Helped the team in the office. | 7.0 |
| **July 12, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. Helped the team in the office. | 7.0 |
| **July 13, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. Helped the team in the office. | 7.0 |

| Date | Task | Total Hours |
|---|---|---:|
| **July 14, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. Helped the team in the office. | 7.0 |
| **July 15, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. Worked on policy memos. | 7.0 |
| **July 18, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. Worked on policy memos. | 7.0 |
| **July 19, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. Worked on policy memos. | 7.0 |
| **July 20, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. Worked on policy memos. | 7.0 |
| **July 21, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. Worked on policy memos. | 7.0 |
| **July 22, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. Worked on policy memos. | 7.0 |
| **July 25 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. Worked on policy memos. | 7.0 |
| **July 26, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. Worked on policy memos and newsletter. | 7.0 |

| July 27, 2022 | Present at the office during working hours. Office duties: taking calls and checking voicemails. Worked on policy memos and newsletter. | 7.0 |
| July 28, 2022 | Present at the office during working hours. Office duties: taking calls and checking voicemails. Took meeting notes, worked on policy memos, newsletter, etc. | 7.0 |
| July 29, 2022 | Present at the office during working hours. Office duties: taking calls and checking voicemails. Worked on policy memos and newsletter. | 7.0 |

**Total, 140 hours for $20 = $2,800**

I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Signature,
Claudia S. Cámara León

_____