# Manuel A. Arroyo Rivera

P.o Box 8925 Santurce Puerto Rico 00910     Cel 787-364-8925

Email marroyorivera20@gmail.com

Invoice  Month July 2022                                                                            Invoice #022

Federal Police Monitor   San Juan, PR

| Date | description | Hour | Rate | Amount |
|---|---|---|---|---|
| July 6  2022 | pick up check and deposit it | 2 | $20 | $40.00 |
| July  7  2022 | pick up boxes in the office and take Javier | 2 | $20 | $40.00 |
| July 10  2022 | pick up the staff from the office to the airport and take them to the hotel. | 12 | $20 | $240.00 |
| july 11 2022 | pick up the monitor and take it to different meetings of the day | 10 | $20 | $200.00 |
| july 12 2022 | pick up the monitor and take it to different meetings of the day | 10 | $20 | $200.00 |
| july 13 2022 | pick up staff from office to hotel and take them to airport | 9 | $20 | $180.00 |
| July 14 2022 | collect boxes and documents at the office and deliver to Javier, collect check at the federal court and deliver to accountant | 10 | $20 | $200.00 |
| July 15 2022 | take the monitor and office staff to the airport | 4 | $20 | $80.00 |
|  |  | 59 | $20 | Total $1,180.00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |