Hipolito Castro Jr
64 Mustang Drive
Monroe, CT 06468

INVOICE #PR007-2022
DATE: July 31, 2022

**Dates of service: July 1 – July 31, 2022**          **TOTAL $9,707.69**

**The following is a detailed statement of the hours worked:**

-FPM Team meetings Zoom 07/4 and 7/18.  **3 hrs.**

-Zoom meetings with Monitor's deputy 07/4 and 07/18. **1hr.**

-Calls, emails and Zoom with team members and police officers. 7/01 to 7/31 2022.  **5 hrs.**

-Supervision and management Interview/summary writings. 07/19, 1 hour, 7/20, 1 hour and 7/25, 1 hour.                                              **3 hrs.**

-Review of PRPB responses, review of methodology and data in preparation for CMR-7.   7/22, 1 hour, 7/26, 1 hour, 7/27, 1 hour, 7/20, 1.5 hours,  7/30, 1.5 hours.

                                                                                                                **6 hrs.**

**TRAVEL:  07/10/2022 to 07/15/2022**

**07/10/2022**

- Arrived and checked in hotel.

**07/11/2022**

-Meeting with Reform at PRPB HQ. **4 hrs.**
-Supervision and management interviews at PRPB HQ.  **3 hrs.**
-Meeting with LT. Col. Caseres at PRPB HQ.  **1 hr.**

**07/12/2022**

-Supervision and management interviews at Monitor's Office. **8 hrs.**

**07/13/2022**

-Field visit to Bayamon
-Supervision and Management interviews. **8 hrs**.

**07/14/2022**

- Supervision and management interviews. **8 hrs**.

**07/15/2022**

- Checked out of hotel.

**Expenses due to travel: $2,207.69**

**Billable Hours:** 50 HOURS, at rate of $150 per hour = **$7,500.00**

I hereby certify that the amount billed in this invoice is true and correct and corresponds to the number of hours worked in my capacity as support staff to the Federal Monitor's Office. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*[signature]*

Hipolito Castro Jr                                           Date: July 31, 2022

# Office of the TCA - Travel Reimbursement Form

Traveler Name: Hipolito Castro Jr
Every One
Travel days  July 10, 2022 to July 15, 2022
Purpose of Travel: On-Site  Site visit

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 589.60 | 1 | $ 589.60 |
| Baggage | $ 30.00 | 2 | $ 60.00 |
| Ground Transportation (Uber/Lyft/Taxi) | | | $ - |
| Ground Transportation (Parking) | $ 21.00 | 6 | $ 126.00 |
| Ground Transportation (Mileage) | $ 62.50 | 114 | $ 71.25 |
| Lodging | $ 141.60 | 5 | $ 708.00 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 4 | $ 460.00 |
| tolls | $ 10.17 | 2 | $ 20.34 |
| Total | | | $ 2,207.69 |

7/6/22, 3:45 PM — JetBlue booking confirmation for HIPOLITO — ...

Case 3:12-cv-02039-FAB   Document 2130-20   Filed 08/11/22   Page 4 of 11

| | | | |
|---|---|---|---|
| **JFK** <br> New York, NY <br> **Terminal:** 5 | **SJU** <br> San Juan, PR | **Date** <br> **Departs** <br> **Arrives** <br> **Flight** | Sun, Jul 10 <br> 4:59pm <br> 8:54pm <br> 703 |

**jetBlue**

| | | | |
|---|---|---|---|
| **SJU** <br> San Juan, PR <br> **Terminal:** A | **JFK** <br> New York, NY | **Date** <br> **Departs** <br> **Arrives** <br> **Flight** | Wed, Jul 20 <br> 10:09am <br> 2:06pm <br> 1604 |

**jetBlue**

**If your booking was made at least 7 days in advance:** You may cancel it within 24 hours for a full refund to your original form of payment, without a cancellation fee.

**JetBlue Change/Cancel Policy:** There is no fee to change (or cancel) Blue, Blue Extra, Blue Plus or Mint fares. Blue Basic fares booked Jun 8 2021 - Aug 24 2021 and after Nov 1 2021 are subject to a change/cancel fee of $100 for travel wholly within the U.S., Caribbean, Mexico or Central America, or $200 for all other routes. There are no change/cancel fees for Blue Basic fares booked before Jun 8 2021 or between Aug 25 2021 - Oct 31 2021.

Fare difference may apply and funds may be issued as a JetBlue Travel Bank credit, valid for 12 months on any JetBlue-operated flight. Same-day switches may be made without a fare difference for $75. Click here for details on our change and cancel policies.

## Traveler Details

**HIPOLITO CASTRO JR**

**Frequent Flier:** B6 8004596105
**Ticket number:** 2792197151389

**JFK - SJU:**
**Fare:** Blue
**Carry-on bags:** One (1) carry-on bag and one (1)

personal item included in your fare.

**Checked bags:** No checked bags included in your fare. You've added one (1). As a reminder, up to one (1) additional checked bag may be added in advance here. If you need to check more than two bags, these can only be added at the ticket counter on your day of travel, and other baggage restrictions may apply.

**Seat:** 15C

**SJU - JFK:**

**Fare:** Blue

**Carry-on bags:** One (1) carry-on bag and one (1) personal item included in your fare.

**Checked bags:** No checked bags included in your fare. You've added one (1). As a reminder, up to one (1) additional checked bag may be added in advance here. If you need to check more than two bags, these can only be added at the ticket counter on your day of travel, and other baggage restrictions may apply.

**Seat:** 7C



Get up to 7" more legroom, a fast lane to the TSA checkpoint (select cities), and early boarding—all the better to nab that overhead bin.

**Add Even More Space ▶**

## Payment Details

| | | |
|---|---|---|
| Amex XXXXXXXXXXXX1006 | NONREF | $530.00 |
| | Bags | $60.00 |
| | Taxes & fees | $59.60 |

**Total:** **$649.60 USD**

Purchase Date: Jul 3, 2022

Request full receipt



# Plan the rest of your trip with Paisly.

Get deals on cars, stays & activities from the crew you love at JetBlue—all while earning TrueBlue points. Plus, helpful humans are standing by to make your trip totally hassle-free.

**Unlock offers**

Flight Tracker  |  Bag Info  |  Airport Info

# Stay Connected

 Download the JetBlue Mobile App

   

Help

Business Travel

Privacy

About JetBlue

*Based on avg. fleet-wide seat pitch of U.S. airlines.

CUSTOMER CONCERNS
Have a question or concern? Contact us at jetblue.com/contact-us. Or mail us at JetBlue 27-01 Queens Plaza North, Long Island City, NY 11101.

NOTICE OF INCORPORATED TERMS
All travel on JetBlue is subject to JetBlue's Contract of Carriage, the full terms of which are incorporated herein by reference, including but not restricted to: (i) Limits on JetBlue's liability for personal injury or death, and for loss, damage, or delay of goods and baggage, including special rules for fragile and perishable goods; (ii) Claims restrictions, including time periods within which



```
      JFK AIRPORT
    LONG TERM PARKING

  EXIT                      908
  RECEIPT:                78927
  PERSONELL:                  0
  TRANSACTION:                0
  EZPass
  NO:            KAP0XXXXXX2473
  CC VALID       12/30
  SNR:           03 009 0982473
  EXPIRES:       07.10.27 23:59
  IN:            07.10.22 14:34
  ENTRY:         07.20.22 14:53
  P.AT:          HOURLY TICKET
  FEE:                210.00 USD
  PAID:               210.00 USD
  ---------------------
  NET:                210.00 USD
  GST  0%               0.00 USD
  CAR:                   SA12704
  10T 0:19
      TAXES INCLUDED
      THANK YOU FOR
       PARKING AT
       JFK AIRPORT
     HAVE A SAFE TRIP
```

*Handwritten annotations:* 6 days × 21.00 = 126.00

126.00

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Hipolito Castro
64 Mustang Dr
Monroe CT 06468
United States

Room: 0314
Room Type: EKNG
No. of Guests: 1
Rate: $ 120.00  Clerk: 8

Marriott Rewards #   214246771

CRS Number  70919027

Name:

Arrive:  07-10-22          Time:  10:12 PM          Depart:  07-15-22          Folio Number:  700489

| Date | Description | Charges | Credits |
|---|---|---|---|
| 07-10-22 | The Market - Food | 1.35 | |
| 07-10-22 | SALES TAX- 10.5% State | 0.14 | |
| 07-10-22 | SALES TAX- 1% Municipality | 0.01 | |
| 07-10-22 | The Market - Food | 1.79 | |
| 07-10-22 | SALES TAX- 10.5% State | 0.19 | |
| 07-10-22 | SALES TAX- 1% Municipality | 0.02 | |
| 07-10-22 | The Market - Food | 0.90 | |
| 07-10-22 | SALES TAX- 10.5% State | 0.09 | |
| 07-10-22 | SALES TAX- 1% Municipality | 0.01 | |
| 07-10-22 | The Market - Beverage | 1.79 | |
| 07-10-22 | SALES TAX- 10.5% State | 0.19 | |
| 07-10-22 | SALES TAX- 1% Municipality | 0.02 | |
| 07-10-22 | Package | 120.00 | |
| 07-10-22 | Government Tax | 10.80 | |
| 07-10-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 07-11-22 | COMEDOR- Guest Charge (Breakfast) | 4.02 | |
| 07-11-22 | Package | 120.00 | |
| 07-11-22 | Government Tax | 10.80 | |
| 07-11-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 07-12-22 | COMEDOR- Guest Charge (Breakfast) | 4.02 | |
| 07-12-22 | Package | 120.00 | |
| 07-12-22 | Government Tax | 10.80 | |
| 07-12-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 07-13-22 | COMEDOR- Guest Charge (Breakfast) | 4.02 | |
| 07-13-22 | Package | 120.00 | |
| 07-13-22 | Government Tax | 10.80 | |

**COURTYARD® Marriott.**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Hipolito Castro
64 Mustang Dr
Monroe CT 06468
United States

Room: 0314
Room Type: EKNG
No. of Guests: 1
Rate:  $  120.00   Clerk: 8

Marriott Rewards #   214246771

CRS Number   70919027

Name:

Arrive:   07-10-22          Time:   10:12 PM          Depart:  07-15-22          Folio Number:  700489

| Date | Description | Charges | Credits |
|---|---|---|---|
| 07-13-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 07-14-22 | COMEDOR- Guest Charge (Breakfast) | 4.02 | |
| 07-14-22 | Package | 120.00 | |
| 07-14-22 | Government Tax | 10.80 | |
| 07-14-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 07-15-22 | COMEDOR- Guest Charge (Breakfast) | 4.02 | |
| 07-15-22 | American Express | | 734.60 |
| | Card # XXXXXXXXXXX1006 | | |

*handwritten:* − 26.60

Balance     0.00 USD

*handwritten:* 708.00

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

## E-ZPass® Payment Receipt for 07/10/2022

Account Number : 2000175180885
Transaction Date : 07/10/2022
Transaction Id : 115662302767
Transaction Amount : ($10.17)
Payment Type : ETC

## E-ZPass® Payment Receipt for 07/20/2022

Account Number : 2000175180885
Transaction Date : 07/20/2022
Transaction Id : 115687531101
Transaction Amount : ($10.17)
Payment Type : ETC