## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** **Plaintiff** v. **PUERTO RICO POLICE DEPARTMENT and COMMONWEALTH OF PUERTO RICO,** **Defendants.** | **CIVIL NO. 12-cv-2039 (GAG)** |

### MOTION TO RESTRICT

**MAY IT PLEASE THE COURT:**

COME NOW, Codefendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau ("PRPB"), through the undersigned attorneys, and very respectfully state and pray:

1. The Commonwealth filed yesterday a motion with two exhibits in restricted mode at ECF No. 2131, as directed by the Court and in accordance with Standing Order No. 9, Amendment to the Restricted Filing and Viewing Levels Module, Misc. No. 03-149 (Jan. 30, 2013).

2. The Commonwealth seeks to restrict the motion because it pertains to matters that are restricted presently.

**WHEREFORE**, Defendant Commonwealth of Puerto Rico respectfully requests this Honorable Court to take notice of the above and grants this request to restrict the motion and exhibits filed at Docket 2131.

**WE HEREBY CERTIFY** that on this same date, the forgoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel for Plaintiff and all participants of record.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico on this 16th day of August, 2022.

                                          S/ GABRIEL A. PEÑAGARÍCANO
                                          USDC PR: 212911
                                          gpenagaricano@me.com

                                          s/Rafael E. Barreto Solá
                                          USDC No. 211801
                                          rbarreto@cnr.law

                                          **CANCIO, NADAL & RIVERA, LLC**
                                          PO Box 364966
                                          San Juan, PR  00936-4966
                                          Tel. (787) 767-9625
                                          Fax  (787) 622-2238/764-4430