**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    **Plaintiff,**<br><br>                **v.**<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    **Defendants.** | **Civil No.** 12-2039 (FAB) |

### ORDER FOR PROMOTION PROTOCOL FOR PRPB SERGEANTS

The current issue of the critical shortage of Sergeants in the Commonwealth of Puerto Rico Police Bureau (PRPB) has been addressed repeatedly by the Court, including the latest Status Conference held on May 20, 2022, and in numerous communications between the parties, the Monitoring Team and Office of the Special Master.  The Court is extremely concerned about the lack of first-line supervision within PRPB created by the enormous void of Sergeants, and the apparent inaction on this issue.

Accordingly, the Court orders as follows:

The Commonwealth shall provide the finalized protocol to appoint temporary Sergeants, along with the implementation plan of the protocol, addressing administrative and training specifics, to the Court **by August 22, 2022.**

**IT IS SO ORDERED.**

San Juan, Puerto Rico, August 17, 2022.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE