# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO, et al.,**<br><br>Defendants. | **CIVIL NO.: 12-cv-02039** |

## MOTION REQUESTING ORDER REGARDING APPEARANCE TO AUGUST 23, 2022 STATUS HEARING

**MAY IT PLEASE THE COURT:**

**COME NOW**, Codefendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau, through the undersigned attorneys, and very respectfully state and pray:

1. On August 1, 2022, this Honorable Court issued 'Order Scheduling Status Conference' in the above captioned case at ECF No. 2117. The hearing is scheduled for August 23, 2022, at 9:00pm.

2. In the Order, among other persons, the Court mandated the attendance of José Vázquez, Esq., as Counsel for the Reform Office at PRPB; Jennie Lee Mendoza as Executive Director of the Office of Human Resources and Labor Relations at DPS; and Pedro Santiago, Counsel to the Commissioner at PRPB.

3. The Commonwealth respectfully requests this Honorable Court to excuse the attendance of Counsel Vázquez, Ms. Mendoza and Counsel Santiago to the hearing. Mr. Vázquez

does no longer work at PRPB, and Ms. Mendoza does no longer work at DSP.  Finally, Counsel Santiago is on vacation leave.

4.     The Commonwealth informs the Court that Counsel Karilyn Díaz León, Esq., the Director of PRPB's Legal Division, will attend the hearing.  Also, Maceira Berríos, the DPS' Deputy Secretary for Management and Administration, will attend the hearing.

5.     All other persons whose attendance was mandated by the Honorable Court will be present at the hearing.

**WHEREFORE,** Defendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau respectfully request this Honorable Court to take notice of the above and issue an Order excusing the attendance of Counsel Vázquez, Ms. Mendoza and Counsel Santiago to the hearing.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

In San Juan, Puerto Rico, this 19th day of August, 2022.

**CANCIO, NADAL & RIVERA, L.L.C.**
P.O. Box 364966
San Juan, Puerto Rico 00936-4966
403 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Tel. (787) 767-9625


**S/ RAFAEL BARRETO-SOLÁ**
USDC PR: 211801
rbarreto@cnr.law

**S/ GABRIEL A. PEÑAGARÍCANO**
USDC PR: 212911
gpenagaricano@me.com