# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO, et al.,**<br><br>Defendants. | **CIVIL NO.: 12-cv-02039** |

## MOTION IN COMPLIANCE WITH ORDER

**MAY IT PLEASE THE COURT:**

    **COME NOW**, Codefendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau ("PRPB"), through the undersigned attorneys, and very respectfully state and pray:

    1.    On August 17, 2022, this Honorable Court ordered the Commonwealth to file "the finalized protocol to appoint temporary Sergeants, along with the implementation plan of the protocol, addressing administrative and training specifics, to the Court by August 22, 2022." ECF No. 2135.

    2.    In compliance with the Order, the Commonwealth herein informs this Honorable Court that it has decided it is in the best interest of the Reform process to discard the draft protocol for the promotion of provisional sergeants in NPPR.  See Exhibit 1, a copy of an explanatory electronic mail from the Commonwealth to all parties and Court officers in the case.

Motion in Compliance with Order
Civil No. 12-02039
Page 2 of 3

3. The Commonwealth, however, includes as Exhibit 2, for this Honorable Court's review, a copy of the draft protocol for the promotion of provisional sergeants that was in consideration until August 18, 2022.

4. The Commonwealth respectfully informs the Court, as informed to the parties on August 18, 2022, that it has decided to move forward with an aggressive plan to promote sergeants by December 2022. Although a proposed timeline was distributed to the parties last week, a final proposal will be submitted by August 31, 2022, when the Commonwealth will present a final Updated Staffing Plan pursuant to Sections III(c) and (d), Steps 3 and 4, of the "Proposal to Update the Implementation Plan of Requirement 13" filed on May 4, 2022 at ECF No. 2023-1.

5. Finally, the Commonwealth also respectfully informs that this course of action is consistent with this Honorable Court's "Order Approving Stipulation on Staffing and Supervision" at ECF No. 2002.

**WHEREFORE,** Defendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau, respectfully request this Honorable Court to take notice of the above and deem its Order issued at ECF No. 2135 as complied with.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

In San Juan, Puerto Rico, this 22nd day of August 2022.

For Defendants COMMONWEALTH OF PUERTO RICO and PUERTO RICO POLICE BUREAU:

**CANCIO, NADAL & RIVERA, L.L.C.**
P.O. Box 364966
San Juan, Puerto Rico  00936-4966
403 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Tel. (787) 767-9625


**S/ GABRIEL A. PEÑAGARÍCANO**
USDC PR: 212911
gpenagaricano@me.com