**From:** Arthur Garffer <AGarffer@dsp.pr.gov>
**Sent:** Thursday, August 18, 2022 3:43 PM
**To:** Saucedo, Luis E (CRT) <Luis.E.Saucedo@usdoj.gov>; Gabriel A. Peñagarícano-Valdés <gpenagaricano@cnr.law>; Rafael Barreto-Sola <RBarreto@cnr.law>; delcarmen <delcarmen@specialmasterpuertorico.com>; cjfigueroa <cjfigueroa@policia.pr.gov>
**Cc:** Castillo, Jorge (CRT) <Jorge.Castillo@usdoj.gov>; Chamblee-Ryan, Katherine (CRT) <Katherine.Chamblee-Ryan@usdoj.gov>; delcarmen <delcarmen@specialmasterpuertorico.com>; Tom Petrowski <petrowski@specialmasterpuertorico.com>; Gary Loeffert <gloeffert@specialmasterpuertorico.com>; John J. Romero <JRomero@fpmpr.org>; Denise Rodriguez <DRodriguez@fpmpr.org>; Roberto Abesada Agüet <ra@calopsc.com>; Luis Hidalgo <LHidalgo@fpmpr.org>; Rafael Riviere Vazquez <rafael.riviere@dsp.pr.gov>; Alexis Torres <alexis.torres@dsp.pr.gov>
**Subject:** RE: PRPB: Acting Sergeants Protocol

All,

The Secretary and Commonwealth, on advice from in-house counsel, have opted to scratch the proposed Protocol for Provisional Promotion of Sergeant's.

The Constitution of Puerto Rico, and subsequently local jurisprudence on "Derecho Propietario", will find in favor of any Provisional Sergeant who fails a test.

Currently we are moving forward with a four month aggressive plan to have promoted 250 Sergeants, with an Order of Merit List (OML) of 506.

Below is our proposed plan and timeline:

01SEP22: Exam Announcement; Informative Brochure; Normative Study Template
01OCT22: By COB on this date, all agents interested in applying for the Sergeants exam have submitted the required paperwork
01NOV22: Test (SAEA and schools to be selected in Mayaguez, Arecibo, Fajardo, and Ponce)
15NOV22: Board credits exams and notifies scores
22NOV22: OML published
01DEC22: Promotion Ceremony

Each one of the afore steps will be shared and will seek validation from all parties. We will be assessing on the test UOF, Search and Seizure, Equal Protection and Non-Discrimination, Community Interaction and Public Information, and Supervision and Administration.

Currently in-house attorneys who are SME's on the subject and PRPB members here at DSP who have worked the process previously are in possession of all the required items to ensure this proposed plan is executed. In addition, we have already requested the PP for funds to support the 250 initial promotions. Concurrently, we are working with the Fiscal Oversight Board to secure funding for the remaining 256 promotions.

You will soon receive a notification addressing the P.R.P.B. Promotion Examination Board which will be responsible for oversight of this effort.

Furthermore, it is the Secretary's intent to also test and promote LTs through CPTs; we are currently drafting that protocol.

Look forward to any preliminary observations or recommendations.

V/r,

Art

**Arturo J. Garffer**
Secretario Auxiliar, Operaciones e Inteligencia

Departamento de Seguridad Publica de Puerto Rico
235 Ave. Arterial Hostos, Piso 14
Capital Center – Torre Norte
San Juan, P.R. 00918
(O): 787-903-5602
(C): 754-312-0557
(C): 304-654-0816
(E): agarffer@dsp.pr.gov



-*"Victory comes from finding opportunities in problems"*- Sun Tzu