

## GOBIERNO DE PUERTO RICO
### Negociado de la Policía de Puerto Rico

**PROTOCOLO**

| Capítulo: N/A | Sección: N/A | Fecha de Efectividad: |
|---|---|---|
| **Título:** Protocolo para Ascenso Provisional (entiéndase en entrenamiento) a Rango de Sargento | | |
| **Núm. Páginas:** | | |

### I. Propósito

Este protocolo tiene el propósito de establecer un sistema objetivo para ascender a agentes a rango de Sargento, de forma provisional para atender de forma rápida y directa la crisis de supervisión de primera línea que enfrenta el Negociado de la Policía de Puerto Rico (NPPR). Con esto se pretende establecer requisitos y guías claras para ascender Miembros del Negociado de la Policía de Puerto Rico (MNPPR) basadas en criterios objetivos que tomen en cuenta los conocimientos, destrezas y habilidades para llevar a cabo las labores esenciales de administración, supervisión y liderazgo. Estableciéndose que, todo agente ascendido de forma provisional, tendrá que tomar y aprobar el examen de ascenso a sargento, en cumplimiento con el Acuerdo para la Reforma Sostenible del Negociado de la Policía de Puerto Rico.

### II. Base Legal

A. Ley 20 del 10 de abril de 2017, según enmendada conocida como "Ley del Departamento de Seguridad Pública de Puerto Rico".

B. Acuerdo para la Reforma Sostenible de la Policía de Puerto Rico, Estados Unidos de América vs. Estado Libre Asociado de Puerto Rico y Policía de Puerto Rico, No. 3:12-cv-2039 (GAG), (en adelante el Acuerdo).

C. Plan para implementación del Requerimiento 13 para la Reforma Sostenible del NPPR.

### III. Autoridad para efectuar Ascensos

A. Los ascensos de rango de Sargento a Capitán del NPPR son una responsabilidad encomendada al Comisionado, conforme lo dispone el Artículo 2.11 de la Ley 20-2017, antes citada, por medio del cual se adopta este Protocolo.

**Protocolo para Ascenso Provisional a Rango de Sargento**

### IV. Plan de Implementación del párrafo 13 del 2018

En el año 2018, el NPPR creó un plan para cumplir con el párrafo 13 del Acuerdo. Como parte de las estrategias de identificación y relocalización de recursos, dicho plan estableció que se ascendería de forma escalonada y programada un total de 609 sargentos de la siguiente manera:

- 2019 - Ascensos de 109 Sargentos
- 2020 - Ascensos de 150 Sargentos
- 2021 - Ascenso de 175 Sargentos
- 2022 - Ascenso de 175 Sargentos

Debido a diferentes razones, el NPPR no pudo cumplir con la cantidad de ascensos programada ya que sólo se logró ascender a 103 sargentos.

| Rango | Cantidad Programada | Ascendidos | Déficit |
|-------|--------------------|-----------|---------|
| Sargento | 609 | 103 | 506 |

Como medida para atender la crisis de supervisión y de asegurar cumplir con todas las áreas de cumplimiento del Acuerdo, se adopta este protocolo de ascenso provisional (entiéndase en entrenamiento a traves del documento).

### V. Impacto Presupuestario Anual

| Ascenso 250 agentes | $ 345,925.50 |
|---------------------|--------------|

### VI. Objetivos

A. Ascender 250 MNPPR a rango Sargentos de forma propvisional.
B. Apoyar Plan de Calidad de Data de Uso de Fuerza.
C. Apoyar Plan para Atender Crisis de Supervisión.
D. Atender deficiencias en la evaluación de informes de arresto, uso de fuerza, entre otros.

### VII. Vigencia

A. Este Protocolo se establece de forma provisional y no tiene el efecto de enmendar los requerimientos del párrafo 17 del Acuerdo.
B. Este Protocolo no tiene el efecto de derogar ni modificar el procedimiento para ascenso a rangos de sargento a capitán por medio de exámenes.
C. Este protocolo terminará su vigencia una vez se hayan cubierto los 250 puestos de sargento de forma provisional, necesarios para estabilizar la línea primaria de supervisión.

| Protocolo para Ascenso Provisional a Rango de Sargento |
| --- |

**VIII.   Normas y Procedimientos**

**A. Ascenso Provisional a Rango de Sargento**

1. El NPPR ascenderá 250 agentes a rango de sargento de forma provisional.

2. Todo agente candidato a ascenso a rango de sargento de forma provisional tendrá que cumplimentar un acuerdo de ascenso.

3. El acuerdo servirá de relevo al Gobierno de Puerto Rico para cualquier reclamación futura por no haber cumplido con los requerimientos del puesto en propiedad.

4. El ascenso a sargento de forma provisional, según lo establecido en este Protocolo, no otorgará derechos adquiridos a los MNPPR ascendidos.  El MNPPR ascendido a rango de sargento de forma provisional, tendrá que tomar y aprobar el examen de ascenso a rango de sargento en la próxima fecha de examen establecida por el NPPR.

5. En el caso de que el candidato no haya aprobado el examen de ascenso, regresará a su rango de agente de forma permanente.  Este candidato no quedará descalificado, para tomar el examen de ascenso en futuras ocasiones.

6. Se advierte que bajo ninguna circunstancia el empleado obtendrá el puesto de sargento en propiedad hasta tanto no haya aprobado el examen de ascenso a rango de sargento.

**B. Responsabilidades**

1. El Comisionado del NPPR es el funcionario a quien la Ley 20-2017, antes citada, encomienda reglamentar los asuntos relacionados con los ascensos de MNPPR.

**C. Convocatoria Única**

1. El Comisionado realizará una convocatoria única, con la previa autorización del Secretario del Departamento de Seguridad Pública (DSP).

2. Dicha convocatoria estará basada en Manual de Descripciones de Funciones, Deberes y Responsabilidades de los empleados del Sistema de Rango del 20 de abril de 2020, e incluirá las fechas pertinentes, una descripción del proceso de solicitud y los requisitos mínimos para poder solicitar a dicho rango, incluyendo los documentos que debe someter el candidato.

**Protocolo para Ascenso Provisional a Rango de Sargento**

3. El Comisionado designará al personal al Negociado de Recursos Humanos del NPPR, que recibirá los expedientes de los candidatos y evaluará inicialmente si cumplen con todos los requisitos establecidos en la convocatoria, y si fueron presentados todos los documentos necesarios. Para ello, todo candidato para ascenso que interese participar de la convocatoria, deberá cumplir con los requisitos establecidos y presentar un expediente electrónico a la dirección electrónica provista en la convocatoria. El candidato podrá someter los documentos que entienda pertinentes hasta la fecha límite establecida en la misma.

4. Todo candidato para ascenso deberá cumplir con los requisitos del rango a ser ascendido y deberá presentar con su solicitud los siguientes documentos según requeridos en la convocatoria, en o antes de la fecha límite allí indicada:

   a. Memorando de Solicitud de Ascenso – En este memorando el candidato deberá explicar las razones por las cual él(ella) entiende que es el(la) candidato(a) idóneo(a) para el ascenso.
   b. Resume - Incluirá información sobre preparación académica, experiencia dentro y fuera del NPPR, certificaciones, adiestramientos, historial dentro del NPPR incluyendo sus labores actuales.
   c. Certificado de Radicación de Planillas del Departamento de Hacienda de Puerto Rico de los últimos cinco (5) años.
   d. Certificación de No-Deuda Contributiva; en caso de tener alguna deuda deberá presentar evidencia de un plan de pago.
   e. Certificación de cumplimiento de ASUME. En caso de tener deuda, presentará plan de pago aprobado.
   f. Certificación de cumplimiento con el último período bienal concluido de la Oficina de Ética Gubernamental (OEG)
   g. Certificación de cumplimiento con los requisitos de adiestramientos requeridos por el proceso para una reforma sostenible emitidos y certificados por la Superintendencia Auxiliar en Educación y Adiestramiento
   h. Copia de las últimas tres (3) evaluaciones de desempeño del candidato certificadas por la División de Evaluación del Negociado de Recursos Humanos del NPPR.

5. No poseer querellas administrativas en proceso y/o que no tenga una resolución final en querellas por faltas graves. Los candidatos que tengan querellas administrativas sostenidas por: violencia doméstica, fraude, violaciones a derechos civiles (uso excesivo de fuerza, registros y allanamientos irrazonables, discrimen, entre otros) no serán considerados en el proceso de evaluación para ascenso. Serán inelegibles para ascenso por un

| Protocolo para Ascenso Provisional a Rango de Sargento |
|---|

periodo de un (1) año aquellos Miembros del NPPR que hubieran sido objeto de sanción por faltas graves. El periodo de inelegibilidad para ascensos comenzará a contar inmediatamente después que se haya cumplido la sanción impuesta. Desde que se decrete la sanción y mientras dure el periodo de inelegibilidad no se tendrá derecho a solicitar para ser considerado a ascenso. Para este criterio el NRH/NPPR considerará los siguientes documentos:

    a) Certificación de Querellas de la Superintendencia Auxiliar en Responsabilidad Profesional (Clear) e Historial de Querellas del candidato.
    b) Certificación de Querellas de Oficina de Asuntos Legales (Clear) e historial de querellas del candidato.
    c) Certificación de la División de Nombramientos y Cambios del Negociado de Recursos Humanos del NPPR donde se informe que el candidato no está inhabilitado por algún procedimiento disciplinario.

6. No presentar todos los documentos requeridos en o antes de la fecha límite establecida en la Convocatoria, será razón para descalificar automáticamente al candidato. No se aceptarán expedientes que a la fecha de entrega no contengan toda la documentación requerida. Documentos presentados a otra unidad de trabajo del NPPR no serán tomados en consideración. El NRH/NPPR preparará un listado de candidatos elegibles que sometieron todos los documentos y cumplen con los requisitos mínimos.

    a. El NRH/NPPR remitirá a la Junta Provisional de Selección de rango de Sargento, una certificación que contendrá el nombre de los candidatos que presentaron todos los documentos requeridos mediante la convocatoria y el de aquellos que no cumplieron con someter todos los documentos o que no los sometieron en el término requerido, junto con los documentos de cada solicitante.

    b. Todo candidato que presente información falsa a sabiendas de ser falsa, u omita presentar información que deba ser considerada por la Junta, con el propósito de ser considerado para el ascenso, será razón suficiente para ser descalificado del proceso.

**D. Requisitos Mínimos para cualificar para el Ascenso a Sargento**

1. Los agentes se considerarán elegibles para ser considerados por una Junta de Selección de Rangos de Sargento, según lo establecido en este Protocolo y en la convocatoria única para los rangos de sargento:

**Protocolo para Ascenso Provisional a Rango de Sargento**

   a) Mínimo de cinco (5) años de experiencia en el rango de agente del NPPR.
   b) Grado Académico mínimo de grado asociado.
   c) Prueba de Aptitud Física diagnóstica.

2. Los MNPPR de las siguientes categorías no son elegibles para ser considerados por la Junta Provisional de Selección de rango de Sargento:

   a. MNPPR cuya fecha establecida de retiro o jubilación del NPPR se encuentre dentro de cinco (5) años a la fecha de convocatoria de la junta. Esto tiene el propósito de asegurar que se cumplan las necesidades de supervisión por un tiempo razonable.

   > **Commented [JCVR1]:** Verificar razonabilidad de años.

   b. El Agente que voluntariamente opte por no participar o ser considerado en el proceso de ascensos.

3. Cada candidato debe cumplir con los criterios de elegibilidad para el ascenso establecidos en la convocatoria y en este Protocolo.

**E. Asignación de Funciones**

   1. El MNPPR que haya sido ascendido será asignado a la Superintendencia Auxiliar en Operaciones de Campo.

   2. Será asignado al área Policiaca que se haya identificado en la convocatoria.

   > **Commented [JCVR2]:** Esto aplica si se realiza la convocatoria por área policiaca.

   3. El MNPPR ascendido no podrá solicitar traslado por un periodo de cinco (5) años fuera del área policiaca a la cual fue asignado. No obstante, sólo podrá ser asignado a otras funciones por el Comisionado.

**F. Junta Provisional de Selección para Ascensos de Sargento**

   **1. Junta de Selección**

   a. El Comisionado, designará a los miembros de la Junta Provisional de Selección para recomendar a los agentes para el ascenso de rangos de Sargento, de acuerdo con este Protocolo.

   b. El Comisionado, establecerá los requisitos para formar parte de la Junta de Selección a ascenso de rango de sargento.

   **2. Composición de la Junta de Selección**

   a. La Junta Provisional de Selección al rango de Sargento estará conformada por cinco (5) integrantes empleados del NPPR. Al menos uno de estos será un empleado adscrito al NRH/NPPR.

| Protocolo para Ascenso Provisional a Rango de Sargento |
| --- |

b. Ninguno de los miembros podrá ser candidato a ascenso a rango de Sargento.

c. El Comisionado, nombrará a un miembro de la Junta Provisional como Presidente de la Junta y prescribirá las tareas administrativas que debe realizar ese funcionario.

d. El Presidente de la Junta no tiene autoridad para impedir que la Junta recomiende para ascensos a aquellos MNPPR que la mayoría considere que están calificados para satisfacer las necesidades del NPPR.

e. Los miembros de la Junta no podrán tener querellas administrativas pendientes relacionadas con violaciones a derechos civiles, violencia doméstica o cualquier asunto que atente contra su credibilidad y ética profesional. Igualmente, ninguno de los miembros de la Junta puede tener querellas sustentadas, irrespectivamente del tiempo transcurrido, por casos de violencia doméstica o violación de derechos civiles.

**3. Minutas**

a. El Comisionado designará a los empleados que tendrán la responsabilidad como registradores de la Junta.

b. El registrador tendrá la responsabilidad de documentar y tomar minuta de todas las actividades que realice la Junta de Selección cuando se encuentre en funciones oficiales, según este Protocolo.

c. Al menos un registrador debe estar presente durante todas las deliberaciones de la Junta Provisional de Selección de rango de Sargento. La designación de los registradores está sujeta a las siguientes restricciones:

   1) Los registradores podrán ser personal civil o MNPPR que no sean candidatos a Ascenso de rango de Sargento.
   2) Cualquier registrador de la Junta Provisional de Selección de rango de Sargento que no pueda en buena conciencia cumplir con sus deberes y responsabilidades, tiene el deber de solicitar ser relevado por el Comisionado.
   3) Cualquier miembro o registrador de la Junta que crea que la integridad de los procedimientos se ha visto afectada por la influencia indebida, ya sea de un empleado del DSP, del NPPR o tercera persona, o por la mala conducta de algún miembro de la Junta, o cualquier otra razón, tiene el deber de notificarlo inmediatamente al Comisionado.

**4. Conducta de los Miembros de la Junta de Selección**

| **Protocolo para Ascenso Provisional a Rango de Sargento** |
|---|

a. Los miembros elegidos para participar en la Junta Provisional deben poseer las características profesionales y reflejar los valores que el NPPR y el DSP consideran de suma importancia. Por lo tanto, el Comisionado del NPPR se asegurará de que todos los nominados para funciones en la Junta cumplan con los más altos estándares que se esperan de los miembros de la junta.

b. Los miembros de la Junta Provisional se asegurarán de que el proceso de selección sea justo y buscarán la orientación de la autoridad convocadora, o su designado, si surgen preguntas sobre la conducta personal adecuada. Además, los miembros de la junta que observen sospechas de irregularidades que puedan influir negativamente en los procedimientos de la junta, informarán inmediatamente esta información al Comisionado, o su designado. Cualquier miembro de la junta que no pueda, en conciencia, llevar a cabo las responsabilidades de miembro de la junta, sin prejuicio o parcialidad, tiene el deber de solicitar que lo releven a la autoridad convocante o su designado.

c. Los miembros de la Junta Provisional deberán cumplir con lo siguiente:

1) No recibirán o introducirán a las deliberaciones cualquier información, positiva o negativa, concerniente a un agente bajo consideración de la junta.
2) No participarán en, o darán la apariencia de, trato preferencial a cualquier individuo o grupo de oficiales bajo consideración.
3) No divulgarán detalles del proceso deliberativo (que no sea una descripción generalizada de los procedimientos de la junta) antes, durante o después de la junta a partes externas, ya sean superiores o subordinados al oficial de la junta, excepto según lo indique específicamente el Comisionado.
4) No revelarán los resultados de la junta antes de la publicación oficial los miembros seleccionados.
5) No revelarán su participación en una Junta de Selección o decisión en la Junta Provisional;
6) No podrán solicitar información u orientación de miembros del NPPR o DSP, otros representantes de mando del NPPR o DSP con respecto a oficiales individuales o grupos de oficiales bajo consideración, a menos que estén autorizados en las instrucciones escritas o verbales a la junta.
7) Los miembros de la Junta Provisional jurarán desempeñar sus funciones sin prejuicio ni parcialidad, y evaluarán a todos los candidatos según los requisitos establecidos en este Protocolo, las políticas del NPPR y el Acuerdo.

**5. Instrucciones a la Junta de Selección**

**Protocolo para Ascenso Provisional a Rango de Sargento**

a. El Comisionado establecerá los deberes y responsabilidades de los miembros de Junta Provisional por escrito. Además, establecerá en dicho escrito los requisitos específicos que deben tomar en consideración al momento de evaluar a los candidatos a ascenso.

b. El presidente de la junta revisará y discutirá el escrito con todos los miembros de la junta una vez quede constituida y previo a comenzar sus funciones.

c. Las instrucciones emitidas a la Junta Provisional especificarán lo siguiente:
   1) El juramento que deben tomar los miembros de la junta.
   2) Informes a realizar.
   3) El método de selección. (Ver Sección de Evaluación y Entrevistas)
   *4)* Factores a considerar, incluyendo las necesidades del NPPR en cada área.
   5) El número máximo de sargentos que se seleccionarán.
   6) Otra información que se requiera.

d. Las instrucciones garantizarán que:

   1) No se discriminará contra ningún candidato para el ascenso, por razones de sexo, género, color, raza, orientación sexual, condición social, ideas políticas, creencias religiosas y cualquier otro tipo de discrimen prohibido por los estatutos federales y/o estatales.
   2) Todos los miembros del NPPR y DSP deberán ser ejemplo de liderazgo y subordinación; estar atentos al inspeccionar la conducta de todas las personas que estén bajo su mando; vigilar y notificar toda conducta impropia, y corregir, de acuerdo con los reglamentos del NPPR y DSP, a todas las personas que incurran en ellas; y tomar todas las medidas necesarias y adecuadas, para promover y salvaguardar el bienestar de la Agencia, el bienestar físico y el bienestar general de los oficiales y agentes bajo su mando o cargo.
   3) Las juntas también pueden recibir información sobre asuntos de administración y gestión de personal según lo determine el Comisionado. No recibirán más instrucciones excepto para aclarar la administración de la junta.

e. Otra información

   1) El presidente de la Junta Provisional asegurará de que cada miembro de la Junta Provisional reciba una copia de las partes aplicables de este Protocolo, para su revisión antes de que la junta se reúna. Los miembros de la Junta Provisional también tendrán acceso a lo siguiente:

      a) Los nombres de todos los agentes que se considerarán para el ascenso de rango de Sargento.

| Protocolo para Ascenso Provisional a Rango de Sargento |
|---|

   b) La carpeta profesional, incluidos los documentos anteriormente identificados en este Protocolo.

2) Se puede proporcionar la siguiente información adicional según sea necesario:
   a) Información administrativa para aclarar los registros oficiales, las instrucciones y la información proporcionada a la junta.

3) Comunicaciones con la Junta Provisional

   a) Todas las comunicaciones, que no sean de naturaleza exclusivamente administrativa, se harán por escrito, se entregarán a todos los miembros de la junta y formarán parte del registro de la junta.
   b) Una grabación de audio o video es un medio aceptable de comunicación con la junta siempre que se incluya una transcripción escrita en el registro de la junta.
   c) Nadie, aparte del Comisionado, comparecerá en persona para dirigirse a una Junta Provisional sobre cualquier asunto; esta autoridad no puede delegarse.
   d) La comunicación oral de información administrativa de rutina entre miembros de la junta, registradores y personal de apoyo, está autorizada en la medida necesaria para facilitar el trabajo de la junta.
   e) Nadie puede comparecer, personalmente ante una Junta Provisional, en su propio nombre o en el interés de cualquier MNPPR siendo considerado, sin haber sido citado previamente para entrevista.

4) Los MNPPR elegibles para consideración pueden escribir a la junta para proporcionar información y documentos (como anejos) llamando la atención a cualquier asunto que les concierna y que consideren importante para su consideración. Deberán presentar copia de este escrito y los documentos relacionados el día de la entrevista y evaluación.

5) Los memorandos escritos enviados a la Junta Provisional considerarán si se reciben antes de la fecha de reunión de la junta. La junta solo verá una carta dirigida a la junta, con anejos, por oficial en consideración a selección.

7) Los memorandos deben dirigirse a la Junta Provisional, Oficina del Comisionado del NPPR en el Cuartel General. Cualquier memorando considerado por una junta de ascenso se convertirá en un asunto de registro que se mantendrá con los registros de la junta.

8) Los siguientes elementos no se entregarán a la Junta Provisional de Selección de rango Sargento:

| Protocolo para Ascenso Provisional a Rango de Sargento |
|---|

    a) Memorandos enviados directamente a la junta por otras partes en nombre de cualquier funcionario, excepto cuando se proporcionen como un anejo a un memorando del agente que se está siendo considerado para selección.

    b) Informes de evaluación que no hayan sido procesados a través de la Oficina del Comisionado del NPPR.

    c) Fotografías que no puedan sustentarse como fotografías admisibles y que puedan ser autenticadas conforme lo disponen las Reglas de Evidencia de Puerto Rico.

7) Ningún miembro del NPPR y/o el DSP puede comunicarse con un miembro de la junta en un intento de influir en la decisión del miembro de la junta. Las violaciones de esta prohibición pueden resultar en procedimientos disciplinarios bajo el Reglamento de Personal aplicable y conforme lo dispuesto por la Ley 1-2012, según enmendada, conocida como "*Ley Orgánica de la Oficina de Ética Gubernamental de Puerto Rico*".

8) Todas las comunicaciones con la Junta Provisional destinadas a expresar los puntos de vista del Secretario del DSP o el Comisionado del NPPR, u otros líderes superiores del Gobierno de Puerto Rico o el Gobierno de los Estados Unidos, se pondrán por escrito, se entregarán a cada miembro de la junta y formarán parte del registro de la junta.

**6. Evaluación de Candidatos y Entrevistas**

  a. La Junta realizará una entrevista y la evaluación del expediente entregado como parte de los requisitos de convocatoria, donde se evaluarán los siguientes criterios:

    1. Preguntas Generales
    2. Conocimiento
       a. Uso de Fuerza
       b. Arrestos y Citaciones
       c. Registros y Allanamientos
       d. Derechos Civiles
       e. Motivos fundados
       f. Leyes y regla mención de la Agencia.
       g. Derecho en general
       h. Leyes especiales
          i. "Ley para la Prevención e Intervención con la Violencia Doméstica" Ley Núm. 54 de 15 de agosto de 1989, según enmendada "Ley para la Protección de la Propiedad Vehicular", Ley Núm. 8 de 5 de agosto de 1987, según enmendada.

**Protocolo para Ascenso Provisional a Rango de Sargento**

      ii. Ley de Sustancias Controladas de Puerto Rico, Ley Núm. 4 de 23 de junio de 1971, según enmendada.

      iii. "Ley de Armas de Puerto Rico de 2020" Ley Núm. 168 de 11 de diciembre de 2019, según enmendada.

      iv. "Ley de Vehículos y Tránsito de Puerto Rico" Ley Número 22 de 7 de enero de 2000, según enmendada.

      v. Ley de Menores de Puerto Rico Ley Núm. 88 de 9 de Julio de 1986, según enmendada.

      vi. "Ley para la Seguridad, Bienestar y Protección de Menores" Ley Núm. 246 de 16 de diciembre 2011, según enmendada.

    i. Ética y querellas administrativas
    j. Redacción y evaluación de informes
    k. Evidencia

3. Planificación y Organización
    a. Participación en Planes de Trabajo.

4. Administración
    i. Liderazgo
    ii. Supervisión

5. Aptitudes de Relaciones Interpersonales (Comunicación)
6. Policía Comunitaria
7. Ética
8. Conocimiento del Acuerdo de la Reforma, sus programas, adiestramientos y su gestión en la implementación de los mismos

b. Para la evaluación de los criterios antes descritos la Junta evaluará los candidatos en dos etapas:
1. Evaluación de Expediente
2. Entrevistas a los candidatos utilizando el Anejo A de este protocolo.

<u>Primera Etapa: Evaluación del Expediente:</u>

1. En la primera etapa, la Junta considerará los documentos sometidos por el candidato a ascenso para evaluar, entre otros:
    a. Documentos completos.
    b. Aptitudes del candidato demostradas mediante los siguientes:
      i. Evaluaciones de desempeño satisfactorias;
      ii. Reconocimientos o méritos;

    c. Cumplimiento con los programas de capacitación requeridos por el NPPR o entidades externas, incluida la Academia de Policía.
    d. Cumplimiento con las evaluaciones físicas y sicológicas requeridas de personal.
    d. Cumplimiento con las obligaciones del rango que ocupa, con las prácticas policiacas generalmente aceptadas, y con las políticas y reglas internas del NPPR y la ética.

**Protocolo para Ascenso Provisional a Rango de Sargento**

    e. Administración, supervisión y liderazgo.
    f. Participación e interacción con la comunidad.

2. Evaluados los documentos, la Junta determinará si el candidato cualifica para la segunda etapa.

<u>Segunda Etapa: Entrevistas:</u>

a. En la segunda etapa, la Junta llevará a cabo entrevistas a los candidatos dirigidas a enfocar en destrezas adicionales del candidato que no necesariamente se desprenden de los documentos revisados tales como:

    i.   capacidad y competencia en la planificación, supervisión y administración de planes de trabajo, estratégicos, tácticos, administrativos;
    ii.  técnicas de supervisión y administración del candidato;
    iii. conocimiento de los requisitos y obligaciones del rango al que aspira ascender;
    iv. conocimiento de las políticas internas del NPPR y reglamentación, entre otros;
    v.  conocimiento del Acuerdo de la Reforma, sus programas, adiestramientos y su gestión en la implementación de los mismos;
    vi. destrezas y aptitudes que lo hacen ser el candidato idóneo para el rango solicitado.

b. Se utilizarán para las entrevistas un instrumento con preguntas guías. Las entrevistas serán llevadas en un ambiente neutral libre de interrupciones y en igualdad de condiciones para todos los candidatos.

c. Aquellos candidatos que la Junta determine, luego de la entrevista, que no cualifican para ascenso serán automáticamente retirados del proceso. La Junta preparará un Memo en donde identifique los candidatos que no cualificaron para ascenso y las razones por las cuales fueron descalificados. Dicho Memo será entregado al Comisionado en conjunto con los candidatos que sí cualificaron para ascenso.

d. La Junta procederá a preparar Listas de Candidatos por rango que incluirán los nombres de aquellos candidatos que la Junta determinó que cualificaron para el ascenso correspondiente y aquellos que no cualificaron. Se incluirá información general sobre el resultado de la evaluación, la entrevista y la razón por la cual el candidato está cualificado o no cualificado.

e. La Junta enviará las Listas de Candidatos al Comisionado para continuar con los procedimientos.

| Protocolo para Ascenso Provisional a Rango de Sargento |
|---|

**7. Rúbrica de Puntuación**

a. Los candidatos que obtengan el porcentaje igual o mayor de setenta por ciento (70%), serán referidos para continuar con el proceso de evaluación para ascenso, según lo establecido en la siguiente tabla, los documentos presentados y los requerimientos establecidos por el Acuerdo para la Reforma Sostenible de la Policía de Puerto Rico.

b. La Junta catalogará a los candidatos como:

| Calificado | 70% -100% |
|---|---|

c. La cantidad máxima de puntos por cada área de evaluación será de cinco (5) puntos. Se establecen diez (10) áreas de evaluación, para un total de cincuenta (50) puntos.

d. Para obtener el porcentaje del resultado se tomará la puntuación total obtenida por el candidato y se dividirá por cincuenta (50). El resultado de la división se multiplicará por cien (100).

e. Para obtener el porcentaje final, se sumarán los resultados de todos los evaluadores y se dividirá por el número total de estos.

f. El Comité evaluará a los candidatos y someterá al Comisionado una lista de los candidatos que cumplan con el por ciento establecido en este Protocolo.

g. Para esta evaluación utilizarán el Anejo de este protocolo que se titula: "Rúbrica de Puntuación para Ascensos a Rango de Sargento".

h. La junta podrá proveer puntuación adicional a los candidatos que cumplan con los siguientes requisitos:

| Grado Académico Máximo Alcanzado | |
|---|---|
| **Doctorado** | 10 puntos |
| **Maestría o *Juris Doctor*** | 8 puntos |
| **Bachillerato** | 5 puntos |
| **Veterano** | 10 puntos |
| ***FTO*** | 5 puntos |

| **Protocolo para Ascenso Provisional a Rango de Sargento** |
|---|

i. Cuando el empleado cualifique para puntuación adicional bajo más de un renglón, solamente se aplicará uno de estos, el que sea mayor.

j. Los puntos adicionales por grados académicos, solamente aplicarán cuando el grado requerido en la convocatoria sea menor al que posee el candidato.

**8. Recomendaciones de la junta de selección**

a. La Junta Provisional de Selección de rango de Sargento:

1) Basarán sus recomendaciones imparcialmente hacía todos los agentes en consideración como se indica en la convocatoria y las instrucciones impartidas por escrito por el Comisionado.
2) Mantendrán confidencial sus razones para recomendar o no recomendar a cualquier agente considerado.  No compartirán información confidencial con terceras personas, que no formen parte de la Junta.

b. Ningún oficial del NPPR, miembro del DSP o del Gobierno de Puerto Rico o Estados Unidos podrá hacer lo siguiente:

1) Ordenar que una persona en particular sea seleccionada o no, por la junta.
2) Censurar o amonestar a la junta o cualquier miembro de la junta con respecto a las recomendaciones de la junta o cualquier función que estuviese a discreción de la junta.
3) Intentar coaccionar o influenciar cualquier acción de la junta o de cualquier miembro de ella en la formulación de las recomendaciones.

c. Los informes de la Junta Provisional cumplirán los siguientes requisitos:

1) Todos los agentes considerados para el ascenso deben ser evaluados y recomendados o no recomendados para el ascenso.

2) Al completar sus deliberaciones, los miembros de la junta y los registradores, como mínimo, certificarán en el informe a Comisionado que:

a) La Junta cumplió con las instrucciones, la convocatoria y este protocolo.
b) No estuvieron sujetos a ninguna censura, reprimenda o amonestación como resultado de las recomendaciones de la junta o del ejercicio de cualquier función legal dentro de la discreción autorizada a la junta.
c) No estaban sujetos ni tenían conocimiento de ningún intento de coaccionar o influir en la formulación de las recomendaciones de la junta.
d) No eran parte ni tenían conocimiento de ningún intento de realizar comunicaciones no autorizadas.
e) Según su mejor entender, la junta consideró cuidadosamente los registros de cada agente cuyo nombre se proporcionó a la junta.

| Protocolo para Ascenso Provisional a Rango de Sargento |
|---|

f) Los agentes recomendados para ascenso a Sargento, en opinión de la mayoría de los miembros de la junta, están calificados para el ascenso para satisfacer las necesidades de supervisión de primera línea del NPPR.

3) Además de los requisitos de informes anteriores, las juntas de ascenso también informarán al Comisionado del NPPR el nombre de cualquier agente que por cualquier razón deba referirse a investigación administrativa.

4) Estar firmado por todos los miembros de la junta.

d. Los procedimientos de la junta no se divulgarán a nadie que no sea miembro de la junta a menos que se autorice por el Comisionado.

**9. Listas de ascensos e informes de la Junta Provisional de Selección de rango de Sargento**

a. Se creará una lista de candidatos que cualifican para el rango de sargento.

b. El orden de la lista se realizará con la puntuación que haya obtenido el candidato, luego de la entrevista y la evaluación al expediente, de mayor a menor.

c. Sólo se ascenderán los primeros 250 candidatos de la lista. En el caso de que un candidato sea descalificado por alguna razón, el próximo candidato tomará el turno para ascender.

d. No se creará registro de elegibles.

e. La lista de candidatos a ascenso será presentada al Comisionado. El Comisionado presentará los seleccionados para el Ascenso al Secretario, para su posterior ratificación.

<u>Fase 3: Adiestramiento</u>

A. El NPPR ofrecerá un adiestramiento multitemático de Supervisión, a aquellos agentes aprobados por la Junta Provisional para ascender al rango de sargento.

B. Este adiestramiento se ofrecerá previo a realizar el ascenso de manera oficial, como requisito para ascender.  Ningún agente podrá ascender si no aprueba el adiestramiento con al menos 70% de la puntuación.

C. Aquel candidato que no pase la prueba posterior al adiestramiento, será descalificado del proceso y no será ascendido.

D. El adiestramiento contendrá como mínimo lo siguiente:

| **Protocolo para Ascenso Provisional a Rango de Sargento** |
|---|

1. Políticas y procedimientos del NPPR.
2. Reglas de uso de fuerza para supervisores.
3. Redacción y evaluación de informes.
4. Evaluación de Arrestos.
5. Registros y Allanamientos.
6. Querellas administrativas y Medidas Correctivas No Punitivas.
7. Evaluaciones de Desempeño
8. Programa de Ayuda al Empleado
9. Ética
10. Prácticas antidiscriminatorias y hostigamiento.
11. Entre otros.

Fase 4: Examen de ascenso escrito

1. El MNPPR ascendido a rango de sargento de forma provisional, tendrá que tomar y aprobar el examen de ascenso a rango de sargento en la próxima fecha de examen establecida por el NPPR.

2. El procedimiento de exámenes de ascenso se regirá por la Orden General Capítulo 500 Sección 504 titulada: "Junta de Exámenes de Ascenso".

IX. **Sargento Ascendido de Forma Provisional**

A. Todo agente ascendido a sargento de forma provisional, tendrá la misma autoridad, así como los mismos deberes y responsabilidades que un sargento en propiedad.

X. **Disposiciones Generales**

A. **Interpretación**

1. Las palabras y frases utilizadas en este protocolo se interpretarán según el contexto y el significado sancionado por el uso común y corriente.

2. Los términos usados en este protocolo en el tiempo futuro incluyen también el presente; los usados en el género masculino incluyen el femenino y el neutro, salvo los casos en que tal interpretación resulte absurda; el número singular incluye el plural y el plural incluye el singular.

3. Si el lenguaje empleado es susceptible de dos o más interpretaciones, debe ser interpretado para adelantar los propósitos de este protocolo General y de la parte sección o inciso particular objeto de interpretación.

B. **Cumplimiento**

**Protocolo para Ascenso Provisional a Rango de Sargento**

1. Si el Secretario del DSP, el Comisionado, o cualquier miembro de la Junta, adviene en conocimiento de que el candidato mintió, obvio o manipuló información para ser considerado para ascenso, se referirá a investigación administrativa y será descalificado del procedimiento de ascenso.

2. El Comisionado informará a cada MNPPR elegible, tanto seleccionado como no seleccionado, de los resultados particulares.

3. Un oficial que esté en una lista de ascenso y se da de baja de servicio activo al NPPR antes de la fecha de vigencia del ascenso, no será ascendido. Un regreso posterior al servicio en el NPPR no garantiza un regreso a la lista de ascenso que se tenía antes de haberse separado del servicio al NPPR.

4. Será responsabilidad de los empleados del DSP, Comisionados Auxiliares, Comandantes de Área, Directores de Negociados, Oficinas, Divisiones, Distritos y Precintos promover y fomentar el fiel cumplimiento de este protocolo.

5. Todo empleado tendrá la obligación de cumplir con las disposiciones de este protocolo y de informar a su supervisor inmediato o superior del sistema de rango, sobre cualquier violación a estas normas. Cualquier acto u omisión que viole las disposiciones de este protocolo será referido e investigado por la Superintendencia Auxiliar de Responsabilidad Profesional a tenor con las normas aplicables.

## C. Derogación

Este protocolo deroga cualquier otro protocolo, reglamento interno, normas, comunicación verbal o escrita o partes de las mismas que entren en conflictos con este.

## D. Vigencia

Este protocolo entrará en vigor el ___ de _____ de 2022.

## E. Aprobación

Aprobado en San Juan, Puerto Rico, hoy ___ de _____ de ____.

**Cnel. Antonio López Figueroa**
Comisionado

**Alexis Torres Ríos**

**Protocolo para Ascenso Provisional a Rango de Sargento**

Secretario