**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA,

     **Plaintiff,**

           **v.**

COMMONWEALTH OF PUERTO RICO, *et al.*,

     **Defendants.**

**Civil No.** 12-2039 (FAB)

**ORDER**

The Motion to Approve and Disburse Funds submitted by the Office of the Federal Police Monitor (FPMPR, LLC) for professional services rendered during the month of July 2022 (Docket No. 2130) is **NOTED** and **APPROVED** as follows.

The FPMPR, LLC claims the amount of $157,260.72 for services rendered during the month of July 2022. Invoice number 1162 submitted by MBG North Corp., includes a claim of $34.87 for main extra cabin. The purchase of airfare upgrades are generally not approved unless there is prior Court approval and exigent circumstances. Thus, this amount is disallowed.

Invoice number 2022-07 submitted by Rafael Ruiz Consulting includes an airfare receipt that lacks the trip's itinerary including dates, times, routes, and flight numbers. **On or before September 2, 2022,** the FPMPR, LLC shall include the complete travel itinerary for Mr. Rafael E. Ruiz.

Once the FPMPR, LLC  complies with the filing requirement, the Clerk of Court is instructed to issue a payment in the amount of $157,225.85 payable to the FPMPR, LLC.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, August 23, 2022.


s/Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE