**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMONWEALTH OF PUERTO RICO and the PUERTO RICO POLICE DEPARTMENT,<br><br>    Defendants. | NO. 3:12-cv-2039 (FAB) |

### INFORMATIVE MOTION IN COMPLIANCE WITH ORDER (ECF NO. 2143)

**TO THE HON. FRANCISCO A. BESOSA, SENIOR U.S. DISTRICT JUDGE:**

Javier González, in his capacity as administrator of the FPMPR, LLC, respectfully complies with the Honorable Court's order dated August 23, 2022, and docketed today (ECF No. 2143) and informs as follows:

One of the monitors that works for FPMPR, LLC, Rafael Ruiz Consulting, submitted an invoice with an airfare receipt that lacks a complete itinerary of the dates, times, routes and flight numbers. Accordingly, to approve the invoice, the Court ordered that Rafael Ruiz Consulting provide a complete travel itinerary. In compliance with said order, enclosed herewith is a complete itinerary.

**RESPECTFULLY SUBMITTED.**

In Guaynabo, Puerto Rico, this 24th day of August 2022.

**I HEREBY CERTIFY** that on this same date a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which in turn notifies all counsel of record in the case.

**CORREA-ACEVEDO & ABESADA**
**LAW OFFICES, P.S.C**
Centro Internacional de Mercadeo, Torre II
#90 Carr. 165, Suite 407
Guaynabo, PR  00968
Tel.  (787) 273-8300 / Fax (787) 273-8371
ra@calopsc.com


S/Roberto Abesada-Agüet
USDC-PR No. 216706
General Counsel
FPMPR, LLC