Check out the details for your trip on Sun, Jul 10

**jetBlue**  TRUE BLUE  |  #3326688490

## You're all set to jet.

And, your continued loyalty is what keeps us flying high. Thanks again for being a Mosaic member.

Please note: This is not your boarding pass.

**Your JetBlue confirmation code is**  **JPLIAI**

## Change made easy.

Switch or cancel flights, add extras like Even More Space or pets, update your seat assignment, TrueBlue & KTN numbers, and other traveler details—all in one place. Stay safe from fraud—use only jetblue.com or the JetBlue app to switch or cancel your flights.

**Manage trip**

You can also manage your trips by downloading our free mobile app.

## Flights

| | | | |
|---|---|---|---|
| **BOS** Boston, MA **Terminal:** C | ▸ | **SJU** San Juan, PR | Date: Sun, Jul 10<br>Departs: 6:15pm<br>Arrives: 10:19pm<br>Flight: 261 |

jetBlue

| | | | |
|---|---|---|---|
| **SJU** San Juan, PR **Terminal:** A | ▸ | **BOS** Boston, MA | Date: Thu, Jul 14<br>Departs: 4:00pm<br>Arrives: 8:02pm<br>Flight: 562 |

jetBlue

**If your booking was made at least 7 days in advance:** You may cancel it within 24 hours for a full refund to your original form of payment, without a cancellation fee.

**JetBlue Change/Cancel Policy:** There is no fee to change (or cancel) Blue, Blue Extra, Blue Plus or Mint fares. Blue Basic fares booked Jun 8 2021 - Aug 24 2021 and after Nov 1 2021 are subject to a change/cancel fee of $100 for travel wholly within the U.S., Caribbean, Mexico or Central America, or $200 for all other routes. There are no change/cancel fees for Blue Basic fares booked before Jun 8 2021 or between Aug 25 2021 - Oct 31 2021.

Fare difference may apply and funds may be issued as a JetBlue Travel Bank credit, valid for 12 months on any JetBlue-operated flight. As a Mosaic, same-day switches may be made without a fee or fare difference. Click here for details on our change and cancel policies.

## Traveler Details

| | |
|---|---|
| **RAFAEL ENRIQUE RUIZ** | **Frequent Flier:** B6 3326688490 |
| | **Ticket number:** 2792196827866 |

**BOS - SJU:**

**Fare:** Blue

**Carry-on bags:** One (1) carry-on bag and one (1) personal item included in your fare.

**Checked bags:** Your Mosaic membership includes two (2) checked bags per person. If you need to check more than two bags, these can only be added at the ticket counter on your day of travel, and other baggage restrictions may apply.

**Seat:** 25D

**Notes:** Even More Speed

**SJU - BOS:**

**Fare:** Blue

**Carry-on bags:** One (1) carry-on bag and one (1) personal item included in your fare.

**Checked bags:** Your Mosaic membership includes two (2) checked bags per person. If you need to check more than two bags, these can only be added at the ticket counter on your day of travel, and other baggage restrictions may apply.

**Seat:** 13C

**Notes:** Even More Speed



Get up to 7" more legroom, a fast lane to the TSA checkpoint (select cities), and early boarding—all the better to nab that overhead bin.

**Add Even More Space** ▶

## Payment Details

Master
XXXXXXXXXXXX9796

| NONREF | $815.00 |
|---|---|
| Taxes & fees | $59.60 |
| **Total:** | **$874.60 USD** |

Purchase Date: Jun 28, 2022

Request full receipt



## Plan the rest of your trip with Paisly.

Get deals on cars, stays & activities from the crew you love at JetBlue—all while earning TrueBlue points. Plus, helpful humans are standing by to make your trip totally hassle-free.

**Unlock offers**

Flight Tracker    |    Bag Info    |    Airport Info

## Stay Connected

 **Download the JetBlue Mobile App**

   

Help

Business Travel

Privacy

About JetBlue

CUSTOMER CONCERNS
Have a question or concern? Contact us at jetblue.com/contact-us. Or mail us at JetBlue 27-01 Queens Plaza North, Long Island City, NY 11101.

NOTICE OF INCORPORATED TERMS
All travel on JetBlue is subject to JetBlue's Contract of Carriage, the full terms of which are incorporated herein by reference, including but not restricted to: (i) Limits on JetBlue's liability for personal injury or death, and for loss, damage, or delay of goods and baggage, including special rules for fragile and perishable goods; (ii) Claims restrictions, including time periods within which you must file a claim or bring an action against JetBlue; (iii) Rights of JetBlue to change the terms of the Contract of Carriage; (iv) Rules on reservations, check-in, and refusal to carry; (v) JetBlue's rights and limits on its liability for delay or failure to perform service, including schedule changes, substitution of aircraft or alternate air carriers, and rerouting; (iv) Non-refundability of reservations. International travel may also be subject to JetBlue's International Passenger Rules Tariffs on file with the U.S. Department of Transportation and, where applicable, the Montreal Convention or the Warsaw Convention and its amendments and special contracts. The full text of the Contract of Carriage is available for inspection at www.jetblue.com and all airport customer service counters. Tariffs may also be inspected at all airport customer service counters. You have the right to receive a copy of the Contract of Carriage and tariffs by mail upon request.

EMPLOYEE ASSAULT PREVENTION AND RESPONSE
It is a violation of federal law to assault an airport, air carrier, or federal employee within the airport. Any customer who physically or verbally assaults a JetBlue crewmember or business partner while conducting their duties within the airport will be referred to law enforcement.

NOTICE OF INCREASED GOVERNMENT TAX OR FEE
JetBlue reserves the right to collect additional payment after a fare has been paid in full and tickets issued for any additional government taxes or fees assessed or imposed.

CARRY-ON BAGGAGE RULES
All travelers may board with one (1) small personal item, such as a purse, briefcase, laptop computer case, small backpack, or a small camera, which must fit completely under the seat in front of you. For bookings made 2/25/21 (12:00am ET) or later for travel 7/20/21 or later: Travelers (except those on a Blue Basic fare) are permitted one (1) carry-on item that must be placed in the overhead bin and not exceed external dimensions of 22in x 14in x 9in. A carry-on bag is not permitted with a Blue Basic booking, except for Mosaic members, those booking an Even More® Space seat, on all legs if connecting, unaccompanied minors and active military. Overhead bin space for one carry-on bag per traveler is guaranteed on domestic flights within the U.S. on a Blue, Blue Extra and Mint fare—or you get a $25 Travel Bank credit. Please visit www.jetblue.com/bags for additional info and exceptions. On any given flight, JetBlue reserves the right to further restrict the number of carry-on items as circumstances may require.

CHECKED BAGGAGE ALLOWANCE/FEES
For Blue / Blue Basic / Blue Extra fares, the first checked bag fee is $35 and the second checked bag fee is $45. For Blue Plus fares, one checked bag is included and the second checked bag fee is $45. For Mint fares, two checked bags are included. For TrueBlue Mosaic members: two checked bags are included. For JetBlue Plus cardmembers, one checked bag is included and the second checked bag fee is $45. You can add up to 2 checked bags in advance (more than 24 hours before departure) and save $5 on each bag fee. For all fares, the fee for the third (or more) checked bag is $150 and only available at the airport. All bags are subject to size/weight restrictions. Other fees apply for oversized or overweight baggage. See www.jetblue.com/bags. Excess baggage rules and size/weight restrictions may vary depending on load availability and country restrictions. See www.jetblue.com/bags for more information. Travel on our partner airlines (excluding Cape Air*) — Baggage rules and fees vary by partner airline and destination. JetBlue will follow our partner airlines' fees when customers are traveling on an itinerary including one of our partner airlines. See http://www.jetblue.com/partners for more information.

*For itineraries with a connection only to/from Cape Air, JetBlue's standard fees apply.

CHECK-IN TIMES
For domestic travel, customers traveling with checked baggage must obtain a boarding pass and check their baggage no less than forty (40) minutes prior to scheduled departure and be onboard the aircraft no less than fifteen (15) minutes prior to the scheduled or posted departure time. Customers traveling without checked baggage must obtain a boarding pass no less than thirty (30) minutes prior to scheduled departure and be onboard the aircraft no less than fifteen (15) minutes prior to scheduled or posted departure time. For international travel, all customers must obtain a boarding pass and check their baggage no less than sixty (60) minutes prior to scheduled departure and be onboard the aircraft no less than fifteen (15) minutes prior to the scheduled or posted departure time.

DOCUMENTATION REQUIREMENTS
For domestic travel, customers over the age of 18 must present government-issued photo identification that includes a tamper resistant feature, name, date of birth, gender, and expiration date. Documents required for international travel vary according to country of travel, citizenship, residency, age, length of stay, purpose of visit, etc., and customers should contact the embassy or consulate in their destination country for all documentation requirements, including proof of return or onward travel. It is your responsibility to ensure you have the required documentation for travel. JetBlue reserves the right to deny boarding to anyone without proper documentation and is not responsible for any failure by you to have the required documentation for entry into a foreign country or return into the United States.

ADVICE TO DOMESTIC CUSTOMERS ON CARRIER LIABILITY
For travel entirely within the U.S., JetBlue's liability for loss, damage or delay in delivery of baggage is

limited to $3,800 per ticketed passenger unless a higher value is declared in advance and additional charges are paid. JetBlue assumes no responsibility for fragile, unsuitably packaged, irreplaceable, essential, or perishable items. Please refer to JetBlue's Contract of Carriage for additional information.

ADVICE TO INTERNATIONAL PASSENGERS ON LIMITATION OF LIABILITY
Passengers on a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that international treaties known as the Montreal Convention, or its predecessor, the Warsaw Convention, including its amendments, may apply to the entire journey, including any portion thereof within a country. For such passengers, the treaty, including special contracts of carriage embodied in applicable tariffs, governs and may limit the liability of JetBlue in respect of death or injury to passengers, and for destruction or loss of, or damage to, baggage, and for delay of passengers and baggage. If your journey also involves carriage by other airlines, you should contact them for information on their limits of liability. Please refer to JetBlue's Contract of Carriage for additional information, including the limits of liability for services provided in the European Union.

NOTICE OF OVERBOOKING OF FLIGHTS
While JetBlue does not intentionally overbook its flights, there is still a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for a payment of the airline's choosing. If there are not enough volunteers, JetBlue will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions, including failure to comply with JetBlue's check-in deadlines, persons denied boarding involuntarily are entitled to compensation. Please refer to JetBlue's Contract of Carriage for the complete rules for the payment of compensation and JetBlue's boarding priorities. Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.

©2022 JetBlue Airways