GALOEFFERT, LLC
4805 East Lake Road
Sheffield Lake, Ohio 44054

July 22, 2022, through August 21, 2022

INVOICE# 2022-08                                                                **TOTAL DUE $14,921.53**
ASSISTANT SPECIAL MASTER
AUGUST 2022 INVOICE

Tasks Completed

| Hours | Description | Total |
|---|---|---|
| 32 | Drafted/reviewed/researched/translated as necessary/discussed/reworked documents related to various orders of the Court, PRPB and DOJ and Monitor's Office exchanges regarding recurring issues and OSM projects. | $4,800.00 |
| 14 | Drafted, reviewed, and responded to texts, emails and all other documents/communications with respective parties, the Special Master, Assistant Special Master and the Court. | $2,100.00 |
| 20 | Zoom meetings and/or conference calls with the parties. | $3000.00 |
| 17 | Meetings, Reform Assessment interviews in San Juan 07/28/2022 - 07/29/2022 | $2,550.00 |
| Travel Expense | American Airlines Air Fare Cleveland to San Juan 07/27/2022, claiming coach fare. | $555.00 |
| Travel Expense | United Airlines Air Fare San Juan to Cleveland 07/30/2022, claiming coach fare. | $770.97 |
| Travel Expense | UBER airport to hotel | $18.66 |
| Travel Expense | Lodging 07/27/2022-07/30/2022, Govt rate $167/night plus tax | $644.40 |
| Travel Expense | Meals and Incidental Expenses, 07/27/2022-07/30/2022, Govt rate $115.00/day, travel days¾ rate at $86.25/day | $402.50 |
| Travel Expense | Parking Cleveland Airport 07/27/2022-07/30/2022, 4 days at $20.00/day | $80.00 |

**Total Wages Due = $14,921.53**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with th  Commo    e lth,  r any of its departments, municipalities, or agencies.

Gary A. Loeffert

Alejandro del Carmen                                           08/21/2022

American Airlines Your trip confirmation (CLE-SJU) Jun 18, 2022 at 9:16:42 PM

the airport.

Manage your trip

Issued: June 19, 2022



### Record Locator: DUJCEF

We charged $779.30 to your card ending in 5034 for your ticket purchase.

You can check in via the American app 24 hours before your flight and get your mobile boarding pass. Get the app and save time at

### Wednesday, July 27, 2022

| CLE | PHL | Seat: 2A |
| --- | --- | --- |
| 6:00 AM | 7:31 AM | Class: Business (D) |
| Cleveland | ,,la e, .a | Meals: |

**AA 6108**

t-- 1dt  d by PSA AIRLINES as AMERICAN EAGLE

| PHL | SJU | Seat: 4D |
| --- | --- | --- |
| 8:41 AM | 12:55 PM | Class: Business (D) |
| | | Meals: Breakfast |

Phil.::1elphla                San Juar

**AA 1496**

# Earn up to $400 Back

Plus 30,000 bonus miles. Apply by 7/13/2022. Terms Apply

Learn more

## Your purchase

**GARY LOEFFERT**

AAdvantage® #- 0W03LU4

| | |
|---|---:|
| New ticket<br>Ticket#: 0012436225585<br>[$745.00 + Taxes and fees $34.30: | $779.30 |
| **Total** | **$779.30** |

| | |
|---|---:|
| **Total cost** (all passengers) | **$779.30** |

## Your payment

| | |
|---|---:|
| Credit Card (MasterCard ending 5034) | $779.30 |
| **Total paid** | **$779.30** |

## Bag information

### Checked bags

**Airport**

| 1st bag | 2nd bag |
|---|---|
| No charge | No charge |

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 70 pounds or 32 kilograms

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. Bag and optional fees
If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

:online l? y ent avai!a_ble begin in.9_24..!'lours (ai:!d up to 4 hours) _befor_ departure

### Carry-on bags

**1st carry-on:** Includes purse, briefcase, laptop bag, or similar item that must fit under the seat in mnt of you.

**2nd carry-on:** Maximum dimensions not to exceed: 22" long x 14" wide x 9" tall (56 x 3!) '< 23

**Book a hotel »**   Book a car »   Buy trip insurance »   Things to do »

Contact us    Privacy P-olicy:

United Airlines

eTicket Itinerary and Receipt for Confirmation H4N385
Jun 18, 2022 at 9:25:51 PM

United Airlines                                                                                     Sat, Jun 18, 2022

## Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our **Important riotices p,ag.a_** for the latest updates

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

## H4N385

- !:Light 1 of 2 UA2048                                                               Class: United Business (C)

Sat, Jul 30, 2022                                                                                     Sat, Jul 30, 2022

**07:30 AM**                                                                                          **11:23 AM**

SanJuan, PR, US (SJU)                                                                      Washington, DC, US (IAD)

FJight 2 of 2 UA2433                                                                         Class: United First (C)

Sat, Jul 30, 2022                                                                                     Sat, Jul 30, 2022

**12:45 PM**                                                                                          **02:02 PM**

Washington, DC, US (IAD)                                                                   Cleveland, OH, US (CLE)

Traveler Details

LOEFFERT/GARYA

eTicket number: **0162419137804**                                                   Seats: **SJU·IAD 04E**
Frequent Flyer: **UA-XXXXX265 Premier Silver**                                   **IAD-CLE 03E**

Purchase Summary

Method of payment:                                                                      **Master Card ending in** ▇▇▇▇

| | |
|---|---:|
| Date of purchase: | Sun, Jun 19, 2022 |
| Airfare: | 1035.00 USO |
| U.S. Transportation Tax: | 19.70 USO |
| September 11th Security Fee: | 5.60 USO |
| U.S. Passenger Facility Charge: | 9.00 USO |
| Total Per Passenger: | 1069.30 USO |
| **Total:** | **1069.30 USO** |

## Carbon Footprint

Your estimated carbon footprint for this trip is **0.42135 tonnes of $CO_2$.**

You can reduce your environmental impact by participating in our CarbonChoice program which supports projects that reduce greenhouse gases. Learn more.

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.
NONREF/0VALUAFTDPT
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

## MileagePlus Accrual Details

### Garya Loeffert

| Date | Flight | FromfTo | Award Miles | POP | PQF |
|---|---|---|---|---|---|
| Sat, Jul 30, 2022 | 2048 | San Juan, PR, US (SJU) to Washington, DC, US (IAD) | 6125 | 875 | 1 |
| Sat, Jul 30, 2022 | 2433 | Washington, DC, US (IAD) to Cleveland, OH, US (CLE) | 1127 | 161 | 1 |
| MileagePlus accrual totals: | | | 7252 | 1036 | 2 |

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Sat, Jul 30, 2022 San Juan, PR, US (SJU - Luis Munoz Marin) to Cleveland, OH, US (CLE) | 0USD | 0 USO | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |

Baggage check-in must occur with United or United Express, and you must have valid MileagePlus Premier® Silver membership at time of check-in to qualify for waiver of service charges for up to three checked bags (within specified size and weight limits).

## Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, the traveler's frequent flyer status and the



We collect your personal data in accordance with applicable laws and regulations. including certain data related to COVID-19 and your health stat during the pandemic. For more information about how we process your data. please see our privacy policy at aa.com/privacy@

# ur trip summary

**Main Plus**

ne way (Non-refundable)

## $ 555 per person

tal $554.30 (all passengers)
rice and tax information @)

**More seat and bag benefits**

- No change fees (difference in ticket price may apply) [1]
- Complimentary access to Main Cabin Extra and preferred seats if available
- 1 additional free checked bag [2] v
- referred boarding (Group 5) [1] v

Advantage· miles

Changes for trips that begin in Spain. the UK. New Zealand or Australia are allowed with afee.

If you·re an AAdvantage status member or AAdvantage℠ credit cardholder. your bag benefit and boarding group applies if higher based on status. (Benefits may not apply on partner airlines.)

cludes taxes and carrier imposed fees.

ag and optional fees @J

**Depart Cleveland, OH to San Juan, Puerto Rico**
Wednesday, July 27, 2022

| 6:15 AM | 12:53 PM | 6h 38m | Ll!QP- | Main Plus |

CLE - MIA    **AA3778**    E75-Embraer 175

• 1' 8

Operated by Envoy Air As American Eagle

MIA- SJU    AA 1613    321-Airbus A321

• 1'Gms

Details    '    Changg

11:44 AM Thu Jul 21                                                                                                    100%

# Review booking                                                                                                        X

**Total due**                                                                                                   $770.97
Includes taxes and fees
                                                                                                 or starting from $68/month

Cost breakdown >

Have a promo code?                                                                                                    v



| | You Pay Today | $770.97 |
| | Card Statement Credit | -$300.00 |
| | Total After Statement Credit | $470.97 |

**Sat,**   7:30am                               1 stop                                              2:02pm
Jul 30     SJU -------------------------------- 6h32m -------------------------------- CLE

           united Economy (Q) / Snacks for Purchase

Mr. Gary A Loeffert

Phone                                                                                        +1 (904) 641-7964

MileagePlus

Age                                                                                          **Adult (18-64)**

Edit traveler >

Travel options

r  1 option added                                                                                                 >

A  Total due $770.97                                                                              

```
 !e ee•ftf::--S'of;, %xc:
EX:
07/30/2022 14:11
Total:   $  80.00
Validations:   $   0.00
MASTERCARD
XXXXXXXXXXX
$80.00
039'18E
```



1369 Ashford Avenue
San Juan, , 00907, Un ed States
Tel.:   1-1-787-827-7280   Fax:   +1-787-289-7000 www.marriott.com/sjuac

AC Hotel
San Juan- Condado

Gary Loeffert

| | |
|---|---|
| Habitaci6n / Room: | 0301 |
| Confirmation / Confinnacion: | 97930037 |
| Tipo de habitaci6n/Room Type : | KSTE |
| No. Huespedes/ No. of Guests : | 1/0 |
| Tarifa / Rate: | 167 |
| Agente / Clerk : | Alberto Villata |

| Uegada:/Arrival: | 07-27-22 | Hora:/Time: | 13:03:47 | Salida :/Departure: | 07-30-22 | Hora:/Time: | 04:56:00 | No. Folio : 181539 |

| Fecha/ Date | Reference# | Descripci6n / Description | Cargos / Charges | Creditos / Credits |
|---|---|---|---|---|
| 07-27-22 | 10174 | Room Charge | 167.00 | |
| 07-27-22 | 15101 | Destination Resort Fee | 30.06 | |
| 07-27-22 | 15105 | Room Tax | 17.74 | |
| 07-28-22 | 10174 | Room Charge | 167.00 | |
| 07-28-22 | 15101 | Destination Resort Fee | 30.06 | |
| 07-28-22 | 15105 | Room Tax | 17.74 | |
| 07-29-22 | 10174 | Room Charge | 167.00 | |
| 07-29-22 | 15101 | Destination Resort Fee | 30.06 | |
| 07-29-22 | 15105 | Room Tax | 17.74 | |
| 07-30-22 | 90702 | Master Card / Euro Card | | 644.40 |

No. de TC/Credit Card No. :   XXXXXXXXXXXX-

**Total:**   644.40

**Balance:**   0.00

As a Marriott Bonvoy Member. you could have earned points toward your free dream vacation today. Start earning points and elite status, plus enjoy exclusive member offers. Enroll today at the front desk.

**From:** Uber Receipts noreply@uber.com
**Subject:** [Business] Your Wednesday afternoon trip with Uber
**Date:** July 27, 2022 at 1:09 PM
**To:**

# Uber

Total **$18.66**
July 27, 2022

**Thanks for tipping, Gary**

Here's your updated Wednesday afternoon ride receipt.



## Total $18.66

| | |
|---|---|
| Trip fare | $9.71 |
| **Subtotal** | **$9.71** |
| Discounts and Adjustments | -$0.28 |
| Booking Fee G | $1.23 |
| Airport Fee | $3.00 |
| Tips | $5.00 |

**Payments**

E  Mastercara ·•··-                                    $18.66
   7'27'22 1:08 PM

**Download PDF**

# You rode with Victor


4.99   Rating

:.,   Has passed a multi-step safety screen

When you ride with Uber, your trips are insured in case of a covered accident.

**Learn more>**

5.14 miles | 12 min

■   **12:46 PM**
    Carolina, 00979, Puerto Rico

    **12:58 PM**
    1369 Ashford Ave, San Juan,
    PR 00907, US

0
.naa



*l.*

rt lo t tern >
>

Mytnps >

Contact support