**TDPetrowski, LLC**
**4010 Deep Valley Drive**
**Dallas, Texas 75244**

July 22, 2022 – August 21, 2022

INVOICE # ASM.TDP.2022-8                                  **TOTAL DUE:  $9,150.00**
ASSISTANT SPECIAL MASTER
AUGUST INVOICE

**Tasks Completed**

| Hours | Description | Total |
|---|---|---|
| 28 | Reviewed/researched/translated as necessary/discussed/reworked documents related to PRPD and DOJ and Monitor Office exchanges regarding recurring issues and OSM projects, to include orders and ad hoc taskings of the Court. | $4,200 |
| 15 | Drafted, reviewed, translated, and responded to texts, emails, and all other documents/communications with respective parties, the Special Master, Assistant Special Master, and the Court. | $2,250 |
| 18 | Zoom meetings and/or conference calls with the Court, Office of Special Master, and the Parties. | $2,700 |

Total Wages Due = **$9,150.00**

**I hereby certify that the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.**

*Thomas D. Petrowski*                                                                    8 /21/22
_____
**Thomas D. Petrowski**

*Alejandro del Carmen*                                                                    8 /21/22
_____
**Alejandro del Carmen**