Del Carmen Consulting, LLC
3122 Westwood Drive
Arlington, Texas 76012

July 22, 2022 through August 21, 2022

INVOICE # SM2022-8 **TOTAL DUE $ 15,000.00**
SPECIAL MASTER
AUGUST 2022 INVOICE

## Tasks Completed

Drafted, reviewed and responded to emails and all other documents/communication with respective parties and the Court. Engaged in review of some documents for the Court.

Conference calls with the Monitoring Team members, Commonwealth Representatives and Court.

Conference calls with the SM team members.

Reviewed and provided feedback on reform review as requested by the Court.

Reviewed filings, motions, and orders.

Provided input on various documents related to Reform Office Review.

Coordinated and led Reform Office Review interviews.

Reviewed and drafted documents for the Court.

Held meetings and interviews in Puerto Rico (7/28, 7/29).

## Flat Rate Total Wages Due = $15,000.00

**All travel expenses incurred during the trip to Puerto Rico (7/27/22—7/30/22) including airfare, lodging, meals, parking and transportation within the island, are being donated.**

## TOTAL DUE = $ 15,000.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*Alejandro del Carmen*
_____
**Dr. Alejandro del Carmen**                                                    8/21/22