IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff,**<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants.** | **Civil No.** 12-2039 (FAB) |

**ORDER APPOINTING GILBERTO BALLI AS ASSISTANT SPECIAL MASTER**

The Court appoints Gilberto Balli as an Assistant Special Master.

The Court originally appointed the Special Master to work with the Court and the parties on areas of the Police Reform that require focused attention, collaboration, and subject-matter expertise after the expiration of the capacity-building period. The Office of the Special Master has become an integral component of the Police Reform mission.  Its work in direct support of the Court has increased significantly of late and is anticipated to increase. Mr. Balli will assist the Office of the Special Master in that work.

Mr. Balli recently retired from the FBI after serving over 24 years as a Special Agent, most recently as the Assistant Special Agent in Charge of the Jacksonville Field Office, where he led operations in seven FBI sub-offices in northern Florida requiring

liaison with over 40 local law enforcement agencies over 30 counties addressing all investigative programs. His other FBI assignments included diverse criminal investigative and management assignments in multiple field offices, FBI Headquarters, and overseas assignments. These assignments include serving as the Program Coordinator for interagency collaboration targeting Violent Gangs in north Texas, and a nearly two-year assignment as an Assistant Legal Attaché in Bogotá, Colombia, where he led teams of the Colombian and Ecuadorian National Police in complex and politically sensitive operations. Mr. Balli speaks fluent Spanish; he holds Bachelor's and Master's Degrees in Criminal Justice.

Mr. Balli will assist the Office of the Special Master on tasks and projects assigned to the Special Master by the Court. Mr. Balli will work under the supervision of the Special Master, who in turn reports directly to the Court. Mr. Balli will be subject to the Stipulated Order Effectuating the Participation of the Special Master (Stipulated Order), Docket No. 1152; the Agreement for the Sustainable Reform of the Puerto Rico Police Department, Docket No. 60; and, the Court's orders.

The Special Master has committed that no additional budget allocation is needed to cover Mr. Balli's professional fees and incidental expenses as Assistant Special Master for Fiscal Year

Civil No. 12-2039 (FAB)                                                              3

2023-24. Mr. Balli's professional fee will be $150.00/hour, which is commensurate with the Office of the Special Master, and will be paid out of the existing budget for the Office of the Special Master.

Both the Commonwealth and United States Department of Justice have vetted Mr. Balli and have accordingly submitted his appointment to the Court.

Mr. Balli's appointment as Assistant Special Master will be effective on September 1, 2022.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, August 31, 2022.

<u>s/ Francisco A. Besosa</u>
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE