IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants**. | Civil No. 12-2039 (FAB) |

**ORDER**

The Invoices submitted by Galoeffert, LLC, TDPetrowski, LLC, and Del Carmen Consulting, LLC (Docket Nos. 2148, 2149 and 2150) are **NOTED**.

The amounts claimed for the period from July 22, 2022 through August 21, 2022, are **APPROVED** for payment.

Invoice number 2022-08 submitted by Galoeffert, LLC includes a series of incomplete airfare itineraries for a trip from Cleveland, Ohio to San Juan, PR, which fail to provide the detailed total cost of travel. Some of the documents include different fare amounts, and either lack the traveler's name or evidence of payment. **On or before September 14, 2022,** Galoeffert, LLC shall submit to the Court the complete travel receipt(s) for Mr. Gary A. Loeffert's flights, including detailed costs, fares selected, and evidence of payment.

Civil No. 12-2039 (FAB)                                                         2

The Clerk of the Court is instructed to issue the payment of $15,000 to Del Carmen Consulting, LLC, and $9,150.00 to TDPetrowski, LLC.  Once Galoeffert, LLC, complies with the filing requirement, the Clerk of Court is instructed to issue its payment in the amount of $14,921.53.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, August 31, 2022.

                                        s/ Francisco A. Besosa
                                        FRANCISCO A. BESOSA
                                        SENIOR UNITED STATES DISTRICT JUDGE