**GALOEFFERT, LLC**
4805 East Lake Road
Sheffield Lake, Ohio 44054

July 22, 2022, through August 21, 2022

INVOICE # 2022-08                                           **TOTAL DUE $14,921.53**
ASSISTANT SPECIAL MASTER
AUGUST 2022 INVOICE

Tasks Completed

| Hours | Description | Total |
|---|---|---|
| 32 | Drafted/reviewed/researched/translated as necessary/discussed/reworked documents related to various orders of the Court, PRPB and DOJ and Monitor's Office exchanges regarding recurring issues and OSM projects. | $4,800.00 |
| 14 | Drafted, reviewed, and responded to texts, emails and all other documents/communications with respective parties, the Special Master, Assistant Special Master and the Court. | $2,100.00 |
| 20 | Zoom meetings and/or conference calls with the parties. | $3000.00 |
| 17 | Meetings, Reform Assessment interviews in San Juan 07/28/2022 - 07/29/2022 | $2,550.00 |
| Travel Expense | American Airlines Air Fare Cleveland to San Juan 07/27/2022, claiming coach fare. | $555.00 |
| Travel Expense | United Airlines Air Fare San Juan to Cleveland 07/30/2022, claiming coach fare. | $770.97 |
| Travel Expense | UBER airport to hotel | $18.66 |
| Travel Expense | Lodging 07/27/2022-07/30/2022, Govt rate $167/night plus tax | $644.40 |
| Travel Expense | Meals and Incidental Expenses, 07/27/2022-07/30/2022, Govt rate $115.00/day, travel days ¾ rate at $86.25/day | $402.50 |
| Travel Expense | Parking Cleveland Airport 07/27/2022-07/30/2022, 4 days at $20.00/day | $80.00 |

**Total Wages Due = $14,921.53**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master.  I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

_____                    _____          08/21/2022
Gary A. Loeffert                                      S/Alejandro del Carmen

From:  American Airlines no-reply@notify.email.aa.com
Subject:  Your trip confirmation (CLE - SJU)
Date:  Jun 18, 2022 at 9:16:42 PM
To:  npanthers1986@gmail.com

Issued: June 19, 2022

## Your trip confirmation and receipt

### Record Locator: DUJCEF

We charged $779.30 to your card ending in 5034 for your ticket purchase.

You can check in via the American app 24 hours before your flight and get your mobile boarding pass. Get the app and save time at the airport.

Manage your trip

## Wednesday, July 27, 2022

| CLE | PHL | Seat: | 2A |
| --- | --- | --- | --- |
| 6:00 AM | 7:31 AM | Class: | Business (D) |
| Cleveland | Philadelphia | Meals: | |

**AA 5108**

Operated by PSA AIRLINES as AMERICAN EAGLE

| PHL | SJU | Seat: | 4D |
| --- | --- | --- | --- |
| 8:41 AM | 12:55 PM | Class: | Business (D) |
| | | Meals: | Breakfast |

Philadelphia                    San Juan

**AA 1496**

# Earn up to $400 Back

Plus 30,000 bonus miles. Apply by 7/13/2022. Terms
Apply.

Learn more

## Your purchase

**GARY LOEFFERT**

AAdvantage® #: 0W03LU4

| | |
|---|---:|
| New ticket<br>Ticket #: 0012436225585<br>[$745.00 + Taxes and fees $34.30] | $779.30 |
| **Total** | **$779.30** |
| **Total cost** (all passengers) | **$779.30** |

## Your payment

| | |
|---|---:|
| Credit Card (MasterCard ending 5034) | $779.30 |
| **Total paid** | **$779.30** |

# Bag information

## Checked bags

**Airport**

1st bag          2nd bag

No charge          No charge

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 70 pounds or 32 kilograms

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. Bag and optional fees
If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 4 hours) before departure.

## Carry-on bags

**1st carry-on:** Includes purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you.

**2nd carry-on:** Maximum dimensions not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm).

Book a hotel »          Book a car »     Buy trip insurance »          Things to do »

Contact us     |     Privacy policy

From: United Airlines Receipts@united.com
Subject: eTicket Itinerary and Receipt for Confirmation H4N385
Date: Jun 18, 2022 at 9:25:51 PM
To: npanthers1986@gmail.com

United Airlines

Sat, Jun 18, 2022

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our Important notices page for the latest updates

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# H4N385

| Flight 1 of 2 UA2048 | Class: United Business (C) |
|---|---|
| Sat, Jul 30, 2022 | Sat, Jul 30, 2022 |
| **07:30 AM** | **11:23 AM** |
| San Juan, PR, US (SJU) | Washington, DC, US (IAD) |

| Flight 2 of 2 UA2433 | Class: United First (C) |
|---|---|
| Sat, Jul 30, 2022 | Sat, Jul 30, 2022 |
| **12:45 PM** | **02:02 PM** |
| Washington, DC, US (IAD) | Cleveland, OH, US (CLE) |

## Traveler Details

LOEFFERT/GARYA

eTicket number: **0162419137804**
Frequent Flyer: **UA-XXXXX265 Premier Silver**

Seats: **SJU-IAD 04E**
**IAD-CLE 03E**

## Purchase Summary

Method of payment:

**Master Card ending in 5034**

| | |
|---|---|
| Date of purchase: | **Sun, Jun 19, 2022** |
| Airfare: | **1035.00 USD** |
| U.S. Transportation Tax: | **19.70 USD** |
| September 11th Security Fee: | **5.60 USD** |
| U.S. Passenger Facility Charge: | **9.00 USD** |
| Total Per Passenger: | **1069.30 USD** |
| **Total:** | **1069.30 USD** |

## Carbon Footprint

Your estimated carbon footprint for this trip is **0.42135 tonnes of CO2.**

You can reduce your environmental impact by participating in our CarbonChoice program which supports projects that reduce greenhouse gases. Learn more.

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT

Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

## MileagePlus Accrual Details

| Garya Loeffert | | | | | | |
|---|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Sat, Jul 30, 2022 | 2048 | San Juan, PR, US (SJU) to Washington, DC, US (IAD) | 6125 | 875 | 1 |
| Sat, Jul 30, 2022 | 2433 | Washington, DC, US (IAD) to Cleveland, OH, US (CLE) | 1127 | 161 | 1 |
| MileagePlus accrual totals: | | | 7252 | 1036 | 2 |

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Sat, Jul 30, 2022 San Juan, PR, US (SJU - Luis Muñoz Marín) to Cleveland, OH, US (CLE) | 0 USD | 0 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |

Baggage check-in must occur with United or United Express, and you must have valid MileagePlus Premier® Silver membership at time of check-in to qualify for waiver of service charges for up to three checked bags (within specified size and weight limits).

## Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, the traveler's frequent flyer status and the