## Saucedo, Luis E (CRT)

| | |
|---|---|
| **From:** | Saucedo, Luis E (CRT) |
| **Sent:** | Monday, August 15, 2022 7:38 PM |
| **To:** | Alejandro del Carmen |
| **Cc:** | Tom Petrowski; Gary Loeffert; Castillo, Jorge (CRT); Chamblee-Ryan, Katherine (CRT); Gabriel A. Peñagarícano-Valdés; Rafael Barreto-Sola; 'John J. Romero'; Denise Rodriguez; Roberto Abesada Agüet; Luis Hidalgo |
| **Subject:** | PRPB:  Recommendation on Auditor Position |

Good evening, Dr. del Carmen:

We write to offer our recommendations on the auditor position that would be responsible for providing accounting oversight of PRPB's reform expenditures and supporting the implementation of five consensus recommendations to improve future fiscal oversight, in compliance with the Court's Order of July 29, 2022 (Dkt. 2112).  The Commonwealth and Monitor agree and join in making this recommendation.

The Parties and Monitor met and conferred regarding the Court's July 29 Order and discussed options for the auditor position.  Based on those discussions, we recommend that the Commonwealth's Office of Inspector General (PR-OIG) serve as the auditor over PRPB's use of reform expenditures, subject to confirmation by the PR-OIG.  The PR-OIG has the authority, access, and independence necessary to provide meaningful oversight of special reform funding allocated to PRPB.  Specifically, the PR-OIG has the authority to conduct financial audits of PRPB expenditures under its implementing statute, Act 15-2017, as amended.  The PR-OIG also has the authority to support the implementation of the five consensus recommendations submitted by the Parties and Monitor on July 22, 2022 through its consultative, training, and educational functions.

The Commonwealth and the Monitor's Office have had preliminary communications with PR-OIG.  We are awaiting confirmation by the Inspector General that the PR-OIG has the resources and availability to serve as the auditor, as set forth in the Court's July 29 Order, which we expect to receive by the August 23, 2022, status conference.

Please let us know if you have any questions or concerns, or would like to discuss.
Cordially,
Luis Saucedo


**Luis E. Saucedo | Senior Trial Attorney | Special Litigation Section**
United States Department *of* Justice | Civil Rights Division
300 N. Los Angeles St., Ste. 7516 | Los Angeles, CA  90012
T:  213.894.6117 | M:  202.598.0482 | [luis.e.saucedo@usdoj.gov](mailto:luis.e.saucedo@usdoj.gov)