## Saucedo, Luis E (CRT)

| | |
|---|---|
| **From:** | Gabriel A. Peñagarícano-Valdés <gpenagaricano@cnr.law> |
| **Sent:** | Tuesday, August 30, 2022 11:32 PM |
| **To:** | Saucedo, Luis E (CRT); Castillo, Jorge (CRT); John J. Romero; Denise Rodriguez; Alejandro del Carmen; Gary Loeffert; Tom Petrowski |
| **Cc:** | alexis.torres@dsp.pr.gov; Rafael Barreto-Sola; Arthur Garffer; Carlos J Figueroa Ortolaza |
| **Subject:** | [EXTERNAL] audit |

Dear all,

Good evening. This is in connection with the discussion held today at the August 253 virtual meeting among the parties regarding the OIG topic. First and foremost, please do not take as any disrespect the developments informed today during the meeting regarding the OIG office for the audit works.

As informed, the idea has always been and is today that whatever entity is used for the audits is with the acceptance and approval of all parties in the case.

We met with Secretary Torres this evening to update him regarding the discussions in the meeting. He asked us to tell you to please afford him until tomorrow to inform to all parties his final recommendations regarding which offices to consider for the audits. He is exploring options both in terms of fitness to do the job and in terms of availability. Finally, he will provide specific info as to the OIG.

As time is of the essence because of the deadline Friday, we will make all efforts to have the information as soon as possible tomorrow.

Regards,
Gabriel

Get Outlook for iOS

**Gabriel A. Peñagarícano-Valdés** | *Special of Counsel*
📞 (787) 767-9625   ✉ *gpenagaricano@cnr.law*



**Cancio, Nadal & Rivera, L.L.C.**
*403 Muñoz Rivera Ave. | San Juan, P.R. 00918-3345*
*P.O. Box 364966 | San Juan, P.R. 00936-4966*
 www.cnr.law

CONFIDENTIALITY NOTE: This communication contains information belonging to CANCIO, NADAL & RIVERA, L.L.C. which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of said information is strictly prohibited. If you have received this communication by error, please delete it from your computer and notify us immediately.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.