## Christopher Graham, CPA, CFE

Former FBI Agent/Accountant and security executive with extensive experience in complex financial investigations, internal investigations and inspections, and contract management. Thrives in challenging, unique, and geographically diverse environments where maturity, collaboration, and communication are critical.

### Experience and selected accomplishments

**The Macerich Company**                                                                               June 2016 – June 2021
Assistant Vice President, Security

Developed and implemented an effective security program for one of the nation's largest mall owner/operators. Responsible for oversight and all financial aspects of a $30 million private security contract to include billing, budgeting, reviews, audits, and forecasting. Led the RFP process by establishing performance metrics and bidder qualifications. On a daily basis, engaged with both the vendor as well as all accounting and financial departments within Macerich on cash flow, capital expenditures, and billing anomalies. Analyzed numerous security technology options and computed ROI analysis in support of the decision process.

**United States Steel Corporation**                                                                           Feb. 2015 - June 2016
Manager, Corporate Security Investigations

Led the strategy, coordination, and performance of all sensitive internal investigations and regularly presented results and recommendations to a committee of top executives and the General Counsel. This included theft, embezzlement, kickbacks, and other concerning behaviors often leading to terminations and other legal actions, often in a unionized employment environment.

**Federal Bureau of Investigation**                                                                                           1989 - 2015

Built an accomplished tenure by pursuing challenges in high-priority roles and operational missions. Notable assignments and relevant activities include:

- **Joint Terrorism Task Force Supervisor** - Key member of the executive management team and direct supervisor of 23 investigators, police officers, analysts, and task force officers from federal, state and local partners. Developed investigative plans and led several significant national level counterterrorism cases.
- **Unit Chief – Cyber Division and Deputy Director National IPR Center -** Headed the FBI's Intellectual Property Rights program and operation of the National IPR Center. Managed significant human and monetary resources ($3 million annually) afforded by Congress in the PRO IP Act. Prepared and presented annual reports to DOJ and Congress on performance and spending under the Act.
- **Special Assignment –** GTMO High Value Detainee Prosecution Task Force. Worked alongside prosecutors and other agencies seeking just outcomes in a unique legal and political environment. Conducted detailed analysis of evidence to include financial and other sources. Led demanding interviews with former Al Qaeda leaders and other detainees. Prepared and presented exacting and extensive reports for top level Government officials.
- **Assistant Legal Attaché** - Selected by the FBI Director to open and run the first FBI office in Milan, Italy. As the sole FBI representative for the region, successfully prioritized and completed multiple initiatives to relocate, establish an office, develop local liaison contacts, and support Embassy programs. Responsible for the prudent expenditure of Government funds for the purchase of furniture, equipment, and an official vehicle. Prepared vouchers and periodic reports for FBIHQ.

- **FBI Offices of Inspections and Professional Responsibility –** Conducted detailed internal inspections and audits of FBI field offices and international offices to evaluate performance, compliance, and liaison activity. Conducted several internal investigations of personnel misconduct, including the completion of an unresolved procurement matter in which employees structured payments to vendors at a conference to avoid bidding and reporting requirements.
- **Supervisory Special Agent –** As the white-collar crime supervisor and program coordinator, provided daily guidance, oversight, and investigative leadership to a squad of junior agents, analysts, and accountants leading to successful prosecutions for government fraud, health care fraud, bank fraud, mail fraud, and corruption of public officials. Managed personnel resources to ensure program goals and objectives were met or exceeded. Reviewed and approved all informant payments. Conceived and managed pro-active and undercover operations, including the 2001 investigation of McDonald's promotional games and featured on HBO's docu-drama series "McMillion$."
- **Office of Independent Counsel -** Served as the lead agent on the Independent Counsel investigation of the Secretary of HUD, Henry Cisneros. Analyzed telephonic, written, and financial evidence. Conducted dozens of challenging interviews of high level and political figures. Led the execution of search warrants and testified extensively leading to the indictment of Cisneros and six others.
- **Special Agent** - Lead agent on numerous complex white collar crime investigations involving real estate, health care, and education fraud. Conducted hundreds of subject and witness interviews. Authored and executed search warrants, arrests, and testified extensively at hearings and trials. Received awards and notable accolades from the FBI, United States Attorney's Office, ASIS, and the Department of Justice for investigative skills and accomplishments. Notable successes include:
    - Lead agent on an investigation into illegal telemarketing boiler rooms, including one that resulted in over $3 million in losses. Operated and paid informants, authored affidavits and executed searches. Testified extensively at hearings and at trial resulting in 13 convictions.
    - Lead agent on a significant health care fraud investigation into the billing of over $4 million of fraudulent expenses. Traced stolen funds to illegal purchases including a multi-million-dollar home and elaborate furnishings. Authored the affidavit(s) for searches and the seizure of the ill-gotten assets as well as the owner's home.
    - Lead agent on a large real estate fraud investigation involving a complicated "flip sale" scheme, resulting in the indictment and conviction of eight defendants at trial. Conducted forensic financial analysis to demonstrate, at trial, the flow of funds leading to illegal profits.
    - Served as the FBI Agent/Accountant on a large undercover operation targeting Italian Organized Crime and prepared, presented, and paid expenses of the operation.

**Assistant Controller, Program Resources Incorporated**                               **1987–1989**
Responsible for all financial aspects of a multi-million-dollar operations and maintenance DOD contract.

**Senior Auditor, KPMG International**                                                          **1984-1987**
Conducted and supervised annual audits and special projects for clients in both the public and private sector.

### Education, certifications, and other skills

- BBA in Accounting with cum laude honors, Loyola University, Baltimore, Maryland.
- Certified Fraud Examiner, June 2014.
- Certified Public Accountant, Maryland 1984
- Member American Association of Certified Fraud Examiners.
- George C. Marshall European Center for Security Studies, Garmisch, Germany.
- Instructor at International Law Enforcement Academy and FBI analyst classes at FBI Academy.
- Member American Society of Industrial Security (ASIS).
- Member FBI Infraguard and FBI Domestic Security Advisory Council (DSAC).