IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO, et al.,**<br><br>Defendants. | CIVIL NO.: 12-cv-02039 |

## MOTION IN COMPLIANCE WITH ORDER AT DOCKET 2159

**MAY IT PLEASE THE COURT:**

    **COME NOW**, Codefendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau ("PRPB"), through the undersigned attorneys, and very respectfully state and pray:

    1.   In compliance with the Honorable Court's Order at ECF No. 2159, the Commonwealth respectfully submits Mr. Eduardo Soria's[1] *curriculum vitae* as Exhibit 1. The Commonwealth also includes the Forensic Accounting Services' Firm Profile for EcoVal, LLC, the company for which Mr. Soria is Managing Director, as Exhibit 2.

    **WHEREFORE,** Defendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau, respectfully request this Honorable Court to take notice of the above and deem its Order at ECF No. 2159 as complied with.

    **RESPECTFULLY SUBMITTED.**

---

[1] In its Informative Motion at ECF No. 2157, the Commonwealth incorrectly spelled Mr. Soria's last name as "Soriano".

I HEREBY CERTIFY that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

In San Juan, Puerto Rico, this 9th day of September 2022.

For Defendants COMMONWEALTH OF PUERTO RICO and PUERTO RICO POLICE BUREAU:

**CANCIO, NADAL & RIVERA, L.L.C.**
P.O. Box 364966
San Juan, Puerto Rico  00936-4966
403 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Tel. (787) 767-9625


**S/ RAFAEL BARRETO-SOLÁ**
USDC PR: 211801
rbarreto@cnr.law


**S/ GABRIEL A. PEÑAGARÍCANO**
USDC PR: 212911
gpenagaricano@me.com