**EDUARDO SORIA RIVERA, CPA/ABV, CVA, CIA, CFE, ESQ.**

---

**CREDENTIALS**

**OVERVIEW:**   25 years of experience working as a business advisor and consultant through Public Accounting firms.

25 years of experience as a Certified Public Accountant (CPA).

13 years of experience as an attorney at law admitted to practice in Puerto Rico by the Puerto Rico Supreme Court.

23 years certified as an expert in Business Valuation (CVA) by the National Association of Certified Valuation Analysts (NACVA).

21 years certified as an Internal Auditor (CIA) by the Institute of Internal Auditors (IIA).

20 years as a Certified Fraud Examiner (CFE) by the Association of Certified Fraud Examiners (ACFE).

15 years certified as an expert in Business Valuation (ABV) by the American Institute of Certified Public Accountants (AICPA).

Since 1998, Mr. Soria has been qualified and has testified as a financial expert witness in federal-district and local courts, as well as the bankruptcy court. In the last 19 years, he has been involved in approximately 200 cases involving litigation support and expert witness assignments regarding finance, accounting, business valuation, and various financial matters.

He has been appointed as Special Master, Commissioner, Estate Partitioner and Receiver in cases of the federal-district court and at local courts, as well.

Mr. Soria has over 25 years of public accounting experience. During this time, he has acquired expertise in a wide array of industries such as:

- Government
- Construction
- Insurance
- Manufacturing
- Distribution

- Services
- Financial Institutions
- Restaurants
- Technology
- Retail

Since 1993, Mr. Soria has worked upon a niche practice concentrating in engagements classified by the profession as non-traditional or specialized services. Non-traditional engagements encompass a wide array of consulting and business advisory projects, such as:

- Bankruptcy services
- Divorce services
- Fraud investigations

- Risk assessments
- Internal audit
- Transfer pricing

**EDUARDO SORIA RIVERA, CPA/ABV, CVA, CIA, CFE, ESQ.**

---

- Forensic accounting
- Litigation support
- Internal control

- Business valuations
- Compliance evaluations
- Mergers and acquisitions

**EXPERIENCE HIGHLIGHTS:**

Stockholder and founding member of Soria Consulting LLC, a business consulting firm in Texas.

Seven years as Stockholder and founding member of the business consulting firm Soria, LLC, recently changed its legal name as Ecoval, LLC.

Eight years as the Partner in charge of the Business Advisory Division of the international accounting firm BDO, as well as Regional Head of Advisory of the International network.

Four years as a Manager and two as a Partner in charge of the Business Consulting Division of a local accounting firm Aquino, De Cordova, & Alfaro.

Two years as an Operations Audit Manager in the Office of Management and Budget (OMB) of the Government of Puerto Rico.

Two years as a Senior auditor in the international accounting firm of Arthur Andersen Puerto Rico.

Two years as a consultant in the local accounting firm Armando A. Suarez, CPA.

**WORK SPECIALITIES:**

***Forensics and Valuation Services***

Forensics (Dispute Resolution Services)

- Divorce
  - Child support determination
  - Liquidation of marital estate
- Commercial damages
- Partnership dissolution
- Breach of contract
- Accounting malpractice claims
- Estate distribution
- Intellectual property damages
- Financial Statement Fraud
- Misappropriation of assets

- Loss of earnings
  - Constructive discharge
  - Wrongful termination
- Losses under Law 75/Law 21
- Shareholders dispute
- Loss profits
- Business Interruption claims

- Reconstruction of accounting records

*Construction Claims*
- Extended overhead
- Differing site conditions

**EDUARDO SORIA RIVERA, CPA/ABV, CVA, CIA, CFE, ESQ.**

---

- Inefficiency
- Delays
- Breach of contract
- Labor and equipment escalation
- Default declarations

*Fraud and Forensic*
- Prevention
- Detection
- Investigation
- Fraud risk assessment

Mr. Soria has been involved in numerous fraud investigations related to asset misappropriations or employee fraud, in addition to financial statements fraud and investments schemes. He is a frequent speaker and lecturer in these topics to various professional organizations.

*Business Valuation Services*
- Equity valuations
- Intangible asset valuations
- Estate and gift tax valuation
- Business interest valuation
- Partnership interest valuation

Mr. Soria has been involved in approximately 245 valuation engagements since 1998. He has two designations as an expert in this field, CVA and ABV, being one of a few professionals in Puerto Rico with both credentials. He is the main instructor related to this topic in the Puerto Rico Society of Certified Public Accountants, and he has provided over 40 seminars related to the topic over a 25-year span.

*Due diligence*
- Representing the seller
- Representing the buyer

**Business and Government Consulting**
- Feasibility evaluations
- Federal funds management
- Process evaluation
- Internal controls review
- Internal audit outsources
- Process reorganization

Mr. Soria has assisted the PR Electric Power Authority (PREPA) management in the development of Project Worksheets (PW) as required under the Stafford Act, for the reconstruction of Puerto Rico's power grid.  Also, assisted PREPA'S management in the evaluation of the allowability of the expenses incurred, their documentation and

EDUARDO SORIA RIVERA, CPA/ABV, CVA, CIA, CFE, ESQ.

registration, as required by FEMA for their reimbursement.

Mr. Soria has also performed forensic audits regarding the use of funds made available to agencies, by Puerto Rico Office of Management and Budget, as advances to engage in the necessary tasks to restore the essential services on the island.

**Expert Consultant in complex financial cases**
- Evaluation of complex financial data in commercial, and corporate cases.
- Assistance in the preparation of request for production of documents and interrogatories regarding financial matters.
- Assistance in the preparation of deposition questions regarding financial matters to witness and financial expert witness.
- Assistance in the preparation of direct and cross-examination questions of financial related issues for trial.

*EDUCATION/CREDENTIALS:*

In 2015, Oxford-Chicago Valuation Program from the University of Oxford.

In 2015, International arbitration course from the Columbia University in the City of New York.

In 2008, passed the local bar exam with a 93-percentile score.

In 2007, graduated *Magna Cum Laude*, from the Interamerican University School of Law.

In 2006, became certified as an expert in Business Valuation (ABV) by the American Institute of Certified Public Accountants.

In 2001, became certified as a CFE (Certified Fraud Examiner).

In 2000, passed the Certified Internal Auditor (CIA) examination.

In 1998, passed, on the first try, the Certified Valuation Analyst (CVA) examination.

In 1995, passed, on the first try, all four parts of the uniform Certified Public Accountant (CPA) examination.

In 1995, graduated *Cum Laude* from the Business Administration Department of the University of Puerto Rico, Río Piedras campus, obtaining a BBA with a major in accounting.

**EDUARDO SORIA RIVERA, CPA/ABV, CVA, CIA, CFE, ESQ.**

---

**COURSES AND SEMINARS:**

**As instructor**

| | |
|---|---|
| • Business valuations | 35 seminars |
| • Fraud | 20 seminars |
| • Litigation support | 10 seminars |
| • Liquidation of marital assets | 7 seminars |
| • Alimony determination | 12 seminars |
| • Personal and commercial damages | 8 seminars |
| • Internal audit / Internal Controls | 6 seminars |
| • Construction claims | 10 seminars |
| • Expert witness testimony | 14 seminars |

**For the following Institutions**
- Puerto Rico Society of Certified Public Accountants (PRCPA)
- Instituto de Educación Práctica of the Colegio de Abogados de Puerto Rico
- Interamerican University School of Law Continuing Education Program
- American Institute of Certified Public Accountants (AICPA)
- Institute of Internal Auditors (IIA)
- Association of Certified Fraud Examiners (ACFE)
- National Association of Certified Valuation Analysts (NACVA)
- Arthur Andersen
- BDO
- Law firms

**PROFESSIONAL ACTIVITIES:**   Member of the following professional associations:
- American Institute of Certified Public Accountants (AICPA)
- Puerto Rico Society of Certified Public Accountants (PRCPA)
- National Association of Certified Valuation Analysts (NACVA)
- Association of Certified Fraud Examiners (ACFE)
- Institute of Internal Auditors (IIA)
- Texas Society of Certified Public Accountants (TSCPA)
- American Bar Association (ABA)
- Hispanic Bar Association (HBA)
- Houston Hispanic Chamber of Commerce (HHCC)

Has participated in the following committees:
- Continued Education (PRCPA and NACVA)
- Valuation and Forensics (PRCPA)
- Computerized exam preparation and Grading Committee (AICPA)
- "Comisión de Asuntos Interdisciplinarios del Colegio de Abogados"
- "Junta de Directores de la Asociación de Ex-alumnos de la Escuela de Derecho de la Universidad Interamericana"

**EDUARDO SORIA RIVERA, CPA/ABV, CVA, CIA, CFE, ESQ.**

---

***PUBLICATIONS:***

- Business Valuations: The ideal financial benchmark for turnaround. Business Puerto Rico Edition 4, 2009.
- Valuations for financial reporting under SFAS 142.
- "El CPA". Abril/Mayo 2009.

**EDUARDO SORIA RIVERA, CPA/ABV, CVA, CIA, CFE, ESQ.**

| Case | Judge/Court | Description | Involvement |
|------|-------------|-------------|-------------|
| Huertas Trading Corp., et. als. v Miguel Alberto Huertas Torres, et. als. Civil No.: BY2018CV03958(402) | Bayamón Superior Court | Commercial Damages | In process: Expert report. Deposition. |
| E-Steps LLC v Americas Leading Finance LLC, et. als. Civil No.: 20-CV-01245 | United States District Court – Puerto Rico | Economic Loss | In process: Expert report. Deposition. |
| Marilyn Negrón Ortega, et. als. v Edil Jimenez Pérez, et. als. Civil No.: AR2021CV00490 | Arecibo Superior Court | Loss of Profit | In process: Expert report. Deposition. |
| Mario Villegas Vargas v. JR Asphalt, Inc., Raymond Rodríguez Santos y Yeiramar Rivera Alicea Civil No.: SJ2021CV05534 | San Juan Superior Court | Company's assets liquidation | In process: Court order administrator |
| Alejandro Tirado Castejón v. Emiliano Tirado Castejón, et. als. Civil No.: C AC2018-0043 | Arecibo Superior Court | Liquidation of Inheritance | In process: Partitioner appointed by the Court |
| Punto Verde PT, Inc., et. als. v. Municipio de San Juan et. als. Civil No.: KPE2011-2754 | San Juan Superior Court | Breach of contract/damages | In process: Expert witness and preparation of damages computation report |
| Juan Pagan Caraballo et. als. v. Puerto Rico Farm Credit et. als. Civil No.: 19-cv-01649-GAG | United States District Court – Puerto Rico | Damages; Truth in Lending | In process: Expert witness and preparation of damages computation report |
| Dra Luz M Acevedo Vargas v. Municipio de San Juan Civil No.: SJ2019CV01176 | San Juan Superior Court | Backpay damages claim | In process: Expert witness and preparation of rebuttal report.  Deposition. |
| Ballester Hermanos, Inc. v. CCI Beer Distributors, Inc. et. als. Civil No.: 19-CV-02100 | Bayamón Superior Court | Tort Action under Law 75 | In process: Expert witness and preparation of report. Deposition. |
| Martha Ariza Arias v. Saint John's School Civil No.: 19-2143 | US District Court for the District of Puerto Rico | Wrongful Termination | In process: Financial Assessment of Consulting Services.  Deposition. |
| Jose Wiscovitch et. als. v Carmen Yulin Cruz Soto et. als. Civil No.: 18-cv-1029 | US District Court for the District of Puerto Rico | Civil Rights Violation | Expert Witness Rebuttal Report |

**EDUARDO SORIA RIVERA, CPA/ABV, CVA, CIA, CFE, ESQ.**

| | | | |
|---|---|---|---|
| Diamar Otero de Cancel et. als. v. Dorado Health, Inc. et. als. Civil No: AR2019CV02085 | Arecibo Superior Court | Torts and Damages | In process: Expert report. Deposition. |
| Javier Doval et. als. v. JCI, Corp. et. als. Civil No: SJ2019CV03362 | San Juan Superior Court | Collection of money | Economic Expert Witness Report |
| Diddier Cancel Otero v. Dorado Health, Inc. et. als. Civil No: 19-1173 | US District Court for the District of Puerto Rico | Tort Action for Medical Malpractice | In process: Economic Damages Expert Report. Deposition. |
| Dahiana Cardona Rodriguez v. Carlos Carro Pagan CG2019CV00060 | Caguas Superior Court | Liquidation of marital assets | In process: Medical practice valuation.  Deposition. |
| Virginia Dib Olazabal v. Pedro Hernández Fragela SJ2019CV06088 | San Juan Superior Court | Liquidation of marital assets | In process: Expert witness and preparation of report. |
| Tamrío v. ACT | San Juan Superior Court | Construction Claim | In process: Expert witness and preparation of report. Deposition. |
| Ferrovial Agroman v. ACT | San Juan Superior Court | Construction Claim | In process: Expert witness and preparation of report |
| Criadero La Gloria Inc, v. Hacienda Tulipanes Inc EAC2016-0358 | Caguas Superior Court | Breach of contract/damages | Loss profit and commercial damages |
| Waleska I. Irizarry Rosas v. Roberto D. Acosta Martin Civ. No. 201600358 | Mayaguez Superior Court | Liquidation of marital assets | Business Valuation |
| Adm. Terrenos v. WMS KEF 2005-653 | San Juan Superior Court | Eminent domain | Expert witness and preparation of report. |
| Maribel Deliz Jiménez v. Ginés Martínez Mangual Civil Num. EAC 2015-0400703 | Caguas Superior Court | Liquidation of marital assets | Professional business valuation report. Determination of personal goodwill.  Deposition. |
| Luisa Vanessa Marcial Vega v. Los herederos de Víctor Adolfo Marcial Burgos | Bayamón Superior Court | Estate partition | Shares valuation |
| Emma Arocho Pirris v. Beningno Dominguez Lara Civil no. EAC- 2016-0177 | Caguas Superior Court | Shareholder claim | Business (pharmacy) Valuation.  Deposition. |
| Ivelisse Irizarry Ortíz; Angel Omar Rodríguez Irizarry; Angel Javier Rodríguez Irizarry; Paola Mariel Rodríguez Irizarry v. Universal Insurance Company MZ2018CV00239 | Mayaguez Superior Court | Torts Damages | In process: Expert witness and preparation of loss profit report.  Deposition. |

**EDUARDO SORIA RIVERA, CPA/ABV, CVA, CIA, CFE, ESQ.**

| Municipio de Carolina v. CH Properties | Carolina Superior Court | Damages resulting from a breach of contract | Expert witness |
|---|---|---|---|
| Samuel Sánchez Perez v. Neysa Sosa Iglesias | Carolina Superior Court | Liquidation of marital assets | Business Valuation |
| Dr. Ramón Echeandía Fuster vs Sandra M. Marrero Martínez | Bayamon Superior Court | Liquidation of marital assets | Expert witness and preparation of report. Deposition. |
| Héctor Raul Colón v. Ramon Luis Colón | Orocovis Superior Court | Valuation of an Estate and Liquidation | Estate partitioner appointed by the court |
| Magda Narah Martinez y Victor Galán Fundora | Bayamón Superior Court | Alimony determination report | Expert consultant |
| Rama Construction v. Municipio de Cayey | Caguas Superior Court | Construction Claim | Evaluation of damages report and rebuttal |
| International Equipment, LLC v. Cantera Roca Dura, et. al. Court Civil No. 17-1425(CCC) | San Juan District Court | Commercial damages | Preparation of damages report. |
| Arill Massas v Rios Cruz Civil No. D12017-0265 | Bayamón Superior Court | Alimony determination | Preparation of report |
| Scotiabank de Puerto Rico v Salvador F. Rovira Civil No. JCD2016-0403 (604) | San Juan Superior Court | Lenders liability/ Commercial damages | Preparation of damages report |
| Scotiabank de Puerto Rico vs Puerto Rico Legal Advocates, PSC Civil No. JCD2016-0404 | San Juan Superior Court | Lenders liability/ Commercial damages | Preparation of damages report |
| Teresa Gonzalez v. Julio Wiscovitch Civil No. DAC2016-0559 | San Juan Superior Court | Commercial damages | Preparation of damages report |
| Maysonet v. Soto Marín Civil No. CAC 2016-1475 | Arecibo Superior Court | Valuation of an estate and liquidation of marital assets. | Special Commissioner appointed by the Court |
| R Alexander Acosta Secretary of Labor, United States Department of Labor v. Optimus Investigations | San Juan District Court | Investigation of hidden assets | Receiver appointed by the Court |

**EDUARDO SORIA RIVERA, CPA/ABV, CVA, CIA, CFE, ESQ.**

| Case | Judge/Court | Description | Involvement |
|------|-------------|-------------|-------------|
| Diana Gonzalez v. Sucesión José Gonzalez Méndez CIVIL No.  K AC2002-5789 | San Juan District Court | Valuation of an asset of an Estate and liquidation of the Estate. | Special Commissioner appointed by the Court |
| José A. Colón López and Tamaris Ruiz v. Desarrolladora J. A., Inc., et. al. Civil No. DDP2014 – 0955702 | Bayamon Superior Court | Economic Damages | In process: Evaluation and preparation of rebuttal report. |
| Matilde O. Arbona García, et. al. v. Administración de Terrenos de Puerto Rico, et. al. Civil No. APE 2002-0093 | Aguadilla Superior Court | Torts and Non-compliance | In process: Evaluation and preparation of rebuttal report. |
| Kasike, Inc. v. Jocarti Inv, etc. Civil No. N3CI2013 – 00408 | Rio Grande Superior Court | Contract and Torts Resolution | In process: Evaluation and preparation of report. Deposition. |
| Servicios Médicos Universitarios, Inc. v. Hyperbaric Skin and Health Clinic Civil No. FPE 2016 – 0115 | Carolina Superior Court | Eviction and cash collection | In process: Evaluation and preparation of rebuttal report. |
| Ileana Mercado Vélez, et. al. v. Hospital Episcopal San Lucas II, et. al. Case No. 15–2807 (JAF) | United States District Court for the District of Puerto Rico | Torts; Medical Malpractice | Evaluation of damages and preparation of rebuttal report. |
| Rosa Esther Vidró Vidró, Ángel Neri Vidro Santiago, et. al. v. Hospital San Lucas II, et. al. Civil No. JDP2013 – 0565 | Ponce Superior Court | Torts; Medical Malpractice | Evaluation of damages and preparation of rebuttal report. |
| Oficina para la Reglamentación de la Industria Lechera (ORIL) | San Juan Superior Court | Valuation | Rebuttal of Business Valuation |
| Caribe Tecno S.E. v. Administración para el Distrito del Centro de Convenciones Case No. 32-20-11—0008 | American Arbitration Association – International Dispute Resolution | Arbitration-Construction claim | Evaluation and Preparation of report. |

**EDUARDO SORIA RIVERA, CPA/ABV, CVA, CIA, CFE, ESQ.**

| Case | Judge/Court | Description | Involvement |
|---|---|---|---|
| Francisco Correa Gabriel, et. al. v. José A. López Cáceres, et. al. Civil No. CAC2009-1390 (401) | Arecibo Superior Court | Damages / Breach of contract | Legal representation. |
| Asoc. De Residentes de Monte Apolo, Inc. v. Norman Foy Santiago, et. al.; Carlos Crespo, et. al.; Ramón Rubio | San Juan Superior Court | Financial determination | Financial determinations related to Summary Judgment of case. |
| Oriental Bank and Trust v. María Cotto, su esposo Natanael Pacheco Martínez y la Sociedad legal de gananciales compuesta por ambos. | Humacao Superior Court | Claim related to employee | Evaluation and preparation of report. |
| Jorge Luis San Miguel Santos v. María Virgen Díaz Rodríguez y Farmacia Express, Inc. | Guayama Superior Court | Damages / Division of assets | Legal representation. |
| Harry Rodríguez Morales, Marian Rodríguez Pérez y la Sociedad Legal de Gananciales que integran; Victor Manuel Rosado Martínez, Diana San Feliz Cosme y la Sociedad de Gananciales que integran v. Lau Eill Import Corp.; L.W.V.H. Friends Manufacturing Corp. | Bayamón Superior Court | Damages / Breach of contract | Evaluation of damages/ preparation of report. |
| RQP Enterprises, Inc. v. Pall Life Sciencies PR, LLC. Civil No. 2013-00904 (301) | Fajardo Superior Court | Damages / Breach of contract | Evaluation of damages/ preparation of report. |
| Ana Julia Rondón v. Francisco Aguayo Civil No. DI 2015-0025 | San Juan Superior Court | Liquidation of marital assets/valuation | Evaluation of damages and preparation of report. |
| Rafael A. Pérez Bartolomei v. Yesenia Ojeda Arnau | Bayamón Superior Court | Liquidation of marital assets/valuation | Evaluation of damages and preparation of report. |
| Carmen Delgado Santana y otros v. Star Electrical Services & General Services, Inc., Aseguradoras A, B y C Civil No. HSCI 2014-01113 | Humacao Superior Court | Damages/Loss of Personal Income | Evaluation of damages / preparation of report. |

**EDUARDO SORIA RIVERA, CPA/ABV, CVA, CIA, CFE, ESQ.**

| Case | Judge/Court | Description | Involvement |
|---|---|---|---|
| Melba Mabel Trinidad Rodríguez v. Luis Santiago Berrios Civil No. DAC2009-1916 (401) | Bayamón First Instance Court | Liquidation of assets | Valuation of company. |
| José L. Oquendo v. Aimee Acevedo Civil No. NSRF 2014-00633 | Fajardo Superior Court | Child support determination | Evaluation of case and preparation of report. |
| Frances Regina Álvarez Emous v. Jorge Damián Carrera del Moral Civil No. KAC 2013-0593 | San Juan Superior Court | Liquidation of marital assets/valuation | Evaluation of damages and preparation of report. |
| Jorge Acevedo Martínez v. Roberto Acevedo Martell y Cándida Martell Flores Civil No. KAC 2014-0457 (906) | San Juan Superior Court | Special Commissioner. Liquidation of estate. | Preparation of a report to determine the amounts to be distributed. |
| Nevarez & Villavicencio Contruction S.E. Vs. Winston Churchill 2000, Corp. | Arbitrator's Board | Commercial Damages/ Construction Claim | Evaluation of damages and preparation of report. Testimony in Court. |
| Madison Ortho, Inc. v. Sharma Pharmaceutical | United States Court – District of Puerto Rico | Damages / Breach of contract / Law 75 | Evaluation of damages/ preparation of report. |
| Joshua Meléndez v. Caribbean Medical Center, Civil No. NSCI 2014-00227 | Fajardo Superior Court | Damages/Loss of Personal Income | Evaluation of damages/ preparation of report. |
| Rivero Construction v. Autoridad de Carreteras y Transportación Civil No. KAC 2012-0418 | San Juan Superior Court | Damages / Breach of contract | Evaluation of damages/ preparation of report. |
| D'Alessio International Trading, Inc. v. Foodonics International, Inc. | Arbitrator's Board | Damages / Breach of contract / Law 75 | Evaluation of damages/ preparation of report. |
| Ignacio Rivera v. Corp. Víctor A. Rivera Civil No. DAC2010-1905 | Bayamón Superior Court | Damages / Breach of contract | Evaluation of damages. |
| Constructora BJNP, Inc. v. CMA Architects & Engineers; Ing. Manuel Fernández; Continental Casualty Company Civil No. KAC 2003-7473 (901) | San Juan Superior Court | Commercial Damages / Construction Claim | Evaluation of damages and preparation of report. |

**EDUARDO SORIA RIVERA, CPA/ABV, CVA, CIA, CFE, ESQ.**

| | | | |
|---|---|---|---|
| L. Reyes Contractors, S.E v. Autoridad de Carreteras y Transportación Civil No. KAC 2014-0440 | San Juan Superior Court | Damages / Breach of contract | Evaluation of damages and preparation of report. |
| CSCG, Inc. v. Autoridad de Carreteras y Transportación Civil No. KAC 2013-0007 | San Juan Superior Court | Damages / Breach of contract | Evaluation of damages and preparation of report. |
| Sucesión Méndez López v. Estado Libre Asociado de Puerto Rico, Administración de Terrenos | San Juan Superior Court | Damages | Evaluation of damages and preparation of report. |
| MPJ Auto Corporation v. Autoridad de Carreteras y Transportación Civil No. ISCI-2009-00606 (206) | San Juan Superior Court | Damages / Breach of contract | Evaluation of damages and preparation of report. |
| Evelyn López Velázquez V. Iglesia De Dios Pentecostal Movimiento Internacional, Inc. T/B/C Iglesia De Dios Pentecostal, Inc.; Mapfre- | Caguas Superior Court | Damages/Loss of Personal Income | Evaluation of damages / preparation of report and testified in court as an expert witness. |
| Trafon Group, Inc. v. Hemisphere foods, LLC; Northwest Selecta, Inc.; Héctor Vázquez Civil No. KAC2011-0480 | San Juan Superior Court | Damages / Breach of contract / Law 75 | Evaluation of damages/ preparation of report and testified in court as an expert witness. |
| Multinational Life Insurance Company v. Option Health Care Civil No. KAC12-0212 | San Juan Superior Court | Debt collection/ Damages | Evaluation of damages and preparation of report. |
| ISTA Pharmaceuticals v. Fusion Consulting Group | District Court of California | Law 21 Claim | Evaluation of damages/ report. |
| Engineered Parts and Services, Inc. v. Dorado Shopping Center Development, Corp. Civil No. DCD2011-287(703) | San Juan Superior Court | Commercial Damages/ Construction Claim | Evaluation of damages/ report. |

**EDUARDO SORIA RIVERA, CPA/ABV, CVA, CIA, CFE, ESQ.**

| Case | Judge/Court | Description | Involvement |
|---|---|---|---|
| In re: Ponce de León 1403, Inc. Case No. 11-07920 (Metro Plaza) | US Bankruptcy Court | Financial analysis and feasibility of debtor projections | Evaluation of projections and feasibility. |
| In re: Manuel Mediavilla, Inc., Bankr. Case No. 13-2800 (MCF), and In re: Manuel Mediavilla and Maydin Melendez, Bankr. Case No. 13-02802 | US Bankruptcy Court | Financial analysis and feasibility of debtor projections | Evaluation of projections and report. |
| In re: Empresas Omajede, Inc. | US Bankruptcy Court | Financial analysis and feasibility of debtor projections | Evaluation of projections and testimony on court. |
| Presbyterian Community Hospital, Inc. v. Ashford Development & Management, S.E. Civil No. KAC 2006-5585(908) | San Juan Superior Court | Breach of Contract/damages | Evaluation of damages. |
| María M. Collazo Burgos, Mariano Hernández Bernard, Iris Y. Negrón Cintrón, Ángeles Herrero Cintrón v. La Asociación de Suscripción Conjunta del Seguro de Responsabilidad Obligatorio y otros Civil No. KAC10-0179(908) | San Juan Superior Court | Commercial damages | Evaluation of damages/ report. |
| Consejo de Salud Playa de Ponce, Inc., et al., v. Hon. Lorenzo González Feliciano, Secretary of the Department of Health of the Commonwealth of Puerto Rico. Civil No. 06-1260 (GAG) | United States District Court | Breach of Contract /damages | Evaluation of damages/ report/testimony. |
| Administración de Terrenos v. Finca Matilde, Inc. Civil No. KEF1992-0528 (1003) | San Juan Superior Court | Commercial damages/ Eminent domain | Evaluation of damages and preparation of report. |
| CPG/GS PR NPL, LLC v. Swiss Chalet Case No. 11-04414(ESL), U.S.B.C., D.P.R. | US Bankruptcy Court | Claim related to payments to government agencies | Evaluation and preparation of report. |

**EDUARDO SORIA RIVERA, CPA/ABV, CVA, CIA, CFE, ESQ.**

| Case | Judge/Court | Description | Involvement |
|---|---|---|---|
| CPG vs. Builders Group & Development Case No. 1304867 (ESL) | US Bankruptcy Court | Feasibility of debtor reorganization plan | Evaluation and preparation of report. |
| Canatelo, LLC v. Trendnet, Inc. Civil No. 3:13-cv-01093-ccc) | United States District Court | Patent damages claim | Evaluation of damages and preparation of report. |
| Melba Mabel Trinidad Rodríguez v. Luis Santiago Berrios Civil No. DAC2009-1916 (401) | San Juan Superior Court | Liquidation of marital assets/valuation | Evaluation of damages and preparation of report. |
| Fupo v. Policía Civil No. KAC2007-4170 | San Juan Superior Court | Breach of contract /Damages/Salary computation | Evaluation of damages and preparation of report. |
| Remex, Corp. v. Álvarez Electrical Co. | Ponce Superior Court | Breach of Contract /Construction Claim | Evaluation of damages and preparation of report. |
| Integration Corporate Services, PSC v. Envasadora de Azúcar, Inc. et. als Civil No. KCD2011-1100 (504) | San Juan Superior Court | Loss of personal income | Evaluation of damages and preparation of the lost income report. |
| Gema Enterprises, Corp. v Rexair, LLC, et. als Civil No. JAC2011-0367(605) | Ponce Superior Court | Law 75 Claim | Preparation of economic damages report. |
| Maribel Rubio-Bello v. Coopaca Civil No. CAC2010-4455 (404) | Arecibo Superior Court | Loss of personal income | Evaluation of damages and preparation of report. |
| Santa Paula Oil Corporation v. Israel Benítez Naranjo, et. al. Civil No. DPE2008-0339 | Bayamón Superior Court | Commercial damages | Evaluation of damages and preparation of report. |
| Mid North Engineering, Corp. v. Autoridad de Carreteras y Transportación Civil No. DAC2002-3354 | Bayamón Superior Court | Breach of Contract /Commercial damages | Evaluation of damages and preparation of report. |
| Administración de Terrenos de Puerto Rico v. Oriente Industrial Park, S.E. Civil No. KEF2005-10 (1003) | San Juan Superior Court | Commercial damages | Evaluation of damages and preparation of report. |
| Banco Popular de PR v. Mega Power, Corp. Civil No. CCD2009-0685 (404) | Arecibo Superior Court | Debt collection | Evaluation of damages and preparation of a rebuttal report. |

**EDUARDO SORIA RIVERA, CPA/ABV, CVA, CIA, CFE, ESQ.**

| Case | Judge/Court | Description | Involvement |
|------|-------------|-------------|-------------|
| Yamira Mercado et. als. v. Autoridad de Carreteras y Transportación de Puerto Rico et. als. Civil No. KPE2005-0746 | San Juan Superior Court | Loss of personal income | Evaluation of damages and preparation of report. |
| Antonio Troche v. Flor Rivera Civil No. DDP2009-0701 | Bayamón Superior Court | Loss of personal income | Evaluation of damages and preparation of report. |
| Vencedor Development, Corp. v. Autoridad de Carreteras y Transportación de Puerto Rico Civil No. DAC1977-0621 | Bayamón Superior Court | Commercial damages | Evaluation of damages and preparation of report. |
| Autoridad de Carreteras y Transportación de Puerto Rico v. Kaiser Construction, Inc. Civil No. KAC2008-0188 (903) | San Juan Superior Court | Breach of Contract/Construction Claim | Evaluation of damages and preparation of report. |
| Irene Banuchi v. Mario J. García Muxó Civil No. DDI2011-0345 | San Juan Superior Court | Child support determination and liquidation of Marital estate | Preparation of report to determine economic capacity and economic necessity. |
| Eric Lynch v. Technip V.I. Ltd. (Tpvi, Ltd.) Civil No. 546/2007 | In the District Court of the Virgin Islands Division of St. Croix | Loss of personal income | Preparation of rebuttal report to economic damages. |
| Banco Popular de PR v. Edgar Abner Reyes Colón Case No. 06-04675 | United States Bankruptcy Court | Involuntary Petition for Bankruptcy | Evaluation of expert witness report. |
| Vicente A. Feliciano Pérez v. Mayra Velázquez Rosado Civil No. KDI 2001-2358 | San Juan Superior Court | Child support determination | Preparation of report to determine economic capacity and economic necessity. |
| Jerome Garffer Croly v. Gerónimo Rafael Mercado De La Pena, et. als. Civil No. DDP2008-0806 | Bayamón Superior Court | Loss of personal income | Evaluation of damages and preparation of the lost income report. |
| María Teresa Izquierdo v. Jaime González, et. als Civil No. KP2010-2092 | San Juan Superior Court | Evaluation of report | Evaluation of damages and preparation of report. |
| Medsci Diagnostic, Inc. v. State Insurance Fund Corporation Bankruptcy Case No. 10-04961 (ESL) | United States District Court | Commercial damages | Evaluation of damages and preparation of a rebuttal report. |

**EDUARDO SORIA RIVERA, CPA/ABV, CVA, CIA, CFE, ESQ.**

| Case | Judge/Court | Description | Involvement |
|---|---|---|---|
| Innovative Transport, Inc. v. Autoridad de Carreteras y Transportación de Puerto Rico | San Juan Superior Court | Breach of Contract /Construction Claim | Preparation of rebuttal report to economic damages. |
| LPC&D, Inc. v. Autoridad de Carreteras y Transportación de Puerto Rico Civil No. KCD2008-1803 | San Juan Superior Court | Breach of Contract /Construction Claim | Preparation of rebuttal report to economic damages. |
| LPC&D, Inc. v. Autoridad de Carreteras y Transportación de Puerto Rico Civil No. KCD2009-4731 | San Juan Superior Court | Breach of Contract /Construction Claim | Evaluation of damages and preparation of report. |
| Redondo Construction, Corp. v. Autoridad de Carreteras y Transportación de Puerto Rico Civil No. KAC2009-1579 | San Juan Superior Court | Commercial damages/Breach of Contract | Preparation of rebuttal report to economic damages. |
| Ravaro Construction, Corp. v. Estado Libre Asociado de Puerto Rico, et. als Civil No. KAC2006-2809 | Arbitration process | Construction claim | Preparation of rebuttal report to economic damages. |
| Autoridad de Edificios Públicos v. Cafetería Cooperativa Centro Gubernamental Minillas Civil No. KPE2009-0936 | San Juan Superior Court | Commercial damages/Breach of Contract | Preparation of rebuttal report to economic damages. |
| Lebrón Developers v. Caguas Cemetery, Inc. Civil No. EAC2008-0547 | Caguas Superior Court | Commercial damages/Breach of Contract | Evaluation of damages and preparation of the lost income report. |
| Casco Sales Company v. Maruyama U.S., Inc. Civil No. 10-1145 (SEC) | United States District Court | Law 75 Claim | Preparation of report to economic damages. |
| Senprodimex v. Sanco, et al. | United States District Court | Evaluation of certain misappropriation of assets | Investigation and preparation of an expert report |
| Minelson Media Ríos v. Ileana Rivera Gallardo Civil No. KAL2003-1285 | San Juan Superior Court | Child support determination | Preparation of report to determine economic capacity and economic necessity. |

**EDUARDO SORIA RIVERA, CPA/ABV, CVA, CIA, CFE, ESQ.**

| Case | Judge/Court | Description | Involvement |
|---|---|---|---|
| Agnes Rivera Umpierre v. Carlos Luis García Collazo Civil No. KDI2009-2037 (705) | San Juan Superior Court | Child support determination and liquidation of Marital estate | Preparation of a valuation report and report to determine economic capacity and economic necessity. |
| Donna Duffy v. Charlotte Stringer Civil No. N2CI2009-00005 | Vieques Superior Court | Liquidation of a Community Property | Special Master appointed by the Court |
| Asociación de Salud Primaria de Puerto Rico v. Estado Libre Asociado, et. als. Civil No. KPE2002-1037 | San Juan Superior Court | Debt collection | Evaluation of financial information regarding some collection process and preparation of related reports. |
| Jardines de Oriente - Comagro, S.E. (Comagro) v. Administración de Vivienda Pública (AVP) Civil No. KAC09-1508 | San Juan Superior Court | Breach of Contract | Evaluation of quantities claim by plaintiff and preparation of report. |
| Estado Libre Asociado; Administración de Vivienda Pública v. United States Fidelity & Guaranty Company Civil No. KAC2010-0334 | San Juan Superior Court | Breach of Contract /Construction Claim | Evaluation of damages and preparation of report. |
| Autoridad de Edificios Públicos v. Administración de los Tribunales Civil No. KCD2009-3277 | San Juan Superior Court | Breach of Contract | Evaluation of quantities claim by plaintiff and preparation of report. |
| Constructora Intercontinental v. Autoridad de Edificios Públicos Civil No. KAC2005-4271 (803) | San Juan Superior Court | Construction delay and disruption claim | Evaluation of damages and preparation of a rebuttal report. |
| HBA Contractors, Inc. v. Autoridad de Edificios Públicos Civil No. KAC2010-0125(903) | San Juan Superior Court | Construction delay and disruption claim | Evaluation of damages and preparation of a rebuttal report. |
| Comagro, S.E. (Comagro) v. Administración de Vivienda Pública Civil No. KAC09-1508 | San Juan Superior Court | Construction delay and disruption claim | Evaluation of damages and preparation of a rebuttal report. |
| Del Valle Group, SP v. Autoridad de Edificios Públicos Civil No. KAC2005-5535 (903) | San Juan Superior Court | Construction delay and disruption claim | Evaluation of damages and preparation of a rebuttal report. |

**EDUARDO SORIA RIVERA, CPA/ABV, CVA, CIA, CFE, ESQ.**

| Case | Judge/Court | Description | Involvement |
|---|---|---|---|
| International Managed Care Services de Puerto Rico, Inc. v. International Reinsurance Managers LLC, et al. Civil No. 08-2154 (JAG) | United States District Court | Commercial damages | Evaluation of damages and preparation of the lost income report. |
| Target Engineering, S.E. v. Administración de Vivienda Pública | Arbitration process | Construction claim | Preparation of rebuttal report to economic damages. |
| Municipio de San Juan v. Sistemas Urbanos, Inc. Civil No. KAC08-0675 (906) | San Juan Superior Court | Commercial damages and debt collection | Evaluation of financial information regarding some collection process and preparation of related reports. |
| SDT Contractors, Inc. v. Administración de Vivienda Pública; Estado Libre Asociado de Puerto Rico Civil No. KAC07-6151 | San Juan Superior Court | Construction claim | Preparation of rebuttal report to economic damages. |
| Aireko Construction, Inc. v. Autoridad de Edificios Públicos Civil No. KAC2008-1486 (803) | San Juan Superior Court | Construction delay and disruption claim | Evaluation of damages and preparation of a rebuttal report. |
| María E. Naveira San Miguel v. Francisco T. Díaz Sierra Civil No. DDI 2009-0156 (3006) | San Juan Superior Court | Child support determination | Preparation of a report to determine economic capacity and economic necessity. |
| Santa Paula Oil Corporation v. Caribbean Petroleum, Corp., et. als. Civil No. DAC 2004-3862 | San Juan Superior Court | Commercial damages/Breach of Contract | Evaluation of damages and preparation of the lost income report. |
| Valencia Mercader v. Sandiford Civil No. KAC 01-5654(803) | San Juan Superior Court | Inheritance right claimed by heirs under de PR Inheritance Law | Preparation of a report to determine the amounts to be distributed. |
| Lillian Ortíz Fournier v. Alberto R. Costa Berríos Civil No. KAL2004-0816 (706) | San Juan Superior Court | Child support determination | Preparation of a report to determine economic capacity and economic necessity. |
| Charlene A. Sierra-Maldonado v. Dr. Héctor R. Aponte-Rivera Civil No. 07-1991 (ADC) | United States District Court | Computation of Life Care Plan | Evaluation of damages and preparation of the lost income report. |
| Iris Janet González Rosado v. José A. Torres Zayas Civil No. HSCI2008-01400 | Humacao Superior Court | Liquidation of Marital estate | Preparation of a valuation report. |

**EDUARDO SORIA RIVERA, CPA/ABV, CVA, CIA, CFE, ESQ.**

| Case | Judge/Court | Description | Involvement |
|---|---|---|---|
| Frank Pagán Rosario y otros v. National Life Insurance y otros. Civil No. KAC09-0378 (903) | San Juan Superior Court | Law 75 Claim | Evaluation of damages and preparation of the lost income report. |
| Asociación de Suscripción Conjunta del Seguro de Responsabilidad Obligatorio v. Treasury Secretary Ángel A. Ortiz García. Civil No. 08-1707 (JAF) | San Juan Superior Court | Commercial damages | Evaluation of financial information regarding some collection process and preparation of related reports. |
| Citi financial v. Caribbean Financial Services, Corp. D/B/A Easy Money | Arbitration process | Commercial damages | Evaluation of damages and preparation of the lost income report. |
| Anne Marie Pazos Hourruitiner v. Fernandina Pazos Hourruitiner Civil No.  DAC05-4176 (404) | Bayamón Superior Court | Settlement of an Inheritance Estate | Special Master appointed by the Court |
| Héctor Rivera Marsach v. Héctor A. Martínez Hernández, et. als Civil No. AAC2006-0201 (601) | San Juan Superior Court | Commercial damages | Evaluation of damages and preparation of the lost income report. |
| Toral Petroleum Corp. v. Citgo International | San Juan Superior Court | Commercial damages | Evaluation of damages and preparation of the lost income report. |
| Davanelle Freeman v. Kmart Corp. Civil No. 2005/0074 | In the District Court of the Virgin Islands Division of St. Croix | Loss of personal income | Preparation of rebuttal report to economic damages |
| Olga Nieves v. Kmart Corp. Civil No. 2005/0024 | In the District Court of the Virgin Islands Division of St. Croix | Loss of personal income | Preparation of rebuttal report to economic damages |
| Patrice Canton v. Kmart Corp. Civil No. 2005/143 F/C | In the District Court of the Virgin Islands Division of St. Croix | Loss of personal income | Preparation of rebuttal report to economic damages |
| Empresas Bechara, Inc. v. Puerto Rican Cement, d/b/a Cemex de Puerto Rico Civil No. KAC06-0911 (505) | San Juan Superior Court | Commercial damages/Breach of Contract | Provide consulting services in connection with the evaluation of certain documents related to an Escrow Account. |
| Rey O. Contreras Moreno v. Casasnovas Gandarilla Civil No. KAC2008-1234 (504) | San Juan Superior Court | Child support determination and liquidation of Marital estate | Preparation of a valuation report and report to determine economic capacity and economic necessity. |

**EDUARDO SORIA RIVERA, CPA/ABV, CVA, CIA, CFE, ESQ.**

| Case | Judge/Court | Description | Involvement |
|---|---|---|---|
| JR Natural & Nutritional v. Salud Natural Entrepreneurs, Inc. Civil No. KAC08-0102 (902) | San Juan Superior Court | Law 75 Claim | Evaluation of damages and preparation of the lost income report. |
| Carmen I. Morales Avilés v. Ramón M. Vicente Alba Civil No. DAC2006-1974 | Bayamón Superior Court | Liquidation of Marital estate | Preparation of a valuation report. |
| Colberg Toro v. Campos Esteve | San Juan Superior Court | Liquidation of Marital estate | Preparation of a valuation report. |
| Sadeka Suid v. Kmart Corp. Civil No. 2005-0087 | In the District Court of the Virgin Islands Division of St. Croix | Loss of personal income | Preparation of rebuttal report to economic damages |
| Carlos Miletti v. Rotor Hawk Industries Civil No. 2007-1184 (RLA) | US District Court | Loss of personal income | Evaluation of damages and preparation of the lost income report. |
| A New Vision in Educational Services and Materials, Inc. h/n/c NEVESEM, Inc. v. Puerto Rico Telephone Company Civil No. KPE2005-1958 (904) | San Juan Superior Court | Breach of Contract | Evaluation of damages and preparation of the lost income report. |
| Latin American Holding, Inc. v. Tenaris et. als. | US District Court | Law 21 Claim | Evaluation of damages and preparation of the lost income report. |
| Dra. Carmen Ortiz Roque v. Ashford Presbyterian Community Hospital Civil No. KAC2006-5415 | San Juan Superior Court | Loss of personal income | Evaluation of damages and preparation of the lost income report. |
| Meir Azulay v. Joseph Machini and Helena Borgmann Civil No. 2007-1003 (DRD) | US District Court | Breach of Contract | Preparation of damages report |
| CJRE Corp., Eduardo Rubio v. Vivianne Garriga Gil, Rodolfo Rivera, la SLBG y David Juarbe Civil No. KAC06-5238 | San Juan Superior Court | Commercial damages | Evaluation of damages and preparation of the lost income report. |
| HERA Development, S.E. v. Administración de Terrenos, et. als. Civil No. KAC-2000-1258 | San Juan Superior Court | Commercial damages | Preparation of rebuttal report to economic damages |

**EDUARDO SORIA RIVERA, CPA/ABV, CVA, CIA, CFE, ESQ.**

| Case | Judge/Court | Description | Involvement |
|---|---|---|---|
| Corporación del Fondo del Seguro del Estado v. Oscar L. Ramos, et. als. Civil No. CAC2003-5593 | Arecibo Superior Court | Commercial damages | Evaluation of damages |
| Brunilda Ramos Jiménez, et. als. v. Innovavisión, Inc. et. als. | San Juan Superior Court | Loss of personal income | Evaluation of damages and preparation of the lost income report. |
| Molac Imports, Inc. v. Tree of Life, Inc. | San Juan Superior Court | Law 75 Claim | Preparation of preliminary loss profits analysis |
| TAP Corporation v. Supreme Chemicals of Georgia, Inc. Civil No. 06-1827 (JP) | US District Court | Law 75 Claim | Preparation of rebuttal report to economic damages |
| Sunc. José A. Méndez López v. Estado Libre Asociado de PR Civil No. KDP1995-1140 | San Juan Superior Court | Commercial damages | Preparation of rebuttal report to economic damages |
| Marcos Antonio Rosado Ortiz v. Dr. Rafael Negrón Medina y Otros Civil No. CDP 2003-0034 | Arecibo Superior Court | Loss of personal income | Evaluation of damages and preparation of the lost income report. |
| Diana Luna Serbia v. Rovira Correa Civil No. KDI-1997-0151 (705) | San Juan Superior Court | Child Support Computation | Preparation of report to determine economic capacity and economic necessity. |
| Corporación del Fondo del Seguro del Estado v. Oscar L. Ramos, et. als. Civil No. KAC2003-4249 | Aguadilla Superior Court | Commercial damages | Evaluation of damages |
| Caribbean Petroleum Refining, L.P. v. Trailer Bridge JAX San Juan Bridge Civil No. 05-01227 | US District Court | Commercial damages | Evaluation of a damages report and preparation of a rebuttal report |
| Brendacia Laban-Rivera v. University of the Virgin Islands | In the District Court of the Virgin Islands Division of St. Croix | Loss of personal income | Review the analysis of lost income opportunity and damages. |
| Cruz Rentas v. Hospital de Damas Civil No. JDP 2005-0277-605 | Ponce Superior Court | Loss of personal income | Evaluation of damages and preparation of the lost income report. |
| Constructora Estelar v. Public Building Authority Civil No. AC 961467-803 | Hon. Lorie Velasco / San Juan Superior Court | Construction delay and disruption claim | Evaluation of damages and preparation of a rebuttal report. |

**EDUARDO SORIA RIVERA, CPA/ABV, CVA, CIA, CFE, ESQ.**

| Case | Judge/Court | Description | Involvement |
|---|---|---|---|
| Oyola v. Oyola<br>Civil No. DAC 940612-502 | Hon. Georgina Candal / Bayamón Superior Court | Inheritance right claimed by heirs under de PR Inheritance Law | Preparation of a report to determine the amounts to be distributed. |
| Díaz Collazo v. Colón Figueroa<br>Civil No. HEP 970143-107 | Hon. A. Amoró / Humacao Superior Court | Liquidation of assets of a partnership, valuing a dentist professional practice | Preparation of a rebuttal report, deposition and testimony on court |
| Triple-S Inc. v. Elizabeth Plaza Rodríguez<br>Civil No. KAC 990691-903 | San Juan Superior Court | Evaluation of certain misappropriation of assets | Investigation and preparation of an expert report |
| Guastella Film Producers, Inc. v. Reading Cinemas of Puerto Rico, Inc. | San Juan Superior Court | Commercial damages | Evaluation of a damages report and preparation of a rebuttal report |
| Santander National Bank v. Colegio Bautista Bethel | Hon. E. Lamoute / US Bankruptcy Court | Financial analysis and feasibility of debtor projections | Evaluation of projections and testimony on court |
| Hernández Loring v. UMET<br>Civil No. 971215 | Hon. Salvador Casellas / United States District Court for the District of Puerto Rico | Loss of personal income | Preparation of a report, deposition and testimony of court |
| Pedro Feliciano v. AEE<br>Civil No. JDP00-0248 | Ponce Superior Court | Loss of personal income | Preparation of report and deposition |
| Nancy Rivera Robles v. Hospital Dr. Pila de Ponce<br>Civil No. JDP 02-0410 | Ponce Superior Court | Loss of personal income | Preparation of report and deposition |
| Municipio de San Juan v. Target Engineering, S.E. | San Juan Superior Court | Construction claim | Evaluation of damages and preparation of report |
| Dynamic Builders, Inc. v. Corporación de PR para la Difusión Pública<br>Civil No. KAC 1992-0779 | San Juan Superior Court | Construction claim | Evaluation of damages and preparation of report |
| Inmobiliaria Montemar, S.E. v. Raúl Siber Bender, et. als h/n/c Plattini | San Juan Superior Court | Debt collection | Evaluation of damages and preparation of a report |
| Iris Nereida Pérez Ramos, y otros v. Municipio de Trujillo Alto y otros<br>Civil No. PDF 2000-0536 | Carolina Superior Court | Loss of personal income | Preparation of report |
| Steidel Construction, Inc. v. Plaza Universidad, Inc. y otros | San Juan Superior Court | Construction claim | Evaluation of damages and preparation of report |

**EDUARDO SORIA RIVERA, CPA/ABV, CVA, CIA, CFE, ESQ.**

| Case | Judge/Court | Description | Involvement |
|---|---|---|---|
| Antonio Figueroa v. Seguros Calderón Civil No. KPE 01- 0842 | San Juan Superior Court | Shareholders dispute | Evaluation of damages and preparation of a report |
| Edgardo Rivera Marrero v. Island Finance de PR Civil No. PE 2001-0007 | San Juan Superior Court | Loss of personal income | Preparation of report |
| Drillex S.E. v. Rexach Construction Company, Inc. Civil No. KDC 00-0291 | San Juan Superior Court | Construction claim | Evaluation of damages and preparation of report |
| Sucesión Pedro Junco Salicrup Civil No. GAC 8713-0001 | San Juan Superior Court | Shareholders dispute | Preparation of a report |
| Futura Development of PR, Inc. v. Compañía de Desarrollo Corporativo Civil No. KPE 01-1830 | United States District Court for the District of Puerto Rico | Economic damages | Evaluation of the damages and preparation of a report |
| JJMR Construction, S.E. v. Municipio de Utuado | Utuado Superior Court | Construction claim | Evaluation of the damages and preparation of report |
| Tropical Distributors Center, Inc. v. ED&F Man Sugar, Inc. Civil No. DCD 2003-0124 | Bayamón Superior Court | Economic damages | Evaluation of damages and preparation of report |
| Del Valle Group v. PR Public Housing Authority | San Juan Superior Court | Construction claim | Evaluation of damages and preparation of report |
| Del Valle Group v. Autoridad de Carreteras y Transportación Civil No. KAC2003-2348 | San Juan Superior Court | Construction claim | Evaluation of damages and preparation of report |
| Fenola Francois v. Sunny Isles Shopping Center Civil No. 401/2001 | Territorial Court of Virgin Islands, Division of St. Croix | Loss of personal income | Preparation of rebuttal report |
| PR Freight Systems, Inc. v. Corporación para el Desarrollo de las Exportaciones Civil No. DKDP03-380 | San Juan District Court | Economic damages | Evaluation of damages and preparation of report |
| Controlled Demolition & Recycling Corp. v. PR Housing Department | San Juan Superior Court | Construction claim | Evaluation of damages and preparation of report |

**EDUARDO SORIA RIVERA, CPA/ABV, CVA, CIA, CFE, ESQ.**

| Case | Judge/Court | Description | Involvement |
|---|---|---|---|
| Mr. David Lorshbaugh v. GEC, LLC and Leslie L. Miller Civil No. 302/03 | Territorial Court of Virgin Islands, Division of St. Croix | Loss of personal income | Preparation of rebuttal report |
| Aibonito Shopping Center Civil No. 03-1158 [JP] | United States District Court for the District of Puerto Rico | Commercial damages | Evaluation of damages and preparation of report |
| Susan Howe v. East End Watersports Civil No. 2002/8183 M/R | Territorial Court of Virgin Islands, Division of St. Thomas and St. | Loss of personal income | Preparation of rebuttal report |
| NAG Safety Corp. | San Juan Superior Court | Stockholder dispute | Preparation of report and testimony in court |
| Gene Walker v. VI Racing | Territorial Court of Virgin Islands, Division of St. Croix | Loss of personal income | Preparation of rebuttal report |
| AM Associates v. Vi-Jon Laboratories Inc. | United States District Court for the District of Puerto Rico | Law 75 claim | Preparation of rebuttal report |
| Rams Imports, Inc. v. Luis Arroyo | United States District Court for the District of Puerto Rico | Breach of distribution contract | Preparation of damages report |
| Del Valle Group v. PR Highway Authority | San Juan Superior Court | Construction claim | Preparation of damages report |
| Proper Construction v. Constructores del Este Inc. | San Juan Superior Court | Construction claim | Preparation of damages report and deposition |
| Blanco v. Portela Civil No. DDI05-0748 | Bayamón Superior Court | Liquidation of Marital estate and determination of child | Preparation of a report and testimony on court |
| Combustion Engineering Caribe v. Geo P. Reinjes, Inc. Combines | United States District Court for the District of Puerto Rico | Construction Claim | Evaluation of damages and preparation of a rebuttal report |
| Diana Feliciano Calero v. José Godur | San Juan Superior Court | Liquidation of Marital estate | Preparation of a valuation report |
| Efron v. Candelario Civil No. KAC2001-4173 | San Juan Superior Court | Liquidation of Marital estate | Preparation of a report |
| De Lahongrais v. Albors | San Juan Superior Court | Liquidation of Marital estate | Preparation of a report |
| Fernando Arabía v. Teresa Acosta Civil No. KDI 2004-2213 | San Juan Superior Court | Liquidation of Marital estate | Preparation of a report |
| Fellom v. Romero | San Juan Superior Court | Liquidation of Marital estate | Preparation of a report |
| Sun Life Assurance Company of Canada v. Agnes Rios Berly Civil No. KAC2004-0915 | San Juan Superior Court | Liquidation of an estate | Preparation of a report |
| HR Subcontractors v. Cemex de PR | San Juan Superior Court | Construction Claim | Preparation of damages report |

**EDUARDO SORIA RIVERA, CPA/ABV, CVA, CIA, CFE, ESQ.**

| JJMR v PR Highway Authority | San Juan Superior Court | Construction Claim | Preparation of damages report |
|---|---|---|---|
| Marina de Ponce Inc. v. Doral Financial Corp. | San Juan Superior Court | Construction Claim | Preparation of damages report |

**EDUARDO SORIA RIVERA, CPA/ABV, CVA, CIA, CFE, ESQ.**

As instructor

**As instructor**

| Seminar | Sponsor | Year |
|---|---|---|
| Peritaje Financiero: La Clave está en el Detalle | Colegio de Abogados de PR | 2022 |
| Report Writing | Ecoval LLC | 2022 |
| Las Medidas Cautelares en los Procesos de Divorcio | Colegio de Abogados de PR | 2022 |
| Informe de Valoración para Procesos Hereditarios | PR Society of CPA's | 2022 |
| Practical Guidance for Estate Partition under the New Civil Code | Interamerican University School of Law | 2022 |
| Damages Valuation – Personal and Commercial | Interamerican University School of Law | 2019 |
| Damages Valuation – Personal and Commercial | PR Society of CPA's | 2019 |
| 5th Damages Forum – Damages Valuation | Interamerican University School of Law | 2019 |
| Forum Export of products and services | PR Society of CPA's | 2018 |
| Laws and Regulations applicable to fraud investigations | "Oficina del Contralor" | 2018 |
| Business Valuation basics | PR Society of CPA's (Ponce) | 2017 |
| Strategies to increase the value of your business | SBDC PR (Small Business Development Center) Ponce | 2017 |
| Strategies to increase the value of your business | SBDC PR (Small Business Development Center) Caguas | 2017 |
| Business Valuation basics | PR Society of CPA's (Mayaguez) | 2017 |
| Forensic Accounting | PR Society of CPA's (Mayaguez) | 2017 |
| Business Valuation Principles | PR Society of CPA's (North Area Chapter)) | 2017 |
| Fraud Investigations | PR Society of CPA's (North Area Chapter)) | 2017 |
| Liquidation of a Community property estate | Interamerican University School of Law | 2017 |
| Business Valuation Principles and practical applications | PR Society of CPA's | 2017 |
| Forensic accounting and Fraud investigations | PR Society of CPA's | 2017 |
| Rules of civil procedure and evidence applicable to expert witness work | Interamerican University School of Law | 2017 |
| "Valoración de Negocios en la Planificación Sucesoral" | PR Society of CPA's | 2016 |
| Forensic Valuation | PR Society of CPA's | 2015 |
| Fraud Investigation and Forensic Accounting | PR Society of CPA's | 2015 |
| "Aspectos Financieros bajo las Nuevas Guías para Computar las Pensiones Alimentarias en Puerto Rico" | "Taller Jurídico Educativo, Inc." | 2015 |

**EDUARDO SORIA RIVERA, CPA/ABV, CVA, CIA, CFE, ESQ.**

**As instructor**

| Seminar | Sponsor | Year |
|---|---|---|
| "Interpretación y análisis de jurisprudencia relacionada a cómputos de daños provenientes de angustias y sufrimientos mentales" | "Colegio de Abogados de PR" | 2015 |
| Forensic Accounting Principles, Standards, and Methodologies | PR Society of CPA's | 2015 |
| "Valoración de Negocios en la Planificación Sucesoral" | "Facultad de Derecho, Universidad Interamericana" | 2015 |
| "Nuevas Guías para Computar las Pensiones Alimentarias en PR" (Fajardo, Bayamón, Arecibo) | "Colegio de Abogados de PR" | 2015 |
| "Guías para determinar y modificar las pensiones alimentarias en Puerto Rico" | "Facultad de Derecho, Universidad Interamericana" | 2015 |
| "Constitución, administración y liquidación de la Sociedad Legal de Gananciales" | Microjuris | 2015 |
| "Aspectos Financieros bajo las Nuevas Guías para Computar las Pensiones Alimentarias en Puerto Rico" | "Taller Jurídico Educativo, Inc." | 2015 |
| Financial Due Diligence in Mergers and Acquisitions | PR Society of CPA's | 2015 |
| "Guías para determinar y modificar las pensiones alimentarias en Puerto Rico" | "Facultad de Derecho, Universidad Interamericana" | 2014 |
| Forensic Accounting Principles, Standards and Methodologies | PR Society of CPA's | 2014 |
| Fraud Update: Detecting and Preventing the Top Ten Fraud Schemes | PR Society of CPA's | 2014 |
| "Interpretación y análisis de jurisprudencia relacionada a cómputos de daños provenientes de angustias y sufrimientos mentales – Valoración de daños emocionales" | "Colegio de Abogados de PR" | 2014 |
| Financial Institution Fraud | PR Society of CPA's | 2014 |
| "Valoración de daños, comerciales y personales, génesis, desarrollo y estatus actual" | "Facultad de Derecho, Universidad Interamericana" | 2014 |
| Forensic Accounting: Fraud Investigation | BDO Miami | 2013 |
| Business Valuation – Theories, Methods and New Trends | PR Society of CPA's | 2013 |
| "1ra Conferencia Derecho de Familia – Custodia y Alimentos" | "Facultad de Derecho, Universidad Interamericana" | 2013 |
| "Aspectos prácticos en el manejo de litigios de daños comerciales" | Legal Training, Corp. | 2012 |
| Principles of Forensic Accounting | PR Society of CPA's | 2011 |
| "Aspectos prácticos en el manejo de litigios de daños comerciales" | "Colegio de Abogados de PR" | 2011 |
| Policies & Procedures General Guidelines to Balance Activities and Objectives with Laws and Regulations | Inmediata Health | 2011 |
| Financial Statement Analysis for Commercial Lending | PR Society of CPA's | 2010 |
| Commercial Lending & Financial Statements Analysis | Scherrer Hernández & Co. | 2010 |
| Prospective Financial Information | Scherrer Hernández & Co. | 2010 |

**EDUARDO SORIA RIVERA, CPA/ABV, CVA, CIA, CFE, ESQ.**

**As instructor**

| Seminar | Sponsor | Year |
|---|---|---|
| Business Valuations-Intermediate | PR Society of CPA's | 2010 |
| "Conferencia CPA en Firmas Locales" | PR Society of CPA's | 2010 |
| "4ta Conferencia de Derecho de Construcción" | "Facultad de Derecho, Universidad Interamericana" | 2010 |
| Case Analysis | NACVA-PR | 2009 |
| Risk Based Auditing | PR Society of CPA's | 2009 |
| "El Rol de Expertos Financieros en Casos de Litigios" | "Colegio de Abogados de PR" | 2009 |
| Report Writing | PR Society of CPA's | 2009 |
| "Evaluación de Riesgo" | IIA Puerto Rico Chapter | 2009 |
| "Valoración de Negocios en el Contexto de Litigios" | PR Society of CPA's | 2009 |
| "Valoración de Negocios-Fundamentos, Técnicas Utilizadas y Pronunciamientos Recientes" | PR Society of CPA's | 2009 |
| Principles of Forensic Accounting | PR Society of CPA's | 2009 |
| "Auditoría a Base de Manejo de Riesgo" | PR Society of CPA's | 2009 |
| "Primera Conferencia Anual CPA-Abogados (Aspectos Legales y Contributivos de las Relaciones de Pareja)" | "Colegio de Abogados de PR" | 2009 |
| "Primera Conferencia Anual CPA-Abogados (Modelos Económicos para la Determinación de Pensiones Alimentarias)" | "Colegio de Abogados de PR" | 2009 |
| "Cómputo de la Pensión Alimentaria Parte I y Parte II" | PR Society of CPA's | 2009 |
| Economic and Demographic Analysis: Essential Elements in Business Valuations-PR Society of CPA's | PR Society of CPA's | 2009 |
| Forensic Accounting | PR Society of CPA's | 2008 |
| Economic Damages | PR Society of CPA's | 2008 |
| Construction Damages | | 2008 |
| "Primer Simposio de Daños y Perjuicios / Cómputo de Pérdida de Ingresos y Daños Económicos" | "Facultad de Derecho, Universidad Interamericana" | 2008 |
| Business Valuation | | 2007 |
| "Valoración de Negocios-Fundamentos y Técnicas Utilizadas" | | 2007 |
| Report Writing | | 2007 |
| "Reglas de Evidencia Aplicables a Peritos Económicos" | | 2007 |
| "Reclamaciones de Construcción" | | 2006 |
| "Función del Evaluador Analista Certificado y Contador Público Autorizado en Casos de Apoyo en Litigios" | | 2006 |

**EDUARDO SORIA RIVERA, CPA/ABV, CVA, CIA, CFE, ESQ.**

**As instructor**

| Seminar | Sponsor | Year |
|---------|---------|------|
| The Ever-Changing Landscape of Fraud and Operational Risk | | 2006 |
| "Reclamaciones Casos de Construcción para Contratistas" | | 2005 |
| "Reclamaciones" Extended Overhead | | 2005 |
| "Fraude, el Nuevo Rostro" | | 2004 |
| Due Diligence | | 2004 |
| "Función del Valuador Analista Certificado (CVA) y Contador Público Autorizado (CPA) en Casos de Apoyo en Litigios" | | 2003 |
| "Curso Industria Concesionarios de Autos-NACVA" | | 2003 |
| SAS 99 | | 2003 |
| Buyer Due Diligence | | 2003 |
| Financial Guide for Attorneys (judges) | | 2002 |
| "Prevención, Detección e Investigación de Fraude" | | 2002 |
| Contractor Claims | | 2002 |
| Business Valuation | | 2002 |
| New Techniques to Combat Fraud | | 2000 |
| FEMA Public Assistance Audit Approach | | 1999 |
| Documentation of FEMA Category A & B Public Assistance Program Grants | | 1999 |
| Electronic Work-papers for Financial Audits | | 1999 |
| Single Audit | | 1999 |
| Working Papers for Financial Audits | | 1998 |

**EDUARDO SORIA RIVERA, CPA/ABV, CVA, CIA, CFE, ESQ.**

**As participant**

| Seminar | Year | Location |
|---|---|---|
| Código Civil 2020-La responsabilidad civil contraactual | 2021 | PR |
| Código Civil 2020-Regimenes Económicos Matrimoniales y Capitulaciones Matrimoniales | 2021 | PR |
| Webinar: Ética: Ejerciendo nuestro juicio profesional | 2021 | PR |
| Webinar: Auditoría de los sistemas de información computarizados: prevención y detección de fraude | 2021 | PR |
| XXXII Foro Contributivo (Virtual) | 2021 | PR |
| Conferencia de Firmas de CPA | 2020 | PR |
| III Foro Exportación de Servicios – de la Teoría a la Práctica | 2020 | PR |
| Webinar "Valoración de daños personales y comerciales" | 2020 | PR |
| "XXXI Foro Contributivo" | 2020 | PR |
| "Análisis de Jurisprudencia de Ética y Conduta Profesional del 2017 al 2019" | 2019 | PR |
| NGMA 2019 Annual Grants Training Program - Virginia | 2019 | USA |
| "XXX Foro Contributivo" | 2019 | PR |
| "Temas de actualidad en el área de impuestos" | 2018 | PR |
| VII Annual Internal Audit Forum | 2017 | PR |
| Accounting and Auditing Update | 2017 | PR |
| "Manejo de la Diversidad: Integración de los Grupos Generacionales Trabajo" | 2017 | PR |
| Fraud Investigation and Forensic Accounting | 2017 | PR |
| Business Valuation | 2017 | PR |
| "X Foro Anual de la Industria de la Construcción" | 2017 | PR |

**EDUARDO SORIA RIVERA, CPA/ABV, CVA, CIA, CFE, ESQ.**

**As participant**

| Seminar | Year | Location |
|---|---|---|
| "Preparación de cursos a ser ofrecidos por internet" | 2017 | PR |
| "Responsabilidad Civil y Profesional de los Abogados" | 2017 | PR |
| "Recursos Periciales en Procedimientos Civiles" | 2017 | PR |
| NACVA – Regional Specialty Conference – Washington DC | 2016 | USA |
| Houston CPA Society: Energy Conference | 2016 | USA |
| 27th Annual ACFE Global Fraud Conference (Las Vegas) | 2016 | USA |
| "Alternativas disponibles a ciudadanos americanos residentes de PR para reducir la contribución sobre caudal relicto en PR y EU" | 2016 | PR |
| "Valoración de Negocios en la Planificación Sucesoral" | 2016 | PR |
| "Taller interactivo: Cómo ser un conferenciante y comunicador exitoso" | 2016 | PR |
| Oxford Chicago Valuation Program | 2015 | London |
| Joint Columbia Law School-Chartered Institute of Arbitrators Course on International Commercial Arbitration | 2015 | USA |
| "Tecnología y seguridad en la empresa moderna" | 2015 | PR |
| "Los servicios no tradicionales" | 2015 | PR |
| "Disposiciones de la Ley 72: Contribución sobre ingresos, IVU/IVA | 2015 | PR |
| "Primera Conferencia de Planificación Sucesoral" | 2015 | PR |
| "Repaso: Reales, Administrativo, hipotecario y sucesiones" | 2015 | PR |
| "Técnicas para mejorar destrezas de litigio" | 2015 | PR |
| "Repaso: Daños, procedimiento civil y laboral" | 2015 | PR |
| "Deposiciones: Toma, defensa y uso en el litigio" | 2015 | PR |

**EDUARDO SORIA RIVERA, CPA/ABV, CVA, CIA, CFE, ESQ.**

**As participant**

| Seminar | Year | Location |
|---|---|---|
| "Manejo de información electrónica en las redes sociales" | 2015 | PR |
| "Nuevas Guías Mandatarias para Computar las Pensiones Alimentarias: Taller Práctico" | 2014 | PR |
| "Estrategias y técnicas de litigación en el Tribunal de Quiebras" | 2014 | PR |
| "Aspectos éticos de la contratación, facturación y cobro de servicios profesionales de abogado" | 2014 | PR |
| "El IVU en los muelles y el Nuevo reglamento del IVU" | 2014 | PR |
| "Planificación Contributiva para pequeñas y medianas empresas" | 2014 | PR |
| Professional Ethics for CPA's in Public Practice and Business | 2014 | PR |
| NACVA – Administrative & Technical matters | 2014 | PR |
| NACVA – Calculation of Commercial Damages | 2014 | PR |
| NACVA - Annual Consultants Conference – Las Vegas | 2014 | USA |
| Bloomberg BNA - North American Pricing Transfer Conference | 2014 | USA |
| "Fraude y Crímenes de Cuello Blanco" | 2014 | PR |
| Social Media in Our Courts: Discovery, Trail, and Practice Considerations | 2013 | PR |
| Top Ten Bankruptcy Cases of the Past Year | 2013 | PR |
| "Situación Económica de Puerto Rico y Proyecciones 2013" | 2013 | PR |
| "Tecnología al rescate del abogado frugal" | 2013 | PR |
| "Pensiones alimentarias en Puerto Rico" | 2013 | PR |
| TP Minds Transfer Pricing Summit 2013 – Americas | 2013 | USA |
| 23rd Annual ACFE Fraud Conference (Orlando) | 2012 | USA |
| "Responsabilidad Profesional: Jurisprudencia 2010-2011" | 2012 | PR |
| "Responsabilidad Profesional: Alcance de la frase-Apariencia de Conducta Profesional Impropia, que se incluye en el Canon 38" | 2012 | PR |

**EDUARDO SORIA RIVERA, CPA/ABV, CVA, CIA, CFE, ESQ.**

**As participant**

| Seminar | Year | Location |
|---|---|---|
| Construction Delay, Acceleration and Inefficiency Claims | 2011 | USA |
| Advanced litigation workshop | 2011 | USA |
| "La transición del viejo mundo al nuevo mundo financiero" | 2011 | PR |
| "Foro: Rol y expectativas de la empresa privada ante el "economic meltdown" en Puerto Rico" | 2011 | PR |
| Accounting & Auditing Update | 2011 | PR |
| "La protección de los secretos de negocio y el derecho a la propia imagen o el derecho de publicidad" | 2011 | PR |
| Fundamentals of Auditing in Higher Education | 2011 | USA |
| Operational Auditing: An Introduction Through Advanced | 2010 | USA |
| "Segundo Simposio de Daños y Perjuicios" | 2010 | PR |
| "Cambios Introducidos por la Nueva Ley General de Corporaciones a la Antigua Ley de 1995 y Desarrollos en las Normas Éticas Relativas a Corporaciones" | 2010 | PR |
| "Teoría y Aspectos Prácticos en la Valoración de Daños Económicos" | 2010 | PR |
| "Estrategias del Descubrimiento de Prueba a la Luz de las Nuevas Reglas de Procedimiento" | 2010 | PR |
| "Derecho Procesal y Probatorio de Derecho de Familia" | 2010 | PR |
| "Las Nuevas Reglas de Evidencia para el Abogado en la Práctica Civil" | 2010 | PR |
| NACVA-Annual Convention (Miami) | 2010 | USA |
| "Auditoría de Fondos Obtenidos por Disposición del ARRA" | 2010 | PR |
| "Programa de Arbitraje" | 2009 | PR |
| 20th Annual ACFE Fraud Conference (Las Vegas) | 2009 | USA |
| "Análisis de Riesgos Financieros" (Stress Test Financiero) | 2009 | PR |
| "Mejores Prácticas en la Administración de Informática Basadas en ITIL/ITSM" | 2009 | PR |
| "Capitulaciones Matrimoniales: Teoría, Modelos y Posibles Conflictos Éticos" | 2009 | PR |
| The CPA as an Expert Witness | 2009 | PR |

**EDUARDO SORIA RIVERA, CPA/ABV, CVA, CIA, CFE, ESQ.**

**As participant**

| Seminar | Year | Location |
|---|---|---|
| "Programa de Estabilización Fiscal y Reconstrucción Económica de Puerto Rico" | 2009 | PR |
| How to Properly Perform an Inventory Observation | 2008 | PR |
| Accounting for Uncertainty in Income Taxes | 2008 | PR |
| Attacking the Expert's Opinion | 2008 | PR |
| Fraud Risk Assessment: Implementation SAS 99 & Related Guidance | 2008 | PR |
| Adding Value Using Risk-Based Auditing | 2008 | USA |
| 19th Annual ACFE Fraud Conference (Boston) | 2008 | USA |
| Assessing the Effectiveness of Internal Control Over Financial Reporting Under Section 404 of the Sarbanes-Oxley Act | 2008 | PR |
| AICPA National Conference on Divorce | 2008 | USA |
| Selling the Invisible/an Effective Approach to Selling your Services | 2008 | PR |
| Train the Trainer | 2008 | PR |
| How to Be a Creative Trainer | 2007 | PR |
| National Conference on Fraud and Litigation Support Services | 2007 | USA |
| "Teoría y Aspectos prácticos en la valoración de daños económicos" | 2007 | PR |
| Expert Report Writing Workshop | 2007 | USA |
| Advanced Cross Examination Workshop | 2007 | USA |
| SEAK National Expert Witness Conference | 2007 | USA |
| Boomer Consulting, Inc. | 2007 | USA |
| ABA Forum on the Construction Industry | 2007 | PR |
| "El CPA y la Ética Profesional" | 2007 | PR |
| The Human Capital & Learning Symposium | 2007 | USA |
| Equity Financing for Puerto Rican Entrepreneurs | 2007 | PR |
| "Aspectos Prácticos en la Liquidación de Sociedad Legal de Bienes Gananciales y Herencia" | 2006 | PR |
| "Seminario de Construcción" | 2006 | PR |
| "Segunda Conferencia de Derecho de Construcción" | 2006 | PR |

**EDUARDO SORIA RIVERA, CPA/ABV, CVA, CIA, CFE, ESQ.**

**As participant**

| Seminar | Year | Location |
|---------|------|----------|
| NACVA-Annual Convention (San Francisco) | 2006 | USA |
| ACFE Annual Conference (LVG) | 2004 | USA |
| "Primera Conferencia de Derecho de Construcción-UIA" | 2004 | PR |
| "Primera Conferencia Sobre Crímenes de Cuello Blanco-UIA" | 2003 | PR |
| 2003 Uniform CPA Examinations Standard Setting Panel | 2003 | USA |
| Proving Construction Contract Damages | 2003 | USA |
| NACVA-Annual Convention-NYC | 2003 | USA |
| "Corrupción Gubernamental-ACFE PR" | 2003 | PR |
| Audit | 2003 | PR |
| Engagement / Planning / Monitoring Results | 2003 | PR |
| NACVA development institute (Phoenix) | 2002 | USA |
| GASB 34 | 2002 | PR |
| "Corporación de Individuos" | 2002 | PR |
| FASB 141 & 142-NACVA | 2002 | PR |
| Valuation Issues in Dissenting Shareholder Actions & Sarbanes Oxley Act-NACVA | 2002 | PR |
| NACVA Business Valuation Courses (LVG) | 2001 | USA |
| 12th Annual ACFE Fraud Conference (Orlando) | 2001 | USA |
| CIA Review Course | 2000 | PR |