IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> v. <br><br> **COMMONWEALTH OF PUERTO RICO, <u>et al.</u>,** <br><br> Defendants. | CIVIL NO.: 12-cv-02039 |

**<u>COMMONWEALTH'S INFORMATIVE MOTION ON ECF NO. 2158 SUPPORTING THE RECOMMENDATION BY THE SPECIAL MASTER</u>**

**MAY IT PLEASE THE COURT:**

      **COME NOW**, Codefendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau ("PRPB"), through the undersigned attorneys, and very respectfully state and pray:

      1. On September 7, 2022, the Special Master filed a motion at ECF No. 2158 in compliance with the Court's Order at ECF No. 2154 recommending Mr. Christopher Graham, CPA, CFE, to specifically conduct an audit of the 109 expenditures previously identified as questionable in his Office's review of the Police Reform budgets for Fiscal Years 2019, 2020 and 2021.

      2. The Commonwealth respectfully informs the Honorable Court that it supports the Special Master's recommendation.

**WHEREFORE,** Defendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau, respectfully request this Honorable Court take notice of the above.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

In San Juan, Puerto Rico, this 15th day of September, 2022.

For Defendant COMMONWEALTH OF PUERTO RICO:

**CANCIO, NADAL & RIVERA, L.L.C.**
P.O. Box 364966
San Juan, Puerto Rico  00936-4966
403 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Tel. (787) 767-9625

**S/ GABRIEL A. PEÑAGARÍCANO**
USDC PR: 212911
gpenagaricano@me.com

**S/ RAFAEL BARRETO-SOLÁ**
USDC PR: 211801
rbarreto@cnr.law