IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO, et al.,**<br><br>Defendants. | **CIVIL NO.: 12-cv-02039** |

## COMMONWEALTH'S INFORMATIVE MOTION ON ECF NO. 2169

**MAY IT PLEASE THE COURT:**

  **COME NOW**, Codefendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau ("PRPB"), through the undersigned attorneys, and very respectfully state and pray:

  1. On September 15, 2022, this Honorable Court, in response to the Commonwealth's Informative Motion at ECF No. 2168, issued Order at ECF No. 2169, posing the following question:

> NOTED.  Does the Commonwealth's support of the Special Master's recommendation mean it no longer wishes that Eco[Val] conduct the audit?

  2. The Commonwealth respectfully answer that, given its support to the Special Master's recommendation, it does not wish EcoVal to conduct the audit of the 109 expenditures previously identified as questionable by the Special Master's review of the Police Reform budgets for Fiscal Years 2019, 2020 and 2021.

Commonwealth's Informative Motion
Civil No. 12-02039
Page 2 of 3

3. However, this Honorable Court will recall that, as set forth in its July 29, 2022 Order at ECF No. 2112, the recommendations of the parties regarding fiscal oversight of funds allocated to the Police Reform additionally included periodic audits of <u>future</u> reform expenditures by PRPB.

4. The recommendation of the Special Master at ECF No. 2158, as per the Order at ECF No. 2154, referred solely to audits of <u>past</u> reform expenditures.

5. Therefore, as of today, the Commonwealth's recommendation of EcoVal is limited to audits of future reform expenditures. As stated before, the Commonwealth is open to consider additional recommendations by the parties, Monitor and Special Master regarding these future expenditures. In fact, the Commonwealth may actually recommend additional candidates.

**WHEREFORE,** Defendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau, respectfully request this Honorable Court take notice of the above.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

In San Juan, Puerto Rico, this 16th day of September, 2022.

**CANCIO, NADAL & RIVERA, L.L.C.**
P.O. Box 364966
San Juan, Puerto Rico  00936-4966
403 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Tel. (787) 767-9625

Commonwealth's Informative Motion
Civil No. 12-02039
Page 3 of 3

**S/ GABRIEL A. PEÑAGARÍCANO**
USDC PR: 212911
gpenagaricano@me.com


**S/ RAFAEL BARRETO-SOLÁ**
USDC PR: 211801
rbarreto@cnr.law