IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> v. <br><br> **COMMONWEALTH OF PUERTO RICO, et al.,** <br><br> Defendants. | **CIVIL NO.:  12-cv-02039** |

**MOTION SUBMITTING CERTIFIED TRANSLATION**

**MAY IT PLEASE THE COURT:**

**COME NOW**, Codefendants Commonwealth of Puerto Rico and the Puerto Rico Police Department, through the undersigned attorneys, and very respectfully state and pray:

1. Pursuant to the Commonwealth's motions at Dockets 2140 and 2142, and this Honorable Court's Order at Docket 2147, the Commonwealth herein submits the corresponding certified translation.

**WHEREFORE**, the Commonwealth respectfully request that the Honorable Court take notice of the above.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

In San Juan, Puerto Rico, today, September 16, 2022.

**CANCIO, NADAL & RIVERA, L.L.C.** P.O. Box 364966
San Juan, Puerto Rico  00936-4966
403 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Tel. (787) 767-9625

**S/ RAFAEL BARRETO-SOLÁ**
USDC PR: 211801
rbarreto@cnr.law

**S/ GABRIEL A. PEÑAGARÍCANO**
USDC PR: 212911
gpenagaricano@me.com