[Federal Court Docket Filing Stamp]

 **GOVERNMENT OF PUERTO RICO**
Puerto Rico Police Bureau 

**PROTOCOL**

| Chapter: N/A | Section: N/A | Effective Date: |
|---|---|---|
| Title: | Sergeant Rank Provisional Promotion Protocol (in other words, in training) | |
| No. Pages: | | |

**I. Purpose**

The purpose of this protocol is to establish an objective system for the provisional promotion of officers to the rank of Sergeant, in order to quickly and directly address the first line supervision crisis faced by the Puerto Rico Police Bureau (PRPB). It is intended to establish clear requirements and guidelines for promoting Puerto Rico Police Bureau Members (PRPBM) based on objective criteria that take into account the knowledge, skills and abilities to carry out the essential management, supervision and leadership tasks. It is provided that all provisionally promoted agents shall be required to take and pass the examination for promotion to sergeant, in compliance with the Agreement for the Sustainable Reform of the Puerto Rico Police Bureau.

**II. Legal Basis**

A. Act 20 of April 10, 2017, as amended, known as the "Puerto Rico Department of Public Safety Act."

B. Agreement for the Sustainable Reform of the Puerto Rico Police, United States of America v. Commonwealth of Puerto Rico and Puerto Rico Police, No. 3:12-cv-2039 (GAG), (hereinafter the Agreement).

C. Implementation Plan for Requirement 13 for Sustainable Reform of the PRPB.

**III. Promotion Authority**

A. Promotions of PRPB ranks from Sergeant to Captain are a responsibility entrusted to the Commissioner, as provided in Article 2.11 of Act 20-2017, cited above, whereby this Protocol is adopted.

[Federal Court Docket Filing Stamp]

| **Sergeant Rank Provisional Promotion Protocol** |
|---|

IV. **2018 Paragraph 13 Implementation Plan**

In 2018, the PRPB created a plan to comply with paragraph 13 of the Agreement. As part of the resource identification and relocation strategies, that plan established that a total of 609 sergeants would be promoted in a staggered and scheduled manner as follows:

- 2019 - Promotions of 109 sergeants.
- 2020 - Promotions of 150 Sergeants
- 2021 - Promotion of 175 Sergeants
- 2022 - Promotion of 175 Sergeants

Due to different reasons, the PRPB was not able to meet the scheduled number of promotions as only 103 sergeants were promoted.

| Rank | Amount Scheduled | Promoted | Deficit |
|---|---|---|---|
| Sergeant | 609 | 103 | 506 |

As a measure to address the supervisory crisis and to ensure that all areas of compliance with the Agreement are met, this provisional promotion protocol is adopted (to wit, in training throughout the document).

V. **Annual Budget Impact**

| Promotion of 250 agents | $ 345,925.50 |
|---|---|

VI. **Objectives**

    A. Provisionally promote 250 PRPBMs to Rank of Sergeant.
    B. Support Use of Force Data Quality Plan.
    C. Support Plan to Address Supervisory Crisis.
    D. Address deficiencies in the evaluation of arrest reports, use of force, among others.

VII. **Validity**

    A. This Protocol is established as a provisional amendment and does not have the effect of amending the requirements of paragraph 17 of the Agreement.
    B. This Protocol does not have the effect of repealing or modifying the procedure for promotion to the ranks of sergeant to captain by examination.
    C. This protocol will terminate once the 250 sergeant positions have been provisionally filled, necessary to stabilize the primary line of supervision.

[Federal Court Docket Filing Stamp]

| Sergeant Rank Provisional Promotion Protocol |
|---|

VIII. **Rules and Procedures**

    **A.** **Provisional Promotion to the Rank of Sergeant**

        1.    The PRPB will provisionally promote 250 agents to the rank of sergeant.

        2.    All agents eligible for provisional promotion to the rank of sergeant will be required to complete a promotion agreement.

        3.    The agreement shall serve as a release to the Government of Puerto Rico for any future claims for failure to meet the requirements of the position.

        4.    Provisional promotion to sergeant, as provided in this Protocol, shall not confer vested rights to promoted PRPBMs. The PRPBM provisionally promoted to the rank of sergeant shall be required to take and pass the Rank of Sergeant promotion examination at the next examination date established by the PRPB.

        5.    In the event that the candidate has not passed the promotion examination, he/she will be returned to the rank of agent on a permanent basis. This candidate will not be disqualified from taking the promotion exam on future occasions.

        6.    It is advised that under no circumstances will the employee obtain the position of sergeant on a permanent basis until he/she has passed the examination for promotion to the rank of sergeant.

    **B.** Responsibilities

        1.    The PRPB Commissioner is the official entrusted by the aforementioned Act 20-2017, to regulate matters related to the promotions of PRPBMs.

    **C.** **Single Call for Applications**

        1.    The Commissioner shall issue a single call for applications, with the prior authorization of the Secretary of the Department of Public Safety (DPS).

        2.    Said call for applications shall be based on the Manual of Descriptions of Functions, Duties and Responsibilities of the Rank System employees of April 20, 2020, and shall include the relevant dates, a description of the application process and the minimum requirements to be able to apply for said rank, including the documents that the candidate must submit.

[Federal Court Docket Filing Stamp]

| **Sergeant Rank Provisional Promotion Protocol** |
|---|

3. The Commissioner shall designate personnel to the PRPB Human Resources Bureau, who shall receive the candidates' files and initially evaluate whether they meet all the requirements established in the call for applications, and whether all the necessary documents were submitted. To this end, all candidates for promotion who wish to participate in the call for applications must meet the established requirements and submit an electronic file to the electronic address provided in the call for applications. The candidate may submit the documents he/she deems relevant until the deadline established in the call for applications.

4. All candidates for promotion must meet the requirements for promotion and must submit with their application the following documents as required in the call for applications, on or before the deadline date indicated therein:

   a. Promotion Application Memorandum - In this memorandum, the candidate shall explain the reasons why he/she believes he/she is the suitable candidate for promotion.
   b. Resume - It will include information about academic background, experience inside and outside the PRPB, certifications, training, history within the PRPB including current duties.
   c. Certificate of Filing of Income Tax Returns from the Puerto Rico Treasury Department for the last five (5) years.
   d. Certification of No Tax Debt; in case of having any debt, evidence of a payment plan must be presented.
   e. Certification of compliance with ASUME. In case of debt, an approved payment plan must be presented.
   f. Certification of compliance with the last concluded biennial period of the Government Ethics Office (GEO).
   g. Certification of compliance with the training requirements required by the sustainable reform process issued and certified by the Assistant Superintendent for Education and Training.
   h. Copy of the last three (3) performance evaluations of the candidate certified by the Evaluation Division of the Human Resources Bureau of the PRPB.

5. Not having administrative complaints in process and/or not having a final resolution in complaints for serious misconduct. Candidates who have administrative complaints sustained for: domestic violence, fraud, civil rights violations (excessive use of force, unreasonable searches and seizures, discrimination, among others) will not be considered in the evaluation process for promotion. PRPB Members who have been sanctioned for serious misconduct shall be ineligible for

[Federal Court Docket Filing Stamp]

| Sergeant Rank Provisional Promotion Protocol |
|---|

promotion for a period of one (1) year. The period of ineligibility for promotion shall start immediately upon completion of the sanction imposed. From the time the sanction is decreed and for the duration of the period of ineligibility, there shall be no right to apply for consideration for promotion. For this criterion, the PRPB/HRB will consider the following documents:

- a) Certification of Complaints from the Assistant Superintendent in Professional Liability (Clear) and Complaint History of the candidate.
- b) Certification of Complaints from the Office of Legal Affairs (Clear) and Complaint History of the candidate.
- c) Certification from the Appointments and Changes Division of the PRPB Human Resources Bureau stating that the candidate is not disqualified by any disciplinary proceeding.

6. Failure to submit all the required documents on or before the deadline established in the Call for Applications shall be grounds for automatic disqualification of the candidate. Files that do not contain all the required documentation at the date of submission will not be accepted. Documents submitted to another PRPB work unit will not be taken into consideration. The PRPB/HRB will prepare a list of eligible candidates who submitted all documents and meet the minimum requirements.

   a. The PRPB/HRB shall forward to the Sergeant Rank Provisional Selection Protocol, a certification containing the names of the candidates who submitted all the documents required by the call for applications and those who failed to submit all the documents or did not submit them within the required term, together with the documents of each applicant.

   b. Any candidate who knowingly submits false information or omits to submit information that should be considered by the Board, for the purpose of being considered for promotion, shall be sufficient reason to be disqualified from the process.

D. **Minimum Requirements to Qualify for Promotion to Sergeant.**

1. ==Agents shall be considered eligible for consideration for the Sergeant Rank Selection Board as set forth in this Protocol and the single call for application for the Rank of Sergeant:==

[Federal Court Docket Filing Stamp]

| Sergeant Rank Provisional Promotion Protocol |
|---|

    a) Minimum of five (5) years of experience in the rank of PRPB agent.
    b) Minimum academic degree of associate degree.
    c) Diagnostic Physical Aptitude Test.

> **Commented [JCVR1]:** Verify reasonableness of years.

2. PRPBMs in the following categories are not eligible for consideration by the Sergeant Rank Provisional Selection Board:

    a. MPRPBs whose stated date of retirement or PRPB retirement is within five (5) years as of the date the Board is convened. This is intended to ensure that supervisory needs are met for a reasonable amount of time.
    b. An Agent who voluntarily chooses not to participate or be considered in the promotion process.

3. Each candidate must meet the eligibility criteria for promotion set forth in the call for application and this Protocol.

**E. Assignment of Duties**

1. The promoted PRPBM will be assigned to the Assistant Superintendent in Field Operations.

2. He/she will be assigned to the Police area identified in the call for applications.

> **Commented [JCVR2]:** This applies if the announcement is made by police area.

3. The promoted PRPBM may not request a transfer for a period of five (5) years outside the police area to which he/she was assigned. However, he/she may only be assigned to other functions by the Commissioner.

**F. Provisional Selection Board for Promotion of Sergeants**

1. **Selection Board**

    a. The Commissioner shall appoint the members of the Provisional Selection Board to recommend agents for promotion to the ranks of Sergeant, in accordance with this Protocol.

    b. The Commissioner shall establish the requirements for membership on the Selection Board for promotion to the rank of Sergeant.

2. **Composition of the Selection Board**

    a. The Provisional Selection Board to the rank of Sergeant shall be composed of five (5) members who are employees of the PRPB. At least one of them shall be an employee attached to the PRPB/HRB.

[Federal Court Docket Filing Stamp]

| Sergeant Rank Provisional Promotion Protocol |
|---|

    b.    None of those members shall be eligible for promotion to the rank of Sergeant.

    c.    The Commissioner shall appoint a member of the Provisional Board as Chairman of the Board and shall prescribe the administrative duties to be performed by that officer.

    d.    The Chairman of the Board has no authority to prevent the Board from recommending for promotion those PRPBMs who are deemed by the majority to be qualified to meet the needs of the PRPB.

    e.    Board members may not have pending administrative complaints related to civil rights violations, domestic violence or any matter that would undermine their credibility and professional ethics. Likewise, no member of the Board may have a complaint, regardless of the time elapsed, for domestic violence or civil rights violations.

**3.   Minutes**

    a.    The Commissioner shall designate the employees who shall have the responsibility as registrars of the Board.

    b.    The registrar shall be responsible for documenting and taking minutes of all activities of the Selection Board when on official business pursuant to this Protocol.

    c.    At least one registrar must be present during all deliberations of the Sergeant Rank Provisional Selection Board. The appointment of registrars is subject to the following restrictions:

        1)    Registrars may be civilian personnel or PRPBMs who are not candidates for Promotion to the rank of Sergeant.
        2)    Any registrar of the Sergeant Rank Provisional Selection Board who is unable in good conscience to discharge his duties and responsibilities, has the duty to request to be relieved by the Commissioner.
        3)    Any member or registrar of the Board who believes that the integrity of the proceedings has been affected by undue influence, whether of an employee of the DPS, PRPB or third party, or by the misconduct of any member of the Board, or any other reason, has the duty to notify the Commissioner immediately.

**4.   Conduct of the Members of the Selection Board**

[Federal Court Docket Filing Stamp]

**Sergeant Rank Provisional Promotion Protocol**

a. Members elected to serve on the Provisional Board must possess the professional characteristics and reflect the values that the PRPB and DPS consider to be of utmost importance. Therefore, the PRPB Commissioner will ensure that all nominees to serve on the Board meet the highest standards expected of Board members.

b. Provisional Board members will ensure that the selection process is fair and will seek guidance from the convening authority, or its designee, if questions arise about appropriate personal conduct. In addition, Board members who observe suspected irregularities that may adversely influence Board proceedings shall immediately report this information to the Commissioner, or his or her designee. Any Board member who is unable, in good conscience, to carry out the responsibilities of Board membership, without prejudice or bias, has the duty to request to be relieved from the convening authority or his or her designee.

c. Provisional Board members shall comply with the following:

   1) They shall not receive or introduce into the deliberations any information, positive or negative, concerning an agent under consideration by the Board.
   2) They shall not engage in, or give the appearance of, preferential treatment to any individual or group of officers under consideration.
   3) They shall not disclose details of the deliberative process (other than a generalized description of Board proceedings) before, during or after the meeting to outside parties, whether superior or subordinate to the Board officer, except as specifically directed by the Commissioner.
   4) They shall not disclose the results of the meeting prior to official publication by the selected members.
   5) They shall not disclose their participation in a Selection Board or decision at the Provisional Board;
   6) They shall not request information or guidance from PRPB or DPS members, other PRPB or DPS command representatives regarding individual officers or groups of officers under consideration, unless authorized in written or verbal instructions to the Board.
   7) Provisional Board members shall be sworn to perform their duties without bias or prejudice and shall evaluate all candidates according to the requirements set forth in this Protocol, PRPB policies, and the Agreement.

5. **Instructions to the Selection Board**

[Federal Court Docket Filing Stamp]

**Sergeant Rank Provisional Promotion Protocol**

a. The Commissioner shall establish the duties and responsibilities of the Provisional Board members in writing. In addition, he/she shall set forth in such document the specific requirements to be considered in evaluating candidates for promotion.

b. The Chairman of the Board shall review and discuss the writing with all members of the Board once it is constituted and prior to starting functions.

c. The instructions issued to the Provisional Board shall specify the following:
   1) The oath to be taken by the Board members.
   2) Reports to be made.
   3) The method of selection (See Evaluation and Interviewing Section).
   4) Factors to be considered, including the needs of the PRPB in each area.
   5) The maximum number of sergeants to be selected.
   6) Other information as required.

d. The instructions will ensure that:

   1) There will be no discrimination against any candidate for promotion on the basis of sex, gender, color, race, sexual orientation, social status, political views, religious beliefs, and any other type of discrimination prohibited by federal and/or state statutes.
   2) All members of the PRPB and DPS shall exemplify leadership and subordination; be vigilant in inspecting the conduct of all persons under their command; monitor and report all misconduct, and correct, in accordance with PRPB and DPS regulations, all persons who engage in misconduct; and take all necessary and appropriate measures, to promote and safeguard the welfare of the Agency, the physical well-being and general welfare of the officers and agents under their command or charge.
   3) Boards may also receive information on matters of personnel administration and management as determined by the Commissioner. They shall receive no further instructions except to clarify Board management.

e. Other Information

   1) The Chairperson of the Provisional Board shall ensure that each member of the Provisional Board receives a copy of the applicable portions of this Protocol for review before the Board meets. Members of the Provisional Board shall also have access to the following:

      a) The names of all agents to be considered for promotion to the rank of Sergeant.

[Federal Court Docket Filing Stamp]

| **Sergeant Rank Provisional Promotion Protocol** |
|---|

      b)    The professional portfolio, including the documents previously identified in this Protocol.

2)    The following additional information may be provided as needed:
      a)    Administrative information to clarify official records, instructions, and information provided to the Board.

3)    Communications with the Provisional Board.

      a)    All communications, other than those of a purely administrative nature, shall be in writing, shall be provided to all Board members, and shall become part of the Board record.
      b)    An audio or video recording is an acceptable means of communication with the Board provided that a written transcript is included in the record of the meeting.
      c)    No person, other than the Commissioner, shall appear in person to address a Provisional Board on any matter; this authority shall not be delegated.
      d)    Oral communication of routine administrative information between Board members, registrars and support staff is authorized to the extent necessary to facilitate the work of the Board.
      e)    No person may appear in person before a Provisional Board, on his or her own behalf or in the interest of any PRPBM under consideration, without having been previously summoned for interview.

4)    PRPBMs eligible for consideration may write to the Board to provide information and documents (as attachments) calling attention to any matter concerning them that they consider important for consideration. They should submit a copy of this document and related documents on the day of the interview and evaluation.

5)    Written memoranda sent to the Provisional Board will be considered if received prior to the Board meeting date. The Board will only see one letter addressed to the Board, with attachments, per officer in consideration for selection.

7)    [sic] Memoranda shall be addressed to the Provisional Board, Office of the PRPB Commissioner at General Headquarters. Any memorandum considered by a Promotion Board will become a matter of record to be kept with the records of the Board.

8)    The following items will not be submitted to the Sergeant Rank Provisional Selection Board:

[Federal Court Docket Filing Stamp]

| **Sergeant Rank Provisional Selection Protocol.** |
|---|

      a) Memoranda sent directly to the Board by other parties on behalf of any officer, except when furnished as an attachment to a memorandum of the agent being considered for selection.
      b) Evaluation reports that have not been processed through the PRPB Commissioner's Office.
      c) Photographs that cannot be supported as admissible photographs and that can be authenticated as provided in the Puerto Rico Rules of Evidence.

7) No member of the PRPB and/or the DPS may communicate with a Board member in an attempt to influence the Board member's decision. Violations of this prohibition may result in disciplinary proceedings under the applicable Personnel Rules and Regulations and as provided by Act 1-2012, as amended, known as the "*Organic Act of the Government Ethics Office of Puerto Rico*".

8) All communications with the Provisional Board intended to express the views of the Secretary of the DPS or the Commissioner of the PRPB, or other senior leaders of the Government of Puerto Rico or the Government of the United States, shall be set forth in writing, shall be delivered to each member of the Board, and shall become part of the record of the Board.

**6. Evaluation of Candidates and Interviews**

    a. The Board will conduct an interview and evaluation of the file submitted as part of the call for applications requirements, where the following criteria will be evaluated:

        1. General Questions
        2. Knowledge
           a. Use of Force
           b. Arrests and Subpoenas
           c. Searches and Seizures
           d. Civil Rights
           e. Reasonable grounds
           f. Laws and Rule Agency Mention.
           g. General Law
           h. Special Laws
              i. "Domestic Violence Intervention and Prevention Act" Act No. 54 of August 15, 1989, as amended. Act No. 8 of August 5, 1987, as amended, "Law for the Protection of Vehicular Property", Act No. 8 of August 5, 1987, as amended.

[Federal Court Docket Filing Stamp]

| **Sergeant Rank Provisional Promotion Protocol** |
|---|

        ii. Puerto Rico Controlled Substances Act, Act No. 4 of June 23, 1971, as amended.
        iii. "Puerto Rico Weapons Act of 2020," Act No. 168 of December 11, 2019, as amended.
        iv. "Puerto Rico Vehicle and Traffic Act," Act No. 22 of January 7, 2000, as amended.
        v. Puerto Rico Juveniles Act, Act No. 88 of July 9, 1986, as amended.
        vi. "Act for the Safety, Welfare and Protection of Minors Act" Act No. 246 of December 16, 2011, as amended.
    i. Ethics and administrative complaints
    j. Report drafting and evaluation.
    k. Evidence
3. Planning and Organization a. Participation in Work Plans.
4. Management
        i. Leadership
        ii. Supervision
5. Interpersonal Relations Skills (Communication)
6. Community Policing
7. Ethics
8. Knowledge of the Reform Agreement, its programs, trainings and its implementation management.

  b. For the evaluation of the criteria described above, the Board will evaluate the candidates in two stages:
    1. Evaluation of the file
    2. Interviews with the candidates using Attachment A of this protocol.

<u>First Stage: Evaluation of the file:</u>

1. In the first stage, the Board will consider the documents submitted by the candidate for promotion to evaluate, among others:
    a. Complete documents.
    b. The candidate's qualifications as demonstrated by the following:
        i. Satisfactory performance evaluations;
        ii. Recognitions or merits;

    c. Compliance with training programs required by the PRPB or external entities, including the Police Academy.
    d. Compliance with required physical and psychological personnel evaluations.
    d. [sic] Compliance with the duties of the rank held, in the generally accepted police practices, and with PRPB internal policies and rules and ethics.

[Federal Court Docket Filing Stamp]

| Sergeant Rank Provisional Promotion Protocol |
|---|

      e.    Management, supervision and leadership.
      f.    Community involvement and interaction.

2. After evaluating the documents, the Board will determine if the candidate qualifies for the second stage.

Second Stage: Interviews:

a. In the second stage, the Board will conduct interviews of the candidates aimed at focusing on additional skills of the candidate that are not necessarily apparent from the documents reviewed such as:
   i. ability and competence in planning, supervision and management of strategic, tactical, and administrative work plans;
   ii. supervision and management techniques of the candidate;
   iii. knowledge of the requirements and obligations of the rank to which he/she wishes to be promoted;
   iv. knowledge of the PRPB internal policies and regulations, among others;
   v. knowledge of the Reform Agreement, its programs, trainings and its management in the implementation thereof;
   vi. skills and qualifications that make him/her the ideal candidate for the applied rank.

b. An instrument with guiding questions will be used for the interviews. Interviews will be conducted in a neutral environment free of interruptions and on equal terms for all candidates

c. Those candidates that the Board determines, after the interview, that do not qualify for promotion will be automatically withdrawn from the process. The Board shall prepare a Memo identifying the candidates who did not qualify for promotion and the why they were disqualified. Said Memo shall be delivered to the Commissioner together with the candidates who did qualify for promotion.

d. The Board shall proceed to prepare Lists of Candidates by rank which shall include the names of those candidates who the Board determined qualified for the corresponding promotion and those who did not qualify. General information on the result of the evaluation, the interview and the reason for the candidate's qualification or non-qualification will be included.

e. The Board shall forward the Lists of Candidates to the Commissioner for further proceedings.

[Federal Court Docket Filing Stamp]

| **Sergeant Rank Provisional Promotion Protocol** |
|---|

**7. Rating scale**

    a.    Candidates who obtain a percentage equal to or greater than seventy percent (70%), shall be referred to continue with the evaluation process for promotion, as established in the following table, the documents submitted, and the requirements established by the Agreement for the Sustainable Reform of the Puerto Rico Police.

    b.    The Board will classify the candidates as:

| Qualified | 70% -100%. |
|---|---|

    c.    The maximum number of points for each area of evaluation shall be five (5) points. Ten (10) areas of evaluation are established, for a total of fifty (50) points.

    d.    To obtain the percentage of the result, the total score obtained by the candidate will be taken and divided by fifty (50). The result of the division will be multiplied by one hundred (100).

    e.    To obtain the final percentage, the results of all the evaluators shall be added together and divided by the total number of evaluators.

    f.    The Committee shall evaluate the candidates and submit to the Commissioner a list of the candidates that meet the percentage established in this Protocol.

    g.    For this evaluation, they shall use the Attachment of this protocol entitled: "Rating Scale for Sergeant Rank Promotions".

    h.    The Board may provide additional points to candidates who meet the following requirements:

| Maximum Academic Degree Attained | |
|---|---|
| **Doctorate** | 10 points |
| **Master's Degree or *Juris Doctor*** | 8 points |
| **Bachelor's Degree** | 5 points |
| **Veteran** | 10 points |
| ***FTO*** | 5 points |

Page 14 of 19

[Federal Court Docket Filing Stamp]

**Sergeant Rank Provisional Promotion Protocol**

    i.    When the employee qualifies for additional score under more than one line item, only one of these, whichever is greater, will apply.

    j.    Additional points for academic degrees will only apply when the degree required in the announcement is less than the degree the candidate possesses.

**8. Recommendations of the Selection Board**

    a.    The Sergeant Rank Provisional Selection Protocol:
        1)    Shall base their recommendations impartially toward all agents under consideration as outlined in the call for applications and instructions given in writing by the Commissioner.
        2)    Shall keep confidential their reasons for recommending or not recommending any agent under consideration. They shall not share confidential information with third parties, who are not part of the Board.

    b.    No officer of the PRPB, member of the DPS or of the Government of Puerto Rico or the United States may do the following:
        1)    Order that a particular person be selected, or not, by the Board.
        2)    Censure or admonish the Board or any member of the Board with respect to the recommendations of the Board or any function that would be within the discretion of the Board.
        3)    Attempt to coerce or influence any action of the Board or any member of the Board in the formulation of the Board's recommendations.

    c.    Provisional Board reports shall meet the following requirements:

        1)    All agents considered for promotion must be evaluated and recommended or not recommended for promotion.
        2)    Upon completion of their deliberations, Board members and registrars shall, at a minimum, certify in the report to the Commissioner that:

            a)    The Board complied with the instructions, the call for applications and this protocol.
            b)    They were not subject to any censure, reprimand, or admonition as a result of the recommendations of the Board or the exercise of any lawful function within the discretion authorized to the Board.
            c)    They were not subject to, and were not aware of, any attempt to coerce or influence setting forth the Board's recommendations.
            d)    They were not a party to or aware of any attempt to make unauthorized communications.
            e)    To the best of their knowledge, the Board carefully considered the records of each agent whose name was provided to the Board.

[Federal Court Docket Filing Stamp]

**Sergeant Rank Provisional Promotion Protocol**

        f)    The agents recommended for promotion to Sergeant, in the opinion of the majority of the Board members, are qualified for promotion to meet the front-line supervisory needs of the PRPB.

    3)    In addition to the above reporting requirements, promotion Boards shall also report to the PRPB Commissioner the name of any agent who for any reason should be referred for administrative investigation.

    4)    Be signed by all Board members.

  d.    Board proceedings shall not be disclosed to anyone who is not a member of the Board unless authorized by the Commissioner.

**9.** **Lists of promotions and reports of the Sergeant Rank Provisional Selection Board**

  a.    A list of candidates who qualify for the rank of sergeant shall be created.

  b.    The order of the list shall be made with the score obtained by the candidate, after the interview and evaluation to the file, from highest to lowest.

  c.    Only the first 250 candidates on the list will be promoted. In the event that a candidate is disqualified for any reason, the next candidate will take the turn for promotion.

  d.    No roster of eligible candidates shall be created.

  e.    The list of candidates for promotion shall be submitted to the Commissioner. The Commissioner shall submit those selected for promotion to the Secretary for subsequent ratification.

Phase 3: Training

A.    The PRPB will offer a multi-thematic Supervision training to those agents approved by the Provisional Board for promotion to the rank of sergeant.

B.    This training will be offered prior to the official promotion as a requirement for promotion. No agent may be promoted if he/she does not pass the training with at least 70% of the score.

C.    Any candidate who does not pass the post-training test will be disqualified from the process and will not be promoted.

D.    The training shall contain at least the following:

[Federal Court Docket Filing Stamp]

| **Sergeant Rank Provisional Promotion Protocol** |
|---|

1. PRPB policies and procedures.
2. Use of force rules for supervisors.
3. Report drafting and evaluation.
4. Evaluation of Arrests.
5. Searches and Seizures.
6. Administrative Complaints and Non-Punitive Corrective Actions.
7. Performance Evaluations
8. Employee Assistance Program
9. Ethics
10. Anti-discrimination and harassment practices.
11. Among others.

Phase 4: Written Promotion Examination

1. ==The PRPBM provisionally promoted to the rank of sergeant will be required to take and pass the Rank of Sergeant promotion examination on the next examination date established by the PRPB.==

2. ==The promotion examination procedure shall be governed by General Order Chapter 500 Section 504 entitled: "Promotion Examination Board".==

**IX. Provisionally Promoted Sergeant.**

    A. ==Any agent provisionally promoted to sergeant, shall have the same authority, as well as the same duties and responsibilities as a commissioned sergeant.==

**X. General Provisions**

    **A. Interpretation**
        1. The words and phrases used in this protocol shall be interpreted according to the context and meaning sanctioned by common and ordinary usage.

        2. The terms used in this protocol in the future tense also include the present; those used in the masculine gender include the feminine and neuter, except in cases where such an interpretation would be absurd; the singular number includes the plural and the plural includes the singular.

        3. If the language used is susceptible of two or more interpretations, it must be interpreted to advance the purposes of this General Protocol and of the particular part, section or subsection being interpreted.

    **B. Compliance**

[Federal Court Docket Filing Stamp]

**Sergeant Rank Provisional Promotion Protocol**

1. If the DPS Secretary, the Commissioner, or any member of the Board, becomes aware that the candidate lied, disregarded or manipulated information to be considered for promotion, he/she will be referred for administrative investigation and will be disqualified from the promotion procedure.

2. The Commissioner shall inform each eligible PRPBM, both selected and non-selected, of the particular results.

3. An officer who is on a promotion list and is discharged from active duty to the PRPB prior to the effective date of the promotion will not be promoted. A subsequent return to service in the PRPB does not guarantee a return to the promotion list held prior to separation from PRPB service.

4. It shall be the responsibility of DPS employees, Assistant Commissioners, Area Commanders, Bureau, Office, Division, District and Precinct Directors to promote and encourage faithful compliance with this protocol.

5. Every employee shall have the obligation to comply with the provisions of this protocol and to report any violation of these rules to his or her immediate supervisor or superior in the rank system. Any act or omission that violates the provisions of this protocol shall be referred to and investigated by the Assistant Superintendent for Professional Liability in accordance with applicable regulations.

**C.   Repeal**

This protocol repeals any other protocol, internal regulations, rules, verbal or written communication or parts thereof that conflict with this protocol.

**D.   Effective Date**

This protocol shall enter into force on _____ _____, 2022.

**E.   Approval**

Approved in San Juan, Puerto Rico, today _____ ____,_____.

**Col. Antonio López Figueroa**
Commissioner

**Alexis Torres Ríos**

[Federal Court Docket Filing Stamp]

**Sergeant Rank Provisional Promotion Protocol**

Secretary

**No. 2022-317  TRANSLATOR'S CERTIFICATE OF ACCURACY**

I, Mayra Cardona Durán, of legal age, single, resident of Guaynabo, Puerto Rico, Certified Interpreter of the United States Courts (Certification No. 98-020) and certified by the National Association of Judiciary Interpreters and Translators (10671), holding a Master's Degree in Translation and admitted to the Puerto Rico Bar Association (Bar No. 12390, RUA No. 11038) hereby CERTIFY: that according to the best of my knowledge and abilities, the foregoing is a true and correct rendition into English of the original Spanish text, which I have translated and it is stamped and sealed as described therein. This document is comprised of Twenty (20) Pages, including this certification page, and does not contain changes or erasures.

In Guaynabo, Puerto Rico today, Sunday, September 11, 2022.

Lcda. Mayra Cardona
BA Lit/Fr, MA Trans, JD
United States Courts Certified Interpreter
NAJIT Certified Interpreter and Translator
3071 Alejandrino Ave. PMB 306 Guaynabo, Puerto Rico 00969-7035
Tel. (787) 530-1414
e-mail: mayra@cardona.com