OFFICE OF THE FPMPR LLC.
B-5 Calle Tabonuco Suite 216 PMB 292
Guaynabo, Puerto Rico 00968

August 31, 2022

Professional services rendered by the members of the Office of the FPMPR LLC. For August 2022:

| NAME | AMOUNT | MONTH |
| --- | --- | --- |
| John Romero | $19,933.03 | August 2022 |
| Spece | $ 3,094.41 | August 2022 |
| The & Group LLC (Javier González) | $12,420.05 | August 2022 |
| Altai Atlantic Consulting LLC (Dr. David Levy) | $ 6,480.00 | August 2022 |
| Denise Rodriguez | $17,903.50 | August 2022 |
| Viota & Associates CPA LLC | $ 1,250.00 | August 2022 |
| Donald S. Gosselin | $15,179.48 | August 2022 |
| Al Youngs | $11,599.50 | August 2022 |
| Rafael E. Ruiz | $ 9,900.00 | August 2022 |
| Scott Cragg | $12,337.77 | August 2022 |
| Correa Acevedo & Abesada Law offices, PSC (Lcdo. Roberto Abesada) | $19,257.00 | August 2022 |
| Rita J. Watkins | $ 9,760.00 | August 2022 |
| M Serrano LLC | $10,880.00 | August 2022 |
| Luis Hidalgo | $11,500.00 | August 2022 |
| Korber Group | $ 1,302.78 | August 2022 |
| Samantha Rhinerson | $ 4,000.00 | August 2022 |
| Claudia Cámara | $ 2,220.00 | August 2022 |
| Manuel Arroyo | $ 1,180.00 | August 2022 |
| Hipolito Castro Jr | $ 8,100.00 | August 2022 |
| Ipsos | $18,252.00 | August 2022 |
| **TOTAL:** | **$196,549.52** | August 2022 |
| | | |