John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

August 1 through August 31, 2022

INVOICE # 098                               **TOTAL DUE $ 19,933.03**
FEDERAL MONITOR
AUGUST 2022 INVOICE

## Duties and Responsibilities as Monitor

Generated, reviewed, and responded to emails/texts from the Parties, Monitor Team, Court, and Special Master
Conference calls with General Counsel
Reviewed court orders relating to the Consent Decree
Via zoom conducted meetings with Special Master and USDOJ and PRPB
Monitor administrative duties - reviewing Team invoices, coordinating SME work assignments, and conferring with Monitor's Office Administrative Director
Reviewed Briefing Reports from PRPB
Meeting with AH Datalytics
Conferred with Deputy Chief Monitor on issues relating to Monitor Office Operations
Conducted Zoom meetings with the Monitor Team
Reviewed Promotions Protocol
Worked on Draft of CMR-7
Prepared for and participated in the 253 Meeting
Prepared for Status Conference

## Site Visit to Puerto Rico August 22-26, 2022

Field Visit to Training Academy
Meeting with Reform Unit and USDOJ
Visit to FIU
Meeting with DSP Director
Meeting with the Commissioner
Meeting with the Honorable Judge Besosa to prep for Status Conference
Participated in Status Conference at Old San Juan Federal Court
Meeting with Monitor Team members based in Puerto Rico
Monitored LUMA protest at the Fortaleza

**Flat Rate Total Wages Due**                $ 17,916.66
**Travel Expenses Due**                      $  2,016.37

**TOTAL DUE**                                $ 19,933.03

I hereby certify that the amount billed in this invoice is true and correct in my capacity as Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*John J. Romero* (signature)

Date August 31, 2022

# Office of the TCA - Travel Reimbursement Form

**John Romero**
**August 21-26, 2022**

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ | 1 | $ 624.62 |
| Baggage | $- | 0 | $- |
| Ground Transportation (Uber/Lyft/Taxi) |  |  | $- |
| Ground Transportation (Parking) | $- | 0 | $- |
| Ground Transportation (Mileage) | $0.625 | 82 | $51.25 |
| Lodging | $141.60 | 5 | $708.00 |
| Per Diem (Travel Days) | $86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $115.00 | 4 | $460.00 |
| Other: |  | 0 |  |
| Total |  |  | $2016.37 |

# Travel Purchase

Date of requested receipt: 2022-07-16                    Record Locator: DQVZKK

**LAX ▸ MCO**
- Travel date: 2022-08-20T22:15:00
- Flight number: 0132

**MCO ▸ SJU**
- Travel date: 2022-08-21T07:40:00
- Flight number: 1433

**SJU ▸ FLL**
- Travel date: 2022-08-26T10:35:00
- Flight number: 1454

**FLL ▸ LAX**
- Travel date: 2022-08-26T17:00:00
- Flight number: 0101

| Traveler(s) | Ticket number(s) |
|---|---|
| ROMERO/JOHN JOSEPH MR | 2792198148709 |

**Base fare:** $556.02 USD

| Taxes & fees breakdown: | AMOUNT | CURRENCY | PURPOSE - (CODE) |
|---|---|---|---|
| | $18.00 | USD | U.S. Passenger Facility Charge - (XF) |
| | $11.20 | USD | U.S. September 11th Security Fee - (AY) |
| | $39.40 | USD | U.S. Transportation Tax - (US2) |
| **Taxes & fees total:** | $68.60 | USD | |
| **Base fare total:** | **$624.62** | | |

**Payment(s):**

Visa card XXX5X2XXXXXX1287  $624.62

# Fees

**ROMERO JOHN**  Ticket number(s): 2791539147074
Date: 2022-07-16

| QTY | FEE TYPE | COST | TAX | TOTAL |
|---|---|---|---|---|
| 1 | SEAT ASSIGNMENT | $59.00 | $0.00 | $59.00 |

Total: $59.00 USD

Payment(s):  True Blue Points XXXXXXXXXXXX0574  $59.00

**ROMERO JOHN**  Ticket number(s): 2791539147075
Date: 2022-07-16

| QTY | FEE TYPE | COST | TAX | TOTAL |
|---|---|---|---|---|
| 1 | SEAT ASSIGNMENT | $55.00 | $0.00 | $55.00 |

Total: $55.00 USD

Payment(s):  True Blue Points XXXXXXXXXXXX0574  $55.00

**ROMERO JOHN**  Ticket number(s): 2791539147076
Date: 2022-07-16

| QTY | FEE TYPE | COST | TAX | TOTAL |
|---|---|---|---|---|
| 1 | SEAT ASSIGNMENT | $41.00 | $0.00 | $41.00 |

Total: $41.00 USD

Payment(s):  True Blue Points XXXXXXXXXXXX0574  $41.00

ROMERO, JOHN  Ticket number(s): 2791539147081
Date: 2022-07-16

| QTY | FEE TYPE | COST | TAX | TOTAL |
|---|---|---|---|---|
| 1 | SEAT ASSIGNMENT | $88.00 | $0.00 | $88.00 |

**Total:**   $88.00 USD

**Payment(s):**   True Blue Points XXXXXXXXXXXX0574   $88.00

# Total paid: $867.62 USD*

*includes all fares, taxes, fees and penalties less any amounts refunded

# COURTYARD Marriott

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave
San Juan, PR 00907
T 787.721.7400
F 787.723.0068

Mr John Romero
2301 Pacific Ave
Costa Mesa CA 92627
United States

Room: 1007
Room Type: EKNG
No. of Guests: 1
Rate: $ 120.00   Clerk: 8

Marriott Rewards #   756834271

CRS Number  94802143

Name:

Arrive: 08-21-22        Time: 11:16 AM        Depart: 08-26-22        Folio Number: 702437

| Date | Description | Charges | Credits |
|---|---|---|---|
| 08-21-22 | Package | 120.00 | |
| 08-21-22 | Government Tax | 10.80 | |
| 08-21-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 08-22-22 | COMEDOR- Guest Charge (Dinner) | 48.00 | |
| 08-22-22 | Package | 120.00 | |
| 08-22-22 | Government Tax | 10.80 | |
| 08-22-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 08-23-22 | Package | 120.00 | |
| 08-23-22 | Government Tax | 10.80 | |
| 08-23-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 08-24-22 | Package | 120.00 | |
| 08-24-22 | Government Tax | 10.80 | |
| 08-24-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 08-25-22 | COMEDOR- Guest Charge (Dinner) | 27.00 | |
| 08-25-22 | Package | 120.00 | |
| 08-25-22 | Government Tax | 10.80 | |
| 08-25-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 08-26-22 | COMEDOR- Guest Charge (Breakfast) | 4.02 | |
| 08-26-22 | Visa Card | | 787.02 |
| | Card # XXXXXXXXXXXX1287 | | |

**COURTYARD**
*Marriott*

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR 00907
T 787.721.7400
F 787.723.0068

Mr John Romero
2301 Pacific Ave
Costa Mesa CA 92627
United States

Room: 1007
Room Type: EKNG
No. of Guests: 1
Rate: $ 120.00  Clerk: 8

Marriott Rewards #   756834271

CRS Number  94802143

Name:

Arrive: 08-21-22        Time: 11:16 AM        Depart: 08-26-22        Folio Number: 702437

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
|      |             | Balance | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.