**Spece**
1225 Juan Ponce de Leon
San Juan, PR  00907
787-417-7300
info@spece.com
www.spece.com

Invoice  INV - 15298



| BILL TO | | | |
|---|---|---|---|
| Office of the FPMPR LLC | DATE<br>10/01/2022 | PLEASE PAY<br>$2,579.20 | DUE DATE<br>10/01/2022 |

| MEMBERSHIP | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Membership:Private Office**<br>Private Office Suite - Office 15, $2,300.00, Oct 1, 2022 - Oct 31, 2022 | 1 | 2,300.00 | 2,300.00T |
| **Other Fees:One-off Fees**<br>Telephone Service, $60.00, Oct 1, 2022 - Oct 31, 2022 | 1 | 60.00 | 60.00T |
| **Other Fees:One-off Fees**<br>Garage Parking, $120.00, Oct 1, 2022 - Oct 31, 2022 | 1 | 120.00 | 120.00T |

SUBTOTAL  2,480.00
TAX (4%)  99.20
TOTAL  2,579.20

TOTAL DUE  **$2,579.20**

THANK YOU.

ELEVATE YOUR BUSINESS

**Spece**
1225 Juan Ponce de Leon
San Juan, PR  00907
787-417-7300
info@spece.com
www.spece.com

Invoice  INV - 15297



| BILL TO | | | |
|---|---|---|---|
| Office of the FPMPR LLC | DATE<br>09/01/2022 | PLEASE PAY<br>$515.21 | DUE DATE<br>09/01/2022 |

| MEMBERSHIP | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Other Fees:One-off Fees**<br>Visitor Parking - July 2022 | 1 | 7.14 | 7.14T |
| **Event Rental:Conference Room**<br>Medium Conference Room, $33.75, 1.5 x $22.50 / hour (10% discount) - Aug 23, 2022 | 1.50 | 22.50 | 33.75T |
| **Event Rental:Conference Room**<br>XLarge Conference Room, $225.00, 1 x $225.00 / day (10% discount) - Aug 25, 2022 | 1 | 225.00 | 225.00T |
| **Event Rental:Conference Room**<br>Medium Conference Room, $92.25, 1 x $81.00 / hour (10% discount), 0.5 x $22.50 / hour (10% discount) - Aug 22, 2022 | 1 | 92.25 | 92.25T |
| **Event Rental:Conference Room**<br>Medium Conference Room, $137.25, 1 x $81.00 / hour (10% discount), 2.5 x $22.50 / hour (10% discount) - Aug 25, 2022 | 1 | 137.25 | 137.25T |

SUBTOTAL  495.39
TAX (4%)  19.82
TOTAL  515.21

TOTAL DUE  $515.21

THANK YOU.

ELEVATE YOUR BUSINESS