# THE & GROUP LLC.

Las Ramblas
71 Calle Montjuic
Guaynabo , PR 00969

## INVOICE

INVOICE NUMBER:  89
INVOICE DATE:  AUGUST 31, 2022

Federal Police Monitor

San Juan, PR

Invoice for Javier B Gonzalez Professional Services as Administrative Director

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| AUG-01-22 | Administrative Director | Weekly Team Meeting, Communications with the Monitor and Team Members, Detainees Survey Follow Up. Work with July Team invoices. | 4.50 | $125.00 | $562.50 |
| AUG-02-22 | Administrative Director | Work with July Team Invoices, Communications with the Monitor, review of Communications and Documents sent by Team Members. | 5.00 | $125.00 | $625.00 |
| AUG-03-22 | Administrative Director | Communications with Team Members, Work with Team July Invoices, Work with Detainees Survey | 4.00 | $125.00 | $500.00 |
| AUG-04-22 | Administrative Director | Detainees Survey follow up (Pick up of boxes and forms), Weekly staff meeting, Pick up check and deposit. Communications with Team members. | 3.50 | $125.00 | $437.50 |
| AUG-05-22 | Administrative Director | Detainees Survey Follow Up (Pick up of boxes and forms), Communications with Team members. Review of communications sent by Team members. | 2.50 | $125.00 | $312.50 |
| AUG-08-22 | Administrative Director | Biweekly Meeting with PRPB, USDOJ and SM. Detainees survey follow up (Pick up boxes and Forms from Aibonito), Communications with Team members, Review of documents sent by team members. | 3.00 | $125.00 | $375.00 |
| AUG-09-22 | Administrative Director | Detainees survey follow up (Coordination of Boxes and Forms Pick up), Coordination of Team Visit. | 1.50 | $125.00 | $187.50 |
| AUG-10-22 | Administrative Director | Coordination of Team visit, Detainees survey follow up (coordination of boxes and forms pick up), Communications with Team Members, Review of communications sent by Team Members. Final review of July Team Invoices | 3.50 | $125.00 | $437.50 |
| AUG-11-22 | Administrative Director | Detainees Survey follow up (Pick up boxes and forms in Ponce, Guayama, Caguas, Humacao, Fajardo and Hato Rey Oeste), Weekly staff meeting, communications with Team Members. | 8.00 | $125.00 | $1,000.00 |
| AUG-12-22 | Administrative Director | Communications with the Monitor, Review of communications sent by Team Members and PRPB, Detainees survey follow up (pick up box and forms in METRO drug division). | 2.00 | $125.00 | $250.00 |

INVOICE NUMBER: 89

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| AUG-15-22 | Administrative Director | Communications with the Monitor, Work with Detainees survey forms. | 2.50 | $125.00 | $312.50 |
| AUG-16-22 | Administrative Director | Work with Detainees Survey forms, Communications with the Monitor and Team members. | 5.50 | $125.00 | $687.50 |
| AUG-16-22 | Administrative Director | Office of the FPMPR Adobe subscription. | | | $33.98 |
| AUG-17-22 | Administrative Director | Work with Detainees survey (Pick up box and forms in Calle Loiza), Deliver forms to Ipsos, Communications with Deputy Monitor and Team Members. | 2.50 | $125.00 | $312.50 |
| AUG-18-22 | Administrative Director | Weekly Team Meeting, Coordination of Team Visit, Communications with Team Members. | 2.00 | $125.00 | $250.00 |
| AUG-19-22 | Administrative Director | Communications with the Monitor, Office contact list Follow up, Coordination of team visit. | 1.50 | $125.00 | $187.50 |
| AUG-22-22 | Administrative Director | PRPB Academy visit, Meeting with Judge, Meeting with PRPB. | 9.00 | $125.00 | $1,125.00 |
| AUG-23-22 | Administrative Director | Status Conference, Coordination of Team visit. | 7.00 | $125.00 | $875.00 |
| AUG-24-22 | Administrative Director | Team visit to Guayama, Detainees survey follow up, Community Meeting in San Juan | 7.50 | $125.00 | $937.50 |
| AUG-25-22 | Administrative Director | Coordination of Team Visit, Meeting with the commissioner, Protest in Fortaleza. | 8.00 | $125.00 | $1,000.00 |
| AUG-26-22 | Administrative Director | Communications with the Monitor and Team Members, Pick up the July team payment. | 2.50 | $125.00 | $312.50 |
| AUG-27-22 | Administrative Director | Multiple communications with the Monitor, Protest against Luma at la Fortaleza | 8.00 | $125.00 | $1,000.00 |
| AUG-28-22 | Administrative Director | Coordination of Donnie Gosselin Visit to the Academy, Work with August 27 protest report. | 1.00 | $125.00 | $125.00 |
| AUG-29-22 | Administrative Director | Weekly Team Meeting, Review of communications sent by Team Members. Coordination of Team Visit (Donnie Gosselin) | 2.50 | $125.00 | $312.50 |
| AUG-30-22 | Administrative Director | Boxes and Tape used for Detainees Survey. | | | $105.07 |
| AUG-31-22 | Administrative Director | I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0.00 | $125.00 | $0.00 |
| | | Gasoline, Tolls and Toyota Highlander (Office Car) Repair Quotation Expense (Manuel Arroyo Reimbursement ) | | | $156.00 |
| | | Total amount of this invoice | | | $12,420.05 |

INVOICE NUMBER: 89

| MESSAGE |
|---|
| Javier B Gonzalez, August 31, 2022 |

# Transaction Details
Card Ending - 11003

**Merchandise & Supplies - Mail Order**

# ADOBE WEBSALES 800-833-6687

# $33.98

Aug 16, 2022

On your statement as ADOBE ACROPRO SUBS ASAN JOSE CA

---

**$0.34 Reward Dollars**



## Transaction Details

ADOBE WEBSALES 800-833-6687

801 N 34TH ST
SEATTLE
WA
98103
UNITED STATES

   **(800) 833-6687**

   **https://www.adobe.com/in/about-adobe/co...**

Doing Business As   ADOBE WEBSALES 8...

# Office DEPOT
# OfficeMax

SAN JUAN - (787) 294-0300
06/07/2022    2:07 PM



VPVT535P54Q4BE8MR

SALE          6667-4-2847-1026593-22.5 2
1375138  Ballot Box                49.49 SS
444666   BOX,CORRGTED,9
  10 @ 3.09                        30.90
       You Pay              30.90 SS
568748   Tape,HD,Ship,D
  2 @ 9.89                         19.78
Instant Savings                    -5.94
       You Pay              13.84 SS
       Subtotal:                   94.23
Sales and Use Tax  10.84
       Total:                     105.07
       Amex 1003:                 105.07

AUTH CODE 868756
TDS Chip Read
AID A00000002501080I AMERICAN EXPRESS
TVR 0000008000
CVS No Signature Required

---

CONTROL:           QJ35G-CKHFH
OD
JAVIER GONZALEZ 56*****088



**ATH**
A TODA HORA

THE X SHOP LLC
CALLE PARIS FINAL 249
SAN JUAN

DATE          TIME                      HOST
Aug 11.22     15:03:31                  ATH
BATCH         TERMINAL ID               MERCHANT ID
000004        8174V240                  8174E07143983

SALE

DEBIT         *************1902 (S)

AUTH. CODE: 596920        INVOICE: 000021
                          TRACE   :000024

AMOUNT:            $              35.00
STATE TAX:         $               0.00
REDUCED STATE TAX: $               0.00
MUNICIPAL TAX:     $               0.00
TOTAL    :         $              35.00

CONTROL:  0Q9G5-SD942
ET

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

CUSTOMER COPY





```
SUPER 7 PDA 18
1256 AVE FERNANDEZ JUNCOS
SAN JUAN
DATE            TIME              HOST
Aug 22,22      06:54:52            ATH
BATCH       TERMINAL ID      MERCHANT ID
000261       30V40573       4549106792252

              SALE

DEBIT        ************0804 (S)

AUTH. CODE: 909869     INVOICE: 029342
                       TRACE  :035141

TOTAL  :  $              40.00
```

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS AND/OR SERVICE IN THE AMOUNT OF THE TOTAL SHOWN HEREON AND AGREES TO PERFORM THE OBLIGATIONS SET FORTH IN THE CARDHOLDER'S AGREEMENT WITH THE ISSUER

# Puma 210 Super 7

PDA 18
San Juan,PR
7877535390

Fecha: 8/22/2022 6:54 AM
Cajero: MARINES
No. de Turno. 2193
No. Transacción. 455108
Cantidad de Prepago $40.00

| | |
|---|---|
| Sub Total: | $40.00 |
| Estatal: | $0.00 |
| Municipal: | $0.00 |
| Total: | $40.00 |
| Debit: | $40.00 |

Thank you for your business!

```
         TO GO STORES
         AVE.BARBOSA
        787-798-6434 EXT
            Toral 54
           San Juan PR

       ***PREPAID RECEIPT***

Description              Qty        Amount


PREPAY CA #13                        60.00
TO GO PURE WATER          1           1.00

                         Subtotal    61.00
            TOTAL                    61.00
                         ATH  $      61.00


ST#00054     TILL XXXX DR#1 TRAN#1024269
CSH: 12                08/23/22 16:16:26
```



Recibo de Pago

www.autoexpreso.com
1-888-688-1010
Plaza Caguas Norte
Carril 12
08/22/2022 12:56:08

Numero de Cuenta: 5738371
Cantidad de Pago: $20.00
Metodo de Pago:

Debit 1902

PM: debit
EM: Swipe
AC: 001164

Balance: $12.40

\*\*\* Descarga nuestra app
"AutoExpreso Movil"
para consultar balance, recargar,
recibir notificaciones y otros
servicios. También puedes acceder a
www.autoexpreso.com \*\*\*