

# Invoice

**Altai Atlantic Consulting LLC**
828 Snowden Hallowell Way, Alexandria VA 22314

**Date:** 08/31/22
**Invoice #:** 01-032

**To:** Office of the Federal Police Monitor of Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
Tel. 787-417-9098

| Fee Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|
| **Total Fees Payable For Services Rendered by Dr. David Levy** | 40.5 | 160 | **$6,480.00** |

## Work Performed in the Continental United States

| Date | Activity Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 8/1/22 | Communication re: CMR-7 sources and timeline. | 1.0 | 160 | $160.00 |
| 8/2/22 | Work on providing updated list of data request items for translation. | 2.5 | 160 | $400.00 |
| 8/3/22 | Communications and review of Master Data Request for translation update | 2.5 | 160 | $400.00 |
| 8/4/22 | Coordination re: CMR-7 data & templates for UOF, searches & CBP | 3.0 | 160 | $480.00 |
| 8/7/22 | Review of training data requests | 1.0 | 160 | $160.00 |
| 8/8/22 | Work on providing updated list of data request items for translation. | 2.0 | 160 | $320.00 |
| 8/8/22 | Monthly call with Monitor Ruiz | 1.0 | 160 | $160.00 |
| 8/9/22 | Email/task backlog | 2.0 | 160 | $320.00 |
| 8/10/22 | Email/task backlog | 3.0 | 160 | $480.00 |
| 8/11/22 | Communications and review of CMR-7 Data Requests for SARP investigatio | 2.5 | 160 | $400.00 |
| 8/13/22 | Data source translation and worksheets | 1.0 | 160 | $160.00 |
| 8/15/22 | Communication re: UOF data and IT methodology | 0.5 | 160 | $80.00 |
| 8/16/22 | Communication re: community engagement data | 1.0 | 160 | $160.00 |
| 8/17/22 | Monthly call with Monitor Gosselin and communication re: worksheets | 2.0 | 160 | $320.00 |
| 8/24/22 | Worksheets for Monitors Serrano and Youngs | 5.0 | 160 | $800.00 |
| 8/27/22 | CMR-7 3rd data request | 4.0 | 160 | $640.00 |
| 8/29/22 | Biweekly team call and misc. communication | 1.5 | 160 | $240.00 |
| 8/29/22 | CMR-7 3rd data request | 2.0 | 160 | $320.00 |
| 8/30/22 | CMR-7 3rd data request | 2.5 | 160 | $400.00 |
| 8/31/22 | CMR-7 3rd data request | 0.5 | 160 | $80.00 |

| | | | |
|---|---|---|---|
| | | 160 | $0.00 |
| | | 160 | $0.00 |
| | | 160 | $0.00 |
| | | 160 | $0.00 |
| | | 160 | $0.00 |
| | | 160 | $0.00 |
| Total | | 40.5 | $6,480.00 |

**Total Fee Payable**   **$6,480.00**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

*[signature]*

**Dr. David Levy**

08/31/22

**Date**