# VIOTA & ASSOCIATES CPA LLC

B5 CALLE TABONUCO, SUITE 216
PMB 292
GUAYNABO, PR 00968-3029

## Invoice

INVOICE NUMBER: 20200985
DATE: AUGUST 31, 2022

PUERTO RICO POLICE REFORM

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: CONSULTING FEES | | | |
| AUG-04-22 | CONSULTING FEES | -ACH transactions 1 of 2<br>-Check payment to Luis Hidalgo<br>-Orden checks online - Harland checks | 1.50 | $125.00 | $187.50 |
| AUG-08-22 | CONSULTING FEES | -ACH Transactions 2 of 3 | 0.50 | $125.00 | $62.50 |
| AUG-09-22 | CONSULTING FEES | -ACH Transactions 3 of 3<br>-Deposit PS withholding<br>-Send Non For Profit Certification to San Juan Municipality for VOB Exemption Purposes | 0.50 | $125.00 | $62.50 |
| AUG-10-22 | CONSULTING FEES | -Review July Invoices, prepare worksheet & calculate withholdings | 2.00 | $125.00 | $250.00 |
| AUG-15-22 | CONSULTING FEES | Enter June bills and post ACH payments in Sage | 3.00 | $125.00 | $375.00 |
| AUG-26-22 | CONSULTING FEES | -Deposit at First Bank | 1.00 | $125.00 | $125.00 |
| AUG-29-22 | CONSULTING FEES | -ACH Transactions July Services (1 of 2) | 0.75 | $125.00 | $93.75 |
| AUG-30-22 | CONSULTING FEES | -ACH Transactions 2 of 2<br>-Professional Services Withholding payment | 0.75 | $125.00 | $93.75 |
| | | TOTAL: CONSULTING FEES | | | $1,250.00 |
| | | Total hours for this invoice | 10.00 | | |
| | | Total before tax | | | $1,250.00 |
| | | PR SALES TAX (IVU) | | | $0.00 |
| | | Total amount of this invoice | | | $1,250.00 |

MESSAGE

6% Withholding on Profesional Services (Waiver Certificate Available Upon Request)