**Al Youngs**
**5552 West Lakeridge Road**
**Lakewood, CO 80227**

August 1 – August 31 2022
Invoice No. 38
Member of Federal Monitor Team

| Date | Brief Description | Total Hours |
|---|---|---|
| | Reviewed and responded to emails and conference calls for the month of Augusr | |
| 08/01 08/02 08/04 08/05 08/08 08/10 08/27 08/29 08/30 | From Members of the Monitor Team. | 5.0 Hours |
| 08/06 08/09 08/16 08/17 08/18 08/27 08/31 | Several meetings and phone calls with Monitor and Deputy Monitor. | 3.0 Hours |
| | During site visit to Puerto Rico: | |
| 08/21 | Preparation for Supervision Management and Recruitment interviews and planned meetings | |
| 08/22 | Attend operational system demo of Supervision Module and No Punitive Fouls Module | |
| 08/22 | Attend meeting with Reform Unit | |
| 08/22 | Attend meeting with acting Director Recruitment, Brian Dees and Dr. Cubano, Staff Psychologist PRPB. | |
| 08/23 | Status Conference. | |
| 08/24 | Field visit to Guyama reference Supervisory Ratios and Field Administrative Investigations and Supervision | |

| Date | Description | Hours |
|---|---|---|
| 08/25 | Meeting with Lt. Santiago (SARP), Captain Figueroa reference inspection audits process and procedures | |
| 08/25 | Interviews of a random sample of commanders, supervisors and officers to determine whether there is close and effective supervision. Interviewees were also asked questions about their use of EIS and other supervisory tools, supervisory ratios, performance evaluations and training received (Paragraphs 145 and 146). | 32.0 Hours |
| 08/12 | Reviewed draft of career developmental program, request for information and transition process of the Promotion Board. | 3.0 Hours |
| 08/13 | Reviewed Supervisor training records, performance evaluations, disciplinary records, and any SARP investigations. | 3.0 Hours |
| 08/15 | Reviewed Inspection Division Manual and reviewed completed Inspections for future meeting with SARP in 2022 in preparation of receiving Annual Inspection Report. | 3.0 Hours |
| 08/17 | Reviewed Interboro Recruitment documents for examiners and steps to complete recruitment, recruitment brochure and strategic plan. | 2.0 Hours |
| 08/19 | Additional review of personnel evaluations completed by Supervisors of their subordinates, review pro media materials. | 3.0 Hours |
| 08/20 | Reviewed Paragraph 13, 2018 staffing plan emphasis on Patrol Operations | 2.0 Hours |
| 08/29 | Reviewed Professionalism Paragraphs | 2.0 Hours |
| 08/31 | Reviewed PRPB job descriptions | 2.0 Hours |

**TOTAL HOURS: 60**

Billable Hours:   60 Hours at a Rate of $165.00 Per Hour = $9,900.00

**Total:**      $9,900.00

**TOTAL WAGES AND EXPENSE REIMBURSEMENT**      $11,599.50

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_Alan C. Young_
Signature                                                08/31/2022



# Office of the Technical Compliance Advisor Travel Reimbursement Form

Enter all required information below to obtain travel reimbursement. If spending did not occur in a category, please enter zeros. Zeros will likely need to be entered for one or more of the ground transportation options. The "Total" column of the table will update based on the information entered into the "Unit Cost" and "Units" columns. To update the "Total" column, click CTRL+A and then F9. Receipts for airfare, lodging, ground transportation, and PCR testing must be submitted with this form. Submit the Travel Reimbursement Form and accompanying receipts to Javier Gonzalez (Javier.benito@me.com) with the Chief Monitor (jrrjjr.romero@gmail.com) and/or his designee copied along with your monthly invoice.

**Traveler Name:** Alan C. You

**Travel Start Date 08/21/2022  Travel End Date: 08/25/2022**

**Purpose of Travel:** Puerto Rico

| Travel Reimbursement | | | |
|---|---|---|---|
| | Unit Cost | Units | Total |
| Airfare | $310.00 | 1 | $310.00 |
| Airfare | $228.60 | 1 | $228.60 |
| | | | |
| Baggage | | | |
| Ground Transportation (Uber/Lyft/Taxi) | $77.00 | 1 | $77.00 |
| Ground Transportation (Parking) | $0.00 | 0 | $0.00 |
| Ground Transportation (Mileage) | $0.00 | 0 | $0.00 |
| Lodging | $141.60 | 4 | $566.40 |
| Per Diem (Travel Days) | $86.25 | 2 | $172.50 |
| Per Diem (Full Days) | $115.00 | 3 | $345.00 |
| PCR Testing | $ 0.00 | 0 | $ 0.00 |
| Total | | | $1699.50 |

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

Page **1** of 1



Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Alan Youngs
5552 W Lakeridge Rd
Lakewood CO 80227
United States

Room: 0907
Room Type: EKNG
No. of Guests: 1
Rate: $ 120.00   Clerk: 8

Marriott Rewards #   119330892

CRS Number  97934376

Name:

Arrive:  08-21-22      Time: *12:50 AM      Depart: 08-25-22      Folio Number: 700386

| Date | Description | Charges | Credits |
|---|---|---|---|
| 08-21-22 | Package | 120.00 | |
| 08-21-22 | Government Tax | 10.80 | |
| 08-21-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 08-22-22 | Comedor - Guest Charge | 3.00 | |
| 08-22-22 | Package | 120.00 | |
| 08-22-22 | Government Tax | 10.80 | |
| 08-22-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 08-23-22 | The Market - Beverage | 2.02 | |
| 08-23-22 | SALES TAX- 10.5% State | 0.21 | |
| 08-23-22 | SALES TAX- 1% Municipality | 0.02 | |
| 08-23-22 | Package | 120.00 | |
| 08-23-22 | Government Tax | 10.80 | |
| 08-23-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 08-24-22 | COMEDOR- Guest Charge (Dinner) | 58.96 | |
| 08-24-22 | Package | 120.00 | |
| 08-24-22 | Government Tax | 10.80 | |
| 08-24-22 | Hotel Fee 9% of Daily Rate | 10.80 | |

**COURTYARD Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Alan Youngs
5552 W Lakeridge Rd
Lakewood CO 80227
United States

Room: 0907
Room Type: EKNG
No. of Guests: 1
Rate: $ 120.00   Clerk: 8

Marriott Rewards #   119330892

CRS Number  97934376

Name:

Arrive:  08-21-22          Time:  *12:50 AM          Depart:  08-25-22          Folio Number:  700386

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
|      | Balance     |         | 630.61 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

# Southwest

## Hi, Alan!
Rapid Rewards #207895671 | A-List through 12/31/23
Rapid Rewards Member since 2006   Profile Details >

**POINTS AVAILABLE**
**8,610**
View Details >

Feedback

# Past flight details

The receipt information below does not include any add ons during purchase, flight changes, flight cancellations, or in-flight purchases.

**AUG 21 - 25**                                                                                    **Confirmation #3ZZNTK**

 **San Juan, PR**

Denver, CO to San Juan, PR

## Summary

| PASSENGER | POINTS EARNED | FARE TOTAL |
|---|---|---|
| **Alan Youngs** | +3,525 PTS | $538.60 |

## Pricing details

| ROUTING | DATE | FARE TYPE | POINTS EARNED | FARE |
|---|---|---|---|---|
| | | | Taxes & fees | $68.60 |

| ROUTING | DATE | FARE TYPE | POINTS EARNED | FARE |
|---|---|---|---|---|
| **DEN to SJU** | 8/21/22 | **Wanna Get Away** | +2,325 PTS | $310.00 |
| **SJU to DEN** | 8/25/22 | **Wanna Get Away** | +1,200 PTS | $160.00 |
|  |  |  | Taxes & fees | $68.60 |
|  |  |  | Total | **$538.60** |
|  |  |  | Total points earned | **+3,525** PTS |

Feedback

V Taxi 306



Let V Taxi 306 know how your experience was

$77.00

Custom Amount × 1 $77.00

Total $77.00

V Taxi 306

Cash

Aug 26 2022 at 12:54 AM
#lULz



Receipt Settings

Manage preferences

© 2022 Block, Inc. Privacy Policy

1455 Market Street, Suite 600
San Francisco, CA 94103