| Invoice: Rita J. Watkins    Date: August 31, 2022 | | | | |
|---|---|---|---|---|
| Task Performed | US Hours | Dates | PR Hours | Billable Amount |
| On-Site Puerto Rico Labor Hours | | | | $0.00 |
| Communications & Coordination - telcons and emails to/from Monitors, PRPB, USDOJ, Special Master; policies, SOP's; logistics; scheduling, on-site planning & coordination of interviews, material review coordination | 5 | 08/1,4,5,8,9,10,11,14,15,16,17,18,20,22,25,26,27,29,30,31 | | $800.00 |
| Teleconference Meetings: Monitor Team, Deputy Monitor | 4.5 | 8/1,8,29 | | $720.00 |
| Policy & Protocol Review GO644,627,100.118,804,635,645/Harrassment Workplace Manual | 18 | 8/3,4,10,11,14,28 | | $2,880.00 |
| Report writing - research related articles Domestic Violence, SAEA training; data document analysis, and CMR-7 writing on training, equal protection and non-discrimination | 9 | 08/23,26,30,31 | | $1,440.00 |
| CMR-7 data request review, training course identification in CMR-7, Data Box set review, Sexual assault investigator Interviews | 16 | 8/22,23,24,25 | | $2,560.00 |
| Curriculum review REA114/Review of ID and Investigation of Hate Crimes Manual | 8.5 | 8/15,17,20 | | $1,360.00 |
| | | | | $0.00 |
| | | | | |
| Net Hours @ $160/hr. | 61.00 | | 0.00 | $9,760.00 |
| Total Expenses (Air, Hotel, MIE; Meals, Parking, POV miles) | | | | |
| **Allowable Fee** | | | | **$9,760.00** |
| I hereby certify that the amount billed in this invoice is true and correct and | | | | |
| reponds to the number of hours worked in my capacity as an assistant to | | | | |
| the Federal Monitor. I further certify that I have not received any income, | | | | |
| compensation, or payment for services rendered under a regular | | | | |
| employment or contractual relationship with the Commonwealth of | | | | |
| Puerto Rico, or any of its departments, municipalities, or agencies. | | | | |
| *Rita J Watkins*          08/31/22 | | | | |