# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@outlook.com | 550 Amsonia Circle Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2022-08
**DATE:** August 31, 2022

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 8/01/2022 | 4.5 hour of policy review, team meeting, and CMR templates | 4.5 | $100.00 | $450.00 |
| 8/02/2022 | 2.0 hours of travel planning and CMR templates | 2.0 | $100.00 | $200.00 |
| 8/04/2022 | 2.0 hours of call with Denise and training compliance | 2.0 | $100.00 | $200.00 |
| 8/05/2022 | 1.0 hour of table development and policy review | 1.0 | $100.00 | $100.00 |
| 8/06/2022 | 1.0 hour of table development and policy review | 1.0 | $100.00 | $100.00 |

**AMOUNT DUE**   SEE FIFTH PAGE

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@outlook.com | 550 Amsonia Circle
Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2022-08
**DATE:** August 31, 2022

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 8/08/2022 | 2.0 hours of call with Rafa and policy review | 2.0 | $100.00 | $200.00 |
| 8/10/2022 | 1.0 hour of policy review facilitation | 1.0 | $100.00 | $100.00 |
| 8/11/2022 | 1.5 hours of policy and training reviews and travel planning | 1.5 | $100.00 | $150.00 |
| 8/12/2022 | 1.0 hour of policy review and travel planning | 1.0 | $100.00 | $100.00 |
| 8/14/2022 | 3.0 hours of CMR-7 review, and policy review | 3.0 | $100.00 | $300.00 |

**AMOUNT DUE**   SEE FIFTH PAGE

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@outlook.com | 550 Amsonia Circle
Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2022-08
**DATE:** August 31, 2022

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 8/15/2022 | 1.5 hours of call with John and policy review | 1.5 | $100.00 | $150.00 |
| 8/16/2022 | 2.5 hours of policy review facilitation and call Merangelie call | 2.5 | $100.00 | $250.00 |
| 8/17/2022 | 2.5 hours of team calls with Donnie, David, and Denise | 2.5 | $100.00 | $250.00 |
| 8/18/2022 | 1.5 hours of policy review and team meetings | 1.5 | $100.00 | $150.00 |
| 8/19/2022 | 2.0 hours of CMR-7 review, and policy review facilitation | 2.0 | $100.00 | $200.00 |

**AMOUNT DUE**  **SEE FIFTH PAGE**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@outlook.com | 550 Amsonia Circle
Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2022-08
**DATE:** August 31, 2022

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 8/20/2022 | 1.0 hour of training compliance review | 1.0 | $100.00 | $100.00 |
| 8/21/2022 | 1.5 hours of policy review facilitation and training compliance | 1.5 | $100.00 | $150.00 |
| 8/22/2022 | 2.5 hours of IT demos and policy review facilitation | 2.5 | $100.00 | $250.00 |
| 8/23/2022 | 1.5 hours of travel planning | 1.5 | $100.00 | $150.00 |
| 8/24/2022 | 1.0 hour of policy review facilitation and travel planning | 1.0 | $100.00 | $100.00 |

**AMOUNT DUE**   **SEE FIFTH PAGE**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@outlook.com | 550 Amsonia Circle Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2022-08
**DATE:** August 31, 2022

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 8/26/2022 | 1.0 hour of memo and development travel planning | 1.0 | $100.00 | $100.00 |
| 8/30/2022 | 2.5 hours of travel planning and policy review facilitation | 2.5 | $100.00 | $250.00 |

**AMOUNT DUE**     $4,000.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.