**Office of the FPMPR LLC**
**VIG Tower, PH – 924**
**1225 Ave. Juan Ponce de Leon**
**San Juan, PR 00907**

**Name:** Claudia Cámara-León **Supervisor:** Javier Gonzales, Esq.

## Work Timesheet (August 2022)

| Date | Task | Total Hours |
|---|---|---|
| **August 1, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. Worked on newsletter. | 7.0 |
| **August 2, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. Worked on policies and newsletter. | 7.0 |
| **August 3, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. Worked on policies and newsletter. | 7.0 |
| **August 4, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. Published newsletter. | 7.0 |
| **August 5, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. Worked on policies. | 7.0 |
| **August 8, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. Worked on policies. | 7.0 |
| **August 9, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. Worked on policies. | 7.0 |
| **August 10, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |

| Date | Task | Total Hours |
|---|---|---:|
| **August 11, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| **August 12, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| **August 15, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| **August 16, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 4.0 |
| **August 18, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. Worked on policies. | 4.0 |
| **August 19, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| **August 23, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 4.0 |
| **August 25, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. Helped team in office. | 4.0 |
| **August 26, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| **August 30, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 4.0 |

**Total, 111 hours for $20 = $2,220**

I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Signature,
Claudia S. Cámara León

_____