# Manuel A. Arroyo Rivera

P.o Box 8925 Santurce Puerto Rico 00910     Cel 787-364-8925

Email marroyorivera20@gmail.com

Invoice  Month August 2022                                                                                 Invoice #023

Federal Police Monitor   San Juan, PR

| Date | description | Hour | Rate | Amount |
|---|---|---|---|---|
| August 21  2022 | pick up the monitor and staff from the office at the airport and take them to the hotel | 14 | $20 | $280.00 |
| August 22  2022 | pick up the monitor and take it to different meetings of the day | 12 | $20 | $240.00 |
| August 23  2022 | pick up the monitor and take it to different meetings of the day | 12 | $20 | $240.00 |
| August 24  2022 | pick up the monitor and take it to different meetings of the day | 10 | $20 | $200.00 |
| August 25 2022 | pick up the monitor and take it to different meetings of the day | 10 | $20 | $200.00 |
| August 26 2022 | pick up the monitor at the hotel and take him to the airport | 1 | $20 | $20.00 |
|  |  | 59 | $20 | $1,180.00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |