Hipolito Castro Jr
64 Mustang Drive
Monroe, CT 06468

INVOICE #PR008-2022
DATE: August 31, 2022

**Dates of service: August 1 – August 31, 2022**                **TOTAL $8,100.00**

**The following is a detailed statement of the hours worked:**

-FPM Team meetings Zoom 08/1, 8/15, 8/29.   **4 hrs.**

-Zoom meetings with Monitor's deputy 08/01, 8/15, 8/29.  **1 hr.**

-Calls, emails and Zoom with team members. 8/01 to 8/31.  **3 hrs.**

-Working on CMR-7.

August 3,   **4 hrs**

August 4,   **4 hrs**

August 5,   **4 hrs**

August 8,   **4 hrs**

August 9,   **4 hrs**

August 10, **4 hrs**

August 11, **4 hrs**

August 12, **4 hrs**

August 15, **3 hrs**

August 29, **3 hrs**

August 30, **3 hrs**

August 31, **5 hrs**

**Billable Hours:** 54 HOURS, at rate of $150 per hour = **$8,100.00**

I hereby certify that the amount billed in this invoice is true and correct and corresponds to the number of hours worked in my capacity as support staff to the Federal Monitor's Office. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Hipolito Castro Jr                                              Date: August 31, 2022