```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants**. | **Civil No.** 12-2039 (FAB) |

### ORDER APPOINTING CHRISTOPHER GRAHAM AS AUDITOR

The Special Master, in response to the Court's order (see Order at Docket No. 2154), recommended that Christopher Graham, CPA, CFE, be retained to conduct a thorough audit of the 109 expenditures previously identified as questionable in the Office of the Special Master (OSM) review of the Police Reform budgets for Fiscal Years 2019, 2020 and 2021 (see motion at Docket No. 2158.)  The Commonwealth and United States have concurred with the recommendation of the Special Master.

Accordingly, it is ORDERED:

Christopher Graham, CPA, CFE, is appointed as an auditor effective October 1, 2022, and shall audit the 109 expenditures previously identified as questionable and report his findings directly to the Court in coordination with the OSM.  Mr. Graham's professional fee will be $150.00/hour (see Docket No. 2164) which will be paid out of the existing OSM budget.

Civil No. 12-2039 (FAB)                                                     2

**IT IS SO ORDERED.**

San Juan, Puerto Rico, September 20, 2022.

                                            s/ Francisco A. Besosa
                                            FRANCISCO A. BESOSA
                                            SENIOR UNITED STATES DISTRICT JUDGE