IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO, et al.,**<br><br>Defendants. | **CIVIL NO.:  12-cv-02039** |

## MOTION IN COMPLIANCE WITH ORDER SUBMITTING AMENDED PROVISIONAL USE OF FORCE DATA PLAN

**MAY IT PLEASE THE COURT:**

**COME NOW**, Codefendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau ("PRPB"), through the undersigned attorneys, and very respectfully state and pray:

1. During the August 23, 2022 status conference, this Honorable Court ordered the Commonwealth to submit within thirty (30) days an amended use of force data plan.

2. This Honorable Court will recall that the original use of force plan was submitted on April 13, 2022 at ECF No. 1997, as a provisional plan as agreed by the parties and thereafter validated by the Court.

3. In compliance with the Order of the Court, the Commonwealth herein submits as Exhibit 1 an amended provisional use of force data plan.

4. The Commonwealth respectfully informs the Court that the plan remains a provisional plan since it is apparent that the current data validation process may not be necessary

once IT and supervision deficiencies are remedied. PRPB's IT and supervision needs, as the Court is aware, are in the process or being aggressively addressed through implementation plans approved by the Court.

5. Lastly, the Commonwealth respectfully also informs that the parties had the opportunity to meet several times to discuss their recommendations and comments regarding the evolvement of the original provisional plan into this amended provisional plan.

**WHEREFORE,** Defendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau, respectfully request this Honorable Court to take notice of the above and deem its Order issued during the August 23rd status conference regarding the amended provisional use of force data plan as complied with.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

In San Juan, Puerto Rico, this 22nd day of September 2022.

For Defendants COMMONWEALTH OF PUERTO RICO and PUERTO RICO POLICE BUREAU:

**CANCIO, NADAL & RIVERA, L.L.C.**
P.O. Box 364966
San Juan, Puerto Rico 00936-4966
403 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Tel. (787) 767-9625

Motion in Compliance with Order
Civil No. 12-02039
Page 3 of 3

**S/ RAFAEL BARRETO-SOLÁ**
USDC PR: 211801
rbarreto@cnr.law


**S/ GABRIEL A. PEÑAGARÍCANO**
USDC PR: 212911
gpenagaricano@me.com