

ALEXIS TORRES
SECRETARIO

ANTONIO LÓPEZ FIGUEROA
COMISIONADO

# ACTUALIZACIÓN PLAN DE TRABAJO PROVISIONAL CALIDAD DE DATOS INFORME DE USO DE FUERZA

**SEPTIEMBRE 2022**

**Tabla de Contenido**

I. Introducción ............................................................................................................. 1
II. Implementación Plan de Trabajo de Validación Provisional .................................. 3
 **A. Fase I Fechas del 31 mayo al 31 de julio del Plan  Cumplidos** ....................... 3
III. Lecciones Aprendidas Que se Incorporan en el Plan Provisional ........................ 9
A. Reuniones Mensuales ............................................................................................ 9
B. Directriz Instrucciones PPR-126.2 ....................................................................... 10
IV. Actividades ......................................................................................................... 10
V. Utilización Dashboard Cumplimiento Reforma ..................................................... 11
VI. Actualización Plan Provisional Uso de Fuerza .................................................... 11

**I. Introducción**

El Acuerdo para la Reforma Sostenible de la Policía de Puerto Rico dispone que el Negociado de la Policía de Puerto Rico (en adelante, NPPR), tendrá que mantener un sistema de rastreo confiable y preciso de uso de fuerza por parte de todos los Miembros del NPPR, conforme a los párrafos 41 y 218 al 221. Como parte del cumplimiento con este Acuerdo, el NPPR desarrollo un módulo provisional en el Centro de Operaciones de Radio Control hasta tanto se desarrollará un sistema.

La Oficina del Monitor ha señalado en los informes semestrales ciertas incongruencias relacionadas con la cantidad de incidentes de uso de fuerza. Existe una preocupación con referente al manejo de uso de fuerza que se está reportando desde el campo. Es preciso señalar que como parte del proceso de evaluación para identificar las fallas en la calidad de los datos se detectaron los siguientes hallazgos:

**A.** La Superintendencia Auxiliar en Operaciones de Campo y la División de Investigación de Incidentes de Uso de Fuerza tenían su propia estadística de uso de fuerza independiente de la estadística oficial que se tenía que extraer del módulo de uso de fuerza que operaba en Radio Control.

**B.** El personal asignado a ingresar la data en el módulo de uso de fuerza operaba en el Cuartel General, sin embargo, la información era suministrada mediante llamada telefónica a través de los trece (13) Centros de Mando ubicados en la Comandancias de Áreas, quienes a su vez recopilaban la data de los Distritos y Precintos.

**C.** Falta de supervisión en el número de supervisores en el campo para asegurar que los PPR-s requeridos sean completados de forma completa y oportuna.

**D.** Necesidad de actualizar los sistemas de información para recolectar, analizar, e informar datos confiables sobre el uso de fuerza de forma efectiva y eficiente.

**E.** Necesidad de actualizar los procesos para informar todo incidente donde una persona o vehículo sea detenido y no sea libre de irse, independientemente de cómo culmine la detención (ej: arresto, citación, advertencia) e incluyendo el desarrollo de políticas, adiestramiento, y planes de supervisión.

**F.** Falta de equipo para implementar los sistemas de información y proveer las herramientas necesarias a los Miembros del NPPR para informar los incidentes y

usos de fuerza de manera efectiva y eficiente.

G. Necesidad de implementar un método de control de calidad de datos para validar y certificar los datos sobre el uso de fuerza.

H. Necesidad de adiestrar formalmente a los Miembros del NPPR en los sistemas de información, en la Academia de la Policía.

I. Necesidad de asegurar que todos los usos de fuerza relacionados a un incidente sean recolectados y rastreados con un número de control único, incluyendo cuando la fuerza sea aplicada por más de una unidad del NPPR.

Como consecuencia de los hallazgos preliminares de la Oficina del Monitor se revisó el PPR-126.2, titulado: "Tarjeta de Querella" (PPR-126.2) para establecer los elementos de datos con el propósito de recopilar la cantidad correcta de incidentes de uso de fuerza. Una vez aprobado el PPR- se inició la programación en los Sistema de Información. Cabe señalar, que en mayo del 2021 se comenzó su implementación en las trece (13) áreas policiacas y esta culminó en agosto de 2021. Asimismo, se desarrolló un panel grafico (Dashboard) estadístico donde se puede visualizar los incidentes de uso de fuerza según se ingresan al PPR- controlado PPR-126.2.

Conforme lo solicitó la Oficina del Monitor los supervisores en los Precintos, Distritos y Unidades, los directores y los supervisores de los Centros de Mando tendrán la responsabilidad de evaluar la calidad de los datos a través de los trece (13) Centros de Mando. En la vista de estatus del caso de Reforma celebrada el 14 de enero de 2022, el Monitor Federal informo que las discrepancias en los datos sobre el uso de fuerza continuaban en su Quinto Informe sometido el 20 de diciembre del 2021. Como consecuencia, el honorable Juez Francisco Besosa ordenó al NPPR desarrollar un plan de trabajo para atender las preocupaciones relacionadas con la calidad de los datos recopilados sobre los incidentes de uso de fuerza. Por lo antes esbozado, se establece este plan provisional de trabajo con medidas para validar la data sobre los usos de fuerza a corto y mediano plazo. En particular, este plan provisional atiende los señalamientos relacionados a los temas A, B, y I, anteriormente mencionados. El tema C relacionado a la falta de supervisión será atendido a largo plazo conforme al plan de implementación de supervisión. Véase *Minutes of Proceedings* ¶ 4, Dkt. 1945

(Jan. 14, 2022). Los temas D, E, F, G, y H serán atendidos a largo plazo conforme al *Joint Stipulation for an Information Systems and Technology Needs Assessment, and Action Plan*, Dkt. 1961 (Feb. 28, 2022).

## II. Implementación Plan de Trabajo de Validación Provisional

### A. Fase I Fechas del 31 mayo al 31 de julio del Plan Cumplidos

1. Se desarrollo informes de conciliación entre los formularios PPR-126.2 y PPR-605.1 para identificar cualquier discrepancia en los informes de fuerza y desarrollar un proceso para rectificar dichas discrepancias.
   Este objetivo se logró en junio 2022.

2. Se desarrollo un Dashboard de Estadísticas de Uso de Fuerza basado en el base de datos de FIU en lugar del PPR-126.2.
   Este objetivo se logró en junio 2022.

3. Para recopilar y validar estadísticas de uso de fuerza confiables y precisas, el NPPR tomará las siguientes acciones:

    a. Dentro de 10 días laborables a partir de la aprobación de este Plan, el NPPR emitirá una directriz recordando a todo personal sobre la importancia de completar dentro de los tiempos establecidos todos los informes requeridos por las Ordenes Generales 601 y 605, incluyendo los formularios PPR-126.2 y el PPR-621.1, sobre el uso de fuerza. Además, incluir como nota importante la sección B (inciso 4, pág. 17 de la OG 605) en la cual indica lo siguiente:

    > "Cualquier acto u omisión que viole las disposiciones de esta Orden General, será referido e investigado por la SARP, a tenor con las normas aplicables. Aquel MNPPR que incumpla con cualquier disposición de esta Orden General estará sujeto a sanciones disciplinarias, posibles cargos criminales y/o acciones civiles, según corresponda."

    El 31 de mayo de 2022 se publicó por ipolicia@policia.pr.gov la directriz OC-4-OR-1-293 cumpliendo con esta disposición del plan.

    b. Dentro de 10 días laborables a partir de la aprobación de este Plan, el NPPR

emitirá una directriz requiriendo que los Directores de Centro de Mando, a través de sus supervisores de cada turno y los supervisores de cada turno adscritos a los distritos o precintos de su área policiaca, se aseguren que diariamente y en cada turno de trabajo, se realicen en los formularios PPR-126.2, el PPR-621.1, y los informes de uso de fuerza (PPR-605.1), así como que los mismos sean completados a través del Sistema GTE.

El 31 de mayo de 2022 se publicó por ipolicia@policia.pr.gov la directriz OC-4-OR-1-294 cumpliendo con esta disposición del plan.

4. El Comisionado Auxiliar de la SAOC, designó a la agente Karen L. Torres Dávila, gerente de proyecto. Esta persona se asegurará que los procesos de validación y seguimiento se lleven a cabo.

5. La base de datos de la FIU, se estableció como el sistema fuente para el registro de las estadísticas de uso de fuerza, ya que este incluye una revisión del FIU, y un informe estadístico más preciso.

6. El NPPR identificó y corrigió la calidad de los datos recopilados en los incidentes de uso de fuerza por parte de los Miembros del Negociado de la Policía de Puerto Rico desde el 1 de abril al presente.

7. El NPPR se aseguró que todos los usos de fuerza relacionados a un incidente sean recolectados y rastreados utilizando un número de querella único por cada incidente de uso de fuerza incluyendo a las unidades especializadas para así poder proveer números precisos del uso de fuerza.

8. Dentro de 10 días laborables a partir de la aprobación de este Plan, el NPPR emitió una directriz responsabilizando a la Sección de Estadísticas Operacionales de la SAOC, para monitorear a los Centros de Mando que, en conjunto con los supervisores en el campo, se asegurarán que los formularios PPR-126.2 y PPR-605.1 sean conciliados en cuanto a la información relacionada a Incidentes de Uso de Fuerza. Para cumplir con este requerimiento, al personal de dicha sección

se le brindó acceso al Dashboard de uso de fuerza (PPR-126.2), al Sistema GTE, de esta forma puedan tener acceso y examinar todos los informes de todas las áreas policiacas.

9. Para asegurar que todos los usos de fuerza relacionados a un incidente sean recolectados y rastreados usando un número de querella único, el NPPR implementó las siguientes acciones dentro de los próximos sesenta (60) días de aprobado este plan:

    a. Coordinará y realizará una reunión con las unidades de trabajo especializadas, entiéndase el Negociado de Drogas, SWAT, DOT, CIT, para establecer y aclarar los procesos de notificación de incidentes de uso de fuerza, con el propósito de asegurarse que sólo se utilice un número de querella.
    b. Quince (15) días luego de dicha reunión, se establecerán dichos acuerdos mediante Directriz.
    c. Se solicitará al desarrollador los cambios al Sistema GTE que sean necesarios para poner en vigor los procesos establecidos en la Directriz.

    El 31 de mayo de 2022 el Comisionado promulgó la directriz OC-4-OR-1-295 sobre el número de querella Incidentes de Uso de Fuerza.

10. El 19 de septiembre se incorporó como herramienta adicional el dashboard de Cumplimiento de Informes: Uso de Fuerza, a la Sección de Estadísticas de SAOC y personal del FIU[1].
11. Para corregir las deficiencias de la calidad de los datos recopilados en los incidentes de uso de fuerza por parte de los Miembros del NPPR, se realizarán las modificaciones y cambios requeridos a las reglas de validación de los formularios PPR-126.2 y el PPR-605.1 versiones actuales y disponibles en el Sistema GTE en no más de 130 días a partir de la aprobación de este Plan. Dicha

---

[1] Lección aprendida incorporada

actualización consistirá en lo siguiente:

a. Continuar utilizando el formulario PPR-126.2 para la indicación inicial de un evento de uso de la fuerza, pero no como fuente de registro para las estadísticas de uso de la fuerza.

b. Desarrollar informes analíticos de conciliación en el Dashboard de Cumplimiento de Informes de Uso de Fuerza entre los formularios PPR-126.2, PPR-605.1 y la base de datos de FUI para identificar cualquier discrepancia en los informes de uso de fuerza y crear un proceso para rectificar las discrepancias. De encontrar algún error en la sección de uso de fuerza (cantidad y/o niveles) le permitirá al supervisor enmendar el formulario PPR-126.2, en una versión actualizada sin afectar la original y el formulario PPR-605.1, si fuere necesario. Estos informes analíticos pueden incluir métodos para identificar lo siguiente:

   i. Usos de la fuerza que están en el formulario PPR-126.2 pero no en el PPR-605.1 para facilitar la conciliación de las estadísticas del uso de la fuerza. Este informe generará una lista de eventos que faltan y que no se informaron en el formulario PPR-605.1, la fuente de registro para informes sobre el uso de la fuerza.

   ii. Usos de la fuerza que están en el formulario PPR-605.1 pero no en el PPR-126.2 para facilitar la conciliación de las estadísticas de uso de la fuerza. Este informe generará una lista de eventos que faltaban en la tarjeta de querella original, formulario PPR-126.2.

   iii. Completar el formulario PPR-605.1 según el tiempo estipulado en la Orden General.

   Nota: La versión 44 de la plataforma GTE se instaló en los trece (13) centros de mando para julio de 2022. Esta nueva versión establece las siguientes reglas de validación:

   a. Se añadió el requerimiento de firma del supervisor en el PPR-126.2, junto con una directriz al supervisor para que valide todo el formulario en especial la sección de uso de fuerza.

   b. Si el supervisor no firma el formulario el agente no podrá continuar

      llenando o completando los otros formularios dependientes.

    c. De encontrar algún error en el formulario PPR-605.1 en la sección de uso de fuerza (cantidad y/o niveles) el Director de centro de mando podrá enmendar el PPR-126.2.

    d. Cuando el Director de Centro de Mando actualice la sección de uso de fuerza en el PPR-126.2 automáticamente se actualiza la sección numérica de uso de fuerza en el PPR-605.1 y PPR-605.3.

    e. Si el agente en el PPR-126.2 no marca el uso de fuerza los informes PPR-605.1 y PPR-605.3 no estarán disponibles para que él los pueda completar.

    f. Prospectivamente, el director del FIU y los directores de Precintos, Distritos, Unidades y los Supervisores podrán modificar la tarjeta de querella cuando se identifique un error en los campos de uso de fuerza.

12. Este informe es importante para identificar los informes sobre el uso de la fuerza presentados dentro de los plazos acordados en las políticas y procedimientos correspondientes a los usos de fuerza.

13. Este informe también se utilizará para observar las tendencias históricas en la exposición oportuna del procesamiento de casos.

14. Ambos informes se utilizarán en conjunto para garantizar que no haya un retraso actual o sistémico en la exposición de datos sobre el uso de la fuerza.

**B. Fase II Objetivos en Proceso de Cumplimiento**

1. Los Supervisores de cada turno, adscritos a los distritos y/o precintos, verificarán que los formularios PPR-126.2 y PPR-605.1, sean cumplimentados en su totalidad. En aquellos casos en donde no se hayan cumplimentado, o se hayan cumplimentado de forma incorrecta, entrevistarán al personal para identificar las causas y tomará acción para asegurar que los informes sean sometidos de forma completa a través del Sistema GTE.

2. En el caso en el cual no esté presente en el turno un supervisor en propiedad, un supervisor dentro del área policiaca tendrá la responsabilidad de evaluar, aprobar

y firmar todo formulario relacionado a los usos de fuerza de su personal, ingresado en el Sistema GTE.

3. Los Supervisores de los Centros de Mando recopilarán la información ingresada en la tarjeta de querella y la validarán con los informes de uso de fuerza generados a través del Sistema GTE. Para cumplir con este requerimiento se brindó acceso a todos los supervisores de los Centros de Mando al Dashboard de Uso de Fuerza PPR-126.2 para que puedan validar los formularios PPR-126.2 utilizando la información en los informes de uso de fuerza (PPR-605.1) y el PPR-621.1 según se contabilizan. En ese sentido, se podrá monitorear que la cantidad de incidentes de uso de fuerza sea contabilizada de forma correcta. Los Centros de Mando informarán cualquier discrepancia en la información de uso de fuerza en los formularios PPR-126.2 y PPR-605.1 a la Sección de Estadísticas Operacionales de la Superintendencia Auxiliar en Operaciones de Campo (SAOC) tan pronto como sean identificados.

4. A partir del 19 de septiembre de 2022 la gerente de proyecto de la Sección de Estadísticas de SAOC verificará la data a través del dashboard de la PPR-126.2 y el Dashboard de Cumplimiento de Informes: Uso de Fuerza, para validar la cantidad de uso de fuerza.

5. El Supervisor de la Sección de Estadísticas Operacionales, luego de evaluar la información a través del dashboard de Cumplimiento de Informes: Uso de Fuerza, y confirmar la existencia de una discrepancia en la información sobre el uso de fuerza, solicitará la actualización de los formularios con la información correcta. En el caso de que el formulario PPR-126.2 tenga que ser corregido, se solicitará la modificación al Supervisor correspondiente, en coordinación con el Centro de Mando correspondiente. En el caso de que sea el formulario PPR-605.1 el cual tenga que ser modificado, se solicitará al Supervisor, en coordinación con el Director de Unidad.

6. No se integrarán los datos del formulario PPR-605.1 al módulo de Investigación

de uso de fuerza y por consiguiente al Dashboard de Cumplimiento de Informes: Uso de Fuerza hasta que la información de uso de fuerza sea validada por el supervisor de campo. El supervisor tendrá cinco (5) días laborables para validar y firmar cada incidente de uso de fuerza en los cuales esté implicado uno de sus subalternos que este ingresado en el Sistema GTE. Luego de este proceso los datos se integrarán al módulo de uso de fuerza y al Dashboard.

7. Como parte de este proceso y dentro de 60 días laborables a partir de la aprobación de este Plan estará disponible la interfaz, en la cual se espera que el 100% de los formularios PPR-605.1, que sean ingresados al Módulo de Investigación de Uso de Fuerza y al Dashboard de Estadísticas de Uso de Fuerza (PPR-126.2), estén revisados y validados por el Director de Unidad. Además, se espera que el 95% de los formularios PPR-605.1 ingresados al Módulo de Investigación de Uso de Fuerza y el Dashboard, sean consistentes con los datos recopilados en las conciliaciones entre los formularios PPR-126.2 y el PPR-605.1. El 1 de octubre de 2022 se comenzarán a realizar pruebas de la interfase entre el PPR-605.1 y el módulo de Investigación de Uso de Fuerza. Dichas pruebas tendrán un periodo de validación y aceptación por parte de la unidad responsable de sesenta (60) días y se pondrá en uso y producción el 1 de diciembre de 2022.

8. El FIU revisará el módulo de Investigación de uso de fuerza desde el 1 de enero al 31 de marzo de 2022 para validar la calidad de los datos de uso de fuerza. Para este proceso utilizará el dashboard Cumplimiento de Informes: Uso de Fuerza, con el propósito de conciliar la cantidad de uso de fuerza con el módulo de investigación de uso de fuerza. Esta actividad será finalizada el 31 de octubre de 2022.

### III. Lecciones Aprendidas Que se Incorporan en el Plan Provisional

### A. Reuniones Mensuales

**Realizar reuniones mensuales y/o cuando sea necesario para corroborar estadísticas de uso de fuerza. En dicha reunión participarán las siguientes unidades:**

1. Sección de Estadísticas de SAOC.

   2. Negociado de Tecnología y Comunicaciones.
   3. Oficina de Reforma.
   4. División de Investigaciones de Incidente de Uso de Fuerza (FIU).
   5. Directores de Centro de Mando (de ser necesario).

   **B. Directriz Instrucciones PPR-126.2**

   En o antes del 15 de octubre de 2022 se publicarán a través de ipolicia@policia.pr.gov una directriz instrucciones sobre como llenar el formulario PPR-126.2.

**IV. Actividades**

   1. Se evaluará la necesidad de un coordinador de uso de fuerza para monitorear y validar los usos de fuerza ingresados en los formularios PPR-126.2 y PPR-605.1. Este coordinador será designado por la SAOC.

       a. Se utilizará base de datos de FIU como fuente de registro para las estadísticas del uso de fuerza, ya que incluye una revisión de supervisión y de FIU, así como un informe estadístico más preciso.

   2. El Dashboard de Estadísticas de Uso de Fuerza de Cumplimiento estará basado en la base de datos de FIU en lugar del PPR-126.2 con el propósito de visualizar y analizar el total de tipos de fuerza aplicada, cantidad de incidentes de uso de fuerza y la cantidad de MNPPR involucrados. Se añadirán filtros y diferentes vistas para asegurar que los datos sean más informativos, dinámicos y que motiven su uso. El Dashboard se podrá configurar para tener los datos en tiempo real con el tiempo apropiado para tomar en cuenta los atrasos en los reportes de datos. Se utilizarán los datos sometidos para crear el Dashboard ya que los mismos se actualizarán haciendo que la data histórica se someta menos a cambios. Luego se desarrollará una interfaz para que los datos de la sección de uso de fuerza incluidos en el formulario PPR-605.1, pasen directamente al Módulo de Investigación de Uso de Fuerza, adscrito a la Unidad de Investigación de Uso de Fuerza (FIU). De esta manera las notificaciones de uso de fuerza y los datos completos del incidente pasarán directamente al Módulo, minimizando la entrada manual de datos. Luego del desarrollo de la interfaz se eliminará el formulario PPR-605.3 de notificación de uso de fuerza, ya que el formulario PPR-126.2 y el

PPR-605.1 integrarán los datos e información al Módulo directamente.

3. Se desarrollará un informe de conciliación en el dashboard de las Divisiones Tácticas Especializadas para identificar los reportes faltantes de uso de fuerza en el caso de movilizaciones. El informe identificará cualquier uso de la fuerza que se informó en el PPR-112.2, en el PPR-126.2 y el PPR-605.1 o en la base de datos de la FIU, y verificará si el uso de la fuerza se informó de manera consistente en las cuatro fuentes de datos.

4. Este informe de conciliación de las Divisiones Tácticas Especializadas será revisado por la sección de Estadísticas de SAOC y la FIU.

## V. Utilización Dashboard Cumplimiento Reforma

A. ReformStat será una nueva reunión mensual periódica para coordinar la implementación de la Reforma y responsabilizar a los directores de unidades por el cumplimiento de los requisitos del Acuerdo para la Reforma Sostenible de la Policía de Puerto Rico.

B. La Oficina de Reforma utilizará el dashboard de cumplimiento para realizar las reuniones periódicas (ReformStat).

C. Las reuniones pilotos de los ReformStat comenzarán a finales del mes de noviembre de 2022.

D. En enero del 2023 se formalizarán las reuniones de ReformStat para las áreas de cumplimiento de uso de fuerza y Arrestos.

## VI. *Actualización Plan Provi*sional Uso de Fuerza

Este plan de trabajo será actualizado según surja la necesidad de conformidad con los cambios en los sistemas de información.

**Anejo A Descripción de los Flujogramas**

El flujograma inicial es del Centro de Mando donde se comienzan a ingresar los datos en el PPR-126.2, y luego pasa al segundo flujograma que es donde los Agentes continúan completando los otros informes que apliquen. Al terminar lo anterior, pasan al otro flujograma el cual describe el flujo de procesos en el Módulo de Investigación de Uso de Fuerza, cuya responsabilidad pertenece a la Unidad de Investigación de Usos de Fuerza (FIU). Este diagrama muestra el flujo de los datos recolectados en el GTE, utilizando el módulo de formularios actual, PPR-126.2 y el PPR-605.3. A largo plazo se integrarán el formulario PPR-126.2, PPR-605.1 y el PPR-621.1, entre otros, mediante el desarrollo de las interfaces para la integración de datos (ETL) entre las aplicaciones.

En dicho diagrama se va a enfatizar el flujo de procesos sobre los usos de fuerza en el Sistema GTE. Cuando se complete el formulario PPR-126.2 en el CAD, todos los elementos de datos incluidos se integrarán directamente al Sistema GTE, donde el Agente verificará que está completada en todas sus partes. En el caso de uso de fuerza, el Agente debe validar que esté seleccionado el encasillado **Si** y el **Nivel** de uso de fuerza que utilizó en el incidente. De haber algún cambio en el nivel de uso de fuerza o si el incidente de uso de fuerza no ocurrió, tiene la oportunidad de enmendar o actualizar el formulario PPR-126.2. Esto aplica si el agente no ha confeccionado algún otro informe, por ejemplo, el PPR-621.1, PPR-605.1, PPR-605.2 o PPR-605.3. De lo contrario, si completó alguno de estos formularios el Sistema GTE no le permitirá actualizar el PPR-126.2. De esta forma es como se trabaja hoy en día. El proceso está representado en el flujograma GTE (Uso de Fuerza) en los rectángulos en amarillo con las letras negras.

Las modificaciones recomendadas están representadas con letras en rojo, rectángulos en amarillo y en azul. Los cambios requeridos a las reglas de validación de los formularios PPR-126.2, PPR-621.1, PPR-605.1 y PPR-605.3 en el Sistema GTE consistirán en los siguientes:

1. Autorización y firma del supervisor en el formulario PPR-126.2 para continuar con el proceso de completar los otros formularios (PPR-621.1, PPR-605.1, entre otros). Los

mismos están incluidos en el rectángulo amarillo y azul incluido en el Flujograma de GTE (Uso de Fuerza). Si el Supervisor no firma el formulario, el Agente no podrá continuar llenando o completando los otros formularios dependientes.

2. Verificación por el Supervisor del formulario PPR-126.2 por si necesita algún cambio. (la firma del supervisor es requerida).

3. De encontrarse algún error en la sección de uso de fuerza (cantidad y/o niveles) por parte del Supervisor, FIU, Juntas Evaluadoras de Incidentes de Uso de Fuerza (FRB) y/o Junta Evaluadora de Incidentes de Uso de Fuerza del Comisionado (CFRB) en los formularios PPR-621.1, PPR-605.1, y PPR-605.2, le permitirá al Agente enmendar el PPR-126.2. Este proceso se muestra en los rectángulos amarillo y letras rojas del flujograma.

Luego se desarrollará una interfaz para que los datos de la sección de uso de fuerza del formulario PPR-126.2 pasen directamente al Módulo de Investigación de Uso de Fuerza, utilizado por la FIU, así como los datos que se ingresan en el formulario PPR-605.1. De esta manera las notificaciones sobre usos de fuerza y los datos completos del incidente se integrarán directamente al módulo, minimizando la entrada de datos manual, según se muestra en flujograma del GTE y el Módulo de Investigación de Uso de Fuerza en las letras rojas del proceso automatizado ETL.