**From:** Jose Diaz <JDiaz@dsp.pr.gov>
**Sent:** Monday, August 29, 2022 10:13 PM
**To:** Almaraz, Dennis (CRM) <Dennis.Almaraz@usdoj.gov>
**Cc:** Miguel E Bermudez Mangual <MEBermudez@dsp.pr.gov>
**Subject:** [EXTERNAL] DSP- Equitable Sharing Program SOP

Saludos Dennis,

Según dialogado en la tarde de hoy, anejo el borrador del SOP del Equitable Sharing Program del DSP. Agradecemos los comentarios que hagan al mismo.

Cordialmente,

José J. Díaz
Director
Oficina de Asuntos Federales
Departamento de Seguridad Pública

