**From:** Almaraz, Dennis (CRM) <Dennis.Almaraz@usdoj.gov>
**Sent:** Monday, August 29, 2022 11:47 PM
**To:** Jose Diaz <JDiaz@dsp.pr.gov>
**Cc:** Miguel E Bermudez Mangual <MEBermudez@dsp.pr.gov>; Tadesse, Besufekad (CRM) <Besufekad.Tadesse@usdoj.gov>; MLARS.ESCompliance (CRM) <MLARS.ESCompliance@usdoj.gov>; Elmahmoud, Sherrie (CRM) <Sherrie.Elmahmoud@usdoj.gov>
**Subject:** RE: DSP- Equitable Sharing Program SOP

Buenas Noches Jose,

Recibo y gracias. Nuestro equipo revisara los documentos y hara un seguimiento con comentarios.

Sinceramente,

**Dennis Almaraz**
Compliance Review Team Analyst, Money Laundering and Asset Recovery Section
Criminal Division | U.S. Department of Justice
dennis.almaraz@usdoj.gov