Re: DISTRIBUTION REPORT RECEIVE DISCREPANCY EQUITABLE SHARING AGREEMENT AND CERTIFICACTION FISCAL YEAR 2021 (POLICE DEPARTMENT OF PUERTO RICO)

Antonio G Lopez Rodriguez <AGLopez@policia.pr.gov>
Wed 3/2/2022 2:46 PM
To: Abigail.Smallman@usdoj.gov <Abigail.Smallman@usdoj.gov>

Greetings

Im giving a follow up in regard of the approval of ESAC 2021 from de Puerto Rico Police Department. On February 17 2022 an email was sent with all the document as requested.

Any other information need, you can contact me at aglopez@policia.pr.gov

Have nice day

**Agte. Antonio G. López Rodríguez**
**35905**
**Sección de Confiscaciones**
**Coordinador de Adiestramiento**
**División Operaciones Conjunta**
**Policía de Puerto Rico**
**787-793-1234  ext. 2331**

**Agte. Antonio G. López Rodríguez**
**35905**
**Equitable Sharing Program**
**Training Coordinator**
**Joint Task Force Division**
**Puerto Rico Police Department**
**787-793-1234  ext. 2331**

---

**From:** Antonio G Lopez Rodriguez
**Sent:** Thursday, February 17, 2022 1:00 PM
**To:** Abigail.Smallman@usdoj.gov <Abigail.Smallman@usdoj.gov>
**Cc:** Miguel E Bermudez Mangual <mebermudez@dsp.pr.gov>; Jose Diaz <JDiaz@dsp.pr.gov>; Lumary Ojeda Ocasio <LOjeda@policia.pr.gov>; Lumary Ojeda Ocasio <lojeda@dsp.pr.gov>; Juan J Rivera Ayala <JJRivera@policia.pr.gov>; Efrain Marcial Rivera <EMarcial@policia.pr.gov>; Neidy L Ortiz Torres <NOrtiz@policia.pr.gov>
**Subject:** DISTRIBUTION REPORT RECEIVE DISCREPANCY EQUITABLE SHARING AGREEMENT AND CERTIFICACTION FISCAL YEAR 2021 (POLICE DEPARTMENT OF PUERTO RICO)

Dear Ms. Smallman,

Enclosed you will find four attachments that clarify the discrepancy in the Equitable Sharing Agreement and Certification for fiscal year 2021 (Police Department of Puerto Rico – PRPD)

**Attachment A –** pertains to the reports of all funds received during each fiscal year, amount posted in each ending fiscal year and the outstanding balance. As a reminder, our fiscal year starts from June 1 through July 30. Any amount that PRPD hasn't received at the end of each fiscal year, will be posted on the next fiscal year.

**Attachment B -** PRPD Equitable Sharing Agreement and Certification from FY 17 – 21 as reported in the  E-Share Portal by the PRPD Finance Division.

**Attachment C -** Report of the amount received and posted in PRPD from each fiscal year and amount not posted from previous fiscal years; as requested on February 1, 2022.

**Attachment D –** Report of each sharing date and amount received, date posted and reported in fiscal year.

As part of the corrective action plan, PRPD will hold a meeting with the divisions responsible of the ESAC and provide guidance for its proper submission.

Sincerely,

**Agte. Antonio G. López Rodríguez**
**35905**
**Equitable Sharing Program**
**PRPB Training Coordinator**
**Joint Task Force Division**
**Puerto Rico Police Department**
**787-793-1234  ext. 2331**