**RE: ESAC STATUS**

Smallman, Abigail (CRM) <Abigail.Smallman@usdoj.gov>
Mon 4/18/2022 12:43 PM
To: Antonio G Lopez Rodriguez <AGLopez@policia.pr.gov>
Cc: Saunders, Tanya (CRM) <Tanya.Saunders@usdoj.gov>

Good Afternoon,

I have been advised that there are currently no updates available on your status, as your agency is currently under review by our Compliance Review Team.

Best,

Abby

**Abigail Smallman**
Records Examiner/Analyst
U.S. Department of Justice, Criminal Division
Money Laundering and Asset Recovery Section
Centre Law Consulting
State Rep: AK, CT, IL, MI, MN, MO, MT, PR, SD, UT, VA, VT, WA, WY
(202) 262-8148

---

**From:** Antonio G Lopez Rodriguez <AGLopez@policia.pr.gov>
**Sent:** Monday, April 18, 2022 11:48 AM
**To:** Smallman, Abigail (CRM) <Abigail.Smallman@usdoj.gov>
**Subject:** [EXTERNAL] ESAC STATUS

Greetings

Can you provide an updated status of PRPD ESAC FY 21

Cordially

*Agte. Antonio G. López Rodríguez*

*35905*

*Sección de Confiscaciones*

*Coordinador de Adiestramiento*

*División Operaciones Conjunta*

*Policía de Puerto Rico*

*787-793-1234  ext. 2331*


*Agte. Antonio G. López Rodríguez*

*35905*

*Equitable Sharing Program*

*Training Coordinator*

*Joint Task Force Division*

*Puerto Rico Police Department*

*787-793-1234  ext. 2331*