# THE & GROUP LLC.

**Las Ramblas**
**71 Calle Montjuic**
**Guaynabo , PR 00969**

# INVOICE

INVOICE NUMBER:  89
INVOICE DATE:  AUGUST 31, 2022

Federal Police Monitor

San Juan, PR

Invoice for Javier B Gonzalez Professional Services as Administrative Director

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| AUG-01-22 | Administrative Director | Weekly Team Meeting, Communications with the Monitor and Team Members, Detainees Survey Follow Up. Work with July Team invoices. | 4.50 | $125.00 | $562.50 |
| AUG-02-22 | Administrative Director | Work with July Team Invoices, Communications with the Monitor, review of Communications and Documents sent by Team Members. | 5.00 | $125.00 | $625.00 |
| AUG-03-22 | Administrative Director | Communications with Team Members, Work with Team July Invoices, Work with Detainees Survey | 4.00 | $125.00 | $500.00 |
| AUG-04-22 | Administrative Director | Detainees Survey follow up (Pick up of boxes and forms), Weekly staff meeting, Pick up check and deposit. Communications with Team members. | 3.50 | $125.00 | $437.50 |
| AUG-05-22 | Administrative Director | Detainees Survey Follow Up (Pick up of boxes and forms), Communications with Team members. Review of communications sent by Team members. | 2.50 | $125.00 | $312.50 |
| AUG-08-22 | Administrative Director | Biweekly Meeting with PRPB, USDOJ and SM. Detainees survey follow up (Pick up boxes and Forms from Aibonito), Communications with Team members, Review of documents sent by team members. | 3.00 | $125.00 | $375.00 |
| AUG-09-22 | Administrative Director | Detainees survey follow up (Coordination of Boxes and Forms Pick up), Coordination of Team Visit. | 1.50 | $125.00 | $187.50 |
| AUG-10-22 | Administrative Director | Coordination of Team visit, Detainees survey follow up (coordination of boxes and forms pick up), Communications with Team Members, Review of communications sent by Team Members. Final review of July Team Invoices | 3.50 | $125.00 | $437.50 |
| AUG-11-22 | Administrative Director | Detainees Survey follow up (Pick up boxes and forms in Ponce, Guayama, Caguas, Humacao, Fajardo and Hato Rey Oeste), Weekly staff meeting, communications with Team Members. | 8.00 | $125.00 | $1,000.00 |
| AUG-12-22 | Administrative Director | Communications with the Monitor, Review of communications sent by Team Members and PRPB, Detainees survey follow up (pick up box and forms in METRO drug division). | 2.00 | $125.00 | $250.00 |

INVOICE NUMBER: 89

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| AUG-15-22 | Administrative Director | Communications with the Monitor, Work with Detainees survey forms. | 2.50 | $125.00 | $312.50 |
| AUG-16-22 | Administrative Director | Work with Detainees Survey forms, Communications with the Monitor and Team members. | 5.50 | $125.00 | $687.50 |
| AUG-16-22 | Administrative Director | Office of the FPMPR Adobe subscription. | | | $33.98 |
| AUG-17-22 | Administrative Director | Work with Detainees survey (Pick up box and forms in Calle Loiza), Deliver forms to Ipsos, Communications with Deputy Monitor and Team Members. | 2.50 | $125.00 | $312.50 |
| AUG-18-22 | Administrative Director | Weekly Team Meeting, Coordination of Team Visit, Communications with Team Members. | 2.00 | $125.00 | $250.00 |
| AUG-19-22 | Administrative Director | Communications with the Monitor, Office contact list Follow up, Coordination of team visit. | 1.50 | $125.00 | $187.50 |
| AUG-22-22 | Administrative Director | PRPB Academy visit, Meeting with Judge, Meeting with PRPB. | 9.00 | $125.00 | $1,125.00 |
| AUG-23-22 | Administrative Director | Status Conference, Coordination of Team visit. | 7.00 | $125.00 | $875.00 |
| AUG-24-22 | Administrative Director | Team visit to Guayama, Detainees survey follow up, Community Meeting in San Juan | 7.50 | $125.00 | $937.50 |
| AUG-25-22 | Administrative Director | Coordination of Team Visit, Meeting with the commissioner, Protest in Fortaleza. | 8.00 | $125.00 | $1,000.00 |
| AUG-26-22 | Administrative Director | Communications with the Monitor and Team Members, Pick up the July team payment. | 2.50 | $125.00 | $312.50 |
| AUG-27-22 | Administrative Director | Multiple communications with the Monitor, Protest against Luma at la Fortaleza | 8.00 | $125.00 | $1,000.00 |
| AUG-28-22 | Administrative Director | Coordination of Donnie Gosselin Visit to the Academy, Work with August 27 protest report. | 1.00 | $125.00 | $125.00 |
| AUG-29-22 | Administrative Director | Weekly Team Meeting, Review of communications sent by Team Members. Coordination of Team Visit (Donnie Gosselin) | 2.50 | $125.00 | $312.50 |
| AUG-30-22 | Administrative Director | Boxes and Tape used for Detainees Survey. | | | $105.07 |
| AUG-31-22 | Administrative Director | I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0.00 | $125.00 | $0.00 |
| | | Gasoline, Tolls and Toyota Highlander (Office Car) Repair Quotation Expense (Manuel Arroyo Reimbursement ) | | | $156.00 |
| | | Total amount of this invoice | | | $12,420.05 |

MESSAGE

Javier B Gonzalez, August 31, 2022

# Transaction Details
### Card Ending - 11003

Merchandise & Supplies - Mail Order

## ADOBE WEBSALES 800-833-6687

# $33.98

## Aug 16, 2022

On your statement as ADOBE ACROPRO SUBS ASAN JOSE CA

**$0.34 Reward Dollars**



## Transaction Details

ADOBE WEBSALES 800-833-6687

801 N 34TH ST
SEATTLE
WA
98103
UNITED STATES

   (800) 833-6687

   https://www.adobe.com/in/about-adobe/co...

Doing Business As    ADOBE WEBSALES 8...  ⌄

Case 3:12-cv-02039-FAB  Document 2187-4  Filed 09/23/22  Page 5 of 9

# Office DEPOT
# OfficeMax



SAN JUAN - (787) 294-0300

06/07/2022   2:07 PM

VPVT535P54Q4BE8MR

SALE                    6667-4-2847-1026593-22.5.2
1375138 Ballot Box                       49.49 SS
444666   BOX,CORRGTED,9
  10 @ 3.09                               30.90
            You Pay              **30.90**SS
568748   Tape,HD,Ship,D
  2 @ 9.89                                19.78
Instant Savings                          -5.94
            You Pay              **13.84**SS
        Subtotal:                         94.23
Sales and Use Tax  10.84
            Total:                       105.07
        Amex 1003:                       105.07


AUTH CODE 868756
TDS Chip Read
AID A00000025010801 AMERICAN EXPRESS
TVR 0000008000
CVS No Signature Required

_____

CONTROL:        QJ35G-CKHFH
OD

JAVIER GONZALEZ 56*****088



THE X SHOP LLC
CALLE PARIS FINAL 249
SAN JUAN

DATE
Aug 11.22
BATCH
000004

TIME
15:03:31
TERMINAL ID
8174V240

HOST
ATH
MERCHANT ID
8174E07143983

SALE

DEBIT                 *************1902 (S)

AUTH. CODE: 596920         INVOICE: 000021

                           TRACE  :000024

AMOUNT:          $            35.00
STATE TAX:       $             0.00
REDUCED STATE TAX:$            0.00
MUNICIPAL TAX:   $             0.00
TOTAL  :         $            35.00

CONTROL: 0Q9G5-SD942
ET

CARDHOLDER ACKNOWLEDGES RECEIPT  OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN  HEREON AND  AGREES TO   PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
         AGREEMENT WITH THE ISSUER

CUSTOMER COPY



SUPER 7 PDA 18
1256 AVE FERNANDEZ JUNCOS
SAN JUAN

| DATE | TIME | HOST |
|---|---|---|
| Aug 22,22 | 06:54:52 | ATH |
| BATCH | TERMINAL ID | MERCHANT ID |
| 000261 | 30V40573 | 4549106792252 |

SALE

DEBIT          ************0804 (S)

AUTH. CODE: 909869       INVOICE: 029342
                        TRACE   :035141

TOTAL  :    $        40.00

CARDHOLDER ACKNOWLEDGES RECEIPT  OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN  HEREON AND  AGREES TO  PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
       AGREEMENT WITH THE ISSUER

# Puma 210 Super 7

PDA 18
San Juan,PR
7877535390

Fecha: 8/22/2022 6:54 AM
Cajero:  MARINES
No. de Turno. 2193
No. Transacción. 455108
Cantidad de Prepago $40.00

Sub Total:      $40.00
Estatal:        $0.00
Municipal:      $0.00
Total:          $40.00
Debit:          $40.00

Thank you for your business!

# TO GO STORES
# AVE.BARBOSA
787-798-6434 EXT
Toral 54
San Juan PR

***PREPAID RECEIPT***

| Description | Qty | Amount |
| --- | --- | --- |
| PREPAY CA #13 | | 60.00 |
| TO GO PURE WATER | 1 | 1.00 |

|  |  |
| --- | --- |
| Subtotal | 61.00 |
| **TOTAL** | **61.00** |
| ATH $ | 61.00 |

ST#00054        TILL XXXX DR#1 TRAN#1024269
CSH: 12                          08/23/22 16:16:26

Recibo de Pago

www.autoexpreso.com
1-888-688-1010
Plaza Caguas Norte
Carril 12
08/22/2022 12:56:08

Numero de Cuenta:    5738371
Cantidad de Pago:    $20.00
Metodo de Pago:

                     Debit 1902

PM:                  debit
EM:                  Swipe
AC:                  001164

Balance:             $12.40

*** Descarga nuestra app
"AutoExpreso Movil"
para consultar balance, recargar,
recibir notificaciones y otros
servicios. También puedes acceder a
www.autoexpreso.com ***