# INVOICE

| | | |
|---|---|---|
| **DATE** | **INVOICE NO** | **Denise Rodriguez** |
| 8/31/2022 | #023 | 3003 San Sebastian St. |
| | | Mission, TX 78572 |
| | | drodriguez_PRI@outlook.com |

**INVOICE TO**
Puerto Rico Chief Federal Monitor

**INVOICE PERIOD**
August 1 - 31, 2022

## DUTIES AND RESPONSIBILITIES                                  TOTAL DUE $17,903.50

- Conducted monthly one-on-one meetings with each subject matter expert
- Coordinated and conducted weekly Monitoring Executive Team meetings
- Coordinated and conducted biweekly meetings with the Parties
- Reviewed and approved the review of several policies submitted to the Monitor's Office by PRPB as per Paragraph 229 of the Agreement
- Worked with the Data Analyst on the data requests for CMR-7
- Worked with the Administrative Director and the Research Analyst/Administrative Assistant to draft the schedule(s) for the August site visits
- Participated in various meetings with the Parties to discuss the PRPB Data Gap Analysis, Use of Force Plan Supervision Plan, and IT Needs Assessment
- Participated in several calls with the proposed contractor, Gartner, regarding the IT Needs Assessment
- Worked with the Research Analyst and PRPB to update the training requirements worksheet
- Participated on the team's August site visit to PR during the week of August 21st which included the Status Conference and various meeting with PRPB, DSP, and a tour of the Training Academy
- Worked with the Associate Monitor and Administrative Director in finalizing a plan for future and upcoming community workshops/listening sessions hosted by the FPM
- Participated in biweekly and monthly call(s) with AHD regarding updates on their work
- Participated in interview with OSM re the reform unit review
- Participated in meeting with PRPB to discuss status of the UOF provisional plan and changes necessary
- Participated in several meetings with Parties to discuss the Auditor position to oversee PRPB expenditures
- Participated in the August 253 meeting
- Worked with Research Analyst to finalize CMR-7 report template
- Developed data request reference sheets for each Section to assist Monitors in their review of data
- Coordinated and oversaw the submission and receipt of various data requests for CMR-7

| | |
|---|---|
| Flat Rate Total Wages* | $15,833.33 |
| Travel Expenses | $ 2,070.17 |
| **Total Due** | **$ 17,903.50** |

*The total amount is a flat rate. The total monthly is $15,833.33 for an annualized amount of $190,000.00

_Denise Rdz_ (signature)

**Denise Rodriguez, Chief Deputy Monitor**

August 31, 2022
**Date**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.



# Office of the Technical Compliance Advisor Travel Reimbursement Form

**Traveler Name:** Denise Rodriguez
**Travel Dates:** August 21-25, 2022
**Purpose of Travel:** Site visit

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare** | $ 956.27 | 1 | $ 956.27 |
| Baggage | $ - | 0 | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | $ - | 0 | $ - |
| Ground Transportation (Parking) | $ - | 0 | $ - |
| Ground Transportation (Mileage) | $ - | 0 | $ - |
| Lodging | $ 141.60 | 4 | $ 566.40 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 3 | $ 345.00 |
| Parking @ airport (days)* | $ 5.00 | 6 | $ 30.00 |
| Taxi from hotel to Airport | $ - | 0 | $ - |
| **Total** | | | **$ 2,070.17** |

*Parking receipt includes personal days <u>not</u> expensed and included above

**Airfare credit from unused ticket in July (cancelled due to COVID) was applied to August airfare - See attached receipts. Please also note the August Airfare receipts reflect complimentary upgrades to first class. These were not purchased. Because the receipt was printed after the flight occured, the seats I was upgraded to are reflected. Any purchase of seat upgrades would have been reflected in the breakdown of costs noted within the receipt.

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098



| | |
|---|---|
| From: | United Airlines |
| To: | drodriguez_PRI@outlook.com |
| Subject: | eTicket Itinerary and Receipt for Confirmation C307TP |
| Date: | Wednesday, August 31, 2022 1:29:20 PM |



Wed, Aug 31, 2022

## Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our *Important notices page* for the latest updates

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

## C307TP

### Flight 1 of 2 UA1044 — Class: United First (PZ)

Sun, Aug 21, 2022
**07:00 AM**
McAllen, TX, US (MFE)

Sun, Aug 21, 2022
**08:17 AM**
Houston, TX, US (IAH)

### Flight 2 of 2 UA1192 — Class: United Economy (S)

Sun, Aug 21, 2022
**09:48 AM**
Houston, TX, US (IAH)

Sun, Aug 21, 2022
**03:20 PM**
San Juan, PR, US (SJU)

### Traveler Details

RODRIGUEZ/DENISE

| | |
|---|---|
| eTicket number: **0162422339679** | Seats: **MFE-IAH 04B** |
| Frequent Flyer: **UA-XXXXX985 Premier Silver** | **IAH-SJU 15A** |

### Purchase Summary

| | |
|---|---|
| Method of payment: | Miscellaneous Document |
| Date of purchase: | Wed, Jul 06, 2022 |

| | |
|---|---|
| Airfare: | 487.67 USD |
| U.S. Transportation Tax: | 19.70 USD |
| September 11th Security Fee: | 5.60 USD |

| | |
|---|---:|
| U.S. Passenger Facility Charge: | **9.00 USD** |
| Total Per Passenger: | **521.97 USD** |
| Total: | 521.97 USD |

## Payment Info

Remaining value of your previous ticket numbers 0162418811316 was applied to this purchase.

## Carbon Footprint

Your estimated carbon footprint for this trip is **0.31175 tonnes of CO2.**
You can reduce your environmental impact by participating in our CarbonChoice program which supports projects that reduce greenhouse gases. Learn more.

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.
NONREF/0VALUAFTDPT
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Sun, Aug 21, 2022<br>McAllen, TX, US (MFE)<br>to San Juan, PR, US (SJU - Luis Muñoz Marín) | 0 USD | 0 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |

Baggage check-in must occur with United or United Express, and you must have valid MileagePlus Premier® Silver membership at time of check-in to qualify for waiver of service charges for up to three checked bags (within specified size and weight limits).

## Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, the traveler's frequent flyer status and the itinerary selected. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program
- Once travel has started, accruals will no longer display. You can view your MileagePlus account for posted accrual
- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown
- Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.
- Our Premier Program changes January 1, 2020. If your itinerary includes travel with a scheduled departure in 2020, you may see our old Premier accrual metrics if 1) you booked prior to May 1, 2019 and are viewing an emailed receipt or 2) you booked prior to August 1, 2019 and are viewing a receipt online. The terms and conditions of Premier qualification can be found at united.com/qualify.

## International eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 60 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be canceled if this condition is not met.
- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 30 minutes prior to scheduled departure.
- Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.
- Bring this eTicket Receipt along with photo identification, proof of citizenship, passport and/or visa to the ticket lobby for check-in.
- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger. The fare rules for your ticket may restrict your carry-on baggage allowance even further.
- For up to the minute flight information, sign-up for our Flight Status Updates or call 1-800-824-6200; in Spanish 1-800-426-5561.
- If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your

| | |
|---|---|
| From: | United Airlines |
| To: | drodriguez_PRI@outlook.com |
| Subject: | eTicket Itinerary and Receipt for Confirmation JLG33Y |
| Date: | Wednesday, August 31, 2022 1:29:49 PM |



Wed, Aug 31, 2022

## Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our *Important notices page* for the latest updates

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# JLG33Y

| Flight 1 of 2 UA1495 | Class: United Economy (V) |
|---|---|
| Sun, Aug 28, 2022 | Sun, Aug 28, 2022 |
| **03:09 PM** | **07:00 PM** |
| San Juan, PR, US (SJU) | Houston, TX, US (IAH) |

| Flight 2 of 2 UA281 | Class: United First (PZ) |
|---|---|
| Sun, Aug 28, 2022 | Sun, Aug 28, 2022 |
| **09:57 PM** | **11:14 PM** |
| Houston, TX, US (IAH) | McAllen, TX, US (MFE) |

### Traveler Details

RODRIGUEZ/DENISE

| | |
|---|---|
| eTicket number: **0162422339948** | Seats: **SJU-IAH 14F** |
| Frequent Flyer: **UA-XXXXX985 Premier Gold** | **IAH-MFE 05A** |

### Purchase Summary

| | |
|---|---|
| Method of payment: | Miscellaneous Document |
| Date of purchase: | Wed, Jul 06, 2022 |

| | |
|---|---|
| Airfare: | 400.00 USD |
| U.S. Transportation Tax: | 19.70 USD |
| September 11th Security Fee: | 5.60 USD |

| | |
|---|---|
| U.S. Passenger Facility Charge: | **9.00 USD** |
| Total Per Passenger: | **434.30 USD** |
| Total: | 434.30 USD |

## Payment Info

Remaining value of your previous ticket numbers 0162404852714 was applied to this purchase.

## Carbon Footprint

Your estimated carbon footprint for this trip is **0.34650 tonnes of CO2.**

You can reduce your environmental impact by participating in our CarbonChoice program which supports projects that reduce greenhouse gases. Learn more.

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.
NONREF/0VALUAFTDPT
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Sun, Aug 28, 2022<br>San Juan, PR, US (SJU - Luis Muñoz Marín)<br>to McAllen, TX, US (MFE) | 0 USD | 0 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |

Baggage check-in must occur with United or United Express, and you must have valid MileagePlus Premier® Gold membership at time of check-in to qualify for waiver of service charges for up to three checked bags (within specified size and weight limits).

## Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, the traveler's frequent flyer status and the itinerary selected. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program
- Once travel has started, accruals will no longer display. You can view your MileagePlus account for posted accrual
- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown
- Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.
- Our Premier Program changes January 1, 2020. If your itinerary includes travel with a scheduled departure in 2020, you may see our old Premier accrual metrics if 1) you booked prior to May 1, 2019 and are viewing an emailed receipt or 2) you booked prior to August 1, 2019 and are viewing a receipt online. The terms and conditions of Premier qualification can be found at united.com/qualify.

## International eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 60 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be canceled if this condition is not met.
- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 30 minutes prior to scheduled departure.
- Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.
- Bring this eTicket Receipt along with photo identification, proof of citizenship, passport and/or visa to the ticket lobby for check-in.
- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger. The fare rules for your ticket may restrict your carry-on baggage allowance even further.
- For up to the minute flight information, sign-up for our Flight Status Updates or call 1-800-824-6200; in Spanish 1-800-426-5561.
- If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your

**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Ms Denise Rodriguez
3003 San Sebastian St
Mission TX 78572
United States

Marriott Rewards #   286891726

Name:

Room: 0903
Room Type: DBDB
No. of Guests: 2
Rate:  $   120.00   Clerk: 8
CRS Number  83876596

Arrive:   08-21-22          Time:   04:06 PM          Depart:   08-25-22          Folio Number:  700985

| Date | Description | Charges | Credits |
|---|---|---|---|
| 08-21-22 | Package | 120.00 | |
| 08-21-22 | Government Tax | 10.80 | |
| 08-21-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 08-22-22 | ~~Comedor - Guest Charge~~ | ~~2.10~~ | |
| 08-22-22 | ~~COMEDOR- Guest Charge (Dinner)~~ | ~~36.53~~ | |
| 08-22-22 | Package | 120.00 | |
| 08-22-22 | Government Tax | 10.80 | |
| 08-22-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 08-23-22 | Package | 120.00 | |
| 08-23-22 | Government Tax | 10.80 | |
| 08-23-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 08-24-22 | Package | 120.00 | |
| 08-24-22 | Government Tax | 10.80 | |
| 08-24-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 08-25-22 | American Express | | 605.03 |
| | Card #  XXXXXXXXXXX1008 | | |



| | |
|---|---|
| **From:** | United Airlines |
| **To:** | DRODRIGUEZ_PRI@OUTLOOK.COM |
| **Subject:** | eTicket Itinerary and Receipt for Confirmation C307TP |
| **Date:** | Friday, June 17, 2022 5:53:47 AM |



Fri, Jun 17, 2022

## Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our Important notices page for the latest updates

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# C307TP

### Flight 1 of 2 UA1044 — Class: United Economy (E)

Sun, Jul 10, 2022     Sun, Jul 10, 2022
**07:00 AM**              **08:17 AM**
McAllen, TX, US (MFE)     Houston, TX, US (IAH)

### Flight 2 of 2 UA1192 — Class: United Economy (E)

Sun, Jul 10, 2022     Sun, Jul 10, 2022
**09:48 AM**              **03:20 PM**
Houston, TX, US (IAH)     San Juan, PR, US (SJU)

### Traveler Details

**RODRIGUEZ/DENISE**

| | |
|---|---|
| eTicket number: **0162418811316** | Seats: **MFE-IAH 15A** |
| Frequent Flyer: **UA-XXXXX985 Premier Silver** | **IAH-SJU 23E** |

### Purchase Summary

| | |
|---|---|
| Method of payment: | **American Express ending in 1008** |
| Date of purchase: | **Fri, Jun 17, 2022** |

| | |
|---|---|
| Airfare: | 780.00 USD |
| U.S. Transportation Tax: | 19.70 USD |

| | |
|---|---|
| September 11th Security Fee: | 5.60 USD |
| U.S. Passenger Facility Charge: | 9.00 USD |
| Total Per Passenger: | 814.30 USD |
| Total: | 814.30 USD |

## Carbon Footprint

Your estimated carbon footprint for this trip is **0.26162 tonnes of CO2.**

You can reduce your environmental impact by participating in our CarbonChoice program which supports projects that reduce greenhouse gases. Learn more.

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.
NONREF/0VALUAFTDPT
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

## MileagePlus Accrual Details

| Denise Rodriguez | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Sun, Jul 10, 2022 | 1044 | McAllen, TX, US (MFE) to Houston, TX, US (IAH) | 749 | 107 | 1 |
| Sun, Jul 10, 2022 | 1192 | Houston, TX, US (IAH) to San Juan, PR, US (SJU) | 4718 | 674 | 1 |
| MileagePlus accrual totals: | | | 5467 | 781 | 2 |

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Sun, Jul 10, 2022<br>McAllen, TX, US (MFE)<br>to San Juan, PR, US (SJU - Luis Muñoz Marín) | 0 USD | 45 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |

Baggage check-in must occur with United or United Express, and you must have valid MileagePlus Premier® Silver membership at time of check-in to qualify for waiver of the service charge for the first checked bag (within specified size and weight limits).

## Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, the traveler's frequent flyer status and the itinerary selected. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program
- Once travel has started, accruals will no longer display. You can view your MileagePlus account for posted accrual
- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown
- Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.
- Our Premier Program changes January 1, 2020. If your itinerary includes travel with a scheduled departure in 2020, you may see our old Premier accrual metrics if 1) you booked prior to May 1, 2019 and are viewing an emailed receipt or 2) you booked prior to August 1, 2019 and are viewing a receipt online.  The terms and conditions of Premier qualification can be found at united.com/qualify.

## International eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 60 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be canceled if this condition is not met.
- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 30

| | |
|---|---|
| **From:** | United Airlines, Inc. |
| **To:** | DRODRIGUEZ_PRI@OUTLOOK.COM |
| **Subject:** | eTicket Itinerary and Receipt for Confirmation JLG33Y |
| **Date:** | Wednesday, April 6, 2022 6:51:15 PM |



Wed, Apr 06, 2022

## Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our Important notices page for the latest updates

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# JLG33Y

| Flight 1 of 2 UA1644 | Class: United Economy (E) |
|---|---|

Sun, Jul 17, 2022
**07:25 AM**
San Juan, PR, US (SJU)

Sun, Jul 17, 2022
**11:10 AM**
Houston, TX, US (IAH)

| Flight 2 of 2 UA6010 | Class: United Economy (E) |
|---|---|

Sun, Jul 17, 2022
**03:06 PM**
Houston, TX, US (IAH)

Sun, Jul 17, 2022
**04:26 PM**
McAllen, TX, US (MFE)

Flight Operated by Mesa Airlines dba United Express.

### Traveler Details

**RODRIGUEZ/DENISE**

eTicket number: **0162404852714**              Seats: **SJU-IAH 12A**
Frequent Flyer: **UA-XXXXX985 Premier Silver**                    **IAH-MFE 11A**

### Purchase Summary

Method of payment:          **American Express ending in 1008**
Date of purchase:                                **Wed, Apr 06, 2022**

| | |
|---|---:|
| Airfare: | **810.00 USD** |
| U.S. Transportation Tax: | **19.70 USD** |
| September 11th Security Fee: | **5.60 USD** |
| U.S. Passenger Facility Charge: | **9.00 USD** |
| Total Per Passenger: | **844.30 USD** |
| Total: | 844.30 USD |

## Carbon Footprint

Your estimated carbon footprint for this trip is **0.33958 tonnes of CO2.**

You can reduce your environmental impact by participating in our CarbonChoice program which supports projects that reduce greenhouse gases. Learn more.

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.
NONREF/0VALUAFTDPT
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

## MileagePlus Accrual Details

| Denise Rodriguez | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Sun, Jul 17, 2022 | 1644 | San Juan, PR, US (SJU) to Houston, TX, US (IAH) | 4900 | 700 | 1 |
| Sun, Jul 17, 2022 | 6010 | Houston, TX, US (IAH) to McAllen, TX, US (MFE) | 777 | 111 | 1 |
| MileagePlus accrual totals: | | | 5677 | 811 | 2 |

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Sun, Jul 17, 2022<br>San Juan, PR, US (SJU - Luis Muñoz Marín)<br>to McAllen, TX, US (MFE) | 0 USD | 45 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |

Baggage check-in must occur with United or United Express, and you must have valid MileagePlus Premier® Silver membership at time of check-in to qualify for waiver of the service charge for the first checked bag (within specified size and weight limits).

## Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, the traveler's frequent flyer status and the itinerary selected. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program
- Once travel has started, accruals will no longer display. You can view your MileagePlus account for posted accrual
- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown
- Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.
- Our Premier Program changes January 1, 2020. If your itinerary includes travel with a scheduled departure in 2020, you may see our old Premier accrual metrics if 1) you booked prior to May 1, 2019 and are viewing an emailed receipt or 2) you booked prior to August 1, 2019 and are viewing a receipt online.  The terms and conditions of Premier qualification can be found at united.com/qualify.

## International eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 60 minutes prior to scheduled departure.