**MBG North Corp.** 1931 Cordova Rd. Suite 3039, Ft. Lauderdale, FL 33316
**Invoice # 1163**, AUGUST 31, 2022  **Contractor:** Donald S. Gosselin, Esq.
**Dates of Service:** 1 AUG 2022 to 31 AUG 2022   **TERMS:** NET30

| Task Performed | US Hours | Dates | PR Hours | Billable Amount |
|---|---|---|---|---|
| On-Site Puerto Rico Labor Hours August Visit. See Trip Memo for details. | | August 29, 30, 31* | 24 | $3,840.00 |
| Communications & Coordination - all written comms to/from Monitors, PRPB, USDOJ; Review compliance targets, document and data requests, logistics; scheduling, on-site planning & coordination | 11.5 | AUG 4, 14, 15, 19 23,24,25 | | $1,840.00 |
| Teleconference Meeting; Monitors Office and Monitor Team Members. (Prep and Actual TC)s | 4.5 | AUG 1, 12, 13, 17 | | $720.00 |
| Data and Policy Analysis & Memos Promotions, Workplace Harrassment, Vehicle Stops, GO 100s124, Course REA-114, Radio Recordings, SARP & NAI rewrites, SARP Manual. et. al. | 39 | AUG 1,2,4, 5,6,8,10, 11,12, 13,15,17, 19,24,25,26 | | $6,240.00 |
| FEE WAIVER (PUERTO RICO) | | | 0 | $0.00 |
| | | | | |
| | **US Hours** | | **PR Hours** | |
| Net Hours @ $160/hr. | 55.00 | | 24.00 | $12,640.00 |
| Total Expenses (Air, Hotel, MIE; Meals, Parking, POV miles) | | | | $2,539.48 |
| **Allowable Fee** | | | | **$15,179.48** |

* the last days of this trip, Sep 1 and 2, will be reflected on the September 2022 invoice

| Travel Breakout | Traveler: Donald S. Gosselin - August 26 - September 2 | | | |
|---|---|---|---|---|
| Expense | Unit Cost | Units | Column1 | Total |
| Airfare | $ 1,109.10 | 1 | $ - | $ 1,109.10 |
| Baggage | $ - | 1 | | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | $ 33.98 | 1 | | $ 33.98 |
| Ground Transportation (Parking) | $ 14.00 | 5 | | $ 70.00 |
| Ground Transportation (POV Mileage) | $ 0.625 | 62 | | $ 38.75 |
| Lodging | $ 129.00 | 5 | | $ 645.00 |
| Per Diem (Travel Days) | $ 75.00 | 2 | | $ 150.00 |
| Per Diem (Full Days)(DOD OTHER $80+$20) | $ 100.00 | 3 | | $ 300.00 |
| Other: HOTEL TAX ($21.93+14.19+2.41day) | $ 38.53 | 5 | | $ 192.65 |
| Total | | | | $ 2,539.48 |

(see Department of Defense>Puerto Rico >Other) Caguas per diem rate is $100 for full days and $75. for travel days, which is less than the San Juan area.

The DoD lodging rate is slightly less at $159, and the base government rate offered in Caguas is well within the limit.

For verification please see (https://www.defensetravel.dod.mil/pdcgi/pd-rates/opdrates5.cgi)

The undersigned, Donald S. Gosselin, Esq. certifies that the amount billed in this invoice is true and correct and corresponds to my duties as a Federal Monitor and related travel expenses. I further certify that I have not received any income, compensation or payment for services from the Commonwealth of Puerto Rico or any of its departments or municipalities

**Donald S. Gosselin, Esq.**
Principal, MBG North Corp
31-Aug-22

Four Points by Sheraton Caguas
500 Alhambra En Granada Blvd
Caguas, PR 00726
United States
Tel: 787-653-1111 Fax: 787-653-1700

DONALD GOSSELIN

**FOUR POINTS BY SHERATON**

| | | |
|---|---|---|
| Page Number : | 1 | Invoice Nbr : 1000041544 |
| Guest Number : | 360564 | |
| Folio ID : | A | |
| Arrive Date : | 28-AUG-22 | 00:11 |
| Depart Date : | 02-SEP-22 | 07:01 |
| No. Of Guest : | 1 | |
| Room Number : | 219 | |
| Marriott Bonvoy Number : | 2555 | |

Tax Invoice

Tax ID :

Four Points Ca SJUFP SEP-02-2022 07:10 JVAZQUEZ

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 28-AUG-22 | DEPOSIT | Deposit-MC-1398 | | -167.53 |
| 28-AUG-22 | RT219 | Room Chrg - Govt./Military | 129.00 | |
| 28-AUG-22 | RT219 | Service Fee | 21.93 | |
| 28-AUG-22 | RT219 | Room Tax | 14.19 | |
| 28-AUG-22 | RT219 | State Tax | 2.41 | |
| 29-AUG-22 | RT219 | Room Chrg - Govt./Military | 129.00 | |
| 29-AUG-22 | RT219 | Service Fee | 21.93 | |
| 29-AUG-22 | RT219 | Room Tax | 14.19 | |
| 29-AUG-22 | RT219 | State Tax | 2.41 | |
| 30-AUG-22 | 4160 | Flor De Cana Eatery | 38.89 | |
| 30-AUG-22 | laundry | Laundry/Valet | 5.90 | |
| 30-AUG-22 | RT219 | Room Chrg - Govt./Military | 129.00 | |
| 30-AUG-22 | RT219 | Service Fee | 21.93 | |
| 30-AUG-22 | RT219 | Room Tax | 14.19 | |
| 30-AUG-22 | RT219 | State Tax | 2.41 | |
| 31-AUG-22 | 4007 | Flor De Cana Eatery | 5.35 | |
| 31-AUG-22 | 4406 | Laundry/Valet | 4.30 | |
| 31-AUG-22 | 4160 | Flor De Cana Eatery | 28.27 | |

Continued on the next page

Four Points by Sheraton Caguas
500 Alhambra En Granada Blvd
Caguas, PR  00726
United States
Tel: 787-653-1111 Fax: 787-653-1700

**FOUR POINTS BY SHERATON**

DONALD GOSSELIN

| | |
|---|---|
| Page Number : | 2 |
| Guest Number : | 360564 |
| Folio ID : | A |
| Arrive Date : | 28-AUG-22   00:11 |
| Depart Date : | 02-SEP-22   07:01 |
| No. Of Guest : | 1 |
| Room Number : | 219 |
| Marriott Bonvoy Number : | 2555 |

Invoice Nbr : 1000041544

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 31-AUG-22 | RT219 | Room Chrg - Govt./Military | 129.00 | |
| 31-AUG-22 | RT219 | Service Fee | 21.93 | |
| 31-AUG-22 | RT219 | Room Tax | 14.19 | |
| 31-AUG-22 | RT219 | State Tax | 2.41 | |
| 01-SEP-22 | RT219 | Room Chrg - Govt./Military | 129.00 | |
| 01-SEP-22 | RT219 | Service Fee | 21.93 | |
| 01-SEP-22 | RT219 | Room Tax | 14.19 | |
| 01-SEP-22 | RT219 | State Tax | 2.41 | |
| 02-SEP-22 | MC | Mastercard/Euro-1398 | | -752.83 |

\*\*\*For Authorization Purpose Only\*\*\*
xxxxxx1398

| Date | Time | Code | Authorized |
|---|---|---|---|
| 29-AUG-22 | 00:16 | 03387P | 638.72 |
| 28-AUG-22 | 00:43:04 | 01076P | 50.00 |
| 30-AUG-22 | 00:40:59 | 62847P | 56.05 |
| 31-AUG-22 | 02:01:05 | 90883P | 50.00 |

| | | |
|---|---|---|
| \*\* Total | 920.36 | -920.36 |
| \*\*\* Balance | -0.00 | |

Continued on the next page

Four Points by Sheraton Caguas
500 Alhambra En Granada Blvd
Caguas, PR 00726
United States
Tel: 787-653-1111 Fax: 787-653-1700

# FOUR POINTS BY SHERATON

DONALD GOSSELIN

| | | |
|---|---|---|
| Page Number | : | 3 |
| Guest Number | : | 360564 |
| Folio ID | : | A |
| Arrive Date | : | 28-AUG-22  00:11 |
| Depart Date | : | 02-SEP-22  07:01 |
| No. Of Guest | : | 1 |
| Room Number | : | 219 |

Invoice Nbr : 1000041544

I agreed to pay all room & incidental charges.

55

EXPENSE SUMMARY REPORT

Currency: USD

| Date | Room | Other | Total | Payment |
|---|---|---|---|---|
| 08-28-2022 | 0.00 | 0.00 | 0.00 | 0.00 |
| 08-29-2022 | 0.00 | 167.53 | 167.53 | 0.00 |
| 08-30-2022 | 0.00 | 212.32 | 212.32 | 0.00 |
| 08-31-2022 | 0.00 | 205.45 | 205.45 | 0.00 |
| 09-01-2022 | 0.00 | 167.53 | 167.53 | 0.00 |
| 09-02-2022 | 0.00 | 0.00 | 0.00 | -752.83 |
| Total | 0.00 | 752.83 | 752.83 | -752.83 |

Signature_____

←

# Trip Details



**8/28/22, 23:33**
OTHER

**$33.98**
+$6.00
Add to your tip

Carolina, 00979, Puerto Rico

500 Alhambra En Granada Blvd, Caguas, 00726, Puerto Rico

Receipt

You rated Jonathan     ★ ★ ★ ★ ★

After your trip, driver can't see your pickup or dropoff address details



View what your driver sees

Help

## Receipt

| | |
|---|---|
| P/S #28 | A Payment No.00000246 |
| T/D #22 | Ticket No.035732 |
| Entry Time | 08/28/2022 (Sun) 14:36 |
| Exit Time | 09/05/2022 (Mon) 22:19 |
| Parking Time | 8Days  7:43 |
| Parking Fee | Rate D   $126.00 |

AMEX
   Account #                              \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*2001
   Slip #                                        02017
   Auth Code                           0000598511
   Credit Card Amount          $126.00
   Cash Amount                        $0.00

Total                                        $126.00

        Thank You for Your Visit
           Please Come Again !

**From:** American Airlines no-reply@info.email.aa.com
**Subject:** Your trip confirmation (PWM - SJU)
**Date:** July 24, 2022 at 18:33
**To:** GOSSELIN.INTL@gmail.com GOSSELIN.INTL@GMAIL.COM



 

Issued: July 24, 2022

# Your trip confirmation and receipt

**Record Locator: REQVCN**

We charged $1,109.10 to your card ending in 1398 for your ticket purchase.

You can check in via the American app 24 hours before your flight and get your mobile boarding pass. Get the app and save time at the airport.

[ Manage your trip ]

## Sunday, August 28, 2022

| PWM | | PHL | Seat: 10F |
| --- | --- | --- | --- |
| 4:05 PM | → | 5:42 PM | Class: Economy (L) |
| Portland | | Philadelphia | Meals: |

**AA 5195**

Operated by PSA AIRLINES as AMERICAN EAGLE

PHL    SJU    Seat: 13D

| PHL | SJU | Seat: 15D |
| --- | --- | --- |
| 6:55 PM → 11:12 PM | | Class: Economy (L) |
| Philadelphia | San Juan | Meals: Food for purchase |
| AA 2294 | | |

### Friday, September 2, 2022

| SJU | CLT | Seat: 13C |
| --- | --- | --- |
| 3:38 PM → 7:22 PM | | Class: Economy (M) |
| San Juan | Charlotte | Meals: Food for purchase |
| AA 1852 | | |

| CLT | DCA | Seat: 5F |
| --- | --- | --- |
| 8:10 PM → 9:25 PM | | Class: Economy (M) |
| Charlotte | Washington Reagan | Meals: |
| AA 545 | | |

| DCA | PWM | Seat: 11A |
| --- | --- | --- |
| 10:14 PM → 11:49 PM | | Class: Economy (M) |
| Washington Reagan | Portland | Meals: |
| AA 2986 | | |

## Earn up to $200 Back

Plus 40,000 bonus miles. Terms Apply.



Learn more

## Your purchase

**DONALD GOSSELIN**

AAdvantage® #: 32A6M16

| | |
|---|---|
| New ticket<br>Ticket #: 0012444766243<br>[$1,042.00 + Taxes and fees $67.10] | $1,109.10 |
| **Total** | **$1,109.10** |

**Total cost** (all passengers)     **$1,109.10**

## Your payment

Credit Card (MasterCard ending 1398)     $1,109.10

**Total paid**     **$1,109.10**

## Bag information

Checked bags

**Airport**

| 1st bag | 2nd bag |
|---|---|
| No charge | $40.00 |

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)