# Rafael Ruiz Consulting

12 Crestshire Dr.
Lawrence, MA 01843

PHONE: 6177599156    stodgo1971@yahoo.com    12 Crestshire Dr.

## INVOICE

INVOICE NUMBER: 2022-08
INVOICE DATE: 8/31/2022

Federal Police Monitor for PR
VIG Tower, PH-924
1225 Ponce De Leon Ave.
San Juan, PR 00907

RAFAEL E. RUIZ CONSULTING

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: FPM work from Home | | | |
| 8/1/2022 | FPM work from Home | FPM Team bi-weekly meeting | 0.75 | $165.00 | $123.75 |
| 8/5/2022 | FPM work from Home | Download midterm data and review Par 73 data | 1.00 | $165.00 | $165.00 |
| 8/8/2022 | FPM work from Home | Discuss PPR-631.1 issue with Capt. Figueroa; Monthly meeting with Dep Monitor, re CMR-07 | 1.00 | $165.00 | $165.00 |
| 8/9/2022 | FPM work from Home | Work on search warrant midterm data files | 1.00 | $165.00 | $165.00 |
| 8/10/2022 | FPM work from Home | Work on CMR-07 midterm data | 6.50 | $165.00 | $1,072.50 |
| 8/16/2022 | FPM work from Home | Review/prep report on PPR-612.3 and GO 600-619; Work on CMR-07 midterm data | 6.00 | $165.00 | $990.00 |
| 8/17/2022 | FPM work from Home | Work on CMR-07 midterm data | 6.00 | $165.00 | $990.00 |
| 8/19/2022 | FPM work from Home | Work on CMR-07 midterm data | 3.00 | $165.00 | $495.00 |
| 8/22/2022 | FPM work from Home | Review PRPB GO 600-631, PPR-631.1, PPR-631.2, GO 400-402; Work on CMR-07 midterm data | 7.50 | $165.00 | $1,237.50 |
| 8/23/2022 | FPM work from Home | Work on CMR-07 midterm data | 6.50 | $165.00 | $1,072.50 |
| 8/27/2022 | FPM work from Home | Work on CMR-07 midterm data | 6.50 | $165.00 | $1,072.50 |
| 8/28/2022 | FPM work from Home | Work on CMR-07 midterm data | 8.00 | $165.00 | $1,320.00 |
| 8/29/2022 | FPM work from Home | FPM Team biweekly meeting; Work on CMR-07 midterm data | 6.25 | $165.00 | $1,031.25 |
| | | TOTAL: FPM work from Home | | | $9,900.00 |
| | | Total hours for this invoice | 60.00 | | |

| INVOICE BALANCE INFORMATION | |
|---|---|
| Total amount of this invoice | $9,900.00 |

INVOICE NUMBER: 2022-08

| INVOICE BALANCE INFORMATION (Cont'd.) | |
|---|---|
| Current invoice balance | $9,900.00 |

| |
|---|
| AMOUNT DUE ON THIS INVOICE: $9,900.00 |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of the hours worked in my capacity as a member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*Rafael E. Ruiz*
Rafael E. Ruiz

Date: August 31, 2022