**INVOICE 0090(R1) FOR PROFESSIONAL SERVICES; AUG 1, 2022, THROUGH AUG 31, 2022**
**RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC, 13932 SOUTH SPRINGS DR, CLIFTON VA 20124**

TO:   **Federal Monitor**
      **Puerto Rico Police Department Consent Decree**

The invoice for professional services rendered by Crystal Reef LLC (Monitoring Core Team) for August 2022 is detailed as follows:

| Task Performed | US Hours | Dates | PR Hours | Billable Amount |
|---|---|---|---|---|
| On-Site Puerto Rico | | Aug - 22,23,24 | 24.00 | $3,960.00 |
| Communications & Coordination - telcons and emails to/from Monitors, PRPB, FMPR Logistics and planning for on-site visits, collaboration meetings, coordinate and reconcile schedules and travel planning, review UoF discrepancies, Media Interpretations and notices of the reform and Monitor, review of Decree applicability of Para 223 and 85 WRT Training, recruit Gartner project monitor | 8.5 | Aug - 1,2,4,8,13,18,19,20,25,28,29,30,31 | | $1,402.50 |
| Teleconference Meetings (random, bi-weekly) with Monitors Office and Deputy Monitor. Review site vists, agenda, needed demonstrations and meetings/reviews with Parties | 3.75 | Aug - 1,15,29 | | $618.75 |
| Develop Compliance Matrix for monitoring of Gartner contract Execution - draft, revise, coordinate, manage | 3.75 | Aug - 2,8,14,15,20,27,28 | | $618.75 |
| Gartner - IT Needs/Requirements assessment - Teleconference meetings, task monitoring, review of correspondence between Gartner and parties, meeting coordination, review Weekly Meeting Minutes 8/5, 12, 19, attend weekly status meetings. Meet with Gartner Program Manager, prep for weeklies | 9.25 | Aug - 5,8,11,12,13,20,25,26,29 | | $1,526.25 |
| AH Datalytics - Meetings, Calls, emails, Teleconferences, review AHD Plan to accelerate the Reform, assess progress and dashboards | 2.25 | Aug - 4,13,18 | | $371.25 |
| CMR-7 coordination and planning | 0.75 | Aug - 8 | | $123.75 |
| Review, reconcile and re-baseline all PRPB provided data for responsiveness, validity, and relevance of data to requests from monitors within CMR's - 3,4,5,6 and 7 | 9.5 | Aug - 14,20,27,30,31 | | $1,567.50 |
| Review Data Request Response from PRPB (2.2) | 0.75 | Aug - 14,20 | | $123.75 |
| General Order 402 - Translate, review for applicability, respond to Federal Monitor with opinion. | 1 | Aug - 18 | | $165.00 |
| UoF Demo with BT, FM, DFM - prep, teleconference, follow up with John Romero, generate notes | 2 | Aug - 30 | | $330.00 |
| | | | | |
| Net Hours @ $165/hr. | 41.50 | | 24.00 | $10,807.50 |

1

| Total Expenses (Air, Hotel, Incidentals, Meals, Parking, POV miles, Uber Home) | | $1,530.27 |
|---|---|---|
| **Allowable Fee** | | **$12,337.77** |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

INVOICE PRESENTED BY: _[signature]_ : Scott Cragg, Monitoring Core Team

# Office of the TCA - Travel Reimbursement Form

Traveler Name: Scott Cragg
Travel Dates: Aug 21 - Aug 24 2022
Purpose of Travel: On-Site Monitoring

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 518.60 | 1 | $ 518.60 |
| Baggage | $ - | 0 | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | $ 64.99 | 1 | $ 64.99 |
| Ground Transportation (Parking) | | 0 | $ - |
| Ground Transportation (Mileage) | $ 0.625 | 191 | $ 119.38 |
| Lodging | $ 141.60 | 3 | $ 424.80 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 2 | $ 230.00 |
| Other: | | 1 | $ - |
| Total | | | $ 1,530.27 |

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

| | | | |
|---|---|---|---|
| **SJU** | **DCA** | Date | Wed, Aug 24 |
| San Juan, PR | Washington, DC | Departs | 6:13pm |
| **Terminal:** A | | Arrives | 9:59pm |
| | | Flight | 1348 |

# jetBlue

**If your booking was made at least 7 days in advance:** You may cancel it within 24 hours for a full refund to your original form of payment, without a cancellation fee.

**JetBlue Change/Cancel Policy:** There is no fee to change (or cancel) Blue, Blue Extra, Blue Plus or Mint fares. Blue Basic fares booked Jun 8 2021 - Aug 24 2021 and after Nov 1 2021 are subject to a change/cancel fee of $100 for travel wholly within the U.S., Caribbean, Mexico or Central America, or $200 for all other routes. There are no change/cancel fees for Blue Basic fares booked before Jun 8 2021 or between Aug 25 2021 - Oct 31 2021.

Fare difference may apply and funds may be issued as a JetBlue Travel Bank credit, valid for 12 months on any JetBlue-operated flight. As a Mosaic, same-day switches may be made without a fee or fare difference. Click here for details on our change and cancel policies.

## Traveler Details

**SCOTT POMAIALOHA CRAGG**

**Frequent Flier:** B6 3363415311

**Ticket number:** 2792198637462

**SJU - DCA:**

**Fare:** Blue

**Carry-on bags:** One (1) carry-on bag and one (1) personal item included in your fare.

**Checked bags:** Your Mosaic membership includes two (2) checked bags per person. If you need to check more than two bags, these can only be added at the

ticket counter on your day of travel, and other baggage restrictions may apply.

**Seat:** 13F

**Notes:** Even More Speed



Get up to 7" more legroom, a fast lane to the TSA checkpoint (select cities), and early boarding—all the better to nab that overhead bin.

**Add Even More Space ▶**

## Payment Details

Visa XXXXXXXXXXXX6833

| | |
|---|---|
| NONREF | $249.00 |
| Taxes & fees | $29.80 |
| **Total:** | **$278.80 USD** |

Purchase Date: Jul 22, 2022

Request full receipt



Plan the rest of your trip with Paisly.

Get deals on cars, stays & activities from the crew you love at JetBlue—all while earning TrueBlue points. Plus, helpful humans are standing by to make your trip totally hassle-free.

**Subject:** JetBlue booking confirmation for SCOTT POMAIALOHA CRAGG - SAFGSP
**Date:** Monday, July 4, 2022 at 11:30:45 PM Eastern Daylight Time
**From:** JetBlue Reservations
**To:** spcragg@verizon.net

Check out the details for your trip on Sun, Aug 21



# jetBlue

**TRUE BLUE | #3363415311**

## You're all set to jet.

And, your continued loyalty is what keeps us flying high. Thanks again for being a Mosaic member.

Please note: This is not your boarding pass.

**Your JetBlue confirmation code is**    **SAFGSP**

## Change made easy.

Switch or cancel flights, add extras like Even More Space or pets, update your seat assignment, TrueBlue & KTN numbers, and other traveler details—all in one place. Stay safe from fraud—use only jetblue.com or the JetBlue app to switch or cancel your flights.

**Manage trip**

You can also manage your trips by downloading our free mobile app.

## Flights

**MCO**
Orlando, FL

**SJU**
San Juan, PR

**Date** Sun, Aug 21
**Departs** 11:10am

| | | | |
|---|---|---|---|
| **Terminal:** A | | Arrives | 2:08pm |
| | | Flight | 1033 |

# jetBlue

---

**If your booking was made at least 7 days in advance:** You may cancel it within 24 hours for a full refund to your original form of payment, without a cancellation fee.

**JetBlue Change/Cancel Policy:** There is no fee to change (or cancel) Blue, Blue Extra, Blue Plus or Mint fares. Blue Basic fares booked Jun 8 2021 - Aug 24 2021 and after Nov 1 2021 are subject to a change/cancel fee of $100 for travel wholly within the U.S., Caribbean, Mexico or Central America, or $200 for all other routes. There are no change/cancel fees for Blue Basic fares booked before Jun 8 2021 or between Aug 25 2021 - Oct 31 2021.

Fare difference may apply and funds may be issued as a JetBlue Travel Bank credit, valid for 12 months on any JetBlue-operated flight. As a Mosaic, same-day switches may be made without a fee or fare difference. Click here for details on our change and cancel policies.

---

## Traveler Details

**SCOTT POMAIALOHA CRAGG**

**Frequent Flier:** B6 3363415311

**Ticket number:** 2792197245245

---

**MCO - SJU:**

**Fare:** Blue

**Carry-on bags:** One (1) carry-on bag and one (1) personal item included in your fare.

**Checked bags:** Your Mosaic membership includes two (2) checked bags per person. If you need to check more than two bags, these can only be added at the ticket counter on your day of travel, and other baggage restrictions may apply.

**Seat:** 8C



Get up to 7" more legroom, a fast lane to the TSA checkpoint (select cities), and early boarding—all the better to nab that overhead bin.

**Add Even More Space ▶**

## Payment Details

XXXXXXXXXXX3831
Visa XXXXXXXXXXX6833

| | |
|---|---|
| NONREF | $210.00 |
| Taxes & fees | $29.80 |
| **Total:** | **$239.80 USD** |



Purchase Date: Jul 4, 2022

Request full receipt



## Plan the rest of your trip with Paisly.

Get deals on cars, stays & activities from the crew you love at JetBlue—all while earning TrueBlue points. Plus, helpful humans are standing by to make your trip totally hassle-free.

**Subject:** Your Wednesday evening trip with Uber
**Date:** Wednesday, August 24, 2022 at 10:42:42 PM Eastern Daylight Time
**From:** Uber Receipts
**To:** spcragg@verizon.net

# Uber

Total **$64.99**
August 24, 2022

## Thanks for tipping, scott

Here's your updated Wednesday evening ride receipt.



## Total                                $64.99

◆ You earned 119 points on this trip

---

Trip fare                                                      $46.55

---

**Subtotal**                                                   $46.55

Booking Fee ❓                                                  $7.89

Temporary Fuel Surcharge ❓                                     $0.55

DCA Airport Surcharge                                           $5.00

# COURTYARD Marriott

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Scott Cragg
13932 S Springs Dr
Clifton VA 20124
United States

Room: 0906
Room Type: EKNG
No. of Guests: 1
Rate: $ 120.00   Clerk: 8

Marriott Rewards # 797225828

CRS Number  74980313

Name:

Arrive: 08-21-22   Time: 02:43 PM   Depart: 08-24-22   Folio Number: 701763

| Date | Description | Charges | Credits |
|---|---|---|---|
| 08-21-22 | Package | 120.00 | |
| 08-21-22 | Government Tax | 10.80 | |
| 08-21-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 08-22-22 | Package | 120.00 | |
| 08-22-22 | Government Tax | 10.80 | |
| 08-22-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 08-22-22 | COMEDOR- Guest Charge (Breakfast) | 7.35 | |
| 08-23-22 | Package | 120.00 | |
| 08-23-22 | Government Tax | 10.80 | |
| 08-23-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 08-23-22 | COMEDOR- Guest Charge (Breakfast) | 1.40 | |
| 08-24-22 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 08-24-22 | Visa Card | | 437.55 |
| | Card # XXXXXXXXXXXX6833 | | |

Balance   0.00 USD

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today. Start earning points and elite status, plus enjoy exclusive member offers. Enroll today at the front desk.