**CORREA ACEVEDO & ABESADA LAW OFFICES, PSC**
Centro Internacional de Mercadeo - II
90 Carr. 165 Suite 407
Guaynabo, PRI 00968
USA

September 1, 2022
Invoice # 20150

**United States v. Commonwealth of Puerto Rico**
**Police Reform, Case No. 12-2039 (GAG)**

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  | PT |  |  |  |
| 8/1/2022 | RAA | Review email from L. Saucedo. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review email from J. Romero. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Plan and prepare for team meeting. Attend team meeting. | 2.20<br>225.00/hr | 495.00 |
|  | RAA | Exchange of emails with parties and special master regarding latest filing by PRPB and to schedule UOF meeting. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Review email from D. Rodriguez. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Email to S. Rhinerson | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Exchange of emails with J. Romero. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Review email from deputy clerk with draft minute. Revise minute. | 0.40<br>225.00/hr | 90.00 |
|  | RAA | Telephone call from J. Romero. | 0.30<br>225.00/hr | 67.50 |

787-273-8300

|            |     |                                                                  | Hrs/Rate        | Amount |
|------------|-----|------------------------------------------------------------------|-----------------|--------|
| 8/1/2022   | RAA | Review emails from S. Rhinerson.                                  | 0.20 225.00/hr  | 45.00  |
|            | RAA | Review email from G. Loeffert.                                    | 0.10 225.00/hr  | 22.50  |
|            | RAA | Review email from L. Saucedo.                                     | 0.10 225.00/hr  | 22.50  |
|            | RAA | Review email from D. Rodriguez.                                   | 0.10 225.00/hr  | 22.50  |
|            | RAA | Review CMR timeline.                                              | 0.10 225.00/hr  | 22.50  |
|            | RAA | Review email from S. Rhinerson.                                   | 0.10 225.00/hr  | 22.50  |
|            | RAA | Review order scheduling status conference and agenda.             | 0.20 225.00/hr  | 45.00  |
|            | RAA | Email order to monitors.                                          | 0.10 225.00/hr  | 22.50  |
|            | RAA | Review order on motion in compliance.                             | 0.10 225.00/hr  | 22.50  |
|            | RAA | Review order on motion to restrict.                               | 0.10 225.00/hr  | 22.50  |
|            | RAA | Review order on motion for leave to file Spanish documents.       | 0.10 225.00/hr  | 22.50  |
|            | RAA | Exchange of emails with J. Romero.                                | 0.20 225.00/hr  | 45.00  |
|            | RAA | Review email from L. Saucedo.                                     | 0.10 225.00/hr  | 22.50  |
|            | RAA | Review and respond to emails from D. Levy and D. Rodriguez.       | 0.20 225.00/hr  | 45.00  |
| 8/2/2022   | RAA | Review email from R. Watkins.                                     | 0.10 225.00/hr  | 22.50  |
|            | RAA | Review email from D. Levy.                                        | 0.10 225.00/hr  | 22.50  |
|            | RAA | Review email from A. Garffer.                                     | 0.10 225.00/hr  | 22.50  |
|            | RAA | Email to monitors regarding UOF incident in the press.            | 0.20 225.00/hr  | 45.00  |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/2/2022 | RAA | Telephone call from J. Romero. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review and respond to several emails from D. Rodriguez. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review and respond to email from reporter from El Vocero. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review email from L. Saucedo. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email from A. Garffer. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Plan and prepare for meeting today. Appear and attend meeting. | 2.20<br>225.00/hr | 495.00 |
| 8/3/2022 | RAA | Review PRPB motion submitting ninety-day report on implementation plan. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review report. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review motion to restrict. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review motion for leave to file Spanish document. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Email monitor with report and motion. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email from A. Del Carmen with CV of new assistant special master. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review CV of new assistant special master. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email from S. Rhinerson. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email from L. Saucedo and response from A. Del Carmen. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email from J. Gonzalez. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review emails from D. Rodriguez and J. Romero. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review email from L. Hidalgo with memo. | 0.10<br>225.00/hr | 22.50 |

|            |     |                                                                                    | Hrs/Rate          | Amount |
|------------|-----|------------------------------------------------------------------------------------|-------------------|--------|
| 8/3/2022   | RAA | Revise memo and provide feedback to monitors.                                      | 0.30 225.00/hr    | 67.50  |
|            | RAA | Review emails from J. Romero and D. Rodriguez regarding memo.                      | 0.20 225.00/hr    | 45.00  |
|            | RAA | Review email from J. Gonzalez with invoices.                                       | 0.10 225.00/hr    | 22.50  |
|            | RAA | Review email from L. Saucedo.                                                      | 0.10 225.00/hr    | 22.50  |
|            | RAA | Review email from Y. Acevedo from PRPB.                                            | 0.10 225.00/hr    | 22.50  |
|            | RAA | Review email from reporter of El Vocero.                                           | 0.10 225.00/hr    | 22.50  |
|            | RAA | Exchange of electronic communications with D. Rodriguez.                           | 0.20 225.00/hr    | 45.00  |
|            | RAA | Review order on motion to submit.                                                  | 0.10 225.00/hr    | 22.50  |
|            | RAA | Review order on motion to restrict.                                                | 0.10 225.00/hr    | 22.50  |
|            | RAA | Review order on motion for leave to file Spanish document.                         | 0.10 225.00/hr    | 22.50  |
| 8/4/2022   | RAA | Review emails from D. Rodriguez.                                                   | 0.20 225.00/hr    | 45.00  |
|            | RAA | Plan and prepare for team meeting.  Attend team meeting.                           | 0.90 225.00/hr    | 202.50 |
|            | RAA | Review order on informative motion.                                                | 0.10 225.00/hr    | 22.50  |
|            | RAA | Review emails from M. Serrano.                                                     | 0.10 225.00/hr    | 22.50  |
|            | RAA | Review emails from S. Cragg.                                                       | 0.10 225.00/hr    | 22.50  |
| 8/5/2022   | RAA | Review emails from S. Rhinerson and D. Rodriguez.                                  | 0.20 225.00/hr    | 45.00  |
|            | RAA | Review and analyze email from Gartner with status report.  Review status report.   | 0.40 225.00/hr    | 90.00  |
| 8/8/2022   | RAA | Review emails from D. Rodriguez and S. Rhinerson.                                  | 0.20 225.00/hr    | 45.00  |

|  |  |  | Description | Hrs/Rate | Amount |
|---|---|---|---|---:|---:|
| 8/8/2022 | RAA |  | Review updated agenda. | 0.10<br>225.00/hr | 22.50 |
|  | RAA |  | Plan and prepare for meeting today. Appear and attend meeting. | 0.90<br>225.00/hr | 202.50 |
|  | RAA |  | Review email from D. Levy. | 0.10<br>225.00/hr | 22.50 |
|  | RAA |  | Review excel sheet subject and of need of translation. Exchange of emails with D. Levy. | 0.30<br>225.00/hr | 67.50 |
|  | RAA |  | Review email from J. Romero with memo. | 0.10<br>225.00/hr | 22.50 |
|  | RAA |  | Revise memo and email feedback to J. Romero. | 0.30<br>225.00/hr | 67.50 |
|  | RAA |  | Review and respond to email inquiry from D. Rodriguez. | 0.20<br>225.00/hr | 45.00 |
| 8/9/2022 | RAA |  | Review and respond to email from D. Rodriguez. | 0.10<br>225.00/hr | 22.50 |
|  | RAA |  | Review order on notices of special master. | 0.10<br>225.00/hr | 22.50 |
|  | RAA |  | Review emails re: El Vocero article. | 0.20<br>225.00/hr | 45.00 |
|  | RAA |  | Review and analysis of federal docket regarding pending compliance items. | 0.50<br>225.00/hr | 112.50 |
|  |  | SUBTOTAL: |  | [   17.30 | 3,892.50] |
|  |  | AS |  |  |  |
| 8/10/2022 | YMT |  | Translated documents. | 1.00<br>150.00/hr | 150.00 |
|  |  | SUBTOTAL: |  | [    1.00 | 150.00] |
|  |  | PT |  |  |  |
| 8/10/2022 | RAA |  | Review multiple emails from J. Romero and D. Rodriguez. | 0.40<br>225.00/hr | 90.00 |
|  | RAA |  | Review email from L. Saucedo. | 0.10<br>225.00/hr | 22.50 |
|  | RAA |  | Review email and finalized memo from S. Rhinerson. | 0.20<br>225.00/hr | 45.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/10/2022 | RAA | Revise translation. | 0.30 225.00/hr | 67.50 |
|  | SUBTOTAL: |  | [    1.00 | 225.00] |
|  | AS |  |  |  |
| 8/11/2022 | YMT | Prepare and file motion for disbursement of funds. | 0.60 150.00/hr | 90.00 |
|  | SUBTOTAL: |  | [    0.60 | 90.00] |
|  | PT |  |  |  |
| 8/11/2022 | RAA | Review email from L. Saucedo. | 0.10 225.00/hr | 22.50 |
|  | RAA | Review and respond to email from D. Rodriguez. | 0.20 225.00/hr | 45.00 |
|  | RAA | Plan and prepare for team meeting. Attend team meeting. | 1.30 225.00/hr | 292.50 |
|  | RAA | Revise motion for disbursement of funds. | 0.20 225.00/hr | 45.00 |
|  | RAA | Review federal docket record re: expenditures issue. | 0.20 225.00/hr | 45.00 |
|  | RAA | Email to J. Romero re: expenditures issue. | 0.20 225.00/hr | 45.00 |
|  | RAA | Review email from G. Peñagarícano. | 0.10 225.00/hr | 22.50 |
|  | RAA | Telephone call from J. Romero. | 0.30 225.00/hr | 67.50 |
|  | RAA | Continue revisions of translation. | 0.30 225.00/hr | 67.50 |
|  | RAA | Exchange of emails with D. Levy. | 0.20 225.00/hr | 45.00 |
|  | RAA | Review email from D. Rodriguez. | 0.10 225.00/hr | 22.50 |
| 8/12/2022 | RAA | Revise memo prepared by L. Hidalgo and provided feedback. | 0.30 225.00/hr | 67.50 |
|  | RAA | Review emails from D. Rodriguez and J. Romero. | 0.20 225.00/hr | 45.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/12/2022 | RAA | Telephone call from J. Romero. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Plan and prepare for meeting with the parties. Attend meeting. | 1.50<br>225.00/hr | 337.50 |
| | RAA | Telephone call from J. Romero. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review email and report from Gartner. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review emails from L. Saucedo and J. Romero. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Revise minute of proceedings. Review changes made by USDOJ. Review emails from USDOJ and Special Master. Email to monitor. | 0.60<br>225.00/hr | 135.00 |
| 8/13/2022 | RAA | Review emails from L. Saucedo and A. Del Carmen. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review emails from D. Rodriguez and J. Romero. | 0.10<br>225.00/hr | 22.50 |
| 8/15/2022 | RAA | Review email from J. Gonzalez with enclosed newspaper article. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review newspaper article. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review and respond to electronic communication from J. Romero and D. Rodriguez. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Videocall with J. Romero and D. Rodriguez. | 0.40<br>225.00/hr | 90.00 |
| | RAA | Review and respond to emails and legal inquiries from D. Gosselin. | 0.50<br>225.00/hr | 112.50 |
| | RAA | Review and respond to emails from D. Rodriguez and J. Romero. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review emails from counsel for PRPB and USDOJ. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Telephone call from J. Romero. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Videocall with parties and monitor. | 0.40<br>225.00/hr | 90.00 |
| | RAA | Post meeting call with J. Romero. | 0.20<br>225.00/hr | 45.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/15/2022 | RAA | Review emails from L. Saucedo and A. Del Carmen. | 0.20　225.00/hr | 45.00 |
| 8/16/2022 | RAA | Review motion submitting translations. | 0.10　225.00/hr | 22.50 |
|  | RAA | Review motion to restrict. | 0.10　225.00/hr | 22.50 |
|  | RAA | Email to monitors with translations. | 0.10　225.00/hr | 22.50 |
|  | RAA | Review and analyze translated documents. | 0.40　225.00/hr | 90.00 |
|  | RAA | Review emails from D. Rodriguez. | 0.20　225.00/hr | 45.00 |
|  | RAA | Review and analyze emails from L. Saucedo and A. Del Carmen. | 0.20　225.00/hr | 45.00 |
|  | RAA | Review analysis prepared by USDOJ of office of Inspector General. | 0.40　225.00/hr | 90.00 |
| 8/17/2022 | RAA | Review email from special master. | 0.10　225.00/hr | 22.50 |
|  | RAA | Review email from L. Saucedo. | 0.10　225.00/hr | 22.50 |
|  | RAA | Review email from A. Del Carmen. | 0.10　225.00/hr | 22.50 |
|  | RAA | Review order on promotions protocol. | 0.10　225.00/hr | 22.50 |
|  | RAA | Telephone call and electronic communications from J. Romero. | 0.30　225.00/hr | 67.50 |
|  | RAA | Review electronic communications regarding promotions protocol. | 0.40　225.00/hr | 90.00 |
|  | RAA | Review electronic communications regarding minutes of last hearing. | 0.30　225.00/hr | 67.50 |
|  | RAA | Review order on site visit to police academy. | 0.10　225.00/hr | 22.50 |
|  | RAA | Email order to monitors. | 0.10　225.00/hr | 22.50 |
|  | RAA | Review emails from counsel for PRPB and USDOJ. | 0.20　225.00/hr | 45.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/18/2022 | RAA | Exchange of emails with team regarding recent court order. | 0.20　225.00/hr | 45.00 |
| | RAA | Plan and prepare for meeting with monitor. Attend videocall. | 0.90　225.00/hr | 202.50 |
| | RAA | Review email from D. Gosselin. | 0.10　225.00/hr | 22.50 |
| | RAA | Review and respond to email inquiry from D. Rodriguez. | 0.20　225.00/hr | 45.00 |
| | RAA | Review email from A. Garffer. Email to counsel regarding the same. | 0.30　225.00/hr | 67.50 |
| | RAA | Telephone call from J. Romero. | 0.30　225.00/hr | 67.50 |
| | RAA | Review and respond to email inquiry from J. Gonzalez. | 0.20　225.00/hr | 45.00 |
| | RAA | Review email from S. Rhinerson. | 0.10　225.00/hr | 22.50 |
| | RAA | Review email from G. Peñagarícano. | 0.10　225.00/hr | 22.50 |
| | RAA | Review email from A. Del Carmen. | 0.10　225.00/hr | 22.50 |
| | RAA | Telephone call from J. Romero. | 0.20　225.00/hr | 45.00 |
| | RAA | Conference call from L. Saucedo and J. Romero. | 0.50　225.00/hr | 112.50 |
| 8/19/2022 | RAA | Review motion for order regarding appearance of persons to hearing. | 0.10　225.00/hr | 22.50 |
| | RAA | Review minutes of proceedings of last hearing. | 0.10　225.00/hr | 22.50 |
| | | SUBTOTAL: | [　16.50 | 3,712.50] |

PARALEGAL

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/21/2022 | SL | Preparation for site visits next week. | 2.00　90.00/hr | 180.00 |
| | SL | Legal research requested by general counsel on promotions protocol legal issues. | 3.00　90.00/hr | 270.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
|  | SUBTOTAL: |  | [ 5.00 | 450.00] |
|  | PT |  |  |  |
| 8/21/2022 | RAA | Telephone call from J. Romero. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Began preparation for meetings and hearing next week. | 1.70<br>225.00/hr | 382.50 |
|  | SUBTOTAL: |  | [ 2.00 | 450.00] |
|  | PARALEGAL |  |  |  |
| 8/22/2022 | SL | Meeting with general counsel. | 0.50<br>90.00/hr | 45.00 |
|  | SL | Appear and attend morning meetings today at PRPB. | 4.00<br>90.00/hr | 360.00 |
|  | SL | Appear and attend afternoon meetings today at PRPB. | 4.50<br>90.00/hr | 405.00 |
|  | SUBTOTAL: |  | [ 9.00 | 810.00] |
|  | PT |  |  |  |
| 8/22/2022 | RAA | Review emails from Gartner. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Calls and emails with S. Cragg. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Meeting with paralegal. | 0.50<br>225.00/hr | 112.50 |
|  | RAA | Preparation for afternoon meeting with court. | 2.90<br>225.00/hr | 652.50 |
|  | RAA | Review court order on motion to excuse appearance. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review and analyze PRPB's motion in compliance with order and enclosures. | 0.40<br>225.00/hr | 90.00 |
|  | RAA | Email motion and enclosures to monitors. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review emails from J. Castillo and A. Del Carmen. | 0.20<br>225.00/hr | 45.00 |

|            |     |                                                                                              | Hrs/Rate        | Amount    |
|------------|-----|----------------------------------------------------------------------------------------------|-----------------|-----------|
| 8/22/2022  | RAA | Appear and attend meeting with court at Old San Juan courthouse. Appear and attend meeting at PRPB with parties. | 5.60 225.00/hr | 1,260.00  |
|            |     | SUBTOTAL:                                                                                    | [ 10.30         | 2,317.50] |
|            |     | PARALEGAL                                                                                    |                 |           |
| 8/23/2022  | SL  | Attend status conference.                                                                    | 7.30 90.00/hr   | 657.00    |
|            |     | SUBTOTAL:                                                                                    | [ 7.30          | 657.00]   |
|            |     | PT                                                                                           |                 |           |
| 8/23/2022  | RAA | Review motion to restrict.                                                                   | 0.10 225.00/hr  | 22.50     |
|            | RAA | Review motion for leave to file Spanish documents.                                           | 0.10 225.00/hr  | 22.50     |
|            | RAA | Preparation prior to hearing.                                                                | 1.70 225.00/hr  | 382.50    |
|            | RAA | Appear and attend court hearing at Old San Juan Courthouse.                                  | 7.30 225.00/hr  | 1,642.50  |
|            | RAA | Posthearing conference with team.                                                            | 0.40 225.00/hr  | 90.00     |
|            | RAA | Telephone call from J. Romero.                                                               | 0.30 225.00/hr  | 67.50     |
|            | RAA | Review emails from J. Gonzalez and D. Rodriguez.                                             | 0.20 225.00/hr  | 45.00     |
| 8/24/2022  | RAA | Review email from J. C. Rivera.                                                              | 0.10 225.00/hr  | 22.50     |
|            | RAA | Review order on motion for disbursement of funds.                                            | 0.10 225.00/hr  | 22.50     |
|            | RAA | Emails and calls with J. Gonzalez regarding order.                                           | 0.30 225.00/hr  | 67.50     |
|            | RAA | Preparation of informative motion in compliance with order.                                  | 0.50 225.00/hr  | 112.50    |
|            | RAA | Electronically file informative motion and email the same to J. Gonzalez.                    | 0.10 225.00/hr  | 22.50     |
|            | RAA | Review order on PRPB's motion in compliance.                                                 | 0.10 225.00/hr  | 22.50     |

|            |     |                                                                                                                                                                                        | Hrs/Rate         | Amount    |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------|-----------|
| 8/24/2022  | RAA | Review order granting motion to restrict.                                                                                                                                              | 0.10 225.00/hr   | 22.50     |
|            | RAA | Order on motion for leave to file Spanish documents.                                                                                                                                   | 0.10 225.00/hr   | 22.50     |
|            |     | SUBTOTAL:                                                                                                                                                                              | [    11.50       | 2,587.50] |
|            | PARALEGAL |                                                                                                                                                                                  |                  |           |
| 8/26/2022  | SL  | Post meeting debriefing and analyzing of the Operational Systems Demonstrations (Supervision and No Punitive Fouls Module). Reading and incorporating notes of the manuals sent by PRPB. Organizing the notes of both meetings | 2.50 90.00/hr    | 225.00    |
|            |     | SUBTOTAL:                                                                                                                                                                              | [     2.50       | 225.00]   |
|            | PT  |                                                                                                                                                                                        |                  |           |
| 8/26/2022  | RAA | Review email and status report from Gartner.                                                                                                                                           | 0.30 225.00/hr   | 67.50     |
|            | RAA | Exchange of emails with J. Romero.                                                                                                                                                     | 0.30 225.00/hr   | 67.50     |
|            | RAA | Review email from J. Gonzalez.                                                                                                                                                         | 0.10 225.00/hr   | 22.50     |
|            | RAA | Review press articles on LUMA protests.                                                                                                                                                | 0.20 225.00/hr   | 45.00     |
|            | RAA | Review notices filed by special master.                                                                                                                                                | 0.30 225.00/hr   | 67.50     |
| 8/27/2022  | RAA | Review emails from J. Gonzalez.                                                                                                                                                        | 0.20 225.00/hr   | 45.00     |
|            | RAA | Emails and calls regarding LUMA protests.                                                                                                                                              | 0.60 225.00/hr   | 135.00    |
|            | RAA | Conferences with deputy monitor on site visit meeting, reporting, and other matters.                                                                                                   | 0.90 225.00/hr   | 202.50    |
| 8/28/2022  | RAA | Review emails from D. Rodriguez, J. Romero, L. Saucedo, and S. Rhinerson.                                                                                                              | 0.40 225.00/hr   | 90.00     |
|            | RAA | Review and analyze proposed topics for 253 meeting.                                                                                                                                    | 0.20 225.00/hr   | 45.00     |
|            |     | SUBTOTAL:                                                                                                                                                                              | [     3.50       | 787.50    |

|            |     |                                                                                                                                                                                                                                                                          |   | Hrs/Rate          | Amount   |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|---|-------------------|----------|
|            |     | PARALEGAL                                                                                                                                                                                                                                                                |   |                   |          |
| 8/29/2022  | SL  | Biweekly meeting.                                                                                                                                                                                                                                                        |   | 1.20 90.00/hr     | 108.00   |
|            | SL  | Received email from Deputy Monitor on August 28, 2022, to draft a crosswalk of the different timelines of the various orders and plans that have been submitted to the court and consolidate the timelines into one document/table. Email exchanges with Deputy Monitor. Prepared the crosswalk |   | 2.50 90.00/hr     | 225.00   |
|            |     | SUBTOTAL:                                                                                                                                                                                                                                                                | [ | 3.70              | 333.00]  |
|            |     | PT                                                                                                                                                                                                                                                                       |   |                   |          |
| 8/29/2022  | RAA | Review emails from S. Rhinerson.                                                                                                                                                                                                                                         |   | 0.20 225.00/hr    | 45.00    |
|            | RAA | Review emails from D. Rodriguez and enclosures.                                                                                                                                                                                                                          |   | 0.40 225.00/hr    | 90.00    |
|            | RAA | Plan and prepare for team meeting today.                                                                                                                                                                                                                                 |   | 0.30 225.00/hr    | 67.50    |
|            | RAA | Appear and attend team meeting.                                                                                                                                                                                                                                          |   | 1.20 225.00/hr    | 270.00   |
|            | RAA | Review email from C. Figueroa.                                                                                                                                                                                                                                           |   | 0.10 225.00/hr    | 22.50    |
|            | RAA | Review CIT plan Arecibo.                                                                                                                                                                                                                                                 |   | 0.40 225.00/hr    | 90.00    |
|            |     | SUBTOTAL:                                                                                                                                                                                                                                                                | [ | 2.60              | 585.00]  |
|            |     | PARALEGAL                                                                                                                                                                                                                                                                |   |                   |          |
| 8/30/2022  | SL  | Post meeting debriefing and analyzing and notes for the August 22 meeting with M. Serrano and Drto discuss community policing technical assistance progress and updates                                                                                                  |   | 1.50 90.00/hr     | 135.00   |
|            | SL  | Attend August 253 Meeting.                                                                                                                                                                                                                                               |   | 1.60 90.00/hr     | 144.00   |
|            |     | SUBTOTAL:                                                                                                                                                                                                                                                                | [ | 3.10              | 279.00]  |
|            |     | PT                                                                                                                                                                                                                                                                       |   |                   |          |
| 8/30/2022  | RAA | Review email from special master.                                                                                                                                                                                                                                        |   | 0.10 225.00/hr    | 22.50    |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/30/2022 | RAA | Review emails from D. Rodriguez. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Plan and prepare for 253 meeting. | 0.70<br>225.00/hr | 157.50 |
|  | RAA | Appear and attend 253 meeting. | 1.60<br>225.00/hr | 360.00 |
|  | RAA | Telephone call from J. Romero. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Review email from D. Rodriguez. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review email from S. Cragg. | 0.10<br>225.00/hr | 22.50 |
|  | SUBTOTAL: |  | [     3.20 | 720.00] |
|  | PARALEGAL |  |  |  |
| 8/31/2022 | SL | Review and edit notes of August 253 Meeting. | 3.70<br>90.00/hr | 333.00 |
|  | SUBTOTAL: |  | [     3.70 | 333.00] |
|  | PT |  |  |  |
| 8/31/2022 | RAA | Review minute regarding in-chambers conference. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Telephone call and electronic communication from L. Hidalgo. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Review email from J. Castillo. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review order on invoices from Special Master. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review court order on auditor and expenditures. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Email to monitors with court order. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review email from D. Rodriguez. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Telephone call from J. Romero. | 0.20<br>225.00/hr | 45.00 |

| Date | TK | Description | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 8/31/2022 | RAA | Review email from J. Gonzalez. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Videocall with J. Castillo and L. Hidalgo. | 0.50<br>225.00/hr | 112.50 |
| | RAA | Telephone call from J. Romero. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review and respond to email inquiries from S. Rhinerson and D. Rodriguez regarding revisions to SARP protocol. | 0.40<br>225.00/hr | 90.00 |
| | RAA | Review and respond to emails from D. Gosselin. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review email from D. Rodriguez. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email from A. Del Carmen. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email from C. Figueroa. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email from counsel for PRPB. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email from S. Cragg. | 0.10<br>225.00/hr | 22.50 |

SUBTOTAL:  [  2.90   652.50]

**For professional services rendered**  106.70   **$19,257.00**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Roberto Abesada Agüet | 70.80 | 225.00 | $15,930.00 |
| Stephanie Leon | 34.30 | 90.00 | $3,087.00 |
| Yesenia Medina Torres | 1.60 | 150.00 | $240.00 |

WE HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN OUR CAPACITY AS THE FIRM SERVING AS GENERAL COUNSEL OF THE FEDERAL MONITOR'S OFFICE. WE FURTHER CERTIFY THAT WE HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH OF PUERTO RICO, OR ANY OF ITS DEPARTMENTS, MUNICIPALITIES OR AGENCIES.