# INVOICE



22 Chalets de Santa Maria
San Juan, P.R. 00927
(787) 940-3090

**BILL TO:**
**Office of the FPMPR, LLC**
VIG Tower, PH 924
1225 Ponce de Leon Avenue
San Juan, P.R. 00907

**DATE:** 8/31/2022
**INVOICE #** 202208
**FOR:** FPMPR/TCA

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Zoom calls/Team meetings: | 3.00 | 160.00 | 480.00 |
| **Emails/texts**: Sam, Denise, John, Javi, Dave, Stephen Leung (Asian comm.), **phone calls:** community leaders Maria del C. Rodriguez (Mental health), Modesta Irizarry (Comm.leader Loiza), Grisel Ortiz (Disab.advocacy office),  Mr. Jose Rodriguez (Dominican Citizens advocate), Agt. Rosa Caban | 4.00 | 160.00 | 640.00 |
| Status conference community invite coord. & correspondence | 1.00 | 160.00 | 160.00 |
| 08/8/2022: OG 126 Review/recommendations. | 1.00 | 160.00 | 160.00 |
| 08/13/2022: PRPB OR731, OR732 Review for Public Information/GO805 memo and PPR805.1 per Sam's request/ 1.59 submitted partial data review (informal alliances). | 3.00 | 160.00 | 480.00 |
| 08/15/2022:  1.59 data review informal alliance with annotations on review | 2.00 | 160.00 | 320.00 |
| 08/16/2022: Monthly call Sam/ FPMPR Memo draft on PRPB GO 805 re-review and other issues re: data | 2.00 | 160.00 | 320.00 |
| 08/18/2022: PRPB Interviews CIC facilitators/CMR7 par. 205 CIC & Recruitment partial draft | 7.00 | 160.00 | 1,120.00 |
| 08/20/2022: Consolidatated data requests review in prep. for meeting with PRPB/discrepancies annotations and miscoded paragraphs reconciled for parties review & amendments/Memorandum to PRPB based on reviewed Table submitted 08/16/2022. | 2.00 | 160.00 | 320.00 |
| 08/22/2022: PRPB Training Academy Interviews a.m. PRPB Meeting p.m | 10.00 | 160.00 | 1,600.00 |
| 08/23/2022: Status Conference OSJ & PRPB Interviews FPMPR | 10.00 | 160.00 | 1,600.00 |
| 08/24/2022: Site/field visit for interviews Guayama | 8.00 | 160.00 | 1,280.00 |
| 08/25/2022: PRPB Interviews CIC  Community members | 8.00 | 160.00 | 1,280.00 |
| 08/28/2022: Box doc review with annotations for 2.26 request Pars. 209, 211-214 | 7.00 | ###### ###### | 1,120.00 |
| Sum | 68.00 | $160.00 | $10,880.00 |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor.  I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities, or agencies.



Merangelie Serrano-Rios