# Luis G. Hidalgo

314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo.ramirez@outlook.com

September 1, 2022

Office of the Technical Compliance Advisor
VIG Tower, Penthouse
1225 Ponce de León Ave
San Juan, PR 00907

INVOICE LGH 2022-08
ASSOCIATE FEDERAL MONITOR
FLAT RATE TOTAL WAGES DUE – August 1-31, 2022

|  |  |
|---|---|
| FLAT RATE | $11,500.00 |
| **Total Due** | **$11,500.00** |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as Associate Federal Monitor. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

The detailed description of the billable hours is in the ensuing page(s).

_____
Luis G. Hidalgo

# Luis G. Hidalgo

314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo.ramirez@outlook.com

**Duties and Responsibilities as Associate Federal Monitor**

Generated, received, reviewed, and responded to emails/texts/telephone calls (August 1-31) from members of the Monitor Team.

Generated, received, reviewed, and responded to emails/texts/telephone calls (August 1-31) from the PRPB Reform Unit, Department of Public Safety, Office of the Counsel to the Governor, Office of Management and Budget, Fiscal Oversight and Management Board and the Office of the Inspector General.

Participated in various Zoom/Microsoft Teams meetings with the Monitor Team, Special Master Team, United States Department of Justice, Department of Public Safety, Puerto Rico Police Bureau, and/or the Fiscal Oversight and Management Board.

Participated in the August 253 Meeting.

Monitored media coverage of issues of relevance to the Monitor Team.

Coordinated or assisted in the coordination and/or re-scheduling of meetings with various units and offices of the PRPB and/or Counsels to the Commonwealth.

Assisted in the drafting, review and revision of documents prepared by the Monitor Team.

Review and comment on laws and/or information provided in relation to these, which may impact PRPB's compliance with the Agreement; most particularly, Act 15-2017, as amended, better known as the "Puerto Rico Inspector General Act".

Represented the Monitor Team at meetings with the Director of the Reform Unit, and with other units or offices within the PRPB.

Assisted members of the Monitor Team re: coordination of meetings, and other matters.

Served as liaison between the Department of Public Safety, PRPB, Office of the Governor, Office of Management and Budget, Office of the Inspector General, Fiscal Oversight and Management Board, and the Monitor Team.

Provided presence at the Monitor's Office to meet with general public, and/or community leaders, and/or answer calls to that effect.

Assisted in the coordination of the Chief Monitor's calendar, including conference calls and in person meetings, regarding site visits in Puerto Rico.

Follow-up on the approval of the FY 2023 Operational Budget for the Commonwealth of Puerto Rico, and the availability of federal funds resulting from forfeitures.

Reviewed Court Orders related to the Consent Decree

Monitored LUMA Protest at La Fortaleza on August 27, 2022.

**Site Visit to Puerto Rico by the Chief Monitor and members of the Monitor Team – August 22-26, 2022**

Field Visit to PRPB Academy with the Monitor Team and the Honorable Francisco Besosa.

Meeting with the Honorable Francisco Besosa and the Special Master in preparation for the Status Conference.

Participated in the Status Conference on August 23, 2022.

Meeting with the PRPB Reform Unit and USDOJ

Meeting with FIU

Meeting with the DPS Secretary and Undersecretary

Meetings with the Monitor Team members