

# Ipsos, Inc.

463 Fernando Calder St.
San Juan, Puerto Rico
00918
Puerto Rico

| | INVOICE NO - 22000099 |

Payment Terms : 30 days net
Due Date : 23/09/2022
**Invoice Date :** **23/08/2022**
( 1/1 )

TECHNICAL COMPLIANCE ADVISOR
OFFICE OF THE TCA
VIG TOWER, PH - 924
1225 AVE. JUAN PONCE DE LEON
SAN JUAN
00907
Puerto Rico

Company : Ipsos, Inc. (Puerto Rico) [12030]
Federal ID : 660454909

End Client : 14336175
Sales Order : 21000071 S2
Accounting Contact : Claribeth.zayas@ipsos.com

| | |
|---|---|
| Purchase Order Number | : |
| Client Contact | : JAVIER GONZALEZ |
| Client Tel | : 787 417-9098 |
| Client Email | : javier.benito@me.com |

| JOB NUMBER | SALES REF. | DESCRIPTION | TOTAL | |
|---|---|---|---|---|
| 2107534001
12152 | A. trabanco muñoz, Roxana
Tel +17877538370
roxana.trabanco@ipsos.com | Final Billing
TCA PRPD Survey | 17,550.00 | USD |

| | |
|---|---|
| Total Budget Research | 35,100.00 |
| Already Billed | 17,550.00 |
| Percentage Billed on this Invoice | 50.00% |

| | | |
|---|---|---|
| **Invoice Subtotal** | 17,550.00 | **USD** |
| **IVU Special Tax 4.000 %** | 702.00 | **USD** |
| **Total Amount Due** | 18,252.00 | **USD** |

Please reference the invoice number with your payment.
Overdue accounts charged at 1.5% interest per month.
" The Above is a Corporate Address Only.  Please See Below for the Remit Payment Address"

## Remit Payment to

### IPSOS, INC. (PUERTO RICO)
463 Fernando Calder St.
San Juan, Puerto Rico
00918
Puerto Rico

## Wire Payment to

| | |
|---|---|
| ABA No | : 221571415 |
| Swift Code | : OBPRPRSJXXX |
| Account  Number | : 1960715573 |
| Bank  Name | : Oriental Bank |
| Bank Address | : Hato Rey |
| | Torre  Oriental |
| | 254 Ave. Muñoz Rivera |
| | San Juan |
| | Puerto Rico |

Certified Correct,

Tel+ 1.787.753.8370

Fax+ 1.787.754.1614

_____
Claribet Zayas
Director of Finance
and Administration