# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO, et al.,**<br><br>Defendants. | **CIVIL NO.: 12-cv-02039** |

### COMMONWEALTH'S INFORMATIVE MOTION AND REQUEST TO DEFER DECISION ON AUDITOR SELECTION

**MAY IT PLEASE THE COURT:**

    **COME NOW**, Codefendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau ("PRPB"), through the undersigned attorneys, and very respectfully state and pray:

    1.    On September 16, 2022, the Commonwealth filed "Commonwealth's Informative Motion on ECF No. 2169" at ECF No. 2171. In short, the Commonwealth informed the Court as follows:

> …the Commonwealth's recommendation of EcoVal is limited to audits of future reform expenditures. As stated before, the Commonwealth is open to consider additional recommendations by the parties, Monitor and Special Master regarding these future expenditures. In fact, the Commonwealth may actually recommend additional candidates.

    2.    Earlier today, this Honorable Court issued Order at ECF No. 2182 noting the Commonwealth's motion.

3. Upon further reflection, the Commonwealth would like to withdraw its recommendation of EcoVal for audits of future reform expenditures. This was informed to the USDOJ earlier this week.

4. Given that this Honorable Court, by virtue of its Order at ECF No. 2176, has officially appointed Mr. Christopher Graham as auditor of the 109 expenditures from Fiscal Years 2019, 2020 and 2021, the Commonwealth respectfully requests the Court to defer the parties' recommendations and Court validation of an auditor for future reform expenditures until after Mr. Graham completes his assignment.

5. The Commonwealth respectfully submits that the selection process for future reform expenditures can significantly benefit from Mr. Graham's work.

**WHEREFORE,** the Commonwealth of Puerto Rico and the Puerto Rico Police Bureau, respectfully request this Honorable Court to take notice of the above and to defer the parties' recommendations and Court validation of an auditor for future reform expenditures until after Mr. Graham completes his audit of past relevant expenditures.

 **RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

In San Juan, Puerto Rico, this 23rd day of September, 2022.

Commonwealth's Informative Motion
Civil No. 12-02039
Page 3 of 3

**CANCIO, NADAL & RIVERA, L.L.C.**
P.O. Box 364966
San Juan, Puerto Rico  00936-4966
403 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Tel. (787) 767-9625


**S/ GABRIEL A. PEÑAGARÍCANO**
USDC PR: 212911
gpenagaricano@me.com


**S/ RAFAEL BARRETO-SOLÁ**
USDC PR: 211801
rbarreto@cnr.law