IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff,**<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants.** | **Civil No.** 12-2039 (FAB) |

### ORDER

Javier González's (Office of Federal Police Monitor)'s "MOTION TO APPROVE AND DISBURSE FUNDS" (Docket No. 2175) and "MOTION TO AMEND AND CORRECT ECF NO. 2175 AND FOR DISBURSEMENT OF FUNDS" (Docket No. 2187) are **NOTED**.

The motion at docket number 2175 is rendered **MOOT** and the motion at docket number 2187 is **APPROVED** for payment.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, September 26, 2022.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE