G&M Balli Services, LLC  
5160 Royal Fern Circle  
Tallahassee, Florida 32317

September 1 – 21, 2022

INVOICE # 2022-01  
ASSISTANT SPECIAL MASTER  
SEPTEMBER 2022 INVOICE

TOTAL DUE:

Tasks Completed

| Hours | Description | Total |
|---|---|---|
| 10 | Onboarded to the OSM: reviewed Consent decree, all CMRs, pertinent emails, and met with OSM to familiarize oneself with role of Assistant Special Master | $1,500 |
| 12 | Drafted, reviewed, researched, translated numerous emails and all documents/texts/articles, emails with respective parties as needed. Facilitated/proctored meeting with PRPB and CJIS while translating (live) Spanish/English. | $1,800 |
| 11 | Zoom meetings with OSM and other parties. | $1,650 |
| 15 | Research, drafted emails, translated articles/documents and other communications, numerous meetings in support of Integrity Audit checks. Completed multiple briefings in support of Integrity Audit initiative. | $2,250 |

Total Hours- 48                                    Total Wages Due -   $7,200

I hereby certify the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master. I further certify I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

_/s/ Gilberto Balli_                _S/Alejandro del Carmen_                09/21/2022  
Gilberto Balli                       S/Alejandro del Carmen