GALOEFFERT, LLC
4805 East Lake Road
Sheffield Lake, Ohio 44054

August 22, 2022, through September 21, 2022

INVOICE# 2022-09                                                    TOTAL DUE $14,590.85
ASSISTANT SPECIAL MASTER
SEPTEMBER 2022 INVOICE

Tasks Completed

| Hours | Description | Total |
|---|---|---|
| 31 | Drafted/reviewed/researched/translated as necessary/discussed/reworked documents related to various orders of the Court, PRPB and DOJ and Monitor's Office exchanges regarding recurring issues and OSM projects. | $4,650.00 |
| 15 | Drafted, reviewed, and responded to texts, emails and all other documents/communications with respective parties, the Special Master, Assistant Special Master and the Court. | $2,250.00 |
| 12 | Zoom meetings and/or conference calls with the parties. | $1,800.00 |
| 25 | Meetings, Status Conference in San Juan 08/22/2022 - 08/24/2022 | $3,750.00 |
| Travel Expense | American Airlines roundtrip economy fare Cleveland/San Juan | $995.60 |
| Travel Expense | Lodging 08/21/2022-08/24/2022, Govt rate $167/night plus tax | $644.40 |
| Travel Expense | UBER Airport to hotel | $18.35 |
| Travel Expense | Meals and Incidental Expenses, 08/21/2022-08/24/2022, Govt rate $115.00/day, travel days ¾ rate at $86.25/day | $402.50 |
| Travel Expense | Parking Cleveland Airport 08/21/2022-08/24/2022, 4 days at $20.00/day | $80.00 |

Total Wages Due::; $14,590.85

I hereby certify that the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

Gary A. Loeffert          /Alejandro del Carmen          09/21/2022

From: **American Airlines** no-reply@notify.email.aa.com
Subject: Your trip confirmation (CLE - SJU)
Date: June 15, 2022 at 1:38 PM
To:

## American Airlines -

Issued: June 15, 2022

### Your trip confirmation and receipt

**Record Locator: IHTRIB**

We charged $995.60 to your card ending in - for your ticket purchase.

You can check in via the American app 24 hours before your flight and get your mobile boarding pass. Get the app and save time at the airport.

**Manage your trip**

### Sunday, August 21, 2022

| CLE | CLT | Seat: 15C |
| --- | --- | --- |
| 8:25 AM | 10:09 AM | Class: Economy (H) |
| Cleveland | Charlotte | Meals: |

**AA 5498**

Operated by PSA AIRUNES as AMERICAN EAGLE

| CLT | SJU | Seat: | |
|---|---|---|---|
| 11:05 AM | 2:48 PM | Class: | Economy (H) |
| Charlotte | San Juan | Meals: | Refreshment |

**AA 1852**

### Wednesday, August 24, 2022

| SJU | CLT | Seat: | 11C |
|---|---|---|---|
| 3:38 PM | 7:22 PM | Class: | Economy (H) |
| Sanjuan | Charlotte | Meals: | Refreshment |

**AA 1852**

| CLT | CLE | Seat: | 16D |
|---|---|---|---|
| 8:32 PM | 10:08 PM | Class: | Economy (H) |
| Charlotte | Cleveland | Meals: | |

**AA 1043**

## Earn up to $200 Back

Plus, 40,000 bonus miles. Terms Apply.

Learn more



## Your purchase

**GARY LOEFFERT**

AAdvantage® #: -

| | |
|---|---|
| New ticket<br>Ticket#: 0012435326952<br>[$930.00 + Taxes and fees $65.60] | $995.60 |
| Total | **$995.60** |
| **Total cost** (all passengers) | $995.60 |

## Your payment

| | |
|---|---|
| Credit Card (MasterCard ending - | $995.60 |
| **Total paid** | **$995.60** |

## Bag information

### Checked bags

**Airport**

| 1st bag | 2nd bag |
|---|---|
| No charge | No charge |

Maximum dimensions: 62 inches or 158 centimeters calculated as (length+ width+ height)
Maximum weight: 50 pounds or 23 kilograms

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. Bag and optional fees
If your flight is operated by a partner airline, see the other airline's website for carry-on ana checked bag policies.

Online payment available beginning 24 hours (and up to 4 hours) before departure.

### Carry-on bags

**1st carry-on:** Includes purse, briefcase, laptop bag, or similar item that must fit under

Cleveland Hopkins AirPort
Transaction-Id: H00i220a146491
Ticket-Nr.:   50144252
EX:
08/24/2022  22:11
Total:    $ 80.00
validations: $ 0.00
MASTERCARD
XXXXXXXXXXXX*
$80.00
a6157E



1369 Ashford Avenue
San Juan, , 00907, United States
Tel.: +1-787-827-7280 Fax: +1-787-289-7000 www.marriott.com/sjuac

AC Hotel
San Juan - Condado

Gary Loeffert

| | |
|---|---|
| Habitaci6n / Room: | 0301 |
| Confirmation/ Confirmacion: | 97485898 |
| Tipo de habitaci6n/Room Type : | KSTE |
| No. Huespedes/ No. of Guests : | 1/0 |
| Tarifa / Rate : 167 | Agente / Clerk :105 |

| | | | | | |
|---|---|---|---|---|---|
| Llegada: Arriva : | 08-21-22 | Hora: Time: | ,15:3}:36 | Salida : 08-24-22 D partufe: | 1-,lora:, Time: 07:20:00 | No. Folio: 183803 |

| Fec:ha / Date | Reference# | DtlSCripci6n / Description | CargosJ Ch"arges | Creditos / Credits |
|---|---|---|---|---|
| 08-21-22 | 10174 | Room Charge | 167.00 | |
| 08-21-22 | 15101 | Destination Resort Fee | 30.06 | |
| 08-21-22 | 15105 | Room Tax | 17.74 | |
| 08-22-22 | 10174 | Room Charge | 167.00 | |
| 08-22-22 | 15101 | Destination Resort Fee | 30.06 | |
| 08-22-22 | 15105 | Room Tax | 17.74 | |
| 08-23-22 | 10174 | Room Charge | 167.00 | |
| 08-23-22 | 15101 | Destination Resort Fee | 30.06 | |
| 08-23-22 | 15105 | Room Tax | 17.74 | |
| 08-24-22 | 90702 | Master Card/ Euro Card | | 644.40 |

No. de TC/Credit Card No. :   XXXXXXXXXX

**Total:**   644.40
**Balance:**   0.00

As a Marriott Bonvoy Member, you could have earned points toward your free dream vacation today. Start earning points and elite status, plus enjoy exclusive member offers. Enroll today at the front desk.

**From:** **Uber Receipts** noreply@uber.com
**Subject:** [Business] Your Sunday afternoon trip with Uber
**Date:** August 21, 2022 at 3:39 PM
**To:**

## Uber

Total **$18.35**
August 21, 2022

# Thanks for tipping, Gary

Here•s your updated Sunday afternoon ride receipt.



## Total $18.35

| | |
|---|---|
| Trip fare | $9.16 |
| **Subtotal** | **$9.16** |
| Booking Fee *0* | $1.19 |
| Airport Fee | $3.00 |
| Tips | $5.00 |

**Payments**

Mastercard ••••••• —     $18.35
s121122  3:38  Prv:

Download PDF

# You rode with Israel

**★ 4.95** Rating          Has passed a multi-step safety screen

When you ride with Uber, your trips are insured in case of a covered accident.

learn more>

5.23 miles 110 min

■ **3:17 PM**
San Juan, PR 00985, US

**3:28PM**
1369 Ashford Ave, San Juan, PR 00907, US



BORINQUEN
EL VEDADO
AMPARO

-,mernatib1
Airport (s_