IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

    Plaintiff,

        v.                  CIVIL NO. 12-2039 (FAB)

COMMONWEALTH OF PUERTO RICO, et al.,

    Defendants.

## Motion to Amend Submitted Invoice

NOW COMES Special Master Dr. Alejandro del Carmen providing an amended invoice for Assistant Special Master Thomas Petrowski for September 2022, replacing the previous invoice at Docket 2192.

The Special Master certifies that the foregoing document was electronically filed with the Clerk of the Court for the District of Puerto Rico, using the CM/ ECF system which will send a copy and notification of filing to the Monitor and all counsel of record.

RESPECTFULLY SUBMITTED this 29th day of September 2022,

  **ALEJANDRO DEL CARMEN**
  Special Master

  *s/Alejandro del Carmen*
  delcarmen@specialmasterpuertorico.com

**TDPetrowski, LLC**
**4010 Deep Valley Drive**
**Dallas, Texas 75244**

August 22, 2022 – September 21, 2022

INVOICE # ASM.TDP.2022-9                    **TOTAL DUE:  $15,772.00**
ASSISTANT SPECIAL MASTER
SEPTEMBER INVOICE

**Tasks Completed**

| Hours | Description | Total |
|---|---|---|
| 42 | Draft/reviewed/researched/translated as necessary/discussed/reworked documents related to PRPD and DOJ and Monitor Office exchanges regarding recurring issues and OSM projects, to include orders and ad hoc taskings of the Court. | $6300 |
| 15 | Drafted, reviewed, translated, and responded to texts, emails, and all other documents/communications with respective parties, the Special Master, Assistant Special Master, and the Court. | $2,250 |
| 10 | Zoom meetings and/or conference calls with the Court, Office of Special Master, and the Parties. | $1,500 |
| 25 | Court hearing and meetings in San Juan 8/21/2022-8/24/2022 | $3,750 |
| Travel Expense | Air Fare Dallas to San Juan - Coach class roundtrip ticket (Note – a Business class ticket was purchased on 6/15/22 for $1314.60. A comparative Coach class invoice dated 6/15/22 for $925.10 is attached) | $925.10 |
| Travel Expense | Lodging 5/18/2022 - 5/21/2022, Government rate of $195 per night plus taxes. | $644.40 |
| Travel Expense | Meals and Incidental Expenses, 08/21/2022-08/24/2022, Govt rate $115.00/day, travel days ¾ rate at $86.25/day | $402.50 |

**Total Wages Due = $15,772.00**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as
the Assistant Special Master. I further certify that I have not received any income,
compensation, or payment for services rendered under regular employment or a
contractual relationship with the Commonwealth, or any of its departments, municipalities,
or agencies.


_Thomas D. Petrowski_
_____                              **9/21/22**
    **Thomas D. Petrowski**


s/ _Alejandro del Carmen_
_____                              **9/21/22**
**Alejandro del Carmen**



**AC Hotel**
San Juan - Condado

1369 Ashford Avenue
San Juan, , 00907, United States
Tel.: +1-787-827-7280 Fax: +1-787-289-7000 www.marriott.com/sjuac

Thomas Petrowski
United States

| | |
|---|---|
| Habitación / Room: | 0203 |
| Confirmation / Confirmacion: | 97334799 |
| Tipo de habitación/Room Type : | KSTE |
| No. Huespedes/ No. of Guests : | 1/0 |
| Tarifa / Rate : 167 | Agente / Clerk :105 |

| Llegada: Arrival : | 08-21-22 | Hora : Time : | 14:34:58 | Salida : Departure : | 08-24-22 | Hora : Time : | 00:00:00 | No. Folio : | |
|---|---|---|---|---|---|---|---|---|---|
| **Fecha / Date** | | **Reference #** | | **Descripción / Description** | | | **Cargos / Charges** | | **Creditos / Credits** |
| 08-21-22 | | | | AC Store Misc | | | 5.02 | | |
| 08-21-22 | | 10174 | | Room Charge | | | 167.00 | | |
| 08-21-22 | | 15101 | | Destination Resort Fee | | | 30.06 | | |
| 08-21-22 | | 15105 | | Room Tax | | | 17.74 | | |
| 08-22-22 | | 10174 | | Room Charge | | | 167.00 | | |
| 08-22-22 | | 15101 | | Destination Resort Fee | | | 30.06 | | |
| 08-22-22 | | 15105 | | Room Tax | | | 17.74 | | |
| 08-23-22 | | 10174 | | Room Charge | | | 167.00 | | |
| 08-23-22 | | 15101 | | Destination Resort Fee | | | 30.06 | | |
| 08-23-22 | | 15105 | | Room Tax | | | 17.74 | | |
| 08-24-22 | | 90701 | | Visa Card | | | | | 649.42 |

No. de TC/Credit Card No. :        XXXXXXXXXXXX█

**Total :**        649.42

**Balance :**        0.00

As a Marriott Bonvoy Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

 Gmail

**Tom Petrowski** ▊▊▊▊▊▊▊▊

**Your trip confirmation (DFW - SJU)**

2 me age

**American Airlines** <no-reply@notify.email.aa.com>      Wed, Jun 15, 2022 at 10:42 AM
To: ▊▊▊▊▊▊▊▊

      

Issued: June 15, 2022

## Your trip confirmation and receipt

### Record Locator: ▊▊▊▊▊

We charged $1,314 60 to your card ending in ▊▊▊▊ your ticket purcha e

You can check in via the American app 24 hour before your flight and get your mobile
boarding pass. Get the app and save time at the airport.

| Manage your trip |
|---|

### Sunday, August 21, 2022

| DFW | | SJU | | Seat | 3F |
|---|---|---|---|---|---|
| **8:30** AM | → | **2:20** PM | | Class: | (I) |
| | | | | Meals: | Breakfast |
| Dallas/Fort Worth | | San Juan | | | |
| **AA 850** | | | | | |

## Wednesday, August 24, 2022

| SJU | | DFW | Seat: | 3F |
| --- | --- | --- | --- | --- |
| **3:12** PM | → | **7:15** PM | Class: | (R) |
| San Juan | | Dalla /Fort Worth | Meal | Lunch |

**AA 850**

---



Earn up to $200 Back

Plu , 40,000 bonu  mile  Term  Apply

Learn more

---

## Your purchase

**THOMAS PETROWSKI**

AAdvantage® #: ▮▮▮▮▮▮

| | |
| --- | --- |
| New ticket | $1,314.60 |
| Ticket #: ▮▮▮▮▮▮▮▮ | |
| [$1,255.00 + Taxes and fees $59.60] | |

| | |
| --- | --- |
| **Total** | **$1,314 60** |

| | |
| --- | --- |
| **Total cost** (all passengers) | **$1,314.60** |

---

## Your payment

| | |
| --- | --- |
| Credit Card (Visa ending ▮▮▮) | $1,314.60 |
| **Total paid** | **$1,314.60** |

---

## Bag information

## Checked bags

Review and pay - Check flights and pay for your trip - American Airlines

| Flight | Depart | Arrive | Travel time | Class | Seats |
|---|---|---|---|---|---|
| ✈ 1752 American Airlines 📶 🔌 | 3:32 PM PHL | 6:07 PM DFW | 3h 35m | Economy | Choose seats |

# AAdvantage® earnings for this trip

## Thomas Petrowski
AAdvantage Platinum®

| Loyalty Points | Award miles |
|---|---|
| 6,888 | 6,888 |

Show AAdvantage® earnings

⌄ Terms and conditions

# Cost summary

## Your trip total

# $ 925.10

Includes all taxes and carrier-imposed fees

Starting at $84/mo with **affirm**.
Learn more

**Passenger**

| | |
|---|---|
| Trip DFW / SJU | $861.00 |
| Taxes | $64.10 |
| Carrier-imposed fees | $0.00 |
| Subtotal | $925.10 |

**AAdvantage® benefits**

| | |
|---|---|
| Priority | $0.00 |
| Same-day Standby | $0.00 |
| **Total** (all passengers) | **$925.10** |

Bag and optional fees ⧉

Reservation and tickets FAQs ⧉

Price and Tax Information ⧉

Conditions of Carriage ⧉