# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **COMMONWEALTH OF PUERTO RICO, et al.,** Defendants. | **CIVIL NO.: 12-cv-02039** |

## COMMONWEALTH'S MOTION IN COMPLIANCE WITH ORDER REGARDING THE SPECIAL MASTER'S REPORT

**MAY IT PLEASE THE COURT:**

    **COME NOW**, Codefendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau ("PRPB"), through the undersigned attorneys, and very respectfully state and pray:

    1.    On September 16, 2022, this Honorable Court ordered the parties and the Monitor at ECF No. 2174 to meet with the Special Master regarding his assessment report on the Reform Office, ECF No. 2170, and inform the Court with any comments or suggestions.

    2.    In compliance with the Order of the Court, the parties and the Monitor met with the Special Master on Thursday, September 22, 2022.

    3.    As advanced to the parties and Court officers at the meeting, the Commonwealth respectfully informs the Court that it supports the recommendations contained in the Special Master's assessment report. During the meeting, the Commonwealth joined other parties in commenting that an implementation plan was needed to shape and then properly execute the

report's recommendations. At the conclusion of the meeting, it was agreed that the Commonwealth would prepare an initial draft of the implementation plan within thirty (30) days and then submit it to the parties for comments.

4. Upon further reflection, and after considering the recent resource allocation complications due to the pass of Hurricane Fiona, the Commonwealth respectfully request a period of forty-five (45) days to prepare and submit the initial draft of the implementation plan.

**WHEREFORE,** the Commonwealth of Puerto Rico and the Puerto Rico Police Bureau, respectfully request this Honorable Court to take notice of the above, deem its September 16, 2022 Order at ECF No. 2174 as complied with, and grant the Commonwealth a period of forty-five (45) days to prepare the initial draft of the implementation plan and then submit it to the parties for comments.

RESPECTFULLY SUBMITTED.

**I HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

In San Juan, Puerto Rico, this 30th day of September, 2022.

**CANCIO, NADAL & RIVERA, L.L.C.**
P.O. Box 364966
San Juan, Puerto Rico  00936-4966
403 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Tel. (787) 767-9625

**S/ GABRIEL A. PEÑAGARÍCANO**
USDC PR: 212911
gpenagaricano@me.com

**S/ RAFAEL BARRETO-SOLÁ**
USDC PR: 211801