IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants**. | Civil No. 12-2039 (FAB) |

**ORDER**

The invoices submitted by TD Petrowski, LLC, G&M Balli Services, LLC, Del Carmen Consulting, LLC, and Galoeffert, LLC, and the Motion to Amend Submitted Invoice (Docket Nos. 2193, 2194, 2195 and 2196) are **NOTED**.

The amounts claimed for the period from August 22, 2022 through September 21, 2022, are **APPROVED** for payment.  Docket No. 2192 is rendered **MOOT**.

In Invoice number ASM.TDP.2022-9, TDPetrowski, LLC, claims the cost of coach class airfare for roundtrip travel from Dallas, TX to San Juan, PR.  The document in support of this claim is incomplete and fails to include the complete itinerary, dates, times, and class fare information for all flights.  The Court will reimburse this expense, but the Special Master and his assistants are reminded that future invoices must include all relevant

Civil No. 12-2039 (FAB)                                                        2

information to place the Court in a position to properly assess and approve claimed services and expenses.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, October 3, 2022.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE
