IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**,<br><br>**v.**<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants.** | Civil No. 12-2039 (FAB) |

**ORDER**

On September 16, 2022, at Docket No. 2174, the Court ordered that, no later than September 30, 2022, the United States, the Commonwealth, and the Monitor would meet with the Special Master to discuss his "Responsive Motion to the Court's Order That the Office of the Special Master Assess the Puerto Rico Police Bureau Reform Office" (see Docket No. 2170), and would inform the Court of any comment or suggestion generated during the meeting.

The Commonwealth responded to that order (see Docket No. 2198) indicating that the meeting had occurred on September 22, 2022, and that the collective opinion of all meeting attendees was that an implementation plan was needed to further define and execute the report's recommendations, and that the Commonwealth would prepare an initial draft of the implementation plan within thirty (30) days and submit it to the parties for comments. The Commonwealth then requested that time period be extended to forty-

Civil No. 12-2039 (FAB)                                                   2

five (45) days to prepare and submit the initial draft of the implementation plan due to complications resulting from Hurricane Fiona.

Accordingly, it is ORDERED:

1. The September 16, 2022, Order at Docket No. 2174 for the United States, the Commonwealth, and the Monitor to meet with the Special Master is deemed complied with.

2. The Commonwealth shall submit the initial draft of the implementation plan noted above to the parties, the Monitor, and the Special Master **no later than November 7, 2022.**

3. After the plan is submitted, the Special Master will lead the efforts to review the plan and coordinate a final draft of the implementation plan approved by the parties, the Monitor, and the Special Master.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, October 6, 2022.

                                              s/ Francisco A. Besosa
                                              FRANCISCO A. BESOSA
                                              SENIOR UNITED STATES DISTRICT JUDGE