Spece
1225 Juan Ponce de Leon
San Juan, PR  00907
787-417-7300
info@spece.com
www.spece.com

Invoice  INV - 15621



**BILL TO**
Office of the FPMPR LLC

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 11/01/2022 | $2,579.20 | 11/01/2022 |

| MEMBERSHIP | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Membership:Private Office**<br>Private Office Suite - Office 15, $2,300.00, Nov 1, 2022 - Nov 30, 2022 | 1 | 2,300.00 | 2,300.00T |
| **Other Fees:One-off Fees**<br>Telephone Service, $60.00, Nov 1, 2022 - Nov 30, 2022 | 1 | 60.00 | 60.00T |
| **Other Fees:One-off Fees**<br>Garage Parking, $120.00, Nov 1, 2022 - Nov 30, 2022 | 1 | 120.00 | 120.00T |

SUBTOTAL   2,480.00
TAX (4%)   99.20
TOTAL   2,579.20

TOTAL DUE   $2,579.20

THANK YOU.

ELEVATE YOUR BUSINESS