# THE & GROUP LLC.

Las Ramblas
71 Calle Montjuic
Guaynabo , PR 00969

## INVOICE

INVOICE NUMBER: 91
INVOICE DATE:  SEPTEMBER 30, 2022

Federal Police Monitor

San Juan, PR

Invoice for Javier B Gonzalez Professional Services as Administrative Director

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| SEP-01-22 | Administrative Director | Weekly Team Meeting, Coordination of Team Visit (Donnie Gosselin) | 1.00 | $125.00 | $125.00 |
| SEP-06-22 | Administrative Director | Biweekly Meeting with PRPB, Communications with the Monitor, Review of communications and documents sent by Team Members. Work with Team August Invoices. | 4.50 | $125.00 | $562.50 |
| SEP-07-22 | Administrative Director | Communications with the Monitor and Team Members, Conference call with L Hidalgo, Work with August Team Invoices. | 5.00 | $125.00 | $625.00 |
| SEP-08-22 | Administrative Director | Work with Team August Invoices, Weekly Team meeting, Coordination of September Team Visit, Communications with Team Members, Review of communications and documents sent by Team Members. | 4.00 | $125.00 | $500.00 |
| SEP-09-22 | Administrative Director | Communications with the Monitor, PRPB officials and Team Members, Review of communications. | 1.00 | $125.00 | $125.00 |
| SEP-10-22 | Administrative Director | PRPB Meeting with CICs at PRPB Headquarters. | 3.50 | $125.00 | $437.50 |
| SEP-12-22 | Administrative Director | Communication with Luis Hidalgo, Coordination of Team visit, Review of communications. | 1.00 | $125.00 | $125.00 |
| SEP-13-22 | Administrative Director | Communications with team Members, Review of communications. | 0.50 | $125.00 | $62.50 |
| SEP-14-22 | Administrative Director | Community Meeting Coordination, Coordination of Team Visit. | 2.50 | $125.00 | $312.50 |
| SEP-14-22 | Administrative Director | FPMPR Official Vehicle Inspection | | | $11.00 |
| SEP-15-22 | Administrative Director | Communications with the Monitor, Work with Administrative matters (Vehicle). Detainees survey follow up. | 2.00 | $125.00 | $250.00 |
| SEP-16-22 | Administrative Director | Final Review of Team August Invoices, Coordination of Team Visit. | 1.50 | $125.00 | $187.50 |
| SEP-16-22 | Administrative Director | FPMPR Official vehicle registration (Marbete) | | | $185.00 |
| SEP-16-22 | Administrative Director | Office of the FPMPR ADOBE Account | | | $33.98 |

INVOICE NUMBER: 91

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| SEP-19-22 | Administrative Director | Communications with the Monitor, Work with PRPB Meeting wit CICs Report, Review of communications sent by Team Members. | 1.50 | $125.00 | $187.50 |
| SEP-20-22 | Administrative Director | Communications with the Monitor, Review of communications. | 0.50 | $125.00 | $62.50 |
| SEP-21-22 | Administrative Director | Work with August Team Invoices, Communications with the Monitor and Team members, Review of communications sent by Team members. | 2.00 | $125.00 | $250.00 |
| SEP-22-22 | Administrative Director | Communications with the Monitor and Team Members, Coordination of Team Visit, Team August Invoices. | 1.50 | $125.00 | $187.50 |
| SEP-23-22 | Administrative Director | Coordination of Monitors Visit, August Team Invoices follow up. Review of communications sent by Team Members. | 1.50 | $125.00 | $187.50 |
| SEP-26-22 | Administrative Director | Team Visit, Meetings at PRPB and Office. | 6.50 | $125.00 | $812.50 |
| SEP-27-22 | Administrative Director | Team Visit, Meetings at PRPB and Office. | 6.00 | $125.00 | $750.00 |
| SEP-28-22 | Administrative Director | Team Visit, Meetings at DOT Metro, FIU in PRPB Headquarters and at Office. Coordination of Team Visit. | 5.50 | $125.00 | $687.50 |
| SEP-29-22 | Administrative Director | Team Visit, Meeting with Judge Besosa, Review of Communications sent by Team Members. LUMA Protest at la Fortaleza. | 8.50 | $125.00 | $1,062.50 |
| SEP-30-22 | Administrative Director | Meeting with the Monitor, Communication with Team Members, Work with October Invoices. | 3.00 | $125.00 | $375.00 |
| SEP-30-22 | Administrative Director | I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0.00 | $125.00 | $0.00 |
| | | Total amount of this invoice | | | $8,104.98 |

MESSAGE

Javier B Gonzalez, September 30, 2022

```
              PUMA 226
       AVE ROOSEVELT 249 ESQ HOSTOS
              HATO REY PR 00918
                787-296-4901

   Merchant ID: 717563311258951
   Record Num.: 0013

                  Sale

   0804                        Exp: XX/XX
   DEBIT                       Entry Method: Swiped

   Total:              USD$         11.00

   09/14/22                      11:56:54
   Inv#: 000013                Appr Code: 525965
   Apprvd: Online              Batch#: 001753
   RRN:                                 525965



   DESCRIPTION: _____

                THANK YOU!
            PLEASE COME AGAIN!

              CARDHOLDER COPY
```



# Transaction Details
### Card Ending - 11003

Merchandise & Supplies - Mail Order

## ADOBE WEBSALES 800-833-6687

# $33.98

Sep 16, 2022

On your statement as ADOBE ACROPRO SUBS ASAN JOSE CA



**$0.34 Reward Dollars**

## Transaction Details



ADOBE WEBSALES 800-833-6687

801 N 34TH ST
SEATTLE
WA
98103