

# Invoice

**Altai Atlantic Consulting LLC**

828 Snowden Hallowell Way, Alexandria VA 22314

**Date:** 10/03/22

**Invoice #:** 01-033

**To:** Office of the Federal Police Monitor of Puerto Rico

VIG Tower, PH – 924

1225 Ave. Juan Ponce de Leon

San Juan, PR 00907

Tel. 787-417-9098

| Fee Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|
| **Total Fees Payable For Services Rendered by Dr. David Levy** | 40.5 | 160 | **$6,480.00** |

### Work Performed in the Continental United States

| Date | Activity Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 9/1/22 | Call with Monitor Youngs & Chief Deputy Monitor Rodriguezre: CMR-7 data | 1.5 | 160 | $240.00 |
| 9/3/22 | Develop dynamic naming schema for data requests | 6.0 | 160 | $960.00 |
| 9/6/22 | Biweekly document production calll with PRPB and follow-up with FPMPR | 1.0 | 160 | $160.00 |
| 9/7/22 | Call with Monitor Youngs re: CMR-7 professionalization | 1.0 | 160 | $160.00 |
| 9/10/22 | Develop abbreviated names for all data sources for Box folder structure | 5.0 | 160 | $800.00 |
| 9/14/22 | Call with Monitor Youngs re: CMR-7 professionalization & supervision | 1.5 | 160 | $240.00 |
| 9/17/22 | Develop folder structure for data review by Monitors on Box | 4.0 | 160 | $640.00 |
| 9/18/22 | Communicaiton re: CMR-7 professionalization & supervision | 1.5 | 160 | $240.00 |
| 9/21/22 | Develop folder structure for data entry on Box by data request frequency | 5.0 | 160 | $800.00 |
| 9/28/22 | Develop hyperlink system to vew data sources in Box by paragraph | 5.0 | 160 | $800.00 |
| 9/28/22 | Communicaiton re: CMR-7 UOF sample & supervision | 1.0 | 160 | $160.00 |
| 9/29/22 | Communicaiton re: data sources for supervision and searches | 1.0 | 160 | $160.00 |
| 9/29/22 | Update master data request templates and add Box hyperlinks | 7.0 | 160 | $1,120.00 |
| | | | 160 | $0.00 |
| | | | 160 | $0.00 |
| | | | 160 | $0.00 |
| | | | 160 | $0.00 |
| | | | 160 | $0.00 |
| | | | 160 | $0.00 |
| | | | 160 | $0.00 |
| | | | 160 | $0.00 |

|  |  |  | 160 | $0.00 |
|---|---|---|---|---|
|  |  |  | 160 | $0.00 |
|  |  |  | 160 | $0.00 |
|  |  |  | 160 | $0.00 |
|  |  |  | 160 | $0.00 |
| Total |  | 40.5 |  | $6,480.00 |

**Total Fee Payable**    **$6,480.00**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

**Dr. David Levy**

10/03/22
**Date**