# INVOICE

| | | |
|---|---|---|
| **DATE** | **INVOICE NO** | **Denise Rodriguez** |
| 10/1/2022 | #024 | 3003 San Sebastian St. |
| | | Mission, TX 78572 |
| | | drodriguez_PRI@outlook.com |

**INVOICE TO**
Puerto Rico Chief Federal Monitor

**INVOICE PERIOD**
September 1 - 30, 2022

## DUTIES AND RESPONSIBILITIES                                TOTAL DUE $17,570.83

- Conducted monthly one-on-one meetings with each subject matter expert
- Coordinated and conducted weekly Monitoring Executive Team meetings
- Coordinated and conducted biweekly meetings with the Parties
- Reviewed and approved the review of several policies submitted to the Monitor's Office by PRPB as per Paragraph 229 of the Agreement
- Worked with the Data Analyst on the data requests for CMR-8 and revisions to the Master data request template
- Worked with the Administrative Director and the Research Analyst/Administrative Assistant to draft the schedule(s) for the September site visit
- Participated in various meetings with the Parties to discuss the PRPB Data Gap Analysis, Use of Force Plan Supervision Plan, and IT Needs Assessment
- Participated in several calls with the proposed contractor, Gartner, regarding the IT Needs Assessment
- Worked with the Research Analyst and PRPB to update the training requirements worksheet
- Participated on the team's September site visit to PR during the week of September 26th which included meeting with the Judge, PRPB Reform Unit, FIU, CFRB, and DOT
- Worked with the Associate Monitor and Administrative Director in finalizing a plan for future and upcoming community workshops/listening sessions hosted by the FPM
- Participated in biweekly and monthly call(s) with AHD regarding updates on their work
- Participated in discussion with OSM and the parties re the reform unit review
- Began reviewing initial drafts of CMR-7 for each of the sections
- Coordinated and oversaw the submission and receipt of various data requests for CMR-7
- Added and revised various data folders in Box in preparation for the final data productions from PRPB
- Drafted the CMR-8 timeline and worked with PRPB on revisions to timeline
- Participated in discussion with parties regarding Integrity Audits
- Participated in discussion with parties regarding the Training Plan

| | |
|---|---|
| Flat Rate Total Wages* | $15,833.33 |
| Travel Expenses | $ 1,737.50 |
| **Total Due** | **$ 17,570.83** |

*The total amount is a flat rate. The total monthly is $15,833.33 for an annualized amount of $190,000.00

_Denise Rdz_ (signature)

**Denise Rodriguez, Chief Deputy Monitor**

September 30, 2022
**Date**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# Office of the Technical Compliance Advisor Travel Reimbursement Form



**Traveler Name:** Denise Rodriguez
**Travel Dates:** September 25-29, 2022
**Purpose of Travel:** Site visit

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare** | $ 623.60 | 1 | $ 623.60 |
| Baggage | $ - | 0 | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | $ - | 0 | $ - |
| Ground Transportation (Parking) | $ - | 0 | $ - |
| Ground Transportation (Mileage) | $ - | 0 | $ - |
| Lodging | $ 141.60 | 4 | $ 566.40 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 3 | $ 345.00 |
| Parking @ airport (days)* | $ 5.00 | 6 | $ 30.00 |
| Taxi from hotel to Airport | $ - | 0 | $ - |
| **Total** | | | **$ 1,737.50** |

*Parking receipt includes personal days <u>not</u> expensed and included above
**Due to the storm, changes to dates of the airline reservation were made twice, all changes were made under the same confirmation MD5J69 and airfare was just applied from the previously issued tickets to the new ticket with the new date. Thus, only one receipt for this flight confirmation exists, attachd. Please also note the September Airfare receipts reflect complimentary upgrades to first class. These were not purchased. Because the receipt was printed after the flight occured, the seats I was upgraded to are reflected. Any purchase of seat upgrades would have been reflected in the breakdown of costs noted within the receipt.

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

COURTYARD® Marriott

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Denise Rodriguez
3003 San Sebastian St
Mission TX 78572
United States

Room: 0811
Room Type: DNKG
No. of Guests: 1
Rate:  $   120.00   Clerk: 5

Marriott Rewards #    286891726

CRS Number  84709342

Name:

Arrive:   09-25-22          Time:  03:57 PM          Depart:  09-29-22          Folio Number:  707360

| Date | Description | Charges | Credits |
|---|---|---|---|
| 09-25-22 | Package | 120.00 | |
| 09-25-22 | Government Tax | 10.80 | |
| 09-25-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 09-26-22 | COMEDOR- Guest Charge (Breakfast) | 15.65 | |
| 09-26-22 | Package | 120.00 | |
| 09-26-22 | Government Tax | 10.80 | |
| 09-26-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 09-27-22 | COMEDOR- Guest Charge (Breakfast) | 14.00 | |
| 09-27-22 | Comedor - Guest Charge | 68.52 | |
| 09-27-22 | Package | 120.00 | |
| 09-27-22 | Government Tax | 10.80 | |
| 09-27-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 09-28-22 | Comedor - Guest Charge | 2.00 | |
| 09-28-22 | Package | 120.00 | |
| 09-28-22 | Government Tax | 10.80 | |
| 09-28-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 09-29-22 | American Express | | 666.57 |
| | Card #  XXXXXXXXXX1008 | | |

COURTYARD® Marriott

Courtyard by Marriott  
San Juan - Miramar

801 Ponce de Leon Ave.  
San Juan, PR. 00907  
T 787.721.7400  
F 787.723.0068

Mr Denise Rodriguez  
3003 San Sebastian St  
Mission TX 78572  
United States

Room: 0811  
Room Type: DNKG  
No. of Guests: 1  
Rate:  $   120.00   Clerk: 5

Marriott Rewards #    286891726

CRS Number   84709342

Name:

Arrive:   09-25-22          Time:  03:57 PM          Depart:  09-29-22          Folio Number:  707360

| Date | Description | Charges | Credits |
|---|---|---|---|
| | Balance | | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

| | |
|---|---|
| **From:** | United Airlines |
| **To:** | Denise Rodriguez |
| **Subject:** | eTicket Itinerary and Receipt for Confirmation MD5J69 |
| **Date:** | Monday, October 3, 2022 8:46:12 AM |



Mon, Oct 03, 2022

## Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our Important notices page for the latest updates

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# MD5J69

| Flight 1 of 4 UA1044 | Class: United First (PZ) |
|---|---|
| Sun, Sep 25, 2022 | Sun, Sep 25, 2022 |
| **07:01 AM** | **08:23 AM** |
| McAllen, TX, US (MFE) | Houston, TX, US (IAH) |

| Flight 2 of 4 UA1192 | Class: United Economy (L) |
|---|---|
| Sun, Sep 25, 2022 | Sun, Sep 25, 2022 |
| **09:49 AM** | **03:20 PM** |
| Houston, TX, US (IAH) | San Juan, PR, US (SJU) |

| Flight 3 of 4 UA668 | Class: United Economy (W) |
|---|---|
| Thu, Sep 29, 2022 | Thu, Sep 29, 2022 |
| **04:30 PM** | **08:13 PM** |
| San Juan, PR, US (SJU) | Houston, TX, US (IAH) |

| Flight 4 of 4 UA1410 | Class: United First (PZ) |
|---|---|
| Thu, Sep 29, 2022 | Thu, Sep 29, 2022 |
| **09:40 PM** | **10:39 PM** |
| Houston, TX, US (IAH) | San Antonio, TX, US (SAT) |

| Traveler Details | |
|---|---|
| RODRIGUEZ/DENISE | |
| eTicket number: **0162437455848** | Seats: **MFE-IAH -----** |
| Frequent Flyer: **UA-XXXXX985 Premier Gold** | **IAH-SJU -----** |
| | **SJU-IAH 10F** |
| | **IAH-SAT 05A** |

| Purchase Summary | |
|---|---|
| Method of payment: | **Miscellaneous Document** |
| Date of purchase: | **Sat, Sep 24, 2022** |
| Airfare: | **564.00 USD** |
| U.S. Transportation Tax: | **39.40 USD** |
| September 11th Security Fee: | **11.20 USD** |
| U.S. Passenger Facility Charge: | **9.00 USD** |
| Total Per Passenger: | **623.60 USD** |
| Total: | 623.60 USD |

### Payment Info

Remaining value of your previous ticket numbers 0162436232990, 0162437451286 was applied to this purchase.

### Carbon Footprint

Your estimated carbon footprint for this trip is **0.61204 tonnes of CO2.**

You can reduce your environmental impact by participating in our CarbonChoice program which supports projects that reduce greenhouse gases. Learn more.

### Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.
VALID UA UAEX ONLY;NONREFUNDABLE/VLD 1YR

### Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Sun, Sep 25, 2022<br>McAllen, TX, US (MFE)<br>to San Juan, PR, US (SJU - Luis Muñoz Marín) | 0 USD | 0 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |
| Thu, Sep 29, 2022<br>San Juan, PR, US (SJU - Luis Muñoz Marín)<br>to San Antonio, TX, US (SAT) | 0 USD | 0 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |

Baggage check-in must occur with United or United Express, and you must have valid MileagePlus Premier® Gold membership at time of check-in to qualify for waiver of service charges for up to three checked bags (within specified size and weight limits).

### Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, the traveler's frequent flyer status and the itinerary selected. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program
- Once travel has started, accruals will no longer display. You can view your MileagePlus account for posted accrual

5551 09/25 05:43 09/30 19:17 $36.00 8655

# RECEIPT



REPUBLIC PARKING
PART OF REEF PARKING NETWORK