# VIOTA & ASSOCIATES CPA LLC

B5 CALLE TABONUCO, SUITE 216
PMB 292
GUAYNABO, PR 00968-3029

## Invoice

INVOICE NUMBER: 20201034
DATE: SEPTEMBER 29, 2022

PUERTO RICO POLICE REFORM

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: CONSULTING FEES | | | |
| SEP-08-22 | CONSULTING FEES | Review August Invoices, prepare worksheet, calculate withholding, & enter invoices in Sage | 4.00 | $125.00 | $500.00 |
| SEP-21-22 | CONSULTING FEES | Bank Reconciliation 8.31.22 | 1.00 | $125.00 | $125.00 |
| SEP-28-22 | CONSULTING FEES | POST PAYMENTS IN PR PAY (FOR 480.6SP 2021) JULY & AUGUST 2021 | 1.50 | $125.00 | $187.50 |
| | | TOTAL: CONSULTING FEES | | | $812.50 |
| | | Total hours for this invoice | 6.50 | | |
| | | Total before tax | | | $812.50 |
| | | PR SALES TAX (IVU) | | | $0.00 |
| | | Total amount of this invoice | | | $812.50 |

| MESSAGE |
|---|
| 6% Withholding on Profesional Services (Waiver Certificate Available Upon Request) |