Al Youngs
5552 West Lakeridge
RoadLakewood, CO 80227

September 1 – September 30, 2022
Invoice No. 39
Member of Federal Monitor Team

| Date | Brief Description | Total Hours |
|---|---|---|
| 09/01 09/02 09/07 09/08 09/12 09/14 09/15 09/16 09/19 | Reviewed and responded to emails and conference calls for the month of September From Members of the Monitor Team. | 6.0 Hours |
| 09/05 09/11 09/15 09/17 09/19 09/27 | Several meetings and phone calls with Monitor and Deputy Monitor. | 3.0 Hours |
| 09/01 | Reviewed consolidated list of data requests with David Levy | 1.0 Hours |
| 09/13 | Reviewed OG204 | 1.0 Hours |
| 09/13 | Reviewed OG140 and 140.1 reference Bomb Squad | 2.0 Hours |
| 09/17 | Reviewed feedback from paragraph 158 received from PRPB reference their participation in the Criminal Justice System. | 2.0 Hours |
| 09/17 | Reviewed Interboro Recruitment documents for examiners and steps to complete recruitment, recruitment brochure and strategic plan with Brian Dees | 1.0 Hours |
| 09/19 | Re-reviewed Policy and Protocol for Integrity Tests OG649. | 3.0 Hours |
| 09/20 | Reviewed Inspection Division Manual and reviewed completed Inspections for future meeting with SARP in 2022 in preparation of receiving Annual Inspection Report. | 3.0 Hours |
| 09/21 | Re-reviewed draft of career developmental program, request for information and transition process of the Promotion Board. | 3.0 Hours |
| 09/21 | Reviewed CMR7 data request and formulated additional requests with David Levy and Samantha Rhinerson | 1.0 Hours |

| Date | Description | Hours |
|---|---|---|
| 09/22 | Submitted additional comments for CMR7 documents, Supervision and Professionalization. | 3.0 Hours |
| 09/23 | Reviewed comments sent by PRPB, Monitor's Office, DOJ and DSP reference plan to promote Supervisors. | 3.0 Hours |
| 09/24 | Reviewed additional personnel evaluations completed by Supervisors of their subordinates and personnel evaluation policy. | 3.0 Hours |
| 09/25 | Reviewed plan to implement Paragraph 13 | 3.0 Hours |
| 09/27 | Reviewed Supervision paragraphs | 2.0 Hours |
| 09/27 | Re-reviewed 310 and 310.1 | 1.0 Hours |
| 09/28 | Reviewed Professionalization CMR 3 and 5 | 3.0 Hours |
| 09/29 | Reviewed notes reference feedback given by the Monitor's Office and DOJ to the Federal Court; reference Supervision | 3.0 Hours |
| 09/30 | Reviewed comments sent by DOJ concerning performance evaluations. | 2.0 Hours |
| 09/30 | Re-reviewed promotional process OG504 - OG504.5 | 3.0 Hours |
| 09/30 | Reviewed Supervisor training records, performance evaluations, disciplinary records, and any SARP investigations. | 3.0 Hours |
| 09/30 | Reviewed Training records (PTMS) for the indicated random sample of sworn personnel. | 3.0 Hours |
| 09/30 | Re-reviewed OG140 and 140.1 reference Bomb Squad | 2.0 Hours |

**TOTAL HOURS: 60**

Billable Hours:   60 Hours at a Rate of $165.00 Per Hour = $9,900.00

**Total:        $9,900.00**

**TOTAL WAGES AND EXPENSE REIMBURSEMENT        $    9,900.00**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_Alan C. Young_         09/30/2022
Signature