| Invoice: Rita J. Watkins    Date: September 30, 2022 | | | | |
|---|---|---|---|---|
| Task Performed | US Hours | Dates | PR Hours | Billable Amount |
| On-Site Puerto Rico Labor Hours | | | | $0.00 |
| Communications & Coordination - telcons and emails to/from Monitors, PRPB, USDOJ, Special Master; policies, SOP's; logistics; scheduling, on-site planning & coordination of interviews, material review coordination | 5 | 09/1,3,4,5,10,18,19,20,24,26,27,28,29 | | $800.00 |
| Teleconference Meetings: Monitor Team, and parties on training plan | 1.5 | 9/7 | | $240.00 |
| Policy & Protocol Review: Policy 310, Hate Crimes Manual | 4 | 09/4,10 | | $640.00 |
| Report writing - research related articles Domestic Violence, SAEA training; data document analysis, and CMR-7 writing on training, equal protection and non-discrimination, and compliance review meetings. | 17 | 09/2,4,14,15,16,26,29 | | $2,720.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | |
| Net Hours @ $160/hr. | 27.50 | | 0.00 | $4,400.00 |
| Total Expenses (Air, Hotel, MIE; Meals, Parking, POV miles) | | | | |
| Allowable Fee | | | | $4,400.00 |
| I hereby certify that the amount billed in this invoice is true and correct and reponds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities, or agencies. | | | | |
| *Rita J. Watkins*        09/30/22 | | | | |

1