# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@outlook.com | 550 Amsonia Circle Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2022-09
**DATE:** September 30, 2022

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 9/01/2022 | 3.0 hours of policy review facilitation, meeting with Denise, and GTE orientation | 3.0 | $100.00 | $300.00 |
| 9/02/2022 | 1.0 hour of policy review facilitation | 1.0 | $100.00 | $100.00 |
| 9/06/2022 | 1.0 hour of policy review facilitation | 1.0 | $100.00 | $100.00 |
| 9/07/2022 | 1.0 hour of policy review facilitation and travel planning | 1.0 | $100.00 | $100.00 |
| 9/08/2022 | 1.0 hour of policy review facilitation and travel planning | 1.0 | $100.00 | $100.00 |

**AMOUNT DUE**  **SEE FOURTH PAGE**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@outlook.com | 550 Amsonia Circle Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2022-09
**DATE:** September 30, 2022

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 9/09/2022 | 2.0 hours of policy review facilitation | 2.0 | $100.00 | $200.00 |
| 9/12/2022 | 2.5 hours of policy review facilitation and meetings with Denise and Polo | 2.5 | $100.00 | $250.00 |
| 9/13/2022 | 1.0 hour of policy reviews and travel planning | 1.0 | $100.00 | $100.00 |
| 9/14/2022 | 2.0 hours of CMR-7 report review | 2.0 | $100.00 | $200.00 |
| 9/15/2022 | 2.5 hours of CMR-7 review and meetings with Al and Denise | 2.5 | $100.00 | $250.00 |

**AMOUNT DUE**  **SEE FOURTH PAGE**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@outlook.com | 550 Amsonia Circle Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2022-09
**DATE:** September 30, 2022

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 9/16/2022 | 2.0 hours of policy review facilitation | 2.0 | $100.00 | $200.00 |
| 9/19/2022 | 2.0 hours of travel planning | 2.0 | $100.00 | $200.00 |
| 9/20/2022 | 2.0 hours of travel planning and policy review facilitation | 2.0 | $100.00 | $200.00 |
| 9/23/2022 | 2.0 hours of policy review and memos | 2.0 | $100.00 | $200.00 |
| 9/27/2022 | 1.0 hour of policy review facilitation and memo development | 1.0 | $100.00 | $100.00 |

**AMOUNT DUE**     **SEE FOURTH PAGE**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@outlook.com | 550 Amsonia Circle Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2022-09
**DATE:** September 30, 2022

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 9/28/2022 | 1.0 hour of policy review facilitation | 1.0 | $100.00 | $100.00 |
| 9/29/2022 | 1.5 hour of policy review facilitation and call with Denise | 1.5 | $100.00 | $150.00 |

**AMOUNT DUE** $2,850.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.