**Office of the FPMPR LLC**
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907

**Name:** Claudia Cámara-León **Supervisor:** Javier Gonzales, Esq.

## Work Timesheet (September 2022)

| Date | Task | Total Hours |
|---|---|---|
| **September 1, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 4.0 |
| **September 2, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| **September 6, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 4.0 |
| **September 8, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 4.0 |
| **September 9, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| **September 13, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 4.0 |
| **September 15, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 4.0 |
| **September 16, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |

| Date | Task | Total Hours |
|---|---|---|
| **September 20, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| **September 22, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 4.0 |
| **September 23, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| **September 27, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 4.0 |
| **September 29, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 4.0 |
| **September 30, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |

**Total, 74 hours for $20 = $1,480**

I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Signature,
Claudia S. Cámara León

_____