# Manuel A. Arroyo Rivera

P.o Box 8925 Santurce Puerto Rico 00910    Cel 787-364-8925

Email marroyorivera20@gmail.com

Invoice  Month september  2022                                                                      Invoice #024

Federal Police Monitor   San Juan, PR

| Date | description | Hour | Rate | Amount |
|---|---|---|---|---|
| September 14 2022 | carry out procedures to remove the official vehicle inspection seal | 2 | $20 | $40.00 |
| September 16 2022 | carry out procedures to obtain the permit of the vehicle in public works | 3 | $20 | $60.00 |
| September 25 | pick up the monitor and staff from the office at the airport and take them to the hotel | 7 | $20 | $140.00 |
| September 26  2022 | pick up the monitor and take it to different meetings of the day | 8 | $20 | $160.00 |
| September 27  2022 | pick up the monitor and take it to different meetings of the day | 8 | $20 | $160.00 |
| September 28  2022 | pick up the monitor and take it to different meetings of the day | 8 | $20 | $160.00 |
|  |  | 36 | $20 | $720.00 |