# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff;<br><br> v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>     Defendants. | No. 12-cv-2039 (FAB) |

## MOTION TO RESTRICT

  COMES NOW, Plaintiff, the United States of America, and respectfully moves to restrict its Motion in Compliance with Order at Docket 2183 Regarding the Commonwealth's Amended Provisional Use of Force Data Plan ("Motion in Compliance"), ECF No. 2215, for viewing by selected case participants, in accordance with Standing Order No. 9, *Amendment to the Restricted Filing and Viewing Levels Module*, Misc. No. 03-149 (Jan. 30, 2013). For cause, the United States alleges, states, and prays:

  1. On September 22, 2022, Defendants moved this Court for an order to restrict their Motion in Compliance with Order Submitting Amended Provisional Use of Force Data Plan, ECF No. 2177, for viewing by selected case participants. Defs.' Mot. to Restrict, ECF No. 2178. The Court granted Defendants' Motion to Restrict on September 23, 2022. Order, ECF No. 2184.

  2. The United States seeks to restrict its Motion in Compliance because it pertains to matters that are restricted presently by the Court's Order of September 23, 2022.

  WHEREFORE, the United States respectfully requests that the Court grant this request and restrict the United States' Motion in Compliance, ECF No. 2215.

WE HEREBY CERTIFY that on today's date, we filed the foregoing pleading electronically through the CM/ECF system, which caused the parties, counsel of record, the Special Master, and the Monitor on the service list to be served by electronic means.

Respectfully submitted, this 14th day of October, 2022,

                    **STEVEN H. ROSENBAUM**
                    Chief, Special Litigation Section
                    Civil Rights Division

                    *s/Luis E. Saucedo*
                    **TIMOTHY D. MYGATT**
                    Deputy Chief
                    **LUIS E. SAUCEDO** (G01613)
                    **JORGE CASTILLO** (G02912)
                    **KATHERINE CHAMBLEE-RYAN** (G03515)
                    Trial Attorneys
                    U.S. Department of Justice
                    Civil Rights Division
                    Special Litigation Section
                    950 Pennsylvania Avenue, NW
                    Washington, DC 20530
                    Telephone:  (202) 598-0482
                    Fax:  (202) 514-4883
                    luis.e.saucedo@usdoj.gov
                    jorge.castillo@usdoj.gov
                    katherine.chamblee-ryan@usdoj.gov

                    Attorneys for Plaintiff