# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CIVIL NO.: 12-cv-02039** |
| Plaintiff, | |
| v. | |
| **COMMONWEALTH OF PUERTO RICO, et al.,** | |
| Defendants. | |

## MOTION REQUESTING LEAVE OF COURT TO FILE DOCUMENTS IN THE SPANISH LANGUAGE

**MAY IT PLEASE THE COURT:**

  **COME NOW**, Codefendants Commonwealth of Puerto Rico and the Puerto Rico Police Department, through the undersigned attorneys, and very respectfully state and pray:

  1. Today, the Defendants filed Motion Submitting Paragraph 261 Self-Assessment Report at Docket 2217 regarding the PRPB's self-assessment report for the period ending September 30, 2022 in compliance with Paragraph 261 of the Consent Decree in the referenced case.

  2. The Defendants respectfully request leave of the Court to file the attachment in support of the referenced motion in the Spanish language, as well as forty-five (45) days to submit a certified translation of the documents in the English language. As the Court will note, the report is extensive.

Case 3:12-cv-02039-FAB   Document 2219   Filed 10/17/22   Page 2 of 2

Motion Requesting Leave of Court to File Documents
in the Spanish Language
Civil No. 12-02039
Page 2 of 2

**WHEREFORE**, the Defendants respectfully request that the Court take notice of the above, and grant leave to file the attachment in support of Defendants' Motion Submitting Paragraph 261 Self-Assessment Report at Docket 2217 in the Spanish language, and a period of time of forty-five (45) days to submit the translation of said attachment in the English language.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

In San Juan, Puerto Rico, on October 17, 2022.

**CANCIO, NADAL & RIVERA, L.L.C.**
P.O. Box 364966
San Juan, Puerto Rico  00936-4966
403 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Tel. (787) 767-9625

**S/ RAFAEL BARRETO-SOLÁ**
USDC PR: 211801
rbarreto@cnr.law

**S/ GABRIEL A. PEÑAGARÍCANO**
USDC PR: 212911
gpenagaricano@me.com