IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants**. | Civil No. 12-2039 (FAB) |

**ORDER**

On September 23, 2022, at Docket No. 2186, the Court responded to the Commonwealth's Motion in Compliance regarding PRPB's participation in the USDOJ's Equitable Sharing Program (ESP) of the Money Laundering and Asset Recovery Section of the United States Department of Justice's Criminal Division (MLARS). (Docket No. 2180), prompting responsive motions from the United States (Docket No. 2214) and the Monitor (Docket No. 2210).

The Court particularly appreciates the thorough actions and response of the United States; it is clear that the Commonwealth remains in a non-compliant status with the ESP/MLARS.

Accordingly, it is ORDERED that the Special Master coordinate and lead the efforts of the parties and the Monitor to review what the Commonwealth must do to become compliant, and to facilitate whatever actions are needed to make the Commonwealth eligible for disbursement of funds currently held by ESP/MLARS for the PRPB.

Civil No. 12-2039 (FAB)                                                     2

**IT IS SO ORDERED.**

San Juan, Puerto Rico, October 19, 2022.

                                        s/ Francisco A. Besosa
                                        FRANCISCO A. BESOSA
                                        SENIOR UNITED STATES DISTRICT JUDGE