# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **COMMONWEALTH OF PUERTO RICO**, et al., <br><br> Defendants. | CIVIL NO. 12-2039 (FAB) |

### Response of the Special Master to the Commonwealth's Motion Requesting Extension of Time to Submit a Training Plan

On October 7, 2022, the Commonwealth filed a motion requesting the due date to file the training plan the Court ordered produced be extended to December 22, 2022 (see Docket No. 2209). The Court then ordered that the United States, the Monitor, and the Special Master would respond to the Commonwealth's request for an extension no later than October 21, 2022 (see Docket No. 2211).

Now comes the Special Master thus responding to the filing of the Commonwealth noting that it has no objection to the Court granting the request of the Commonwealth.

The Special Master certifies that the foregoing document was electronically filed with the Clerk of the Court for the District of Puerto Rico, using the CM/ ECF system which will send a copy and notification of filing to the Monitor and all counsel of record.

**RESPECTFULLY SUBMITTED** this 19th day of October 2022.

**ALEJANDRO DEL CARMEN**
Special Master

*s/Alejandro del Carmen*
delcarmen@specialmasterpuertorico.com