### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO and the PUERTO RICO POLICE DEPARTMENT,<br><br>  Defendants. | NO. 3:12-cv-2039 (FAB) |

### INFORMATIVE MOTION IN COMPLIANCE WITH ORDER (ECF NO. 2211)

**TO THE HON. FRANCISCO A. BESOSA, SENIOR U.S. DISTRICT JUDGE:**

John Romero, in his capacity as Chief Police Monitor, respectfully complies with the Honorable Court's order (ECF No. 2211) and informs as follows:

The Honorable Court required the plaintiff, the Special Master, and the Monitor to respond by October 21, 2022, to the defendants' motion for a sixty-day extension to file its comprehensive training plan (ECF No. 2209).

The Monitor respectfully informs that he has no objection to the extension sought by the defendants.

WHEREFORE, the Monitor respectfully requests the Honorable Court to take notice of the above for purposes of compliance with the order at ECF No. 2211.

**RESPECTFULLY SUBMITTED.**

In Guaynabo, Puerto Rico, this 20th day of October 2022.

**I HEREBY CERTIFY** that on this same date a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which in turn notifies all counsel of record in the case.

**CORREA-ACEVEDO & ABESADA**
**LAW OFFICES, P.S.C**
Centro Internacional de Mercadeo, Torre II
#90 Carr. 165, Suite 407
Guaynabo, PR  00968
Tel.  (787) 273-8300 / Fax (787) 273-8371
ra@calopsc.com


S/Roberto Abesada-Agüet
USDC-PR No. 216706
General Counsel
FPMPR, LLC