OFFICE OF THE FPMPR LLC.
B-5 Calle Tabonuco Suite 216 PMB 292
Guaynabo, Puerto Rico 00968

October 1, 2022

Professional services rendered by the members of the Office of the FPMPR LLC. For September 2022:

| NAME | AMOUNT | MONTH |
| --- | --- | --- |
| John Romero | $20,113.75 | September 2022 |
| Spece | $ 2,579.20 | September 2022 |
| The & Group LLC (Javier González) | $ 8,104.98 | September 2022 |
| Altai Atlantic Consulting LLC (Dr. David Levy) | $ 6,480.00 | September 2022 |
| Denise Rodriguez | $16,947.23 | September 2022 |
| Viota & Associates CPA LLC | $   812.50 | September 2022 |
| Donald S. Gosselin | $ 9,600.00 | September 2022 |
| Al Youngs | $ 9,900.00 | September 2022 |
| Rafael E. Ruiz | $10,436.25 | September 2022 |
| Scott Cragg | $ 8,992.50 | September 2022 |
| Correa Acevedo & Abesada Law offices, PSC (Lcdo. Roberto Abesada) | $12,997.50 | September 2022 |
| Rita J. Watkins | $ 4,400.00 | September 2022 |
| M Serrano LLC | $ 7,680.00 | September 2022 |
| Luis Hidalgo | $11,500.00 | September 2022 |
| Korber Group | $ 1,302.78 | September 2022 |
| Samantha Rhinerson | $ 2,850.00 | September 2022 |
| Claudia Cámara | $ 1,480.00 | September 2022 |
| Manuel Arroyo | $   720.00 | September 2022 |
| Hipolito Castro Jr | $ 9,855.69 | September 2022 |
| Ipsos | $ | September 2022 |
| **TOTAL:** | **$146,752.38** | September 2022 |
| | | |