John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

INVOICE # 099                                    **TOTAL DUE $ 20,113.75**
FEDERAL MONITOR
SEPTEMBER 2022 INVOICE

## Duties and Responsibilities as Monitor

Generated, reviewed, and responded to emails/texts from the Parties, Monitor Team, Court, and Special Master
Conference calls with General Counsel
Reviewed court orders relating to the Consent Decree
Via zoom conducted meetings with Special Master and USDOJ and PRPB
Meetings re internal audits, reform
Monitor administrative duties - reviewing Team invoices, coordinating SME work assignments, and conferring with Monitor's Office Administrative Director
Reviewed Briefing Reports from PRPB
Meeting with AH Datalytics
Conferred with Deputy Chief Monitor on issues relating to Monitor Office Operations
Conducted Zoom meetings with the Monitor Team
Reviewed G.O. 600-618, 600-601, 600-623, 200-204, 400-413, 100-116, 100-140, 100-147, 500-504
Worked on draft of CMR-7

## Site Visit to Puerto Rico September 26-30, 2022

Meeting with Captain Figueroa Reform Unit re: Updated Interim Work Plan for UOF
Site Visit to FIU re: document review
Met with President of CFRB - reviewed CFRB evaluation of FIU investigations
Site Visit to Metro DOT re: review of training records
Meeting with Honorable Judge Besosa
Monitored demonstration against LUMA at the Fortaleza

| | |
|---|---|
| **Flat Rate Total Wages Due** | **$ 17,916.66** |
| **Travel Expenses Due** | **$ 2,197.09** |
| **TOTAL DUE** | **$ 20,113.75** |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*[signature: John Romero]*

Date September 30, 2022

## Office of the TCA - Travel Reimbursement Form

**John Romero**
**September 25- September 30, 2022**

### Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---:|---:|---:|
| Airfare | $805.34 | 1 | $805.34 |
| Baggage | $- | 0 | $- |
| Ground Transportation (Uber/Lyft/Taxi) |  |  | $- |
| Ground Transportation (Parking) | $- | 0 | $- |
| Ground Transportation (Mileage) | $0.625 | 82 | $51.25 |
| Lodging | $141.60 | 5 | $708.00 |
| Per Diem (Travel Days) | $86.25 | 2 | $172.50 |
| Per Diem (Full Days) | $115.00 | 4 | $460.00 |
| Other: |  | 0 |  |
| Total |  |  | $2197.09 |

# Travel Purchase

**Date of requested receipt:** 2022-09-18

**Record Locator:** RAEGCB

| From | To | | |
|---|---|---|---|
| LAX ▸ FLL | Travel date | 2022-09-24T22:04:00 | |
| | Flight number | 0700 | |
| FLL ▸ SJU | Travel date | 2022-09-25T07:15:00 | |
| | Flight number | 0253 | |
| SJU ▸ FLL | Travel date | 2022-09-30T13:40:00 | |
| | Flight number | 1754 | |
| FLL ▸ LAX | Travel date | 2022-09-30T19:56:00 | |
| | Flight number | 2501 | |

| Traveler(s) | Ticket number(s) |
|---|---|
| ROMERO/JOHN JOSEPH MR | 2792103518848 |

**Base fare:** $736.74 USD

| Taxes & fees breakdown: | AMOUNT | CURRENCY | PURPOSE - (CODE) |
|---|---|---|---|
| | $18.00 | USD | U.S. Passenger Facility Charge - (XF) |
| | $11.20 | USD | U.S. September 11th Security Fee - (AY) |
| | $39.40 | USD | U.S. Transportation Tax - (US2) |
| **Taxes & fees total:** | $68.60 | USD | |
| **Base fare total:** | **$805.34** | | |

| Exchange Fee(s) | TICKET NUMBER | DATE | AMOUNT |
|---|---|---|---|
| | 2792103518848 | 2022-09-18 | $0.00 |

Payment(s):

| | | |
|---|---|---|
| | Visa card XXXXXXXXXXXX1287 | $200.72 |
| | Travel Bank Account XXXXXXXXXXXX1372 | $604.62 |

# Fees

**ROMERO JOHN**   Ticket number(s): 2794403905933
Date: 2022-09-18

| QTY | FEE TYPE | COST | TAX | TOTAL |
|---|---|---|---|---|
| 1 | SEAT ASSIGNMENT | $74.00 | $0.00 | $74.00 |

**Total:**   $74.00 USD

| Payment(s): | True Blue Points XXXXXXXXXXXX0574 | $74.00 |
|---|---|---|

**ROMERO JOHN**   Ticket number(s): 2794403905935
Date: 2022-09-18

| QTY | FEE TYPE | COST | TAX | TOTAL |
|---|---|---|---|---|
| 1 | SEAT ASSIGNMENT | $40.00 | $0.00 | $40.00 |

**Total:**   $40.00 USD

| Payment(s): | True Blue Points XXXXXXXXXXXX0574 | $40.00 |
|---|---|---|

**ROMERO JOHN**   Ticket number(s): 2794403905937
Date: 2022-09-18

| QTY | FEE TYPE | COST | TAX | TOTAL |
|---|---|---|---|---|
| 1 | SEAT ASSIGNMENT | $40.00 | $0.00 | $40.00 |

**Total:** $40.00 USD

| Payment(s): | True Blue Points XXXXXXXXXXXX0574 | $40.00 |

**ROMERO JOHN**   Ticket number(s): 2794403905940

Date: 2022-09-18

| QTY | FEE TYPE | COST | TAX | TOTAL |
|---|---|---|---|---|
| 1 | SEAT ASSIGNMENT | $74.00 | $0.00 | $74.00 |

**Total:**   $74.00 USD

| Payment(s): | True Blue Points XXXXXXXXXXXX0574 | $74.00 |

# Total paid: $1,033.34 USD*

*includes all fares, taxes, fees and penalties less any amounts refunded

# COURTYARD
## Marriott

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr John Romero
2301 Pacific Ave
Costa Mesa CA 92627
United States

Room: 0401
Room Type: KSTE
No. of Guests: 1
Rate: $ 120.00  Clerk: 1010

Marriott Rewards #   756834271

CRS Number  93058211

Name:

Arrive:  09-25-22          Time:  10:09 AM          Depart:  09-30-22          Folio Number:  706477

| Date | Description | Charges | Credits |
|---|---|---|---|
| 09-25-22 | COMEDOR- Guest Charge (Breakfast) | 5.00 | |
| 09-25-22 | Package | 120.00 | |
| 09-25-22 | Government Tax | 10.80 | |
| 09-25-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 09-26-22 | COMEDOR- Guest Charge (Breakfast) | 19.00 | |
| 09-26-22 | Package | 120.00 | |
| 09-26-22 | Government Tax | 10.80 | |
| 09-26-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 09-27-22 | COMEDOR- Guest Charge (Breakfast) | 19.00 | |
| 09-27-22 | Package | 120.00 | |
| 09-27-22 | Government Tax | 10.80 | |
| 09-27-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 09-28-22 | Package | 120.00 | |
| 09-28-22 | Government Tax | 10.80 | |
| 09-28-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 09-29-22 | COMEDOR- Guest Charge (Breakfast) | 20.50 | |
| 09-29-22 | Package | 120.00 | |
| 09-29-22 | Government Tax | 10.80 | |
| 09-29-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 09-30-22 | COMEDOR- Guest Charge (Breakfast) | 19.00 | |
| 09-30-22 | Visa Card | | 790.50 |
| | Card #  XXXXXXXXXXXX1287 | | |

**COURTYARD Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR 00907
T 787.721.7400
F 787.723.0068

Mr John Romero
2301 Pacific Ave
Costa Mesa CA 92627
United States

Room: 0401
Room Type: KSTE
No. of Guests: 1
Rate: $ 120.00   Clerk: 1010

Marriott Rewards #   756834271

CRS Number   93058211

Name:

Arrive: 09-25-22     Time: 10:09 AM     Depart: 09-30-22     Folio Number: 706477

| Date | Description | Charges | Credits |
|---|---|---|---|
| | Balance | | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

# Travel Purchase

**Date of requested receipt:** 2022-08-28        **Record Locator:** DYVTBJ

| | | | |
|---|---|---|---|
| **LAX** ▸ **FLL** | | **Travel date** | 2022-09-17T22:04:00 |
| | | **Flight number** | 0700 |
| **FLL** ▸ **SJU** | | **Travel date** | 2022-09-18T07:15:00 |
| | | **Flight number** | 0253 |
| **SJU** ▸ **FLL** | | **Travel date** | 2022-09-23T13:40:00 |
| | | **Flight number** | 1754 |
| **FLL** ▸ **LAX** | | **Travel date** | 2022-09-23T19:56:00 |
| | | **Flight number** | 2501 |

| Traveler(s) | Ticket number(s) |
|---|---|
| ROMERO/JOHN JOSEPH MR | 2792101666425 |
| **Base fare:** | $536.02 USD |

| **Taxes & fees breakdown:** | AMOUNT | CURRENCY | PURPOSE - (CODE) |
|---|---|---|---|
| | $18.00 | USD | U.S. Passenger Facility Charge - (XF) |
| | $11.20 | USD | U.S. September 11th Security Fee - (AY) |
| | $39.40 | USD | U.S. Transportation Tax - (US2) |
| **Taxes & fees total:** | $68.60 | USD | |
| **Base fare total:** | $604.62 | | |

**Payment(s):**

| | |
|---|---:|
| Visa card XXXXXXXXXXXX1287 | $604.62 |

## Total paid: $604.62 USD*

*includes all fares, taxes, fees and penalties less any amounts refunded

Case 3:12-cv-02039-FAB   Document 2231-2   Filed 10/25/22   Page 9 of 9