# INVOICE

| | | |
|---|---|---|
| **DATE** <br> 10/1/2022 | **INVOICE NO** <br> #024 | **Denise Rodriguez** <br> 3003 San Sebastian St. <br> Mission, TX 78572 <br> drodriguez_PRI@outlook.com |

**INVOICE TO**
Puerto Rico Chief Federal Monitor

**INVOICE PERIOD**
September 1 - 30, 2022

## DUTIES AND RESPONSIBILITIES                                         TOTAL DUE $16,947.23

- Conducted monthly one-on-one meetings with each subject matter expert
- Coordinated and conducted weekly Monitoring Executive Team meetings
- Coordinated and conducted biweekly meetings with the Parties
- Reviewed and approved the review of several policies submitted to the Monitor's Office by PRPB as per Paragraph 229 of the Agreement
- Worked with the Data Analyst on the data requests for CMR-8 and revisions to the Master data request template
- Worked with the Administrative Director and the Research Analyst/Administrative Assistant to draft the schedule(s) for the September site visit
- Participated in various meetings with the Parties to discuss the PRPB Data Gap Analysis, Use of Force Plan Supervision Plan, and IT Needs Assessment
- Participated in several calls with the proposed contractor, Gartner, regarding the IT Needs Assessment
- Worked with the Research Analyst and PRPB to update the training requirements worksheet
- Participated on the team's September site visit to PR during the week of September 26th which included meeting with the Judge, PRPB Reform Unit, FIU, CFRB, and DOT
- Worked with the Associate Monitor and Administrative Director in finalizing a plan for future and upcoming community workshops/listening sessions hosted by the FPM
- Participated in biweekly and monthly call(s) with AHD regarding updates on their work
- Participated in discussion with OSM and the parties re the reform unit review
- Began reviewing initial drafts of CMR-7 for each of the sections
- Coordinated and oversaw the submission and receipt of various data requests for CMR-7
- Added and revised various data folders in Box in preparation for the final data productions from PRPB
- Drafted the CMR-8 timeline and worked with PRPB on revisions to timeline
- Participated in discussion with parties regarding Integrity Audits
- Participated in discussion with parties regarding the Training Plan

| | |
|---|---|
| Flat Rate Total Wages* | $15,833.33 |
| Travel Expenses | $ 1,113.90 |
| **Total Due** | **$ 16,947.23** |

*The total amount is a flat rate. The total monthly is $15,833.33 for an annualized amount of $190,000.00

*Denise Rdz* (signature)

**Denise Rodriguez, Chief Deputy Monitor**

September 30, 2022
**Date**

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.*



# Office of the Technical Compliance Advisor Travel Reimbursement Form

**Traveler Name:** Denise Rodriguez
**Travel Dates:** September 25-29, 2022
**Purpose of Travel:** Site visit

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| **Airfare**\*\* | $ 623.60 | 1 | WAIVED |
| **Baggage** | $ - | 0 | $ - |
| **Ground Transportation (Uber/Lyft/Taxi)** | $ - | 0 | $ - |
| **Ground Transportation (Parking)** | $ - | 0 | $ - |
| **Ground Transportation (Mileage)** | $ - | 0 | $ - |
| Lodging | $ 141.60 | 4 | $ 566.40 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 3 | $ 345.00 |
| Parking @ airport (days)* | $ 5.00 | 6 | $ 30.00 |
| Taxi from hotel to Airport | $ - | 0 | $ - |
| **Total** | | | $ 1,113.90 |

*Parking receipt includes personal days **not** expensed and included above

\*\*Airfare - the receipts for the previously issued ticket numbers are no longer available via united, since the ticket was reissued more than once. Further, due to these changes and rebooking of the ticket (as a result of the storm and changes to the dates) and use of previous flight credits, the charge reflected on my Amex billing statement is not the same as the amount reflected on the receipt from United. To expedite the issuing of reimbmursement for this invoice, I have decided to waive the airfare on this invoice and will gather the necessary documentation to invoice for the airfare in a future invoice.

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

**COURTYARD® Marriott**

Courtyard by Marriott  
San Juan - Miramar

801 Ponce de Leon Ave.  
San Juan, PR. 00907  
T 787.721.7400  
F 787.723.0068

Mr Denise Rodriguez  
3003 San Sebastian St  
Mission TX 78572  
United States

Room: 0811  
Room Type: DNKG  
No. of Guests: 1  
Rate: $ 120.00  Clerk: 5

Marriott Rewards # 286891726

CRS Number 84709342

Name:

Arrive: 09-25-22  Time: 03:57 PM  Depart: 09-29-22  Folio Number: 707360

| Date | Description | Charges | Credits |
|---|---|---|---|
| 09-25-22 | Package | 120.00 | |
| 09-25-22 | Government Tax | 10.80 | |
| 09-25-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 09-26-22 | COMEDOR- Guest Charge (Breakfast) | 15.65 | |
| 09-26-22 | Package | 120.00 | |
| 09-26-22 | Government Tax | 10.80 | |
| 09-26-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 09-27-22 | COMEDOR- Guest Charge (Breakfast) | 14.00 | |
| 09-27-22 | Comedor - Guest Charge | 68.52 | |
| 09-27-22 | Package | 120.00 | |
| 09-27-22 | Government Tax | 10.80 | |
| 09-27-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 09-28-22 | Comedor - Guest Charge | 2.00 | |
| 09-28-22 | Package | 120.00 | |
| 09-28-22 | Government Tax | 10.80 | |
| 09-28-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 09-29-22 | American Express | | 666.57 |

Card # XXXXXXXXXX1008

COURTYARD®
Marriott.

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Denise Rodriguez
3003 San Sebastian St
Mission TX 78572
United States

Room: 0811
Room Type: DNKG
No. of Guests: 1
Rate:  $   120.00   Clerk: 5

Marriott Rewards #   286891726

CRS Number  84709342

Name:

Arrive:  09-25-22      Time:  03:57 PM      Depart:  09-29-22      Folio Number:  707360

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
|      | Balance     |         | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

8655 09/30 19:17 $36.00 8655 *(printed upside down)* 09/25 05:43

# RECEIPT



**REPUBLIC PARKING**
PART OF REEF PARKING NETWORK