**Gosselin Int'l Associates/MBG North Corp.** 1931 Cordova Rd. Suite 3039, Ft. Lauderdale, FL 33316
**Invoice # 1164**, 30 SEP 2022  **Contractor:** Donald S. Gosselin, Esq.
**Dates of Service:** 1 SEP 2022 to 30 SEP 2022     **TERMS:** NET30

| Task Performed | US Hours | Dates | PR Hours | Billable Amount |
|---|---|---|---|---|
| **On-Site Puerto Rico Labor Hours** August-September Visit | | Sept. 1,2 | 12 | $1,920.00 |
| **Communications & Coordination** - all written comms to/from Monitors, PRPB, USDOJ; Review compliance targets, document and data requests, logistics; scheduling, on-site planning & coordination | 11 | Sept. 6,7,9, 13,14,15, 21,22,23, 24,26, 28,29 | | $1,760.00 |
| **Teleconference Meetings** - Monitors Office and individual Team Members.  (Prep and Actual TCs via Zoom or Telephone) | 2 | Sept. 7, 13, 19, 20, 23, 27 | | $320.00 |
| **Data and Policy Analysis & Memos** - OG 114, 124, 310, 310.1, 618, 631, 649, PPR 631.1, OG 402 , OG 645, Anejo 645, PPR 643.4 and 643.5, SARP Manual, Agüet Memos, Acoso Laboral, SARP Case File Reviews | 35 | Sept. 9,10,22,23, 26,27,28,29, 30 | | $5,600.00 |
| FEE WAIVER (PUERTO RICO) | | | **0** | $0.00 |
| | US Hours | | PR Hours | |
| Net Hours @ $160/hr. | 48.00 | | 12.00 | $9,600.00 |
| Total Expenses (Air, Hotel, MIE; Meals, Parking, POV miles) | | | | $0.00 |

| | | | | |
|---|---|---|---|---|
| **Allowable Fee** | | | | **$9,600.00** |

| **Travel Breakout** | **Traveler: Donald S. Gosselin** | | - *billed previously in August* | |
|---|---|---|---|---|
| **Expense** | **Unit Cost** | **Units** | **Column1** | **Total** |
| Airfare | $ 1,109.10 | 0 | $ - | $ - |
| Baggage | $ 50.00 | 0 | | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | $ 39.98 | 0 | | $ - |
| Ground Transportation (Parking) | $ 14.00 | 0 | | $ - |
| Ground Transportation (POV Mileage) | $ 0.625 | 0 | | $ - |
| Lodging | $ 129.00 | 0 | | $ - |
| Per Diem (Travel Days) | $ 75.00 | 0 | | $ - |
| Per Diem (Full Days)(DOD OTHER $80+$20) | $ 100.00 | 0 | | $ - |
| Other: HOTEL TAX ($21.93+14.19+2.41day) | $ 38.52 | 0 | | $ - |
| **Total** | | | | $ - |

*SJU travel dates  28 AUG - 2 SEP*

The undersigned, Donald S. Gosselin, Esq. certifies that the amount billed in this invoice is true and correct and corresponds to my duties as a Federal Monitor and related travel expenses.  I further certify that I have not received any income, compensation or payment for services from the Commonwealth of Puerto Rico or any of its departments or municipalities

**Donald S. Gosselin, Esq.**
Principal, MBG North Corp
30-Sep-22