# Rafael Ruiz Consulting

12 Crestshire Dr.
Lawrence, MA 01843

PHONE: 6177599156    stodgo1971@yahoo.com    12 Crestshire Dr.

## INVOICE

INVOICE NUMBER: 2022-09
INVOICE DATE: 9/30/2022

Federal Police Monitor for PR
VIG Tower, PH-924
1225 Ponce De Leon Ave.
San Juan, PR 00907

RAFAEL E. RUIZ CONSULTING

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: FPM work from Home | | | |
| 9/1/2022 | FPM work from Home | Re-review of GO 600-619 | 1.50 | $165.00 | $247.50 |
| 9/2/2022 | FPM work from Home | CMR-07 midterm data entry/analysis | 1.00 | $165.00 | $165.00 |
| 9/6/2022 | FPM work from Home | CMR-07 midterm data entry/analysis | 2.00 | $165.00 | $330.00 |
| 9/7/2022 | FPM work from Home | CMR-07 midterm data; Review GO 100-109 | 2.00 | $165.00 | $330.00 |
| 9/8/2022 | FPM work from Home | CMR-07 data; Review GO's 100-109 and its PPR's, 600-642, 600-643, annexes and PPR's | 6.25 | $165.00 | $1,031.25 |
| 9/9/2022 | FPM work from Home | CMR-07 midterm data entry/analysis | 6.50 | $165.00 | $1,072.50 |
| 9/10/2022 | FPM work from Home | CMR-07 midterm data entry/analysis | 4.00 | $165.00 | $660.00 |
| 9/14/2022 | FPM work from Home | CMR-07 midterm data entry/analysis; Review GO 600-621 and PPR's | 9.50 | $165.00 | $1,567.50 |
| 9/16/2022 | FPM work from Home | CMR-07 midterm data entry/analysis | 6.00 | $165.00 | $990.00 |
| 9/19/2022 | FPM work from Home | Re-review GO's 100-131 and 600-619 | 3.00 | $165.00 | $495.00 |
| 9/20/2022 | FPM work from Home | Re-review GO 100-109; prep Para 73 questions for PRPB | 4.25 | $165.00 | $701.25 |
| 9/22/2022 | FPM work from Home | Re-review GO 600-631, PPR's and annexes | 1.75 | $165.00 | $288.75 |
| 9/24/2022 | FPM work from Home | CMR-07 midterm data entry/analysis | 5.25 | $165.00 | $866.25 |
| 9/25/2022 | FPM work from Home | CMR-07 midterm data entry/analysis | 6.75 | $165.00 | $1,113.75 |
| 9/26/2022 | FPM work from Home | CMR-07 midterm data entry/analysis; Re-review GO 600-621 | 3.50 | $165.00 | $577.50 |
| | | TOTAL: FPM work from Home | | | $10,436.25 |
| | | Total hours for this invoice | 63.25 | | |

INVOICE NUMBER: 2022-09

| INVOICE BALANCE INFORMATION | |
|---|---|
| Total amount of this invoice | $10,436.25 |
| Current invoice balance | $10,436.25 |

| |
|---|
| AMOUNT DUE ON THIS INVOICE: $10,436.25 |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of the hours worked in my capacity as a member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Rafael E Ruiz                                              Date: September 30, 2022