INVOICE 0091 FOR PROFESSIONAL SERVICES; SEP 1, 2022, THROUGH SEP 30, 2022
RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC, 13932 SOUTH SPRINGS DR, CLIFTON VA 20124

TO:   Federal Monitor
      Puerto Rico Police Department Consent Decree

The invoice for professional services rendered by Crystal Reef LLC (Monitoring Core Team) for September 2022 is detailed as follows:

| Task Performed | US Hours | Dates | Billable Amount |
|---|---|---|---|
| Communications & Coordination - telcons and emails to/from Monitors, PRPB, FMPR Logistics and planning for on-site visits, collaboration meetings, coordinate and reconcile schedules and travel planning, recruit Gartner project monitor, review training emails | 8 | Sep - 2,5,7,9,13,14,15,16,17,18,19,21, 23,26,27,28,29 | $1,320.00 |
| Teleconference Meetings (random, bi-weekly) with Monitors Office and Deputy Monitor. Review site visits, agenda, needed demonstrations and meetings/reviews with Parties, Review of Project monitoring candidates. | 0.5 | Sep - 1 | $82.50 |
| AH Datalytics - Meetings, Calls, emails, Teleconferences, review AHD Plan to accelerate the Reform, assess progress and dashboards | 1.25 | Sep - 1,14 | $206.25 |
| CMR-7 data request, review, coordination, and planning, | 1.25 | Sep - 1,12,13 | $206.25 |
| Gartner - IT Needs/Requirements assessment - Teleconference meetings with PM (prep/post follow through), task monitoring, review comm's between Gartner and parties, coordinate meetings, attend and review Weekly Minutes. Meet with Gartner Program Manager, prep for weeklies, review DSP requests to Gartner, coordinate Fortaleza mtg, review Gartner delivery schedule extension request, render decision, reconcile compliance matrix with weekly status reports, communicate with PRPB and Gartner of compliance, review Draft Assessment for tasks 1 and 2, coordinate status review of draft with Monitor, Review PRPB initial draft of assessment | 23.75 | Sep - 2,4,6,9,13,14,16,18,19,23,24,25, 26,27,30 | $3,918.75 |
| Per agreement with Angel Diaz during August Site Review, re-baseline all PRPB data for responsiveness and relevance to requests from monitors for CMR's-3,4,5,6 and 7.  Agreement is to re-baseline active requests against CMR's -5, 6, 7. Requests before CMR-5 will be held in abeyance until needed | 13.25 | Sep - 10,11,18,19,26, 27,28,29,30 | $2,186.25 |
| CMR-7 Report Writing, meetings and review with Deputy Monitor, alignment with CMR-6 | 6.5 | Sep - 17,19, 21,24,26,27 | $1,072.50 |
| Net Hours @ $165/hr. | 54.50 | | $8,992.50 |
| Allowable Fee | | | $8,992.50 |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

INVOICE PRESENTED BY: _[signature]_ : Scott Cragg, Monitoring Core Team

1