**CORREA ACEVEDO & ABESADA LAW OFFICES, PSC**
Centro Internacional de Mercadeo - II
90 Carr. 165 Suite 407
Guaynabo, PRI 00968
USA

October 3, 2022
Invoice # 20224

**United States v. Commonwealth of Puerto Rico**
**Police Reform, Case No. 12-2039 (GAG)**

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| | **AS** | | | |
| 9/1/2022 | YMT | Translated documents. | 1.00<br>150.00/hr | 150.00 |
| | **PARALEGAL** | | | |
| | SL | Review relevant docket entries and documents for deadlines; review and respond to emails; calls with D. Rodriguez; preparation of timeline. | 1.00<br>90.00/hr | 90.00 |
| | SUBTOTAL: | | [    2.00 | 240.00] |
| | **PT** | | | |
| 9/1/2022 | RAA | Review email from G. Balli. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review notice filed by A. Del Carmen. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review emails from S. Rhinerson. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email from A. Del Carmen. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Telephone call from J. Romero. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review emails from D. Rodriguez. | 0.30<br>225.00/hr | 67.50 |

787-273-8300

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/1/2022 | RAA | Review SARP policy and draft monitor's memo from D. Gosselin. | 0.50 225.00/hr | 112.50 |
|  | RAA | Plan and prepare for meeting with executive team. Appear and attend meeting. | 0.90 225.00/hr | 202.50 |
|  | RAA | Review email from D. Gosselin and memo. Revisions to memo. Multiple exchange of emails with D. Gosselin regarding legal matters. | 1.70 225.00/hr | 382.50 |
|  | SUBTOTAL: |  | [ 4.10 | 922.50] |
|  | PARALEGAL |  |  |  |
| 9/2/2022 | SL | Continue review of relevant docket entries and documents for deadlines; review and respond to emails and calls; further preparation of timeline. | 1.50 90.00/hr | 135.00 |
|  | SUBTOTAL: |  | [ 1.50 | 135.00] |
|  | PT |  |  |  |
| 9/2/2022 | RAA | Telephone call from J. Romero. | 0.30 225.00/hr | 67.50 |
|  | RAA | Review emails from D. Rodriguez, S. Cragg, and other team members. | 0.30 225.00/hr | 67.50 |
|  | RAA | Review and analyze USDOJ's motion in compliance. Email motion to monitors. | 0.40 225.00/hr | 90.00 |
|  | RAA | Review email from Gartner and report. | 0.40 225.00/hr | 90.00 |
| 9/7/2022 | RAA | Review emails from L. Saucedo and A. Del Carmen. | 0.20 225.00/hr | 45.00 |
|  | RAA | Review motions filed by special master and PRPB. Email the same to monitors. | 0.30 225.00/hr | 67.50 |
|  | SUBTOTAL: |  | [ 1.90 | 427.50] |
|  | AS |  |  |  |
| 9/8/2022 | YMT | Prepare motion for disbursement of funds. | 0.60 150.00/hr | 90.00 |
|  | PARALEGAL |  |  |  |
|  | SL | Worked on calendar and timeline, multiple calls and electronic communications with D. Rodriguez and general counsel. | 3.00 90.00/hr | 270.00 |
|  | SUBTOTAL: |  | [ 3.60 | 360.00] |

|            |     | PT  |                                                                 | Hrs/Rate         | Amount |
|------------|-----|-----|-----------------------------------------------------------------|------------------|--------|
| 9/8/2022   | RAA |     | Review email from S. Rhinerson.                                 | 0.10 225.00/hr   | 22.50  |
|            | RAA |     | Review draft timeline.                                          | 0.10 225.00/hr   | 22.50  |
|            | RAA |     | Review proposed agenda for next week's site visit.              | 0.10 225.00/hr   | 22.50  |
|            | RAA |     | Review email from S. Leon.                                      | 0.10 225.00/hr   | 22.50  |
|            | RAA |     | Review emails from L. Saucedo and J. Romero.                    | 0.20 225.00/hr   | 45.00  |
|            | RAA |     | Review emails from L. Saucedo and A. Del Carmen.                | 0.30 225.00/hr   | 67.50  |
|            | RAA |     | Plan and prepare for executive meeting and attend the same.     | 0.90 225.00/hr   | 202.50 |
| 9/9/2022   | RAA |     | Exchange of emails with counsel for PRPB.                       | 0.20 225.00/hr   | 45.00  |
|            | RAA |     | Review court orders regarding motions by PRPB and Special Master. | 0.20 225.00/hr | 45.00  |
|            | RAA |     | Review emails from L. Saucedo.                                  | 0.20 225.00/hr   | 45.00  |
|            | RAA |     | Review emails from D. Rodriguez.                                | 0.20 225.00/hr   | 45.00  |
|            | RAA |     | Review email from Gartner and status report.                    | 0.20 225.00/hr   | 45.00  |
|            | RAA |     | Email motion and exhibits to monitors.                          | 0.10 225.00/hr   | 22.50  |
|            | RAA |     | Review email from S. Cragg.                                     | 0.10 225.00/hr   | 22.50  |
|            | RAA |     | Review and respond to email from S. Cragg.                      | 0.20 225.00/hr   | 45.00  |
|            | RAA |     | Review and respond to email from J. Kashare.                    | 0.20 225.00/hr   | 45.00  |
|            | RAA |     | Review further emails between A. Del Carmen and L. Saucedo.     | 0.20 225.00/hr   | 45.00  |

|            |     |                                                                                                       | Hrs/Rate       | Amount |
|------------|-----|-------------------------------------------------------------------------------------------------------|----------------|--------|
| 9/9/2022   | RAA | Telephone call from J. Romero.                                                                        | 0.30 225.00/hr | 67.50  |
|            | RAA | Review emails from L. Saucedo and G. Penagaricano.                                                    | 0.30 225.00/hr | 67.50  |
|            | RAA | Review PRPB's motion in compliance and exhibits.                                                      | 0.40 225.00/hr | 90.00  |
| 9/10/2022  | RAA | Email to counsel for the parties regarding Gartner.                                                   | 0.10 225.00/hr | 22.50  |
|            | RAA | Review email from S. Cragg.                                                                           | 0.10 225.00/hr | 22.50  |
|            | RAA | Review email from J. Kashare.                                                                         | 0.10 225.00/hr | 22.50  |
|            | RAA | Review email from J. Romero.                                                                          | 0.10 225.00/hr | 22.50  |
|            | RAA | Review email from S. Rhinerson.                                                                       | 0.10 225.00/hr | 22.50  |
|            | RAA | Telephone call from J. Romero.                                                                        | 0.20 225.00/hr | 45.00  |
|            | RAA | Review supplemental motion in compliance with order filed by PRPB. Email the same to monitors.        | 0.20 225.00/hr | 45.00  |
| 9/11/2022  | RAA | Review newspaper article sent by J. Romero.                                                           | 0.10 225.00/hr | 22.50  |
|            | RAA | Review motion filed by Special Master.                                                                | 0.10 225.00/hr | 22.50  |
|            | RAA | Review informative motion filed by USDOJ.                                                             | 0.10 225.00/hr | 22.50  |
|            | RAA | Telephone call from J. Romero.                                                                        | 0.20 225.00/hr | 45.00  |
|            | RAA | Review electronic communications from J. Romero and D. Rodriguez.                                     | 0.20 225.00/hr | 45.00  |
| 9/12/2022  | RAA | Emails to S. Cragg and monitors.                                                                      | 0.10 225.00/hr | 22.50  |
|            | RAA | Review email from D. Rodriguez.                                                                       | 0.10 225.00/hr | 22.50  |
|            | RAA | Review email from J. Romero.                                                                          | 0.10 225.00/hr | 22.50  |

|            |     |                                                                                                                                          |   | Hrs/Rate          | Amount   |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------|---|-------------------|----------|
| 9/12/2022  | RAA | Review email from S. Cragg.                                                                                                              |   | 0.10 225.00/hr    | 22.50    |
|            | RAA | Review orders related to filed motions.                                                                                                  |   | 0.20 225.00/hr    | 45.00    |
|            | RAA | Review emails from J. Kashare and M. Ortiz.                                                                                              |   | 0.20 225.00/hr    | 45.00    |
|            | RAA | Review email from A. Del Carmen and draft report.                                                                                        |   | 0.30 225.00/hr    | 67.50    |
| 9/13/2022  | RAA | Telephone call from J. Romero.                                                                                                           |   | 0.30 225.00/hr    | 67.50    |
|            | RAA | Review emails from J. Gonzalez and D. Rodriguez.                                                                                         |   | 0.30 225.00/hr    | 67.50    |
|            |     | SUBTOTAL:                                                                                                                                | [ | 7.90              | 1,777.50] |
|            | PARALEGAL |                                                                                                                                    |   |                   |          |
| 9/14/2022  | SL  | Review and analyze NPRRR implementation plan.  Translation of activities and deadlines. Update calendar and timeline. Worked on new timeline in table form. |   | 4.50 90.00/hr     | 405.00   |
|            |     | SUBTOTAL:                                                                                                                                | [ | 4.50              | 405.00]  |
|            | PT  |                                                                                                                                          |   |                   |          |
| 9/14/2022  | RAA | Review email from G. Peñagarícano.                                                                                                       |   | 0.10 225.00/hr    | 22.50    |
|            | RAA | Review emails from A. Del Carmen.                                                                                                        |   | 0.20 225.00/hr    | 45.00    |
|            | RAA | Review and respond to emails from Gartner and S. Cragg.                                                                                  |   | 0.30 225.00/hr    | 67.50    |
|            | RAA | Review emails from D. Rodriguez and S. Rhinerson.                                                                                        |   | 0.30 225.00/hr    | 67.50    |
|            | RAA | Review emails from D. Rodriguez and J. Romero.                                                                                           |   | 0.30 225.00/hr    | 67.50    |
|            | RAA | Conference with paralegal re: timeline draft.                                                                                            |   | 0.40 225.00/hr    | 90.00    |
|            | RAA | Review and analyze draft report by special master and email with recommendations by USDOJ.                                               |   | 0.50 225.00/hr    | 112.50   |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  | SUBTOTAL: |  | [ 2.10 | 472.50] |
|  | **PARALEGAL** |  |  |  |
| 9/15/2022 | SL | Emails and calls with D. Rodriguez and other team members. | 0.50<br>90.00/hr | 45.00 |
|  | SUBTOTAL: |  | [ 0.50 | 45.00] |
|  | **PT** |  |  |  |
| 9/15/2022 | RAA | Review informative motion filed by PRPB. Email the same to monitors. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Review emails from Captain Figueroa. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Telephone call from J. Romero. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Conference with paralegal. | 0.40<br>225.00/hr | 90.00 |
|  | RAA | Plan and prepare for meeting with executive monitor team. Appear and attend meeting. | 0.90<br>225.00/hr | 202.50 |
| 9/16/2022 | RAA | Review order on motion filed by PRPB regarding audits. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review motion submitting translations. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review order on motion submitting. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review email from D. Rodriguez. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review order re: special master report. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Email to monitors regarding final report by Special Master. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Telephone call from J. Romero. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Review and respond to emails from J. Romero, S. Cragg, and D. Rodriguez. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Review and analyze translation. | 0.30<br>225.00/hr | 67.50 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/16/2022 | RAA | Review and analyze final report by Special Master. | 0.80<br>225.00/hr | 180.00 |
| 9/18/2022 | RAA | Review and respond to electronic communications from D. Rodriguez and J. Romero. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Telephone call from J. Romero. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review emails from D. Rodriguez, M. Serrano, and D. Gosselin. | 0.20<br>225.00/hr | 45.00 |
| 9/19/2022 | RAA | Review email from S. Rhinerson. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review and respond to emails from team members. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review emails from S. Cragg and Gartner. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Telephone call from J. Romero. | 0.30<br>225.00/hr | 67.50 |
| 9/20/2022 | RAA | Review court order appointing auditor. Email court order to monitors. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review and analyze federal docket regarding orders and deadlines. | 0.30<br>225.00/hr | 67.50 |
| 9/21/2022 | RAA | Review emails from M. Serrano. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email from M. Serrano. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email from S. Rhinerson. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email from A. Del Carmen. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review and respond to emails from D. Rodriguez. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Exchange of emails with A. Del Carmen. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review and respond to email from D. Rodriguez. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review emails from S. Rhinerson and updated site agenda. | 0.20<br>225.00/hr | 45.00 |

|            |      |                                                                                                                      | Hrs/Rate         | Amount    |
|------------|------|----------------------------------------------------------------------------------------------------------------------|------------------|-----------|
| 9/21/2022  | RAA  | Review emails from J. Gonzalez and D. Rodriguez.                                                                     | 0.20 225.00/hr   | 45.00     |
|            | RAA  | Telephone call from J. Romero.                                                                                       | 0.30 225.00/hr   | 67.50     |
|            | RAA  | Review and respond to electronic communications from J. Romero and D. Rodriguez.                                     | 0.30 225.00/hr   | 67.50     |
|            | RAA  | Review emails from D. Rodriguez regarding her invoice. Telephone call with J. Gonzalez regarding the same.            | 0.30 225.00/hr   | 67.50     |
| 9/22/2022  | RAA  | Exchange of emails with D. Rodriguez regarding integrity tests.                                                       | 0.20 225.00/hr   | 45.00     |
|            | RAA  | Exchange of electronic communications with J. Romero and D. Rodriguez.                                                | 0.20 225.00/hr   | 45.00     |
|            | RAA  | Review emails from D. Rodriguez.                                                                                      | 0.20 225.00/hr   | 45.00     |
|            | RAA  | Preliminary comments to memo.                                                                                         | 0.40 225.00/hr   | 90.00     |
|            | RAA  | Review email from D. Gosselin and memo.                                                                               | 0.40 225.00/hr   | 90.00     |
|            | RAA  | Conference call with monitor and deputy monitor.                                                                      | 0.50 225.00/hr   | 112.50    |
|            | RAA  | Review, analyze, and study new PR Supreme Court case on searches and seizures. Email to monitors regarding the same.  | 0.60 225.00/hr   | 135.00    |
|            |      | SUBTOTAL:                                                                                                            | [   11.10        | 2,497.50] |

PARALEGAL

|            |      |                                                                            | Hrs/Rate        | Amount   |
|------------|------|----------------------------------------------------------------------------|-----------------|----------|
| 9/23/2022  | SL   | Legal research update on internal audits.                                  | 2.00 90.00/hr   | 180.00   |
|            | AS   |                                                                            | 0.60 150.00/hr  | 90.00    |
|            | YMT  | Prepare motion to amend and correct motion for disbursement of funds.      |                 |          |
|            |      | SUBTOTAL:                                                                  | [   2.60        | 270.00]  |

PT

|            |      |                                              | Hrs/Rate       | Amount |
|------------|------|----------------------------------------------|----------------|--------|
| 9/23/2022  | RAA  | Emails to monitors regarding motions filed.  | 0.10 225.00/hr | 22.50  |
|            | RAA  | Revise motion to amend and correct.          | 0.10 225.00/hr | 22.50  |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/23/2022 | RAA | Review motion to restrict. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review motion for leave to file Spanish documents. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review order on motion in compliance. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review order on motion to restrict. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review order on informative motion. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review order on motion for leave. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Email to D. Rodriguez and J. Monitor with feedback regarding memorandums. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Emails to monitors regarding orders. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review emails from A. Young and D. Gosselin. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review emails from L. Hidalgo. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review orders requiring parties and monitor to respond to provisional use of force plan and equitable sharing program matters. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Calls and emails with J. Gonzalez. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Calls and emails with D. Rodriguez and J. Romero. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Postmeeting call with J. Romero and D. Rodriguez. | 0.40<br>225.00/hr | 90.00 |
| | RAA | Revisions to English summary of new TSPR case. Email to J. Romero and D. Rodriguez. | 0.40<br>225.00/hr | 90.00 |
| | RAA | Review motion in compliance with order and exhibits re: equitable sharing program. | 0.40<br>225.00/hr | 90.00 |
| | RAA | Review motion in compliance with order and exhibits re: use of force plan. | 0.50<br>225.00/hr | 112.50 |
| | RAA | Review and analyze integrity audit documents and memorandum prepared by A. Young and D. Gosselin. | 1.40<br>225.00/hr | 315.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/23/2022 | RAA | Plan and prepare for meetings today. Appear and attend videocall meetings today. | 1.60 225.00/hr | 360.00 |
| 9/24/2022 | RAA | Email to monitors regarding motion. | 0.10 225.00/hr | 22.50 |
|  | RAA | Review PRPB's informative motion. | 0.10 225.00/hr | 22.50 |
|  | RAA | Email to monitors regarding internal audits legal research. | 0.20 225.00/hr | 45.00 |
| 9/25/2022 | RAA | Telephone call from J. Romero. | 0.30 225.00/hr | 67.50 |
|  | RAA | Review emails from S. Cragg and Gartner. | 0.30 225.00/hr | 67.50 |
| 9/26/2022 | RAA | Review email from S. Cragg. | 0.10 225.00/hr | 22.50 |
|  | RAA | Review order on informative motion. | 0.10 225.00/hr | 22.50 |
|  | RAA | Review orders on motion for disbursement of funds and motion to amend and correct. | 0.10 225.00/hr | 22.50 |
|  | RAA | Telephone call from J. Romero. | 0.20 225.00/hr | 45.00 |
|  | RAA | Review emails from A. Del Carmen and Captain Figueroa. | 0.20 225.00/hr | 45.00 |
|  | RAA | Telephone call from J. Romero. | 0.30 225.00/hr | 67.50 |
|  | RAA | Review, analyze and study of legal research update on internal audits. | 0.80 225.00/hr | 180.00 |
|  | SUBTOTAL: |  | [    9.90 | 2,227.50] |

PARALEGAL

| 9/27/2022 | SL | Review and analyze court transcript for May hearing. | 1.50 90.00/hr | 135.00 |
|---|---|---|---|---|
|  | SUBTOTAL: |  | [    1.50 | 135.00] |

PT

| 9/27/2022 | RAA | Review docket entry with May 20 transcript. | 0.10 225.00/hr | 22.50 |
|---|---|---|---|---|

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/27/2022 | RAA | Email to monitors with transcript. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review email from A. Del Carmen. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review email from J. Castillo. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review notices filed by Special Master. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Telephone call from J. Romero and D. Rodriguez. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Review emails from D. Rodriguez and other monitors. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Review and analyze May 20 court transcript hearing. | 1.50<br>225.00/hr | 337.50 |
|  | SUBTOTAL: |  | [   2.70 | 607.50] |

PARALEGAL

| 9/28/2022 | SL | Perform legal research requested by general counsel | 1.00<br>90.00/hr | 90.00 |
|---|---|---|---|---|
|  | SL | Review docket and multiple emails to prepare new timeline requested by deputy monitor. Translate relevant matters. Prepare timeline. | 2.50<br>90.00/hr | 225.00 |
|  | SUBTOTAL: |  | [   3.50 | 315.00] |

PT

| 9/28/2022 | RAA | Review emails forwarded by J. Romero. | 0.20<br>225.00/hr | 45.00 |
|---|---|---|---|---|
|  | RAA | Review and respond to multiple electronic communications from J. Romero and D. Rodriguez. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Telephone conference with D. Rodriguez and J. Romero. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Telephone call from J. Romero. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Review emails exchanged between special masters and USDOJ. | 0.30<br>225.00/hr | 67.50 |
|  | SUBTOTAL: |  | [   1.40 | 315.00] |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  | PSARALEGAL |  |  |  |
| 9/29/2022 | SL | Revise provisional use of force protocol. Review deadlines and updates. Update timeline for use of force. | 1.00<br>90.00/hr | 90.00 |
|  | SUBTOTAL: |  | [ 1.00 | 90.00] |
|  | PT |  |  |  |
| 9/29/2022 | RAA | Review notice filed by special master. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Telephone call from J. Romero. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Review emails exchanged between L. Saucedo and J. Romero. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Review emails from D. Rodriguez, S. Cragg, and J. Romero. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Telephone call with L. Saucedo and J. Romero. | 0.40<br>225.00/hr | 90.00 |
|  | RAA | Postmeeting conferences with J. Romero and L. Hidalgo. | 0.40<br>225.00/hr | 90.00 |
|  | RAA | Review, analyze and study results of legal research requested by monitor. | 0.80<br>225.00/hr | 180.00 |
|  | RAA | Plan and prepare for meeting today with the judge and team. | 1.40<br>225.00/hr | 315.00 |
|  | RAA | Appear and attend meeting at Old San Juan courthouse. | 2.70<br>225.00/hr | 607.50 |
| 9/30/2022 | RAA | Email motion to monitors. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review email from S. Rhinerson. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review email from J. Romero. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review emails from Gartner. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Telephone call from L. Saucedo. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Review and analyze motion filed by USDOJ. | 0.30<br>225.00/hr | 67.50 |

|  | Hrs/Rate | Amount |
|---|---:|---:|
| SUBTOTAL: | [ 7.80 | 1,755.00] |
| **For professional services rendered** | **69.60** | **$12,997.50** |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Roberto Abesada Agüet | 48.90 | 225.00 | $11,002.50 |
| Stephanie Leon | 18.50 | 90.00 | $1,665.00 |
| Yesenia Medina Torres | 2.20 | 150.00 | $330.00 |

WE HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN OUR CAPACITY AS THE FIRM SERVING AS GENERAL COUNSEL OF THE FEDERAL MONITOR'S OFFICE. WE FURTHER CERTIFY THAT WE HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH OF PUERTO RICO, OR ANY OF ITS DEPARTMENTS, MUNICIPALITIES OR AGENCIES.