# INVOICE



22 Chalets de Santa Maria
San Juan, P.R. 00927
(787) 940-3090

**BILL TO:**
**Office of the FPMPR, LLC**
VIG Tower, PH 924
1225 Ponce de Leon Avenue
San Juan, P.R. 00907

**DATE:** 9/30/2022
**INVOICE #** 202209
**FOR:** FPMPR/TCA

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Zoom calls/Team meetings: | | $160 | - |
| **Emails/texts/phone calls:** Sam, Denise, Al, John, Guayama CIC- Lissette Plaud | 3.50 | $160.00 | 560.00 |
| 09/01/2022: Box review pars 211, 215, 216 partial annotations/Stephs. notes review. | 4.00 | $160.00 | 640.00 |
| 09/02/2022: Box review for 214 (outreach for public Info & Encounters). w/annotations & rough draft. | 5.00 | $160.00 | 800.00 |
| 09/03/2022:Box review for 207 Data 1.65, 1.37 annotations | 6.00 | $160.00 | 960.00 |
| 09/04/2022: Review OG704.1, 704.2 and OG 126 re-review with comments. | 1.00 | $160.00 | 160.00 |
| 09/06/2022: Other Decrees review per Denise's email/Box 2.27, 2.35 box data submtted review for 206 and 207 (with notes). | 4.50 | $160.00 | 720.00 |
| 09/07/2022: Virtual library content access review/crime stats./ CIC annual report 2021/projections /Pubic Info. partial draft | 5.50 | $160.00 | 880.00 |
| 09/08/2022: pars. 212, 215, 216 data/notes partial & draft | 7.50 | $160.00 | 1,200.00 |
| 09/12/2022: CIC Intro./Public Info Intro final drafts. 211-212 final | 4.00 | $160.00 | 640.00 |
| 09/13/2022: Pars. 205, Comm. Oriented policing Intro. Pars 206-207, 214-216 assessment drafts. | 6.00 | $160.00 | 960.00 |
| 09/25/2022: CMR7 Final report draft review | 1.00 | $160.00 | 160.00 |
| Sum | 48.00 | $160.00 | $ 7,680.00 |

**I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities, or agencies.**


Merangelie Serrano-Rios