Hipolito Castro Jr
64 Mustang Drive
Monroe, CT 06468

INVOICE #PR009-2022
DATE: September 30, 2022

**Dates of service: September 1 – September 30, 2022**　　　　**TOTAL $9,855.69**

**The following is a detailed statement of the hours worked:**

-FPM Team meetings Zoom 09/12.  **1 hr.**

-Zoom meetings with Monitor's deputy 09/05 and 09/12.  **1 hr.**

-Calls, emails and Zoom with team members. 9/01 to 9/30.  **6 hrs.**

-Working on CMR-7.

September 1, 4 **hrs.**

September 2,  **2 hrs.**

September 5,  **3 hrs.**

September 6,  **4 hrs.**

September 7,  **3 hrs.**

September 9, **3 hrs.**

September 12, **4 hrs.**

September 13, **3 hrs.**

September 14, **3 hrs.**

September 15, **3 hrs.**

September 16, **3 hrs.**

September 17, **3 hrs.**

September 19, 3 **hrs.**

September 20, 2 **hrs.**

September 21, 2 **hrs.**

**TRAVEL: 09/18/2022 to 09/23/2022**

**Arrived to PR before Hurricane Fiona. Official activities, meetings and interviews cancelled on 09/20/2022. Not able to traveled on 09/21/2022 due to no availability of seats after flight cancellations during Hurricane. Expense of rescheduling travel on 09/22/2022 was not cost efficient for the government. Returned on scheduled flight 09/23/2022.**

**$1,905.69**

**Billable Hours:** 53 HOURS, at rate of $150 per hour = **$7,950.00**

I hereby certify that the amount billed in this invoice is true and correct and corresponds to the number of hours worked in my capacity as support staff to the Federal Monitor's Office. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Hipolito Castro Jr                                                                 Date: September 30, 2022

# Office of the TCA - Travel Reimbursement Form

**Traveler Name:** Hipolito Castro Jr
**Travel days Every One:** September 18 to September 23, 2022
**Purpose of Travel:** On-Site Site visit

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 299.60 | 1 | $ 299.60 |
| Baggage | | | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | | | $ - |
| Ground Transportation (Parking) | $ 29.00 | 6 | $ 174.00 |
| Ground Transportation (Mileage) | $0.62.5 | 114 | $ 71.25 |
| Lodging | $ 141.60 | 5 | $ 708.00 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 4 | $ 460.00 |
| tolls | $ 10.17 | 2 | $ 20.34 |
| Total | | | $ 1,905.69 |



Hipolito Castro <hipolitocastrojr@gmail.com>

## Your Flight Receipt - HIPOLITO CASTRO 13SEP22
1 message

**Delta Air Lines** <DeltaAirLines@t.delta.com>     Tue, Sep 6, 2022 at 3:10 PM
Reply-To: Transactional Email Reply Inbox <reply-239886-14_HTML-36682778-10982494-572814@t.delta.com>
To: hipolitocastrojr@gmail.com

View as a Web Page



#9288156608
SkyMiles® Member

**CONFIRMATION #: JPRDI7**



You're all set. If your plans change, be sure to make changes or cancel via **MyTrips** on **delta.com** before your flight departs to maintain the value of your ticket.

Take the guess work out of international travel with

## Delta FlyReady<sup>SM</sup>

You can view your personalized travel requirements, complete uploads at your own pace and save your travel documents for future trips when you use Delta FlyReady. Then look forward to an easier, faster experience at the airport.

Have a great trip, and thank you for choosing Delta.

## Passenger Info

Name: HIPOLITO CASTRO
SkyMiles #9288156608

| FLIGHT    | SEAT |
|-----------|------|
| DELTA 806 | 27D  |
| DELTA 806 | 25D  |

Visit delta.com or use the Fly Delta app to view, select or change your seat. If you purchased a Delta Comfort+<sup>TM</sup> seat or a Trip Extra, please visit My Trips to access a receipt of your purchase.

| Tue, 13SEP | DEPART | ARRIVE |
|---|---|---|
| DELTA 806<br>Main Cabin (V) | NYC-KENNEDY<br>1:00pm | SAN JUAN, PUERTO RICO<br>4:47pm |

| Fri, 23SEP | DEPART | ARRIVE |
|---|---|---|
| DELTA 806<br>Main Cabin (V) | SAN JUAN, PUERTO RICO<br>6:10pm | NYC-KENNEDY<br>10:05pm |

MANAGE MY TRIP

**CHECK DELTA DISCOVER MAP FOR YOUR DESTINATION'S ENTRY REQUIREMENTS**

Many destinations have issued travel requirements that may affect your trip. We strongly encourage you to review the Delta Discover Map for the latest on your destination's test, vaccine and quarantine requirements. You may check your eligibility to change or cancel your flight here.

**REAL ID REMINDER**

Effective May 3, 2023, every air traveler 18 years of age and older will need a REAL ID-compliant driver's license or another acceptable form of ID. Please visit the TSA REAL ID website for more information.

## Flight Receipt

Ticket #: 0062336293836
Place of Issue:
Issue Date: 06SEP22
Expiration Date: 31DEC23

| METHOD OF PAYMENT | |
|---|---|
| AX***********1006 | $299.60 USD |

| CHARGES | |
|---|---|
| Air Transportation Charges | |
| Base Fare | $240.00 USD |
| Taxes, Fees and Charges | |
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $11.20 USD |
| United States - Transportation Tax (US) | $39.40 USD |
| United States - Passenger Facility Charge (XF) | $9.00 USD |
| TICKET AMOUNT | $299.60 USD |

```
            JFK AIRPORT
         LONG TERM PARKING

    EXIT                    910
    RECEIPT:              37142
    PERSONELL:                0
    TRANSACTION:              0
    EZPass
    NO:         KAP0XXXXXXX2473
    CC VALID          12/30
    SNR:         03 009 0982473
    EXPIRES:     09.13.27 23:59
    IN:          09.13.22 10:20
    ENTRY:       09.23.22 23:33
    P.AT:          HOURLY TICKET
    FEE:                319.00 USD
    PAID:               319.00 USD
    ---------------------
    NET:                319.00 USD
    GST  0%               0.00 USD
    CAR:                 SA12704
    10T 13:13
         TAXES INCLUDED
         THANK YOU FOR
          PARKING AT
         JFK AIRPORT
       HAVE A SAFE TRIP
```

6 days 29.00

Total - 174.00

**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Hipolito Castro
64 Mustang Dr
Monroe CT 06468
United States

Marriott Rewards #   214246771

Name:

Arrive:  09-17-22          Time:  05:14 PM          Depart:  09-23-22

Room: 0714
Room Type: EKNG
No. of Guests: 1
Rate: $ 120.00   Clerk: 8
CRS Number  84660192

Folio Number:  707359

| Date | Description | Charges | Credits |
|---|---|---|---|
| 09-17-22 | The Market - Food | 1.79 | |
| 09-17-22 | SALES TAX- 10.5% State | 0.19 | |
| 09-17-22 | SALES TAX- 1% Municipality | 0.02 | |
| 09-17-22 | The Market - Food | 1.79 | |
| 09-17-22 | SALES TAX- 10.5% State | 0.19 | |
| 09-17-22 | SALES TAX- 1% Municipality | 0.02 | |
| 09-17-22 | The Market - Food | 1.79 | |
| 09-17-22 | SALES TAX- 10.5% State | 0.19 | |
| 09-17-22 | SALES TAX- 1% Municipality | 0.02 | |
| 09-17-22 | The Market - Food | 2.02 | |
| 09-17-22 | SALES TAX- 10.5% State | 0.21 | |
| 09-17-22 | SALES TAX- 1% Municipality | 0.02 | |
| 09-17-22 | The Market - Food | 0.90 | |
| 09-17-22 | SALES TAX- 10.5% State | 0.09 | |
| 09-17-22 | SALES TAX- 1% Municipality | 0.01 | |
| 09-17-22 | The Market - Food | 0.90 | |
| 09-17-22 | SALES TAX- 10.5% State | 0.09 | |
| 09-17-22 | SALES TAX- 1% Municipality | 0.01 | |
| 09-17-22 | The Market - Food | 0.90 | |
| 09-17-22 | SALES TAX- 10.5% State | 0.09 | |
| 09-17-22 | SALES TAX- 1% Municipality | 0.01 | |
| 09-17-22 | THE MARKET- Bottle of Water | 2.00 | |
| 09-17-22 | THE MARKET- Bottle of Water | 2.00 | |
| 09-17-22 | Package | 120.00 | |
| 09-17-22 | Government Tax | 10.80 | |
| 09-17-22 | Hotel Fee 9% of Daily Rate | 10.80 | |

**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Hipolito Castro
64 Mustang Dr
Monroe CT 06468
United States

Marriott Rewards #   214246771

Name:

Arrive:   09-17-22         Time:   05:14 PM         Depart:   09-23-22

Room: 0714
Room Type: EKNG
No. of Guests: 1
Rate:  $   120.00   Clerk: 8
CRS Number   84660192

Folio Number:   707359

| Date | Description | Charges | Credits |
|---|---|---|---|
| 09-18-22 | COMEDOR- Guest Charge (Lunch) | 75.09 | |
| 09-18-22 | THE MARKET- Bottle of Water | 2.00 | |
| 09-18-22 | THE MARKET- Bottle of Water | 2.00 | |
| 09-18-22 | The Market - Beverage | 1.79 | |
| 09-18-22 | SALES TAX- 10.5% State | 0.19 | |
| 09-18-22 | SALES TAX- 1% Municipality | 0.02 | |
| 09-18-22 | The Market - Food | 0.90 | |
| 09-18-22 | SALES TAX- 10.5% State | 0.09 | |
| 09-18-22 | SALES TAX- 1% Municipality | 0.01 | |
| 09-18-22 | The Market - Food | 1.12 | |
| 09-18-22 | SALES TAX- 10.5% State | 0.12 | |
| 09-18-22 | SALES TAX- 1% Municipality | 0.01 | |
| 09-18-22 | Package | 120.00 | |
| 09-18-22 | Government Tax | 10.80 | |
| 09-18-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 09-19-22 | COMEDOR- Guest Charge (Lunch) | 64.57 | |
| 09-19-22 | Package | 120.00 | |
| 09-19-22 | Government Tax | 10.80 | |
| 09-19-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 09-19-22 | COMEDOR- Guest Charge (Breakfast) | 27.02 | |
| 09-20-22 | COMEDOR- Guest Charge (Dinner) | 86.10 | |
| 09-20-22 | COMEDOR- Guest Charge (Dinner) | -0.80 | |
| 09-20-22 | Package | 120.00 | |
| 09-20-22 | Government Tax | 10.80 | |
| 09-20-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 09-20-22 | COMEDOR- Guest Charge (Breakfast) | 26.33 | |

**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Hipolito Castro
64 Mustang Dr
Monroe CT 06468
United States

Room: 0714
Room Type: EKNG
No. of Guests: 1
Rate: $ 120.00  Clerk: 8

Marriott Rewards #  214246771

CRS Number  84660192

Name:

Arrive: 09-17-22    Time: 05:14 PM    Depart: 09-23-22    Folio Number: 707359

| Date | Description | Charges | Credits |
|---|---|---|---|
| 09-21-22 | COMEDOR- Guest Charge (Dinner) | 37.45 | |
| 09-21-22 | Package | 120.00 | |
| 09-21-22 | Government Tax | 10.80 | |
| 09-21-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 09-21-22 | COMEDOR- Guest Charge (Breakfast) | 9.62 | |
| 09-22-22 | COMEDOR- Guest Charge (Dinner) | 54.50 | |
| 09-22-22 | Package | 120.00 | |
| 09-22-22 | Government Tax | 10.80 | |
| 09-22-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 09-22-22 | COMEDOR- Guest Charge (Breakfast) | 46.48 | |
| 09-23-22 | COMEDOR- Guest Charge (Breakfast) | 65.73 | |

Balance    1,365.19 USD

*[handwritten:]*
141.40
 5
─────
708.00

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

## E-ZPass® Payment Receipt for 09/24/2022

Account Number : 2000175180885
Transaction Date : 09/24/2022
Transaction Id : 115850711772
Transaction Amount : ($10.17)
Payment Type : ETC

## E-ZPass® Payment Receipt for 09/13/2022

Account Number : 2000175180885
Transaction Date : 09/13/2022
Transaction Id : 115824189152
Transaction Amount : ($10.17)
Payment Type : ETC