IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff,**<br><br>**v.**<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants.** | **Civil No.** 12-2039 (FAB) |

**ORDER**

The "MOTION TO AMEND AND CORRECT ECF NO. 2213 AND FOR DISBURSEMENT OF FUNDS" submitted by the Office of the Federal Police Monitor for professional services rendered during the month of September 2022 (Docket Nos. 2213 and 2231) are **NOTED**.

The motion at Docket No. 2213 is rendered **MOOT** and the motion at Docket No. 2231 is **APPROVED** for payment.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, October 25, 2022.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE