**TDPetrowski, LLC**
**4010 Deep Valley Drive**
**Dallas, Texas 75244**

September 22, 2022 – October 21, 2022

INVOICE # ASM.TDP.2022-10                **TOTAL DUE: $3,900**
ASSISTANT SPECIAL MASTER
OCTOBER INVOICE

**Tasks Completed**

| Hours | Description | Total |
|:---:|---|:---:|
| 6 | Draft/reviewed/researched/translated as necessary/discussed/reworked documents related to PRPD and DOJ and Monitor Office exchanges regarding recurring issues and OSM projects, to include orders and ad hoc taskings of the Court. | $900 |
| 11 | Drafted, reviewed, translated, and responded to texts, emails, and all other documents/communications with respective parties, the Special Master, Assistant Special Master, and the Court. | $1,650 |
| 9 | Zoom meetings and/or conference calls with the Court, Office of Special Master, and the Parties. | $1,350 |

**Total Wages Due = $3,900**

**I hereby certify that the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under regular employment or a contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.**

*Thomas D. Petrowski*                **10/21/22**
**Thomas D. Petrowski**

s/ *Alejandro del Carmen*            **10/21/22**
**Alejandro del Carmen**