Del Carmen Consulting, LLC<br>
3122 Westwood Drive<br>
Arlington, Texas 76012

September 22, 2022 through October 21, 2022

| | |
|---|---|
| INVOICE # SM2022-10<br>SPECIAL MASTER<br>OCTOBER 2022 INVOICE | **TOTAL DUE $ 15,000.00** |

## Tasks Completed

Drafted, reviewed and responded to emails and all other documents/communication with respective parties and the Court. Engaged in review of some documents for the Court.

Conference calls with the Monitoring Team members, Commonwealth Representatives and Court.

Conference calls with the SM team members.

Drafted and edited reform review document, as requested by the Court.

Reviewed filings, motions, and orders.

Worked on review of documents sent by PRPB.

Coordinated and provided input on Integrity Check Plan

Reviewed and drafted documents for the Court.

Began analysis of traffic stop data provided by PRPB/DOT.

## Flat Rate Total Wages Due = $15,000.00

## TOTAL DUE = $ 15,000.00

**I hereby certify that the amount billed in this invoice is true and correct in my capacity as Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.**

*Alejandro del Carmen*
_____
    Dr. Alejandro del Carmen                                                          10/21/22