G&M Balli Services, LLC
5160 Royal Fern Circle
Tallahassee, Florida 32317

September 22 – October 21, 2022

INVOICE # 2022-02
ASSISTANT SPECIAL MASTER
OCTOBER 2022 INVOICE

Tasks Completed

| Hours | Description | Amounts |
|---|---|---|
| 12 | Reviewed/researched Integrity Audit and MLARS matters. Reviewed pertinent emails and met with OSM to keep up to date on developing PRPB reform matters. | $1,800 |
| 15 | Drafted, reviewed, researched, and translated numerous emails and all documents/texts/articles, emails with respective parties as needed. Facilitated/proctored meeting with the parties in support of Integrity Audit project. | $2,250 |
| 14 | Zoom meetings with OSM and other parties. | $2,100 |
| 15 | Research, drafted emails, translated articles/documents and other communications, numerous meetings in support of MLARS and Expense review projects. | $2,250 |

Total Hours- 56                                                                 Total Wages Due -   $8,400

I hereby certify the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master.  I further certify I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

*Gilberto Balli*                    *Alejandro del Carmen*                    10/21/2022
Gilberto Balli                      S/Alejandro del Carmen