GALOEFFERT, LLC
4805 East Lake Road
Sheffield Lake, Ohio 44054

September 22, 2022, through October 21, 2022

INVOICE # 2022-10                                          **TOTAL DUE $9,300.00**
ASSISTANT SPECIAL MASTER
OCTOBER 2022 INVOICE

Tasks Completed

| Hours | Description | Total |
|---|---|---|
| 27 | Worked on tasks assigned by the Court. Drafted/reviewed/researched/translated as necessary/discussed/reworked documents related to various orders of the Court, PRPB, auditor and DOJ and Monitor's Office exchanges regarding recurring issues and OSM projects such as Integrity Audits and translation and review of FY 22 expenditures. | $4,050.00 |
| 21 | Drafted, reviewed, and responded to texts, emails and all other documents/communications with respective parties, auditor, the Special Master, Assistant Special Masters, and the Court. | $3,150.00 |
| 14 | Zoom meetings and/or conference calls with the Special Master, Assistant Special Masters, the Court, the Monitor, auditor, and the parties. | $2,100.00 |

Total Due = $9,300.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

*[signature]*                                                           10/21/2022
Gary A. Loeffert

*[signature]*                                                           10/21/2022
s/Alejandro del Carmen