# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO and the PUERTO RICO POLICE DEPARTMENT,<br><br>Defendants. | NO. 3:12-cv-2039 (FAB) |

## MOTION FOR EXTENSION OF TIME

**TO THE HON. FRANCISCO A. BESOSA, SENIOR U.S. DISTRICT JUDGE:**

John Romero, in his capacity as Chief Police Monitor, respectfully states and prays as follows:

The Honorable Court ordered the Monitor and the parties to approve the IT Assessment plan which Gartner is working on by no later than November 15, 2022. <u>See</u> ECF No. 2000.

The Monitor, with the consent of the parties, respectfully moves for a fifteen (15) day extension order to approve the IT Assessment Plan and submit it to the Honorable Court by December 1, 2022. The work plan is the following:

- On November 1st, 2022, the Monitor submitted to the parties Gartner's draft IT Assessment Plan.

- On November 3, 2002, the Monitor received from Gartner an updated IT Assessment Plan which was submitted that same day to the parties.[1]

- The Monitor and the parties agreed to provide Gartner written comments to the foregoing report by November 15, 2022.

---

[1] The Special Master has been copied on these two communications and has copy of the drafts.

- Gartner will then have approximately two weeks to assess the comments received and finalize the report to be filed with the Court on December 1, 2022.

WHEREFORE, the Monitor respectfully requests the Honorable Court to take notice of the above and approve the extension herein requested.

**RESPECTFULLY SUBMITTED.**

In Guaynabo, Puerto Rico, this 3rd day of November 2022.

**I HEREBY CERTIFY** that on this same date a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which in turn notifies all counsel of record in the case.

**CORREA-ACEVEDO & ABESADA**
**LAW OFFICES, P.S.C**
Centro Internacional de Mercadeo, Torre II
#90 Carr. 165, Suite 407
Guaynabo, PR  00968
Tel.  (787) 273-8300 / Fax (787) 273-8371
ra@calopsc.com

S/Roberto Abesada-Agüet
USDC-PR No. 216706
General Counsel
FPMPR, LLC