IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**,<br><br>**v.**<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants.** | **Civil No.** 12-2039 (FAB) |

**ORDER**

The Invoices submitted by TDPetrowski, LLC, Del Carmen Consulting, LLC, G&M Balli Services, LLC, and Galoeffert, LLC, (Docket Nos. 2233, 2234, 2235 and 2236) are **NOTED**.

The amounts claimed for the period from September 22, 2022 through October 21, 2022, are **APPROVED** for payment.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, November 4, 2022.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE