OFFICE OF THE FPMPR LLC.
B-5 Calle Tabonuco Suite 216 PMB 292
Guaynabo, Puerto Rico 00968

November 1, 2022

Professional services rendered by the members of the Office of the FPMPR LLC. For October 2022:

| NAME | AMOUNT | MONTH |
| --- | --- | --- |
| John Romero | $17,916.66 | October 2022 |
| Spece | $ 2,579.20 | October 2022 |
| The & Group LLC (Javier González) | $ 8,596.48 | October 2022 |
| Altai Atlantic Consulting LLC (Dr. David Levy) | $ 9,520.00 | October 2022 |
| Denise Rodriguez | $15,833.33 | October 2022 |
| Viota & Associates CPA LLC | $ 1,312.50 | October 2022 |
| Donald S. Gosselin | $ 9,600.00 | October 2022 |
| Al Youngs | $ 9,900.00 | October 2022 |
| Rafael E. Ruiz | $14,107.50 | October 2022 |
| Scott Cragg | $ 9,240.00 | October 2022 |
| Correa Acevedo & Abesada Law offices, PSC (Lcdo. Roberto Abesada) | $13,692.00 | October 2022 |
| Rita J. Watkins | $ 7,200.00 | October 2022 |
| M Serrano LLC | $ 3,680.00 | October 2022 |
| Luis Hidalgo | $11,500.00 | October 2022 |
| Korber Group | $ 1,302.78 | October 2022 |
| Samantha Rhinerson | $ 2,950.00 | October 2022 |
| Claudia Cámara | $ 1,200.00 | October 2022 |
| Manuel Arroyo | $ | October 2022 |
| Hipolito Castro Jr | $ 7,350.00 | October 2022 |
| Ipsos | $ | October 2022 |
| **TOTAL:** | **$147,480.45** | October 2022 |
|  |  |  |