# THE & GROUP LLC.

Las Ramblas
71 Calle Montjuic
Guaynabo , PR 00969

## INVOICE

INVOICE NUMBER: 93
INVOICE DATE: OCTOBER 30, 2022

Federal Police Monitor

San Juan, PR

Invoice for Javier B Gonzalez Professional Services as Administrative Director

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| OCT-03-22 | Administrative Director | Biweekly Meeting with PRPB, Communications with Team Members, Work with September Team Invoices. | 3.50 | $125.00 | $437.50 |
| OCT-04-22 | Administrative Director | Communications with the Monitor, Team Members and PRPB, Work With Team September Invoices. | 5.00 | $125.00 | $625.00 |
| OCT-05-22 | Administrative Director | Communications with the Monitor, Participate in Community outreach initiative of a coffee with our police officers, 253 Meeting. | 4.00 | $125.00 | $500.00 |
| OCT-06-22 | Administrative Director | Communications with the Monitor and Team Members, Weekly Staff Meeting, Coordination of November Team Visit, Pick up the August Team Professional Services payment and Deposit it. | 3.50 | $125.00 | $437.50 |
| OCT-07-22 | Administrative Director | Communications with CPA, Review of communications sent by Team Members, Follow Up on Team IDs. | 1.50 | $125.00 | $187.50 |
| OCT-10-22 | Administrative Director | Communications with the Monitor, Biweekly Staff Meeting, Community Activity report. | 2.00 | $125.00 | $250.00 |
| OCT-11-22 | Administrative Director | Communication with the Monitor, Communications with CPA and Work with Invoices. | 1.50 | $125.00 | $187.50 |
| OCT-12-22 | Administrative Director | Community engagement meeting follow up, Communications with Team Members, Final Review of Team September Invoices. | 3.50 | $125.00 | $437.50 |
| OCT-13-22 | Administrative Director | Weekly Staff Meeting, Communications with Team Members, Coordination of Community Meeting. Team September Invoices Follow Up. | 2.50 | $125.00 | $312.50 |
| OCT-14-22 | Administrative Director | Communications with the Monitor and Team Members, Communications with Fortaleza Commander, Luma Protest at La Fortaleza. | 13.00 | $125.00 | $1,625.00 |
| OCT-16-22 | Administrative Director | Office of the FPMPR Adobe Account Payment | | | $33.98 |
| OCT-17-22 | Administrative Director | Review of communications and documents sent by Team Members, Protest at La Fortaleza Report. | 1.50 | $125.00 | $187.50 |

INVOICE NUMBER: 93

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| OCT-18-22 | Administrative Director | Review of PRPB Semi annual report, | 1.00 | $125.00 | $125.00 |
| OCT-19-22 | Administrative Director | Communications with the Monitor and Team Members, Community Meeting Follow up, Luma protest report. Communications with PRPB reform office. | 2.50 | $125.00 | $312.50 |
| OCT-20-22 | Administrative Director | Staff Meeting, September Invoices follow up, After Action Report on manifestation/protest at La Fortaleza. Communications with Team Members. | 3.50 | $125.00 | $437.50 |
| OCT-21-22 | Administrative Director | Communications with the Monitor and Team Members, September Team Invoices follow up. | 1.50 | $125.00 | $187.50 |
| OCT-24-22 | Administrative Director | Biweekly Staff meeting, Coordination of Team Visit, Review of communications and documents sent by Team members, Team September Invoices follow up. | 3.50 | $125.00 | $437.50 |
| OCT-25-22 | Administrative Director | September Team Invoices Follow Up and Coordination of Meeting. | 1.00 | $125.00 | $125.00 |
| OCT-26-22 | Administrative Director | Communications with the Monitor, Protests at la Fortaleza follow up, review of Budget expenses. | 3.50 | $125.00 | $437.50 |
| OCT-27-22 | Administrative Director | Weekly Staff Meeting, September Invoices Payment (Pick up chk and Deposit), Coordination of Team Visit. | 3.00 | $125.00 | $375.00 |
| OCT-28-22 | Administrative Director | Communications with the Monitor, Work with 2022-2023 Office Expenses, Review of communications sent by Team members. | 2.50 | $125.00 | $312.50 |
| OCT-31-22 | Administrative Director | Biweekly Meeting with PRPB, SM and USDOJ, Communications with the Monitor, Communications with PRPB Officials, 253 Meeting, Work with Team October Invoices. Review of communications sent by Team members. | 5.00 | $125.00 | $625.00 |
| OCT-31-22 | Administrative Director | I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0.00 | $125.00 | $0.00 |
| | | Total amount of this invoice | | | $8,596.48 |

MESSAGE

Javier B Gonzalez October 31, 2022

# Transaction Details
Card Ending - 11003

Merchandise & Supplies - Mail Order

## ADOBE WEBSALES 800-833-6687

# $33.98

Oct 16, 2022

On your statement as ADOBE ACROPRO SUBS ASAN JOSE CA

**$0.34 Reward Dollars**



## Transaction Details



ADOBE WEBSALES 800-833-6687

801 N 34TH ST
SEATTLE
WA
98103