

# Invoice

**Altai Atlantic Consulting LLC**
828 Snowden Hallowell Way, Alexandria VA 22314

**Date:** 10/31/22
**Invoice #:** 01-034

**To:** Office of the Federal Police Monitor of Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
Tel. 787-417-9098

| Fee Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|
| **Total Fees Payable For Services Rendered by Dr. David Levy** | 59.5 | 160 | **$9,520.00** |

## Work Performed in the Continental United States

| Date | Activity Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 10/2/22 | CMR-8 data request 1.1 | 2.0 | 160 | $320.00 |
| 10/3/22 | Biweekly data call with the Parties | 0.5 | 160 | $80.00 |
| 10/2/22 | CMR-8 data request 1.1 | 1.0 | 160 | $160.00 |
| 10/5/22 | Call with Chief Deputy Monitor re: updated master data request. | 1.0 | 160 | $160.00 |
| 10/6/22 | Calls re: UOF and professionalization sections for CMR-7 | 1.0 | 160 | $160.00 |
| 10/6/22 | CMR-8 data request 1.1 | 3.0 | 160 | $480.00 |
| 10/9/22 | CMR-7 data request 3.2 | 5.0 | 160 | $800.00 |
| 10/10/22 | Biweekly team call And followup calls with Monitors Yiungs & Gosselin | 2.0 | 160 | $320.00 |
| 10/10/22 | Calls with with Monitors Watkins, Ruiz | 1.0 | 160 | $160.00 |
| 10/10/22 | CMR-7 data request 3.2 | 8.5 | 160 | $1,360.00 |
| 10/11/22 | CMR-7 data request 3.2 communication and revision | 1.0 | 160 | $160.00 |
| 10/13/22 | Email backlog & communication re: UOF data reqeusts | 2.0 | 160 | $320.00 |
| 10/13/22 | CMR-7 Supervision and Professionalization | 1.0 | 160 | $160.00 |
| 10/13/22 | Updated CMR-7 section worksheets | 1.5 | 160 | $240.00 |
| 10/18/22 | Monthly call with Monitor Serrano & follow-up communication | 1.0 | 160 | $160.00 |
| 10/19/22 | Revision of community engagement items in master data request | 4.0 | 160 | $640.00 |
| 10/19/22 | Support for PRPB upload of CMR-7 data request 3 data | 1.0 | 160 | $160.00 |
| 10/20/22 | Compiling data request materials for translation | 0.5 | 160 | $80.00 |
| 10/20/22 | Review of CMR-7 supervision and professionalization sections | 2.0 | 160 | $320.00 |
| 10/23/22 | Developed data structured links for TCA Box.com collaboration folder | 5.5 | 160 | $880.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/24/22 | Biweekly team call | 1.0 | 160 | $160.00 |
| 10/24/22 | Drew samples for CMR-8 interviews | 3.0 | 160 | $480.00 |
| 10/26/22 | Drew samples for CMR-8 interviews | 2.0 | 160 | $320.00 |
| 10/29/22 | Analysis of SA/DV and SARP investigations for incidents involving PRPB personnel | 2.0 | 160 | $320.00 |
| 10/30/22 | Review and communication re: CMR-7 SARP data | 1.0 | 160 | $160.00 |
| 10/30/22 | CMR-8 data request 1.2 | 5.0 | 160 | $800.00 |
| 10/31/22 | Biweekly data production call & misc. administrative | 1.0 | 160 | $160.00 |
| Total | | 59.5 | | $9,520.00 |

**Total Fee Payable**   $9,520.00

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

*[signature]*

**Dr. David Levy**

10/31/22
**Date**