# INVOICE

| | | |
|---|---|---|
| **DATE** | **INVOICE NO** | **Denise Rodriguez** |
| 11/1/2022 | #025 | 3003 San Sebastian St. |
| | | Mission, TX 78572 |
| | | drodriguez_PRI@outlook.com |

**INVOICE TO**
Puerto Rico Chief Federal Monitor

**INVOICE PERIOD**
October 1 - 31, 2022

## DUTIES AND RESPONSIBILITIES                                         TOTAL DUE $15,833.33

- Conducted monthly one-on-one meetings with subject matter experts
- Coordinated and conducted weekly Monitoring Executive Team meetings
- Coordinated and conducted biweekly meetings with the Parties
- Reviewed and approved the review of several policies submitted to the Monitor's Office by PRPB as per Paragraph 229 of the Agreement
- Worked with the Administrative Director and the Research Analyst/Administrative Assistant to draft the schedule(s) for the November site visit
- Participated in various meetings with the Parties to discuss the PRPB Data Gap Analysis and IT Needs Assessment
- Participated in several calls with the proposed contractor, Gartner, regarding the IT Needs Assessment
- Reviewed the draft IT Needs Assessment Report
- Worked with the Associate Monitor and Administrative Director in finalizing a plan for future and upcoming community workshops/listening sessions hosted by the FPM
- Participated in biweekly and monthly call(s) with AHD regarding updates on their work
- Participated in meeting with PRPB to familiarize ourselves with direct access to the community policing module
- Began reviewing initial and final drafts of CMR-7 for each of the sections
- Coordinated and oversaw the submission and receipt of various data requests for CMR-7 and 8
- Participated in September 253 Meeting with the Parties on October 5th and provided updates from this meeting to the relevant monitoring team members
- Oversaw the addition and revision of various data folders in Box in preparation for the final data productions from PRPB for CMR-7 and initial data productions for CMR-8
- Worked with the data analyst to revise the master data request template and develop a new uploading and sharing document process in Box
- Participated in the October 253 Meeting with the Parties

| | |
|---|---|
| Flat Rate Total Wages* | $15,833.33 |
| Travel Expenses | $ 0.00 |
| **Total Due** | **$ 15,833.33** |

*The total amount is a flat rate. The total monthly is $15,833.33 for an annualized amount of $190,000.00

_Denise Rodriguez_                                              October 31, 2022
**Denise Rodriguez, Chief Deputy Monitor**                      Date

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.*