# VIOTA & ASSOCIATES CPA LLC

B5 CALLE TABONUCO, SUITE 216
PMB 292
GUAYNABO, PR 00968-3029

## Invoice

INVOICE NUMBER: 20201067
DATE: OCTOBER 31, 2022

PUERTO RICO POLICE REFORM

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: CONSULTING FEES | | | |
| OCT-07-22 | CONSULTING FEES | -ACH Transactions August Services (1 of 2) | 0.75 | $125.00 | $93.75 |
| OCT-11-22 | CONSULTING FEES | Reviewed September Invoices, calculated withholdings, entered September invoices in SAGE, and posted August ACH Payments (paid in 10/11/22) | 2.00 | $125.00 | $250.00 |
| OCT-11-22 | CONSULTING FEES | -ACH Transactions 2 of 2<br>-Professional Services Withholding payment<br>-Follow up J. Gonzalez - Relevo Ipsos | 0.75 | $125.00 | $93.75 |
| OCT-11-22 | CONSULTING FEES | - ACH Ipsos<br>-Professional Services withholding Payment | 0.50 | $125.00 | $62.50 |
| OCT-28-22 | CONSULTING FEES | -ACH Transactions September Services (1 of 2)<br>-Professional Services withholding payment | 1.00 | $125.00 | $125.00 |
| OCT-28-22 | CONSULTING FEES | Professional Services Quarterly Return - 2022 Q3 | 0.50 | $125.00 | $62.50 |
| OCT-28-22 | CONSULTING FEES | September Bank Reconciliation and accounting | 3.00 | $125.00 | $375.00 |
| OCT-31-22 | CONSULTING FEES | Fix previous bank reconciliations in SAGE | 2.00 | $125.00 | $250.00 |
| | | TOTAL: CONSULTING FEES | | | $1,312.50 |
| | | Total hours for this invoice | 10.50 | | |
| | | Total before tax | | | $1,312.50 |
| | | PR SALES TAX (IVU) | | | $0.00 |
| | | Total amount of this invoice | | | $1,312.50 |

MESSAGE

6% Withholding on Profesional Services (Waiver Certificate Available Upon Request)