**Gosselin Int'l Associates/MBG North Corp.** 1931 Cordova Rd. Suite 3039, Ft. Lauderdale, FL 33316
**Invoice # 1165**, 31 OCT 2022  **Contractor:** Donald S. Gosselin, Esq.
**Dates of Service:** 1 OCT 2022 to 31 OCT 2022    **TERMS:** NET30

| Task Performed | US Hours | Dates | PR Hours | Billable Amount |
|---|---|---|---|---|
| **On-Site Puerto Rico Labor Hours** August-September Visit | | | | $0.00 |
| **Communications & Coordination** - all written comms to/from Monitors, PRPB, USDOJ; Review compliance targets, document and data requests, logistics; scheduling, on-site planning & coordination | 8 | Oct 1,2,6,8,11, 12,13,14,19, 25,26,30 | | $1,280.00 |
| **Teleconference Meetings** - Monitors Office and individual Team Members. (Prep and Actual TCs via Zoom or Telephone) | 1.5 | Oct 24 | | $240.00 |
| **Data and Policy Analysis & Memos** - OG 114, 124, SARP Manual, Acoso Laboral, SARP Case File Reviews | 50.5 | Oct. 1, 2, 6, 11, 12, 21, 24, 25, 26, 27, 28, 29,30 | | $8,080.00 |
| FEE WAIVER (PUERTO RICO) | | | 0 | $0.00 |
| | US Hours | | PR Hours | |
| Net Hours @ $160/hr. | 60.00 | | 0.00 | $9,600.00 |
| Total Expenses (Air, Hotel, MIE; Meals, Parking, POV miles) | | | | $0.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| **Allowable Fee** |  |  |  | **$9,600.00** |

| Travel Breakout | Traveler: Donald S. Gosselin | | | |
|---|---|---|---|---|
| **Expense** | **Unit Cost** | **Units** | **Column1** | **Total** |
| Airfare | $ 1,109.10 | 0 | $ - | $ - |
| Baggage | $ 50.00 | 0 | | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | $ 39.98 | 0 | | $ - |
| Ground Transportation (Parking) | $ 14.00 | 0 | | $ - |
| Ground Transportation (POV Mileage) | $ 0.625 | 0 | | $ - |
| Lodging | $ 129.00 | 0 | | $ - |
| Per Diem (Travel Days) | $ 75.00 | 0 | | $ - |
| Per Diem (Full Days)(DOD OTHER $80+$20) | $ 100.00 | 0 | | $ - |
| Other: HOTEL TAX ($21.93+14.19+2.41day) | $ 38.52 | 0 | | $ - |
| **Total** | | | | $ - |

*No travel during this invoice period*

The undersigned, Donald S. Gosselin, Esq. certifies that the amount billed in this invoice is true and correct and corresponds to my duties as a Federal Monitor and related travel expenses. I further certify that I have not received any income, compensation or payment for services from the Commonwealth of Puerto Rico or any of its departments or municipalities

*[signature]*

**Donald S. Gosselin, Esq.**
Principal, MBG North Corp
31-Oct-22