Al Youngs
5552 West Lakeridge Rd
Lakewood, CO 80227

October 1 – October 31, 2022
Invoice No. 40
Member of Federal Monitor Team

| Date | Brief Description | Total Hours |
|---|---|---|
| 10/01 10/02 10/07 10/08 10/11 10/14 10/15 10/16 10/19 | Reviewed and responded to emails and conference calls for the month of October From Members of the Monitor Team. | 6.0 Hours |
| 10/03 10/10 10/15 10/17 10/19 10/24 10/25 | Several meetings and phone calls with Monitor and Deputy Monitor. | 3.0 Hours |
| 10/01 | Reviewed consolidated list of data requests with David Levy | 1.0 Hours |
| 10/04 | Reviewed plan to implement Paragraph 13 and re-reviewed U2A | 3.0 Hours |
| 10/10 | Reviewed & revised Professional Development | 2.0 Hours |
| 10/13 | Reviewed OG204 | 1.0 Hours |
| 10/14 | Reviewed feedback from paragraph 158 received from PRPB reference their participation in the Criminal Justice System. | 2.0 Hours |
| 10/14 | Reviewed Interboro Recruitment documents for examiners and steps to complete recruitment, recruitment brochure and strategic plan with Brian Dees | 1.0 Hours |
| 10/19 | Re-reviewed Policy and Protocol for Integrity Tests OG649. | 3.0 Hours |
| 10/20 | Reviewed Inspection Division Manual and reviewed completed Inspections for future meeting with SARP in 2022 in preparation of receiving Annual Inspection Report. | 2.0 Hours |
| 10/21 | Re-reviewed draft of career developmental program, request for information and transition process of the Promotion Board. | 3.0 Hours |

| Date | Description | Hours |
|---|---|---|
| 10/21 | Reviewed CMR7 data request and formulated additional requests with David Levy and Samantha Rhinerson | 1.0 Hours |
| 10/22 | Submitted additional changes for CMR7 documents, Supervision and Professionalization. | 5.0 Hours |
| 10/23 | Reviewed comments sent by PRPB, Monitor's Office, DOJ and DSP reference plan to promote Supervisors. | 3.0 Hours |
| 10/24 | Reviewed additional personnel evaluations completed by Supervisors of their subordinates and personnel evaluation policy. | 3.0 Hours |
| 10/27 | Reviewed Supervision paragraphs | 2.0 Hours |
| 10/27 | Re-reviewed 310 and 310.1 | 1.0 Hours |
| 10/28 | Reviewed Professionalization CMR 3 and 5, and 7 | 3.0 Hours |
| 10/28 | Reviewed comments sent by Monitor's office concerning performance evaluations. | 3.0 Hours |
| 10/28 | Re-reviewed promotional process OG504 - OG504.5, added comments | 3.0 Hours |
| 10/28 | Reviewed Supervisor training records, performance evaluations, disciplinary records, and any SARP investigations. | 3.0 Hours |
| 10/29 | Reviewed notes reference feedback given by the Monitor's Office and DOJ to the Federal Court; reference Supervision | 3.0 Hours |
| 10/29 | Reviewed Training records (PTMS) for the indicated random sample of sworn personnel. | 3.0 Hours |

**TOTAL HOURS:  60**

Billable Hours:     60 Hours at a Rate of $165.00 Per Hour = $9,900.00

**Total:         $9,900.00**

**TOTAL WAGES AND EXPENSE REIMBURSEMENT          $    9,900.00**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_Alan C. Young_
Signature

10/31/2022