# Rafael Ruiz Consulting

12 Crestshire Dr.
Lawrence, MA 01843

PHONE: 6177599156    stodgo1971@yahoo.com    12 Crestshire Dr.

## INVOICE

INVOICE NUMBER: 2022-10
INVOICE DATE: 10/31/2022

Federal Police Monitor for PR
VIG Tower, PH-924
1225 Ponce De Leon Ave.
San Juan, PR 00907

RAFAEL E. RUIZ CONSULTING

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: FPM work from Home | | | |
| 10/3/2022 | FPM work from Home | Review GO 300-309 | 2.00 | $165.00 | $330.00 |
| 10/4/2022 | FPM work from Home | Review GO 100-105 | 1.50 | $165.00 | $247.50 |
| 10/5/2022 | FPM work from Home | Continue review of GO 100-105 | 1.50 | $165.00 | $247.50 |
| 10/9/2022 | FPM work from Home | Review GO's 100-122 and 200-208 | 3.25 | $165.00 | $536.25 |
| 10/9/2022 | FPM work from Home | Review PRPB Vehicle Theft bureau Manual | 4.25 | $165.00 | $701.25 |
| 10/10/2022 | FPM work from Home | FPM Team Biweekly meting | 1.00 | $165.00 | $165.00 |
| 10/10/2022 | FPM work from Home | FPM Dep Monitor monthly meeting | 0.50 | $165.00 | $82.50 |
| 10/13/2022 | FPM work from Home | Work on Policies and Procedures draft 1 | 5.00 | $165.00 | $825.00 |
| 10/14/2022 | FPM work from Home | Work on Policies and Procedure Draft 1 | 5.00 | $165.00 | $825.00 |
| 10/15/2022 | FPM work from Home | Continue work on Policies and Procedures draft 1 | 6.00 | $165.00 | $990.00 |
| 10/16/2022 | FPM work from Home | Continue work on Policies and Procedures draft 1 | 3.00 | $165.00 | $495.00 |
| 10/19/2022 | FPM work from Home | Re-review GO 100-105 | 1.25 | $165.00 | $206.25 |
| 10/20/2022 | FPM work from Home | Download and organize CMR-07 final sample files | 0.75 | $165.00 | $123.75 |
| 10/21/2022 | FPM work from Home | Work on Search and Seizure CMRT-07 Draft 1 | 3.25 | $165.00 | $536.25 |
| 10/22/2022 | FPM work from Home | Work on Search and Seizure CMRT-07 Draft 1 | 4.00 | $165.00 | $660.00 |
| 10/23/2022 | FPM work from Home | Work on Search and Seizure CMRT-07 Draft 1 | 7.75 | $165.00 | $1,278.75 |

INVOICE NUMBER: 2022-10

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 10/24/2022 | FPM work from Home | Work on Search and Seizure CMRT-07 Draft 1; FPM Biweekly meeting | 7.25 | $165.00 | $1,196.25 |
| 10/26/2022 | FPM work from Home | Work on Search and Seizure CMRT-07 Draft 1 | 6.50 | $165.00 | $1,072.50 |
| 10/27/2022 | FPM work from Home | Work on Search and Seizure CMRT-07 Draft 1/Policies and Procedures Draft | 5.25 | $165.00 | $866.25 |
| 10/28/2022 | FPM work from Home | Work on Search and Seizure CMRT-07 Draft 1 | 5.25 | $165.00 | $866.25 |
| 10/28/2022 | FPM work from Home | Work on Search and Seizure CMRT-07 Draft 1/Policies and Procedures Draft | 7.25 | $165.00 | $1,196.25 |
| 10/30/2022 | FPM work from Home | Work on CMR-07 Search and Seizure/Policies and Procedures Drafts | 4.00 | $165.00 | $660.00 |
| | | TOTAL: FPM work from Home | | | $14,107.50 |
| | | Total hours for this invoice | 85.50 | | |

| INVOICE BALANCE INFORMATION | |
|---|---|
| Total amount of this invoice | $14,107.50 |
| Current invoice balance | $14,107.50 |

| AMOUNT DUE ON THIS INVOICE: $14,107.50 |
|---|

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of the hours worked in my capacity as a member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Rafael E. Ruiz

Date: October 31, 2022