INVOICE 0091 FOR PROFESSIONAL SERVICES; OCT 1, 2022, THROUGH OCT 31, 2022
RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC, 13932 SOUTH SPRINGS DR, CLIFTON VA 20124

TO: Federal Monitor
Puerto Rico Police Department Consent Decree

The invoice for professional services rendered by Crystal Reef LLC (Monitoring Core Team) for October 2022 is detailed as follows:

| Task Performed | US Hours | Dates | Billable Amount |
|---|---|---|---|
| Communications & Coordination - telcons and emails to/from Monitors, PRPB, FMPR Logistics and planning for on-site visits, collaboration meetings, coordinate and reconcile schedules and travel planning, UoF review with John, review of Special Master Status | 9 | Oct - 1,2,5, 7,10,11,12,15, 16,18,19,22,23, 24,25,27,28,29, 30,31 | $1,485.00 |
| GO-123, review and make recommendations for PRPB consideration | 3.25 | Oct - 2,3 | $536.25 |
| CMR-7 Report Writing, planning, meetings and review with Deputy Monitor, alignment with prior CMR's | 11.25 | Oct - 2,14, 22,29,30,31 | $1,856.25 |
| 253 Mtg and prep | 2.25 | Oct - 5,31 | $371.25 |
| Per agreement with Angel Diaz during August Site Review; Continue to finalize re-baselining of data requests for CMR's 5, 6, and 7.  Reconcile and re-baseline all PRPB provided data for responsiveness, validity, and relevance of data to requests from monitors within CMR's - 3,4,5,6 and 7.  Agreement reached is to re-baseline active data requests against CMR's -5, 6, 7. Data requests prior to CMR-5 will be held in abeyance | 2.5 | Oct - 5,10,27 | $412.50 |
| Gartner - IT Needs/Requirements assessment - Teleconference meetings with Federal Monitor and DoJ to review the Draft Assessment, coordinate debriefs with Felix Molina, comm with Gartner PM, Weekly meetings and prep.  Review of Draft Report.  Debrief Monitor and DoJ on status. | 25 | Oct - 5,6,7, 10,11,12,14,20, 21,25,26,27,28, 29,30 | $4,125.00 |
| AH Datalytics - Meetings, Calls, emails, Teleconferences, review AHD Plan to accelerate the Reform, assess progress and dashboards | 1 | Oct - 6 | $165.00 |
| Teleconference Meetings (random and bi-weekly) with Monitors Office and Deputy Monitor. Review site visits, agenda, needed demonstrations and meetings/reviews with Parties. Bi-weekly with the Parties. | 1.75 | Oct - 10,31 | $288.75 |
| Net Hours @ $165/hr. | 56.00 | Fee | $9,240.00 |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

INVOICE PRESENTED BY: _____: Scott Cragg, Monitoring Core Team

1