**CORREA ACEVEDO & ABESADA LAW OFFICES, PSC**
Centro Internacional de Mercadeo - II
90 Carr. 165  Suite 407
Guaynabo, PRI 00968
USA

November 2, 2022
Invoice #  20322

**United States v. Commonwealth of Puerto Rico**
**Police Reform, Case No. 12-2039 (GAG)**

Professional Services

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/1/2022 | RAA | Review motion in compliance filed by PRPB. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Email motion to monitors. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Telephone call from J. Romero. | 0.20<br>225.00/hr | 45.00 |
| 10/2/2022 | RAA | Review emails from S. Rhinerson and D. Rodriguez. | 0.20<br>225.00/hr | 45.00 |
| 10/3/2022 | RAA | Plan and prepare for biweekly meeting.  Attend videoconference. | 1.10<br>225.00/hr | 247.50 |
|  | RAA | Telephone call from L. Hidalgo. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Email and call with J. Gonzalez. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Review email from D. Rodriguez.  Review data request for CMR-8. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Review email from D. Gosselin. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review order related to motion in compliance. | 0.10<br>225.00/hr | 22.50 |
| 10/4/2022 | RAA | Review emails from S. Rhinerson, D. Rodriguez, J. Romero, and Captain Figueroa. | 0.40<br>225.00/hr | 90.00 |

787-273-8300

|            |     |                                                                      | Hrs/Rate        | Amount |
|------------|-----|----------------------------------------------------------------------|-----------------|--------|
| 10/4/2022  | RAA | Review email from J. Gonzalez.                                       | 0.10 225.00/hr  | 22.50  |
| 10/5/2022  | RAA | Review email from J. Castillo.                                       | 0.10 225.00/hr  | 22.50  |
|            | RAA | Review emails from D. Rodriguez and S. Rhinerson.                    | 0.20 225.00/hr  | 45.00  |
|            | RAA | Review and respond to email from D. Rodriguez.                       | 0.20 225.00/hr  | 45.00  |
|            | RAA | Review and respond to email from J. Romero.                          | 0.20 225.00/hr  | 45.00  |
|            | RAA | Plan and prepare for 253 meeting. Appear and attend meeting.         | 2.30 225.00/hr  | 517.50 |
|            | RAA | Telephone call from J. Romero.                                       | 0.30 225.00/hr  | 67.50  |
|            | RAA | Review email from A. Young.                                          | 0.10 225.00/hr  | 22.50  |
|            | RAA | Review email from J. Romero with UOF plan translation.               | 0.10 225.00/hr  | 22.50  |
|            | RAA | Review UOF plan translation.                                         | 0.20 225.00/hr  | 45.00  |
|            | RAA | Review transcript request filed by USDOJ.                            | 0.10 225.00/hr  | 22.50  |
|            | SL  | Review and respond to emails from D. Rodriguez.                      | 0.30 90.00/hr   | 27.00  |
|            | SL  | Telephone call with D. Rodriguez.                                    | 0.30 90.00/hr   | 27.00  |
|            | SL  | Plan and prepare for 253 meeting. Appear and attend meeting.         | 2.30 90.00/hr   | 207.00 |
|            | SL  | Review plan submitted by PRPB on paragraph 13 and work on table.     | 0.60 90.00/hr   | 54.00  |
|            | SL  | Meeting with general counsel after 253 meeting.                      | 0.50 90.00/hr   | 45.00  |
| 10/6/2022  | RAA | Review email from A. Del Carmen.                                     | 0.10 225.00/hr  | 22.50  |
|            | RAA | Review email from L. Saucedo.                                        | 0.10 225.00/hr  | 22.50  |
|            | RAA | Review email from Y. Acevedo from PRPB.                              | 0.10 225.00/hr  | 22.50  |

| Date | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/6/2022 | RAA | Review email from D. Rodriguez. | 0.10 225.00/hr | 22.50 |
| | RAA | Review email from G. Peñagarícano. | 0.10 225.00/hr | 22.50 |
| | RAA | Telephone call from J. Romero | 0.20 225.00/hr | 45.00 |
| | RAA | Appear and attend videocall with monitors. | 0.50 225.00/hr | 112.50 |
| | RAA | Telephone call from J. Romero. | 0.30 225.00/hr | 67.50 |
| | RAA | Prepare motion in compliance with order at docket 2183. | 0.50 225.00/hr | 112.50 |
| | RAA | Review order granting transcript request. | 0.10 225.00/hr | 22.50 |
| | RAA | Review order on USDOJ's motion in compliance. | 0.10 225.00/hr | 22.50 |
| | RAA | Review email from S. Rhinerson. | 0.10 225.00/hr | 22.50 |
| | RAA | Review transcript request by Commonwealth. | 0.10 225.00/hr | 22.50 |
| | RAA | Review order granting transcript request. | 0.10 225.00/hr | 22.50 |
| | RAA | Review order on motion in compliance with order at docket 1971. | 0.10 225.00/hr | 22.50 |
| | RAA | Review order on motion in compliance with order at docket 1972. | 0.10 225.00/hr | 22.50 |
| | RAA | Review emails from R. Riviere and A. Del Carmen. | 0.20 225.00/hr | 45.00 |
| | RAA | Review order on informative motion docket 2145. | 0.10 225.00/hr | 22.50 |
| | RAA | Review further emails from R. Riviere and A. Del Carmen. | 0.20 225.00/hr | 45.00 |
| | RAA | Calls and emails with J. Romero and D. Rodriguez on draft motion in compliance. | 0.40 225.00/hr | 90.00 |
| | RAA | Exchange of electronic communications with J. Romero. | 0.20 225.00/hr | 45.00 |
| | RAA | Review email from A. Del Carmen. | 0.10 225.00/hr | 22.50 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/6/2022 | RAA | Review and respond to email from J. Romero and revise draft communication. | 0.20 225.00/hr | 45.00 |
| 10/7/2022 | RAA | Review emails from D. Rodriguez | 0.20 225.00/hr | 45.00 |
| | RAA | Telephone call from J. Romero. | 0.30 225.00/hr | 67.50 |
| | RAA | Revise informative motion in compliance with order. | 0.30 225.00/hr | 67.50 |
| | RAA | Review docket and other orders for compliance. | 0.20 225.00/hr | 45.00 |
| | RAA | Email to L. Saucedo. | 0.10 225.00/hr | 22.50 |
| | RAA | Review motion for extension of time filed by PRPB. | 0.10 225.00/hr | 22.50 |
| | RAA | Review email from Gartner. | 0.10 225.00/hr | 22.50 |
| | RAA | Review status report by Gartner. | 0.20 225.00/hr | 45.00 |
| | RAA | Review and respond to email from J. Gonzalez. | 0.20 225.00/hr | 45.00 |
| 10/8/2022 | RAA | Review and respond to emails from J. Gonzalez and J. Romero. | 0.20 225.00/hr | 45.00 |
| | RAA | Review email from D. Gosselin. | 0.10 225.00/hr | 22.50 |
| | RAA | Review email from H. Castro. | 0.10 225.00/hr | 22.50 |
| 10/10/2022 | RAA | Plan and prepare for team meeting. Appear and attend team meeting via ZOOM. | 1.10 225.00/hr | 247.50 |
| | RAA | Plan and prepare for videoconference with Gartner. Appear and attend videoconference. | 1.40 225.00/hr | 315.00 |
| | SL | Attend bi-weekly meeting. | 0.80 90.00/hr | 72.00 |
| 10/11/2022 | RAA | Review emails from PRPB and D. Rodriguez. | 0.30 225.00/hr | 67.50 |
| | RAA | Review motion in compliance with order at Docket 2180 to prepare response in compliance with order. Prepare draft response and email draft to monitor for approval. | 0.90 225.00/hr | 202.50 |

United States v. Commonwealth of Puerto Rico
Police Reform, Case No. 12-2039 (GAG)

Case 3:12-cv-02039-FAB   Document 2245-12   Filed 11/10/22   Page 5 of 11

Page    5

| Date | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 10/11/2022 | RAA | Exchange of emails with J. Romero and D. Rodriguez regarding motion. Finalize and electronically file motion. Email filed motion to monitor. | | 0.30 225.00/hr | 67.50 |
| | RAA | Review emails from S. Cragg. | | 0.20 225.00/hr | 45.00 |
| 10/12/2022 | RAA | Review emails from S.Cragg and Gartner. | | 0.20 225.00/hr | 45.00 |
| | RAA | Review order on motion in compliance. | | 0.10 225.00/hr | 22.50 |
| | RAA | Review order on PRPB's motion for extension. | | 0.10 225.00/hr | 22.50 |
| | RAA | Exchange of emails with USDOJ and monitors regarding orders. | | 0.30 225.00/hr | 67.50 |
| | SL | Preparation of detailed notes of 253 meeting. | | 7.90 90.00/hr | 711.00 |
| 10/13/2022 | YMT | Prepare and file motion for disbursement of funds. | | 0.60 150.00/hr | 90.00 |
| | RAA | Review emails from the parties, monitor and special master. | | 0.40 225.00/hr | 90.00 |
| | RAA | Review and analyze response by USDOJ. Email to monitors. | | 0.30 225.00/hr | 67.50 |
| 10/14/2022 | RAA | Review emails from the parties, monitors, court, and special master. | | 0.40 225.00/hr | 90.00 |
| | RAA | Review motion to restrict. | | 0.10 225.00/hr | 22.50 |
| | RAA | Review and analyze motion in compliance filed by USDOJ. Email the same to monitors. | | 0.40 225.00/hr | 90.00 |
| 10/17/2022 | RAA | Review email from R. Ruiz. | | 0.10 225.00/hr | 22.50 |
| | RAA | Review and respond to emails from D. Rodriguez. | | 0.20 225.00/hr | 45.00 |
| | RAA | Emails with monitors regarding motion in compliance filed. | | 0.20 225.00/hr | 45.00 |
| | RAA | Review, analyze, and study several legal matters requested pertaining compliance and court orders. | | 2.60 225.00/hr | 585.00 |
| | RAA | Telephone call from J. Romero. | | 0.30 225.00/hr | 67.50 |
| | RAA | Review motion to restrict filed by PRPB. | | 0.10 225.00/hr | 22.50 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/17/2022 | RAA | Review motion for leave to submit documents in Spanish. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review motion submitting self-assessment report. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review email from G. Balli on integrity audits. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email from J. Romero on self-assessment report. | 0.10<br>225.00/hr | 22.50 |
| 10/18/2022 | RAA | Review order on motion to restrict. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review order on motion in compliance. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review order on motion for leave. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review emails from monitors regarding CMR-7. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Telephone call from J. Romero. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Prepare revisions to draft CMR-7 on policies and procedures. Exchange of emails with D. Rodriguez. | 2.80<br>225.00/hr | 630.00 |
| 10/19/2022 | RAA | Review email from G. Balli. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email from J. Castillo. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review and respond to emails from D. Rodriguez and J. Romero. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Various calls with J. Romero. | 0.40<br>225.00/hr | 90.00 |
| | RAA | Various calls with J. Castillo. | 0.40<br>225.00/hr | 90.00 |
| | RAA | Review order regarding MLARS. Email to monitors regarding the same. | 0.20<br>225.00/hr | 45.00 |
| | SL | Review and respond to several emails from monitor team. | 0.20<br>90.00/hr | 18.00 |
| | SL | Revisions to CMR-7 part on cummunity engagement. | 3.30<br>90.00/hr | 297.00 |
| 10/20/2022 | RAA | Review email from Y. Acevedo. | 0.10<br>225.00/hr | 22.50 |

|            |     |                                                                                      | Hrs/Rate         | Amount |
|------------|-----|--------------------------------------------------------------------------------------|------------------|--------|
| 10/20/2022 | RAA | Review email from D. Rodriguez.                                                      | 0.10 225.00/hr   | 22.50  |
|            | RAA | Review notice filed by special master.                                               | 0.10 225.00/hr   | 22.50  |
|            | RAA | Review and respond to email from D. Levy.  Prepare translation.                      | 0.60 225.00/hr   | 135.00 |
|            | RAA | Attend videoconference with monitors.                                                | 0.50 225.00/hr   | 112.50 |
|            | RAA | Exchange of electronic communications with J. Castillo.                              | 0.20 225.00/hr   | 45.00  |
|            | RAA | Exchange of electronic communications with J. Romero and D. Rodriguez.               | 0.20 225.00/hr   | 45.00  |
|            | RAA | Review email from G. Balli.                                                          | 0.10 225.00/hr   | 22.50  |
|            | RAA | Review email from C. Ostolaza.                                                       | 0.10 225.00/hr   | 22.50  |
|            | RAA | Revise draft motion emailed by J. Castillo.                                          | 0.20 225.00/hr   | 45.00  |
|            | RAA | Prepare informative motion in compliance with order and email draft to monitor.      | 0.50 225.00/hr   | 112.50 |
|            | RAA | Review emails from J. Romero and D. Rodriguez approving draft motion.                | 0.10 225.00/hr   | 22.50  |
|            | RAA | Finalize motion and electronically file. Email the same to monitors.                 | 0.10 225.00/hr   | 22.50  |
|            | RAA | Review email from A. Del Carmen.                                                     | 0.10 225.00/hr   | 22.50  |
|            | RAA | Review email from J. Gonzalez.                                                       | 0.10 225.00/hr   | 22.50  |
|            | RAA | Review and respond to emails from D. Rodriguez.                                      | 0.20 225.00/hr   | 45.00  |
|            | RAA | Review and respond to email from J. Romero.                                          | 0.10 225.00/hr   | 22.50  |
|            | RAA | Review email from A. Del Carmen.                                                     | 0.10 225.00/hr   | 22.50  |
|            | RAA | Review draft self-action report prepared by J. Gonzalez.                             | 0.40 225.00/hr   | 90.00  |
|            | SL  | Further revisions to CMR-7 part on cummunity engagement.                             | 3.60 90.00/hr    | 324.00 |

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/21/2022 | RAA | Review and respond to email inquiry from D. Rodriguez. | 0.20 225.00/hr | 45.00 |
| | RAA | Review motion submitting self-assessment report. | 0.10 225.00/hr | 22.50 |
| | RAA | Email monitors with motion and PRPB's self-assessment report. | 0.10 225.00/hr | 22.50 |
| | RAA | Review and analyze report. | 2.60 225.00/hr | 585.00 |
| | RAA | Revise edited draft of CMR-7 sent by D. Rodriguez to R. Ruiz. Review emails. | 0.50 225.00/hr | 112.50 |
| | RAA | Revise draft of CMR-7 prepared by S. Cragg and related emails. | 1.50 225.00/hr | 337.50 |
| | RAA | Review emails from Gartner. | 0.20 225.00/hr | 45.00 |
| | RAA | Review Gartner's weekly reports. | 0.40 225.00/hr | 90.00 |
| | RAA | Review response filed by USDOJ. Email the same to monitors. | 0.30 225.00/hr | 67.50 |
| | RAA | Review and respond to multiple electronic communications from D. Rodriguez and J. Romero. | 0.30 225.00/hr | 67.50 |
| | RAA | Review email from A. Del Carmen. | 0.10 225.00/hr | 22.50 |
| | RAA | Review email from S. Cragg. | 0.10 225.00/hr | 22.50 |
| | RAA | Review email from J. Gonzalez. | 0.10 225.00/hr | 22.50 |
| | RAA | Telephone call from J. Gonzalez. | 0.10 225.00/hr | 22.50 |
| | RAA | Review email from R. Ruiz. | 0.10 225.00/hr | 22.50 |
| | YMT | Telephone communication with Javier González regarding amendment to motion for disbursement of funds. | 0.10 150.00/hr | 15.00 |
| | YMT | Prepare motion to amend and correct motion for disbursement of funds. | 0.40 150.00/hr | 60.00 |
| 10/23/2022 | RAA | Review emails from L. Saucedo and A. Del Carmen. | 0.20 225.00/hr | 45.00 |
| | RAA | Review emails from J. Gonzalez and D. Rodriguez. | 0.20 225.00/hr | 45.00 |

|            |     |                                                                                 | Hrs/Rate        | Amount |
|------------|-----|---------------------------------------------------------------------------------|-----------------|--------|
| 10/24/2022 | RAA | Review emails from A. Del Carmen, D. Rodriguez, and G. Peñagarícano.            | 0.30 225.00/hr  | 67.50  |
|            | RAA | Plan and prepare for team meeting. Appear and attend team meeting.              | 1.70 225.00/hr  | 382.50 |
|            | RAA | Review email from D. Levy.                                                      | 0.10 225.00/hr  | 22.50  |
|            | RAA | Review email from R. Ruiz.                                                      | 0.10 225.00/hr  | 22.50  |
|            | RAA | Review emails from J. Romero and D. Rodriguez.                                  | 0.20 225.00/hr  | 45.00  |
|            | RAA | Review order granting extension to PRPB.                                        | 0.10 225.00/hr  | 22.50  |
|            | RAA | Review order on informative motion.                                             | 0.10 225.00/hr  | 22.50  |
|            | RAA | Review order on notice filed by special master.                                 | 0.10 225.00/hr  | 22.50  |
|            | RAA | Telephone call from J. Romero.                                                  | 0.30 225.00/hr  | 67.50  |
|            | RAA | Review email from R. Watkins.                                                   | 0.10 225.00/hr  | 22.50  |
|            | RAA | Review email from A. Youngs.                                                    | 0.10 225.00/hr  | 22.50  |
|            | RAA | Review email from H. Castro.                                                    | 0.10 225.00/hr  | 22.50  |
|            | RAA | Review emails from A. Del Carmen and M. Ortiz.                                  | 0.20 225.00/hr  | 45.00  |
| 10/25/2022 | RAA | Review email from J. Gonzalez with revised table.                               | 0.10 225.00/hr  | 22.50  |
|            | RAA | Revise motion to correct and amend.                                             | 0.10 225.00/hr  | 22.50  |
|            | RAA | Review order granting motion.                                                   | 0.10 225.00/hr  | 22.50  |
|            | YMT | Revise and file motion to amend and correct motion for disbursement of funds.   | 0.30 150.00/hr  | 45.00  |
| 10/26/2022 | RAA | Review email from J. Romero with UOF plan translation.                          | 0.20 225.00/hr  | 45.00  |
| 10/27/2022 | RAA | Exchange of electronic communications with J. Romero.                           | 0.20 225.00/hr  | 45.00  |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/28/2022 | RAA | Plan and prepare for meeting with special masters and PRPB. Appear and attend meeting. | 1.90 225.00/hr | 427.50 |
| | RAA | Telephone call from J. Romero. | 0.30 225.00/hr | 67.50 |
| | RAA | Review email from S. Rhinerson. | 0.10 225.00/hr | 22.50 |
| | RAA | Review and respond to email from C. Camara. | 0.10 225.00/hr | 22.50 |
| | RAA | Review email from J. Gonzalez. | 0.10 225.00/hr | 22.50 |
| | RAA | Review email from Y. Acevedo of PRPB. | 0.10 225.00/hr | 22.50 |
| 10/31/2022 | RAA | Review emails from S. Rhinerson, D. Gosselin, and D. Rodriguez. | 0.30 225.00/hr | 67.50 |
| | RAA | Review and respond to electronic communications from D. Rodriguez. | 0.20 225.00/hr | 45.00 |
| | RAA | Review emails from D. Levy. | 0.20 225.00/hr | 45.00 |
| | RAA | Various calls and electronic communications from J. Romero. | 0.50 225.00/hr | 112.50 |
| | RAA | Review docket re: IT Assessment plan and orders. Email to counsel for PRPB regarding the same. | 0.30 225.00/hr | 67.50 |
| | RAA | Telephone call from R. Barreto. | 0.30 225.00/hr | 67.50 |
| | RAA | Plan and prepare for various meetings today. Appear and attend bi-weekly production meeting and 253 meeting. Postmeeting calls with J. Romero and D. Rodriguez. | 3.50 225.00/hr | 787.50 |
| | RAA | Review email from L. Saucedo. | 0.10 225.00/hr | 22.50 |
| | | **For professional services rendered** | 73.20 | $13,692.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Roberto Abesada Agüet | 52.00 | 225.00 | $11,700.00 |
| Stephanie Leon | 19.80 | 90.00 | $1,782.00 |
| Yesenia Medina Torres | 1.40 | 150.00 | $210.00 |

*[signature]*

WE HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN OUR CAPACITY AS THE FIRM SERVING AS GENERAL COUNSEL OF THE FEDERAL MONITOR'S OFFICE.  WE FURTHER CERTIFY THAT WE HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT

FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH OF PUERTO RICO, OR ANY OF ITS DEPARTMENTS, MUNICIPALITIES OR AGENCIES.