# INVOICE



22 Chalets de Santa Maria
San Juan, P.R. 00927
(787) 940-3090

**BILL TO:**
**Office of the FPMPR, LLC**
VIG Tower, PH 924
1225 Ponce de Leon Avenue
San Juan, P.R. 00907

**DATE:** 10/31/2022
**INVOICE #** 202210
**FOR:** FPMPR/TCA

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Zoom calls/Team meetings: 10/10/22, 10/18 | 2.50 | $160.00 | $ 400.00 |
| emails-texts/phone calls: Denise, Sam, John, PRPB Dr. Fernandez, Dave, Hidalgo | 2.50 | $160.00 | $ 400.00 |
| 10/5/2022: Box review for 3.1 folios/spread sheet/outreach activities 3.35 | 0.50 | $160.00 | $80.00 |
| 10/06/2022: Community policiing module PRPB Orientation | 1.00 | $160.00 | $160.00 |
| 10/7/2022: Talking points on PRPB module & operational concerns for duscussion in prep. for team meeting. Module activity reviews outreach (control Nos. 1800, 1084, 429, 439, 469,472,470). | 2.00 | $160.00 | $320.00 |
| 10/08/2022: System functionality overall review/tryout. Doc review outreach activities (3.1) (data item 3.26) Comm. police module/control nos. 526, 582, 1110, 1122, 1086,1748,1683,1314,1191, (data Item 3.35) SAOC 10-847, SAEA | 2.00 | $160.00 | $320.00 |
| 10/09/2022: Second draft (Amended CMR7) | 1.00 | $160.00 | $ 160.00 |
| 10/15/2022: CMR7 Consolidated data request list reviewed/annotations made forwarded (Dave) | 0.50 | $160.00 | $ 80.00 |
| 10/19/2022: 16th report from PRPB review, detailed annotations/clarifications/compliance made and submitted to John for meeting with Judge. | 2.00 | $160.00 | $320.00 |
| 10/24/2022: CMR7 draft edits (Denise's annotations/clarifications for further review) | 3.50 | $160.00 | $560.00 |
| 10/25/2022: CMR7 2nd draft edits | 3.50 | $160.00 | $560.00 |
| 10/27/2022: final edits for review w/ annotations for approval. | 1.00 | $160.00 | $160.00 |
| 10/31/2022: Edits review for 214, 215, 216 methodology requirements, Box docs and targets per Denise email. | 1.00 | $160.00 | $160.00 |
| Sum | 23.00 | | $ 3,680.00 |
| | | TOTAL | $3,680.00 |

**I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor.  I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities, or agencies.**

Merangelie Serrano-Rios