# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@outlook.com | 550 Amsonia Circle
Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2022-10
**DATE:** October 31, 2022

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- | --- |
| 10/01/2022 | 1.0 hour of memo development and policy review | 1.0 | $100.00 | $100.00 |
| 10/02/2022 | 0.5 hour of policy review facilitation | 0.5 | $100.00 | $50.00 |
| 10/03/2022 | 2.5 hours of policy review facilitation and data request review | 2.5 | $100.00 | $250.00 |
| 10/04/2022 | 1.0 hour of policy review facilitation and 253 Meeting | 1.0 | $100.00 | $100.00 |
| 10/06/2022 | 2.0 hours of policy review facilitation and travel planning | 2.0 | $100.00 | $200.00 |

**AMOUNT DUE**  **SEE FOURTH PAGE**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@outlook.com | 550 Amsonia Circle Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2022-10
**DATE:** October 31, 2022

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 10/07/2022 | 1.5 hour of policy review facilitation and travel planning | 1.5 | $100.00 | $150.00 |
| 10/10/2022 | 3.0 hours of team calls and CMR-7 review | 3.0 | $100.00 | $300.00 |
| 10/11/2022 | 1.0 hour of policy review facilitation | 1.0 | $100.00 | $100.00 |
| 10/12/2022 | 1.0 hour of CMR-7 report review | 1.0 | $100.00 | $100.00 |
| 10/13/2022 | 2.0 hours of CMR-7 review and meeting with Denise | 2.0 | $100.00 | $200.00 |

**AMOUNT DUE**     **SEE FOURTH PAGE**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@outlook.com | 550 Amsonia Circle
Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2022-10
**DATE:** October 31, 2022

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 10/16/2022 | 1.0 hour of policy review facilitation and team meeting | 1.0 | $100.00 | $100.00 |
| 10/19/2022 | 1.0 hour of worksheet development and policies | 1.0 | $100.00 | $100.00 |
| 10/21/2022 | 0.5 hour of policy review facilitation | 0.5 | $100.00 | $50.00 |
| 10/24/2022 | 3.0 hours of CMR-7 review and team meeting | 3.0 | $100.00 | $300.00 |
| 10/25/2022 | 3.0 hours of CMR-7 review and travel planning | 3.0 | $100.00 | $300.00 |

**AMOUNT DUE**     **SEE FOURTH PAGE**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@outlook.com | 550 Amsonia Circle
Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2022-10
**DATE:** October 31, 2022

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 10/26/2022 | 2.0 hours of CMR-7 review | 2.0 | $100.00 | $200.00 |
| 10/28/2022 | 1.5 hours of travel planning and CMR-7 review | 1.5 | $100.00 | $150.00 |
| 10/30/2022 | 2.0 hours of CMR-7 review | 2.0 | $100.00 | $200.00 |

**AMOUNT DUE**        $2,950.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.