**Office of the FPMPR LLC**

VIG Tower, PH – 924

1225 Ave. Juan Ponce de León

San Juan, PR 00907

**Name:** Claudia Cámara-León **Supervisor:** Javier Gonzales, Esq.

## Work Timesheet (October 2022)

| Date | Task | Total Hours |
|---|---|---:|
| **October 4, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 4.0 |
| **October 6, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 4.0 |
| **October 7 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| **October 11, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 4.0 |
| **October 13, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 4.0 |
| **October 14, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| **October 21 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 4.0 |
| **October 20, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 4.0 |

| Date | Task | Total Hours |
|---|---|---:|
| **October 21, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| **October 25, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 4.0 |
| **October 27, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 4.0 |
| **October 28, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |

## Total, 60 hours for $20 = $1,200

I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Signature,
Claudia S. Cámara León

_____