Hipolito Castro Jr
64 Mustang Drive
Monroe, CT 06468

INVOICE #PR010-2022
DATE: October 31, 2022

**Dates of service: October 1 – October 31, 2022**     **TOTAL $ 7,350.00**

**The following is a detailed statement of the hours worked:**

-FPM Team meetings Zoom 10/10.  **1 hr.**

-Zoom meeting with Monitor's deputy 10/31.  **1 hr.**

-Calls, emails and Zoom with team members. 10/01 to 10/31.  **4 hrs.**

-Working on CMR-7.

October 3, 2 **hrs.**

October 4, **2 hrs.**

October 5, **2 hrs.**

October 12, 2 **hrs.**

October 21, **3 hrs.**

October 22, **3 hrs.**

October 23, **2 hrs.**

October 24, **2 hrs.**

October 25, **2 hrs.**

October 27, **4 hrs.**

October 28, **4 hrs.**

October 29, 4 **hrs.**

October 30, 5 **hrs.**

October 31, 6 **hrs.**

**Billable Hours:** 49 HOURS, at rate of $150 per hour = **$7,350.00**

I hereby certify that the amount billed in this invoice is true and correct and corresponds to the number of hours worked in my capacity as support staff to the Federal Monitor's Office. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Hipolito Castro Jr                                              Date: October 31, 2022