G&M Balli Services, LLC
5160 Royal Fern Circle
Tallahassee, Florida 32317

October 22 – November 21, 2022

INVOICE # 2022-03
ASSISTANT SPECIAL MASTER
OCTOBER 2022 INVOICE

Tasks Completed

| Hours | Description | Amounts |
| --- | --- | --- |
| 16 | Continued to review documents relevant to Integrity Audits and MLARS matters. Coordinated and completed meetings with PRPB/DSP POCs. Reviewed pertinent emails and met with OSM to keep up to date on developing PRPB reform matters. | $2,400 |
| 14 | Drafted, reviewed, researched, and translated emails and all documents/texts/articles, emails with respective parties as needed. Facilitated/Attended meetings with the parties. | $2,100 |
| 22 | Zoom meetings and Phone calls with OSM and other parties. | $3,300 |
| 8 | Research, drafted emails, translated articles/documents and other communications, numerous meetings in support of Expense review project. | $1,200 |
| 5 | Observed DSP/PRPB promotion interviews for Colonel position. | 750.00 |

Total Hours- 65                                              Total Wages Due -   $9,750.00

I hereby certify the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master.  I further certify I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

*Gilberto Balli*                    *Alejandro del Carmen*                    11/21/2022
Gilberto Balli                         S/Alejandro del Carmen