GALOEFFERT, LLC
4805 East Lake Road
Sheffield Lake, Ohio 44054

October 22, 2022, through November 21, 2022

INVOICE # 2022-11                                    **TOTAL DUE $13,924.50**
ASSISTANT SPECIAL MASTER
November 2022 INVOICE

Tasks Completed

| Hours | Description | Total |
|---|---|---|
| 22 | Drafted/reviewed/researched/translated as necessary/discussed/reworked documents related to various orders of the Court, PRPB, DOJ, Auditor, and Monitor's Office exchanges regarding recurring issues and OSM projects such as MLARS compliance, Integrity audits, CMR-7, PRPB draft Reform Plan, FY 2022 expenditure review. | $3,300.00 |
| 15 | Drafted, reviewed, and responded to texts, emails and all other documents/communications with respective parties, the Special Master, Assistant Special Masters, Auditor, and Court. | $2,250.00 |
| 21 | Zoom meetings and/or conference calls with the parties. | $3,150.00 |
| 22 | Travel to San Juan on 11/16/22 for meetings on 11/17-18/22 in furtherance of Court Meeting and Court ordered expenditure reviews.  Worked 3 hours on 11/16 flight, and 3 hours on 11/19 flight on research/projects for the Court.  Meetings/work 11/18/22, 8 hours, 11/19/22, 8 hours. | $3,300.00 |
| Travel Expense | United Airlines Economy Fare Cleveland to San Juan 11/16/22 | $338.30 |
| Travel Expense | American Airlines Economy Fare San Juan to Cleveland 11/19/22 | $539.30 |
| Travel Expense | Lodging 11/16/22-11/19/22, Govt rate $167/night plus tax | $644.40 |
| Travel Expense | Meals and Incidental Expenses, 11/16/22-11/19/22, Govt rate $115.00/day, travel days ¾ rate at $86.25/day | $402.50 |

Total Wages Due = $13,924.50

I hereby certify that the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master.  I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

_____                    S/Alejandro del Carmen                    **11/21/2022**
Gary A. Loeffert                                 S/Alejandro del Carmen

From: **United Airlines** Receipts@united.com
Subject: **eTicket Itinerary and Receipt for Confirmation JJKMYB**
Date: **Oct 26, 2022 at 5:02:33 PM**
To: ███████████

   Wed, Oct 26, 2022

## Thank you for choosing United.
A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our Important notices page for the latest updates

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# JJKMYB

| Flight 1 of 2 UA1891 | Class: United Economy (T) |
|---|---|
| Wed, Nov 16, 2022 | Wed, Nov 16, 2022 |
| **04:04 PM** | **05:39 PM** |
| Cleveland, OH, US (CLE) | New York/Newark, NJ, US (EWR) |

| Flight 2 of 2 UA1543 | Class: United Economy (T) |
|---|---|
| Wed, Nov 16, 2022 | Thu, Nov 17, 2022 |
| **07:59 PM** | **12:57 AM** |
| New York/Newark, NJ, US (EWR) | San Juan, PR, US (SJU) |

### Traveler Details

LOEFFERT/GARYA

| eTicket number: **0162443635933** | Seats: **CLE-EWR 20C** |
|---|---|
| Frequent Flyer: ███████████ | **EWR-SJU 20C** |
| | |
| Economy Plus Seating New Bundle (0169806010913) | **CLE-EWR** |
| Economy Plus Seating New Bundle (0169806010913) | **EWR-SJU** |
| Standard Checked Bag (0169806010913) | **CLE-EWR** |

### Purchase Summary

| Method of payment: | **Master Card ending in** ███ |
|---|---|
| Date of purchase: | **Wed, Oct 26, 2022** |
| Airfare: | 304.00 USD |
| U.S. Transportation Tax: | 19.70 USD |
| September 11th Security Fee: | 5.60 USD |
| U.S. Passenger Facility Charge: | 9.00 USD |
| Total Per Passenger: | 338.30 USD |

| Total: | 338.30 USD |
|---|---|

## Additional Purchase Summary

| Method of payment: | **Master Card ending in** ▮▮ |
|---|---|
| Date of purchase: | **Wed, Oct 26, 2022** |

Economy Plus Seating New Bundle (Reference Number: 0169806010913):
Economy Plus Seating New Bundle (Reference Number: 0169806010913):
Standard Checked Bag (Reference Number: 0169806010913):

| Total: | 182.00 USD |
|---|---|

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.
REFUNDABLE

## MileagePlus Accrual Details

| Garya Loeffert | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Wed, Nov 16, 2022 | 1891 | Cleveland, OH, US (CLE) to New York/Newark, NJ, US (EWR) | 434 | 62 | 1 |
| Wed, Nov 16, 2022 | 1543 | New York/Newark, NJ, US (EWR) to San Juan, PR, US (SJU) | 1701 | 243 | 1 |
| MileagePlus accrual totals: | | | 2135 | 305 | 2 |

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Wed, Nov 16, 2022 Cleveland, OH, US (CLE) to San Juan, PR, US (SJU - Luis Muñoz Marín) | 0 USD | 0 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |

Baggage check-in must occur with United or United Express, and you must have valid MileagePlus Premier® Silver membership at time of check-in to qualify for waiver of the service charge for the first checked bag (within specified size and weight limits).

## Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, the traveler's frequent flyer status and the itinerary selected. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program
- Once travel has started, accruals will no longer display. You can view your MileagePlus account for posted accrual

- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown
- Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.
- Our Premier Program changes January 1, 2020. If your itinerary includes travel with a scheduled departure in 2020, you may see our old Premier accrual metrics if

1) you booked prior to May 1, 2019 and are viewing an emailed receipt or 2) you booked prior to August 1, 2019 and are viewing a receipt online. The terms and conditions of Premier qualification can be found at united.com/qualify.

## International eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 60 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be canceled if this condition is not met.
- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 30 minutes prior to scheduled departure.

**From:** **American Airlines** no-reply@info.email.aa.com
**Subject:** Your trip confirmation (SJU - CLE)
**Date:** October 26, 2022 at 4:51 PM
**To:** ██████████████████████████████████████



 American Airlines 

Issued: October 26, 2022

## Your trip confirmation and receipt

 Save time with the American app

Get now!

**Record Locator: TZBJQH**

We charged $539.30 to your card ending in 5034 for your ticket purchase.

You can check in via the American app 24 hours before your flight and get your mobile boarding pass.

Manage your trip

## Saturday, November 19, 2022

| SJU | | ORD | Seat: | 16C |
|-----|---|-----|-------|-----|
| **9:00** AM | → | **12:17** PM | Class: | Economy (G) |
| San Juan | | Chicago O'Hare | Meals: | Refreshment |
| **AA 1184** | | | | |

| ORD | | CLE | Seat: | 17C |
|-----|---|-----|-------|-----|

ORD         CLE

**1:20** PM    →    **3:47** PM      Class:    Economy (G)
                                        Meals:

Chicago O'Hare         Cleveland

**AA 1570**

## Your purchase

**GARY LOEFFERT**

AAdvantage® #: ██████████

| | |
|---|---|
| New ticket | $539.30 |
| Ticket #: 0012346685824 | |
| [$505.00 + Taxes and fees $34.30] | |

| | |
|---|---|
| **Total cost** | **$539.30** |

## Your payment

| | |
|---|---|
| MasterCard (ending ██████ | $539.30 |
| **Total paid** | **$539.30** |

## Bag information

### Checked bags

| **Online*** | | **Airport** | |
|---|---|---|---|
| 1st bag | 2nd bag | 1st bag | 2nd bag |
| No charge | No charge | No charge | No charge |

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width +



1369 Ashford Avenue
San Juan, , 00907, United States
Tel.: +1-787-827-7280 Fax: +1-787-289-7000 www.marriott.com/sjuac

AC Hotel
San Juan - Condado

Gary Loeffert

| | |
|---|---|
| Habitación / Room: | 0303 |
| Confirmation / Confirmacion: | 72834271 |
| Tipo de habitación/Room Type : | KSTE |
| No. Huespedes/ No. of Guests : | 1/0 |
| Tarifa / Rate : 167 | Agente / Clerk :Gabriel Del Vi |

| Llegada: Arrival : | 11-16-22 | Hora : Time : | 00:09:00 | Salida : Departure : | 11-19-22 | Hora : Time : | 06:32:00 | No. Folio : 191565 |
|---|---|---|---|---|---|---|---|---|

| Fecha / Date | Reference # | Descripción / Description | Cargos / Charges | Creditos / Credits |
|---|---|---|---|---|
| 11-16-22 | 10174 | Room Charge | 167.00 | |
| 11-16-22 | 15101 | Destination Resort Fee | 30.06 | |
| 11-16-22 | 15105 | Room Tax | 17.74 | |
| 11-17-22 | 10174 | Room Charge | 167.00 | |
| 11-17-22 | 15101 | Destination Resort Fee | 30.06 | |
| 11-17-22 | 15105 | Room Tax | 17.74 | |
| 11-18-22 | 10174 | Room Charge | 167.00 | |
| 11-18-22 | 15101 | Destination Resort Fee | 30.06 | |
| 11-18-22 | 15105 | Room Tax | 17.74 | |
| 11-19-22 | 90702 | Master Card / Euro Card | | 644.40 |

No. de TC/Credit Card No. :   XXXXXXXXXXX

Total :   644.40

Balance :   0.00

As a Marriott Bonvoy Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.