**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMONWEALTH OF PUERTO RICO and the PUERTO RICO POLICE DEPARTMENT,<br><br>    Defendants. | NO. 3:12-cv-2039 (FAB) |

**MOTION FOR ADDITIONAL EXTENSION OF TIME**

**TO THE HON. FRANCISCO A. BESOSA, SENIOR U.S. DISTRICT JUDGE:**

John Romero, in his capacity as Chief Police Monitor, respectfully states and prays as follows:

The Honorable Court ordered the Monitor and the parties to approve the IT Assessment which Gartner is working on by no later than November 15, 2022. See ECF No. 2000. The Honorable Court then granted the Monitor and the parties an extension until December 1, 2022, to submit the IT Assessment. See ECF No. 2243.

Gartner received comments from the parties and the Monitor. Gartner briefed the IT Committee on November 29, 2022, on the IT Assessment. Gartner will provide a further briefing to the parties and the Monitor on December 6, 2022. Accordingly, it is respectfully requested that the parties and the Monitor be granted until December 9, 2022, to submit the approved IT Needs Assessment to the Honorable Court.

WHEREFORE, the Monitor respectfully requests the Honorable Court to take notice of the above and grant until December 9, 2022, to submit the IT Needs Assessment.

**RESPECTFULLY SUBMITTED.**

In Guaynabo, Puerto Rico, this 1st day of December 2022.

**I HEREBY CERTIFY** that on this same date a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which in turn notifies all counsel of record in the case.

        **CORREA-ACEVEDO & ABESADA**
        **LAW OFFICES, P.S.C**
        Centro Internacional de Mercadeo, Torre II
        #90 Carr. 165, Suite 407
        Guaynabo, PR  00968
        Tel.  (787) 273-8300 / Fax (787) 273-8371
        ra@calopsc.com

        S/Roberto Abesada-Agüet
        USDC-PR No. 216706
        General Counsel
        FPMPR, LLC