OFFICE OF THE FPMPR LLC.
B-5 Calle Tabonuco Suite 216 PMB 292
Guaynabo, Puerto Rico 00968

December 5, 2022

Professional services rendered by the members of the Office of the FPMPR LLC. For November 2022:

| NAME | AMOUNT | MONTH |
|---|---|---|
| John Romero | $19,479.40 | November 2022 |
| Spece | $ 3,502.72 | November 2022 |
| The & Group LLC (Javier González) | $11,321.09 | November 2022 |
| Altai Atlantic Consulting LLC (Dr. David Levy) | $ 8,640.00 | November 2022 |
| Denise Rodriguez | $18,065.74 | November 2022 |
| Viota & Associates CPA LLC | $ 1,562.50 | November 2022 |
| Donald S. Gosselin | $12,401.31 | November 2022 |
| Al Youngs | $12,085.10 | November 2022 |
| Rafael E. Ruiz | $11,410.90 | November 2022 |
| Scott Cragg | $13,647.72 | November 2022 |
| Correa Acevedo & Abesada Law offices, PSC (Lcdo. Roberto Abesada) | $22,249.50 | November 2022 |
| Rita J. Watkins | $ 9,584.90 | November 2022 |
| M Serrano LLC | $ 2,000.00 | November 2022 |
| Luis Hidalgo | $11,500.00 | November 2022 |
| Korber Group | $ 1,302.78 | November 2022 |
| Samantha Rhinerson | $ 3,750.00 | November 2022 |
| Claudia Cámara | $ 1,000.00 | November 2022 |
| Manuel Arroyo | $   780.00 | November 2022 |
| Hipolito Castro Jr | $ 9,655.69 | November 2022 |
| Ipsos | $12,116.00 | November 2022 |
| Banco Popular de Puerto Rico | $   420.00 | November 2022 |
| Francheska I. Rivera Cruz | $ 1,470.00 | November 2022 |
| Office of the FPMPR LLC | $   750.00 | November 2022 |
| **TOTAL:** | **$188,695.35** | November 2022 |
|  |  |  |