**Spece**
1225 Juan Ponce de Leon
San Juan, PR  00907

787-417-7300
info@spece.com
www.spece.com

## Invoice  INV - 16495



**BILL TO**
Office of the FPMPR LLC

| | DATE | PLEASE PAY | DUE DATE |
|---|---|---|---|
| | 01/01/2023 | **$2,579.20** | 01/01/2023 |

| MEMBERSHIP | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Membership:Private Office**<br>Private Office Suite - Office 15, $2,300.00, Jan 1, 2023 - Jan 31, 2023 | 1 | 2,300.00 | 2,300.00T |
| **Other Fees:One-off Fees**<br>Telephone Service, $60.00, Jan 1, 2023 - Jan 31, 2023 | 1 | 60.00 | 60.00T |
| **Other Fees:One-off Fees**<br>Garage Parking, $120.00, Jan 1, 2023 - Jan 31, 2023 | 1 | 120.00 | 120.00T |

| | | |
|---|---|---|
| SUBTOTAL | | 2,480.00 |
| TAX (4%) | | 99.20 |
| TOTAL | | 2,579.20 |
| TOTAL DUE | | **$2,579.20** |

THANK YOU.

ELEVATE YOUR BUSINESS

**Spece**
1225 Juan Ponce de Leon
San Juan, PR  00907

787-417-7300
info@spece.com
www.spece.com

# Invoice  INV - 16247



**BILL TO**
Office of the FPMPR LLC

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 11/30/2022 | **$923.52** | 11/30/2022 |

| MEMBERSHIP | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Event Rental:Conference Room**<br>XLarge Conference Room, $40.00, 1 x $40.00 / hour (20% discount) - Nov 15, 2022 | 1 | 40.00 | 40.00T |
| **Event Rental:Conference Room**<br>Small Conference Room, $80.00, 1 x $80.00 / hour (20% discount) - Nov 15, 2022 | 1 | 80.00 | 80.00T |
| **Event Rental:Conference Room**<br>Small Conference Room, $40.00, 2 x $20.00 / hour (20% discount) - Nov 15, 2022 | 2 | 20.00 | 40.00T |
| **Event Rental:Conference Room**<br>Medium Conference Room, $168.00, 1 x $96.00 / hour (20% discount), 3 x $24.00 / hour (20% discount) - Nov 16, 2022 | 1 | 168.00 | 168.00T |
| **Event Rental:Conference Room**<br>Medium Conference Room, $180.00, 1 x $180.00 / day (20% discount) - Nov 17, 2022 | 1 | 180.00 | 180.00T |
| **Event Rental:Conference Room**<br>Small Conference Room, $140.00, 1 x $80.00 / hour (20% discount), 3 x $20.00 / hour (20% discount) - Nov 17, 2022 | 1 | 140.00 | 140.00T |
| **Event Rental:Conference Room**<br>Small Conference Room, $60.00, 3 x $20.00 / hour (20% discount) - Nov 17, 2022 | 3 | 20.00 | 60.00T |
| **Event Rental:Conference Room**<br>Medium Conference Room, $180.00, 1 x $180.00 / day (20% discount) - Nov 18, 2022 | 1 | 180.00 | 180.00T |

| | |
|---|---|
| SUBTOTAL | 888.00 |
| TAX (4%) | 35.52 |
| TOTAL | 923.52 |
| TOTAL DUE | **$923.52** |

ELEVATE YOUR BUSINESS

THANK YOU.

ELEVATE YOUR BUSINESS