# THE & GROUP LLC.

Las Ramblas
71 Calle Montjuic
Guaynabo , PR 00969

## INVOICE

INVOICE NUMBER:  95
INVOICE DATE:  NOVEMBER 30, 2022

Federal Police Monitor

San Juan, PR

Invoice for Javier B Gonzalez Professional Services as Administrative Director

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| NOV-01-22 | Administrative Director | Work with Team October Invoices, Communications with Team Members, Review of documents sent by Team members. | 4.00 | $125.00 | $500.00 |
| NOV-02-22 | Administrative Director | Coordination of November Team Visit, Communications with the Monitor and Team Members. Work with October Team invoices. | 2.00 | $125.00 | $250.00 |
| NOV-03-22 | Administrative Director | Weekly Team Meeting, Communications with Team Members. Prep for the Meeting with the Court Finance Team. | 3.50 | $125.00 | $437.50 |
| NOV-04-22 | Administrative Director | Meeting with Court Finance Office, Communications with the Monitor. | 2.00 | $125.00 | $250.00 |
| NOV-07-22 | Administrative Director | Review of communications sent by Team Members, Biweekly Team Meeting, Communications with Team members, Community Meeting Follow UP, Surveys Follow Up. | 4.00 | $125.00 | $500.00 |
| NOV-08-22 | Administrative Director | Communications with the Monitor and team members, Communications with Administrative assistant. | 1.50 | $125.00 | $187.50 |
| NOV-09-22 | Administrative Director | Coordination of Community Meeting, Final Review of Team October Invoices. | 3.50 | $125.00 | $437.50 |
| NOV-09-22 | Administrative Director | Office Paralegal ID | | | $27.88 |
| NOV-10-22 | Administrative Director | Conference call with Team Member (Community Meeting), Weekly staff meeting, Coordination of meetings. Review of communications sent by Team Members. | 3.00 | $125.00 | $375.00 |
| NOV-11-22 | Administrative Director | Coordination of Community Meeting, Communications with Team Members, Review of communications sent by Team Members. | 4.00 | $125.00 | $500.00 |
| NOV-14-22 | Administrative Director | Review of documents sent by Team members, Coordination of Community Meeting, Work with Office Budget Expenses. Coordination of Team Visit, Communications with the Monitor. | 3.50 | $125.00 | $437.50 |
| NOV-14-22 | Administrative Director | Manuel Arroyo Gasoline Expense reimbursement. | | | $40.00 |

INVOICE NUMBER: 95

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| NOV-15-22 | Administrative Director | Team Visit, Meetings at PRPB, Coordination of Team visit, Coordination of community meeting. | 7.00 | $125.00 | $875.00 |
| NOV-16-22 | Administrative Director | Coordination of community meeting, Meetings with the Monitor (DOT , Commissioner), Community Meeting. | 12.00 | $125.00 | $1,500.00 |
| NOV-16-22 | Administrative Director | Water, napkins and food for community meeting. | | | $105.11 |
| NOV-16-22 | Administrative Director | Office Supplies | | | $44.12 |
| NOV-16-22 | Administrative Director | Manuel Arroyo Tolls Expense reimbursement. | | | $10.00 |
| NOV-16-22 | Administrative Director | Office of the FPMPR Adobe Account | | | $33.98 |
| NOV-17-22 | Administrative Director | Team Visit Coordination, Meetings at Office, IDs follow Up, Communications with Team Members, Review of communications sent by Team Members. | 6.00 | $125.00 | $750.00 |
| NOV-17-22 | Administrative Director | Manuel Arroyo Gasoline Expense reimbursement. | | | $20.00 |
| NOV-18-22 | Administrative Director | Team Visit, At office during interviews. | 5.00 | $125.00 | $625.00 |
| NOV-18-22 | Administrative Director | Manuel Arroyo Gasoline Expense reimbursement. | | | $20.00 |
| NOV-18-22 | Administrative Director | Manuel Arroyo Tolls Expense reimbursement. | | | $20.00 |
| NOV-19-22 | Administrative Director | CIC Meeting in Ponce | 5.00 | $125.00 | $625.00 |
| NOV-21-22 | Administrative Director | Work with FPM Office 2022-2023 Expenses | 2.00 | $125.00 | $250.00 |
| NOV-22-22 | Administrative Director | Work with FPM Office 2022-2023 Expenses, Communications with the Monitor. | 2.00 | $125.00 | $250.00 |
| NOV-23-22 | Administrative Director | Communications with the Monitor and Team Members | 0.50 | $125.00 | $62.50 |
| NOV-27-22 | Administrative Director | Protest against Luma at La Fortaleza | 4.00 | $125.00 | $500.00 |
| NOV-28-22 | Administrative Director | Communications with the Monitor, Deputy Monitor and Team Members, Biweekly Team Meeting, Review of documents sent by Team members. Sunday November 27 Protest report. | 3.50 | $125.00 | $437.50 |
| NOV-29-22 | Administrative Director | Survey follow up, Communications with Deputy Monitor and Team Members, Luma Protest at La Fortaleza. November Team Invoices follow up. | 6.50 | $125.00 | $812.50 |
| NOV-30-22 | Administrative Director | 253 Meeting, Surveys follow Up, Communications with Team Members. Pick up Chk at court and deposit the same. | 3.50 | $125.00 | $437.50 |

INVOICE NUMBER: 95

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| NOV-30-22 | Administrative Director | I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0.00 | $125.00 | $0.00 |
| | | Total amount of this invoice | | | $11,321.09 |

| MESSAGE |
|---|
| Javier B Gonzalez November 30, 2022 |



**Sellos TITAN**
URB. LOMAS VERDES
N19 AVE. LOMAS VERDES
BAYAMON, PR 00956-3102
TEL. (787) 787-9836 FAX (787) 785-1459
Email: info@sellostitan.com  Web: http://www.sellostitan.com/

**COPIA**

# Invoice

| Date | Invoice # |
|---|---|
| 11/8/2022 | F225973 |

**Bill To**
OFFICE OF THE TCA PR
JAVIER GONZALEZ
787-473-1515

**Ship To**

PAID SELLOS TITAN NOV - 9 2022
☐ ATH MÓVIL ☐ CASH ☐ ATH ☐ VISA
☐ AMEX ☐ MC ☐ CK. #
NOV 1 6 2022
OK

| Estimate | S.O. No. | P.O. Number | Due Date | Terms | Rep | Ship Via | Relevo |
|---|---|---|---|---|---|---|---|
| | | | 11/8/2022 | COD | CM | RECOGEN | +IVU |

| Item Code | Description | QTY | Rate | Amount |
|---|---|---|---|---|
| IDCARD | IDENTIFICACION EN UV-FULL COLOR, PLASTICO DE 1/32" ESPESOR, TAMAÑO 3 5/16" x 2 1/8" - CAMARA READY LLEVAN HUECOS  OFFICE OF THE TCA | 1 | 25.00 | 25.00T |
| | IVU 11.5% | | 11.50% | 2.88 |

Recibido por: _____
Nombre Letra Molde: Javier Gonzalez
Fecha: 17/11/22
Despachado por: _____

**Total**  $27.88

00 dólares.

recogida luego de 60 días. Rev 4/1/2022

---

ATH A TODA HORA

SELLOS TITAN
AVE LOMAS VERDES N 19
BAYAMON
DATE  Nov 09.22
TIME  13:07:24
TERMINAL ID  X0M26258
BATCH  000077
USER: ARM1
AUTH. CODE: 209975
*** MANUAL ENTRY ***
AMEX
HOST  ATH2
MERCHANT ID  9383811294
*** DUPLICATE ***
SALE
INVOICE: 001351  S-C:M
TRACE :000258
AMOUNT:       $  27.88
STATE TAX:    $   0.00
REDUCED STATE TAX: $ 0.00
MUNICIPAL TAX: $   0.00
TOTAL:        $  27.88
CONTROL: BR2L1-JKZLD
ET
CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS AND/OR SERVICE IN THE AMOUNT OF THE TOTAL SHOWN HEREON AND AGREES TO PERFORM THE OBLIGATIONS SET FORTH IN THE CARDHOLDER'S AGREEMENT WITH THE ISSUER
CUSTOMER COPY
Gracias por su Patrocinio



ANY TIME 65 INFANTERIA
AVE 65 INF 1875 ESQ CAMPO RICO RIO PIEDR
SAN JUAN

| DATE | TIME | HOST |
|---|---|---|
| Nov 14,22 | 16:00:07 | ATH |
| BATCH | TERMINAL ID | MERCHANT ID |
| 000001 | 30V06779 | 460106425093 |

SALE

DEBIT       ************1982 (S)

AUTH. CODE: 254698      INVOICE: 055913

TRACE :060927

AMOUNT:              $     40.00
STATE TAX:           $      0.00
REDUCED STATE TAX:   $      0.00
MUNICIPAL TAX:       $      0.00
TOTAL    :           $     40.00

CONTROL: 06NSK-SD7CQ
ET

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

CUSTOMER COPY
Gracias por su patrocinio



# COSTCO WHOLESALE

Carolina #335
1185 Ave 65 Infanteria
San Juan, PR 00924

## SELF-CHECKOUT

```
3T Member 111816936125
     1598203 BTY NAPKIN          8.49 AE
     128163  DIXIE 6 7/8"       17.99 AE
E    906165  KS WATER 8OZ        8.39 E
E    600287  PARTY TRAY         13.29 E
E    600287  PARTY TRAY         13.29 E
E    600287  PARTY TRAY         13.29 E
E    600287  PARTY TRAY         13.29 E
E    600287  PARTY TRAY         13.29 E
             SUBTOTAL          101.32
             TAX                 3.79
****         TOTAL             105.11
```

------------------------------------

```
XXXXXXXXXXXX7793                     H
AID: A0000000031010
Seq# 205227           App#: 09399C
Visa         Resp: APPROVED
Tran ID#: 232000205227....

APPROVED - Purchase
AMOUNT: $105.11
11/16/2022 10:26 335 205 11 705
```

------------------------------------

```
        Visa                   105.11
        CHANGE                   0.00

A ELA 10.5% TAX                  2.78
B REDUCED SALES TAX 6%           0.00
E MUNI TAX 1%                    1.01
TOTAL TAX                        3.79
TOTAL NUMBER OF ITEMS SOLD =        8
11/16/2022 10:26 335 205 11 705

MERCHANT ID: 00386240012
CONTROL: QS8TB-ELX2J
CW
```



```
2103352050011221116 1026
OP#: 705  Name: SCO
```

Thank You!
Please Come Again

Whse:335 Trm:205 Trn:11 OP:705

**Items Sold: 8**
**3T  11/16/2022  10:26**

# Office DEPOT
# OfficeMax

SAN JUAN - (787) 294-0300
11/16/2022   3:38 PM



VPTTA3PPA43RREEBR

SALE            6667-7-4406-1036445-22.11.1
993719   STMP,PI,REC,RE           15.69 SS
1397620  Brite Liner 5P            4.89 SS
255876   ROUNDSTICK,MED            9.29 SS
Instant Savings                   -2.80
Retail After Discounts             6.49
Rewards Member Price               4.99
**You Pay**                        **4.99** SS
420283   PPR,COPY,OD,RE
2 @ 13.79                         27.58
Promotion                        -13.58
**You Pay**                       **14.00** SS
Subtotal:                         39.57
Sales and Use Tax                  4.55
Total:                            44.12
Amex 1003                         44.12

AUTH CODE 862007
TDS Chip Read
AID A000000025010801 AMERICAN EXPRESS
TVR 0000008000
CVS No Signature Required

CONTROL:            JXU53-LDCPS
OD

JAVIER GONZALEZ 56*****088
Please create your online rewards
account at officedepot.com/rewards.
You must complete your account to
claim your rewards and view your
status.

**Total Savings:**
**$17.88**

*************************************
WE WANT TO HEAR FROM YOU!
Visit survey.officedepot.com
and enter the survey code below
16B0 5D1M EV67
or scan the below QR code



*************************************

Recibo de Pago

www.autoexpreso.com
1-888-688-1010
Plaza Caguas Norte
Carril 11
11/16/2022 09:10:33

Numero de Cuenta:    5738371
Cantidad de Pago:    $10.00
Metodo de Pago:

Debit 0804

PM:                  debit
EM:                  Swipe
AC:                  000134

Balance:             $6.60

*** Descarga nuestra app
"AutoExpreso Movil"
para consultar balance, recargar,
recibir notificaciones y otros
servicios. Tambin puedes acceder a
www.autoexpreso.com ***

# Transaction Details
## Card Ending - 11003

Merchandise & Supplies - Mail Order

## ADOBE WEBSALES 800-833-6687

# $33.98

Nov 16, 2022

On your statement as ADOBE ACROPRO SUBS ASAN JOSE CA

**$0.34 Reward Dollars**



## Transaction Details



ADOBE WEBSALES 800-833-6687

801 N 34TH ST
SEATTLE
WA
98103

# BALDRICH

| Descr. | qty | amount |
|---|---|---|
| Prepay CA#04 | | 20.00 |
| Sub Total | | 20.00 |
| STATE TAX | | 0.00 |
| CITY TAX | | 0.00 |
| TOTAL | | 20.00 |
| CASH $ | | 20.00 |

THANKS, COME AGAIN

REG# 0002  CSH# 002  DR# 01  TRAN# 21514
ST# AB123
11/17/22  08:43:45



Recibo de Pago

www.autoexpreso.com
1-888-688-1010
Plaza Buchanan
Carril 13
11/18/2022 09:54:07

Numero de Cuenta:   5738371
Cantidad de Pago:   $20.00
Metodo de Pago:

Debit 1902

PM:                 debit
EM:                 Swipe
AC:                 002063

Balance:            $16.00

*** Descarga nuestra app
"AutoExpreso Movil"
para consultar balance, recargar,
recibir notificaciones y otros
servicios. También puedes acceder a
www.autoexpreso.com ***