

# Invoice

**Altai Atlantic Consulting LLC**
828 Snowden Hallowell Way, Alexandria VA 22314

**Date:** 11/30/22
**Invoice #:** 01-035

**To:** Office of the Federal Police Monitor of Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
Tel. 787-417-9098

| Fee Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|
| **Total Fees Payable For Services Rendered by Dr. David Levy** | 54.0 | 160 | **$8,640.00** |

## Work Performed in the Continental United States

| Date | Activity Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 11/1/22 | Edits to master data request based on 10/31 data call with PRPB | 0.5 | 160 | $80.00 |
| 11/1/22 | Developed worksheet to assist Monitor Youngs with revising CMR-7 sections | 1.0 | 160 | $160.00 |
| 11/2/22 | Analysis of SA/DV and SARP investigations for incidents involving PRPB pers | 3.0 | 160 | $480.00 |
| 11/2/22 | Reviewed CMR-7 worksheet with Monitor Youngs | 1.5 | 160 | $240.00 |
| 11/3/22 | Reviewed CMR-7 professionalization section | 2.5 | 160 | $400.00 |
| 11/5/22 | Developed paragraph & data source reference materials on Box.com | 4.0 | 160 | $640.00 |
| 11/6/22 | Developed data structured links for TCA Box.com archive folder | 5.5 | 160 | $880.00 |
| 11/7/22 | Developed paragraph & data source reference materials on Box.com | 7.5 | 160 | $1,200.00 |
| 11/7/22 | Biweekly Team Call | 1.0 | 160 | $160.00 |
| 11/8/22 | Updates to CMR-8 1.2 data request | 2.5 | 160 | $400.00 |
| 11/9/22 | Data sources appendix for CMR-7 | 1.5 | 160 | $240.00 |
| 11/11/22 | Data sources appendix for CMR-7 | 6.0 | 160 | $960.00 |
| 11/19/22 | Data sources appendix for CMR-7 | 4.5 | 160 | $720.00 |
| 11/20/22 | Developed paragraph & data source reference materials on Box.com | 1.0 | 160 | $160.00 |
| 11/21/22 | Monthly call with Monitor Cragg | 1.0 | 160 | $160.00 |
| 11/22/22 | Developed paragraph & data source reference materials on Box.com | 3.0 | 160 | $480.00 |
| 11/23/22 | Modified data request frequency/timing per PRPB requests | 5.0 | 160 | $800.00 |
| 11/28/22 | Email backlog and miscellaneous administrative. | 1.0 | 160 | $160.00 |
| 11/30/22 | Email backlog and miscellaneous administrative. | 2.0 | 160 | $320.00 |
| | | | 160 | $0.00 |
| | | | 160 | $0.00 |

| | | | 160 | $0.00 |
|---|---|---|---|---|
| | | | 160 | $0.00 |
| Total | | | 54.0 | $8,640.00 |

**Total Fee Payable**    **$8,640.00**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

*[signature]*

**Dr. David Levy**

11/30/22
**Date**