# INVOICE

**DATE**
11/1/2022

**INVOICE NO**
#026

**Denise Rodriguez**
3003 San Sebastian St.
Mission, TX 78572
drodriguez_PRI@outlook.com

**INVOICE TO**
Puerto Rico Chief Federal Monitor

**INVOICE PERIOD**
November 1-30, 2022

## DUTIES AND RESPONSIBILITIES                                 TOTAL DUE $18,065.74

- Conducted monthly one-on-one meetings with subject matter experts
- Coordinated and conducted weekly Monitoring Executive Team meetings
- Coordinated and conducted biweekly meetings with the Parties
- Reviewed and approved the review of several policies submitted to the Monitor's Office by PRPB as per Paragraph 229 of the Agreement
- Worked with the Administrative Director and the Research Analyst/Administrative Assistant to draft the schedule(s) for the November site visit
- Participated in various meetings with the Parties to discuss the PRPB Data Gap Analysis and IT Needs Assessment
- Participated in several calls with the proposed contractor, Gartner, regarding the IT Needs Assessment
- Reviewed the final draft IT Needs Assessment Report
- Worked with the Associate Monitor and Administrative Director in finalizing and conduct the community workshops/listening sessions hosted by the FPM
- Participated in site visit the week of November 13th
- Finalized CMR-7 and worked with the Administrative Asst. and Research Analyst to distribute to Parties
- Coordinated and oversaw the submission and receipt of various data requests for CMR-7 and 8
- Oversaw the addition and revision of various data folders in Box in preparation for the final data productions from PRPB for CMR-7 and initial data productions for CMR-8
- Worked with the data analyst to revise the master data request template and develop a new uploading and sharing document process in Box
- Participated in the November 253 Meeting with the Parties
- Work with the Monitor to prepare talking points and materials in preparation for the 11/17 meeting with the Judge
- Internally discuss FPM review of DV/SA investigations as reported in CMR-7 and in previous CMRs

| | |
|---|---|
| Flat Rate Total Wages* | $15,833.33 |
| Travel Expenses | $ 2,232.41 |
| **Total Due** | **$ 18,065.74** |

*The total amount is a flat rate. The total monthly is $15,833.33 for an annualized amount of $190,000.00

_Denise Rdz_

**Denise Rodriguez, Chief Deputy Monitor**

November 30, 2022
Date

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.*



# Office of the Technical Compliance Advisor Travel Reimbursement Form

**Traveler Name: Denise Rodriguez**
**Travel Dates: November 14 - 18, 2022**
**Purpose of Travel: Site visit**

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare** | $ 1,088.60 | 1 | $ 1,088.60 |
| Baggage | $ - | 0 | $ - |
| Uber from Airport to hotel | $ 21.93 | 1 | $ 21.93 |
| Ground Transportation (Parking) | $ - | 0 | $ - |
| Ground Transportation (Mileage) | $ - | 0 | $ - |
| Lodging** | $ 141.60 | 4 | $ 566.40 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 3 | $ 345.00 |
| Parking @ airport (days)* | $ 6.00 | 5 | $ 30.00 |
| Uber from hotel to Airport | $ 7.98 | 1 | $ 7.98 |
| Total | | | $ 2,232.41 |

*Parking receipt includes personal days <u>not</u> expensed and included above

** Hotel invoice includes personal days <u>not</u> expensed and included above

*** Provided the orizinal ticket along with the amended ticket. Changed the travel dates (11/13-11/20) which resulted in the additional receipt and credit.

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

**COURTYARD®**
**Marriott.**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Denise Rodriguez
3003 San Sebastian St
Mission TX 78572
United States

Room: 0307
Room Type: EKNG
No. of Guests: 1
Rate: $  120.00  Clerk: 9995

Marriott Rewards #   286891726

CRS Number  97913239

Name:

Arrive:  11-13-22          Time:  04:51 PM          Depart:  11-20-22          Folio Number:  713211

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 11-13-22 | Package | 120.00 | |
| 11-13-22 | Government Tax | 10.80 | |
| 11-13-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 11-14-22 | Package | 120.00 | |
| 11-14-22 | Government Tax | 10.80 | |
| 11-14-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 11-15-22 | COMEDOR- Guest Charge (Breakfast) | 3.48 | |
| 11-15-22 | Package | 120.00 | |
| 11-15-22 | Government Tax | 10.80 | |
| 11-15-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 11-16-22 | COMEDOR- Guest Charge (Breakfast) | 1.00 | |
| 11-16-22 | Package | 120.00 | |
| 11-16-22 | Government Tax | 10.80 | |
| 11-16-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 11-17-22 | COMEDOR- Guest Charge (Breakfast) | 14.04 | |
| 11-17-22 | Package | 120.00 | |
| 11-17-22 | Government Tax | 10.80 | |
| 11-17-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 11-18-22 | Package | 120.00 | |
| 11-18-22 | Government Tax | 10.80 | |
| 11-18-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 11-19-22 | Comedor - Guest Charge | 29.76 | |
| 11-19-22 | Comedor - Guest Charge | -29.76 | |
| 11-19-22 | Comedor - Guest Charge | 29.76 | |
| 11-19-22 | Package | 120.00 | |
| 11-19-22 | Government Tax | 10.80 | |

# COURTYARD®
## Marriott.

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Denise Rodriguez
3003 San Sebastian St
Mission TX 78572
United States

Room: 0307
Room Type: EKNG
No. of Guests: 1
Rate: $ 120.00  Clerk: 9995

Marriott Rewards #    286891726

CRS Number  97913239

Name:

Arrive:  11-13-22          Time:  04:51 PM          Depart:  11-20-22          Folio Number:  713211

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 11-19-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 11-20-22 | Comedor - Guest Charge | 4.48 | |
| 11-20-22 | American Express | | 1,043.96 |
| | *Card # XXXXXXXXXXX1008* | | |
| | **Balance** | | **0.00 USD** |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

| | |
|---|---|
| **From:** | United Airlines |
| **To:** | DRODRIGUEZ_PRI@OUTLOOK.COM |
| **Subject:** | eTicket Itinerary and Receipt for Confirmation GXFGPN |
| **Date:** | Thursday, November 3, 2022 11:03:06 PM |



Fri, Nov 04, 2022

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our Important notices page for the latest updates

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# GXFGPN

| Flight 1 of 4 UA1643 | Class: United Economy (H) |
|---|---|
| Sun, Nov 13, 2022 | Sun, Nov 13, 2022 |
| **07:07 AM** | **08:22 AM** |
| McAllen, TX, US (MFE) | Houston, TX, US (IAH) |

| Flight 2 of 4 UA1192 | Class: United Economy (H) |
|---|---|
| Sun, Nov 13, 2022 | Sun, Nov 13, 2022 |
| **10:15 AM** | **04:37 PM** |
| Houston, TX, US (IAH) | San Juan, PR, US (SJU) |

| Flight 3 of 4 UA668 | Class: United Economy (H) |
|---|---|
| Sun, Nov 20, 2022 | Sun, Nov 20, 2022 |
| **03:50 PM** | **06:49 PM** |
| San Juan, PR, US (SJU) | Houston, TX, US (IAH) |

| Flight 4 of 4 UA281 | Class: United Economy (H) |
|---|---|
| Sun, Nov 20, 2022 | Sun, Nov 20, 2022 |
| **09:47 PM** | **11:02 PM** |
| Houston, TX, US (IAH) | McAllen, TX, US (MFE) |

## Traveler Details

RODRIGUEZ/DENISE
eTicket number: **0162445155788**
Frequent Flyer: **UA-XXXXX985 Premier Gold**

Seats: **MFE-IAH 10F**
**IAH-SJU 10F**
**SJU-IAH 09F**
**IAH-MFE 10A**

## Purchase Summary

| | |
|---|---|
| Method of payment: | **Miscellaneous Document** |
| Date of purchase: | **Fri, Nov 04, 2022** |

| | |
|---|---|
| Airfare: | **1020.00 USD** |
| U.S. Transportation Tax: | **39.40 USD** |
| September 11th Security Fee: | **11.20 USD** |
| U.S. Passenger Facility Charge: | **18.00 USD** |

| | |
|---|---|
| Total Per Passenger: | **1088.60 USD** |

| | |
|---|---|
| Total: | 1088.60 USD |

**Payment Info**

Remaining value of your previous ticket numbers 0162440384043 was applied to this purchase.

**Fare Rules**

Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT

Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

**MileagePlus Accrual Details**

| Denise Rodriguez | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Sun, Nov 13, 2022 | 1643 | McAllen, TX, US (MFE) to Houston, TX, US (IAH) | 552 | 69 | 1 |
| Sun, Nov 13, 2022 | 1192 | Houston, TX, US (IAH) to San Juan, PR, US (SJU) | 3456 | 432 | 1 |
| Sun, Nov 20, 2022 | 668 | San Juan, PR, US (SJU) to Houston, TX, US (IAH) | 3600 | 450 | 1 |
| Sun, Nov 20, 2022 | 281 | Houston, TX, US (IAH) to McAllen, TX, US (MFE) | 568 | 71 | 1 |
| MileagePlus accrual totals: | | | 8176 | 1022 | 4 |

**Baggage allowance and charges for this itinerary**

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Sun, Nov 13, 2022 McAllen, TX, US (MFE) to San Juan, PR, US (SJU - Luis Muñoz Marín) | 0 USD | 0 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |

**From:**    United Airlines
**To:**      DRODRIGUEZ_PRI@OUTLOOK.COM
**Subject:**  eTicket Itinerary and Receipt for Confirmation GXFGPN
**Date:**    Thursday, November 3, 2022 10:56:16 PM



Thu, Nov 03, 2022

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our Important notices page for the latest updates

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# GXFGPN

| Flight 1 of 4 UA1643 | Class: United Economy (W) |
|---|---|
| Sun, Nov 13, 2022 | Sun, Nov 13, 2022 |
| 07:07 AM | 08:22 AM |
| McAllen, TX, US (MFE) | Houston, TX, US (IAH) |

| Flight 2 of 4 UA1192 | Class: United Economy (H) |
|---|---|
| Sun, Nov 13, 2022 | Sun, Nov 13, 2022 |
| 10:15 AM | 04:37 PM |
| Houston, TX, US (IAH) | San Juan, PR, US (SJU) |

| Flight 3 of 4 UA668 | Class: United Economy (Q) |
|---|---|
| Sat, Nov 19, 2022 | Sat, Nov 19, 2022 |
| 03:50 PM | 06:49 PM |
| San Juan, PR, US (SJU) | Houston, TX, US (IAH) |

| Flight 4 of 4 UA6059 | Class: United Economy (Q) |
|---|---|
| Sat, Nov 19, 2022 | Sat, Nov 19, 2022 |
| 07:43 PM | 09:08 PM |
| Houston, TX, US (IAH) | McAllen, TX, US (MFE) |

Flight Operated by Mesa Airlines dba United Express.

## Traveler Details

RODRIGUEZ/DENISE

eTicket number: **0162440384043**

Frequent Flyer: **UA-XXXXX985 Premier Gold**

Seats: **MFE-IAH 10F**
**IAH-SJU 10F**
**SJU-IAH 11A**
**IAH-MFE 08A**

## Purchase Summary

| | |
|---|---|
| Method of payment: | **American Express ending in 1008** |
| Date of purchase: | **Sun, Oct 09, 2022** |

| | |
|---|---|
| Airfare: | **1057.16 USD** |
| U.S. Transportation Tax: | **39.40 USD** |
| September 11th Security Fee: | **11.20 USD** |
| U.S. Passenger Facility Charge: | **18.00 USD** |

| | |
|---|---|
| Total Per Passenger: | **1125.76 USD** |

| | |
|---|---|
| Total: | 1125.76 USD |

**Fare Rules**

Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT

Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

**MileagePlus Accrual Details**

Denise Rodriguez

| Date | Flight | From/To | Award Miles | PQP | PQF |
|---|---|---|---|---|---|
| Sun, Nov 13, 2022 | 1643 | McAllen, TX, US (MFE) to Houston, TX, US (IAH) | 1376 | 172 | 1 |
| Sun, Nov 13, 2022 | 1192 | Houston, TX, US (IAH) to San Juan, PR, US (SJU) | 3280 | 410 | 1 |
| Sat, Nov 19, 2022 | 668 | San Juan, PR, US (SJU) to Houston, TX, US (IAH) | 3296 | 412 | 1 |
| Sat, Nov 19, 2022 | 6059 | Houston, TX, US (IAH) to McAllen, TX, US (MFE) | 520 | 65 | 1 |
| MileagePlus accrual totals: | | | 8472 | 1059 | 4 |

**Baggage allowance and charges for this itinerary**

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Sun, Nov 13, 2022 McAllen, TX, US (MFE) to San Juan, PR, US (SJU - Luis Muñoz Marín) | 0 USD | 0 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |

**From:**      Denise Rodriguez
**To:**         Denise Rodriguez
**Subject:**   Fwd: Your Sunday afternoon trip with Uber
**Date:**      Sunday, November 20, 2022 11:38:49 AM

---

**From:** Uber Receipts <noreply@uber.com>
**Sent:** Sunday, November 20, 2022 1:20 PM
**To:** NICERDZ@HOTMAIL.COM <NICERDZ@HOTMAIL.COM>
**Subject:** Your Sunday afternoon trip with Uber



Total $7.98
November 20, 2022

# Thanks for riding, Denise

We hope you enjoyed your ride this afternoon.

| Total | $7.98 |
|---|---|
| Trip fare | $7.32 |
| Subtotal | $7.32 |

Booking Fee ☐                                         $0.66

Download PDF

This is not a payment receipt. It is a trip summary to acknowledge the completion of the trip. You will receive a trip receipt when the payment is processed with payment information.

## You rode with ZENON

5.00 ☐ Rating

○ Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.

Rate or tip

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more

 UberX   6.07 miles | 11 min

1:09 PM
801 Ponce de Leon Ave, San Juan, PR 00907, US

1:20 PM
CXQV+PM, Arrivals Ave, Carolina, 00979, Puerto Rico

**From:** Denise Rodriguez
**To:** Denise Rodriguez
**Subject:** Fwd: Your Sunday afternoon trip with Uber
**Date:** Tuesday, November 22, 2022 3:45:16 PM

---

**From:** Uber Receipts <noreply@uber.com>
**Sent:** Monday, November 14, 2022 1:22 AM
**To:** nicerdz@hotmail.com <nicerdz@hotmail.com>
**Subject:** Your Sunday afternoon trip with Uber



Total $21.93
November 13, 2022

# Thanks for riding, Denise

We hope you enjoyed your ride this afternoon.

| Total | $21.93 |
|---|---|

| Trip fare | $18.28 |
|---|---|

| Subtotal | $18.28 |
|---|---|

| | |
|---|---|
| Booking Fee  | $0.65 |
| Airport Fee | $3.00 |

---

Payments

American Express ••••1002                                $21.93
11/14/22 3:22 AM

Download PDF

## You rode with Christian

4.99 Rating

Has passed a multi-step safety screen

**Drivers are critical to communities right now. Say thanks with a tip.**

**Rate or tip**

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more

 6.87 miles | 13 min

4:30 PM
Carolina, 00979, Puerto Rico

4:44 PM
801 PR-25, San Juan, 00907, Puerto Rico

Republic Parking System-McAllen Intl Airport
2500 Bicentennial Blvd
McAllen, TX 78503

F/C #02             A Payment No.00310265
T/D #03                Ticket No.055619
Cashier                     ID #10
Entry Time        11/13/2022 (Sun)  5:59
Paid Time         11/20/2022 (Sun) 21:27
Parking Time         7 Days   15:28
Parking Fee          Rate B   $48.00

AMEX
Account #   *********************1008
Slip #                        62530
Auth Code                    528628
CREDIT CARD AMOUNT           $48.00
Cash Amount                   $0.00
==========
Total           $48.00

Please drive carefully
956-213-8561