**Name:** Donald S. Gosselin, d/b/a Gosselin Int'l Associates, division of MBG North Corp
**Invoice Date:** 11/31/2022
**Invoice Period:** 1 NOV 2022 - 30 NOV 2022

| Date | Task(s) | Rate | Total Hours | | Total Amount |
|---|---|---|---|---|---|
| 11/1/22 | Commo and coordination | $ 160.00 | 1.25 | $ | 200.00 |
| 11/2/22 | Commo and coordination, Data and Policy Analysis/Writing | $ 160.00 | 3 | $ | 480.00 |
| 11/3/22 | Data and Policy Analysis/Writing | $ 160.00 | 6 | $ | 960.00 |
| 11/7/22 | Teleconference Meeting Prep and Actual | $ 160.00 | 2.25 | $ | 360.00 |
| 11/8/22 | Data and Policy Analysis/Writing | $ 160.00 | 1.25 | $ | 200.00 |
| 11/11/22 | Data and Policy Analysis/Writing | $ 160.00 | 2.75 | $ | 440.00 |
| 11/14/22 | Data and Policy Analysis/Writing | $ 160.00 | 4 | $ | 640.00 |
| 11/15/22 | Field Work, Puerto Rico | $ 160.00 | 8 | $ | 1,280.00 |
| 11/16/22 | Field Work, Puerto Rico | $ 160.00 | 8 | $ | 1,280.00 |
| 11/17/22 | Field Work, Puerto Rico | $ 160.00 | 8 | $ | 1,280.00 |
| 11/18/22 | Data and Policy Analysis/Writing | $ 160.00 | 3 | $ | 480.00 |
| 11/19/22 | Commo and coordination, Data and Policy Analysis/Writing | $ 160.00 | 4.25 | $ | 680.00 |
| 11/21/22 | Data and Policy Analysis/Writing | $ 160.00 | 0.75 | $ | 120.00 |
| 11/27/22 | Data and Policy Analysis/Writing | $ 160.00 | 3.5 | $ | 560.00 |
| 11/28/22 | Data and Policy Analysis/Writing | $ 160.00 | 2 | $ | 320.00 |
| 11/29/22 | Data and Policy Analysis/Writing | $ 160.00 | 2 | $ | 320.00 |
| | | $ 160.00 | | $ | - |
| | | $ 160.00 | | $ | - |
| | | $ 160.00 | | $ | - |
| | | $ 160.00 | | $ | - |
| | | $ 160.00 | | $ | - |
| | | $ 160.00 | | $ | - |
| | | $ 160.00 | | $ | - |
| | | $ 160.00 | | $ | - |
| | | $ 160.00 | | $ | - |
| | | $ 160.00 | | $ | - |
| | | $ 160.00 | | $ | - |
| | | $ 160.00 | | $ | - |
| | | $ 160.00 | | $ | - |
| **TOTAL Labor** | | | **60** | **$** | **9,600.00** |

| | | | |
|---|---|---|---|
| **TOTAL Travel** | *(see reimbursement form)* | **$** | **2,801.31** |
| **TOTAL** | | **$** | **12,401.31** |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

**Signature:** *DS Gosselin* <signature>

**Date:** 11/30/22

**Commo and Coordination** consists of all written comms to/from Monitors, PRPB, USDOJ; Review compliance targets, document and data requests, logis

**Data/Policy Analysis, Writing** Data concerns CMR-7, OG 410, PRPB DV cases in the news, DV cases in samples, Draft Section IX, Chicago PD adjudication ti

| Travel Breakout | Traveler: Donald S. Gosselin - November 14 - 18 | | | | |
|---|---|---|---|---|---|
| Expense | Unit Cost | Units | Column1 | Total | Column2 |
| Airfare | $ 1,268.10 | 1 | $ - | $ 1,268.10 | |
| Baggage | $ - | $ - | | $ - | |
| Ground Transportation (Uber/Lyft/Taxi) | $ 10.75 | 1 | | $ 10.75 | hotel to SJU |
| Ground Transportation (Parking) | $ 15.00 | 5 | | $ 75.00 | |
| Ground Transportation (POV Mileage) | $ 0.625 | 88 | | $ 55.00 | |
| Lodging | $ 167.00 | 4 | | $ 668.00 | |
| Per Diem (Travel Days) | $ 86.25 | 2 | | $ 172.50 | |
| Per Diem (Full Days) | $ 115.00 | 3 | | $ 345.00 | |
| Other: HOTEL TAX ($30.06 + 21.68/day) | $ 51.74 | 4 | | $ 206.96 | |
| **Total** | | | | **$ 2,801.31** | |



## Transaction Details

| Date | Description | Amount |
|---|---|---|
| Aug 30, 2022 | AMERICAN00123336803671 8004337300 TX | $664.22 |

**Additional Details**

| | |
|---|---|
| Purchased On | Aug 30, 2022 |
| Posted On | Aug 30, 2022 |
| Cardmember Name | Donald S Gosselin |
| Spend Category | Air Travel - American Airlines |
| Merchant Country | United States |

Brownfield
Naples
26
202
1 hr 2 min
44.6 miles
302
95
Freedom
Cornish
113
59 min
43.6 miles
295
Windham
25
57 min
43.5 miles
Portland
International Jet
202
Scarborough

From: American Airlines <no-reply@info.email.aa.com>
Subject: Your trip confirmation (PWM - SJU)
Date: October 31, 2022 at 11:30:37 EDT
To: GOSSELIN.INTL@GMAIL.COM

---

Issued: October 31, 2022

# Your trip confirmation and receipt

Save time with the American app

Get now!

**Record Locator: JXDKEF**

You can check in via the American app 24 hours before your flight and get your mobile boarding pass.

Manage your trip

---

## Monday, November 14, 2022

PWM

7:24 AM

Portland

CLT

10:00 AM

Charlotte

**AA 752**

Seat: 13A
Class: Economy (V)
Meals:

---

CLT

11:05 AM

Charlotte

SJU

3:40 PM

San Juan

**AA 1852**

Seat: 16F
Class: Economy (V)
Meals: Food for purchase

---

## Friday, November 18, 2022

SJU

2:25 PM

San Juan

PHL

5:24 PM

Philadelphia

**AA 2060**

Seat: 13F
Class: Economy (L)
Meals: Food for purchase

---

PHL

9:01 PM

Philadelphia

PWM

10:28 PM

Portland

**AA 4379**

Operated by REPUBLIC AIRWAYS as AMERICAN EAGLE

Seat: 13A
Class: Economy (L)
Meals:

---

# Earn up to $200 Back

Plus 40,000 bonus miles.
Terms Apply.

Learn more

---

## Your purchase

**DONALD GOSSELIN**

AAdvantage® #: 32A6M16

---

New ticket $1,268.10

Ticket #: 0012347575776

[$1,201.00 + Taxes and fees $67.10]

---

**Total cost** **$1,268.10**

---

## Your payment

| | |
|---|---|
| Trip Credit (ending 6860) | $664.22 |
| MasterCard (ending 1398) | $603.88 |
| **Total paid** | **$1,268.10** |

---

## Bag information

### Checked bags

**Online***

1st bag / 2nd bag

No charge / $40.00



SHERATON
Puerto Rico Hotel & Casino

**INVOICE**

| | |
|---|---|
| ROOM | 1222 |
| ROOM TYPE | CCTY |
| NO. OF GUESTS | 1 |
| RATE | 167 |
| CLERK | MQUEZ639 |
| DATE | 11/18/22 |
| PAGE No. | 1 of 2 |
| REWARDS # | 839932555 |

Dr Donald Gosselin
12 Naomi St
Sebago ME 04029
United States

ARRIVE 11/14/22 TIME 02:12 DEPART 11/18/22 TIME 04:05 FOLIO# 3903343

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| 11/14/22 | Govt. / Military | | 167.00 |
| 11/14/22 | Destination Fee - 18% | | 30.06 |
| 11/14/22 | Room Occupancy Tax | | 21.68 |
| 11/15/22 | Tips - Restaurant | | 3.40 |
| 11/15/22 | Govt. / Military | | 167.00 |
| 11/15/22 | Destination Fee - 18% | | 30.06 |
| 11/15/22 | Room Occupancy Tax | | 21.68 |
| 11/16/22 | Tips - Restaurant | | 3.00 |
| 11/16/22 | SNACK SHOP FOOD DINNER | | 20.00 |
| 11/16/22 | Snack Shop Beverage - Beer | | 7.00 |
| 11/16/22 | Tips - Snack Shop | | 5.50 |
| 11/16/22 | Snack Shop Sales Municipal Tax 1% - IVI | | 0.27 |
| 11/16/22 | Snack Shop Sales Tax 10.5%-IVU | | 0.74 |
| 11/16/22 | Snack Shop Reduced Tax 6%-IVU | | 1.20 |
| 11/16/22 | Govt. / Military | | 167.00 |
| 11/16/22 | Destination Fee - 18% | | 30.06 |
| 11/16/22 | Room Occupancy Tax | | 21.68 |
| 11/17/22 | Tips - Restaurant | | 3.50 |
| 11/17/22 | Govt. / Military | | 167.00 |
| 11/17/22 | Destination Fee - 18% | | 30.06 |
| 11/17/22 | Room Occupancy Tax | | 21.68 |



SHERATON
Puerto Rico Hotel & Casino

**INVOICE**

| | |
|---|---|
| ROOM | 1222 |
| ROOM TYPE | CCTY |
| NO. OF GUESTS | 1 |
| RATE | 167 |
| CLERK | MQUEZ639 |
| DATE | 11/18/22 |
| PAGE No. | 2 of 2 |
| REWARDS # | 839932555 |

Dr Donald Gosselin
12 Naomi St
Sebago ME 04029
United States

ARRIVE 11/14/22 TIME 02:12 DEPART 11/18/22 TIME 04:05 FOLIO# 3903343

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| 11/18/22 | Mastercard | | -919.57 |

Balance USD 0.00

For billing questions or concerns, please let us know at SheratonPR.Folio@sheraton.com

13:23

# Trip Details

11/18/22, 03:05
JER470

$8.95
+$1.80
Add to your tip

Sheraton Puerto Rico Hotel & Casino, San Juan, PR 00907, US

Av Aeropuerto, Carolina, PR 00937, US

Receipt

You rated Emanuel 

After your trip, driver can't see your pickup or dropoff address details

View what your driver sees

Help



# Receipt

| | |
|---|---|
| P/S #28 | A Payment No.00000128 |
| T/D #23 | Ticket No.094834 |
| Entry Time | 11/14/2022 (Mon) 4:37 |
| Exit Time | 11/21/2022 (Mon) 22:51 |
| Parking Time | 7Days 18:14 |
| Parking Fee | Rate D $112.00 |

AMEX

| | |
|---|---|
| Account # | *****************2001 |
| Slip # | 11891 |
| Auth Code | 0000572699 |
| Credit Card Amount | $112.00 |
| Cash Amount | $0.00 |

==========================================

Total $112.00

Thank You for Your Visit

Please Come Again !

==========================================