INVOICE 0093 FOR PROFESSIONAL SERVICES; NOV 1, 2022, THROUGH NOV 30, 2022
RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC, 13932 SOUTH SPRINGS DR, CLIFTON VA 20124

TO: Federal Monitor
Puerto Rico Police Department Consent Decree

The invoice for professional services rendered by Crystal Reef LLC (Monitoring Core Team) for November 2022 is detailed as follows:

| Task Performed | US Hours | Dates | PR Hours | Billable Amount |
|---|---|---|---|---|
| On-Site Puerto Rico | | Nov - 14, 15,16, 17 | 24.0 | $3,960.00 |
| Communications & Coordination - telcons and emails to/from Monitors, PRPB, FMPR Logistics and planning for on-site visits, collaboration meetings, coordinate and reconcile schedules and travel planning, UoF review with John, review of Special Master Status, invoicing and expensing | 8.75 | Nov - 2,3,4,8,9,10,12,13,18, 20,21,27, 28,30 | | $1,443.75 |
| CMR-7 Report Writing, planning, meetings and review with Deputy Monitor, alignment with prior CMR's, review Draft for consistency | 21.5 | Nov - 1,3,4, 5,6,7,8,9, 20,21,27 | | $3,547.50 |
| Per agreement with Angel Diaz during August Site Review; Finalize re-baselining of data requests for CMR's 5, 6, and 7.  Data requests prior to CMR-5 will be held in abeyance unless necessary | 3.25 | Nov - 1,11,12 | | $536.25 |
| Gartner - IT Needs/Requirements assessment - Teleconference meetings with Federal Monitor and DoJ to review the Draft Assessment, coordinate debriefs with Felix Molina, comm/email with Gartner PM - various topics, final assessment report, weekly meetings and prep.  Review of Draft Report.  Debrief Monitor and DoJ on status. Review of DoJ Comments, Coordinate reviews with DoJ, FM and Spec. Master, review final assessment and the timing of the submission to the Court, with DoJ and Special Master, reconcile Assessment report versions dtd 10/19/22 and 11/3/22, draft notice to PPRB on status of Assessment submission | 13.5 | Nov - 2,4,18,20,2 2,23,28,30 | | $2,227.50 |
| Teleconference Meetings (random and bi-weekly) with Monitors Office and Deputy Monitor. Review site visits, agenda, needed demonstrations and meetings/reviews with Parties. Review Joint Stipulation and status of the Gartner Assessment. | 2.5 | Nov - 7,21 | | $412.50 |
| | | | | |
| Net Hours @ $165/hr. | 49.50 | | 24.0 | $12,127.50 |

1


| Total Expenses (Air, Hotel, Incidentals, Meals, Parking, POV miles, Uber Home) | | | | $1,520.22 |
|---|---|---|---|---|
| **Allowable Fee** | | | | **$13,647.72** |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

INVOICE PRESENTED BY: _____: Scott Cragg, Monitoring Core Team



# Office of the TCA - Travel Reimbursement Form

Traveler Name: Scott Cragg
Travel Dates: Nov 14 - Nov 17 2022
Purpose of Travel: On-Site Monitoring

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 523.60 | 1 | $ 523.60 |
| Baggage Handling (airport Shuttle) Tips | $ 1.00 | 4 | $ 4.00 |
| Ground Transportation (Tolls) | | 1 | $ 7.94 |
| Ground Transportation (Parking) | $ 11.00 | 4 | $ 44.00 |
| Ground Transportation (Mileage) | $ 0.625 | 181.4 | $ 113.38 |
| Lodging | $ 141.60 | 3 | $ 424.80 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 2 | $ 230.00 |
| Other: | | 0 | $ - |
| Total | | | $ 1,520.22 |

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

**Subject:** JetBlue booking confirmation for SCOTT POMAIALOHA CRAGG - GDRNCI
**Date:** Sunday, October 16, 2022 at 10:48:22 PM Eastern Daylight Time
**From:** JetBlue Reservations
**To:** spcragg@verizon.net

Check out the details for your trip on Mon, Nov 14

# jetBlue

TRUEBLUE | #3363415311

## You're all set to jet.

And, your continued loyalty is what keeps us flying high. Thanks again for being a Mosaic member.

Please note: This is not your boarding pass.

Your JetBlue confirmation code is **GDRNCI**

## Change made easy.

Switch or cancel flights, add extras like Even More Space or pets, update your seat assignment, TrueBlue & KTN numbers, and other traveler details—all in one place. Stay safe from fraud—use only jetblue.com or the JetBlue app to switch or cancel your flights.

**Manage trip**

You can also manage your trips by downloading our free mobile app.

## Flights

| MCO ▸ SJU | Date | Mon, Nov 14 |
| Orlando, FL   San Juan, PR | Departs | 12:49pm |

| | | | |
|---|---|---|---|
| **Terminal:** A | | **Arrives** | 4:40pm |
| | | **Flight** | 1033 |

**jetBlue**

| | | | |
|---|---|---|---|
| **SJU** | **MCO** | **Date** | Thu, Nov 17 |
| San Juan, PR | Orlando, FL | **Departs** | 6:30pm |
| **Terminal:** A | | **Arrives** | 8:36pm |
| | | **Flight** | 2834 |

**jetBlue**

---

**If your booking was made at least 7 days in advance:** You may cancel it within 24 hours for a full refund to your original form of payment, without a cancellation fee.

**JetBlue Change/Cancel Policy:** There is no fee to change (or cancel) Blue, Blue Extra, Blue Plus or Mint fares. Blue Basic fares booked Jun 8 2021 - Aug 24 2021 and after Nov 1 2021 are subject to a change/cancel fee of $100 for travel wholly within the U.S., Caribbean, Mexico or Central America, or $200 for all other routes. There are no change/cancel fees for Blue Basic fares booked before Jun 8 2021 or between Aug 25 2021 - Oct 31 2021.

Fare difference may apply and funds may be issued as a JetBlue Travel Bank credit, valid for 12 months on any JetBlue-operated flight. As a Mosaic, same-day switches may be made without a fee or fare difference. Click here for details on our change and cancel policies.

## Traveler Details

**SCOTT**
**POMAIALOHA**
**CRAGG**

**Frequent Flier:** B6 3363415311
**Ticket number:** 2792105751804

**MCO - SJU:**

**Fare:** Blue

**Carry-on bags:** One (1) carry-on bag and one (1) personal item included in your fare.

**Checked bags:** Your Mosaic membership includes two (2) checked bags per person. If you need to check more than two bags, these can only be added at the ticket counter on your day of travel, and other baggage restrictions may apply.
**Seat:** 13A

**SJU - MCO:**
**Fare:** Blue
**Carry-on bags:** One (1) carry-on bag and one (1) personal item included in your fare.
**Checked bags:** Your Mosaic membership includes two (2) checked bags per person. If you need to check more than two bags, these can only be added at the ticket counter on your day of travel, and other baggage restrictions may apply.
**Seat:** 14F
**Notes:** Priority security



Get up to 7" more legroom, a fast lane to the TSA checkpoint (select cities), and early boarding—all the better to nab that overhead bin.

**Add Even More Space ▶**

## Payment Details

| | | |
|---|---|---|
| XXXXXXXXXX3831 | NONREF | $464.00 |
| | Taxes & fees | $59.60 |

Total: $523.60 USD

Purchase Date: Oct 16, 2022

Request full receipt



### Wait 'til you see the hotel & car savings.

Save up to 20% on hotels and up to 35% on car rentals with Paisly, just because you booked a JetBlue flight. You'll even earn TrueBlue points and enjoy 24/7 support from helpful humans.

**Unlock deals**

Flight Tracker | Bag Info | Airport Info

## Stay Connected

 Download the JetBlue Mobile App

   

Help

Business Travel

Privacy

About JetBlue

**CUSTOMER CONCERNS**
Have a question or concern? Contact us at jetblue.com/contact-us. Or mail us at JetBlue 27-01 Queens Plaza North, Long Island City, NY 11101.

**NOTICE OF INCORPORATED TERMS**
All travel on JetBlue is subject to JetBlue's Contract of Carriage, the full terms of which are incorporated herein by reference, including but not restricted to: (i) Limits on JetBlue's liability for

Marriott

San Juan - Miramar

San Juan, PR. 00907
T 787.721.7400

Mr Scott Cragg
13932 S Springs Dr
Clifton VA 20124
United States

Room: 0507
Room Type: EKNG
No. of Guests: 1
Rate: $ 120.00  Clerk: 8

Marriott Rewards #  797225828

CRS Number  86708571

Name:

Arrive:   11-14-22        Time:  05:19 PM        Depart:  11-17-22        Folio Number:  712549

| Date | Description | Charges | Credits |
|---|---|---|---|
| 11-14-22 | Package | 120.00 | |
| 11-14-22 | Government Tax | 10.80 | |
| 11-14-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 11-15-22 | Package | 120.00 | |
| 11-15-22 | Government Tax | 10.80 | |
| 11-15-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 11-15-22 | COMEDOR- Guest Charge (Breakfast) | ~~5.86~~ | |
| 11-16-22 | COMEDOR- Guest Charge (Breakfast) | ~~4.00~~ | |
| 11-16-22 | COMEDOR- Guest Charge (Dinner) | ~~33.89~~ | |
| 11-16-22 | Package | 120.00 | |
| 11-16-22 | Government Tax | 10.80 | |
| 11-16-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 11-17-22 | Visa Card | | 468.55 |
| | Card # XXXXXXXXXXXX6833 | | |

Balance   0.00 USD

424.80

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today. Start earning points and elite status, plus enjoy exclusive member offers. Enroll today at the front desk.

# Google Maps

**219 South Riverwalk Drive, Palm Coast, FL to Fast Park & Relax MCO**

Drive 90.7 miles, 1 hr 33 min



 via I-4 W
1 hr 33 min without traffic
⚠ This route has tolls.
⚠ This route has restricted usage or private roads.

1 hr 33 min
90.7 miles   x 2 (each way) = 182 miles

## Explore Fast Park & Relax MCO

 Restaurants     Hotels     Gas stations     Parking Lots     More

# E-ZPass Virginia: Transaction History

Account Number: 236166  From: 11/11/2022  To: 11/21/2022

| Date Posted | Transaction | Receipt | Transponder / Plate | Agency | Entry Plaza | Exit Plaza | Entry Date and Time | Exit Date and Time | Plaza Facility | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/14/2022 | IAG TOLL INCOMING TRANSACTIONS | | 3962254 | FTE | | J47 | | 11/14/2022 10:25 AM | | -2.13 | 86.70 |
| 11/15/2022 | IAG TOLL INCOMING TRANSACTIONS | | 3962254 | CFX | | 301 | | 11/14/2022 10:35 AM | | -0.92 | 85.78 |
| 11/15/2022 | IAG TOLL INCOMING TRANSACTIONS | | 3962254 | CFX | | 328 | | 11/14/2022 10:42 AM | | -0.92 | 84.86 |
| 11/19/2022 | INTRA AGENCY TOLL TRANSACTIONS | | 3829399 | VDOT | | 118 | | 11/19/2022 8:18 AM | DULLES GREENWAY | ~~5.25~~ | ~~79.61~~ |
| 11/20/2022 | INTRA AGENCY TOLL TRANSACTIONS | | 3829399 | VDOT | | 077 | | 11/20/2022 10:09 AM | DULLES TOLL ROAD | ~~3.25~~ | ~~76.36~~ |
| 11/20/2022 | INTRA AGENCY TOLL TRANSACTIONS | | 3829399 | VDOT | | 067 | | 11/20/2022 10:16 AM | DULLES TOLL ROAD | ~~1.50~~ | ~~74.86~~ |
| 11/21/2022 | IAG TOLL INCOMING TRANSACTIONS | | 3962254 | CFX | | 328 | | 11/20/2022 4:25 PM | | -0.92 | 73.94 |
| 11/21/2022 | IAG TOLL INCOMING TRANSACTIONS | | 3962254 | CFX | | 301 | | 11/20/2022 4:31 PM | | -0.92 | 73.02 |
| 11/21/2022 | IAG TOLL INCOMING TRANSACTIONS | | 3962254 | FTE | | J47 | | 11/20/2022 4:41 PM | | -2.13 | 70.89 |

*Total $7.94* (handwritten)

```
        Orlando Fast Park
        7870 N. Frontage Rd
          Orlando, 32812

MPS            11/20/22 16:06
Cashier 19
Receipt 021798

Short-Term Parking
Relax for Rewards
FPP/89623013
Orlando Fast Park
11/14/22 10:53
11/20/22 16:06
Period 6d5h14'
                        $77.00

Sub Total               $77.00
TAX                      $0.00
                    -----------
Total                   $77.00

Payment Received
TRX REF NUM: 22919
CARD ENTRY: Chip Read
AID: A0000000031010
CRYP: CE80F6920B451B94 40
PAN: xxxxxxxxxxxx6833
VISA CREDIT
Sale 77.00 USD
APPROVED 01375D


Includes 6.5% Sales Tax
and 10% Privilege Fee
```

*(handwritten: 44.00 circled)*