**CORREA ACEVEDO & ABESADA LAW OFFICES, PSC**
Centro Internacional de Mercadeo - II
90 Carr. 165  Suite 407
Guaynabo, PRI 00968
USA

December 1, 2022
Invoice # 20421

**United States v. Commonwealth of Puerto Rico**
**Police Reform, Case No. 12-2039 (GAG)**

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
|  | PT |  |  |  |
| 11/1/2022 | RAA | Email to parties with IT draft assessment report. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review email from J. Mcrath. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review email from G. Balli. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review emails from S. Rhinerson and A. Del Carmen. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review and respond to email from D. Rodriguez. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Emails and calls with J. Romero and D. Rodriguez. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Review emails from various monitors with draft reports. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Review and analyze Garner's draft assessment report. | 1.40<br>225.00/hr | 315.00 |
| 11/2/2022 | RAA | Review email from A. Del Carmen. | 0.10<br>225.00/hr | 22.50 |

787-273-8300

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/2/2022 | RAA | Review email from L. Saucedo. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review email from J. Gonzalez. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review email and agenda from S. Rhinerson. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review motion to restrict. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review motion for leave to file report in Spanish. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Telephone call from D. Rodriguez. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Review motion submitting PRPB report. Email report to monitors. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Review emails from D. Rodriguez. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Plan and prepare for IT assessment meeting. | 0.60<br>225.00/hr | 135.00 |
|  | RAA | Review and analyze report. | 0.90<br>225.00/hr | 202.50 |
|  | RAA | Appear and attend videocall meeting on IT Assessment. | 1.40<br>225.00/hr | 315.00 |
|  | RAA | Continue review of Gartner report. | 1.70<br>225.00/hr | 382.50 |
|  | SUBTOTAL: |  | [    8.40 | 1,890.00] |
|  | PARALEGAL |  |  |  |
| 11/3/2022 | SL | Assist in revisions of CMR-7. | 0.50<br>90.00/hr | 45.00 |
|  | SUBTOTAL: |  | [    0.50 | 45.00] |
|  | PT |  |  |  |
| 11/3/2022 | RAA | Email to parties with updated draft report. | 0.10<br>225.00/hr | 22.50 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/3/2022 | RAA | Emails with monitor regarding motion. | 0.10 225.00/hr | 22.50 |
|  | RAA | Review email from Gartner with updated draft report. | 0.10 225.00/hr | 22.50 |
|  | RAA | Review and respond to email from D. Rodriguez. | 0.20 225.00/hr | 45.00 |
|  | RAA | Review and analyze email from L. Saucedo. | 0.20 225.00/hr | 45.00 |
|  | RAA | Plan and prepare for executive meeting with monitor. Attend meeting. | 0.50 225.00/hr | 112.50 |
|  | RAA | Preparation of motion for extension. | 0.60 225.00/hr | 135.00 |
|  | RAA | Began review of updated report. | 0.80 225.00/hr | 180.00 |
|  | RAA | Finalize and electronically file motion. | 0.10 225.00/hr | 22.50 |
|  | RAA | Review email from S. Rhinerson. | 0.10 225.00/hr | 22.50 |
|  | RAA | Review order on motion to restrict. | 0.10 225.00/hr | 22.50 |
|  | RAA | Review order on motion for leave. | 0.10 225.00/hr | 22.50 |
|  | RAA | Review order granting motion for extension. | 0.10 225.00/hr | 22.50 |
|  | RAA | Review email from S. Rhinerson. | 0.10 225.00/hr | 22.50 |
|  | RAA | Emails with parties regarding motion. | 0.20 225.00/hr | 45.00 |
|  | RAA | Postmeeting conference call with J. Romero and D. Rodriguez. | 0.30 225.00/hr | 67.50 |
|  | RAA | Plan and prepare for meeting with special master. Attend meeting with parties and special master. | 0.90 225.00/hr | 202.50 |
|  | RAA | Began revisions of CMR-7 re: Civilian Complaints. | 1.50 225.00/hr | 337.50 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
|  | SUBTOTAL: |  | \| 6.10 | 1,372.50] |
|  | PARALEGAL |  |  |  |
| 11/4/2022 | SL | Assist in revisions of CMR-7. | 0.80<br>90.00/hr | 72.00 |
|  | SUBTOTAL: |  | \| 0.80 | 72.00] |
|  | PT |  |  |  |
| 11/4/2022 | RAA | Review email with notes from D. Rodriguez with recommendations for Nov. 17 meeting. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Calls and emails with J. Romero and D. Rodriguez. | 0.50<br>225.00/hr | 112.50 |
|  | RAA | Continue revisions of CMR-7 re: civilian and internal complaints. | 5.40<br>225.00/hr | 1,215.00 |
|  | SUBTOTAL: |  | \| 6.10 | 1,372.50] |
|  | PARALEGAL |  |  |  |
| 11/6/2022 | SL | Legal research requested by general counsel on several matters contained in CMR-7 draft. | 2.00<br>90.00/hr | 180.00 |
|  | SUBTOTAL: |  | \| 2.00 | 180.00] |
|  | PT |  |  |  |
| 11/6/2022 | RAA | Review and respond to emails from D. Rodriguez and J. Romero. | 0.40<br>225.00/hr | 90.00 |
|  | RAA | Review edited version of CMR-7 re: searches and seizures. | 0.90<br>225.00/hr | 202.50 |
|  | RAA | Preliminary revision of second CMR-7 draft on policies and procedures. | 1.00<br>225.00/hr | 225.00 |
|  | RAA | Review and study legal research results on several matters contained in CMR-7 draft. | 1.50<br>225.00/hr | 337.50 |
|  | RAA | Continue revisions of CMR-7 re: civilian and internal complaints. | 3.50<br>225.00/hr | 787.50 |
|  | SUBTOTAL: |  | \| 7.30 | 1,642.50] |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| | PARALEGAL | | | |
| 11/7/2022 | SL | Attend team meeting. | 1.50<br>90.00/hr | 135.00 |
| | SL | Assist in revisions of CMR-7. | 1.50<br>90.00/hr | 135.00 |
| | SUBTOTAL: | | [    3.00 | 270.00] |
| | PT | | | |
| 11/7/2022 | RAA | Review emails from D. Rodriguez. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review Fernando Soler complaint through monitor's website. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review emails from G. Penagaricano and A. Del Carmen. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review changes to CMR-7 on policies and procedures. | 0.40<br>225.00/hr | 90.00 |
| | RAA | Review and analyze PRPB's implementation plan. | 0.90<br>225.00/hr | 202.50 |
| | RAA | Review and analyze CMR-7 IT portion and edits. | 0.90<br>225.00/hr | 202.50 |
| | RAA | Plan and prepare for team meeting.  Attend team meeting. | 1.90<br>225.00/hr | 427.50 |
| | RAA | Incorporate revisions in track changes to CMR-7 civilian complaints and perform further revisions. Telephone call and email with D. Rodriguez regarding the same. | 2.50<br>225.00/hr | 562.50 |
| 11/8/2022 | RAA | Review email from L. Saucedo. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email from L. Saucedo. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email from A. Del Carmen. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email from S. Cragg. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review and respond to email from D. Rodriguez. | 0.20<br>225.00/hr | 45.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/8/2022 | RAA | Telephone call from J. Romero. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Review emails from J. Gonzalez with articles. Review articles. | 0.40<br>225.00/hr | 90.00 |
|  | RAA | Further review to report by PRPB. | 0.50<br>225.00/hr | 112.50 |
|  | RAA | Review and analyze notes of IT Assessment. | 0.80<br>225.00/hr | 180.00 |
|  | RAA | Continue revisions of CMR-7 draft for IT and searches and seizures. | 1.40<br>225.00/hr | 315.00 |
|  | RAA | Revisions to appendix for CMR-7. Email to D. Rodriguez regarding the same. | 1.50<br>225.00/hr | 337.50 |
|  |  | SUBTOTAL: | [   12.70 | 2,857.50] |
|  | PARALEGAL |  |  |  |
| 11/9/2022 | SL | Assist in revisions of CMR-7. | 0.50<br>90.00/hr | 45.00 |
|  |  | SUBTOTAL: | [   0.50 | 45.00] |
|  | PT |  |  |  |
| 11/9/2022 | RAA | Review email from S. Cragg. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review email from D. Rodriguez. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review email from L. Saucedo. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review email from L. Saucedo. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review email from L. Saucedo. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review email from J. McCrath. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review emails from counsel for PRPB. | 0.20<br>225.00/hr | 45.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/9/2022 | RAA | Various calls from J. Romero. | 0.40<br>225.00/hr | 90.00 |
|  | RAA | Revisions to introduction of CMR-7. Email to D. Rodriguez and J. Romero regarding the same. | 0.40<br>225.00/hr | 90.00 |
|  | RAA | Review and analyze weekly status report. | 0.40<br>225.00/hr | 90.00 |
|  | RAA | Review and analyze invoices to be submitted. | 0.40<br>225.00/hr | 90.00 |
|  | RAA | Review email from D. Rodriguez to D. Gosselin. Review final edits to CMR-7 draft on civilian complaints and internal investigations. | 0.70<br>225.00/hr | 157.50 |
|  | SUBTOTAL: |  | [   3.10 | 697.50] |

PARALEGAL

| 11/10/2022 | SL | Assist in revisions of updated draft of civilian complaints. | 0.50<br>90.00/hr | 45.00 |
|---|---|---|---|---|

AS

|  | YMT | Prepare and file motion for disbursement of funds. | 0.70<br>150.00/hr | 105.00 |
|---|---|---|---|---|
|  | SUBTOTAL: |  | [   1.20 | 150.00] |

PT

| 11/10/2022 | RAA | Review email from H. Castro. | 0.10<br>225.00/hr | 22.50 |
|---|---|---|---|---|
|  | RAA | Telephone call from J. Romero. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Email and calls with J. Gonzalez. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Review emails from D. Gosselin, D. Rodriguez, and J. Romero. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Review summary and overview of CMR-7 for monitor's meeting. | 0.40<br>225.00/hr | 90.00 |
|  | RAA | Attend executive meeting with monitors. | 0.50<br>225.00/hr | 112.50 |
|  | RAA | Began review of updated draft sent by D. Gosselin | 1.90<br>225.00/hr | 427.50 |

|            |     |                                                                                      | Hrs/Rate          | Amount   |
|------------|-----|--------------------------------------------------------------------------------------|-------------------|----------|
| 11/11/2022 | RAA | Telephone call from R. Barreto.                                                      | 0.30 225.00/hr    | 67.50    |
|            | RAA | Review and respond to emails from D. Rodriguez and D. Gosselin.                      | 0.40 225.00/hr    | 90.00    |
|            | RAA | Continue review of further draft of CMR-7.                                           | 1.70 225.00/hr    | 382.50   |
|            |     | SUBTOTAL:                                                                            | [    6.20         | 1,395.00]|
|            |     | PARALEGAL                                                                            |                   |          |
| 11/13/2022 | SL  | Assist in answer to inquiries from monitor on CMR-7.                                 | 0.50 90.00/hr     | 45.00    |
|            |     | SUBTOTAL:                                                                            | [    0.50         | 45.00]   |
|            |     | PT                                                                                   |                   |          |
| 11/13/2022 | RAA | Review and respond to emails from J. Romero, D. Rodriguez, and S. Rhinerson.         | 0.50 225.00/hr    | 112.50   |
|            | RAA | Revise draft CMR-7 and answer inquiries from S. Rhinerson.                           | 4.50 225.00/hr    | 1,012.50 |
| 11/14/2022 | RAA | Telephone call from J. Romero.                                                       | 0.10 225.00/hr    | 22.50    |
|            | RAA | Email to judge with draft CMR-7.                                                     | 0.10 225.00/hr    | 22.50    |
|            | RAA | Review email from D. Rodriguez.                                                      | 0.10 225.00/hr    | 22.50    |
|            | RAA | Review email from L. Saucedo.                                                        | 0.10 225.00/hr    | 22.50    |
|            | RAA | Review email from A. Del Carmen.                                                     | 0.10 225.00/hr    | 22.50    |
|            | RAA | Calls and electronic messages with D. Rodriguez and J. Romero.                       | 0.30 225.00/hr    | 67.50    |
|            | RAA | Prepare memo on CMR-7.                                                               | 0.40 225.00/hr    | 90.00    |
|            | RAA | Revise changes made by her in CMR-7.                                                 | 0.50 225.00/hr    | 112.50   |

|            |     |                                                                                                                                                     | Hrs/Rate         | Amount     |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------|------------------|------------|
| 11/14/2022 | RAA | Plan and prepare for meetings at DSP.                                                                                                               | 0.50 225.00/hr   | 112.50     |
|            | RAA | Appear and attend meetings at DSP                                                                                                                   | 7.50 225.00/hr   | 1,687.50   |
|            |     | SUBTOTAL:                                                                                                                                           | [ 14.70          | 3,307.50]  |
|            | **PARALEGAL** |                                                                                                                                           |                  |            |
| 11/15/2022 | SL  | Appear and attend morning meetings..                                                                                                                | 2.00 90.00/hr    | 180.00     |
|            | SL  | Appear and attend afternoon meetings.                                                                                                               | 2.50 90.00/hr    | 225.00     |
|            |     | SUBTOTAL:                                                                                                                                           | [ 4.50           | 405.00]    |
|            | **PT** |                                                                                                                                                |                  |            |
| 11/15/2022 | RAA | Telephone call from J. Romero.                                                                                                                      | 0.30 225.00/hr   | 67.50      |
|            | RAA | Review and respond to various emails and calls. Conferences with paralegal regarding meetings today. Review notes of yesterday's interviews.        | 1.70 225.00/hr   | 382.50     |
| 11/16/2022 | RAA | Prepare report on promotions site interview process and email the same to monitors. Exchange of emails with D. Rodriguez and A. Youngs.             | 1.60 225.00/hr   | 360.00     |
| 11/17/2022 | RAA | Electronic communication to J. Romero.                                                                                                              | 0.10 225.00/hr   | 22.50      |
|            | RAA | Review email from L. Saucedo.                                                                                                                       | 0.10 225.00/hr   | 22.50      |
|            | RAA | Review email from D. Rodriguez.                                                                                                                     | 0.10 225.00/hr   | 22.50      |
|            | RAA | Review email from S. Rhinerson.                                                                                                                     | 0.10 225.00/hr   | 22.50      |
|            | RAA | Review and respond to electronic communication from J. Gonzalez.                                                                                    | 0.20 225.00/hr   | 45.00      |
|            | RAA | Exchange of emails with D. Rodriguez.                                                                                                               | 0.20 225.00/hr   | 45.00      |
|            | RAA | Telephone call with D. Rodriguez.                                                                                                                   | 0.20 225.00/hr   | 45.00      |

|            |     |                                                                                                                              | Hrs/Rate         | Amount |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------|------------------|--------|
| 11/17/2022 | RAA | Videoconference with parties.                                                                                                | 0.40 225.00/hr   | 90.00  |
|            | RAA | Examination of last draft of CMR-7 in preparation for on-call inquiries during meeting with court, special master, and parties. | 1.60 225.00/hr   | 360.00 |
| 11/18/2022 | RAA | Review email from S. Rhinerson.                                                                                              | 0.10 225.00/hr   | 22.50  |
|            | RAA | Review emails from D. Rodriguez and A. Young.                                                                                | 0.20 225.00/hr   | 45.00  |
|            | RAA | Review emails from S. Cragg and L. Saucedo.                                                                                  | 0.20 225.00/hr   | 45.00  |
|            | RAA | Review and analyze Garnter's weekly report.                                                                                  | 0.40 225.00/hr   | 90.00  |
|            | RAA | Review and analyze comments made by USDOJ to Gartner's report.                                                               | 0.40 225.00/hr   | 90.00  |
| 11/21/2022 | RAA | Review email from A. Del Carmen.                                                                                             | 0.10 225.00/hr   | 22.50  |
| 11/22/2022 | RAA | Email to monitors regarding order.                                                                                           | 0.10 225.00/hr   | 22.50  |
|            | RAA | Review order granting motion for disbursement of funds.                                                                      | 0.10 225.00/hr   | 22.50  |
|            | RAA | Telephone call from J. Gonzalez.                                                                                             | 0.30 225.00/hr   | 67.50  |
|            | RAA | Plan and prepare for meeting with team, special master, USDOJ regarding Gartner.                                             | 0.50 225.00/hr   | 112.50 |
|            | RAA | Continue to review and analyze PRPB's latest report.                                                                         | 0.90 225.00/hr   | 202.50 |
|            | RAA | Appear and attend videoconference meeting.                                                                                   | 1.50 225.00/hr   | 337.50 |
|            | RAA | Reexamination of Gartner's latest draft report.                                                                              | 1.60 225.00/hr   | 360.00 |
| 11/23/2022 | RAA | Review email from J. McGrath.                                                                                                | 0.10 225.00/hr   | 22.50  |
|            | RAA | Review email from J. Romero.                                                                                                 | 0.10 225.00/hr   | 22.50  |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/23/2022 | RAA | Review email from S. Cragg. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review and respond to email from D. Rodriguez. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review emails from D. Rodriguez. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review and respond to emails from S. Cragg. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Revise memorandum and email the same to the parties and special master. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Prepare memorandum to PRPB. | 0.90<br>225.00/hr | 202.50 |
| | RAA | Review and analyze docket and history of communication to prepare memo to PRPB. | 0.90<br>225.00/hr | 202.50 |
| 11/25/2022 | RAA | Review email from S. Rhinerson. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review and respond to emails from S. Cragg. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review and respond to emails from S. Cragg. | 0.40<br>225.00/hr | 90.00 |
| | RAA | Review and analyze history of communications and reports from Gartner and contract. | 1.30<br>225.00/hr | 292.50 |
| 11/28/2022 | RAA | Review and respond to electronic communication from L. Hidalgo. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Email to counsel for PRPB. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email from J.C. Rivera with link and documents. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email from L. Saucedo. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email from D. Rodriguez. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email from L. Saucedo. | 0.10<br>225.00/hr | 22.50 |

|            |     |                                                                                          | Hrs/Rate          | Amount |
|------------|-----|------------------------------------------------------------------------------------------|-------------------|--------|
| 11/28/2022 | RAA | Review email from S. Rhinerson.                                                          | 0.10 225.00/hr    | 22.50  |
|            | RAA | Review email from D. Rodriguez.                                                          | 0.10 225.00/hr    | 22.50  |
|            | RAA | Review email from J. Romero.                                                             | 0.10 225.00/hr    | 22.50  |
|            | RAA | Review and respond to electronic communications from D. Rodriguez and J. Romero.         | 0.20 225.00/hr    | 45.00  |
|            | RAA | Review and respond to several emails from D. Rodriguez.                                  | 0.20 225.00/hr    | 45.00  |
|            | RAA | Review and respond to emails from D. Rodriguez.                                          | 0.20 225.00/hr    | 45.00  |
|            | RAA | Review and respond to emails from G. Peñagarícano.                                       | 0.20 225.00/hr    | 45.00  |
|            | RAA | Review and respond to email from D. Rodriguez.                                           | 0.20 225.00/hr    | 45.00  |
|            | RAA | Review further emails from D. Rodriguez and J. Romero.                                   | 0.20 225.00/hr    | 45.00  |
|            | RAA | Telephone call from J. Romero.                                                           | 0.30 225.00/hr    | 67.50  |
|            | RAA | Further call with G. Peñagarícano.                                                       | 0.30 225.00/hr    | 67.50  |
|            | RAA | Began revisions to PRPB's response to special master's recommendations for reform office.| 0.40 225.00/hr    | 90.00  |
|            | RAA | Preliminary review of documents.                                                         | 0.40 225.00/hr    | 90.00  |
|            | RAA | Telephone call from G. Peñagarícano. Email to monitors regarding call received.          | 0.50 225.00/hr    | 112.50 |
|            | RAA | Plan and prepare for biweekly meeting. Attend videoconference meeting.                   | 1.80 225.00/hr    | 405.00 |
| 11/29/2022 | RAA | Review emails from S. Rhinerson, J. Romero and D. Rodriguez.                             | 0.30 225.00/hr    | 67.50  |
| 11/30/2022 | RAA | Review and respond to email from G. Peñagarícano.                                        | 0.20 225.00/hr    | 45.00  |

|            |     |                                                                                   | Hrs/Rate         | Amount     |
|------------|-----|-----------------------------------------------------------------------------------|------------------|------------|
| 11/30/2022 | RAA | Telephone call from J. Romero.                                                    | 0.30 225.00/hr   | 67.50      |
|            | RAA | Electronic communications from J. Romero, D. Rodriguez, L. Saucedo, and S. Cragg. | 0.50 225.00/hr   | 112.50     |
|            | RAA | Prepare motion for extension of time.                                             | 0.50 225.00/hr   | 112.50     |
|            | RAA | Plan and prepare for 253 meeting.                                                 | 0.90 225.00/hr   | 202.50     |
|            | RAA | Appear and attend 253 meeting.                                                    | 2.20 225.00/hr   | 495.00     |
|            |     | SUBTOTAL:                                                                         | [ 28.90          | 6,502.50]  |
|            |     | **For professional services rendered**                                            | **106.50**       | **$22,249.50** |

### Timekeeper Summary

| Name                   | Hours | Rate   | Amount      |
|------------------------|-------|--------|-------------|
| Roberto Abesada Agüet  | 93.50 | 225.00 | $21,037.50  |
| Stephanie Leon         | 12.30 | 90.00  | $1,107.00   |
| Yesenia Medina Torres  | 0.70  | 150.00 | $105.00     |

WE HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN OUR CAPACITY AS THE FIRM SERVING AS GENERAL COUNSEL OF THE FEDERAL MONITOR'S OFFICE. WE FURTHER CERTIFY THAT WE HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH OF PUERTO RICO, OR ANY OF ITS DEPARTMENTS, MUNICIPALITIES OR AGENCIES.