# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@outlook.com | 550 Amsonia Circle
Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2022-11
**DATE:** November 30, 2022

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 11/01/2022 | 2.0 hour of CMR-7 review and policy review facilitation | 2.0 | $100.00 | $200.00 |
| 11/02/2022 | 2.0 hours of team meeting and CMR-7 review | 2.0 | $100.00 | $200.00 |
| 11/03/2022 | 3.0 hours of CMR-7 review and SA/DV research | 3.0 | $100.00 | $300.00 |
| 11/04/2022 | 2.0 hours of policy review facilitation and CMR-7 | 2.0 | $100.00 | $200.00 |
| 11/06/2022 | 1.5 hours of CMR-7 | 1.5 | $100.00 | $150.00 |

**AMOUNT DUE**      **SEE FOURTH PAGE**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@outlook.com | 550 Amsonia Circle Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2022-11

**DATE:** November 30, 2022

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 11/07/2022 | 4.0 hours of team meeting and CMR-7 review | 4.0 | $100.00 | $400.00 |
| 11/08/2022 | 1.0 hour of policy review facilitationand CMR-7 review | 1.0 | $100.00 | $100.00 |
| 11/09/2022 | 2.0 hours of policy review facilitation and CMR-7 review | 2.0 | $100.00 | $200.00 |
| 11/10/2022 | 2.5 hours of CMR-7 report review and meeting with Denise | 2.5 | $100.00 | $250.00 |
| 11/11/2022 | 1.5 hours of CMR-7 review and policy review facilitation | 1.5 | $100.00 | $150.00 |

**AMOUNT DUE**  **SEE FOURTH PAGE**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@outlook.com | 550 Amsonia Circle
Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:**  2022-11
**DATE:**  November 30, 2022

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-------------|-------|------|--------|
| 11/12/2022 | 6.5 hours of CMR-7 review | 6.5 | $100.00 | $650.00 |
| 11/13/2022 | 1.0 hour of CMR-7 review and policies | 1.0 | $100.00 | $100.00 |
| 11/14/2022 | 2.0 hours of policy review facilitation and CMR-7 review | 2.0 | $100.00 | $200.00 |
| 11/16/2022 | 1.0 hour of travel planning | 1.0 | $100.00 | $100.00 |
| 11/17/2022 | 1.0 hour of policy review facilitation | 1.0 | $100.00 | $100.00 |

**AMOUNT DUE**          **SEE FOURTH PAGE**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@outlook.com | 550 Amsonia Circle
Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:**  2022-11
**DATE:**  November 30, 2022

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 11/18/2022 | 1.0 hour of policy review and travel planning | 1.0 | $100.00 | $100.00 |
| 11/20/2022 | 1.0 hour of policy review facilitation | 1.0 | $100.00 | $100.00 |
| 11/26/2022 | 1.0 hour of policy review facilitation and travel planning | 1.0 | $100.00 | $100.00 |
| 11/28/2022 | 1.0 hour of travel planning and policy review | 1.0 | $100.00 | $100.00 |
| 11/30/2022 | 0.5 hour of policy review facilitation | 0.5 | $100.00 | $50.00 |

**AMOUNT DUE**        **$3,750.00**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.