**Office of the FPMPR LLC**

**VIG Tower, PH – 924**

**1225 Ave. Juan Ponce de León**

**San Juan, PR 00907**

**Name:** Claudia Cámara-León **Supervisor:** Javier Gonzales, Esq.

# Work Timesheet (November 2022)

| Date | Task | Total Hours |
|------|------|-------------|
| **November 1, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 4.0 |
| **November 3, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 4.0 |
| **November 4, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| **November 8, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 4.0 |
| **November 10, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 4.0 |
| **November 11, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| **November 15, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 4.0 |
| **November 17, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 4.0 |

| Date | Task | Total Hours |
|------|------|-------------|
| **November 18, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 4.0 |
| **November 22, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 4.0 |
| **November 29, 2022** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 4.0 |

## Total, 50 hours for $20 = $1,000

I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Signature,
Claudia S. Cámara León

_____