# Manuel A. Arroyo Rivera

P.o Box 8925 Santurce Puerto Rico 00910    Cel 787-364-8925

Email marroyorivera20@gmail.com

Invoice  Month November  2022                                                                                    Invoice #025

Federal Police Monitor   San Juan, PR

| Date | description | Hour | Rate | Amount |
|---|---|---|---|---|
| November 18 2022 | pick up the monitor and staff from the office at the airport and take them to the hotel | 2 | $20 | $40.00 |
| November 19 2022 | pick up the monitor and staff from the office at the airport and take them to the hotel | 6 | $20 | $120.00 |
| November 20 2022 | pick up the monitor and take it to different meetings of the day | 8 | $20 | $160.00 |
| november 21  2022 | pick up the monitor and take it to different meetings of the day | 8 | $20 | $160.00 |
| November 22 2022 | pick up the monitor and take it to different meetings of the day | 8 | $20 | $160.00 |
| November  23  2022 | Pick up office staff and take to the airport | 2 | $20 | $40.00 |
|  |  |  |  |  |
| November 18 2022 | use of the vehicle |  |  | $50.00 |
| November 19 2022 | use of the vehicle |  |  | $50.00 |
|  |  |  |  | Total $780.00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |