| Name: | Hipolito Castro Jr | | | |
|---|---|---|---|---|
| Invoice Date: | 11/30/22 | | | |
| Invoice Period: | 11/01/2022 to 11/30/2022 | | | |

| Date | Task(s) | Rate | Total Hours | Total Amount |
|---|---|---|---|---|
| 11/1/22 | FPM Team meetings Zoom | $150.00 | 1.5 | $ 225.00 |
| 11/4/22 | Zoom/Call meetings with Monitor's deputy | $ 150.00 | 0.5 | $ 75.00 |
| 11/7/22 | FPM Team meetings Zoom | $ 150.00 | 1 | $ 150.00 |
| 11/8/22 | Zoom/Call meetings with Monitor's deputy | $ 150.00 | 0.5 | $ 75.00 |
| 11/3/22 | Review of PRPB responses and OG 639 | $ 150.00 | 1.5 | $ 225.00 |
| 11/15/22 | Meeting with reform/operational demonstration-SAEC | $ 150.00 | 4 | $ 600.00 |
| 11/15/22 | Supervision and management interviews, Monitor's Office | $ 150.00 | 4 | $ 600.00 |
| 11/16/22 | Meetings, HR Director, LT Coronel Caceres and Paragraph 13 Implementation. PRPB HQ | $ 150.00 | 8 | $ 1,200.00 |
| 11/17/22 | Supervision and management interviews, Monitor's Office | $ 150.00 | 8 | $ 1,200.00 |
| 11/18/22 | Supervision and management interviews, Monitor's Office | $ 150.00 | 8 | $ 1,200.00 |
| 11/20/22 | Review of OG 310, 300-305 | $ 150.00 | 1 | $ 150.00 |
| 11/21/22 | Interview/summary writings | $ 150.00 | 1.5 | $ 225.00 |
| 11/22/22 | Review of PRPB responses and OGs | $ 150.00 | 1.5 | $ 225.00 |
| 11/23/22 | Interview/summary writings | $ 150.00 | 1.5 | $ 225.00 |
| 11/25/22 | Review of PRPB responses and OGs and meeting notes | $ 150.00 | 1.5 | $ 225.00 |
| 11/25/22 | Interview/summary writings | $ 150.00 | 1.5 | $ 225.00 |
| 11/01 to 11/30 | Calls, emails and Zoom with team members | $ 150.00 | 4.5 | $ 675.00 |
| | | $ 150.00 | | $ - |
| | | $ 150.00 | | $ - |
| | | $ 150.00 | | $ - |
| | | $ 150.00 | | $ - |
| | | $ 150.00 | | $ - |
| | | $ 150.00 | | $ - |
| | | $ 150.00 | | $ - |
| | | $ 150.00 | | $ - |
| 11/14 to 11/19 | Site travel expenses (see attached travel template) | | | $2,155.69 |
| | | $ 150.00 | | $ - |
| | | $ 150.00 | | $ - |
| | | $ 150.00 | | $ - |
| TOTAL | | | 50 | $ 9,655.69 |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

**Signature:** _[signed]_   **Date:** 11/30/2022

# Office of the TCA - Travel Reimbursement Form

Traveler Name:
Every One **Hipolito Castro Jr**
Travel days **November 14, 2022 to November 19, 2022**
Purpose of Travel: On-Site **Site visit**

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 549.60 | 1 | $ 549.60 |
| Baggage | | | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | | | $ - |
| Ground Transportation (Parking) | $ 29.00 | 6 | $ 174.00 |
| Ground Transportation (Mileage) | $0.62.5 | 114 | $ 71.25 |
| Lodging | $ 141.60 | 5 | $ 708.00 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 4 | $ 460.00 |
| tolls | $ 10.17 | 2 | $ 20.34 |
| **Total** | | | **$ 2,155.69** |



Hipolito Castro <hipolitocastrojr@gmail.com>

## Your Flight Receipt - HIPOLITO CASTRO 13NOV22

**Delta Air Lines** <DeltaAirLines@t.delta.com>   Wed, Nov 2, 2022 at 10:32 AM
Reply-To: Transactional Email Reply Inbox <reply-261302-14_HTML-36682778-10982494-197948@t.delta.com>
To: hipolitocastrojr@gmail.com

View as a Web Page



#9288156608
SkyMiles® Member

**CONFIRMATION #: GY3ESK**



You're all set. If your plans change, be sure to make changes or cancel via **MyTrips** on **delta.com** before your flight departs.

Take the guess work out of international travel with

## Delta FlyReady[SM]

You can view your personalized travel requirements, complete uploads at your own pace and save your travel documents for future trips when you use Delta FlyReady. Then look forward to an easier, faster experience at the airport.

Have a great trip, and thank you for choosing Delta.

## Passenger Info

Name: HIPOLITO CASTRO
SkyMiles #9288156608

| FLIGHT | SEAT |
|---|---|
| DELTA 639 | 18C |
| DELTA 639 | 25C |

Visit delta.com or download the Fly Delta app to view, select or change your seat. If you purchased a Delta Comfort+[TM] seat or a Trip Extra, please visit My Trips to access a receipt of your purchase.

| Sun, 13NOV | DEPART | ARRIVE |
|---|---|---|
| DELTA 639<br>Main Cabin (U) | NYC-KENNEDY<br>8:05am | SAN JUAN, PUERTO RICO<br>12:58pm |

| Sat, 19NOV | DEPART | ARRIVE |
|---|---|---|
| DELTA 639<br>Main Cabin (U) | SAN JUAN, PUERTO RICO<br>2:08pm | NYC-KENNEDY<br>5:09pm |

**MANAGE MY TRIP**

### CHECK DELTA DISCOVER MAP FOR YOUR DESTINATION'S ENTRY REQUIREMENTS

Many destinations have issued travel requirements that may affect your trip. We strongly encourage you to review the Delta Discover Map for the latest on your destination's test, vaccine and quarantine requirements. You may check your eligibility to change or cancel your flight here.

### REAL ID REMINDER

Effective May 3, 2023, every air traveler 18 years of age and older will need a REAL ID-compliant driver's license or another acceptable form of ID. Please visit the TSA REAL ID website for more information.

## Flight Receipt

Ticket #: 0062346341657
Place of Issue:
Issue Date: 02NOV22
Expiration Date: 31DEC23

| METHOD OF PAYMENT | |
|---|---:|
| AX***********1006 | $549.60 USD |

| CHARGES | |
|---|---:|
| Air Transportation Charges | |
| Base Fare | $490.00 USD |
| Taxes, Fees and Charges | |
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $11.20 USD |
| United States - Transportation Tax (US) | $39.40 USD |
| United States - Passenger Facility Charge (XF) | $9.00 USD |
| TICKET AMOUNT | $549.60 USD |

```
      JFK AIRPORT
   LONG TERM PARKING

EXIT                       908
RECEIPT:                 96108
PERSONELL:                   0
TRANSACTION:                 0
EZPass
NO:             KAP0XXXXXX2473
CC VALID        12/30
SNR:            03 009 0982473
EXPIRES:        11.13.27 23:59
IN:             11.13.22 05:52
ENTRY:          11.19.22 18:13
P.AT:           HOURLY TICKET
FEE:                203.00 USD
PAID:               203.00 USD
----------------------
NET:                203.00 USD
GST  0%               0.00 USD
CAR:                   SA12704
6T 12:21
    TAXES INCLUDED
    THANK YOU FOR
      PARKING AT
      JFK AIRPORT
   HAVE A SAFE TRIP
```



29.00
x 6
Total 174.00

 Gmail    Hipolito Castro <hipolitocastrojr@gmail.com>

**(no subject)**
1 message

**Hipolito Castro** <hipolitocastrojr@gmail.com>    Sat, Nov 26, 2022 at 11:59 AM
To: hipolitocastrojr@gmail.com



**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Hipolito Castro
64 Mustang Dr
Monroe CT 06468
United States

Room: 0814
Room Type: EKNG
No. of Guests: 1
Rate: $ 120.00  Clerk: 8

Marriott Rewards #   214246771

CRS Number  89996517

Name:

Arrive:  11-13-22          Time:  01:35 PM          Depart:  11-18-22          Folio Number: 712743

| Date | Description | Charges | Credits |
|---|---|---|---|
| 11-13-22 | Package | 120.00 | |
| 11-13-22 | Government Tax | 10.80 | |
| 11-13-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 11-14-22 | Package | 120.00 | |
| 11-14-22 | Government Tax | 10.80 | |
| 11-14-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 11-14-22 | COMEDOR- Guest Charge (Breakfast) | 8.02 | |
| 11-15-22 | Package | 120.00 | |
| 11-15-22 | Government Tax | 10.80 | |
| 11-15-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 11-15-22 | COMEDOR- Guest Charge (Breakfast) | 7.02 | |
| 11-16-22 | COMEDOR- Guest Charge (Breakfast) | 4.02 | |
| 11-16-22 | Package | 120.00 | |
| 11-16-22 | Government Tax | 10.80 | |
| 11-16-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 11-17-22 | Package | 120.00 | |
| 11-17-22 | Government Tax | 10.80 | |
| 11-17-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 11-18-22 | COMEDOR- Guest Charge (Breakfast) | 4.02 | |
| 11-18-22 | American Express | | 731.08 |
| | Card # XXXXXXXXXXX1006 | | |

*(handwritten)* − 23.08

*(handwritten)* Total - 708.00

**COURTYARD**
**Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Hipolito Castro
64 Mustang Dr
Monroe CT 06468
United States

Room: 0814
Room Type: EKNG
No. of Guests: 1
Rate: $ 120.00   Clerk: 8

Marriott Rewards #   214246771

CRS Number   89996517

Name:

Arrive:  11-13-22          Time:  01:35 PM          Depart:  11-18-22          Folio Number:  712743

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
|      |             | Balance | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

## E-ZPass® Payment Receipt for 11/19/2022

Account Number : 2000175180885
Transaction Date : 11/19/2022
Transaction Id : 115980679510
Transaction Amount : ($10.17)
Payment Type : ETC

## E-ZPass® Payment Receipt for 11/13/2022

Account Number : 2000175180885
Transaction Date : 11/13/2022
Transaction Id : 115964801920
Transaction Amount : ($10.17)
Payment Type : ETC