

**Ipsos, Inc.**

463 Fernando Calder St.
San Juan, Puerto Rico
00918
Puerto Rico

| **I N V O I C E   NO - 22000135** |
|---|

| | |
|---|---|
| Payment Terms : | 30 days net |
| Due Date : | 09/12/2022 |
| **Invoice Date :** | **09/11/2022** |
| | ( 1/1 ) |

TECHNICAL COMPLIANCE ADVISOR
OFFICE OF THE TCA
VIG TOWER, PH - 924
1225 AVE. JUAN PONCE DE LEON
SAN JUAN
00907
Puerto Rico

| | |
|---|---|
| Company | : Ipsos, Inc. (Puerto Rico) [12030] |
| Federal ID | : 660454909 |
| End Client | : 14336175 |
| Sales Order | : 21000072 S2 |
| Accounting Contact | : Claribeth.zayas@ipsos.com |

| | |
|---|---|
| Purchase Order Number | : |
| Client Contact | : JAVIER GONZALEZ |
| Client Tel | : 787 417-9098 |
| Client Email | : javier.benito@me.com |

| JOB NUMBER | SALES REF. | DESCRIPTION | TOTAL | |
|---|---|---|---|---|
| 2107535801<br>12152 | A. trabanco muñoz, Roxana<br>Tel  +17877538370<br>roxana.trabanco@ipsos.com | Final Billing<br>TCA Detainees Survey | 11,650.00 | USD |

| | |
|---|---|
| Total Budget Research | 23,300.00 |
| Already Billed | 11,650.00 |
| Percentage Billed on this Invoice | 50.00% |

| | | |
|---|---:|---|
| **Invoice Subtotal** | 11,650.00 | **USD** |
| **IVU Special Tax  4.000 %** | 466.00 | **USD** |
| **Total  Amount Due** | 12,116.00 | **USD** |

Please reference the invoice number with your payment.
Overdue accounts charged at 1.5% interest per month.
" The Above is a Corporate Address Only.  Please See Below for the Remit Payment Address"

| **Remit Payment to** | **Wire Payment to** | |
|---|---|---|
| ***IPSOS, INC. (PUERTO RICO)*** | ABA No | : 221571415 |
| 463 Fernando Calder St. | Swift Code | : OBPRPRSJXXX |
| San Juan, Puerto Rico | Account   Number | : 1960715573 |
| 00918 | Bank  Name | : Oriental Bank |
| Puerto Rico | Bank Address | : Hato Rey |
| | | Torre  Oriental |
| | | 254 Ave. Muñoz Rivera |
| | | San Juan |
| | | Puerto Rico |

Certified Correct,

Tel+ 1.787.753.8370
Fax+ 1.787.754.1614

_____
Claribet Zayas
Director of Finance
and Administration