**Francheska I. Rivera Cruz**
HC- 01 BOX 5219 BARRANQUITAS, PR. 00794
frivecruz@gmail.com
(787)634-1475

## FACTURA

Fecha: Noviembre, 2022

**Javier González**
Director Administrativo, TCA
San Juan, Puerto Rico

## FACTURA #01

Por servicios profesionales prestados durante el mes de NOVIEMBRE de 2022.

Certifico que se prestaron 7 horas de servicio durante la actividad solicitada. Las cuales 7 fuera a una tarifa de $210.00 dólares la hora, para un total de **$1,470.00**

Certifico Correcto: _____
Francheska I. Rivera Cruz
Intérprete de Lenguaje de Señas

Francheska I. Rivera Cruz
frivecruz@gmail.com
(787)634-1475

**INFORME DETALLADO DE LABOR REALIZADA**

Fecha: 16 NOVIEMBRE 2022

**Javier González**
Director Administrativo

**Informe Detallado de Labor Realizada**

Por servicios profesionales prestados durante el mes de Noviembre 2022.

| *Fecha* | *Descripción Detallada de la Labor Realizada* | *Horas* |
|---|---|---|
| 16 noviembre | ACTIVIDAD: 1er Encuentro Comunitario Comenzando a las 5:00pm culminando a las 8:30pm | |
| | *Sara Camilo 3.5hr* | *3.5hrs* |
| | *Joel Salva 3.5hr* | *3.5hrs* |

En resumen, certifico que se prestaron **7** horas de servicio durante el mes de noviembre. Las cuales **7** fuera a una tarifa de $210.00 dólares la hora, para un total de **$1,470.00**

**Total a pagar:** *$1,470.00*

Certifico Correcto: _____
**Francheska I. Rivera Cruz**
Intérprete de Lenguaje de Señas