IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants.** | **Civil No.** 12-2039 (FAB) |

**ORDER**

The Invoice submitted by Mr. Christopher Graham (Docket No. 2255) is **NOTED and DENIED WITHOUT PREJUDICE**.

Mr. Graham claims a total $537.96 for airfare, but the invoice submitted in support of this expense is illegible. **On or before December 27, 2022**, Mr. Graham shall refile the invoice, including a legible copy of the travel expense.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, December 19, 2022.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE