```
        IN THE UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**,<br><br>**v.**<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants.** | **Civil No.** 12-2039 (FAB) |

**ORDER SCHEDULING STATUS CONFERENCE**

A Status Conference is scheduled to be held on **Thursday, January 19, 2023 at 9:00 a.m.** in the Old San Juan Courthouse. Attendees will be advised of the specific courtroom to be used at a later date.

1. The following topics will be discussed at the status conference:

    A.   Overview of CMR-7 Finalized on December 15, 2022

    B.   The Commonwealth will provide updates to the Court on the following topics:

        i.   The Sergeant Exam Administered on December 17, 2022

        ii.   The PRPB Staffing and Supervision Plan

        iii. The PRPB Training Plan

        iv.  The Draft Information Technology Action Plan

  C. Equitable Sharing Program

  i. Whether PRPB resolved the issues that were keeping PRPB from returning to good standing in the program.

  ii. If PRPB has not resolved these issues, what efforts have been made by PRPB to resolve these issues.

  iii. What is the timeline for PRPB to be back in good standing.

  iv. What is the current balance of funds available in the PRPB account?

  D. Integrity Audits.

  Integrity Audits policy status report – What is the status of PRPB's policy on Integrity Audits?

  E. Any other matter that the Parties may want to bring to the Court's attention.

 2. The Monitor's Office will follow up with additional questions that the Court may ask of the Parties on the identified and other topics. If additional information is needed, the Parties should not hesitate to reach out to the Monitor's Office.

 3. The following persons shall attend the status conference:

  **Office of the Governor ("La Fortaleza")**

   María del Mar Ortiz – Deputy Chief Counsel

   Enrique Völckers – Deputy Chief of Staff

**Office of Management and Budget ("OMB")**

Pedro de Jesús – Chief Counsel

Zulma Canales – Director of Fiscal Compliance

**Financial Oversight and Management Board ("FOMB")**

Amaury Rodríguez – "Analyst" on Public Safety Matters

**Puerto Rico Innovation and Technology Service ("PRITS")**

Nanette Martínez-Ortiz – Acting Chief Information and Innovation Officer ("CIIO") & Chief Technology Officer ("CTO")

**General Services Administration ("GSA")**

Edgardo González – Assistant Administrator for Service to the Agencies

**Office for the Administration and Transformation of Human Resources ("OATHR")**

Gustavo Cartagena – Deputy Director

**Department of Public Safety ("DPS")**

Hon. Alexis Torres – Secretary

Rafael Riviere – Deputy Secretary

Arturo Garffer – Special Assistant to the Secretary

Carlos Colón – IT Office Director

Juan Carlos Puig – Consultant and former Treasury Secretary

Miguel E. Bermúdez-Mangual - Special Advisor, Federal Affairs Office

José Díaz – Executive Director, Federal Affairs Office

**Puerto Rico Police Bureau ("PRPB")**

    Antonio López – Commissioner

    Captain Carlos Figueroa – Office of the Reform

    Director José Vázquez – Office of the Reform

    Counsel Juan Carlos Rivera – IT Bureau Director

    Ángel Díaz – IT Bureau Deputy Director

    Lieutenant Rafael Meléndez Burgos - Director of Internal Affairs (SARP)

**Counsel for the Commonwealth of Puerto Rico**

    Rafael Barreto

    Gabriel Peñagarícano

**United States Department of Justice**

    Luis Saucedo

    Jorge Castillo

    Katherine Chamblee-Ryan

**Federal Monitor's Office**

    John Romero – Chief Federal Police Monitor

    Denise Rodríguez – Chief Deputy Police Monitor

    Roberto Abesada – General Counsel

    Scott Cragg

    Any other person the Monitor may designate to attend

Civil No. 12-2039 (FAB)                                                    5

**Special Master**

        Dr. Alejandro del Carmen – Special Master

        Gary Loeffert – Assistant Special Master

        Gilberto Balli, Assistant Special Maser

**IT IS SO ORDERED.**

San Juan, Puerto Rico, December 19, 2022.

                              <u>s/ Francisco A. Besosa</u>
                              FRANCISCO A. BESOSA
                              SENIOR UNITED STATES DISTRICT JUDGE