Christopher Graham,
dba Diligens, LLC
EIN 87-1667996
148 Turtle Bay Lane
Ponte Vedra Beach,
Florida, 32082

October 1, 2022 – November 30, 2022

INVOICE# 2022-01

Re: Audit services - Case 3:12-cv-02039-FAB Document 2176 Filed 09/20/22

| | Professional Services | |
|---|---|---|
| Hours | Description | Total |
| 4 | Review of the consent decree, applicable court filings, monitor reports, budget reports. | $600.00 |
| 4 | Convert spreadsheet reports in 1912 Motion in compliance to (PDF to machine readable format) and conduct mathematical reconciliations. | $600.00 |
| 2 | Coordinating meetings/calls with Office of Special Master personnel and DSP | $300.00 |
| 8 | Meeting at DSP 11/18/2022 and preparation of report | $1,200.00 |
| 18 | **Total labor** | **$2,700.00** |
| | Direct Expenses | |
| Travel Expense | Frontier Airlines, Jacksonville to San Juan, R/T, 11/17-19/2022 | $537.96 |
| Travel Expense | Personal vehicle mileage home to airport 48 miles@ .625 | $30.00 |
| Travel Expense | UBER airport to hotel 11/17/2022 | $14.99 |
| Travel Expense | Lodging 11/17/200-11/19/2022, (2 nights) Govt rate $167/night plus tax | $429.60 |
| Travel Expense | Meals and Incidental Expenses, 11/17 - 19/2022, Govt rate $115.00/day, 2 travel days¾ rate @$86.25/day | $287.50 |
| Travel Expense | UBER hotel to airport 11/19/2022 | $13.91 |
| Travel Expense | Personal vehicle mileage airport to home 48 miles@ | $30.00 |
| Travel Expense | Parking Jacksonville Int. Airport 11/17/2022-11/19/2022 | $24.50 |
| | **Total travel expense** | **$1,368.46** |
| | **Invoice Total** | **$4,068.46** |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as the court-appointed auditor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

_____
Christopher Graham
11/30/2022



**THURSDAY, NOV 17, 2022 - SATURDAY, NOV 19, 2022**   Trip Confirmation Number: **B5L1JL**

Jacksonville, FL (JAX)  ✈  San Juan, Puerto Rico (SJU)

Return: Saturday Nov 19, 2022

| Flight Duration | Departure | Arrival |
|---|---|---|
| **F9 125** <br> 3hr 31min <br> NonStop | 06:16 PM <br> San Juan, Puerto Rico (SJU) | 08:47 PM <br> Jacksonville, FL (JAX) |

| Passenger Name | Seats | Bags |
|---|---|---|

Special Services

Christopher Graham Graham         2D            1 Carry On, 1 Checked
--

## Invoice

**Summary**

| | |
|---|---|
| Airfare | $72.36 |
| Options | $360.00 |
| Carrier Interface Charge | $46.00 |
| U.S. Passenger Security Fee | $11.20 |
| U.S. Transportation Tax (international and Alaska departures & arrivals) | $39.40 |
| Jacksonville, Fl (JAX) Passenger Facility Charge | $4.50 |
| San Juan, Puerto Rico (SJU) Passenger Facility Charge | $4.50 |
| **GRAND TOTAL** | **$537.96** |

**Options**

**THE WORKS**
  Carry On Item
  Checked Bag
  Best Seat Available
  Refundability
  No Change Fees*
  No Change Fees*
                                        $360.00

**Christopher Graham**
  Checked Bag                           INCL
  Carry On Item                         INCL

| | |
|---|---|
| **TOTAL** | $537.96 |
| **Purchase Date** | 10/15/22 |
| **Payment** | MasterCard |
| | XXXXXXXXXXXX0272 |



1369 Ashford Avenue
San Juan, , 00907, United States
Tel.: +1-787-827-7280 Fax: +1-787-289-7000 www.marriott.com/sjuac

AC Hotel
San Juan - Condado

CHRISTOPHER GRAHAM
148 TURTLE BAY LN
PONTE VEDRA FL 32082
United States

| | |
|---|---|
| Habitación / Room: | 0830 |
| Confirmation / Confirmacion: | 82289611 |
| Tipo de habitación/Room Type : | GEHK |
| No. Huespedes/ No. of Guests : | 1/0 |
| Tarifa / Rate : 167 | Agente / Clerk :88 |

| | | | | | |
|---|---|---|---|---|---|
| Llegada: Arrival : | 11-17-22 | Hora : Time : | 15:50:26 | Salida : Departure : | 11-19-22 |
| Hora : Time : | 13:57:00 | No. Folio : | 191610 | | |

| Fecha / Date | Reference # | Descripción / Description | Cargos / Charges | Creditos / Credits |
|---|---|---|---|---|
| 11-17-22 | 10174 | Room Charge | 167.00 | |
| 11-17-22 | 15101 | Destination Resort Fee | 30.06 | |
| 11-17-22 | 15105 | Room Tax | 17.74 | |
| 11-18-22 | 10174 | Room Charge | 167.00 | |
| 11-18-22 | 15101 | Destination Resort Fee | 30.06 | |
| 11-18-22 | 15105 | Room Tax | 17.74 | |
| 11-19-22 | 90702 | Master Card / Euro Card | | 429.60 |

No. de TC/Credit Card No. :  XXXXXXXXXXXX0272

**Total :**  429.60

**Balance :**  0.00

... As a Marriott Bonvoy Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

# Uber

November 17, 2022

## Thanks for tipping, Chris

We hope you enjoyed your ride this evening.

| | |
|---|---|
| Total | **$14.99** |
| Trip fare | $8.37 |
| Subtotal | $8.37 |
| Booking Fee | $0.62 |
| Airport Fee | $3.00 |
| Tips | $3.00 |

## Payments

 Mastercard ••••0272  $14.99
11/17/22 3:56 PM

Visit the trip page for more information, including invoices (where available)

You rode with Hector

UberX    5.18 miles | 10 min

3:35 PM | Carolina, 00979, Puerto Rico

3:45 PM | 1369 Ashford Ave, San Juan, 00907, Puerto Rico

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

# Uber

November 19, 2022

## Thanks for tipping, Chris

We hope you enjoyed your ride this evening.

| Total | $13.91 |
|---|---|

| Trip fare | $10.24 |
|---|---|

| Subtotal | $10.24 |
|---|---|
| Booking Fee | $0.67 |
| Tips | $3.00 |

## Payments

 Mastercard ••••0272      $13.91
11/19/22 2:23 PM

Visit the trip page for more information, including invoices (where available)

You rode with Joel

UberX    5.79 miles | 12 min

■ 2:01 PM | 1369 Ashford Ave, San Juan, 00907, Puerto Rico

■ 2:13 PM | CXQV+4PM, Arrivals Ave, Carolina, 00979, Puerto Rico

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

```
            USAPARK. net
       Thank you for parking with us!
              904-741-2100
       $5 Off Coupon At Our Web Site
             www.USAPARK.net

    Earn Free Parking With Fast Pass
   After signing up get credit for previous parking
   stays @ www.usapark.net/acct-maint

   Cashier: gwen
   Transaction#: 858368
   Receipt Date: 11/19/2022 9:07 PM

   Entry: 11/17/2022 9:43 AM
   Exit:  11/19/2022 9:07 PM

   Park Type: UnCovered        6.95
   3 days @ 6.95/day          20.85
   Parking Charge:            20.85
   State Tax at 7.5%:          1.56
   Airport Fee at 10.0%:       2.09
   Total Amount:              24.50
   Amount Paid:               24.50
   Change Due:                 0.00

   Credit Card: MC   0272     24.50
   License Plate #:          CQUW19
    * * * Thank You * * *

   You are not a Frequent Flyer.
   Inquire with Cashier.
```

