IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **COMMONWEALTH OF PUERTO RICO, et al.,** Defendants. | CIVIL NO.: 12-cv-02039 |

### INFORMATIVE MOTION REGARDING TRAINING PLAN

**MAY IT PLEASE THE COURT:**

**COME NOW**, Codefendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau ("PRPB"), through the undersigned attorneys, and very respectfully state and pray:

1. On October 24, 2022, this Honorable Court granted the Commonwealth until today, December 22, 2022, to submit PRPB's training plan. ECF No. 2229.

2. The Commonwealth respectfully informs the Court that it has submitted the plan to the United States, the Monitor and the Special Master today. The Commonwealth expects to receive comments and recommendations from all parties, and thereafter file a Final Training Plan for approval of the Court.

**WHEREFORE,** Defendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau, respectfully request this Honorable Court take notice of the above.

**RESPECTFULLY SUBMITTED.**

Informative Motion Regarding Training Plan
Civil No. 12-02039
Page 2 of 2

**I HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

In San Juan, Puerto Rico, this 22nd day of December, 2022.

For Defendant COMMONWEALTH OF PUERTO RICO:

**CANCIO, NADAL & RIVERA, L.L.C.**
P.O. Box 364966
San Juan, Puerto Rico  00936-4966
403 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Tel. (787) 767-9625


**S/ GABRIEL A. PEÑAGARÍCANO**
USDC PR: 212911
gpenagaricano@me.com

**S/ RAFAEL BARRETO-SOLÁ**
USDC PR: 211801
rbarreto@cnr.law