IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants.** | **Civil No.** 12-2039 (FAB) |

**ORDER**

The Invoice submitted by Mr. Christopher Graham (Docket No. 2270) is **NOTED**.

The amount claimed for the period from October 1, 2022 through November 30, 2022, is **APPROVED for payment**.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, December 23, 2022.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE