G&M Balli Services, LLC
5160 Royal Fern Circle
Tallahassee, Florida 32317

November 22 – December 21, 2022

INVOICE # 2022-04
ASSISTANT SPECIAL MASTER
NOVEMBER 2022 INVOICE

Tasks Completed

| Hours | Description | Amounts |
| --- | --- | --- |
| 12 | Reviewed documents relevant to Integrity Audits and MLARS/Equitable Sharing Program matters. Coordinated and completed meetings with PRPB/DSP POCs. Met with OSM to provide updates and discuss progress and ways to move these matters forward. | $1,800 |
| 13 | Drafted, reviewed, researched, and translated emails and all documents/texts/articles, emails with/from respective parties. Facilitated/Attended meetings with the parties. | $1,950 |
| 17 | Zoom meetings and Phone calls with OSM and other parties. | $2,550 |
| 5 | Reviewed, researched, and translated articles/documents and other communications, in support of Expense review project. | $750 |

Total Hours- 47                                                  Total Wages Due -    $7,050.00

I hereby certify the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master.  I further certify I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

*Gilberto Balli*                 *Alejandro del Carmen*                 11/21/2022
Gilberto Balli                    S/Alejandro del Carmen