**TDPetrowski, LLC**
**4010 Deep Valley Drive**
**Dallas, Texas 75244**

November 22, 2022 – December 21, 2022

INVOICE # ASM.TDP.2022-12                         **TOTAL DUE:  $3,900**
ASSISTANT SPECIAL MASTER
DECEMBER INVOICE

**Tasks Completed**

| Hours | Description | Total |
|:---:|:---|:---:|
| 8 | Draft/reviewed/researched/translated as necessary/discussed/reworked documents related to PRPD and DOJ and Monitor Office exchanges regarding recurring issues and OSM projects, to include orders and ad hoc taskings of the Court. | $1200 |
| 10 | Drafted, reviewed, translated, and responded to texts, emails, and all other documents/communications with respective parties, the Special Master, Assistant Special Master, and the Court. | $1,500 |
| 8 | Zoom meetings and/or conference calls with the Court, Office of Special Master, and the Parties. | $1,200 |

**Total Wages Due = $3,900**

**I hereby certify that the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under regular employment or a contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.**

_Thomas D. Petrowski_
**Thomas D. Petrowski**                                      **12/21/22**

s/ _Alejandro del Carmen_
**Alejandro del Carmen**                                      **12/21/22**