GALOEFFERT, LLC
4805 East Lake Road
Sheffield Lake, Ohio 44054

November 22, 2022, through December 21, 2022

INVOICE # 2022-12  **TOTAL DUE $8,400.00**
ASSISTANT SPECIAL MASTER
December 2022 INVOICE

Tasks Completed

| Hours | Description | Total |
|---|---|---|
| 21 | Drafted/reviewed/researched/translated as necessary/discussed/reworked documents related to various orders of the Court, PRPB, DOJ, Auditor, and Monitor's Office exchanges regarding recurring issues and OSM projects such as MLARS compliance, Integrity audits, CMR-7, IT Needs Assessment, PRPB draft Reform Plan, Analysis PRPB Traffic data, FY 2022 expenditure review. | $3,150.00 |
| 16 | Drafted, reviewed, and responded to texts, emails and all other documents/communications with respective parties, the Special Master, Assistant Special Masters, Auditor, and Court. | $2,400.00 |
| 19 | Zoom meetings and/or conference calls with the parties. | $2,850.00 |

Total Wages Due = $8,400.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

Gary A. Loeffert        S/Alejandro del Carmen        12/21/2022