Del Carmen Consulting, LLC
3122 Westwood Drive
Arlington, Texas 76012

November 22, 2022 through December 21, 2022

INVOICE # SM2022-12          **TOTAL DUE $ 15,000.00**
SPECIAL MASTER
DECEMBER 2022 INVOICE

## Tasks Completed

Drafted, reviewed and responded to emails and all other documents/communication with respective parties and the Court. Engaged in review of some documents for the Court.

Conference calls with the Monitoring Team members, Commonwealth Representatives and Court.

Conference calls with the SM team members.

Drafted and edited reform review document, as requested by the Court.

Reviewed filings, motions, and orders.

Worked on review of documents sent by PRPB.

Reviewed and drafted documents for the Court.

Worked on analysis of traffic stop data provided by PRPB/DOT.

Reviewed CMR and related documentation.

## Flat Rate Total Wages Due = $15,000.00

## TOTAL DUE = $ 15,000.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*Alejandro del Carmen*
_____
   **Dr. Alejandro del Carmen**                                                      12/21/22