IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff,**<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants.** | **Civil No.** 12-2039 (FAB) |

**ORDER**

The Motion to Approve and Disburse Funds submitted by the Office of the Federal Police Monitor (the "FPMPR") is **NOTED** (Docket No. 2265).

The Invoice dated November 31, 2022, submitted by Mr. Donald Gosselin, includes airfare that was partially paid with a travel credit.  However, the travel itinerary submitted for this cancelled trip is incomplete. The receipt only includes payment information and lacks all travel details.  In addition, Invoice number 41, submitted by Mr. Alan Youngs, also includes an incomplete travel itinerary for a JetBlue flight. This itinerary only shows the amount paid but lacks the complete travel information.

In light of the above, the FPMPR's request for payment is **DENIED WITHOUT PREJUDICE.  On or before January 5, 2023,** the FPMPR shall refile its request for payment along with the missing information.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, December 27, 2022.

s/Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE