John L Romero
2301 Pacific Ave
Costa Mesa, CA 92627

INVOICE # 101                               **TOTAL DUE $ 19479.40**
FEDERAL MONITOR
NOVEMBER 2022 INVOICE

## Duties and Responsibilities as Monitor

Generated, reviewed, and responded to emails/texts from the Parties, Monitor Team, Court, and Special Master
Conference calls with General Counsel
Reviewed court orders relating to the Consent Decree
Via zoom conducted meetings with Special Master and USDOJ and PRPB
Monitor administrative duties - reviewing Team invoices, coordinating SME work assignments, and conferring with Monitor's Office Administrative Director
Reviewed Briefing Reports from PRPB
Reviewed Gartner's Needs Assessment
Conferred with Deputy Chief Monitor on issues relating to Monitor Office Operations
Conducted Zoom meetings with the Monitor Team
Reviewed G.O.s 100-104,100-106, 100-113,100-120,100-133, 600-601, 600-625 and related forms
Worked on draft of CMR-7
Reviewed Commonwealth's response to OSM Assessment of PRPB Reform Office
Participated and prepared for 253 meeting

## Site Visit to Puerto Rico November 14-16, 2022

Meeting with the Reform Unit, USDOJ and OSM
Attended Operational Systems Demonstrations
Site Visit to DOT
Meeting with USDOJ and the Commissioner

**Flat Rate Total Wages Due**                $ 17,916.66
**Travel Expenses Due**                       $ 1, 562.74

**TOTAL DUE**                                 $ 19,479.40

I hereby certify that the amount billed in this invoice is true and correct to my capacity as Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*[signature: John J. Romero]*

Date November 30, 2022

## Office of the TCA - Travel Reimbursement Form

John Romero
November 14-16, 2022

### Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $825.79 | 1 | $825.79 |
| Baggage | $- | 0 | $- |
| Ground Transportation (Uber/Lyft/Taxi) | | | $- |
| Ground Transportation (Parking) | $- | 0 | $- |
| Ground Transportation (Mileage) | $0.625 | 82 | $51.25 |
| Lodging | $141.60 | 2 | $283.20 |
| Per Diem (Travel Days) | $86.25 | 2 | $172.50 |
| Per Diem (Full Days) | $115.00 | 2 | $230.00 |
| Other: | | 0 | |
| Total | | | $1562.74 |

COURTYARD
Marriott

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR 00907
T 787.721.7400
F 787.723.0068

Mr John Romero
2301 Pacific Ave
Costa Mesa CA 92627
United States

Room: 0901
Room Type: KSTE
No. of Guests: 1
Rate:  $  120.00   Clerk: 1006

Marriott Rewards #   756834271

CRS Number  81052784

Name:

Arrive:  11-14-22          Time:                    Depart:  11-16-22              Folio Number:  713868

| Date | Description | Charges | Credits |
|---|---|---|---|
| 11-14-22 | Package | 120.00 | |
| 11-14-22 | Government Tax | 10.80 | |
| 11-14-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 11-15-22 | COMEDOR- Guest Charge (Breakfast) | 4.34 | |
| 11-15-22 | Package | 120.00 | |
| 11-15-22 | Government Tax | 10.80 | |
| 11-15-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 11-16-22 | COMEDOR- Guest Charge (Breakfast) | 4.02 | |
| 11-16-22 | Visa Card | | 309.22 |
| | Card # XXXXXXXXXXX1287 | | |
| 11-16-22 | Visa Card | | -17.66 |
| | Card # XXXXXXXXXXX1287 | | |

Balance                           0.00 USD

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status,
plus enjoy exclusive member offers.  Enroll today at the front desk.

| | | | | |
|---|---|---|---|---|
| LAX | ▶ | FLL | Travel date | 2022-11-13T21:35:00 |
| | | | Flight number | 0700 |
| FLL | ▶ | SJU | Travel date | 2022-11-14T10:56:00 |
| | | | Flight number | 1553 |

**Traveler(s)**  Ticket number(s)

ROMERO/JOHN JOSEPH MR   2792104366787

**Base fare:**   $287.56 USD

| Taxes & fees breakdown: | AMOUNT | CURRENCY | PURPOSE - (CODE) |
|---|---|---|---|
| | $9.00 | USD | U.S. Passenger Facility Charge - (XF) |
| | $5.60 | USD | U.S. September 11th Security Fee - (AY) |
| | $19.70 | USD | U.S. Transportation Tax - (US2) |
| **Taxes & fees total:** | $34.30 | USD | |
| **Base fare total:** | $321.86 | | |

**Payment(s):**

Visa card XXXXXXXXXXXX1287       $321.86

# Fees

**ROMERO JOHN**  Ticket number(s): 2794404736014
Date: 2022-09-29

| QTY | FEE TYPE | COST | TAX | TOTAL |
|---|---|---|---|---|
| 1 | SEAT ASSIGNMENT | $70.00 | $0.00 | $70.00 |

**Total:** $70.00 USD

**Payment(s):** True Blue Points XXXXXXXXXXXX0574  $70.00

**ROMERO JOHN**  Ticket number(s): 2794404736015
Date: 2022-09-29

| QTY | FEE TYPE | COST | TAX | TOTAL |
|---|---|---|---|---|
| 1 | SEAT ASSIGNMENT | $40.00 | $0.00 | $40.00 |

**Total:** $40.00 USD

**Payment(s):** True Blue Points XXXXXXXXXXXX0574  $40.00

# Total paid: $431.86 USD*

*includes all fares, taxes, fees and penalties less any amounts refunded

# Travel Purchase

Date of requested receipt: 2022-09-29       Record Locator: WOOBGN

# SJU ▸ MCO

Travel date     2022-11-19T11:18:00
Flight number   1334

# MCO ▸ LAX

Travel date     2022-11-19T19:59:00
Flight number   0131

| Traveler(s) | Ticket number(s) |
|---|---|
| ROMERO/JOHN JOSEPH MR | 2792104365405 |
| **Base fare:** | $564.47 USD |

| Taxes & fees breakdown: | AMOUNT | CURRENCY | PURPOSE - (CODE) |
|---|---|---|---|
| | $9.00 | USD | U.S. Passenger Facility Charge - (XF) |
| | $5.60 | USD | U.S. September 11th Security Fee - (AY) |
| | $19.70 | USD | U.S. Transportation Tax - (US2) |
| **Taxes & fees total:** | $34.30 | USD | |
| **Base fare total:** | $598.77 | | |

**Payment(s):**

Visa card XXXXXXXXXXXX1287        $598.77

# Total paid: $598.77 USD*

*This was my original flight that I had to cancel due to family emergency.*

# Travel Purchase

**Date of requested receipt:** 2022-09-29         **Record Locator:** WOOBGN

**SJU ▸ FLL**         Travel date     2022-11-16T21:59:00
                     Flight number   2054

**FLL ▸ LAX**         Travel date     2022-11-17T07:17:00
                     Flight number   2801

| Traveler(s) | Ticket number(s) |
|---|---|
| ROMERO/JOHN JOSEPH MR | 2792108160847 |
| **Base fare:** | $469.63 USD |

| Taxes & fees breakdown: | AMOUNT | CURRENCY | PURPOSE - (CODE) |
|---|---|---|---|
| | $9.00 | USD | U.S. Passenger Facility Charge - (XF) |
| | $5.60 | USD | U.S. September 11th Security Fee - (AY) |
| | $19.70 | USD | U.S. Transportation Tax - (US2) |
| **Taxes & fees total:** | $34.30 | USD | |
| **Base fare total:** | **$503.93** | | |

| Exchange Fee(s): | TICKET NUMBER | DATE | AMOUNT |
|---|---|---|---|
| | 2792108160847 | 2022-09-29 | $0.00 |

**Payment(s):**

Visa card XXXXXXXXXXXX1287

*$598.77 — paid for original flight. Had to change due to family emergency resulting in $94.84 credit*

# Fees

**ROMERO JOHN**  Ticket number(s): 2794404734263
Date: 2022-09-29

| QTY | FEE TYPE | COST | TAX | TOTAL |
|---|---|---|---|---|
| 1 | SEAT ASSIGNMENT | $58.00 | $0.00 | $58.00 |

**Total:** $58.00 USD

**Payment(s):**  True Blue Points XXXXXXXXXXXX0574   $58.00

**ROMERO JOHN**  Ticket number(s): 2794404734266
Date: 2022-09-29

| QTY | FEE TYPE | COST | TAX | TOTAL |
|---|---|---|---|---|
| 1 | SEAT ASSIGNMENT | $64.00 | $0.00 | $64.00 |

**Total:** $64.00 USD

**Payment(s):**  True Blue Points XXXXXXXXXXXX0574   $64.00

# Base fare refund

**ROMERO JOHN**  Ticket number(s):2790523158095
Refunded ticket number: 2792104365405
Refund date: 2022-11-16

| Refund breakdown: | AMOUNT | CURRENCY |
|---|---|---|
| Base Fare Amount: | -$94.84 | USD |
| Taxes: | $0.00 | USD |
| **Total base fare refund:** | **-$94.84** | **USD** |

| | | |
|---|---|---|
| Cancel penalty: | $0.00 USD | |
| Refund: | Travel Bank Account XXXXXXXXXXXX1372 | $94.84 |

# Total paid: $625.93 USD*

*includes all fares, taxes, fees and penalties less any amounts refunded

*to be used in future*

November 2022

LAX- SJU     321.86
SJU - LAX     503.93
―――――――
                 825.79

# Google Maps

**2301 Pacific Ave, Costa Mesa, CA 92627 to lax terminal 5**

Drive 41.1 miles, 1 hr 3 min



Map data ©2021 Google   2 mi

## 2301 Pacific Ave
Costa Mesa, CA 92627

**Get on I-405 N from W Wilson St and Harbor Blvd**

13 min (4.3 mi)

1. Head south on Pacific Ave toward Sea Breeze Dr

   0.1 mi

2. Turn left onto W Wilson St
   - Pass by Taco Bell (on the left in 1.4 mi)

   1.4 mi

3. Use the left 2 lanes to turn left onto Harbor Blvd
   - Pass by Panda Express (on the right)

   2.2 mi

4. Use the right lane to merge onto I-405 N via the ramp to Long Beach

   0.6 mi

**Follow I-405 N to CA-1 N/S Sepulveda Blvd in Los Angeles. Take exit 1C from I-105 W**

33 min (35.1 mi)

5. Merge onto I-405 N

   16.6 mi

https://www.google.com/maps/dir/2301+Pacific+Ave,+Costa+Mesa,+CA+92627/lax+terminal+5/@33.8571495,-118.2873594,11z/am=t/data=!3m1!4b1!...   1/2