Spece
1225 Juan Ponce de Leon
San Juan, PR  00907
787-417-7300
info@spece.com
www.spece.com

Invoice  INV - 16495



| BILL TO | | | |
|---|---|---|---|
| Office of the FPMPR LLC | DATE 01/01/2023 | PLEASE PAY $2,579.20 | DUE DATE 01/01/2023 |

| MEMBERSHIP | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Membership:Private Office** Private Office Suite - Office 15, $2,300.00, Jan 1, 2023 - Jan 31, 2023 | 1 | 2,300.00 | 2,300.00T |
| **Other Fees:One-off Fees** Telephone Service, $60.00, Jan 1, 2023 - Jan 31, 2023 | 1 | 60.00 | 60.00T |
| **Other Fees:One-off Fees** Garage Parking, $120.00, Jan 1, 2023 - Jan 31, 2023 | 1 | 120.00 | 120.00T |

SUBTOTAL 2,480.00
TAX (4%) 99.20
TOTAL 2,579.20

TOTAL DUE $2,579.20

THANK YOU.

ELEVATE YOUR BUSINESS

**Spece**
1225 Juan Ponce de Leon
San Juan, PR  00907
787-417-7300
info@spece.com
www.spece.com

Invoice  INV - 16247



| BILL TO | | | |
|---|---|---|---|
| Office of the FPMPR LLC | DATE<br>11/30/2022 | PLEASE PAY<br>$923.52 | DUE DATE<br>11/30/2022 |

| MEMBERSHIP | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Event Rental:Conference Room**<br>XLarge Conference Room, $40.00, 1 x $40.00 / hour (20% discount) - Nov 15, 2022 | 1 | 40.00 | 40.00T |
| **Event Rental:Conference Room**<br>Small Conference Room, $80.00, 1 x $80.00 / hour (20% discount) - Nov 15, 2022 | 1 | 80.00 | 80.00T |
| **Event Rental:Conference Room**<br>Small Conference Room, $40.00, 2 x $20.00 / hour (20% discount) - Nov 15, 2022 | 2 | 20.00 | 40.00T |
| **Event Rental:Conference Room**<br>Medium Conference Room, $168.00, 1 x $96.00 / hour (20% discount), 3 x $24.00 / hour (20% discount) - Nov 16, 2022 | 1 | 168.00 | 168.00T |
| **Event Rental:Conference Room**<br>Medium Conference Room, $180.00, 1 x $180.00 / day (20% discount) - Nov 17, 2022 | 1 | 180.00 | 180.00T |
| **Event Rental:Conference Room**<br>Small Conference Room, $140.00, 1 x $80.00 / hour (20% discount), 3 x $20.00 / hour (20% discount) - Nov 17, 2022 | 1 | 140.00 | 140.00T |
| **Event Rental:Conference Room**<br>Small Conference Room, $60.00, 3 x $20.00 / hour (20% discount) - Nov 17, 2022 | 3 | 20.00 | 60.00T |
| **Event Rental:Conference Room**<br>Medium Conference Room, $180.00, 1 x $180.00 / day (20% discount) - Nov 18, 2022 | 1 | 180.00 | 180.00T |

SUBTOTAL 888.00
TAX (4%) 35.52
TOTAL 923.52

TOTAL DUE $923.52

ELEVATE YOUR BUSINESS

THANK YOU.

ELEVATE YOUR BUSINESS