# VIOTA & ASSOCIATES CPA LLC

B5 CALLE TABONUCO, SUITE 216
PMB 292
GUAYNABO, PR 00968-3029

## Invoice

INVOICE NUMBER: 20201097
DATE: NOVEMBER 30, 2022

PUERTO RICO POLICE REFORM

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: CONSULTING FEES | | | |
| NOV-03-22 | CONSULTING FEES | Reviewed October invoices and calculated withholdings | 1.50 | $125.00 | $187.50 |
| NOV-07-22 | CONSULTING FEES | Enter October invoices in SAGE, post October ACH payments, and October bank reconciliation and accounting | 3.00 | $125.00 | $375.00 |
| | | TOTAL: CONSULTING FEES | | | $562.50 |
| | | Total hours for this invoice | 4.50 | | |
| | | PREPARATION OF INFORMATIVE RETURN FOR EXEMPT ORGANIZATIONS | | | $1,000.00 |
| | | Total before tax | | | $1,562.50 |
| | | PR SALES TAX (IVU) | | | $0.00 |
| | | Total amount of this invoice | | | $1,562.50 |

MESSAGE

6% Withholding on Profesional Services (Waiver Certificate Available Upon Request)