**Al Youngs**
**5552 West Lakeridge Rd**
**Lakewood, CO 80227**

November 1 - November 30, 2022
Invoice No. 41
Member of Federal Monitor Team

| Date | Brief Description | Total | Hours |
|---|---|---|---|
|  | Reviewed and responded to emails and conference calls for the month of November |  |  |
| 11/1 11/3 11/4 11/8 11/9 11/20 11/26 11/27 11/29 11/30 | From Members of the Monitor Team. |  | 5.0 Hours |
| 11/2 11/4 11/21 11/23 11/28 11/29 11/30 | Several meetings and phone calls with Monitor and Deputy Monitor. |  | 3.0 Hours |
|  | During site visit to Puerto Rico |  |  |
| 11/14 | Preparation for Supervision Management and Recruitment interviews and planned meetings |  |  |
| 11/14 | Attend meeting with reform unit |  |  |
| 11/15 | Attend operational system demo of SAEC |  |  |
| 11/15 | Interviews of a random sample of commanders, supervisors and officers to determine whether there is close and effective supervision. Interviewees were also asked questions about their use of EIS and other supervisory tools, supervisory ratios, performance evaluations and training received (Paragraphs 145 and 146). |  |  |

| Date | Description | Hours |
|---|---|---|
| 11/16 | Attend meeting with HR Director and discussed performance evalustions | |
| | | |
| 11/16 | Meeting with Lt.Colonel Caseres reference Patrol supervision strategies and plans | |
| 11/16 | Meeting with Elly J Molina Batista and Paragraph 13 implementation leads | |
| 11/17 | Meeting with SARP Commander Santiago reference Inspections and EIS | |
| 11/17 | Interviews of a random sample of commanders, supervisors and officers to determine whether there is close and effective supervision. Interviewees were also asked questions about their use of EIS and other supervisory tools, supervisory ratios, performance evaluations and training received (Paragraphs 145 and 146). | |
| 11/18 | Interviews of a random sample of commanders, supervisors and officers to determine whether there is close and effective supervision. Interviewees were also asked questions about their use of EIS and other supervisory tools, supervisory ratios, performance evaluations and training received (Paragraphs 145 and 146). | 32.0 Hours |
| 11/11 | Reviewed draft of career developmental program, request for information and transition process of the Promotion Board. | 3.0 Hours |
| 11/12 | Reviewed Supervisor training records, performance evaluations, disciplinary records, and any SARP investigations. | 3.0 Hours |
| 11/21 | Reviewed Inspection Division Manual and reviewed completed Inspections for future meeting with SARP in 2022 in preparation of receiving Annual Inspection Report. | 3.0 Hours |
| 11/23 | Review of Taser Policy OG602 | 2.0 Hours |
| 11/25 | Additional review of personnel evaluations completed by Supervisors of their subordinates, review pro media materials,re-reviewed OG310 | 3.0 Hours |
| 11/26 | Reviewed Paragraph 13, 2022 staffing plan emphasis on Patrol Operations | 2.0 Hours |

| Date | Description | Hours |
|---|---|---|
| 11/27 | Reviewed Professionalism Paragraphs | 2.0 Hours |
| 11/20 | Reviewed PRPB job descriptions | 2.0 Hours |

**TOTAL HOURS:** 60.0

Billable Hours: 60 Hours at a Rate of $165.00 Per Hour = $9,900.00

**TOTAL:** $9,900.00

**TOTAL WAGES AND EXPENSE REIMBURSEMENT** $12,085.10

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_Alan C Young_
Signature

11/30/22
Date



# Office of the Technical Compliance Advisor
# Travel Reimbursement Form

Enter all required information below to obtain travel reimbursement. If spending did not occur in a category, please enter zeros. Zeros will likely need to be entered for one or more of the ground transportation options. The "Total" column of the table will update based on the information entered into the "Unit Cost" and "Units" columns. To update the "Total" column, click CTRL+A and then F9. Receipts for airfare, lodging, ground transportation, and PCR testing must be submitted with this form. Submit the Travel Reimbursement Form and accompanying receipts to Javier Gonzalez (Javier.benito@me.com) with the Chief Monitor (jrrjjr.romero@gmail.com) and/or his designee copied along with your monthly invoice.

**Traveler Name: Alan C Youngs**
**Travel Start Date 11/14/2022 Travel End Date: 11/18/2022**
**Purpose of Travel: Puerto Rico**

| Travel Reimbursement | | | |
|---|---:|---:|---:|
| | Unit Cost | Units | Total |
| Airfare | $679.30 | 1 | $679.30 |
| Airfare | $325.80 | 1 | $325.80 |
| | | | |
| Baggage | | | |
| Ground Transportation (Uber/Lyft/Taxi) | $96.10 | 1 | $96.10 |
| Ground Transportation (Parking) | $0.00 | 0 | $0.00 |
| Ground Transportation (Mileage) | $0.625 | 0 | $0.00 |
| Lodging | $141.60 | 4 | $566.40 |
| Per Diem (Travel Days) | $86.25 | 2 | $172.50 |
| Per Diem (Full Days) | $115.00 | 3 | $345.00 |
| PCR Testing | $0.00 | 0 | $0.00 |
| **Total** | | | **2,185.10** |

Office of the Technical Compliance Advisor Puerto Rico

VIG Tower, PH – 924

1225 Ave. Juan Ponce de Leon

San Juan, PR 00907

787-417-9098

# Southwest

## Hi, Alan!
Rapid Rewards #207895671 | A-List through 12/31/23
Rapid Rewards Member since 2006    Profile Details >

**TRAVEL FUNDS AVAILABLE**
**$75.32**
View Details >

**POINTS AVAILABLE**
**27,304**
View Details >

# Past flight details

The receipt information below does not include any add ons during purchase, flight changes, flight cancellations, or in-flight purchases.

**NOV 14**                                                                                             **Confirmation #2OMLRB**

 San Juan, PR

Denver, CO to San Juan, PR

## Summary

| PASSENGER | POINTS EARNED | FARE TOTAL |
|---|---|---|
| Alan Youngs | +8,063 PTS | $679.30 |

## Pricing details

| ROUTING | DATE | FARE TYPE | POINTS EARNED | FARE |
|---|---|---|---|---|
| | | | Taxes & fees | $34.30 |

| ROUTING | DATE | FARE TYPE | POINTS EARNED | FARE |
|---|---|---|---|---|
| **DEN to SJU** | 11/14/22 | **Anytime** | **+8,063** PTS | $645.00 |

|  |  |
|---|---|
| Taxes & fees | $34.30 |
| Total | **$679.30** |
| Total points earned | **+8,063** PTS |



Printed from Chase Personal Online

## CREDIT CARD (...3491)

| | | |
|---|---|---|
| **$679.30** Sale | Oct 14, 2022 Transaction date | SOUTHWES 5262176679097 800-435-9792, TX 000075235 |
| | Oct 16, 2022 Posted date | |

| | |
|---|---|
| Description | SOUTHWES 5262176679097 |
| Also known as | Southwest Air |
| Merchant type | SOUTHWEST |
| Method | In person |
| Card number | (...3491) |
| Category | Travel |

Rewards earned with this transaction

| | |
|---|---|
| TRAVEL CREDIT $300/YEAR | 0 |
| + 3 Points per $1 earned on travel | 2,038 |
| Total Ultimate Rewards® points | 2,038 |

Transaction details may be preliminary or incomplete and may not match the transaction as it appears on your periodic statement, which is the official record of your account activity.

JPMorgan Chase Bank, N.A. Member FDIC                    ©2022 JPMorgan Chase & Co.                    Equal Opportunity Lender

| | | |
|---|---|---|
| | Some traffic, as usual | 35.1 miles |

| 🚆 | 1:53 PM—3:40 PM | 1 hr 47 min |
|---|---|---|
| | 🚶  🚆 A Line    🚋 W    🚌 51  🚶 | |

### Explore 5552 W Lakeridge Rd

Restaurants     Hotels     Gas stations     Parking Lots     More

🚗 **via Av. Jesús T. Piñero/PR-17**    **23 min**
Heavier traffic than usual    15.3 km

### Explore Courtyard by Marriott San Juan Miramar

Restaurants    Hotels    Gas stations    Parking Lots    More

AY   11,648 pts



# Thanks for booking with JetBlue, ALAN!

**San Juan** → **Fort Lauderdale**

**Nov 18** non-refundable, one-way

Add to Calendar |



**Confirmation Code:**

SUTCJP

Copy Code

Manage this booking

A confirmation email has been sent to alyoun@aol.com. If you didn't receive it, check your spam/junk folder. You can also view and manage your trip on jetblue.com or the JetBlue app with your confirmation code.

AY    **11,648 pts**

Flight 1454 • Fare: Blue

**jetBlue**

Total: **$325.80**

Charged to **Visa** ending in 3491

Details ⌄    [Show details](#)



Hooray! You've unlocked **up to 20% off hotels** and **up to 35% off car rentals** with Paisly, just because you booked a JetBlue flight. See your deals now to complete the rest of your trip.

AY    11,648 pts

**JetBlue-operated flights** - For travel 7/20/21 or later, Blue Basic customers may only bring a personal item (purse, briefcase, laptop, etc.) that fits under the seat in front of them for free. Personal items **may not** go in the overhead bin and must not exceed 17" L (43.2 cm) x 13" W (33 cm) x 8" H (20.32 cm). Mosaics and eligible travelers on the same booking and traveling together, travelers combining a Blue Basic fare with an Even More® Space seat (on all legs, if connecting),  U.S. military and unaccompanied minors may still bring a carry-on bag that fits in the overhead bin (guaranteed space onboard for Even More® Space seats on domestic flights within the U.S., space permitting for others) and one personal item. Blue, Blue Plus, Blue Extra and Mint may bring one bag that fits in the overhead bin (guaranteed space onboard for domestic itineraries) plus one personal item (purse, briefcase, laptop, etc.) that fits under the seat in front of them for free. Any excess carry-on bags will be checked bags. **Connecting on our partner airlines (including Cape Air)** - The carry-on rules of a partner airline apply when checking in to a JetBlue flight that is connecting to the partner. See our partner page for more information. While JetBlue may allow additional carry-ons as a courtesy to customers connecting to our partner airline, JetBlue cannot guarantee that those bags will be accepted for in-cabin travel on the partner. Customers are encouraged to abide by partner's rules for their entire journey to avoid additional checked bag fees if their carry-ons do not meet size/weight restrictions.

2.    **CHECKED BAGS:** Checked bags may be subject to additional fees, depending on the type of fare purchased, route, method of payment, size and weight of bags, and other variables. For checked bag fees and allowances, refer to www.jetblue.com/bags. Other bag rules may apply if your travel includes more than one airline. Please review the bag policies of any codeshare and interline partners on your itinerary.

3.    Legroom based on average fleet-wide seat pitch of U.S. airlines. JetBlue-operated flights only.

4.    DIRECTV® and SiriusXM Radio® services are not available on flights outside the contiguous United States; however, where applicable, movies from JetBlue Features™ are offered complimentary on these routes. JetBlue-operated flights only.

5.    Certain flights will require more points to redeem award travel based on, among other things, the flight chosen and peak travel periods. TrueBlue Members are responsible for taxes and fees applicable to Award Flights, including (a) Passenger Facility Charges of up to $9.00 each way, (b) September 11th Security Fees of up to $11.20 per enplanement at a U.S. originating airport and (c) Federal Segment Taxes of $4.00 per domestic segment (a segment is a takeoff and landing). Government taxes/fees are subject to change as required by law, see http://www.jetblue.com/about/legal/taxes.asp.

### Customer concerns
Any customer inquiries or concerns can be addressed here or sent to JetBlue Airways, 27-01 Queens Plaza North, Long Island City, NY 11101.

### Notice of Increased Government Tax or Fee
JetBlue reserves the right to collect additional payment after a fare has been paid in full and tickets issued for any additional government taxes or fees assessed or imposed.

### Popular Help Topics

| | | Privacy Policy | Submit feedback |
|---|---|---|---|
| Our Fares | Bag Info | 🌐 Español | |
| Travel Credit | See all help topics ▸ | | ©2022. All rights reserved |

Case 3:12-cv-02039-FAB   Document 2291-9   Filed 12/29/22   Page 13 of 20
JetBlue | Confirmation



AY   **11,648** pts

" "

**COURTYARD Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Alan Youngs
5552 W Lakeridge Rd
Lakewood CO 80227
United States

Room: 0907
Room Type: EKNG
No. of Guests: 1
Rate:  $   120.00  Clerk: 1009

Marriott Rewards #   119330892

CRS Number   80599221

Name:

Arrive:   11-14-22          Time:  07:27 PM          Depart:  11-18-22          Folio Number:  712231

| Date | Description | Charges | Credits |
|---|---|---|---|
| 11-14-22 | Package | 120.00 | |
| 11-14-22 | Government Tax | 10.80 | |
| 11-14-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 11-15-22 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 11-15-22 | Package | 120.00 | |
| 11-15-22 | Government Tax | 10.80 | |
| 11-15-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 11-16-22 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 11-16-22 | COMEDOR- Guest Charge (Dinner) | 112.92 | |
| 11-16-22 | Package | 120.00 | |
| 11-16-22 | Government Tax | 10.80 | |
| 11-16-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 11-17-22 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 11-17-22 | Package | 120.00 | |
| 11-17-22 | Government Tax | 10.80 | |
| 11-17-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 11-18-22 | Visa Card | | 691.32 |

Card #  XXXXXXXXXXXX3491

# COURTYARD® Marriott

Courtyard by Marriott  
San Juan - Miramar

801 Ponce de Leon Ave.  
San Juan, PR. 00907  
T 787.721.7400  
F 787.723.0068

Mr Alan Youngs  
5552 W Lakeridge Rd  
Lakewood CO 80227  
United States

Room: 0907  
Room Type: EKNG  
No. of Guests: 1  
Rate: S 120.00  Clerk: 1009

Marriott Rewards # 119330892

CRS Number  80599221

Name:

Arrive: 11-14-22   Time: 07:27 PM   Depart: 11-18-22   Folio Number: 712231

| Date | Description | Charges | Credits |
|---|---|---|---|
| | Balance | | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today. Start earning points and elite status, plus enjoy exclusive member offers. Enroll today at the front desk.

# Uber

November 14, 2022

## Thanks for tipping, Michaela

We hope you enjoyed your ride this evening.

| | |
|---|---|
| **Total** | **$96.10** |

| | |
|---|---|
| Trip fare | $46.82 |

| | |
|---|---|
| **Subtotal** | **$46.82** |
| Reservation Fee | $25.00 |
| Booking Fee | $8.04 |
| Temporary Fuel Surcharge | $0.55 |
| Denver International Airport Pickup/Drop-off Fee | $2.86 |
| Colorado Prearranged Ride Regulatory Fee | $0.30 |
| Tips | $12.53 |

## Payments

| | | |
|---|---|---|
| VISA | Visa ••••9247<br>11/14/22 5:19 AM | $83.57 |
| VISA | Visa ••••9247<br>12/1/22 4:52 PM | $12.53 |

Visit the trip page for more information, including invoices (where available)

---

You rode with Jafar

**Comfort**   33.45 miles | 38 min

- 4:40 AM | 5552 W Lakeridge Rd, Lakewood, CO 80227, US
- 5:18 AM | 8500 Pena Blvd, Denver, CO 80249, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

**From:** jetblueairways@email.jetblue.com,
**To:** alyoun@aol.com,
**Subject:** Itinerary receipt notice
**Date:** Tue, Dec 27, 2022 4:01 pm



## Your travel receipt.
Thanks for flying JetBlue!

# Travel Purchase

**Date of requested receipt:** 2022-11-03        **Record Locator:** SUTCJP

## SJU        FLL

| | |
|---|---|
| **Travel date** | 2022-11-18T08:15:00 |
| **Flight number** | 1454 |

**Traveler(s)**                                            **Ticket number(s)**

YOUNGS/ALAN C MR                              2792107111108

**Base fare:**                                              $223.00 USD

| Taxes & fees breakdown: | AMOUNT | CURRENCY | PURPOSE - (CODE) |
|---|---|---|---|
| | $4.50 | USD | U.S. Passenger Facility Charge - (XF) |
| | $5.60 | USD | U.S. September 11th Security Fee - (AY) |
| | $19.70 | USD | U.S. Transportation Tax - (US2) |
| **Taxes & fees total:** | $29.80 | USD | |
| **Base fare total:** | **$252.80** | | |

**Payment(s):**

Visa card XXXXXXXXXXXX3491         $252.80

# Fees

**YOUNGS ALAN**          Ticket number(s): 2794407348511

Date: 2022-11-03

| QTY | FEE TYPE | COST | TAX | TOTAL |
|---|---|---|---|---|
| 1 | FIRST BAG UPTO50LB 23KG | $30.00 | $0.00 | $30.00 |

**Total:**     $30.00 USD

**Payment(s):**     Visa card XXXXXXXXXXXX3491         $30.00

**YOUNGS ALAN**          Ticket number(s): 2794407348513

Date: 2022-11-03

| QTY | FEE TYPE | COST | TAX | TOTAL |
|---|---|---|---|---|
| 1 | SEAT ASSIGNMENT | $43.00 | $0.00 | $43.00 |

**Total:**         **$43.00 USD**

**Payment(s):**             Visa card XXXXXXXXXXXX3491         $43.00

## Total paid: $325.80 USD*

*includes all fares, taxes, fees and penalties less any amounts refunded

Flight Status    |    Bag Info    |    Airport Info

## Stay connected

 Download the JetBlue mobile app        

Help

Business Travel

Privacy

About JetBlue

Please call 1-800-JETBLUE (1-800-538-2583) for additional assistance.

Positive identification required for airport check-in.

Notice:
Carriage and other service provided by the carrier are subject to conditions of carriage, which are hereby incorporated by reference. These conditions may be obtained from the issuing carrier. E-ticket Receipt total includes airfare, taxes, and fees applicable to air care, baggage fees, and Even More fees, as may be applicable.