# Rafael Ruiz Consulting

12 Crestshire Dr.
Lawrence, MA 01843

PHONE: 6177599156    stodgo1971@yahoo.com    12 Crestshire Dr.

## INVOICE

INVOICE NUMBER: 2022-11
INVOICE DATE: 11/30/2022

Federal Police Monitor for PR
VIG Tower, PH-924
1225 Ponce De Leon Ave.
San Juan, PR 00907

RAFAEL E. RUIZ CONSULTING

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: FPM work from Home | | | |
| 11/1/2022 | FPM work from Home | Edit CMR-07 Policies and Procedures Draft | 1.25 | $165.00 | $206.25 |
| 11/2/2022 | FPM work from Home | Call w/ Dep Monitor re Policies and Procedures Draft edits | 0.50 | $165.00 | $82.50 |
| 11/4/2022 | FPM work from Home | Re-edit CMR-07 Policies and Procedures Draft | 6.50 | $165.00 | $1,072.50 |
| 11/5/2022 | FPM work from Home | Re-edit CMR-07 Policies and Procedures Draft | 2.25 | $165.00 | $371.25 |
| 11/6/2022 | FPM work from Home | Re-edit of CMR-07 Policies and Procedures Draft | 2.00 | $165.00 | $330.00 |
| 11/7/2022 | FPM work from Home | FPM bi-weekly meeting | 1.25 | $165.00 | $206.25 |
| 11/7/2022 | FPM work from Home | Re-edit of CMR-07 Policies and Procedures and Search and Seizure Drafts | 3.50 | $165.00 | $577.50 |
| 11/8/2022 | FPM work from Home | Edit CMR-07 Search and Seizure Draft | 4.00 | $165.00 | $660.00 |
| 11/9/2022 | FPM work from Home | Edit CMR-07 Search and Seizure Drafts | 8.00 | $165.00 | $1,320.00 |
| 11/10/2022 | FPM work from Home | Review GO's 400-404, 600-616, annexes and PPR's | 4.00 | $165.00 | $660.00 |
| 11/20/2022 | FPM work from Home | Review GO 100-130 | 3.25 | $165.00 | $536.25 |
| 11/21/2022 | FPM work from Home | Re-review GO 600-621 | 1.25 | $165.00 | $206.25 |
| 11/22/2022 | FPM work from Home | Re-review GO 100-107 | 0.50 | $165.00 | $82.50 |
| 11/30/2022 | FPM work from Home | FPM Para. 253 meeting w/Parties | 2.00 | $165.00 | $330.00 |
| 11/30/2022 | FPM work from Home | Phone calls, emails, texts with FPM Team | 0.75 | $165.00 | $123.75 |
| | | TOTAL: FPM work from Home | | | $6,765.00 |
| | | PROJECT: FPM work from PR (Site Visits) | | | |

INVOICE NUMBER: 2022-11

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 11/15/2022 | FPM work from PR (Site Visits) | Site visit to PR: meetings, interviews | 8.00 | $165.00 | $1,320.00 |
| 11/16/2022 | FPM work from PR (Site Visits) | Site visit to PR: meetings and interviews | 8.00 | $165.00 | $1,320.00 |
| 11/17/2022 | FPM work from PR (Site Visits) | Site visit to PR: meetings and interviews | 4.00 | $165.00 | $660.00 |
|  |  | TOTAL: FPM work from PR (Site Visits) |  |  | $3,300.00 |
|  |  | PROJECT: FPM-PR Expenses |  |  |  |
| 11/30/2022 | FPM-PR Expenses | PR Expenses: Ground transportation, meals, airfare, and lodging | 0.00 | $0.00 | $1,345.90 |
|  |  | TOTAL: FPM-PR Expenses |  |  | $1,345.90 |
|  |  | Total hours for this invoice | 61.00 |  |  |

| INVOICE BALANCE INFORMATION | |
|---|---|
| Total amount of this invoice | $11,410.90 |
| Current invoice balance | $11,410.90 |

| AMOUNT DUE ON THIS INVOICE: $11,525.90 |
|---|

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of the hours worked in my capacity as a member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Rafael E. Ruiz

Date: November 30, 2022



# Office of the Technical Compliance Advisor Travel Reimbursement Form

Enter all required information below to obtain travel reimbursement. If spending did not occur in a category, please leave the field blank fields will likely be used for one or more of the ground transportation options. The "Total" column of the table will update based on the i entered into the "Unit Cost" and "Units" columns. Receipts for airfare, lodging, ground transportation, and PCR Testing must be submi this form. Submit the Travel Reimbursement Form and accompanying receipts to Javier Gonzalez (Javier.benito@me.com) with the Monitor (jrrjjr.romero@gmail.com) and/or his designee copied with your monthly invoice.

**Traveler Name:** Rafael E. Ruiz
**Travel Dates:** Nov 14-17, 2022
**Purpose of Travel:** Site visit: Interviews and meetings

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 368.60 | 1 | $ 368.60 |
| Baggage | | 2 | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | $ 75.00 | 2 | $ 150.00 |
| Ground Transportation (Parking) | $ - | 5 | $ - |
| Ground Transportation (Mileage) | $ 0.56 | | $ - |
| Lodging | $ 141.60 | 3 | $ 424.80 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 2 | $ 230.00 |
| PCR Testing | $ 100.00 | | $ - |
| **Total** | | | **$ 1,345.90** |

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

**From:** JetBlue Reservations  jetblueairways@email.jetblue.com 🚩
**Subject:** JetBlue booking confirmation for RAFAEL ENRIQUE RUIZ - QNUFYZ
**Date:** October 10, 2022 at 5:05 PM
**To:** stodgo1971@aol.com



Check out the details for your trip on Mon, Nov 14



  |  #3326688490

## You're all set to jet.

And, your continued loyalty is what keeps us flying high. Thanks again for being a Mosaic member.

Please note: This is not your boarding pass.

**Your JetBlue confirmation code is**    **QNUFYZ**

## Change made easy.

Switch or cancel flights, add extras like Even More Space or pets, update your seat assignment, TrueBlue & KTN numbers, and other traveler details—all in one place. Stay safe from fraud—use only jetblue.com or the JetBlue app to switch or cancel your flights.



Manage trip

You can also manage your trips by downloading our free mobile app.

## Flights

**BOS** ▶ **SJU**                Date    Mon, Nov 14

|  |  |  |  |
|---|---|---|---|
| Boston, MA | San Juan, PR | Departs | 6:15pm |
| **Terminal:** C | | Arrives | 11:22pm |
| | | Flight | 2861 |

**jetBlue**

# SJU ▶ BOS

| San Juan, PR | Boston, MA | Date | Thu, Nov 17 |
|---|---|---|---|
| **Terminal:** A | | Departs | 2:05pm |
| | | Arrives | 5:20pm |
| | | Flight | 462 |

**jetBlue**

**If your booking was made at least 7 days in advance:** You may cancel it within 24 hours for a full refund to your original form of payment, without a cancellation fee.

**JetBlue Change/Cancel Policy:** There is no fee to change (or cancel) Blue, Blue Extra, Blue Plus or Mint fares. Blue Basic fares booked Jun 8 2021 - Aug 24 2021 and after Nov 1 2021 are subject to a change/cancel fee of $100 for travel wholly within the U.S., Caribbean, Mexico or Central America, or $200 for all other routes. There are no change/cancel fees for Blue Basic fares booked before Jun 8 2021 or between Aug 25 2021 - Oct 31 2021.

Fare difference may apply and funds may be issued as a JetBlue Travel Bank credit, valid for 12 months on any JetBlue-operated flight. As a Mosaic, same-day switches may be made without a fee or fare difference. Click here for details on our change and cancel policies.

## Traveler Details

**RAFAEL ENRIQUE RUIZ**

**Frequent Flier:** B6 3326688490
**Ticket number:** 2792105222159

**BOS - SJU:**

**Fare:** Blue

**Carry-on bags:** One (1) carry-on bag and one (1) personal item included in your fare.

**Checked bags:** Your Mosaic membership includes two (2) checked bags per person. If you need to check more than two bags, these can only be added at the ticket counter on your day of travel, and other baggage restrictions may apply.

**Seat:** 9D

**Notes:** Priority security

**SJU - BOS:**

**Fare:** Blue

**Carry-on bags:** One (1) carry-on bag and one (1) personal item included in your fare.

**Checked bags:** Your Mosaic membership includes two (2) checked bags per person. If you need to check more than two bags, these can only be added at the ticket counter on your day of travel, and other baggage restrictions may apply.

**Seat:** 11B

**Notes:** Priority security



Get up to 7" more legroom, a fast lane to the TSA checkpoint (select cities), and early boarding—all the better to nab that overhead bin.

**Add Even More Space ▶**

## Payment Details

| | | |
|---|---|---|
| XXXXXXXXXXX2024 | NONREF | $309.00 |
| | Taxes & fees | $59.60 |
| | **Total:** | **$368.60 USD** |

Purchase Date: Oct 10, 2022

[Request full receipt](#)



### Wait 'til you see the hotel & car savings.

Save up to 20% on hotels and up to 35% on car rentals with Paisly, just because you booked a JetBlue flight. You'll even earn TrueBlue points and enjoy 24/7 support from helpful humans.

**Unlock deals**

Flight Tracker   |   Bag Info   |   Airport Info

## Stay Connected

 **Download the JetBlue Mobile App**

   

Help

Business Travel

**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Rafael Ruiz
12 Crestshire Dr
Lawrence MA 01843
United States

Room: 0201
Room Type: KSTE
No. of Guests: 1
Rate:  $  120.00  Clerk: 5

Marriott Rewards #   232084256

CRS Number  90718280

Name:

Arrive:  11-14-22        Time: *12:24 AM        Depart: 11-17-22        Folio Number: 712774

| Date | Description | Charges | Credits |
|---|---|---|---|
| 11-14-22 | Package | 120.00 | |
| 11-14-22 | Government Tax | 10.80 | |
| 11-14-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 11-15-22 | COMEDOR- Guest Charge (Breakfast) | 6.21 | |
| 11-15-22 | Package | 120.00 | |
| 11-15-22 | Government Tax | 10.80 | |
| 11-15-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 11-16-22 | COMEDOR- Guest Charge (Breakfast) | 5.00 | |
| 11-16-22 | Package | 120.00 | |
| 11-16-22 | Government Tax | 10.80 | |
| 11-16-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 11-17-22 | COMEDOR- Guest Charge (Breakfast) | 6.21 | |
| 11-17-22 | American Express | | 442.22 |
| | Card #  XXXXXXXXXX3007 | | |

**Balance**                                                                 **0.00 USD**

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

**COURTYARD Marriott**



Receipt No. 557225, Date 11/14/22, Received from Rafael Ruiz, Seventy Five dollars, $75, For Ride to the Airport from Home to Airport.

Receipt No. 557226, Date 11/17/22, Received from Rafael Ruiz, Seventy Five dollars, $75, For ride from the Airport to Home.