| Name: | Rita J. Watkins |
|---|---|
| **Invoice Date:** | 11/30/2022 |
| **Invoice Period:** | November 1-30, 2022 |

| Date | Task(s) | Rate | Total Hours | Total Amount |
|---|---|---|---|---|
| 11/1/2022 | Communications & Coordination - telcons and emails to/from Monitors, all parties | $ 160.00 | 1.5 | $ 240.00 |
| 11/1/2022 | Write on CMR-7 | $ 160.00 | 1 | $ 160.00 |
| 11/2/2022 | Meeting to discuss SA & DV cases/End of period data review | $ 160.00 | 3 | $ 480.00 |
| 11/3/2022 | End of period review of SA & DV cases | $ 160.00 | 7 | $ 1,120.00 |
| 11/4/2022 | Communication with monitors/CMR-7 Draft writing | $ 160.00 | 2.25 | $ 360.00 |
| 11/5/2022 | CMR-7 Draft writing | $ 160.00 | 2.5 | $ 400.00 |
| 11/6/2022 | CMR-7 Draft writing | $ 160.00 | 3 | $ 480.00 |
| 11/7/2022 | Team meeting | $ 160.00 | 1.5 | $ 240.00 |
| 11/7/2022 | Policy Review OG 600-616 | $ 160.00 | 1 | $ 160.00 |
| 11/15/2022 | Site visit work/interviews, data anaysis, meetings | $ 160.00 | 8 | $ 1,280.00 |
| 11/16/2022 | Site visit work/interviews, data anaysis, meetings | $ 160.00 | 8 | $ 1,280.00 |
| 11/17/2022 | Site visit work/interviews, data anaysis, meetings | $ 160.00 | 4 | $ 640.00 |
| 11/21/2022 | Policy Review OG 107 | $ 160.00 | 1 | $ 160.00 |
| 11/22/2022 | Policy Review OG 701 | $ 160.00 | 1.5 | $ 240.00 |
| 11/28/2022 | Communication with monitors/Policy review OG 310 | $ 160.00 | 1.25 | $ 200.00 |
| | | $ 160.00 | | $ - |
| | | $ 160.00 | | $ - |
| | | $ 160.00 | | $ - |
| | | $ 160.00 | | $ - |
| | | $ 160.00 | | $ - |
| | | $ 160.00 | | $ - |
| | | $ 160.00 | | $ - |
| | | $ 160.00 | | $ - |
| | | $ 160.00 | | $ - |
| | | $ 160.00 | | $ - |
| | | $ 160.00 | | $ - |
| | | $ 160.00 | | $ - |
| | | $ 160.00 | | $ - |
| **TOTAL Labor** | | | 46.5 | $ 7,440.00 |
| **TOTAL Travel** | *(see reimbursement form)* | | | $ 2,144.90 |
| **TOTAL** | | | 46.5 | $ 9,584.90 |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Signature:

*Rita J. Watkins*

Date:     11/30/2022

# Office of the TCA - Travel Reimbursement Form

**Name:**      **Rita J. Watkins**

**Travel Dates:**    **November 14-17, 2022**

**Purpose of Travel:**    **On-Site evaluation**

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 1,083.60 | 1 | $ 1,083.60 |
| Baggage | $ - | 0 | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | | | $ - |
| Ground Transportation (Parking) | $ 104.00 | 1 | $ 104.00 |
| Ground Transportation (Mileage) | $ 0.625 | 208 | $ 130.00 |
| Lodging | $ 141.60 | 3 | $ 424.80 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 2 | $ 230.00 |
| Other: | $ - | 0 | $ - |
| **Total** | | | **$ 2,144.90** |

**Watkins, Rita**

| | |
|---|---|
| **From:** | United Airlines <Receipts@united.com> |
| **Sent:** | Wednesday, November 2, 2022 12:28 PM |
| **To:** | Watkins, Rita |
| **Subject:** | eTicket Itinerary and Receipt for Confirmation FH4BNS |

---

**CAUTION:** The sender of this email is not from SHSU.
Any links or attachments may be dangerous. To report this email as suspicious, forward it to
abuse@shsu.edu.

---

                                                          Wed, Nov 02, 2022

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our <u>Important notices page</u> for the latest updates

**Get ready for your trip:** <u>Visit the Travel-Ready Center</u>, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# FH4BNS

| Flight 1 of 2 UA1192 | Class: United Economy (V) |
|---|---|
| Mon, Nov 14, 2022 | Mon, Nov 14, 2022 |
| **10:15 AM** | **04:37 PM** |
| Houston, TX, US (IAH) | San Juan, PR, US (SJU) |

| Flight 2 of 2 UA668 | Class: United Economy (E) |
|---|---|
| Thu, Nov 17, 2022 | Thu, Nov 17, 2022 |
| **03:50 PM** | **06:49 PM** |
| San Juan, PR, US (SJU) | Houston, TX, US (IAH) |

Traveler Details

WATKINS/RITAJANE

eTicket number: **0162444840623**                              Seats: **IAH-SJU 10D**
Frequent Flyer: **UA-XXXXX226 Premier Gold**                          **SJU-IAH 08D**

Purchase Summary

Method of payment:                                    **Miscellaneous Document**
                                                    **Master Card ending in 0178**
Date of purchase:                                      **Wed, Nov 02, 2022**

Airfare:                                                      **1024.00 USD**
U.S. Transportation Tax:                                         **39.40 USD**
September 11th Security Fee:                                     **11.20 USD**
U.S. Passenger Facility Charge:                                   **9.00 USD**

Total Per Passenger:                                         **1083.60 USD**

# Total:                                            **1083.60 USD**

## Additional Collection
An additional amount of **284.00 USD** for the difference in fare was charged to Master Card ending in 0178 on Wed, Nov 02, 2022.

## Payment Info
Remaining value of your previous ticket numbers 0162443184006 was applied to this purchase.

## Fare Rules
Additional charges may apply for changes in addition to any fare rules listed.
NONREF/0VALUAFTDPT
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

## MileagePlus Accrual Details

| Ritajane Watkins | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Mon, Nov 14, 2022 | 1192 | Houston, TX, US (IAH) to San Juan, PR, US (SJU) | 2880 | 360 | 1 |
| Thu, Nov 17, 2022 | 668 | San Juan, PR, US (SJU) to Houston, TX, US (IAH) | 5312 | 664 | 1 |
| MileagePlus accrual totals: | | | 8192 | 1024 | 2 |

## Baggage allowance and charges for this itinerary

**COURTYARD**®
**Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Ms Rita Watkins
4746 Enchanted Oaks Dr
College Sta TX 77845
United States

Room: 0906
Room Type: EKNG
No. of Guests: 1
Rate:  $  120.00  Clerk: 8

Marriott Rewards #    595896259

CRS Number  87278437

Name:

Arrive:   11-14-22          Time:   05:20 PM          Depart:  11-17-22          Folio Number:  710791

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 11-14-22 | Package | 120.00 | |
| 11-14-22 | Government Tax | 10.80 | |
| 11-14-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 11-15-22 | COMEDOR- Guest Charge (Breakfast) | 7.35 | |
| 11-15-22 | Package | 120.00 | |
| 11-15-22 | Government Tax | 10.80 | |
| 11-15-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 11-16-22 | COMEDOR- Guest Charge (Breakfast) | 2.00 | |
| 11-16-22 | Package | 120.00 | |
| 11-16-22 | Government Tax | 10.80 | |
| 11-16-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 11-17-22 | Master Card / Euro Card | | 434.15 |
| | *Card # XXXXXXXXXXXX0178* | | |

**Balance**                                                                 **0.00 USD**

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status,
plus enjoy exclusive member offers. Enroll today at the front desk.

Logo.txt

SP+|GLOBAL|IMS
2800 N. Terminal Rd.
Houston, TX 77032
281.233.1786

# Receipt

| | |
|---|---|
| P/S #54 | A Payment No.00000420 |
| T/D #40 | Ticket No.014422 |
| Entry Time | 11/14/2022 (Mon)  8:25 |
| Exit Time | 11/17/2022 (Thu) 19:25 |
| Parking Time | 3Days  11:00 |
| Parking Fee | Rate B    $104.00 |

MASTERCARD
| | |
|---|---|
| Account # | ****************0178 |
| Slip # | 92959 |
| Auth Code | 000006645P |
| Credit Card Amount | $104.00 |
| Cash Amount | $0.00 |

| | |
|---|---|
| Total | $104.00 |

Thank You for Your Visit
Please Come Again !

Logo.txt

SP+|GLOBAL|IMS
2800 N. Terminal Rd.
Houston, TX 77032
281.233.1786

Receipt

P/S #54          A Payment No.00000420
T/D #40              Ticket No.014422
Entry Time    11/14/2022 (Mon)  8:25
Exit Time     11/17/2022 (Thu) 19:25
Parking Time             3Days  11:00
Parking Fee      Rate B    $104.00

MASTERCARD
  Account #       ****************0178
  Slip #                        92959
  Auth Code                000006645P
Credit Card Amount           $104.00
Cash Amount                    $0.00

Total                        $104.00

Thank You for Your Visit
Please Come Again !

**Watkins, Rita**

| | |
|---|---|
| **From:** | Rita Watkins <drritawatkins@gmail.com> |
| **Sent:** | Tuesday, November 29, 2022 9:23 AM |
| **To:** | Watkins, Rita |
| **Subject:** | Mileage to IAH |

CAUTION:The sender of this email is not from SHSU.
Any links or attachments may be dangerous. To report this email as suspicious, forward it to abuse@shsu.edu.



Sent from my iPhone

 


Mon, Oct 24, 2022

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our Important notices page for the latest updates

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

## FH4BNS

| Flight 1 of 2 UA1192 | Class: United Economy (V) |
|---|---|
| Mon, Nov 14, 2022 | Mon, Nov 14, 2022 |
| **10:15 AM** | **04:37 PM** |
| Houston, TX, US (IAH) | San Juan, PR, US (SJU) |

| Flight 2 of 2 UA668 | Class: United Economy (V) |
|---|---|
| Fri, Nov 18, 2022 | Fri, Nov 18, 2022 |
| **03:50 PM** | **06:49 PM** |
| San Juan, PR, US (SJU) | Houston, TX, US (IAH) |

### Traveler Details

WATKINS/RITAJANE
eTicket number: 0162443184006
Frequent Flyer: **UA-XXXXX226 Premier Gold**

Seats: **IAH-SJU 10D**
**SJU-IAH 24C**

### Purchase Summary

| | |
|---|---|
| Method of payment: | **Miscellaneous Document ending in** |
| Date of purchase: | **Mon, Oct 24, 2022** |
| Airfare: | 740.00 USD |
| U.S. Transportation Tax: | 39.40 USD |
| September 11th Security Fee: | 11.20 USD |
| U.S. Passenger Facility Charge: | 9.00 USD |
| Total Per Passenger: | 799.60 USD |
| **Total:** | **799.60 USD** |

### Payment Info

Remaining value of your previous ticket numbers 0162443182648 was applied to this purchase.

### Fare Rules

Additional charges may apply for changes in addition any fare rules listed.
NONREF/0VALUAFTDPT
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

### MileagePlus Accrual Details

| Ritajane Watkins | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Mon, Nov 14, 2022 | 1192 | Houston, TX, US (IAH) to San Juan, PR, US (SJU) | 2960 | 370 | 1 |
| Fri, Nov 18, 2022 | 668 | San Juan, PR, US (SJU) to Houston, TX, US (IAH) | 2960 | 370 | 1 |
| MileagePlus accrual totals: | | | 5920 | 740 | 2 |