# INVOICE



22 Chalets de Santa Maria
San Juan, P.R. 00927
(787) 940-3090

**BILL TO:**
**Office of the FPMPR, LLC**
VIG Tower, PH 924
1225 Ponce de Leon Avenue
San Juan, P.R. 00907

**DATE:** 11/30/2022
**INVOICE #** 202211
**FOR:** FPMPR/TCA

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Zoom calls/Team meetings: 11/7/2022 | 1.25 | $160.00 | $ 200.00 |
| emails-texts/phone calls: Sam, Rafa, Rita, Denise, Donnie, Team | 2.75 | $160.00 | $ 440.00 |
| 11/01/2022: General Orders search per Sam's request: OG 151, 112, & 641 Virtual Library | 0.50 | $160.00 | $80.00 |
| 11/02/2022: OG 125 policy review and recommendations par. 229 addtl. Docs review/recs. PPR. 125.1, PPR 125.2, 125.3  OG 125-Guide to report transgender incidents. | 3.50 | $160.00 | $560.00 |
| 11/02/2022: Press Office Public Information Manual review, OG 127 review with recommendations/Par. 229. | 2.00 | $160.00 | $320.00 |
| 11/14/2022: Press Office Questinaire doc for Donnie | 0.25 | $160.00 | $ 40.00 |
| 11/15/2022: Press Office questionaire translation to Sapnish per Donnie's request | 0.50 | $160.00 | $ 80.00 |
| 11/15/2022: Press Office interview recording review | 0.75 | $160.00 | $ 120.00 |
| 11/17/2022: CMR7 filed draft review | 0.50 | $160.00 | $ 80.00 |
| 11/22/2022: Monthly call Denise | 0.50 | $160.00 | $ 80.00 |
| Sum | 12.50 | | $ 2,000.00 |
| | | | $ - |
| | | TOTAL | $2,000.00 |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor.  I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities, or agencies.

Merangelie Serrano-Rios