

11 de octubre de 2022

**Via e-mail**

Atención:
Javier González
Office of the FPMPR

**FACTURA #PHNOV16 – USO DE ESPACIO FACILIDADES POPULAR**

Fecha de actividad: 16 de noviembre de 2022
Lugar de actividad: PH B


**Total adeudado: $420.00**


El cheque debe ser a nombre de Banco Popular de Puerto Rico.

Favor de entregar en Piso 9 de Popular Center o enviar por correo:

Banco Popular de Puerto Rico
Attn: Denise Gutiérrez Dávila
División de Bienes Raíces (716)
P.O. Box 362708
San Juan, PR 00936-2708


Atentamente,

*Joanna Pérez Doble*

Joanna M. Pérez Doble
Oficial de Relaciones
Unidad Diseño & Construcción
División de Bienes Raíces Corporativos (716)