OFFICE OF THE FPMPR LLC
VIG Tower, PH-924
1225 Ave. Juan Ponce de León
San Juan, PR 00907

# INVOICE

Date:   November 30, 2022

TO:     FPMPR LLC

| | |
|---|---:|
| To cover insurance charges (Multinational Insurance Company) | $ 750.00 |
| Total | $ 750.00 |



**Multinational Insurance Company**
*Seguro te Responde*
PO Box 366107 San Juan, Puerto Rico 00936-6107
www.multinationalpr.com
787-758-0909

# PAGO COMPLETADO

Guarde la siguiente información como evidencia del pago realizado a Multinational Insurance Company

| CLIENTE | POLIZA | EMAIL | CANTIDAD PAGADA |
|---|---|---|---|
| OFFICE OF THE FPMPR LLC | CLP0372039 | | $750.00 |

| FECHA TRANSACCION | AUTORIZACION NUMERO | METODO DE PAGO | NUMERO SOLICITUD |
|---|---|---|---|
| 11/17/2022 | 363659 | DIRECT DEPOSIT ACH | 202094 |

| DESCRIPCION |
|---|
| PAGO TOTAL |