**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA,

    **Plaintiff,**

          **v.**

COMMONWEALTH OF PUERTO RICO, *et al.*,

    **Defendants.**

**Civil No.** 12-2039 (FAB)

**ORDER**

The "AMENDED MOTION TO APPROVE AND DISBURSE FUNDS AND IN COMPLIANCE WITH ORDER" submitted by the Office of the Federal Police Monitor for professional services rendered during the month of November 2022 (Docket No. 2281) is **NOTED and APPROVED** for payment.

    **IT IS SO ORDERED.**

    San Juan, Puerto Rico, January 4, 2023.

                    s/ Francisco A. Besosa
                    FRANCISCO A. BESOSA
                    SENIOR UNITED STATES DISTRICT JUDGE