# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>COMMONWEALTH OF PUERTO RICO and the PUERTO RICO POLICE DEPARTMENT,<br><br>   Defendants. | NO. 3:12-cv-2039 (FAB) |

## MOTION TO EXCUSE APPEARANCE OF COUNSEL

**TO THE HONORABLE COURT:**

The undersigned attorney, as General Counsel of Federal Monitor John Romero and the Federal Monitor's Office, respectfully states and prays:

The Honorable Court scheduled a status conference for January 19, 2023 at 9 am. See ECF No. 2267. The undersigned, however, had previously made travel arrangements to take vacation time starting on January 19th and returning to the office for work on Monday, January 30, 2023. Rather than requesting a continuance, the Federal Monitor has asked the undersigned to file this motion and respectfully move for an order to excuse the appearance of the undersigned to the January 19th hearing.

WHEREFORE, it is respectfully requested that the Honorable Court grant this motion for the reasons stated above.

In San Juan, Puerto Rico, this 10th day of January 2023.

**I HEREBY CERTIFY** that on this same date a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which in turn notifies all counsel of record in the case.

**CORREA-ACEVEDO & ABESADA**
**LAW OFFICES, P.S.C**
Centro Internacional de Mercadeo, Torre II
#90 Carr. 165, Suite 407
Guaynabo, PR  00968
Tel.  (787) 273-8300 / Fax (787) 273-8379
ra@calopsc.com


S/Roberto Abesada-Agüet
USDC-PR No. 216706
General Counsel, Federal Monitor's Office