# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff;<br><br>    v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>                    Defendants. | No. 12-cv-2039 (FAB) |

## INFORMATIVE MOTION REGARDING JANUARY 19 STATUS CONFERENCE

The United States files this motion notifying the Court that Katherine Chamblee-Ryan and Jorge Castillo will be unavailable to attend the status conference on January 19, 2023 due to other obligations.

Trial Attorney Luis Saucedo will be present to represent the United States at the status conference.

WHEREFORE, the United States requests respectfully that the Court take note of Ms. Chamblee-Ryan's and Mr. Castillo's unavailability for the January 19, 2023, status conference.

WE HEREBY CERTIFY that on today's date, we filed the foregoing pleading electronically through the CM/ECF system, which caused the parties, counsel of record, the Special Master, and the Monitor on the service list to be served by electronic means.

Respectfully submitted this 10th day of January, 2023.

                    Respectfully submitted,

                    STEVEN H. ROSENBAUM
                    Chief, Special Litigation Section
                    Civil Rights Division

                    /s/Katherine Chamblee-Ryan

        TIMOTHY D. MYGATT
Deputy Chief
LUIS E. SAUCEDO (G01613)
JORGE CASTILLO (G02912)
KATHERINE CHAMBLEE-RYAN (G03515)
Trial Attorneys
Civil Rights Division
Special Litigation Section
Four Constitution Square
150 M Street NE
Washington, D.C. 200002
Telephone: (202) 598-0538
luis.e.saucedo@usdoj.gov
jorge.castillo@usdoj.gov
katherine.chamblee-ryan@usdoj.gov

Attorneys for Plaintiff