# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO, et al.,**<br><br>Defendants. | **CIVIL NO.: 12-cv-02039** |

## INFORMATIVE MOTION REGARDING THE JANUARY 19, 2023 STATUS HEARING AND REQUEST FOR ORDER

**MAY IT PLEASE THE COURT:**

    **COME NOW**, Codefendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau ("PRPB"), through the undersigned attorneys, and very respectfully state and pray:

    1.    On December 19, 2022, this Honorable Court issued 'Order Scheduling Status Conference' in the above captioned case at Docket 2267. The hearing is scheduled for January 19, 2023, at 9:00am.

    2.    The Commonwealth would like to clarify a few matters regarding some of the individuals that were mandated to appear for the hearing.

    2.    The Court mandated the attendance of Carlos Colón, IT Office Director. The Commonwealth respectfully informs the Court that Mr. Colón does no longer works at DSP.

    3.    Also, the Court also mandated the attendance of "Director José Vázquez – Office of the Reform". The Commonwealth respectfully informs that José Vázquez does no longer works

at PRPB. To clarify, José Vázquez is an attorney that worked at the Reform Office, but was not a Director.

4. Finally, the Court also mandated the appearance of COL(P) Arthur Garffer, DSP's Under Secretary Operations & Intelligence. COL(P) Garffer will attend the hearing, but needs to be excused at 12 noon to comply with military obligations. In particular, COL(P) Garffer is required by the US Army to appear on January 20, 2023 at 9:00AM, at Special Operations Detachment-E (CP-Dawson), at 1001 Army Rd., in Kingwood, West Virginia. See Exhibit 1. The Commonwealth respectfully requests the Honorable Court to issue an Order excusing COL(P) Garffer from the hearing after 12 noon.

5. All other persons whose attendance was mandated by the Honorable Court will be present at the hearing.

**WHEREFORE,** Defendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau respectfully informs the Court regarding the stated individuals that no longer work at PRPB and DSP, and respectfully requests this Honorable Court to issue an Order excusing the attendance of COL(P) Garffer from the hearing after 12 noon.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

In San Juan, Puerto Rico, today, January 13, 2023.

Motion Requesting Order
Civil No. 12-02039
Page 3 of 3

**CANCIO, NADAL & RIVERA, L.L.C.**
P.O. Box 364966
San Juan, Puerto Rico 00936-4966
403 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Tel. (787) 767-9625

**S/ RAFAEL BARRETO-SOLÁ**
USDC PR: 211801
rbarreto@cnr.law

**S/ GABRIEL A. PEÑAGARÍCANO**
USDC PR: 212911
gpenagaricano@me.com