


**DEPARTMENT OF THE ARMY**
**SPECIAL OPERATIONS DETACHMENT – EUROPE**
**1001 Army Road**
**Kingwood, West Virginia 26537**

WVNG-SOD-OP                                                                                                                22 February 2022

MEMORANDUM FOR RECORD

SUBJECT:   TY 23 Monthly Unit Training Dates

1. All members of the Special Operations Detachment – Europe (SOD-E) are hereby ordered to attend all assembly periods of training provided in this memorandum.  Unit members must contact their first line leader in the event they are going to be absent or late.  If no contact can be made with the first line leader, unit members will call up their chain of command and/or contact the unit but only as a last resort.  Leaders are responsible for notifying the chain of command of a soldier's absence.

| MONTH | DATE | MUTA | NOTES |
|---|---|---|---|
| OCT 22 | NO DRILL | | |
| NOV 22 | 02-04 | 6 | ABN OPN /Mandatory Training |
| NOV 22 | 05-19 | Annual Training | WFX 23-2 / SOJTF-C |
| DEC 22 | NO DRILL | | |
| JAN 23 | 20-22 | 6 | Mandatory Training, Exercise Prep |
| FEB 23 | NO DRILL | | |
| MAR 23 | 10-12 | 6 | ABN OPN, Exercise Support |
| APR 23 | 13-16 | 8 | ABN OPN, ACFT, Exercise Prep |
| MAY 23 | 18-21 | 8 | ABN OPN, IWQ, Exercise Prep |
| JUN 23 | 3-17 | Annual Training | WFX 23-5/ SOTJF-C |
| JUN 23 | NO DRILL | | |
| JUL 23 | NO DRILL | | |
| AUG 23 | 04-06 | 6 | ABN OPN, Family Day |
| SEP 23 | 14-17 | 8 | ABN OPN, IWQ, ACFT, TCCC |
| | TOTAL | 48 | |

2. Unit members will be notified in advance for any date changes to this calendar.

3. Any questions concerning this memo please address them to MSG Michael Contic at 304-791-4030 or michael.r.contic.mil@army.mil.

ARTHUR J. GARFFER JR.
COL, SF
Commanding