IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants.** | **Civil No.** 12-2039 (FAB) |

**ORDER**

At the Status Conference scheduled to be held on Thursday, January 19, 2023 at 9:00 a.m. at the HATO REY COURTHOUSE, Courtroom 4, it is anticipated that the Puerto Rico Police Bureau (PRPB) administration of the written examination for promotion to Sergeant on December 17, 2022, and the processing of the examination results, will be a critical topic at the Status Conference.

Therefore, **Lcda. Karilyn Díaz-León, Chair of the PRPB Promotion Examination Board, shall attend the Status Conference.**

**IT IS SO ORDERED.**

San Juan, Puerto Rico, January 18, 2023.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE