# VIOTA & ASSOCIATES CPA LLC

B5 CALLE TABONUCO, SUITE 216
PMB 292
GUAYNABO, PR 00968-3029

## Invoice

INVOICE NUMBER: 20201129
DATE: DECEMBER 30, 2022

PUERTO RICO POLICE REFORM

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: CONSULTING FEES | | | |
| DEC-02-22 | CONSULTING FEES | -ACH Vendor Payments- December Services (1 of 2) | 1.00 | $125.00 | $125.00 |
| DEC-05-22 | CONSULTING FEES | -ACH Vendor Payments- December Services (2 of 2)<br>-Professional Services withholding payment<br>-Download November Bank statement | 0.75 | $125.00 | $93.75 |
| DEC-06-22 | CONSULTING FEES | Enter November invoices in SAGE, and November bank reconciliation and accounting | 3.00 | $125.00 | $375.00 |
| DEC-06-22 | CONSULTING FEES | Revise accounting 2021-2022<br>Final Trial Balance for Income tax Return | 3.00 | $125.00 | $375.00 |
| | | TOTAL: CONSULTING FEES | | | $968.75 |
| | | Total hours for this invoice | 7.75 | | |
| | | Total before tax | | | $968.75 |
| | | PR SALES TAX (IVU) | | | $0.00 |
| | | Total amount of this invoice | | | $968.75 |

MESSAGE

6% Withholding on Profesional Services (Waiver Certificate Available Upon Request)