# Rafael Ruiz Consulting

12 Crestshire Dr.
Lawrence, MA 01843

PHONE: 6177599156    stodgo1971@yahoo.com    12 Crestshire Dr.

## INVOICE

INVOICE NUMBER: 2022-12
INVOICE DATE: 12/30/2022

Federal Police Monitor for PR
VIG Tower, PH-924
1225 Ponce De Leon Ave.
San Juan, PR 00907

RAFAEL E. RUIZ CONSULTING

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: FPM work from Home | | | |
| 12/5/2022 | FPM work from Home | FPM Team Bi-weekly meeting; Respond to USDOJ/PRPB comments on CMR-07 | 8.00 | $165.00 | $1,320.00 |
| 12/6/2022 | FPM work from Home | Edit CMR-07, re response from Parties | 2.00 | $165.00 | $330.00 |
| 12/7/2022 | FPM work from Home | Review of PRPB GO 400-407 | 3.25 | $165.00 | $536.25 |
| 12/12/2022 | FPM work from Home | FPM Zoom 4- PRPB Comm Police Module presentation; Review of GO 636, PPR-636.1, 636.2, 636.3; FPM Zoom 4- PRPB CAD presentation | 6.25 | $165.00 | $1,031.25 |
| 12/13/2022 | FPM work from Home | Review of PRPB GOs 100-130 and 300-310 | 3.00 | $165.00 | $495.00 |
| 12/16/2022 | FPM work from Home | Gather PRPB's Highway Patrol files for Dep Monitor, re use of force issues | 1.50 | $165.00 | $247.50 |
| 12/20/2022 | FPM work from Home | Review of PRPB GOs 600-607, 600-622, 600-627, 600-644 | 5.25 | $165.00 | $866.25 |
| 12/21/2022 | FPM work from Home | Continue review of PRPB Gos 600-627, 600-644 | 4.75 | $165.00 | $783.75 |
| 12/23/2022 | FPM work from Home | Review of PRPB GO 600-637 | 4.00 | $165.00 | $660.00 |
| 12/29/2022 | FPM work from Home | Re-review of PRPB GOs 300-310, 600-627, and 600-637 | 4.00 | $165.00 | $660.00 |
| 12/30/2022 | FPM work from Home | FPM Team: emails, phone calls, texts | 1.50 | $165.00 | $247.50 |
| | | TOTAL: FPM work from Home | | | $7,177.50 |
| | | Total hours for this invoice | 43.50 | | |

| INVOICE BALANCE INFORMATION | |
|---|---|
| Total amount of this invoice | $7,177.50 |
| Current invoice balance | $7,177.50 |

INVOICE NUMBER: 2022-12

AMOUNT DUE ON THIS INVOICE: $7,177.50

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of the hours worked in my capacity as a member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Rafael E. Ruiz

Date: December 30, 2022