INVOICE 0094 FOR PROFESSIONAL SERVICES; DEC 1, 2022, THROUGH DEC 31, 2022
RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC

TO:   Federal Monitor
      Puerto Rico Police Department Consent Decree

The invoice for professional services rendered by Crystal Reef LLC (Monitoring Core Team) for Dec 2022 is detailed in the following attachments on pages 2 through 10.

| | |
|---|---|
| Name: | Scott Cragg |
| Invoice Date: | 12/31/22 |
| Invoice Period: | December 1 - 31 |

| Date | Task(s) | Rate | Total Hours | Total Amount |
|---|---|---|---|---|
| 12/1/22 | AHDatalytics Review, Review Gartner Assessment version 3.0, On-Site Schedule Planning for December, Time Keeping Admin | $ 165.00 | 3.25 | $ 536.25 |
| 12/4/22 | Redact Gartner Assess. 3.0 for monitors review, review emails | $ 165.00 | 0.75 | $ 123.75 |
| 12/5/22 | Monitors Weekly & prep, On-site schedule review, emails, UoF Virtual Demo with PRPB, DoJ, SM | $ 165.00 | 1.75 | $ 288.75 |
| 12/6/22 | CMR7 responses to Commonwealth Comments, Prep and Review with Deputy Monitor. Mtg with Gartner on IT Assessment, telcom with Administrative coordinator for FPMPR on timekeeping and invoicing. On-Site trip and travel planning | $ 165.00 | 5 | $ 825.00 |
| 12/8/22 | GO-123 - review and comment - reconcile with past comments, plan and coordinate Demonstrations, email correspondence with FPM Staff including Gartner Assessment. Review PRPB UoF Interim plan in prep for On-site demonstrations of CAD and UoF Systems at HQ and Utuado. Review of PRPB provided documents relative to CMR7 verification | $ 165.00 | 4.5 | $ 742.50 |
| 12/10/22 | GO 405 - review comment, review respond to emails and planning, 135, 212, 402, 504 | $ 165.00 | 2 | $ 330.00 |
| 12/11/22 | UoF Review Module video, prepare for Monday Demo, review materials | $ 165.00 | 1.5 | $ 247.50 |
| 12/12/22 | On-Site Puerto Rico | $ 165.00 | 8 | $ 1,320.00 |
| 12/13/22 | On-Site Puerto Rico | $ 165.00 | 8 | $ 1,320.00 |
| 12/14/22 | On-Site Puerto Rico | $ 165.00 | 8 | $ 1,320.00 |
| 12/15/22 | Review of AH Datalytics efforts to produce Dashboards, propose action to the Federal Monitor. Prepare and release guidance to Gartner for performing Tasks 3 & 4 to prepare the IT Action and Strategic Plan. Monthly teleconference with AHD, Validate CMR7 Final. Coordinate with DOJ the IT Action Plan guidance for the commonwealth. | $ 165.00 | 4.25 | $ 701.25 |
| 12/16/22 | Jan On-site interview planning and demo scheduling, and coordinate with Monitors Office, AHD, scan of General Orders 402 and 504 | $ 165.00 | 1.25 | $ 206.25 |
| 12/17/22 | Jan On-Site travel change logistics IRT Court changes re; staus conference | $ 165.00 | 0.75 | $ 123.75 |
| 12/19/22 | Communicate with DoJ on Gartner IT Corrective Action Plan, On-site change management | $ 165.00 | 2.25 | $ 371.25 |
| 12/20/22 | Review Gartner assessment coordination with the parties | $ 165.00 | 0.25 | $ 41.25 |
| 12/21/22 | Telcon's and emails on scheduling the Commonwealths planning of the IT Corrective Action Plan, review DoJ opinion as copared to responses from the Commonwealth. Review with Monitor | $ 165.00 | 1 | $ 165.00 |
| 12/22/22 | Correspondence and coordination, review of Commonwealth and DoJ materials on the development of the Comonwealths response to the Gartner IT Assessment, Teleconference with the Parties, Gartner and Monitor to review the Gartner/Commonwealth IT Corrctive Action | $ 165.00 | 2.25 | $ 371.25 |
| 12/26/22 | For Jan On-Site Interviews - Plan & review past minutes and notes for prioritization during interviews and demo's to assess follow through compliance, Merge CMR-5 observations and required follow through into Jan 2023 Interview Assessment Plan | $ 165.00 | 3.75 | $ 618.75 |
| 12/27/22 | Continue draft of On-site questions, interviews and follow on evaluation of status to be reviewed with BT, combine with trip notes and observations from June 2022 and forward | $ 165.00 | 2.5 | $ 412.50 |
| 12/29/22 | Continue review of CMR 6 and merging of "path forward" recommendations for interview and follow up questions for the Bureau of Technology during January on-site interviews in order to validate compliance | $ 165.00 | 3.25 | $ 536.25 |
| 12/30/22 | Finalize review of CMR 7 and merger of recommendations and path forward activities for interviews | $ 165.00 | 2 | $ 330.00 |
| 12/31/22 | Invoicing, preparation of substantiating documentation and transmission | $ 165.00 | 1 | $ 165.00 |
| TOTAL Labor | | | 67.25 | $ 11,096.25 |
| TOTAL Travel | (see reimbursement form) | | | $ 1,481.74 |
| TOTAL | | | 67.25 | $ 12,577.99 |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Signature: [signed]                                   Date: 12/31/22



# Office of the TCA - Travel Reimbursement Form

Traveler Name: Scott Cragg
Travel Dates: Dec 11 - Dec 14 2022
Purpose of Travel: On-Site Monitoring

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 479.19 | 1 | $ 479.19 |
| Baggage | | | |
| Ground Transportation (Tolls) | | | |
| Ground Transportation (Parking) | $ 27.00 | 4 | $ 108.00 |
| Ground Transportation (Mileage) | $ 0.625 | 107.6 | $ 67.25 |
| Lodging | $ 141.60 | 3 | $ 424.80 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 2 | $ 230.00 |
| Other: | | 0 | $ - |
| Total | | | $ 1,481.74 |

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

**Subject:** JetBlue booking confirmation for SCOTT POMAIALOHA CRAGG - GHYEGG
**Date:** Saturday, October 29, 2022 at 9:33:15 PM Eastern Daylight Time
**From:** JetBlue Reservations
**To:** spcragg@verizon.net

Check out the details for your trip on Sun, Dec 11

| #3363415311

# You're all set to jet.

And, your continued loyalty is what keeps us flying high. Thanks again for being a Mosaic member.

Please note: This is not your boarding pass.

**Your JetBlue confirmation code is**     **GHYEGG**

## Change made easy.

Switch or cancel flights, add extras like Even More Space or pets, update your seat assignment, TrueBlue & KTN numbers, and other traveler details—all in one place. Stay safe from fraud—use only jetblue.com or the JetBlue app to switch or cancel your flights.

**Manage trip**

You can also manage your trips by downloading our free mobile app.

## Flights

**DCA**          **MCO**              **Date**       Sun, Dec 11
Washington, DC   Orlando, FL          **Departs**    12:25pm

| | | | |
|---|---|---|---|
| **Terminal:** 2 | | Arrives | 2:51pm |
| | | Flight | 1923 |

| | | | |
|---|---|---|---|
| **MCO** Orlando, FL | **SJU** San Juan, PR | Date | Sun, Dec 11 |
| **Terminal:** C | | Departs | 3:25pm |
| | | Arrives | 7:15pm |
| | | Flight | 1133 |

| | | | |
|---|---|---|---|
| **SJU** San Juan, PR | **DCA** Washington, DC | Date | Wed, Dec 14 |
| **Terminal:** A | | Departs | 6:06pm |
| | | Arrives | 9:00pm |
| | | Flight | 1348 |

**If your booking was made at least 7 days in advance:** You may cancel it within 24 hours for a full refund to your original form of payment, without a cancellation fee.

**JetBlue Change/Cancel Policy:** There is no fee to change (or cancel) Blue, Blue Extra, Blue Plus or Mint fares. Blue Basic fares booked Jun 8 2021 - Aug 24 2021 and after Nov 1 2021 are subject to a change/cancel fee of $100 for travel wholly within the U.S., Caribbean, Mexico or Central America, or $200 for all other routes. There are no change/cancel fees for Blue Basic fares booked before Jun 8 2021 or between Aug 25 2021 - Oct 31 2021.

Fare difference may apply and funds may be issued as a JetBlue Travel Bank credit, valid for 12 months on any JetBlue-operated flight. As a Mosaic, same-day switches may be made without a fee or fare difference. Click here for details on our change and cancel policies.

restrictions may apply.

**Seat:** 9C

**Notes:** Priority security

Get up to 7" more legroom, a fast lane to the TSA checkpoint (select cities), and early boarding—all the better to nab that overhead bin.

**Add Even More Space**

## Payment Details

XXXXXXXXXX3831
Visa XXXXXXXXXX6833

NONREF  $415.09

Taxes & fees  $64.10

**Total:**  **$479.19 USD**

Purchase Date: Oct 29, 2022

Request full receipt

Wait 'til you see the hotel & car savings.

Save up to 20% on hotels and up to 35% on car rentals with Paisly, just because you booked a JetBlue flight. You'll even earn TrueBlue points and enjoy 24/7 support from helpful humans.

**Unlock deals**

**Subject:** Reminder of your reservation
**Date:** Saturday, December 10, 2022 at 9:02:03 AM Eastern Standard Time
**From:** Ronald Reagan Washington National Airport
**To:** spcragg@verizon.net

Your Upcoming Parking Reservation on 12/11/2022

DCAW282824

Hello scott,

Your parking reservation at Ronald Reagan Washington National Airport is coming up. We've included a reminder of your booking details below.

As of June 5, 2022, Garage A has become Parking 1 with Terminal A becoming Terminal 1, and Garage BC has become Parking 2 with Terminal BC becoming Terminal 2. For more info please click here.

You must use the QR code in this email to enter and exit the Airport parking facilities.

Your Reservation

| | |
|---|---|
| Reference: | DCAW282824 |
| Parking Lot: | Parking 2 |
| Entry: | 12/11/2022 at 11:00 |
| Exit: | 12/14/2022 at 21:00 |

## Payment Details

| | |
|---|---|
| Reservation Made: | 11/14/2022 |
| Card Number: | ************6833 |
| Total: | $ 108.00 |

**Do not pull a ticket or swipe your credit card.** This will cause you to be charged again for your parking.
Open this reminder e-mail or your confirmation e-mail on your mobile phone, or print a copy, and **place the QR code in front of the in-lane scanner** to enter/exit the garage.
If you have trouble with your QR code, please press the help button on the entry or exit lane equipment.

**Important information for your reservation:**

- You may cancel or modify your reservation up to 1 hour prior to the confirmed entry date and time without penalty here.
- No refunds are provided for trips that are shorter than the period of time reserved.
- If you experience difficulty at entry or exit, please press the Help button and a parking team member will help you.
- Please note that you must enter no more than 2 hours prior to your booked reservation entry time. Your reservation will not be recognized if you try to enter more than 2 hours prior to your entry time, however it will be recognized if you enter later, up until your exit time.
- If you stay longer than your reservation, you do not need to do anything. Please go to the exit and scan your QR code as normal to apply your prepayment. The parking system will then automatically calculate any extra time at the drive up rate and you can pay with a credit card. Please press the help button for any assistance required.

12/31/22, 11:16 PM

5272 Germantown Rd, Midland, VA to Ronald Reagan Washington National Airport - Google Maps

**Google Maps**  5272 Germantown Rd, Midland, VA 22728 to Ronald Reagan Washington National Airport

Drive 53.8 miles, 1 hr

https://www.google.com/maps/dir/5272+Germantown+Rd,+Midland,+VA/Ronald+Reagan+Washing...6!1m5!1m1!1s0x89b7b731402fe095:0x4168af016d076bad!2m2!1d-77.0402315!2d38.8512242?hl=en

Page 1 of 2

**COURTYARD**
**Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Scott Cragg
13932 S Springs Dr
Clifton VA 20124
United States

Room: 0514
Room Type: EKNG
No. of Guests: 1
Rate: $ 120.00   Clerk: 8

Marriott Rewards #   797225828

CRS Number   86546303

Name:

Arrive:   12-11-22        Time:   07:41 PM        Depart:   12-14-22        Folio Number:   714202

| Date | Description | Charges | Credits |
|---|---|---|---|
| 12-11-22 | Package | 120.00 | |
| 12-11-22 | Government Tax | 10.80 | |
| 12-11-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 12-12-22 | COMEDOR- Guest Charge (Breakfast) | 18.98 | |
| 12-12-22 | Package | 120.00 | |
| 12-12-22 | Government Tax | 10.80 | |
| 12-12-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 12-13-22 | Package | 120.00 | |
| 12-13-22 | Government Tax | 10.80 | |
| 12-13-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 12-14-22 | Visa Card | | 443.78 |
| | Card # XXXXXXXXXXXX6833 | | |

Balance                                      0.00 USD

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today. Start earning points and elite status, plus enjoy exclusive member offers. Enroll today at the front desk.