**CORREA ACEVEDO & ABESADA LAW OFFICES, PSC**
Centro Internacional de Mercadeo - II
90 Carr. 165 Suite 407
Guaynabo, PRI 00968
USA

December 28, 2022
Invoice # 20505

**United States v. Commonwealth of Puerto Rico**
**Police Reform, Case No. 12-2039 (GAG)**

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  | PT |  |  |  |
| 12/1/2022 | RAA | Review emails from D. Rodriguez, S. Cragg, J. Romero. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Review emails from S. Rhinerson, special master, and parties. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Revise Commonwealth's response to Special Master's assessment. | 0.50<br>225.00/hr | 112.50 |
|  | RAA | Plan and prepare for videoconference with special master, DataAnalytics, and parties.  Appear and attend videoconference. | 1.90<br>225.00/hr | 427.50 |
|  | RAA | Exchange of electronic communications with D. Rodriguez and J. Romero. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Attend videoconference with monitors. | 0.50<br>225.00/hr | 112.50 |
|  | RAA | Revise draft motion for extension. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Email motion to monitor for approval.  Review emails of approval. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Email motion to parties for approval.  Review emails of approval. | 0.20<br>225.00/hr | 45.00 |

787-273-8300

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 12/1/2022 | RAA | Finalize and electronically file motion. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Telephone call to G. Peñagarícano. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Telephone call from L. Hidalgo. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review and respond to email from G. Peñagarícano regarding exam materials. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Review and respond to emails from A. Young. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Review and respond to email from D. Rodriguez. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Review CMR-7 table with comments from the parties. | 0.40<br>225.00/hr | 90.00 |
|  | RAA | Plan and prepare for meeting tomorrow at PRPB. | 1.50<br>225.00/hr | 337.50 |
|  | RAA | Review and respond to legal inquiry of monitor after review results of legal research. | 0.80<br>225.00/hr | 180.00 |
|  | RAA | Review email from J. Romero and comments to his part of the CMR-7. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Review email from S. Cragg. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Began review of updated Gartner report. | 0.40<br>225.00/hr | 90.00 |
|  |  | SUBTOTAL: | [ 8.70 | 1,957.50] |
|  | PL |  |  |  |
| 12/1/2022 | PL | Debriefing post-meeting on notes of 253 meeting | 2.50<br>90.00/hr | 225.00 |
|  |  | SUBTOTAL: | [ 2.50 | 225.00] |
|  | PT |  |  |  |
| 12/2/2022 | RAA | Email to parties and monitor re: Gartner. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Appear and attend exam inspection at PRPB. | 3.90<br>225.00/hr | 877.50 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/2/2022 | RAA | Review emails from counsel for PRPB. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Review emails from D. Rodriguez. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Review exhibits in support of Commonwealth's response to CMR-7 draft. | 0.50<br>225.00/hr | 112.50 |
|  | RAA | Review order granting motion for extension of time. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Prepare report to monitor on exam inspection at PRPB. | 0.80<br>225.00/hr | 180.00 |
|  | RAA | Review and respond to emails from D. Rodriguez., J. Romero, and A. Young. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Telephone call from J. Romero. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Review email from L. Saucedo. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Telephone call with L. Saucedo. | 0.80<br>225.00/hr | 180.00 |
| 12/5/2022 | RAA | Review email from S. Rhinerson. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review emails from J. Romero and D. Rodriguez. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Exchange of electronic communications with D. Rodriguez. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Prepare memorandums to J. Romero and D. Rodriguez. | 0.90<br>225.00/hr | 202.50 |
|  | RAA | Prepare internal memorandum on response to PRPB's reform plan. | 1.50<br>225.00/hr | 337.50 |
|  | RAA | Plan and prepare for team meeting. Appear and attend team meeting. | 0.50<br>225.00/hr | 112.50 |
|  | RAA | Telephone call from J. Romero. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Review motion to restrict. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review motion submitting translation. | 0.10<br>225.00/hr | 22.50 |

| Date | | Description | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 12/5/2022 | RAA | Review translation. | | 0.30<br>225.00/hr | 67.50 |
| | RAA | Email to monitors with translation. | | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review emails from J. Romero. | | 0.20<br>225.00/hr | 45.00 |
| | | SUBTOTAL: | [ | 11.90 | 2,677.50] |
| | PL | | | | |
| 12/5/2022 | PL | Prepare for and attend bi-weekly meeting. | | 0.50<br>90.00/hr | 45.00 |
| | PL | Continued preparation of 253 meeting notes. Email to D. Rodríguez. | | 4.50<br>90.00/hr | 405.00 |
| | | SUBTOTAL: | [ | 5.00 | 450.00] |
| | PT | | | | |
| 12/6/2022 | RAA | Review email from R. Ruiz. | | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email from D. Rodriguez. | | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review order on motion to restrict. | | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review order on motion submitting. | | 0.10<br>225.00/hr | 22.50 |
| | RAA | Plan and prepare for videocall with Gartner and other parties. Appear and attend call. Postconference meeting with J. Romero and D. Rodriguez. | | 1.90<br>225.00/hr | 427.50 |
| | RAA | Review and analyze table consolidating CMR-7 comments of the parties. | | 0.90<br>225.00/hr | 202.50 |
| | | SUBTOTAL: | [ | 3.20 | 720.00] |
| | PL | | | | |
| 12/6/2022 | PL | Further preparation of notes. Email to D. Rodriguez. | | 2.50<br>90.00/hr | 225.00 |
| | | SUBTOTAL: | [ | 2.50 | 225.00] |

|            |     |                                                                                                                    | Hrs/Rate        | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------------------|-----------------|--------|
|            | PT  |                                                                                                                    |                 |        |
| 12/7/2022  | RAA | Plan and prepare for CMR-7 revisions meeting with parties and special master. Appear and attend videoconference meeting. | 3.30<br>225.00/hr | 742.50 |
|            | RAA | Telephone call from J. Romero.                                                                                     | 0.30<br>225.00/hr | 67.50  |
|            | RAA | Review emails from S. Rhinerson and Captain Figueroa.                                                              | 0.20<br>225.00/hr | 45.00  |
|            | RAA | Review email from L. Saucedo.                                                                                      | 0.10<br>225.00/hr | 22.50  |
| 12/8/2022  | RAA | Review email from L. Saucedo.                                                                                      | 0.10<br>225.00/hr | 22.50  |
|            | RAA | Plan and prepare for videocall with special master and parties. Appear and attend videoconference.                 | 2.40<br>225.00/hr | 540.00 |
|            | RAA | Review and respond to electronic communications from J. Romero and D. Rodriguez.                                   | 0.30<br>225.00/hr | 67.50  |
|            | RAA | Emails with S. Cragg and D. Rodriguez.                                                                             | 0.20<br>225.00/hr | 45.00  |
|            | RAA | Videoconference with monitors.                                                                                     | 0.50<br>225.00/hr | 112.50 |
|            | RAA | Review further emails from D. Rodriguez.                                                                           | 0.20<br>225.00/hr | 45.00  |
|            | RAA | Prepare motion to restrict.                                                                                        | 0.30<br>225.00/hr | 67.50  |
|            | RAA | Prepare motion in compliance with order.                                                                           | 0.30<br>225.00/hr | 67.50  |
|            | RAA | Email drafts to monitors.                                                                                          | 0.10<br>225.00/hr | 22.50  |
|            | RAA | Telephone call with J. Romero.                                                                                     | 0.10<br>225.00/hr | 22.50  |
|            | RAA | Finalize and electronically file motion.                                                                           | 0.10<br>225.00/hr | 22.50  |
|            | RAA | Review minute of proceedings.                                                                                      | 0.10<br>225.00/hr | 22.50  |
|            | RAA | Review order granting motion to restrict.                                                                          | 0.10<br>225.00/hr | 22.50  |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/8/2022 | RAA | Review order on motion submitting. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review emails from L. Saucedo. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Review emails from A. Del Carmen. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review emails from S. Cragg. | 0.10<br>225.00/hr | 22.50 |
| 12/9/2022 | RAA | Review file and docket to begin preparing memorandum. Began preparation of memorandum on reform office matter. | 3.90<br>225.00/hr | 877.50 |
|  | RAA | Review emails from L. Saucedo and S. Cragg. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Emails and calls with D. Rodriguez. | 0.50<br>225.00/hr | 112.50 |
|  | RAA | Telephone calls with L. Saucedo and J. Romero. | 0.80<br>225.00/hr | 180.00 |
|  | RAA | Review emails from Gartner and PRPB. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Emails to D. Rodriguez and J. Romero. | 0.20<br>225.00/hr | 45.00 |
|  |  | SUBTOTAL:<br>PL | [ 15.00 | 3,375.00] |
| 12/9/2022 | PL | Assist general counsel in preparation of memorandum | 1.00<br>90.00/hr | 90.00 |
|  |  | SUBTOTAL:<br>PT | [ 1.00 | 90.00] |
| 12/11/2022 | RAA | Continue preparation of memorandum. Email draft to monitors. | 4.40<br>225.00/hr | 990.00 |
| 12/12/2022 | RAA | Emails and calls with J. Romero and D. Rodriguez. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Revisions to memorandum. | 1.30<br>225.00/hr | 292.50 |
|  | RAA | Review and respond to email from D. Rodriguez. | 0.20<br>225.00/hr | 45.00 |

|            |     |                                                           | Hrs/Rate         | Amount    |
|------------|-----|-----------------------------------------------------------|------------------|-----------|
| 12/12/2022 | RAA | Review email from S. Rhinerson.                           | 0.10 225.00/hr   | 22.50     |
|            | RAA | Review emails from D. Rodriguez and R. Ruiz.              | 0.20 225.00/hr   | 45.00     |
|            | RAA | Emails exchanged with J. Romero.                          | 0.20 225.00/hr   | 45.00     |
|            | RAA | Email to counsel for USDOJ.                               | 0.10 225.00/hr   | 22.50     |
|            | RAA | Review email from J. Castillo.                            | 0.10 225.00/hr   | 22.50     |
|            | RAA | Review email from S. Rhinerson.                           | 0.10 225.00/hr   | 22.50     |
|            | RAA | Review email from D. Rodriguez.                           | 0.10 225.00/hr   | 22.50     |
|            |     | SUBTOTAL:                                              [  | 7.10             | 1,597.50] |
|            | PL  |                                                           |                  |           |
| 12/12/2022 | PL  | Preparation for and attendance to meetings at PRPB.       | 4.00 90.00/hr    | 360.00    |
|            |     | SUBTOTAL:                                              [  | 4.00             | 360.00]   |
|            | PT  |                                                           |                  |           |
| 12/13/2022 | RAA | Review email from S. Rhinerson.                           | 0.10 225.00/hr   | 22.50     |
|            | RAA | Review email from A. Young.                               | 0.10 225.00/hr   | 22.50     |
|            | RAA | Revisions to updated CMR-7 draft.                         | 5.80 225.00/hr   | 1,305.00  |
|            | RAA | Email to monitors with revised CMR-7 draft.               | 0.10 225.00/hr   | 22.50     |
|            | RAA | Review email from D. Rodriguez.                           | 0.10 225.00/hr   | 22.50     |
|            | RAA | Telephone call from J. Romero.                            | 0.30 225.00/hr   | 67.50     |
|            | RAA | Review emails from L. Saucedo.                            | 0.20 225.00/hr   | 45.00     |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
|  | SUBTOTAL: |  | [    6.70 | 1,507.50] |
|  | PL |  |  |  |
| 12/13/2022 PL | Preparation for and attendance to meetings and interviews. |  | 7.00<br>90.00/hr | 630.00 |
|  | SUBTOTAL: |  | [    7.00 | 630.00] |
|  | PT |  |  |  |
| 12/14/2022 RAA | Review and respond to email from D. Rodriguez. |  | 0.20<br>225.00/hr | 45.00 |
| RAA | Final revisions to memorandum. |  | 0.30<br>225.00/hr | 67.50 |
| RAA | Review email from L. Saucedo. |  | 0.10<br>225.00/hr | 22.50 |
| RAA | Review emails from S. Rhinerson and J. Romero. |  | 0.20<br>225.00/hr | 45.00 |
| RAA | Prepare motion submitting CMR-7. |  | 0.40<br>225.00/hr | 90.00 |
| RAA | Review emails from D. Rodriguez and J. Romero. |  | 0.20<br>225.00/hr | 45.00 |
| RAA | Revise motion submitting. |  | 0.10<br>225.00/hr | 22.50 |
| 12/15/2022 RAA | Review email from S. Rhinerson with finalized CMR-7 and executive summary. |  | 0.10<br>225.00/hr | 22.50 |
| RAA | Final revisions to CMR-7 and executive summary prior to filing. |  | 0.90<br>225.00/hr | 202.50 |
| RAA | Emails and calls with J. Romero. |  | 0.30<br>225.00/hr | 67.50 |
| RAA | Finalize and electronically file motion and CMR-7. Email to monitors regarding the same. |  | 0.20<br>225.00/hr | 45.00 |
| RAA | Plan and prepare for meetings today and attend the same. |  | 3.50<br>225.00/hr | 787.50 |
| RAA | Email to parties with memorandum. |  | 0.10<br>225.00/hr | 22.50 |
| RAA | Review emails from L. Saucedo. |  | 0.20<br>225.00/hr | 45.00 |

|            |     |                                                                                   | Hrs/Rate        | Amount    |
|------------|-----|-----------------------------------------------------------------------------------|-----------------|-----------|
| 12/15/2022 | RAA | Review and analyze USDOJ's response to PRPB's implementation plan.                | 0.70 225.00/hr  | 157.50    |
|            | RAA | Revisions to translation of executive summary.                                    | 0.50 225.00/hr  | 112.50    |
|            | RAA | Email to D. Rodriguez with translation.                                           | 0.10 225.00/hr  | 22.50     |
|            | RAA | Review emails from S. Cragg and J. McGrath.                                       | 0.30 225.00/hr  | 67.50     |
|            | RAA | Review emails from D. Rodriguez.                                                  | 0.20 225.00/hr  | 45.00     |
|            | RAA | Review email from J. Gonzalez.                                                    | 0.10 225.00/hr  | 22.50     |
|            | RAA | Review further emails from S. Cragg and J. McGrath.                               | 0.20 225.00/hr  | 45.00     |
|            | RAA | Review email from S. Rhinerson.                                                   | 0.10 225.00/hr  | 22.50     |
|            | RAA | Review emails from L. Saucedo.                                                    | 0.20 225.00/hr  | 45.00     |
|            | RAA | Review email from A. Del Carmen.                                                  | 0.10 225.00/hr  | 22.50     |
|            | RAA | Review email from counsel of PRPB.                                                | 0.10 225.00/hr  | 22.50     |
|            |     | SUBTOTAL:                                                                         | [   9.40        | 2,115.00] |
|            | PL  |                                                                                   |                 |           |
| 12/15/2022 | PL  | Preparation for and attendance to meeting and interviews, including 253 meeting.  | 5.83 90.00/hr   | 525.00    |
|            |     | SUBTOTAL:                                                                         | [   5.83        | 525.00]   |
|            | PT  |                                                                                   |                 |           |
| 12/16/2022 | RAA | Review emails from D. Rodriguez.                                                  | 0.20 225.00/hr  | 45.00     |
|            | RAA | Review email from J. Castillo.                                                    | 0.10 225.00/hr  | 22.50     |
|            | RAA | Review IPOS survey and edits from USDOJ.                                          | 0.40 225.00/hr  | 90.00     |

|            |      |                                                                                                                                                                  | Hrs/Rate         | Amount   |
|------------|------|------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------|----------|
| 12/16/2022 | RAA  | Telephone call from J. Gonzalez.                                                                                                                                 | 0.20 225.00/hr   | 45.00    |
|            |      | SUBTOTAL:                                                                                                                                                        | [ 0.90           | 202.50]  |
|            | PL   |                                                                                                                                                                  |                  |          |
| 12/16/2022 | PL   | Preparation of meeting notes.                                                                                                                                    | 3.83 90.00/hr    | 345.00   |
|            |      | SUBTOTAL:                                                                                                                                                        | [ 3.83           | 345.00]  |
|            | PT   |                                                                                                                                                                  |                  |          |
| 12/19/2022 | RAA  | Review email from R. Ruiz.                                                                                                                                       | 0.10 225.00/hr   | 22.50    |
|            | RAA  | Review email from S. Rhinerson.                                                                                                                                  | 0.10 225.00/hr   | 22.50    |
|            | RAA  | Review email from J. Romero.                                                                                                                                     | 0.10 225.00/hr   | 22.50    |
|            | RAA  | Revise memo from J. Romero.                                                                                                                                      | 0.10 225.00/hr   | 22.50    |
|            | RAA  | Review emails from D. Rodriguez and A. Del Carmen.                                                                                                               | 0.20 225.00/hr   | 45.00    |
|            | RAA  | Telephone call from J. Gonzalez.                                                                                                                                 | 0.30 225.00/hr   | 67.50    |
|            | RAA  | Review email from J. Gonzalez with corrected invoices and list. Review corrected invoices. Review other invoices. Prepare and electronically file motion for disbursement of funds. | 1.90 225.00/hr   | 427.50   |
|            | RAA  | Review order on Special Master's notice.                                                                                                                         | 0.10 225.00/hr   | 22.50    |
|            | RAA  | Review emails from S. Rhinerson and J. Romero.                                                                                                                   | 0.20 225.00/hr   | 45.00    |
|            | RAA  | Exchange of electronic communications with D. Rodriguez.                                                                                                         | 0.10 225.00/hr   | 22.50    |
|            | RAA  | Review order on motion submitting.                                                                                                                               | 0.10 225.00/hr   | 22.50    |
|            | RAA  | Review order scheduling hearing.                                                                                                                                 | 0.10 225.00/hr   | 22.50    |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/19/2022 | RAA | Email to monitors with order. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review emails from L. Saucedo and A. Del Carmen. | 0.20<br>225.00/hr | 45.00 |
| 12/20/2022 | RAA | Review notice filed by special master. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Exchange of emails with J. Romero regarding hearing. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review electronic communications exchanged with monitors regarding several matters. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review emails from L. Saucedo and G. Penagaricano. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review report from IT Committee on Action Plan. | 0.40<br>225.00/hr | 90.00 |
| 12/21/2022 | RAA | Telephone call from J. Romero. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review email from D. Rodriguez. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review order on place of status conference. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review emails from L. Saucedo and A. Del Carmen. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review notices filed by special master. | 0.10<br>225.00/hr | 22.50 |
| 12/22/2022 | RAA | Review order on notice filed by special master. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review informative motion filed by PRPB. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Email to monitors regarding informative motion. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review emails from L. Saucedo. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review emails from J. Romero. | 0.20<br>225.00/hr | 45.00 |
| 12/23/2022 | RAA | Review email from PRPB with training plan. | 0.10<br>225.00/hr | 22.50 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/23/2022 | RAA | Review training plan. | 0.40<br>225.00/hr | 90.00 |
| | RAA | Review protocol of auxiliary commissioners. | 0.40<br>225.00/hr | 90.00 |
| | RAA | Review email from D. Rodriguez. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email from S. Rhinerson. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Telephone call from J. Romero. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review various emails from L. Saucedo, A. Garffer, and others. | 0.30<br>225.00/hr | 67.50 |
| 12/26/2022 | RAA | Review and analyze training plan. Email to D. Rodriguez with comments. | 0.90<br>225.00/hr | 202.50 |
| | RAA | Review of emails from S. Cragg, J. McCrath, and L. Saucedo regarding IT assessment. | 0.60<br>225.00/hr | 135.00 |
| | RAA | Review press article on community engagement. Emails with J. Romero. | 0.40<br>225.00/hr | 90.00 |
| | RAA | Review emails from A. Garffer and L. Saucedo. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review and respond to emails from J. Romero and D. Rodriguez. | 0.40<br>225.00/hr | 90.00 |
| | RAA | Review notices filed by Special Master. | 0.30<br>225.00/hr | 67.50 |
| 12/27/2022 | RAA | Review email from S. Rhinerson. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email from A. Del Carmen. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email from G. Penagaricano. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email from Y. Acevedo. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email from D. Rodriguez. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email from Gartner. | 0.10<br>225.00/hr | 22.50 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/27/2022 | RAA | Review order denying without prejudice motion for disbursement of funds. | 0.10 225.00/hr | 22.50 |
|  | RAA | Exchange of electronic communications with D. Rodriguez, J. Gonzalez, and J. Romero. | 0.30 225.00/hr | 67.50 |
|  | RAA | Review invoices disputed by the court.  Email to monitors. | 0.20 225.00/hr | 45.00 |
|  | RAA | Review order on informative motion. | 0.10 225.00/hr | 22.50 |
|  | RAA | Telephone call from J. Gonzalez. | 0.30 225.00/hr | 67.50 |
|  | RAA | Telephone call from J. Romero. | 0.30 225.00/hr | 67.50 |
|  | RAA | Review email and invoice from A. Youngs. | 0.10 225.00/hr | 22.50 |
|  | RAA | Exchange of emails with J. Gonzalez. | 0.20 225.00/hr | 45.00 |
|  |  | SUBTOTAL: | [   13.30 | 2,992.50] |
|  |  | **For professional services rendered** | **107.86** | **$19,995.00** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Paralegal | 31.66 | 90.00 | $2,850.00 |
| Roberto Abesada Agüet | 76.20 | 225.00 | $17,145.00 |

WE HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN OUR CAPACITY AS THE FIRM SERVING AS GENERAL COUNSEL OF THE FEDERAL MONITOR'S OFFICE. WE FURTHER CERTIFY THAT WE HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH OF PUERTO RICO, OR ANY OF ITS DEPARTMENTS, MUNICIPALITIES OR AGENCIES.