| | | | | |
|---|---|---|---|---|
| **Name:** | Rita J. Watkins | | | |
| **Invoice Date:** | 12/31/2022 | | | |
| **Invoice Period:** | December 1-31, 2022 | | | |

| Date | Task(s) | Rate | Total Hours | Total Amount |
|---|---|---|---|---|
| 12/2/2022 | Policy Review OG 635 | $ 160.00 | 1 | $ 160.00 |
| 12/2/2022 | Policy Review OG 630 | $ 160.00 | 1 | $ 160.00 |
| 12/2/2022 | CMR-7 Parties Comments read & review | $ 160.00 | 1 | $ 160.00 |
| 12/8/2022 | Re-review of Proceduaral Manual of Workplace Harrassment | $ 160.00 | 1 | $ 160.00 |
| 12/8/2022 | CMR-7 re-review of Para 99 - DV and SA cases | $ 160.00 | 1.5 | $ 240.00 |
| 12/12/2022 | Bi-weekly call with PRPB CMR data requests | $ 160.00 | 1 | $ 160.00 |
| 12/12/2022 | Policy Review OG 310 | $ 160.00 | 1 | $ 160.00 |
| 12/12/2022 | Prep. and call with DOJ on training status/follow-up email correspondence | $ 160.00 | 2 | $ 320.00 |
| 12/20/2022 | Call with DOJ on training status and site visit updates | $ 160.00 | 1 | $ 160.00 |
| 12/20/2022 | Policy Review OG 607, OG 627, OG 644, OG 622 | $ 160.00 | 3 | $ 480.00 |
| 12/20/2022 | Telecons and emails from monitors and SAEA personnel | $ 160.00 | 1 | $ 160.00 |
| 12/29/2022 | Review of addendum to Chapter 6. Compilation and Management of Statistics | $ 160.00 | 3 | $ 480.00 |
| 12/29/2022 | Policy Review OG 310 and 310.1 followup | $ 160.00 | 1 | $ 160.00 |
| 12/29/2022 | Policy Review OG 701 | $ 160.00 | 1 | $ 160.00 |
| 12/30/2022 | Policy Review OG 100.118 | $ 160.00 | 1 | $ 160.00 |
| | | $ 160.00 | | $ - |
| | | $ 160.00 | | $ - |
| | | $ 160.00 | | $ - |
| | | $ 160.00 | | $ - |
| | | | | $ - |
| **TOTAL** | | | 20.5 | $ 3,280.00 |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

**Signature:** *Rita J. Watkins*       **Date:** 12/31/2022