

# INVOICE 22122076

**Korber Group Inc.**
P.O. Box 8919
Ponce, PR 00732

Tel. 787.590.6191
Email: billing@korbergroup.com
Website: korbergroup.com

INVOICE NUMBER: **22122076**

INVOICE DATE: **12/23/2022**

SERVICE TYPE: MONTHLY RECURRING

BILL TO:
**OFFICE OF THE FPMPR LLC**
**VIG Tower, PH – 924**
**1225 Ave. Juan Ponce de Leon**
**San Juan, PR 00907**

¡Gracias por su patrocinio!
Thank you for your business!
We appreciate having you as our Client.

TOTAL
**$1,150.00**

DUE DATE
12/23/2022

| ITEM | RATE | QTY | TOTAL |
|---|---|---|---|
| **RECURRING MONTHLY SERVICES**<br>Services pursuant to STATEMENT OF WORK NUMBER 4 to Information Technology Master Services Agreement | $900.00 | 1 | $900.00 |
| **RECURRING MONTHLY SERVICES**<br>Services pursuant to STATEMENT OF WORK NUMBER 7 to Information Technology Master Services Agreement | $250.00 | 1 | $250.00 |
| | | SUBTOTAL: | $1,150.00 |
| | | **TOTAL DUE:** | **$1,150.00** |

La empresa Korber Group Inc está clasificada como un Agente No Retenedor del Impuesto sobre Ventas y Uso ("IVU").
No taxes are included in this invoice. If applicable, they will be charged to the client additionally. All services Subject to Terms of Service and related policies, available at http://www.korbergroup.com/legal and http://korbergroup.com/cpc-tos/ Available payment methods: check, cash, credit card (Visa, Mastercard, Discover, and American Express), PayPal, ATH Móvil.



# INVOICE 22122078

INVOICE NUMBER: **22122078**

INVOICE DATE: **12/28/2022**

SERVICE TYPE: EXPENSE REIMBURSEMENT

**Korber Group Inc.**
P.O. Box 8919
Ponce, PR 00732

Tel. 787.590.6191
Email: billing@korbergroup.com
Website: korbergroup.com

BILL TO:
**OFFICE OF THE FPMPR LLC**
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907

¡Gracias por su patrocinio!
Thank you for your business!
We appreciate having you as our Client.

TOTAL
**$4,052.78**

DUE DATE
12/28/2022

| ITEM | RATE | QTY | TOTAL |
|---|---|---|---|
| **Reimbursable expenses** <br> For a detailed enumeration of the expenses please refer to the EXPENSE REIMBURSEMENT STATEMENT OF ACCOUNT number 1562-27 <br> Note: Includes annual renewal for Box.com service. | $4,052.78 | 1 | $4,052.78 |
| | | SUBTOTAL: | $4,052.78 |
| | | TOTAL DUE: | $4,052.78 |

La empresa Korber Group Inc está clasificada como un Agente No Retenedor del Impuesto sobre Ventas y Uso ("IVU").
No taxes are included in this invoice. If applicable, they will be charged to the client additionally. All services Subject to Terms of Service and related policies, available at http://www.korbergroup.com/legal and http://korbergroup.com/cpc-tos/ Available payment methods: check, cash, credit card (Visa, Mastercard, Discover, and American Express), PayPal, ATH Móvil.

**Korber Group Inc.**

Metro Office Park  
7 Calle 1, Suite 204  
Guaynabo PR 00968-17181

**Statement Date**  
**12/30/22**  
**Statement Number**  
**1562-27**

# EXPENSE REIMBURSEMENT
# STATEMENT OF ACCOUNT

OFFICE OF THE FPMPR LLC  
B5 Calle Tabonuco Suite 205  
Guaynabo, PR 00968

| DATE | DESCRIPTION | EXPENSE | REIMBURSED | BALANCE |
|---|---|---|---|---|
| **12/01/22** | **Balance c/f** | | | **$152.78** |
| 12/30/22 | BILLED - PENDING PAYMENT | - | $152.78 | $0.00 |
| 12/02/22 | Exchange Online (Plan 1) INVOICE #E0100L4A86) (17 Licenses) | $75.82 | - | $75.82 |
| 12/09/22 | Zoom Pro Plan INVOICE #INV179228105) (zoom1@fpmpr.org, zoom2@fpmpr.org, D. Rodriguez, zoom4@fpmpr.org, zoom5@fpmpr.org) | $59.96 | - | $135.78 |
| 12/17/22 | Mailchimp c/o The Rocket Science Group, LLC (Standard plan / 500 contacts - INVOICE MC16395785) | $17.00 | - | $152.78 |
| 12/30/22 | **PREPAYMENT** Total of 13 Business Plus Account Licenses Service Period: 02/21/2023-02/20/2024 (Invoice TBD Transaction Number TBD - please refer to the ESTIMATED RENEWAL COST attachment.) | $3,900.00 | - | $4,052.78 |



# Invoice

December 2022
Invoice Date: 02/12/2022
Invoice Number: E0100L4A86
Due Date: 01/01/2023

**75.82 USD**

| **Sold-To** | **Bill-To** | **Service Usage Address** |
|---|---|---|
| OFFICE OF THE TCA PUERTO RICO | OFFICE OF THE TCA PUERTO RICO | OFFICE OF THE TCA PUERTO RICO |
| VIG Tower, PH – 924 | | VIG Tower, PH – 924 |
| 1225 Ave. Juan Ponce de Leon | | 1225 Ave. Juan Ponce de Leon |
| San Juan  00907 | | San Juan  00907 |
| Puerto Rico | | Puerto Rico |

| Order Details | | Billing Summary | |
|---|---|---|---|
| Product: | Online Services | Charges: | 68.00 |
| Customer PO Number: | | Discounts: | 0.00 |
| Order Number: | 409b7360-1a29-442a-a9f2-4a86a770a773 | Credits: | 0.00 |
| Billing Period: | 02/11/2022 - 01/12/2022 | Tax: | 7.82 |
| Payment Terms: | Net 30 | **Total:** | **75.82** |
| Due Date: | 01/01/2023 | | |
| **Payment Instructions:** | Please DO NOT PAY. You will be charged the amount due through your selected method of payment. | | |
| | | **Support** | |
| | | This invoice does not include prior unpaid balances. To view total order balance and prior invoices visit the Admin Center and click Billing>Bills. | |
| | | Need help? https://aka.ms/Office365Billing | |

Microsoft Corporation, One Microsoft Way, Redmond, WA 98052, United States
Seller Merchant ID 91-1144442



# Invoice

December 2022
Invoice Date: 02/12/2022
Invoice Number: E0100L4A86
Due Date: 01/01/2023

**75.82 USD**

## Exchange Online (Plan 1)

**Formula for charges**

Licenses in service period X Monthly (or Yearly) price per license X (Days in service period /Total in service period) = Charge

## New charges

These are your charges for the next billing period for your current number of licenses.

| Service period | Details | Licenses in service period | Monthly price/license | Days in service period | Charges | Discounts | Credits | Subtotal | Tax % | Tax | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/12/2022 - 31/12/2022 | Monthly subscription charges | 17 | 4.00 | 31 | 68.00 | 0.00 | 0.00 | 68.00 | 11.50 % | 7.82 | 75.82 |
| Subtotal | | | | | 68.00 | 0.00 | 0.00 | 68.00 | | 7.82 | 75.82 |
| **Grand Total** | | | | | **68.00** | **0.00** | **0.00** | **68.00** | | **7.82** | **75.82** |

Microsoft Corporation, One Microsoft Way, Redmond, WA 98052, United States
Seller Merchant ID 91-1144442

# Invoice

zoom

Zoom Video Communications Inc.
55 Almaden Blvd, 6th Floor
San Jose, CA 95113

| | |
|---:|:---|
| **Invoice Date:** | Dec 9, 2022 |
| **Invoice #:** | INV179228105 |
| **Payment Terms:** | Due Upon Receipt |
| **Due Date:** | Dec 9, 2022 |
| **Account Number:** | 7002014083 |
| **Currency:** | USD |
| **Account Information:** | |
| **Sold To Address:** | it@fpmpr.org |
| **Bill To Address:** | it@fpmpr.org |

Federal Employer ID Number: 61-1648780

Purchase Order Number:

Tax Exempt Certificate ID:

[Zoom W-9](#)

## Charge Details

| CHARGE DESCRIPTION | SUBSCRIPTION PERIOD | SUBTOTAL | TAXES, FEES & SURCHARGES | TOTAL |
|---|---|---|---|---|
| **Charge Name: Zoom One Pro Monthly**<br><br>Quantity: 5<br>Unit Price: $14.99 | Dec 9, 2022-Jan 8, 2023 | $74.95 | $0.00 | **$74.95** |
| **Charge Name: Zoom One Pro - Discount**<br><br>Discount: 20.00% | Dec 9, 2022-Jan 8, 2023 | ($14.99) | $0.00 | **($14.99)** |
| | Subtotal | | | **$59.96** |
| | Total (Including Taxes, Fees & Surcharges) | | | **$59.96** |
| | Invoice Balance | | | **$0.00** |

## Taxes, Fees & Surcharge Details

| CHARGE NAME | TAX, FEE OR SURCHARGE NAME | JURISDICTION | CHARGE AMOUNT | TAX, FEE OR SURCHARGE AMOUNT |
|---|---|---|---|---|
| | | Total (Including Taxes, Fees & Surcharges) | | $0.00 |

## Transactions

| | | | Invoice Total | $59.96 |
|---|---|---|---|---|
| TRANSACTION DATE | TRANSACTION NUMBER | TRANSACTION TYPE | DESCRIPTION | APPLIED AMOUNT |
| Dec 9, 2022 | P-207243524 | Payment | | ($59.96) |
| | | | Invoice Balance | $0.00 |

Need help understanding your invoice?   **CLICK HERE**

Standard Pro and Standard Biz are now called Zoom One Pro and Zoom One Business. Please note that your Services will remain the same and that this name change does not change the price of your current subscription.

**This plan includes products with monthly and/or yearly subscription periods. The subscription period for each plan, and the total charge, $59.96 (plus applicable taxes and regulatory fees), per subscription period for that product are set out above in the Charge Details section. Unless you cancel, your subscription(s) will auto-renew each subscription period and each subscription period thereafter, at the price(s) listed above (plus any taxes and regulatory fees applicable at the time of renewal) and your payment method on file at zoom.us/billing will be charged. You can cancel auto-renewal anytime, but you must cancel by the last day of your current subscription period to avoid being charged for the next subscription period. You will not be able to cancel your "base plan" (Zoom Meetings, Zoom Phone, or Zoom Rooms) without first canceling all other subscriptions in your plan. If you cancel, you will not receive a refund for the remainder of your then-current subscription period. You can cancel by navigating to zoom.us/billing and clicking "Cancel Subscription," clicking through the prompts, and then clicking to confirm cancellation. Should Zoom change its pricing, it will provide you with notice, and you may be charged the new price for subsequent subscription.**

Zoom Phone services provided by Zoom Voice Communications, Inc. Rates, terms and conditions for Zoom Phone services are set by Zoom Voice Communications, Inc.

# Mailchimp Invoice MC16395785

## Issued to

social@fpmpr.org

Office phone:

PO BOX 8919

Ponce, PR 00732

## Issued by

Mailchimp

c/o The Rocket Science Group, LLC

675 Ponce de Leon Ave NE

Suite 5000

Atlanta, GA 30308

www.mailchimp.com

Tax ID: US EIN 58-2554149

## Details

**Order #** MC16395785

**Date Paid:** Dec 17, 2022

2:54 am Puerto Rico

## Billing statement

| | |
|---|---|
| **Standard plan**<br>500 contacts | $17.00 |
| | **Paid** via **PayPal** account for<br>kasia@korbergroup.com<br>on December 17, 2022  $17.00 |

| | |
|---|---|
| Balance as of December 17, 2022 | $0.00 |

Save 10% off a monthly marketing plan for 1 month by

enabling two-factor authentication.

Restrictions apply

If a refund is required, it will be issued in the purchase currency for the amount of the original charge. Sales Tax was not applied to this purchase.

Looking for our W-9?

Looking for our United States Residency Certificate?

# ESTIMATED RENEWAL COST

## Service: Box.com Business Plus Account Licenses for the TCA Team

**Sold To:**
*fpmpr.org*

**Bill To:**
*fpmpr.org*

Account Number: B01515026
Payment Due In: February 2023
Payment Terms: Due Upon Invoice Receipt
Payment Method: CreditCard

| Service | Unit Price | Quantity | Subtotal | Tax | Estimated TOTAL |
|---|---|---|---|---|---|
| Business Plus Account Licenses *Service Period: 02/21/2023-02/20/2024* | $300.00 | 13 | $3,900.00 | $0.00 | $3,900.00 |

**The total amount is estimated based on the previous year's rate charged by Box.com and does not include taxes. If the final invoice amount differs, the reimbursement amount shall be adjusted accordingly.**

*Please note that failure to pay by the due date provided may result in suspension of services and the accrual of a late fee as outlined in the Box Service Agreement.*

---------------------------------------------------------------------------------------------------------------------------

**The payment in-full will be automatically charged by Box.com to the credit card on file on the license renewal date.**