# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@outlook.com | 550 Amsonia Circle Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2022-12
**DATE:** December 31, 2022

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 12/01/2022 | 2.0 hours of CMR-7 and policy review facilitation | 2.0 | $100.00 | $200.00 |
| 12/03/2022 | 1.5 hours of policy review facilitation and CMR-7 updates | 1.5 | $100.00 | $150.00 |
| 12/05/2022 | 2.0 hours of policy review facilitation and CMR-7 compilation | 2.0 | $100.00 | $200.00 |
| 12/07/2022 | 1.5 hours of policy review facilitation, meeting with Denise | 1.5 | $100.00 | $150.00 |
| 12/10/2022 | 1.5 hours of CMR-7 review | 1.5 | $100.00 | $150.00 |

**AMOUNT DUE**     **SEE THIRD PAGE**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@outlook.com | 550 Amsonia Circle
Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2022-12
**DATE:** December 31, 2022

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 12/11/2022 | 3.5 hours of CMR-7 review | 3.5 | $100.00 | $350.00 |
| 12/12/2022 | 3.0 hours of travel planning and CMR-7 review | 3.0 | $100.00 | $300.00 |
| 12/13/2022 | 1.5 hours of policy review facilitation and travel planning | 1.5 | $100.00 | $150.00 |
| 12/14/2022 | 1.0 hour of CMR-7 report review | 1.0 | $100.00 | $100.00 |
| 12/15/2022 | 2.5 hours of CMR-7 and travel planning | 2.5 | $100.00 | $250.00 |

**AMOUNT DUE**  **SEE THIRD PAGE**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@outlook.com | 550 Amsonia Circle Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2022-12
**DATE:** December 31, 2022

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 12/16/2022 | 1.5 hours of travel planning and policy review facilitation | 1.5 | $100.00 | $150.00 |
| 12/19/2022 | 1.0 hour of policy review and memo development | 1.0 | $100.00 | $100.00 |
| 12/20/2022 | 1.0 hour of policy review facilitation and travel planning | 1.0 | $100.00 | $100.00 |
| 12/27/2022 | 1.5 hour of policy review facilitation | 1.5 | $100.00 | $150.00 |
| 12/30/2022 | 0.5 hour of policy review facilitation and travel planning | 0.5 | $100.00 | $50.00 |

**AMOUNT DUE** $2,550.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.