# Manuel A. Arroyo Rivera

P.o Box 8925 Santurce Puerto Rico 00910    Cel 787-364-8925

Email marroyorivera20@gmail.com

Invoice  Month December  2022                                                                   Invoice #026

Federal Police Monitor   San Juan, PR

| Date | description | Hour | Rate | Amount |
|---|---|---|---|---|
| December 11 2022 | pick up the monitor and staff from the office at the airport and take them to the hotel | 6 | $20 | $120.00 |
| December 12- 2022 | pick up the monitor and take it to different meetings of the day | 10 | $20 | $200.00 |
| December 13- 2022 | pick up the monitor and take it to different meetings of the day | 11 | $20 | $220.00 |
| December 14-  2022 | pick up the monitor and take it to different meetings of the day | 16 | $20 | $320.00 |
| December 15- 2022 | pick up the monitor and take it to different meetings of the day | 10 | $20 | $200.00 |
| December 16 - 2022 | Pick up office staff and take to the airport | 10 | $20 | $200.00 |
| | | | | |
| December 17- 2022 | pick up staff and take them to different meetings of the day | 9 | $20 | $180.00 |
| December 19 2022 | pick up the monitor and take to the airport | 2 | $20 | $40.00 |
| December 11-2022 | use of vehicle | 1 | $50 | $50.00 |
| | | | | Total $1,530.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |