| Name: | | Hipolito Castro Jr | | | |
|---|---|---|---|---|---|
| Invoice Date: | 12/31/22 | | | | |
| Invoice Period: | 12/01/2 to 12/31/22 | | | | |
| | | | | | |
| Date | Task(s) | | Rate | Total Hours | Total Amount |
| 12/5/22 | FPM Team meetings Zoom | | $150.00 | 2 | $ 300.00 |
| 12/6/22 | Review in case 3:12-cv-02039-FAB | | $150.00 | 0.5 | $ 75.00 |
| 12/2/22 | Review of CMR-7 parties comments. | | $150.00 | 0.5 | $ 75.00 |
| 12/6/22 | Review of Sergeant exam's questions. | | $150.00 | 1 | $ 150.00 |
| 12/9/22 | Review OG 504, 639 and 310. PPR 504.5 | | $150.00 | 1.5 | $ 225.00 |
| 12/12/22 | Meeting with reform/operational demonstration-SAEC | | $150.00 | 4 | $ 600.00 |
| 12/12/22 | Operational System Demostration | | $150.00 | 3 | $ 450.00 |
| 12/12/22 | Supervision and management interviews, Monitor's Office | | $150.00 | 2 | $ 300.00 |
| 12/13/22 | Supervision and management interviews, Monitor's Office | | $150.00 | 8.5 | $ 1,275.00 |
| 12/14/22 | Field Visit Utuado | | $150.00 | 8 | $ 1,200.00 |
| 12/15/22 | Supervision and management interviews, Monitor's Office | | $150.00 | 8 | $ 1,200.00 |
| 12/20/22 | Interview/summary writings | | $150.00 | 2 | $ 300.00 |
| 11/22/22 | Review of PRPB responses and OGs | | $150.00 | 1.5 | $ 225.00 |
| 12/22/22 | Interview/summary writings | | $150.00 | 2 | $ 300.00 |
| 12/22/22 | Review of Sergeant exam | | $150.00 | 0.5 | $ 75.00 |
| 12/27/22 | Review of PRPB 310.1 and OG 305 and 310 | | $150.00 | 1.5 | $ 225.00 |
| 12/01 to 12/31 | Calls, emails and Zoom with team members | | $150.00 | 5 | $ 750.00 |
| | | | $150.00 | | $ - |
| | | | $150.00 | | $ - |
| | | | $150.00 | | $ - |
| | | | $150.00 | | $ - |
| | | | $150.00 | | $ - |
| | | | $150.00 | | $ - |
| | | | $150.00 | | $ - |
| | | | $150.00 | | $ - |
| 12/11/22 to 12/15 | Site travel expenses (see attached travel template) | | | | $1,720.23 |
| | | | $150.00 | | $ - |
| | | | $150.00 | | $ - |
| | | | $150.00 | | $ - |
| TOTAL | | | | 51.5 | $ 9,445.23 |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Signature: [signature]     Date: 12/29/2022

# Office of the TCA - Travel Reimbursement Form

Traveler Name: Hipolito Castro Jr
Every One Travel days: December 11 to December 15, 2022
Purpose of Travel: On-Site Site visit

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 449.60 | 1 | $ 449.60 |
| Baggage |  |  | $ - |
| Ground Transportation (Uber/Lyft/Taxi) |  |  | $ - |
| Ground Transportation (Parking) | $ 19.94 | 5 | $ 99.70 |
| Ground Transportation (Mileage) | 0.58.5 | 114 | $ 66.69 |
| Lodging | $ 141.60 | 4 | $ 566.40 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 3 | $ 345.00 |
| tolls | $ 10.17 | 2 | $ 20.34 |
| Total |  |  | $ 1,720.23 |



Hipolito Castro <hipolitocastrojr@gmail.com>

---

## Your Flight Receipt - HIPOLITO CASTRO 05DEC22
1 message

---

**Delta Air Lines** <DeltaAirLines@t.delta.com>   Wed, Nov 23, 2022 at 10:12 AM
Reply-To: Transactional Email Reply Inbox <reply-264062-14_HTML-36682778-10982494-443190@t.delta.com>
To: hipolitocastrojr@gmail.com

View as a Web Page



#9288156608
SkyMiles® Member

**CONFIRMATION #: HMP9GX**



You're all set. If your plans change, be sure to make changes or cancel via **MyTrips** on **delta.com** before your flight departs.

Take the guess work out of international travel with

**Delta FlyReady**[SM]

You can view your personalized travel requirements, complete uploads at your own pace and save your travel documents for future trips when you use Delta FlyReady. Then look forward to an easier, faster experience at the airport.

Have a great trip, and thank you for choosing Delta.

## Passenger Info

Name: HIPOLITO CASTRO
SkyMiles #9288156608

| FLIGHT | SEAT |
|---|---|
| DELTA 806 | 26D |
| DELTA 806 | 23D |

Visit delta.com or download the Fly Delta app to view, select or change your seat. If you purchased a Delta Comfort+[TM] seat or a Trip Extra, please visit My Trips to access a receipt of your purchase.

| Mon, 05DEC | DEPART | ARRIVE |
|---|---|---|
| DELTA 806 Main Cabin (L) | NYC-KENNEDY 1:05pm | SAN JUAN, PUERTO RICO 5:53pm |

| Thu, 15DEC | DEPART | ARRIVE |
|---|---|---|
| DELTA 806 Main Cabin (V) | SAN JUAN, PUERTO RICO 7:25pm | NYC-KENNEDY 10:34pm |

MANAGE MY TRIP

| METHOD OF PAYMENT | |
|---|---|
| AX***********1006 | $449.60 USD |

| CHARGES | |
|---|---|
| **Air Transportation Charges** | |
| Base Fare | $390.00 USD |
| *Taxes, Fees and Charges* | |
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $11.20 USD |
| United States - Transportation Tax (US) | $39.40 USD |
| United States - Passenger Facility Charge (XF) | $9.00 USD |
| **TICKET AMOUNT** | **$449.60 USD** |

```
        JFK AIRPORT
     LONG TERM PARKING

EXIT                         910
RECEIPT:                   41965
PERSONELL:                     0
TRANSACTION:                   0
EZPass
NO:              KAP0XXXXXXX2473
CC VALID         12/30
SNR:             03 009 0982473
EXPIRES:         12.05.27 23:59
IN:              12.05.22 10:17
ENTRY:           12.16.22 00:04
P.AT:            HOURLY TICKET
FEE:                  319.00 USD
PAID:                 319.00 USD
-----------------------
NET:                  319.00 USD
GST  0%                 0.00 USD
CAR:                    SA12704
10T 13:47
       TAXES INCLUDED
       THANK YOU FOR
         PARKING AT
         JFK AIRPORT
      HAVE A SAFE TRIP
```

19.94
5 days
99.70 Total

11:58 • LTE

# JFK

John F. Kennedy Internatio...
International Airport · Jamaica, Que...

 1 hour 54 minutes

 Tickets 

**HOURS**
Open

**DISTANCE**
57 mi

   



COURTYARD
Marriott

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Hipolito Castro
64 Mustang Dr
Monroe CT 06468
United States

Marriott Rewards #   214246771

Name:

Arrive:  12-11-22         Time:  04:40 PM         Depart:  12-15-22

Room: 0814
Room Type: EKNG
No. of Guests:  1
Rate:  $   120.00   Clerk: 8
CRS Number  95543860

Folio Number:  714752

| Date | Description | Charges | Credits |
|---|---|---|---|
| 12-11-22 | Package | 120.00 | |
| 12-11-22 | Government Tax | 10.80 | |
| 12-11-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 12-12-22 | THE MARKET- Bottle of Water | 2.00 | |
| 12-12-22 | COMEDOR- Guest Charge (Dinner) | 32.10 | |
| 12-12-22 | Package | 120.00 | |
| 12-12-22 | Government Tax | 10.80 | |
| 12-12-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 12-12-22 | COMEDOR- Guest Charge (Breakfast) | 13.76 | |
| 12-13-22 | Package | 120.00 | |
| 12-13-22 | Government Tax | 10.80 | |
| 12-13-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 12-13-22 | COMEDOR- Guest Charge (Breakfast) | 9.96 | |
| 12-14-22 | COMEDOR- Guest Charge (Breakfast) | 3.02 | |
| 12-14-22 | Package | 120.00 | |
| 12-14-22 | Government Tax | 10.80 | |
| 12-14-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 12-15-22 | COMEDOR- Guest Charge (Breakfast) | 4.02 | |
| 12-15-22 | American Express  Card # XXXXXXXXXXX1006 | | 631.26 |

- 64.86

Total  546.40

**COURTYARD®**
**Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Hipolito Castro
64 Mustang Dr
Monroe CT 06468
United States

Room: 0814
Room Type: EKNG
No. of Guests: 1
Rate: $ 120.00  Clerk: 8

Marriott Rewards #   214246771

CRS Number  95543860

Name:

Arrive:  12-11-22        Time:  04:40 PM        Depart:  12-15-22        Folio Number: 714752

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
|      |             |         |         |

Balance                                                                                 0.00 USD

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

## E-ZPass® Payment Receipt for 12/05/2022

Account Number : 2000175180885
Transaction Date : 12/05/2022
Transaction Id : 116013449687
Transaction Amount : ($10.17)
Payment Type : ETC

## *E-ZPass®* Payment Receipt for 12/16/2022

Account Number : 2000175180885
Transaction Date : 12/16/2022
Transaction Id : 116037335901
Transaction Amount : ($10.17)
Payment Type : ETC