G&M Balli Services, LLC
5160 Royal Fern Circle
Tallahassee, Florida 32317

December 22 – January 21, 2023

INVOICE # 2023-01
ASSISTANT SPECIAL MASTER
JANUARY 2023 INVOICE

Tasks Completed

| Hours | Description | Amounts |
|---|---|---|
| 22 | Drafted/reviewed/researched/translated numerous documents as needed; Discussed/edited documents related to orders of the Court, and the parties regarding recurring issues and OSM projects. | $3,300 |
| 7 | Drafted, reviewed, and responded to texts, emails and other documents and communications with respective parties, the OSM and the Court. | $1,050 |
| 12 | Zoom meetings and/or phone calls with OSM and other parties. | $1,800 |
| 20 | Meetings, Status Conference in San Juan; 1/18-19/2023 | $3000 |
| Travel Expense | American Airlines roundtrip economy fare Tallahassee, FL/San Juan, PR | $502.10 |
| Travel Expense | Lodging 01/17 - 01/20, Government rate $195.00 per night plus tax and resort fees. | $772.74 |
| Travel Expense | Uber Airport to hotel and Hotel to airport | $33.04 |
| Travel Expense | Meals and Incidental expenses, 01/17/23 – 01/20/23, government rate $115.00/day, and travel days ¾ rate at $86.25/day | $402.50 |
| 61 | | $10,860.38 |

Total Hours-   61                             Total Wages Due -   $10,860.38

I hereby certify the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master. I further certify I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

*Gilberto Balli*                  *Alejandro del Carmen*                   1/21/2023
Gilberto Balli                    S/Alejandro del Carmen

# Your receipt

## Tallahassee, FL to San Juan, Puerto Rico
January 17, 2023
Ticketed on December 30, 2022 · Record locator: ZBRRVD

---

### Details

**DEPART**

### Tallahassee, FL to Charlotte, NC
January 17, 2023

| TLH | | CLT |
|---|---|---|
| 8:25 AM | → | 10:06 AM |

OH 5584

Booking Class: S

Fare basis: SNN4AQM1

USED

Stop: Charlotte (CLT)

### Charlotte, NC to San Juan, Puerto Rico
January 17, 2023

| CLT | → | SJU |
|---|---|---|
| 11:07 AM | | 3:42 PM |

AA 783

Booking Class: S

Fare basis: SNN4AQM1

USED

### RETURN

## San Juan, Puerto Rico to Miami, FL
January 20, 2023

| SJU | → | MIA |
|---|---|---|
| 5:55 AM | | 7:50 AM |

AA 2227

Booking Class: O

Fare basis: ONN2AQM1

CKIN

Stop: Miami (MIA)

## Miami, FL to Tallahassee, FL
January 20, 2023

| MIA | → | TLH |
|---|---|---|
| 8:31 AM | | 10:01 AM |

MQ 3858

Booking Class: O

Fare basis: ONN2AQM1

CKIN

# Gilberto Balli $502.10
AAdvantage #: 0K219P8 · Ticket #: 0012360074542

## Details  ∧

 12/30/2022 · Mastercard ending in 5713

**New ticket**  [ $435.00 + Taxes & fees $67.10 ] **$502.10**
Ticket #: 0012360074542

## Fare, taxes and fees  ∧

| | |
|---|---:|
| New ticket | $435.00 |
| SECURITY SERVICE FEE | $11.20 |
| INT'L DEPT/ARRIVAL TA | $39.40 |
| SYS GEN PFC (TLH) | $4.50 |
| SYS GEN PFC (CLT) | $3.00 |
| SYS GEN PFC (SJU) | $4.50 |
| SYS GEN PFC (MIA) | $4.50 |

**GUEST FOLIO / ESTADO DE CUENTA**

San Juan Marriott Resort & Stellaris Casino - 1309 Ashford Ave, San Juan, Puerto Rico
(1-787) 722-7000 Marriott.com/SJUPR

MARRIOTT RESORT
SAN JUAN
STELLARIS CASINO

| Room / Habitacion | Guest Name / Huesped | Rate / Tarifa | Depart / Salida | Time |
|---|---|---|---|---|
| 2124 | | $ 195 | 01-20-23 | 00:00 |
| **Type / Tipo** | | | **Arrive / Llegada** | **Time** |
| ESCV | | | 01-17-23 | 16:21 |
| | Gilberto Balli | | **Marriott Rewards** | **Acct #** |
| | 5160 Royal Fern Cir | | XXXXX0952 | 6619918 |
| | Tallahassee FL 32317 | | | **Conf #** |
| | United States | | | 99678264 |
| **Clerk / Usuario** | | | | |
| MSDIA942 | | | | |

| DATE / FECHA | REFERENCE / DESCRIPCION | CHARGES / DEBITOS | CREDITS / CREDITOS | BALANCE DUE / SALDO |
|---|---|---|---|---|
| 01-17-23 | Room Charge | 195.00 | | |
| 01-17-23 | Resort Fee | 37.05 | | |
| 01-17-23 | Room Tax | 25.53 | | |
| 01-18-23 | Room Charge | 195.00 | | |
| 01-18-23 | Resort Fee | 37.05 | | |
| 01-18-23 | Room Tax | 25.53 | | |
| 01-19-23 | Room Charge | 195.00 | | |
| 01-19-23 | Resort Fee | 37.05 | | |
| 01-19-23 | Room Tax | 25.53 | | |
| 01-19-23 | Visa Card | | 772.74 | |
| | XXXXXXXXXXXX5472      XX/XX | | | |
| | Total = | 772.74 | 772.74 | 0.00 |

Tell a friend about Marriott Rewards, you'll both get 1,000 points when they stay – up to five friends, five stays each.
That's up to 25,000 points for you. Refer Friends, Get Points! See details at MarriottRewards.com/Friend

**For billing inquiries call Toll free**
**1-866-480-2627 Mon / Fri**

This statement is your only receipt. You have agreed to pay in cash, by approved check or to authorize us to charge your credit card for all amounts to you. Your credit card company will bill you in its usual manner. If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after checkout, you will owe us interest from the checkout date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%) or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

# Uber

January 17, 2023

## Here's your receipt for your ride, Gil

We hope you enjoyed your ride this evening.

| Total | $18.99 |
|---|---|

| | |
|---|---|
| Trip fare | $15.37 |
| **Subtotal** | **$15.37** |
| Booking Fee | $0.62 |
| Airport Fee | $3.00 |

### Payments

Mastercard ••••5713 — 1/18/23 2:49 AM — $18.99

Visit the trip page for more information, including invoices (where available)

You rode with VICTOR

UberX   4.96 miles | 9 min

3:56 PM | Carolina, 00979, Puerto Rico
4:05 PM | 1309 Ashford Ave, San Juan, 00907, Puerto Rico

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

# Uber

January 20, 2023

## Here's your receipt for your ride, Gil

We hope you enjoyed your ride this evening.

| | |
|---|---|
| **Total** | **$14.05** |

| | |
|---|---|
| Trip fare | $6.60 |

| | |
|---|---|
| **Subtotal** | **$6.60** |
| Reservation Fee | $6.80 |
| Booking Fee | $0.65 |

## Payments

  Mastercard ••••5713    $14.05
1/20/23 4:06 AM

A temporary hold of $14.05 was placed on your payment method •••• 5713. This is not a charge and will be removed. It should disappear from your bank statement shortly.

Visit the trip page for more information, including invoices (where available)

---

You rode with MANUEL

UberX    5.64 miles | 8 min



3:57 AM | 1309 Ashford Ave, San Juan, 00907, Puerto Rico

4:05 AM | San Juan, PR 00985, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.