Christopher Graham, dba

Diligens, LLC
EIN 87-1667996

█████████████████████

January 1-21, 2023

INVOICE# 2023-01

Re: Audit services - Case 3:12-cv-02039-FAB Document 2176 Filed 09/20/22

| Hours | Professional Services/Description | Total |
|---|---|---|
| 2 | 1/10/2023 Audit prep and planning meeting with DSP/PRPB | $ 300.00 |
| 10 | 1/17-18/2023 On-site audit and meetings at PRPB | $ 1,500.00 |
| 12 | 1/13-20/2023 Audit of provided PDF files | $ 1,800.00 |
| 7 | 1/19/2023 Status Conference/brief court | $ 1,050.00 |
| 31 | **Total labor** | $ 4,650.00 |
| | **Direct Expenses** | |
| Travel Expense | Frontier Airlines, Jacksonville to San Juan, R/T, 01/16-20/23 | $ 395.96 |
| Travel Expense | Personal vehicle mileage home to airport 48 miles@ .625 | $ 30.00 |
| Travel Expense | UBER SJ airport to hotel 01/16/2023 | $ 12.99 |
| Travel Expense | Uber hotel to PRPB 1/18/2023 | $ 14.96 |
| Travel Expense | Uber PRPB to Hotel 1//18/23 | $ 12.99 |
| Travel Expense | Lodging 1/16-20/23, (4 nights) Govt rate $195/night | $ 780.00 |
| Travel Expense | Lodging 1/16-20/23, (4 nights) Room Tax : $ 25.53 /night | $ 102.12 |
| Travel Expense | Lodging 1/16-20/23, (4 nights) Mandatory Fee $37.05/ night | $ 148.20 |
| Travel Expense | Meals and Incidental Expenses, 1/16 - 20/2023, Govt rate $115.00/day, 3 full + 2 travel days¾ rate @$86.25/day | $ 517.50 |
| Travel Expense | UBER hotel to SJ airport 1/20/23 | $ 19.47 |
| Travel Expense | Personal vehicle mileage airport to home 48 miles@ .625 | $ 30.00 |
| Travel Expense | Parking Jacksonville Int. Airport  1/16-20/2023 | $ 42.07 |
| | **Total travel expense** | $ 2,106.26 |
| | **Invoice Total** | $ 6,756.26 |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as the court-appointed auditor.  I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

_____
Christopher Graham
01/21/2023

s/ *Alejandro del Carmen* 1/21/20
Alejandro del Carmen

San Juan Marriott Resort & Stellaris Casino - 1309 Ashford Ave, San Juan, Puerto Rico
(1-787) 722-7000 Marriott.com/SJUPR

**MARRIOTT RESORT**
**SAN JUAN**
**STELLARIS CASINO**

| Room / Habitacion | Guest Name / Huesped | Rate / Tarifa | Depart / Salida | Time |
|---|---|---|---|---|
| 1502 | | $ 195 | 01-20-23 | 00:00 |
| **Type / Tipo** | | | **Arrive / Llegada** | **Time** |
| NKCV | | | 01-16-23 | 14:19 |
| | Mr Christopher Graham | | **Marriott Rewards** | **Acct #** |
| | | | XXXXX2704 | 6619903 |
| | United States | | | **Conf #** |
| **Clerk / Usuario** | | | | 99659797 |
| GMNEG491 | | | | |

| DATE / FECHA | REFERENCE / DESCRIPCION | CHARGES / DEBITOS | CREDITS / CREDITOS | BALANCE DUE / SALDO |
|---|---|---|---|---|
| 01-16-23 | Room Charge | 195.00 | | |
| 01-16-23 | Resort Fee | 37.05 | | |
| 01-16-23 | Room Tax | 25.53 | | |
| 01-17-23 | Room Charge | 195.00 | | |
| 01-17-23 | Resort Fee | 37.05 | | |
| 01-17-23 | Room Tax | 25.53 | | |
| 01-18-23 | Guest Response (HSKP-ENG-FO) | -75.00 | Not included on courts invoice. Room tax not impacted. | |
| | due to ENG issue (shower) nda | | | |
| 01-18-23 | Fixme Micros | 17.00 | | |
| | Room# 1502 : CHECK# 0054870 | | | |
| 01-18-23 | Coffee Merchant | 20.12 | | |
| | Room# 1502 : CHECK# 0407221 | | | |
| 01-18-23 | Fixme Micros | 16.50 | | |
| | Room# 1502 : CHECK# 0054883 | | | |
| 01-18-23 | Room Charge | 195.00 | | |
| 01-18-23 | Resort Fee | 37.05 | | |
| 01-18-23 | Room Tax | 25.53 | | |
| 01-19-23 | Fixme Micros | 33.45 | | |
| | Room# 1502 : CHECK# 0054046 | | | |
| 01-19-23 | Fixme Micros | 18.61 | | |
| | Room# 1502 : CHECK# 0054072 | | | |
| 01-19-23 | Room Charge | 195.00 | | |
| 01-19-23 | Resort Fee | 37.05 | | |
| 01-19-23 | Room Tax | 25.53 | | |
| 01-20-23 | Visa Card | | 1,061.00 | |
| | XXXXXXXXXXXX0485 | XX/XX | | |
| | | **Total =** | | |

# GUEST FOLIO / ESTADO DE CUENTA

San Juan Marriott Resort & Stellaris Casino - 1309 Ashford Ave, San Juan, Puerto Rico
(1-787) 722-7000 Marriott.com/SJUPR

**MARRIOTT RESORT SAN JUAN STELLARIS CASINO**

| Room / Habitacion | Guest Name / Huesped | Rate / Tarifa | Depart / Salida | Time |
|---|---|---|---|---|
| 1502 | | $ 195 | 01-20-23 | 00:00 |
| **Type / Tipo** | | | **Arrive / Llegada** | **Time** |
| NKCV | Mr Christopher Graham | | 01-16-23 | 14:19 |
| | 148 Turtle Bay Ln | | **Marriott Rewards** | **Acct #** |
| | Ponte Vedra FL 32082 | | XXXXX2704 | 6619903 |
| | United States | | | **Conf #** |
| **Clerk / Usuario** | | | | 99659797 |
| GMNEG491 | | | | |

| DATE / FECHA | REFERENCE / DESCRIPCION | CHARGES / DEBITOS | CREDITS / CREDITOS | |
|---|---|---|---|---|
| | | 1,061.00 | 1,061.00 | 0.00 |

Tell a friend about Marriott Rewards, you'll both get 1,000 points when they stay -- up to five friends, five stays each.
That's up to 25,000 points for you. Refer Friends, Get Points! See details at MarriottRewards.com/Friend

For billing inquiries call Toll free
1-866-480-2627 Mon / Fri

This statement is your only receipt. You have agreed to pay in cash, by approved check or to authorize us to charge your credit card for all amounts to you. Your credit card company will bill you in its usual manner. If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after checkout, you will owe us interest from the checkout date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%) or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.



**MONDAY, JAN 16, 2023 - FRIDAY, JAN 20, 2023**  Trip Confirmation Number: **YISNRH**

Jacksonville, FL (JAX) ✈ San Juan, Puerto Rico (SJU)

Depart: Monday Jan 16, 2023

| Flight Duration | Departure | Arrival |
|---|---|---|
| **F9 124** <br> 2hr 58min <br> NonStop | 09:51 AM <br> Jacksonville, FL (JAX) | 01:49 PM <br> San Juan, Puerto Rico (SJU) |

| Passenger Name <br> Special Services | Seats | Bags |
|---|---|---|
| Christopher Graham <br> -- | 2D | 1 Carry On, 1 Checked |

Return  Friday Jan 20, 2023

| Flight Duration | Departure | Arrival |
|---|---|---|
| **F9 125** <br> 3hr 38min <br> NonStop | 02:42 PM <br> San Juan, Puerto Rico (SJU) | 05:20 PM <br> Jacksonville, FL (JAX) |

| Passenger Name | Seats | Bags |
|---|---|---|

Special Services

| | | |
|---|---|---|
| Christopher Graham | 2D | 1 Carry On, 1 Checked |
| -- | | |

## Invoice

**Summary**

| | |
|---|---|
| Airfare | $12.36 |
| Options | $278.00 |
| Carrier Interface Charge | $46.00 |
| U.S. Passenger Security Fee | $11.20 |
| U.S. Transportation Tax (international and Alaska departures & arrivals) | $39.40 |
| Jacksonville, Fl (JAX) Passenger Facility Charge | $4.50 |
| San Juan, Puerto Rico (SJU) Passenger Facility Charge | $4.50 |
| **GRAND TOTAL** | **$395.96** |

**Option**

**THE WORKS**
  Carry On Item
  Checked Bag
  Best Seat Available
  Refundability
  No Change Fees*
  No Change Fees*
                                    $278.00

**Christopher Graham**

| | |
|---|---|
| Seat Fee | $0.00 |
| Checked Bag | INCL |
| Carry On Item | INCL |

| | |
|---|---|
| Best Seat Available | INCL |
| **TOTAL** | $395.96 |
| **Purchase Date** | 12/22/22 |
| **Payment** | Visa |
| | XXXXXXXXXXXX0485 |

# Uber

January 16  2023

## Thanks for tipping, Chris

We hope you enjoyed your ride this evening

| | |
|---|---:|
| **Total** | **$12.99** |

| | |
|---|---:|
| rip fare | $6.37 |

| | |
|---|---:|
| Subtotal | $6 37 |
| Booking Fee | $0 62 |
| Airport Fee | $3 00 |
| Tips | $3 00 |

## Payments

**VISA**  V sa ••••0485   $12.99
1/16/23 2:13 PM

[Visit the trip page](#) for more information  including invoices (where available)

---

You rode with Rafael

UberX   4 97 miles   11 min

■ 1 52 PM   Carolina  00979  Puerto Rico

■ 2 03 PM   1309 Ashford Ave  San Juan  00907  Puerto Rico

Fare does not include fees that may be charged by your bank  Please contact your bank directly for inquiries

# Uber

January 18, 2023

## Thanks for tipping, Chris

We hope you enjoyed your ride this evening

| | |
|---|---|
| **Total** | **$14.96** |

| | |
|---|---|
| rip fare | $11.42 |

| | |
|---|---|
| Subtotal | $11.42 |
| Booking Fee | $0.54 |
| Tips | $3.00 |

## Payments

 Visa ••••0485   $14.96
1/18/23 9:18 AM

[Visit the trip page](#) for more information, including invoices (where available)

---

You rode with Yanzier

UberX   3.59 miles   10 min

■ 8:57 AM   1035 Avenida Ashford, San Juan, PR 00907, US
■ 9:07 AM   601 Av. Franklin Delano Roosevelt, San Juan, 00936, Puerto Rico

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries

# Uber

January 18  2023

## Thanks for tipping, Chris

We hope you enjoyed your ride this evening

| Total | $9.93 |
|---|---|

| rip fare | $6.39 |
|---|---|

| Subtotal | $6 39 |
|---|---|
| Booking Fee | $0 54 |
| Tips | $3 00 |

## Payments

**VISA** V sa ••••0485  
1/18/23 1:23 PM  
$9.93

Visit the trip page for more information  including invoices (where available)

---

You rode with Iris

UberX   3 70 miles   9 min

■ 1 03 PM   601 Ave Franklin Delano Roosevelt  San Juan  PR 00936  US

■ 1 12 PM   1309 Ashford Ave  San Juan  00907  Puerto Rico

Fare does not include fees that may be charged by your bank  Please contact your bank directly for inquiries

# Uber

January 20, 2023

## Thanks for tipping, Chris

We hope you enjoyed your ride this evening

| Total | $19.47 |
|---|---|

| rip fare | $8.01 |
|---|---|

| Subtotal | $8 01 |
|---|---|
| Reservation Fee | $6 80 |
| Booking Fee | $0 66 |
| Tips | $4 00 |

## Payments


V sa ••••0485
1/20/23 12:23 PM
$15.47


V sa ••••0485
1/20/23 12:27 PM
$4.00

A temporary hold of $15 47 was placed on your payment method •••• 0485  This is not a charge and will be removed  t should disappear from your bank statement shortly

Visit the trip page for more information  including invoices (where available)

---

You rode with Danny

UberX   5 65 miles   14 min

12 08 PM   1309 Ashford Ave  San Juan  00907  Puerto Rico

12 22 PM   Gates C2  C10  Aeropuerto  nternacional Luis Muñoz Mar n (SJU)  Puerto Rico  PR 00937  US

Fare does not include fees that may be charged by your bank  Please contact your bank directly for inquiries

# USAPARK. net
Thank you for parking with us!
904-741-2100
$5 Off Coupon At Our Web Site
www.USAPARK.net

Earn Free Parking With Fast Pass
After signing up get credit for previous parking stays @ www.usapark.net/acct-maint

Cashier: mary
Transaction#: 870703
Receipt Date: 1/19/2023 5:47 PM

Entry: 1/16/2023 8:21 AM
Exit:  1/19/2023 5:47 PM

| | |
|---|---|
| Park Type: UnCovered | 8.95 |
| 4 days @ 8.95/day | 35.80 |
| Parking Charge: | 35.80 |
| State Tax at 7.5%: | 2.69 |
| Airport Fee at 10.0%: | 3.58 |
| Total Amount: | 42.07 |
| Amount Paid: | 42.07 |
| Change Due: | 0.00 |
| | |
| Credit Card: Visa 3411 | 42.07 |
| Cust No. #: | 24951 |

\* \* \* Thank You \* \* \*

Your Frequent Flyer account has 34

