Del Carmen Consulting, LLC
3122 Westwood Drive
Arlington, Texas 76012

December 22, 2022 through January 21, 2023

INVOICE # SM2023-1                      **TOTAL DUE $ 15,000.00**
SPECIAL MASTER
JANUARY 2023 INVOICE

**Tasks Completed**

Drafted, reviewed and responded to emails and all other documents/communication with respective parties and the Court. Engaged in review of some documents for the Court.

Conference calls with the Monitoring Team members, Commonwealth Representatives and Court.

Conference calls with the SM team members and PRPB personnel.

Drafted and edited reform review document, as requested by the Court.

Reviewed filings, motions, and orders.

Worked on review of documents sent by PRPB and Monitor's Office.

Held meetings in Puerto Rico (1/17—1/20).

Reviewed and drafted documents for the Court.

Worked on analysis of traffic stop data provided by PRPB.

**Flat Rate Total Wages Due = $15,000.00**

**TOTAL DUE = $ 15,000.00**

All travel expenses incurred during the trip to Puerto Rico (1/17/23—1/20/23) including airfare, lodging, meals, parking and transportation within the island, are being donated.

## TOTAL DUE = $ 15,000.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*Alejandro del Carmen*
_____
**Dr. Alejandro del Carmen**                                                    **1/21/23**