GALOEFFERT, LLC
4805 East Lake Road
Sheffield Lake, Ohio 44054

December 22, 2022, through January 21, 2023

INVOICE # 2023-01
ASSISTANT SPECIAL MASTER
January 2023 INVOICE

**TOTAL DUE $13,274.93**

Tasks Completed

| Hours | Description | Total |
|---|---|---|
| 26 | Drafted/reviewed/researched/translated as necessary/discussed/reworked documents related to various orders of the Court, Parties, Auditor, and Monitor's Office exchanges regarding recurring issues and OSM projects such as MLARS compliance, Integrity audits, Sergeants Exam, PRPB draft Reform Plan, NIBRS, Status Conference preparation. | $3,900.00 |
| 18 | Drafted, reviewed, and responded to texts, emails and all other documents/communications/telephone calls with respective parties, the OSM, Auditor, and Court. | $2,700.00 |
| 12 | Zoom meetings and/or conference calls with the parties. | $1,800.00 |
| 23 | Travel to San Juan on 1/17/23 for meetings on 1/18/23 in furtherance of Court Status Conference on 1/19/2023. Worked 3 hours on 1/17 flight on research for the Court. Meetings/work 1/18/23, 12 hours, 1/19/23, 8 hours. | $3,450.00 |
| Travel Expense | United Airlines Roundtrip Economy Fare Cleveland to San Juan | $503.40 |
| Travel Expense | Lodging 1/17/23-11/19/22, Govt rate $195/night plus tax | $515.16 |
| Travel Expense | Meals and Incidental Expenses, 1/17/23-1/19/23, Govt rate $115.00/day, travel days ¾ rate at $86.25/day | $287.50 |
| Travel Expense | Parking Cleveland Airport $20/day | $66.00 |
| Travel Expense | UBER Trips - 1/18/23 airport to hotel $17.91, 1/18/23 Court to hotel $15.99, 1/19/23 hotel to airport $18.97 | $52.87 |

Total Wages Due = $13,274.93

I hereby certify that the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

Gary A. Loeffert

S/Alejandro del Carmen

1/21/2023

From: **United Airlines** Receipts@united.com
Subject: eTicket Itinerary and Receipt for Confirmation PJWQN9
Date: January 3, 2023 at 5:37 PM
To:





Tue, Jan 03, 2023

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our Important notices page for the latest updates

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# PJWQN9

---

Flight 1 of 4 UA1616                                      Class: United Economy (K)

Tue, Jan 17, 2023                                          Tue, Jan 17, 2023
**04:52 PM**                                               **06:30 PM**
Cleveland, OH, US (CLE)                                    New York/Newark, NJ, US (EWR)

---

Flight 2 of 4 UA1543                                      Class: United Economy (K)

Tue, Jan 17, 2023                                          Wed, Jan 18, 2023
**07:59 PM**                                               **12:57 AM**
New York/Newark, NJ, US (EWR)                              San Juan, PR, US (SJU)

---

Flight 3 of 4 UA2024                                      Class: United Economy (T)

Thu, Jan 19, 2023                                          Thu, Jan 19, 2023
**06:00 PM**                                               **08:58 PM**
San Juan, PR, US (SJU)                                     Washington, DC, US (IAD)

---

Flight 4 of 4 UA6150                                      Class: United Economy (T)

Thu, Jan 19, 2023                                          Thu, Jan 19, 2023
**10:18 PM**                                               **11:40 PM**

| | |
|---|---|
| Washington, DC, US (IAD) | Cleveland, OH, US (CLE) |

Flight Operated by Mesa Airlines dba United Express.

## Traveler Details

**LOEFFERT/GARYA**

eTicket number: **0162456354118**  
Frequent Flyer: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Seats: CLE-EWR 21C  
EWR-SJU 20C  
SJU-IAD 20C  
IAD-CLE 12B

| | |
|---|---|
| Economy Plus Seat (0169821797603) | IAD-CLE |
| Economy Plus Seat (0169821797602) | SJU-IAD |
| Economy Plus Seat (0169821797601) | EWR-SJU |
| Economy Plus Seat (0169821797600) | CLE-EWR |

## Purchase Summary

Method of payment: ▓▓▓▓▓▓▓▓▓▓▓▓  
Date of purchase: Tue, Jan 03, 2023

| | |
|---|---|
| Airfare: | 432.00 USD |
| U.S. Transportation Tax: | 42.20 USD |
| September 11th Security Fee: | 11.20 USD |
| U.S. Passenger Facility Charge: | 18.00 USD |
| Total Per Passenger: | 503.40 USD |

**Total:** 503.40 USD

## Additional Purchase Summary

Method of payment: ▓▓▓▓▓▓▓▓▓▓▓▓  
Date of purchase: Tue, Jan 03, 2023

Economy Plus Seat (Reference Number: 0169821797603): 30.00 USD

**Total:** 30.00 USD

## Additional Purchase Summary

Method of payment: ▓▓▓▓▓▓▓▓▓▓▓▓  
Date of purchase: Tue, Jan 03, 2023

Economy Plus Seat (Reference Number: 0169821797602): 109.00 USD

**Total:** 109.00 USD

Additional Purchase Summary

Method of payment:
Date of purchase: Tue, Jan 03, 2023

Economy Plus Seat (Reference Number: 0169821797601): 109.00 USD

**Total:** 109.00 USD

Additional Purchase Summary

Method of payment:
Date of purchase: Tue, Jan 03, 2023

Economy Plus Seat (Reference Number: 0169821797600): 45.00 USD

**Total:** 45.00 USD

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.
NONREF/0VALUAFTDPT
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

## MileagePlus Accrual Details

| Garya Loeffert | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Tue, Jan 17, 2023 | 1616 | Cleveland, OH, US (CLE) to New York/Newark, NJ, US (EWR) | 259 | 37 | 1 |
| Tue, Jan 17, 2023 | 1543 | New York/Newark, NJ, US (EWR) to San Juan, PR, US (SJU) | 1036 | 148 | 1 |
| Thu, Jan 19, 2023 | 2024 | San Juan, PR, US (SJU) to Washington, DC, US (IAD) | 1470 | 210 | 1 |
| Thu, Jan 19, 2023 | 6150 | Washington, DC, US (IAD) to Cleveland, OH, US (CLE) | 273 | 39 | 1 |
| MileagePlus accrual totals: | | | 3038 | 434 | 4 |

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Tue, Jan 17, 2023 Cleveland, OH, US (CLE) to San Juan, PR, US (SJU - Luis Muñoz Marín) | 0 USD | 45 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |

# GUEST FOLIO / ESTADO DE CUENTA

San Juan Marriott Resort & Stellaris Casino - 1309 Ashford Ave, San Juan, Puerto Rico
(1-787) 722-7000 Marriott.com/SJUPR



MARRIOTT RESORT
SAN JUAN
STELLARIS CASINO

| Room / Habitacion | Guest Name / Huesped | Rate / Tarifa | Depart / Salida | Time |
|---|---|---|---|---|
| 0717 | | $ 195 | 01-19-23 | 00:00 |
| Type / Tipo | | | Arrive / Llegada | Time |
| XROM | Gary Loeffert | | 01-17-23 | 19:51 |
| | | | Marriott Rewards | Acct # 6619891 |
| | | | | Conf # 99647647 |
| Clerk / Usuario | | | | |
| MSDIA942 | | | | |

| DATE / FECHA | REFERENCE / DESCRIPCION | CHARGES / DEBITOS | CREDITS / CREDITOS | BALANCE DUE / SALDO |
|---|---|---|---|---|
| 01-17-23 | Room Charge | 195.00 | | |
| 01-17-23 | Resort Fee | 37.05 | | |
| 01-17-23 | Room Tax | 25.53 | | |
| 01-18-23 | Room Charge | 195.00 | | |
| 01-18-23 | Resort Fee | 37.05 | | |
| 01-18-23 | Room Tax | 25.53 | | |
| 01-18-23 | Master Card | | 515.16 | |
| | Total = | 515.16 | 515.16 | 0.00 |

Tell a friend about Marriott Rewards, you'll both get 1,000 points when they stay -- up to five friends, five stays each. That's up to 25,000 points for you. Refer Friends, Get Points! See details at MarriottRewards.com/Friend

**For billing inquiries call Toll free
1-866-480-2627 Mon / Fri**

This statement is your only receipt. You have agreed to pay in cash, by approved check or to authorize us to charge your credit card for all amounts to you. Your credit card company will bill you in its usual manner. If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after checkout, you will owe us interest from the checkout date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%) or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

```
Cleveland Hopkins
Transaction-Id: H003230
3074428
Ticket-Nr.:  60193476
EX:
01/20/2023  00:03
Total:     $  66.00
Validations:  $  0.00
MASTERCARD
XXXXXXXXXXX█
$66.00
39918E
```

**From:** Uber Receipts noreply@uber.com
**Subject:** [Business] Your Wednesday morning trip with Uber
**Date:** January 18, 2023 at 12:10 AM
**To:**



# Uber

Total **$17.91**
January 18, 2023

## Thanks for tipping, Gary

Here's your updated Wednesday morning ride receipt.



# Total                                $17.91

| | |
|---|---:|
| Trip fare | $9.29 |
| **Subtotal** | **$9.29** |
| Booking Fee ⓘ | $0.62 |
| Airport Fee | $3.00 |
| Tips | $5.00 |

**Payments**



Mastercard ••••                                $17.91
1/18/23 1:10 AM

Download PDF

# You rode with Moises

4.99 ★ Rating    Has passed a multi-step safety screen

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more >

UberX    4.95 miles | 7 min

**12:52 AM**
Carolina, 00979, Puerto Rico

**1:00 AM**
1309 Ashford Ave, San Juan, PR 00907, US



**From:** Uber Receipts noreply@uber.com
**Subject:** [Business] Your Wednesday afternoon trip with Uber
**Date:** January 18, 2023 at 1:26 PM
**To:**



# Uber

Total **$15.99**
January 18, 2023

## Thanks for tipping, Gary

Here's your updated Wednesday afternoon ride receipt.



# Total                                    $15.99

| | |
|---|---:|
| Trip fare | $10.44 |
| Subtotal | $10.44 |
| Booking Fee | $0.55 |
| Tips | $5.00 |

**Payments**



Mastercard ···· 
1/18/23 2:25 PM                                    $15.99

**Download PDF**

# You rode with Ambiorix

4.98 ★ Rating          Has passed a multi-step safety screen

When you ride with Uber, your trips are insured in case of a covered accident.

**Learn more** >

UberX    3.91 miles | 11 min

**2:03 PM**

150 Calle San Francisco, San Juan, PR 00901, US

**2:15 PM**

1309 Ashford Ave, San Juan, PR 00907, US



**From:** Uber Receipts noreply@uber.com
**Subject:** [Business] Your Thursday afternoon trip with Uber
**Date:** January 19, 2023 at 3:06 PM
**To:**



# Uber

Total $18.97
January 19, 2023

## Thanks for tipping, Gary

Here's your updated Thursday afternoon ride receipt.



## Total                                $18.97

| | |
|---|---|
| Trip fare | $13.24 |
| Subtotal | $13.24 |
| Booking Fee | $0.73 |
| Tips | $5.00 |

**Payments**



Mastercard ••••          $18.97
1/19/23 4:06 PM

**Download PDF**

## You rode with Frankie

5.00 ★ Rating             Has passed a multi-step safety screen

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more >

UberX    5.73 miles | 15 min

■ **3:40 PM**
1055 Ashford Ave, San Juan, 00907, Puerto Rico

**3:56 PM**
Gates B2 - B11, Aeropuerto Internacional Luis Muñoz Marín (SJU), Puerto Rico, PR 00937, US

