**TDPetrowski, LLC**
**4010 Deep Valley Drive**
**Dallas, Texas 75244**

December 22, 2022 – January 21, 2023

INVOICE # ASM.TDP.2023-1                                        **TOTAL DUE:  $4,050**
ASSISTANT SPECIAL MASTER
JANUARY INVOICE

**Tasks Completed**

| Hours | Description | Total |
|---|---|---|
| 9 | Draft/reviewed/researched/translated as necessary/discussed/reworked documents related to PRPD and DOJ and Monitor Office exchanges regarding recurring issues and OSM projects, to include orders and ad hoc taskings of the Court. | $1,350 |
| 8 | Drafted, reviewed, translated, and responded to texts, emails, and all other documents/communications with respective parties, the Special Master, Assistant Special Master, and the Court. | $1,200 |
| 10 | Zoom meetings and/or conference calls with the Court, Office of Special Master, and the Parties. | $1,500 |

                                                                                           **Total Wages Due = $4,050**

**I hereby certify that the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under regular employment or a contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.**

*Thomas D. Petrowski*                                                         **1/21/2023**
_____
**Thomas D. Petrowski**


s/ *Alejandro del Carmen*                                                 **1/21/2023**
_____
**Alejandro del Carmen**