IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants.** | **Civil No.** 12-2039 (FAB) |

**ORDER**

The invoices submitted by G&M Balli Services, LLC, Del Carmen Consulting, LLC, Galoeffert, LLC, TD Petrowski, LLC, and, the amended Invoice submitted by Galoeffert, LLC (Docket Nos. 2296, 2298, 2299, 2300 and 2302) are **NOTED**.

The amounts claimed for the period from December 22, 2022 through January 21, 2023, are **APPROVED** for payment.  Docket number 2299 is rendered **MOOT**.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, January 31, 2023.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE