IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants.** | **Civil No.** 12-2039 (FAB) |

**ORDER**

The Invoice submitted by Mr. Christopher Graham, d/b/a Diligens, LLC (Docket No. 2297) is **NOTED and APPROVED** as follows.

In invoice number 2023-01, mileage is claimed at $0.625 per mile. Effective January 1, 2023, the General Services Administration increased the mileage rate for vehicles from $0.625 to $0.655 per mile.  The invoice also includes a claim of $12.99 for an Uber ride service on January 18, 2023, but the invoice in support of this claim states that the cost of the service is $9.93.

Mr. Graham's invoice will be adjusted to increase the mileage claim and reduce the Uber service to its actual cost.  The net effect of the adjustments results in a reduction of $0.18.

The Clerk of the Court is instructed to issue a payment in the amount of $6,756.08.

Civil No. 12-2039 (FAB)                                                         2

**IT IS SO ORDERED.**

San Juan, Puerto Rico, January 31, 2023.

                                                  s/ Francisco A. Besosa
                                                  FRANCISCO A. BESOSA
                                                  SENIOR UNITED STATES DISTRICT JUDGE