IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants**. | **Civil No.** 12-2039 (FAB) |

**ORDER**

On September 20, 2022, the Court appointed Christopher Graham to audit the 109 expenditures previously identified as questionable by the Office of the Special Master in its review of the Police Reform budgets for Fiscal Years 2019, 2020, and 2021 (see Docket Nos. 2158 and 2176).

In response to that order, the Puerto Rico Police Bureau (PRPB) provided certain documents and files purportedly in support of the 109 questionable expenses. An initial review and an inventory of the documents and files that PRPB provided have been completed by the auditor. That review revealed that a significant number of files are substantially incomplete and lack necessary documents, or are missing in their entirety.

Civil No. 12-2039 (FAB)                                                    2

It is essential that these missing documents be produced in order for the auditor to fairly and accurately prepare his reports of findings as ordered by the Court.

Accordingly, it is ORDERED that the Commonwealth shall provide the missing documents and files, as indicated in attachments A through C to this order, or state the reason for their unavailability **no later than Friday, February 24, 2023.**

**IT IS SO ORDERED.**

San Juan, Puerto Rico, February 8, 2023.

                                        s/ Francisco A. Besosa
                                        FRANCISCO A. BESOSA
                                        SENIOR UNITED STATES DISTRICT JUDGE