**Attachment A**

**Files or documents were <u>not</u> provided for the following expense items:**

FY 2019

2.  Security Advisor Jose J. Davila Nieves, $79,200.00 budgeted, $67,800.00 expensed/disbursed.

3.  Moca Shooting Club in the amount of $6,000.00, expensed/disbursed. Lease agreement for the months of July to October 2018.

4.  Shooting and Hunting Association of PR in the amount of $18,000.00, expensed/disbursed. Lease agreement for the months of July to October 2018.

9.  Alberto Jose Rivera/Jorge L. Morales Camacho, purchase of five dogs in Denver, Indiana in the amount of $4,990.00, expensed/disbursed.

17. Michica International, Tactical Elbow Guards, $2,062.36 budgeted, $2,062.36 obligated.

18. Michica International, Tactical Knee Pads, $2,344.36 budgeted, $2,344.36 obligated.

27. Michica International Co. Inc., one Saber Refill Station System, $3,844.94 budgeted, $3,844.94 expended/disbursed.

28. Tactical Equipment Consultants, Inc., 35 Gas Masks, $20,225.80 budgeted, $20,225.80 expended/disbursed.

29. Security and Defense IND DBA Armored, two ballistic shields, $6,960.00 budgeted, $6,960.00 obligated.

33. Girard Manufacturing Inc., nine Central Modular Stations, $35,775.00 budgeted, $35,775.00 obligated.

38. Ferreteria El Cometa, 75 Wall Fans (20") $8,925.00 budgeted, $8,925.00 expended/disbursed.

43. Michica International Co. Inc., Saber Inert Refillable and Striking Shields, $5,174.60 budgeted, $5,174.60 expended/disbursed.

FY 2020

21. Tactical Equipment Consultants, Inc., 125 CTCF Riot Agents, budgeted for $22,625.00, $21,493.75 expensed/disbursed. Purchase Order No. 2020R00005 paid with the SAOC budget.

26.     Tactical Equipment Consultants Inc., 2575 Riot Baton, Baton Holder for Riot, Carry Bag Riot, budgeted for $178,653.50, $177,271.92 expensed/disbursed.  Purchase Order No. 2020R00003 paid with the SAOC budget.

34.     Michica International Co. Inc., 1,500 Black Baton Holders, budgeted for $50,220.00, $50,220.00 obligated.  Purchase Order No. 2020R00068.

38.     Axon Enterprise Inc., 740 Electrical Control Devices, budgeted for $828,800.00, $828,800.00 obligated.  Purchase Order No. 2020R00062.  (Note: Documents (3) provided related to an FY 2021 expense, despite being included in the FY 2020 totals)