**Attachment B**

**Files provided for the following items did not include vendor product invoice(s) or executed personal services contracts/invoices:**

FY2019

1.      Codecon, 2000 radios for $3,760,000 budgeted, $3,702,058.40 expensed/disbursed.

11.     Michica International, 60 Practice Batons, $75.74 a piece, $4,544.40 budgeted, $4,544.40 expensed/disbursed.

22.     Security & Defense IND DBA Armor, 155 green tactical polo $49.99 each, 93 long pants type "tactical pants" $69.99 each, 31 - 8" high tactical boots $99.99 each, $17,356.59, budgeted, $17,357.21 expensed/disbursed.

24.     Vohne Liche Kennels, 5 Large Size Kennels, 5 Health Certificates, 5 Air Transportation, $5,900.00 budgeted, $5,900.00 obligated.

25.     Vohne Liche Kennels, 1 Explosive Dog for $10,500.00, 4 Narcotics Dogs for $34,000.00 in the amount of $44,500.00 budgeted, $41,740.00 obligated.

30.     Skytec Inc., 4 megaphones, $16,200.00 budgeted, $16,200.00 expensed/disbursed.

32.     Vohne Liche Kennels, 3 Bite Suits, $4,695.00 budgeted, $4,695.00 obligated.

34.     Vohne Liche Kennels, K9 obstacle course, Window Hurdle, Board Jump, A-Frame, Dog Crawl, Shipping, $37,584.00 budgeted, $37,584.00 obligated.

40.     Vohne Liche Kennels, 3 bite sleeves, 5 Ray Allen Protective Masks, $1,025.00 budgeted, $1,025.00 obligated.

45.     Dr. Maria Del C. Calderon Lopez, medical services, $96,000.00 budgeted, $10,450.00 obligated, $76,975.00 expensed/disbursed.

FY2020

1.      Shooting and Hunting Association of PR Guayama, $18,000.00 budgeted, $16,500.00 expensed/disbursed.

9.      Travel expense for polygraphists travel to New Orleans in August 2019, $14,703.00 budgeted, $12,004.17 expensed/disbursed. Document 20RV0052.

10.     Travel expense for polygraphists travel to New Orleans in December 2019, $14,285.00 budgeted, $15,671.75 expensed/disbursed.

11.     Psychologists (15) budgeted for $180,000.00, expensed/disbursed for $595,300.00.

12.     Medical Services, Dr. Maria del Carmen Calderon, contracted from 07/03/2019 – 06/30/2020, budgeted for $105,600.00, expensed/disbursed for $85,300.00.

13.     Tactical Equipment Consultants Inc., 25 Microphones and speakers for masks, budgeted for $12,375.00, $11,756.25 expensed/disbursed.  Contract obligation No 2020380074.

15.     Codecon, 50 clear tube replacement kits, budgeted for $6000.00, $6000.00 expensed/disbursed.  Purchase Order No. 2020R00019.

17.     Michica International Co. Inc., 625 Riot Helmets budgeted for $115,618.75, $115,618.75 expensed/disbursed.  Purchase Order No. 2020R00008 paid with SAOC Budget.

24.     Michica International Co. Inc., 100 Mattresses, waterproof, fire retardant, budgeted for $9,994.00, $9,994.00 expensed/disbursed.  Purchase Order No. 2020R00011.

27.     Uniphoto Inc., 150 Mattress waterproof bunk beds, budgeted for $14,235.00, $14,235.00 expensed/disbursed.  Purchase Order No. 2020R00017.

28.     Michica International Co. Inc., 80 Whistles with distinctive and loud sound distance, 80 portable compact packages (first aid), 80 glasses transparent protectors, budgeted for $4,324.00, $4,324.00 expensed/disbursed.  Purchase Order No. 2020R00034.

36.     Tactical Equipment Consultants Inc., 200 Gas Mask Full Face, budgeted for $130,080.00, $130,080.00 expensed/disbursed.  Emergency purchase for demonstrations in Old San Juan Purchase Order No. 2020000002.

37.     Tactical Equipment Consultants Inc., 425 Gas Mask Full Face, budgeted for $262,250.00, $249,517.50 expensed/disbursed.  Emergency purchase for demonstrations in Old San Juan Purchase Order No. 2020000006.

41.     Puerto Rico Wire Products, 13 Portable Light Tower System, budgeted for $110,435.00, $110,435.00 obligated.  Purchase Order No. 2020R00067.

FY2021

1.     Shooting and Hunting Association of PR Guayama, $18,000.00 budgeted, $16,500.00 expensed/disbursed.  Comments – Obligation of Funds No. 2021380042, 210040081.

2. Ricoh, photocopier maintenance service, $43,532.82 budgeted, $43,532.82 expensed/disbursed. Obligation of funds No. 2021380047.

3. Interboro Systems Corporation, Communication Service (Assistance), $560,550.00 budgeted, $560,550.00 expensed/disbursed. Obligation of funds No. 2021380027.

4. Interboro Systems Corporation, maintenance to the Kronos Assistance system, $1,493,670.00 budgeted, $1,301,444.10 expensed/disbursed. Contract obligation No. 2100400007 – OC 2100400188.

5. Tactical Equipment Consultants Inc., 60 clear outset lenses, sunlight lenses assembly, $3,600.00 budgeted, $3,600.00 obligated. Purchase Order No. 2130442902.

6. Tactical Equipment Consultants Inc., 60 clear outset lenses, sunlight lenses assembly, $3,600.00 budgeted, $3,600.00 obligated. Purchase Order No. 2130443097.

7. Security and Defense Ind. PR DAB Armored, holographic sight system, system EO tech magnifier, Lazer e System, Infra IR Illuminator, $46,335.15 budgeted, $46,355.00 obligated. Purchase Order No. 2130442849.

8. Taluna Corp., 10 OPS-CORE Fast, $17,500.00 budgeted, $17,500.00 obligated. Purchase Order No. 2130443092.

9. Taluna Corp., 40 OPS-CORE Fast, $37,760.00 budgeted, $37,760.00 obligated. Purchase Order No. 2130442852.

10. Tactical Equipment Consultants, Inc., 60 anti gas masks, voice protection, budgeted for $44,250.00, $44,250.00 obligated. Purchase Order No. 2130442902.

11. Tactical Equipment Consultants, Inc., 60 anti gas masks, voice protection, budgeted for $44,250.00, $44,250.00 obligated. Purchase Order No. 2130443097.

12. Tactical Equipment Consultants, Inc., 60 Universal Packages CTCF 50 Riot Agents, budgeted for $7,020.00, $7,019.70 obligated. Purchase Order No. 2130442902.

13. Tactical Equipment Consultants, Inc., 60 Universal Packages CTCF 50 Riot Agents, budgeted for $7,020.00, $7,019.70 obligated. Purchase Order No. 2130442097.

17. Taluna Corp., 160 Helmet, Mini Ear Plugs, $36,560.00 budgeted, $36,560.00 obligated. Purchase Order No. 2130442852.

18. Taluna Corp., 1000 SWAT Unit Uniforms, $69,060.00 budgeted, $69,058.40 obligated. Purchase Order No. 2130442853.

19. Dr. Maria del Carmen Calderon, Medical Services 06/07/2020 – 06/30/2021, budgeted for $192,000.00, $176,000 expensed/disbursed, $16,000 obligated.  Contract Obligation No. 2100400009.

20. Eily Joan Molina Batista, Kronos Project Manager 01/07/2020 – 06/30/2021, budgeted for $96,000.00, $88,000.00 expensed/disbursed, $8,000.00 obligated.  Contract Obligation No. 2100400008.