**Attachment C**

**The following expense files did not include an executed Form 735 – "Comprobante de Pago" or equivalent.**

FY2019

1.      Codecon, 2000 radios for $3,760,000 budgeted, $3,702,058.40 expensed/disbursed.

10.      A portion of the special allocation was used for payroll for 100 new cadets, budgeted for $909,000.00, $660,112.52 expensed/disbursed; Medicare, budgeted for $13,181.00, $16,300.80 expensed/disbursed; ESF budgeted for $39,087.00, $131,308.48 expensed/disbursed; Medical Plan, budgeted for $50,000.00, $50,000.00 expensed/disbursed.   Total expensed/disbursed $857,721.80.

11.      Michica International, 60 Practice Batons, $75.74 a piece, $4,544.40 budgeted, $4,544.40 expended/disbursed.

24.      Vohne Liche Kennels, 5 Large Size Kennels, 5 Health Certificates, 5 Air Transportation, $5,900.00 budgeted, $5,900.00 obligated.

25.      Vohne Liche Kennels, 1 Explosive Dog for $10,500.00, 4 Narcotics Dogs for $34,000.00 in the amount of $44,500.00 budgeted, $41,740.00 obligated.

30.      Skytec Inc., 4 megaphones, $16,200.00 budgeted, $16,200.00 expended/disbursed.

32.      Vohne Liche Kennels, 3 Bite Suits, $4,695.00 budgeted, $4,695.00 obligated.

34.      Vohne Liche Kennels, K9 obstacle course, Window Hurdle, Board Jump, A-Frame, Dog Crawl, Shipping, $37,584.00 budgeted, $37,584.00 obligated.

40.      Vohne Liche Kennels, 3 bite sleeves, 5 Ray Allen Protective Masks, $1,025.00 budgeted, $1,025.00 obligated.

45.      Dr. Maria Del C. Calderon Lopez, medical services, $96,000.00 budgeted, $10,450.00 obligated, $76,975.00 expensed/disbursed.

FY2020

1.      Shooting and Hunting Association of PR Guayama, $18,000.00 budgeted, $16,500.00 expensed/disbursed.

3.      Ricoh for six copiers, $599,397.48 budgeted, $476,259.22 expensed/disbursed. Purchase Order No. 2020380018 and 2020380019.  (File only contains 10 SC 735 totaling $426,235.55)

9.      Travel expense for polygraphists travel to New Orleans in August 2019, $14,703.00 budgeted, $12,004.17 expensed/disbursed.  Document 20RV0052.

10.     Travel expense for polygraphists travel to New Orleans in December 2019, $14,285.00 budgeted, $15,671.75 expensed/disbursed.

11.     Psychologists (15) budgeted for $180,000.00, expensed/disbursed for $595,300.00.

12.     Medical Services, Dr. Maria del Carmen Calderon, contracted from 07/03/2019 – 06/30/2020, budgeted for $105,600.00, expensed/disbursed for $85,300.00.

13.     Tactical Equipment Consultants Inc., 25 Microphones and speakers for masks, budgeted for $12,375.00, $11,756.25 expensed/disbursed.  Contract obligation No 2020380074.

14.     Tactical Equipment Consultants Inc., 40 Communication System for masks, budgeted for $19,800.00, $19,800.00 expensed/disbursed.  Purchase Order No. 2020R00018.

15.     Codecon, 50 clear tube replacement kits, budgeted for $6000.00, $6000.00 expensed/disbursed.  Purchase Order No. 2020R00019.

17.     Michica International Co. Inc., 625 Riot Helmets budgeted for $115,618.75, $115,618.75 expensed/disbursed.  Purchase Order No. 2020R00008 paid with SAOC Budget.

18.     Vohne Liche Kennels, Air transportation for 15 dogs, 15 large size kennels budgeted for $16,350.00, $16,350.00 obligated.  Purchase Order No. 2020R00022.

24.     Michica International Co. Inc., 100 Mattresses, waterproof, fire retardant, budgeted for $9,994.00, $9,994.00 expensed/disbursed.  Purchase Order No. 2020R00011.

27.     Uniphoto Inc., 150 Mattress waterproof bunk beds, budgeted for $14,235.00, $14,235.00 expensed/disbursed.  Purchase Order No. 2020R00017.

28.     Michica International Co. Inc., 80 Whistles with distinctive and loud sound distance, 80 portable compact packages (first aid), 80 glasses transparent protectors, budgeted for $4,324.00, $4,324.00 expensed/disbursed.  Purchase Order No. 2020R00034.

36.     Tactical Equipment Consultants Inc., 200 Gas Mask Full Face, budgeted for $130,080.00, $130,080.00 expensed/disbursed.  Emergency purchase for demonstrations in Old San Juan Purchase Order No. 2020000002.

37.     Tactical Equipment Consultants Inc., 425 Gas Mask Full Face, budgeted for $262,250.00, $249,517.50 expensed/disbursed.  Emergency purchase for demonstrations in Old San Juan Purchase Order No. 2020000006.

39.     Vohne Liche Kennels, 7 dogs for the Explosives Division, budgeted for $68,180.00, $68,180.00 obligated.  Purchase Order No. 2020R00027.

40.     Vohne Liche Kennels, 8 dogs for the Explosives Division, budgeted for $64,000.00, $64,000.00 obligated.  Purchase Order No. 2020R00029.

41.     Puerto Rico Wire Products, 13 Portable Light Tower System, budgeted for $110,435.00, $110,435.00 obligated.  Purchase Order No. 2020R00067.

FY 2021

1.      Shooting and Hunting Association of PR Guayama, $18,000.00 budgeted, $16,500.00 expensed/disbursed.  Comments – Obligation of Funds No. 2021380042, 210040081.

2.      Ricoh, photocopier maintenance service, $43,532.82 budgeted, $43,532.82 expensed/disbursed.  Obligation of funds No. 2021380047.

3.      Interboro Systems Corporation, Communication Service (Assistance), $560,550.00 budgeted, $560,550.00 expensed/disbursed.  Obligation of funds No. 2021380027.

4.      Interboro Systems Corporation, maintenance to the Kronos Assistance system, $1,493,670.00 budgeted, $1,301,444.10 expensed/disbursed. Contract obligation No. 2100400007 – OC 2100400188.

5.      Tactical Equipment Consultants Inc., 60 clear outset lenses, sunlight lenses assembly, $3,600.00 budgeted, $3,600.00 obligated.  Purchase Order No. 2130442902.

6.      Tactical Equipment Consultants Inc., 60 clear outset lenses, sunlight lenses assembly, $3,600.00 budgeted, $3,600.00 obligated.  Purchase Order No. 2130443097.

7.      Security and Defense Ind. PR DAB Armored, holographic sight system, system EO tech magnifier, Lazer e System, Infra IR Illuminator, $46,335.15 budgeted, $46,355.00 obligated.  Purchase Order No. 2130442849.

8.      Taluna Corp., 10 OPS-CORE Fast, $17,500.00 budgeted, $17,500.00 obligated.  Purchase Order No. 2130443092.

9.      Taluna Corp., 40 OPS-CORE Fast, $37,760.00 budgeted, $37,760.00 obligated.  Purchase Order No. 2130442852.

10.     Tactical Equipment Consultants, Inc., 60 anti gas masks, voice protection, budgeted for $44,250.00, $44,250.00 obligated.  Purchase Order No. 2130442902.

11.     Tactical Equipment Consultants, Inc., 60 anti gas masks, voice protection, budgeted for $44,250.00, $44,250.00 obligated.  Purchase Order No. 2130443097.

12.     Tactical Equipment Consultants, Inc., 60 Universal Packages CTCF 50 Riot Agents, budgeted for $7,020.00, $7,019.70 obligated.  Purchase Order No. 2130442902.

13.     Tactical Equipment Consultants, Inc., 60 Universal Packages CTCF 50 Riot Agents, budgeted for $7,020.00, $7,019.70 obligated.  Purchase Order No. 2130442097.

17.     Taluna Corp., 160 Helmet, Mini Ear Plugs, $36,560.00 budgeted, $36,560.00 obligated. Purchase Order No. 2130442852.

18.     Taluna Corp., 1000 SWAT Unit Uniforms, $69,060.00 budgeted, $69,058.40 obligated. Purchase Order No. 2130442853.

19.     Dr. Maria del Carmen Calderon, Medical Services 06/07/2020 – 06/30/2021, budgeted for $192,000.00, $176,000 expensed/disbursed, $16,000 obligated.   Contract Obligation No. 2100400009.

20.     Eily Joan Molina Batista, Kronos Project Manager 01/07/2020 – 06/30/2021, budgeted for $96,000.00, $88,000.00 expensed/disbursed, $8,000.00 obligated.   Contract Obligation No. 2100400008.