OFFICE OF THE FPMPR LLC.
B-5 Calle Tabonuco Suite 216 PMB 292
Guaynabo, Puerto Rico 00968

January 3, 2023

Professional services rendered by the members of the Office of the FPMPR LLC. For December 2022:

| NAME | AMOUNT | MONTH |
|---|---|---|
| John Romero | $20,944.12 | December 2022 |
| Spece | $ 3,423.68 | December 2022 |
| The & Group LLC (Javier González) | $ 8,216.85 | December 2022 |
| Altai Atlantic Consulting LLC (Dr. David Levy) | $ 6,720.00 | December 2022 |
| Denise Rodriguez | $18,045.78 | December 2022 |
| Viota & Associates CPA LLC | $    968.75 | December 2022 |
| Donald S. Gosselin | $12,120.74 | December 2022 |
| Al Youngs | $11,559.50 | December 2022 |
| Rafael E. Ruiz | $ 7,177.50 | December 2022 |
| Scott Cragg | $12,577.99 | December 2022 |
| Correa Acevedo & Abesada Law offices, PSC (Lcdo. Roberto Abesada) | $19,989.00 | December 2022 |
| Rita J. Watkins | $ 3,280.00 | December 2022 |
| M Serrano LLC | $ 5,720.00 | December 2022 |
| Luis Hidalgo | $11,500.00 | December 2022 |
| Korber Group | $ 1,302.78 | December 2022 |
| Samantha Rhinerson | $ 2,550.00 | December 2022 |
| Claudia Cámara | $ 1,120.00 | December 2022 |
| Manuel Arroyo | $ 1,530.00 | December 2022 |
| Hipolito Castro Jr | $ 9,482.99 | December 2022 |
|  |  |  |
| **TOTAL:** | **$158,229.68** | December 2022 |
|  |  |  |

Note: Hipolito Castro Jr Invoice correct parking expense is $26.58 per day ($319.00 / 12 days). The note in the receipt of $19.94 is not correct.