John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

INVOICE # 102
FEDERAL MONITOR
DECEMBER 2022 INVOICE

**TOTAL DUE $ 20,944.12**

## Duties and Responsibilities as Monitor

Generated, reviewed, and responded to emails/texts from the Parties, Monitor Team, Court, and Special Master
Conference calls with General Counsel
Reviewed court orders relating to the Consent Decree
Via zoom conducted meetings with Special Master and USDOJ and PRPB
Monitor administrative duties - reviewing Team invoices, coordinating SME work assignments, and conferring with Monitor's Office Administrative Director
Reviewed Briefing Reports from PRPB
Reviewed Gartner's Needs Assessment
Conferred with Deputy Chief Monitor on issues relating to Monitor Office Operations
Conducted Zoom meetings with the Monitor Team
Reviewed G.O.s 600-602, 605 and 608
Worked on final CMR-7
Reviewed Commonwealth's response to OSM Assessment of PRPB Reform Office

## Site Visit to Puerto Rico December 12-18, 2022

Meeting with the Reform Unit, USDOJ and OSM
Attended Operational Systems Demonstrations
Site Visit to SWAT
Site Visit to Utuado
Zoom meeting with AHDatalytics
Participated and prepared for 253 meeting
Observed administration of PRPB's sergeant exam
Met with FIU supervision
Met with SARP Commander

**Flat Rate Total Wages Due** $ 17,916.66

Travel Expenses Due $ 3,027.46

TOTAL DUE $ 20,944.12

I hereby certify that the amount billed in this invoice is true and correct in my capacity as Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*[signature: John Romero]*

Date December 31, 2022

## Office of the TCA - Travel Reimbursement Form

John Romero
December 11-19, 2022

### Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $865.91 | 1 | $865.91 |
| Baggage | $- | 0 | $- |
| Ground Transportation (Uber/Lyft/Taxi) | | | $- |
| Ground Transportation (Parking) | $- | 0 | $- |
| Ground Transportation (Mileage) | $0.625 | 82 | $51.25 |
| Lodging | $141.60 | 8 | $1132.80 |
| Per Diem (Travel Days) | $86.25 | 2 | $172.50 |
| Per Diem (Full Days) | $115.00 | 7 | $805.00 |
| Other: | | 0 | |
| Total | | | $3027.46 |

**COURTYARD**
**Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave
San Juan, PR 00907
T 787.721.7400
F 787.723.0068

Mr John Romero
2301 Pacific Ave
Costa Mesa CA 92627
United States

Room: 0901
Room Type: KSTE
No. of Guests: 1
Rate: $ 120.00  Clerk: 5

Marriott Rewards # 756834271

CRS Number 70900324

Name:

Arrive: 12-11-22        Time: 03:19 PM        Depart: 12-19-22        Folio Number: 715140

| Date | Description | Charges | Credits |
|---|---|---|---|
| 12-11-22 | Package | 120.00 | |
| 12-11-22 | Government Tax | 10.80 | |
| 12-11-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 12-12-22 | COMEDOR- Guest Charge (Breakfast) | 22.00 | |
| 12-12-22 | Package | 120.00 | |
| 12-12-22 | Government Tax | 10.80 | |
| 12-12-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 12-13-22 | COMEDOR- Guest Charge (Breakfast) | 25.00 | |
| 12-13-22 | Package | 120.00 | |
| 12-13-22 | Government Tax | 10.80 | |
| 12-13-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 12-14-22 | Package | 120.00 | |
| 12-14-22 | Government Tax | 10.80 | |
| 12-14-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 12-15-22 | COMEDOR- Guest Charge (Breakfast) | 4.02 | |
| 12-15-22 | Package | 120.00 | |
| 12-15-22 | Government Tax | 10.80 | |
| 12-15-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 12-16-22 | COMEDOR- Guest Charge (Breakfast) | 4.02 | |
| 12-16-22 | Package | 120.00 | |
| 12-16-22 | Government Tax | 10.80 | |
| 12-16-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 12-17-22 | COMEDOR- Guest Charge (Breakfast) | 4.02 | |
| 12-17-22 | COMEDOR- Guest Charge (Dinner) | 45.00 | |
| 12-17-22 | Package | 120.00 | |
| 12-17-22 | Government Tax | 10.80 | |

**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr John Romero
2301 Pacific Ave
Costa Mesa CA 92627
United States

Room: 0901
Room Type: KSTE
No. of Guests: 1
Rate: $ 120.00   Clerk: 5

Marriott Rewards #   756834271

CRS Number   70900324

Name:

Arrive:   12-11-22         Time:   03:19 PM         Depart:   12-19-22         Folio Number: 715140

| Date | Description | Charges | Credits |
|---|---|---|---|
| 12-17-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 12-18-22 | COMEDOR- Guest Charge (Breakfast) | 4.02 | |
| 12-18-22 | COMEDOR- Guest Charge (Lunch) | 28.00 | |
| 12-18-22 | Package | 120.00 | |
| 12-18-22 | Government Tax | 10.80 | |
| 12-18-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 12-19-22 | Visa Card | | 1,283.86 |
| | Card # XXXXXXXXXXXX1287 | | |
| 12-19-22 | Rebate - Misc. Credit  *overcharged Breakfast 12, 13th* | -29.96 | |
| 12-19-22 | Visa Card | | -44.94 |
| | Card # XXXXXXXXXXXX1287 | | |

Balance   0.00 USD

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today. Start earning points and elite status, plus enjoy exclusive member offers. Enroll today at the front desk.

*Pic* Original Flight $794.28

## Travel Purchase

Date of requested receipt: 2022-10-28          Record Locator: CYYYNC

| | | |
|---|---|---|
| LAX ▸ FLL | Travel date | 2022-12-10T21:35:00 |
| | Flight number | 0700 |
| FLL ▸ SJU | Travel date | 2022-12-11T11:05:00 |
| | Flight number | 1553 |
| SJU ▸ FLL | Travel date | 2022-12-16T09:25:00 |
| | Flight number | 1454 |
| FLL ▸ LAX | Travel date | 2022-12-16T17:30:00 |
| | Flight number | 0101 |

| Traveler(s) | Ticket number(s) |
|---|---|
| ROMERO/JOHN JOSEPH MR | 2792106693752 |

Base fare: $725.68 USD

| Taxes & fees breakdown: | AMOUNT | CURRENCY | PURPOSE - (CODE) |
|---|---|---|---|
| | $18.00 | USD | U.S. Passenger Facility Charge - (XF) |
| | $11.20 | USD | U.S. September 11th Security Fee - (AY) |
| | $39.40 | USD | U.S. Transportation Tax - (US2) |
| Taxes & fees total: | $68.60 | USD | |
| Base fare total: | $794.28 | | |

Payment(s):

DeC

Visa card XXXXXXXXXXXX1287        $794.28

## Total paid: $794.28 USD*

*includes all fares, taxes, fees and penalties less any amounts refunded

*D2* *Had to extend visit to observe exams.*
*These are my flights taken. $865.91*

## Travel Purchase

**Date of requested receipt:** 2022-10-28        **Record Locator:** CYYYNC

**LAX ▸ FLL**        Travel date    2022-12-10T21:35:00
                     Flight number  0700

**FLL ▸ SJU**        Travel date    2022-12-11T11:05:00
                     Flight number  1553

**SJU ▸ FLL**        Travel date    2022-12-19T14:14:00
                     Flight number  1754

**FLL ▸ LAX**        Travel date    2022-12-19T17:30:00
                     Flight number  0101

| Traveler(s) | Ticket number(s) |
|---|---|
| ROMERO/JOHN JOSEPH MR | 2792108851613 |
| **Base fare:** | $797.31 USD |

| Taxes & fees breakdown: | AMOUNT | CURRENCY | PURPOSE - (CODE) |
|---|---|---|---|
| | $18.00 | USD | U.S. Passenger Facility Charge - (XF) |
| | $11.20 | USD | U.S. September 11th Security Fee - (AY) |
| | $39.40 | USD | U.S. Transportation Tax - (US2) |
| **Taxes & fees total:** | $68.60 | USD | |
| **Base fare total:** | **$865.91** | | |

| Exchange Fee(s): | TICKET NUMBER | DATE | AMOUNT |
|---|---|---|---|
| | 2792108851613 | 2022-10-28 | $0.00 |

*paid for original flight*

**Payment(s):**

| | | |
|---|---|---|
| | Visa card XXXXXXXXXXXX1287 | $794.28 |
| | Travel Bank Account XXXXXXXXXXX1372 | $71.63 |

*out of $94.84 credit created from November leaving $23.21 credit to be used in January*

# Fees

**ROMERO JOHN**  Ticket number(s): 2794406926272
Date: 2022-10-28

| QTY | FEE TYPE | COST | TAX | TOTAL |
|---|---|---|---|---|
| 1 | SEAT ASSIGNMENT | $75.00 | $0.00 | $75.00 |

**Total:** $75.00 USD

**Payment(s):** True Blue Points XXXXXXXXXXXX0574   $75.00

**ROMERO JOHN**  Ticket number(s): 2794406926273
Date: 2022-10-28

| QTY | FEE TYPE | COST | TAX | TOTAL |
|---|---|---|---|---|
| 1 | SEAT ASSIGNMENT | $43.00 | $0.00 | $43.00 |

**Total:** $43.00 USD

**Payment(s):** True Blue Points XXXXXXXXXXXX0574   $43.00

**ROMERO JOHN**  Ticket number(s): 2794406926274
Date: 2022-10-28

| QTY | FEE TYPE | COST | TAX | TOTAL |
|---|---|---|---|---|
| 1 | SEAT ASSIGNMENT | $43.00 | $0.00 | $43.00 |

Total: $43.00 USD

| Payment(s): | True Blue Points XXXXXXXXXXXX0574 | $43.00 |

**ROMERO JOHN**     Ticket number(s): 2794406926276

Date: 2022-10-28

| QTY | FEE TYPE | COST | TAX | TOTAL |
|-----|----------|------|-----|-------|
| 1 | SEAT ASSIGNMENT | $69.00 | $0.00 | $69.00 |

**Total:**   $69.00 USD

| Payment(s): | True Blue Points XXXXXXXXXXXX0574 | $69.00 |

# Total paid: $1,095.91 USD*

*includes all fares, taxes, fees and penalties less any amounts refunded

*November 2022*

## Travel Purchase

**Date of requested receipt:** 2022-09-29    **Record Locator:** WOOBGN

**SJU ▸ MCO**    Travel date    2022-11-19T11:18:00
                 Flight number  1334

**MCO ▸ LAX**    Travel date    2022-11-19T19:59:00
                 Flight number  0131

| Traveler(s) | Ticket number(s) |
|---|---|
| ROMERO/JOHN JOSEPH MR | 2792104365405 |

**Base fare:**    $564.47 USD

| Taxes & fees breakdown: | AMOUNT | CURRENCY | PURPOSE - (CODE) |
|---|---|---|---|
| | $9.00 | USD | U.S. Passenger Facility Charge - (XF) |
| | $5.60 | USD | U.S. September 11th Security Fee - (AY) |
| | $19.70 | USD | U.S. Transportation Tax - (US2) |
| **Taxes & fees total:** | $34.30 | USD | |
| **Base fare total:** | $598.77 | | |

**Payment(s):**

Visa card XXXXXXXXXXXX1287    $598.77

## Total paid: $598.77 USD*

*This was my original flight that I had to cancel due to family emergency.*

*Nov 22*

## Travel Purchase

**Date of requested receipt:** 2022-09-29      **Record Locator:** WOOBGN

**SJU ▸ FLL**      Travel date    2022-11-16T21:59:00
                   Flight number  2054

**FLL ▸ LAX**      Travel date    2022-11-17T07:17:00
                   Flight number  2801

| Traveler(s) | Ticket number(s) |
|---|---|
| ROMERO/JOHN JOSEPH MR | 2792108160847 |
| **Base fare:** | $469.63 USD |

| Taxes & fees breakdown: | AMOUNT | CURRENCY | PURPOSE - (CODE) |
|---|---|---|---|
| | $9.00 | USD | U.S. Passenger Facility Charge - (XF) |
| | $5.60 | USD | U.S. September 11th Security Fee - (AY) |
| | $19.70 | USD | U.S. Transportation Tax - (US2) |
| **Taxes & fees total:** | $34.30 | USD | |
| **Base fare total:** | $503.93 | | |

| Exchange Fee(s): | TICKET NUMBER | DATE | AMOUNT |
|---|---|---|---|
| | 2792108160847 | 2022-09-29 | $0.00 |

**Payment(s):**

Visa card XXXXXXXXXXXX1287      $598.77 — *paid for original flight. Had to change due to family emergency resulting in $94.84 credit*

Nov 22

## Fees

**ROMERO JOHN**    Ticket number(s): 2794404734263
Date: 2022-09-29

| QTY | FEE TYPE | COST | TAX | TOTAL |
|---|---|---|---|---|
| 1 | SEAT ASSIGNMENT | $58.00 | $0.00 | $58.00 |

**Total:** $58.00 USD

**Payment(s):**   True Blue Points XXXXXXXXXXX0574   $58.00

**ROMERO JOHN**    Ticket number(s): 2794404734266
Date: 2022-09-29

| QTY | FEE TYPE | COST | TAX | TOTAL |
|---|---|---|---|---|
| 1 | SEAT ASSIGNMENT | $64.00 | $0.00 | $64.00 |

**Total:** $64.00 USD

**Payment(s):**   True Blue Points XXXXXXXXXXX0574   $64.00

## Base fare refund

**ROMERO JOHN**    Ticket number(s):2790523158095
Refunded ticket number: 2792104365405
Refund date: 2022-11-16

| Refund breakdown: | AMOUNT | CURRENCY |
|---|---|---|
| Base Fare Amount: | -$94.84 | USD |
| Taxes: | $0.00 | USD |
| **Total base fare refund:** | **-$94.84** | **USD** |

**Cancel penalty:** $0.00 USD

**Refund:** Travel Bank Account XXXXXXXXXXXX1372   $94.84

to be used in future

# Total paid: $625.93 USD*

*includes all fares, taxes, fees and penalties less any amounts refunded

November 2022

LAX - SJU     321.86
SJU - LAX     503.93
              _____
              825.79

7/8/2021, 2301 Pacific Ave, Costa Mesa, CA 92627 to lax terminal 5 - Google Maps

Jake Ra[...]

# Google Maps — 2301 Pacific Ave, Costa Mesa, CA 92627 to lax terminal 5

**Drive 41.1 miles • 1 hr 3 min**



Map data ©2021 Google — 2 mi

## 2301 Pacific Ave
Costa Mesa, CA 92627

### Get on I-405 N from W Wilson St and Harbor Blvd
**13 min (4.3 mi)**

1. Head south on Pacific Ave toward Sea Breeze Dr — 0.1 mi
2. Turn left onto W Wilson St — 1.4 mi
   - Pass by Taco Bell (on the left in 1.4 mi)
3. Use the left 2 lanes to turn left onto Harbor Blvd — 2.2 mi
   - Pass by Panda Express (on the right)
4. Use the right lane to merge onto I-405 N via the ramp to Long Beach — 0.6 mi

### Follow I-405 N to CA-1 N/S Sepulveda Blvd in Los Angeles. Take exit 1C from I-105 W
**33 min (35.1 mi)**

5. Merge onto I-405 N — 16.6 mi

https://www.google.com/maps/dir/2301+Pacific+Ave,+Costa+Mesa,+CA+92627/lax+terminal+5/@33.8571495,-118.2873594,11z/am=t/data=!3m1!4b1!... 1/2