**Spece**
1225 Juan Ponce de Leon
San Juan, PR  00907
787-417-7300
info@spece.com
www.spece.com

Invoice  INV - 16832



| BILL TO | | | |
|---|---|---|---|
| Office of the FPMPR LLC | DATE<br>02/01/2023 | PLEASE PAY<br>$2,579.20 | DUE DATE<br>02/01/2023 |

| MEMBERSHIP | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Membership:Private Office**<br>Private Office Suite - Office 15, $2,300.00, Feb 1, 2023 - Feb 28, 2023 | 1 | 2,300.00 | 2,300.00T |
| **Other Fees:One-off Fees**<br>Telephone Service, $60.00, Feb 1, 2023 - Feb 28, 2023 | 1 | 60.00 | 60.00T |
| **Other Fees:One-off Fees**<br>Garage Parking, $120.00, Feb 1, 2023 - Feb 28, 2023 | 1 | 120.00 | 120.00T |

SUBTOTAL 2,480.00
TAX (4%) 99.20
TOTAL 2,579.20

TOTAL DUE $2,579.20

THANK YOU.

ELEVATE YOUR BUSINESS

**Spece**
1225 Juan Ponce de Leon
San Juan, PR  00907
787-417-7300
info@spece.com
www.spece.com

Invoice  INV - 16576



| BILL TO | | | |
|---|---|---|---|
| Office of the FPMPR LLC | DATE<br>12/22/2022 | **PLEASE PAY**<br>**$844.48** | DUE DATE<br>12/22/2022 |

| MEMBERSHIP | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Event Rental:Conference Room**<br>Small Conference Room, $20.00, 1 x $20.00 / hour (20% discount) - Dec 12, 2022 | 1 | 20.00 | 20.00T |
| **Event Rental:Conference Room**<br>Medium Conference Room, $180.00, 1 x $180.00 / day (20% discount) - Dec 13, 2022 | 1 | 180.00 | 180.00T |
| **Event Rental:Conference Room**<br>Small Conference Room, $144.00, 1 x $144.00 / day (20% discount) - Dec 13, 2022 | 2 | 144.00 | 288.00T |
| **Event Rental:Conference Room**<br>Medium Conference Room, $180.00, 1 x $180.00 / day (20% discount) - Dec 15, 2022 | 1 | 180.00 | 180.00T |
| **Event Rental:Conference Room**<br>Small Conference Room, $144.00, 1 x $144.00 / day (20% discount) - Dec 15, 2022 | 1 | 144.00 | 144.00T |

SUBTOTAL 812.00
TAX (4%) 32.48
TOTAL 844.48

TOTAL DUE   $844.48

THANK YOU.

ELEVATE YOUR BUSINESS