# THE & GROUP LLC.

Las Ramblas
71 Calle Montjuic
Guaynabo , PR 00969

## INVOICE

INVOICE NUMBER:  98
INVOICE DATE:  DECEMBER 31, 2022

Federal Police Monitor

San Juan, PR

Invoice for Javier B Gonzalez Professional Services as Administrative Director

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| DEC-01-22 | Administrative Director | Survey Follow Up. Weekly Staff Meeting, Communications with Team Members. | 2.50 | $125.00 | $312.50 |
| DEC-02-22 | Administrative Director | Communications with Team Members, Work with November Team invoices. | 3.00 | $125.00 | $375.00 |
| DEC-03-22 | Administrative Director | Work with November Team Invoices | 2.00 | $125.00 | $250.00 |
| DEC-05-22 | Administrative Director | Biweekly Team Meeting, Communications with the Monitor. | 3.00 | $125.00 | $375.00 |
| DEC-06-22 | Administrative Director | Communications with the Monitor, Work with Team November Invoices | 2.00 | $125.00 | $250.00 |
| DEC-07-22 | Administrative Director | Communications with the Monitor, Review of communications sent by Team Members, Work with Team November Invoices | 2.50 | $125.00 | $312.50 |
| DEC-08-22 | Administrative Director | Work with after action protest reports to the Monitor, Communications with the Monitor, Review of communications sent by Team members. | 3.50 | $125.00 | $437.50 |
| DEC-09-22 | Administrative Director | Coordination of Team Visit, Communications with PRPB. | 2.00 | $125.00 | $250.00 |
| DEC-10-22 | Administrative Director | Community Counsels Meeting in Comerío, Communications with the Monitor, Team visit coordination. | 5.50 | $125.00 | $687.50 |
| DEC-12-22 | Administrative Director | Coordination of Team Visits, Meetings at PRPB. | 7.00 | $125.00 | $875.00 |
| DEC-13-22 | Administrative Director | Team Visit Coordination, Meetings with the Monitor and Team Members. | 7.50 | $125.00 | $937.50 |
| DEC-14-22 | Administrative Director | Team visit to Utuado area. | 7.00 | $125.00 | $875.00 |
| DEC-15-22 | Administrative Director | Meeting at PRPB. Team visit coordination, 253 Meeting | 5.00 | $125.00 | $625.00 |
| DEC-16-22 | Administrative Director | Team Visit, Meetings at PRPB with the Monitor. | 5.00 | $125.00 | $625.00 |
| DEC-16-22 | Administrative Director | FPMPR Team Adobe Account | | | $47.98 |

INVOICE NUMBER: 98

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| DEC-19-22 | Administrative Director | Team invoices follow up, PRPB Surveys follow up, Communications with the Monitor. | 2.00 | $125.00 | $250.00 |
| DEC-20-22 | Administrative Director | Communications with the Monitor, Work with Community Meetings reports. | 1.50 | $125.00 | $187.50 |
| DEC-21-22 | Administrative Director | Communications with the Monitor and administrative assistant. | 0.50 | $125.00 | $62.50 |
| DEC-22-22 | Administrative Director | Communications with administrative assistant and PRPB Official. | 0.50 | $125.00 | $62.50 |
| DEC-23-22 | Administrative Director | Review of communications sent by citizens, communications with the Monitor, Administrative Assistant and citizen. | 2.00 | $125.00 | $250.00 |
| DEC-30-22 | Administrative Director | I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0.00 | $125.00 | $0.00 |
| | | Gasoline, Vehicle Tire Repair and Tolls Reimbursement | | | $168.87 |
| | | Total amount of this invoice | | | $8,216.85 |

MESSAGE

Javier B Gonzalez December 31, 2022

# Transaction Details
Card Ending - 11003

Merchandise & Supplies - Mail Order

## ADOBE WEBSALES 800-833-6687

## $47.98

Dec 16, 2022

On your statement as ADOBE ACROPRO SUBS ASAN JOSE CA

**$0.48 Reward Dollars**





## Transaction Details



ADOBE WEBSALES 800-833-6687

801 N 34TH ST
SEATTLE
WA

Recibo de Pago

www.autoexpreso.com
1-888-688-1010
Plaza Toa Baja
Carril 01
12/17/2022 10:11:08

Numero de Cuenta:     5738371
Cantidad de Pago:     $20.00
Metodo de Pago:       Efectivo

Balance:              $18.95

\*\*\* Descarga nuestra app
"AutoExpreso Movil"
para consultar balance, recargar,
recibir notificaciones y otros
servicios. También puedes acceder a
www.autoexpreso.com \*\*\*

# CENTRO DE ALINEAMIENTO Y BALANCE
## CARR.107 KM.3.8
## AGUADILLA.P.R.
## TEL.787-882-4433
## J.R.QUICK.&.TIRE.SERVICE

DATE   12/17/2022 SAT   TIME 13:13

| | |
|---|---|
| GOMAS USADAS T12 | $25.00 |
| SUBTOTAL | $25.00 |
| TAX1 | $2.63 |
| TAX2 | $0.25 |
| TOTAL | $27.88 |
| CASH | $27.88 |
| CLERK 1 | 001969   00000 |



GULF SANTURCE GAS STATION
1607 AVE FERNANDEZ JUNCOS PDA 23 1/2
SANTURCE

| DATE | TIME | HOST |
|---|---|---|
| Dec 12,22 | 16:44:17 | ATH |
| BATCH | TERMINAL ID | MERCHANT ID |
| 000317 | 30V04114 | 4549106466352 |

SALE

DEBIT  ************1902 (S)

AUTH. CODE: 409673    INVOICE: 045099

TRACE  :052076

AMOUNT:              $        40.00
STATE TAX:           $         0.00
REDUCED STATE TAX:   $         0.00
MUNICIPAL TAX:       $         0.00
TOTAL    :           $        40.00

CONTROL: MUUGH-W3XQ1ET

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

CUSTOMER COPY
Gracias por su patrocinio



TEXACO UTUADO
CARR 123 KM 55.4 BO SALTO ALTO
UTUADO

| DATE | TIME | HOST |
|---|---|---|
| DEC 14, 2022 | 14:36:51 | ATH1 |
| BATCH | TERMINAL ID | MERCHANT ID |
| 000254 | ****4133 | *******9763 |

## Sale

PIN Verified Online
DEBIT              ************1902 (S)

AUTH.CODE: 700999   INVOICE: 036569
                    TRACE: 040936

AMOUNT :                              $40.99
STATE TAX:                            $ 0.00
REDUCED STATE TAX:                    $ 0.00
MUNICIPAL TAX:                        $ 0.00
TOTAL:                                $40.99

CONTROL: TCSZX-NB36Y
ET

CARDHOLDER ACKNOWLEDGES RECEIPT OF
GOODS AND/OR SERVICE IN THE AMOUNT OF
THE TOTAL SHOWN HEREON AND AGREES TO



ANY TIME 65 INFANTERIA
AVE 65 INF 1075 ESQ CAMPO RICO RIO PIEDR
SAN JUAN

| DATE | TIME | HOST |
|---|---|---|
| Dec 17,22 | 07:24:19 | ATH |
| BATCH | TERMINAL ID | MERCHANT ID |
| 000499 | 30V06779 | 4549106425093 |

### SALE

DEBIT            ************1902 (S)

AUTH. CODE: 439004        INVOICE: 070133

TRACE   :076528

| AMOUNT: | $ | 40.00 |
|---|---|---|
| STATE TAX: | $ | 0.00 |
| REDUCED STATE TAX: | $ | 0.00 |
| MUNICIPAL TAX: | $ | 0.00 |
| TOTAL  : | $ | 40.00 |

CONTROL:  7ZYWB-CL2WF
ET

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

CUSTOMER COPY
Gracias por su patrocinio