

# Invoice

**Altai Atlantic Consulting LLC**
828 Snowden Hallowell Way, Alexandria VA 22314

**Date:** 01/01/23
**Invoice #:** 01-036

**To:** Office of the Federal Police Monitor of Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
Tel. 787-417-9098

| Fee Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|
| **Total Fees Payable For Services Rendered by Dr. David Levy** | 42.0 | 160 | **$6,720.00** |

## Work Performed in the Continental United States

| Date | Activity Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 12/5/22 | Biweekly team call and follow-up with Monitors Rodriguez and Youngs | 2.0 | 160 | $320.00 |
| 12/7/22 | Revising CMR-7 Supervisiona and Management Section | 2.0 | 160 | $320.00 |
| 2/15/23 | Review of material uploaded by PRPB for CMR-8 data request 1 | 2.5 | 160 | $400.00 |
| 12/20/22 | Update master data request per guicance by PRPB and Monitors | 1.0 | 160 | $160.00 |
| 2/27/23 | Review of material uploaded by PRPB for CMR-8 data request 1 | 3.0 | 160 | $480.00 |
| 12/27/22 | Communication re: CMR-7 data request 2.1 | 1.0 | 160 | $160.00 |
| 12/27/23 | CMR-7 data request 2.1 | 4.0 | 160 | $640.00 |
| 12/28/22 | Update master data request per guicance by PRPB and Monitors | 5.5 | 160 | $880.00 |
| 12/28/22 | Update Box folders and links | 3.0 | 160 | $480.00 |
| 12/29/22 | Produce data worksheets for Monitors | 8.0 | 160 | $1,280.00 |
| 12/30/22 | Master data request translation | 1.0 | 160 | $160.00 |
| 12/30/22 | Produce data worksheets for Monitors | 5.0 | 160 | $800.00 |
| 12/30/22 | Indicator tracker | 3.0 | 160 | $480.00 |
| 12/31/23 | Email backlog and misc. administrative | 1.0 | 160 | $160.00 |
|  |  |  | 160 | $0.00 |
|  |  |  | 160 | $0.00 |
|  |  |  | 160 | $0.00 |
|  |  |  | 160 | $0.00 |
|  |  |  | 160 | $0.00 |
|  |  |  | 160 | $0.00 |
|  |  |  | 160 | $0.00 |

|  |  |  | 160 | $0.00 |
|  |  |  | 160 | $0.00 |
| Total |  |  | 42.0 | $6,720.00 |

**Total Fee Payable**    **$6,720.00**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

*signature*

**Dr. David Levy**

01/01/23

**Date**