# INVOICE

**DATE**
1/1/2023

**INVOICE NO**
#027

**Denise Rodriguez**
3003 San Sebastian St.
Mission, TX 78572
drodriguez_PRI@outlook.com

**INVOICE TO**
Puerto Rico Chief Federal Monitor

**INVOICE PERIOD**
December 1-31, 2022

## DUTIES AND RESPONSIBILITIES                    TOTAL DUE $18,045.78

- Conducted monthly one-on-one meetings with subject matter experts
- Coordinated and conducted weekly Monitoring Executive Team meetings
- Coordinated and conducted biweekly meetings with the Parties
- Reviewed and approved the review of several policies submitted to the Monitor's Office by PRPB as per Paragraph 229 of the Agreement
- Worked with the Administrative Director and the Research Analyst/Administrative Assistant to draft the schedule(s) for the December and January site visits
- Participated in various meetings with the Parties to discuss the PRPB Data Gap Analysis and IT Needs Assessment
- Participated in several calls with the proposed contractor, Gartner, regarding the IT Needs Assessment
- Reviewed the final IT Needs Assessment Report, Reform Assessment, Reform Implementation Plan, and draft Training Plan
- Worked with the Admin Assistant and Associate Monitor to finalize the summary report from the November community workshops/listening session hosted by the FPM
- Participated in site visit the week of December 12th
- Facilitated a meeting with the Parties to discuss their comments to CMR-7
- Worked with the Monitors and the Research Analysts to address the comments to CMR-7 received from the parties
- Finalized CMR-7 and worked with the Research Analyst and General Counsel to submit to the Court
- Coordinated and oversaw the submission and receipt of various data requests for CMR- 8
- Worked with the data analyst to revise the master data request template and develop a new uploading and sharing document process in Box
- Participated in the December 253 Meeting with the Parties
- Participated in a virtual UOF Module system demonstration hosted by PRPB

| | |
|---|---|
| Flat Rate Total Wages* | $15,833.33 |
| Travel Expenses | $ 2,212,45 |
| **Total Due** | **$ 18,045.78** |

*The total amount is a flat rate. The total monthly is $15,833.33 for an annualized amount of $190,000.00

Denise Rodriguez

_____
**Denise Rodriguez, Chief Deputy Monitor**

December 31, 2022
_____
Date

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.*



# Office of the Technical Compliance Advisor Travel Reimbursement Form

**Traveler Name: Denise Rodriguez**
**Travel Dates: December 11 - 16, 2022**
**Purpose of Travel: Site visit**

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| **Airfare**\*\* | $  263.30 | 1 | $  263.30 |
| **Baggage** | $  - | 0 | $  - |
| **Uber from Airport to hotel** | | 0 | $  - |
| **Ground Transportation (Parking)** | $  - | 0 | $  - |
| **Ground Transportation (Mileage)** | $  - | 0 | $  - |
| **Lodging**\*\* | $  255.41 | 5 | $  1,277.05 |
| **Per Diem (Travel Days)** | $  86.25 | 2 | $  172.50 |
| **Per Diem (Full Days)** | $  115.00 | 4 | $  460.00 |
| **Parking @ airport (days)**\* | $  6.60 | 6 | $  39.60 |
| **Uber from hotel to Airport** | | 0 | $  - |
| **Total** | | | $  2,212.45 |

\*Parking receipt includes personal days and other charges <u>not</u> expensed and included above

\*\* Hotel invoice includes personal days and other charges <u>not</u> expensed and included above

\*\*\*Only seeking reimbursement for one way travel to Puerto Rico. The travel back to Texas was purchased using credit from previously purchased tickets and cancellations and I am <u>not</u> seeking reimbursement.

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

| | |
|---|---|
| **From:** | United Airlines |
| **To:** | DRODRIGUEZ_PRI@OUTLOOK.COM |
| **Subject:** | eTicket Itinerary and Receipt for Confirmation BPG8N4 |
| **Date:** | Monday, November 21, 2022 5:29:59 PM |

                                       Mon, Nov 21, 2022

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our Important notices page for the latest updates

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# BPG8N4

| Flight 1 of 2 UA1044 | Class: United Economy (L) |
|---|---|
| Sun, Dec 11, 2022 | Sun, Dec 11, 2022 |
| 07:07 AM | 08:22 AM |
| McAllen, TX, US (MFE) | Houston, TX, US (IAH) |

| Flight 2 of 2 UA1192 | Class: United Economy (L) |
|---|---|
| Sun, Dec 11, 2022 | Sun, Dec 11, 2022 |
| 10:15 AM | 04:37 PM |
| Houston, TX, US (IAH) | San Juan, PR, US (SJU) |

## Traveler Details

RODRIGUEZ/DENISE
eTicket number: **0162448298359**                          Seats: **MFE-IAH 10F**
Frequent Flyer: **UA-XXXXX985 Premier Gold**                      **IAH-SJU 11A**

## Purchase Summary

| | |
|---|---|
| Method of payment: | **American Express ending in 1008** |
| Date of purchase: | **Mon, Nov 21, 2022** |
| Airfare: | **229.00 USD** |
| U.S. Transportation Tax: | **19.70 USD** |

| | |
|---|---|
| September 11th Security Fee: | **5.60 USD** |
| U.S. Passenger Facility Charge: | **9.00 USD** |

| | |
|---|---|
| Total Per Passenger: | **263.30 USD** |

| | |
|---|---|
| Total: | 263.30 USD |

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT

Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

## MileagePlus Accrual Details

Denise Rodriguez

| Date | Flight | From/To | Award Miles | PQP | PQF |
|---|---|---|---|---|---|
| Sun, Dec 11, 2022 | 1044 | McAllen, TX, US (MFE) to Houston, TX, US (IAH) | 256 | 32 | 1 |
| Sun, Dec 11, 2022 | 1192 | Houston, TX, US (IAH) to San Juan, PR, US (SJU) | 1584 | 198 | 1 |
| MileagePlus accrual totals: | | | 1840 | 230 | 2 |

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Sun, Dec 11, 2022 McAllen, TX, US (MFE) to San Juan, PR, US (SJU - Luis Muñoz Marín) | 0 USD | 0 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |

Baggage check-in must occur with United or United Express, and United MileagePlus Premier® Gold membership must be valid at time of check-in to qualify for any applicable waiver of service charges for checked bags (within specified size and weight limits). Changes to the fare type purchased could result in increased baggage service charges. Based on your itinerary and selected cabin, service charges may be waived for one or more checked bags. See below for the charges for your 1st and 2nd checked bags. For additional baggage service charge information, select the "additional and other bag fees" box below.

## Important Information about MileagePlus Earning

● Accruals vary based on the terms and conditions of the traveler's frequent flyer program, the traveler's frequent flyer status and the itinerary selected. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program

● Once travel has started, accruals will no longer display. You can view your MileagePlus account for posted accrual

● You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown

● Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.

● Our Premier Program changes January 1, 2020. If your itinerary includes travel with a scheduled departure in 2020, you may see our old Premier accrual metrics if 1) you booked prior to May 1, 2019 and are viewing an emailed receipt or 2) you booked prior to August 1, 2019 and are viewing a receipt online.  The terms and conditions of Premier qualification can be found at united.com/qualify.

## International eTicket Reminders

● **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 60 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be canceled if this condition is not met.

● **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 30 minutes prior to scheduled departure.

● Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked

# SHERATON
Puerto Rico Hotel & Casino

INVOICE

| | |
|---|---|
| ROOM | 0608 |
| ROOM TYPE | DBDB |
| NO. OF GUESTS | 1 |
| RATE | 195 |
| CLERK | NIVAL450 |
| DATE | 12/18/22 |
| PAGE No. | 1 of 3 |
| REWARDS # | 286891726 |

Ms Denise Rodriguez
3003 San Sebastian St
Mission TX 78572
United States

ARRIVE  12/11/22          TIME  05:49          DEPART  12/18/22          TIME  03:02     FOLIO#  3920967

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| 12/11/22 | Govt. / Military | | 195.00 |
| 12/11/22 | Destination Fee - 18% | | 35.10 |
| 12/11/22 | Room Occupancy Tax | | 25.31 |
| 12/12/22 | ███████████ | | ██ |
| 12/12/22 | ██████ | | ██ |
| 12/12/22 | █████████ | | ██ |
| 12/12/22 | █████████ | | ██ |
| 12/12/22 | █████████ | | ███ |
| 12/12/22 | Govt. / Military | | 195.00 |
| 12/12/22 | Destination Fee - 18% | | 35.10 |
| 12/12/22 | Room Occupancy Tax | | 25.31 |
| 12/13/22 | ████████ | | ██ |
| 12/13/22 | ████ | | ██ |
| 12/13/22 | ███████████ | | ██ |
| 12/13/22 | █████████ | | ██ |
| 12/13/22 | Govt. / Military | | 195.00 |
| 12/13/22 | Destination Fee - 18% | | 35.10 |
| 12/13/22 | Room Occupancy Tax | | 25.31 |
| 12/14/22 | Govt. / Military | | 195.00 |
| 12/14/22 | Destination Fee - 18% | | 35.10 |
| 12/14/22 | Room Occupancy Tax | | 25.31 |

For billing questions or concerns, please let us know at SheratonPR.Folio@sheraton.com



# SHERATON
Puerto Rico Hotel & Casino

**INVOICE**

| | |
|---|---|
| ROOM | 0608 |
| ROOM TYPE | DBDB |
| NO. OF GUESTS | 1 |
| RATE | 195 |
| CLERK | NIVAL450 |
| DATE | 12/18/22 |
| PAGE No. | 2 of 3 |
| REWARDS # | 286891726 |

Ms Denise Rodriguez
3003 San Sebastian St
Mission TX 78572
United States

ARRIVE 12/11/22       TIME 05:49       DEPART 12/18/22       TIME 03:02       FOLIO# 3920967

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| 12/15/22 | ▮▮▮▮▮▮▮ | | ▮▮ |
| 12/15/22 | ▮▮▮▮▮ | | ▮▮ |
| 12/15/22 | ▮▮▮▮▮▮ | | ▮▮ |
| 12/15/22 | ▮▮▮▮▮ | | ▮▮ |
| 12/15/22 | Govt. / Military | | 195.00 |
| 12/15/22 | Destination Fee - 18% | | 35.10 |
| 12/15/22 | Room Occupancy Tax | | 25.31 |
| 12/16/22 | ▮▮▮▮▮ | | ▮▮ |
| 12/16/22 | ▮▮ | | ▮▮ |
| 12/16/22 | ▮▮▮▮▮▮▮ | | ▮▮ |
| 12/16/22 | ▮▮▮▮▮ | | ▮▮ |
| 12/16/22 | ▮▮▮▮▮ | | ▮▮ |
| 12/16/22 | ▮▮▮▮▮ | | ▮▮ |
| 12/16/22 | ▮▮▮ | | ▮▮ |
| 12/16/22 | ▮▮▮▮▮▮▮▮ | | ▮▮ |
| 12/16/22 | ▮▮▮▮▮▮ | | ▮▮ |
| 12/16/22 | ▮▮▮▮▮▮ | | ▮▮ |
| 12/16/22 | Govt. / Military | | 195.00 |
| 12/16/22 | Destination Fee - 18% | | 35.10 |
| 12/16/22 | Room Occupancy Tax | | 25.31 |
| 12/17/22 | ▮▮▮▮▮ | | ▮▮ |

For billing questions or concerns, please let us know at SheratonPR.Folio@sheraton.com



# SHERATON
## Puerto Rico Hotel & Casino

INVOICE

| | |
|---|---|
| ROOM | 0608 |
| ROOM TYPE | DBDB |
| NO. OF GUESTS | 1 |
| RATE | 195 |
| CLERK | NIVAL450 |
| DATE | 12/18/22 |
| PAGE No. | 3 of 3 |
| REWARDS # | 286891726 |

Ms Denise Rodriguez
3003 San Sebastian St
Mission TX 78572
United States

ARRIVE  12/11/22          TIME  05:49          DEPART  12/18/22          TIME  03:02          FOLIO#  3920967

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| 12/17/22 | ███████ | | ██ |
| 12/17/22 | ███████ | | ██ |
| 12/17/22 | ███████ | | ██ |
| 12/17/22 | ███████ | | ██ |
| 12/17/22 | ███████ | | ██ |
| 12/17/22 | ███████ | | ██ |
| 12/17/22 | ███████ | | ██ |
| 12/17/22 | Govt. / Military | | 195.00 |
| 12/17/22 | Destination Fee - 18% | | 35.10 |
| 12/17/22 | Room Occupancy Tax | | 25.31 |
| 12/18/22 | American Express | | -2,104.19 |
| | Balance | USD | 0.00 |

For billing questions or concerns, please let us know at SheratonPR.Folio@sheraton.com

Republic Parking System-McAllen Intl Airport
2500 Bicentennial Blvd
McAllen, TX 78503

F/C #02                          A Payment No.00318471
T/D #03                            Ticket No.059906
Cashier                                      ID #7
Entry Time              12/11/2022 (Sun)  5:17
Paid Time               12/21/2022 (Wed) 21:49
Parking Time                    10 Days   16:32
Parking Fee               Rate B         $66.00

AMEX
   Account #    *****************************1008
   Slip #                                 64292
   Auth Code                             528146
CREDIT CARD AMOUNT                        $66.00
Cash Amount                               $0.00
======================================================
Total                                     $66.00
            Please drive carefully
              956-213-8561
======================================================