**Name:** Donald S. Gosselin, d/b/a Gosselin Int'l Associates, division of MBG North Corp
**Invoice Date:** 12/31/2022
**Invoice Period:** 1 DEC 2022 - 30 DEC 2022

| Date | Task(s) | Rate | Total Hours | | Total Amount |
|---|---|---|---|---|---|
| 12/1/2022 | Data and Policy Analysis/Writing, Commo and coordination | $ 160.00 | 4.25 | $ | 680.00 |
| 12/2/2022 | Commo and coordination, Data and Policy Analysis/Writing | $ 160.00 | 6.25 | $ | 1,000.00 |
| 12/5/2022 | Teleconference Meeting Prep and Actual | $ 160.00 | 1.25 | $ | 200.00 |
| 12/6/2022 | Commo and coordination, research/retrieve docs, resend billing | $ 160.00 | 1.75 | $ | 280.00 |
| 12/12/2022 | Field Work, Puerto Rico | $ 160.00 | 8 | $ | 1,280.00 |
| 12/13/2022 | Field Work, Puerto Rico | $ 160.00 | 8 | $ | 1,280.00 |
| 12/14/2022 | Field Work, Puerto Rico | $ 160.00 | 8 | $ | 1,280.00 |
| 12/15/2022 | Field Work, Puerto Rico | $ 160.00 | 8 | $ | 1,280.00 |
| 12/16/2022 | Data and Policy Analysis | $ 160.00 | 3.25 | $ | 520.00 |
| 12/19/2022 | Data and Policy Analysis | $ 160.00 | 3 | $ | 480.00 |
| 12/27/2022 | Data and Policy Analysis | $ 160.00 | 3 | $ | 480.00 |
| 12/27/2022 | Commo and coordination/itinerary | $ 160.00 | 1 | $ | 160.00 |
| 12/27/2022 | Commo and Coordination (emails) | $ 160.00 | 1.25 | $ | 200.00 |
| 12/27/2022 | Commo and Coordination (emails) | $ 160.00 | 1.5 | $ | 240.00 |
| 12/28/2022 | Commo and Coordination (emails) | $ 160.00 | 1.5 | $ | 240.00 |
| | | $ 160.00 | | | |
| | | $ 160.00 | | | |
| | | $ 160.00 | | | |
| | | $ 160.00 | | | |
| | | $ 160.00 | | | |
| | | $ 160.00 | | | |
| | | $ 160.00 | | | |
| | | $ 160.00 | | | |
| | | $ 160.00 | | | |
| | | $ 160.00 | | | |
| | | $ 160.00 | | | |
| | | $ 160.00 | | | |
| | | $ 160.00 | | | |
| | | $ 160.00 | | $ | - |
| **TOTAL Labor** | | | **60.00** | **$** | **9,600.00** |

| | | | |
|---|---|---|---|
| **TOTAL Travel** | *(see reimbursement form)* | **$** | **2,520.74** |
| **TOTAL** | | **$** | **12,120.74** |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

**Signature:** DS Gosselin <signature>

**Date:** ########

**Commo and Coordination** consists of all written comms to/from Monitors, PRPB, USDOJ; Review compliance targets, document and data reque:

**Data/Policy Analysis, Writing** Data concerns CMR-7, OG 310, OG 410, Draft Section IX, review addl. SARP cases.

**Field Work:** Research conducted in situ (SJU)

sts, logistics; scheduling, on-site planning & coordination, database development

| Travel Breakout | Traveler: Donald S. Gosselin - November 14 - 18 | | | | |
|---|---|---|---|---|---|
| **Expense** | **Unit Cost** | **Units** | **Column1** | **Total** | **Column2** |
| Airfare | $ 909.10 | 1 | $ - | $ 909.10 | AAL R/T Coach Fare |
| Baggage | $ 40.00 | 0 | | $ - | |
| Ground Transportation (Uber/Lyft/Taxi) | $ - | 0 | | $ - | |
| Ground Transportation (Parking) | $ 15.00 | 0 | | $ - | |
| Ground Transportation (POV Mileage)to/from PV | $ 0.625 | 116 | | $ 72.50 | |
| Lodging | $ 195.00 | 4 | | $ 780.00 | DoD high season rate |
| Per Diem (Travel Days) | $ 86.25 | 2 | | $ 172.50 | |
| Per Diem (Full Days) | $ 115.00 | 3 | | $ 345.00 | |
| Other: HOTEL TAX ($35.10 + 25.31/day) | $ 60.41 | 4 | | $ 241.64 | |
| **Total** | | | | **$ 2,520.74** | |

From: American Airlines <no-reply@info.email.aa.com>
Subject: Your trip confirmation (PWM - SJU)
Date: December 4, 2022 at 15:07:34 EST
To: GOSSELIN.INTL@GMAIL.COM

---

Issued: December 4, 2022

# Your trip confirmation and receipt

Save time with the American app

**Get now!**

## Record Locator: MJKYNL

We charged $909.10 to your card ending in 1398 for your ticket purchase.

You can check in via the American app 24 hours before your flight and get your mobile boarding pass.

Manage your trip

## Sunday, December 11, 2022

PWM
5:35 AM
Portland

PHL
7:17 AM
Philadelphia

**AA 4396**

Operated by REPUBLIC AIRWAYS as AMERICAN EAGLE

Seat: 14F
Class: Economy (V)
Meals:

---

PHL
8:20 AM
Philadelphia

CLT
10:09 AM
Charlotte

**AA 2498**

Seat: 11F
Class: Economy (V)
Meals:

---

CLT
11:05 AM
Charlotte

SJU
3:37 PM
San Juan

Charlotte San Juan

**AA 783**

Seat: 15A
Class: Economy (V)
Meals: Food for purchase

---

## Friday, December 16, 2022

SJU
4:36 PM
San Juan

CLT
7:29 PM
Charlotte

**AA 783**

Seat: 14F
Class: Economy (Q)
Meals: Food for purchase

---

CLT
8:42 PM
Charlotte

PWM
10:53 PM
Portland

**AA 2330**

Seat: 14F
Class: Economy (Q)
Meals:

# Earn up to $200 Back

Plus 40,000 bonus miles.
Terms Apply.

Learn more

## Your purchase

**Donald Gosselin**

AAdvantage® #: 32A6M16

| | |
|---|---|
| New ticket | $909.10 |
| Ticket #: 0012354506175 | |
| [$842.00 + Taxes and fees $67.10] | |

| | |
|---|---|
| **Total cost** | **$909.10** |

## Your payment

| | |
|---|---|
| MasterCard (ending 1398) | $909.10 |
| **Total paid** | **$909.10** |

# Bag information

## Checked bags

**Online***

1st bag 2nd bag

$40.00 No charge

**Airport**

1st bag 2nd bag

$40.00 No charge

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 50 pounds or 23 kilograms
Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. Bag and optional fees
If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 4 hours) before departure.

## Carry-on bags

**1st carry-on:** Includes purse, briefcase, laptop bag, or similar item that must fit under the seat in front of

or similar item that must fit under the seat in front of you.

**2nd carry-on:** Maximum dimensions not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm).

---

Book a hotel » Book a car »

Buy trip insurance » AAVacations »

---

Contact us | Privacy policy

Get the American Airlines app

Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

If you have purchased a NON-REFUNDABLE fare, the itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has NO VALUE. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

You have up to 24 hours from the time of ticket

purchase to receive a full refund if you booked at least 2 days before departure. You must log in on aa.com or Contact Reservations to cancel. Once cancelled, your refund will be processed automatically.Refunds.

Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page.

The policy for traveling with Emotional Support and Service animals has changed. Visit Traveling with Service Animals for more information.

Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid, Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an

action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage link below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

For more on Canada passenger protection regulations visit aa.com/CanadaPassengers.

Please do not reply to this email address as it is not monitored. This email was sent to GOSSELIN.INTL@GMAIL.COM

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do

not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward this email to us with an explanation.

For all other questions about bookings or upcoming trips, visit our contact page. Contact American >

**one**world is a registered trademark of **one**world Alliance, LLC.

© American Airlines, Inc. All Rights Reserved.

SHERATON
Puerto Rico Hotel & Casino

# INVOICE

| | |
|---|---|
| ROOM | 1257 |
| ROOM TYPE | RBSZ |
| NO. OF GUESTS | 1 |
| RATE | 195 |
| CLERK | AORTI428 |
| DATE | 12/16/22 |
| PAGE No. | 1 of 2 |
| REWARDS # | 839932555 |

Dr Donald Gosselin
12 Naomi St
Sebago ME 04029
United States

ARRIVE 12/11/22 TIME 04:20 DEPART 12/16/22 TIME 09:24 FOLIO# 3903345

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| 12/11/22 | Govt. / Military | | 195.00 |
| 12/11/22 | Destination Fee - 18% | | 35.10 |
| 12/11/22 | Room Occupancy Tax | | 25.31 |
| 12/12/22 | Tips - Restaurant | | 4.00 |
| 12/12/22 | Govt. / Military | | 195.00 |
| 12/12/22 | Destination Fee - 18% | | 35.10 |
| 12/12/22 | Room Occupancy Tax | | 25.31 |
| 12/13/22 | Tips - Restaurant | | 4.00 |
| 12/13/22 | Govt. / Military | | 195.00 |
| 12/13/22 | Destination Fee - 18% | | 35.10 |
| 12/13/22 | Room Occupancy Tax | | 25.31 |
| 12/14/22 | Tips - Restaurant | | 4.00 |
| 12/14/22 | Lobby Lounge Food - Dinner | | 19.00 |
| 12/14/22 | Lobby Lounge - Beer | | 20.00 |
| 12/14/22 | Tips - Lobby Lounge | | 9.00 |
| 12/14/22 | Lobby Lounge Sales Municipal Tax 1% - I | | 0.39 |
| 12/14/22 | Lobby Lounge Sales Tax 10.5%-IVU | | 2.10 |
| 12/14/22 | Lobby Bar Reduced Tax 6%-IVU | | 1.14 |
| 12/14/22 | Govt. / Military | | 195.00 |
| 12/14/22 | Destination Fee - 18% | | 35.10 |
| 12/14/22 | Room Occupancy Tax | | 25.31 |



SHERATON
Puerto Rico Hotel & Casino

INVOICE

| | |
|---|---|
| ROOM | 1257 |
| ROOM TYPE | RBSZ |
| NO. OF GUESTS | 1 |
| RATE | 195 |
| CLERK | AORTI428 |
| DATE | 12/16/22 |
| PAGE No. | 2 of 2 |
| REWARDS # | 839932555 |

Dr Donald Gosselin
12 Naomi St
Sebago ME 04029
United States

ARRIVE 12/11/22 TIME 04:20 DEPART 12/16/22 TIME 09:24 FOLIO# 3903345

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| 12/15/22 | Govt. / Military | | 195.00 |
| 12/15/22 | Destination Fee - 18% | | 35.10 |
| 12/15/22 | Room Occupancy Tax | | 25.31 |
| 12/16/22 | Mastercard | | -1,340.68 |

Balance USD 0.00

For billing questions or concerns, please let us know at SheratonPR.Folio@sheraton.com

Driving
Walking
Sebago Center, Sebago, ME
Portland International Jetport, 1001 Westbrook
0 h 45 min (29 mi)
Show Steps
Print
0 h 46 min (29 mi)
Show Steps
0 h 54 min (36 mi)
Show Steps
Portland
Maps
MacBook Pro