Al Youngs
5552 West Lakeridge Rd
Lakewood, CO 80227

December 1 - December 31, 2022
Invoice No. 42
Member of Federal Monitor Team

| Date | Brief Description | Total Hours |
|---|---|---|
| | Reviewed and responded to emails and conference calls for the month of December | |
| 12/5<br>12/7<br>12/8<br>12/9<br>12/18<br>12/19<br>12/20<br>12/22<br>12/29<br>12/30 | From Members of the Monitor Team. | 5.0 Hours |
| 12/5<br>12/7<br>12/9<br>12/21<br>12/23<br>12/28<br>12/29 | Several meetings and phone calls with Monitor and Deputy Monitor. | 3.0 Hours |
| | During site visit to Puerto Rico | |
| 12/14 | Preparation for Supervision Management and Recruitment interviews and planned meetings | |
| 12/15 | Interviews of a random sample of commanders, supervisors and officers to determine whether there is close and effective supervision. Interviewees were also asked questions about their use of EIS and other supervisory tools, supervisory ratios, performance evaluations and training received (Paragraphs 145 and 146). | |
| 12/16 | Meet with Sgt. Xarelis Carrillo, FUE, reference accidental firearm discharges. | |

| Date | Description | Hours |
|---|---|---|
| 12/16 | Meet with Commander Santiago reference possible cheating allegations involving virtual training. | |
| 12/17 | Monitor Sgt. Examination with Javier at San Juan and Aguadilla. | |
| | | 24.0 Hours |
| 12/2 | Re-reviewed policy 602 reference use of the TASER and research | 3.0 Hours |
| 12/5 | Reviewed status changes 302:12CV02039 FAB | 2.0 Hours |
| 12/5 | Reviewed exam inspection report and provided additional questions reference the Sgt. Exam to Roberto and Luis | 3.0 Hours |
| 12/7 | Reviewed and submitted revised changes for Supervisor and Management | 2.0 Hours |
| 12/8 | Reviewed revised changes for Supervisor and Management PARA 154-156 | 2.0 Hours |
| 12/12 | Re-reviewed OG310 and provided comments | 2.0 Hours |
| 12/13 | Reviewed PRPB manual of job descriptions and provided recommendations | 4.0 Hours |
| 12/18 | Reviewed complete CMR-7 | 4.0 Hours |
| 12/22 | Reviewed Sgt. Exam results | 1.0 Hour |
| 12/30 | Reviewed OG310 and OG310.1 and provided approval | 2.0 Hours |

**TOTAL HOURS:**     **57.0**

Billable Hours: 57 Hours at a Rate of $165.00 Per Hour =     $9,405.00

**TOTAL:**     **$9,405.00**

**TOTAL WAGES AND EXPENSE REIMBURSEMENT**     **$11,559.50**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_____
Signature — Alan C. Young

12/31/22
**Date**



# Office of the Technical Compliance Advisor
# Travel Reimbursement Form

Enter all required information below to obtain travel reimbursement. If spending did not occur in a category, please enter zeros. Zeros will likely need to be entered for one or more of the ground transportation options. The "Total" column of the table will update based on the information entered into the "Unit Cost" and "Units" columns. To update the "Total" column, click CTRL+A and then F9. Receipts for airfare, lodging, ground transportation, and PCR testing must be submitted with this form. Submit the Travel Reimbursement Form and accompanying receipts to Javier Gonzalez (Javier.benito@me.com) with the Chief Monitor (jrrjjr.romero@gmail.com) and/or his designee copied along with your monthly invoice.

**Traveler Name:  Alan C Youngs**
**Travel Start Date 12/14/2022 Travel End Date: 12/18/2022**
**Purpose of Travel: Puerto Rico**

| Travel Reimbursement | | | |
|---|---:|---:|---:|
| | Unit Cost | Units | Total |
| **Airfare Roundtrip** | $1,043.60 | 1 | $1,043.60 |
| | | | |
| **Baggage** | | | |
| **Ground Transportation (Uber/Lyft/Taxi)** | $27.00 | 1 | $27.00 |
| **Ground Transportation (Parking)** | $0.00 | 0 | $0.00 |
| **Ground Transportation (Mileage)** | $0.625 | 0 | $0.00 |
| **Lodging** | $141.60 | 4 | $566.40 |
| **Per Diem (Travel Days)** | $86.25 | 2 | $172.50 |
| **Per Diem (Full Days)** | $115.00 | 3 | $345.00 |
| **PCR Testing** | $0.00 | 0 | $0.00 |
| **Total** | | | 2,154.50 |

Office of the Technical Compliance Advisor Puerto Rico

VIG Tower, PH – 924

1225 Ave. Juan Ponce de Leon

San Juan, PR 00907

787-417-9098



A-List | Hi, Alan 244 points | **My Account** | Log out | Español

  

FLIGHT | HOTEL | CAR | VACATIONS     SPECIAL OFFERS     RAPID REWARDS®

# Thanks for flying with us!

Price — Payment — Confirmation

## ✓ Your flight is booked!

We're sending you a confirmation email to the address below. If the email hasn't arrived in 2 minutes, check your junk or spam folder.
alyoun@aol.com

## Trip summary

Print

### Flight

CONFIRMATION #
**2BFBWR**

DEC 14 - 18
DEN ✈ SJU

FLIGHT TOTAL
**$1,043.60**



Add a car

Book now. Pay later!
From $52.24*/day in San Juan

*Taxes and fees excl. Terms apply.

Book now

Add a hotel

Earn up to 10,000 Points per night

WHERE ARE YOU HEADED?
San Juan

CHECK-IN: 12/14/2022    CHECK-OUT: 12/18/2022

Search ↗



**LIMITED-TIME OFFER**

## Earn 75,000 points

after you spend $3,000 on purchases in the first 3 months of opening your account.

**Learn more** ❯

Offer ends 12/5/22. The account information is only an estimate for a specific point in time. Please reference your Rapid Rewards® account for the most up-to-date information.

| | |
|---|---:|
| CURRENT POINTS BALANCE | 244 |
| ESTIMATED POINTS EARNED ON THIS TRIP | 9,090 |
| POINTS EARNED WITH NEW CREDIT CARD OFFER | 75,000 |
| **ESTIMATED TOTAL POINTS** | **84,334** |

## 12/14 - San Juan

### Wanna offset carbon?
Now you can every time you fly with us.

**Learn more** ❯

DEC 14 - 18

## Denver, CO *to* San Juan, PR

**Confirmation # 2BFBWR**

| PASSENGERS | EST. POINTS | EXTRAS ⓘ | FARE |
|---|---|---|---|
| **Alan Youngs**<br>Rapid Rewards® Acct # 207895671    A-List<br>Add Known Traveler # / Redress # ❯<br>Special Assistance ❯ | + 9,090 PTS | 🌅 | Anytime<br>Wanna Get Away Plus |

 **Transfarency®: Defined** Low fares. Nothing to hide.

 **Change fees don't fly with us** Flexibility for your travel plans.

 **Pack with care** Guidelines for carryon luggage.

## Departing  12/14/22 Wednesday

| | | | | Anytime | $645.00 |
| | | | | (Passenger x1) | |

**DEPARTS** 11:00 AM  DEN
Denver, CO - DEN

FLIGHT
4676

SCHEDULED AIRCRAFT
Boeing 737-700
Subject to change

**ARRIVES** 4:20 PM  TPA
Tampa, FL - TPA

TRAVEL TIME
3hr 20min

stop 1: Tampa, FL - TPA



**DEPARTS** 6:10 PM  TPA
Tampa, FL - TPA

FLIGHT
1556

SCHEDULED AIRCRAFT
Boeing 737-800
Subject to change

**ARRIVES** 10:00 PM  SJU
San Juan, PR - SJU

TRAVEL TIME
2hr 50min

SUBTOTAL
$645.00

## Returning  12/18/22 Sunday

Wanna Get Away Plus  $330.00
(Passenger x1)

**DEPARTS** 6:35 AM  SJU
San Juan, PR - SJU

FLIGHT
1413

SCHEDULED AIRCRAFT
Boeing 737-800
Subject to change

| | | | |
|---|---|---|---|
| ARRIVES | 8:25 AM | FLL<br>Fort Lauderdale, FL - FLL | TRAVEL TIME<br>2hr 50min |

stop 1: Fort Lauderdale, FL - FLL



| | | | |
|---|---|---|---|
| DEPARTS | 11:15 AM | FLL<br>Fort Lauderdale, FL - FLL | FLIGHT<br>3111<br><br>SCHEDULED AIRCRAFT<br>Boeing 737-700<br>*Subject to change* |
| ARRIVES | 1:50 PM | DEN<br>Denver, CO - DEN | TRAVEL TIME<br>4hr 35min |

SUBTOTAL
$330.00

Taxes & fees  $68.60

Flight total  $1,043.60

## Icon legend

 WiFi available    Live TV available   EarlyBird Check-In®    Change planes

## Helpful Information:

- Starting summer 2023, for Wanna Get Away® or Wanna Get Away Plus™ award travel reservations: if you do not cancel your reservation at least 10 minutes before the flight's original scheduled departure time, any points used for booking will be forfeited, along with any taxes and fees associated with your award travel reservation. For Anytime or Business Select award travel reservation: the points used for booking will continue to be redeposited to the purchaser's Rapid Rewards account, and any taxes and fees associated with the award travel reservation will be converted into a flight credit for future use.
- Please read the fare rules associated with this purchase.
- When booking with Rapid Rewards® points, your points balance may not immediately update in your account.

**Book your hotel with us and earn up to 10,000 points per night.**



The perfect stay is moments away

**WHERE ARE YOU HEADED?**

San Juan

| CHECK-IN | CHECK-OUT |
|---|---|
| Wed, Dec 14, 2022 | Sun, Dec 18, 2022 |

| ROOMS | ADULTS | CHILDREN |
|---|---|---|
| 1 | 1 | 0 |

Search ↗

# Payment summary

| PAYMENT INFORMATION | | | AMOUNT PAID |
|---|---|---|---|
| **Visa 3491**<br>XXXXXXXXXXXX3491<br>Expiration: 7/27 | **CARD HOLDER**<br>Alan Youngs | **BILLING ADDRESS**<br>5552 W Lakeridge Rd<br>Lakewood, CO US 80227 | $**1,043.60** |

# Total charged

| | |
|---|---|
| **You're all set for your upcoming trip.** | SUBTOTAL $975.00 |
| Get ready to enjoy two bags for the price of none*, no fees to change your flight**, and some Southwest® love. | TAXES & FEES $68.60 |
| *First and second checked bags. Weight and size limits apply. **Fare difference may apply. | TOTAL DOLLARS $1,043.60 |



Show price breakdown

## Save up to 30% off

Earn up to 2400 Rapid Rewards® points.



Book now ›



## Score! You qualify for up to a 30% discount on points.

Buy now and boost your balance. Don't wait – this offer is only valid while on this page.

**Buy points** ↗



Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Alan Youngs
5552 W Lakeridge Rd
Lakewood CO 80227
United States

Room: 0907
Room Type: EKNG
No. of Guests: 1
Rate: $ 120.00  Clerk: 5

Marriott Rewards #   11933 0892

CRS Number  87549824

Name:

Arrive:  12-14-22      Time:  10:52 PM      Depart:  12-18-22      Folio Number: 714255

| Date | Description | Charges | Credits |
|---|---|---|---|
| 12-14-22 | Package | 120.00 | |
| 12-14-22 | Government Tax | 10.80 | |
| 12-14-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 12-15-22 | Comedor - Guest Charge | 4.00 | |
| 12-15-22 | Package | 120.00 | |
| 12-15-22 | Government Tax | 10.80 | |
| 12-15-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 12-16-22 | COMEDOR- Guest Charge (Breakfast) | 4.02 | |
| 12-16-22 | Package | 120.00 | |
| 12-16-22 | Government Tax | 10.80 | |
| 12-16-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 12-17-22 | COMEDOR- Guest Charge (Breakfast) | 4.02 | |
| 12-17-22 | COMEDOR- Guest Charge (Dinner) | 42.72 | |
| 12-17-22 | Package | 120.00 | |
| 12-17-22 | Government Tax | 10.80 | |
| 12-17-22 | Hotel Fee 9% of Daily Rate | 10.80 | |
| 12-18-22 | Visa Card | | 621.16 |
| | Card # XXXXXXXXXXXX3491 | | |

**COURTYARD**
**Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Alan Youngs
5552 W Lakeridge Rd
Lakewood CO 80227
United States

Room: 0907
Room Type: EKNG
No. of Guests: 1
Rate: $ 120.00  Clerk: 5

Marriott Rewards #   119330892

CRS Number  87549824

Name:

Arrive:  12-14-22          Time:  10:52 PM          Depart:  12-18-22          Folio Number:  714255

| Date | Description | Charges | Credits |
|---|---|---|---|
| | | Balance | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

**TAXI**

**METROPOLITAN AREA**

U _____

DATE: 12/18/2022

FROM: Court Yard Marriott
TO: San Juan Airport
FARE: _____
LUGGAGE: _____
TOTAL: $27.00

SIGNATURE

*"Thanks You For Your Visit to Puerto Rico"*