# INVOICE



22 Chalets de Santa Maria
San Juan, P.R. 00927
(787) 940-3090

**BILL TO:**
**Office of the FPMPR, LLC**
VIG Tower, PH 924
1225 Ponce de Leon Avenue
San Juan, P.R. 00907

DATE: 12/31/2022
INVOICE # 202212
FOR: FPMPR/TCA

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Zoom calls/Team meetings: | 0.25 | $160.00 | $ 40.00 |
| emails-texts/phone calls:  Sam, Denise, John, Javi, Al | 3.50 | $160.00 | $ 560.00 |
| 12/05/2022: Zip doc review/PRPB CMR7 Dominican Community Study/comments addressed (spread sheet) doc. Virtual library access Review/annotations | 4.00 | $160.00 | $640.00 |
| 12/10/2022: Site visit sched. Review/Interviews/ meeting with Dr. Fernandez & Cruz Febo preparation and data requests compl. requirements for meeting/discussion | 1.50 | $160.00 | $240.00 |
| 12/12/2022: PRPB meetings & demos. | 7.00 | $160.00 | $1,120.00 |
| 12/13/2022: FPMPR: PRPB personnel interviews | 5.50 | $160.00 | $ 880.00 |
| 12/14/2022: Field Utuado interviews/hdq. Observations | 8.00 | $160.00 | $ 1,280.00 |
| 12/15/2022: FPMPR: PRPB Personnel interviews | 6.00 | $160.00 | $ 960.00 |
|  | 35.75 |  | $ 5,720.00 |
|  |  |  | $  - |
|  |  | **TOTAL** | **$5,720.00** |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor.  I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or


Merangelie Serrano-Rios