OFFICE OF THE FPMPR LLC.
B-5 Calle Tabonuco Suite 216 PMB 292
Guaynabo, Puerto Rico 00968

February 3, 2023

Professional services rendered by the members of the Office of the FPMPR LLC. For January 2023:

| NAME | AMOUNT | MONTH |
|---|---|---|
| John Romero | $19,720.13 | January 2023 |
| Spece | $ 2,631.64 | January 2023 |
| The & Group LLC (Javier González) | $11,563.19 | January 2023 |
| Altai Atlantic Consulting LLC (Dr. David Levy) | $12,210.00 | January 2023 |
| Denise Rodriguez | $15,833.33 | January 2023 |
| Viota & Associates CPA LLC | $   750.00 | January 2023 |
| Donald S. Gosselin | $11,927.56 | January 2023 |
| Al Youngs | $11,794.91 | January 2023 |
| Rafael E. Ruiz | $ 8,588.79 | January 2023 |
| Scott Cragg | $14,202.73 | January 2023 |
| Correa Acevedo & Abesada Law offices, PSC (Lcdo. Roberto Abesada) | $13,860.00 | January 2023 |
| Rita J. Watkins | $ 8,031.04 | January 2023 |
| M Serrano LLC | $ 6,680.00 | January 2023 |
| Luis Hidalgo | $11,500.00 | January 2023 |
| Korber Group | $ 1,305.78 | January 2023 |
| Samantha Rhinerson | $ 2,960.39 | January 2023 |
| Claudia Cámara | $ 2,240.00 | January 2023 |
| Manuel Arroyo | $   820.00 | January 2023 |
| Hipolito Castro Jr | $10,712.01 | January 2023 |
| Stephanie Leon | $ 1,350.00 | January 2023 |
| | | |
| **TOTAL:** | **$168,681.50** | January 2023 |