John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

INVOICE # 103                                     **TOTAL DUE $ 19,720.13**
FEDERAL MONITOR
JANUARY 2023 INVOICE

## Duties and Responsibilities as Monitor

Generated, reviewed, and responded to emails/texts from the Parties, Monitor Team, Court, and Special Master
Conference calls with General Counsel
Reviewed court orders relating to the Consent Decree
Via zoom conducted meetings with Special Master and USDOJ and PRPB
Monitor administrative duties - reviewing Team invoices, coordinating SME work assignments, and conferring with Monitor's Office Administrative Director
Reviewed Briefing Reports from PRPB
Zoom meeting with Gartner
Conferred with Deputy Chief Monitor on issues relating to Monitor Office Operations
Conducted Zoom meetings with the Monitor Team
Prepared for Status Conference
Reviewed LC Trinidad's CV and participated in Zoom interview of him
Reviewed documents submitted re: LC Salva incident
Reviewed Sergeants Exam adjudicated questions and prepared memo
Reviewed Staffing and Supervision 90 Day Report
Prepared for and participated in 253 meeting

## Site Visit to Puerto Rico January 16-20, 2023

Meeting with the Reform Unit, USDOJ and OSM
Attended Operational Systems Demonstrations/ PTMS
Reviewed LC Trinidad's training and SARP records at Headquarters
Met with Commander Santiago from SARP
Meeting with the Commissioner
Meeting with DSP Secretary
Meeting with the Honorable Judge Besosa
Prepared for and participated in Status Conference

| | |
|---|---|
| Flat Rate Total Wages Due | $ 17,916.66 |
| Travel Expenses Due | $ 1,803.47 |
| **TOTAL DUE** | **$ 19,720.13** |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*[Signature: John Romero]*

Date January 31, 2023

## Office of the TCA - Travel Reimbursement Form

John Romero
January 16-20, 2023

### Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $500.66 | 1 | $500.66 |
| Baggage | $- | 0 | $- |
| Ground Transportation (Uber/Lyft/Taxi) | | | $- |
| Ground Transportation (Parking) | $- | 0 | $- |
| Ground Transportation (Mileage) | $0.655 | 82 | $53.71 |
| Lodging | $182.90 | 4 | $731.60 |
| Per Diem (Travel Days) | $86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $115.00 | 3 | $ 345.00 |
| Other: | | 0 | |
| Total | | | $1803.47 |

**COURTYARD Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR 00907
T 787.721.7400
F 787.723.0068

Mr John Romero
2301 Pacific Ave
Costa Mesa CA 92627
United States

Room: 0601
Room Type: KSTE
No. of Guests: 1
Rate:  $  155.00   Clerk: 8

Marriott Rewards #    756834271

CRS Number  95710538

Name:

Arrive:  01-16-23         Time:  01:55 PM         Depart:  01-20-23         Folio Number:  716918

| Date | Description | Charges | Credits |
|---|---|---|---|
| 01-16-23 | Package | 155.00 | |
| 01-16-23 | Government Tax | 13.95 | |
| 01-16-23 | Hotel Fee 9% of Daily Rate | 13.95 | |
| 01-17-23 | Package | 155.00 | |
| 01-17-23 | Government Tax | 13.95 | |
| 01-17-23 | Hotel Fee 9% of Daily Rate | 13.95 | |
| 01-18-23 | COMEDOR- Guest Charge (Breakfast) | 4.02 | |
| 01-18-23 | COMEDOR- Guest Charge (Dinner) | 27.00 | |
| 01-18-23 | Package | 155.00 | |
| 01-18-23 | Government Tax | 13.95 | |
| 01-18-23 | Hotel Fee 9% of Daily Rate | 13.95 | |
| 01-19-23 | Package | 155.00 | |
| 01-19-23 | Government Tax | 13.95 | |
| 01-19-23 | Hotel Fee 9% of Daily Rate | 13.95 | |
| 01-20-23 | COMEDOR- Guest Charge (Breakfast) | 4.02 | |
| 01-20-23 | Master Card / Euro Card | | 766.64 |
| | Card #  XXXXXXXXXXXX1805 | | |

# COURTYARD
## Marriott

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR 00907
T 787.721.7400
F 787.723.0068

Mr John Romero
2301 Pacific Ave
Costa Mesa CA 92627
United States

Room: 0601
Room Type: KSTE
No. of Guests: 1
Rate:  $   155.00   Clerk: 8

Marriott Rewards #    756834271

CRS Number   95710538

Name:

Arrive:   01-16-23        Time:   01:55 PM        Depart:   01-20-23        Folio Number:   716918

| Date | Description | Charges | Credits |
|---|---|---|---|
| | Balance | | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

# Travel Purchase

Date of requested receipt: 2022-12-16     **Record Locator:** AQIBEY

| From | To | Travel date | Flight number |
|---|---|---|---|
| LAX | FLL | 2023-01-15T21:30:00 | 0700 |
| FLL | SJU | 2023-01-16T10:00:00 | 1553 |
| SJU | FLL | 2023-01-20T11:40:00 | 1454 |
| FLL | LAX | 2023-01-20T17:25:00 | 0101 |

**Traveler(s)**  
ROMERO/JOHN J MR

**Ticket number(s)**  
2792110492629

**Base fare:** $432.06 USD

| Taxes & fees breakdown: | AMOUNT | CURRENCY | PURPOSE - (CODE) |
|---|---|---|---|
| | $18.00 | USD | U.S. Passenger Facility Charge - (XF) |
| | $11.20 | USD | U.S. September 11th Security Fee - (AY) |
| | $39.40 | USD | U.S. Transportation Tax - (US2) |

**Taxes & fees total:** $68.60 USD

**Base fare total:** $500.66

**Payment(s):**

Visa Card XXXXXXXXXXXX1287         $477.45

Travel Bank Account XXXXXXXXXXXX1372    $23.21 leftover from Nov 94.84 credit

## Total paid: $500.66 USD*

*includes all fares, taxes, fees and penalties less any amounts refunded

Original Nov 2022 flight home changed due to family emergency
Nov flight home taken received credit

598.77 pd VISA
503.93
94.84 credit

Original Dec 2022 flights had to extend to observe exam
Flights taken December used credit for difference

794.28 pd VISA
865.91
71.63 credit

January 2023 Flights

500.66
477.45 pd VISA
23.21 remaind of Nov credit

*November 2022*

## Travel Purchase

**Date of requested receipt:** 2022-09-29     **Record Locator:** WOOBGN

**SJU** ▸ **MCO**     Travel date    2022-11-19T11:18:00
                     Flight number  1334

**MCO** ▸ **LAX**     Travel date    2022-11-19T19:59:00
                     Flight number  0131

**Traveler(s)**                         **Ticket number(s)**

ROMERO/JOHN JOSEPH MR                    2792104365405

**Base fare:**                           $564.47 USD

| Taxes & fees breakdown: | AMOUNT | CURRENCY | PURPOSE - (CODE) |
|---|---|---|---|
| | $9.00 | USD | U.S. Passenger Facility Charge - (XF) |
| | $5.60 | USD | U.S. September 11th Security Fee - (AY) |
| | $19.70 | USD | U.S. Transportation Tax - (US2) |
| **Taxes & fees total:** | $34.30 | USD | |
| **Base fare total:** | $598.77 | | |

**Payment(s):**

Visa card XXXXXXXXXXXX1287                $598.77

## Total paid: $598.77 USD*

*This was my original flight that I had to cancel due to family emergency.*

*Nov 22*

# Travel Purchase

**Date of requested receipt:** 2022-09-29  **Record Locator:** WOOBGN

**SJU ▸ FLL**  Travel date  2022-11-16T21:59:00
Flight number  2054

**FLL ▸ LAX**  Travel date  2022-11-17T07:17:00
Flight number  2801

| Traveler(s) | Ticket number(s) |
|---|---|
| ROMERO/JOHN JOSEPH MR | 2792108160847 |
| Base fare: | $469.63 USD |

| Taxes & fees breakdown: | AMOUNT | CURRENCY | PURPOSE - (CODE) |
|---|---|---|---|
|  | $9.00 | USD | U.S. Passenger Facility Charge - (XF) |
|  | $5.60 | USD | U.S. September 11th Security Fee - (AY) |
|  | $19.70 | USD | U.S. Transportation Tax - (US2) |
| Taxes & fees total: | $34.30 | USD |  |
| **Base fare total:** | **$503.93** | | |

| Exchange Fee(s): | TICKET NUMBER | DATE | AMOUNT |
|---|---|---|---|
|  | 2792108160847 | 2022-09-29 | $0.00 |

**Payment(s):**

Visa card XXXXXXXXXXXX1287    $598.77 — *paid for original flight. Had to change due to family emergency resulting in $94.84 credit*

Nov 2

# Fees

**ROMERO JOHN**  Ticket number(s): 2794404734263
Date: 2022-09-29

| QTY | FEE TYPE | COST | TAX | TOTAL |
|---|---|---|---|---|
| 1 | SEAT ASSIGNMENT | $58.00 | $0.00 | $58.00 |

**Total:**  $58.00 USD

**Payment(s):**  True Blue Points XXXXXXXXXXX0574  $58.00

**ROMERO JOHN**  Ticket number(s): 2794404734266
Date: 2022-09-29

| QTY | FEE TYPE | COST | TAX | TOTAL |
|---|---|---|---|---|
| 1 | SEAT ASSIGNMENT | $64.00 | $0.00 | $64.00 |

**Total:**  $64.00 USD

**Payment(s):**  True Blue Points XXXXXXXXXXX0574  $64.00

# Base fare refund

**ROMERO JOHN**  Ticket number(s):2790523158095
Refunded ticket number: 2792104365405
Refund date: 2022-11-16

| Refund breakdown: | AMOUNT | CURRENCY |
|---|---|---|
| Base Fare Amount: | -$94.84 | USD |
| Taxes: | $0.00 | USD |
| **Total base fare refund:** | **-$94.84** | **USD** |

**Cancel penalty:** $0.00 USD

**Refund:** Travel Bank Account XXXXXXXXXXXX1372 $94.84

to be used in future

# Total paid: $625.93 USD*

*includes all fares, taxes, fees and penalties less any amounts refunded

November 2022

LAX- SJU    321.86
SJU - LAX   503.93
            _____
            825.79

*Pic*  Original Flight $794.28

## Travel Purchase

Date of requested receipt: 2022-10-28      Record Locator: CYYYNC

| | | | | |
|---|---|---|---|---|
| **LAX** ▶ | **FLL** | Travel date | 2022-12-10T21:35:00 | |
| | | Flight number | 0700 | |
| **FLL** ▶ | **SJU** | Travel date | 2022-12-11T11:05:00 | |
| | | Flight number | 1553 | |
| **SJU** ▶ | **FLL** | Travel date | 2022-12-16T09:25:00 | |
| | | Flight number | 1454 | |
| **FLL** ▶ | **LAX** | Travel date | 2022-12-16T17:30:00 | |
| | | Flight number | 0101 | |

| Traveler(s) | Ticket number(s) |
|---|---|
| ROMERO/JOHN JOSEPH MR | 2792106693752 |
| Base fare: | $725.68 USD |

| Taxes & fees breakdown: | AMOUNT | CURRENCY | PURPOSE - (CODE) |
|---|---|---|---|
| | $18.00 | USD | U.S. Passenger Facility Charge - (XF) |
| | $11.20 | USD | U.S. September 11th Security Fee - (AY) |
| | $39.40 | USD | U.S. Transportation Tax - (US2) |
| **Taxes & fees total:** | $68.60 | USD | |
| **Base fare total:** | $794.28 | | |
| **Payment(s):** | | | |

Visa card XXXXXXXXXXXX1287                $794.28

## Total paid: $794.28 USD*

*includes all fares, taxes, fees and penalties less any amounts refunded



*Had to extend visit to observe exams. These are my flights taken. $865.91*
Case 3:12-cv-02039-FAB   Document 2313-2   Filed 02/14/23   Page 13 of 16

## Travel Purchase

**Date of requested receipt:** 2022-10-28     **Record Locator:** CYYYNC

**LAX ▸ FLL**    Travel date: 2022-12-10T21:35:00    Flight number: 0700

**FLL ▸ SJU**    Travel date: 2022-12-11T11:05:00    Flight number: 1553

**SJU ▸ FLL**    Travel date: 2022-12-19T14:14:00    Flight number: 1754

**FLL ▸ LAX**    Travel date: 2022-12-19T17:30:00    Flight number: 0101

| Traveler(s) | Ticket number(s) |
|---|---|
| ROMERO/JOHN JOSEPH MR | 2792108851613 |
| **Base fare:** | $797.31 USD |

| Taxes & fees breakdown: | AMOUNT | CURRENCY | PURPOSE - (CODE) |
|---|---|---|---|
|  | $18.00 | USD | U.S. Passenger Facility Charge - (XF) |
|  | $11.20 | USD | U.S. September 11th Security Fee - (AY) |
|  | $39.40 | USD | U.S. Transportation Tax - (US2) |
| **Taxes & fees total:** | $68.60 | USD | |
| **Base fare total:** | $865.91 | | |

| Exchange Fee(s): | TICKET NUMBER | DATE | AMOUNT | |
|---|---|---|---|---|
| | 2792108851613 | 2022-10-28 | $0.00 | paid for original flight |

Payment(s):

| | | |
|---|---|---|
| Visa card XXXXXXXXXXXX1287 | $794.28 | |
| Travel Bank Account XXXXXXXXXXXX1372 | $71.63 | out of $94.84 credit created from November leaving $23.21 credit to be used in January |

# Fees

**ROMERO JOHN**        Ticket number(s): 2794406926272
                     Date: 2022-10-28

| QTY | FEE TYPE | COST | TAX | TOTAL |
|---|---|---|---|---|
| 1 | SEAT ASSIGNMENT | $75.00 | $0.00 | $75.00 |

**Total:**    $75.00 USD

Payment(s):    True Blue Points XXXXXXXXXXXX0574    $75.00

**ROMERO JOHN**        Ticket number(s): 2794406926273
                     Date: 2022-10-28

| QTY | FEE TYPE | COST | TAX | TOTAL |
|---|---|---|---|---|
| 1 | SEAT ASSIGNMENT | $43.00 | $0.00 | $43.00 |

**Total:**    $43.00 USD

Payment(s):    True Blue Points XXXXXXXXXXXX0574    $43.00

**ROMERO JOHN**        Ticket number(s): 2794406926274
                     Date: 2022-10-28

| QTY | FEE TYPE | COST | TAX | TOTAL |
|---|---|---|---|---|
| 1 | SEAT ASSIGNMENT | $43.00 | $0.00 | $43.00 |

Total: $43.00 USD

| Payment(s): | True Blue Points XXXXXXXXXXXX0574 | $43.00 |

**ROMERO JOHN**   Ticket number(s): 2794406926276
Date: 2022-10-28

| QTY | FEE TYPE | COST | TAX | TOTAL |
|---|---|---|---|---|
| 1 | SEAT ASSIGNMENT | $69.00 | $0.00 | $69.00 |

**Total:** $69.00 USD

| Payment(s): | True Blue Points XXXXXXXXXXXX0574 | $69.00 |

# Total paid: $1,095.91 USD*

*includes all fares, taxes, fees and penalties less any amounts refunded

John Romero

## Google Maps 2301 Pacific Ave, Costa Mesa, CA 92627 to lax terminal 5

**Drive 41.1 miles, 1 hr 3 min**



Map data ©2021 Google  2 mi

## 2301 Pacific Ave
Costa Mesa, CA 92627

**Get on I-405 N from W Wilson St and Harbor Blvd**

                                      13 min (4.3 mi)

↑ 1. Head south on Pacific Ave toward Sea Breeze Dr

                                      0.1 mi

↰ 2. Turn left onto W Wilson St
   ⓘ Pass by Taco Bell (on the left in 1.4 mi)

                                      1.4 mi

↰ 3. Use the left 2 lanes to turn left onto Harbor Blvd
   ⓘ Pass by Panda Express (on the right)

                                      2.2 mi

⚸ 4. Use the right lane to merge onto I-405 N via the ramp to Long Beach

                                      0.6 mi

**Follow I-405 N to CA-1 N/S Sepulveda Blvd in Los Angeles. Take exit 1C from I-105 W**

                                      33 min (35.1 mi)

⚸ 5. Merge onto I-405 N

                                      16.6 mi