

# Invoice

**Altai Atlantic Consulting LLC**
828 Snowden Hallowell Way, Alexandria VA 22314

**Date:** 01/30/23
**Invoice #:** 01-037

**To:** Office of the Federal Police Monitor of Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
Tel. 787-417-9098

| Fee Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|
| **Total Fees Payable For Services Rendered by Dr. David Levy** | 74.0 | 165 | **$12,210.00** |

## Work Performed in the Continental United States

| Date | Activity Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 1/3/23 | Biweekly team call and monthly call with Monitor Castro | 1.5 | 165 | $247.50 |
| 1/4/23 | CMR-8 2.1 data request | 6.0 | 165 | $990.00 |
| 1/5/23 | Update Spanish translations in master data request | 1.0 | 165 | $165.00 |
| 1/5/23 | CMR-8 2.1 data request | 3.0 | 165 | $495.00 |
| 1/7/23 | Update formulas for producing CMR data requests from master | 6.0 | 165 | $990.00 |
| 1/9/23 | Biweekly call - FPM & PRPB : Document Production | 0.5 | 165 | $82.50 |
| 1/9/23 | Update formulas for producing CMR data requests from master | 7.0 | 165 | $1,155.00 |
| 1/16/23 | Update master to retain live links when producing data requests. | 3.5 | 165 | $577.50 |
| 1/22/23 | Developed Revised Sample Size Calculator and Tracker | 6.5 | 165 | $1,072.50 |
| 1/22/23 | Backfilling data from previous CMRs in sample tracker | 7.0 | 165 | $1,155.00 |
| 1/23/23 | CMR-8 Data Request 2.2 | 6.0 | 165 | $990.00 |
| 1/23/23 | Communication re: CMR-8 data request 2.2 | 4.0 | 165 | $660.00 |
| 1/24/23 | CMR-8 Data Request 2.2 | 13.0 | 165 | $2,145.00 |
| 1/24/23 | Communication re: CMR-8 data request 2.2 | 2.0 | 165 | $330.00 |
| 1/25/23 | Communication re: CMR-8 data request 2.2 | 1.5 | 165 | $247.50 |
| 1/26/23 | Communication re: CMR-8 data request 2.3 | 0.5 | 165 | $82.50 |
| 1/28/23 | Revisions to master data request items for FTO program | 4.0 | 165 | $660.00 |
| 1/30/23 | Biweekly team call | 1.0 | 165 | $165.00 |
| | | | 165 | $0.00 |
| | | | 165 | $0.00 |
| | | | 165 | $0.00 |
| | | | 165 | $0.00 |
| | | | 165 | $0.00 |
| | | | 165 | $0.00 |

| | | | 165 | $0.00 |
|---|---|---|---|---|
| | | | 165 | $0.00 |
| Total | | | 74.0 | $12,210.00 |

**Total Fee Payable**   **$12,210.00**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

**Dr. David Levy**

01/30/23
**Date**