# INVOICE

| | | |
|---|---|---|
| **DATE**<br>1/31/2023 | **INVOICE NO**<br>#028 | **Denise Rodriguez**<br>3003 San Sebastian St.<br>Mission, TX 78572<br>drodriguez_PRI@outlook.com |

**INVOICE TO**
Puerto Rico Chief Federal Monitor

**INVOICE PERIOD**
January 1-31, 2023

## DUTIES AND RESPONSIBILITIES                                TOTAL DUE $15,833.33

- Conducted monthly one-on-one meetings with subject matter experts
- Coordinated and conducted weekly Monitoring Executive Team meetings
- Coordinated and conducted biweekly meetings with the Parties
- Reviewed and approved the review of several policies submitted to the Monitor's Office by PRPB as per Paragraph 229 of the Agreement
- Worked with the Administrative Director and the Research Analyst/Administrative Assistant to draft the schedule(s) for the January and February site visits
- Participated in various meetings with the Parties to discuss the PRPB Data Gap Analysis and IT Needs Assessment
- Participated in several calls with the proposed contractor, Gartner, regarding the IT Needs Assessment
- Reviewed the final draft IT Needs Assessment Report
- Virtually participated in site visit the week of January 16th
- Coordinated and oversaw the submission and receipt of various data requests for CMR- 8
- Worked with the data analyst to develop cross reference sheets for use by the Monitoring TEAM
- Participated in the January 253 Meeting with the Parties
- Worked with the administrative assistant to draft and finalize the Winter FPM newsletter
- Participated in several calls with the parties to discuss the Sgt. exam test scores
- Participated in several calls with the parties to discuss the Reform Director position
- Participated in call with PRPB training personnel to discuss the Training Plan
- Worked with the Training Monitor to develop and finalize FPM memo on comments to the PR Training Plan
- Reviewed the Chief Monitor's prepared remarks for the January Status Conference
- Reviewed the notes from the January Status Conference
- Reviewed the draft FPM memo on the Sgt. training curricula
- Reviewed the draft FPM memo on the Sgt. exam results

| | |
|---|---|
| Flat Rate Total Wages* | $15,833.33 |
| Travel Expenses | $ 0.00 |
| **Total Due** | **$ 15,833.33** |

*The total amount is a flat rate. The total monthly is $15,833.33 for an annualized amount of $190,000.00

*Denise Rodriguez* (signature)

**Denise Rodriguez, Chief Deputy Monitor**

January 31, 2023
Date

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.