# VIOTA & ASSOCIATES CPA LLC

B5 CALLE TABONUCO, SUITE 216
PMB 292
GUAYNABO, PR 00968-3029

## Invoice

INVOICE NUMBER: 20201159
DATE: JANUARY 31, 2023

PUERTO RICO POLICE REFORM

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: CONSULTING FEES | | | |
| JAN-12-23 | CONSULTING FEES | -ACH Vendor Payments December invoices | 1.00 | $125.00 | $125.00 |
| JAN-13-23 | CONSULTING FEES | -ACH Vendor Payments- December Invoices (2 of 2)<br>-Professional Services withholding payment | 0.75 | $125.00 | $93.75 |
| JAN-18-23 | CONSULTING FEES | Organize December invoices in Dropbox, calculate withholdings, enter invoices in SAGE, pay both November and December invoices in Sage, and reconcile month of December. | 2.50 | $125.00 | $312.50 |
| JAN-18-23 | CONSULTING FEES | Create Professional Services Worksheet Template for 2023<br>Download 12/2022 Bank Statement | 0.75 | $125.00 | $93.75 |
| JAN-31-23 | CONSULTING FEES | Professional Services Quarterly Return - 2022 Q4 | 1.00 | $125.00 | $125.00 |
| | | TOTAL: CONSULTING FEES | | | $750.00 |
| | | Total hours for this invoice | 6.00 | | |
| | | Total before tax | | | $750.00 |
| | | PR SALES TAX (IVU) | | | $0.00 |
| | | Total amount of this invoice | | | $750.00 |

MESSAGE

6% Withholding on Profesional Services (Waiver Certificate Available Upon Request)