**Al Youngs**
**5552 West Lakeridge Rd**
**Lakewood, CO 80227**

January 1 - January 31, 2023
Invoice No. 43
Member of Federal Monitor Team

| Date | Brief Description | Total Hours |
|---|---|---|
|  | Reviewed and responded to emails and conference calls for the month of January. |  |
| 1/4<br>1/6<br>1/9<br>1/10<br>1/12<br>1/13<br>1/14<br>1/15<br>1/28<br>1/31 | From Members of the Monitor Team. | 5.0 Hours |
| 1/5<br>1/7<br>1/24<br>1/25<br>1/30<br>1/31 | Several meetings and phone calls with Monitor and Deputy Monitor. | 3.0 Hours |
|  | During site visit to Puerto Rico |  |
| 1/16 | Preparation for Supervision Management and Professionalization interviews and planned meetings |  |
| 1/17 | Meeting with Reform Unit |  |
| 1/17 | Attended operational system demonstration: PTMS |  |
| 1/17 | Attended operational system demonstration: Sexual Assault and Domestic Violence Modules |  |

| Date | Description | Hours |
|---|---|---|
| 1/17 | Meeting with Eily J. Molina Batista and Paragraph 13 Implementation Plan Leads, including Marceira Berrios, Agte. Brian Deese Cortes, and Lcda. Karilyn Diaz Leon. Discussed Paragraph 13/Staffing Plan Implementaion Plan updates and progress | |
| 1/18 | Field visit to Fajardo: Interviewed Supervision and Management selections. | |
| 1/19 | Status conference: Federal Court | |
| 1/19 | Reviewed and provided comments reference Supervision, Presentacion Editada 2 and 3. | |
| | | 24.0 Hours |
| 1/10 | Reviewed Inspection Division Manual and reviewed completed Inspections for furture meeting with SARP in 2023 in preparation of receiving Annual Inspection Report. | 3.0 Hours |
| 1/12 | Reviewed Paragraph 13, 2023 staffing plan emphasis on Patrol Operations | 2.0 Hours |
| 1/21 | Reviewed Supervisor training records, performance evaluations, disciplinary records, and SARP investigations. | 3.0 Hours |
| 1/22 | Additional review of personnel evaluations completed by Supervisiors of their subordinates, review pro media materials, re-reviewed OG310 | 3.0 Hours |
| 1/25 | Reviewed CMR-8 data request 2.1 | 2.0 Hours |
| 1/26 | Reviewed Paragraph 101 to 108 reference Recruitment, Selection and Hiring | 3.0 Hours |
| 1/27 | Reviewed Paragraph 154 to 156 reference PRPB Audits | 2.0 Hours |
| 1/28 | Reviewed CMR-8 data request 2.2 | 2.0 Hours |
| 1/29 | Reviewed information reference Integrity Audits | 2.0 Hours |
| 1/29 | Re-reviewed PRPB manual of job descriptions. | 2.0 Hours |
| 1/30 | Reviewed CMR6 and CMR 7 | 4.0 Hours |

**TOTAL HOURS:**     **60.0**

Billable Hours: 60 Hours at a Rate of $165.00 Per Hour =     $9,900.00

**TOTAL:**     **$9,900.00**

**TOTAL WAGES AND EXPENSE REIMBURSEMENT**     **$11,794.91**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_____  
Signature

_____  
1/31/23  
**Date**



# Office of the Technical Compliance Advisor
# Travel Reimbursement Form

Enter all required information below to obtain travel reimbursement. If spending did not occur in a category, please enter zeros. Zeros will likely need to be entered for one or more of the ground transportation options. The "Total" column of the table will update based on the information entered into the "Unit Cost" and "Units" columns. To update the "Total" column, click CTRL+A and then F9. Receipts for airfare, lodging, ground transportation, and PCR testing must be submitted with this form. Submit the Travel Reimbursement Form and accompanying receipts to Javier Gonzalez (Javier.benito@me.com) with the Chief Monitor (jrrjjr.romero@gmail.com) and/or his designee copied along with your monthly invoice.

**Traveler Name:  Alan C Youngs**
**Travel Start Date 01/16/2023 Travel End Date: 01/19/2023**
**Purpose of Travel: Puerto Rico**

| Travel Reimbursement | | | |
|---|---:|---:|---:|
| | Unit Cost | Units | Total |
| **Airfare to Puerto Rico** | $454.30 | 1 | $454.30 |
| **Airfare to Denver** | $427.70 | 1 | $427.70 |
| **Baggage** | | | |
| **Ground Transportation (Uber/Lyft/Taxi)** | $61.71 | 1 | $61.71 |
| **Ground Transportation (Parking)** | $0.00 | 0 | $0.00 |
| **Ground Transportation (Mileage)** | $0.655 | 0 | $0.00 |
| **Lodging** | $182.90 | 3 | $548.70 |
| **Per Diem (Travel Days)** | $86.25 | 2 | $172.50 |
| **Per Diem (Full Days)** | $115.00 | 2 | $230.00 |
| **PCR Testing** | $0.00 | 0 | $0.00 |
| **Total** | | | 1,894.91 |

Office of the Technical Compliance Advisor Puerto Rico

VIG Tower, PH – 924

1225 Ave. Juan Ponce de Leon

San Juan, PR 00907

787-417-9098



A-List  Hi, Alan  11,607 points  | My Account | Log out    Español 

FLIGHT | HOTEL | CAR | VACATIONS     SPECIAL OFFERS     RAPID REWARDS®

# Thanks for flying with us!

✓ Price     ✓ Payment     ✓ Confirmation

## ✓ Your flight is booked!

We're sending you a confirmation email to the address below. If the email hasn't arrived in 2 minutes, check your junk or spam folder.
alyoun@aol.com

## Trip summary

 Print

### ✈ Flight

CONFIRMATION #
**3GZANN**

JAN 16
**DEN ✈ SJU**

FLIGHT TOTAL
**$454.30**

🚗 Add a car



Book now. Pay later!
From $87.99*/day in San Juan

*Taxes and fees excl. Terms apply.

Book now

Add a hotel

The perfect stay is moments away

WHERE ARE YOU HEADED?
San Juan

CHECK-IN: 01/16/2023      CHECK-OUT: 01/18/2023

Search ↗

## Earn 50,000 points.

Learn more ›

The account information is only an estimate for a specific point in time. Please reference your Rapid Rewards® account for the most up-to-date information.

| | |
|---|---:|
| CURRENT POINTS BALANCE | 11,607 |
| ESTIMATED POINTS EARNED ON THIS TRIP | 3,360 |
| POINTS EARNED WITH NEW CREDIT CARD OFFER | 50,000 |
| **ESTIMATED TOTAL POINTS** | 64,967 |

## 1/16 - San Juan

### Wanna offset carbon?
Now you can every time you fly with us.

Learn more ›

**JAN 16**
# Denver, CO to San Juan, PR

**Confirmation # 3GZANN**

| PASSENGERS | EST. POINTS | EXTRAS | FARE |
|---|---|---|---|
| **Alan Youngs**<br>Rapid Rewards® Acct # 207895671   A-List<br>Add Known Traveler # / Redress # ›<br>Special Assistance › | + 3,360 PTS | — | Wanna Get Away Plus |

 **Transfarency®: Defined**
Low fares. Nothing to hide.

 **Change fees don't fly with us**
Flexibility for your travel plans.

 **Pack with care**
Guidelines for carryon luggage.

## Departing    1/16/23 Monday

Wanna Get Away Plus    $420.00
(Passenger x1)

| | | | | |
|---|---|---|---|---|
| ✈ DEPARTS | 10:25 AM | **DEN** Denver, CO - DEN | FLIGHT **876** 📶 + 📺 SCHEDULED AIRCRAFT Boeing 737-700 *Subject to change* | |
| ARRIVES | 3:50 PM | **MCO** Orlando, FL - MCO | TRAVEL TIME **3hr 25min** | |

stop 1: Orlando, FL - MCO

| | | | | |
|---|---|---|---|---|
| DEPARTS | 4:40 PM | **MCO** Orlando, FL - MCO | FLIGHT **3110** 📶 + 📺 SCHEDULED AIRCRAFT Boeing 737 MAX8 *Subject to change* | |
| ✈ ARRIVES | 8:20 PM | **SJU** San Juan, PR - SJU | TRAVEL TIME **2hr 40min** | SUBTOTAL $420.00 |

Taxes & fees                    $34.30

**Flight total**                **$454.30**

### Icon legend

 WiFi available     Live TV available    ✈ Change planes

**Helpful Information:**

- Starting summer 2023, for Wanna Get Away® or Wanna Get Away Plus™ award travel reservations: if you do not cancel your reservation at least 10 minutes before the flight's original scheduled departure time, any points used for booking will be forfeited, along with any taxes and fees associated with your award travel reservation. For Anytime or Business Select award travel reservation: the points used for booking will continue to be redeposited to the purchaser's Rapid Rewards account, and any taxes and fees associated with the award travel reservation will be converted into a flight credit for future use.
- Please read the fare rules associated with this purchase.
- When booking with Rapid Rewards® points, your points balance may not immediately update in your account.

## Book your hotel with us and earn up to 10,000 points per night.



The perfect stay is moments away

**WHERE ARE YOU HEADED?**

San Juan

CHECK-IN  
Mon, Jan 16, 2023

CHECK-OUT  
Wed, Jan 18, 2023

ROOMS: 1    ADULTS: 1    CHILDREN: 0

Search

# Payment summary

| PAYMENT INFORMATION | AMOUNT PAID |
| --- | --- |

| PAYMENT INFORMATION | | | AMOUNT PAID |
|---|---|---|---|
|  **Visa 3491** XXXXXXXXXXXX3491 Expiration: 7/27 | **CARD HOLDER** Alan Youngs | **BILLING ADDRESS** 5552 W Lakeridge Rd Lakewood, CO US 80227 | $**454.30** |

## Total charged

### You're all set for your upcoming trip.

Get ready to enjoy two bags for the price of none*,

no fees to change your flight**, and some Southwest® love.

*First and second checked bags. Weight and size limits apply. **Fare difference may apply.



SUBTOTAL $420.00

TAXES & FEES $34.30

**TOTAL DOLLARS** $**454.30**

Show price breakdown

## Save up to 30% off

Earn up to 2400 Rapid Rewards® points.



Book now ›



### Score! You qualify for up to a 30% discount on points.

Buy now and boost your balance. Don't wait – this offer is only valid while on this page.

**Buy points** ↗

# Thanks Alan for choosing United!

## Confirmation number: DSV9FJ

## Flight details

Flight to Denver

| DEPART | ARRIVE | FLIGHT INFO | |
|---|---|---|---|
| Thu, Jan 19, 2023 | Thu, Jan 19, 2023 | Flight | UA 668 |
| 3:50 PM | 6:49 PM | Duration | 4h 59m |
| **SJU** | **IAH** | Aircraft | Boeing 737-900 |
| San Juan, PR, US | Houston, TX, US | Fare Class | United Economy (K) |
| | | Meal | Snacks for Purchase |
| | | Seats | 20F |

1h 18m connection

| DEPART | ARRIVE | FLIGHT INFO | |
|---|---|---|---|
| Thu, Jan 19, 2023 | Thu, Jan 19, 2023 | Flight | UA 1155 |
| 8:07 PM | 9:48 PM | Duration | 2h 41m |
| **IAH** | **DEN** | Aircraft | Boeing 737-900 |
| Houston, TX, US | Denver, CO, US | Fare Class | United Economy (K) |
| | | Meal | Snacks for Purchase |
| | | Seats | 28C |

## Calculate bag charges

**San Juan, PR → Denver, CO**
January 19, 2023

| | |
|---|---|
| FIRST BAG | Included |
| SECOND BAG | $45 |
| WEIGHT PER BAG | 70 lbs (32 kgs) |

Annotations on SECOND BAG row: *United Airlines overcharged on baggage. I am disputing charge. Subtracted $45.00 from total fare.*

These are estimates of additional bag service charges that may apply to your itinerary. Service charges may vary by traveler, depending on status or memberships. First and second bag service charges do not apply to active duty-members of the U.S. military and their accompanying dependents. For additional information, visit [united.com/baggage](united.com/baggage).

## Purchase Summary

| | |
|---|---|
| > Fare | $208.00 |
| > Taxes and Fees | $35.70 |
| > Premium Add-Ons | $229.00 |
| **TOTAL** | **$472.70** |

Annotation: *Total adjusted to $427.70 due to baggage overcharge of $45.00*

Credit card payment:  $472.70  (Visa **3491)

## Travelers

 **Alan Youngs**

**Email:**
alyoun@aol.com

**Date of Birth:**
2/18/1947

**Frequent flyer:**
UA-*****152

**Contact number:**
+1 3039228510

About carry-on and checked bags

Important travel information

Site Feedback



# UNITED

**Premier Access**

DSV9FJ  20F **EXIT 99**
UA 668  ESJU0007

YOUNGS, ALAN
UA-*****152, Premier Silver, UA*S

San Juan to Houston-Bush Intl

| UA 668 | GATE | BOARDING BEGINS | | SEAT | |
|---|---|---|---|---|---|

**SJU-IAH B10**  **3:10**PM  **20F**

THU 19 JAN 2023   Gate May Change

Boarding Ends:  3:35 PM  Window
Flight Departs: 3:50 PM  Economy Plus
Flight Arrives: 6:49 PM  EXIT ROW

BOARDING GROUP **2**

Confirmation: **DSV9FJ**
Ticket 01624584932891



STAR ALLIANCE MEMBER

---

# UNITED

**Premier Access**

DSV9FJ  28C  71
UA1155  ESJU0007

YOUNGS/ALAN
UA-*****152, Premier Silver, UA*S

Houston-Bush Intl to Denver

**UA1155**  GATE  BOARDING BEGINS  SEAT

**IAH-DEN**  NOT YET ASSIGNED  **7:27**PM  **28C**

THU 19 JAN 2023

Boarding Ends:  7:52 PM  Aisle
Flight Departs: 8:07 PM  Economy
Flight Arrives: 9:48 PM

BOARDING GROUP **2**

Confirmation: **DSV9FJ**
eTicket 01624584932891



STAR ALLIANCE MEMBER

# Uber

January 16, 2023

## Here's your receipt for your ride

We hope you enjoyed your ride this evening.

| | |
|---|---|
| **Total** | **$61.71** |

| | |
|---|---|
| Trip fare | $39.09 |

| | |
|---|---|
| Subtotal | $39.09 |
| Reservation Fee | $12.00 |
| Booking Fee | $7.03 |
| Denver International Airport Pickup/Drop-off Fee | $3.29 |
| Colorado Prearranged Ride Regulatory Fee | $0.30 |

## Payments

 Visa ••••3491
1/16/23 8:35 AM                                           $61.71

A temporary hold of $61.71 was placed on your payment method •••• 3491. This is not a charge and will be removed. It should disappear from your bank statement shortly.

Visit the trip page for more information, including invoices (where available)

You rode with Meiji

UberX    37.82 miles | 47 min


7:47 AM | 5552 W Lakeridge Rd, Lakewood, CO 80227, US

8:35 AM | 8500 Pena Blvd, Denver, CO 80249, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

**COURTYARD**
**Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Alan Youngs
5552 W Lakeridge Rd
Lakewood CO 80227
United States

Room: 0907
Room Type: EKNG
No. of Guests: 1
Rate:  $   155.00   Clerk: 1009

Marriott Rewards #    119330892

CRS Number  95703726

Name:

Arrive:   01-16-23             Time:  09:06 PM             Depart:  01-20-23             Folio Number:  716917

| Date | Description | Charges | Credits |
|---|---|---|---|
| 01-16-23 | The Market - Beverage | 2.02 | |
| 01-16-23 | SALES TAX- 10.5% State | 0.21 | |
| 01-16-23 | SALES TAX- 1% Municipality | 0.02 | |
| 01-16-23 | The Market - Food | 2.47 | |
| 01-16-23 | SALES TAX- 10.5% State | 0.26 | |
| 01-16-23 | SALES TAX- 1% Municipality | 0.02 | |
| 01-16-23 | Package | 155.00 | |
| 01-16-23 | Government Tax | 13.95 | |
| 01-16-23 | Hotel Fee 9% of Daily Rate | 13.95 | |
| 01-17-23 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |
| 01-17-23 | Package | 155.00 | |
| 01-17-23 | Government Tax | 13.95 | |
| 01-17-23 | Hotel Fee 9% of Daily Rate | 13.95 | |
| 01-18-23 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 01-18-23 | COMEDOR- Guest Charge (Dinner) | 46.93 | |
| 01-18-23 | Package | 155.00 | |
| 01-18-23 | Government Tax | 13.95 | |
| 01-18-23 | Hotel Fee 9% of Daily Rate | 13.95 | |
| 01-19-23 | Visa Card | | 607.63 |
| | Card # XXXXXXXXXXXX3491 | | |



Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Alan Youngs
5552 W Lakeridge Rd
Lakewood CO 80227
United States

Room: 0907
Room Type: EKNG
No. of Guests: 1
Rate:  $   155.00   Clerk: 1009

Marriott Rewards #    119330892

CRS Number   95703726

Name:

Arrive:   01-16-23        Time:   09:06 PM        Depart: 01-20-23        Folio Number:   716917

| Date | Description | Charges | Credits |
|---|---|---|---|
| | Balance | | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.