# Rafael Ruiz Consulting

12 Crestshire Dr.
Lawrence, MA 01843

PHONE: 6177599156   stodgo1971@yahoo.com   12 Crestshire Dr.

## INVOICE

INVOICE NUMBER: 2023-01
INVOICE DATE: 1/31/2023

Federal Police Monitor for PR
VIG Tower, PH-924
1225 Ponce De Leon Ave.
San Juan, PR 00907

RAFAEL E. RUIZ CONSULTING

| DATE | PROJECT | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: FPM work from Home | | | |
| 1/3/2023 | FPM work from Home | FPM Team biweekly meeting | 1.00 | $165.00 | $165.00 |
| 1/4/2023 | FPM work from Home | Re-review PRPB GO 600-627 | 2.00 | $165.00 | $330.00 |
| 1/5/2023 | FPM work from Home | Prep for January 2023 site visit to PRPB | 1.00 | $165.00 | $165.00 |
| 1/9/2023 | FPM work from Home | Prep for 253 meeting, re Docs production; 253 meeting with Parties | 1.50 | $165.00 | $247.50 |
| 1/23/2023 | FPM work from Home | Review issue of GO 100-151, NIE/SAOE, re PRPB Criminal Investigations | 1.25 | $165.00 | $206.25 |
| 1/25/2023 | FPM work from Home | Re-review PRPB GO 100-130, CIC (Criminal Investigations Corp) | 3.00 | $165.00 | $495.00 |
| 1/30/2023 | FPM work from Home | FPM Team biweekly meeting | 1.00 | $165.00 | $165.00 |
| 1/31/2023 | FPM work from Home | FPM Team members emails, phone calls, texts | 1.00 | $165.00 | $165.00 |
| | | TOTAL: FPM work from Home | | | $1,938.75 |
| | | PROJECT: FPM work from PR (Site Visits) | | | |
| 1/17/2023 | FPM work from PR (Site Visits) | Site visit to PRPB: personnel interviews and IT presentations | 8.00 | $165.00 | $1,320.00 |
| 1/18/2023 | FPM work from PR (Site Visits) | Site visit to PRPB, re personnel interviews, site inspections | 8.00 | $165.00 | $1,320.00 |
| 1/18/2023 | FPM work from PR (Site Visits) | Review of new Sgts.' training material and curriculum after-hours (8pm to 10pm) | 2.00 | $165.00 | $330.00 |
| 1/19/2023 | FPM work from PR (Site Visits) | Site visit, re Federal Court hearing; and continue review of Sgts' training material and curriculum. | 8.00 | $165.00 | $1,320.00 |
| 1/20/2023 | FPM work from PR (Site Visits) | site visit to San Juan Area Command Bienes Advenidos Unit (Hato Rey) | 4.00 | $165.00 | $660.00 |
| | | TOTAL: FPM work from PR (Site Visits) | | | $4,950.00 |
| | | PROJECT: FPM-PR Expenses | | | |
| 1/31/2023 | FPM-PR Expenses | (Travel, hotel, and meals) Travel, hotel, and meals- (Airfare $679.36/two travelers) | 1.00 | $1,700.04 | $1,700.04 |

INVOICE NUMBER: 2023-01

| DATE | PROJECT | DESCRIPTION | QTY | RATE | AMOUNT |
|------|---------|-------------|-----|------|--------|
|      |         | TOTAL: FPM-PR Expenses |   |   | $1,700.04 |
|      |         | Total hours for this invoice | 41.75 |   |   |

| INVOICE BALANCE INFORMATION | |
|---|---|
| Total amount of this invoice | $8,588.79 |
| Current invoice balance | $8,588.79 |

**AMOUNT DUE ON THIS INVOICE: $8,588.79**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of the hours worked in my capacity as a member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_Rafael E. Ruiz_ (signature)

Rafael E. Ruiz                                                                                           Date: January 31, 2023



# Office of the Technical Compliance Advisor Travel Reimbursement Form

Enter all required information below to obtain travel reimbursement. If spending did not occur in a category, please leave the field blank fields will likely be used for one or more of the ground transportation options. The "Total" column of the table will update based on the i entered into the "Unit Cost" and "Units" columns. Receipts for airfare, lodging, ground transportation, and PCR Testing must be submi this form. Submit the Travel Reimbursement Form and accompanying receipts to Javier Gonzalez (Javier.benito@me.com) with the Monitor (jrrjjr.romero@gmail.com) and/or his designee copied with your monthly invoice.

**Traveler Name:** Rafael E. Ruiz
**Travel Dates:** January 16-20, 2023
**Purpose of Travel:** Site visit to PR (interviews, IT system demos, Court hearing)

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| **Airfare**  (Total was $679.36 Divided by 2) | $ 339.68 | 1 | $ 339.68 |
| **Baggage** |  | 2 | $ - |
| **Ground Transportation (Uber/Lyft/Taxi)** | $ 136.54 | 1 | $ 136.54 |
| **Ground Transportation (Parking)** | $ - | 5 | $ - |
| **Ground Transportation (Mileage)** |  |  | $ - |
| **Lodging** | $ 176.58 | 4 | $ 706.32 |
| **Per Diem (Travel Days)** | $ 86.25 | 2 | $ 172.50 |
| **Per Diem (Full Days)** | $ 115.00 | 3 | $ 345.00 |
| **PCR Testing** |  | 1 | $ - |
| **Total** |  |  | $ 1,700.04 |

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

**From:** JetBlue Reservations  jetblueairways@email.jetblue.com 🚩
**Subject:** JetBlue booking confirmation for RAFAEL E RUIZ - XRSHBB
**Date:** December 29, 2022 at 10:26 AM
**To:** stodgo1971@aol.com



Check out the details for your trip on Sun, Jan 15

  

## You're all set to jet.

And, your continued loyalty is what keeps us flying high. Thanks again for being a Mosaic member.

Please note: This is not your boarding pass.

**Your JetBlue confirmation code is**           **XRSHBB**

## Change made easy.

Switch or cancel flights, add extras like Even More Space or pets, update your seat assignment, TrueBlue & KTN numbers, and other traveler details—all in one place. Stay safe from fraud—use only **jetblue.com** or the JetBlue app to switch or cancel your flights.



**Manage trip**

You can also manage your trips by **downloading our free mobile app**.

## Flights

**FLL**  ▸  **SJU**                **Date**   Sun, Jan 15





| | | | |
|---|---|---|---|
| Fort Lauderdale, FL | San Juan, PR | **Departs** | 5:27pm |
| **Terminal:** 3 | | **Arrives** | 8:54pm |
| | | **Flight** | 1453 |

**jetBlue**

# SJU ▸ BOS

San Juan, PR          Boston, MA

| | |
|---|---|
| **Date** | Thu, Jan 19 |
| **Departs** | 2:00pm |
| **Arrives** | 5:18pm |
| **Flight** | 462 |

**Terminal:** A

**jetBlue**

**If your booking was made at least 7 days in advance:** You may cancel it within 24 hours for a full refund to your original form of payment, without a cancellation fee.

**JetBlue Change/Cancel Policy:** There is no fee to change (or cancel) Blue, Blue Extra, Blue Plus or Mint fares. Blue Basic fares booked Jun 8 2021 - Aug 24 2021 and after Nov 1 2021 are subject to a change/cancel fee of $100 for travel wholly within the U.S., Caribbean, Mexico or Central America, or $200 for all other routes. There are no change/cancel fees for Blue Basic fares booked before Jun 8 2021 or between Aug 25 2021 - Oct 31 2021.

Fare difference may apply and funds may be issued as a JetBlue Travel Bank credit, valid for 12 months on any JetBlue-operated flight. As a Mosaic, same-day switches may be made without a fee or fare difference. **Click here** for details on our change and cancel policies.

## Traveler Details

**RAFAEL E RUIZ**          **Frequent Flier:** B6 3326688490

                          **Ticket number:** 2792111433566

**FLL - SJU:**

**Fare:** Blue

**Seat:** 11C

**Notes:** Even More Space

**SJU - BOS:**

**Fare:** Blue

**Seat:** 5D

**Notes:** Even More Space

**ZOILA M GOMEZ**

**Frequent Flier:** B6 2064242866

**Ticket number:** 2792111433567

**FLL - SJU:**

**Fare:** Blue

**Seat:** 11B

**Notes:** Even More Space

**SJU - BOS:**

**Fare:** Blue

**Seat:** 5E

**Notes:** Even More Space

# Bag Allowance (per traveler)

| **Sun, Jan 15** | Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|---|
| FLL - SJU | Free | Free | Free Mosaic Perk | Free Mosaic Perk |

| **Thu, Jan 19** | Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|---|

| SJU - BOS | Free | Free | Free Mosaic PerkFree Mosaic Perk |

**Size and weight limits apply. See full details on our Bag Info page ▶**

Free checked bag benefit for Mosaic members applies to JetBlue-operated and eligible American Airlines-operated flights only, and no other codeshare or partner airline flights.

Additional charges may apply.

*First checked bag free for JetBlue Plus/Business Cardmembers and up to 3 travel companions on JetBlue-operated flights only, and not codeshare or partner airline flights.

## Payment Details

XXXXXXXXXXX2024
Master XXXXXXXXXXXX9796

| | |
|---|---:|
| NONREF | $586.00 |
| Taxes & fees | $93.36 |
| **Total:** | **$679.36 USD** |

Purchase Date: Dec 29, 2022

**Request full receipt**



## Wait 'til you see the hotel & car savings.

Save up to 20% on hotels and up to 35% on car rentals with Paisly, just because you booked a JetBlue flight. You'll even earn TrueBlue points and enjoy 24/7 support from helpful humans.

**Unlock deals**



## Costa Bahia Hotel San Juan

1 San Gerónimo St  
San Juan, PR 00901

Phone: 787-626-3020  
Fax:  
E-mail: reservaciones.condado@costabahiahotel.com  
Website:

## Guest Charges

| | | | | |
|---|---|---|---|---|
| Folio #: | 42392 | **Guest : Ruiz, Rafael** | Conf #: | 42391 |
| Room #: | 7428 | | CRS #: | SM 1430758105 |
| Payment Method : | Credit Card | Billing Reference : | CRS #2 | MSICI 0DA61BVK5 |
| Rate : | | Company : | Arrival: | 1/15/2023 |
| | 1/15/2023 | $162.00 | Departure: | 1/20/2023 |

| Date | Department | Reference | Voucher | Room | Charge | Credit | Balance |
|---|---|---|---|---|---|---|---|
| 12/29/2022 | MC | 1 night - MC9796 | . | | | $176.58 | ($176.58) |
| 1/15/2023 | AMEX | 1 night - AX4005 | . | 7428 | | $706.32 | ($882.90) |
| 1/15/2023 | ROOM | Auto Posted Rate: EXPEDIA | | 7428 | $162.00 | | ($720.90) |
| 1/15/2023 | ROOMTAX | Auto Posted Rate: EXPEDIA | | 7428 | $14.58 | | ($706.32) |
| 1/16/2023 | ROOM | Auto Posted Rate: EXPEDIA | | 7428 | $162.00 | | ($544.32) |
| 1/16/2023 | ROOMTAX | Auto Posted Rate: EXPEDIA | | 7428 | $14.58 | | ($529.74) |
| 1/17/2023 | ROOM | Auto Posted Rate: EXPEDIA | | 7428 | $162.00 | | ($367.74) |
| 1/17/2023 | ROOMTAX | Auto Posted Rate: EXPEDIA | | 7428 | $14.58 | | ($353.16) |
| 1/18/2023 | ROOM | Auto Posted Rate: EXPEDIA | | 7428 | $162.00 | | ($191.16) |
| 1/18/2023 | ROOMTAX | Auto Posted Rate: EXPEDIA | | 7428 | $14.58 | | ($176.58) |
| 1/19/2023 | ROOM | Auto Posted Rate: EXPEDIA | | 7428 | $162.00 | | ($14.58) |
| 1/19/2023 | ROOMTAX | Auto Posted Rate: EXPEDIA | | 7428 | $14.58 | | $0.00 |
| | | | | | | **Balance** | **$0.00** |

### Credit Card Payment

| | | | |
|---|---|---|---|
| Payment Type: | Credit Card | Amount Paid: | $706.32 |
| Account: | AX4005 | Approval Code: | _511866Y_ |
| Account Holder: | RUIZ/RAFAEL E | Approval Amount: | ($706.32) |

I agree with the charges applied on this invoice.  Any additional charges not posted at the check out time could be charged to the Credit Card used as guarantee.

Thanks for staying at Costa Bahia Hotel San Juan.

We work hard to make our guest happy and appreciate your feedback!

Please let us know how was your stay, email us at: reservaciones.condado@costabahiahotel.com

**RECEIPT** DATE 1/22/23 No. 557227

RECEIVED FROM RAFAEL RUIZ     $ 75.00

SEVENTY FIVE _____ DOLLARS

FOR: FROM LOGAN AIRPORT

FROM AIRPORT TO HOME

BY [signature]

3-11



# Uber

January 15, 2023

## Thanks for tipping, Rafael

We hope you enjoyed your ride this evening.

| | |
|---|---:|
| **Total** | **$44.42** |

| | |
|---|---:|
| Trip fare | $19.23 |

| | |
|---|---:|
| Subtotal | $19.23 |
| Reservation Fee | $10.00 |
| Booking Fee | $6.31 |
| Tips | $8.88 |

### Payments

| | | |
|---|---|---:|
| Uber | Uber Cash<br>1/15/23 3:50 PM | $35.54 |
| Uber | Uber Cash<br>1/15/23 3:51 PM | $8.88 |

Visit the trip page for more information, including invoices (where available)

---

You rode with JEHANGIR

UberX   14.58 miles | 33 min

- 3:17 PM | 301 174th St, Sunny Isles Beach, FL 33160, US
- 3:50 PM | 100 Terminal Dr, Fort Lauderdale, FL 33315, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.