**INVOICE 0095 FOR PROFESSIONAL SERVICES; JAN 1, 2023, THROUGH JAN 31, 2023**
**RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC**

---

TO:   Federal Monitor
      Puerto Rico Police Department Consent Decree

The invoice for professional services rendered by Crystal Reef LLC (Monitoring Core Team) for January 2023 is detailed in the following attachments on pages 2 through 9.

| Name: | Scott Cragg |
|---|---|
| Invoice Date: | 1/31/23 |
| Invoice Period: | Jan 1 - Jan 31, 2023 |

| Date | Task(s) | Rate | Total Hours | Total Amount |
|---|---|---|---|---|
| 1/3/23 | Begin Review of Gartner IT Action Plan, communicate with Gartner, FPM Bi-Weekly Team mtg, Per new invoicing rules from the Court - correction to travel ivoicing required, Review IT Action Plan, with Parties - DSP & PRITS, communication with Monitor, communication with Gartner PM | $ 165.00 | 5.75 | $ 948.75 |
| 1/4/23 | Telcon Gartner PM on IT Assess. Emails, Review Dallas PD strategy for Camera utilization for applicability in Puerto Rico | $ 165.00 | 0.75 | $ 123.75 |
| 1/5/23 | Comm with PRPB/CIO regarding requirements for PTMS Demo in Jan, review emails received | $ 165.00 | 0.75 | $ 123.75 |
| 1/10/23 | AHDatalytics Monthly Review, Review Gartner's Draft "Work in Progress" IT Corrective Action Plan, Meet with Gartner via teleconf | $ 165.00 | 3.25 | $ 536.25 |
| 1/13/23 | Review and annotate Gartner Corrective Action Plan dtd 1/13 | $ 165.00 | 3.25 | $ 536.25 |
| 1/14/23 | Review emails. Review of Gartner Corrective Action Plan dtd 1/13. Continue integrating CMR 7 assessments and recommendations in January 2023 rebaselining | $ 165.00 | 4.75 | $ 783.75 |
| 1/15/23 | Continue integration of CMR7 Recommendations in Jan On-site visit Plan and rebaselining of Monitoring baseline | $ 165.00 | 7.75 | $ 1,278.75 |
| 1/17/23 | On-Site Puerto Rico | $ 165.00 | 8 | $ 1,320.00 |
| 1/18/23 | On-Site Puerto Rico | $ 165.00 | 8 | $ 1,320.00 |
| 1/19/23 | On-Site Puerto Rico | $ 165.00 | 8 | $ 1,320.00 |
| 1/20/23 | Review Training submissions to Box, emails | $ 165.00 | 0.5 | $ 82.50 |
| 1/21/23 | Researching cyber status and alternative for assessment, February trip and logistics planning | $ 165.00 | 1 | $ 165.00 |
| 1/23/23 | Cyber Assessment research | $ 165.00 | 1.75 | $ 288.75 |
| 1/24/23 | Review Gartner status | $ 165.00 | 0.75 | $ 123.75 |
| 1/25/23 | Complete review of Gartner Initial draft of strategic plan, prepare response, emails | $ 165.00 | 5.75 | $ 948.75 |
| 1/26/23 | Review of Gartner plan, communicate with DoJ and DOJ IT SME, emails comms on cyber concerns, telcon review with DoJ and Monitor on courses of action for the Proposed IT corrective plan | $ 165.00 | 3.5 | $ 577.50 |
| 1/27/23 | Email and comm recommendations for gartner corretive action plan correction with DoJ SME, telcon with SME, on-site demo and mtg with AHDatalytics coordination with Monitors office, review of pertinent materials provided in emails, continue integration of CMR7 criteria for IT rebaselining, telcon review with the DepMonitor | $ 165.00 | 5.5 | $ 907.50 |
| 1/28/23 | Review emails from Dep Monitor, plan interviews for Feb on-site isit, research travel options | $ 165.00 | 0.75 | $ 123.75 |
| 1/29/23 | Follow up review of CMR7 assessments and recommendations in areas of UoF, Equal Protection and Supervision | $ 165.00 | 1.25 | $ 206.25 |
| 1/30/23 | FPMPR bi-weekly call, invoice prepreview given new procedures and rates | $ 165.00 | 1.25 | $ 206.25 |
| 1/31/23 | Gartner telcon on the Assessment, emails with Monitoring team-on site scheduling and planning, Gartner, DoJ SME, PRPB workshops and invoicing | $ 165.00 | 3.75 | $ 618.75 |
| TOTAL Labor | | | 76 | $ 12,540.00 |
| TOTAL Travel | (see reimbursement form) | | | $ 1,662.73 |
| TOTAL | | | 76 | $ 14,202.73 |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Signature: [signed]

Date: 1/31/23



# Office of the TCA - Travel Reimbursement Form

**Traveler Name:** Scott Cragg
**Travel Dates:** Jan 16-19 2023
**Purpose of Travel:** On-Site Monitoring

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 530.60 | 1 | $ 530.60 |
| Bags/Shuttle handling tips-no receipt | $ 2.00 | 2 | $ 4.00 |
| Ground Transportation (Tolls) | N/A | 4 | $ 5.20 |
| Ground Transportation (Parking) | $ 13.00 | 4 | $ 52.00 |
| Ground Transportation (Mileage) | $ 0.655 | 182.8 | $ 119.73 |
| Lodging | $ 182.90 | 3 | $ 548.70 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 2 | $ 230.00 |
| Other: | | 0 | $ - |
| **Total** | | | **$ 1,662.73** |

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

**Subject:** Your JetBlue receipt
**Date:** Friday, January 20, 2023 at 3:34:48 AM Eastern Standard Time
**From:** JetBlue Customer Support
**To:** spcragg@verizon.net

*[handwritten: ✱ SCOTT CRAGG ✱]*

# jetBlue

Hello,

Thanks for contacting JetBlue. We appreciate the chance to assist you. The receipt you requested for reservation QBQGZR is provided below. For more details about receipt definitions and other helpful information, we recommend visiting our receipt help page.

# jetBlue — RECEIPT

**ELECTRONIC TICKET RECORD**

JETBLUE
COMBINED RECEIPT SUMMARY
***DUPLICATE***

*[handwritten: This is A Duplicate Receipt. JetBlue will not provide copies of Boarding Pass]*

DATE: January 20, 2023

ELECTRONIC TICKET RECORD
PNR: QBQGZR
TKT: 2792111139222   ISSUED: 25DEC22
NAME: CRAGG/SCOTT P MR*ADT  *[← NAME]*
FOP: BT8279001186493831   AMT: USD  441.60  *[← ORIGINAL FARE]*

CPN  A/L FLT CLS DATE  BRDOFF TIME ST F/B       B/A
1  B6 1133 Q  16JAN  MCOSJU 115P  OK QI0AUEY5   NIL  *[← FLIGHT ORLANDO TO SAN JUAN]*
2  B6 1434 P  20JAN  SJUMCO 601A  OK PI7QUEY5   NIL  *[← FLIGHT SAN JUAN TO ORLANDO]*

ORL B6 SJU298.00QI0AUEY5 B6 ORL84.00PI7QUEY5 USD382.00END XFMC
O4.5SJU4.5

FARE USD382.00
     39.40US2    11.20AY    9.00XF
TOTAL USD441.60

ENDORSEMENTS/REMARKS

ELECTRONIC TICKET RECORD

PNR:QBQGZR

TKT:2792113281670   ISSUED:18JAN23

NAME: CRAGG/SCOTT P MR*ADT

FOP:ET                    AMT: USD    441.60  ← ORIGINAL FARE

FOP:BT8279001186493831    AMT: USD    89.00   ← CHANGE FEE FLIGHT DATES 15th to 16th AND 20th to 19th

CPN A/L FLT CLS DATE  BRDOFF TIME ST F/B        B/A
 1  B6 1134 Z 19JAN SJUMCO 1916 OK ZI0QUEY5    NIL   ← LEAVING ON 19 JANUARY SAVES MONEY ON HOTEL AND PER DIEM ON 20th

ORL B6 SJU298.00QI0AUEY5 B6 ORL173.00ZI0QUEY5 USD471.00END XFM
CO4.5SJU4.5

FARE USD471.00
     39.40US2     11.20AY     9.00XF
TOTAL USD530.60  ← NEW TOTAL FLIGHT COST 441.60 + 89
                                         = 530.60

ENDORSEMENTS/REMARKS

SAVE PER DIEM $115
HOTEL              182.90
                  $297.90

Disclaimer! Taxes/fees/carrier-imposed charges summary

Thanks for reaching out to JetBlue. We look forward to serving you again in the future.

Sincerely,
Akash
JetBlue

Flight Status  |  Bag Info  |  Airport Info

Stay connected

📱 Download the JetBlue mobile app

   

# E-ZPass Virginia: Transaction History

**Tolls**

Account Number: 236166  From: 12/31/2022  To: 1/30/2023

| Date Posted | Transaction | Receipt | Transponder / Plate | Agency | Entry Plaza | Exit Plaza | Entry Date and Time | Exit Date and Time | Plaza Facility | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/16/2023 | IAG TOLL INCOMING TRANSACTIONS | | 3829399 | FTE | | J47 | | 1/16/2023 11:02 AM | TO AIRPORT | -2.13 | 61.01 |
| 1/17/2023 | IAG TOLL INCOMING TRANSACTIONS | | 3829399 | CFX | | 301 | | 1/16/2023 11:12 AM | | -0.92 | 60.09 |
| 1/17/2023 | IAG TOLL INCOMING TRANSACTIONS | | 3829399 | CFX | | 328 | | 1/16/2023 11:18 AM | | -0.92 | 59.17 |
| 1/20/2023 | IAG TOLL INCOMING TRANSACTIONS | | 3829399 | CFX | | 392 | | 1/19/2023 10:10 PM | FROM AIRPORT | -1.23 | 57.94 |

**PARKING** ↓



```
Orlando Fast Park
7870 N. Frontage Rd
Orlando, 32812

MPS                01/19/23 21:55
Cashier 14
Receipt 041015

Short-Term Parking
Relax for Rewards
FPP/89623013
Orlando Fast Park
01/16/23 11:29           $52.00
01/19/23 21:55            $0.00
Period 3d10h27

Sub Total                $52.00
TAX
                   ---------------
Total                    $52.00

Payment Received
TRX REF NUM: 34963
CARD ENTRY: Chip Read
AID: A000000000031010
CRYP: D27B4F67B31D0E6B 40
PAN: xxxxxxxxxxxx6833
VISA CREDIT
Sale 52.00 USD
APPROVED 06600D

Includes 6.5% Sales Tax
and 10% Privilege Fee
```



**via I-4 W**  1 hr 26 min
Fastest route now due to traffic conditions  87.6 miles
⚠ This route has tolls.
⚠ This route has restricted usage or private roads.

**via I-4 W and FL-417 Toll**  1 hr 28 min
 95.2 miles

**via I-95 S**  1 hr 37 min
 108 miles

Explore Fast Park & Relax MCO

🍴 Restaurants    🏨 Hotels    ⛽ Gas stations    🅿 Parking Lots    ⋯ More

*Airport to home*

*Home to Airport*

Map data ©2023 Google    10 mi

**COURTYARD Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Scott Cragg
13932 S Springs Dr
Clifton VA 20124
United States

Room: 0607
Room Type: EKNG
No. of Guests: 1
Rate: $ 155.00   Clerk: 8

Marriott Rewards #   797225828

CRS Number  98418417

Name:

Arrive:  01-16-23    Time:  05:59 PM    Depart:  01-19-23    Folio Number:  717113

| Date | Description | Charges | Credits |
|---|---|---|---|
| 01-16-23 | Package | 155.00 | |
| 01-16-23 | Government Tax | 13.95 | |
| 01-16-23 | Hotel Fee 9% of Daily Rate | 13.95 | |
| 01-17-23 | Package | 155.00 | |
| 01-17-23 | Government Tax | 13.95 | |
| 01-17-23 | Hotel Fee 9% of Daily Rate | 13.95 | |
| 01-18-23 | Package | 155.00 | |
| 01-18-23 | Government Tax | 13.95 | |
| 01-18-23 | Hotel Fee 9% of Daily Rate | 13.95 | |
| 01-19-23 | Visa Card | | 548.70 |
| | Card # XXXXXXXXXXXX6833 | | |

**Balance**                                      0.00 USD

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.