**CORREA ACEVEDO & ABESADA LAW OFFICES, PSC**
Centro Internacional de Mercadeo - II
90 Carr. 165  Suite 407
Guaynabo, PRI 00968
USA

February 1, 2023
Invoice #  20699

**United States v. Commonwealth of Puerto Rico**
**Police Reform, Case No. 12-2039 (GAG)**

Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 12/29/2022 | RAA | Review order on notices filed by Special Master. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Various calls and emails with J. Gonzalez, J. Romero, and D. Rodriguez regarding order denying motion for approval and disbursement of funds and invoices needed for correction. | 0.40<br>225.00/hr | 90.00 |
| | RAA | Review emails with corrected invoices. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Revise invoices and correct them to resubmit and refile. | 0.40<br>225.00/hr | 90.00 |
| | RAA | Prepare amended motion for approval and disbursement of funds and in compliance with order.  Electronically file the same. | 0.50<br>225.00/hr | 112.50 |
| 12/30/2022 | RAA | Review email from D. Rodriguez. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email from D. Levy. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review excel sheet subject to translation from D. Levy. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Telephone call from J. Romero. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review emails from S. Rhinerson and D. Rodriguez. | 0.20<br>225.00/hr | 45.00 |

787-273-8300

|            |     |                                                                                                                                                                  | Hrs/Rate        | Amount |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|--------|
| 1/3/2023   | RAA | Review email from D. Rodriguez.                                                                                                                                  | 0.10 225.00/hr  | 22.50  |
|            | RAA | Review email from S. Rhinerson.                                                                                                                                  | 0.10 225.00/hr  | 22.50  |
|            | RAA | Review agenda for today's meeting.                                                                                                                               | 0.10 225.00/hr  | 22.50  |
|            | RAA | Review email from A. Garffer.                                                                                                                                    | 0.10 225.00/hr  | 22.50  |
|            | RAA | Appear and attend team meeting.                                                                                                                                  | 1.10 225.00/hr  | 247.50 |
|            | RAA | Review multiple emails from A. Del Carmen, L. Saucedo, G. Peñagarícano, and others.                                                                              | 0.50 225.00/hr  | 112.50 |
|            | RAA | Telephone call from J. Romero.                                                                                                                                   | 0.30 225.00/hr  | 67.50  |
| 1/4/2023   | RAA | Review emails from L. Saucedo and A. Garffer.                                                                                                                    | 0.20 225.00/hr  | 45.00  |
|            | RAA | Review email from S. Rhinerson.                                                                                                                                  | 0.10 225.00/hr  | 22.50  |
|            | RAA | Review order granting motion for disbursement of funds.                                                                                                          | 0.10 225.00/hr  | 22.50  |
|            | RAA | Email order to monitors.                                                                                                                                         | 0.10 225.00/hr  | 22.50  |
|            | RAA | Telephone call to J. Gonzalez.                                                                                                                                   | 0.20 225.00/hr  | 45.00  |
|            | RAA | Telephone call from J. Romero.                                                                                                                                   | 0.30 225.00/hr  | 67.50  |
|            | RAA | Review email from J. Romero with enclosures regarding sergeant's exam. Meeting with paralegal regarding results of her analysis of attachments. Revise and finalize report to J. Romero. | 0.90 225.00/hr  | 202.50 |
|            | RAA | Review email from J. Romero.                                                                                                                                     | 0.10 225.00/hr  | 22.50  |
|            | RAA | Review email from S. Rhinerson.                                                                                                                                  | 0.10 225.00/hr  | 22.50  |
|            | RAA | Review email from D. Rodriguez.                                                                                                                                  | 0.10 225.00/hr  | 22.50  |
|            | RAA | "Translate data request translation" document.                                                                                                                   | 0.50 225.00/hr  | 112.50 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/5/2023 | RAA | Revise translation. Email the same to D. Levy. | 0.40<br>225.00/hr | 90.00 |
| | RAA | Review emails from D. Levy and D. Rodriguez. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Electronic communications and calls with J. Romero and D. Rodriguez. | 0.50<br>225.00/hr | 112.50 |
| | RAA | Plan and prepare for videoconference with special master. Appear and attend videoconference. | 2.30<br>225.00/hr | 517.50 |
| | RAA | Telephone conference from J. Romero. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review email from M. Ortiz. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email from L. Saucedo. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email from A. Del Carmen. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email from S. Rhinerson. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email from A. Young. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Telephone call from J. Romero. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review emails from A. Del Carmen and L. Saucedo. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Prepare draft request for production of documents to the Commonwealth. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Email draft to J. Romero and D. Rodriguez. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email from D. Rodriguez. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Several calls from J. Romero. | 0.60<br>225.00/hr | 135.00 |
| | RAA | Review email exchange between L. Saucedo and A. Del Carmen. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Finalize and email draft of request. | 0.20<br>225.00/hr | 45.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/6/2023 | RAA | Review emails from D. Rodriguez and D. Levy. Review document request for CMR-8. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Review emails from A. Del Carmen and A. Garffer. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Review email from S. Rhinerson. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review, analyze, and study federal cases found on challenges to police promotional exams. | 1.90<br>225.00/hr | 427.50 |
|  | RAA | Review email from J. Romero. | 0.10<br>225.00/hr | 22.50 |
| 1/7/2023 | RAA | Further review and analysis of federal cases on promotions exam. | 0.70<br>225.00/hr | 157.50 |
|  | RAA | Revise draft introduction prepared by J. Romero and email feedback, revisions, and comments. | 0.50<br>225.00/hr | 112.50 |
| 1/8/2023 | RAA | Review emails from D. Rodriguez and A. Del Carmen. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Review agenda for VTC tomorrow. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review and respond to emails and calls from J. Romero and L. Hidalgo on further revisions to draft introduction. | 0.60<br>225.00/hr | 135.00 |
|  | RAA | Perform changes on draft introduction and email the same. | 0.40<br>225.00/hr | 90.00 |
| 1/9/2023 | RAA | Revise draft introduction. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Telephone call from J. Romero. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Appear and attend biweekly meeting. | 0.50<br>225.00/hr | 112.50 |
|  | RAA | Telephone call from J. Romero. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Review emails from D. Rodriguez and J. Romero. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Telephone call from J. Romero. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Telephone calls and emails with PRPB's Exam Board's president, G. Peñagarícano, and J. Romero. | 0.90<br>225.00/hr | 202.50 |

|            |     |                                                                                                                         | Hrs/Rate          | Amount |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------|-------------------|--------|
| 1/9/2023   | RAA | Review emails from K. Díaz and L. Saucedo.                                                                              | 0.20<br>225.00/hr | 45.00  |
|            | RAA | Review emails from L. Saucedo and A. Del Carmen.                                                                        | 0.20<br>225.00/hr | 45.00  |
|            | RAA | Review email from J. Gonzalez with invoices. Review invoices.                                                           | 0.40<br>225.00/hr | 90.00  |
| 1/10/2023  | RAA | Review email from A. Garffer.                                                                                           | 0.10<br>225.00/hr | 22.50  |
|            | RAA | Electronic communication and call from J. Romero.                                                                       | 0.30<br>225.00/hr | 67.50  |
|            | RAA | Plan and prepare for interview. Appear and attend videoconference to interview potential new Director Reform Office Position. | 1.70<br>225.00/hr | 382.50 |
|            | RAA | Telephone call from J. Romero.                                                                                          | 0.30<br>225.00/hr | 67.50  |
|            | RAA | Prepare motion to excuse appearance and electronically file the same.                                                   | 0.40<br>225.00/hr | 90.00  |
|            | RAA | Review order granting motion.                                                                                           | 0.10<br>225.00/hr | 22.50  |
|            | RAA | Telephone call to G. Peñagarícano.                                                                                      | 0.20<br>225.00/hr | 45.00  |
|            | RAA | Electronic communications to J. Romero.                                                                                 | 0.10<br>225.00/hr | 22.50  |
|            | RAA | Review email from K. Diaz with response to data requests.                                                               | 0.10<br>225.00/hr | 22.50  |
|            | RAA | Review and analyze responses to data requests.                                                                          | 1.20<br>225.00/hr | 270.00 |
|            | RAA | Telephone call from J. Romero.                                                                                          | 0.20<br>225.00/hr | 45.00  |
|            | RAA | Review email from A. Del Carmen.                                                                                        | 0.10<br>225.00/hr | 22.50  |
|            | RAA | Telephone call from J. Romero.                                                                                          | 0.20<br>225.00/hr | 45.00  |
|            | RAA | Review email from K. Diaz with amended response to data requests.                                                       | 0.10<br>225.00/hr | 22.50  |
|            | RAA | Review emails from L. Saucedo and A. Del Carmen.                                                                        | 0.20<br>225.00/hr | 45.00  |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/11/2023 | RAA | Review informative motion filed by plaintiff. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review and analyze amended data responses. | 1.50<br>225.00/hr | 337.50 |
| | RAA | Telephone calls from J. Romero. | 0.50<br>225.00/hr | 112.50 |
| | RAA | Review emails between parties and special master. | 0.40<br>225.00/hr | 90.00 |
| | RAA | Working on memo requested by the court. | 1.50<br>225.00/hr | 337.50 |
| | RAA | Telephone call and emails with J. Romero. | 0.40<br>225.00/hr | 90.00 |
| | RAA | Review final version of memo. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review email from L. Saucedo. | 0.10<br>225.00/hr | 22.50 |
| 1/12/2023 | RAA | Review email from D. Gosselin. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review order on informative motion. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review order on status conference location. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review emails from S. Rhinerson and J. Romero. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Telephone call from J. Romero. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review finalized PDF version of memorandum. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Email to parties with memorandum. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Emails and call with J. Castillo. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review email from A. Del Carmen. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Electronic communications with D. Rodriguez and J. Romero. | 0.20<br>225.00/hr | 45.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/12/2023 | RAA | Review email from O. Flaquer. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Exchange of electronic communications with J. Romero. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Verified new laws that provide benefits for Puerto Rico Police Offices. | 0.30<br>225.00/hr | 67.50 |
| 1/13/2023 | RAA | Exchange of electronic communications with J. Romero. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Began preparation for meetings next week. | 1.60<br>225.00/hr | 360.00 |
|  | RAA | Review informative motion by PRPB. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review order on informative motion. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review email from J. Romero with attachments sent by DSP. Review and analyze the same. Telephone call with J. Romero. | 1.20<br>225.00/hr | 270.00 |
|  | RAA | Review emails exchanged between L. Saucedo, A. Del Carmen, G. Penagaricano, and A. Garffer. | 0.40<br>225.00/hr | 90.00 |
|  | RAA | Summarized new laws that provide benefits for Puerto Rico Police Officers. | 1.30<br>225.00/hr | 292.50 |
| 1/14/2023 | RAA | Review emails from the parties and special master. | 0.20<br>225.00/hr | 45.00 |
| 1/16/2023 | RAA | Review and respond to electronic communications from J. Romero and D. Rodriguez. | 0.40<br>225.00/hr | 90.00 |
|  | RAA | Further preparation for meeting this week. | 0.90<br>225.00/hr | 202.50 |
| 1/17/2023 | RAA | Review PRPB's motion to restrict. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review PRPB's motion submitting response to CMR-7 report. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Email response to monitor. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Telephone call to J. Romero. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Appear and attend several meetings at PRPB headquarters. | 5.90<br>225.00/hr | 1,327.50 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/17/2023 | RAA | Began reviewing response to CMR-7 report. | 0.40<br>225.00/hr | 90.00 |
|  | RAA | Review email from O. Flaquer. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review emails from J. McGrath and D. Rodriguez. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Began reviewing IT Strategic Plan prepared by Gartner. | 0.50<br>225.00/hr | 112.50 |
|  | RAA | Review order on motion to restrict. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review order on motion submitting. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review email with PRPB status report. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review emails from L. Saucedo and monitors. | 0.20<br>225.00/hr | 45.00 |
| 1/19/2023 | RAA | Telephone call and emails from J. Gonzalez. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Review updated invoices and invoice chart. | 0.40<br>225.00/hr | 90.00 |
|  | RAA | Prepare and file motion for disbursement of funds. | 0.50<br>225.00/hr | 112.50 |
| 1/20/2023 | RAA | Review several emails from monitors regarding training curricula. | 0.20<br>225.00/hr | 45.00 |
| 1/29/2023 | RAA | Review email from Y. Acevedo. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review email from D. Rodriguez. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review email from R. Watkins. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review email from L. Saucedo. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review email from D. Rodriguez. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review email from A. Del Carmen. | 0.10<br>225.00/hr | 22.50 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/29/2023 | RAA | Review email from R. Watkins. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review training memo. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Review email from D. Rodriguez. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review training plan and comments by monitors. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Review email from A. Garffer. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review email from L. Saucedo and draft order. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Review emails from A. Del Carmen, J. Romero, and counsel for PRPB. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Review email from H. Castro. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review email from L. Saucedo and updated draft order. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Review email from L. Saucedo. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review email from M. Serrano. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review emails from L. Saucedo and A. Del Carmen. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Review notices filed by special master. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Review emails from L. Saucedo and counsel for PRPB. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Review email from J. Romero. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review court order. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Email court order to monitors. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review emails from A. Del Carmen. | 0.20<br>225.00/hr | 45.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/29/2023 | RAA | Review email from S. Rhinerson. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email from M. Ortiz. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review emails from A. Del Carmen and J. Romero. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review email from R.Watkins. | 0.10<br>225.00/hr | 22.50 |
| 1/30/2023 | RAA | Review emails from parties, special master, and monitors. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review memorandum to judge regarding protests. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Appear and attend team meeting. | 1.00<br>225.00/hr | 225.00 |
| | RAA | Telephone call from J. Romero. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review emails from L. Saucedo. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Revise memorandum on NJ Police incident with Salvá. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Telephone call from J. Romero. | 0.20<br>225.00/hr | 45.00 |
| 1/31/2023 | RAA | Plan and prepare for 253 meeting. Appear and attend meeting. Postmeeting conferences with federal monitors. | 3.60<br>225.00/hr | 810.00 |
| | RAA | Review several orders on notices filed by special masters. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Telephone calls from J. Romero and J. Gonzalez. | 0.40<br>225.00/hr | 90.00 |
| | RAA | Review multiple emails from parties, special master, and monitors. Review and respond to electronic communications. | 0.80<br>225.00/hr | 180.00 |
| | | **For professional services rendered** | **61.60** | **$13,860.00** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Roberto Abesada Agüet | 61.60 | 225.00 | $13,860.00 |



WE HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN OUR CAPACITY AS THE FIRM SERVING AS GENERAL COUNSEL OF THE FEDERAL MONITOR'S OFFICE.  WE FURTHER CERTIFY THAT WE HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH OF PUERTO RICO, OR ANY OF ITS DEPARTMENTS, MUNICIPALITIES OR AGENCIES.