**Office of the FPMPR LLC**
**VIG Tower, PH – 924**
**1225 Ave. Juan Ponce de León**
**San Juan, PR 00907**

**Name:** Claudia Cámara-León **Supervisor:** Javier Gonzales, Esq.

## Work Timesheet (January 2023)

| Date | Task | Total Hours |
|---|---|---|
| **January 9, 2023** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| **January 10, 2023** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| **January 11, 2023** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| **January 12, 2023** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| **January 13, 2023** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| **January 17, 2023** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| **January 18, 2033** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| **January 19, 2023** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |

| Date | Task | Total Hours |
|---|---|---|
| **January 20, 2023** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| **January 23, 2023** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| **January 24, 2023** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| **January 25, 2023** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| **January 26, 2023** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| **January 27, 2023** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| **January 30, 2023** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| **January 31, 2023** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |

## Total, 112 hours for $20 = $2,240

I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for

services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Signature,
Claudia S. Cámara León

*Claudia S. Cámara León*

_____