# Manuel A. Arroyo Rivera

P.o Box 8925 Santurce Puerto Rico 00910     Cel 787-364-8925

Email marroyorivera20@gmail.com

Invoice  Month January  2023                                                     Invoice #027

Federal Police Monitor  San Juan, PR

| Date | description | Hour | Rate | Amount |
|------|-------------|------|------|--------|
| January 16-2023 | pick up the monitor and staff from the office at the airport and take them to the hotel | 8 | $20 | $160.00 |
| January 17-2023 | pick up the monitor and take it to different meetings of the day | 10 | $20 | $200.00 |
| January 18-2023 | pick up the monitor and take it to different meetings of the day  (Aguadilla) | 11 | $20 | $220.00 |
| January 19-2023 | pick up the monitor and take it to different meetings of the day | 8 | $20 | $160.00 |
| January 20-2023 | Pick up the office staff at the hotel and take them to the airport, at different times of the day | 4 | $20 | $80.00 |
|  |  |  |  | Total $820.00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |