| Name: | | | | Hipolito Castro Jr | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Invoice Date: | 1/31/23 | | | | | | | | | | | | | |
| Invoice Period | 01/01/2023 to 01/31/2023 | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| Date | Task(s) | | | | Rate | Total Hour | Total Amount | | | | | | | |
| 1/2/23 | FPM Team meetings Zoom | | | | $150.00 | 1.5 | $ 225.00 | | | | | | | |
| 1/3/23 | Review OG 305 | | | | $ 150.00 | 0.5 | $ 75.00 | | | | | | | |
| 1/4/23 | Review of Policies310/310.1 | | | | $ 150.00 | 0.5 | $ 75.00 | | | | | | | |
| 1/6/23 | Review of FPM Memorandum | | | | $ 150.00 | 0.5 | $ 75.00 | | | | | | | |
| 1/7/23 | Review CMR-8 2.1 Data Request | | | | $ 150.00 | 1 | $ 150.00 | | | | | | | |
| 1/17/23 | Meeting reforma unit/Operational System Demonstration/Paragraph 13 | | | | $ 150.00 | 8 | $ 1,200.00 | | | | | | | |
| 1/18/23 | Field visit to Fajardo | | | | $ 150.00 | 8 | $ 1,200.00 | | | | | | | |
| 1/19/23 | Status Conference | | | | $ 150.00 | 8 | $ 1,200.00 | | | | | | | |
| 1/23/23 | Supervision and management interviews. Zoom | | | | $ 150.00 | 8 | $ 1,200.00 | | | | | | | |
| 1/26/23 | Supervision and management interviews. Zoom | | | | $ 150.00 | 8 | $ 1,200.00 | | | | | | | |
| 1/27/23 | Interview/summary writings | | | | $ 150.00 | 4 | $ 600.00 | | | | | | | |
| 1/28/23 | Interview/summary writings | | | | $ 150.00 | 2 | $ 300.00 | | | | | | | |
| 1/30/23 | Review of 9001 | | | | $ 150.00 | 1.5 | $ 225.00 | | | | | | | |
| 1/30/23 | Review of Sergeant exam | | | | $ 150.00 | 0.5 | $ 75.00 | | | | | | | |
| 1/31/23 | Review CMR-8 2.1 Data Request | | | | $ 150.00 | 1 | $ 150.00 | | | | | | | |
| 1/30/23 | FPM Team meetings Zoom | | | | $ 150.00 | 1.5 | $ 225.00 | | | | | | | |
| 01/01/23 to 01 | Calls, emails and Zoom with team members | | | | $ 150.00 | 4 | $ 600.00 | | | | | | | |
| | | | | | $ 150.00 | | $ - | | | | | | | |
| | | | | | $ 150.00 | | $ - | | | | | | | |
| | | | | | $ 150.00 | | $ - | | | | | | | |
| | | | | | $ 150.00 | | $ - | | | | | | | |
| | | | | | $ 150.00 | | $ - | | | | | | | |
| | | | | | $ 150.00 | | $ - | | | | | | | |
| | | | | | $ 150.00 | | $ - | | | | | | | |
| 01/16/23 to 01 | Site travel expenses (see attached travel template) | | | | | | $1,937.01 | | | | | | | |
| | | | | | $ 150.00 | | $ - | | | | | | | |
| | | | | | $ 150.00 | | $ - | | | | | | | |
| | | | | | $ 150.00 | | $ - | | | | | | | |
| TOTAL | | | | | | 58.5 | $ 10,712.01 | | | | | | | |
| | | | | | | | | | | | | | | |
| | certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | | | | | | | | | | | | | |
| Signature: | | | | | Date: | 1/31/23 | | | | | | | | |
| | | | Hipolito Castro Jr | | | | | | | | | | | |

**Traveler Name:**
**Every One**          Hipolito Castro Jr
**Travel days**        1/16/23 to 1/20/23
**Purpose of**
**Travel:  On-**
**Site**               Site visit

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 462.40 | 1 | $ 462.40 |
| Baggage | | | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | | | $ - |
| Ground Transportation (Parking) | $ 26.10 | 5 | $ 130.50 |
| Ground Transportation (Mileage) | $ 0.655 | 114 | $ 74.67 |
| Lodging | $ 182.90 | 4 | $ 731.60 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 3 | $ 345.00 |
| tolls | $ 10.17 | 2 | $ 20.34 |
| Total | | | $ 1,937.01 |

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

**Your Flight Receipt - HIPOLITO CASTRO 16JAN23**

1 message

**Delta Air Lines** <DeltaAirLines@t.delta.com>                    Tue, Jan 3, 2023 at 11:49 AM
Reply-To: Transactional Email Reply Inbox <reply-268892-14_HTML-36682778-10982494-1051846@t.delta.com>
To: HIPOLITOCASTROJR@gmail.com

View as a Web Page



#9288156608
SkyMiles® Member

CONFIRMATION #: HVBGUZ



You're all set. If your plans change, be sure to make changes or cancel via **MyTrips** on **delta.com** before your flight departs.

Org FOP AX***********1006

| ECREDITS APPLIED | |
|---|---|
| eCredits Number | 0062355451537 |
| Passenger Name | HIPOLITO CASTRO |
| Amount Applied | 509.60 USD |
| Applied to Ticket Number | 0062356757905 |

| CHARGES | |
|---|---|
| **Air Transportation Charges** | |
| Base Fare | $400.00 USD |
| **Taxes, Fees and Charges** | |
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $11.20 USD |
| United States - Transportation Tax (US) | $42.20 USD |
| United States - Passenger Facility Charge (XF) | $9.00 USD |
| **TICKET AMOUNT** | **$462.40 USD** |

Passenger: HIPOLITO CASTRO

New eCredit #: 0060203223547

eCredit Expiration: 31DEC23

Redemption Code: *Retain from original eCredit if applicable*

TOTAL: $47.20 USD

Refer to eCredit number for future travel. Non refundable/ Non Endorsable/ Valid on Delta only. To redeem this eCredit for future travel please visit delta.com/redeem.

## Checked Bag Allowance

The fees below are based on your original ticket purchase. **If you qualify for free or discounted checked baggage**, this will be taken into account when you check in. Visit delta.com for details on baggage embargoes that may apply to your itinerary.

**Mon 16 Jan 2023**                                                                    JFK-SJU

| CARRY ON | FIRST | SECOND |
|----------|-------|--------|
| FREE | FREE (50LBS/23KG) WAS: $30.00 USD | $40.00 USD (50LBS/23KG) |

Visit delta.com for details on **baggage embargoes** that may apply to your itinerary.

**Fri 20 Jan 2023**                                                                    SJU-JFK

| CARRY ON | FIRST | SECOND |
|----------|-------|--------|
| FREE | FREE (50LBS/23KG) WAS: $30.00 USD | $40.00 USD (50LBS/23KG) |

Visit delta.com for details on **baggage embargoes** that may apply to your itinerary.

## Your Pre-Trip Checklist for Easier Travel

```
                 JFK AIRPORT
             LONG TERM PARKING

        EXIT                           908
        RECEIPT:                    103228
        PERSONELL:                       0
        TRANSACTION:                     0
        EZPass
        NO:              KAP0XXXXXX2473
        CC VALID         12/30
        SNR:             03 009 0982473
        EXPIRES:         01.16.20 23:59
        IN:              01.16.23 08:51
        ENTRY:           01.20.23 19:09
        P.AT:               HOURLY TICKET
        FEE:                  130.50 USD
        PAID:                 130.50 USD
        ------------------------------
        NET:                  130.50 USD
        GST  0%                 0.00 USD
        CAR:                    6A13704
        4T 10:18
             TAXES INCLUDED
            THANK YOU FOR
              PARKING AT
            JFK AIRPORT
          HAVE A SAFE TRIP
```

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

# JFK



## John F. Kennedy Internatio...

## International Airport · Jamaica, Que...

 1 hour 54 minutes

 Tickets



**HOURS** | **DISTANCE**
Open | 57 mi

   

# COURTYARD®

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907

F 787.723.0068

Hipolito Castro
64 Mustang Dr
Monroe CT 06468
United States

Room: 0901
Room Type: KSTE
No. of Guests: 1
Rate: $  155.00   Clerk: 31

Marriott Rewards #   214246771

CRS Number  80453044

Name:

Arrive:  01-16-23          Time:  12:53 PM          Depart:  01-21-23          Folio Number:  717999

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 01-16-23 | Package | 155.00 | |
| 01-16-23 | Government Tax | 13.95 | |
| 01-16-23 | Hotel Fee 9% of Daily Rate | 13.95 | |
| 01-17-23 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |
| 01-17-23 | Package | 155.00 | |
| 01-17-23 | Government Tax | 13.95 | |
| 01-17-23 | Hotel Fee 9% of Daily Rate | 13.95 | |
| 01-18-23 | COMEDOR- Guest Charge (Breakfast) | 4.09 | |
| 01-18-23 | Package | 155.00 | |
| 01-18-23 | Government Tax | 13.95 | |
| 01-18-23 | Hotel Fee 9% of Daily Rate | 13.95 | |
| 01-19-23 | Package | 155.00 | |
| 01-19-23 | Government Tax | 13.95 | |
| 01-19-23 | Hotel Fee 9% of Daily Rate | 13.95 | |
| 01-20-23 | COMEDOR- Guest Charge (Breakfast) | 3.02 | |

Total - 741.71 - 10.11 - Tips

731.60

COURTYARD®

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR  00907
F 787.723.0068

Hipolito Castro
64 Mustang Dr
Monroe CT 06468
United States

Room: 0901
Room Type: KSTE
No. of Guests:  1
Rate:  $   155.00   Clerk: 31

Marriott Rewards #   214246771

CRS Number  80453044

Name:

Arrive:  01-16-23          Time:  12:53 PM          Depart:  01-21-23          Folio Number:  717999

| Date | Description | | Charges | Credits |
|------|-------------|--|---------|---------|
| | | Balance | | 741.71 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

# E‑ZPass® Payment Receipt for 01/20/2023

Account Number :  2000175180885

Transaction Date : 01/20/2023

Transaction Id : 116112342940

Transaction Amount :  ($10.17)

Payment Type :  ETC

# E-ZPass® Payment Receipt for 01/16/2023

Account Number : 2000175180885

Transaction Date : 01/16/2023

Transaction Id : 116101820483

Transaction Amount : ($10.17)

Payment Type : ETC