IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants.** | **Civil No.** 12-2039 (FAB) |

**ORDER**

The "MOTION TO APPROVE AND DISBURSE FUNDS" and the "MOTION TO AMEND AND CORRECT ECF NO. 2295" submitted by the Office of the Federal Police Monitor for professional services rendered during the month of December 2022 (Docket Nos. 2295 and 2312) are **NOTED**.

The amount claimed in Docket No. 2312 is **APPROVED for payment**. Docket No. 2295 is rendered **MOOT**.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, February 14, 2023.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE