IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    Plaintiff,<br><br>    v.<br><br>**COMMONWEALTH OF PUERTO RICO and the PUERTO RICO POLICE DEPARTMENT,**<br><br>    Defendants. | **NO. 3:12-cv-2039 (FAB)** |

**MOTION TO AMEND AND CORRECT ECF NO. 2313 AND FOR DISBURSEMENT OF FUNDS**

**TO THE HON. FRANCISCO A. BESOSA, SENIOR U.S. DISTRICT JUDGE:**

**NOW COMES,** Javier González, as Administrative Director on behalf of the Office of the Federal Police Monitor ("FPMPR LLC."), who respectfully, through the General Counsel of the FPMPR LLC., states and prays as follows:

1. Attached to the present document are the amended and corrected invoices for professional services rendered by the members of the Office of the FPMPR LLC. Corrections were made to the invoices of Alan Youngs, Rafael Ruiz, and Hipólito Castro. An explanatory note is included for Alan Youngs's invoice at the bottom of the invoices chart.

2. The amendment and correction is made to the motion for disbursement of funds filed at ECF No. 2313.

3. The Office of the FPMPR LLC respectfully requests that the expenses detailed in the attached invoices be approved and a check be issued in the amount of **$168,497.50** the total amount of the expenses for the month of **January 2023**.

    **WHEREFORE,** it is respectfully requested that the Honorable Court grant this motion and issue a check in the amount of **$168,497.50** for the month of **January 2023**.

Javier González as Administrative Director of the Office of the FPMPR LLC., hereby certifies that the above information is true, correct, and accurate; and that the requested amount will be deposited in the Office of the FPMPR LLC. commercial account.

**RESPECTFULLY SUBMITTED.**

In Guaynabo, Puerto Rico, this 25th day of February 2023.

**I HEREBY CERTIFY** that on this same date a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which in turn notifies all counsel of record in the case.

       **CORREA-ACEVEDO & ABESADA**
       **LAW OFFICES, P.S.C**
     Centro Internacional de Mercadeo, Torre II
       #90 Carr. 165, Suite 407
       Guaynabo, PR  00968
    Tel.  (787) 273-8300 / Fax (787) 273-8371
       ra@calopsc.com


       S/Roberto Abesada-Agüet
       USDC-PR No. 216706
       General Counsel, FMP