**Spece**
1225 Juan Ponce de Leon
San Juan, PR  00907
787-417-7300
info@spece.com
www.spece.com

Invoice  INV - 16904



| BILL TO | | | |
|---|---|---|---|
| Office of the FPMPR LLC | DATE<br>03/01/2023 | PLEASE PAY<br>$2,579.20 | DUE DATE<br>03/01/2023 |

| MEMBERSHIP | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Membership:Private Office**<br>Private Office Suite - Office 15, $2,300.00, Mar 1, 2023 - Mar 31, 2023 | 1 | 2,300.00 | 2,300.00T |
| **Other Fees:One-off Fees**<br>Telephone Service, $60.00, Mar 1, 2023 - Mar 31, 2023 | 1 | 60.00 | 60.00T |
| **Other Fees:One-off Fees**<br>Garage Parking, $120.00, Mar 1, 2023 - Mar 31, 2023 | 1 | 120.00 | 120.00T |

SUBTOTAL 2,480.00
TAX (4%) 99.20
TOTAL 2,579.20

TOTAL DUE $2,579.20

THANK YOU.

ELEVATE YOUR BUSINESS

**Spece**
1225 Juan Ponce de Leon
San Juan, PR  00907
787-417-7300
info@spece.com
www.spece.com

Invoice  INV - 16855



| BILL TO | | | |
|---|---|---|---|
| Office of the FPMPR LLC | DATE<br>12/31/2022 | PLEASE PAY<br>$52.44 | DUE DATE<br>12/31/2022 |

| MEMBERSHIP | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Other Fees:One-off Fees**<br>Visitor Parking-December 2022 | 1 | 50.42 | 50.42T |
| | | SUBTOTAL | 50.42 |
| | | TAX (4%) | 2.02 |
| | | TOTAL | 52.44 |
| | | **TOTAL DUE** | **$52.44** |

THANK YOU.

ELEVATE YOUR BUSINESS