# THE & GROUP LLC.

**Las Ramblas**
**71 Calle Montjuic**
**Guaynabo , PR 00969**

# INVOICE

INVOICE NUMBER: 100
INVOICE DATE: JANUARY 31, 2023

Federal Police Monitor

San Juan, PR

Invoice for Javier B Gonzalez Professional Services as Executive Director

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| JAN-03-23 | Administrative Director | Coordination of Team Visit, Team Biweekly Meeting, Communications with the Monitor and Team Members, Work with Team December Invoices. | 5.00 | $125.00 | $625.00 |
| JAN-04-23 | Administrative Director | Communications with the Monitor and PRPB Officers, Coordination of Team Visit. | 2.00 | $125.00 | $250.00 |
| JAN-05-23 | Administrative Director | Communications with the Monitor and Team Members. | 1.00 | $125.00 | $125.00 |
| JAN-09-23 | Administrative Director | Biweekly Meeting with USDOJ, SM and PRPB, Work with December Team Invoices. | 5.00 | $125.00 | $625.00 |
| JAN-10-23 | Administrative Director | Communications with the Monitor, review of communications , coordination of team visit. | 1.00 | $125.00 | $125.00 |
| JAN-11-23 | Administrative Director | Coordination of Team visit, Communications with PRPB Officers. | 1.50 | $125.00 | $187.50 |
| JAN-12-23 | Administrative Director | Communications with the Monitor and Team Members, Coordination of Team Visit. Work with Administrative Matters. | 2.00 | $125.00 | $250.00 |
| JAN-13-23 | Administrative Director | Communications with the Monitor, Coordination of Team visit. | 1.00 | $125.00 | $125.00 |
| JAN-16-23 | Administrative Director | Work with Final Review of the Team December Invoices. Coordination of Team visit. | 4.00 | $125.00 | $500.00 |
| JAN-16-23 | Administrative Director | Office of the TCS Adobe Account | | | $47.98 |
| JAN-17-23 | Administrative Director | Team Visit, Meetings at PRPB, Coordination of Team Visit. | 8.00 | $125.00 | $1,000.00 |
| JAN-18-23 | Administrative Director | Team Visit, Meeting at PRPB Academy, Coordination of Team Visit, Review of Team Member Invoice. | 6.00 | $125.00 | $750.00 |
| JAN-18-23 | Administrative Director | Manuel Arroyo Tolls Expense | | | $40.00 |
| JAN-18-23 | Administrative Director | Manuel Arroyo Gasoline Expense | | | $40.00 |
| JAN-19-23 | Administrative Director | Status Conference in Hato Rey Courthouse. Coordination of Team Visit. Communications with Team Members. | 6.00 | $125.00 | $750.00 |

INVOICE NUMBER: 100

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| JAN-19-23 | Administrative Director | Manuel Arroyo Gasoline Expense | | | $40.00 |
| JAN-20-23 | Administrative Director | Team Visit Coordination, Visit Hato Rey East Precinct with Rafael Ruiz. | 4.00 | $125.00 | $500.00 |
| JAN-23-23 | Administrative Director | Biweekly Meeting with PRPB and USDOJ, Communications with the Monitor, review of communications sent by Team Members. | 1.50 | $125.00 | $187.50 |
| JAN-24-23 | Administrative Director | Communications with Administrative Assistant, Review of communications sent by Team Members, | 1.00 | $125.00 | $125.00 |
| JAN-25-23 | Administrative Director | Communications with the Monitor and Team Members, Coordination of monitoring activities. | 1.00 | $125.00 | $125.00 |
| JAN-26-23 | Administrative Director | Visit Academy to observe the new Sargents training, communications with the Monitor and Team Members. | 5.00 | $125.00 | $625.00 |
| JAN-27-23 | Administrative Director | Participate and represent the Monitor on the 232 class graduation. Communications with Team Members. | 4.00 | $125.00 | $500.00 |
| JAN-29-23 | Administrative Director | Observed Protests in Aguadilla. Communications with the Monitor and Team Members. | 8.00 | $125.00 | $1,000.00 |
| JAN-30-23 | Administrative Director | Biweekly Team Meeting, Communications with the Monitor and Team Members. Review of communications and documents sent by Team Members. Work with administrative matters. | 3.50 | $125.00 | $437.50 |
| JAN-31-23 | Administrative Director | 253 Meeting, conference call with Court finance office, communications with the Monitor and Team Members. | 4.00 | $125.00 | $500.00 |
| JAN-31-23 | Administrative Director | I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0.00 | $125.00 | $0.00 |
| JAN-31-23 | Administrative Director | Official TCA Vehicle maintenance and repair. (Toyota Highlander) | | | $2,082.71 |
| | | Total amount of this invoice | | | $11,563.19 |

MESSAGE

Javier B Gonzalez January 31, 2023


 


# Here’s a quick look at your invoice:

Adobe Order

AB01936100023CUS

Company Name

Office of the TCA

Billing Period

16-January-2023 PST – 15-February-2023 PST

Payment Method

AMEX ending in 1003

Due on 16-January-2023 PST

US$47.98 including tax

| PRODUCT | QUANTITY | SUBTOTAL |
|---|---|---|
| Acrobat Pro US$23.99/mo per license | 2 licenses | US$47.98/mo |

# Transaction Details

Card Ending - 11003

Merchandise & Supplies - Mail Order

**ADOBE WEBSALES 800-833-6687**

# $47.98

Jan 16, 2023

On your statement as ADOBE ACROPRO SUBS ASAN JOSE CA

**$0.48 Reward Dollars**

## Transaction Details

ADOBE WEBSALES 800-833-6687

801 N 34TH ST
SEATTLE
WA
98103

Recibo de Pago

www.autoexpreso.com
1-888-688-1010
Plaza Toa Baja
Carril 01
01/18/2023 08:31:32

Numero de Cuenta: 5738371
Cantidad de Pago: $40.00
Metodo de Pago:

Debit 1902

PM: debit
EM: Swipe
AC: 002980

Balance: $26.60

*** Descarga nuestra app
"AutoExpreso Movil"
para consultar balance, recargar,
recibir notificaciones y otros
servicios. También puedes acceder a
www.autoexpreso.com ***

GULF SALIDA 35

Km. 2 PR 160,esq. calle Casimar y PR 22, Bo. Almirante No
03114000015
Vega Baja,PR 00693
787-807-2321

Fecha: 1/18/2023 8:43 AM
Cajero: Sheila Martinez
No. de Turno. 4015
No. Transacción. 1308431
Cantidad de Prepago $40.00

| | |
|---|---|
| Sub Total: | $40.00 |
| Estatal: | $0.00 |
| Municipal: | $0.00 |
| Total: | $40.00 |
| Debit: | $40.00 |

Thank you for your business!



ATH
A TODA HORA

ANY TIME 65 INFANTERIA
AVE 65 INF 1075 ESQ CAMPO RICO RIO PIEDR
SAN JUAN

| DATE | TIME | HOST |
|---|---|---|
| Jan 19.23 | 16:17:07 | ATH |
| BATCH | TERMINAL ID | MERCHANT ID |
| 000009 | 30V06779 | 4549106425093 |

SALE

DEBIT ************1902 (S)

AUTH. CODE: 277375 INVOICE: 001071
TRACE :001206

| | | |
|---|---|---|
| AMOUNT: | $ | 40.00 |
| STATE TAX: | $ | 0.00 |
| REDUCED STATE TAX: | $ | 0.00 |
| MUNICIPAL TAX: | $ | 0.00 |
| TOTAL : | $ | 40.00 |

CONTROL: DRW4G-60K62
ET

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS AND/OR SERVICE IN THE AMOUNT OF THE TOTAL SHOWN HEREON AND AGREES TO PERFORM THE OBLIGATIONS SET FORTH IN THE CARDHOLDER'S AGREEMENT WITH THE ISSUER

CUSTOMER COPY
Gracias Por su Patrocinio

DIAZ SERVICE STATION

CALLE PARANA ESQ,WESER
RIO PIEDRAS HGTS
SAN JUAN PR 00926

# Invoice

| Date | Invoice # |
|---|---|
| 1/13/2023 | 10648 |

**Bill To**

MONITOR FEDERAL
TOYOTA HIGHLANDER 2015
TAB-IVU-032

PUMA - DIAZ SERVICES ST
RIO PIEDRAS HEIGHTS C/PARANA ESQ WESSER
SAN JUAN

| DATE | TIME | HOST |
|---|---|---|
| Jan 31,23 | 14:42:04 | ATH2 |
| BATCH | TERMINAL ID | MERCHANT ID |
| 000001 | X0V32375 | 9380514787 |

SALE

AMEX ***********1000 (C)

AUTH. CODE: 834903 INVOICE: 000015
TRACE :000001

| | | |
|---|---|---|
| AMOUNT: | $ | 2082.71 |
| STATE TAX: | $ | 0.00 |
| REDUCED STATE TAX: | $ | 0.00 |
| MUNICIPAL TAX: | $ | 0.00 |
| TOTAL : | $ | 2082.71 |

CONTROL: FWTZD-X6KP7
ET

AMERICAN EXPRESS
AID: A000000025010801 AC: 3E86C09459F44183
UN: 24569FB6 TVR: 0000008000 TSI: F800

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS AND/OR SERVICE IN THE AMOUNT OF THE TOTAL SHOWN HEREON AND AGREES TO PERFORM THE OBLIGATIONS SET FORTH IN THE CARDHOLDER'S AGREEMENT WITH THE ISSUER

CUSTOMER COPY
Gracias por su patrocinio

| rms | Project |
|---|---|
| | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | ACEITE Y FILTRO SINT | 75.00 | 75.00T |
| 4 | GOMAS 245-55R19 FALKEN | 220.00 | 880.00T |
| 4 | BALANCEO Y MONTURAS | 15.00 | 60.00T |
| 1 | ALINEACION | 45.00 | 45.00T |
| 1 | BOMBA DE AGUA TOYOTA | 180.00 | 180.00T |
| 1 | TERMOSTATO Y JUNTA | 40.00 | 40.00T |
| 1 | CORREA SERPENTINA TOYOTA | 60.00 | 60.00T |
| 1 | RETENEDOR FRONT CIGUENAL | 29.00 | 29.00T |
| 2 | COOLANT ORIGINAL | 25.00 | 50.00T |
| 1 | LAVADO DE CAJA Y BRILLO | 90.00 | 90.00T |
| 1 | BRILLO DE FOCOS DELANTEROS | 45.00 | 45.00T |
| 1 | LABOR | 350.00 | 350.00 |
| | Sales Tax | 11.50% | 178.71 |

Paid [signature] 1-31-23

**Total** $2,082.71