**Name:** Donald S. Gosselin, d/b/a Gosselin Int'l Associates, division of MBG North Corp #1169
**Invoice Date:** 1/30/23
**Invoice Period:** 1 JAN 2023 - 30 JAN 2023

| Date | Task(s) | Rate | Total Hours | Total Amount |
|---|---|---|---|---|
| 1/3/23 | Commo and coordination | $ 165.00 | 1.75 | $ 288.75 |
| 1/4/23 | Data and Policy Analysis/Writing, Commo and coordination | $ 165.00 | 5.00 | $ 825.00 |
| 1/5/23 | Commo and coordination, Data and Policy Analysis/writing | $ 165.00 | 4.00 | $ 660.00 |
| 1/6/23 | Commo and coordination, Data and Policy Analysis/writing | $ 165.00 | 2.75 | $ 453.75 |
| 1/13/23 | Commo and coordination | $ 165.00 | 2.25 | $ 371.25 |
| 1/16/23 | Field Work, Puerto Rico | $ 165.00 | 8.00 | $ 1,320.00 |
| 1/17/23 | Field Work, Puerto Rico | $ 165.00 | 8.00 | $ 1,320.00 |
| 1/18/23 | Field Work, Puerto Rico | $ 165.00 | 8.00 | $ 1,320.00 |
| 1/19/23 | Field Work, Puerto Rico | $ 165.00 | 8.00 | $ 1,320.00 |
| 1/20/23 | Data and Policy Analysis | $ 165.00 | 2.00 | $ 330.00 |
| 1/23/23 | Commo and coordination, Data and Policy Analysis/writing | $ 165.00 | 2.25 | $ 371.25 |
| 1/24/23 | Commo and coordination, Data and Policy Analysis/writing | $ 165.00 | 1.75 | $ 288.75 |
| 1/25/23 | Commo and coordination, Data and Policy Analysis/writing | $ 165.00 | 1.25 | $ 206.25 |
| 1/30/23 | Commo and coordination, Data and Policy Analysis/writing | $ 165.00 | 5.00 | $ 825.00 |
| **TOTAL Labor** | | | **60.00** | **$ 9,900.00** |

| | | | |
|---|---|---|---|
| **TOTAL Travel** | *(see reimbursement form)* | $ | 2,027.56 |
| **TOTAL** | | $ | 11,927.56 |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

**Signature:**

*DS Gosselin* <signature>

**Date:**
1/30/23

**Commo and Coordination** consists of all writings and digital comms to/from Monitors, PRPB, USDOJ; Review compliance targets, document and data requests, logistics; scheduling, on-site planning & coordination, database development

## Travel Breakout

**Traveler: Donald S. Gosselin - JAN 16 - 19**

| Expense | Unit Cost | Units | Column1 | Total |
|---|---|---|---|---|
| Airfare | $ 754.95 | 1 | $ - | $ 754.95 |
| Airfare Change fee (earlier departure) | $ 75.00 | 1 | | $ 75.00 |
| Baggage | $ 40.00 | 0 | | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | $ 16.90 | 1 | | $ 16.90 |
| Ground Transportation (Parking) | $ 15.00 | 0 | | $ - |
| Ground Transportation (POV Mileage)to PTY | $ 0.655 | 18.29 | | $ 11.98 |
| Tolls /Use of Rental Vehicle/Residence-PTY | **WAIVED** | | | **WAIVED** |
| Lodging | $ 195.00 | 3 | | $ 585.00 |
| Per Diem (Travel Days) | $ 86.25 | 2 | | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 2 | | $ 230.00 |
| Other: HOTEL TAX ($35.10 + 25.31/day) | $ 60.41 | 3 | | $ 181.23 |
| | | | | |
| **Total** | | | | **$ 2,027.56** |

SHERATON
Puerto Rico Hotel & Casino

# INVOICE

| | |
|---|---|
| ROOM | 1253 |
| ROOM TYPE | RBSZ |
| NO. OF GUESTS | 1 |
| RATE | 195 |
| CLERK | VSALD171 |
| DATE | 01/19/23 |
| PAGE No. | 1 of 2 |
| REWARDS # | 839932555 |

Dr Donald Gosselin
12 Naomi St
Sebago ME 04029
United States

ARRIVE 01/16/23 TIME 03:51 DEPART 01/19/23 TIME 10:25 FOLIO# 3930628

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| 01/16/23 | Govt. / Military | | 195.00 |
| 01/16/23 | Destination Fee - 18% | | 35.10 |
| 01/16/23 | Room Occupancy Tax | | 25.31 |
| 01/17/23 | Choices Rest. Food - Breakfast | | 0.50 |
| 01/17/23 | Tips - Restaurant | | 4.00 |
| 01/17/23 | Brkfst Choices 1% Tax | | 0.01 |
| 01/17/23 | Brkfst Choices Reduced Tax 6% | | 0.03 |
| 01/17/23 | Govt. / Military | | 195.00 |
| 01/17/23 | Destination Fee - 18% | | 35.10 |
| 01/17/23 | Room Occupancy Tax | | 25.31 |
| 01/18/23 | Lobby Lounge Food - Dinner | | 34.50 |
| 01/18/23 | Lobby Lounge - Liquor | | 23.00 |
| 01/18/23 | Tips - Lobby Lounge | | 11.00 |
| 01/18/23 | Lobby Lounge Sales Municipal Tax 1% - I | | 0.58 |
| 01/18/23 | Lobby Lounge Sales Tax 10.5%-IVU | | 2.42 |
| 01/18/23 | Lobby Bar Reduced Tax 6%-IVU | | 2.07 |
| 01/18/23 | Govt. / Military | | 195.00 |
| 01/18/23 | Destination Fee - 18% | | 35.10 |
| 01/18/23 | Room Occupancy Tax | | 25.31 |
| 01/19/23 | Snack Shop Beverage - Beer | | 7.00 |
| 01/19/23 | Snack Shop Sales Municipal Tax 1% - IVI | | 0.07 |



SHERATON
Puerto Rico Hotel & Casino

**INVOICE**

| | |
|---|---|
| ROOM | 1253 |
| ROOM TYPE | RBSZ |
| NO. OF GUESTS | 1 |
| RATE | 195 |
| CLERK | VSALD171 |
| DATE | 01/19/23 |
| PAGE No. | 2 of 2 |
| REWARDS # | 839932555 |

Dr Donald Gosselin
12 Naomi St
Sebago ME 04029
United States

ARRIVE 01/16/23 TIME 03:51 DEPART 01/19/23 TIME 10:25 FOLIO# 3930628

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| 01/19/23 | Snack Shop Sales Tax 10.5%-IVU | | 0.74 |
| 01/19/23 | Mastercard | | -852.15 |

Balance USD 0.00

For billing questions or concerns, please let us know at SheratonPR.Folio@sheraton.com

 A STAR ALLIANCE MEMBER

## ELECTRONIC TICKET FOR DONALDDR GOSSELIN

30 Dec 2022

Thank you for choosing Copa Airlines for your travel plans. Please read these important details about your reservation and itinerary.

## PASSENGER DETAILS

| Name | Frequent Flyer # | Star Alliance Status | Ticket Number |
|---|---|---|---|
| DONALDDR GOSSELIN | 233164538CM | Silver | 2302180566674 |

## FLIGHT ITINERARY:

**PANAMA CITY(PTY) - SAN JUAN(SJU) - Flight Number - CM 142 - Economy Class**

| Departure | Arrival | Flight Details |
|---|---|---|
| Monday January 16, 2023<br>11:36 AM<br>PANAMA CITY(PTY) | Monday January 16, 2023<br>3:20 PM<br>SAN JUAN(SJU) | Flight Duration:2h 44m<br>Aircraft:738<br>Flight Operated by: CopaAirlines<br>Seats Reserved: Yes - Reserve or Change Seats |

**SAN JUAN(SJU) - PANAMA CITY(PTY) - Flight Number - CM 451 - Economy Class**

| Departure | Arrival | Flight Details |
|---|---|---|
| Friday January 20, 2023<br>6:05 AM<br>SAN JUAN(SJU) | Friday January 20, 2023<br>8:20 AM<br>PANAMA CITY(PTY) | Flight Duration:3h 15m<br>Aircraft:738<br>Flight Operated by: CopaAirlines<br>Seats Reserved: Yes - Reserve or Change Seats |

## AIR TRANSPORTATION CHARGES

| Description | Rate |
|---|---|
| Ticket Fare DONALDDR GOSSELIN | 629.00 USD |
| AH | 2.50 |
| F3 | 12.00 |
| FZ | 40.00 |

| | |
|---|---|
| PA | 44.00 |
| AY | 5.60 |
| XA | 3.83 |
| XY | 7.00 |
| YC | 6.52 |
| XF | 4.50 |
| Total | 754.95 USD |

To know more about fare family details click here Copa.com

**PAYMENT METHOD:**

| | | |
|---|---|---|
| Credit Card | VIXXXXXXXXXXXX8390 | USD 754.95 |
| | Expiry Date: | 0326 |
| | Authorization Code: | 672219 |

A non-refundable administrative fee will be charged per-person and added to the total ticket price upon purchase of your tickets at our Sales Offices, Airports and Reservations Centers. The fee doesnt apply for purchases made in Mexico. In some countries local taxes may apply to the fee. For more information about this administrative fee, please click here

It is the passenger's responsibility to ensure to obtain and comply with the travel requirements established by the authorities of the place of origin, transit and destination.Before boarding, Copa Airlines will verify that the passenger has the necessary immigration or health requirements for the place of origin and destination. Any passenger who provides false or misleading information regarding such requirements will be responsible for any expenses incurred or fines imposed on the airline for this reason.

Please review your baggage policy for information about your baggage allowance.

Federal law in U.S. Forbids the carriage of hazardous materials aboard aircraft in your luggage or on your person. A violation can result in five years imprisonment penalties. Hazardous materials include explosives, compressed gases, flammable liquids solids, oxidizers,poisons,Corrosives and radioactive materials. Examples:Paints,lighter fluid,fireworks. There are special exceptions for small quantities (Up to 70 ounces total) of medicinal and toilet articles carried in your luggage and certain smoking materials carried on your person. For further information visit copaair.com.

**Need help?**
For inquiries about reservations, charges, status of your flight and more, please visit Copa.com

**Follow Us on Social Media:**

This automated email has been sent to attygosselin@gmail.com in order to provide you with information about your trip.
Please do not reply to this email using the 'Reply' button. For assistance, please contact our Reservation Center.
View our Privacy Policy.

SEE LAST PAGE BELOW

## ELECTRONIC TICKET FOR DONALDDR GOSSELIN

16 Jan 2023

Thank you for choosing Copa Airlines for your travel plans. Please read these important details about your reservation and itinerary.

## PASSENGER DETAILS

| Name | Frequent Flyer # | Star Alliance Status | Ticket Number |
|---|---|---|---|
| DONALDDR GOSSELIN | 233164538CM | Silver | 2302180724088 |

## FLIGHT ITINERARY:

**SAN JUAN(SJU) - PANAMA CITY(PTY) - Flight Number - CM0451 - Economy Class**

| Departure | Arrival | Flight Details |
|---|---|---|
| Thursday January 19, 2023<br>6:05 AM<br>SAN JUAN(SJU) | Thursday January 19, 2023<br>8:20 AM<br>PANAMA CITY(PTY) | Flight Duration:3h 15m<br>Aircraft:73P<br>Flight Operated by: CopaAirlines<br>Seats Reserved: Yes - Reserve or Change Seats |

## AIR TRANSPORTATION CHARGES

| Description | Rate |
|---|---:|
| Ticket Fare DONALDDR GOSSELIN | 629.00 USD |
| AY | 5.60 |
| YC | 6.52 |
| XY | 7.00 |
| XA | 3.83 |
| AH | 2.50 |
| F3 | 12.00 |
| FZ | 40.00 |

| | |
|---|---|
| PA | 44.00 |
| XF | 4.50 |
| Total | 0.00 USD |

To know more about fare family details click here Copa.com

## PAYMENT METHOD:

A non-refundable administrative fee will be charged per-person and added to the total ticket price upon purchase of your tickets at our Sales Offices, Airports and Reservations Centers. The fee doesnt apply for purchases made in Mexico. In some countries local taxes may apply to the fee. For more information about this administrative fee, please click  here

It is the passenger's responsibility to ensure to obtain and comply with the travel requirements established by the authorities of the place of origin, transit and destination.Before boarding, Copa Airlines will verify that the passenger has the necessary immigration or health requirements for the place of origin and destination. Any passenger who provides false or misleading information regarding such requirements will be responsible for any expenses incurred or fines imposed on the airline for this reason.

Please review your baggage policy for information about your baggage allowance.

Federal law in U.S. Forbids the carriage of hazardous materials aboard aircraft in your luggage or on your person. A violation can result in five years imprisonment penalties. Hazardous materials include explosives, compressed gases, flammable liquids solids, oxidizers,poisons,Corrosives and radioactive materials. Examples:Paints,lighter fluid,fireworks. There are special exceptions for small quantities (Up to 70 ounces total) of medicinal and toilet articles carried in your luggage and certain smoking materials carried on your person. For further information visit copaair.com.

 **Need help?**
For inquiries about reservations, charges, status of your flight and more, please visit Copa.com

**Follow Us on  Social Media:**

  

This automated email has been sent to attygosselin@gmail.com  in order to provide you with  information about your trip.
Please do not reply to this email  using  the 'Reply' button. For assistance,  please contact our Reservation Center.
View our Privacy Policy.

 

A STAR ALLIANCE MEMBER 

PRODUCTS AND SERVICES RECEIPT FOR DONALDDR GOSSELIN

| OrderId | IssueDate | DocumentNumber |
|---|---|---|
| ALVV3V | 16th January 2023 | 230 0017 989 237 |

## PASSENGER DETAILS

| Name | Frequent Flyer # | Star Alliance Status |
|---|---|---|
| DONALDDR GOSSELIN | 233164538CM | Silver |

## PRODUCT AND SERVICE DETAILS - Electronic Miscellaneous Document Information

In connection with: 2302180566674

| Product/ Service | Date |
|---|---|
| DOCUMENT AMENDMENT FEE (1) | |

ENDORSEMENT/RESTRICTIONS:

The following conditions apply for Travel certificate:

Valid for tickets operated by Copa Airlines

Not valid for taxes

Valid 1 year after issuance

Non refundable

Non transferable

Valued in local currency at the exchange rate of the issue date.

**Payment Details**

| Currency Used | Amount | Tax amount(Value Added Tax) |
|---|---|---|
| USD | 75.00 | 0.0 |

**PAYMENT METHOD:**

Credit Card CAXXXXXXXXXXXX4253 USD 75.00

Expiry Date: 0127

Authorization Code: 054730

14:21
Trip Details
1/19/23, 20:37
$16.90
DC6189
Add extra
Terminal 1
Sky Residences, Av. Vasco Nuñez de Balboa, Panamá, Panama
Receipt
You rated Pedro
Help
Find Lost Item
We can help you get in touch with your driver

Goto: << Go Back

Calidonia, Panama Panama PA

Tocumen, Panama Panama PA

Driving Distance: **29.43 km** , Estimated Duration: 23 minutes if average speed speed is 76km/hr.

Different Units: **29.43 km, 18.29 mi, 15.89 nmi.**

Flight or air distance: **22.43 km / 13.94 miles / 12.1 nautical miles.**

Back to Distance Calculator OR Jump to Directions Map

between Calidonia, Panama Panama PA and Tocumen, Panama Panama PA (Panama).
Travel duration (travel time) will also be estimated with the assumption of certain average speed for your vehicle.

Distance Map and Driving Directions Panama

