# Rafael Ruiz Consulting

**12 Crestshire Dr.**
**Lawrence, MA 01843**

**PHONE: 6177599156    stodgo1971@yahoo.com    12 Crestshire Dr.**

## INVOICE

INVOICE NUMBER:  2023-01
INVOICE DATE:  1/31/2023

Federal Police Monitor for PR
VIG Tower, PH-924
1225 Ponce De Leon Ave.
San Juan, PR 00907

RAFAEL E. RUIZ CONSULTING

| DATE | PROJECT | DESCRIPTION | QTY | RATE | AMOUNT |
|------|---------|-------------|-----|------|--------|
| | | PROJECT: FPM work from Home | | | |
| 1/3/2023 | FPM work from Home | FPM Team biweekly meeting | 1.00 | $165.00 | $165.00 |
| 1/4/2023 | FPM work from Home | Re-review PRPB GO 600-627 | 2.00 | $165.00 | $330.00 |
| 1/5/2023 | FPM work from Home | Prep for January 2023 site visit to PRPB | 1.00 | $165.00 | $165.00 |
| 1/9/2023 | FPM work from Home | Prep for 253 meeting, re Docs production; 253 meeting with Parties | 1.50 | $165.00 | $247.50 |
| 1/23/2023 | FPM work from Home | Review issue of GO 100-151, NIE/SAOE, re PRPB Criminal Investigations | 1.25 | $165.00 | $206.25 |
| 1/25/2023 | FPM work from Home | Re-review PRPB GO 100-130, CIC (Criminal Investigations Corp) | 3.00 | $165.00 | $495.00 |
| 1/30/2023 | FPM work from Home | FPM Team biweekly meeting | 1.00 | $165.00 | $165.00 |
| 1/31/2023 | FPM work from Home | FPM Team members emails, phone calls, texts | 1.00 | $165.00 | $165.00 |
| | | TOTAL: FPM work from Home | | | $1,938.75 |
| | | PROJECT: FPM work from PR (Site Visits) | | | |
| 1/17/2023 | FPM work from PR (Site Visits) | Site visit to PRPB: personnel interviews and IT presentations | 8.00 | $165.00 | $1,320.00 |
| 1/18/2023 | FPM work from PR (Site Visits) | Site visit to PRPB, re personnel interviews, site inspections | 8.00 | $165.00 | $1,320.00 |
| 1/18/2023 | FPM work from PR (Site Visits) | Review of new Sgts.' training material and curriculum after-hours (8pm to 10pm) | 2.00 | $165.00 | $330.00 |
| 1/19/2023 | FPM work from PR (Site Visits) | Site visit, re Federal Court hearing; and continue review of Sgts' training material and curriculum. | 8.00 | $165.00 | $1,320.00 |
| 1/20/2023 | FPM work from PR (Site Visits) | site visit to San Juan Area Command Bienes Advenidos Unit (Hato Rey) | 4.00 | $165.00 | $660.00 |
| | | TOTAL: FPM work from PR (Site Visits) | | | $4,950.00 |
| | | PROJECT: FPM-PR Expenses | | | |
| 1/31/2023 | FPM-PR Expenses | (Travel, hotel, and meals) Travel, hotel, and meals- (Airfare $679.36/two travelers) | 1.00 | $1,700.04 | $1,700.04 |

INVOICE NUMBER: 2023-01

| DATE | PROJECT | DESCRIPTION | QTY | RATE | AMOUNT |
|------|---------|-------------|-----|------|--------|
| | | TOTAL: FPM-PR Expenses | | | $1,700.04 |
| | | Total hours for this invoice | 41.75 | | |

| INVOICE BALANCE INFORMATION | |
|-----------------------------|---|
| Total amount of this invoice | $8,588.79 |
| Current invoice balance | $8,588.79 |

## AMOUNT DUE ON THIS INVOICE: $8,588.79

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of the hours worked in my capacity as a member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Rafael E. Ruiz

Date: January 31, 2023

# Office of the Technical Compliance Advisor Travel Reimbursement Form



Enter all required information below to obtain travel reimbursement. If spending did not occur in a category, please leave the field blank fields will likely be used for one or more of the ground transportation options. The "Total" column of the table will update based on the i entered into the "Unit Cost" and "Units" columns. Receipts for airfare, lodging, ground transportation, and PCR Testing must be submi this form. Submit the Travel Reimbursement Form and accompanying receipts to Javier Gonzalez (Javier.benito@me.com) with the C Monitor (jrrjjr.romero@gmail.com) and/or his designee copied with your monthly invoice.

**Traveler Name: Rafael E. Ruiz**
**Travel Dates: January 16-20, 2023**
**Purpose of Travel: Site visit to PR (interviews, IT system demos, Court hearing)**

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| **Airfare** (Total was $679.36 Divided by 2) | $ 339.68 | 1 | $ 339.68 |
| **Baggage** | | 2 | $ - |
| **Ground Transportation (Uber/Lyft/Taxi)** | $ 136.54 | 1 | $ 136.54 |
| **Ground Transportation (Parking)** | $ - | 5 | $ - |
| **Ground Transportation (Mileage)** | | | $ - |
| **Lodging** | $ 176.58 | 4 | $ 706.32 |
| **Per Diem (Travel Days)** | $ 86.25 | 2 | $ 172.50 |
| **Per Diem (Full Days)** | $ 115.00 | 3 | $ 345.00 |
| **PCR Testing** | | 1 | $ - |
| **Total** | | | $ 1,700.04 |

**From:** **JetBlue Reservations** jetblueairways@email.jetblue.com 
**Subject:** JetBlue booking confirmation for RAFAEL E RUIZ - XRSHBB
**Date:** December 29, 2022 at 10:26 AM
**To:** stodgo1971@aol.com

Check out the details for your trip onSun, Jan 15



 | **#3326688490**

# You're all set to jet.

And, your continued loyalty is what keeps us flying high. Thanks again for being a Mosaic member.

Please note: This is not your boarding pass.

**Your JetBlue confirmation code is**

## XRSHBB

## Change made easy.

Switch or cancel flights, add extras like Even More Space or pets, update your seat assignment, TrueBlue & KTN numbers, and other traveler details—all in one place.Stay safe from fraud—use only **jetblue.com** or the JetBlue app to switch or cancel your flights.


**Manage trip**

You can also manage your trips by **downloading our free mobile app**.

## Flights

# FLL ▶ SJU

**Date**     Sun, Jan 15

Fort Lauderdale, FL          San Juan, PR          **Departs**          5:27pm
**Terminal:** 3                                    **Arrives**          8:54pm

                                                   **Flight**           1453

*jetBlue*

# SJU ▸ BOS

San Juan, PR          Boston, MA

| | |
|---|---|
| **Date** | Thu, Jan 19 |
| **Terminal:** A | |
| **Departs** | 2:00pm |
| **Arrives** | 5:18pm |
| **Flight** | 462 |

*jetBlue*

**If your booking was made at least 7 days in advance:** You may cancel it within 24 hours for a full refund to your original form of payment, without a cancellation fee.

**JetBlue Change/Cancel Policy:** There is no fee to change (or cancel) Blue, Blue Extra, Blue Plus or Mint fares. Blue Basic fares booked Jun 8 2021 - Aug 24 2021 and after Nov 1 2021 are subject to a change/cancel fee of $100 for travel wholly within the U.S., Caribbean, Mexico or Central America, or $200 for all other routes. There are no change/cancel fees for Blue Basic fares booked before Jun 8 2021 or between Aug 25 2021 - Oct 31 2021.

Fare difference may apply and funds may be issued as a JetBlue Travel Bank credit, valid for 12 months on any JetBlue-operated flight. As a Mosaic, same-day switches may be made without a fee or fare difference. **Click here** for details on our change and cancel policies.

## Traveler Details

**RAFAEL E RUIZ**          **Frequent Flier:** B6 3326688490

                          **Ticket number:** 2792111433566

**FLL - SJU:**

**Fare:** Blue

**Seat: 11C** 🦽

**Notes:** Even More Space

**SJU - BOS:**

**Fare:** Blue

**Seat: 5D** 🦽

**Notes:** Even More Space

**ZOILA M GOMEZ**    **Frequent Flier:** B6 2064242866

**Ticket number:** 2792111433567

**FLL - SJU:**

**Fare:** Blue

**Seat: 11B** 🦽

**Notes:** Even More Space

**SJU - BOS:**

**Fare:** Blue

**Seat: 5E** 🦽

**Notes:** Even More Space

# Bag Allowance (per traveler)

| **Sun, Jan 15** | **Personal Item** | **Carry-on** | **1st Bag** | **2nd Bag** |
|---|---|---|---|---|
| FLL - SJU | Free | Free | Free Mosaic Perk | Free Mosaic Perk |

| **Thu, Jan 19** | **Personal Item** | **Carry-on** | **1st Bag** | **2nd Bag** |
|---|---|---|---|---|

SJU - BOS          Free              Free          Free Mosaic PerkFree Mosaic Perk

**Size and weight limits apply. See full details on our Bag Info page** ▶

Free checked bag benefit for Mosaic members applies to JetBlue-operated and eligible American Airlines-operated flights only, and no other codeshare or partner airline flights.

Additional charges may apply.

*First checked bag free for JetBlue Plus/Business Cardmembers and up to 3 travel companions on JetBlue-operated flights only, and not codeshare or partner airline flights.

## Payment Details

XXXXXXXXXXX2024
Master XXXXXXXXXX9796

| | | |
|---|---|---|
| NONREF | | $586.00 |
| Taxes & fees | | $93.36 |
| **Total:** | | **$679.36 USD** |

Purchase Date: Dec 29, 2022

**Request full receipt**



# Wait 'til you see the hotel & car savings.

Save up to 20% on hotels and up to 35% on car rentals with Paisly, just because you booked a JetBlue flight. You'll even earn TrueBlue points and enjoy 24/7 support from helpful humans.

**Unlock deals**

**From:** **JetBlue** jetblueairways@email.jetblue.com 🟧
**Subject:** Congrats, Rafael! You've landed TrueBlue Mosaic.
**Date:** December 29, 2022 at 1:58 PM
**To:** stodgo1971@aol.com

J

Check out your new Mosaic perks.

                    |  #3326688490

# Way to go. Literally.

Congrats on landing Mosaic status.[1]
Get ready for some high-flying perks. Plus,
we've added more—exclusively for 2022.

**View your activity now**

# Now Arriving...

  **Free same-day switches.**
On all fares (including Blue Basic) for you and eligible travel
companions on the same itinerary.[2]

  **First 2 checked bags free.**
For you & eligible travel companions. Plus, get 1 free carry-on bag +
1 personal item.[3]

  **Free Even More® Space.**
Starting 24 hours before departure (subject to availability).

  **Free expedited security.**
Get to your gate faster with a dedicated security lane (at select
airports).

  **An extra 3X points bonus.**



**An extra 3X points bonus.**
On JetBlue flights–that's up to 9 points per $1 on jetblue.com or on the JetBlue app.[4]



**Early boarding.**
And early access to the overhead bins, plus a dedicated boarding lane (at most airports).



**Free wine, beer and liquor.**
Fly in good spirits, with complimentary inflight alcoholic beverages, exclusively for Mosaic members.[5]



**24/7 Mosaic line.**
Reach your dedicated Mosaic support team at 1-877-JET-TRUE (538-8783).

# Plus, through the end of 2022:



**Even More® Space at no extra charge.**
Select Even More Space at booking, or later, for free (pending availability). Applicable on new bookings made 12/2/2022-12/31/2022. Not valid with Blue Basic fares.



**Free FoundersCard membership.**
500+ premium travel, business, and lifestyle benefits, loyalty status upgrades, and more. Click here to enroll now.



**20% discount and complimentary upgrade on Heathrow Express.**
From Express to Business First.[6]



**25% discount on BLADE Airport helicopter transfers for first-time BLADE customers.**
Use your unique promo code **MOSAIC8527** and fly between Manhattan and JFK or EWR in as little as five minutes.[7]

## A-List Perks on American Airlines

In addition to all the Mosaic benefits you know and love on JetBlue-operated flights, you'll also earn TrueBlue points and enjoy the following reciprocal perks on American-operated flights:



- Up to 2 free checked bags
- Free Main Cabin Extra (Available at check-in, subject to availability)
- Free same-day flight change [8]
- Priority boarding, expedited security and dedicated check-in

Plus, you'll continue earning your Mosaic point bonus on American Airlines-operated flights. In addition, you can earn Mosaic-Qualifying points (although not Mosaic-Qualifying segments) towards your status.

Learn more about our alliance ▸

## Level up with Mosaic+



### We see you, overachievers.

Just for 2022, Mosaics who go above and beyond by earning 45,000 Mosaic-Qualifying Points or by spending $150,000 on either their JetBlue Plus Card or on their JetBlue Business Card in 2022 will unlock even more perks, like certificates to move to Mint at no extra charge, and free FoundersCard Elite Membership.[9]

**Learn more about your Mosaic benefits ▸**

**Sign in** to your account to view your Mosaic status, your points and more.

Want to help chart the future of your Mosaic perks and all things JetBlue?

**Join our Mosaic Voice Panel**

# Stay connected

 **Download the JetBlue mobile app**

   

Help

Business Travel

Privacy

About JetBlue

Add jetblueairways@email.jetblue.com to your address book to ensure delivery to your inbox.

This e-mail was sent to STODGO1971@AOL.COM. We're sorry but email sent in reply to this message will not be answered. If you have questions, please visit the Help section at jetblue.com. JetBlue Airways, 27-01 Queens Plaza North, Long Island City, NY 11101.

1. 15,000 bonus TrueBlue points are awarded to members who qualify for Mosaic by earning 15,000 Mosaic-Qualifying base points or 12,000 Mosaic-Qualifying base points and accruing 30 JetBlue-operated flight segments within a calendar year.

2. Starting 2/25/2021, Mosaic members may make same-day switches on all fares (including Blue Basic) starting 24 hours prior to departure without paying a fare difference or the applicable fee. Changes or cancellations to Blue Basic fares made more than 24 hours prior to departure are subject to a $100 fee for travel within the U.S., Caribbean, Mexico and Central America, and $200 for other routes. Mosaic benefits that are extended to others on the same reservation are available only if the Mosaic member is present for check-in with all travelers on that same reservation and the Mosaic member completes all segments of travel with all travelers associated with that reservation. The eligible change/cancel fee for any other traveler not on the same reservation will still apply. For eligible changes, a flight fare increase or JetBlue Vacations package increase may apply, and for JetBlue Vacations, other Travel Supplier change or cancellation fees may still apply. For bookings made with an entity other than JetBlue, booking agent fees, other third party fees and/or JetBlue third-party booking change/cancel fees may still apply. The Mosaic member must pay all applicable fees and/or any increase in fare or package price at time of change or cancellation or when required by the party assessing the fee. Mosaic benefits are not eligible on group bookings.

3. Weight and size limits and exceptions for itineraries including flights marketed or operated by other airlines apply. All additional benefits accorded to a member with Mosaic status that are extended to others on the same reservation or itinerary are available only if the Mosaic member is present for check-in with all travelers on that same reservation or itinerary and the Mosaic member completes all segments of travel with all travelers associated with that reservation or itinerary. The eligible baggage fee for any other traveler not on the same reservation will still apply.

4. All TrueBlue members will earn three (3) points for every dollar spent on any individual flight operated by JetBlue, except on Blue Basic fares where members earn one (1) point for every dollar spent. If those JetBlue operated flights are booked directly on jetblue.com, members can earn an extra three (3) bonus points per dollar spent except on Blue Basic fares where members earn one

(1) point for every dollar spent, as follows: members who have purchased a Blue, Blue Plus, Blue Extra or Mint fare on jetblue.com can earn an extra three (3) bonus points per dollar for a total of six (6) points per dollar spent and members who have purchased a Blue Basic fare on jetblue.com can earn an extra bonus point per dollar for a total of two (2) points per dollar spent. TrueBlue Mosaic members will earn an additional three (3) TrueBlue points per dollar spent. Points will be earned on the base fare of the flight only. Points will not be earned on government taxes/fees or other fees or charges (e.g., travel insurance, change/cancel fees, etc.). See more details about earning points. All TrueBlue points are subject to the TrueBlue Terms and Conditions. 15,000 bonus points are only awarded to members who qualify for Mosaic by earning 15,000 base flight points or 12,000 base flight points + flying 30 segments on JetBlue flights within a calendar year.

5. Not available on flights operating with express or no inflight service (flights under 340 miles) or where prohibited by law. Must be 21 years of age or older to consume alcohol. Applies only to the qualified Mosaic member and may not be transferred.

6. To receive a complimentary upgrade to Business First, purchase any Express ticket online or in person, then show your boarding pass which reads "MOSAIC" or displays the Mosaic logo to a Heathrow Express member of staff upon boarding. Offer valid for Mosaic members and all travel companions on the same reservation and subject to availability.

7.Discount code applies to one Mosaic member only and expires on 12/31/2022. Travel companions who are also Mosaic must have a separate booking to use their discount code. Customers must be flying on a confirmed, same-day JetBlue-operated flight in order to qualify. Due to helicopter weight restrictions, each traveler is subject to BLADE's Luggage Policies, which limit weight and size and may be more restrictive than baggage policies on JetBlue. Discounts only apply on BLADE Airport transfers during BLADE Airport operating hours. All travelers on BLADE must accept, and all BLADE Airport helicopter transfers are subject to, all applicable BLADE policies, terms and conditions, including Weather and Delay Policies. BLADE reserves the right to modify its policies, terms and conditions, including, without limitation, its Terms of Service, Luggage Policies and Weather and Delay Policies in its sole and absolute discretion. In the event that a traveler's connection between a JetBlue flight and BLADE is impacted in any way, regardless of cause, including a JetBlue flight delay, JetBlue is not responsible for the provision or payment of alternative transportation services between Manhattan and JFK or EWR.

8. Subject to availability. Mosaics, and eligible travelers on the same reservation, flying on American Airlines or American Eagle are eligible for free same-day flight changes beginning 24 hours before departure. Qualifying itineraries must depart on the same date, originate and terminate at the same airports, with the same intermediate airport stopovers, as original flight(s). TrueBlue number of Mosaic must be included in reservation record in advance of request. Travelers on the qualifying Mosaic reservations may not be split off or divided. All fare rules on date of change apply.

9. The primary cardmember will qualify for Mosaic+ after spending $150,000 in Net Purchases (based on transaction date) made between January 1 and December 31 of 2022. Mosaic+ is earned in addition to the TrueBlue points earned for Net Purchases made on the Account. Net Purchases exclude returned goods and services, cash advances, convenience checks, transferred balances, credits, fees and interest charges. Purchases made through additional cards on the primary cardmember's Account (by authorized users) will count toward the primary cardmember's qualifying spend. Please allow 4-6 weeks for Mosaic+ once you have qualified. Cardmembers who qualify for Mosaic+ will be eligible for the remainder of 2022 only.

©2022 JetBlue Airways Corporation

**From:** **JetBlue** jetblueairways@email.jetblue.com
**Subject:** Itinerary receipt notice
**Date:** February 23, 2023 at 8:48 AM
**To:** stodgo1971@aol.com





# Your travel receipt.

Thanks for flying JetBlue!

## Travel Purchase

**Date of requested receipt: 2022-12-29**          **Record Locator:** XRSHBB

| **FLL** | **SJU** | **Travel date** | 2023-01-15T17:27:00 |
|---------|---------|-----------------|---------------------|
|         |         | **Flight number** | 1453 |

| **SJU** | **BOS** | **Travel date** | 2023-01-20T14:00:00 |
|---------|---------|-----------------|---------------------|
|         |         | **Flight number** | 0462 |

| **Traveler(s)** | **Ticket number(s)** |
|-----------------|----------------------|
| **RUIZ/RAFAEL E MR** | 2792111450513 |
| **GOMEZ/ZOILA M MRS** | 2792111450519 |
| **RUIZ/RAFAEL E MR** | 2792113321770 |
| **GOMEZ/ZOILA M MRS** | 2792113321777 |
| **Base fare:** | $1,442.00 USD |

| Taxes & fees breakdown: | AMOUNT | CURRENCY | PURPOSE - (CODE) |
|---|---|---|---|
| | $4.50 | USD | Flight Segment Tax (Domestic) - (ZP) |
| | $9.00 | USD | U.S. Passenger Facility Charge - (XF) |
| | $11.20 | USD | U.S. September 11th Security Fee - (AY) |
| | $21.98 | USD | U.S. Transportation Tax - (US1) |
| | $4.50 | USD | Flight Segment Tax (Domestic) - (ZP) |
| | $9.00 | USD | U.S. Passenger Facility Charge - (XF) |
| | $11.20 | USD | U.S. September 11th Security Fee - (AY) |
| | $21.98 | USD | U.S. Transportation Tax - (US1) |
| | $4.50 | USD | Flight Segment Tax (Domestic) - (ZP) |
| | $9.00 | USD | U.S. Passenger Facility Charge - (XF) |
| | $11.20 | USD | U.S. September 11th Security Fee - (AY) |
| | $32.10 | USD | U.S. Transportation Tax - (US1) |
| | $4.50 | USD | Flight Segment Tax (Domestic) - (ZP) |
| | $9.00 | USD | U.S. Passenger Facility Charge - (XF) |
| | $11.20 | USD | U.S. September 11th Security Fee - (AY) |
| | $32.10 | USD | U.S. Transportation Tax - (US1) |

| **Taxes & fees total:** | $206.96 | USD |
|---|---|---|
| **Base fare total:** | **$1,648.96** | |

**Exchange Fee(s):**

| TICKET NUMBER | DATE | AMOUNT |
|---|---|---|
| 2792111450513 | 2022-12-29 | $0.00 |
| 2792111450519 | 2022-12-29 | $0.00 |
| 2792113321770 | 2022-12-29 | $0.00 |
| 2792113321777 | 2022-12-29 | $0.00 |

**Payment(s):**

| Travel Bank Account XXXXXXXXXXXX2024 | $146.54 |
|---|---|
| Mastercard XXXXXXXXXXXX9796 | $823.06 |

# Total paid: $969.60 USD*

*includes all fares, taxes, fees and penalties less any amounts refunded

Flight Status  |  Bag Info  |  Airport Info

# Stay connected

 **Download the JetBlue mobile app**

   

Help

Business Travel

Privacy

About JetBlue

Please call 1-800-JETBLUE (1-800-538-2583) for additional assistance.

Positive identification required for airport check-in.

Notice:
Carriage and other service provided by the carrier are subject to conditions of carriage, which are hereby incorporated by reference. These conditions may be obtained from the issuing carrier. E-ticket Receipt total includes airfare, taxes, and fees applicable to air care, baggage fees, and Even More fees, as may be applicable.

## NOTE TO THE COURT FROM RAFAEL RUIZ:

The above amount, $969.60, reflects a change in flight date, from January 20th to January 23, resulting in a fare change from the original $679.36. I billed the FPM for the lesser original amount.

# Costa Bahia Hotel San Juan



1 San Gerónimo St
San Juan, PR 00901

Phone:   787-626-3020
Fax:
E-mail:   reservaciones.condado@costabahia
hotel.com
Website:

## Guest Charges

| | | | |
|---|---|---|---|
| Folio #: | 42392 | **Guest : Ruiz, Rafael** | Conf #:   42391 |
| Room #: | 7428 | | CRS #:   SM 1430758105 |
| Payment Method : | Credit Card | Billing Reference : | CRS #2   MSICI 0DA61BVK5 |
| Rate : | | Company : | Arrival:   1/15/2023 |
| | 1/15/2023 | $162.00 | Departure: 1/20/2023 |

| Date | Department | Reference | Voucher | Room | Charge | Credit | Balance |
|---|---|---|---|---|---|---|---|
| 12/29/2022 | MC | 1 night - MC9796 | . | | | $176.58 | ($176.58) |
| 1/15/2023 | AMEX | 1 night - AX4005 | . | 7428 | | $706.32 | ($882.90) |
| 1/15/2023 | ROOM | Auto Posted Rate: EXPEDIA | | 7428 | $162.00 | | ($720.90) |
| 1/15/2023 | ROOMTAX | Auto Posted Rate: EXPEDIA | | 7428 | $14.58 | | ($706.32) |
| 1/16/2023 | ROOM | Auto Posted Rate: EXPEDIA | | 7428 | $162.00 | | ($544.32) |
| 1/16/2023 | ROOMTAX | Auto Posted Rate: EXPEDIA | | 7428 | $14.58 | | ($529.74) |
| 1/17/2023 | ROOM | Auto Posted Rate: EXPEDIA | | 7428 | $162.00 | | ($367.74) |
| 1/17/2023 | ROOMTAX | Auto Posted Rate: EXPEDIA | | 7428 | $14.58 | | ($353.16) |
| 1/18/2023 | ROOM | Auto Posted Rate: EXPEDIA | | 7428 | $162.00 | | ($191.16) |
| 1/18/2023 | ROOMTAX | Auto Posted Rate: EXPEDIA | | 7428 | $14.58 | | ($176.58) |
| 1/19/2023 | ROOM | Auto Posted Rate: EXPEDIA | | 7428 | $162.00 | | ($14.58) |
| 1/19/2023 | ROOMTAX | Auto Posted Rate: EXPEDIA | | 7428 | $14.58 | | $0.00 |
| | | | | | | **Balance** | **$0.00** |

### Credit Card Payment

| | | | |
|---|---|---|---|
| Payment Type: | Credit Card | Amount Paid: | $706.32 |
| Account: | AX4005 | Approval Code: | _511866Y_ |
| Account Holder: | RUIZ/RAFAEL E | Approval Amount: | ($706.32) |

I agree with the charges applied on this invoice.  Any additional charges not posted at the check out time could be charged to the Credit Card used as guarantee.

Thanks for staying at Costa Bahia Hotel San Juan.

We work hard to make our guest happy and appreciate your feedback!

Please let us know how was your stay, email us at: reservaciones.condado@costabahiahotel.com

**RECEIPT** DATE 1/22/23   No. 557227

RECEIVED FROM RAFAEL RUIZ   $ 75.00

SEVENTY FIVE _____ DOLLARS

○ FOR RENT   FROM LOGAN AIRPORT
Ø FOR _____

| ACCOUNT | | |
| PAYMENT | | |
| BAL. DUE | | |

○ CASH
○ CHECK
○ MONEY ORDER
○ CREDIT CARD

FROM AIRPORT   TO HOME

BY _____

3-11



# FIXED RATES | TARIFAS FIJAS

FROM AIRPORT TO YOUR DESTINATION | DESDE EL AEROPUERTO HACIA SU DESTINO

△TAXI

License plate / Tablilla:

Passengers / Personas:

Base price / Precio base

| | ZONE ZONA | 2 | Isla Verde | $12 |
| | ZONE ZONA | 3 | Ocean Park Condado Miramar Santurce | $17 |
| | ZONE ZONA | 4 | Old San Juan & Piers | $21 |
| | ZONE ZONA | 5 | Convention Center Hyatt House Isla Grande Airport Sheraton Convention Center | $17 |

## AREAS OF INTEREST / ÁREAS DE INTERÉS

| $16 | Coliseo José Miguel Agrelot | $20 | Plaza Las Américas |
| $16 | Plaza Carolina | $15 | The Mall of San Juan |

### ＋ APPLICABLE RATES / CARGOS APLICABLES

| | $1 | Luggage charge will apply to each additional item. **Aplica cargo por maleta a cada pieza adicional.** |
| | $0 | Accesories for disabled person are free of charge. **Accesorios de personas impedidas son libre de costo.** |
| | $2 | Extra charge for 6th-7th passenger. **Cargo adicional por 6to-7mo pasajero.** |
| | $1 | Late night charge (10PM-6AM). **Cargo nocturno (10PM-6AM).** |
| ✓ | $3 | Airport fee **Cargo del Aeropuerto** |

★ PAY FARE TO DRIVER / PAGUE AL CONDUCTOR

COST PER TRIP, NO PER PERSON / COSTO POR VIAJE, NO POR PASAJERO

Rates approved by:
Tarifas aprobadas por:

NTSP

METERED RATE WILL APPLY FOR AREAS BETWEEN AND BEYOND TOURIST ZONES / TARIFA METRADA APLICARÁ ENTRE Y FUERA DE ZONAS TURÍSTICAS

TOLLS AND TIPS ARE NOT INCLUDED / PEAJES Y PROPINAS NO ESTÁN INCLUIDOS

This is NOT a receipt, keep for your reference / **Esto no es un recibo, manténgalo para su referencia.**

# Uber

January 15, 2023

# Thanks for tipping, Rafael

We hope you enjoyed your ride this evening.

## Total                                                                     $44.42

| | |
|---|---|
| Trip fare | $19.23 |

| | |
|---|---|
| **Subtotal** | **$19.23** |
| Reservation Fee | $10.00 |
| Booking Fee | $6.31 |
| Tips | $8.88 |

## Payments

| | | |
|---|---|---|
| Uber | **Uber Cash**<br>1/15/23 3:50 PM | $35.54 |
| Uber | **Uber Cash**<br>1/15/23 3:51 PM | $8.88 |

Visit the trip page for more information, including invoices (where available)

---

You rode with JEHANGIR

UberX   14.58 miles | 33 min

**3:17 PM** | 301 174th St, Sunny Isles Beach, FL 33160, US

**3:50 PM** | 100 Terminal Dr, Fort Lauderdale, FL 33315, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.