| Name: | Rita J. Watkins |
|---|---|
| Invoice Date: | 1/31/2023 |
| Invoice Period: | January 1-31, 2023 |

| Date | Task(s) | Rate | Total Hours | Total Amount |
|---|---|---|---|---|
| 1/3/2023 | Monitor team meeting | $ 160.00 | 1 | $ 160.00 |
| 1/4/2023 | Review OG 627 | $ 160.00 | 1 | $ 160.00 |
| 1/5/2023 | Review PRPB training plan | $ 160.00 | 3 | $ 480.00 |
| 1/17/2023 | On-Site monitoring visit to PRPB | $ 160.00 | 8 | $ 1,280.00 |
| 1/18/2023 | On-Site monitoring visit to PRPB | $ 160.00 | 8 | $ 1,280.00 |
| 1/19/2023 | Status hearing | $ 160.00 | 4 | $ 640.00 |
| 1/20/2023 | New sergeants course curriculum review and comments | $ 160.00 | 4 | $ 640.00 |
| 1/20/2023 | New sergeants training handbook/guidelines research | $ 160.00 | 3 | $ 480.00 |
| 1/22/2023 | Telecons and emails from monitors | $ 160.00 | 1 | $ 160.00 |
| 1/23/2023 | Telcon with monitor | $ 160.00 | 0.5 | $ 80.00 |
| 1/24/2023 | Review training plan memo to parties | $ 160.00 | 0.5 | $ 80.00 |
| 1/24/2023 | FTO data request emails with monitors | $ 160.00 | 1 | $ 160.00 |
| 1/28/2023 | Telecon with monitors | $ 160.00 | 0.5 | $ 80.00 |
| 1/29/2023 | Email correspondence between monitors and parties | $ 160.00 | 0.5 | $ 80.00 |
| 1/30/2023 | Monitor team meeting | $ 160.00 | 1 | $ 160.00 |
| 1/31/2023 | 253 meeting | $ 160.00 | 2 | $ 320.00 |
| TOTAL Labor | | | 39 | $ 6,240.00 |
| TOTAL Travel | (see reimbursement form) | | | $ 1,791.04 |
| TOTAL | | | | $ 8,031.04 |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Signature: *Rita J. Watkins*    Date: 1/31/2023

# Office of the TCA - Travel Reimbursement Form

**Name:** Rita J. Watkins

**Travel Dates:** January 16-19, 2023

**Purpose of Travel:** On-Site evaluation

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 599.60 | 1 | $ 599.60 |
| Baggage | $ - | 0 | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | | | $ - |
| Ground Transportation (Parking) | $ 104.00 | 1 | $ 104.00 |
| Ground Transportation (Mileage) | $ 0.655 | 208 | $ 136.24 |
| Lodging | $ 182.90 | 3 | $ 548.70 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 2 | $ 230.00 |
| Other: | $ - | 0 | $ - |
| Total | | | $ 1,791.04 |

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

**Watkins, Rita**

| | |
|---|---|
| **From:** | United Airlines <Receipts@united.com> |
| **Sent:** | Friday, December 30, 2022 11:35 AM |
| **To:** | Watkins, Rita |
| **Subject:** | eTicket Itinerary and Receipt for Confirmation G6451X |

**CAUTION:** The sender of this email is not from SHSU. Any links or attachments may be dangerous. To report this email as suspicious, forward it to abuse@shsu.edu.



Fri, Dec 30, 2022

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our Important notices page for the latest updates

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# G6451X

## Flight 1 of 2 UA1192 — Class: United Economy (S)

Mon, Jan 16, 2023
**10:30 AM**
Houston, TX, US (IAH)

Mon, Jan 16, 2023
**04:52 PM**
San Juan, PR, US (SJU)

## Flight 2 of 2 UA668 — Class: United Economy (S)

Thu, Jan 19, 2023
**03:50 PM**
San Juan, PR, US (SJU)

Thu, Jan 19, 2023
**06:49 PM**
Houston, TX, US (IAH)

1

## Traveler Details

WATKINS/RITAJANE

eTicket number: **0162455593369**     Seats: **IAH-SJU 09D**
Frequent Flyer: **UA-XXXXX226 Premier Gold**     **SJU-IAH 08F**

## Purchase Summary

| | |
|---|---|
| Method of payment: | **Master Card ending in 0178** |
| Date of purchase: | **Fri, Dec 30, 2022** |
| Airfare: | **540.00 USD** |
| U.S. Transportation Tax: | **39.40 USD** |
| September 11th Security Fee: | **11.20 USD** |
| U.S. Passenger Facility Charge: | **9.00 USD** |
| Total Per Passenger: | **599.60 USD** |
| **Total:** | **599.60 USD** |

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.
NONREF/0VALUAFTDPT
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

## MileagePlus Accrual Details

| Ritajane Watkins | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Mon, Jan 16, 2023 | 1192 | Houston, TX, US (IAH) to San Juan, PR, US (SJU) | 2160 | 270 | 1 |
| Thu, Jan 19, 2023 | 668 | San Juan, PR, US (SJU) to Houston, TX, US (IAH) | 2160 | 270 | 1 |
| MileagePlus accrual totals: | | | 4320 | 540 | 2 |

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Mon, Jan 16, 2023 Houston, TX, US (IAH - Intercontinental) | 0 USD | 0 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |

2

www.sgiparking.com

**SP+ | GLOBAL | IMS**   P.O. Box 60751
Houston, TX 77205
(281) 233-1730

# CUSTOMER RECEIPT

Toledo Ticket Technologies, Toledo, OH
www.toledoticket.com

| Tran | In Time | Out Time | Fee | CC# |
|---|---|---|---|---|
| 010 | 01/16 08:30 | 01/19 19:37 | $104.00 | 0178 |

**Watkins, Rita**

| | |
|---|---|
| **From:** | Rita Watkins <drritawatkins@gmail.com> |
| **Sent:** | Thursday, February 2, 2023 10:04 AM |
| **To:** | Watkins, Rita |
| **Subject:** | Mileage |

CAUTION: The sender of this email is not from SHSU.
Any links or attachments may be dangerous. To report this email as suspicious, forward it to abuse@shsu.edu.



Sent from my iPhone

1

**COURTYARD®**
**Marriott.**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Ms Rita Watkins
4746 Enchanted Oaks Dr
College Sta TX 77845
United States

Room: 1006
Room Type: EKNG
No. of Guests: 1
Rate:  $   155.00   Clerk: 1006

Marriott Rewards #   595896259

CRS Number  81899317

Name:

Arrive:  01-16-23          Time:  06:00 PM          Depart: 01-19-23          Folio Number:  718105

| Date | Description | Charges | Credits |
|---|---|---|---|
| 01-16-23 | Package | 155.00 | |
| 01-16-23 | Government Tax | 13.95 | |
| 01-16-23 | Hotel Fee 9% of Daily Rate | 13.95 | |
| 01-17-23 | Package | 155.00 | |
| 01-17-23 | Government Tax | 13.95 | |
| 01-17-23 | Hotel Fee 9% of Daily Rate | 13.95 | |
| 01-18-23 | COMEDOR- Guest Charge (Dinner) | 37.03 | |
| 01-18-23 | Package | 155.00 | |
| 01-18-23 | Government Tax | 13.95 | |
| 01-18-23 | Hotel Fee 9% of Daily Rate | 13.95 | |
| 01-19-23 | Master Card / Euro Card | | 585.73 |
| | Card # XXXXXXXXXXXX0178 | | |

**Balance**                                      0.00 USD

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.