# INVOICE



22 Chalets de Santa Maria
San Juan, P.R. 00927
(787) 940-3090

**DATE:** 1/31/2023
**INVOICE #** 202301
**FOR:** FPMPR/TCA

**BILL TO:**
**Office of the FPMPR, LLC**
VIG Tower, PH 924
1225 Ponce de Leon Avenue
San Juan, P.R. 00907

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Zoom calls/Team meetings: | 1.00 | $160.00 | $ 160.00 |
| emails-texts/phone calls: Denise, John, Sam, Javi, Lt. Col Alba Diaz, Rita, Donnie, Dave | 3.75 | $160.00 | $ 600.00 |
| 1/13/2023: Interagency Agreement review (DSP, State Dept of Justice, Dept. of Ed, and Dept of Correction and Rehabilitation (Pilot Program) CMR8 Data request 2.043, 2.044. 2.064, 2.107, 2.110 review for meeting during site visit | 1.50 | $160.00 | $240.00 |
| 01/17/2023: PRPB meetings/demos. | 5.50 | $160.00 | $880.00 |
| 1/18/2023: Field Interviews Fajardo/Caguas/Yauco | 8.00 | $160.00 | $1,280.00 |
| 1/19/2023: Status Conference | 6.00 | $160.00 | $960.00 |
| 1/19/2023: Training Curricula review- Presentation Edited 4&5 +comments/recommendations | 3.50 | $160.00 | $560.00 |
| 1/23/2023: PRPB interviews | 1.50 | $160.00 | $240.00 |
| 1/24/2023: Sgt. Training Course Observations PRPB Academy, Gurabo, P.R. (5 groups) | 8.50 | $160.00 | $1,360.00 |
| 01/25/2022: Field Observations report/Instructors' digest guide review (2 docs) | 1.50 | $160.00 | $240.00 |
| 01/21/2023: PRPB Interview-Lt. Ruben Olan Almodovar (No show) | 0.25 | $160.00 | $40.00 |
| 01/31/2023: CMR8 data sources docs.review: D.080-081, 087, 104-106 through 114 | 0.75 | $160.00 | $120.00 |
| | 41.75 | | $ 6,680.00 |
| | | | $ - |
| | | **TOTAL** | **$6,680.00** |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities, or agencies.


Merangelie Serrano-Rios