# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@outlook.com | 550 Amsonia Circle
Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2023-01
**DATE:** January 31, 2023

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 1/01/2023 | 1.0 hour of capacity training and policy review facilitation | 1.0 | $100.00 | $100.00 |
| 1/04/2023 | 1.0 hour of policy review facilitation and travel planning | 1.0 | $100.00 | $100.00 |
| 1/05/2023 | 1.0 hour of policy review facilitation and meeting with Denise | 1.0 | $100.00 | $100.00 |
| 1/06/2023 | 0.5 hour of policy review facilitation | 0.5 | $100.00 | $50.00 |
| 1/07/2023 | 1.0 hours of CMR-7 table review | 1.0 | $100.00 | $100.00 |

**AMOUNT DUE**     **SEE THIRD PAGE**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@outlook.com | 550 Amsonia Circle Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2023-01
**DATE:** January 31, 2023

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 1/17/2023 | 0.5 hour of travel planning and 253 coordination | 0.5 | $100.00 | $50.00 |
| 1/19/2023 | 4.5 hours of Status Conference and memo development | 4.5 | $100.00 | $450.00 |
| 1/20/2023 | 1.0 hour of travel planning | 1.0 | $100.00 | $100.00 |
| 1/21/2023 | 1.5 hours of travel planning | 1.5 | $100.00 | $150.00 |
| 1/23/2023 | 1.0 hour of travel planning | 1.0 | $100.00 | $100.00 |

**AMOUNT DUE**   **SEE THIRD PAGE**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@outlook.com | 550 Amsonia Circle
Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2023-01
**DATE:** January 31, 2023

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 1/24/2023 | 1.5 hour of travel planning and policy review facilitation | 1.5 | $100.00 | $150.00 |
| 1/27/2023 | 1.0 hour of travel planning and memo editing | 1.0 | $100.00 | $100.00 |
| 1/29/2023 | 1.0 hour of travel planning and call with Al | 1.0 | $100.00 | $100.00 |
| 1/31/2023 | 2.0 hours of policy review facilitation and travel planning | 2.0 | $100.00 | $200.00 |

**AMOUNT DUE**     $1,850.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# Office of the Technical Compliance Advisor Travel Reimbursement Form



Enter all required information below to obtain travel reimbursement. If spending did not occur in a category, please leave the field blank. Blank fields will likely be used for one or more of the ground transportation options. The "Total" column of the table will update based on the information entered into the "Unit Cost" and "Units" columns. Receipts for airfare, lodging, and ground transportation must be submitted with this form. Submit the Travel Reimbursement Form and accompanying receipts to Javier Gonzalez (Jgonzalez@fpmpr.org) with the Chief Monitor (jromeror@fpmpr.org) and/or his designee copied with your monthly invoice.

**Traveler Name:** Samantha Rhinerson
**Travel Dates:** January 18 - 20, 2023
**Purpose of Travel:** Attendance at the January 19, 2023 Status Conference

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 391.63 | 1 | $ 391.62 |
| Baggage |  | 2 | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | $ 52.47 | 1 | $ 52.47 |
| Ground Transportation (Parking) | $ 13.00 | 1 | $ 13.00 |
| Ground Transportation (Mileage) |  |  | $ - |
| Lodging | $ 182.90 | 2 | $ 365.80 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 1 | $ 115.00 |
| Total |  |  | $ 1,110.39 |

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

```
Savannah Airport
   Savannah, GA
DATE: 01/20/23
TIME: 03:29 PM

Receipt No.    116/583/83/4
         * Original *
Ticket: 41475820
Entry : 01/18/23 12:50 PM
LPR   : 981

Amount                    13.00

Credit:                   13.00
Trans ID : 727543763
Card No. : xxxxxxxxxxxx8743
Card Type: VISA

     Please drive safely.
```



Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Samantha Rhinerson
6451 Frenchmens Dr
Alexandria VA 22312
United States

Room: 0606
Room Type: EKNG
No. of Guests: 1
Rate: $ 155.00  Clerk: 1009

Marriott Rewards #   333503623

CRS Number  97965585

Name:

Arrive:  01-18-23       Time:  11:03 PM       Depart:  01-20-23       Folio Number:  717079

| Date | Description | Charges | Credits |
|---|---|---|---|
| 01-18-23 | Package | 155.00 | |
| 01-18-23 | Government Tax | 13.95 | |
| 01-18-23 | Hotel Fee 9% of Daily Rate | 13.95 | |
| 01-19-23 | Package | 155.00 | |
| 01-19-23 | Government Tax | 13.95 | |
| 01-19-23 | Hotel Fee 9% of Daily Rate | 13.95 | |
| 01-20-23 | Discover Card | | 365.80 |
| | Card #  XXXXXXXXXXXX2072 | | |
| | Balance | | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

one place. Stay safe from fraud—use only **jetblue.com** or the JetBlue app to switch or cancel your flights.

**downloading our free mobile app**.

## Flights

### SAV → BOS
Savannah/Hilton Head, GA  
Boston, MA  
**Terminal:** Main

| | |
|---|---|
| Date | Wed, Jan 18 |
| Departs | 2:35pm |
| Arrives | 4:58pm |
| Flight | 250 |

### BOS → SJU
Boston, MA  
San Juan, PR  
**Terminal:** C

| | |
|---|---|
| Date | Wed, Jan 18 |
| Departs | 5:45pm |
| Arrives | 10:48pm |
| Flight | 561 |

### SJU → BOS
San Juan, PR  
Boston, MA  
**Terminal:** A

| | |
|---|---|
| Date | Fri, Jan 20 |
| Departs | 6:01am |
| Arrives | 9:09am |
| Flight | 562 |

### BOS → SAV
Boston, MA  
Savannah/Hilton Head, GA  
**Terminal:** C

| | |
|---|---|
| Date | Fri, Jan 20 |
| Departs | 10:55am |
| Arrives | 1:46pm |
| Flight | 349 |

**If your booking was made at least 7 days in advance:** You may cancel it within 24 hours for a full refund to your original form of payment, without a cancellation fee.

**JetBlue Change/Cancel Policy:** There is no fee to change (or cancel) Blue, Blue Extra, Blue Plus or Mint fares. Blue Basic fares booked Jun 8 2021 - Aug 24 2021 and after Nov 1 2021 are subject to a change/cancel fee of $100 for travel wholly within the U.S., Caribbean, Mexico or Central America, or $200 for all other routes. There are no change/cancel fees for Blue Basic fares booked before Jun 8 2021 or between Aug 25 2021 - Oct 31 2021.

Fare difference may apply and funds may be issued as a JetBlue Travel Bank credit, valid for 12 months on any JetBlue-operated flight. Same-day switches may be made without a fare difference for $75. **Click here** for details on our change and cancel policies.

## Traveler Details

**SAMANTHA N RHINERSON**

**Frequent Flier:** B6 8006632910

**Ticket number:** 2792110662273

**SAV - BOS:**
**Fare:** Blue
**Seat:** **13D**

**BOS - SJU:**
**Fare:** Blue
**Seat:** **9D**

**SJU - BOS:**
**Fare:** Blue
**Seat:** **8C**

**BOS - SAV:**
**Fare:** Blue
**Seat:** **12F**

## Bag Allowance (per traveler)

| Wed, Jan 18 | Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|---|
| SAV - SJU | Free | Free | From $30* | From $40** |

| Fri, Jan 20 | Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|---|
| SJU - SAV | Free | Free | From $30* | From $40** |

**Size and weight limits apply. See full details on our Bag Info page** ▶

Additional charges may apply.

\* $30 if added more than 24 hours before departure, or $35 within 24 hours of departure.

\*\* $40 if added more than 24 hours before departure, or $45 within 24 hours of departure.



Get up to 7" more legroom, a fast lane to the TSA checkpoint (select cities), and early boarding—all the better to nab that overhead bin.

**Add Even More Space** ▫

## Payment Details

| Visa XXXXXXXXXXX8743 | NONREF | $323.02 |
|---|---|---|
|  | Taxes & fees | $68.60 |

| | |
|---|---|
| Total: | $391.62 USD |

Purchase Date: Dec 19, 2022

**Request full receipt**



## Wait 'til you see the hotel & car savings.

Save up to 20% on hotels and up to 35% on car rentals with Paisly, just because you booked a JetBlue flight. You'll even earn TrueBlue points and enjoy 24/7 support from helpful humans.

**Unlock deals**



## Bag $10 in savings.

If you're planning on checking bags, add them now to save time and money. The fees go up starting 24 hours before departure.

**Buy checked bags now** **Buy checked bags now**

**From:** Samantha Rhinerson  
**To:** Samantha Rhinerson  
**Subject:** Fw: Your Wednesday evening trip with Uber  
**Date:** Wednesday, January 18, 2023 10:15:12 PM

Sent from Yahoo Mail on Android

----- Forwarded Message -----  
**From:** "Uber Receipts" <noreply@uber.com>  
**To:** "srhinerson99@yahoo.com" <srhinerson99@yahoo.com>  
**Sent:** Wed, Jan 18, 2023 at 22:55  
**Subject:** Your Wednesday evening trip with Uber



Total $24.99  
January 18, 2023

## Thanks for riding, Samantha

We hope you enjoyed your ride this evening.



| Total | $24.99 |
|---|---|

| Trip fare | $21.34 |
|---|---|

| | |
|---|---|
| Subtotal | $21.34 |
| Booking Fee | $0.65 |
| Airport Fee | $3.00 |

[Download PDF](#)

This is not a payment receipt. It is a trip summary to acknowledge the completion of the trip. You will receive a trip receipt when the payment is processed with payment information.

## You rode with Samech

5.00 Rating

  Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.

**Rate or tip**

When you ride with Uber, your trips are insured in case of a covered accident.

[Learn more](#)

**UberX**   5.65 miles | 11 min

**10:43 PM**
Drop-off - Pickup Passenger area, Carolina, 00979, Puerto Rico

**10:55 PM**
801 Ponce de Leon Ave, San Juan, PR 00907, US

| | |
|---|---|
| **From:** | Samantha Rhinerson |
| **To:** | Samantha Rhinerson |
| **Subject:** | Fw: Your Friday morning trip with Uber |
| **Date:** | Friday, January 20, 2023 3:48:57 AM |

Sent from Yahoo Mail on Android

----- Forwarded Message -----
**From:** "Uber Receipts" <noreply@uber.com>
**To:** "srhinerson99@yahoo.com" <srhinerson99@yahoo.com>
**Sent:** Fri, Jan 20, 2023 at 4:19
**Subject:** Your Friday morning trip with Uber



Total $27.48
January 20, 2023

# Thanks for riding, Samantha

We hope you enjoyed your ride this morning.



| Total | $27.48 |
|---|---|
| Trip fare | $26.22 |

| | |
|---|---:|
| Subtotal | $26.22 |
| Booking Fee | $1.26 |

[Download PDF]

This is not a payment receipt. It is a trip summary to acknowledge the completion of the trip. You will receive a trip receipt when the payment is processed with payment information.

## You rode with HECTOR

5.00 Rating

Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.

[Rate or tip]

When you ride with Uber, your trips are insured in case of a covered accident.

[Learn more]

**Comfort**   5.90 miles | 10 min

**4:08 AM**
801 Ponce de Leon Ave, San Juan, PR 00907, US

**4:19 AM**
Gates B2 - B11, Aeropuerto Internacional Luis Muñoz Marín (SJU), Puerto Rico, PR 00937, US