| Name: | | | Hipolito Castro Jr | | | | |
|---|---|---|---|---|---|---|---|
| Invoice Date: | 1/31/23 | | | | | | |
| Invoice Period | 01/01/2023 to 01/31/2023 | | | | | | |
| | | | | | | | |
| Date | | | Task(s) | | Rate | Total Hours | Total Amount |
| 1/2/23 | FPM Team meetings Zoom | | | | $150.00 | 1.5 | $ 225.00 |
| 1/3/23 | Review OG 305 | | | | $ 150.00 | 0.5 | $ 75.00 |
| 1/4/23 | Review of Policies310/310.1 | | | | $ 150.00 | 0.5 | $ 75.00 |
| 1/6/23 | Review of FPM Memorandum | | | | $ 150.00 | 0.5 | $ 75.00 |
| 1/7/23 | Review CMR-8 2.1 Data Request | | | | $ 150.00 | 1 | $ 150.00 |
| 1/17/23 | Meeting reforma unit/Operational System Demonstration/Paragraph 13 | | | | $ 150.00 | 8 | $ 1,200.00 |
| 1/18/23 | Field visit to Fajardo | | | | $ 150.00 | 8 | $ 1,200.00 |
| 1/19/23 | Status Conference | | | | $ 150.00 | 8 | $ 1,200.00 |
| 1/23/23 | Supervision and management interviews. Zoom | | | | $ 150.00 | 8 | $ 1,200.00 |
| 1/26/23 | Supervision and management interviews. Zoom | | | | $ 150.00 | 8 | $ 1,200.00 |
| 1/27/23 | Interview/summary writings | | | | $ 150.00 | 4 | $ 600.00 |
| 1/28/23 | Interview/summary writings | | | | $ 150.00 | 2 | $ 300.00 |
| 1/30/23 | Review of 9001 | | | | $ 150.00 | 1.5 | $ 225.00 |
| 1/30/23 | Review of Sergeant exam | | | | $ 150.00 | 0.5 | $ 75.00 |
| 1/31/23 | Review CMR-8 2.1 Data Request | | | | $ 150.00 | 1 | $ 150.00 |
| 1/30/23 | FPM Team meetings Zoom | | | | $ 150.00 | 1.5 | $ 225.00 |
| 01/01/23 to 01 | Calls, emails and Zoom with team members | | | | $ 150.00 | 4 | $ 600.00 |
| | | | | | $ 150.00 | | $ - |
| | | | | | $ 150.00 | | $ - |
| | | | | | $ 150.00 | | $ - |
| | | | | | $ 150.00 | | $ - |
| | | | | | $ 150.00 | | $ - |
| | | | | | $ 150.00 | | $ - |
| | | | | | $ 150.00 | | $ - |
| | | | | | $ 150.00 | | $ - |
| 01/16/23 to 01 | Site travel expenses (see attached travel template) | | | | | | $1,937.01 |
| | | | | | $ 150.00 | | $ - |
| | | | | | $ 150.00 | | $ - |
| | | | | | $ 150.00 | | $ - |
| TOTAL | | | | | | 58.5 | $ 10,712.01 |

certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

| Signature: | | | | | Date: | 1/31/23 |
|---|---|---|---|---|---|---|
| | | | Hipolito Castro Jr | | | |

## Office of the TCA - Travel Reimbursement Form

Traveler Name: Hipolito Castro Jr
Every One
Travel days 1/16/23 to 1/20/23
Purpose of Travel: On-Site Site visit

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 462.40 | 1 | $ 462.40 |
| Baggage |  |  | $ - |
| Ground Transportation (Uber/Lyft/Taxi) |  |  | $ - |
| Ground Transportation (Parking) | $ 26.10 | 5 | $ 130.50 |
| Ground Transportation (Mileage) | $ 0.655 | 114 | $ 74.67 |
| Lodging | $ 182.90 | 4 | $ 731.60 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 3 | $ 345.00 |
| tolls | $ 10.17 | 2 | $ 20.34 |
| Total |  |  | $ 1,937.01 |



# Your Flight Receipt - HIPOLITO CASTRO 16JAN23
1 message

**Delta Air Lines** <DeltaAirLines@t.delta.com>  
Reply-To: Transactional Email Reply Inbox <reply-268892-14_HTML-36682778-10982494-834710@t.delta.com>  
To: hipolitocastrojr@gmail.com

Hipolito Castro <hipolitocastrojr@gmail.com>

Wed, Dec 28, 2022 at 5:46 PM

View as a Web Page



#9288156608  
SkyMiles® Member



**CONFIRMATION #: HVBGUZ**

THANK YOU FOR CHOOSING DELTA

You're all set. If your plans change, be sure to make changes or cancel via **MyTrips** on **delta.com** before your flight departs.

12/28/22, 6:13 PM   Gmail - Your Flight Receipt - HIPOLITO CASTRO 16JAN23

## Take the guess work out of international travel with
## Delta FlyReady[SM]

You can view your personalized travel requirements, complete uploads at your own pace and save your travel documents for future trips when you use Delta FlyReady. Then look forward to an easier, faster experience at the airport.

Have a great trip, and thank you for choosing Delta.

## Passenger Info

Name: HIPOLITO CASTRO
SkyMiles #9288156608

| FLIGHT | SEAT |
|---|---|
| DELTA 1961 | 25C |
| DELTA 1877 | 27C |

Visit delta.com or download the Fly Delta app to view, select or change your seat. If you purchased a Delta Comfort+[TM] seat or a Trip Extra, please visit My Trips to access a receipt of your purchase.

| Mon, 16JAN | DEPART | ARRIVE |
|---|---|---|
| DELTA 1961<br>Main Cabin (K) | NYC-KENNEDY<br>11:40am | SAN JUAN, PUERTO RICO<br>4:35pm |

| Sat, 21JAN | DEPART | ARRIVE |
|---|---|---|
| DELTA 1877<br>Main Cabin (L) | SAN JUAN, PUERTO RICO<br>2:10pm | NYC-KENNEDY<br>5:19pm |

12/28/22, 6:13 PM

Gmail - Your Flight Receipt - HIPOLITO CASTRO 16JAN23

MANAGE MY TRIP



### Check for Your Destination's Entry Requirements

Many countries have issued travel requirements that may affect your travel plans. We strongly encourage you to review the Delta Discover Map for the latest on your destination's COVID-19 testing, vaccination and quarantine requirements. If this changes your plans, you may check your eligibility to change or cancel your flight here.

*Updated Nov 7, 2022

## Flight Receipt

Ticket #: 0062355451537
Place of Issue:
Issue Date: 28DEC22
Expiration Date: 31DEC23

| METHOD OF PAYMENT | |
|---|---|
| AX***********1006 | $509.60 USD |

| CHARGES | |
|---|---|
| **Air Transportation Charges** | |
| Base Fare | $450.00 USD |
| **Taxes, Fees and Charges** | |
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $11.20 USD |
| United States - Transportation Tax (US) | $39.40 USD |
| United States - Passenger Facility Charge (XF) | $9.00 USD |
| **TICKET AMOUNT** | **$509.60 USD** |

12/28/22, 6:13 PM                           Gmail - Your Flight Receipt - HIPOLITO CASTRO 16JAN23

## Checked Bag Allowance

The fees below are based on your original ticket purchase. **If you qualify for free or discounted checked baggage**, this will be taken into account when you check in. Visit delta.com for details on baggage embargoes that may apply to your itinerary.

**Mon 16 Jan 2023**                                                                 **JFK-SJU**

| CARRY ON | FIRST | SECOND |
|---|---|---|
| FREE | FREE (50LBS/23KG) WAS: $30.00 USD | $40.00 USD (50LBS/23KG) |

Visit delta.com for details on **baggage embargoes** that may apply to your itinerary.

**Sat 21 Jan 2023**                                                                 **SJU-JFK**

| CARRY ON | FIRST | SECOND |
|---|---|---|
| FREE | FREE (50LBS/23KG) WAS: $30.00 USD | $40.00 USD (50LBS/23KG) |

Visit delta.com for details on **baggage embargoes** that may apply to your itinerary.

## Your Pre-Trip Checklist for Easier Travel



**Download Our App**

Track your checked bags,



**Visit Our Help Center**

Get all your travel questions



**Update Your Contact Information**

Make sure your

# Your Flight Receipt - HIPOLITO CASTRO 16JAN23
1 message

**Delta Air Lines** <DeltaAirLines@t.delta.com>  Tue, Jan 3, 2023 at 11:49 AM
Reply-To: Transactional Email Reply Inbox <reply-268892-14_HTML-36682778-10982494-1051846@t.delta.com>
To: HIPOLITOCASTROJR@gmail.com

View as a Web Page

### ▲ DELTA

#9288156608
SkyMiles® Member



CONFIRMATION #: HVBGUZ



THANK YOU FOR CHOOSING DELTA

You're all set. If your plans change, be sure to make changes or cancel via **MyTrips** on **delta.com** before your flight departs.

Org FOP AX***********1006

| ECREDITS APPLIED | |
|---|---|
| eCredits Number | 0062355451537 |
| Passenger Name | HIPOLITO CASTRO |
| Amount Applied | 509.60 USD |
| Applied to Ticket Number | 0062356757905 |

| CHARGES | |
|---|---|
| Air Transportation Charges | |
| Base Fare | $400.00 USD |
| Taxes, Fees and Charges | |
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $11.20 USD |
| United States - Transportation Tax (US) | $42.20 USD |
| United States - Passenger Facility Charge (XF) | $9.00 USD |
| TICKET AMOUNT | $462.40 USD |

Passenger: HIPOLITO CASTRO
Original Ticket #: 0062347355
New eCredit #: 0060203223547
eCredit Expiration: 31DEC23
Redemption Code: *Retain from original eCredit if applicable*

TOTAL: $47.20 USD

Refer to eCredit number for future travel. Non refundable/ Non Endorsable/ Valid on Delta only. To redeem this eCredit for future travel please visit delta.com/redeem.

## Checked Bag Allowance

The fees below are based on your original ticket purchase. **If you qualify for free or discounted checked baggage**, this will be taken into account when you check in. Visit delta.com for details on baggage embargoes that may apply to your itinerary.

**Mon 16 Jan 2023**                                                                                JFK-SJU

| CARRY ON | FIRST | SECOND |
|---|---|---|
| FREE | FREE (50LBS/23KG) WAS: $30.00 USD | $40.00 USD (50LBS/23KG) |

Visit delta.com for details on **baggage embargoes** that may apply to your itinerary.

**Fri 20 Jan 2023**                                                                                 SJU-JFK

| CARRY ON | FIRST | SECOND |
|---|---|---|
| FREE | FREE (50LBS/23KG) WAS: $30.00 USD | $40.00 USD (50LBS/23KG) |

Visit delta.com for details on **baggage embargoes** that may apply to your itinerary.

## Your Pre-Trip Checklist for Easier Travel

```
           JFK AIRPORT
        LONG TERM PARKING

EXIT                       908
RECEIPT:                103228
PERSONELL:                   0
TRANSACTION:                 0
EZPass
NO:           KAP0XXXXXXX2473
CC VALID      12/30
SNR:          03 009 0982473
EXPIRES:      01.16.28 23:59
IN:           01.16.23 08:51
ENTRY:        01.20.23 19:09
P.AT:         HOURLY TICKET
FEE:              130.50 USD
PAID:             130.50 USD
----------------------
NET:              130.50 USD
GST   0%            0.00 USD
CAR:                 6A13704
4T 10:18
    TAXES INCLUDED
    THANK YOU FOR
     PARKING AT
     JFK AIRPORT
   HAVE A SAFE TRIP
```

# JFK

John F. Kennedy Internatio...

International Airport · Jamaica, Que...

🚗 1 hour 54 minutes

🎟️ Tickets    •••

**HOURS**
Open

**DISTANCE**
↘ 57 mi






COURTYARD®
Marriott

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
F 787.723.0068

Hipolito Castro
64 Mustang Dr
Monroe CT 06468
United States

Marriott Rewards #   214246771

Name:

Room: 0901
Room Type: KSTE
No. of Guests: 1
Rate: $ 155.00   Clerk: 31
CRS Number  80453044

Arrive:  01-16-23    Time:  12:53 PM    Depart:  01-21-23    Folio Number:  717999

| Date | Description | Charges | Credits |
|---|---|---|---|
| 01-16-23 | Package | 155.00 | |
| 01-16-23 | Government Tax | 13.95 | |
| 01-16-23 | Hotel Fee 9% of Daily Rate | 13.95 | |
| 01-17-23 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |
| 01-17-23 | Package | 155.00 | |
| 01-17-23 | Government Tax | 13.95 | |
| 01-17-23 | Hotel Fee 9% of Daily Rate | 13.95 | |
| 01-18-23 | COMEDOR- Guest Charge (Breakfast) | 4.09 | |
| 01-18-23 | Package | 155.00 | |
| 01-18-23 | Government Tax | 13.95 | |
| 01-18-23 | Hotel Fee 9% of Daily Rate | 13.95 | |
| 01-19-23 | Package | 155.00 | |
| 01-19-23 | Government Tax | 13.95 | |
| 01-19-23 | Hotel Fee 9% of Daily Rate | 13.95 | |
| 01-20-23 | COMEDOR- Guest Charge (Breakfast) | 3.02 | |

*Handwritten:* Total - 741.71 - 10.11 - Tips / 731.60

**COURTYARD**
Marriott

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR 00907
F 787.723.0068

Hipolito Castro
64 Mustang Dr
Monroe CT 06468
United States

Room: 0901
Room Type: KSTE
No. of Guests: 1
Rate: $ 155.00   Clerk: 31

Marriott Rewards #   214246771

CRS Number  80453044

Name:

Arrive:  01-16-23     Time:  12:53 PM     Depart:  01-21-23     Folio Number:  717999

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
|      | Balance     |         | 741.71 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today. Start earning points and elite status, plus enjoy exclusive member offers. Enroll today at the front desk.

# E-ZPass® Payment Receipt for 01/20/2023

Account Number : 2000175180885
Transaction Date : 01/20/2023
Transaction Id : 116112342940
Transaction Amount : ($10.17)
Payment Type : ETC

# E-ZPass® Payment Receipt for 01/16/2023

Account Number : 2000175180885

Transaction Date : 01/16/2023

Transaction Id : 116101820483

Transaction Amount : ($10.17)

Payment Type : ETC