# Stephanie Leon
*Paralegal*

**INVOICE**

1483 Ashford Avenue
Apartment 901
San Juan, PR 00907
(832) 692-2475

**INVOICE: 2023-01**
**DATE: 02/01/2023**

**TO:**

Puerto Rico Chief Federal Monitor

**FOR:**

Paralegal Services

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-------------|-------|------|--------|
| 01/03/2023 | -Biweekly meeting with team | 1.0 | 90.00 | 90.00 |
| 01/04/2023 | -Read email and attachments from Federal Monitor John Romero regarding the Sergeant exam and the issue of the eliminated questions<br>-Discussed memo and experts' opinion with General Counsel<br>-Gave feedback to General Counsel and prepared a summary of findings to be sent to the Federal Monitor John Romero | 1.0 | 90.00 | 90.00 |
| 01/05/2023 | -Reviewed and edited the notes from December 12th and 13th 2022 interviews conducted by Merangelie at Federal Monitor's Office | 2.5 | 90.00 | 225.00 |
| 01/08/2023 | -Research requested by General Counsel of federal case law dealing with promotions exam. | 1.5 | 90.00 | 135.00 |
| 01/09/2023 | -Continued notes from the December 13, 2022, interview; reviewed and edited the notes from December 15, 2022, interviews conducted by Merangelie at Federal Monitor's Office<br>-Emailed notes to Denise Rodriguez | 1.5 | 90.00 | 135.00 |
| 01/17/2023 | -Meetings at PRPB offices | 4.5 | 90.00 | 405.00 |
| 01/30/2023 | -Biweekly meeting with team | 1.0 | 90.00 | 90.00 |
| 01/31/2023 | -Prepare for and attend 253 Meeting | 2.0 | 90.00 | 180.00 |
| | | | **TOTAL** | **1,350.00** |

*S/ STEPHANIE LEON*

I HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN MY CAPACITY AS A MEMBER OF THE FEDERAL MONITORING TEAM. I FURTHER CERTIFY THAT I HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH, OR ANY OF ITS DEPARTMENTS, MUNICIPALITIES OR AGENCIES.