GALOEFFERT, LLC
4805 East Lake Road
Sheffield Lake, Ohio 44054

January 22, 2023, through February 21, 2023

INVOICE # 2023-02                                    **TOTAL DUE $10,275.00**
ASSISTANT SPECIAL MASTER
February 2023 INVOICE

Tasks Completed

| Hours | Description | Total |
|---|---|---|
| 35 | Drafted/reviewed/researched/translated as necessary/discussed/reworked documents related to the Court, Parties, Auditor, and Monitor's Office exchanges regarding recurring issues and OSM projects such as MLARS compliance, Integrity audits, Sergeants Exam, and PRPB draft Reform Plan. | $5,250.00 |
| 15 | Drafted, reviewed, and responded to texts, emails and all other documents/communications/telephone calls with respective parties, the OSM, Auditor, and Court. | $2,250.00 |
| 18.5 | Zoom meetings and/or conference calls. | $2,775.00 |

Total Wages Due = $10,275.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

_[signature]_                        _[signature]_                        2/21/2023
Gary A. Loeffert                     S/Alejandro del Carmen