G&M Balli Services, LLC
5160 Royal Fern Circle
Tallahassee, Florida 32317

January 22 – February 21, 2023

INVOICE # 2023-02
ASSISTANT SPECIAL MASTER
FEBRUARY 2023 INVOICE

Tasks Completed

| Hours | Description | Amounts |
|---|---|---|
| 17 | Drafted/reviewed/researched/translated numerous documents as needed; Discussed/edited documents related to orders of the Court, and the parties regarding recurring issues and OSM projects, to include Integrity Audits, and ESP/MLARS projects. | $2,550 |
| 15 | Drafted, reviewed, and responded to texts, emails and other documents and communications with respective parties, the OSM and the Court. | $2,250 |
| 22 | Zoom meetings and/or phone calls with OSM and other parties on numerous matters/projects, to include Integrity Audits, and ESP/MLARS projects. | $3,300 |
| 54 | | $8,100.00 |

Total Hours-  54                                            Total Wages Due -   $8,100.00

I hereby certify the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master.  I further certify I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

*Gilberto Balli*                    *Alejandro del Carmen*                    2/21/2023
Gilberto Balli                        S/Alejandro del Carmen