TDPetrowski, LLC
4010 Deep Valley Drive
Dallas, Texas 75244

January 22, 2022 – February 21, 2023

INVOICE # ASM.TDP.2023-2                       **TOTAL DUE: $3,900**
ASSISTANT SPECIAL MASTER
FEBRUARY INVOICE

**Tasks Completed**

| Hours | Description | Total |
|---|---|---|
| 15 | Draft/reviewed/researched/translated as necessary/discussed/reworked documents related to PRPD and DOJ and Monitor Office exchanges regarding recurring issues and OSM projects, to include orders and ad hoc taskings of the Court. | $2,250 |
| 5 | Drafted, reviewed, translated, and responded to texts, emails, and all other documents/communications with respective parties, the Special Master, Assistant Special Master, and the Court. | $750 |
| 6 | Zoom meetings and/or conference calls with the Court, Office of Special Master, and the Parties. | $900 |

**Total Wages Due = $3,900**

**I hereby certify that the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under regular employment or a contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.**

*Thomas D. Petrowski*                           2/21/2023
**Thomas D. Petrowski**

s/ *Alejandro del Carmen*                           2/21/2023
**Alejandro del Carmen**