# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO, et al.,**<br><br>Defendants. | **CIVIL NO.: 12-cv-02039** |

## MOTION IN COMPLIANCE WITH ORDER AT ECF No. 2311

**MAY IT PLEASE THE COURT:**

    **COME NOW**, Codefendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau ("PRPB"), through the undersigned attorneys, and very respectfully state and pray:

    1.    On February 8, 2023, this Honorable Court issued Order at ECF No. 2311, mandating the Commonwealth to provide specific missing documents and files to auditor Christopher Graham no later than Friday, February 24, 2023.

    2.    In compliance with the Order of the Court, the Commonwealth respectfully informs that on Friday, February 24, 2023 it provided Mr. Graham with responsive materials.  For those documents that were not provided, the Commonwealth stated the reason for their unavailability.  To that end, the Commonwealth requested a meeting with Mr. Graham to discuss further.  This meeting should take place between February 27, 2023 and March 3, 2023.

3.     The Commonwealth is including the Special Master in all discussions with Mr. Graham.

**WHEREFORE,** Defendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau, respectfully request this Honorable Court to take notice of the above and deem its Order at Docket 2311 as complied with.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

In San Juan, Puerto Rico, this 27th day of February 2023.

For Defendants COMMONWEALTH OF PUERTO RICO and PUERTO RICO POLICE BUREAU:

**CANCIO, NADAL & RIVERA, L.L.C.**
P.O. Box 364966
San Juan, Puerto Rico  00936-4966
403 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Tel. (787) 767-9625

**S/ RAFAEL BARRETO-SOLÁ**
USDC PR: 211801
rbarreto@cnr.law

**S/ GABRIEL A. PEÑAGARÍCANO**
USDC PR: 212911
gpenagaricano@me.com