# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants**. | Civil No. 12-2039 (FAB) |

### ORDER

The dissemination of reports and other work product of the Monitor Team throughout the Puerto Rico Police Bureau (PRPB) is critical to furthering the goals and objectives of this case. Many PRPB officers, especially command staff members, do not speak English.

Accordingly, it is ORDERED that the Commonwealth of Puerto Rico shall translate **ALL** future Monitor reports and ensure the reports are disseminated throughout PRPB, particularly among command staff members, within 30 days of a report being filed by the Monitor's office.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, March 6, 2023.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE