IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants.** | Civil No. 12-2039 (FAB) |

**ORDER**

The invoices submitted by Del Carmen Consulting, LLC, Galoeffert, LLC, G&M Balli Services, LLC, and TDPetrowski, LLC (Docket Nos. 2316, 2317, 2318 and 2319) are **NOTED**.

The amounts claimed for the period from January 22, 2023 through February 21, 2023, are **APPROVED** for payment. Docket No. 2299 is rendered **MOOT**.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, March 8, 2023.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE