# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CIVIL NO.: 12-cv-02039** |
| Plaintiff, | |
| v. | |
| **COMMONWEALTH OF PUERTO RICO, et al.,** | |
| Defendants. | |

## MOTION SUBMITTING PRELIMINARY TRAINING PLAN

**MAY IT PLEASE THE COURT:**

    **COME NOW**, Codefendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau ("PRPB"), through the undersigned attorneys, and very respectfully state and pray:

    1.    During the January 19, 2023 status hearing, the parties informed this Honorable Court that the Commonwealth was going to submit to the parties for review and comments a new draft of the training plan by February 10, 2023, and that the parties would submit an approved training plan by March 10, 2023.

    2.    The Commonwealth did submit to the parties a new draft of the plan on February 10, 2023. Between then and today, the parties have engaged in numerous productive discussions regarding the document that have resulted in a better and more complete plan.

    3.    However, the United States has indicated that it is not in a position to approve the preliminary plan because an important element regarding in-service training pursuant to paragraph 129 of the Consent Decree remains unresolved. Specifically, the United States is requesting that

the draft plan include firm interim benchmarks for 2023 and 2024 to ensure that the Commonwealth provides sufficient in-service training while the training plan is being implemented through the end of 2024.

4. To resolve the remaining issue on in-service training, the parties have agreed that the Commonwealth will deliver a proposed specific timeline with benchmarks for 2023 and 2024 regarding in-service training on or before Wednesday, March 15, 2023; and that the parties will have fourteen (14) days thereafter until March 29, 2023 to agree on the Commonwealth's deliverable and present the final approved training plan to the Court.

5. The Commonwealth represents to the Court that it has conferred with the United States and both parties agree in good faith in this course of action to resolve this final important matter regarding the plan.

**WHEREFORE,** Defendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau, respectfully request this Honorable Court to accept this preliminary training plan.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

In San Juan, Puerto Rico, this 10th day of March, 2023.

For Defendant COMMONWEALTH OF PUERTO RICO:

**CANCIO, NADAL & RIVERA, L.L.C.**
P.O. Box 364966
San Juan, Puerto Rico  00936-4966
403 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Tel. (787) 767-9625

Motion Submitting Preliminary Training Plan
Civil No. 12-02039
Page 3 of 3

**S/ GABRIEL A. PEÑAGARÍCANO**
USDC PR: 212911
gpenagaricano@me.com

**S/ RAFAEL BARRETO-SOLÁ**
USDC PR: 211801
rbarreto@cnr.law