OFFICE OF THE FPMPR LLC.
B-5 Calle Tabonuco Suite 216 PMB 292
Guaynabo, Puerto Rico 00968

March 1, 2023

Professional services rendered by the members of the Office of the FPMPR LLC. For February 2023:

| NAME | AMOUNT | MONTH |
|---|---|---|
| John Romero | $20,331.51 | February 2023 |
| Spece | $ 3,640.00 | February 2023 |
| The & Group LLC (Javier González) | $ 8,777.98 | February 2023 |
| Altai Atlantic Consulting LLC (Dr. David Levy) | $ 7,755.00 | February 2023 |
| Denise Rodriguez | $17,742.88 | February 2023 |
| Viota & Associates CPA LLC | $ 2,468.75 | February 2023 |
| Donald S. Gosselin | $12,767.51 | February 2023 |
| Al Youngs | $12,493.40 | February 2023 |
| Rafael E. Ruiz | $10,065.00 | February 2023 |
| Scott Cragg | $13,104.08 | February 2023 |
| Correa Acevedo & Abesada Law offices, PSC (Lcdo. Roberto Abesada) | $12,397.50 | February 2023 |
| Rita J. Watkins | $10,158.84 | February 2023 |
| M Serrano LLC | $ 7,720.00 | February 2023 |
| Luis Hidalgo | $11,500.00 | February 2023 |
| Korber Group | $ 5,205.78 | February 2023 |
| Samantha Rhinerson | $ 2,000.00 | February 2023 |
| Claudia Cámara | $ 1,680.00 | February 2023 |
| Manuel Arroyo | $    980.00 | February 2023 |
| Hipolito Castro Jr | $11,047.08 | February 2023 |
| Stephanie Leon | $ 2,497.50 | February 2023 |
|  |  |  |
| **TOTAL:** | **$174,332.81** | February 2023 |
|  |  |  |