John L Romero
2301 Pacific Ave
Costa Mesa, CA 92627

INVOICE # 104
FEDERAL MONITOR
FEBRUARY 2023 INVOICE

**TOTAL DUE $ 20,331.51**

Office of the FPMPR
VIG Tower, PH-924
1225 Avenue Juan Ponce de Leon
San Juan, PR 00907

## Duties and Responsibilities as Monitor

Generated, reviewed, and responded to emails/texts from the Parties, Monitor Team, Court, and Special Master
Conference calls with General Counsel
Reviewed court orders relating to the Consent Decree
Via zoom conducted meetings with Special Master and USDOJ and PRPB
Monitor administrative duties - reviewing Team invoices, coordinating SME work assignments, and conferring with Monitor's Office Administrative Director
Reviewed Briefing Reports from PRPB
Zoom meeting with Gartner
Conferred with Deputy Chief Monitor on issues relating to Monitor Office Operations
Conducted Zoom meetings with the Monitor Team
Reviewed mid period UOF Data for CMR-8
Prepared for and participated in 253 meeting

## Site Visit to Puerto Rico February 13-17, 2023

Meeting with the Reform Unit, USDOJ and OSM
Attended Operational Systems Demonstrations, BWCs and Handheld Recording Devices.
Meeting with PRDOJ NIE
Meeting with DSP Secretary
Meeting with FIU
DOT site visit
SWAT site visit

| | |
|---|---|
| Flat Rate Total Wages Due | $ 17,916.66 |
| Travel Expenses Due | $ 2,414.85 |
| **TOTAL DUE** | **$ 20,331.51** |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*John J Romero*

Date February 28, 2023

## Office of the TCA - Travel Reimbursement Form

John Romero
February 13-17, 2023

### Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ | 1 | $814.14 |
| Baggage | $ | 0 | $0 |
| Ground Transportation (Uber/Lyft/Taxi) | | 0 | $0 |
| Ground Transportation (Parking) | $ | 0 | $0 |
| Ground Transportation (Mileage) | $0.655 | 82 | $53.71 |
| Lodging | $182.90 | 5 | $914.5 |
| Per Diem (Travel Days) | $86.25 | 2 | $172.5 |
| Per Diem (Full Days) | $115.00 | 4 | $ 460.00 |
| Other: | | 0 | 0 |
| Total | | | $2414.85 |

# COURTYARD® Marriott.

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR 00907
T 787.721.7400
F 787.723.0068

Mr John Romero
2301 Pacific Ave
Costa Mesa CA 92627
United States

Room: 1001
Room Type: KSTE
No. of Guests: 1
Rate: $ 155.00  Clerk: 8

Marriott Rewards #  756834271

CRS Number  77583384

Name:

Arrive: 02-12-23       Time: 02:57 PM       Depart: 02-17-23       Folio Number: 719953

| Date | Description | Charges | Credits |
|---|---|---|---|
| 02-12-23 | Package | 155.00 | |
| 02-12-23 | Government Tax | 13.95 | |
| 02-12-23 | Hotel Fee 9% of Daily Rate | 13.95 | |
| 02-13-23 | COMEDOR- Guest Charge (Breakfast) | 4.02 | |
| 02-13-23 | Package | 155.00 | |
| 02-13-23 | Government Tax | 13.95 | |
| 02-13-23 | Hotel Fee 9% of Daily Rate | 13.95 | |
| 02-14-23 | COMEDOR- Guest Charge (Breakfast) | 19.00 | |
| 02-14-23 | Package | 155.00 | |
| 02-14-23 | Government Tax | 13.95 | |
| 02-14-23 | Hotel Fee 9% of Daily Rate | 13.95 | |
| 02-15-23 | COMEDOR- Guest Charge (Breakfast) | 4.02 | |
| 02-15-23 | Package | 155.00 | |
| 02-15-23 | Government Tax | 13.95 | |
| 02-15-23 | Hotel Fee 9% of Daily Rate | 13.95 | |
| 02-16-23 | COMEDOR- Guest Charge (Breakfast) | 4.02 | |
| 02-16-23 | Package | 155.00 | |
| 02-16-23 | Government Tax | 13.95 | |
| 02-16-23 | Hotel Fee 9% of Daily Rate | 13.95 | |
| 02-17-23 | COMEDOR- Guest Charge (Breakfast) | 4.02 | |
| 02-17-23 | Master Card / Euro Card | | 949.58 |
| | Card # XXXXXXXXXXXX1805 | | |

**COURTYARD®**
**Marriott.**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR 00907
T 787.721.7400
F 787.723.0068

Mr John Romero
2301 Pacific Ave
Costa Mesa CA 92627
United States

Room: 1001
Room Type: KSTE
No. of Guests: 1
Rate:  $   155.00   Clerk: 8

Marriott Rewards #   756834271

CRS Number   77583384

Name:

Arrive:   02-12-23            Time:   02:57 PM            Depart:   02-17-23            Folio Number:  719953

| Date | Description | Charges | Credits |
|---|---|---|---|
|  | Balance |  | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

FEB 2023

# Travel Purchase

Date of requested receipt: 2023-01-30      Record Locator: EWSBPX

| | | |
|---|---|---|
| LAX ▸ FLL | Travel date | 2023-02-11T21:30:00 |
| | Flight number | 0700 |
| FLL ▸ SJU | Travel date | 2023-02-12T10:00:00 |
| | Flight number | 1553 |
| SJU ▸ FLL | Travel date | 2023-02-17T10:25:00 |
| | Flight number | 1454 |
| FLL ▸ LAX | Travel date | 2023-02-17T17:34:00 |
| | Flight number | 0101 |

**Traveler(s)**

ROMERO/JOHN J MR

**Ticket number(s)**

2792114209775

**Base fare:**   $742.74 USD

| Taxes & fees breakdown: | AMOUNT | CURRENCY | PURPOSE - (CODE) |
|---|---|---|---|
| | $18.00 | USD | U.S. Passenger Facility Charge - (XF) |
| | $11.20 | USD | U.S. September 11th Security Fee - (AY) |
| | $42.20 | USD | U.S. Transportation Tax - (US2) |

**Taxes & fees total:**   $71.40   USD

**Base fare total:**   $814.14

**Payment(s):**

Mastercard XXXXXXXXXXXX1805   $814.14

# Total paid: $814.14 USD*

*includes all fares, taxes, fees and penalties less any amounts refunded

# Google Maps

**2301 Pacific Ave, Costa Mesa, CA 92627 to lax terminal 5**



**Drive 41.1 miles, 1 hr 3 min**



Map data ©2021 Google   2 mi

## 2301 Pacific Ave
Costa Mesa, CA 92627

**Get on I-405 N from W Wilson St and Harbor Blvd**

13 min (4.3 mi)

1. Head south on Pacific Ave toward Sea Breeze Dr
   0.1 mi

2. Turn left onto W Wilson St
   Pass by Taco Bell (on the left in 1.4 mi)
   1.4 mi

3. Use the left 2 lanes to turn left onto Harbor Blvd
   Pass by Panda Express (on the right)
   2.2 mi

4. Use the right lane to merge onto I-405 N via the ramp to Long Beach
   0.6 mi

**Follow I-405 N to CA-1 N/S Sepulveda Blvd in Los Angeles. Take exit 1C from I-105 W**

33 min (35.1 mi)

5. Merge onto I-405 N
   16.6 mi