**Spece**
1225 Juan Ponce de Leon
San Juan, PR  00907
787-417-7300
info@spece.com
www.spece.com

Invoice  INV - 17253



| BILL TO | | | |
|---|---|---|---|
| Office of the FPMPR LLC | DATE 04/01/2023 | PLEASE PAY $2,579.20 | DUE DATE 04/01/2023 |

| MEMBERSHIP | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Membership:Private Office**<br>Private Office Suite - Office 15, $2,300.00, Apr 1, 2023 - Apr 30, 2023 | 1 | 2,300.00 | 2,300.00T |
| **Other Fees:One-off Fees**<br>Telephone Service, $60.00, Apr 1, 2023 - Apr 30, 2023 | 1 | 60.00 | 60.00T |
| **Other Fees:One-off Fees**<br>Garage Parking, $120.00, Apr 1, 2023 - Apr 30, 2023 | 1 | 120.00 | 120.00T |

SUBTOTAL 2,480.00
TAX (4%) 99.20
TOTAL 2,579.20

TOTAL DUE $2,579.20

THANK YOU.

ELEVATE YOUR BUSINESS

**Spece**
1225 Juan Ponce de Leon
San Juan, PR  00907
787-417-7300
info@spece.com
www.spece.com

Invoice  INV - 17252



| BILL TO | DATE | PLEASE PAY | DUE DATE |
|---|---|---|---|
| Office of the FPMPR LLC | 03/01/2023 | $1,060.80 | 03/01/2023 |

| MEMBERSHIP | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Event Rental:Conference Room** Small Conference Room, $120.00, 1 x $80.00 / hour (20% discount), 2 x $20.00 / hour (20% discount) - Feb 15, 2023 | 1 | 120.00 | 120.00T |
| **Event Rental:Conference Room** XLarge Conference Room, $280.00, 1 x $280.00 / day (20% discount) - Feb 16, 2023 | 1 | 280.00 | 280.00T |
| **Event Rental:Conference Room** XLarge Conference Room, $260.00, 1 x $200.00 / half day, 1.5 x $40.00 / hour (20% discount) - Feb 15, 2023 | 1 | 260.00 | 260.00T |
| **Event Rental:Conference Room** Medium Conference Room, $180.00, 1 x $180.00 / day (20% discount) - Feb 16, 2023 | 1 | 180.00 | 180.00T |
| **Event Rental:Conference Room** Medium Conference Room, $120.00, 1 x $96.00 / hour (20% discount), 1 x $24.00 / hour (20% discount) - Feb 15, 2023 | 1 | 120.00 | 120.00T |
| **Event Rental:Conference Room** Small Conference Room, $40.00, 2 x $20.00 / hour (20% discount) - Feb 16, 2023 | 2 | 20.00 | 40.00T |
| **Event Rental:Conference Room** Small Conference Room, $20.00, 1 x $20.00 / hour (20% discount) - Feb 16, 2023 | 1 | 20.00 | 20.00T |

SUBTOTAL 1,020.00
TAX (4%) 40.80
TOTAL 1,060.80

TOTAL DUE $1,060.80

THANK YOU.

ELEVATE YOUR BUSINESS