# THE & GROUP LLC.

Las Ramblas
71 Calle Montjuic
Guaynabo , PR 00969

## INVOICE

INVOICE NUMBER: 103
INVOICE DATE: FEBRUARY 28, 2023

Federal Police Monitor

San Juan, PR

Invoice for Javier B Gonzalez Professional Services as Administrative Director

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| FEB-01-23 | Administrative Director | Communications with Team Members. Review of communications sent by Team Members. | 1.50 | $125.00 | $187.50 |
| FEB-02-23 | Administrative Director | Weekly Executive Team Meeting, Review of communications sent by Team Members, Communications with Team Members. Work with Team December Invoices amendments. Work with January Team Invoioces. | 4.00 | $125.00 | $500.00 |
| FEB-03-23 | Administrative Director | Work with January Team Invoices, Communications with Team Members. | 6.50 | $125.00 | $812.50 |
| FEB-06-23 | Administrative Director | Communications with the Monitor and Team Members, Team December invoices follow up. | 1.50 | $100.00 | $150.00 |
| FEB-07-23 | Administrative Director | Communications with Team Members, Coordination of Team Visit. | 1.50 | $125.00 | $187.50 |
| FEB-08-23 | Administrative Director | Communications with Team Members, Work with Team Invoices Guidelines. | 1.00 | $125.00 | $125.00 |
| FEB-09-23 | Administrative Director | Work with Invoices and expense office guidelines, communications with the Monitor. | 3.50 | $125.00 | $437.50 |
| FEB-10-23 | Administrative Director | Work with FPMPR Invoice Guidelines, December Team Invoices follow up, Communications with Team Members. | 2.50 | $125.00 | $312.50 |
| FEB-11-23 | Administrative Director | Final review of Team January Invoices before filing, Communications with Team members. | 2.00 | $125.00 | $250.00 |
| FEB-13-23 | Administrative Director | Coordination of Team Visit, Meetings at PRPB, Team January Invoices Follow Up, Communications with the Monitor, PRPB Officials and Team Members. | 6.00 | $125.00 | $750.00 |
| FEB-13-23 | Administrative Director | Team Visit gasoline Expense | | | $40.00 |
| FEB-14-23 | Administrative Director | Team Visit to Caguas Area, Coordination of Team Visit, | 5.00 | $125.00 | $625.00 |
| FEB-15-23 | Administrative Director | Meeting with the Monitor and FIU, Visit DOT Metro unit with the Monitor. | 6.50 | $125.00 | $812.50 |
| FEB-15-23 | Administrative Director | Team Visit Gasoline Expense | | | $20.00 |
| FEB-16-23 | Administrative Director | Team Visit, Meeting with SWAT, Pick up the check and deposit, meetings at office. | 6.00 | $125.00 | $750.00 |

INVOICE NUMBER: 103

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| FEB-16-23 | Administrative Director | Office of the TCA Adobe Account | | | $47.98 |
| FEB-17-23 | Administrative Director | Communications with CPA regarding Team December payments. | 0.50 | $125.00 | $62.50 |
| FEB-17-23 | Administrative Director | Team Visit Gasoline Expense | | | $20.00 |
| FEB-21-23 | Administrative Director | Work with FPMPR Budget, Communications with Team Members. | 2.00 | $125.00 | $250.00 |
| FEB-22-23 | Administrative Director | Communications with the Monitor, Work with administrative matters. | 2.00 | $125.00 | $250.00 |
| FEB-23-23 | Administrative Director | Communications with the Monitor, Team Members and Deputy Monitor, work with January Team Invoices amendments, PRPB awards ceremony and promotions. | 8.00 | $125.00 | $1,000.00 |
| FEB-24-23 | Administrative Director | Communications with Team Member and PRPB officials., Work with January 2023 Team invoices amendments, Review of communications. | 2.50 | $125.00 | $312.50 |
| FEB-25-23 | Administrative Director | Vist PRPB Exposition at Plaza las Americas, Communications with the Monitor. | 2.00 | $125.00 | $250.00 |
| FEB-27-23 | Administrative Director | Biweekly Team Meeting, Communications with the Monitor and Team Members. | 2.00 | $125.00 | $250.00 |
| FEB-28-23 | Administrative Director | 253 Meeting with USDOJ, PRPB and Special Master. Surveys Follow Up, Communications with the Monitor and Team Members. | 3.00 | $125.00 | $375.00 |
| FEB-28-23 | Administrative Director | I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0.00 | $125.00 | $0.00 |
| | | Total amount of this invoice | | | $8,777.98 |

MESSAGE

Javier B Gonzalez February 28, 2023





**TEXACO BARBOSA**
AVE ROOSEVELT ESQ JOSE BARBOSA
SAN JUAN

| | | |
|---|---|---|
| DATE | TIME | HOST |
| Feb 13,23 | 08:52:42 | ATH |
| BATCH | TERMINAL ID | MERCHANT ID |
| 000052 | 30V08757 | 4549106503295 |

**SALE**

DEBIT              ************0804 (S)

AUTH. CODE: 741228        INVOICE: 003974
                          TRACE   :004414

| | | |
|---|---|---|
| AMOUNT: | $ | 40.00 |
| STATE TAX: | $ | 0.00 |
| REDUCED STATE TAX: | $ | 0.00 |
| MUNICIPAL TAX: | $ | 0.00 |
| TOTAL : | $ | 40.00 |

CONTROL:  AY3E6-TU6BT
ET

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

CUSTOMER COPY
Gracias por su patrocinio



**TEXACO BARBOSA**
AVE ROOSEVELT ESQ JOSE BARBOSA
SAN JUAN

| DATE | TIME | HOST |
|---|---|---|
| Feb 15,23 | 14:43:01 | ATH |
| BATCH | TERMINAL ID | MERCHANT ID |
| 000058 | 30V08757 | 4549106503295 |

**SALE**

DEBIT            ************0804 (S)

AUTH. CODE: 610530      INVOICE: 004536

TRACE   :005038

| AMOUNT: | $ | 20.00 |
|---|---|---|
| STATE TAX: | $ | 0.00 |
| REDUCED STATE TAX: | $ | 0.00 |
| MUNICIPAL TAX: | $ | 0.00 |
| TOTAL : | $ | 20.00 |

CONTROL:   JLRG3-NK5HH
ET

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

CUSTOMER COPY
Gracias por su preferencia

  

Adobe Order

AB01936100023CUS

Company Name

Office of the TCA

Billing Period

16-January-2023 PST – 15-February-2023 PST

Payment Method

AMEX ending in 1003

Due on 16-January-2023 PST

US$47.98 including tax

| PRODUCT | QUANTITY | SUBTOTAL |
|---|---|---|
| Acrobat Pro US$23.99/mo per license | 2 licenses | US$47.98/mo |

Subtotal: US$47.98/mo

Tax/VAT: US$0.00/mo

Total: US$47.98/mo

12:09

# Transaction Details
Card Ending - 11003

Merchandise & Supplies - Mail Order

## ADOBE WEBSALES 800-833-6687

## $47.98

Feb 16, 2023

On your statement as ADOBE ACROPRO SUBS ASAN JOSE CA

**$0.48 Reward Dollars**

## Transaction Details



ADOBE WEBSALES 800-833-6687

801 N 34TH ST
SEATTLE
WA
98103

```
              CONTINENTAL
               GASOLINE
            000000000000000
               verifone



          ***PREPAID RECEIPT***

Description              Qty        Amount
-------                  ---        ------
PREPAY CA #02                        20.00
                                   --------
                   Subtotal          20.00
                        Tax           0.00
           TOTAL                     20.00
                   CASH   $          20.00


               GRACIAS....
ST# AB123  TILL XXXX DR# 1 TRAN# 1016273
CSH: 2                   2/17/23 7:24:52 AM




-------------------------------------
 CONTROL: 6GQ9E-X7084
 ST
 processed by Softek
```