

# Invoice

**Altai Atlantic Consulting LLC**
828 Snowden Hallowell Way, Alexandria VA 22314

**Date:** 02/27/23
**Invoice #:** 01-038

**To:** Office of the Federal Police Monitor of Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
Tel. 787-417-9098

| Fee Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|
| **Total Fees Payable For Services Rendered by Dr. David Levy** | 47.0 | 165 | **$7,755.00** |

**Work Performed in the Continental United States**

| Date | Activity Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 2/1/23 | Prepared data request items for updated translation | 1.0 | 165 | $165.00 |
| 2/1/23 | Supplemental reqeust related to Sergeant promotions | 1.0 | 165 | $165.00 |
| 2/2/23 | Communication and supplemental request re: professionalization | 0.5 | 165 | $82.50 |
| 2/2/23 | Implemented updated data request items in master data reqest | 1.0 | 165 | $165.00 |
| 2/3/23 | Supplemental reqeust related to FTO mentees/apprentices | 1.0 | 165 | $165.00 |
| 2/6/23 | Data call with PRPB and monthly calls with Monitors Castro & Ruiz | 2.0 | 165 | $330.00 |
| 2/8/23 | Monthly calls with Monitors Watkins & Gosselin | 1.5 | 165 | $247.50 |
| 2/8/23 | CMR-8 data and methodology worksheet for Monitors | 5.0 | 165 | $825.00 |
| 2/9/23 | Monthly calls with Monitor Youngs and follow-up | 1.0 | 165 | $165.00 |
| 2/9/23 | Supplemental request related to additional lists provided by PRPB | 5.0 | 165 | $825.00 |
| 2/11/23 | CMR-8 data and methodology worksheet for Monitors | 9.0 | 165 | $1,485.00 |
| 2/12/23 | CMR-8 data and methodology worksheet for Monitors | 4.0 | 165 | $660.00 |
| 2/13/23 | Communication re: supplemental request & monthly call with Monitor Cas | 2.0 | 165 | $330.00 |
| 2/15/23 | CMR-8 data and methodology worksheet for Monitors | 2.0 | 165 | $330.00 |
| 2/16/23 | Communication re: supplemental request | 1.5 | 165 | $247.50 |
| 2/21/23 | Monthly call with Monitor Serrano | 1.0 | 165 | $165.00 |
| 2/22/23 | Data review call with Monitor Gosselin | 1.0 | 165 | $165.00 |
| 2/22/23 | Data review call with Monitor Youngs | 1.0 | 165 | $165.00 |
| 2/23/23 | Revised data and methodology worksheet for Monitors | 1.0 | 165 | $165.00 |
| 2/24/23 | Data cleaning/ordering in box.com | 2.0 | 165 | $330.00 |
| 2/26/23 | Email backlog | 1.0 | 165 | $165.00 |
| 2/27/23 | Monitor Team call and folllowup with Monitors Romero and Serrano | 1.5 | 165 | $247.50 |
| 2/27/23 | Email backlog, CMR-8 data management, and misc. administrative | 1.0 | 165 | $165.00 |
| Total | | 47.0 | | $7,755.00 |

| | |
|---|---|
| **Total Fee Payable** | **$7,755.00** |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

*[signature]*

**Dr. David Levy**

02/27/23
**Date**