# INVOICE

| DATE | INVOICE NO | |
|---|---|---|
| 2/28/2023 | #029 | **Denise Rodriguez**<br>3003 San Sebastian St.<br>Mission, TX 78572<br>drodriguez_PRI@outlook.com |

**INVOICE TO**
Puerto Rico Chief Federal Monitor

**INVOICE PERIOD**
February 1-28, 2023

## DUTIES AND RESPONSIBILITIES                              TOTAL DUE $17,742.88

- Conducted monthly one-on-one meetings with subject matter experts
- Coordinated and conducted weekly Monitoring Executive Team meetings
- Coordinated and conducted biweekly meetings with the Parties
- Reviewed and approved the review of several policies submitted to the Monitor's Office by PRPB as per Paragraph 229 of the Agreement
- Worked with the Administrative Director and the Research Analyst/Administrative Assistant to draft the schedule(s) for the February and March site visits
- Participated in various meetings with the Parties to discuss the PRPB Data Gap Analysis and IT Needs Assessment
- Participated in several calls with the proposed contractor, Gartner, regarding the IT Needs Assessment
- Reviewed the final draft IT Action Plan and the Training Plan
- Participated in site visit the week of February 13th
- Coordinated and oversaw the submission and receipt of various data requests for CMR- 8
- Participated in call with PRPB and Parties to discuss Community Engagement and SARA Model
- Participated in the February 253 Meeting with the Parties
- Participated in several calls with the parties to discuss various topics including the Reform Director position, Sgt. exam scores, status of pending high level PRPB investigations, Reform Plan, Search & Seizure Plan, and the Gender based violence Plan
- Participated in call with PRPB training personnel to discuss the Training Plan
- Worked with the Training Monitor to develop and finalize FPM memo on comments to the 2/10 draft PR Training Plan
- Worked with the Professionalization Monitor to develop worksheet to review Command Level Promotion personnel records
- Reviewed and finalized the draft FPM memo on the Command Level Promotions

| | |
|---|---|
| Flat Rate Total Wages* | $15,833.33 |
| Travel Expenses | $ 1,909.55 |
| **Total Due** | **$ 17,742.88** |

*The total amount is a flat rate. The total monthly is $15,833.33 for an annualized amount of $190,000.00

_Denise Rdz_ (signature)

**Denise Rodriguez, Chief Deputy Monitor**                    February 28, 2023
                                                               Date

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.



# Office of the Technical Compliance Advisor Travel Reimbursement Form

**Traveler Name:** Denise Rodriguez
**Travel Dates:** February 12 - 17, 2022
**Purpose of Travel:** Site visit

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare** | $ - | 0 | $ - |
| Baggage | $ - | 0 | $ - |
| Uber from Airport to hotel | $ - | 0 | $ - |
| Ground Transportation (Parking) | $ - | 0 | $ - |
| Ground Transportation (Mileage) | $ - | 0 | $ - |
| Lodging** | $ 255.41 | 5 | $ 1,277.05 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 4 | $ 460.00 |
| Parking @ airport (days)* | $ - | 0 | $ - |
| Uber from hotel to Airport | $ - | 0 | $ - |
| **Total** | | | **$ 1,909.55** |

\*\* Hotel rate is $195 (room rate) and $60.41 (taxes/fees) per night
\*\*\* Not seeking reimbursement for Airfare.

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

**SHERATON**
Puerto Rico Hotel & Casino

INVOICE

| | |
|---|---|
| ROOM | 0545 |
| ROOM TYPE | EKNG |
| NO. OF GUESTS | 1 |
| RATE | 195 |
| CLERK | JRIVE044, |
| DATE | 02/17/23 |
| PAGE No. | 1 of 2 |
| REWARDS # | 286891726 |

Ms Denise Rodriguez
3003 San Sebastian St
Mission TX 78572
United States

ARRIVE 02/12/23    TIME 04:16    DEPART 02/17/23    TIME 01:31    FOLIO# 3939372

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| 02/12/23 | Govt. / Military | | 195.00 |
| 02/12/23 | Destination Fee - 18% | | 35.10 |
| 02/12/23 | Room Occupancy Tax | | 25.31 |
| 02/13/23 | Govt. / Military | | 195.00 |
| 02/13/23 | Destination Fee - 18% | | 35.10 |
| 02/13/23 | Room Occupancy Tax | | 25.31 |
| 02/14/23 | Govt. / Military | | 195.00 |
| 02/14/23 | Destination Fee - 18% | | 35.10 |
| 02/14/23 | Room Occupancy Tax | | 25.31 |
| 02/15/23 | ███ | | ███ |
| 02/15/23 | ███ | | ███ |
| 02/15/23 | ███ | | ███ |
| 02/15/23 | ███ | | ███ |
| 02/15/23 | ███ | | ███ |
| 02/15/23 | Govt. / Military | | 195.00 |
| 02/15/23 | Destination Fee - 18% | | 35.10 |
| 02/15/23 | Room Occupancy Tax | | 25.31 |
| 02/16/23 | Govt. / Military | | 195.00 |
| 02/16/23 | Destination Fee - 18% | | 35.10 |
| 02/16/23 | Room Occupancy Tax | | 25.31 |
| 02/17/23 | American Express | | -1,323.50 |

For billing questions or concerns, please let us know at SheratonPR.Folio@sheraton.com



# INVOICE

| | |
|---|---|
| ROOM | 0545 |
| ROOM TYPE | EKNG |
| NO. OF GUESTS | 1 |
| RATE | 195 |
| CLERK | JRIVE044, |
| DATE | 02/17/23 |
| PAGE No. | 2 of 2 |
| REWARDS # | 286891726 |

Ms Denise Rodriguez
3003 San Sebastian St
Mission TX 78572
United States

ARRIVE 02/12/23     TIME 04:16     DEPART 02/17/23     TIME 01:31     FOLIO# 3939372

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| | | Balance     USD | 0.00 |

For billing questions or concerns, please let us know at SheratonPR.Folio@sheraton.com