# VIOTA & ASSOCIATES CPA LLC

**B5 CALLE TABONUCO, SUITE 216**
**PMB 292**
**GUAYNABO, PR 00968-3029**

## Invoice

INVOICE NUMBER:  20201203
DATE:  FEBRUARY 28, 2023

PUERTO RICO POLICE REFORM

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: CONSULTING FEES | | | |
| FEB-03-23 | CONSULTING FEES | Contabilidad de 480 | 2.50 | $125.00 | $312.50 |
| FEB-06-23 | CONSULTING FEES | Contabilidad de 480 | 1.50 | $125.00 | $187.50 |
| FEB-06-23 | CONSULTING FEES | INVOICES DE SERVICIOS ENERO 2023, CAMBIOS EN FACTURAS EN SAGE DE 11/30 &12/31 | 5.25 | $125.00 | $656.25 |
| FEB-07-23 | CONSULTING FEES | INVOICES DE SERVICIOS ENERO 2023, REGISTRAR FACTURAS EN SAGE 1/31, CAMBIOS EN FACTURAS 11/30 | 2.50 | $125.00 | $312.50 |
| FEB-07-23 | CONSULTING FEES | Reconciliación 1/31/2023 | 1.50 | $125.00 | $187.50 |
| FEB-17-23 | CONSULTING FEES | Preparación 480.6SP, 480.6C & 480.6A | 3.00 | $125.00 | $375.00 |
| FEB-17-23 | CONSULTING FEES | ACH Vendor payments for December invoices | 1.00 | $125.00 | $125.00 |
| FEB-20-23 | CONSULTING FEES | ACH Payments pending - David Levy, J. Romero, Correa Professional Services withholding deposit | 0.50 | $125.00 | $62.50 |
| FEB-21-23 | CONSULTING FEES | Preparación 480.6SP, 480.6C & 480.6A | 1.25 | $125.00 | $156.25 |
| FEB-22-23 | CONSULTING FEES | Bajar archivo digital para radicación 480.6A, 480.6C 480.6SP | 0.75 | $125.00 | $93.75 |
| | | TOTAL: CONSULTING FEES | | | $2,468.75 |
| | | Total hours for this invoice | 19.75 | | |
| | | Total before tax | | | $2,468.75 |
| | | PR SALES TAX (IVU) | | | $0.00 |
| | | Total amount of this invoice | | | $2,468.75 |

MESSAGE

6% Withholding on Profesional Services (Waiver Certificate Available Upon Request)