**Name:** Donald S. Gosselin, d/b/a Gosselin Int'l Associates, division of MBG North Corp #1171
**Invoice Date:** 2/28/23
**Invoice Period:** 1 FEB 2023 - 28 FEB 2023

| Date | Task(s) | Rate | Total Hours | | Total Amount |
|---|---|---|---|---|---|
| 2/1/23 | Commo and coordination, Review of SALVA Case - Ponce | $ 165.00 | 6.75 | $ | 1,113.75 |
| 2/2/23 | Commo and coordination, | $ 165.00 | 0.75 | $ | 123.75 |
| 2/10/23 | Commo and coordination, | $ 165.00 | 0.50 | $ | 82.50 |
| 2/13/23 | Field Work, Puerto Rico | $ 165.00 | 8.00 | $ | 1,320.00 |
| 2/14/23 | Field Work, Puerto Rico | $ 165.00 | 8.00 | $ | 1,320.00 |
| 2/15/23 | Field Work, Puerto Rico | $ 165.00 | 8.00 | $ | 1,320.00 |
| 2/16/23 | Field Work, Puerto Rico | $ 165.00 | 8.00 | $ | 1,320.00 |
| 2/18/23 | Data Analysis | $ 165.00 | 2.25 | $ | 371.25 |
| 2/19/23 | Data Analysis | $ 165.00 | 2.00 | $ | 330.00 |
| 2/20/23 | Commo and coordination, Data and Policy Analysis/writing | $ 165.00 | 4.00 | $ | 660.00 |
| 2/21/23 | Commo and coordination | $ 165.00 | 0.50 | $ | 82.50 |
| 2/22/23 | Commo and coordination | $ 165.00 | 1.25 | $ | 206.25 |
| 2/23/23 | Data and Policy Analysis/writing | $ 165.00 | 4.75 | $ | 783.75 |
| 2/24/23 | Data and Policy Analysis/writing | $ 165.00 | 3.25 | $ | 536.25 |
| 2/27/23 | Commo and coordination | $ 165.00 | 0.50 | $ | 82.50 |
| 2/28/23 | Commo and coordination, | $ 165.00 | 1.50 | $ | 247.50 |
| **TOTAL Labor** | | | **60.00** | **$** | **9,900.00** |

| | | | |
|---|---|---|---|
| **TOTAL Travel** | *(see reimbursement form)* | **$** | **2,867.51** |
| **TOTAL** | | **$** | **12,767.51** |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

**Signature:** DS Gosselin <signature>

**Date:** 2/28/23

**Commo and Coordination** consists of all writings and digital comms to/from Monitors, PRPB, USDOJ; Review compliance targets, document and data requests, logistics; scheduling, on-site planning & coordination, database development

**Data/Policy Analysis, Writing**
Data concerns CMR-8, Draft/review data requests, review special case, reporting on interviews, due process for promo candidates

**Field Work:**
Research conducted in situ (SJU)

| Travel Breakout | Traveler: Donald S. Gosselin - FEB 12 - 17 2023 | | | | |
|---|---|---|---|---|---|
| **Expense** | **Unit Cost** | **Units** | **Column1** | **Total** | **Column2** |
| Airfare R/T Rep of Panama-SJU/Coach | $ 921.95 | 1 | $ - | $ 921.95 | CM R/T PTY- SJU |
| Airfare Change fee (earlier departure) | $ 75.00 | 0 | | $ - | |
| Baggage | $ 40.00 | 0 | | $ - | N/A |
| Ground Transportation (Uber/Lyft/Taxi) | $ 16.90 | 1 | | $ 20.29 | PTY - Residence |
| Ground Transportation (Parking) | $ 15.00 | 0 | | $ - | N/A |
| Ground POV Transportation to PTY (in miles) | $ 0.655 | 24 | | $ 15.72 | |
| Tolls /Use of Rental Vehicle/Residence-PTY | | | **WAIVED** | $ - | Not worth the heartburn |
| Lodging | $ 195.00 | 5 | | $ 975.00 | DoD high season rate |
| Per Diem (Travel Days) | $ 86.25 | 2 | | $ 172.50 | |
| Per Diem (Full Days) | $ 115.00 | 4 | | $ 460.00 | |
| Other: HOTEL TAX ($35.10 + 25.31/day) | $ 60.41 | 5 | | $ 302.05 | |
| | | | | | |
| **Total** | | | | **$ 2,867.51** | |

CopaAirlines

PreferAccess

ConnectMiles SILVER **4538 CM*S

TSA Pre✓

DONALD GOSSELIN

| DATE | FLIGHT | SEAT |
|---|---|---|
| 12 Feb 2023 | CM 450 | **20D** |

| PANAMA | SAN JUAN |
|---|---|
| **PTY** | **SJU** |
| 7:08pm | 10:57pm |

| | |
|---|---|
| Check Baggage | **5:08pm** |
| Be at gate | **6:08pm** |
| Gate Closes | **6:58pm** |

| TERMINAL | GATE | GROUP |
|---|---|---|
| 2 | - | 3 |

A STAR ALLIANCE MEMBER

SEQ 35

| E-TICKET NUMBER | RESERVATION |
|---|---|
| 2302180969146 | AAOIRZ |

## Special Notices

Gates are subject to change - please confirm your gate number on the screens in the airport, our App or Copa.com upon arrival.

Remember: Allow enough time for checking luggage and passing through security. When traveling around the holidays or other peak travel times, additional time may be needed.

Please note: The passenger is responsible for all necessary travel documents including passport,visas, tourist cards and any other document required by law or regulations in the countries of departure, destination or transit. It is recommended to all passengers to be aware of their vaccination and health history, and specifically, the International Certificate of Vaccination against Yellow Fever, if they are traveling to a country that requires it.

Boarding Pass

CopaAirlines

PreferAccess
ConnectMiles SILVER **4538 CM*S

TSA Pre✓

DONALD GOSSELIN

| DATE | FLIGHT | SEAT |
|---|---|---|
| 17 Feb 2023 | CM 451 | 05F |

SAN JUAN — PANAMA

**SJU** 5:59am → **PTY** 8:13am

- Check Baggage **3:59am**
- Be at gate **4:59am**
- Gate Closes **5:49am**

| TERMINAL | GATE | GROUP |
|---|---|---|
| - | - | 3 |

A STAR ALLIANCE MEMBER

SEQ 23

E-TICKET NUMBER
**2302180969146**

RESERVATION
**AAOIRZ**

## Special Notices

Gates are subject to change - please confirm your gate number on the screens in the airport, our App or Copa.com upon arrival.

Remember: Allow enough time for checking luggage and passing through security. When traveling around the holidays or other peak travel times, additional time may be needed.

Please note: The passenger is responsible for all necessary travel documents including passport,visas, tourist cards and any other document required by law or regulations in the countries of departure, destination or transit. It is recommended to all passengers to be aware of their vaccination and health history, and specifically, the International Certificate of Vaccination against Yellow Fever, if they are traveling to a country that requires it.

Boarding Pass



Business Park, Torre Norte
Urbanización Costa del Este
Apartado 0816-06819
Panamá, República de Panamá
Tel.: (507) 304-2672
Fax.: (507) 304-2696
www.copaair.com

March 9, 2023

**COST CERTIFICATE**

The following document has been issued for informational purposes upon request of:

**GOSSELIN, DONALD**

| **Passenger(s)** | GOSSELIN, DONALD |
|---|---|
| **Reservation Code** | AAOIRZ |
| **Ticket Number(s)** | 2302180969146 |
| **Route** | PANAMA (PTY) - SAN JUAN (SJU)<br>SAN JUAN (SJU) – PANAMA (PTY) |
| **Flight(s)** | CM450 /CM451 |
| **Date(s)** | FEBRUARY 12 – FEBRUARY 17, 2023 |
| **Fare class** | ECONOMY CLASS (CLASSIC E-H) |
| **Fare Basis** | USD 785,00 |
| **Taxes** | USD 136,95 |
| **Total** | **USD 921,95** |

Best Regards,

**COPA AIRLINES**




| — | Feb 10, 2023 | COPA 02302180969146 COPAAIR.COM FL | $921.95 | $4 |
|---|---|---|---|---|

| | |
|---|---|
| Purchased On | Feb 10, 2023 10:17 AM ET |
| Posted On | Feb 10, 2023 |
| Purchase Method | Online |
| Cardmember Name | Donald S Gosselin |
| Spend Category | Copa |

| | |
|---|---|
| Merchant Details | COPA<br>United States |

Print

SHERATON
Puerto Rico Hotel & Casino

## INFORMATION INVOICE

| | |
|---|---|
| ROOM | 1253 |
| ROOM TYPE | RBSZ |
| NO. OF GUESTS | 1 |
| RATE | 195 |
| CLERK | JETOR654, |
| DATE | 02/28/23 |
| PAGE No. | 1 of 4 |
| REWARDS # | 839932555 |

Dr Donald Gosselin
12 Naomi St
Sebago ME 04029
United States

ARRIVE 02/12/23 TIME 11:11 DEPART 02/17/23 TIME 02:06 FOLIO# 3937372

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| 02/12/23 | Govt. / Military | | 195.00 |
| 02/12/23 | Destination Fee - 18% | | 35.10 |
| 02/12/23 | Room Occupancy Tax | | 25.31 |
| 02/13/23 | Choices Rest. Food - Breakfast | | 0.50 |
| 02/13/23 | Tips - Restaurant | | 4.00 |
| 02/13/23 | Brkfst Choices 1% Tax | | 0.01 |
| 02/13/23 | Brkfst Choices Reduced Tax 6% | | 0.03 |
| 02/13/23 | Pool Beverage - Liquor | | 26.00 |
| 02/13/23 | Pool Beverage - Beer | | 14.00 |
| 02/13/23 | Tips - Pool | | 8.00 |
| 02/13/23 | Pool Sales Municipal Tax 1% - IVU | | 0.40 |
| 02/13/23 | Pool Sales Tax 10.5%-IVU | | 4.20 |
| 02/13/23 | Govt. / Military | | 195.00 |
| 02/13/23 | Destination Fee - 18% | | 35.10 |
| 02/13/23 | Room Occupancy Tax | | 25.31 |
| 02/14/23 | Choices Rest. Food - Breakfast | | 1.00 |
| 02/14/23 | Tips - Restaurant | | 4.00 |
| 02/14/23 | Brkfst Choices 1% Tax | | 0.01 |
| 02/14/23 | Brkfst Choices Reduced Tax 6% | | 0.06 |
| 02/14/23 | Pool Food - Lunch | | 1.39 |
| 02/14/23 | Pool Beverage - Beer | | 0.95 |

SHERATON
Puerto Rico Hotel & Casino

## INFORMATION INVOICE

| | |
|---|---|
| ROOM | 1253 |
| ROOM TYPE | RBSZ |
| NO. OF GUESTS | 1 |
| RATE | 195 |
| CLERK | JETOR654, |
| DATE | 02/28/23 |
| PAGE No. | 2 of 4 |
| REWARDS # | 839932555 |

Dr Donald Gosselin
12 Naomi St
Sebago ME 04029
United States

ARRIVE 02/12/23 TIME 11:11 DEPART 02/17/23 TIME 02:06 FOLIO# 3937372

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| 02/14/23 | Tips - Pool | | 7.00 |
| 02/14/23 | Pool Sales Municipal Tax 1% - IVU | | 0.03 |
| 02/14/23 | Pool Sales Tax 10.5%-IVU | | 0.10 |
| 02/14/23 | Pool Reduced Tax 6%-IVU | | 0.08 |
| 02/14/23 | Govt. / Military | | 195.00 |
| 02/14/23 | Destination Fee - 18% | | 35.10 |
| 02/14/23 | Room Occupancy Tax | | 25.31 |
| 02/15/23 | Choices Rest. Food - Breakfast | | 0.50 |
| 02/15/23 | Tips - Restaurant | | 4.00 |
| 02/15/23 | Brkfst Choices 1% Tax | | 0.01 |
| 02/15/23 | Brkfst Choices Reduced Tax 6% | | 0.03 |
| 02/15/23 | Pool Beverage - Liquor | | 7.27 |
| 02/15/23 | Pool Beverage - Wine | | 2.34 |
| 02/15/23 | Tips - Pool | | 10.00 |
| 02/15/23 | Pool Sales Municipal Tax 1% - IVU | | 0.10 |
| 02/15/23 | Pool Sales Tax 10.5%-IVU | | 1.01 |
| 02/15/23 | Lobby Lounge - Liquor | | 32.00 |
| 02/15/23 | Tips - Lobby Lounge | | 6.00 |
| 02/15/23 | Lobby Lounge Sales Municipal Tax 1% - I | | 0.32 |
| 02/15/23 | Lobby Lounge Sales Tax 10.5%-IVU | | 3.36 |
| 02/15/23 | Govt. / Military | | 195.00 |

SHERATON
Puerto Rico Hotel & Casino

## INFORMATION INVOICE

| | |
|---|---|
| ROOM | 1253 |
| ROOM TYPE | RBSZ |
| NO. OF GUESTS | 1 |
| RATE | 195 |
| CLERK | JETOR654, |
| DATE | 02/28/23 |
| PAGE No. | 3 of 4 |
| REWARDS # | 839932555 |

Dr Donald Gosselin
12 Naomi St
Sebago ME 04029
United States

ARRIVE 02/12/23 TIME 11:11 DEPART 02/17/23 TIME 02:06 FOLIO# 3937372

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| 02/15/23 | Destination Fee - 18% | | 35.10 |
| 02/15/23 | Room Occupancy Tax | | 25.31 |
| 02/16/23 | Choices Rest. Food - Breakfast | | 2.50 |
| 02/16/23 | Tips - Restaurant | | 4.00 |
| 02/16/23 | Brkfst Choices 1% Tax | | 0.03 |
| 02/16/23 | Brkfst Choices Reduced Tax 6% | | 0.15 |
| 02/16/23 | Pool Food - Dinner | | 6.63 |
| 02/16/23 | Pool Beverage - Liquor | | 10.48 |
| 02/16/23 | Tips - Pool | | 10.00 |
| 02/16/23 | Pool Sales Municipal Tax 1% - IVU | | 0.17 |
| 02/16/23 | Pool Sales Tax 10.5%-IVU | | 1.10 |
| 02/16/23 | Pool Reduced Tax 6%-IVU | | 0.40 |
| 02/16/23 | Govt. / Military | | 195.00 |
| 02/16/23 | Destination Fee - 18% | | 35.10 |
| 02/16/23 | Room Occupancy Tax | | 25.31 |
| 02/16/23 | Mastercard | | -1,451.21 |
| 02/16/23 | Room Service Food - Dinner | | 9.00 |
| 02/16/23 | Room Service - Delivery Charge | | 5.00 |
| 02/16/23 | Room Service Sales Municipal Tax 1% - I | | 0.14 |
| 02/16/23 | Room Service Sales Tax 10.5%-IVU | | 0.53 |
| 02/16/23 | Room Service Reduced Tax 6%-IVU | | 0.54 |



## INFORMATION INVOICE

| | |
|---|---|
| ROOM | 1253 |
| ROOM TYPE | RBSZ |
| NO. OF GUESTS | 1 |
| RATE | 195 |
| CLERK | JETOR654, |
| DATE | 02/28/23 |
| PAGE No. | 4 of 4 |
| REWARDS # | 839932555 |

Dr Donald Gosselin
12 Naomi St
Sebago ME 04029
United States

ARRIVE 02/12/23 TIME 11:11 DEPART 02/17/23 TIME 02:06 FOLIO# 3937372

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| 02/17/23 | Mastercard | | -15.21 |

| Balance | USD | 0.00 |
|---|---|---|

For billing questions or concerns, please let us know at SheratonPR.Folio@sheraton.com

13:34
Trip Details
Google
Map data ©2023
2/17/23, 08:18
CZ0810
$20.29
Add extra
Terminal 2
Sky Residences, Av. Vasco Nuñez de Balboa, Panamá, Panama
Receipt
You rated JOSE
★★★★★
Help
Find Lost Item
We can help you get in touch with your driver
Report Safety Issue
Let us know if you have a safety related issue

Gas
EV charging
Hotels
More
Rio El Chorro
Super 99 | La Cabima
Praderas del Norte
Centro Come
Mega
38 min
34.5 km
El Fuerte | Villa Zaíta
TORRIJOS CARTER
Corredor Nte
BRISAS DEL GOLF
BUENOS AIRES
SAN ISIDRO
Tocumen
Airport
COLINAS DE CERRO VIENTO
VILLA LUCRE
URB. DON BOSCO
San Miguelito
Rod Carew National Stadium
Estadio Rommel Fernández Gutiérrez
Parque Nacional Camino de Cruces
AltaPlaza Mall
Tumba Muerto
Centro Comercial El Dorado
COSTA DEL ESTE
CLAYTON
33 min
28.6 km
Cocolí
Albrook
PUNTA PAITILLA
BALBOA
Rousseau
Panama Canal Museum
Layers
Google