Al Youngs
5552 West Lakeridge Rd
Lakewood, CO 80227

February 1 - February 28, 2023
Invoice No. 44
Member of Federal Monitor Team

| Date | Brief Description | Total Hours |
|---|---|---|
|  | Reviewed and responded to emails and conference calls for the month of February. |  |
| 2/2<br>2/6<br>2/8<br>2/20<br>2/22<br>2/23<br>2/25<br>2/26<br>2/27<br>2/28 | From Members of the Monitor Team. | 5.0 Hours |
| 2/8<br>2/9<br>2/24<br>2/25<br>2/27<br>2/28 | Several meetings and phone calls with Monitor and Deputy Monitor. | 3.0 Hours |
|  | During site visit to Puerto Rico |  |
| 2/12 | Preparation for Supervision Management and Inspector to Colonel file review |  |
| 2/13 | Inspector to Colonel file review, DSP headquarters |  |
| 2/14 | Inspector to Colonel file review, DSP headquarters |  |
| 2/15 | Meeting with SARP Commander Santiago: Discussed efforts related to inspections and yearly report. Discussed EIS. |  |
| 2/15 | Meeting with SAOC Lt. Col Caseres: Discussed patrol supervision strategies and plans. |  |

| Date | Description | Hours |
|---|---|---|
| 2/16 | Meeting with Recruitment Director, Sgt. Brian Deese: Discussed recruitment effort updates. | |
| 2/16 | Meeting with Lt. Melendez ref updates related to Integrity Audits. | |
| | | 24.0 Hours |
| | | |
| 2/10 | Reviewed policy and procedures reference promotion from Inspector to Colonel | 3.0 Hours |
| 2/11 | Prepared packet of information and check off list for fellow members of the Monitoring Team who would be reviewing files. | 3.0 Hours |
| 2/18 | Reviewed Inspection Division Manual and reviewed completed Inspections for future meeting with SARP in 2023 in preparation of receiving Annual Inspection Report. | 2.0 Hours |
| 2/19 | Reviewed Paragraph 13, 2023 staffing plan emphasis on Patrol Operations | 2.0 Hours |
| 2/21 | Reviewed Supervisor training records, performance evaluations, disciplinary records, and SARP investigations. | 3.0 Hours |
| 2/23 | Additional review of personnel evaluations completed by Supervisiors of their subordinates, review pro media materials, re-reviewed OG310 | 3.0 Hours |
| 2/24 | Reviewed CMR-8 data request 2.1 | 2.0 Hours |
| 2/24 | Reviewed Paragraph 101 to 108 reference Recruitment, Selection and Hiring | 2.0 Hours |
| 2/25 | Prepare FPM memorandum reference Command level promotions | 2.0 Hours |
| 2/26 | Reviewed Paragraph 154 to 156 reference PRPB Audits | 2.0 Hours |
| 2/28 | Reviewed CMR-8 data request 2.2 | 2.0 Hours |
| 2/28 | Reviewed information reference Integrity Audits | 2.0 Hours |

**TOTAL HOURS:**     **60.0**

Billable Hours: 60 Hours at a Rate of $165.00 Per Hour =     $9,900.00

**TOTAL:**     **$9,900.00**

**TOTAL WAGES AND EXPENSE REIMBURSEMENT**     **$12,493.40**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_____
Signature — *Alan C. Young*

_____2/28/23_____
**Date**



# Office of the Technical Compliance Advisor
# Travel Reimbursement Form

Enter all required information below to obtain travel reimbursement. If spending did not occur in a category, please enter zeros. Zeros will likely need to be entered for one or more of the ground transportation options. The "Total" column of the table will update based on the information entered into the "Unit Cost" and "Units" columns. To update the "Total" column, click CTRL+A and then F9. Receipts for airfare, lodging, ground transportation, and PCR testing must be submitted with this form. Submit the Travel Reimbursement Form and accompanying receipts to Javier Gonzalez (Javier.benito@me.com) with the Chief Monitor (jrrjjr.romero@gmail.com) and/or his designee copied along with your monthly invoice.

**Traveler Name: Alan C Youngs**
**Travel Start Date 02/12/2023 Travel End Date: 02/17/2023**
**Purpose of Travel: Puerto Rico**

| Travel Reimbursement | | | |
|---|---:|---:|---:|
| | Unit Cost | Units | Total |
| **Airfare Rd. trip Denver to Puerto Rico** | $1,046.40 | 1 | $1,046.40 |
| | | | |
| **Baggage** | | | |
| **Ground Transportation (Uber/Lyft/Taxi)** | $0.00 | 1 | $0.00 |
| **Ground Transportation (Parking)** | $0.00 | 0 | $0.00 |
| **Ground Transportation (Mileage)** | $0.655 | 0 | $0.00 |
| **Lodging** | $182.90 | 5 | $914.50 |
| **Per Diem (Travel Days)** | $86.25 | 2 | $172.50 |
| **Per Diem (Full Days)** | $115.00 | 4 | $460.00 |
| **PCR Testing** | $0.00 | 0 | $0.00 |
| **Total** | | | **2,593.40** |

Office of the Technical Compliance Advisor Puerto Rico

VIG Tower, PH – 924

1225 Ave. Juan Ponce de Leon

San Juan, PR 00907

787-417-9098

A-List Preferred    Hi, Alan  10,891 points    **My Account**  |  **Log out**    Español 



FLIGHT | HOTEL | CAR | VACATIONS     SPECIAL OFFERS     RAPID REWARDS®

# Thanks for flying with us!

✓ Price    ✓ Payment    ✓ Confirmation

## ✓ Your flight is booked!

We're sending you a confirmation email to the address below. If the email hasn't arrived in 2 minutes, check your junk or spam folder.
alyoun@aol.com

## Trip summary

Print 

### ✈ Flight

**CONFIRMATION #**
**4EJN65**

**FEB 12 - 17**
**DEN ✈ SJU**

**FLIGHT TOTAL**
**$1,046.40**



Add a car

Book now. Pay later!
From $360.89*/week in San Juan

*Taxes and fees excl. Terms apply.

Book now

Add a hotel

The perfect stay is moments away

**WHERE ARE YOU HEADED?**
San Juan

**CHECK-IN**          **CHECK-OUT**
02/12/2023           02/17/2023

Search ↗

Feedback

**Earn 50,000 points.**

Learn more >

The account information is only an estimate for a specific point in time. Please reference your Rapid Rewards® account for the most up-to-date information.

| | |
|---|---:|
| CURRENT POINTS BALANCE | 10,891 |
| ESTIMATED POINTS EARNED ON THIS TRIP | 9,090 |
| POINTS EARNED WITH NEW CREDIT CARD OFFER | 50,000 |
| **ESTIMATED TOTAL POINTS** | **69,981** |

# 2/12 - San Juan

**Wanna offset carbon?**
Now you can every time you fly with us.

Learn more >

FEB 12 - 17

## Denver, CO *to* San Juan, PR

**Confirmation # 4EJN65**

| PASSENGERS | EST. POINTS | EXTRAS | FARE |
|---|---|---|---|
| **Alan Youngs** <br> Rapid Rewards® Acct # 207895671    A-List Preferred <br> Add Known Traveler # / Redress # > <br> Special Assistance > | + 9,090 PTS | ☀ | Anytime <br> Wanna Get Away Plus |

 **Transfarency®: Defined**
Low fares. Nothing to hide.

 **Change fees don't fly with us**
Flexibility for your travel plans.

 **Pack with care**
Guidelines for carryon luggage.

# Departing  2/12/23 Sunday

**DEPARTS** 10:50 AM **DEN** Denver, CO - DEN

FLIGHT 842
SCHEDULED AIRCRAFT
Boeing 737-700
*Subject to change*

**ARRIVES** 4:05 PM **TPA** Tampa, FL - TPA

TRAVEL TIME
3hr 15min

stop 1: Tampa, FL - TPA



**DEPARTS** 4:50 PM **TPA** Tampa, FL - TPA

FLIGHT 2907
SCHEDULED AIRCRAFT
Boeing 737-800
*Subject to change*

**ARRIVES** 8:45 PM **SJU** San Juan, PR - SJU

TRAVEL TIME
2hr 55min

**Anytime** $645.00
(Passenger x1)

SUBTOTAL
$645.00

# Returning  2/17/23 Friday

**DEPARTS** 11:20 AM **SJU** San Juan, PR - SJU

FLIGHT 1574
SCHEDULED AIRCRAFT
Boeing 737 MAX8
*Subject to change*

**Wanna Get Away Plus** $330.00
(Passenger x1)

| | | | |
|---|---|---|---|
| ARRIVES | 1:35 PM | MCO<br>Orlando, FL - MCO | TRAVEL TIME<br>3hr 15min |

stop 1: Orlando, FL - MCO

| | | | |
|---|---|---|---|
| DEPARTS | 2:35 PM | MCO<br>Orlando, FL - MCO | FLIGHT<br>962<br>SCHEDULED AIRCRAFT<br>Boeing 737-800<br>*Subject to change* |
| ARRIVES | 4:50 PM | DEN<br>Denver, CO - DEN | TRAVEL TIME<br>4hr 15min |

SUBTOTAL
**$330.00**

Taxes & fees $71.40

Flight total **$1,046.40**

### Icon legend

 WiFi available     Live TV available     EarlyBird Check-In®    Change planes

### Helpful Information:

- Starting July 1, 2023 (12:00 a.m. CT), for Wanna Get Away® or Wanna Get Away Plus™ award travel reservations: if you do not cancel your reservation at least 10 minutes before the flight's original scheduled departure time, any points used for booking will be forfeited, along with any taxes and fees associated with your award travel reservation. For Anytime or Business Select® award travel reservation: the points used for booking will continue to be redeposited to the purchaser's Rapid Rewards® account, and any taxes and fees associated with the award travel reservation will be converted into a flight credit for future use.
- Please read the fare rules associated with this purchase.
- When booking with Rapid Rewards points, your points balance may not immediately update in your account.

**Book your hotel with us and earn up to 10,000 points per night.**


The perfect stay is moments away

**WHERE ARE YOU HEADED?**

San Juan

| CHECK-IN | CHECK-OUT |
|---|---|
| Sun, Feb 12, 2023 | Fri, Feb 17, 2023 |

| ROOMS | ADULTS | CHILDREN |
|---|---|---|
| 1 | 1 | 0 |

Search ↗

Feedback

## Payment summary

| PAYMENT INFORMATION | | | AMOUNT PAID |
|---|---|---|---|
| **VISA**  **Visa 3491**  XXXXXXXXXXXX3491  Expiration: 7/27 | CARD HOLDER  **Alan Youngs** | BILLING ADDRESS  **5552 W Lakeridge Rd**  **Lakewood, CO US 80227** | $**1,046.40** |

## Total charged

**You're all set for your upcoming trip.**

Get ready to enjoy two bags for the price of none*,
no fees to change your flight**, and some Southwest® love.

*First and second checked bags. Weight and size limits apply. **Fare difference may apply.



| | |
|---|---:|
| SUBTOTAL | $975.00 |
| TAXES & FEES | $71.40 |
| TOTAL DOLLARS | $1,046.40 |

Show price breakdown

## Save up to 30% off

Earn up to 2400 Rapid Rewards® points.



Book now ›



**Score! You qualify for up to a 30% discount on points.**

Buy now and boost your balance. Don't wait – this offer is only valid while on this page.

Buy points ↗

Feedback









**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Alan Youngs
5552 W Lakeridge Rd
Lakewood CO 80227
United States

Room: 0907
Room Type: EKNG
No. of Guests: 1
Rate: $ 155.00  Clerk: 8

Marriott Rewards #   119330892

CRS Number  93035611

Name:

Arrive:  02-12-23          Time:  09:58 PM          Depart:  02-17-23          Folio Number:  720836

| Date     | Description                          | Charges | Credits |
|----------|--------------------------------------|---------|---------|
| 02-12-23 | Package                              | 155.00  |         |
| 02-12-23 | Government Tax                       | 13.95   |         |
| 02-12-23 | Hotel Fee 9% of Daily Rate           | 13.95   |         |
| 02-13-23 | COMEDOR- Guest Charge (Breakfast)    | 4.02    |         |
| 02-13-23 | COMEDOR- Guest Charge (Dinner)       | 57.00   |         |
| 02-13-23 | Package                              | 155.00  |         |
| 02-13-23 | Government Tax                       | 13.95   |         |
| 02-13-23 | Hotel Fee 9% of Daily Rate           | 13.95   |         |
| 02-14-23 | COMEDOR- Guest Charge (Breakfast)    | 4.34    |         |
| 02-14-23 | Package                              | 155.00  |         |
| 02-14-23 | Government Tax                       | 13.95   |         |
| 02-14-23 | Hotel Fee 9% of Daily Rate           | 13.95   |         |
| 02-15-23 | Comedor - Guest Charge               | 4.02    |         |
| 02-15-23 | Package                              | 155.00  |         |
| 02-15-23 | Government Tax                       | 13.95   |         |
| 02-15-23 | Hotel Fee 9% of Daily Rate           | 13.95   |         |
| 02-16-23 | COMEDOR- Guest Charge (Breakfast)    | 4.00    |         |
| 02-16-23 | COMEDOR- Guest Charge (Breakfast)    | 5.21    |         |
| 02-16-23 | Package                              | 155.00  |         |
| 02-16-23 | Government Tax                       | 13.95   |         |
| 02-16-23 | Hotel Fee 9% of Daily Rate           | 13.95   |         |

**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Alan Youngs
5552 W Lakeridge Rd
Lakewood CO 80227
United States

Room: 0907
Room Type: EKNG
No. of Guests: 1
Rate: $ 155.00   Clerk: 8

Marriott Rewards #   119330892

CRS Number   93035611

Name:

Arrive:  02-12-23        Time:  09:58 PM        Depart:  02-17-23        Folio Number:  720836

| Date | Description | Charges | Credits |
|---|---|---|---|
|  | Balance |  | 993.09 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.