# Rafael Ruiz

12 Crestshire Dr.
Lawrence, MA 01843

PHONE: 6177599156   stodgo1971@yahoo.com   12 Crestshire Dr.

## INVOICE

INVOICE NUMBER: 2023-02
INVOICE DATE: 2/28/2023

Federal Police Monitor for PR
VIG Tower, PH-924
1225 Ponce De Leon Ave.
San Juan, PR 00907

LiRa Consulting, LLC

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: FPM work from Home | | | |
| 2/3/2023 | FPM work from Home | Meet USDOJ Katie re: PRPB S&S Action Plan | 0.75 | $165.00 | $123.75 |
| 2/6/2023 | FPM work from Home | Meet with FPM Dep Monitor | 0.75 | $165.00 | $123.75 |
| 2/10/2023 | FPM work from Home | FPM meeting with PRPB/USDOJ, re S&S Action Plan | 1.00 | $165.00 | $165.00 |
| 2/13/2023 | FPM work from Home | Zoom meeting, re PRPB demo of IT Modules (BWC, Audio Recording Device) | 1.50 | $165.00 | $247.50 |
| 2/15/2023 | FPM work from Home | Prep Excel for CMR-08; Download and work on CMR-08 midterm data draft | 5.50 | $165.00 | $907.50 |
| 2/17/2023 | FPM work from Home | Work on CMR-08 midterm data draft | 7.00 | $165.00 | $1,155.00 |
| 2/18/2023 | FPM work from Home | Work on CMR-08 midterm data draft | 4.00 | $165.00 | $660.00 |
| 2/19/2023 | FPM work from Home | Work on CMR-08 midterm data draft | 4.50 | $165.00 | $742.50 |
| 2/20/2023 | FPM work from Home | Work on CMR-08 midterm data draft; and FPM Biweekly (supplemental) meeting | 6.50 | $165.00 | $1,072.50 |
| 2/21/2023 | FPM work from Home | Work on CMR-08 midterm data draft | 6.50 | $165.00 | $1,072.50 |
| 2/22/2023 | FPM work from Home | Work on CMR-08 midterm data draft | 5.00 | $165.00 | $825.00 |
| 2/23/2023 | FPM work from Home | Work on CMR-08 midterm data draft | 6.00 | $165.00 | $990.00 |
| 2/24/2023 | FPM work from Home | Work on CMR-08 midterm data draft | 5.50 | $165.00 | $907.50 |
| 2/25/2023 | FPM work from Home | Work on CMR-08 midterm data draft | 4.00 | $165.00 | $660.00 |
| 2/27/2023 | FPM work from Home | Prep for/and FPM Team Biweekly Meeting | 1.50 | $165.00 | $247.50 |
| 2/28/2023 | FPM work from Home | All emails, texts, calls for the month. | 1.00 | $165.00 | $165.00 |
| | | TOTAL: FPM work from Home | | | $10,065.00 |

INVOICE NUMBER: 2023-02

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
|      |         | Total hours for this invoice | 61.00 |      |        |

| INVOICE BALANCE INFORMATION | |
|---|---:|
| Total amount of this invoice | $10,065.00 |
| Current invoice balance | $10,065.00 |

| AMOUNT DUE ON THIS INVOICE: $10,065.00 |
|---|

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of the hours worked in my capacity as a member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*[signature]*

Rafael E. Ruiz                                                                 Date: February 28, 2023