**INVOICE 0096 FOR PROFESSIONAL SERVICES; FEB 1, 2023, THROUGH FEB 28, 2023
RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC**

TO:   **Federal Monitor
Puerto Rico Police Department Consent Decree**

The invoice for professional services rendered by Crystal Reef LLC (Monitoring Core Team) for February 2023 is detailed in the following attachments on pages 2 through 9.

| Name: | Scott Cragg | | | |
|---|---|---|---|---|
| **Invoice Date:** | 2/28/23 | | | |
| **Invoice Period:** | Feb 1 - Feb 28, 2023 | | | |

| Date | Task(s) | Rate | Total Hours | Total Amount |
|---|---|---|---|---|
| 2/1/23 | Mtg with Gartner on Assessment progress, emails with DepMonitor, on-site planning | $ 165.00 | 1 | $ 165.00 |
| 2/2/23 | Review of Gartner edits to the 2/2 version of the IT strategic plan, review of emails from the Monitors Office | $ 165.00 | 0.75 | $ 123.75 |
| 2/3/23 | Review new Box data file structure and data from Monitors Office | $ 165.00 | 0.75 | $ 123.75 |
| 2/4/23 | Review Cyber threat data for Puert Rico, review with Federal Monitor, read emails | $ 165.00 | 1.5 | $ 247.50 |
| 2/5/23 | Complete final integration of CMR 5,6,7 recommendations in February On-Site Interview Plan | $ 165.00 | 0.75 | $ 123.75 |
| 2/6/23 | Emails with monitors, modify invoice per court and montor administrative manager | $ 165.00 | 0.5 | $ 82.50 |
| 2/7/23 | telcon review of latest Gartner Assessment, scan email, speak to the monitor, review 253 notes for IT, provide comments to DepMonitor | $ 165.00 | 2.25 | $ 371.25 |
| 2/8/23 | emails with Deputy Monitor, recommendation regarding 253 content concerning IT | $ 165.00 | 0.75 | $ 123.75 |
| 2/9/23 | Review team emails, review General Order 403 for required corrections/edits, research history and compare to PRPB revisions | $ 165.00 | 2.25 | $ 371.25 |
| 2/10/23 | Finish review of GO 403, comment to FPM, coordinate with AHD on analytics review | $ 165.00 | 2.75 | $ 453.75 |
| 2/11/23 | GO 403 re-edit per monitors office, comment and correspond | $ 165.00 | 0.75 | $ 123.75 |
| 2/13/23 | On-Site Puerto Rico | $ 165.00 | 8 | $ 1,320.00 |
| 2/14/23 | On-Site Puerto Rico | $ 165.00 | 8 | $ 1,320.00 |
| 2/15/23 | On-Site Puerto Rico | $ 165.00 | 8 | $ 1,320.00 |
| 2/16/23 | On-Site Puerto Rico | $ 165.00 | 8 | $ 1,320.00 |
| 2/17/23 | Synopsize trip visit for BT, recommend courses of action to comply and prpeare for IT demonstrations in March | $ 165.00 | 0.75 | $ 123.75 |
| 2/18/23 | Initiate review of Gartner Recommended IT Corrective Action Plan | $ 165.00 | 1 | $ 165.00 |
| 2/19/23 | Fed monitor Bi-Weekly review and Planning call, Mtg with DepMonitor - plan and prep CMR-8, clear emails, travel planning and scheduling | $ 165.00 | 2 | $ 330.00 |
| 2/21/23 | Review Gartner Final IT Plan details, Review with DoJ SME, prep for Telcon Review with Gartner, Meet with Cyber experts and consider plan for Cyber review of PRPB assets, Telcon with Federal Monitor to discuss Gartner, Meet with Gartner on Final Plan. | $ 165.00 | 3.25 | $ 536.25 |
| 2/23/23 | Continue Review and Markup of Gartner Plan, email review | $ 165.00 | 2.25 | $ 371.25 |
| 2/24/23 | emails, rework Gartner plan with heavy edits | $ 165.00 | 4.25 | $ 701.25 |
| 2/25/23 | Review PRPB/BT comments of Gartner Report, review Box data | $ 165.00 | 2.75 | $ 453.75 |
| 2/27/23 | Fed Monitors weekly, Planning mtg for On-site in March, emails on cyber review and from Deputy Monitor, AHD planning and coordination, heavy edit of Gartner plan into Monitors recommendations. | $ 165.00 | 3.75 | $ 618.75 |
| 2/28/23 | Review and video conference on Cyber briefing materials as prep for info on PuertoRico to the monitor and DoJ, Invoicing | $ 165.00 | 2 | $ 330.00 |
| | | | | $ - |

| TOTAL Labor | | | 68 | $ 11,220.00 |
|---|---|---|---|---|
| TOTAL Travel | *(see reimbursement form)* | | | 1,884.08 |
| TOTAL | | | 68 | $ 13,104.08 |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Signature:   //Scott Cragg//                                    Date:    2/28/23



# Office of the TCA - Travel Reimbursement Form

**Traveler Name:** Scott Cragg
**Travel Dates:** Feb 12-16 2023
**Purpose of Travel:** On-Site Monitoring

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 449.40 | 1 | $ 449.40 |
| Bags/Airport Shuttle  tips-no receipt | $ 2.00 | 2 | $ 4.00 |
| Ground Transportation (Tolls) | $ 0.91 | 2 | $ 1.82 |
| Ground Transportation (Parking) | $ 13.00 | 5 | $ 65.00 |
| Ground Transportation (Mileage) | $ 0.655 | 175.2 | $ 114.76 |
| Lodging | $ 182.90 | 4 | $ 731.60 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 3 | $ 345.00 |
| Other: | | 0 | $ - |
| **Total** | | | **$ 1,884.08** |



SC   24,481 pts



# Thanks for booking with JetBlue, Scott!

Orlando ⇄ San Juan

**Feb 12 - Feb 16,** non-refundable roundtrip

Add to Calendar ⋮



**Confirmation Code:**

YKSLQQ

Copied

Manage this booking

A confirmation email has been sent to spcragg@verizon.net. If you didn't receive it, check your spam/junk folder. You can also view and manage your trip on jetblue.com or the JetBlue app with your confirmation code.

MCO 1:15pm                          SJU 5:07pm
jetBlue

**Returning: Feb 16 2023**

SJU 7:59pm                          MCO 10:05pm
jetBlue

Total: **$449.40**

Charged to **Travel Bank** and **Visa** ending in 6833

Show details



Thank you, Scott!

Just a reminder that your Mosaic status comes with more perks like no fees for changes or cancellations, early boarding, 2 free checked bags, free inflight alcoholic beverages and more.

Explore all benefits.

**Subject:** JetBlue booking confirmation for SCOTT P CRAGG - YKSLQQ
**Date:** Wednesday, January 25, 2023 at 2:58:59 PM Eastern Standard Time
**From:** JetBlue Reservations
**To:** spcragg@verizon.net

Check out the details for your trip onSun, Feb 12

Mosaic     | #3363415311

*Proof of Ticket Purchase*

# You're all set to jet.

And, your continued loyalty is what keeps us flying high. Thanks again for being a Mosaic member.

*Page 1 of 6*

Please note: This is not your boarding pass.

**Your JetBlue confirmation code is**

# YKSLQQ

## Change made easy.

Switch or cancel flights, add extras like Even More Space or pets, update your seat assignment, TrueBlue & KTN numbers, and other traveler details—all in one place.Stay safe from fraud—use only **jetblue.com** or the JetBlue app to switch or cancel your flights.

**Manage trip**

You can also manage your trips by **downloading our free mobile app**.

## Flights



**Fare:** Blue

**Seat:** <u>2C</u>

**Notes:** Even More Space

**SJU - MCO:**

**Fare:** Blue

**Seat:** <u>4C</u>

**Notes:** Even More Space

## Bag Allowance (per traveler)

| **Sun, Feb 12** | Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|---|
| MCO - SJU | Free | Free | Free Mosaic Perk | Free Mosaic Perk |

| **Thu, Feb 16** | Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|---|
| SJU - MCO | Free | Free | Free Mosaic Perk | Free Mosaic Perk |

**<u>Size and weight limits apply. See full details on our Bag Info page</u>** ▶

Free checked bag benefit for Mosaic members applies to JetBlue-operated and eligible American Airlines-operated flights only, and no other codeshare or partner airline flights.

Additional charges may apply.

## Payment Details

XXXXXXXXXX3831
Visa XXXXXXXXXX6833

| | |
|---|---|
| NONREF | $387.00 |
| Taxes & fees | $62.40 |
| **Total:** | **$449.40 USD** |

Purchase Date: Jan 25, 2023

*Price Paid for Ticket* (handwritten annotation)

(2) (handwritten)

## MCO
Orlando, FL
**Terminal:** C

## SJU
San Juan, PR

**Date** Sun, Feb 12
**Departs** 1:15pm
**Arrives** 5:07pm
**Flight** 1133

JetBlue

## SJU
San Juan, PR
**Terminal:** A

## MCO
Orlando, FL

**Date** Thu, Feb 16
**Departs** 7:59pm
**Arrives** 10:05pm
**Flight** 1134

JetBlue

**If your booking was made at least 7 days in advance:** You may cancel it within 24 hours for a full refund to your original form of payment, without a cancellation fee.

**JetBlue Change/Cancel Policy:** There is no fee to change (or cancel) Blue, Blue Extra, Blue Plus or Mint fares. Blue Basic fares booked Jun 8 2021 - Aug 24 2021 and after Nov 1 2021 are subject to a change/cancel fee of $100 for travel wholly within the U.S., Caribbean, Mexico or Central America, or $200 for all other routes. There are no change/cancel fees for Blue Basic fares booked before Jun 8 2021 or between Aug 25 2021 - Oct 31 2021.

Fare difference may apply and funds may be issued as a JetBlue Travel Bank credit, valid for 12 months on any JetBlue-operated flight. As a Mosaic, same-day switches may be made without a fee or fare difference. **Click here** for details on our change and cancel policies.

## Traveler Details

**SCOTT P CRAGG**

**Frequent Flier:** B6 3363415311
**Ticket number:** 2792113818922

**MCO - SJU:**



**Subject:** Your JetBlue Travel Bank Purchase
**Date:**    Wednesday, January 25, 2023 at 2:58:16 PM Eastern Standard Time
**From:**    JetBlue Airways
**To:**      SPCRAGG@VERIZON.NET

# jetBlue

Hello Mr. Scott Cragg,

Thanks for being a JetBlue customer and for using your travel credit funds to purchase a ticket on JetBlue. For your convenience, the transaction details are provided below:

## Purchase Transaction Details

- Passenger Name: Mr. SCOTT P CRAGG
- Transaction ID: 91364508
- Ticket Number: 2792113818922
- Amount Debited: 256.60    *Amount used from Travel Bank*
- Account Balance*: 0.00    *ZERO BALANCE*

*Account balance at the time this transaction was completed. To check your Travel Bank account balance and transactions, click here.

Please note that the debited amount shown above may not reflect the full cost of the ticket purchased, but rather the value of the Travel Bank funds applied.

Have questions about using your Travel Credits? Watch the How-To videos on the Travel Bank Credits page on jetblue.com, or check out the helpful FAQs and information on Travel Bank and JetBlue travel credits. We look forward to welcoming you on another JetBlue flight soon!

Sincerely,
JetBlue





# Account Transaction History*

## *Please change the date range below; the current month is showing.

Account Number:   8279001186493831

date range: 22 Jan 2023                    to: 15 Mar 2023   Ticket Number: Ticket Number

search

Account Summary

Show 10 entries

| Date | Transaction Type | E-Ticket Number | Traveler Name | Credit Code | Credit Type | Credit Expiry Date | Amount |
|------|------------------|-----------------|---------------|-------------|-------------|--------------------|--------|
| 01/25/23 | Ticket Purchased | 2792113818922 | SCOTT P MR CRAGG | | | | -256.60 |
| | Your Account Balance: | | | | | | 0.00 |

Showing 1 to 1 of 1 entries

Account Summary

*(handwritten)* proof of PAYMENT

*(handwritten)* AMOUNT OF PAYMENT

MR Scott Cragg

- Account Summary
- Account Statement
- Logout

**Links**

- Book Now
- JetBlue Help
- On an Apple Mobile Device? Chat Now
- Contact Us
- TrueBlue Login

*(handwritten mark)*

MR Scott Cragg

- Account Summary
- Account Statement
- Logout

**Links**

- Book Now
- JetBlue Help
- On an Apple Mobile Device? Chat Now
- Contact Us
- TrueBlue Login

©2023 JetBlue

## Account Transaction History*

**Purchased Ticket Details.**

**Transaction Details**

| | |
|---|---|
| Transaction ID: | 91364508 |
| Currency: | USD |
| Original Amount: | -256.60 |
| Rate of Exchange: | 1.0000 |
| Amount: | -256.60 |
| Confirmation: | YKSLQQ |
| Issued At: | NIH |
| Issued by: | DC1 |
| **Passenger Details:** | SCOTT P MR CRAGG |

ring.

| | Amount |
|---|---|
| | -256.60 |
| | 0.00 |

| Departing From: | Arriving At: | Flight Number: | Date: | Class Of Travel: |
|---|---|---|---|---|
| MCO | SJU | 1133 | 02/12/23 | W |
| SJU | MCO | 1134 | 02/16/23 | M |

*Proof of Destination* ORLANDO TO SAN JUAN

*Proof of Departure from Puerto Rico*



# Account Transaction History*

## *Please change the date range below; the current month is showing.

Account Number:   8279001186493831

date range:  11 Dec 2022          to:  16 Mar 2023     Ticket Number:  [Ticket Number]

search

Account Summary

Show  10 [5]  entries

| Date | Transaction Type | E-Ticket Number | Traveler Name | Credit Code | Credit Type | Credit Expiry Date | Amount | BAL |
|------|------------------|-----------------|---------------|-------------|-------------|--------------------|--------|-----|
| 12/14/22 | Refund | 2792109018643 | SCOTT POMAIALOHA MR CRAGG | * RFND | Credit Shell or Refund — *ORIGINAL PAID VISA* / *FAMILY TRIP CANCELLED* | 12/14/23 | 279.80 | *2798* |
| 12/14/22 | Refund | 2792109838564 | SCOTT P MR CRAGG | * RFND | Credit Shell or Refund — *ORIGINAL PAID VISA* / *CANCELLED BIZ TRIP* | 12/14/23 | 248.60 | *528* |
| 12/14/22 | Refund | 2792109837919 | SCOTT P MR CRAGG | * RFND  * RFND | Credit Shell or Refund — *ORIGINAL PAID VISA* / Credit Shell or Refund *CANCELLED TRIP, schedule change* | 12/06/23  12/14/23 | 258.80 | *797* |
| 12/15/22 | Ticket Purchased | 2792110424159 | SCOTT P MR CRAGG | | *FAMILY TRIP — DEDUCT* | | -93.60 | *693* |
| 12/25/22 | Ticket Purchased | 2792111139222 | SCOTT P MR CRAGG | | *JANUARY TRIP TO P.R. — DEDUCT* | | -441.60 | *252* |
| 01/04/23 | Refund | 2792110424159 | SCOTT P MR CRAGG | * RFND | Credit Shell or Refund — *ORIGINAL PAID VISA* / *FAMILY TRIP BOSTON* | 12/06/23 | 93.60 | *345* |
| 01/18/23 | Ticket Purchased | 2792113281670 | SCOTT P MR CRAGG | | *CHARGE SKED CHANGE P.R.* | | -89.00 | *256* |
| 01/25/23 | Ticket Purchased | 2792113818922 | SCOTT P MR CRAGG | | *REFUND CREDIT APPLIED TO FEB P.R. TRIP* | | -256.60 | *-0* |
| Your Account Balance: | | | | | | | 0.00 | |

Showing 1 to 8 of 8 entries                                    1

Account Summary

MR Scott Cragg

# E-ZPass Virginia: Transaction History

**Account Number:** 236166 **From:** 1/18/2023 **To:** 2/17/2023

| Date Posted | Transaction | Receipt | Transponder / Plate | Agency | Entry Plaza | Exit Plaza | Entry Date and Time | Exit Date and Time | Plaza Facility | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/20/2023 | IAG TOLL INCOMING TRANSACTIONS | | 3829399 | CFX | | 392 | | 1/19/2023 10:10 PM | | -1.23 | 57.94 |
| 2/8/2023 | IAG TOLL INCOMING TRANSACTIONS | | 3829399 | CFX | | 301 | | 2/7/2023 3:12 PM | | -0.92 | 57.02 |
| 2/8/2023 | IAG TOLL INCOMING TRANSACTIONS | | 3829399 | CFX | | 328 | | 2/7/2023 3:19 PM | | -0.92 | 56.10 |
| 2/8/2023 | IAG TOLL INCOMING TRANSACTIONS | | 3829399 | FTE | | J47 | | 2/7/2023 3:03 PM | | -2.13 | 53.97 |
| 2/10/2023 | IAG TOLL INCOMING TRANSACTIONS | | 3829399 | CFX | | 393 | | 2/9/2023 11:35 PM | | -0.92 | 53.05 |
| 2/13/2023 | IAG TOLL INCOMING TRANSACTIONS | | 3962254 | CFX | | 394 | | 2/12/2023 11:35 AM | | -0.92 | 52.13 |
| 2/17/2023 | IAG TOLL INCOMING TRANSACTIONS | | 3962254 | CFX | | 393 | | 2/16/2023 10:51 PM | | -0.92 | 51.21 |

**From:** RFRTeam@thefastpark.com,
**To:** slcragg@verizon.net,
**Subject:** Your Fast Park Receipt February 16, 2023
**Date:** Fri, Feb 17, 2023 8:41 pm
**Attachments:** Scott_02162023.pdf (68K),



This transaction has been posted to your account and the receipt can also be found at the bottom of your dashboard. If you have any questions, please call 1-877-806-7275 (PARK) or send us a note at rfrteam@thefastpark.com. Our Rewards Representatives are available Monday through Friday; 9 a.m. to 4 p.m ET. If you would like to speak with your local Fast Park Manager, please visit our website for contact information.

# Parking Receipt

## February 16, 2023

**Orlando**
7870 N. Frontage Road
Orlando, FL 32812

PARKING DETAILS

| | |
|---|---|
| **Check-In:** | 2/12/2023 11:48:00 AM |
| **Check-Out:** | 2/16/2023 10:37:47 PM |
| **Period:** | 4d 10h 49m |

TRANSACTION SUMMARY

| | |
|---|---|
| **Gross Amount:** | $65.00 |
| **Discounts:** | $0.00 |
| **Amount Paid:** | $65.00 |

PAYMENT INFORMATION

| | |
|---|---|
| **Payment Type:** | Credit Card |

**Google Maps** 219 S Riverwalk Dr, Palm Coast, FL 32137 to   Drive 87.6 miles, 1 hr 42 min
Fast Park & Relax MCO, 7870 N Frontage Rd, Orlando, FL 32812



87.6 mi X 2 TRIPS

**COURTYARD®**
**Marriott.**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Scott Cragg
13932 S Springs Dr
Clifton VA 20124
United States

Marriott Rewards #   797225828

Name:

Arrive:  02-12-23          Time:  05:19 PM          Depart:  02-16-23

Room: 0306
Room Type: EKNG
No. of Guests: 1
Rate:  $  155.00  Clerk: 8
CRS Number  75945242

Folio Number: 719825

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 02-12-23 | Package | 155.00 | |
| 02-12-23 | Government Tax | 13.95 | |
| 02-12-23 | Hotel Fee 9% of Daily Rate | 13.95 | |
| 02-13-23 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 02-13-23 | Package | 155.00 | |
| 02-13-23 | Government Tax | 13.95 | |
| 02-13-23 | Hotel Fee 9% of Daily Rate | 13.95 | |
| 02-14-23 | Package | 155.00 | |
| 02-14-23 | Government Tax | 13.95 | |
| 02-14-23 | Hotel Fee 9% of Daily Rate | 13.95 | |
| 02-14-23 | COMEDOR- Guest Charge (Breakfast) | 3.75 | |
| 02-15-23 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |
| 02-15-23 | Package | 155.00 | |
| 02-15-23 | Government Tax | 13.95 | |
| 02-15-23 | Hotel Fee 9% of Daily Rate | 13.95 | |
| 02-16-23 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 02-16-23 | Visa Card | | 761.12 |
| | Card # XXXXXXXXXXXX6833 | | |
| 02-16-23 | Visa Card | | -14.77 |
| | Card # XXXXXXXXXXXX6833 | | |

*$ 731.6*