**CORREA ACEVEDO & ABESADA LAW OFFICES, PSC**
Centro Internacional de Mercadeo - II
90 Carr. 165  Suite 407
Guaynabo, PRI 00968
USA

March 1, 2023
Invoice #  20805

**United States v. Commonwealth of Puerto Rico**
**Police Reform, Case No. 12-2039 (GAG)**

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/1/2023 | RAA | Telephone call from J. Romero. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Telephone call from J. Gonzalez. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Review emails from parties, monitors, and special master. | 0.40<br>225.00/hr | 90.00 |
| 2/2/2023 | RAA | Prepare translation of data request. | 0.90<br>225.00/hr | 202.50 |
|  | RAA | Prepare for and attend meetings today with special master and executive team. | 1.50<br>225.00/hr | 337.50 |
|  | RAA | Emails and calls with J. Gonzalez. | 0.40<br>225.00/hr | 90.00 |
|  | RAA | Review emails from parties, monitors, and special master. | 0.40<br>225.00/hr | 90.00 |
|  | RAA | Review amended invoices. | 0.40<br>225.00/hr | 90.00 |
|  | RAA | Emails with D. Levy and D. Rodriguez. | 0.20<br>225.00/hr | 45.00 |
| 2/5/2023 | RAA | Review motion to restrict. | 0.10<br>225.00/hr | 22.50 |

787-273-8300

Page     2

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/5/2023 | RAA | Review motion submitting status of implementation plan. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review motion for leave to submit Spanish documents. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Exchange of emails with G. Peñagarícano. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email from D. Rodriguez. | 0.10<br>225.00/hr | 22.50 |
| 2/6/2023 | RAA | Email monitors implementation plan. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Began to review and analyze implementation plan. | 1.60<br>225.00/hr | 360.00 |
| | RAA | Plan and prepare for meeting today.  Appear and attend videoconference meeting. | 0.90<br>225.00/hr | 202.50 |
| | RAA | Telephone call from J. Romero. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review order on motion submitting. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review order on motion to restrict. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Conference call with J. Romero and D. Rodriguez. | 0.40<br>225.00/hr | 90.00 |
| | RAA | Revise notes of 253 meeting. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review electronic communications from J. Romero and D. Rodriguez. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review email from A. Garffer. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review order on motion for leave. | 0.10<br>225.00/hr | 22.50 |
| 2/7/2023 | RAA | Review emails from parties, monitors, and special master. | 0.40<br>225.00/hr | 90.00 |
| | RAA | Exchange of electronic communications with J. Romero and D. Rodriguez. Conference call with J. Romero and D. Rodriguez. | 0.40<br>225.00/hr | 90.00 |
| | RAA | Telephone call from J. Romero. | 0.10<br>225.00/hr | 22.50 |

|            |     |                                                                           | Hrs/Rate          | Amount |
|------------|-----|---------------------------------------------------------------------------|-------------------|--------|
| 2/7/2023   | RAA | Review email from L. Saucedo.                                             | 0.10<br>225.00/hr | 22.50  |
|            | RAA | Review email from D. Rodriguez.                                           | 0.10<br>225.00/hr | 22.50  |
|            | RAA | Review and analyze rubric for inspection of files.                        | 0.20<br>225.00/hr | 45.00  |
|            | RAA | Preparation for and attendance to meeting with parties and special master. | 0.90<br>225.00/hr | 202.50 |
|            | RAA | Telephone call from J. Romero.                                            | 0.20<br>225.00/hr | 45.00  |
|            | RAA | Review further emails from D. Rodriguez and J. Romero.                    | 0.20<br>225.00/hr | 45.00  |
|            | RAA | Review emails from L. Saucedo.                                            | 0.20<br>225.00/hr | 45.00  |
|            | RAA | Continue review and analysis of status of implementation plan.            | 0.90<br>225.00/hr | 202.50 |
| 2/8/2023   | RAA | Various emails and calls from J. Romero.                                  | 0.50<br>225.00/hr | 112.50 |
|            | RAA | Review emails from D. Rodriguez.                                          | 0.20<br>225.00/hr | 45.00  |
|            | RAA | Review emails from parties and special master.                            | 0.30<br>225.00/hr | 67.50  |
|            | RAA | Review order and appendices re: auditor.                                  | 0.20<br>225.00/hr | 45.00  |
|            | RAA | Email order to monitors.                                                  | 0.10<br>225.00/hr | 22.50  |
|            | RAA | Review email from L. Saucedo.                                             | 0.20<br>225.00/hr | 45.00  |
|            | RAA | Review emails from D. Gosselin and D. Rodriguez.                          | 0.30<br>225.00/hr | 67.50  |
| 2/9/2023   | RAA | Review emails from D. Rodriguez and J. Romero.                            | 0.20<br>225.00/hr | 45.00  |
|            | RAA | Telephone call from J. Romero.                                            | 0.20<br>225.00/hr | 45.00  |
|            | RAA | Review email from J. Castillo.                                            | 0.10<br>225.00/hr | 22.50  |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/9/2023 | RAA | Preparation for and attendance to meeting with special master and parties. | 1.20 225.00/hr | 270.00 |
| | RAA | Review emails from L. Saucedo. | 0.20 225.00/hr | 45.00 |
| | RAA | Telephone call from J. Romero. | 0.30 225.00/hr | 67.50 |
| 2/10/2023 | RAA | Telephone call from J. Gonzalez. | 0.20 225.00/hr | 45.00 |
| | RAA | Review new updated invoices prior to amending motion for disbursement of funds. | 0.50 225.00/hr | 112.50 |
| | RAA | Prepare motion to amend and correct and electronically file the same. | 0.80 225.00/hr | 180.00 |
| | RAA | Email to J. Gonzalez. | 0.10 225.00/hr | 22.50 |
| | RAA | Began preparation for meeting next week. | 0.90 225.00/hr | 202.50 |
| 2/13/2023 | RAA | Preparation for meetings today.  Appear and attend meetings and inspection of files at DSP.  Post-inspection conferences with monitors. | 7.40 225.00/hr | 1,665.00 |
| 2/14/2023 | RAA | Review email from L. Saucedo. | 0.10 225.00/hr | 22.50 |
| | RAA | Telephone calls from J. Gonzalez. | 0.30 225.00/hr | 67.50 |
| | RAA | Review emails and invoices from J. Gonzalez. | 0.40 225.00/hr | 90.00 |
| | RAA | Prepare and file motion for disbursement of funds. | 0.50 225.00/hr | 112.50 |
| | RAA | Email to J. Gonzalez. | 0.10 225.00/hr | 22.50 |
| | RAA | Telephone call with L. Hidalgo. | 0.20 225.00/hr | 45.00 |
| | RAA | Appear and attend meetings today. | 1.50 225.00/hr | 337.50 |
| | RAA | Review order granting motion to amend and correct. | 0.10 225.00/hr | 22.50 |
| | RAA | Review emails from D. Rodriguez. | 0.20 225.00/hr | 45.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/14/2023 | RAA | Review email from S. Cragg. | 0.10 225.00/hr | 22.50 |
| 2/15/2023 | RAA | Telephone call from J. Romero. | 0.30 225.00/hr | 67.50 |
| | RAA | Conference with paralegal regarding results of interviews today. | 0.30 225.00/hr | 67.50 |
| | RAA | Review emails from parties, special master, and monitors. | 0.20 225.00/hr | 45.00 |
| 2/16/2023 | RAA | Review emails from PRPB. | 0.30 225.00/hr | 67.50 |
| | RAA | Review and analyze updated draft implementation plan. | 0.90 225.00/hr | 202.50 |
| | RAA | Review emails from monitors. | 0.30 225.00/hr | 67.50 |
| 2/17/2023 | RAA | Calls and emails with J. Romero. | 0.40 225.00/hr | 90.00 |
| | RAA | Review emails from A. Del Carmen and counsel for PRPB. | 0.20 225.00/hr | 45.00 |
| 2/20/2023 | RAA | Preparation for and attendance to meetings today. | 1.10 225.00/hr | 247.50 |
| | RAA | Telephone call from J. Romero. | 0.20 225.00/hr | 45.00 |
| | RAA | Review emails from D. Rodriguez. | 0.20 225.00/hr | 45.00 |
| 2/21/2023 | RAA | Telephone call from J. Gonzalez. | 0.30 225.00/hr | 67.50 |
| | RAA | Email to Gartner. | 0.10 225.00/hr | 22.50 |
| | RAA | Review emails from D. Rodriguez, L. Hidalgo, J. Romero, and A. Youngs. | 0.30 225.00/hr | 67.50 |
| | RAA | Preparation for and attendance to meetings today. | 0.90 225.00/hr | 202.50 |
| | RAA | Telephone call from J. Romero. | 0.30 225.00/hr | 67.50 |
| 2/22/2023 | RAA | Review emails from parties, special master, and monitors. | 0.30 225.00/hr | 67.50 |

Page      6

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/22/2023 | RAA | Revise implementation plan and draft changes by R. Watkins. | 0.40 225.00/hr | 90.00 |
| | RAA | Review and analyze notes taken from meeting with promotions panel and files assessment.   Preparation of memorandum draft for A. Youngs and L. Hidalgo. | 4.30 225.00/hr | 967.50 |
| 2/23/2023 | RAA | Review email from R. Ruiz. | 0.10 225.00/hr | 22.50 |
| | RAA | Telephone call with J. Gonzalez. | 0.30 225.00/hr | 67.50 |
| | RAA | Review and respond to emails from special master. | 0.20 225.00/hr | 45.00 |
| | RAA | Review emails from J. Romero and D. Rodriguez. | 0.20 225.00/hr | 45.00 |
| | RAA | Review and respond to emails from Gartner. | 0.20 225.00/hr | 45.00 |
| | RAA | Revisions on draft implementation plan. | 0.50 225.00/hr | 112.50 |
| | RAA | Working on memo to monitors. | 0.80 225.00/hr | 180.00 |
| 2/24/2023 | RAA | Preparation for and attendance to meeting with monitors and special master. | 0.90 225.00/hr | 202.50 |
| | RAA | Various calls from A. Youngs. | 0.40 225.00/hr | 90.00 |
| | RAA | Revise memo sent by A. Youngs. | 0.30 225.00/hr | 67.50 |
| | RAA | Various calls and emails from J. Gonzalez. | 0.40 225.00/hr | 90.00 |
| | RAA | Review new amended invoices and explanation thereto. | 0.30 225.00/hr | 67.50 |
| 2/25/2023 | RAA | Telephone call from J. Romero. | 0.30 225.00/hr | 67.50 |
| | RAA | Telephone call and emails with J. Gonzalez. | 0.30 225.00/hr | 67.50 |
| | RAA | Prepare and file motion to amend and correct. | 0.80 225.00/hr | 180.00 |
| | RAA | Email to J. Gonzalez with motion. | 0.10 225.00/hr | 22.50 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/27/2023 | RAA | Review and respond to emails from D. Rodriguez. | 0.20 225.00/hr | 45.00 |
| | RAA | Revise memo from A. Youngs and email feedback. | 0.30 225.00/hr | 67.50 |
| | RAA | Telephone call from J. Romero. | 0.30 225.00/hr | 67.50 |
| | RAA | Review and respond to emails from S. Rhinerson. | 0.20 225.00/hr | 45.00 |
| | RAA | Review PRPB's motion to comply. | 0.10 225.00/hr | 22.50 |
| | RAA | Review order on motion to comply. | 0.10 225.00/hr | 22.50 |
| | RAA | Review notices filed by special master | 0.20 225.00/hr | 45.00 |
| | RAA | Appear and attend team meeting. | 1.00 225.00/hr | 225.00 |
| | RAA | Review and respond to email from J. Romero. | 0.20 225.00/hr | 45.00 |
| | RAA | Review emails from D. Rodriguez. | 0.20 225.00/hr | 45.00 |
| | RAA | Review emails from A. Youngs. | 0.20 225.00/hr | 45.00 |
| 2/28/2023 | RAA | Telephone call from J. Romero. | 0.30 225.00/hr | 67.50 |
| | RAA | Plan and prepare for 253 meeting. | 0.60 225.00/hr | 135.00 |
| | RAA | Attend 253 meeting. | 1.90 225.00/hr | 427.50 |
| | RAA | Postmeeting calls and electronic communications from J. Romero and L. Hidalgo. | 0.30 225.00/hr | 67.50 |
| | RAA | Revisions to memorandum sent by D. Rodriguez. | 0.40 225.00/hr | 90.00 |
| | RAA | Telephone call from L. Hidalgo. | 0.20 225.00/hr | 45.00 |
| | RAA | Email to J. Gonzalez regarding Gartner. | 0.20 225.00/hr | 45.00 |

Page     8

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/28/2023 | RAA | Review emails from J. Romero and D. Rodriguez. | 0.20 225.00/hr | 45.00 |
|  | **For professional services rendered** |  | **55.10** | **$12,397.50** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Roberto Abesada Agüet | 55.10 | 225.00 | $12,397.50 |

WE HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN OUR CAPACITY AS THE FIRM SERVING AS GENERAL COUNSEL OF THE FEDERAL MONITOR'S OFFICE.  WE FURTHER CERTIFY THAT WE HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH OF PUERTO RICO, OR ANY OF ITS DEPARTMENTS, MUNICIPALITIES OR AGENCIES.