| Name: | Rita J. Watkins | | | |
|---|---|---|---|---|
| Invoice Date: | 2/28/2023 | | | |
| Invoice Period: | February 1-28, 2023 | | | |

| Date | Task(s) | Rate | Total Hours | Total Amount |
|---|---|---|---|---|
| 2/1/2023 | DV case review | $ 160.00 | 2 | $ 320.00 |
| 2/2/2023 | DOJ meeting on DV plan | $ 160.00 | 1 | $ 160.00 |
| 2/7/2023 | Telecons and emails from monitors | $ 160.00 | 1 | $ 160.00 |
| 2/8/2023 | Telecon with monitors and data/policy analysis | $ 160.00 | 2 | $ 320.00 |
| 2/9/2023 | CMR-8 data review | $ 160.00 | 1.5 | $ 240.00 |
| 2/13/2023 | Field work, Puerto Rico | $ 160.00 | 8 | $ 1,280.00 |
| 2/14/2023 | Field work, Puerto Rico | $ 160.00 | 8 | $ 1,280.00 |
| 2/15/2023 | Field work, Puerto Rico | $ 160.00 | 5 | $ 800.00 |
| 2/16/2023 | Data and policy analysis/writing | $ 160.00 | 3.5 | $ 560.00 |
| 2/19/2023 | Data and policy analysis/writing | $ 160.00 | 1 | $ 160.00 |
| 2/20/2023 | Telecons and emails from monitors and data analysis/writing | $ 160.00 | 2.5 | $ 400.00 |
| 2/21/2023 | Data analysis/writing and training plan analysis/writing | $ 160.00 | 6 | $ 960.00 |
| 2/23/2023 | Policy Review OG 645 | $ 160.00 | 1 | $ 160.00 |
| 2/25/2023 | Data analysis/writing CMR-8 | $ 160.00 | 2 | $ 320.00 |
| 2/27/2023 | Telecons and emails from monitors and data analysis/writing | $ 160.00 | 2 | $ 320.00 |
| 2/28/2023 | Data analysis/writing and telecon with parties | $ 160.00 | 5 | $ 800.00 |
| | | $ 160.00 | | $ - |
| | | | | $ - |
| Total Labor | | | 51.5 | $ 8,240.00 |
| Total Travel | (see reimbursement form) | | | $ 1,918.84 |
| TOTAL | | | | $ 10,158.84 |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Signature: *Rita J. Watkins*   Date: 2/28/2023

# Office of the TCA - Travel Reimbursement Form

**Name:** Rita J. Watkins

**Travel Dates:** February 12-15, 2023

**Purpose of Travel:** On-Site evaluation

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 731.40 | 1 | $ 731.40 |
| Baggage | $ - | 0 | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | | | $ - |
| Ground Transportation (Parking) | $ 100.00 | 1 | $ 100.00 |
| Ground Transportation (Mileage) | 0.655 | 208 | $ 136.24 |
| Lodging | $ 182.90 | 3 | $ 548.70 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 2 | $ 230.00 |
| Other: | $ - | 0 | $ - |
| **Total** | | | **$ 1,918.84** |

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

**Watkins, Rita**

| | |
|---|---|
| **From:** | United Airlines <Receipts@united.com> |
| **Sent:** | Tuesday, February 28, 2023 10:16 AM |
| **To:** | Watkins, Rita |
| **Subject:** | eTicket Itinerary and Receipt for Confirmation L50EBR |

**CAUTION:** The sender of this email is not from SHSU. Any links or attachments may be dangerous. To report this email as suspicious, forward it to abuse@shsu.edu.



Tue, Feb 28, 2023

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our Important notices page for the latest updates

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# L50EBR

## Flight 1 of 2 UA1192           Class: United Economy (S)

Sun, Feb 12, 2023                                            Sun, Feb 12, 2023
**09:53 AM**                                                  **04:15 PM**
Houston, TX, US (IAH)                                        San Juan, PR, US (SJU)

## Flight 2 of 2 UA668            Class: United Economy (S)

Wed, Feb 15, 2023                                            Wed, Feb 15, 2023
**03:50 PM**                                                  **06:49 PM**
San Juan, PR, US (SJU)                                       Houston, TX, US (IAH)

Traveler Details

WATKINS/RITAJANE

eTicket number: **0162461123759**
Frequent Flyer: **UA-XXXXX226 Premier Gold**

Seats: **IAH-SJU 09D**
**SJU-IAH 10C**

Purchase Summary

| | |
|---|---|
| Method of payment: | Master Card ending in 0178 |
| Date of purchase: | Tue, Jan 24, 2023 |
| Airfare: | 669.00 USD |
| U.S. Transportation Tax: | 42.20 USD |
| September 11th Security Fee: | 11.20 USD |
| U.S. Passenger Facility Charge: | 9.00 USD |
| Total Per Passenger: | 731.40 USD |

**Total:** **731.40 USD**

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.
REFUNDABLE

## MileagePlus Accrual Details

| Ritajane Watkins | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Sun, Feb 12, 2023 | 1192 | Houston, TX, US (IAH) to San Juan, PR, US (SJU) | 2520 | 315 | 1 |
| Wed, Feb 15, 2023 | 668 | San Juan, PR, US (SJU) to Houston, TX, US (IAH) | 2832 | 354 | 1 |
| MileagePlus accrual totals: | | | 5352 | 669 | 2 |

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Sun, Feb 12, 2023 Houston, TX, US (IAH - Intercontinental) to San Juan, PR, US (SJU - Luis Muñoz Marín) | 0 USD | 0 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |

```
Logo.txt
                    SP+|GLOBAL|IMS
                    2800 N. Terminal Rd.
                    Houston, TX 77032
                       281.233.1786


                       Receipt

P/S #52                  A Payment No.00000262
T/D #39                       Ticket No.087528
Entry Time              02/12/2023 (Sun)  8:13
Exit Time               02/15/2023 (Wed) 19:01
Parking Time                    3Days   10:48
Parking Fee                Rate B     $100.00

MASTERCARD
  Account #             *****************0178
  Slip #                                68990
  Auth Code                        000005455P
Credit Card Amount                     $100.00
Cash Amount                              $0.00

Total                                  $100.00
              Thank You for Your Visit
                Please Come Again !
```

**Watkins, Rita**

**From:** Rita Watkins <drritawatkins@gmail.com>
**Sent:** Thursday, February 2, 2023 10:04 AM
**To:** Watkins, Rita
**Subject:** Mileage

CAUTION: The sender of this email is not from SHSU.
Any links or attachments may be dangerous. To report this email as suspicious, forward it to abuse@shsu.edu.



Sent from my iPhone

1

**COURTYARD® Marriott.**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Ms Rita Watkins
4746 Enchanted Oaks Dr
College Sta TX 77845
United States

Room: 0707
Room Type: EKNG
No. of Guests: 1
Rate: $ 155.00   Clerk: 8

Marriott Rewards #   595896259

CRS Number  84204776

Name:

Arrive:  02-12-23           Time:  04:22 PM           Depart:  02-15-23           Folio Number:  720341

| Date | Description | Charges | Credits |
|---|---|---|---|
| 02-12-23 | Package | 155.00 | |
| 02-12-23 | Government Tax | 13.95 | |
| 02-12-23 | Hotel Fee 9% of Daily Rate | 13.95 | |
| 02-13-23 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 02-13-23 | Package | 155.00 | |
| 02-13-23 | Government Tax | 13.95 | |
| 02-13-23 | Hotel Fee 9% of Daily Rate | 13.95 | |
| 02-14-23 | Package | 155.00 | |
| 02-14-23 | Government Tax | 13.95 | |
| 02-14-23 | Hotel Fee 9% of Daily Rate | 13.95 | |
| 02-15-23 | Master Card / Euro Card | | 552.70 |
| | Card # XXXXXXXXXXXX0178 | | |

**Balance**                                                                 0.00 USD

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.