# INVOICE



22 Chalets de Santa Maria
San Juan, P.R. 00927
(787) 940-3090

**DATE:** 2/28/2023
**INVOICE #** 202302
**FOR:** FPMPR/TCA

**BILL TO:**
**Office of the FPMPR, LLC**
VIG Tower, PH 924
1225 Ponce de Leon Avenue
San Juan, P.R. 00907

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Zoom calls/Team meetings/one-to-one: 2/20, 2/21 (Denise, Dave & Sam), | 2.75 | $160.00 | $ 440.00 |
| emails-texts/phone calls:  Denise, Sam, Al, Dave, John, Scott, CICs: Tomas Montalvo, Bernice Felix, Lissette Plaud, Dr. Fernandez/PRPB, Jose Rodriguez-Dominican Human Rights Committee Advocate. | 4.75 | $160.00 | $ 760.00 |
| 02/7/2022: CIC interview invitation letter draft & members' selection | 0.50 | $160.00 | $80.00 |
| 02/8/2023: 253 meeting notes and discussion considerations for SARA model implementation  proposal PRPB | 1.50 | $160.00 | $240.00 |
| 02/13/2022: PRPB meeting and demos. (Site Visit) | 4.75 | $160.00 | $760.00 |
| 02/14/2022: Caguas Field visit: Personnel interviews | 8.00 | $160.00 | $1,280.00 |
| 02/15/2022: FPMPR Office:  PRPB Personnel Interviews | 8.00 | $160.00 | $1,280.00 |
| 02/15/2023: Box data submission review 038, 2.38(g), 104, 106 (a-e), 108, 109, 112-142 | 1.00 | $160.00 | $160.00 |
| 2/16/2022: FPMRR Office: CIC Interviews | 8.00 | $160.00 | $1,280.00 |
| 02/22/2023: PRPB Presentation/meeting SARA (TBD needs follow-up March) | 1.50 | $160.00 | $240.00 |
| 02/22/2024: Field observation PRPB Safety Fair | 1.00 | $160.00 | $160.00 |
| 02/23/2023: CMR8 Comm. Pol. Electronic modules review (36 control numbers-outreach) | 1.50 | $160.00 | $240.00 |
| 02/26/2023: Standing Policy-Press Office Policy review in prep for Team meeting | 0.50 | $160.00 | $80.00 |
| 02/27/2023: CMR8 2.1/079 Reviews  for draft | 1.50 | $160.00 | $ 240.00 |
| 02/28/2023: CMR8 Review-Data 2.087, 005 Training records, controls 3611, 3612, 1589, 2921, 3083,3598, 3639, 3516 Data 2.110-Ponce, Aibonito, Central CIC | 3.00 | $160.00 | $ 480.00 |
| 0 | 48.25 | $160.00 | $7,720.00 |
|  |  |  | $ - |
|  |  | **TOTAL** | $7,720.00 |

**I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor.  I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities, or agencies.**


Merangelie Serrano-Rios