# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@outlook.com | 550 Amsonia Circle Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2023-02
**DATE:** February 28, 2023

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 2/01/2023 | 1.0 hour of policy review facilitation | 1.0 | $100.00 | $100.00 |
| 2/05/2023 | 2.0 hours of worksheet development | 2.0 | $100.00 | $200.00 |
| 2/06/2023 | 2.0 hours of meeting with Rafa and template development | 2.0 | $100.00 | $200.00 |
| 2/07/2023 | 3.0 hours of team meetings and templates | 3.0 | $100.00 | $300.00 |
| 2/09/2023 | 2.0 hour of memo development | 2.0 | $100.00 | $200.00 |

**AMOUNT DUE**     **SEE THIRD PAGE**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@outlook.com | 550 Amsonia Circle
Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2023-02
**DATE:** February 28, 2023

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- | --- |
| 2/12/2023 | 1.0 hour of policy review facilitation | 1.0 | $100.00 | $100.00 |
| 2/14/2023 | 1.0 hour of travel planning | 1.0 | $100.00 | $100.00 |
| 2/15/2023 | 1.0 hour of travel planning | 1.0 | $100.00 | $100.00 |
| 2/16/2023 | 2.0 hours of travel planning | 2.0 | $100.00 | $200.00 |
| 2/19/2023 | 1.0 hour of travel planning | 1.0 | $100.00 | $100.00 |

**AMOUNT DUE** **SEE THIRD PAGE**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@outlook.com | 550 Amsonia Circle
Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2023-02
**DATE:** February 28, 2023

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 2/20/2023 | 1.0 hour of team planning and touch base with Scott | 1.0 | $100.00 | $100.00 |
| 2/21/2023 | 2.0 hours of travel planning and touch base with Merangelie | 2.0 | $100.00 | $200.00 |
| 2/25/2023 | 1.0 hour of travel planning policy review facilitation | 1.0 | $100.00 | $100.00 |

**AMOUNT DUE**        $2,000.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.