**Office of the FPMPR LLC**

**VIG Tower, PH – 924**

**1225 Ave. Juan Ponce de León**

**San Juan, PR 00907**
**Name:** Claudia Cámara-León **Supervisor:** Javier Gonzales, Esq.

## Work Timesheet (February 2023)

| Date | Task | Total Hours |
|---|---|---|
| **February 1, 2023** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| **February 13, 2023** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| **February 14, 2023** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| **February 15, 2023** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| **February 16, 2023** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| **February 17, 2023** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| **February 21, 2023** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| **February 22, 2023** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |

| Date | Task | Total Hours |
|---|---|---:|
| **February 23, 2023** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| **February 24, 2023** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| **February 27, 2023** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| **February 28, 2023** | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |

## Total, 84 hours for $20 = $1,680

I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Signature,
Claudia S. Cámara León

_____