# Manuel A. Arroyo Rivera

P.o Box 8925 Santurce Puerto Rico 00910     Cel 787-364-8925

Email marroyorivera20@gmail.com

Invoice  Month February  2023                                                                                        Invoice #028

Federal Police Monitor   San Juan, PR

| Date | description | Hour | Rate | Amount |
|---|---|---|---|---|
| February 12-2023 | pick up the monitor and staff from the office at the airport and take them to the hotel | 10 | $20 | $200.00 |
| February 13-2023 | pick up the monitor and take it to different meetings of the day | 10 | $20 | $200.00 |
| February 14-2023 | pick up the monitor and take it to different meetings of the day | 6 | $20 | $120.00 |
| February 15-2023 | pick up the monitor and take it to different meetings of the day | 5 | $20 | $100.00 |
| February 16-2023 | pick up the monitor and take it to different meetings of the day | 8 | $20 | $160.00 |
| February 17'2023 | Pick up staff from the hotel office and take them to the airport | 10 | $20 | $200.00 |
|  |  |  |  | Total $980.00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |