| Name: | Hipolito Castro Jr |
|---|---|
| Invoice Date: | 2/28/23 |
| Invoice Period: | 02/01/2023 to 02/28/2023 |

| Date | Task(s) | Rate | Total Hours | Total Amount |
|---|---|---|---|---|
| 2/1/23 | Data and Policy Analysis | $ 150.00 | 1.75 | $ 262.50 |
| 2/2/23 | Data review/analysis/writing | $ 150.00 | 3.00 | $ 450.00 |
| 2/6/23 | Zoom call Deputy | $ 150.00 | 0.50 | $ 75.00 |
| 2/8/23 | Data review/analysis/writing | $ 150.00 | 2.75 | $ 412.50 |
| 2/10/23 | Data review/analysis/writing | $ 150.00 | 2.25 | $ 337.50 |
| 2/13/23 | Field Work, Puerto Rico | $ 150.00 | 8.00 | $ 1,200.00 |
| 2/14/23 | Field Work, Puerto Rico | $ 150.00 | 8.00 | $ 1,200.00 |
| 2/15/23 | Field Work, Puerto Rico | $ 150.00 | 8.00 | $ 1,200.00 |
| 2/16/23 | Field Work, Puerto Rico | $ 150.00 | 8.00 | $ 1,200.00 |
| 2/17/23 | Data and Policy Analysis | $ 150.00 | 2.00 | $ 300.00 |
| 2/20/23 | Data/Policy analysis and interviews writing | $ 150.00 | 2.25 | $ 337.50 |
| 2/21/23 | Data/Policy analysis and interviews writing | $ 150.00 | 1.75 | $ 262.50 |
| 2/22/23 | Data/Policy analysis and interviews writing | $ 150.00 | 1.25 | $ 187.50 |
| 02/01 to 02/28 | Zooms, phones calls and emails | $ 150.00 | 5.00 | $ 750.00 |
| 2/27/23 | Policy and stats reviews/ CMR8 draft | $ 150.00 | 1.50 | $ 225.00 |
| 2/28/23 | Policy and stats reviews/ CMR8 draft | $ 150.00 | 1.50 | $ 225.00 |
| TOTAL Labor | | | 57.50 | $ 8,625.00 |

| | | |
|---|---|---:|
| **TOTAL Travel** | *(see reimbursement form)* | $ 2,422.08 |
| **TOTAL** | | $ 11,047.08 |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

**Signature:** *[signed]* Hipolito Castro Jr   **Date:** 2/28/23

**Commo and Coordination** consists of all writings and digital comms to/from Monitors, PRPB, USDOJ; Review compliance targets, document and data requests, logistics; scheduling, on-site planning & coordination, database development

**Travel Breakout** — **Hipolito Castro 02/12 to 02/17/23**

| Expense | Unit Cost | Units | Column1 | Total | Column2 |
|---|---|---|---|---|---|
| Airfare | $ 643.40 | 1 | $ - | $ 643.40 | |
| | | | | $ - | |
| Baggage | | | | $ - | |
| Ground Transportation (Uber/Lyft/Taxi) | | | | $ - | |
| Ground Transportation (Parking) | $ 29.00 | 6 | | $ 174.00 | |
| Ground Transportation (POV Mileage)to PTY | $ 0.655 | 57 | | $ 37.34 | |
| Tolls | $ 10.17 | 2 | | $ 20.34 | |
| Lodging | $ 155.00 | 5 | | $ 775.00 | |
| Per Diem (Travel Days) | $ 86.25 | 2 | | $ 172.50 | |
| Per Diem (Full Days) | $ 115.00 | 4 | | $ 460.00 | |
| Other: HOTEL TAX | $ 27.90 | 5 | | $ 139.50 | |
| | | | | | |
| **Total** | | | | **$ 2,422.08** | |

 Gmail

Hipolito Castro <hipolitocastrojr@gmail.com>

## Your Flight Receipt - HIPOLITO CASTRO 12FEB23
2 messages

**Delta Air Lines** <DeltaAirLines@t.delta.com>      Mon, Mar 6, 2023 at 1:42 PM
Reply-To: Transactional Email Reply Inbox <reply-286731-14_HTML-36682778-10982494-213585@t.delta.com>
To: HIPOLITOCASTROJR@gmail.com

View as a Web Page

**▲ DELTA**

#9288156608
SkyMiles® Member


CONFIRMATION #: H4POJA


THANK YOU FOR CHOOSING DELTA

You're all set. If your plans change, be sure to make changes or cancel via **MyTrips** on **delta.com** before your flight departs.

Take the guess work out of international travel with

**Delta FlyReady**[SM]

You can view your personalized travel requirements, complete uploads at your own pace and save your travel documents for future trips when you use Delta FlyReady. Then look forward to an easier, faster experience at the airport.

Have a great trip, and thank you for choosing Delta.

## Passenger Info

Name: HIPOLITO CASTRO
SkyMiles #9288156608

| FLIGHT | SEAT |
| --- | --- |
| DELTA 1877 | Select Seat |
| DELTA 1877 | Select Seat |

Visit delta.com or download the Fly Delta app to view, select or change your seat. If you purchased a Delta Comfort+[TM] seat or a Trip Extra, please visit My Trips to access a receipt of your purchase.

| Sun, 12FEB | DEPART | ARRIVE |
| --- | --- | --- |
| DELTA 1877<br>Main Cabin (Q) | NYC-KENNEDY<br>8:10am | SAN JUAN<br>1:10pm |

| Tue, 21FEB | DEPART | ARRIVE |
| --- | --- | --- |
| DELTA 1877<br>Main Cabin (H) | SAN JUAN<br>2:20pm | NYC-KENNEDY<br>5:29pm |

MANAGE MY TRIP



## Check Delta Discover Map For Your Destination's Entry Requirements

Many countries have issued travel requirements that may affect your travel plans. We strongly encourage you to review the Delta Discover Map for the latest on your destination's COVID-19 testing, vaccination and quarantine requirements. If this changes your plans, you may check your eligibility to change or cancel your flight here.

*Updated Nov 7, 2022

## Flight Receipt

Ticket #: 0062363605621
Place of Issue:
Issue Date: 05FEB23
Expiration Date: 02FEB24

| METHOD OF PAYMENT | |
|---|---|
| AX***********1006 | $22.00 USD |

| ECREDITS APPLIED | |
|---|---|
| eCredits Number | 0062362124697 |
| Passenger Name | HIPOLITO CASTRO |
| Amount Applied | 621.40 USD |
| Applied to Ticket Number | 0062363605621 |

| CHARGES | |
|---|---|
| Air Transportation Charges | |
| Base Fare | $581.00 USD |
| Taxes, Fees and Charges | |
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $11.20 USD |
| United States - Transportation Tax (US) | $42.20 USD |
| United States - Passenger Facility Charge (XF) | $9.00 USD |
| TICKET AMOUNT | $643.40 USD |

Fare Difference - $22.00 USD
Taxes, Fees & Charges - $0.00 USD
Service Charge - $0.00 USD
**Total Charged - $22.00 USD**

Reply-To: Transactional Email Reply Inbox <reply-286731-14_HTML-36682778-10982494-213610@t.delta.com>
To: HIPOLITOCASTROJR@gmail.com

View as a Web Page



#9288156608
SkyMiles® Member



CONFIRMATION #: H4POJA

THANK YOU FOR CHOOSING DELTA

You're all set. If your plans change, be sure to make changes or cancel via **MyTrips** on **delta.com** before your flight departs.

**Take the guess work out of international travel with**

**Delta FlyReady**$^{SM}$

You can view your personalized travel requirements, complete uploads at your own pace and save your travel documents for future trips when you use Delta FlyReady. Then look forward to an easier, faster experience at the airport.

Have a great trip, and thank you for choosing Delta.

## Passenger Info

Name: HIPOLITO CASTRO
SkyMiles #9288156608

| FLIGHT | SEAT |
| --- | --- |
| DELTA 1859 | Select Seat |
| DELTA 1877 | Select Seat |

Visit delta.com or download the Fly Delta app to view, select or change your seat. If you purchased a Delta Comfort+™ seat or a Trip Extra, please visit My Trips to access a receipt of your purchase.

| Sun, 12FEB | DEPART | ARRIVE |
| --- | --- | --- |
| DELTA 1859<br>Main Cabin (Q) | NYC-KENNEDY<br>6:40pm | SAN JUAN<br>11:42pm |

| Tue, 21FEB | DEPART | ARRIVE |
| --- | --- | --- |
| DELTA 1877<br>Main Cabin (H) | SAN JUAN<br>2:20pm | NYC-KENNEDY<br>5:29pm |



MANAGE MY TRIP



## Check Delta Discover Map For Your Destination's Entry Requirements

Many countries have issued travel requirements that may affect your travel plans. We strongly encourage you to review the Delta Discover Map for the latest on your destination's COVID-19 testing, vaccination and quarantine requirements. If this changes your plans, you may check your eligibility to change or cancel your flight here.

*Updated Nov 7, 2022*

## Flight Receipt

Ticket #: 0062362124697
Place of Issue:
Issue Date: 02FEB23
Expiration Date: 02FEB24

| METHOD OF PAYMENT | |
|---|---|
| AX**********1006 | $621.40 USD |

| ECREDITS APPLIED | |
|---|---|
| eCredits Number | 0062362124697 |
| Passenger Name | HIPOLITO CASTRO |
| Amount Applied | 621.40 USD |
| Applied to Ticket Number | 0062362124697 |

| CHARGES | |
|---|---|
| Air Transportation Charges | |
| Base Fare | $559.00 USD |
| Taxes, Fees and Charges | |
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $11.20 USD |
| United States - Transportation Tax (US) | $42.20 USD |
| United States - Passenger Facility Charge (XF) | $9.00 USD |
| TICKET AMOUNT | $621.40 USD |

```
JFK AIRPORT
LONG TERM PARKING

EXIT                    906
RECEIPT:             111544
PERSONELL:                0
TRANSACTION:              0
EZPass
NO:         KAP0XXXXXX2473
CC VALID    12/30
SNR:        03 009 0982473
EXPIRES:    02.12.28 23:59
IN:         02.12.23 05:50
ENTRY:      02.21.23 18:53
P.AT:       HOURLY TICKET
FEE:            290.00 USD
PAID:           290.00 USD
------------------------
NET:            290.00 USD
GST  0%           0.00 USD
CAR:              SA12704
9T 13:03
    TAXES INCLUDED
    THANK YOU FOR
     PARKING AT
     JFK AIRPORT
   HAVE A SAFE TRIP
```



29 days
× 6-days
———————
Total - 174.00

11:58 

# JFK

John F. Kennedy Internatio... 
International Airport · Jamaica, Que...

 1 hour 54 minutes

 Tickets 

**HOURS**  |  **DISTANCE**
Open  |  57 mi

   

## E-ZPass® Payment Receipt for 02/12/2023

Account Number : 2000175180885
Transaction Date : 02/12/2023
Transaction Id : 116157918534
Transaction Amount : ($10.17)
Payment Type : ETC

# E-ZPass® Payment Receipt for 02/21/2023

Account Number : 2000175180885
Transaction Date : 02/21/2023
Transaction Id : 116178600487
Transaction Amount : ($10.17)
Payment Type : ETC

COURTYARD
Marriott

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Hipolito Castro
64 Mustang Dr
Monroe CT 06468
United States

Room: 0301
Room Type: KSTE
No. of Guests: 1
Rate: $ 155.00   Clerk: 5

Marriott Rewards #    214246771

CRS Number  98832999

Name:

Arrive:  02-12-23     Time:  02:04 PM     Depart:  02-17-23     Folio Number:  721159

| Date | Description | Charges | Credits |
|---|---|---|---|
| 02-12-23 | Package | 155.00 | |
| 02-12-23 | Government Tax | 13.95 | |
| 02-12-23 | Hotel Fee 9% of Daily Rate | 13.95 | |
| 02-13-23 | COMEDOR- Guest Charge (Breakfast) | 4.02 | |
| 02-13-23 | Package | 155.00 | |
| 02-13-23 | Government Tax | 13.95 | |
| 02-13-23 | Hotel Fee 9% of Daily Rate | 13.95 | |
| 02-14-23 | COMEDOR- Guest Charge (Breakfast) | 4.88 | |
| 02-14-23 | Package | 155.00 | |
| 02-14-23 | Government Tax | 13.95 | |
| 02-14-23 | Hotel Fee 9% of Daily Rate | 13.95 | |
| 02-15-23 | COMEDOR- Guest Charge (Breakfast) | 4.02 | |
| 02-15-23 | Package | 155.00 | |
| 02-15-23 | Government Tax | 13.95 | |
| 02-15-23 | Hotel Fee 9% of Daily Rate | 13.95 | |
| 02-16-23 | COMEDOR- Guest Charge (Breakfast) | 4.02 | |
| 02-16-23 | Package | 155.00 | |
| 02-16-23 | Government Tax | 13.95 | |
| 02-16-23 | Hotel Fee 9% of Daily Rate | 13.95 | |
| 02-17-23 | COMEDOR- Guest Charge (Breakfast) | 4.02 | |
| 02-17-23 | American Express | | 935.46 |
| | Card # XXXXXXXXXX1006 | | |

*handwritten annotations:*
- 20.96 - Tips
- Room - 775.00
- Taxes 139.50
- 914.50
- 914.50

**COURTYARD**
**Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Hipolito Castro
64 Mustang Dr
Monroe CT 06468
United States

Room: 0301
Room Type: KSTE
No. of Guests: 1
Rate: $ 155.00  Clerk: 5

Marriott Rewards #    214246771

CRS Number   98832999

Name:

Arrive:  02-12-23       Time:  02:04 PM       Depart:  02-17-23       Folio Number:  721159

| Date | Description | Charges | Credits |
|---|---|---|---|
| | Balance | | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.