# Stephanie Leon
*Paralegal*

1483 Ashford Avenue
Apartment 901
San Juan, PR 00907
(832) 692-2475

**INVOICE**

**INVOICE: 2023-02**
**DATE: 03/01/2023**

**TO:**
Puerto Rico Chief Federal Monitor

**FOR:**
Paralegal Services

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 02/02/2023 | -Prepared extensive notes/transcript of January 235 Meeting | 3.0 | 90.00 | 270.00 |
| 02/03/2023 | -Continued preparing extensive notes/transcript of January 235 Meeting<br>-Emailed notes | 3.5 | 90.00 | 315.00 |
| 02/13/2023 | -Meetings at PRPB offices through zoom | 2.0 | 90.00 | 180.00 |
| 02/15/2023 | -Interviews at Monitor's Office | 8.0 | 90.00 | 720.00 |
| 02/16/2023 | -Interviews at Monitor's Office | 8.0 | 90.00 | 720.00 |
| 02/24/2023 | -Email exchange with Denise Rodriguez and Merangelie Serrano | 0.25 | 90.00 | 22.50 |
| 02/27/23 | -Biweekly meeting with team | 1.0 | 90.00 | 90.00 |
| 02/28/2023 | -Prepare for 253 Meeting (.25 hours)<br>-Attend 253 Meeting (1.75 hours) | 2.0 | 90.00 | 180.00 |
| | **TOTAL 27.75 HRS @$90** | | | **$2,497.50** |

*S/ STEPHANIE LEON*

**I HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN MY CAPACITY AS A MEMBER OF THE FEDERAL MONITORING TEAM. I FURTHER CERTIFY THAT I HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH, OR ANY OF ITS DEPARTMENTS, MUNICIPALITIES OR AGENCIES.**