## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**,<br><br>    v.<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants**. | **Civil No.** 12-2039 (FAB) |

## ORDER

The "MOTION TO APPROVE AND DISBURSE FUNDS" and the "MOTION TO AMEND AND CORRECT ECF NO. 2313 AND FOR DISBURSEMENT OF FUNDS" submitted by the Office of the Federal Police Monitor for professional services rendered during the month of January 2023 (Docket No. 2313 and 2315) are **NOTED**.

The amount claimed in Docket No. 2315 is **APPROVED** for payment. Docket No. 2313 is **MOOT**.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, March 21, 2023.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE
