```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**,<br><br>**v.**<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants.** | **Civil No.** 12-2039 (FAB) |

**ORDER**

On October 19, 2022, at Docket No. 2224, the Court issued an order that the Special Master shall facilitate, coordinate and lead the efforts of the parties and the Monitor to review what the Commonwealth must do to be eligible for disbursement of funds currently held for the PRPB by USDOJ's Equitable Sharing Program (ESP) of the Money Laundering and Asset Recovery Section (MLARS).

The Court commends the collective efforts of the Special Master, the parties, and the Monitoring Team for those efforts to date. The Court remains concerned, however, that this relatively simple process is taking longer than it should, particularly with respect to the Compliance Review Team of USDOJ MLARS providing its key findings of the January 2023 audit that were perceived as obstacles hindering the Commonwealth's coming into full compliance on all aspects of the ESP requirement. Notwithstanding MLARS's

Civil No. 12-2039 (FAB)                                                                   2
_____

inaction, the Commonwealth must come into full compliance with all aspects of the ESP requirement as established by USDOJ.

Accordingly, it is **ORDERED** that the Special Master shall host a meeting with the Commonwealth, specifically representatives from the DSP, the Treasury Department, and PRPB, every two weeks, effective April 18, 2023, until the Commonwealth has achieved a compliant status with the ESP.  The Court also **ORDERS** the USDOJ MLARS Compliance Review Team to provide its key findings of the January 2023 audit forthwith, but **no later than March 31, 2023.**

**IT IS SO ORDERED.**

San Juan, Puerto Rico, March 21, 2023.

<u>s/ Francisco A. Besosa</u>
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE