IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> COMMONWEALTH OF PUERTO RICO and the PUERTO RICO POLICE DEPARTMENT, <br><br> Defendants. | NO. 3:12-cv-2039 (FAB) |

## MOTION TO APPROVE AND DISBURSE FUNDS

**TO THE HON. FRANCISCO A. BESOSA, SENIOR U.S. DISTRICT JUDGE:**

**NOW COMES,** John Romero, as Chief Federal Monitor, who respectfully, through the General Counsel of the FPMPR LLC., states and prays as follows:

1. On July 13, 2022, the Monitor's Office and Gartner, Inc. ("Gartner"), executed a contract, with the consent of the parties.

2. Under the contract, Gartner was responsible for providing an IT Strategic Planning for the benefit of the defendants.[1]

3. Attached to the present document are invoices 1194439 and 1191985 issued by Gartner, to FPMPR LLC.

4. The enclosed invoices were submitted and approved by the parties and the Monitor's Office.

5. Invoice 119185 for $220,000 covers the Initiation and Project Management ($40,000) and the Current State Assessment ($180,000).

6. Invoice 1194439 for $270,000 covers Future State Vision ($135,000) and Strategic Planning & Roadmap ($135,000).

---

[1] The contract has a confidentiality clause, reason the same is not enclosed to this motion including Gartner's proposal. If needed to pay the invoices, the Monitor's Office can file a separate motion restricted to the parties and a motion to restrict.

7. The Monitor's 2021-2022 court-approved budget covers the foregoing expenses.

8. The enclosed invoices are consistent with the investment summary that Gartner submitted to the parties prior to beginning to work and which is summarized below:

*Investment Summary*

**Milestones and Fees**

**INVESTMENT SUMMARY**

Gartner will conduct the Consulting steps outlined in this Statement of Work for a **firm-fixed price of $510,000**. Gartner will bill for the professional fees at the conclusion of each milestone upon PRPB acceptance of the deliverable(s) for that milestone.

Expenses are included in the proposed professional fees (any and all applicable taxes are in addition to stated fees and expenses).

| Gartner Task | Total Investment |
|---|---|
| Step 1: Initiation and Project Management | $40,000 |
| Step 2: Current State Assessment | $180,000 |
| Step 3: Future State Vision | $135,000 |
| Step 4: Strategic Planning and Roadmap | $135,000 |
| Step 5: Final Strategic Plan and Executive Briefing | $20,000 |
| | $510,000 |

**INVOICES**

All invoices are payable net 30 days from receipt of invoice. While we do not itemize billing for professional services, we agree and will comply with any reasonable requests for records substantiating our invoices. If PRPB requires a purchase order (PO) number, please specify the PO number in the Authorization section and forward a copy of the PO, with this agreement, to name/address or fax of appropriate individual. Ensure that the PO includes all labor and travel expenses quoted in this Statement of Work. Any preprinted terms on the PO that are in addition to or in contradiction of the terms of this agreement shall be inapplicable.

© 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiates.
Engagement: 330078951

**Gartner.**

9. Javier González, administrator of the Monitor's Office, will pick up and check once it is ready and send it out to Gartner for payment.

**WHEREFORE,** it is respectfully requested that the Honorable Court approve the enclosed invoices and issue a check in the amount of **$490,000** to Gartner, Inc.

**RESPECTFULLY SUBMITTED.**

In Guaynabo, Puerto Rico, this 23rd day of March 2023.

**I HEREBY CERTIFY** that on this same date a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which in turn notifies all counsel of record in the case.

**CORREA-ACEVEDO & ABESADA**
**LAW OFFICES, P.S.C**
Centro Internacional de Mercadeo, Torre II
#90 Carr. 165, Suite 407
Guaynabo, PR  00968
Tel.  (787) 273-8300 / Fax (787) 273-8371
ra@calopsc.com

S/Roberto Abesada-Agüet
USDC-PR No. 216706
General Counsel, FMP