Gartner Inc.  Remittance: CashApplications@gartner.com
13200 Paul J Doherty Parkway
Ft. Myers, FL 33913



# Invoice

Bill-to:

John Romero
Office of the FPMR LLC
FPMPR LLC
VIG Tower PH-924,
1225 Ave. Juan Ponce de León,
San Juan, PR 00907

P.O. No :  Invoice No : 1191985
Client Tax Id :  Date : 02/02/2023
 Client : 19468204

| Description | Amount |
|---|---|
| **Gartner Services: 330078951** | |
| Puerto Rico Police Bureau (PRPB) IT Strategic Planning | |
| Professional Fees | 220,000.00 |
| ``` Step 1: Initiation and Project Management:    $ 40,000.00 Step 2: Current State Assessment:              $180,000.00  Total Invoice Amount:                          $220,000.00 ``` | |
| **Total Amount Due**   USD | **220,000.00** |

**Terms: 30 Days from Invoice Date**

**Remit Payment to:**  **Wire/ACH Payments To:**
Gartner Inc.  JP Morgan Chase Bank, NA
P.O. Box 911319  270 Park Ave, New York, NY 10017
Dallas, TX 75391-1319  Account Name: Gartner
USA  Account No. 910-2-761252
 ABA no: 021000021
 Swift: CHASUS33

Federal Tax ID: 04-3099750
Any terms and conditions contained in a PO issued by client will not apply, and will be superseded by client's Gartner contract.
Please reference your invoice number when remitting payment

If you receive instructions to change Gartner payment instructions, please contact
our Treasury department at treasury@gartner.com to confirm the details.  Original