

Gartner Inc.  
13200 Paul J Doherty Parkway  
Ft. Myers, FL 33913

Remittance: CashApplications@gartner.com

# Invoice

Bill-to:

John Romero  
Office of the FPMR LLC  
FPMPR LLC  
VIG Tower PH-924,  
1225 Ave. Juan Ponce de León,  
San Juan, PR 00907

P.O. No :  
Client Tax Id :

Invoice No : 1194439  
Date : 02/27/2023  
Client : 19468204

| Description | Amount |
|---|---|
| Gartner Services:  330078951 | |
| Puerto Rico Police Bureau (PRPB) IT Strategic Planning | |
| Professional Fees | 270,000.00 |
| ```
Step 3: Future State Vision - $135,000
Step 4: Strategic Planning and Roadmap - $135,000
``` | |
| **Total Amount Due** | **USD    270,000.00** |

**Terms: 30 Days from Invoice Date**

**Remit Payment to:**  
Gartner Inc.  
P.O. Box 911319  
Dallas, TX 75391-1319  
USA

**Wire/ACH Payments To:**  
JP Morgan Chase Bank, NA  
270 Park Ave, New York, NY 10017  
Account Name: Gartner  
Account No. 910-2-761252  
ABA no: 021000021  
Swift: CHASUS33

Federal Tax ID: 04-3099750  
Any terms and conditions contained in a PO issued by client will not apply, and will be superseded by client's Gartner contract.  
Please reference your invoice number when remitting payment

If you receive instructions to change Gartner payment instructions, please contact our Treasury department at treasury@gartner.com to confirm the details.

Original