Christopher Graham, dba

Diligens, LLC
EIN 87-1667996

148 Turtle Bay Lane
Ponte Vedra Beach, Florida,
32082

January 22 – March 20, 2023
INVOICE# 2023-02

Re: Audit services - Case 3:12-cv-02039-FAB Document 2176 Filed 09/20/22

| Hours | Professional Services/Description. | | Total |
|---|---|---|---|
| | Period covered 01/21/2023 - 03/20/2023 | | |
| 31 | Audit and examination of provided PDF files. | $ | 4,650.00 |
| 13 | Draft correspondence and report. | $ | 1,950.00 |
| 7 | Preparation for and meetings with PRPB/DSP/OSM | $ | 1,050.00 |
| 51 | Total labor | $ | 7,650.00 |
| | | | |
| | **Invoice Total** | $ | **7,650.00** |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as the court-appointed auditor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

_Christopher Graham_
Christopher Graham
03/20/2023

_Alejandro del Carmen_
Alejandro del Carmen   3/20/23