Del Carmen Consulting, LLC
3122 Westwood Drive
Arlington, Texas 76012

February 22, 2023 through March 21, 2023

INVOICE # SM2023-3                           **TOTAL DUE $ 15,000.00**
SPECIAL MASTER
MARCH 2023 INVOICE

## Tasks Completed

Wrote, reviewed and responded to emails and all other documents/communication with respective parties and the Court. Engaged in review of some documents for the Court.

Conference calls with the Monitoring Team members, Commonwealth Representatives and Court.

Conference calls with the SM team members and PRPB personnel.

Provided feedback and coordinated with auditor on expenditures.

Reviewed filings, motions, and orders.

Worked on review of documents sent by PRPB and Monitor's Office.

Reviewed and provided feedback to the Court on various matters.

Assisted on MLARS related intiative .

## Flat Rate Total Wages Due = $15,000.00

## TOTAL DUE = $ 15,000.00

**I hereby certify that the amount billed in this invoice is true and correct in my capacity as Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.**

*Alejandro del Carmen*
_____
**Dr. Alejandro del Carmen**                    **3/21/23**