G&M Balli Services, LLC
5160 Royal Fern Circle
Tallahassee, Florida 32317

February 22 – March 21, 2023

INVOICE # 2023-03
ASSISTANT SPECIAL MASTER
MARCH 2023 INVOICE

Tasks Completed

| Hours | Description | Amounts |
|---|---|---|
| 16.5 | Drafted/reviewed/researched/translated numerous documents as needed; Discussed/edited documents related to orders of the Court, and the parties regarding recurring issues and OSM projects, to include Integrity Audits, Sergeants' Exam, Training Plan, ESP/MLARS project, and others. | $2,475 |
| 20 | Drafted, reviewed, and responded to texts, emails and other documents and communications with respective parties, the OSM and the Court. | $3,000 |
| 22 | Zoom meetings and/or conference calls. | $3,300 |
| 58.50 |  | $8,775.00 |

Total Hours- 58.50                                    Total Wages Due -    $8,775.00

I hereby certify the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master. I further certify I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

*Gilberto Balli*                    *Alejandro del Carmen*            3/21/2023
Gilberto Balli                      S/Alejandro del Carmen