GALOEFFERT, LLC
4805 East Lake Road
Sheffield Lake, Ohio 44054

February 22, 2023, through March 21, 2023

INVOICE # 2023-03  
ASSISTANT SPECIAL MASTER  
March 2023 INVOICE

**TOTAL DUE $12,750.00**

Tasks Completed

| Hours | Description | Total |
|---|---|---|
| 45 | Drafted/reviewed/researched/translated as necessary/discussed/reworked documents related to the Court, Parties, Auditor, and Monitor's Office exchanges regarding recurring issues and OSM projects such as MLARS compliance, Integrity audits, Expenditure review, training plan, and PRPB draft Reform Plan. | $6,750.00 |
| 22 | Drafted, reviewed, and responded to texts, emails and all other documents/communications/telephone calls with respective parties, the OSM, Auditor, and Court. | $3,300.00 |
| 18 | Zoom meetings and/or conference calls. | $2,700.00 |

Total Wages Due = $12,750.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

_Gary A. Loeffert_     _S/Alejandro del Carmen_     3/21/2023