

GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE SEGURIDAD PÚBLICA
Negociado de la Policía de Puerto Rico

ALEXIS TORRES
SECRETARIO

ANTONIO LÓPEZ FIGUEROA
COMISIONADO

# PLAN DE SOSTENIBILIDAD DE ADIESTRAMIENTO SUPERINTENDENCIA AUXILIAR EN EDUCACIÓN Y ADIESTRAMIENTO

29 de marzo de 2023
San Juan, Puerto Rico



# Tabla de Contenido

Aprobación del Plan de Sostenibilidad de Adiestramiento ............................................................3

Introducción ..............................................................................................................................4

Método para Desarrollo del Plan de Sostenibilidad de Adiestramiento .......................................6

Plan de Sostenibilidad de Adiestramiento ................................................................................7

    I.    Programa de Adiestramiento ...........................................................................8

    II.   Sistema PTMS – Police Training Management System ...................................21

    III.    Programa de Instructores ...............................................................................27

    IV.    Programa de Field Training Officer's - FTO ...................................................35

Reportes de Estatus al Tribunal...............................................................................................42

Conclusión ............................................................................................................................43

Anejo.....................................................................................................................................44

# Aprobación del Plan de Sostenibilidad de Adiestramiento

| Recurso | Fecha |
|---|---|
| Comité Ejecutivo | |
| Alexis Torres, Secretario Departamento de Seguridad Publica | 03/29/2023 |
| Rafael Riviere, Sub Secretario Departamento de Seguridad Publica | 03/29/2023 |
| Cnel. Arthur Garffer, Secretario Auxiliar en Operaciones e Inteligencia, DSP | 03/29/2023 |
| Maceira Berrios, Secretaria Auxiliar en Gerencia y Administración, DSP | 03/29/2023 |
| Dr. Juan C. Rivera, Secretario Auxiliar en Tecnología y Telecomunicaciones, DSP | 03/29/2023 |
| Cnel. Antonio Lopez Figueroa, Comisionado NPPR | 03/29/2023 |
| Cnel. Juan Rodriguez Davila, Comisionado Asociado NPPR | 03/29/2023 |
| Cnel. Francisco Rodriguez Ortiz, SAEA – NPPR | 03/29/2023 |
| Componentes de los Equipos de Trabajo para la implementación de las diferentes iniciativas | |
| Maceira Berrios, Secretaria Auxiliar en Gerencia y Administración, DSP | 03/29/2023 |
| Lcdo. Miguel Candelario, Director Oficina Legal, DSP | 03/29/2023 |
| Tnt. Cnel. Alba Diaz Torres, SAEA | 03/29/2023 |
| Tte. Cnel. Rolando Trinidad, Reforma | 03/29/2023 |
| Michelle Moure, Gerente Recursos Humanos | 03/29/2023 |
| Caonabo Vicente, Director Negociado de Tecnología | 03/29/2023 |

## Introducción

El Acuerdo para la Reforma Sostenible de la Policía de Puerto Rico (en adelante, Acuerdo), tiene el propósito de asegurar que los Miembros del Negociado de la Policía de Puerto Rico (en adelante, MNPPR) ofrezcan servicios policiacos que respeten los derechos civiles garantizados por la Constitución, las leyes de los Estados Unidos y del Estado Libre Asociado de Puerto Rico. Además, el Acuerdo tiene como objetivo promover la seguridad pública al proveerle a los MNPPR las herramientas, orientación y los recursos que necesitan para combatir efectivamente el crimen.

La modernización y la profesionalización del NPPR son prioridades importantes dentro del proceso de Reforma. La capacitación y adiestramiento es piedra angular para lograr la profesionalización, garantizar la seguridad pública, promover practicas policiacas constitucionales y fortalecer la confianza de la comunidad en la Policía de Puerto Rico.

Es importante destacar que la capacitación se refiere a todos los cursos de adiestramiento exigidos por el Acuerdo, así como los adiestramientos requeridos por especialidad y/o peritaje policiaco para la ejecución de responsabilidades administrativas y operacionales. Dichos adiestramientos deberán estar acorde con las prácticas policiacas generalmente aceptadas e incluirán métodos de aprendizaje para adultos que incorporan escenarios de interpretación de roles y ejercicios interactivos, así como formatos de clases tradicionales. El adiestramiento también proporcionará pruebas o trabajos escritos que demuestren o evidencien que el MNPPR comprende el material enseñado.

Asimismo, el Área de Cumplimiento de Adiestramiento requiere que la Superintendencia Auxiliar en Educación y Adiestramiento - SAEA se asegure que tanto los empleados del sistema de rango como los empleados civiles reciban una formación efectiva y completa para asegurarse que conozcan sus responsabilidades, su autoridad y las políticas para que puedan desempeñar sus funciones efectivamente.

Según la Orden General *100 – 108 Superintendencia Auxiliar en Educación y Adiestramiento* establece que la misión de la SAEA es administrar el organismo oficial de formación, adiestramiento y readiestramiento de los empleados que componen el sistema de rango y el sistema clasificado, así como otras audiencias en el área de seguridad, promoviendo un proceso de enseñanza y aprendizaje siempre a la vanguardia de las practicas generalmente aceptadas, pedagógicas, policiacas y fundamentado en el estado de derecho vigente.

Por lo antes esbozado, se establece este plan de sostenibilidad de adiestramiento para desarrollar las iniciativas que permitan que la SAEA alcance el cumplimiento sostenible de los adiestramientos para los empleados de la Policía de Puerto Rico.  El plan contendrá las siguientes iniciativas:

- Programa de Adiestramiento

- Sistema PTMS – Police Training Management System
- Programa de Instructores
- Programa de Field Training Officers

Es importante establecer que las tareas definidas para cada iniciativa son las mínimas requeridas para transformar la Academia del Negociado de la Policia de Puerto Rico. Tareas adicionales pueden ser identificadas para la consecución de los entregables. Todo lo definido en este plan contribuirá al cumplimiento de párrafos puntuales del Acuerdo de la Reforma.

Este plan, al igual que el Plan actualizado para cumplimiento del párrafo 13, representa un modelo organizado para canalizar el cumplimiento al que estamos llamados. El mismo está fundamentado en lo señalado en los *Chief Monitor Report* (CMR) y en el *pathway forward del* CMR-6 incluyendo elementos adicionales que contribuirán al cumplimiento con el Acuerdo.

Ciertamente, para alcanzar cumplimiento debemos canalizar los retos identificados de entre los cuales podemos mencionar dos de los más importantes; la disponibilidad de recursos y el presupuesto para la implementación de las iniciativas aquí incluidas. Para ello, se propone trabajar sesión con agencias externas entiéndase Oficina de Gerencia y Presupuesto (OGP), Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico (AAFAF) y la Junta de Supervisión Fiscal (JSF) para canalizar la disponibilidad de partidas presupuestarias que nos permita la contratación de servicios profesionales expertos que puedan adelantar las iniciativas determinadas al igual que todas las necesidades que tiene la academia para su operación diaria.

# Método para Desarrollo del Plan de Sostenibilidad de Adiestramiento

Para desarrollar el plan de sostenibilidad de adiestramiento y definir los elementos del proyecto para cada iniciativa según aplique; *involucrados, alcance, tiempo, recursos, presupuesto, comunicación, contratación de recursos externos y riesgos*, se realizaron sesiones de trabajo con los recursos designados por el Departamento de Seguridad Pública, entre los cuales se encuentran los siguientes:

(1)  Superintendencia Auxiliar en Educación y Adiestramiento (SAEA)

(2)  Oficina de Reforma

(3)  Negociado de Tecnología y Comunicaciones

En las sesiones de trabajo se discutieron las tareas necesarias para alcanzar los entregables definidos y sus retos, de entre los cuales se encuentra la falta de recursos disponibles en la SAEA para la implementación del plan.

Los entregables del plan dimanan de los requerimientos apremiantes establecidos por el Acuerdo para la transformación de la Academia del Negociado de la Policía de Puerto Rico incluyendo lo señalado en los *Chief Monitor Report* (CMR) y en el *pathway forward* del CMR-6. Así como las necesidades de la Academia como Institución.

Posteriormente el comité ejecutivo definido para este Plan evaluó el mismo y proveyó recomendaciones para la aprobación de su ejecución.

## Plan de Sostenibilidad de Adiestramiento

Para satisfacer las necesidades de adiestramiento del NPPR se trabajarán 4 iniciativas cada una implementada a través de proyectos en paralelo a corto plazo y largo plazo.



## I. Programa de Adiestramiento

Alcance

La iniciativa de Programa de Adiestramiento tiene el objetivo de cumplir con el Programa de Adiestramiento previo al servicio y en el servicio del Negociado de la Policía de Puerto Rico. Para cumplir con el Programa de Adiestramiento el equipo del proyecto trabajará para que la Superintendencia Auxiliar en Educación y Adiestramiento cuente con las políticas, procedimientos, recursos y la tecnología necesaria para la implementación de:

- Evaluaciones de Necesidad de forma regular para asegurar que los cadetes y el personal de rango obtengan los conocimientos, las aptitudes y las competencias necesarias para implementar todos los requisitos del acuerdo de la reforma.

- La definición del Training Track (trayectoria de desarrollo profesional e historial de adiestramiento) para seguimiento detallado de su cumplimiento.

- Programa de Adiestramiento Previo al Servicio, basado en el secuencial curricular de enseñanza actual y sus revisiones semestrales, con el plan de estudio por los cuatro términos y la programación académica. (Incluyendo las 900 horas estándar de capacitación y el plan de estudios ampliado).

- Programa de Adiestramiento En el Servicio, basado en el secuencial curricular actual y sus revisiones semestrales, con el itinerario y currículo de enseñanza.

- Proceso de Evaluación anual de adiestramiento que debe incluir la medición de los niveles actuales de habilidades y conocimientos para la capacitación previa al servicio y en el servicio.

- Proceso para la revisión continua del Programa de Adiestramiento integrando a las partes interesadas, los miembros de la comunidad, las organizaciones y unidades especializadas en los procesos de revisión.

- Proceso de la Reunión Mensual y capacitación al inicio del turno para continuar el proceso de difusión de información mensual con el objetivo principal de asegurar un medio efectivo de comunicación e intercambio de información entre los agentes asignados a un turno en particular, sus comandantes y sargentos de turno.

- Funcionalidad en PTMS de perfil por empleado para mantener registro de adiestramientos completados y adiestramientos pendientes. Esto nos ayudará a tener una configuración y personalización que incluya las solicitudes de adiestramiento integradas y su seguimiento a clases, seminarios y cursos tanto internos como externos.

Lo aquí listado se convierte en los entregables establecidos para esta iniciativa que nos encaminarán al cumplimiento de los párrafos 11, 12, 21,23, 24, 26, 27, 32, 36, 40, 43,

48, 53, 54, 56, 78, 90,93, 101,117 – 130, 132, 134, 141 – 144, 196, 209, 218 y 219 del Acuerdo de la Reforma.

Tiempo

Hitos / *Milestones* / *KPI's*



Recursos

Equipo de trabajo responsable de llevar la iniciativa a término

- Maceira Berrios, Secretaria Auxiliar en Gerencia y Administración, DSP
- Lcdo. Miguel Candelario, Director Oficina Legal, DSP
- Tnt. Cnel. Alba Diaz Torres, Superintendencia Auxiliar en Educación y Adiestramiento
- Tte. Cnel. Rolando Trinidad,  Oficina de Reforma
- Caonabo Vicente, Negociado de Tecnología
- Michelle Moure, Negociado de Recursos Humanos

Resumen de recursos profesionales a ser contratados para la compleción de la iniciativa

- Contratación, a corto plazo, de servicios profesionales expertos en Agencias de Ley y Orden, Diseño curricular, Currículo y enseñanza, Supervisión, Administración y liderazgo

- Contratación de servicios profesionales para suplir la facultad

- Contratación, a corto plazo, de servicios profesionales expertos para registraduría

## Limitaciones

Limitaciones identificadas para la iniciativa y su respuesta

| Limitación | Respuesta |
|---|---|
| Tiempo para la consecución de los entregables | El equipo del proyecto será responsable de completar las tareas definidas para la consecución de los entregables concretados. El mismo contratará / designará personal adicional dedicado a la tarea teniendo en consideración el tiempo establecido y la prioridad de completar la misma. |
| Tiempo para el desarrollo de nueva versión de PTMS con las nuevas funcionalidades requeridas | El equipo del proyecto será responsable de contratar y designar personal experto, asignado únicamente a la tarea, teniendo en consideración el tiempo establecido y la prioridad de completar la misma. |
| Tiempo proceso para la contratación de servicios profesionales que apoyen las tareas definidas | El equipo del proyecto será responsable de conocer el proceso de contratación de servicios profesionales, establecer la cantidad de recursos a ser contratados para la iniciativa y el *expertise* requerido. Esto para realizar contratación simultánea de todos los recursos necesarios para el plan de sostenibilidad de adiestramiento agilizando el proceso. |
| Aprobación de presupuesto para contratación de servicios profesionales | El equipo del proyecto será responsable de trabajar con las agencias externas para la disponibilidad de presupuesto que sume la contratación de los servicios profesionales necesarios. |

A continuación, se presenta el "Project Charter" de la iniciativa el cual resume los elementos de cada proyecto con el anejo de las tareas necesarias para alcanzar cada entregable que nos llevará a cumplir con los requerimientos

### A. Project Charter – Programa de Adiestramiento

| Información General del Proyecto | |
|---|---|
| Nombre del Proyecto: | Programa de Adiestramiento |
| Patrocinador Ejecutivo: | Comité Ejecutivo<br><br>Alexis Torres, Secretario del Departamento de Seguridad Pública<br>Rafael Riviere, Sub Secretario del Departamento de Seguridad Pública<br>Cnel. Arthur Garffer, Secretario Auxiliar en Operaciones e Inteligencia, DSP<br>Maceira Berrios, Secretaria Auxiliar en Gerencia y Administración, DSP<br>Dr. Juan C. Rivera, Secretario Auxiliar de Tecnología DSP<br>Cnel. Antonio Lopez Figueroa, Comisionado NPPR<br>Cnel. Juan Rodriguez Davila, Comisionado Asociado NPPR<br>Cnel. Francisco Rodriguez Ortiz, SAEA – NPPR |
| Patrocinador Departamental: | Oficial de la Oficina de Reforma – Tte. Cnel. Rolando Trinidad<br><br>Gerente de Proyecto – TBD |
| Impacto del Proyecto: | Cumplimiento con el Programa de Adiestramiento |

| Equipo del Proyecto | | |
|---|---|---|
| | **Nombre** | **Departamento** |
| | Maceira Berrios | Secretaria Auxiliar en Gerencia y Administración, DSP |
| | Lcdo. Miguel Candelario | Director Oficina Legal, DSP |
| | Tnt. Cnel. Alba Diaz Torres | Superintendencia Auxiliar en Educación y Adiestramiento, NPPR |
| | Tte. Cnel. Rolando Trinidad | Oficina de Reforma, NPPR |
| | Caonabo Vicente | Negociado de Tecnología, NPPR |
| | Michelle Moure | Negociado de Recursos Humano, NPPR |

| **Colaboradores (ej. Aquellos con interés significativo en lo que se verán significativamente afectado por el proyecto.** |
|---|
| Departamento de Seguridad Publica |
| Superintendencia Auxiliar en Educación y Adiestramiento |

| **Alcance del Proyecto** |
|---|
| **KPI's** *Resultados medibles del proyecto* |
| <ul><li>ID Necesidades de Facultativos – Marzo 2023</li><li>Revisión de políticas y procedimientos – Junio 2023</li><li>Contratación de servicios profesionales – Septiembre 2023</li><li>Creación de nuevos programas y herramientas – Junio 2024</li><li>Integración de nuevos programas y herramientas en PTMS – Diciembre 2024</li></ul> |
| **Entregables** |
| <ul><li>Evaluaciones de Necesidad de forma regular</li></ul> |

- Training Track – Trayectoria de desarrollo profesional e Historial de Adiestramiento

- Programa de Adiestramiento Previo al Servicio, basado en el secuencial curricular de enseñanza actual y sus revisiones semestrales, con el plan de estudio por los cuatro términos y la programación académica. (Incluyendo las 900 horas estándar de capacitación y el plan de estudios ampliado)

- Programa de Adiestramiento En el Servicio, basado en el secuencial curricular actual y sus revisiones semestrales, con el itinerario y currículo de enseñanza

- Proceso de Evaluación anual de adiestramiento

- Proceso para la revisión continua del Programa de Adiestramiento

- Proceso de la Reunión Mensual y capacitación al inicio del turno

- Funcionalidad en PTMS de perfil por empleado para mantener registro de adiestramientos completados y adiestramientos pendientes

**Fuera de alcance**
- Todo lo que no esté detallado en los entregables y tareas definidas

**Tiempo**

- Marzo 2023 – Diciembre 2024

**Limitaciones**
- Tiempo para la consecución de los entregables
- Tiempo para el desarrollo de nueva versión de PTMS con las nuevas funcionalidades requeridas
- Tiempo proceso para la contratación de servicios profesionales que apoyen las tareas definidas
- Aprobación de presupuesto para contratación de servicios profesionales

**Comunicación y Seguimiento para Cumplimiento**

- Correos electrónicos para comunicación informal – oficial
- Comunicaciones que impacten a toda la población vía Informa Policía
- Reuniones virtuales vía MS Teams
- Reuniones presenciales
- Administración de Tareas vía MS Project y MS Planner

- Reuniones de estatus mensual con los Patrocinadores Ejecutivos y Departamentales

- Reuniones de estatus bisemanal el Equipo del Proyecto

B. Tareas definidas para completar los entregables del Programa de Adiestramiento

1. **Entregable**: Evaluaciones de Necesidad de forma regular (cumplimiento con párrafo 121)

| ID | Tarea | Responsable | Fecha de Cumplimiento |
|---|---|---|---|
| a. | Establecer los criterios para identificar las necesidades de adiestramiento | Comisionado Auxiliar en Educación y Adiestramiento | 30/06/2023 |
| b. | Establecer las necesidades de capacitación por rango o puesto | Director de Recursos Humanos | 30/06/2023 |
| c. | Crear documento a utilizar para el análisis de necesidades<br><br>*Nota: El documento para la evaluación de necesidades es una herramienta para identificar necesidades futuras y no para la implementación de este plan. Los profesionales expertos para contratar a través de este plan serán responsables de crear **el documento de evaluación.*** | Comisionado Auxiliar en Educación y Adiestramiento (ser prof contratados) | 30/06/2024 |
| d. | Integrar funcionalidad en PTMS para recoger las necesidades de adiestramiento (evaluación de necesidades) | Director Negociado Tecnología (ser prof contratados) | 31/12/2024 |

2. **Entregable:** Training Track – Trayectoria de desarrollo profesional e Historial de Adiestramiento (cumplimiento con párrafo 21, 130 y 134)

| ID | Tarea | Responsable | Fecha de Cumplimiento |
|---|---|---|---|
| a. | Crear política de Desarrollo Carrera Profesional | Director de Oficina de Reforma | 30/06/2023 |
| b. | Establecer un Coordinador de Programa de Carrera Profesional | Director de Recursos Humanos | 30/09/2023 |
| c. | Diseñar el Training Track | Comisionado Auxiliar en Educación y Adiestramiento (serv prof contratados) | 30/06/2024 |

3. **Entregable:** Programa de Adiestramiento Previo al Servicio, basado en el secuencial curricular de enseñanza actual y sus revisiones semestrales, con el plan de estudio por los cuatro términos y la programación académica. (Incluyendo al menos 900 horas de capacitación y el plan de estudios ampliado). (cumplimiento con párrafos 118, 119, 120, 122 - 128)

| ID | Tarea | Responsable | Fecha de Cumplimiento |
|---|---|---|---|
| d. | Identificar necesidades de recursos y servicios de SAEA para contratación: <br><br> • Comité Diseño Secuencial Curricular <br> • Instructores por materia | Comisionado Auxiliar en Educación y Adiestramiento | 31/03/2023 |
| e. | Revisión de marco de referencia para crear el Programa de Adiestramiento: <br><br> 1. Orden General Capitulo 100, Sección 108, titulada: Superintendencia Auxiliar en Educación y Adiestramiento" <br><br> 2. OG. 701 Programa de Adiestramiento de Campo (Field Training Officer "FTO") <br><br> 3. O.G. 700-702 Programa de Adiestramiento Previo al Servicio <br><br> a. Revisar formularios PPR-702.1, titulado: Evaluación de facultad <br> b. PPR-702.2 Titulado: Evaluación Desempeño Facultativo <br> c. Crear evaluación de desempeño del cadetes integrado a PROMEDIA <br> d. Proceso de revisión curricular <br> e. Comité permanente revisión curricular <br> f. Diseñar el modelo del informe de revisión semestral del secuencial curricular <br> g. Proceso sobre diseño, revisión, aprobación e ingreso de adiestramiento en el PTMS | Director Oficina de Reforma | 30/06/2023 |

| ID | Tarea | Responsable | Fecha de Cumplimiento |
|----|-------|-------------|----------------------|
| | **4.** Reglamento Interno de Estudiantes de Superintendencia Auxiliar en Educación y Adiestramiento | | |
| f. | Contratación a corto plazo Servicios Profesionales para revisar el secuencial curricular | Comisionado Auxiliar en Educación y Adiestramiento | 30/09/2023 |
| g. | Contratación de servicios profesionales para suplir la facultad | Comisionado Auxiliar en Educación y Adiestramiento | 30/09/2023 |
| h. | Crear formulario de avalúo para los cadetes para la medición de la implementación del secuencial curricular del programa previo al servicio | Comisionado Auxiliar en Educación y Adiestramiento (serv prof contratado) | 30/06/2024 |
| i. | Revisión del Programa actual del Adiestramiento Previo al Servicio | Comisionado Auxiliar en Educación y Adiestramiento (serv prof contratados) | 30/06/2024 |
| j. | Crear el Programa de Adiestramiento Previo al Servicio y el Itinerario | Comisionado Auxiliar en Educación y Adiestramiento (serv prof contratados) | 30/06/2024 |
| k. | Ingresar el Programa Previo al Servicio en el PTMS | Comisionado Auxiliar en Educación y Adiestramiento (serv prof contratados) | 31/12/2024 |
| l. | Integrar formulario de avalúo en el PTMS | Director Negociado de Tecnología (serv prof contratados) | 31/12/2024 |
| m. | Integrar el Programa "Shooter" del Decanato de Uso y Manejo de Armas de Fuego al PTMS | Director Negociado de Tecnología (serv prof contratados) | 31/12/2024 |

4. Entregable: Programa de Adiestramiento en el Servicio, basado en sus revisiones anuales o bienales, con el itinerario y currículo de enseñanza. (cumplimiento con párrafos: 12, 21,23, 24, 26, 27, 32, 36, 40, 43, 48, 53, 54, 56, 78, 90,93, 101, 11, 123, 129,130 − 131,141 − 144, 196, 209, 209 y 218)

| ID | Tarea | Responsable | Fecha de Cumplimiento |
|----|-------|-------------|----------------------|
| a. | Identificar necesidades de recursos y servicios de SAEA para contratación<br><br>• Comité Diseño Curricular<br>• Instructores por materia | Comisionado Auxiliar en Educación y Adiestramiento | 31/03/2023 |

| ID | Tarea | Responsable | Fecha de Cumplimiento |
|---|---|---|---|
| b. | Revisión de marco de referencia para crear el Programa de Adiestramiento:<br><br>1. Orden General Capitulo 100, Sección 108, titulada: Superintendencia Auxiliar en Educación y Adiestramiento"<br><br>2. O.G. 700-703 Adiestramiento y Readiestramiento<br>  a. Requisitos de instructores<br>  b. Programa de Educación Continua Instructores<br>  c. Proceso descalificación instructores<br>  d. Proceso de evaluación de instructores<br><br>3. Manual de Descripción de Funciones, Deberes, Responsabilidades de los Empleados del Sistema de Rango.<br><br>4. Tendencias módulo de administración de Promedia<br><br>5. Tendencias de uso de fuerza<br><br>6. Tendencias evaluaciones de arrestos, registros y allanamientos.<br><br>7. Tendencias en Querellas Administrativas reportadas | Director Oficina de Reforma | 30/06/2023 |
| c. | Contratación, a corto plazo, de servicios profesionales expertos en Agencias de Ley y Orden, Diseño curricular, Currículo y enseñanza, Supervisión, Administración y liderazgo | Comisionado Auxiliar en Educación y Adiestramiento | 30/09/2023 |
| d. | Contratación de servicios profesionales para suplir los instructores por materia | Comisionado Auxiliar en Educación y Adiestramiento | 30/09/2023 |
| e. | Revisión del Programa de Adiestramiento actual En el Servicio:<br><br>1. Prontuario<br>2. Presentación<br>3. Guía del instructor<br>   Instrumento de evaluación | Comisionado Auxiliar en Educación y Adiestramiento (serv prof contratados) | 30/06/2024 |
| f. | Crear el Programa de Adiestramiento En el Servicio utilizando como base:<br><br>1. Acuerdo<br>2. Manual Descripción de Puesto | Comisionado Auxiliar en Educación y Adiestramiento (serv prof contratados) | 30/06/2024 |

| ID | Tarea | Responsable | Fecha de Cumplimiento |
|---|---|---|---|
| | 3. Modulo administración Promedia<br>4. Tendencias Uso de Fuerza<br>5. Informe del Monitor<br>6. Auditorias Operacionales<br>7. Auditorias Reforma del Sistema de Intervención Temprana<br><br>Intrínseco en la tarea se encuentra la creación de adiestramientos específicos donde se incluirá a las partes interesadas de la comunidad y a los expertos en la materia para el desarrollo del curso. Con respecto a la integración de la comunidad se establecerá como practica general la coordinación con el Director Ejecutivo del Comité de interacción Ciudadana para la participación de ciudadanos con experiencia en el tema a ser trabajado. En cuanto a recursos con pericia temática la Orden General 700-703 establece que cuando el NPPR no tenga recursos expertos en el tema se solicitarán recursos externos por conducto de acuerdo colaborativo o servicios profesionales.<br><br>Actualmente, para subsanar la necesidad de *expertise* esta vigente colaboración por parte de la Oficina de Administración y Tranformación de los Recursos Humanos del Gobierno (OATRH) la cual, mediante alianza con la Universidad de Puerto Rico (UPR), identifica recursos expertos en las materias de adiestramientos y los asigna para proveer adiestramiento en la SAEA.<br><br>Adicional y con el propósito de no detener el proceso de adiestramiento, a partir del mes de febrero del año corriente se crearon comités de diseño de adiestramiento con personal adscrito a las diferentes unidades de trabajo del NPPR, unidades de la cual se necesita el *expertise*, para la revisión de los adiestramiento. Lo anterior en conjunto con recursos adicionales que pertenecen a otras agencias del gobierno como el Departamento de la Familia, el Departamento de Justicia, entre otros. | | |
| g. | Crear el catálogo de cursos de los Programas de Adiestramiento | Comisionado Auxiliar en Educación y | 30/06/2024 |

| ID | Tarea | Responsable | Fecha de Cumplimiento |
|---|---|---|---|
| | | Adiestramiento (serv prof contratados) | |
| h. | Crear el Itinerario del Programa de Adiestramiento En el Servicio | Comisionado Auxiliar en Educación y Adiestramiento (serv prof contratados) | 30/06/2024 |
| i. | Ingresar el Programa En el Servicio en PTMS | Comisionado Auxiliar en Educación y Adiestramiento (serv prof contratados) | 31/12/2024 |
| j. | Integrar el Programa "Shooter" del Decanato de Uso y Manejo de Armas de Fuego al PTMS | Director Negociado de Tecnología (serv prof contratados) | 31/12/2024 |

5. **Entregable:** Proceso de Evaluación anual de adiestramiento (cumplimiento con párrafos 117, 120, 130 - 131)

| ID | Tarea | Responsable | Fecha de Cumplimiento |
|---|---|---|---|
| a. | Establecer criterios de medición de los niveles actuales de habilidades y conocimiento en el adiestramiento previo al servicio y en servicio | Director de Recursos Humanos | 30/06/2023 |
| b. | Crear proceso para que SAEA pueda identificar el personal que ingrese nuevo alguna unidad especializada para poder ofrecerle adiestramiento | Director de Recursos Humanos | 30/06/2023 |
| c. | Identificar ofrecimientos académicos de conformidad al Manual de descripción de deberes y funciones | Comisionado Auxiliar en Educación y Adiestramiento | 30/06/2023 |
| d. | Identificar ofrecimientos académicos para el personal de unidades especializadas para que los MNPPR conozcan sus funciones particulares | Comisionado Auxiliar en Educación y Adiestramiento | 30/06/2023 |

6. **Entregable:** Proceso para la revisión continua del Programa de Adiestramiento (cumplimiento con párrafos 131 y 120)

| ID | Tarea | Responsable | Fecha de Cumplimiento |
|---|---|---|---|
| a. | Creación y aprobación del protocolo de revisión de diseño de adiestramientos previo al servicio | Comisionado Auxiliar en Educación y Adiestramiento | 30/06/2023 |
| b. | Creación y Aprobación del protocolo de revisión de diseño de adiestramientos en servicio | Comisionado Auxiliar en Educación y Adiestramiento | 30/06/2023 |
| c. | Sincronizar calendario de adiestramiento y readiestramiento de SAEA con calendario de revisión de políticas de Oficina de Reforma | Comisionado Auxiliar en Educación y Adiestramiento | 30/06/2023 |

7. **Entregable:** Proceso de la Reunión Mensual y capacitación al inicio del turno (cumplimiento con párrafos 129-132, 218 y 219)

| ID | Tarea | Responsable | Fecha de Cumplimiento |
|---|---|---|---|
| a. | Revisar OG 704 Academia Mensual y sus formularios | Director Oficina de Reforma | 30/06/2023 |
| b. | Integrar funcionalidad para acreditar la Academia Mensual en el PTMS | Director Negociado de Tecnología (serv prof contratados) | 31/12/2024 |

8. **Entregable:** Funcionalidad en PTMS de perfil por empleado para mantener registro de adiestramientos completados y adiestramientos pendientes (cumplimiento con párrafo 134)

| ID | Tarea | Responsable | Fecha de Cumplimiento |
|---|---|---|---|
| a. | Autorización para enmienda de la plataforma Conócete y Actualízate para recoger todas credenciales de los MNPPR y estas puedan integrarse a PTMS - incluyendo instructores (añadir trayectoria en el NPPR e historial de adiestramiento) | Director de Recursos Humanos | 30/06/2023 |
| b. | Contratación, a corto plazo, de servicios profesionales expertos para registraduría | Comisionado Auxiliar en Educación y Adiestramiento | 30/09/2023 |

| ID | Tarea | Responsable | Fecha de Cumplimiento |
|---|---|---|---|
| c. | Incluir en PTMS funcionalidad para el registro de adiestramiento por empleado, certificación de adiestramiento y el historial de adiestramiento (certi web). Mantener un rastreo de los adiestramientos de los empleados con alerta ( fecha de vencimiento) | Director Negociado de Tecnología (serv prof contratados) | 31/12/2024 |
| d. | Migrar data a PTMS (credenciales de empleados e instructores) de la plataforma Conócete y Actualízate | Director Negociado de Tecnología (serv prof contratados) | 31/12/2024 |

## II.    Sistema PTMS – Police Training Management System

Alcance

La iniciativa de Sistema PTMS – Police Training Management System tiene el objetivo de cumplir con el sistema automatizado para la administración de los adiestramientos del Negociado de la Policía de Puerto Rico. Para cumplir con el sistema automatizado de adiestramientos el equipo del proyecto trabajará para que la Superintendencia Auxiliar en Educación y Adiestramiento cuente con las políticas, procedimientos, recursos y la tecnología necesaria para la implementación de:

- PTMS como herramienta centralizada de adiestramientos, aplicación evolucionada y con mayor funcionalidad que permita documentar adecuadamente las certificaciones y calificaciones de todo el personal de instrucción, disponibilidad de perfil por empleado para mantener registro de adiestramientos completados y adiestramientos pendientes lo que nos colocará en posición de tener una configuración y personalización que incluya las solicitudes de adiestramiento de integradas y su seguimiento a clases, seminarios y cursos, tanto internos como externos. La aplicación estará actualizada en tiempo real con precisión lo que le permite al Negociado discernir de manera efectiva cualquier posible brecha o necesidad de adiestramiento. PTMS estará integrado con los sistemas de Recursos Humanos, PROMEDIA y EIS. Todo lo anterior, entre otras funcionalidades para la administración automatizada de los adiestramientos administrados por la SAEA.

- Adiestramiento a todo el personal del Negociado de la Policia de Puerto Rico sobre el uso del PTMS.

Lo aquí listado se convierte en los entregables establecidos para esta iniciativa que nos encaminará al cumplimiento de los párrafos 133, 134, 141 - 148.

Tiempo

Hitos / *Milestones* / *KPI's*



Recursos

Equipo de trabajo responsable de llevar la iniciativa a término

- Maceira Berrios, Secretaria Auxiliar en Gerencia y Administración, DSP
- Lcdo. Miguel Candelario, Director Oficina Legal, DSP
- Tnt. Cnel. Alba Diaz Torres, Superintendencia Auxiliar en Educación y Adiestramiento
- Tte. Cnel. Rolando Trinidad,  Oficina de Reforma
- Caonabo Vicente, Negociado de Tecnología

Resumen de recursos profesionales a ser contratados para la compleción de la iniciativa

- Contratación, a corto plazo, de servicios profesionales expertos en Programación de aplicaciones

## Limitaciones

Limitaciones identificadas para la iniciativa y su respuesta

| Limitación | Respuesta |
|---|---|
| Tiempo para la consecución de los entregables | El equipo del proyecto será responsable de completar las tareas definidas para la consecución de los entregables concretados. El mismo contratará / designará personal adicional dedicado a la tarea teniendo en consideración el tiempo establecido y la prioridad de completar la misma. |
| Tiempo para el desarrollo de nueva versión de PTMS con las nuevas funcionalidades requeridas | El equipo del proyecto será responsable de contratar y designar personal experto, asignado únicamente a la tarea, teniendo en consideración el tiempo establecido y la prioridad de completar la misma. |
| Tiempo proceso para la contratación de servicios profesionales que apoyen las tareas definidas | El equipo del proyecto será responsable de conocer el proceso de contratación de servicios profesionales, establecer la cantidad de recursos a ser contratados para la iniciativa y el *expertise* requerido. Esto para realizar contratación simultánea de todos los recursos necesarios para el plan de sostenibilidad de adiestramiento agilizando el proceso. |
| Aprobación de presupuesto para contratación de servicios profesionales | El equipo del proyecto será responsable de trabajar con las agencias externas para la disponibilidad de presupuesto que sume la contratación de los servicios profesionales necesarios. |

A continuación, se presenta el "Project Charter" de la iniciativa el cual resume los elementos de cada proyecto con el anejo de las tareas necesarias para alcanzar cada entregable que nos llevará a cumplir con los requerimientos.

### A. Project Charter – Sistema PTMS

| Información General del Proyecto | |
| --- | --- |
| Nombre del Proyecto: | Sistema PTMS |
| Patrocinador Ejecutivo: | Comité Ejecutivo<br><br>Alexis Torres, Secretario del Departamento de Seguridad Pública<br>Rafael Riviere, Sub Secretario del Departamento de Seguridad Pública<br>Cnel. Arthur Garffer, Secretario Auxiliar en Operaciones e Inteligencia, DSP<br>Maceira Berrios, Secretaria Auxiliar en Gerencia y Administración, DSP<br>Dr. Juan C. Rivera, Secretario Auxiliar de Tecnología DSP<br>Cnel. Antonio Lopez Figueroa, Comisionado NPPR<br>Cnel. Juan Rodriguez Davila, Comisionado Asociado NPPR<br>Cnel. Francisco Rodriguez Ortiz, SAEA – NPPR |
| Patrocinador Departamental: | Oficial de la Oficina de Reforma – Tte. Cnel. Rolando Trinidad<br><br>Gerente de Proyecto – TBD |
| Impacto del Proyecto: | Cumplimiento con el Sistema PTMS |

| Equipo del Proyecto | | |
| --- | --- | --- |
| | **Nombre** | **Departamento** |
| | Maceira Berrios | Secretaria Auxiliar en Gerencia y Administración, DSP |
| | Lcdo. Miguel Candelario | Director Oficina Legal, DSP |
| | Tnt. Cnel. Alba Diaz Torres | Superintendencia Auxiliar en Educación y Adiestramiento, NPPR |
| | Tte. Cnel. Rolando Trinidad | Oficina de Reforma, NPPR |
| | Caonabo Vicente | Negociado de Tecnología, NPPR |

| **Colaboradores (ej. Aquellos con interés significativo en lo que se verán significativamente afectado por el proyecto.** |
| --- |
| Departamento de Seguridad Publica |
| Unidad de Trabajo que Administra el Sistema PTMS |

| **Alcance del Proyecto** |
| --- |
| **KPI's** *Resultados medibles del proyecto* |
| • Contratación de servicios profesionales – Septiembre 2023<br>• Recogido y análisis de requerimientos – Junio 2024<br>• Desarrollo, Pruebas, Implementacion y Adiestramiento del PTMS – Diciembre 2024 |

| **Entregables** |
| --- |
| • PTMS como herramienta centralizada de adiestramientos integrado con los sistemas de Recursos Humanos, PROMEDIA y EIS<br><br>• Adiestramientos a todo el personal sobre el uso del PTMS |

| **Fuera de alcance** |
| --- |
| • Todo lo que no esté detallado en los entregables y tareas definidas |

| **Tiempo** |
| --- |
| • Marzo 2023 – Diciembre 2024 |

| **Limitaciones** |
| --- |
| • Tiempo para la consecución de los entregables<br>• Tiempo para el desarrollo de nueva versión de PTMS con las nuevas funcionalidades requeridas<br>• Tiempo proceso para la contratación de servicios profesionales que apoyen las tareas definidas<br>• Aprobación de presupuesto para contratación de servicios profesionales |

| **Comunicación** |
| --- |
| • Correos electrónicos para comunicación informal – oficial<br>• Comunicaciones que impacten a toda la población vía Informa Policía<br>• Reuniones virtuales vía MS Teams<br>• Reuniones presenciales<br>• Administración de Tareas vía MS Project y MS Planner |
| • Reuniones de estatus mensual con los Patrocinadores Ejecutivos y Departamentales<br><br>• Reuniones de estatus bisemanal el Equipo del Proyecto |

B. Tareas definidas para completar los entregables del Sistema PTMS – Police Training Management System

1. **Entregable:** PTMS como herramienta centralizada de adiestramientos integrado con los sistemas de Recursos Humanos, PROMEDIA y EIS (cumplimiento con los párrafos 133 – 134, 141 - 148)

| ID | Tarea | Responsable | Fecha de Cumplimiento |
|----|-------|-------------|----------------------|
| a. | Contratación, a corto plazo, de servicios profesionales expertos en Programación de aplicaciones | Director Negociado de Tecnología | 30/09/2023 |
| b. | Recogido / análisis de requerimientos para el PTMS | Director Negociado de Tecnología (serv prof contratados) | 30/06/2024 |
| c. | Desarrollo, pruebas e implementación del PTMS con módulo de reportes de estatus de adiestramiento | Director Negociado de Tecnología (serv prof contratados) | 31/12/2024 |

2. Entregable: Adiestramientos a todo el personal sobre el uso del PTMS

| ID | Tarea | Responsable | Fecha de Cumplimiento |
|----|-------|-------------|----------------------|
| a. | Crear adiestramiento virtual de PTMS | Director Negociado de Tecnología (serv prof contratados) | 31/12/2024 |
| b. | Adiestramiento de PTMS para toda la población | Director Negociado de Tecnología | 31/12/2024 |

## III.    Programa de Instructores

Alcance

La iniciativa de Programa de Instructores tiene el objetivo de cumplir con el Programa de Instructores Negociado de la Policía de Puerto Rico. Para cumplir con el Programa de Instructores el equipo del proyecto trabajará para que la Superintendencia Auxiliar en Educación y Adiestramiento cuente con las políticas, procedimientos, recursos, la tecnología y el equipo necesario para la implementación de:

- La evaluación del Instructor para determinar la capacidad del instructor de comunicarse con los estudiantes, la exposición del currículo de enseñanza, el conocimiento del contenido del curso, entre otros elementos.

- El uso de la tecnología y el equipo adecuado para proveer los adiestramientos, mejorando así la experiencia de aprendizaje del estudiante y minimizando el gap en aprendizaje.

- El uso de Evaluación de aprendizaje de los participantes para confirmar la comprensión y el entendimiento del adiestramiento brindado además de la evolución del estudiante.

- El expediente del Instructor en conjunto con sus Credenciales para mostrar evidencia de que los instructores están calificados y ofrecen un buen método de enseñanza como la utilización de diálogos significativos, juegos de roles y/o examinación a través de pruebas o quizzes.

Lo aquí listado se convierte en los entregables establecidos para esta iniciativa que nos encaminará al cumplimiento de los párrafos 111 E, 117, 121- 122,133 - 134, 218 - 219.

Tiempo

Hitos / *Milestones* / *KPI's*



Recursos

Equipo de trabajo responsable de llevar la iniciativa a término

- Maceira Berrios, Secretaria Auxiliar en Gerencia y Administración, DSP
- Lcdo. Miguel Candelario, Director Oficina Legal, DSP
- Tnt. Cnel. Alba Diaz Torres, Superintendencia Auxiliar en Educación y Adiestramiento
- Tte. Cnel. Rolando Trinidad,  Oficina de Reforma
- Caonabo Vicente, Negociado de Tecnología

Resumen de recursos profesionales a ser contratados para la compleción de la iniciativa

- Contratación, a corto plazo, de servicios profesionales expertos mantenimiento de equipo

- Contratación, a corto plazo, de servicios profesionales expertos en educación

## Limitaciones

Limitaciones identificadas para la iniciativa y su respuesta

| Limitación | Respuesta |
|---|---|
| Tiempo para la consecución de los entregables | El equipo del proyecto será responsable de completar las tareas definidas para la consecución de los entregables concretados. El mismo contratará / designará personal adicional dedicado a la tarea teniendo en consideración el tiempo establecido y la prioridad de completar la misma. |
| Tiempo para el desarrollo de nueva versión de PTMS con las nuevas funcionalidades requeridas | El equipo del proyecto será responsable de contratar y designar personal experto, asignado únicamente a la tarea, teniendo en consideración el tiempo establecido y la prioridad de completar la misma. |
| Tiempo proceso para la contratación de servicios profesionales que apoyen las tareas definidas | El equipo del proyecto será responsable de conocer el proceso de contratación de servicios profesionales, establecer la cantidad de recursos a ser contratados para la iniciativa y el *expertise* requerido. Esto para realizar contratación simultánea de todos los recursos necesarios para el plan de sostenibilidad de adiestramiento agilizando el proceso. |
| Aprobación de presupuesto para contratación de servicios profesionales y adquisición de equipo | El equipo del proyecto será responsable de trabajar con las agencias externas para la disponibilidad de presupuesto que sume la contratación de los servicios profesionales necesarios y adquiera el equipo - herramientas necesarias para proveer los adiestramientos a los participantes de la academia. |

A continuación, se presenta el "Project Charter" de la iniciativa el cual resume los elementos de cada proyecto con el anejo de las tareas necesarias para alcanzar cada entregable que nos llevará a cumplir con los requerimientos.

A. Project Charter – Programa de Instructores

| Información General del Proyecto | |
| --- | --- |
| Nombre del Proyecto: | Programa de Instructores |
| Patrocinador Ejecutivo: | Comité Ejecutivo<br><br>Alexis Torres, Secretario del Departamento de Seguridad Pública<br>Rafael Riviere, Sub Secretario del Departamento de Seguridad Pública<br>Cnel. Arthur Garffer, Secretario Auxiliar en Operaciones e Inteligencia, DSP<br>Maceira Berrios, Secretaria Auxiliar en Gerencia y Administración, DSP<br>Dr. Juan C. Rivera, Secretario Auxiliar de Tecnología DSP<br>Cnel. Antonio Lopez Figueroa, Comisionado NPPR<br>Cnel. Juan Rodriguez Davila, Comisionado Asociado NPPR<br>Cnel. Francisco Rodriguez Ortiz, SAEA – NPPR |
| Patrocinador Departamental: | Oficial de la Oficina de Reforma – Tte. Cnel. Rolando Trinidad<br><br>Gerente de Proyecto – TBD |
| Impacto del Proyecto: | Cumplimiento con el Programa de Instructores |

| Equipo del Proyecto | | |
| --- | --- | --- |
| | **Nombre** | **Departamento** |
| | Maceira Berrios | Secretaria Auxiliar en Gerencia y Administración, DSP |
| | Lcdo. Miguel Candelario | Director Oficina Legal, DSP |
| | Tnt. Cnel. Alba Diaz Torres | Superintendencia Auxiliar en Educación y Adiestramiento, NPPR |
| | Tte. Cnel. Rolando Trinidad | Oficina de Reforma, NPPR |
| | Caonabo Vicente | Negociado de Tecnología, NPPR |

| Colaboradores (ej. Aquellos con interés significativo en lo que se verán significativamente afectado por el proyecto. |
| --- |
| Departamento de Seguridad Publica |

| Alcance del Proyecto |
| --- |
| **KPI's** *Resultados medibles del proyecto* |
| • ID Necesidades de equipo y presupuesto – Marzo 2023 |
| • Revisión de políticas y procedimientos – Agosto 2023 |
| • Contratación de servicios profesionales – Septiembre 2023 |
| • Adquisición de equipo – Diciembre 2023 |
| • Creación de herramientas – Junio 2024 |
| • Integración de nuevas funcionalidades y herramientas en PTMS – Diciembre 2024 |
| **Entregables** |
| • Evaluación del Instructor<br><br>• Uso de la tecnología y el equipo adecuado para proveer los adiestramientos |

- Uso de Evaluación de aprendizaje de los participantes

- Credenciales y expediente del Instructor

**Fuera de alcance**

- Todo lo que no esté detallado en los entregables y tareas definidas

**Tiempo**

- Marzo 2023 – Diciembre 2024

**Limitaciones**

- Tiempo para la consecución de los entregables
- Tiempo para el desarrollo de nueva versión de PTMS con las nuevas funcionalidades requeridas
- Tiempo proceso para la contratación de servicios profesionales que apoyen las tareas definidas
- Aprobación de presupuesto para contratación de servicios profesionales y adquisición de equipo

**Comunicación y Seguimiento para Cumplimiento**

- Correos electrónicos para comunicación informal – oficial
- Comunicaciones que impacten a toda la población vía Informa Policía
- Reuniones virtuales vía MS Teams
- Reuniones presenciales
- Administración de Tareas vía MS Project y MS Planner

- Reuniones de estatus mensual con los Patrocinadores Ejecutivos y Departamentales

- Reuniones de estatus bisemanal el Equipo del Proyecto

B. Tareas definidas para completar los entregables del Programa de Instructores

1. **Entregable:** Evaluación del Instructor (cumplimiento con párrafos 111 E y 122)

| ID | Tarea | Responsable | Fecha de Cumplimiento |
|----|-------|-------------|------------------------|
| a. | Crear manual de los procesos administrativos y operacionales de instructores del NPPR:<br><br>• Proceso de evaluación del instructor<br>• Proceso para asegurar que los instructores impartan los objetivos establecidos y los planes de estudios aprobados | Comisionado Auxiliar en Educación y Adiestramiento | 31/08/2023 |
| b. | Crear el instrumento de evaluación de los instructores y la facultad | Comisionado Auxiliar en Educación y Adiestramiento (serv prof contratados) | 30/06/2024 |
| c. | Integrar funcionalidad en PTMS para los instrumentos de evaluación de los instructores y la facultad, de modo que los estudiantes y el personal de administración de la SAEA realicen las mismas de manera virtual.<br><br>Previo al servicio: La evaluación se realizará por cada término (4 términos en total). La SAEA evaluará de manera aleatoria. Los estudiantes siempre evaluaran.<br><br>En el Servicio: Los adiestramientos anuales se evaluarán al inicio y al culminar el adiestramiento. La SAEA evaluará de manera aleatoria. Los estudiantes siempre evaluaran. | Director Negociado de Tecnología (serv prof contratados) | 31/12/2024 |

2. **Entregable:** Uso de la tecnología y el equipo adecuado para proveer los adiestramientos (cumplimiento con párrafo 117)

| ID | Tarea | Responsable | Fecha de Cumplimiento |
|----|-------|-------------|------------------------|
| a. | Análisis de necesidades de equipo para proveer adiestramiento | Comisionado Auxiliar en Educación y Adiestramiento | 31/03/2023 |
| b. | Documentar presupuesto para adquisición de equipo | Secretaria Auxiliar en Gerencia y Administración, DSP | 31/03/2023 |
| c. | Contratación, a corto plazo, de servicios profesionales expertos para mantenimiento de equipo | Director Negociado de Tecnología | 30/09/2023 |
| d. | Adquisición de equipo | Secretaria Auxiliar en Gerencia y Administración, DSP | 31/12/2023 |

3. **Entregable:** Uso de Evaluación de aprendizaje de los participantes (cumplimiento con párrafo 122)

| ID | Tarea | Responsable | Fecha de Cumplimiento |
|----|-------|-------------|------------------------|
| a. | Crear proceso de avaluó para evaluación de aprendizaje de los empleados En Servicio | Comisionado Auxiliar en Educación y Adiestramiento | 31/08/2023 |
| b. | Contratación, a corto plazo, de servicios profesionales expertos en educación | Comisionado Auxiliar en Educación y Adiestramiento | 30/09/2023 |
| c. | Crear el formulario de avalúo para evaluación de aprendizaje de los empleados En Servicio | Comisionado Auxiliar en Educación y Adiestramiento (serv prof contratados) | 30/06/2024 |
| d. | Integrar a PTMS funcionalidad de avalúo para evaluación de aprendizaje de los empleados En Servicio | Director Negociado de Tecnología (serv prof contratados) | 31/12/2024 |

4. **Entregable:** Credenciales y expediente del Instructor (cumplimiento con párrafos 117, 121 - 122, 133 y 134, 218 - 219)

| ID | Tarea | Responsable | Fecha de Cumplimiento |
|----|-------|-------------|----------------------|
| a. | Crear el proceso que describa el contenido del expediente del instructor, facultad y personal docente además de las credenciales requeridas | Comisionado Auxiliar en Educación y Adiestramiento | 31/08/2023 |
| b. | Integrar funcionalidad en PTMS para Expedientes de Instructores, facultad y docentes además de sus credenciales | Director Negociado de Tecnología (serv prof contratados) | 31/12/2024 |

## IV.    Programa de Field Training Officer's - FTO

Alcance

La iniciativa de Programa de Field Training Officer's - FTO tiene el objetivo de cumplir con el Programa Field Training Officer's del Negociado de la Policía de Puerto Rico. Para cumplir con el Programa de Field Training Officer's el equipo del proyecto trabajará para que la Superintendencia Auxiliar en Educación y Adiestramiento cuente con las políticas, procedimientos, recursos y la tecnología necesaria para la implementación de:

- El cumplimiento con la Orden General 701 del Programa de FTO para continuar los procesos de FTO de acuerdo con la política y la práctica.

- El proceso para la revisión continua del Programa de Field Training Officer's (FTO) para continuar reevaluando las mejores prácticas de adiestramiento de FTO. Las adaptaciones del Programa de FTO a los procesos de adiestramiento e implementación deben revisarse continuamente para mantener el cumplimiento de la programación del FTO. Es importante que el Negociado mantenga actualizado el programa de FTO, ya que es el enlace crítico entre el programa de adiestramiento previo al servicio y la mentoría.

- Evaluación y adiestramiento de los FTO actuales para mejorar el profesionalismo de sus oficiales y asegurar que el Programa de FTO reciba los recursos necesarios para apoyar la misión del NPPR.

Lo aquí listado se convierte en los entregables establecidos para esta iniciativa que nos encaminará al cumplimiento de los párrafos 111E, 117, 123 – 128, 218 – 219.

Tiempo

Hitos / *Milestones* / *KPI's*



Recursos

Equipo de trabajo responsable de llevar la iniciativa a término

- Tnt. Cnel. Alba Diaz Torres, Superintendencia Auxiliar en Educación y Adiestramiento
- Tte. Cnel. Rolando Trinidad,  Oficina de Reforma
- Caonabo Vicente, Negociado de Tecnología

Resumen de recursos profesionales a ser contratados para la compleción de la iniciativa

- n/a

Limitaciones

Limitaciones identificadas para la iniciativa y su respuesta

| Limitación | Respuesta |
|---|---|
| Tiempo para la consecución de los entregables | El equipo del proyecto será responsable de completar las tareas definidas para la consecución de los entregables concretados. El mismo contratará / designará personal adicional dedicado a la tarea teniendo en consideración el tiempo establecido y la prioridad de completar la misma. |
| Tiempo para el desarrollo de nueva versión de PTMS con las nuevas funcionalidades requeridas | El equipo del proyecto será responsable de contratar y designar personal experto, asignado únicamente a la tarea, teniendo en consideración el tiempo establecido y la prioridad de completar la misma. |

A continuación, se presenta el "Project Charter" de la iniciativa el cual resume los elementos de cada proyecto con el anejo de las tareas necesarias para alcanzar cada entregable que nos llevará a cumplir con los requerimientos.

### A. Project Charter – Programa de Field Training Officer's

| Información General del Proyecto | |
|---|---|
| Nombre del Proyecto: | Programa de Field Training Officer's |
| Patrocinador Ejecutivo: | Comité Ejecutivo<br><br>Alexis Torres, Secretario del Departamento de Seguridad Pública<br>Rafael Riviere, Sub Secretario del Departamento de Seguridad Pública<br>Cnel. Arthur Garffer, Secretario Auxiliar en Operaciones e Inteligencia, DSP<br>Maceira Berrios, Secretaria Auxiliar en Gerencia y Administración, DSP<br>Dr. Juan C. Rivera, Secretario Auxiliar de Tecnología DSP<br>Cnel. Antonio Lopez Figueroa, Comisionado NPPR<br>Cnel. Juan Rodriguez Davila, Comisionado Asociado NPPR<br>Cnel. Francisco Rodriguez Ortiz, SAEA – NPPR |
| Patrocinador Departamental: | Oficial de la Oficina de Reforma – Tte. Cnel. Rolando Trinidad<br><br>Gerente de Proyecto – TBD |
| Impacto del Proyecto: | Cumplimiento con el Programa de Field Training Officer's |

| Equipo del Proyecto | | |
|---|---|---|
| | **Nombre** | **Departamento** |
| | Tnt. Cnel. Alba Diaz Torres | Superintendencia Auxiliar en Educación y Adiestramiento, NPPR |
| | Tte. Cnel. Rolando Trinidad | Oficina de Reforma, NPPR |
| | Caonabo Vicente | Negociado de Tecnología, NPPR |

| Colaboradores (ej. Aquellos con interés significativo en lo que se verán significativamente afectado por el proyecto. |
|---|
| Departamento de Seguridad Publica |

| Alcance del Proyecto |
|---|
| **KPI's** *Resultados medibles del proyecto* |
| • Revisión de políticas y procedimientos – Agosto 2023<br>• Adiestramiento a los FTO's actuales – Diciembre 2023<br>• Creación de nuevos programas – Junio 2024<br>• Integración de nuevos programas en PTMS – Diciembre 2024 |

| Entregables |
|---|
| • Cumplimiento con la Orden General<br><br>• Proceso para la revisión continua del Programa de Field Training Officer's (FTO)<br><br>• Evaluación y adiestramiento de los FTO actuales |

| Fuera de alcance |
|---|
| • Todo lo que no esté detallado en los entregables y tareas definidas |

| Tiempo |
|---|
| • Marzo 2023 – Diciembre 2024 |

| Limitaciones |
|---|
| • Tiempo para la consecución de los entregables<br>• Tiempo para el desarrollo de nueva versión de PTMS con las nuevas funcionalidades requeridas |

| Comunicación y Seguimiento para Cumplimiento |
|---|
| • Correos electrónicos para comunicación informal – oficial<br>• Comunicaciones que impacten a toda la población vía Informa Policía<br>• Reuniones virtuales vía MS Teams<br>• Reuniones presenciales<br>• Administración de Tareas vía MS Project y MS Planner |
| • Reuniones de estatus mensual con los Patrocinadores Ejecutivos y Departamentales<br><br>• Reuniones de estatus bisemanal el Equipo del Proyecto |

B. Tareas definidas para completar los entregables del Programa de Field Training Officer's - FTO

1. **Entregable:** Cumplimiento con la Orden General (cumplimiento con párrafos 111E, 117, 123 – 128, 218 - 219)

| ID | Tarea | Responsable | Fecha de Cumplimiento |
|---|---|---|---|
| a. | Revisión de la O.G. 700-701 Programa de Adiestramiento de Campo y sus formularios (como la PPR 701.5) | Director Oficina de Reforma | 31/08/2023 |
| b. | Revisión del Manual Operacional Programa Adiestramiento de Campo (nov 2019) | Director Oficina de Reforma | 31/08/2023 |
| c. | Adiestramiento de la OG 700-701 a los FTO | Comisionado Auxiliar en Educación y Adiestramiento | 31/12/2023 |

2. **Entregable:** Proceso para la revisión continua del Programa de Field Training Officer's (FTO) (cumplimiento con párrafos 123 - 128 y 218 - 219)

| ID | Tarea | Responsable | Fecha de Cumplimiento |
|---|---|---|---|
| a. | Establecer mediante O.G. 100-108 y 700-701 la revisión anual del currículo del Programa de adiestramiento de campo | Director Oficina de Reforma | 31/08/2023 |
| b. | Renovar Programa de adiestramiento de campo<br><br>• Redistribución de horas del Programa de adiestramiento de campo<br>   ○ 200 horas a ser llevadas a cabo desde la SAEA a través de talleres sobre los temas concernientes a la Superintendencia Auxiliar en Investigación Criminal – Fase 1<br><br>   ○ 600 horas (Fase 2 a Fase 5) – adiestramiento de campo | Director Oficina de Reforma | 31/08/2023 |
| c. | Crear Secuencial Curricular de adiestramiento FTO's | Comisionado Auxiliar en Educación y | 30/06/2024 |

| ID | Tarea | Responsable | Fecha de Cumplimiento |
|----|-------|-------------|----------------------|
|    |       | Adiestramiento (serv prof contratados) |  |

3. **Entregable:** Evaluación y adiestramiento de los FTO actuales (cumplimiento con párrafos 127 - 128)

| ID | Tarea | Responsable | Fecha de Cumplimiento |
|----|-------|-------------|----------------------|
| a. | Integrar en PTMS todos los formularios de la Orden General 700-701 Programa de Adiestramiento de Campo: <br><br> • PPR-701.1 Información de Candidatos a FTO y Supervisores del Programa de Adiestramiento de Campo <br><br> • PPR-701.2 Evaluación Diaria <br><br> • PPR-701.3 Resumen de Evaluación Semanal <br><br> • PPR-701.4 Evaluación del Agente Aprendiz - Fase Final <br><br> • PPR-701.5 Evaluación del Agente Aprendiz Sobre el Desempeño de sus FTO <br><br> • PPR-701.6 Experiencias Investigativas - Fase 3 <br><br> • PPR-701.7 Información del Agente Aprendiz | Director Negociado de Tecnología (serv prof contratados) | 31/12/2024 |
| b. | Ingresar en PTMS secuencial de adiestramiento de los FTO | Comisionado Auxiliar en Educación y Adiestramiento (serv prof contratados) | 31/12/2024 |

# Reportes de Estatus al Tribunal

Cada 90 días el Gerente de Proyectos a través de la Oficina de Reforma emitirá reporte de estado al Tribunal Federal sobre el estatus de las iniciativas presentadas en este plan.

| Reporte de Estatus luego de la aprobación del plan por el Comité Ejecutivo | Envío 2 semanas antes a las partes para revisión | Fecha de Cumplimiento del Reporte de Estatus |
|---|---|---|
| 1 | 6/15/2023 | 6/30/2023 |
| 2 | 9/15/2023 | 9/30/2023 |
| 3 | 12/15/2023 | 12/30/2023 |
| 4 | 3/15/2023 | 3/30/2024 |
| 5 | 6/15/2024 | 6/30/2024 |
| 6 | 9/15/2024 | 9/30/2024 |
| 7 | 12/15/2024 | 12/30/2024 |

## Conclusión

El Negociado de la Policia de Puerto Rico reconoce las oportunidades de mejora a ser implementadas para cumplir cabalmente con lo establecido en el Acuerdo de la Reforma. Ciertamente nos encontramos en un momento de retos fiscales donde estamos llamados a lograr el alineamiento entre el cumplimiento y las prioridades que se manejan diariamente. Para implementar este plan exitosamente se necesita el compromiso y seguimiento de todas las partes involucradas. Lo anterior resultando en la transformación de la Superintendencia Auxiliar en Educación y Adiestramiento la cual tiene el objetivo de preparar y mantener actualizados en las mejores prácticas a los recursos que diariamente velan por la seguridad de Puerto Rico.

Anejo

Plan Suplementario Obligatorio para cumplimiento con el Programa de Capacitación En Servicio de 40 horas anuales de todos los Miembros de la Policía del Negociado de la Policía de Puerto Rico Años 2023 y 2024

Plan Suplementario Obligatorio para cumplimiento con el Programa de Capacitación En Servicio de 40 horas anuales
de todos los Miembros de la Policía del Negociado de la Policía de Puerto Rico Años 2023 y 2024

 

**Cursos para el Programa de Capacitación En Servicio de 40 horas anuales**

5 cursos: Uso de Fuerza, Arrestos, Registros y Allanamientos, Policía Comunitaria, Igual Protección y No Discrimen e Igual Oportunidad en el Empleo (Supervisores)

**Línea de Tiempo**



* Cursos restantes: Arrestos, Registros y Allanamientos, Policía Comunitaria, Igual Protección y No Discrimen e Igual Oportunidad en el Empleo (Supervisores)

**Parte I - Cumplimiento con el 42% de la población para el curso de Uso de Fuerza**

| Uso de Fuerza | Abril | Mayo | Junio | |
|---|---|---|---|---|
| Sesiones | 4 | 6 | 9 | |
| Participantes | 20 | 20 | 20 | |
| **Participantes por Area Policiaca** | **80** | **120** | **180** | |
| Cantidad de Areas Policiacas a Impactar | 13 | 13 | 13 | |
| **Participantes impactados por Mes** | **1,040** | **1,560** | **2,340** | |
| | | | 4,940 | Sub-total |
| Benmarks / Puntos de Referencias | | | 42% | Porcentaje de cumplimiento |

Notas: Entre los meses de Abril y Junio se trabajará con el diseño de los 4 cursos restantes que completan el adiestramiento anual de 40 horas

**Parte II - Cumplimiento con el 33% adicional de la población para el curso de Uso de Fuerza. Esta parte nos llevará a completar el 75% de la población en el curso de Uso de Fuerza al 31 de diciembre de 2023.**

| Continuación: Uso de Fuerza | Julio | Agosto | Septiembre | Octubre | Noviembre | Diciembre | |
|---|---|---|---|---|---|---|---|
| Sesiones | 2 | 3 | 3 | 3 | 3 | 1 | |
| Participantes | 20 | 20 | 20 | 20 | 20 | 20 | |
| **Participantes por Area Policiaca** | **40** | **60** | **60** | **60** | **60** | **20** | |
| Cantidad de Areas Policiacas a Impactar | 13 | 13 | 13 | 13 | 13 | 13 | |
| **Participantes impactados por Mes** | **520** | **780** | **780** | **780** | **780** | **260** | |
| | | | | | | 3,900 | Sub-total |
| Benmarks / Puntos de Referencias | | | | | | 33% | Porcentaje de cumplimiento |

Notas: Al 31 de diciembre de 2023 se proyecta cumplir con el 75% de la población para el curso de Uso de Fuerza

Anejo al Plan de Sostenibilidad de Adiestramiento
Superintendencia Auxiliar en Educación y Adiestramiento
del Negociado de la Policía de Puerto Rico

1

03/29/2023

Plan Suplementario Obligatorio para cumplimiento con el Programa de Capacitación En Servicio de 40 horas anuales de todos los Miembros de la Policía del Negociado de la Policía de Puerto Rico Años 2023 y 2024



**Parte III - Cumplimiento con el 75% de la población para los 4 cursos restantes\* correspondientes al adiestramiento anual de 40 horas**

\* Cursos restantes: Arrestos, Registros y Allanamientos, Policía Comunitaria, Igual Protección y No Discrimen e Igual Oportunidad en el Empleo (Supervisores)

Curso: Arrestos
Semana A

|  | Julio | Agosto | Septiembre | Octubre | Noviembre | Diciembre | |
|---|---|---|---|---|---|---|---|
| Sesiones | 2 | 5 | 5 | 5 | 5 | 0 | |
| Participantes | 30 | 30 | 30 | 30 | 30 | 30 | |
| **Participantes por Area Policiaca** | **60** | **150** | **150** | **150** | **150** | **0** | |
| Cantidad de Areas Policiacas a Impactar | 13 | 13 | 14 | 14 | 13 | 13 | |
| **Participantes impactados por Mes** | **780** | **1,950** | **2,100** | **2,100** | **1,950** | **-** | |
| Benmarks / Puntos de Referencias | | | 4,830 | | | 8,880 | Sub-total |
| | | | 41% | | | 76% | Porcentaje de cumplimiento |
| | | | Septiembre | | | Diciembre | |

Curso: Registros y Allanamiento
Semana B

|  | Julio | Agosto | Septiembre | Octubre | Noviembre | Diciembre | |
|---|---|---|---|---|---|---|---|
| Sesiones | 2 | 5 | 5 | 5 | 5 | 0 | |
| Participantes | 30 | 30 | 30 | 30 | 30 | 30 | |
| **Participantes por Area Policiaca** | **60** | **150** | **150** | **150** | **150** | **0** | |
| Cantidad de Areas Policiacas a Impactar | 13 | 13 | 14 | 14 | 13 | 13 | |
| **Participantes impactados por Mes** | **780** | **1,950** | **2,100** | **2,100** | **1,950** | **-** | |
| Benmarks / Puntos de Referencias | | | 4,830 | | | 8,880 | Sub-total |
| | | | 41% | | | 76% | Porcentaje de cumplimiento |
| | | | Septiembre | | | Diciembre | |

Curso: Policia Comunitaria
Semana C

|  | Julio | Agosto | Septiembre | Octubre | Noviembre | Diciembre | |
|---|---|---|---|---|---|---|---|
| Sesiones | 0 | 5 | 5 | 5 | 5 | 2 | |
| Participantes | 30 | 30 | 30 | 30 | 30 | 30 | |
| **Participantes por Area Policiaca** | **0** | **150** | **150** | **150** | **150** | **60** | |
| Cantidad de Areas Policiacas a Impactar | 13 | 13 | 14 | 14 | 13 | 13 | |
| **Participantes impactados por Mes** | **-** | **1,950** | **2,100** | **2,100** | **1,950** | **780** | |
| Benmarks / Puntos de Referencias | | | 4,050 | | | 8,880 | Sub-total |
| | | | 34% | | | 76% | Porcentaje de cumplimiento |
| | | | Septiembre | | | Diciembre | |

Curso: Igual Protección y No Discrimen / Igual Protección en el Empleo (Supervisores)
Semana D

|  | Julio | Agosto | Septiembre | Octubre | Noviembre | Diciembre | |
|---|---|---|---|---|---|---|---|
| Sesiones | 0 | 5 | 5 | 5 | 5 | 2 | |
| Participantes | 30 | 30 | 30 | 30 | 30 | 30 | |
| **Participantes por Area Policiaca** | **0** | **150** | **150** | **150** | **150** | **60** | |
| Cantidad de Areas Policiacas a Impactar | 13 | 13 | 14 | 14 | 13 | 13 | |
| **Participantes impactados por Mes** | **-** | **1,950** | **2,100** | **2,100** | **1,950** | **780** | |
| Benmarks / Puntos de Referencias | | | 4,050 | | | 8,880 | Sub-total |
| | | | 34% | | | 76% | Porcentaje de cumplimiento |
| | | | Septiembre | | | Diciembre | |

Anejo al Plan de Sostenibilidad de Adiestramiento
Superintendencia Auxiliar en Educación y Adiestramiento
del Negociado de la Policía de Puerto Rico

2

03/29/2023

Plan Suplementario Obligatorio para cumplimiento con el Programa de Capacitación En Servicio de 40 horas anuales
de todos los Miembros de la Policía del Negociado de la Policía de Puerto Rico Años 2023 y 2024




## Parte IV - Año 2024 Enero a Diciembre - Cumplimiento con el Adiestramiento anual de todos los Miembros de la Policía

El porcentaje restante, correpospondiente al ciclo de adiestramiento del año 2023 (25%), no se atenderá al comienzo del año 2024. Ello, debido a que se se propone que en enero 2024 se comience el nuevo ciclo de adiestramiento anual 2024 para atender todos los Miembros de la Policía. Lo anterior, para cumplimiento del 100% de la población al 31 diciembre de 2024 en los cinco (5) cursos predeterminados en este plan.

## Parte V - Años 2023 & 2024 - Cumplimiento con el Adiestramiento de los Miembros de la Policia en Unidades Especializadas

Unidades Especializadas incluidas

Special Weapons and Tactics (SWAT)
División de Operaciones Tácticas (DOT)
Superintendencia Auxiliar en Responsabilidad Profesional
Violencia Domestica
Delitos Sexuales
Equipo de Intervención en Crisis

## Parte VI - Retos identificados para la implementación del adiestramiento anual de 40 horas y su respuesta

| Retos | Acción a tomar |
|---|---|
| 1.Los instructores de adiestramiento están asignados en las áreas policiacas y unidades especializadas. La SAEA no tiene control de las instrucciones operacionales que reciben. | La SAEA solicitará al Comisionado del NPPR que los instructores de adiestramientos sean asignados a la SAEA para que sean readiestrados y puedan ofrecer los cursos requeridos en las áreas policiacas siguiendo el plan establecido. Los instructores no serán utilizados en otros servicios mientras finalizan el plan de adiestramiento. Los Comisionados Auxiliares y Comandantes de Área establecerán un plan de trabajo para mitigar el impacto de los adiestramientos en las labores operacionales y poder cumplir con las responsabilidades contraídas con la SAEA. |
| 2. Necesidad de recursos especializados para crear y diseñar los cursos (Asesor en currículo, Secretaria, Editor para las presentaciones y guías). | La SAEA solicitará al Comisionado del NPPR la contratación recursos de forma expedita. |
| 3.El proceso de contratación de recursos externos requiere la aprobación de agencias gubernamentales (podría tardarse entre 60 a 90 días) | La SAEA solicitará al Comisionado del NPPR que se logré entre las agencias la aprobación de un proceso expedito en común acuerdo para la evaluación y otorgación de contratos. |
| 4. La mayoría de los instructores activos proveen adiestramiento a personal en servicio y previo al servicio. | La SAEA adiestrará más instructores en las diferentes políticas. |
| 5. Difícil reclutamiento de Instructores para impartir cursos por la complejidad, responsabilidad y experiencia | La SAEA solicitará al Comisionado del NPPR que se identifique, en conjunto con el Departamento de Seguridad Publica, incentivo para los instructores de adiestramiento. |
| 6. La capacitación de nuevos instructores depende del personal que crea y diseña adiestramientos | La SAEA solicitará al Comisionado del NPPR que se mantenga el flujo de reclutamiento de recursos externos y las alianzas con instituciones académicas |
| 7. Para el diseño de los adiestramientos se requiere la colaboración de expertos internos asignados a la SARP, SAOC y a la SAIC por lo que debido a la implementación del requerimiento del párrafo 13 y la necesidad de personal podría dificultarse la asignación de estos recursos para colaborar en el diseño o revisión de los adiestramientos | La SAEA solicitará al Comisionado del NPPR que los Miembros de la Policía, expertos, identificados para colaborar en el diseño y revisión de los adiestramientos sean asignados por un término ininterrumpido no menor de (1) mes ni mayor de (2) meses a la SAEA. |
| 8. Los adiestramientos y readiestramientos podrían afectarse debido a que los Miembros de la Policía sean asignados a atender los siguientes factores operacionales, tales como: Conflictos, huelga, desastres naturales, procesos judiciales o administrativos, planes de trabajo operacionales dirigidos atender la incidencia criminal y actividades multitudinarias | LA SAEA solicitará al Comisionado del NPPR que los Comisionados Auxiliares implementen planes de trabajo que permitan el cumplimiento del adiestramiento en servicio de 40 horas anuales. |
| 9. Personal no disponible por los planes de exceso de vacaciones, exceso de enfermedad y Licencia Regular | La SAEA solicitará al Comisionado del NPPR que se otorgue una extensión del periodo para agotar balances de licencias. |

Anejo al Plan de Sostenibilidad de Adiestramiento
Superintendencia Auxiliar en Educación y Adiestramiento
del Negociado de la Policía de Puerto Rico                           3                                           03/29/2023

Plan Suplementario Obligatorio para cumplimiento con el Programa de Capacitación En Servicio de 40 horas anuales de todos los Miembros de la Policía del Negociado de la Policía de Puerto Rico Años 2023 y 2024



| Retos | Acción a tomar |
|---|---|
| 10. El PTMS no realiza las agrupaciones de las 40 horas de adiestramiento anuales por empleado para medir el cumplimiento del plan de trabajo presentado. | LA SAEA solicitará al Comisionado del NPPR programación expedita del PTMS para obtener los reportes necesarios que demuestren el cumplimiento con los cursos del adiestramiento de 40 horas. |

| Parte VII - Compromiso |
|---|

(1) De conformidad con el párrafo 289, el Estado Libre Asociado se compromete a proporcionar al NPPR y a la SAEA lo que necesitan para implementar el Plan Suplementario Propuesto, y (2) en sus informes de estado de 90 días sobre el plan de capacitación, el NPPR y la SAEA indicarán qué recursos han solicitado para poner en práctica este plan y lo que se ha proporcionado.

Anejo al Plan de Sostenibilidad de Adiestramiento
Superintendencia Auxiliar en Educación y Adiestramiento
del Negociado de la Policía de Puerto Rico                    4                    03/29/2023