


**CMR8-2.1- 20 enero 23 -TR-232**

# GOBIERNO DE PUERTO RICO
## DEPARTAMENTO DE SEGURIDAD PÚBLICA
Negociado de la Policía de Puerto Rico

## ADIESTRAMIENTOS IMPARTIDOS POR CÓDIGO

Para #

| Código | Título | Año | Total de Cursos | Total de Participantes |
|---|---|---|---|---|
| BIAN 3061 | UNIDOS POR EL BIENESTAR ANIMAL | 2022 | 7 | 136 |
| BIAN 6061 | INSTRUCTORES UNIDOS POR EL BIENESTAR ANIMAL | 2022 | 1 | 19 |
| CAMC 3061 | USO Y MANEJO DE LAS CAMARAS CORPORALES | 2022 | 7 | 141 |
| CITE 8061R | EQUIPO DE INTERVENCION EN CRISIS | 2022 | 1 | 12 |
| DCE-1001 | CURSO BASICO DISPOSITIVO DE CONTROL ELECTRONICO | 2022 | 1 | 0 |
| DOT 112 | CURSO OPERACIONAL DE FORMACIONES ANTIDISTURBIOS | 2022 | 2 | 42 |
| DOT 603 | USO Y MANEJO BATON RIGIDO (ROTEN TACTICO DE 30" O 36") | 2022 | 4 | 60 |
| DOT 604 | USO Y MANEJO GASES LACRIMOGENOS | 2022 | 2 | 39 |
| DOT 625 | CONTROL DE MULTITUDES | 2022 | 2 | 36 |
| EEOP 2061 (93) | IGUALDAD DE OPORTUNIDAD EN EL EMPLEO (EQUAL EMPLOYMENT OPPORTUNITY-EEO) SUPERVISORES | 2022 | 202 | 1745 |
| EEOP 6061 | INSTRUCTORES IGUALDAD DE OPORTUNIDAD EN EL EMPLEO (EQUAL EMPLOYMENT OPPORTUNITY-EEO) | 2022 | 1 | 7 |
| ESAL 105 | TECNICAS DE INVESTIGACION DE CAMPO Y ANTECEDENTES | 2022 | 6 | 59 |
| ESAL 201 (84) | PROCESO Y MANEJO DE QUERELLAS ADMINISTRATIVAS Y DE MEDIDAS CORRECTIVAS NO PUNITIVAS POR LOS SUPERVISORES | 2022 | 6 | 49 |
| ETE 620 | USO Y MANEJO DE MUNICIONES DE IMPACTO (MIEMBROS ASIGNADOS UNIDADES ETE) | 2022 | 7 | 81 |
| FOCA 8061 | FOTOGRAFIA CRIMINAL AEREA | 2022 | 4 | 44 |
| FTO 9061 | PROGRAMA DE ADIESTRAMIENTO DE CAMPO (FTOS) | 2022 | 6 | 142 |
| FTOS 2061 | PROGRAMA ADIESTRAMIENTO DE CAMPO (FTO) SUPERVISORES | 2022 | 1 | 12 |
| GLOCK-17 | ADIESTRAMIENTO PISTOLA GLOCK MODELO 22 CALIBRE .40 | 2022 | 1 | 0 |

## CMR8-2.1- 20 enero 23 -TR-233

| Código | Curso | Año | | |
|---|---|---|---|---|
| GLOCK-19 | CURSO BASICO EN USO Y MANEJO DE PISTOLA GLOCK, CALIBRE .40 | 2022 | 4 | 0 |
| GLOCK2 | CURSO BASICO DE PISTOLA GLOCK CALIBRE 40, MODELO 22 | 2022 | 3 | 0 |
| GLOCK-20 | CURSO BASICO EN USO Y MANEJO DE PISTOLA GLOCK, CALIBRE .40, ESCOPETA REMINGTON, MODELO 870, CALIBRE 12 Y RIFLE AR-15, CALIBRE 5.56 X 45MM NATO / .223 REM:COLT | 2022 | 1 | 0 |
| GLOCK-21 | CURSO BASICO EN USO Y MANEJO DE PISTOLA GLOCK, MODELO 19, CALIBRE 9MM, ESCOPETA REMINGTON, MODELO 870, CALIBRE 12, RIFLE SIG SAUER ,MODELO516, CAL.5.56MM Y VAQUETA SAFARILAND, MODELO ALS/SLS, NIVEL III | 2022 | 1 | 0 |
| GLOCK-22 | CURSO BASICO EN USO Y MANEJO DE PISTOLA GLOCK, MODELO 23, CALIBRE .40, ESCOPETA REMINGTON, MODELO 870, MOSSBERG, MODELO 590, CALIBRE 12, RIFLE SIG SAUER ,MODELO516, WINDHAN MODELO WW15, CALIBRE 5.56MM Y VAQUETA SAFARILAND, MODELO ALS/SLS, NIVEL III | 2022 | 1 | 0 |
| ICGF 8061 | INVESTIGACION DE CHOQUES GRAVES Y FATALES | 2022 | 4 | 48 |
| ICTR 3061 | INFORME ESTADISTICOS INVESTIGACION DE CHOQUES DE TRANSITO | 2022 | 456 | 4849 |
| ICTR 6061 | INSTRUCTORES INFORME ESTADISTICOS INVESTIGACION DE CHOQUES DE TRANSITO (PPR 621.4) | 2022 | 1 | 13 |
| ICTR 8061 | INFORME ESTADISTICOS INVESTIGACION DE CHOQUES DE TRANSITO (PPR 621.4) | 2022 | 11 | 88 |
| IDC 623 | INICIATIVA DEBAJO DE 100 (BELOW 100) | 2022 | 26 | 106 |
| IGPD 5011 | MULTITEMATICO IGUAL PROTECCION Y NO DISCRIMEN | 2022 | 491 | 6458 |
| IGPD 6012 | MULTITEMATICO IGUAL PROTECCION Y NO DISCRIMEN | 2022 | 1 | 9 |
| INS 108 | DESARROLLO DEL INSTRUCTOR | 2022 | 1 | 17 |
| INS 601R | RECERTIFICACION DE INSTRUCTORES REGLAS USO DE FUERZA | 2022 | 1 | 21 |
| INS 618R | RE-CERTIFICACION DE INSTRUCTORES EN EL USO Y MANEJO DE ARMAS DE FUEGO | 2022 | 11 | 83 |
| INS 619 | CURSO INSTRUCTORES PARA INTERVENCION VEHICULAR | 2022 | 1 | 15 |
| MACM 2041 | MANEJO Y CONTROL DE MULTITUDES MIEMBROS DEL SISTEMA DE RANGO DE ALTO NIVEL DE SUPERVISION (OFICIALES) | 2022 | 1 | 0 |
| MACM 3041 | MANEJO Y CONTROL DE MULTITUDES | 2022 | 205 | 2983 |
| NIMS-100 | SISTEMA DE COMANDOS BASICOS DE INCIDENTES | 2022 | 7 | 88 |
| NIMS-700 | SISTEMA NACIONAL PARA EL MANEJO DE INCIDENTES | 2022 | 5 | 69 |
| PFT 112 | PRUEBA DE AGILIDAD FISICA (DIVISION DE OPERACIONES TACTICAS) | 2022 | 14 | 180 |
| PFT 6061 | EVALUADOR "SCORER" PRUEBA DE AGILIDAD FISICA DIVISIÓN OPERACIONES TÁCTICAS | 2022 | 1 | 11 |
| POL 2037 | Patógenos Sanguíneos, Respuesta en Casos de Emergencias y Destrezas Básicas en Primeros Auxilios | 2022 | 1 | 21 |
| POL 2066 | USO Y MANEJO DE VEHICULOS OFICIALES | 2022 | 8 | 67 |
| RE SIG SAUER | CURSO BASICO DE USO Y MANEJO DE ARMAS DE FUEGO, PISTOLA SIG SAUER, MODELO P-320, CALIBRE 9MM, ESCOPETA REMINGTON, MODELO 870, CALIBRE 12 Y RIFLE SIG SAUER, MODELO 516, CALIBRE 5.56 | 2022 | 80 | 192 |

## CMR8-2.1- 20 enero 23 -TR-234

| RE SIG SAUER | CURSO BASICO DE USO Y MANEJO DE ARMAS DE FUEGO, PISTOLA SIG SAUER, MODELO P-320 (CONDICION) | 2022 | 67 | 153 |
|---|---|---|---|---|
| REA 111 | INTRODUCCION A LOS DERECHOS HUMANOS Y CIVILES | 2022 | 2 | 20 |
| REA 116R | READIESTRAMIENTO MANEJADOR DE CANES | 2022 | 12 | 60 |
| REA 118 | INVESTIGACION DE INCIDENTES DE VIOLENCIA DOMESTICA(UNIDADES ESPECIALIZADAS) | 2022 | 4 | 117 |
| REA 118R | INVESTIGACION DE INCIDENTES DE VIOLENCIA DOMESTICA(UNIDADES ESPECIALIZADAS VAWA-OPM) | 2022 | 5 | 132 |
| REA 204T | MANEJO DE INCIDENTES DE TRAFICO | 2022 | 25 | 106 |
| REA 403 | NORMAS Y PROCEDIMIENTOS PARA ACCESO Y UTILIZACION DE LOS SISTEMAS COMPUTARIZADOS | 2022 | 12 | 138 |
| REA 404 | NORMAS Y PROCEDIMIENTOS PARA USO Y MANEJO DE LOS RADIOS DE COMUNICACIONES | 2022 | 6 | 92 |
| REA 406 | ACCESO Y UTILIZACION DEL SISTEMA DE INFORMACION GEOGRAFICA CRMINAL-CRIME MAPPING | 2022 | 11 | 138 |
| REA 406E | SISTEMA DE INFORMACION GEOGRAFICA ESPECIALIZADO | 2022 | 1 | 9 |
| REA 601 | REGLAS DEL USO DE LA FUERZA POR MIEMBROS DE LA PPR QUE NO EJERCEN FUNCIONES DE SUPERVISION | 2022 | 1 | 1 |
| REA 602 | OPERADOR DISPOSITIVO DE CONTROL ELECTRICO | 2022 | 7 | 137 |
| REA 603 | OPERADORES BATON EXPANDIBLE | 2022 | 12 | 134 |
| REA 604 | USO Y MANEJO GAS PIMIENTA (O.C.) | 2022 | 2 | 2 |
| REA 612 | REGISTROS Y ALLANAMIENTOS | 2022 | 6 | 130 |
| REA 612S | REGISTROS Y ALLANAMIENTOS PARA SUPERVISORES | 2022 | 1 | 2 |
| REA 615 | ARRESTOS Y CITACIONES | 2022 | 8 | 131 |
| REA 617R | CÓDIGO DE ETICA PARA MIEMBROS DE LA PPR | 2022 | 1 | 1 |
| REA 618D | CALIFICACION ARMA DE FUEGO REGLAMENTARIA 2022 | 2022 | 99 | 1953 |
| REA 618D | CALIFICACION ARMA DE FUEGO REGLAMENTARIA 2020 | 2022 | 21 | 96 |
| REA 618FA | ADIESTRAMIENTO PISTOLA GLOCK, CALIBRE .40, (REA 618FA) | 2022 | 17 | 0 |
| REA 618FA | ADIESTRAMIENTO PISTOLA WALTER, MODELO 19, CALIBRE .9MM, (REA 618FA) | 2022 | 2 | 0 |
| REA 618FA | ADIESTRAMIENTO PISTOLA BERETA, CALIBRE 9MM, (REA 618FA) | 2022 | 1 | 0 |
| REA 618FA | ADIESTRAMIENTO PISTOLA GLOCK, CALIBRE 9MM, (REA 618FA) | 2022 | 7 | 0 |
| REA 618FA | ADIESTRAMIENTO PISTOLA SPRINGFIELD, CALIBRE 9MM, (REA 618FA) | 2022 | 1 | 0 |
| REA 618FA | ADIESTRAMIENTO PISTOLA SIG SAUER 320, CALIBRE 9MM, (REA 618FA) | 2022 | 5 | 24 |
| REA 618FA | ADIESTRAMIENTO PISTOLA SMITH & WESSON, CALIBRE 357, (REA 618FA) | 2022 | 1 | 0 |

## CMR8-2.1.- 20 enero 23 -TR-235

| Código | Descripción | Año | | |
|---|---|---|---|---|
| REA 618N | READIESTRAMIENTO DE TIRO EN ENTORNO DE LUZ REDUCIDA CON EL ARMA DE REGLAMENTO Y RIFLE REGLAMENTARIO | 2022 | 53 | 350 |
| REA 618N | READIESTRAMIENTO DE TIRO EN ENTORNO DE LUZ REDUCIDA Y TIRO CON RIFLE REGLAMENTARIO | 2022 | 2 | 2 |
| REA 619 | INTERVENCION VEHICULAR | 2022 | 444 | 5193 |
| REA 622 | ASPECTOS INVESTIGATIVOS EN LOS INCIDENTES DE DELITOS SEXUALES PARA OPERADORES | 2022 | 10 | 110 |
| REA 623 | NORMAS Y PROCEDIMIENTOS PARA EL MANEJO DE PERSECUCIONES POLICIACAS | 2022 | 8 | 93 |
| REA 624 | INTERACCION CON PERSONAS TRANSGENERO Y TRANSEXUALES | 2022 | 8 | 126 |
| REA 627PM | INVESTIGACION DE INCIDENTES DE VIOLENCIA DOMESTICA PERSONAL DE LAS POLICIAS MUNICIPALES | 2022 | 5 | 0 |
| REA 627R | INVESTIGACION DE INCIDENTES DE VIOLENCIA DOMESTICA | 2022 | 482 | 5600 |
| REA 628 | INTERVENCION CON PERSONAS EN CRISIS | 2022 | 7 | 130 |
| REA 633 | INTERVENCION CON MENORES EN LA COMISION DE FALTAS | 2022 | 35 | 287 |
| REA 635 | INVESTIGACION SOBRE MALTRATO Y/O NEGLIGENCIA EN INSTITUCIONES JUVENILES | 2022 | 34 | 284 |
| REA 803 | POLICIA COMUNITARIA | 2022 | 30 | 122 |
| REA 98-11 | TECNICA Y MECANICA DE ARRESTO | 2022 | 2 | 2 |
| SIG SAUER | USO Y MANEJO DE ARMAS DE FUEGO, PISTOLA SIG SAUER, CALIBRE 9MM, MODELO P-320 (REA 618T) | 2022 | 31 | 118 |
| SIG SAUER 01 | CURSO BASICO DE USO Y MANEJO DE ARMAS DE FUEGO, PISTOLA SIG SAUER, MODELO P-320, CALIBRE 9MM, ESCOPETA REMINGTON, MODELO 870, CALIBRE 12 Y RIFLE SIG SAUER, MODELO 516, CALIBRE 5.56 Y VAQUETA SAFARILAND, MODELO ALS/SLS, NIVEL III Y VAQUETA INSIDE | 2022 | 2 | 37 |
| SPAD 8061 | SERVICIOS DE PROTECCION A DIGNATARIOS | 2022 | 1 | 17 |
| SW 09 | ADIESTRAMIENTO PISTOLA SMITH & WESSON CALIBRE .40 MODELO SIGMA | 2022 | 1 | 0 |
| TBNS 8061 | TECNICAS BASICAS PARA NATACION Y SUPERVIVENCIA | 2022 | 4 | 16 |
| TMPR 3011 | TIPOS Y CARACTERÍSTICAS DE MUERTE (MNPPR PRIMEROS RESPONDEDORES) | 2022 | 4 | 61 |
| TRAN 102 | USO Y MANEJO DEL FOTOMETRO (TM 200, TM 2000 Y ALTM) | 2022 | 22 | 167 |
| TRAN 102 | USO Y MANEJO DEL FOTOMETRO (TM 2000) | 2022 | 10 | 45 |
| TRAN 103 | ADIESTRAMIENTO PARA OPERADORES DE RADAR, PARA COMPUTAR VELOCIDAD DE LOS VEHICULOS DE MOTOR | 2022 | 11 | 51 |
| TSDP | SINDROME DE DESGASTE PROFESIONAL Y LOS RIESGOS EN EL BIENESTAR | 2022 | 42 | 694 |
| TVES 3061 | MANEJO DEL TRAUMA VICARIO Y ESTRES POSTRAUMATICO EN EL PERSONAL DE RANGO DEL NPPR | 2022 | 110 | 1690 |
| UMMA 8061 | USO Y MANEJO DE MOTORA ACUATICA | 2022 | 1 | 7 |
| VAQUETA | SEMINARIO USUARIO VAQUETA SAFARILAND MOD-(ALS) (SLS) NIVEL 3 | 2022 | 11 | 11 |

Handwritten annotations in left margin: 93 (REA 622), 89 (REA 624), 93 (REA 627R), CIT (REA 628), 92 (REA 633), 92 (REA 635)

**CMR8-2.1- 20 enero 23 -TR-236**

| | | | | | |
|---|---|---|---|---|---|
| VUF-100P | FASE PRACTICA USO DE FUERZA | 2022 | | 1 | 1 |
| VUF-100P | FASE PRACTICA USO DE LA FUERZA | 2022 | | 1 | 1 |
| | **Totales Finales:** | | **3306** | | **36733** |

Certifico hoy, correcto 7 de enero de 2023, en la Superintendencia Auxiliar en Educación y Adiestramiento, Gurabo, Puerto Rico.

Marcos J. Ventura Sánchez
Registrador Interino