**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMONWEALTH OF PUERTO RICO and the PUERTO RICO POLICE DEPARTMENT,<br><br>    Defendants. | NO. 3:12-cv-2039 (FAB) |

### INFORMATIVE MOTION IN COMPLIANCE WITH ORDER AT ECF. 2327

**TO THE HON. FRANCISCO A. BESOSA, SENIOR U.S. DISTRICT JUDGE:**

John Romero, in his capacity as Chief Police Monitor, respectfully states and prays as follows:

The Honorable Court ordered the Monitor, the plaintiff, and the Special Master to "respond to the preliminary training plan and the proposed specific timeline for 2023 and 2024 regarding in-service training no later than March 29, 2023." See ECF No. 2327.

The Monitor's Office and the plaintiff informed the defendants about concerns with the training requirements, especially the lack of in-service training during 2022. Under paragraph 129 of the Reform Agreement, each police officer is supposed to have at least forty hours of in-service training per year. Due to these concerns, both the Monitor's Office and the plaintiff required the defendants to modify the training implementation plan to include measurable benchmarks, allocation of resources, and regular progress reports. The defendants agreed to make such changes to the training plan and have just filed an updated training plan to that effect. See ECF No. 2341. Subject to more in-depth review of such recently filed training plan, the Monitor's Office has no further comments at this time.

WHEREFORE, the Monitor respectfully requests the Honorable Court to take notice of his compliance with the order at ECF No. 2327.

**RESPECTFULLY SUBMITTED.**

In Guaynabo, Puerto Rico, this 29th day of March 2023.

**I HEREBY CERTIFY** that on this same date a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which in turn notifies all counsel of record in the case.

**CORREA-ACEVEDO & ABESADA
LAW OFFICES, P.S.C**
Centro Internacional de Mercadeo, Torre II
#90 Carr. 165, Suite 407
Guaynabo, PR  00968
Tel.  (787) 273-8300 / Fax (787) 273-8371
ra@calopsc.com


S/Roberto Abesada-Agüet
USDC-PR No. 216706
General Counsel
FPMPR, LLC
