IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**,
    Plaintiff,

      v.

**COMMONWEALTH OF PUERTO RICO**, et al.,
    Defendants.

CIVIL NO. 12-2039 (FAB)

## Responsive Motion by the Special Master

Now comes Special Master Dr. Alejandro del Carmen responding to the Court's ORDER (at Docket No. 2324) that the United States, the Monitor, and the Special Master will respond to the preliminary training plan and the proposed specific timeline for 2023 and 2024 regarding in-service training no later than March 29, 2023.

The Special Master concurs with the comments of the Monitor and U.S. Department of Justice (USDOJ) on the training plan. Of particular concern, as expressed by USDOJ, is that the Field Training Officer program (FTO) was cut back to 600 hours. We stand ready to continue to provide assistance where needed and invite opportunities to discuss how we can support these training efforts, particularly regarding the FTO program.

The Special Master certifies that the foregoing document was electronically filed with the Clerk of the Court for the District of Puerto Rico, using the CM/ECF system which will send a copy and notification of filing to the Monitor and all counsel of record.

**RESPECTFULLY SUBMITTED** this 29nd day of March 2023,

  **ALEJANDRO DEL CARMEN**

Special Master
*s/Alejandro del Carmen*
delcarmen@specialmasterpuertorico.com