# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff;<br><br>　v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>　　　　　　　Defendants. | No. 12-cv-2039 (FAB) |

## MOTION TO RESTRICT

COMES NOW, Plaintiff, the United States of America, and respectfully moves to restrict its Response to the Commonwealth's Motions Submitting Its Training Plan, ECF No. 2344, for viewing by selected case participants, in accordance with Standing Order No. 9, *Amendment to the Restricted Filing and Viewing Levels Module*, Misc. No. 03-149 (Jan. 30, 2013). For cause, the United States alleges, states, and prays:

　　1. On March 10, 2023, Defendants moved this Court for an order to restrict their Motion Submitting Preliminary Training Plan, ECF No. 2324, for viewing by selected case participants. Defs.' Mot. to Restrict, ECF No. 2325. The Court granted Defendants' Motion to Restrict on March 13, 2023. Order, ECF No. 2328.

　　2. The United States seeks to restrict its Motion in Compliance because it pertains to matters that are restricted presently by the Court's Order of March 13, 2023.

　　WHEREFORE, the United States respectfully requests that the Court grant this request and restrict the United States' Response to the Commonwealth's Motions Submitting Its Training Plan, ECF No. 2344.

Respectfully submitted, this 29th day of March, 2023,

        STEVEN H. ROSENBAUM
        Chief, Special Litigation Section
        Civil Rights Division

        <u>/s/Katherine Chamblee-Ryan</u>
        TIMOTHY D. MYGATT
        Deputy Chief
        LUIS E. SAUCEDO (G01613)
        JORGE CASTILLO (G02912)
        KATHERINE CHAMBLEE-RYAN (G03515)
        Trial Attorneys
        Civil Rights Division
        Special Litigation Section
        Four Constitution Square
        150 M Street NE
        Washington, D.C. 200002
        Telephone: (202) 598-0538
        luis.e.saucedo@usdoj.gov
        jorge.castillo@usdoj.gov
        katherine.chamblee-ryan@usdoj.gov

        Attorneys for Plaintiff