IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO and the PUERTO RICO POLICE DEPARTMENT,<br><br>    Defendants. | NO. 3:12-cv-2039 (FAB) |

**INFORMATIVE MOTION IN COMPLIANCE WITH
PARAGRAPH 241 OF THE REFORM AGREEMENT**

**TO THE HON. FRANCISCO A. BESOSA, SENIOR U.S. DISTRICT JUDGE:**

John Romero, in his capacity as Chief Police Monitor, respectfully states and prays as follows:

Paragraph 241 of the "Agreement for the Sustainable Reform of the Puerto Rico Police Department" ("Agreement") requires the court-appointed Technical Compliance Advisor ("TCA"), also known as the Federal Monitor, to conduct annual surveys on members of the community, including police officers, and detainees. Paragraph 241 states:

> In order to assess PRPD's overall compliance with and the effectiveness of this Agreement, the TCA shall conduct a reliable, comprehensive survey of members of the Puerto Rico community regarding their experiences with and perceptions of PRPD once during the first three years of this Agreement and annually thereafter. The community survey should be statistically valid, based on a sound methodology, and conducted by an independent entity. This community survey shall include measures to ensure input from individuals of each demographic category. The survey shall also assess the number and variety of community partnerships with PRPD and the depth and effectiveness of those partnerships. In particular, the survey shall: a) include interviews with a random sample of residents of Puerto Rico, PRPD officers, and detainees arrested by PRPD within the past week; b) ensure the anonymity of all interview participants; and c) survey participants regarding community-police relations; PRPD's integrity, effectiveness, and service; and how it treats members of different demographic groups.

In compliance with paragraph 241, enclosed herewith are the Spanish and English versions of the surveys conducted to the community, police officers, and detainees for year 2022.

WHEREFORE, the Monitor respectfully requests the Honorable Court to take notice of the above and of his compliance with paragraph 241.

**RESPECTFULLY SUBMITTED.**

In Guaynabo, Puerto Rico, this 4th day of April 2023.

**I HEREBY CERTIFY** that on this same date a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which in turn notifies all counsel of record in the case.

S/Roberto Abesada-Agüet
USDC-PR No. 216706

**General Counsel**
**FPMPR, LLC**
rabesada@fpmpr.org
(787) 273-8300