

463 Fernando Calder St.
San Juan PR 00918

December 1st, 2022

Mr. Javier González
TCA Federal Monitor
San Juan, Puerto Rico

Dear Mr. González,

As requested, we are submitting a summary of the work done before and during the fieldwork of the **Detainees Survey 2022**.

|  | Original Proposal | Result |
|---|---|---|
| Target | Citizens arrested by the PR Police Bureau in a period of <u>3 months</u> | Citizens arrested by the PR Police Bureau in a period of <u>2-3 weeks (decided by TCA)</u> |
| Universe | TCA will provide a data base with the contact information of each detainee. Estimated base of 800 to 1,000 contacts. | Only 87 contacts were provided. In the next table, the detailed report of each contact. |
| Sample | Estimated final sample of at least 150 cases. | Only 15 complete interviews. After several attempts (+5) with each contact, was agreed with TCA to stop the fieldwork. |
| Methodology | CATI interviewing technique | CATI interviewing technique Those contacts that provide an email address were also contacted by mail. |
| Deliverables | Data processing and report | Data processing (tables) for a directional assessment. Was agreed with TCA that 15 cases were not enough to provide an analysis and report of results. |

The lack of sample was the main reason for a not productive fieldwork. We know that during several months the team was deliberating the legal risks of share a full data base with the contact information of each detainee and that the final decision was to collect the information directly in the

Police Stations.  We don't know the specific situations in the Police Station during the weeks the data should be recollected, but our hypothesis (the same discuss in the past) there was not the place and momentum to invite a recent detainee to participate of this type of survey. Also, there was not a person responsible of validating the information filled in the document, affecting the quality, and allowing duplicate contacts.

**Breakdown of contacts per region**

| Region | Detainees | Telephone | Email |
|---|---|---|---|
| San Juan | 16 | 15 | 4 |
| Arecibo | 19 | 19 | 2 |
| Ponce | 4 | 4 | 3 |
| Humacao | 3 | 3 | 2 |
| Mayagüez | 6 | 5 | 4 |
| Caguas | 8 | 8 | 4 |
| Bayamon | 4 | 4 | 0 |
| Carolina | 2 | 2 | 1 |
| Guayama | 1 | 1 | 1 |
| Aguadilla | 7 | 5 | 2 |
| Utuado | 6 | 5 | 3 |
| Fajardo | 1 | 1 | 0 |
| Aibonito | 10 | 10 | 4 |
| Cuartel General | 0 | 0 | 0 |
|  | 87 | 82 | 30 |

**Result of each contact after several attempts.**

| | |
|---|---|
| 15 | **Effectives** |
| 23 | Machine |
| 5 | Refused to participate |
| 8 | Busy number |
| 5 | Call later |
| 3 | Hang up |
| 1 | Don't answer |
| 4 | Person not available |
| 12 | Number out of service |
| 11 | Wrong number |
| **87** | **Total** |

Please let us know if you need more information.

Sincerely,

*Roxana Trabanco*

Chief Client Officer