## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> COMMONWEALTH OF PUERTO RICO and the PUERTO RICO POLICE DEPARTMENT, <br><br> Defendants. | NO. 3:12-cv-2039 (FAB) |

## **MOTION TO RESTRICT**

**TO THE HON. FRANCISCO A. BESOSA, SENIOR U.S. DISTRICT JUDGE:**

John Romero, in his capacity as Chief Police Monitor, respectfully moves, under Standing Order No. 9, for an order to restrict the filing made on even date. The informative motion filed today is in compliance with the Court's order at ECF No. 2335, which order was also restrictively docketed.

WHEREFORE, the Monitor respectfully requests the Honorable Court to grant this motion.

**RESPECTFULLY SUBMITTED.**

In Guaynabo, Puerto Rico, this 4th day of April 2023.

**I HEREBY CERTIFY** that on this same date a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which in turn notifies all counsel of record in the case.

S/Roberto Abesada-Agüet
USDC-PR No. 216706

**General Counsel**
**FPMPR, LLC**
rabesada@fpmpr.org
(787) 273-8300
