# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff;<br><br>        v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>                Defendants. | No. 12-cv-2039 (FAB) |

## UNITED STATES' MOTION TO RESTRICT

COMES NOW, Plaintiff, the United States of America, and respectfully moves to restrict its Motion Submitting Comments in Compliance with Order at Docket 2335 ("Motion in Compliance"), Doc. 2372, for viewing by selected case participants, in accordance with Standing Order No. 9, *Amendment to the Restricted Filing and Viewing Levels Module*, Misc. No. 03-149 (Jan. 30, 2013).  For cause, the United States alleges and states as follows:

    1.  On March 21, 2023, the Special Master filed an Informative Motion in restricted mode for viewing by case participants.  Doc. 2333.  On March 23, 2023, the Court issued an Order also restricted to case participants regarding the Special Master's Informative Motion.  Doc. 2335.

    2.  The United States seeks to restrict its Motion in Compliance because it pertains to matters related to the Special Master's Information Motion and the March 23 Order, which are restricted presently.

    WHEREFORE, the United States respectfully requests that the Court grant this request and restrict the United States' Motion in Compliance, Doc. 2372.

WE HEREBY CERTIFY that on today's date, we filed the foregoing pleading electronically through the CM/ECF system, which caused the parties, counsel of record, the Monitor, and the Special Master on the service list to be served by electronic means.

Respectfully submitted, this 6th day of April, 2023,

        **STEVEN H. ROSENBAUM**
        Chief, Special Litigation Section
        Civil Rights Division

        *s/Luis E. Saucedo*
        **TIMOTHY D. MYGATT**
        Deputy Chief
        **LUIS E. SAUCEDO** (G01613)
        **JORGE CASTILLO** (G02912)
        **KATHERINE CHAMBLEE-RYAN** (G03515)
        Trial Attorneys
        U.S. Department of Justice
        Civil Rights Division
        Special Litigation Section
        950 Pennsylvania Avenue, NW
        Washington, DC 20530
        Telephone:  (202) 598-0482
        Fax:  (202) 514-4883
        luis.e.saucedo@usdoj.gov
        jorge.castillo@usdoj.gov
        katherine.chamblee-ryan@usdoj.gov

        Attorneys for Plaintiff