IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO, et al.,**<br><br>Defendants. | **CIVIL NO.:  12-cv-2039 (FAB)** |

**MOTION SUBMITTING CERTIFIED TRANSLATION**

**MAY IT PLEASE THE COURT:**

    **COMES NOW**, Codefendant Commonwealth of Puerto Rico, through the undersigned attorneys, and very respectfully states and prays:

    1.    Pursuant to motion at Docket 2326 and this Honorable Court's Order at Docket 2329, the Commonwealth herein submits a certified translation of the corresponding training plan.

    **WHEREFORE**, the Commonwealth respectfully requests that the Honorable Court take notice of the above.

    **RESPECTFULLY SUBMITTED.**

    **I HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

    In San Juan, Puerto Rico, today, April 10, 2023.

Motion Submitting Certified Translation
Civil No. 12-2039
Page 2 of 2

**CANCIO, NADAL & RIVERA, L.L.C.**
P.O. Box 364966
San Juan, Puerto Rico  00936-4966
403 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Tel. (787) 767-9625

**S/ RAFAEL BARRETO-SOLÁ**
USDC PR: 211801
rbarreto@cnr.law

**S/ GABRIEL A. PEÑAGARÍCANO**
USDC PR: 212911
gpenagaricano@me.com