[Federal Court Docket Filing Stamp]



**GOVERNMENT OF PUERTO RICO**
DEPARTMENT OF PUBLIC SECURITY
Puerto Rico Police Bureau

ALEXIS TORRES
SECRETARY

ANTONIO LÓPEZ FIGUEROA
COMMISSIONER

# TRAINING SUSTAINABILITY PLAN
# ASSISTANT SUPERINTENDENCE FOR EDUCATION AND TRAINING

March 8, 2023
San Juan, Puerto Rico

 

[Federal Court Docket Filing Stamp]

**Table of Contents**

Approval of the Training Sustainability Plan.................................................................. 3

Introduction.............................................................................................................. 4

Method for Developing the Training Sustainability Plan........................................... 6

Training Sustainability Plan ...................................................................................... 7

    I.   Training Program ........................................................................................ 8

    II.   PTMS - Police Training Management System.................................................. 21

    III.  Instructor Program.................................................................................... 27

    IV.  Field Training Officer's Program - FTO........................................................ 35

Conclusion................................................................................................................ 42

[Federal Court Docket Filing Stamp]

# Approval of the Training Sustainability Plan

| Resource | Date |
|---|---|
| Executive Committee | |
| Alexis Torres, Department of Public Security | 03/10/2023 |
| Rafael Riviere, Assistant Secretary Department of Public Security | 03/10/2023 |
| Col. Arthur Garffer, Deputy Assistant Secretary, Operations and Intelligence, DSP | 03/10/2023 |
| Maceira Berrios, Assistant Secretary in Management and Administration, DSP | 03/10/2023 |
| Dr. Juan C. Rivera, Deputy Secretary for Technology and Telecommunications, DSP | 03/10/2023 |
| Col. Antonio Lopez Figueroa, Commissioner NPPR | 03/10/2023 |
| Col. Juan Rodriguez Davila, NPPR Associate Commissioner | 03/10/2023 |
| Col. Francisco Rodriguez Ortiz, SAEA – NPPR | 03/10/2023 |
| Components of the Task Teams for the implementation of the different initiatives | |
| Maceira Berrios, Deputy Assistant Secretary in Management and Administration, DSP | 03/10/2023 |
| Miguel Candelario, Director Legal Office, DSP | 03/10/2023 |
| Lt. Col. Alba Diaz Torres, SAEA | 03/10/2023 |
| Lt. Col. Rolando Trinidad, Reform | 03/10/2023 |
| Michelle Moure, Human Resources Manager | 03/10/2023 |
| Caonabo Vicente, Director of the Technology Bureau | 03/10/2023 |

[Federal Court Docket Filing Stamp]

## Introduction

The Agreement for the Sustainable Reform of the Puerto Rico Police (hereinafter, Agreement), aims to ensure that the Puerto Rico Police Bureau Members (hereinafter, PRPBM) provide police services that respect the civil rights guaranteed by the Constitution, the laws of the United States and the Commonwealth of Puerto Rico. Further, the Agreement aims to promote public security by providing the PRPBMs with the tools, guidance, and resources they need to effectively fight crime.

The modernization and professionalization of the PRPB are important priorities within the Reform process. Training and education is cornerstone to achieve professionalization, ensure public security, promote constitutional policing practices and strengthen the community's confidence in the Puerto Rico Police.

It is important to emphasize that training refers to all training courses required by the Agreement, as well as training required by police specialty and/or expertise for the execution of administrative and operational responsibilities. Such training shall be in accordance with the generally accepted law enforcement practices and shall include adult learning methods that incorporate role-playing scenarios and interactive exercises, as well as traditional classroom formats. The training will also provide tests or written assignments that demonstrate or evidence the PRPBM's understanding of the material taught.

Also, the Training Compliance Area requires the Assistant Superintendent for Education and Training - SAEA (Department of Public Security Training Center) to ensure that both rank and file and civilian employees receive effective and comprehensive training to ensure that they are aware of their responsibilities, authority and policies so that they can effectively perform their duties.

According to General Order ***100-108 of the Assistant Superintendence for Education and Training***, the mission of the SAEA is to administer the official training, training and retraining agency for employees of the rank and file system and the classified system, as well as other audiences in the security area, promoting a teaching and learning process that is always at the forefront of generally accepted pedagogical and police practices and based on the rule of law in force.

For the reasons set forth above, this Training Sustainability Plan is established to develop the initiatives that will allow the SAEA to achieve sustainable compliance with the training for the employees of the Puerto Rico Police. The plan will contain the following initiatives:

[Federal Court Docket Filing Stamp]

- Training Program
- PTMS - Police Training Management System
- Instructors Program
- Field Training Officers Program

It is important to establish that the tasks defined for each initiative are the minimum required to transform the Puerto Rico Police Academy. Additional tasks may be identified to achieve the deliverables. Everything defined in this plan will contribute to the fulfillment of specific paragraphs of the Reform Agreement.

This plan, as well as the updated compliance Plan with paragraph 13, represents an organized model for channeling the compliance to which we are called. It is based on the Chief Monitor Report (CMR) and the CMR-6 pathway forward, including additional elements that will contribute to compliance with the Agreement.

Certainly, in order to achieve compliance, we must channel the identified challenges, among which we can mention two of the most important: the availability of resources and the budget for the implementation of the initiatives included herein. To this end, we propose to work with external agencies such as the Office of Management and Budget (OMB), the Puerto Rico Fiscal Agency and Financial Advisory Authority (AAFAF) and the Financial Oversight Board (FOB) to channel the availability of budget items that will allow us to hire expert professional services that can advance the initiatives identified, as well as all the needs that the Academy has for its daily operation.

[Federal Court Docket Filing Stamp]

# Method for Developing the Training Sustainability Plan

In order to develop the Training Sustainability Plan and define the elements of the project for each initiative as applicable; *stakeholders, scope, time, resources, budget, communication, hiring of external resources and risks*, working sessions were held with the resources designated by the Department of Public Security, among which are the following:

(1) Deputy Superintendence in Education and Training (SAEA).

(2) Reform Office

(3) Technology and Communications Bureau

The work sessions discussed the tasks necessary to achieve the defined deliverables and their challenges, among which is the lack of resources available at the SAEA for the implementation of the plan.

The plan's deliverables stem from the pressing requirements established by the Agreement for the transformation of the Puerto Rico Police Bureau Academy, including the *Chief Monitor Report* (CMR) and the *pathway forward* of CMR-6. As well as the needs of the Academy as an Institution.

Subsequently, the executive committee defined for this Plan evaluated it and provided recommendations for the approval of its execution.

[Federal Court Docket Filing Stamp]

## Training Sustainability Plan

To meet the training needs of the PRPB, 4 initiatives will be worked on, each implemented through parallel short-term and long-term projects.



[Federal Court Docket Filing Stamp]

## I.      Training Program

Scope

The Training Program initiative has the objective of complying with the Pre-Service and In-Service Training Program of the Puerto Rico Police Bureau. In order to comply with the Training Program, the project team will work to ensure that the Assistant Superintendent for Education and Training has the policies, procedures, resources and technology necessary for the implementation of:

- Needs Assessments regularly to ensure that cadets and rank and file personnel obtain the knowledge, skills and competencies necessary to implement all the requirements of the reform agreement.

- The definition of the Training Track (career development path and training history) for detailed tracking of compliance.

- Pre-Service Training Program, based on the current teaching sequencing curriculum and its semi-annual revisions, with the four-term curriculum and academic schedule (including the 900 standard hours of training and the expanded curriculum).

- In-Service Training Program, based on the current curriculum sequencing and its semi-annual revisions, with the teaching schedule and curriculum.

- Annual training evaluation process that should include measurement of current skill and knowledge levels for pre-service and in-service training.

- Process for ongoing review of the Training Program integrating stakeholders, community members, organizations and specialized units in the review process.

- Monthly Meeting process and training at the beginning of the shift to continue the monthly information dissemination process with the primary objective of ensuring an effective means of communication and information sharing between officers assigned to a particular shift, their shift commanders and sergeants.

- Employee profile functionality in PTMS to keep track of completed and pending training. This will help us to have a configuration and customization including integrated training requests and their follow-up to internal and external classes, seminars and courses.

What is listed herein becomes the deliverables established for this initiative which will lead us to the fulfillment of paragraphs 11, 12, 21, 23, 24, 26, 27, 32, 36, 40, 43,

[Federal Court Docket Filing Stamp]

48, 53, 54, 56, 78, 90, 93, 101, 117 - 130, 132, 134, 141 - 144, 196, 209, 218 and 219 of the Reform Agreement.

Time

*Milestones / KPI's*



Resources

Team responsible for bringing the initiative to fruition

- Maceira Berrios, Deputy Assistant Secretary in Management and Administration, DSP
- Miguel Candelario, Director of the Legal Office, DSP
- Lt. Col. Alba Diaz Torres, Assistant Superintendent in Education and Training, DSP
- Lt. Col. Rolando Trinidad, Reform Office, DSP
- Caonabo Vicente, Technology Bureau
- Michelle Moure, Human Resources Bureau

[Federal Court Docket Filing Stamp]

Summary of professional resources to be hired for the completion of the initiative.

- Short term hiring, professional services experts in Law Enforcement Agencies, Curriculum Design, Curriculum and Instruction, Supervision, Management and Leadership.

- Hiring of professional services to supplement the faculty.

- Short term hiring of professional services experts for enrollment.

Limitations

Identified limitations to the initiative and its response.

| Limitation | Response |
| --- | --- |
| Time for the achievement of deliverables | The project team will be responsible for completing the tasks defined for the achievement of the deliverables defined. It will hire/designate additional staff dedicated to the task taking into consideration the time frame and priority to complete the task. |
| Time for the development of new PTMS version with the required new functionalities | The project team will be responsible for hiring and designating expert personnel, assigned only to the task, taking into consideration the time frame and priority to complete the task. |
| Time process for hiring professional services to support the defined tasks | The project team will be responsible for knowing the process of hiring professional services, establishing the amount of resources to be hired for the initiative and the required expertise. This is to simultaneous hire all resources necessary for expediting the process of the sustainability training plan. |
| Approval of budget for hiring professional services. | The project team will be responsible for working with the external agencies for the availability of the budget to hire the necessary professional services. |

[Federal Court Docket Filing Stamp]

The following is the "Project Charter" of the initiative which summarizes the elements of each project with the tasks necessary to achieve each deliverable that will lead us to meet the requirements.

### A. Project Charter - Training Program

| General Project Information | |
|---|---|
| Project Name | Training Program |
| Executive Sponsor | Executive Committee<br><br>Alexis Torres, Secretary, Department of Public Security<br>Rafael Riviere, Under Secretary of the Department of Public Security<br>Col. Arthur Garffer, Deputy Secretary in Operations and Intelligence, DSP Maceira Berrios, Deputy Secretary in Management and Administration, DSP<br>Dr. Juan C. Rivera, Assistant Secretary for Technology, DSP<br>Col. Antonio Lopez Figueroa, PRPB Commissioner<br>Col. Juan Rodriguez Davila, Associate Commissioner PRPB<br>Col. Francisco Rodriguez Ortiz, SAEA – PRPB |
| Department Sponsor | Reform Office Official - Lt. Col. Rolando Trinidad<br><br>Project Manager – TBD |
| Project Impact | Compliance with Training Program |

| Project Team | | |
|---|---|---|
| | **Name** | **Department** |
| | Maceira Berrios | Deputy Secretary in Management and Administration, DSP |
| | Miguel Candelario, Esq. | Director Legal Office, DSP |
| | Lt. Col. Alba Diaz Torres | Deputy Superintendent in Education and Training, PRPB |
| | Lt. Col. Rolando Trinidad | Reform Office, PRPB |
| | Caonabo Vicente | Technology Office, PRPB |
| | Michelle Moure | Human Resources Office, PRPB |

| **Collaborators (i.e., those with significant interest in what will be significantly affected by the project.** |
|---|
| Department of Public Security |
| Deputy Superintendence of Education and Training |

| **Scope of Project** |
|---|

| **KPI's** *Measurable Project Outcomes* |
|---|
| • Review of policies and procedures - June 2023 |
| • Hiring of Professional Services - September 2023 |
| • Creation of new programs and tools - June 2024 |
| • Integration of new programs and tools into PTMS - December 2024 |

| **Deliverables** |
|---|
| • Regular Needs Assessments |

[Federal Court Docket Filing Stamp]

- Training Track - Professional Development Path and Training History

- Pre-Service Training Program, based on the current teaching sequencing curriculum and its semi-annual revisions, with the four-term curriculum and academic programming (including the 900 standard hours of training and the expanded curriculum).

- In-Service Training Program, based on the current curriculum sequencing and its semi-annual revisions, with the teaching itinerary and curriculum.

- Annual Training Assessment Process

- Process for the continuous review of the Training Program

- Monthly meeting process and training at the beginning of shift

- Employee profile functionality in PTMS to keep track of training completed and training pending.

**Out of scope**

- Anything not detailed in the deliverables and defined tasks

**Timeframe**

- March 2023 - December 2024

**Limitations**

- Time to achieve the deliverables
- Time for the development of new PTMS version with new required functionalities.
- Time process for hiring professional services to support the defined tasks.
- Approval of budget for hiring of professional services

**Communication and Follow-up for Compliance**

- Emails for informal - official communication
- Communications that impact the entire population via Informa Policía
- Virtual meetings via MS Teams
- In person meetings
- Task Management via MS Project and MS Planner

- Monthly status meetings with Executive and Departmental Sponsors
- Bi-weekly status meetings with the Project Team

[Federal Court Docket Filing Stamp]

B. Defined tasks to complete the Training Program deliverables

1. **Deliverable**: Needs Assessments on a regular basis (compliance with paragraph 121).

| ID | Task | Responsible | Compliance Date |
|----|------|-------------|-----------------|
| a. | Establish criteria to identify training needs. | Deputy Commissioner for Education and Training | 6/30/2023 |
| b. | Establish training needs by rank or position. | Human Resources Director | 6/30/2023 |
| c. | Create document to be used for needs assessment<br><br>*Note: The needs assessment document is a tool for identifying future needs and not for implementing this plan. The professional experts to be hired through this plan will be responsible for creating the assessment document.* | Deputy Commissioner for Education and Training (hired prof. serv.) | 6/30/2023 |
| d. | Integrate functionality into PTMS to gather training needs (needs assessment) | Technology Bureau Director (hired prof. serv.) | 12/31/2024 |

2. **Deliverable**: Training Track - Professional Development Path and Training History (compliance with paragraph 21 and 134)

| ID | Task | Responsible | Compliance Date |
|----|------|-------------|-----------------|
| a. | Create Career Development Policy | Reform Office Director | 6/30/2023 |
| b. | Establish a Career Program Coordinator | Human Resources Director | 9/30/2023 |
| c. | Design Training Track | Deputy Commissioner for Education and Training (hired prof. serv.) | 6/30/2023 |

[Federal Court Docket Filing Stamp]

3. **Deliverable**: Pre-Service Training Program, based on the existing sequential teaching curriculum and its semi-annual revisions, with curriculum for all four terms and academic scheduling (including at least 900 hours of training and the expanded curriculum) (compliance with paragraphs 118, 119, 120, 122 - 128).

| ID | Task | Responsible | Compliance Date |
|---|---|---|---|
| d. | Identify SAEA resource and service needs for hiring:<br><br>• Curriculum sequencing Design Committee<br>• Instructors by subject | Assistant Commissioner for Education and Training | 3/31/2023 |
| e. | Review of frame of reference to create the Training Program:<br><br>**1.** General Order Chapter 100, Section 108, entitled: "Assistant Superintendent for Education and Training".<br><br>**2.** G.O. 701 Field Training Officer ("FTO") Program<br><br>**3.** G.O. 700-702 Pre-Service Training Program<br><br>    **a.** Review forms PPR-702.1, titled: Faculty Evaluation.<br>    **b.** PPR-702.2, titled: Faculty Performance Evaluation<br>    **c.** Create cadet performance evaluation integrated into PROMEDIA.<br>    **d.** Curriculum review process<br>    **e.** Permanent curriculum review committee<br>    **f.** Design the model of the semester review report of the curriculum sequencing<br>    **g.** Process on design, review, approval and entry of training into the PTMS | Reform Office Director | 6/30/2023 |

[Federal Court Docket Filing Stamp]

| ID | Task | Responsible | Compliance Date |
|----|------|-------------|-----------------|
| | **4.** Internal Regulations for Students of the Deputy Superintendence in Education and Training | | |
| f. | Short-term hiring of professional services to review the curriculum sequencing. | Deputy Commissioner for Education and Training | 9/30/2023 |
| g. | Hiring of professional services to provide for faculty. | Deputy Commissioner for Education and Training | 9/30/2023 |
| h. | Create evaluation form for cadets to measure implementation of the pre-service curriculum sequencing program | Deputy Commissioner for Education and Training | 6/30/2024 |
| i. | Review of the current Pre-Service Training Program | Deputy Commissioner for Education and Training (hired prof. serv.) | 6/30/2023 |
| j. | Create Pre-Service Training Program and Schedule | Deputy Commissioner for Education and Training (hired prof. serv.) | 12/31/2024 |
| k. | Enter Pre-Service Program into PTMS | Deputy Commissioner for Education and Training (hired prof. serv.) | 12/31/2024 |
| l. | Integrate appraisal form into PTMS | Technology Bureau Director (hired prof. serv.) | 12/31/2024 |
| m. | Integrate Shooter Program from the Dean of Firearms Use and Handling into PTMS | Technology Bureau Director (hired prof. serv.) | 12/31/2024 |

4. Deliverable: In-Service Training Program, based on annual or biennial, with teaching schedule and curriculum (compliance with paragraphs: 12, 21, 23, 24, 26, 27, 32, 36, 40, 43, 48, 53, 54, 56, 78, 90, 93, 101, 11, 123, 129, 141 - 144, 196, 209, 209 and 218).

| ID | Task | Responsible | Compliance Date |
|----|------|-------------|-----------------|
| a. | Identify SAEA resource and service needs for hiring<br><br>• Curriculum Design Committee<br>• Instructors by subject | Deputy Commissioner for Education and Training | 3/31/2023 |

[Federal Court Docket Filing Stamp]

| ID | Task | Responsible | Compliance Date |
|---|---|---|---|
| b. | Review of the frame of reference to create the Training Program: <br> **1.** General Order Chapter 100, Section 108, entitled: Deputy Superintendence for Education and Training". <br><br> **2.** G.O. 700-703 Training and Retraining <br>   **a.** Instructor Requirements <br>   **b.** Continuing Education Program Instructors <br>   **c.** Instructor Disqualification Process <br>   **d.** Instructor Evaluation Process <br><br> **3.** Description of Functions, Duties, Responsibilities of Rank and File System Employees Manual. <br><br> **4.** Promedia Administration Module Trends <br><br> **5.** Use of force trends <br><br> **6.** Trends in arrest, search and seizure evaluations. <br><br> **7.** Trends in Administrative Complaints reported | Reform Office Director | 6/30/2023 |
| c. | Short-term hiring of professional services experts in Law Enforcement, Curriculum Design, Curriculum and Instruction, Supervision, Administration and Leadership. | Deputy Commissioner in Education and Training | 9/30/2023 |
| d. | Hiring of professional services to provide subject matter instructors. | Deputy Commissioner in Education and Training | 9/30/2023 |
| e. | Review of current In-Service Training Program: <br>   **1.** Syllabus <br>   **2.** Presentation <br>   **3.** Instructor's Guide <br>      Evaluation Tool | Deputy Commissioner in Education and Training (hired prof. serv.) | 6/30/2023 |
| f. | Create the In-Service Training Program using as basis: <br>   **1.** Agreement <br>   **2.** Job Description Manual | Deputy Commissioner in Education and Training (hired prof. serv.) | 6/30/2023 |

[Federal Court Docket Filing Stamp]

| ID | Task | Responsible | Compliance Date |
|----|------|-------------|-----------------|
| | 3. Promedia administration module<br>4. Use of Force Trends<br>5. Monitor Report<br>6. Operational Audits<br>7. Early Intervention System Reform Audits<br><br>Intrinsic to the task is the creation of specific trainings where community stakeholders and subject matter experts will be included in the development of the course. With respect to the integration of the community, the general practice will be to coordinate with the Executive Director of the Citizen Interaction Committee for the participation of citizens with experience in the matter to be worked on. Regarding resources with subject matter expertise, General Order 700-703 establishes that when the PRPB does not have resources with subject matter expertise, external resources will be requested through a collaborative agreement or professional services.<br><br>Currently, to address the need for expertise, the Office of Administration and Transformation of Government Human Resources (OATRH), in alliance with the University of Puerto Rico (UPR), identifies resources with subject matter expertise and assigns them to provide training at the SAEA.<br><br>Additionally, in order not to halt the training process, as of February of this year, training design committees were created with personnel assigned to the different PRPB work units, units from which expertise is needed to review the training. The above together with additional resources belonging to other government agencies such as the Department of the Family, the Department of Justice, among others. | | |
| g. | Create the Training Programs Course Catalog | Deputy Commissioner in Education and | 6/30/2024 |

[Federal Court Docket Filing Stamp]

| ID | Task | Responsible | Compliance Date |
|---|---|---|---|
| | | Training (hired prof. serv.) | |
| h. | Create In-Service Training Program Schedule | Deputy Commissioner in Education and Training (hired prof. serv.) | 6/30/2024 |
| i. | Enter In-Service Program into PTMS | Deputy Commissioner in Education and Training (hired prof. serv.) | 12/31/2024 |
| j. | Integrate Shooter Program from the Firearms Use and Handling Dean's Office into PTMS | Deputy Commissioner in Education and Training (hired prof. serv.) | 12/31/2024 |

5. **Deliverable**: Annual Training Evaluation Process (compliance with paragraphs 117 and 130)

| ID | Task | Responsible | Compliance Date |
|---|---|---|---|
| a. | Establish measurement criteria for current skill and knowledge levels in pre-service and in-service training. | Human Resources Director | 6/30/2023 |
| b. | Create a process for SAEA to identify new personnel entering a specialized unit for training. | Human Resources Director | 6/30/2023 |
| c. | Identify academic offerings in accordance with the Duties and Job Description Manual. | Deputy Commissioner in Education and Training | 12/31/2023 |
| d. | Identify academic offerings for specialized unit personnel so PRPBMs can be aware of their particular functions | Deputy Commissioner in Education and Training | 12/31/2023 |

[Federal Court Docket Filing Stamp]

6. **Deliverable**: Process for the ongoing review of the Training Program (compliance with paragraph 120).

| ID | Task | Responsible | Compliance Date |
|----|------|-------------|-----------------|
| a. | Creation and Approval of Pre-service Training Design Review Protocol | Deputy Commissioner in Education and Training | 6/30/2023 |
| b. | Creation and approval of the In-Service Training Design Review Protocol. | Deputy Commissioner in Education and Training | 6/30/2023 |
| c. | Synchronize SAEA training and retraining schedule with Reform Office policy review schedule | Deputy Commissioner in Education and Training | 6/30/2023 |

7. **Deliverable**: Monthly meeting process and training at start of shift (compliance with paragraphs 129-132, 218 and 219).

| ID | Task | Responsible | Compliance Date |
|----|------|-------------|-----------------|
| a. | Review OG 704 Monthly Academy and its forms | Deputy Commissioner in Education and Training | 6/30/2023 |
| b. | Integrate functionality for accrediting Monthly Academy into PTMS | Deputy Commissioner in Education and Training | 12/31/2024 |

8. **Deliverable**: Employee profile functionality in PTMS to keep track of completed and pending training (compliance with paragraph 134).

| ID | Task | Responsible | Compliance Date |
|----|------|-------------|-----------------|
| a. | Authorization for amendment of the Know and Upgrade Yourself platform to collect all PRPBM credentials so that they can be integrated into PTMS - including instructors (add PRPBM background and training history). | Human Resources Director | 6/30/2023 |
| b. | Short-term hiring of professional services experts for enrollment | Deputy Commissioner in Education and Training | 9/30/2023 |

[Federal Court Docket Filing Stamp]

| ID | Task | Responsible | Compliance Date |
|----|------|-------------|-----------------|
| c. | Include in PTMS functionality for training record per employee, training certification and training history (certi web). Keep track of employee training with alerts (due date). | Technology Bureau Director (hired prof. serv.) | 12/31/2024 |
| d. | Migrate data to PTMS (employee and instructor credentials) from the Know and Upgrade platform. | Technology Bureau Director (hired prof. serv.) | 12/31/2024 |

[Federal Court Docket Filing Stamp]

## II.     PTMS System - Police Training Management System

Scope

The PTMS - Police Training Management System initiative has the objective of complying with the Puerto Rico Police Bureau's automated training management system. In order to comply with the automated training system, the project team will work so that the Deputy Superintendence in Education and Training has the policies, procedures, resources and technology necessary to implement:

- PTMS as a centralized training tool, evolved application and with greater functionality allowing to properly document certifications and qualifications of all training personnel, availability of profile per employee to keep track of completed trainings and pending trainings which will put us in a position to have a setup and customization including integrated training requests and their follow up to classes, seminars and courses, both internal and external. The application will be accurately updated in real time allowing the Bureau to effectively identify any potential gaps or training needs. PTMS will be integrated with the Human Resources, PROMEDIA and EIS systems. All of the above, among other functionalities for the automated training management system administered by the SAEA.'

- Training to all personnel of the Puerto Rico Police Bureau on the use of the PTMS.

   What is listed herein becomes the deliverables established for this initiative which will lead us to compliance with paragraphs 133, 134, 141 - 148.

[Federal Court Docket Filing Stamp]

Timeframe

*Milestones* / KPI's



Resources

Work team responsible for bringing the initiative to fruition

- Maceira Berrios, Deputy Secretary, Management and Administration, DSP
- Miguel Candelario, Director of the Legal Office, DSP
- Lt. Col. Alba Diaz Torres, Deputy Superintendence for Education and Training
- Lt. Col. Rolando Trinidad, Reform Office, DSP
- Caonabo Vicente, Technology Bureau

Summary of professional resources to be hired for the completion of the initiative

- Short-term hiring of professional services with expertise in application programming.

[Federal Court Docket Filing Stamp]

Limitations

Identified limitations to the initiative and its response

| Limitation | Response |
|---|---|
| Time for the achievement of deliverables | The project team will be responsible for completing the tasks defined for the achievement of the deliverables defined. It will hire/designate additional staff dedicated to the task taking into consideration the time frame and priority to complete the task. |
| Time for the development of new PTMS version with the required new functionalities | The project team will be responsible for hiring and designating expert personnel, assigned only to the task, taking into consideration the time frame and priority to complete the task. |
| Time process for hiring professional services to support the defined tasks | The project team will be responsible for knowing the process of hiring professional services, establishing the amount of resources to be hired for the initiative and the required expertise. This is to simultaneous hire all resources necessary for expediting the process of the sustainability training plan. |
| Approval of budget for hiring professional services. | The project team will be responsible for working with the external agencies for the availability of the budget to hire the necessary professional services. |

[Federal Court Docket Filing Stamp]

The following is the "Project Charter" of the initiative which summarizes the elements of each project with the tasks necessary to achieve each deliverable that will lead us to meet the requirements.

A. Project Charter – PTMS System

| General Project Information | |
| --- | --- |
| Project Name | PTMS System |
| Executive Sponsor | Executive Committee<br><br>Alexis Torres, Secretary, Department of Public Security<br>Rafael Riviere, Under Secretary of the Department of Public Security<br>Col. Arthur Garffer, Deputy Secretary in Operations and Intelligence, DSP Maceira Berrios, Deputy Secretary in Management and Administration, DSP<br>Dr. Juan C. Rivera, Assistant Secretary for Technology, DSP<br>Col. Antonio Lopez Figueroa, PRPB Commissioner<br>Col. Juan Rodriguez Davila, Associate Commissioner PRPB<br>Col. Francisco Rodriguez Ortiz, SAEA – PRPB |
| Department Sponsor | Reform Office Official - Lt. Col. Rolando Trinidad<br><br>Project Manager – TBD |
| Project Impact | Compliance with PTMS System |

| Project Team | | |
| --- | --- | --- |
| | **Name** | **Department** |
| | Maceira Berrios | Deputy Secretary in Management and Administration, DSP |
| | Miguel Candelario, Esq. | Director Legal Office, DSP |
| | Lt. Col. Alba Diaz Torres | Deputy Superintendent in Education and Training, PRPB |
| | Lt. Col. Rolando Trinidad | Reform Office, PRPB |
| | Caonabo Vicente | Technology Office, PRPB |
| **Collaborators (i.e., those with significant interest in what will be significantly affected by the project.** | | |
| Department of Public Security | | |
| Work Unit Managing the PTMS System | | |
| **Scope of Project** | | |
| **KPI's** *Measurable Project Outcomes* | | |
| • Hiring of Professional Services - September 2023 | | |
| • Collection and Analysis of Requirements - June 2024 | | |
| • PTMS Development, Testing, Implementation and Training December 2024 | | |
| **Deliverables** | | |
| • PTMS as centralized training tool integrated with Human Resources, PROMEDIA and EIS systems<br><br>• Training for all staff on the use of the PTMS | | |
| **Out of scope** | | |
| • Anything not detailed in the deliverables and defined tasks | | |

[Federal Court Docket Filing Stamp]

| Timeframe |
| --- |
| • March 2023 - December 2024 |

| Limitations |
| --- |
| • Time to achieve the deliverables<br>• Time for the development of new PTMS version with new required functionalities.<br>• Time process for hiring professional services to support the defined tasks.<br>• Approval of budget for hiring of professional services |

| Communication and Follow-up for Compliance |
| --- |
| • Emails for informal - official communication<br>• Communications that impact the entire population via Informa Policía<br>• Virtual meetings via MS Teams<br>• In person meetings<br>• Task Management via MS Project and MS Planner |
| • Monthly status meetings with Executive and Departmental Sponsors<br>• Bi-weekly status meetings with the Project Team |

[Federal Court Docket Filing Stamp]

B.  Defined tasks to complete PTMS - Police Training Management System deliverables

1.  **Deliverable**: PTMS as a centralized training tool integrated with Human Resources, PROMEDIA and EIS systems (compliance with paragraphs 133 - 134, 141 - 148).

| ID | Task | Responsible | Compliance Date |
|---|---|---|---|
| a. | Short-term hiring of professional services expert in application programming. | Technology Bureau Director | 9/30/2023 |
| b. | Gathering / analysis of requirements for PTMS | Technology Bureau Director (hired prof. serv.) | 6/30/2024 |
| c. | Development, testing and implementation of PTMS with training status reporting module | Technology Bureau Director (hired prof. serv.) | 12/31/2024 |

2.  Deliverable: Training of all staff on the use of the PTMS.

| ID | Task | Responsible | Compliance Date |
|---|---|---|---|
| a. | Create virtual PTMS training | Technology Bureau Director (hired prof. serv.) | 12/31/2023 |
| b. | PTMS training for the entire population | Technology Bureau Director | 12/31/2023 |

[Federal Court Docket Filing Stamp]

## III.  Instructor Program

## Scope

The Instructor Program initiative has the objective of complying with the Instructor Program of the Puerto Rico Police Bureau. To comply with the Instructor Program, the project team will work to ensure that the Deputy Superintendence in Education and Training has the policies, procedures, resources, technology and equipment necessary for the implementation of:

- Instructor evaluation to determine the instructor's ability to communicate with students, exposure to the teaching curriculum, knowledge of course content, among other elements.

- The use of appropriate technology and equipment to provide the training, thus improving the student's learning experience and minimizing the learning gap.

- The use of learning evaluation of the participants to confirm the understanding and understanding of the training provided as well as the student's evolution.

- The Instructor's file, together with their Credentials to show evidence that the instructors are qualified and offer a good teaching method such as the use of meaningful dialogues, role playing and/or examination through tests or quizzes.

What is listed herein becomes the deliverables established for this initiative that will move us towards compliance with paragraphs 111 E, 117, 121- 122,133 - 134, 218 - 219.

[Federal Court Docket Filing Stamp]

Time

*Milestones / KPI's*



Resources

Team responsible for bringing the initiative to fruition

- Maceira Berrios, Deputy Secretary in Management and Administration, DSP
- Miguel Candelario, Esq. Director of the Legal Office, DSP
- Lt. Col. Alba Diaz Torres, Deputy Superintendence for Education and Training
- Lt. Col. Rolando Trinidad, Office of Reform
- Caonabo Vicente, Technology Bureau

Summary of professional resources to be hired for the completion of the initiative

- Short-term hiring of professional expert services for equipment maintenance

- Short-term hiring of professional services and education experts

[Federal Court Docket Filing Stamp]

Limitations

Identified limitations to the initiative and its response.

| Limitation | Response |
|---|---|
| Time for the achievement of deliverables | The project team will be responsible for completing the tasks defined for the achievement of the deliverables defined. It will hire/designate additional staff dedicated to the task taking into consideration the time frame and priority to complete the task. |
| Time for the development of new PTMS version with the required new functionalities | The project team will be responsible for hiring and designating expert personnel, assigned only to the task, taking into consideration the time frame and priority to complete the task. |
| Time process for hiring professional services to support the defined tasks | The project team will be responsible for knowing the process of hiring professional services, establishing the amount of resources to be hired for the initiative and the required expertise. This is to simultaneous hire all resources necessary for expediting the process of the sustainability training plan. |
| Approval of budget for hiring professional services. | The project team will be responsible for working with the external agencies for the availability of the budget to hire the necessary professional services. |

[Federal Court Docket Filing Stamp]

The following is the "Project Charter" of the initiative which summarizes the elements of each project with the tasks necessary to achieve each deliverable that will lead us to meet the requirements.

A. Instructor Program

| General Project Information | | |
|---|---|---|
| Project Name | Instructor Program | |
| Executive Sponsor | Executive Committee<br><br>Alexis Torres, Secretary, Department of Public Security<br>Rafael Riviere, Under Secretary of the Department of Public Security<br>Col. Arthur Garffer, Deputy Secretary in Operations and Intelligence, DSP Maceira Berrios, Deputy Secretary in Management and Administration, DSP<br>Dr. Juan C. Rivera, Assistant Secretary for Technology, DSP<br>Col. Antonio Lopez Figueroa, PRPB Commissioner<br>Col. Juan Rodriguez Davila, Associate Commissioner PRPB<br>Col. Francisco Rodriguez Ortiz, SAEA – PRPB | |
| Department Sponsor | Reform Office Official - Lt. Col. Rolando Trinidad<br><br>Project Manager – TBD | |
| Project Impact | Compliance with Instructor Program | |
| **Project Team** | | |
| | **Name** | **Department** |
| | Maceira Berrios | Deputy Secretary in Management and Administration, DSP |
| | Miguel Candelario, Esq. | Director Legal Office, DSP |
| | Lt. Col. Alba Diaz Torres | Deputy Superintendent in Education and Training, PRPB |
| | Lt. Col. Rolando Trinidad | Reform Office, PRPB |
| | Caonabo Vicente | Technology Office, PRPB |
| **Collaborators (i.e., those with significant interest in what will be significantly affected by the project.** | | |
| Department of Public Security | | |
| **Scope of Project** | | |
| **KPI's** *Measurable Project Outcomes* | | |
| • ID Equipment needs and budget - March 2023 | | |
| • Review of policies and procedures - August 2023 | | |
| • Hiring of professional services - September 2023 | | |
| • Equipment procurement - December 2023 | | |
| • Tool development - June 2024 | | |
| • Integration of new functionalities and tools into PTMS - December 2024 | | |
| **Deliverables** | | |
| • Instructor Evaluation<br><br>• Use of the right technology and equipment to provide training | | |

[Federal Court Docket Filing Stamp]

|  |
|---|
| • Use of Participant Learning Evaluation <br><br> • Instructor's credentials and record. |

| **Out of scope** |
|---|
| • Anything not detailed in the deliverables and defined tasks |

| **Timeframe** |
|---|
| • March 2023 - December 2024 |

| **Limitations** |
|---|
| • Time to achieve the deliverables <br> • Time for the development of new PTMS version with new required functionalities. <br> • Time process for hiring professional services to support the defined tasks. <br> • Approval of budget for hiring of professional services |

| **Communication and Follow-up for Compliance** |
|---|
| • Emails for informal - official communication <br> • Communications that impact the entire population via Informa Policía <br> • Virtual meetings via MS Teams <br> • In person meetings <br> • Task Management via MS Project and MS Planner |

|  |
|---|
| • Monthly status meetings with Executive and Departmental Sponsors <br><br> • Bi-weekly status meetings with the Project Team |

[Federal Court Docket Filing Stamp]

B. Defined tasks to complete the Instructor Program deliverables

1. **Deliverable**: Instructor's evaluation (compliance with paragraphs 111 E and 122).

| ID | Task | Responsible | Compliance Date |
|----|------|-------------|-----------------|
| a. | Create PRPB instructor administrative and operational processes manual:<br><br>• Instructor Evaluation Process<br>• Process to ensure that instructors deliver the established objectives and approved curricula | Deputy Commissioner for Education and Training | 8/31/2023 |
| b. | Create an evaluation tool for instructors and faculty. | Deputy Commissioner for Education and Training (hired prof. serv.) | 6/30/2024 |
| c. | Integrate functionality in PTMS for instructor and faculty evaluation tools, so that students and SAEA administration staff can perform the evaluations virtually.<br><br>Pre-service: Evaluation will be done for each term (4 terms total). SAEA will assess randomly. Students will always assess.<br><br>In-Service: Annual trainings will be assessed at the beginning and at the end of the training. The SAEA will assess on a random basis. Students will always assess. | Technology Bureau Director (hired prof. serv.) | 12/31/2024 |

[Federal Court Docket Filing Stamp]

2. **Deliverable**: Use of appropriate technology and equipment to provide training (compliance with paragraph 117)

| ID | Task | Responsible | Compliance Date |
|----|------|-------------|-----------------|
| a. | Equipment needs evaluation to provide training | Deputy Commissioner for Education and Training (hired prof. serv.) | 3/31/2023 |
| b. | Document budget for equipment procurement | Deputy Secretary for Management and Administration, DSP | 3/31/2023 |
| c. | Short-term hiring of expert professional services for equipment maintenance | Technology Bureau Director | 9/30/2023 |
| d. | Equipment procurement | Deputy Secretary for Management and Administration, DSP | 12/31/2023 |

3. **Deliverable**: Use of Participant Learning Evaluation (compliance with paragraph 122).

| ID | Task | Responsible | Compliance Date |
|----|------|-------------|-----------------|
| a. | Create an evaluation process for the evaluation of In-Service employee learning. | Assistant Commissioner for Education and Training | 8/31/2023 |
| b. | Short-term hiring of professional education experts | Assistant Commissioner for Education and Training | 9/30/2023 |
| c. | Create the In-Service employee learning assessment evaluation form | Assistant Commissioner for Education and Training | 6/30/2023 |
| d. | Integrate employee learning evaluation assessment functionality into PTMS In-Service | Technology Bureau Director | 12/31/2023 |

[Federal Court Docket Filing Stamp]

4. **Deliverable**: Instructor's credentials and file (compliance with paragraphs 117, 121 - 122, 133 and 134, 218 - 219)

| ID | Task | Responsible | Compliance Date |
|----|------|-------------|-----------------|
| a. | Create the process that describes the contents of the instructor, faculty and staff file and the required credentials. | Deputy Commissioner for Education and Training | 8/31/2023 |
| b. | Integrate functionality in PTMS for Instructor, faculty, and faculty files and credentials. | Technology Bureau Director (hired prof. serv.) | 12/31/2023 |

[Federal Court Docket Filing Stamp]

## IV.    Field Training Officer's Program - FTO

### Scope

The Field Training Officer's Program - FTO initiative has the objective of complying with the Field Training Officer's Program of the Puerto Rico Police Bureau. To comply with the Field Training Officer's Program, the project team will work so that the Deputy Superintendence in Education and Training has the policies, procedures, resources and technology necessary for the implementation of:

- Compliance with FTO Program General Order 701 to continue FTO processes in accordance with policy and practice.

- The process for ongoing review of the Field Training Officer's (FTO) Program to continue to re-evaluate FTO training best practices. FTO Program adaptations to training and implementation processes must be continually reviewed to maintain compliance with FTO programming. It is important for the Bureau to keep the FTO Program up to date as it is the critical link between the pre-service training and mentoring program

- Evaluation and training of current FTOs to improve the professionalism of their officers and ensure that the FTO Program receives the necessary resources to support the PRPB mission.

What is listed herein becomes the deliverables established for this initiative that will move us towards compliance with paragraphs 111E, 117, 123 - 128, 218 - 219.

[Federal Court Docket Filing Stamp]

Time

*Milestones / KPI's*



## Resources

Team responsible for bringing the initiative to fruition

- Lt. Col. Alba Diaz Torres, Deputy Superintendence for Education and Training
- Lt. Col. Rolando Trinidad, Office of Reform
- Caonabo Vicente, Technology Bureau

Summary of professional resources to be hired for the completion of the initiative

- n/a

[Federal Court Docket Filing Stamp]

Limitations

Identified limitations to the initiative and its response.

| Limitation | Response |
|---|---|
| Time for the achievement of deliverables | The project team will be responsible for completing the tasks defined for the achievement of the deliverables defined. It will hire/designate additional staff dedicated to the task taking into consideration the time frame and priority to complete the task. |
| Time for the development of new PTMS version with the required new functionalities | The project team will be responsible for hiring and designating expert personnel, assigned only to the task, taking into consideration the time frame and priority to complete the task. |

[Federal Court Docket Filing Stamp]

The following is the "Project Charter" of the initiative which summarizes the elements of each project with the tasks necessary to achieve each deliverable that will lead us to meet the requirements.

A. Project Charter – Field Training Officer's Program

| General Project Information | |
|---|---|
| Project Name | Field Training Officer's Program |
| Executive Sponsor | Executive Committee<br><br>Alexis Torres, Secretary, Department of Public Security<br>Rafael Riviere, Under Secretary of the Department of Public Security<br>Col. Arthur Garffer, Deputy Secretary in Operations and Intelligence, DSP Maceira Berrios, Deputy Secretary in Management and Administration, DSP<br>Dr. Juan C. Rivera, Assistant Secretary for Technology, DSP<br>Col. Antonio Lopez Figueroa, PRPB Commissioner<br>Col. Juan Rodriguez Davila, Associate Commissioner PRPB<br>Col. Francisco Rodriguez Ortiz, SAEA – PRPB |
| Department Sponsor | Reform Office Official - Lt. Col. Rolando Trinidad<br><br>Project Manager – TBD |
| Project Impact | Compliance with the Field Training Officer's Program |

| Project Team | | |
|---|---|---|
| | **Name** | **Department** |
| | Lt. Col. Alba Diaz Torres | Deputy Superintendent in Education and Training, PRPB |
| | Lt. Col. Rolando Trinidad | Reform Office, PRPB |
| | Caonabo Vicente | Technology Office, PRPB |

**Collaborators (i.e., those with significant interest in what will be significantly affected by the project.)**

Department of Public Security

**Scope of Project**

**KPI's** *Measurable Project Outcomes*

- Review of policies and procedures - August 2023
- Training of current FTO's - December 2023
- Creation of new programs - June 2024
- Integration of new functionalities and tools into PTMS - December 2024

**Deliverables**

- Compliance with the General Order

- Process for the continuing review of the Field Training Officer's (FTO) Program

- Evaluation and training of current FTOs

**Out of scope**

- Anything not detailed in the deliverables and defined tasks

[Federal Court Docket Filing Stamp]

| Timeframe |
| --- |
| • March 2023 - December 2024 |

| Limitations |
| --- |
| • Time to achieve the deliverables<br>• Time for the development of new PTMS version with new required functionalities. |

| Communication and Follow-up for Compliance |
| --- |
| • Emails for informal - official communication<br>• Communications that impact the entire population via Informa Policía<br>• Virtual meetings via MS Teams<br>• In person meetings<br>• Task Management via MS Project and MS Planner |
| • Monthly status meetings with Executive and Departmental Sponsors<br><br>• Bi-weekly status meetings with the Project Team |

[Federal Court Docket Filing Stamp]

B.  Defined tasks to complete the Field Training Officer's (FTO) Program deliverables

1.  **Deliverable**: Compliance with General Order (compliance with paragraphs 111E, 117, 123 - 128, 218 - 219).

| ID | Task | Responsible | Compliance Date |
|----|------|-------------|-----------------|
| a. | Review of G.O. 700-701 Field Training Program and its forms (such as PPR 701.5). | Reform Office Director | 8/31/2023 |
| b. | Review of Field Training Program Operational Manual (Nov 2019) | Reform Office Director | 8/31/2023 |
| c. | Training on GC 700-701 to FTOs | Deputy Commissioner for Education and Training | 12/31/2024 |

2.  **Deliverable**: Process for the ongoing review of the Field Training Officer's (FTO) Program (compliance with paragraphs 123 - 128 and 218 - 219)

| ID | Task | Responsible | Compliance Date |
|----|------|-------------|-----------------|
| a. | Establish by G.O. 100-108 and 700-701 the annual review of the Field Training Program curriculum. | Reform Office Director | 8/31/2023 |
| b. | Renovate the Field Training Program<br><br>• Redistribution of field training program hours<br>  ○ 200 hours to be carried out from SAEA through workshops on topics concerning the Deputy Superintendence in Criminal Investigation – Phase 1<br>  ○ 600 hours (Phase 2 to Phase 5) - field training | Reform Office Director | 3/31/2023 |
| c. | Create FTO's Training Curriculum Sequencing | Deputy Commissioner for | 9/30/2023 |

[Federal Court Docket Filing Stamp]

| ID | Task | Responsible | Compliance Date |
|---|---|---|---|
|  |  | for Education and Training (hired prof. serv.) |  |

3. **Deliverable**: Evaluation and training of current FTOs (compliance with paragraphs 127 - 128).

| ID | Task | Responsible | Compliance Date |
|---|---|---|---|
| a. | Integrate all General Order 700-701 Field Training Program forms into PTMS:<br>• PPR-701.1 Field Training Program FTO Candidate and Supervisor Information.<br><br>• PPR-701.2 Daily Evaluation<br><br>• PPR-701.3 Weekly Evaluation Summary<br><br>• PPR-701.4 Apprentice Agent Evaluation - Final Phase<br><br>• PPR-701.5 Apprentice Agent Evaluation - Final Phase<br><br>• PPR-701.5 Apprentice Agent Evaluation of FTO Performance<br><br>• PPR-701.6 Investigative Experiences - Phase 3<br><br>• PPR-701.7 Probationary Agent Information | Technology Bureau Director (hired prof. serv.) | 12/31/2024 |
| b. | Enter into PTMS sequential training of FTO's | Assistant Commissioner for Education and Training (hired prof. serv.) | 12/31/2024 |

[Federal Court Docket Filing Stamp]

## Conclusion

The Puerto Rico Police Bureau recognizes the opportunities for improvement to be implemented in order to fully comply with the provisions of the Reform Agreement. We are certainly in a time of fiscal challenges where we are called upon to reach the alignment between compliance and the priorities that are managed on a daily basis. The successful implementation of this plan requires the commitment and follow-up of all parties involved. This has resulted in the transformation of the Deputy Superintendence in Education and Training, whose objective is to prepare and keep the resources that daily ensure Puerto Rico's security up to date with the best practices.

**No. 2023-031 TRANSLATOR'S CERTIFICATE OF ACCURACY**

I, Mayra Cardona Durán, of legal age, single, resident of Guaynabo, Puerto Rico, Certified Interpreter of the United States Courts (Certification No. 98-020) and certified by the National Association of Judiciary Interpreters and Translators (10671), holding a Master's Degree in Translation and admitted to the Puerto Rico Bar Association (Bar No. 12390, RUA No. 11038) hereby CERTIFY: that according to the best of my knowledge and abilities, the foregoing is a true and rendition into English of the original Spanish text, which I have translated and it is stamped and sealed as described therein. This document is comprised of Forty Three (43) Pages, including this certification page, and does not contain changes or erasures.

In Guaynabo, Puerto Rico today, Saturday, April 8, 2023.

**Lcda. Mayra Cardona**
**BA Lit/Fr, MA Trans, JD**
**United States Courts Certified Interpreter**
**NAJIT Certified Interpreter and Translator**
3071 Alejandrino Ave. PMB 306 Guaynabo, Puerto Rico 00969-7035
Tel. (787) 530-1414
e-mail: mayra@cardona.com