OFFICE OF THE FPMPR LLC.
B-5 Calle Tabonuco Suite 216 PMB 292
Guaynabo, Puerto Rico 00968

April 1, 2023

Professional services rendered by the members of the Office of the FPMPR LLC. For March 2023:

| NAME | AMOUNT | MONTH |
|---|---|---|
| John Romero | $17,916.66 | March 2023 |
| Spece | $ 3,810.87 | March 2023 |
| The & Group LLC (Javier González) | $ 9,968.98 | March 2023 |
| Altai Atlantic Consulting LLC (Dr. David Levy) | $ 9,240.00 | March 2023 |
| Denise Rodriguez | $15,833.33 | March 2023 |
| Viota & Associates CPA LLC | $ 1,000.00 | March 2023 |
| Donald S. Gosselin | $ 9,900.00 | March 2023 |
| Al Youngs | $ 9,900.00 | March 2023 |
| Rafael E. Ruiz | $10,147.50 | March 2023 |
| Scott Cragg | $13,117.50 | March 2023 |
| Correa Acevedo & Abesada Law offices, PSC (Lcdo. Roberto Abesada) | $13,646.25 | March 2023 |
| Rita J. Watkins | $ 8,720.00 | March 2023 |
| M Serrano LLC | $14,960.00 | March 2023 |
| Luis Hidalgo | $11,500.00 | March 2023 |
| Korber Group | $ 1,309.78 | March 2023 |
| Samantha Rhinerson | $ 1,250.00 | March 2023 |
| Claudia Cámara | $ 3,080.00 | March 2023 |
| Manuel Arroyo | $ 1,480.00 | March 2023 |
| Hipolito Castro Jr | $10,650.00 | March 2023 |
| Stephanie Leon | $ 2,272.50 | March 2023 |
|  |  | March 2023 |
| **TOTAL:** | **$169,703.37** | March 2023 |
|  |  |  |