**Spece**
1225 Juan Ponce de Leon
San Juan, PR  00907
787-417-7300
info@spece.com
www.spece.com

Invoice  INV - 17826



| BILL TO | DATE | PLEASE PAY | DUE DATE |
|---|---|---|---|
| Office of the FPMPR LLC | 05/01/2023 | $2,579.20 | 05/01/2023 |

| MEMBERSHIP | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Membership:Private Office**<br>Private Office Suite - Office 15, $2,300.00, May 1, 2023 - May 31, 2023 | 1 | 2,300.00 | 2,300.00T |
| **Other Fees:One-off Fees**<br>Telephone Service, $60.00, May 1, 2023 - May 31, 2023 | 1 | 60.00 | 60.00T |
| **Other Fees:One-off Fees**<br>Garage Parking, $120.00, May 1, 2023 - May 31, 2023 | 1 | 120.00 | 120.00T |

|  |  |
|---|---|
| SUBTOTAL | 2,480.00 |
| TAX (4%) | 99.20 |
| TOTAL | 2,579.20 |
| **TOTAL DUE** | **$2,579.20** |

THANK YOU.

ELEVATE YOUR BUSINESS

**Spece**
1225 Juan Ponce de Leon
San Juan, PR  00907
787-417-7300
info@spece.com
www.spece.com

Invoice  INV - 17825



| BILL TO | | | |
|---|---|---|---|
| Office of the FPMPR LLC | DATE<br>04/01/2023 | PLEASE PAY<br>$1,156.48 | DUE DATE<br>04/01/2023 |

| MEMBERSHIP | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Event Rental:Conference Room**<br>Medium Conference Room, $72.00, 3 x $24.00 / hour (20% discount) - Mar 14, 2023 | 3 | 24.00 | 72.00T |
| **Event Rental:Conference Room**<br>Medium Conference Room, $180.00, 1 x $180.00 / day (20% discount) - Mar 15, 2023 | 1 | 180.00 | 180.00T |
| **Event Rental:Conference Room**<br>Medium Conference Room, $96.00, 1 x $96.00 / hour (20% discount) - Mar 20, 2023 | 1 | 96.00 | 96.00T |
| **Event Rental:Conference Room**<br>XLarge Conference Room, $280.00, 1 x $280.00 / day (20% discount) - Mar 22, 2023 | 1 | 280.00 | 280.00T |
| **Event Rental:Conference Room**<br>Medium Conference Room, $120.00, 1 x $96.00 / hour (20% discount), 1 x $24.00 / hour (20% discount) - Mar 22, 2023 | 1 | 120.00 | 120.00T |
| **Event Rental:Conference Room**<br>XLarge Conference Room, $220.00, 1 x $200.00 / half day, 0.5 x $40.00 / hour (20% discount) - Mar 21, 2023 | 1 | 220.00 | 220.00T |
| **Event Rental:Conference Room**<br>Small Conference Room, $144.00, 1 x $144.00 / day (20% discount) - Mar 22, 2023 | 1 | 144.00 | 144.00T |

SUBTOTAL  1,112.00
TAX (4%)  44.48
TOTAL  1,156.48

TOTAL DUE  $1,156.48

THANK YOU.

ELEVATE YOUR BUSINESS

**Spece**
1225 Juan Ponce de Leon
San Juan, PR  00907
787-417-7300
info@spece.com
www.spece.com

**Invoice  INV - 17526**



| BILL TO | | | |
|---|---|---|---|
| Office of the FPMPR LLC | DATE 02/28/2023 | PLEASE PAY $75.19 | DUE DATE 02/28/2023 |

| MEMBERSHIP | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Other Fees:One-off Fees** Visitor Parking-February 2023 | 1 | 72.30 | 72.30T |

|  |  |
|---|---|
| SUBTOTAL | 72.30 |
| TAX (4%) | 2.89 |
| TOTAL | 75.19 |
| **TOTAL DUE** | **$75.19** |

THANK YOU.

ELEVATE YOUR BUSINESS