# THE & GROUP LLC.

Las Ramblas
71 Calle Montjuic
Guaynabo , PR 00969

## INVOICE

INVOICE NUMBER: 104
INVOICE DATE: MARCH 31, 2023

Federal Police Monitor

San Juan, PR

Invoice for Javier B Gonzalez Professional Services as Administrative Director

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| MAR-01-23 | Administrative Director | Work with February Team Invoices, Communications with the Monitor. | 2.00 | $125.00 | $250.00 |
| MAR-02-23 | Administrative Director | Weekly Executive Team Meeting, Work with team February invoices. | 2.50 | $125.00 | $312.50 |
| MAR-03-23 | Administrative Director | Communications with the Monitor and Team members, PRPB Survey Follow Up, Work with Team February Invoices. | 4.50 | $125.00 | $562.50 |
| MAR-04-23 | Administrative Director | Work with Team February Invoices, Review of communications sent by Team members, Communications with the Monitor. Work with Office Expenses. | 3.00 | $125.00 | $375.00 |
| MAR-06-23 | Administrative Director | Work with February Team invoices,. Communications with the Monitor and Team Members. Communications with Team members. | 4.50 | $125.00 | $562.50 |
| MAR-07-23 | Administrative Director | Work with 2022-2023 Budget Expenses, Communications with the Monitor and Team members, Community Meeting coordination Conference call | 4.00 | $125.00 | $500.00 |
| MAR-08-23 | Administrative Director | Communications with Team Members, Communications with CPA, work with Team tax returns, | 2.00 | $125.00 | $250.00 |
| MAR-09-23 | Administrative Director | Weekly Meeting with Executive Team, Communications with Team Members | 1.50 | $125.00 | $187.50 |
| MAR-10-23 | Administrative Director | Work with Final review of Team February Invoices, Communications with Team Members. | 2.00 | $125.00 | $250.00 |
| MAR-13-23 | Administrative Director | February Team invoices follow up, Team Members Tax Information, Communiactions with Team Members. | 1.50 | $125.00 | $187.50 |
| MAR-14-23 | Administrative Director | Communications with PRPB Reform Office, Communications with the Monitor and Team Members. Coordination of Team Visit. | 2.50 | $125.00 | $312.50 |
| MAR-15-23 | Administrative Director | Coordination of Team Visit. Team Invoices follow up, Communications with the Monitor and Team Members. | 2.50 | $125.00 | $312.50 |

INVOICE NUMBER: 104

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| MAR-16-23 | Administrative Director | Weekly Executive Team Meeting, Communications with the Monitor and Team Members, Review of communications, Coordination of Team Visit. Team invoices follow up. Work with Team Tax information | 4.50 | $125.00 | $562.50 |
| MAR-16-23 | Administrative Director | Office of the FPMPR Adobe Account | | | $47.98 |
| MAR-17-23 | Administrative Director | Work with Team February Invoices final review and amendments, Coordination of Team visit, Communications with the Monitor and Team Members. | 5.00 | $125.00 | $625.00 |
| MAR-20-23 | Administrative Director | Team Visit, Meetings at PRPB, Final Work with Team Member February Invoice. | 8.00 | $125.00 | $1,000.00 |
| MAR-21-23 | Administrative Director | Team Visit, Meeting at the Academy, Meetings at Office and PRPB, Coordination of Visit. | 8.00 | $125.00 | $1,000.00 |
| MAR-22-23 | Administrative Director | Team Visit, Meetings at Office and PRPB, Visit with Rafael Ruiz to Bayamón. Coordination of Team Visit. | 6.00 | $125.00 | $750.00 |
| MAR-23-23 | Administrative Director | Survey Follow Up, Communications with the Monitor and Team Members, Coordination of Team Visit. | 1.00 | $125.00 | $125.00 |
| MAR-24-23 | Administrative Director | Pick up and Deposit Team January payment, Communications with the Monitor and Team members. Review of communications. | 2.00 | $125.00 | $250.00 |
| MAR-27-23 | Administrative Director | Team Biweekly Meeting, Surveys follow up, Communications with CPA. Communications with the Court. | 3.00 | $125.00 | $375.00 |
| MAR-28-23 | Administrative Director | 253 Meeting, Communications with the Monitor and Team Members. | 2.00 | $125.00 | $250.00 |
| MAR-29-23 | Administrative Director | Surveys follow up, communications with the Monitor and Team Members. | 1.50 | $125.00 | $187.50 |
| MAR-30-23 | Administrative Director | Weekly Executive Team Meeting, Review of communications. | 1.00 | $125.00 | $125.00 |
| MAR-31-23 | Administrative Director | Surveys Meeting with Ipsos, the Monitor and Deputy Monitor. Work with Team March Invoices. | 3.50 | $125.00 | $437.50 |
| MAR-31-23 | Administrative Director | I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0.00 | $125.00 | $0.00 |
| | | Manuel Arroyo Gasoline and Tolls Expense Reimbursement | | | $171.00 |
| | | Total amount of this invoice | | | $9,968.98 |

INVOICE NUMBER: 104

| MESSAGE |
|---|
| Javier B Gonzalez, March 31, 2023 |



# Transaction Details
### Card Ending - 11003

Merchandise & Supplies - Mail Order

## ADOBE WEBSALES 800-833-6687

# $47.98

Mar 16, 2023

On your statement as ADOBE ACROPRO SUBS ASAN JOSE CA

**$0.48 Reward Dollars**



## Transaction Details



ADOBE WEBSALES 800-833-6687

801 N 34TH ST
SEATTLE
WA
98103
UNITED STATES





TOTAL ODEH SUPER 2
AVE MUNOZ RIVERA NO 1005 B
SAN JUAN

DATE: MAR 17, 2023
TIME: 13:18:31
BATCH: 000111
TERMINAL ID: 30V13423
HOST: ATH1
MERCHANT ID: 4549106538366

Sale

PIN Verified Online
VISA D ************4460 (C)

AUTH. CODE: 865228
INVOICE: 006476
TRACE: 007072

| | |
|---|---|
| AMOUNT: | $ 40.00 |
| STATE TAX: | $ 0.00 |
| REDUCED STATE TAX: | $ 0.00 |
| MUNICIPAL TAX: | $ 0.00 |
| TOTAL: | $ 40.00 |

NO SIGNATURE REQUIRED

VISA DEBITO
AID: A0000000031010      AC: 82ACB8844B7AD96F
UN: 9607E787      TVR: 8080048000      TSI: 7800

MERCHANT COPY
Gracias por su patrocinio

Recibo de Pago

www.autoexpreso.com
1-888-688-1010
Plaza Carolina
Carril 01
03/21/2023 09:30:48

Numero de Cuenta: 5738371
Cantidad de Pago: $40.00
Metodo de Pago:

Visa 4460

PM: credit
EM: Chip
AC: 367989
EMVAID: A0000000031010

Balance: $36.70

\*\*\* Descarga nuestra app
"AutoExpreso Movil"
para consultar balance, recargar,
recibir notificaciones y otros
servicios. También puedes acceder a
www.autoexpreso.com \*\*\*



# ATH
### A TODA HORA

SMB PUMA CONDADO 159
CALLE LUCHETI 1204 ESQ MARG BALDORIOTY
SAN JUAN

| DATE | TIME | HOST |
|---|---|---|
| Mar 21,23 | 16:46:28 | ATH |
| BATCH | TERMINAL ID | MERCHANT ID |
| 000296 | 30W14010 | 4549106266984 |

### SALE

PIN Verified Online
DEBIT           ************4460 (C)

AUTH. CODE: 705352         INVOICE: 030631
                           TRACE  :035456

TOTAL  :    $       41.00

DEBITO ATH
AID: A00000000980840    AC: 749A17B02E082CA0
UN: F3413983   TVR: 8080048000  TSI: 6800

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

CUSTOMER COPY
Gracias por su patrocinio