

# Invoice

**Altai Atlantic Consulting LLC**
828 Snowden Hallowell Way, Alexandria VA 22314

**Date:** 03/30/23
**Invoice #:** 01-039

**To:** Office of the Federal Police Monitor of Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
Tel. 787-417-9098

| Fee Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|
| **Total Fees Payable For Services Rendered by Dr. David Levy** | 56.0 | 165 | **$9,240.00** |

## Work Performed in the Continental United States

| Date | Activity Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 3/2/23 | Call with monitor Youngs re: CMR-8 data | 1.0 | 165 | $165.00 |
| 3/2/23 | Revisions to monitoring worksheet | 1.0 | 165 | $165.00 |
| 3/4/23 | Review/revision of training data request items | 5.0 | 165 | $825.00 |
| 3/5/23 | Review and communication re: data request frequency | 5.0 | 165 | $825.00 |
| 3/6/23 | Biweekly data production call & monthly call with monitor Castro | 1.0 | 165 | $165.00 |
| 3/6/23 | Review/revision of training data request items | 2.0 | 165 | $330.00 |
| 3/7/23 | Communication and review of CMR-8 data requests | 2.0 | 165 | $330.00 |
| 3/8/23 | Monthly call with monitor Watkins and follow-up communication | 2.0 | 165 | $330.00 |
| 3/8/23 | Calls with monitors Castro & Youngs & follow-up revisions to data request | 2.5 | 165 | $412.50 |
| 3/12/23 | Review/revision of training data request items | 6.0 | 165 | $990.00 |
| 3/13/23 | Review/revision of training data request items | 4.0 | 165 | $660.00 |
| 3/14/23 | Review/revision of training data request items | 2.0 | 165 | $330.00 |
| 3/15/23 | Call with monitor Youngs re: CMR-8 data | 2.0 | 165 | $330.00 |
| 3/19/23 | Review/revision of training data request items | 6.0 | 165 | $990.00 |
| 3/20/23 | Biweekly data production call & box.com review | 2.5 | 165 | $412.50 |
| 3/26/23 | Revisions of master data request ahead of final CMR-8 request | 6.0 | 165 | $990.00 |
| 3/27/23 | Biweekly monitoring team call | 1.5 | 165 | $247.50 |
| 3/29/23 | Call with monitor Youngs re: CMR-8 draft | 1.5 | 165 | $247.50 |
| 3/30/23 | Preparing data request items for translation | 1.0 | 165 | $165.00 |
| 3/30/23 | Communication and email backlog | 1.5 | 165 | $247.50 |
| 3/30/23 | Misc. end of month administrative | 0.5 | 165 | $82.50 |

|  |  |  | 165 | $0.00 |
|---|---|---|---|---|
|  |  |  | 165 | $0.00 |
| Total |  | 56.0 |  | $9,240.00 |

**Total Fee Payable**    **$9,240.00**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

*[signature]*

**Dr. David Levy**

03/30/23

**Date**