# INVOICE

**DATE**
3/31/2023

**INVOICE NO**
#030

**Denise Rodriguez**
3003 San Sebastian St.
Mission, TX 78572
drodriguez_PRI@outlook.com

**INVOICE TO**
Puerto Rico Chief Federal Monitor

**INVOICE PERIOD**
March 1-31, 2023

## DUTIES AND RESPONSIBILITIES                              TOTAL DUE $15,833.33

- Conducted monthly one-on-one meetings with subject matter experts
- Coordinated and conducted weekly Monitoring Executive Team meetings
- Coordinated and conducted biweekly meetings with the Parties
- Reviewed and approved the review of several policies submitted to the Monitor's Office by PRPB as per Paragraph 229 of the Agreement
- Worked with the Administrative Director and the Research Analyst/Administrative Assistant to finalize the schedule for the March site visit
- Participated in various meetings with the Parties to discuss the PRPB Data Gap Analysis and IT Needs Assessment
- Reviewed the final drafts of IT Action Plan and the Training Plan and initial drafts of the DV/SA Plan and Search and Seizure Plan.
- Participated in site visit the week of March 20th
- Coordinated and oversaw the submission and receipt of various data requests for CMR-8
- Participated in the March 253 Meeting with the Parties
- Participated in several calls with the parties to discuss various topics including the Command Level Promotions, status of pending high level PRPB investigations, Reform Plan, Search & Seizure Plan, and the Gender based violence Plan
- Participated in call with PRPB training personnel to discuss the Training Plan, Search & Seizure Plan, and the Gender based violence Plan
- Worked with Training Monitor and General Counsel to draft response to the Training Plan
- Worked with the Professionalization Monitor and General Counsel to draft memo documenting our review of the Command Level Promotions
- Reviewed initial drafts of CMR-8 from all Sections and drafted summary document outlining initial assessment of CMR-8 in preparation for meeting with the Judge and to share with Parties

Flat Rate Total Wages*                                                    $15,833.33
Travel Expenses, See invoice #030-1
**Total Due**                                                              $ 15,833.33

*The total amount is a flat rate. The total monthly is $15,833.33 for an annualized amount of $190,000.00

*Denise Rodriguez* (signature)

**Denise Rodriguez, Chief Deputy Monitor**

March 31, 2023
Date

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.