# VIOTA & ASSOCIATES CPA LLC

B5 CALLE TABONUCO, SUITE 216
PMB 292
GUAYNABO, PR 00968-3029

## Invoice

INVOICE NUMBER: 20201254
DATE: MARCH 31, 2023

PUERTO RICO POLICE REFORM

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: CONSULTING FEES | | | |
| MAR-02-23 | CONSULTING FEES | Entrando pagos realizados por ACH a Sage. Haciendo cambios a facturas de 12/31/2022 | 1.25 | $125.00 | $156.25 |
| MAR-03-23 | CONSULTING FEES | Reconciliación 2/28/2023 | 0.25 | $125.00 | $31.25 |
| MAR-06-23 | CONSULTING FEES | Enmienda 480.6C, 480.6SP. Añadir información de suplidor. Reconciliación 2/28/2023 | 1.00 | $125.00 | $125.00 |
| MAR-08-23 | CONSULTING FEES | Facturas de Febrero en Excel, descargando facturas al Dropbox | 1.50 | $125.00 | $187.50 |
| MAR-09-23 | CONSULTING FEES | Facturas de Febrero en Excel, Entrando facturas a Sage | 1.75 | $125.00 | $218.75 |
| MAR-20-23 | CONSULTING FEES | Reporte de Scott Cragg de PR Pay | 0.50 | $125.00 | $62.50 |
| MAR-21-23 | CONSULTING FEES | Enmienda 480.6SP y 480.6C de Scott | 0.25 | $125.00 | $31.25 |
| MAR-27-23 | CONSULTING FEES | ACH Vendor payments for January invoices | 1.00 | $125.00 | $125.00 |
| MAR-28-23 | CONSULTING FEES | 2nd - ACH Vendor payments for January invoices Professional Services withholding deposit | 0.50 | $125.00 | $62.50 |
| | | TOTAL: CONSULTING FEES | | | $1,000.00 |
| | | Total hours for this invoice | 8.00 | | |
| | | Total before tax | | | $1,000.00 |
| | | PR SALES TAX (IVU) | | | $0.00 |
| | | Total amount of this invoice | | | $1,000.00 |

MESSAGE

6% Withholding on Profesional Services (Waiver Certificate Available Upon Request)