**Name:** Donald S. Gosselin, d/b/a Gosselin Int'l Associates, division of MBG North Corp #1171
**Invoice Date:** 3/30/23
**Invoice Period:** 1 MAR 2023 - 30 MAR 2023

| Date | Task(s) | Rate | Total Hours | | Total Amount |
|---|---|---|---|---|---|
| 03/01/23 | Review SARP Investigations | $ 165.00 | 3.25 | $ | 536.25 |
| 03/02/23 | Review SARP Investigations, Commo and coordination | $ 165.00 | 2.00 | $ | 330.00 |
| 03/13/23 | Review SARP Investigations, Commo and coordination, | $ 165.00 | 6.00 | $ | 990.00 |
| 03/17/23 | Review SARP Investigations | $ 165.00 | 2.75 | $ | 453.75 |
| 03/18/23 | Review SARP Investigations | $ 165.00 | 4.25 | $ | 701.25 |
| 03/20/23 | Field Work, Puerto Rico | $ 165.00 | 8.00 | $ | 1,320.00 |
| 03/21/23 | Field Work, Puerto Rico | $ 165.00 | 8.00 | $ | 1,320.00 |
| 03/23/23 | Review SARP Investigations, Data Analysis | $ 165.00 | 4.00 | $ | 660.00 |
| 03/24/23 | Review SARP Investigations/Comms with SARP Command | $ 165.00 | 5.50 | $ | 907.50 |
| 03/27/23 | Review SARP Investigations, Data Analysis/writing | $ 165.00 | 2.75 | $ | 453.75 |
| 03/28/23 | Review SARP Investigations | $ 165.00 | 5.00 | $ | 825.00 |
| 03/29/23 | Review SARP Investigations | $ 165.00 | 6.00 | $ | 990.00 |
| 03/30/23 | Review SARP Investigations | $ 165.00 | 2.50 | $ | 412.50 |
| **TOTAL Labor** | | | **60.00** | **$** | **9,900.00** |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

**Signature:**

*DS Gosselin* <signature>

**Date:**
3/30/23

**Commo and Coordination** consists of all writings and digital comms to/from Monitors, PRPB, USDOJ; Review compliance targets, document and data requests, logistics; scheduling, on-site planning & coordination, database development

**Data/Policy Analysis, Writing**
Data concerns CMR-8, Draft/review data requests, review special case, reporting on interviews, due process for promo candidates

**Field Work:**
Research conducted in situ (SJU)

**Review Investigations:**
Page by page analysis of SARP Investigations conducted (Phase I and Adjudicated (Phase II)