**Al Youngs**
**5552 West Lakeridge Rd**
**Lakewood, CO 80227**

March 1 - March 31, 2023
Invoice No. 45
Member of Federal Monitor Team

| Date | Brief Description | Total Hours |
|---|---|---|
|  | Reviewed and responded to emails and conference calls for the month of March. |  |
| 3/3<br>3/8<br>3/7<br>3/9<br>3/11<br>3/13<br>3/25<br>3/26<br>3/27<br>3/28 | From Members of the Monitor Team. | 5.0 Hours |
| 3/1<br>3/2<br>3/10<br>3/14<br>3/16<br>3/17<br>3/24<br>3/25<br>3/29 | Several meetings and phone calls with Monitor and Deputy Monitor. | 3.0 Hours |
|  | During site visit to Puerto Rico |  |
| 3/19 | Preparation for Supervision Management and Professionlization interviews and planned meetings. |  |
| 3/20 | Meeting with reform unit |  |

| Date | Description | Hours |
|---|---|---|
| 3/20 | Meeting with Eily J. Molina Batista and Paragraph 13 lmplementation Plan Leads, including Maceira Eerrios, Agte. Brian Deese Cortes, and Lcda. Karilyn Diaz Le6n - Discussed Paragraph l3/Staffing Plan lmplementation Plan updates and progress | |
| 3/20 | Meeting with HR Director. Discussed performance evaluations | |
| 3/21 | Supervision and Management lnterviews, Ponce-lnterviews of random sample of commanders, supervisors, and officers to determine whether there is close and effective supervision. lnterviewees were asked questions about their use of EIS and other supervisory tools, supervisory ratios, performance evaluations, and training received | |
| 3/22 | Discussion with Recruitment Director , Sgt. Brian Deese: Discussed recruitment effort updates. | |
| 3/22 | Discussion with Eily Molina and Carilyn Diaz ref future promotional plans | |
| | | 24.0 Hours |
| | | |
| 3/14 | Submited CMR-8 Supervision and management report | 5.0 Hours |
| 3/15 | Submited CMR-8 Recruitment, hiring and Selection | 5.0 Hours |
| 3/16 | Reviewed Inspection Division Manual and reviewed completed Inspections for future meeting with SARP in 2023, reviewed Annual Inspection Report. | 2.0 Hours |
| 3/17 | Reviewed Paragraph 13, 2023 staffing plan emphasis on Patrol Operations and Recruitment | 2.0 Hours |
| 3/24 | Reviewed Supervisor training records, performance evaluations, disciplinary records, and SARP investigations. | 2.0 Hours |
| 3/24 | Additional review of personnel evaluations completed by Supervisiors of their subordinates, review pro media materials, re-reviewed OG310 (signed Policy) | 2.0 Hours |
| 3/24 | Reviewed CMR-8 data request 2.1 and 2.2 | 2.0 Hours |
| 3/29 | Helped prepare and review protocol memorandum reference Command level promotions | 1.0 Hours |
| 2/25 | Prepare FPM memorandum reference Command level promotions | 2.0 Hours |
| 2/26 | Reviewed Paragraph 154 to 156 reference PRPB Audits | 2.0 Hours |
| 3/29 | Reviewed CMR-8 data request 3.2 and discussed with David Levy | 1.0 Hours |

| 3/30 | Reviewed Recruit class data October to December | 2.0 Hours |

                              **TOTAL HOURS:**     **60.0**

Billable Hours: 60 Hours at a Rate of $165.00 Per Hour =     $9,900.00

                                      **TOTAL:**    **$9,900.00**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_[signature: Alan C. Young]_
**Signature**

                                                  3/31/23
                                                  **Date**