# Rafael Ruiz Consulting

12 Crestshire Dr.
Lawrence, MA 01843

PHONE: 6177599156    stodgo1971@yahoo.com    12 Crestshire Dr.

## INVOICE

INVOICE NUMBER: 2023-03
INVOICE DATE: 3/31/2023

Federal Police Monitor for PR
VIG Tower, PH-924
1225 Ponce De Leon Ave.
San Juan, PR 00907

RAFAEL E. RUIZ CONSULTING

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: FPM work from Home | | | |
| 3/6/2023 | FPM work from Home | Work on CMR-08 Midterm data | 3.00 | $165.00 | $495.00 |
| 3/7/2023 | FPM work from Home | Zoom meeting: FPM/USDOJ/PRPB | 0.50 | $165.00 | $82.50 |
| 3/8/2023 | FPM work from Home | Work on CMR-08 Midterm data | 8.00 | $165.00 | $1,320.00 |
| 3/9/2023 | FPM work from Home | Work on CMR-08 Midterm data | 5.50 | $165.00 | $907.50 |
| 3/27/2023 | FPM work from Home | FPM Team bi-weekly meeting | 1.50 | $165.00 | $247.50 |
| 3/28/2023 | FPM work from Home | Work on CMR-08 Midterm data and draft | 5.00 | $165.00 | $825.00 |
| 3/29/2023 | FPM work from Home | Review PRPB Search and Seizure Action Plan | 3.00 | $165.00 | $495.00 |
| 3/30/2023 | FPM work from Home | Review PRPB Search and Seizure Action Plan | 2.00 | $165.00 | $330.00 |
| 3/31/2023 | FPM work from Home | Emails/phone calls among team members | 1.00 | $165.00 | $165.00 |
| | | TOTAL: FPM work from Home | | | $4,867.50 |
| | | PROJECT: FPM work from PR (Site Visits) | | | |
| 3/20/2023 | FPM work from PR (Site Visits) | Site visit to PR: interviews, inspections, IT systems demos | 8.00 | $165.00 | $1,320.00 |
| 3/21/2023 | FPM work from PR (Site Visits) | Site visit to PR: interviews, inspections | 8.00 | $165.00 | $1,320.00 |
| 3/22/2023 | FPM work from PR (Site Visits) | Site visit to PR: interviews, inspections | 8.00 | $165.00 | $1,320.00 |
| 3/23/2023 | FPM work from PR (Site Visits) | Site visit to PR: interviews, inspections | 8.00 | $165.00 | $1,320.00 |
| | | TOTAL: FPM work from PR (Site Visits) | | | $5,280.00 |
| | | Total hours for this invoice | 61.50 | | |

INVOICE NUMBER: 2023-03

| INVOICE BALANCE INFORMATION | |
|---|---|
| Total amount of this invoice | $10,147.50 |
| Current invoice balance | $10,147.50 |

**AMOUNT DUE ON THIS INVOICE: $10,147.50**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of the hours worked in my capacity as a member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Rafael E. Ruiz

Date: March 31, 2023