INVOICE 0097-LABOR FOR PROFESSIONAL SERVICES; MAR 1, 2023, THROUGH MAR 31, 2023
RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC

TO: Federal Monitor
Puerto Rico Police Department Consent Decree

This invoice for professional services labor rendered by Crystal Reef LLC (Monitoring Core Team) for March 2023 is detailed here.

| Name: | Scott Cragg |
|---|---|
| Invoice Date: | 4/1/23 |
| Invoice Period: | Mar 1 - Mar 31, 2023 |

| Date | Task(s) | Rate | Total Hours | Total Amount |
|---|---|---|---|---|
| 3/1/23 | Cyber Threat brief to Monitor and DoJ.  Follow through with Monitor and Cyber SME's | $ 165.00 | 1.25 | $ 206.25 |
| 3/3/23 | Telcon with DoJ SME on Gartner Report | $ 165.00 | 0.5 | $ 82.50 |
| 3/5/23 | Monitor email - training (Rita), on-site agenda march, community engagement (Merangelie), CMR8 planning, | $ 165.00 | 1.25 | $ 206.25 |
| 3/6/23 | Review Court Process for invoicing, Review DoJ status email on BWC, Special Master status on NIBRS | $ 165.00 | 1.25 | $ 206.25 |
| 3/7/23 | Prep email with Monitor on Gartner Status review of Corrective Action Plan.  Review invoicing process with Monitors office - retrieve past documents for monitors office. Continue edits of Corrective Action Plan. | $ 165.00 | 4.75 | $ 783.75 |
| 3/7/23 | CMR8 Report Writing, Initial Drafts | $ 165.00 | 3.25 | $ 536.25 |
| 3/8/23 | Edit Gartner Corrective Action Plan | $ 165.00 | 2.25 | $ 371.25 |
| 3/11/23 | Edit Gartner Corrective Action Plan, review Garter Final-Final 3/8/23 | $ 165.00 | 5.25 | $ 866.25 |
| 3/12/23 | continue Edit Gartner Corrective Action Plan from 3/8 | $ 165.00 | 3.25 | $ 536.25 |
| 3/13/23 | Review Emails, trip logistics, David Levy data process | $ 165.00 | 0.75 | $ 123.75 |
| 3/14/23 | Review Gartner Plan with DoJ SME, Review Court Invoicing Process with Monitors Office, Follow on tasks from Gartner Review | $ 165.00 | 3.25 | $ 536.25 |
| 3/15/23 | Drafting of CMR8 report, Reinvoicing per Court Procedures | $ 165.00 | 2.25 | $ 371.25 |

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 3/16/23 | Communications, Dep Monitor on CMR8, Monitors AO on Court Invoicing process, resubmit Feb Invoice, Monthly Review with AH Datalytics | $ 165.00 | 2.75 | $ 453.75 |
| 3/17/23 | Review Gartner final Invoice, make recommendations, review schedule changes, review DSP briefing schedule during off plan site review and review of IT and Gartner Assessment | $ 165.00 | 0.75 | $ 123.75 |
| 3/18/23 | Draft CMR 8 inputs, review PRPB Comments to Corrective Action Plan | $ 165.00 | 7.5 | $ 1,237.50 |
| 3/20/23 | On-Site Puerto Rico | $ 165.00 | 8 | $ 1,320.00 |
| 3/21/23 | On-Site Puerto Rico | $ 165.00 | 8 | $ 1,320.00 |
| 3/21/23 | On-Site Puerto Rico | $ 165.00 | 8 | $ 1,320.00 |
| 3/22/23 | Review of Corrective Action Plan following Workgroup meeting, isolate Contractor roles, begin alternatives analysis for Monitor | $ 165.00 | 1 | $ 165.00 |
| 3/25/23 | Review emails - Spanish language RMS examples in Costa Rica, Review grants samples for BWC - share with Commonwealth, review issues re; hand-held recording devices and DoJ position on the correct GO for interpretation IRT Commonwealth opinion, review STU data, review need for community engagement module functionality with monitor | $ 165.00 | 2.25 | $ 371.25 |
| 3/26/23 | Logistics and travel planning for Gov review of IT Corrective Plan week of 4/17 | $ 165.00 | 0.75 | $ 123.75 |
| 3/27/23 | Monitors Bi-Weekly mtg & status review, review and respond to monitors emails, draft CMR-8 | $ 165.00 | 2.25 | $ 371.25 |
| 3/28/23 | Review Invoicing policy, review material for Monitors during upcoming team mtg, review Levy template on data location, Spec Master status on NIBRS, procedures for data search | $ 165.00 | 1.75 | $ 288.75 |
| 3/29/23 | Review DoJ Comments to IT Corrective Action Plan, review monitors email correspondence concerning on-site observations, planning | $ 165.00 | 1.25 | $ 206.25 |
| 3/30/23 | Review DoJ Comments to Corrective Action Plan dated 23 and 29 March, make recommendation. Review Federal Monitors request for budget planning, estimate Cyber and Implementation cost estimates for both, Review status report to the Judge | $ 165.00 | 3 | $ 495.00 |
| 3/31/23 | Review Final-Final version of Corrective Action Plan received from DOJ 3/31/21, invoicing per new procedures | $ 165.00 | 3 | $ 495.00 |
| **TOTAL Labor** | | | **79.5** | **$ 13,117.50** |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

Signature: [signature]    Date 4/1/23