**CORREA ACEVEDO & ABESADA LAW OFFICES, PSC**
Centro Internacional de Mercadeo - II
90 Carr. 165  Suite 407
Guaynabo, PRI 00968
USA

March 31, 2023
Invoice #  20987

**United States v. Commonwealth of Puerto Rico**
**Police Reform, Case No. 12-2039 (GAG)**

Professional Services

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 3/1/2023 | RAA | Review emails from D. Rodriguez and J. Romero. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Telephone call from J. Romero. | 0.20<br>225.00/hr | 45.00 |
| 3/2/2023 | RAA | Telephone call from A. Youngs. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Review email from J. Romero. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Review email from D. Rodriguez. | 0.10<br>225.00/hr | 22.50 |
|  | RAA | Attend executive team meeting. | 0.90<br>225.00/hr | 202.50 |
|  | RAA | Review and respond to email inquiry from J. Romero. | 0.20<br>225.00/hr | 45.00 |
|  | RAA | Telephone call from J. Romero. | 0.30<br>225.00/hr | 67.50 |
|  | RAA | Review emails from J. Romero. | 0.20<br>225.00/hr | 45.00 |
| 3/3/2023 | RAA | Telephone call from J. Romero. | 0.30<br>225.00/hr | 67.50 |

787-273-8300

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/3/2023 | RAA | Review emails from parties, special master, and monitors. | 0.30<br>225.00/hr | 67.50 |
| 3/4/2023 | RAA | Telephone call from J. Romero. | 0.30<br>225.00/hr | 67.50 |
| 3/5/2023 | RAA | Review email from D. Rodriguez. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email from J. Romero and memo. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review emails from S. Rhinerson and parties. | 0.20<br>225.00/hr | 45.00 |
| 3/6/2023 | RAA | Prepare for meeting and inspection of files at DSP. | 0.60<br>225.00/hr | 135.00 |
| | RAA | Telephone call to J. Romero. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Appear and attend meeting and inspection. | 3.70<br>225.00/hr | 832.50 |
| | RAA | Post inspection meeting with L. Hidalgo. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review emails from L. Saucedo and S. Rhinerson. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review emails from counsel of PRPB and special master. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review email from Y. Acevedo. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Preparation of report regarding meeting and inspection of files today at DSP. | 1.40<br>225.00/hr | 315.00 |
| | RAA | Conference with paralegal re: 253 meeting and notes. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review order on translations. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Email order to monitors. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review and respond to email from D. Rodriguez. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review email from D. Rodriguez on data requests. | 0.10<br>225.00/hr | 22.50 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/6/2023 | RAA | Review email from J. Gonzalez. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Prepare revisions to memo re: budget and Gartner. Email to J. Romero. | 0.40<br>225.00/hr | 90.00 |
| | RAA | Preliminary review draft on UOF. | 0.90<br>225.00/hr | 202.50 |
| 3/7/2023 | RAA | Review and respond to email from D. Rodriguez. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email from A. Youngs. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email from J. Romero. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review and analyze proposed budget. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Email to J. Romero. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review and respond to emails from D. Rodriguez and J. Romero. | 0.30<br>225.00/hr | 67.50 |
| 3/8/2023 | RAA | Review order on notices. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Telephone call to J. Gonzalez. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review email from D. Rodriguez. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email from Gartner with IT Strategic Plan. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Began reviewing IT plan. | 0.80<br>225.00/hr | 180.00 |
| | RAA | Review emails from L. Hidalgo, J. Romero, and D. Rodriguez. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review email from S. Rhinerson. | 0.10<br>225.00/hr | 22.50 |
| 3/10/2023 | RAA | Review and respond to emails from D. Rodriguez and J. Romero. | 0.40<br>225.00/hr | 90.00 |
| | RAA | Review motion to restrict. | 0.10<br>225.00/hr | 22.50 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/10/2023 | RAA | Review motion for leave to file Spanish document. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review motion submitting training plan. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review and analyze training plan. | 0.80<br>225.00/hr | 180.00 |
| | RAA | Email to J. Romero and D. Rodriguez with training plan. | 0.10<br>225.00/hr | 22.50 |
| 3/13/2023 | RAA | Review order on motion submitting. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review order on motion to restrict. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review order on motion for leave to file. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review and respond to emails from D. Rodriguez. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review email from R. Watkins. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email from R. Ruiz. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review emails from L. Saucedo and J. Gonzalez. | 0.20<br>225.00/hr | 45.00 |
| 3/14/2023 | RAA | Review emails from D. Rodriguez. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review email from R. Ruiz. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review and analyze confidential documents produced by DSP on promotions.  Email to A. Young. | 0.60<br>225.00/hr | 135.00 |
| 3/15/2023 | RAA | Review and respond to emails from D. Rodriguez. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review other emails from D. Rodriguez. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Revisions to promotions memo.  Email to D. Rodriguez. | 0.90<br>225.00/hr | 202.50 |
| | RAA | Review email from S. Cragg. | 0.10<br>225.00/hr | 22.50 |

|            |     |                                                            | Hrs/Rate          | Amount |
|------------|-----|------------------------------------------------------------|-------------------|--------|
| 3/15/2023  | RAA | Revise IT plan and modifications.                          | 0.40 225.00/hr    | 90.00  |
|            | RAA | Telephone call from J. Romero.                             | 0.30 225.00/hr    | 67.50  |
|            | RAA | Review and respond to email from D. Rodriguez.             | 0.20 225.00/hr    | 45.00  |
|            | RAA | Telephone call from J. Gonzalez.                           | 0.30 225.00/hr    | 67.50  |
|            | RAA | Telephone call from J. Romero.                             | 0.30 225.00/hr    | 67.50  |
|            | RAA | Email to parties re: Gartner.                              | 0.10 225.00/hr    | 22.50  |
| 3/16/2023  | RAA | Review emails from parties, monitors, and special master.  | 0.20 225.00/hr    | 45.00  |
|            | RAA | Telephone call from J. Romero.                             | 0.30 225.00/hr    | 67.50  |
| 3/17/2023  | RAA | Various calls and emails from J. Gonzalez.                 | 0.50 225.00/hr    | 112.50 |
|            | RAA | Telephone call from J. Romero.                             | 0.30 225.00/hr    | 67.50  |
| 3/19/2023  | RAA | Review email from S. Cragg.                                | 0.10 225.00/hr    | 22.50  |
|            | RAA | Review email from L. Saucedo.                              | 0.10 225.00/hr    | 22.50  |
|            | RAA | Telephone call from J. Romero.                             | 0.30 225.00/hr    | 67.50  |
|            | RAA | Review emails from D. Rodriguez.                           | 0.20 225.00/hr    | 45.00  |
| 3/20/2023  | RAA | Review emails from monitors and parties.                   | 0.30 225.00/hr    | 67.50  |
|            | RAA | Review emails from S. Rhinerson.                           | 0.30 225.00/hr    | 67.50  |
|            | RAA | Telephone call from J. Gonzalez.                           | 0.30 225.00/hr    | 67.50  |
|            | RAA | Review email from J. Gonzalez.                             | 0.10 225.00/hr    | 22.50  |

| Date | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/20/2023 | RAA | Review updated invoices. | 0.45<br>225.00/hr | 101.25 |
| | RAA | Prepare motion for disbursement of funds and electronically file the same. | 0.70<br>225.00/hr | 157.50 |
| | RAA | Review email from D. Rodriguez and draft policies. | 0.40<br>225.00/hr | 90.00 |
| 3/21/2023 | RAA | Review order granting motion to correct and amend. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Email order to monitor. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review informative motion filed by special master. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Email to monitor with informative motion. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review memo from Graham. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review email from special master and attachment. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review emails from L. Saucedo, D. Rodriguez, J. Romero, and S. Rhinerson. | 0.40<br>225.00/hr | 90.00 |
| 3/22/2023 | RAA | Review and answer emails from D. Rodriguez and J. Romero. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review emails from L. Hidalgo and A. Youngs. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review emails from the parties and special master. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Prepare revisions to promotions memorandum. Email exchange with D. Rodriguez regarding the same. | 0.70<br>225.00/hr | 157.50 |
| | RAA | Email exchange with J. Romero and Gartner's A/P person regarding pending invoices. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review invoices and cross-reference them with contract and proposal. | 0.50<br>225.00/hr | 112.50 |
| | RAA | Prepare motion to approve invoices from Gartner. Email draft to monitors. | 0.80<br>225.00/hr | 180.00 |
| | RAA | Review email from Gartner's A/P official. | 0.10<br>225.00/hr | 22.50 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/22/2023 | RAA | Review draft policies sent by D. Rodriguez. | 0.80<br>225.00/hr | 180.00 |
| | RAA | Review emails from L. Saucedo and A. Del Carmen. | 0.20<br>225.00/hr | 45.00 |
| 3/23/2023 | RAA | Telephone call from J. Romero. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review emails from D. Rodriguez. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review finalized and sent promotions memo. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Revise and electronically file motion for disbursement of funds re: Gartner. Email to Gartner. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review email from R. Watkins. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review email from J. Romero. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Review order on special master's informative motion. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Email to the monitor regarding order. | 0.10<br>225.00/hr | 22.50 |
| | RAA | Plan and prepare for meeting today with monitor and court. | 0.70<br>225.00/hr | 157.50 |
| | RAA | Appear and attend meeting. | 2.00<br>225.00/hr | 450.00 |
| | RAA | Postmeeting conference with J. Romero and D. Rodriguez. | 0.40<br>225.00/hr | 90.00 |
| | RAA | Review emails from A. Del Carmen. | 0.20<br>225.00/hr | 45.00 |
| 3/24/2023 | RAA | Emails and calls from J. Romero. | 0.50<br>225.00/hr | 112.50 |
| | RAA | Emails with D. Rodriguez and USDOJ. | 0.50<br>225.00/hr | 112.50 |
| | RAA | Review and analyze relevant Preliminary Training Plan, timeline, benchmarks, etc. | 1.50<br>225.00/hr | 337.50 |
| 3/25/2023 | RAA | Telephone call from J. Romero. | 0.20<br>225.00/hr | 45.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/25/2023 | RAA | Telephone call to G. Penagaricano. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review of electronic communication from G. Penagaricano. | 0.10<br>225.00/hr | 22.50 |
| 3/26/2023 | RAA | Review emails from D. Rodriguez, J. Romero, J. Gonzalez, and S. Rhinerson. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review notices filed by special master's office. | 0.20<br>225.00/hr | 45.00 |
| 3/27/2023 | RAA | Review various emails from D. Rodriguez. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Plan and prepare for team meeting. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Appear and attend team meeting. | 1.50<br>225.00/hr | 337.50 |
| | RAA | Electronic communications exchanged with counsel for PRPB. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review and analyze preliminary assessment of PRPB to CMR-8 mid-period data, and memoranda on PRPB's in-service training, proposed budget, and other matters. | 1.40<br>225.00/hr | 315.00 |
| | RAA | Review emails from parties, special master, and monitors. | 0.40<br>225.00/hr | 90.00 |
| | RAA | Review emails from L. Saucedo and A. Del Carmen. | 0.20<br>225.00/hr | 45.00 |
| 3/28/2023 | RAA | Review several emails from G. Peñagaricano. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Review emails from A. Garffer and R. Trinidad. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Review emails from D. Rodriguez. | 0.30<br>225.00/hr | 67.50 |
| | RAA | Emails and calls to J. Romero and L. Hidalgo. | 0.50<br>225.00/hr | 112.50 |
| | RAA | Exchange of electronic communications with L. Saucedo. | 0.20<br>225.00/hr | 45.00 |
| | RAA | Plan and prepare for 253 meeting. | 0.50<br>225.00/hr | 112.50 |
| | RAA | Appear and attend 253 meeting. | 1.30<br>225.00/hr | 292.50 |

|            |     |                                                                                              | Hrs/Rate          | Amount |
|------------|-----|----------------------------------------------------------------------------------------------|-------------------|--------|
| 3/28/2023  | RAA | Telephone call from J. Romero.                                                               | 0.30 225.00/hr    | 67.50  |
|            | RAA | Review further emails from parties and counsel.                                              | 0.40 225.00/hr    | 90.00  |
| 3/29/2023  | RAA | Appear and attend meeting at DSP.                                                            | 1.90 225.00/hr    | 427.50 |
|            | RAA | Prepare memo to monitor regarding meeting at DSP.                                            | 0.50 225.00/hr    | 112.50 |
|            | RAA | Various calls from J. Romero.                                                                | 0.40 225.00/hr    | 90.00  |
|            | RAA | Exchange of electronic communications with L. Saucedo.                                       | 0.20 225.00/hr    | 45.00  |
|            | RAA | Review and respond to email inquiries from D. Rodriguez.                                     | 0.40 225.00/hr    | 90.00  |
|            | RAA | Review emails from L. Hidalgo and A. Youngs.                                                 | 0.30 225.00/hr    | 67.50  |
|            | RAA | Further calls from J. Romero.                                                                | 0.40 225.00/hr    | 90.00  |
|            | RAA | Gender diversity analysis of promotions process. Feedback to D. Rodriguez and revise memo regarding the same. | 0.90 225.00/hr    | 202.50 |
|            | RAA | Conference call with J. Romero and D. Rodriguez.                                             | 0.40 225.00/hr    | 90.00  |
|            | RAA | Preparation of motion to comply re: training plan.                                           | 0.50 225.00/hr    | 112.50 |
|            | RAA | Review and respond to emails from D. Rodriguez regarding motion.                             | 0.20 225.00/hr    | 45.00  |
|            | RAA | Revise motion.                                                                               | 0.10 225.00/hr    | 22.50  |
|            | RAA | Email to L. Saucedo.                                                                         | 0.10 225.00/hr    | 22.50  |
|            | RAA | Telephone call with J. Romero.                                                               | 0.20 225.00/hr    | 45.00  |
|            | RAA | Exchange of electronic communications with counsel for PRPB.                                 | 0.20 225.00/hr    | 45.00  |
|            | RAA | Telephone call with counsel for PRPB.                                                        | 0.30 225.00/hr    | 67.50  |

|            |     |                                                                                     | Hrs/Rate         | Amount |
|------------|-----|-------------------------------------------------------------------------------------|------------------|--------|
| 3/29/2023  | RAA | Exchange of electronic communications with L. Saucedo.                              | 0.10 225.00/hr   | 22.50  |
|            | RAA | Telephone call with J. Romero.                                                      | 0.10 225.00/hr   | 22.50  |
|            | RAA | Electronic communications with J. Romero and D. Rodriguez.                          | 0.10 225.00/hr   | 22.50  |
|            | RAA | Review motion submitting training plan.                                             | 0.10 225.00/hr   | 22.50  |
|            | RAA | Review motion to restrict.                                                          | 0.10 225.00/hr   | 22.50  |
|            | RAA | Review motion for leave to submit training plan in Spanish.                         | 0.10 225.00/hr   | 22.50  |
|            | RAA | Revise motion to comply based on filing by PRPB.                                    | 0.20 225.00/hr   | 45.00  |
|            | RAA | Electronically file motion to comply.                                               | 0.10 225.00/hr   | 22.50  |
|            | RAA | Review response filed by USDOJ.                                                     | 0.10 225.00/hr   | 22.50  |
|            | RAA | Review motion to restrict filed by USDOJ.                                           | 0.10 225.00/hr   | 22.50  |
|            | RAA | Review notice filed by Special Master.                                              | 0.10 225.00/hr   | 22.50  |
|            | RAA | Emails to monitors regarding filings made.                                          | 0.20 225.00/hr   | 45.00  |
| 3/30/2023  | RAA | Review and respond to multiple emails from parties, team members, and special master. | 0.50 225.00/hr | 112.50 |
|            | RAA | Revise and finalize promotions memo.                                                | 0.30 225.00/hr   | 67.50  |
|            | RAA | Attend various calls from J. Romero.                                                | 0.40 225.00/hr   | 90.00  |
|            | RAA | Review various court orders.                                                        | 0.40 225.00/hr   | 90.00  |
|            | RAA | Review email from D. Levy.                                                          | 0.10 225.00/hr   | 22.50  |
|            | RAA | Working on translation requested by D. Levy.                                        | 2.00 225.00/hr   | 450.00 |

|  | | Amount |
|---|---|---|
| **For professional services rendered** | 60.65 | $13,646.25 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Roberto Abesada Agüet | 60.65 | 225.00 | $13,646.25 |

WE HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN OUR CAPACITY AS THE FIRM SERVING AS GENERAL COUNSEL OF THE FEDERAL MONITOR'S OFFICE. WE FURTHER CERTIFY THAT WE HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH OF PUERTO RICO, OR ANY OF ITS DEPARTMENTS, MUNICIPALITIES OR AGENCIES.