| | | | | |
|---|---|---|---|---|
| **Name:** | Rita J. Watkins | | | |
| **Invoice Date:** | 3/31/2023 | | | |
| **Invoice Period:** | March 1-31, 2023 | | | |

| Date | Task(s) | Rate | Total Hours | Total Amount |
|---|---|---|---|---|
| 3/4/2023 | Data and policy analysis/writing | $ 160.00 | 6 | $ 960.00 |
| 3/5/2023 | Data and policy analysis/writing | $ 160.00 | 7 | $ 1,120.00 |
| 3/6/2023 | DV & SA Plan Meeting with parties/Training Plan meeting with parties | $ 160.00 | 2 | $ 320.00 |
| 3/7/2023 | Telecon with monitors on training plan | $ 160.00 | 1 | $ 160.00 |
| 3/8/2023 | CMR-8 data review | $ 160.00 | 1 | $ 160.00 |
| 3/10/2023 | Training plan meeting | $ 160.00 | 2 | $ 320.00 |
| 3/11/2023 | Data and policy analysis/writing | $ 160.00 | 7.5 | $ 1,200.00 |
| 3/12/2023 | Data and policy analysis/writing | $ 160.00 | 3 | $ 480.00 |
| 3/13/2023 | Telecons and emails from monitors and data analysis/writing | $ 160.00 | 7 | $ 1,120.00 |
| 3/14/2023 | Data and policy analysis/writing | $ 160.00 | 6 | $ 960.00 |
| 3/16/2023 | Telecons and emails correspondence/training plan | $ 160.00 | 1 | $ 160.00 |
| 3/17/2023 | Telecons and emails correspondence/training plan | $ 160.00 | 1 | $ 160.00 |
| 3/21/2023 | Telecons and emails correspondence/training plan | $ 160.00 | 2.5 | $ 400.00 |
| 3/22/2023 | Telecons and emails correspondence/training plan | $ 160.00 | 1 | $ 160.00 |
| 3/27/2023 | Monitor meeting | $ 160.00 | 1.5 | $ 240.00 |
| 3/29/2023 | Data and policy analysis/writing | $ 160.00 | 4 | $ 640.00 |
| 3/30/2023 | Telecons and email correspondence/training plan | $ 160.00 | 1 | $ 160.00 |
| | | $ 160.00 | | $ - |
| | | $ 160.00 | | $ - |
| | | | | $ - |
| **TOTAL** | | | 54.5 | $ 8,720.00 |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

**Signature:** *Rita J. Watkins*   **Date:** 3/31/2023