# INVOICE

22 Chalets de Santa Maria
San Juan, P.R. 00927
(787) 940-3090

DATE: 3/31/2023
INVOICE # 202303
FOR: FPMPR/TCA

**BILL TO:**
Office of the FPMPR, LLC
VIG Tower, PH 924
1225 Ponce de Leon Avenue
San Juan, P.R. 00907

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Zoom calls/Team meetings: | 1.50 | $160.00 | $ 240.00 |
| emails-texts/phone calls:  Denise, John, Sam,  Javi, Scott 3/9/2023: Call from San Juan CIC spokesperson: Ana Marchena Segura, Polo, Scott, Al, Rita | 3.50 | $160.00 | $ 560.00 |
| 03/01/2023: Par. 212 review, Recruitment-Staffing Plan. CIC's Input/Recs.-Policy, Protocols, regulations reviewed/Recs. made | 4.00 | $160.00 | $640.00 |
| 03/02/2023: Alliances modules review (Partial) | 1.00 | $160.00 | $160.00 |
| 03/03/2023: Alliances, Intro (partial), pars 205, 210, 212, 214-15 | 3.00 | $160.00 | $480.00 |
| 03/06/2023: Community policing modules review: Formal & Informal Alliances recorded. | 5.00 | $160.00 | $800.00 |
| 03/06/2023: Comm. Engagement/policing partial intro. Draft; Modules: alliances addtl. Review; par 205 | 3.00 | $160.00 | $480.00 |
| 03/08/2023: Intro narratives, Par. 210, Par. 211 (partial) draft | 4.50 | $160.00 | $720.00 |
| 03/09/2023: Public Info Intro narratives draft; Virtual library & PRPB's Website review for current/updated P&P, GOs, Rules & Regulations (internal/external- Body cameras) action plans, CIC annual public rep. Alliances, UOF, FPMPR reports,  calendar for open meetings/"Encuentros Comunitarios", crime stats. for public info; 2022 CIC annual report review; par. 208 narratives. | 7.50 | $160.00 | $1,200.00 |
| 03/10/2023: CIC Intro. Assessment narratives pars. 209, 210 (final) 211, Data 106(a-f) quick notes, par. 211, 213, 214, 215, 217 narratives. | 7.00 | $160.00 | $1,120.00 |
| 03/11/2023: Data source 110- review: available Ponce, Aguadilla, Aibonito, Bayamon, Fajardo, BCR, SAEA | 2.00 | $160.00 | $320.00 |
| 03/12/2023: Control Nos. 3611, 3612, 1589, 2921 reviewed for compl. Par. 212. Notes from 110;  Assessment and narratives. Police module SARA controls 2022-388, 399, 385, 2023-410, 417, 397,386, reviewed/ notes for assessment implem. | 5.50 | $160.00 | $880.00 |
| 03/13/2023: Modules system reviewed/control numbers for outreach and alliances/assessment & narratives Pars. 206 and 207 | 7.50 | $160.00 | $1,200.00 |
| 03/14/2023: additional police system reviews:2023-419, 2013-415, 2021-405,2023-407,2023-387,2023-381-383, 2023-385,2022-373,2022-371/SARA impl.for pars. 206-207 finals. | 5.50 | $160.00 | $880.00 |
| 03/15/2023: edits and final draft for submission to Denise | 2.00 | $160.00 | $320.00 |
| 03/18/2022: OG 127 Review PPRs 127.1 and 127. 2 memo drafted/recomm. | 1.50 | $160.00 | $240.00 |
| 03/20/2023: PRPB Meetings & Demos.+ Meeting with Reform Office Sgt. Cruz Febo & Inspector Massari | 8.00 | $160.00 | $1,280.00 |
| 03/21/2023: Carolina /Humacao/Fajardo Field Interviews | 7.5 | $160.00 | $1,200.00 |
| 03/23/2023: FPMPR Interviews: San Juan | 4.50 | $160.00 | $720.00 |
| 03/24/2023: PRPB Interviews: Utuado & Aibonito | 6.00 | $160.00 | $960.00 |
| 03/29/2023: OG 144 and PPRs 144.1 through 144.9 review and recommendations memo | 3.50 | $160.00 | $560.00 |
| | 93.50 | | $ 14,960.00 |
| | | | $    - |
| | | TOTAL | $14,960.00 |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor.  I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship

Merangelie Serrano-Rios

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|