# Luis G. Hidalgo

314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo.ramirez@outlook.com

March 31, 2023

Office of the Technical Compliance Advisor
VIG Tower, Penthouse
1225 Ponce de León Ave
San Juan, PR 00907

INVOICE LGH 2023-03
ASSOCIATE FEDERAL MONITOR
FLAT RATE TOTAL WAGES DUE – March 31, 2023

| | |
|---|---|
| FLAT RATE | $11,500.00 |
| **Total Due** | **$11,500.00** |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as Associate Federal Monitor. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

The detailed description of the billable hours is in the ensuing page(s).

_____
Luis G. Hidalgo

# Luis G. Hidalgo

314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo.ramirez@outlook.com

## Duties and Responsibilities as Associate Federal Monitor

Generated, received, reviewed, and/or responded to emails/texts/telephone calls (March 1-31) from members of the Monitor Team.

Generated, received, reviewed, and/or responded to emails/texts/telephone calls (March 1-31) from the PRPB, Department of Public Safety, Office of the Governor and the General Services Administration.

Participated in various Zoom/Microsoft Teams meetings with the Monitor Team, Special Master Team, United States Department of Justice, Department of Public Safety, and/or the Puerto Rico Police Bureau.

Monitored media coverage of issues of relevance to the Monitor Team.

Coordinated or assisted in the coordination and/or re-scheduling of meetings with various units and offices of the PRPB and/or Counsels to the Commonwealth.

Assisted in the drafting, review and revision of documents prepared by the Monitor Team.

Review and comment on laws and/or information provided in relation to these, which may impact PRPB's compliance with the Agreement.

Represented the Monitor Team at meetings with the Director of the Reform Unit, and with other units or offices within the PRPB.

Assisted members of the Monitor Team re: coordination of meetings, telephone calls, drafting and review of documents, as well as other matters.

Served as liaison between the Department of Public Safety, PRPB, Office of the Governor, and/or the Monitor Team.

Provided presence at the Monitor's Office to meet with general public, and/or community leaders, and/or answer calls to that effect.

Assisted in the coordination of the Chief Monitor's calendar while on visit in Puerto Rico, including conference calls and in-person meetings.

Follow-up on the amount of funds specifically appropriated for the Police Reform in the FY 2023 Operational Budget for the Commonwealth of Puerto Rico, those still available for use from previous fiscal years, and the availability of federal funds resulting from forfeitures.

Reviewed motions filed before the Court, as well as Court Orders related to the Consent Decree.

Assisted in the review of FRB and CFRB files.

Site Meeting with the Chair and Co-Chair of the Aguadilla, Utuado, San Juan, Carolina and Bayamon Force Review Boards.

Participated in the March 253 Meeting.

## Team Site Visit to Puerto Rico, March 20-24, 2023

Meeting with the PRPB's Reform Unit, USDOJ and the Office of the Special Master.
Attended Operational Systems Demonstration – Interface between PPR-605.1 and FIU.
Meeting with the PRPB CIT Coordinator
Meetings with the Parties re: IT Needs Assesment
Meeting with the Carolina FRB Chair
Meeting at the General Services Administration re: Transfer of Unclaimed Property from PRPB.