# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@outlook.com | 550 Amsonia Circle Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2023-03
**DATE:** March 31, 2023

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 3/04/2023 | 1.0 hour of travel planning and check in with Polo | 1.0 | $100.00 | $100.00 |
| 3/08/2023 | 1.5 hours of travel planning and meeting with Denise | 1.5 | $100.00 | $150.00 |
| 3/10/2023 | 1.0 hour of meeting re-schedules and travel responses | 1.0 | $100.00 | $100.00 |
| 3/13/2023 | 1.0 hour of travel planning | 1.0 | $100.00 | $100.00 |
| 3/17/2023 | 1.5 hours of travel planning and policy review facilitation | 1.5 | $100.00 | $150.00 |

**AMOUNT DUE**     **SEE THIRD PAGE**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@outlook.com | 550 Amsonia Circle
Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2023-03
**DATE:** March 31, 2023

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 3/20/2023 | 1.0 hour of policy review facilitation | 1.0 | $100.00 | $100.00 |
| 3/23/2023 | 1.0 hour of interview tracking | 1.0 | $100.00 | $100.00 |
| 3/26/2023 | 1.0 hour of travel planning prep for CMR-9 | 1.0 | $100.00 | $100.00 |
| 3/27/2023 | 1.5 hour of team meeting and policy review facilitation | 1.5 | $100.00 | $150.00 |
| 3/28/2023 | 1.0 hour of travel planning | 1.0 | $100.00 | $100.00 |

**AMOUNT DUE**  **SEE THIRD PAGE**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@outlook.com | 550 Amsonia Circle Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2023-03
**DATE:** March 31, 2023

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 3/29/2023 | 1.0 hour of policy review facilitation | 1.0 | $100.00 | $100.00 |

**AMOUNT DUE**     **$1,250.00**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.