**Office of the FPMPR LLC**

**VIG Tower, PH – 924**

**1225 Ave. Juan Ponce de León**

**San Juan, PR 00907**

**Name:** Claudia Cámara-León **Supervisor:** Javier Gonzales, Esq.

## Work Timesheet (March 2023)

| Date | Task | Total Hours |
|---|---|---|
| March 1, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| March 2, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| March 3, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| March 6, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| March 7, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| March 8, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| March 9, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| March 10, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |

| Date | Task | Total Hours |
|---|---|---:|
| March 13, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| March 14, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| March 15, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| March 16, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| March 17, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| March 20, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| March 21, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| March 22, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| March 23, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |

| Date | Task | Total Hours |
|---|---|---|
| March 24, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |

| Date | Task | Total Hours |
|---|---|---|
| March 27, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| March 28, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| March 29, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| March 30, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |

**Total, 154 hours for $20 = $3,080**

I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Signature,
Claudia S. Cámara León

_____