# Manuel A. Arroyo Rivera

P.o Box 8925 Santurce Puerto Rico 00910     Cel 787-364-8925

Email marroyorivera20@gmail.com

Invoice  Month March  2023                                                                                       Invoice #029

Federal Police Monitor   San Juan, PR

| Date | description | Hour | Rate | Amount |
|---|---|---|---|---|
| March 12-2023 | pick up the monitor hipolito castro at the airport and take him to the hotel | 2 | $20 | $40.00 |
| March 13-2023 | pick up the monitor and take it to different meetings of the day | 9 | $20 | $180.00 |
| March 14-2023 | pick up the monitor and take it to different meetings of the day | 9 | $20 | $180.00 |
| March 15-2023 | pick up the monitor and take it to different meetings of the day | 9 | $20 | $180.00 |
| March 16-2023 | pick up the monitor and take it to different meetings of the day  ( Aguadilla) | 11 | $20 | $220.00 |
| March 17-2023 | pick up and take to your meetings of the day and then take you to the airport in the afternoon | 6 | $20 | $120.00 |
| March 19-2023 | Pick up the monitors at the airport and take them to their hotels | 7 | $20 | $140.00 |
| March-20- 2023 | pick up the monitor and take it to different meetings of the day | 10 | $20 | $200.00 |
| March-21-2023 | pick up the monitor and take it to different meetings of the day | 11 | $20 | $220.00 |
|  |  |  |  | Total $1480.00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |