| Name: | Hipolito Castro Jr | | | |
|---|---|---|---|---|
| Invoice Date: | 3/31/23 | | | |
| Invoice Period: | 1 March 2023 - 31 March 2023 | | | |

| Date | Task(s) | Rate | Total Hours | Total Amount |
|---|---|---|---|---|
| 3/2/23 | CMR 8 | $ 150.00 | 5.00 | $ 750.00 |
| 3/3/23 | CMR 8 | $ 150.00 | 2.00 | $ 300.00 |
| 3/6/23 | CMR 8 | $ 150.00 | 2.00 | $ 300.00 |
| 3/7/23 | CMR 8 | $ 150.00 | 2 | $ 300.00 |
| 3/13/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 6 | $ 900.00 |
| 3/14/23 | Field Work, Puerto Rico | $ 150.00 | 8.00 | $ 1,200.00 |
| 3/15/23 | Field Work, Puerto Rico | $ 150.00 | 8.00 | $ 1,200.00 |
| 3/16/23 | Field Work, Puerto Rico | $ 150.00 | 8.00 | $ 1,200.00 |
| 3/17/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 6.00 | $ 900.00 |
| 3/20/23 | Data and Policy Analysis | $ 150.00 | 2.00 | $ 300.00 |
| 3/21/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 2.00 | $ 300.00 |
| 3/22/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 1.75 | $ 262.50 |
| 3/23/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 1.25 | $ 187.50 |
| 3/24/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 5.00 | $ 750.00 |
| 3/28/23 | Interviews via Zoom | $ 150.00 | 6.00 | $ 900.00 |
| 3/29/23 | CMR 8 | $ 150.00 | 2.00 | $ 300.00 |
| 3/30/23 | CMR 8 | $ 150.00 | 2.00 | $ 300.00 |
| 3/1 to 3/30/2023 | Team meetings, calls and emails | $ 150.00 | 2.00 | $ 300.00 |
| TOTAL Labor | | | 71.00 | $ 10,650.00 |

| TOTAL | $ | 10,650.00 |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

**Signature:** *Hipolito Castro*  **Date:** 3/30/23

**Commo and Coordination** consists of all writings and digital comms to/from Monitors, PRPB, USDOJ; Review compliance targets, document and data requests, logistics; scheduling, on-site planning & coordination, database development