# Stephanie Leon
*Paralegal*

**INVOICE**

1483 Ashford Avenue
Apartment 901
San Juan, PR 00907
(832) 692-2475

**INVOICE: 2023-03**
**DATE: 04/01/2023**

**TO:**
Puerto Rico Chief Federal Monitor

**FOR:**
Paralegal Services

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 03/03/2023 | -Prepared extensive notes/transcript of February 235 Meeting | 2.25 | 90.00 | 202.50 |
| 03/05/2023 | -Prepared extensive notes/transcript of February 235 Meeting | 3.75 | 90.00 | 337.50 |
| 03/06/2023 | -Prepared extensive notes/transcript of February 235 Meeting<br>-Emailed notes to Denise Rodriguez and had email exchanges<br>-Emailed notes to Monitors<br>-Consulted with Counsel | 3.00 | 90.00 | 270.00 |
| 03/20/2023 | -Meetings at PRPB offices | 3.00 | 90.00 | 270.00 |
| 03/22/2023 | -Interviews at Monitor's Office | 4.50 | 90.00 | 405.00 |
| 03/23/2023 | -Prepared notes from interviews at Monitor's office | .50 | 90.00 | 45.00 |
| 03/27/2023 | -Biweekly Meeting | 1.50 | 90.00 | 135.00 |
| 03/28/2023 | -Email exchanges with Monitor Denise Rodriguez (.25)<br>-Prepare for 253 meeting (.25)<br>-March 253 Meeting (1.25) | 1.75 | 90.00 | 157.50 |
| 03/29/2023 | -Prepared extensive notes/transcript of March 235 Meeting | 2.00 | 90.00 | 180.00 |
| 03/30/2023 | -Prepared extensive notes/transcript of March 235 Meeting | 2.50 | 90.00 | 225.00 |
| 03/31/2023 | -Prepared and emailed notes to respective Monitors | .50 | 90.00 | 45.00 |
| | | **TOTAL 25.25 HRS @$90** | | **$2,272.50** |

*S/ STEPHANIE LEON*

**I HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN MY CAPACITY AS A MEMBER OF THE FEDERAL MONITORING TEAM. I FURTHER CERTIFY THAT I HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH, OR ANY OF ITS DEPARTMENTS, MUNICIPALITIES OR AGENCIES.**