OFFICE OF THE FPMPR LLC.
B-5 Calle Tabonuco Suite 216 PMB 292
Guaynabo, Puerto Rico 00968

April 1, 2023

Travel Expenses by the members of the Office of the FPMPR LLC. for March 2023:

| NAME | AMOUNT | MONTH |
| --- | --- | --- |
| John Romero | $2,498.98 | March 2023 |
| Altai Atlantic Consulting LLC (Dr. David Levy) | $ | March 2023 |
| Denise Rodriguez | $2,607.40 | March 2023 |
| Donald S. Gosselin | $2,406.50 | March 2023 |
| Al Youngs | $2,240.50 | March 2023 |
| Rafael E. Ruiz | $2,421.87 | March 2023 |
| Scott Cragg | $1,506.87 | March 2023 |
| Rita J. Watkins | $ | March 2023 |
| Samantha Rhinerson | $ | March 2023 |
| Hipolito Castro Jr | $2,522.07 | March 2023 |
| **TOTAL:** | **$16,204.19** | March 2023 |
|  |  |  |