

FPM TRAVEL REIMBURSEMENT COVER SHEET

Name: John Romero

Invoice number: 105T

Invoice date: March 31, 2023

Site visit travel dates: March 20-24, 2023

Total travel reimbursement amount (*see page 2 for details*): $2,498.98

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.*

March 31, 2023

Signature                                    Date

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ | 1 | $898.27 |
| Baggage | $ | 0 | $0 |
| Ground Transportation (Uber/Lyft/Taxi) | | 0 | $0 |
| Ground Transportation (Parking) | $ | 0 | $0 |
| Ground Transportation (Mileage) | $0.655 | 82 | $53.71 |
| Lodging | $182.90 | 5 | $914.5 |
| Per Diem (Travel Days) | $86.25 | 2 | $172.5 |
| Per Diem (Full Days) | $115.00 | 4 | $ 460.00 |
| Other: | | 0 | 0 |
| Total | | | $2,498.98 |

**COURTYARD**
**Marriott**

801 Ponce de Leon Ave
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

San Juan - Miramar

Mr John Romero
2301 Pacific Ave
Costa Mesa CA 92627
United States

Room: 0901
Room Type: KSTE
No. of Guests: 1
Rate: $ 155.00  Clerk: 1009

Marriott Rewards #  756834271

CRS Number 95393060

Name:

Arrive:  03-19-23          Time:  01:00 PM          Depart: 03-24-23          Folio Number:  722423

| Date | Description | Charges | Credits |
|---|---|---|---|
| 03-19-23 | Package | 155.00 | |
| 03-19-23 | Government Tax | 13.95 | |
| 03-19-23 | Hotel Fee 9% of Daily Rate | 13.95 | |
| 03-20-23 | COMEDOR- Guest Charge (Breakfast) | 4.02 | |
| 03-20-23 | Package | 155.00 | |
| 03-20-23 | Government Tax | 13.95 | |
| 03-20-23 | Hotel Fee 9% of Daily Rate | 13.95 | |
| 03-21-23 | COMEDOR- Guest Charge (Breakfast) | 4.02 | |
| 03-21-23 | COMEDOR- Guest Charge (Dinner) | 62.00 | |
| 03-21-23 | Package | 155.00 | |
| 03-21-23 | Government Tax | 13.95 | |
| 03-21-23 | Hotel Fee 9% of Daily Rate | 13.95 | |
| 03-22-23 | COMEDOR- Guest Charge (Breakfast) | 4.02 | |
| 03-22-23 | Package | 155.00 | |
| 03-22-23 | Government Tax | 13.95 | |
| 03-22-23 | Hotel Fee 9% of Daily Rate | 13.95 | |
| 03-23-23 | COMEDOR- Guest Charge (Breakfast) | 4.02 | |
| 03-23-23 | Package | 155.00 | |
| 03-23-23 | Government Tax | 13.95 | |
| 03-23-23 | Hotel Fee 9% of Daily Rate | 13.95 | |

COURTYARD®
**Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr John Romero
2301 Pacific Ave
Costa Mesa CA 92627
United States

Room: 0901
Room Type: KSTE
No. of Guests: 1
Rate: $ 155.00  Clerk: 1009
CRS Number 95393060

Marriott Rewards #    756834271

Name:

Arrive:   03-19-23          Time:  01:00 PM          Depart:  03-24-23          Folio Number:  722423

| Date | Description | | Charges | Credits |
|------|-------------|--|---------|---------|
| | | Balance | | 992.58 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

*March 2023*

**Date of requested receipt: 2023-01-30**

**Record Locator:** IBCLTY

# LAX ▸ FLL

| | |
|---|---|
| **Travel date** | 2023-03-18T22:37:00 |
| **Flight number** | 0700 |

# FLL ▸ SJU

| | |
|---|---|
| **Travel date** | 2023-03-19T10:10:00 |
| **Flight number** | 1553 |

**Traveler(s)**

**Ticket number(s)**

**ROMERO/JOHN J MR**

2792114211158

**Base fare:**

$531.86 USD

| Taxes & fees breakdown: | AMOUNT | CURRENCY | PURPOSE - (CODE) |
|---|---|---|---|
| | $9.00 | USD | U.S. Passenger Facility Charge - (XF) |
| | $5.60 | USD | U.S. September 11th Security Fee - (AY) |
| | $21.10 | USD | U.S. Transportation Tax - (US2) |
| **Taxes & fees total:** | $35.70 | USD | |
| **Base fare total:** | **$567.56** | | |

**Payment(s):**

Mastercard XXXXXXXXXXXX1805          $567.56

# Total paid: $567.56 USD*

*includes all fares, taxes, fees and penalties less any amounts refunded

Case 3:12-cv-02039-FAB Document 2385-2 Filed 04/19/23 Page 5 of 6

| SJU | ▶ | FLL | Travel date | 2023-03-24T13:40:00 |
|-----|---|-----|-------------|---------------------|
|     |   |     | Flight number | 1754 |

| FLL | ▶ | LAX | Travel date | 2023-03-24T17:34:00 |
|-----|---|-----|-------------|---------------------|
|     |   |     | Flight number | 0101 |

| Traveler(s) | Ticket number(s) |
|-------------|------------------|
| ROMERO/JOHN J MR | 2792113592436 |

**Base fare:**       $295.01 USD

| Taxes & fees breakdown: | AMOUNT | CURRENCY | PURPOSE - (CODE) |
|-------------------------|--------|----------|------------------|
|  | $9.00 | USD | U.S. Passenger Facility Charge - (XF) |
|  | $5.60 | USD | U.S. September 11th Security Fee - (AY) |
|  | $21.10 | USD | U.S. Transportation Tax - (US2) |
| **Taxes & fees total:** | $35.70 | USD | |
| **Base fare total:** | **$330.71** | | |

**Payment(s):**

     Mastercard XXXXXXXXXXXX1805     $330.71

# Total paid: $330.71 USD*

*includes all fares, taxes, fees and penalties less any amounts refunded

$$567.56$$
$$+ 330.71$$
$$\overline{898.27}$$

Google Maps    2301 Pacific Ave, Costa Mesa, CA 92627 to lax terminal 5    Drive 41.1 miles, 1 hr 3 min



Map data ©2021 Google    2 mi

## 2301 Pacific Ave
Costa Mesa, CA 92627

**Get on I-405 N from W Wilson St and Harbor Blvd**

13 min (4.3 mi)

↑   1.   Head south on Pacific Ave toward Sea Breeze Dr

0.1 mi

↰   2.   Turn left onto W Wilson St
    ⓘ Pass by Taco Bell (on the left in 1.4 mi)

1.4 mi

↰   3.   Use the left 2 lanes to turn left onto Harbor Blvd
    ⓘ Pass by Panda Express (on the right)

2.2 mi

🚶   4.   Use the right lane to merge onto I-405 N via the ramp to Long Beach

0.6 mi

**Follow I-405 N to CA-1 N/S Sepulveda Blvd in Los Angeles. Take exit 1C from I-105 W**

33 min (35.1 mi)

🚶   5.   Merge onto I-405 N

16.6 mi