

FPM TRAVEL REIMBURSEMENT COVER SHEET

Name:                        DONALD S. GOSSELIN, ESQ. d/b/a MBG North Corp

Invoice number:        1172

Invoice date:             31 MAR 2023

Site visit travel dates:   19, 20, 21, 22 MAR

Total travel reimbursement amount (*see breakout for details*): **$ 2,406.50**

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.*

March 31, 2023

Signature                                                          Date

| Travel Breakout | | | Traveler: Donald S. Gosselin | | MAR 19 - 22, 2023 |
|---|---|---|---|---|---|
| **Expense** | **Unit Cost** | **Units** | **Column1** | **Total** | **Column2** |
| Airfare  R/T Rep of Panama-SJU/Coach | 873.75 | 1 | 0 | 873.75 | CM R/T PTY- SJU COACH |
| Airfare Fare difference (earlier departure) | 211.2 | 1 | | 211.2 | Fare Difference |
| Airline Change Fee (incl tax) | 80.3 | 1 | | 80.3 | Change Fee |
| Ground Transportation (Uber/Lyft/Taxi) | 72.85 | 1 | | 72.85 | Multiple trips |
| Ground Transportation (Parking) | 15 | 0 | | 0 | N/A |
| Ground POV Transportation to PTY (in miles) | 0.655 | 0 | | 0 | N/A |
| Tolls /Use of Rental Vehicle/Residence-PTY | | | **WAIVED** | 0 | Not worth the heartburn |
| Lodging | 195 | 3 | | 585 | DoD high season rate |
| Per Diem (Travel Days) | 86.25 | 2 | | 172.5 | |
| Per Diem (Full Days) | 115 | 2 | | 230 | |
| Other: HOTEL TAX ($35.00 + 25.30/day) | 60.3 | 3 | | 180.9 | |
| | | | | | |
| | | | | | |
| **Total** | | | | **2,406.5** | |

**From:** **Copa Airlines** notifications@cns.copaair.com 
**Subject:** Your reservation is processing
**Date:** March 16, 2023 at 14:01
**To:** attygosselin@gmail.com

CA



RESERVATION CODE:
A2EM2R

# Hello, DONALDDR !

Thank you for chosing copa.com to plan your trip. Please read your itinerary and purchase details carefully.

ⓘ  You will receive your electronic ticket once your purchase has been processed. This process may take up to 6 hours. If you are traveling within the next 12 hours, you will receive your confirmation email within the next 3 hours.

Reservation Code:

A2EM2R

State:

Issuing Ticket

**Manage your booking**

# Itinerary details

| Sun, 19 Mar, 2023 | | CM 142 | | OPERATED BY |
|---|---|---|---|---|
| **11:54 AM** | ✈ | **3:40 PM** | | Copa Airlines |
| Panama | **(2 hr 46 mn)** | San Juan | | **FARE FAMILY** Economy Classic(O) |

| Thu, 23 Mar, 2023 | | CM 451 | OPERATED BY |
|---|---|---|---|

Thu, 23 Mar, 2023

**6:04 AM**

San Juan

✈ (3 hr 10 mn)

CM 451

**8:14 AM**

Panama

**OPERATED BY**
Copa Airlines

**FARE FAMILY**
Economy Classic(W)

---

## Passengers in this reservation

**DONALDDR GOSSELIN**

Silver Member

\# 233164538

**Seats**

No assigned seat

## Travel options

Upgrade your travel experience with these options.





**Rent a car**

Different options to enjoy our destinations to the fullest.

Book now ❯

**Book a hotel**

Find the perfect accomodation for your trip.

Find hotels ❯

## Payment details

**AIRFARE**

1 Adult                                                          740.00 USD

---

Subtotal                                                        740.00 USD

Taxes and fees                                                  133.75 USD

---

# Total                                    873.75 USD

 We have charged this amount successfully

Charges may apply for additional, overweight or oversized bags, as well as for certain articles. Check your baggage policy in one of the following links:

Check our baggage policy for flights operated by Copa Airlines.

Check the baggage policy for flights operated by partner airlines.

# Important information

Migratory requirements: Check relevant information in copa.com. We recomend confirming this information with the relevant embassy or consulate.

Travel policies.

Terms and conditions of this contract.

 Download the Copa Airlines App

Keep track of your upcoming trips and access useful features at the right time, such as Check-In, boarding pass, upgrade list, and entertainment*.

 

*The inflight entertainment only applies to flights that have the Copa Showpass system.

If you wish to modify your ConnectMiles information or seats, or choose special foods and services, visit My Trips.

My Trips.

For questions or changes to your reservation, call our Reservation Center.

This message has been sent to the address provided to Copa Airlines to inform you about your trip details.

Please do not reply to this email. To get help, contact our Reservation Center

Check our privacy policy



 | A STAR ALLIANCE MEMBER

## ELECTRONIC TICKET FOR  DONALDDR GOSSELIN
20 Mar 2023

Order ID
**A2EM2R**

 **Manage your Reservation**

Thank you for choosing Copa Airlines for your travel plans. Please read these important details about your reservation and itinerary.

## PASSENGER DETAILS

| Name | Frequent Flyer # | Star Alliance Status | Ticket Number |
|------|------------------|----------------------|---------------|
| DONALDDR GOSSELIN | 233164538CM | Silver | 2302181339613 |

## FLIGHT ITINERARY:

**SAN JUAN(SJU) - PANAMA CITY(PTY) - Flight Number - CM0451 - Economy Class**

| Departure | Arrival | Flight Details |
|-----------|---------|----------------|
| Wednesday March 22, 2023 | Wednesday March 22, 2023 | Flight Duration:3h 10m |
| 6:04 AM | 8:14 AM | Aircraft:73P |
| SAN JUAN(SJU) | PANAMA CITY(PTY) | Flight Operated by: CopaAirlines |
| | | Seats Reserved: Yes - Reserve or Change Seats |

## AIR TRANSPORTATION CHARGES

| Description | Rate |
|-------------|------|
| Ticket Fare DONALDDR GOSSELIN | 944.00 USD |
| PA | 7.20 |
| AY | 5.60 |
| YC | 6.52 |
| XY | 7.00 |
| XA | 3.83 |
| AH | 2.50 |
| F3 | 12.00 |

| | |
|---|---|
| FZ | 40.00 |
| PA | 58.95 |
| XF | 4.50 |
| Total | 211.20 USD |

To know more about fare family details click here Copa.com

**Fare Difference**

## PAYMENT METHOD:

Credit Card

| | |
|---|---|
| VIXXXXXXXXXXXX8390 | USD 211.20 |
| Expiry Date: | 0326 |
| Authorization Code: | 075976 |

A non-refundable administrative fee will be charged per-person and added to the total ticket price upon purchase of your tickets at our Sales Offices, Airports and Reservations Centers. The fee doesnt apply for purchases made in Mexico. In some countries local taxes may apply to the fee. For more information about this administrative fee, please click  here

It is the passenger's responsibility to ensure to obtain and comply with the travel requirements established by the authorities of the place of origin, transit and destination.Before boarding, Copa Airlines will verify that the passenger has the necessary immigration or health requirements for the place of origin and destination. Any passenger who provides false or misleading information regarding such requirements will be responsible for any expenses incurred or fines imposed on the airline for this reason.

Please review your baggage policy for information about your baggage allowance.

**Travel policies**
**Terms and Conditions of this contract**
 **Contribute to environmental sustainability**

 **Need help?**
For inquiries about reservations, charges, status of your flight and more, please visit Copa.com

**Follow Us on  Social Media:**

  

This automated email has been sent to ATTYGOSSELIN@GMAIL.COM  in order to provide you with  information about your trip.
Please do not reply to this email  using  the 'Reply' button. For assistance,  please contact our Reservation Center.
View our Privacy Policy.



CopaAirlines | A STAR ALLIANCE MEMBER

## PRODUCTS AND SERVICES RECEIPT FOR  DONALDDR GOSSELIN

| OrderId<br>**A2EM2R** | IssueDate<br>21st March 2023 | DocumentNumber<br>230 0019 987 881 |
|---|---|---|

### PASSENGER DETAILS

| Name | Frequent Flyer # | Star Alliance Status |
|---|---|---|
| DONALDDR GOSSELIN | 233164538CM | Silver |

### PRODUCT AND SERVICE DETAILS - Electronic Miscellaneous Document Information

In connection with: 2302181301417

| Product/ Service | Date |
|---|---|
| DOCUMENT AMENDMENT FEE (1) | |

### ENDORSEMENT/RESTRICTIONS:

The following conditions apply for Travel certificate:

Valid for tickets operated by Copa Airlines

Not valid for taxes

Valid 1 year after issuance

Non refundable

Non transferable

Valued in local currency at the exchange rate of the issue date.

**Payment Details**     **Change Fee**



| Currency Used | Amount | Tax amount(Value Added Tax) |
|---|---|---|
| USD | 75.00 | USD 5.30 |

**PAYMENT METHOD:**

| Credit Card | VIXXXXXXXXXXXX8390 | USD 80.30 |
|---|---|---|
| | Expiry Date: | 0326 |
| | Authorization Code: | 075976 |



**Need help?**
For inquiries about reservations, charges, status of your flight
and more, please visit Copa.com

**Follow Us on  Social Media:**

 

This automated email has been sent to ATTYGOSSELIN@GMAIL.COM in order to provide you with  information about your trip.
Please do not reply to this email  using  the 'Reply' button. For assistance, please contact our  Reservation Center.
View our Privacy Policy.

# SHERATON
## Puerto Rico Hotel & Casino

### INFORMATION INVOICE

| | |
|---|---|
| ROOM | 0735 |
| ROOM TYPE | KIAC |
| NO. OF GUESTS | 1 |
| RATE | 195 |
| CLERK | JCSAN264 |
| DATE | 04/01/23 |
| PAGE No. | 1 of 2 |
| REWARDS # | 839932555 |

Dr Donald Gosselin
12 Naomi St
Sebago ME 04029
United States

ARRIVE  03/19/23          TIME  04:27          DEPART  03/22/23          TIME  02:25          FOLIO#  3949351

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| 03/19/23 | Room Charge | | 195.00 |
| 03/19/23 | Destination Fee $35 Flat | | 35.00 |
| 03/19/23 | Room Occupancy Tax | | 25.30 |
| 03/20/23 | Tips - Restaurant | Room# 0735 : CHECK# 1167512 | 2.00 |
| 03/20/23 | Room Charge | | 195.00 |
| 03/20/23 | Destination Fee $35 Flat | | 35.00 |
| 03/20/23 | Room Occupancy Tax | | 25.30 |
| 03/21/23 | Choices Rest. Food - Breakfast | Room# 0735 : CHECK# 1160014 | 1.00 |
| 03/21/23 | Tips - Restaurant | Room# 0735 : CHECK# 1160014 | 4.00 |
| 03/21/23 | Brkfst Choices 1% Tax | Room# 0735 : CHECK# 1160014 | 0.01 |
| 03/21/23 | Brkfst Choices Reduced Tax 6% | Room# 0735 : CHECK# 1160014 | 0.06 |
| 03/21/23 | Room Charge | | 195.00 |
| 03/21/23 | Destination Fee $35 Flat | | 35.00 |
| 03/21/23 | Room Occupancy Tax | | 25.30 |
| 03/22/23 | Mastercard | | -772.97 |
| | XXXXXXXXXXXX4253          XX/XX | | |

For billing questions or concerns, please let us know at SheratonPR.Folio@sheraton.com



**SHERATON**
Puerto Rico Hotel & Casino

INFORMATION INVOICE

| | |
|---|---|
| ROOM | 0735 |
| ROOM TYPE | KIAC |
| NO. OF GUESTS | 1 |
| RATE | 195 |
| CLERK | JCSAN264 |
| DATE | 04/01/23 |
| PAGE No. | 2 of 2 |
| REWARDS # | 839932555 |

Dr Donald Gosselin
12 Naomi St
Sebago ME 04029
United States

ARRIVE 03/19/23          TIME 04:27          DEPART 03/22/23          TIME 02:25          FOLIO# 3949351

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| | | Balance | USD 0.00 |

For billing questions or concerns, please let us know at SheratonPR.Folio@sheraton.com

**From:** **Uber Receipts** noreply@uber.com 
**Subject:** [Business] Your Tuesday morning trip with Uber
**Date:** March 22, 2023 at 03:23
**To:** gosselin.intl@gmail.com

# Uber

Total **$12.95**
March 21, 2023

# Thanks for tipping, Donnie

Here's your updated Tuesday morning ride receipt.



# Total                            $12.95

Trip fare                                        $11.41

**Subtotal**                                    **$11.41**

Booking Fee                 $0.54

Tips                                             $1.00

**Payments**

**American Express ••••2001**                   $11.95
3/21/23 6:34 PM

**American Express ••••2001**                                    $1.00

3/22/23 4:22 AM

**Switch Payment Method**

**Download PDF**

# You rode with Eduardo

**4.99 ★** Rating                    Has passed a multi-step safety screen

When you ride with Uber, your trips are insured in case of a covered accident.

**Learn more ❯**

UberX        3.91 miles | 9 min

■    **7:47 AM**

Sheraton Puerto Rico Hotel & Casino, San Juan, PR 00907, US

**7:57 AM**

601 Ave Franklin Delano Roosevelt, San Juan, PR 00936, US





**Report lost item** ›          **Contact support** ›

**My trips** ›

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158

**From:** **Uber Receipts** noreply@uber.com 
**Subject:** [Business] Your Wednesday morning trip with Uber
**Date:** March 22, 2023 at 08:31
**To:** gosselin.intl@gmail.com

# Uber

Total **$12.91**
March 22, 2023

# Thanks for tipping, Donnie

Here's your updated Wednesday morning ride receipt.



# Total                                $12.91

Trip fare                                          $10.21

**Subtotal**                                      **$10.21**

Booking Fee                                        $0.70

Tips                                               $2.00

## Payments

 **American Express ••••2001**                $12.91
3/22/23 9:31 AM

**Switch Payment Method**

**Download PDF**

# You rode with LUIS

**4.99** ★ Rating          👤✓  Has passed a multi-step safety screen

When you ride with Uber, your trips are insured in case of a covered accident.

**Learn more ❯**

UberX          6.65 miles | 12 min

■  **4:36 AM**
   Sheraton Puerto Rico Hotel &
   Casino, San Juan, PR 00907,
   US

↓  **4:48 AM**
   Av Aeropuerto, Carolina, PR
   00937, US





**Report lost item** ❯                    **Contact support** ❯

**My trips** ❯

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158

From: **Uber Receipts** noreply@uber.com 🚩
Subject: [Business] Your Wednesday morning trip with Uber
Date: March 23, 2023 at 09:23
To: gosselin.intl@gmail.com



# Uber

Total **$25.82**
March 22, 2023

# Thanks for giving an extra, Donnie

Here's your updated Wednesday morning ride receipt.



# Total                                $25.82

| | |
|---|---|
| Trip fare | $16.34 |
| **Subtotal** | **$16.34** |
| CS - Atlapa Sur a Norte ❓ | $1.40 |
| CS Transit Ciudad Radial - Este a Oeste ❓ | $1.25 |
| Booking Fee ❓ | $0.83 |
| Airport Surcharge | $4.00 |
| Tips | $2.00 |

## Payments

 **American Express ••••2001**                                    $23.82
3/22/23 7:22 PM

 **American Express ••••2001**                                    $2.00
3/23/23 9:23 AM

Visit the trip page for more information, including invoices (where available)

**Switch Payment Method**

**Download PDF**

# You rode with Oscar

**4.98** ★ Rating



All your trips are insured by ASSA.

**Learn more ❯**

UberX        23.02 kilometers | 30 min

■    **8:25 AM**
     Solo Buses Linea B 6,
     Panamá, Panama

↓    **8:56 AM**

Av Balboa y Calle 31 Este.,
PH Element Tower, Av. Vasco
Nuñez de Balboa, Panamá,
Panama



Report lost item   ❯          Contact support   ❯

My trips   ❯

Forgot password

Privacy

Terms

Uber B.V.
Mr. Treublaan 7
1097 DP Amsterdam

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

**From:** **Uber Receipts** noreply@uber.com 🚩
**Subject:** [Business] Your Sunday morning trip with Uber
**Date:** March 19, 2023 at 10:12
**To:** gosselin.intl@gmail.com



# Uber

Total **$21.17**
March 19, 2023

# Thanks for giving an extra, Donnie

Here's your updated Sunday morning ride receipt.



# Total                                      $21.17

| | |
|---|---|
| Trip fare | $11.68 |
| **Subtotal** | **$11.68** |
| CS - Atlapa Norte a Sur ❓ | $1.40 |
| CS Transit Ciudad Radial - Oeste a Este ❓ | $1.25 |
| Booking Fee ❓ | $0.84 |
| Airport Surcharge | $4.00 |
| Tips | $2.00 |

## Payments

 **American Express ••••2001**                                    $19.17
3/19/23 9:23 AM

 **American Express ••••2001**                                    $2.00
3/19/23 10:12 AM

**A temporary hold of $19.17 was placed on your payment method •••• 2001. This is not a charge and will be removed. It should disappear from your bank statement shortly.** Learn More

Visit the trip page for more information, including invoices (where available)

**Switch Payment Method**

**Download PDF**

# You rode with DIENER

**4.96** ★ Rating



All your trips are insured by ASSA.

**Learn more ›**

UberX          23.11 kilometers | 24 min

■          **8:58 AM**

Av Balboa y Calle 31 Este.,

PH Element Tower, Av. Vasco

PH Element Tower, Av. Vasco

Nuñez de Balboa, Panamá,

Panama

**9:22 AM**

Av. Domingo Díaz, Panamá,

Panama



Report lost item   ❯        Contact support   ❯

My trips   ❯

Forgot password

Privacy

Terms

Uber B.V.
Mr. Treublaan 7
1097 DP Amsterdam

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.



FPMPR TRAVEL EXPENSE NOTE:

**Donnie Gosselin Travel Expense Invoice Note:**

**Date: April 1, 2023**

**Notes:**

Please note:

  Travel Expenses:

- Airfare: He include the charges for changing the ticket of $211.20 and $80.30. The changes were approved by the Monitor and represented savings in hotel and per diem to the office.