

FPM TRAVEL REIMBURSEMENT COVER SHEET

Name: Alan C Youngs

Invoice number: 45

Invoice date: March 31, 2023

Site visit travel dates:  03/19/23 to 03/23/23

Total travel reimbursement amount (*see page 2 for details*): $2,240.50

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies*.

_____    _____
Signature                                                         3/31/23
                                                                       **Date**



# Office of the Technical Compliance Advisor
# Travel Reimbursement Form

Enter all required information below to obtain travel reimbursement. If spending did not occur in a category, please enter zeros. Zeros will likely need to be entered for one or more of the ground transportation options. The "Total" column of the table will update based on the information entered into the "Unit Cost" and "Units" columns. To update the "Total" column, click CTRL+A and then F9. Receipts for airfare, lodging, ground transportation, and PCR testing must be submitted with this form. Submit the Travel Reimbursement Form and accompanying receipts to Javier Gonzalez (Javier.benito@me.com) with the Chief Monitor (jrrjjr.romero@gmail.com) and/or his designee copied along with your monthly invoice.

**Traveler Name:  Alan C Youngs**
**Travel Start Date 03/19/2023 Travel End Date: 03/23/2023**
**Purpose of Travel: Puerto Rico**

| Travel Reimbursement | | | |
|---|---:|---:|---:|
| | Unit Cost | Units | Total |
| **Airfare  Denver to Puerto Rico** | $660.70 | 1 | $660.70 |
| **Airfare  Puerto Rico to Denver** | $305.70 | 1 | $305.70 |
| **Baggage** | $0.00 | 1 | $0.00 |
| **Ground Transportation (Uber/Lyft/Taxi)** | $25.00 | 1 | $25.00 |
| **Ground Transportation (Parking)** | $0.00 | 0 | $0.00 |
| **Ground Transportation (Mileage)** | $0.655 | 0 | $0.00 |
| **Lodging** | $182.90 | 4 | $731.60 |
| **Per Diem (Travel Days)** | $86.25 | 2 | $172.50 |
| **Per Diem (Full Days)** | $115.00 | 3 | $345.00 |
| **PCR Testing** | $0.00 | 0 | $0.00 |
| **Total** | | | **2,240.50** |

VIG Tower, PH – 924

1225 Ave. Juan Ponce de Leon

San Juan, PR 00907

787-417-9098



A-List Preferred    Hi, Alan  10,891 points    My Account    Log out    Español 

FLIGHT | HOTEL | CAR | VACATIONS    SPECIAL OFFERS    RAPID REWARDS®

# Thanks for flying with us!

Price — Payment — Confirmation

## ✓ Your flight is booked!

We're sending you a confirmation email to the address below. If the email hasn't arrived in 2 minutes, check your junk or spam folder.
alyoun@aol.com

**Trip summary**                                                                  Print



**✈ Flight**

CONFIRMATION #
**2F38VK**

MAR 19
**DEN ✈ SJU**

FLIGHT TOTAL
**$660.70**



🚗 Add a car          🏨 Add a hotel

The perfect stay is moments away

Book now. Pay later!
From $91.19*/day in San Juan

WHERE ARE YOU HEADED?
San Juan

*Taxes and fees excl. Terms apply.

CHECK-IN          CHECK-OUT
03/19/2023       03/21/2023

Book now          Search ⧉

---



**LIMITED-TIME OFFER**

## Earn Companion Pass® and 30,000 points.

So every time you fly, your friend can too.

Offer ends 3/13/2023. Promotional Companion Pass® valid through 2/28/2024.

Learn more ›

---

## 3/19 - San Juan

### Wanna offset carbon?
Now you can every time you fly with us.

Learn more ›

MAR 19
### Denver, CO *to* San Juan, PR

Confirmation # **2F38VK**

| PASSENGERS | EST. POINTS | EXTRAS | FARE |
|---|---|---|---|
| **Alan Youngs**<br>Rapid Rewards® Acct # 207895671   A-List Preferred<br>Add Known Traveler # / Redress #  ›<br>Special Assistance  › | + 6,250 PTS |  | Anytime |

**Transparency®: Defined**
Low fares. Nothing to hide.

**Change fees don't fly with us**
Flexibility for your travel plans.

**Pack with care**
Guidelines for carryon luggage.

## Departing   3/19/23 Sunday

Anytime   $625.00
(Passenger x1)

| | DEPARTS | 8:10 AM | DEN<br>Denver, CO - DEN | FLIGHT<br>960   +  <br>SCHEDULED AIRCRAFT<br>Boeing 737-800<br>*Subject to change* | |
|---|---|---|---|---|---|
| | ARRIVES | 11:30 AM | HOU<br>Houston (Hobby), TX - HOU | TRAVEL TIME<br>2hr 20min | |

stop 1: Houston (Hobby), TX - HOU   

| | DEPARTS | 12:55 PM | HOU<br>Houston (Hobby), TX - HOU | FLIGHT<br>1101   +  <br>SCHEDULED AIRCRAFT<br>Boeing 737-800<br>*Subject to change* | |
|---|---|---|---|---|---|
| | ARRIVES | 6:00 PM | SJU<br>San Juan, PR - SJU | TRAVEL TIME<br>4hr 5min | SUBTOTAL<br>$625.00 |

Taxes & fees   $35.70

**Flight total**   **$660.70**

### Icon legend

WiFi available      Live TV available       EarlyBird Check-In®       Change planes

**Helpful Information:**

- Starting July 1, 2023 (12:00 a.m. CT), for Wanna Get Away® or Wanna Get Away Plus™ award travel reservations: if you do not cancel your reservation at least 10 minutes before the flight's original scheduled departure time, any points used for booking will be forfeited, along with any taxes and fees associated with your award travel reservation. For Anytime or Business Select® award travel reservation: the points used for booking will continue to be redeposited to the purchaser's Rapid Rewards® account, and any taxes and fees associated with the award travel reservation will be converted into a flight credit for future use.
- Please read the fare rules associated with this purchase.
- When booking with Rapid Rewards points, your points balance may not immediately update in your account.

**Book your hotel with us and earn up to 10,000 points per night.**



WHERE ARE YOU HEADED?

**San Juan**

CHECK-IN
**Sun, Mar 19, 2023**

CHECK-OUT
**Tue, Mar 21**

ROOMS
**1**

ADULTS
**1**

CHILDREN
**0**

## Payment summary

| PAYMENT INFORMATION | | | AMOUNT PAID |
|---|---|---|---|
| **Visa 3491**<br>XXXXXXXXXXXX3491<br>Expiration: 7/27 | CARD HOLDER<br>**Alan Youngs** | BILLING ADDRESS<br>5552 W Lakeridge Rd<br>Lakewood, CO US 80227 | $**660.70** |

## Total charged

**You're all set for your upcoming trip.**

Get ready to enjoy two bags for the price of none*,
no fees to change your flight**, and some Southwest® love.

*First and second checked bags. Weight and size limits apply. **Fare difference may apply.

SUBTOTAL  $625.00
TAXES & FEES  $35.70
**TOTAL DOLLARS**  $**660.70**

Show price breakdown



**Save up to 30% off**

Earn up to 2400 Rapid Rewards® points.

Book now ›



**Score! You qualify for up to a 30% discount on points.**

Buy now and boost your balance. Don't wait – this offer is only valid while on this page.

**Buy points** ⧉

Feedback

ISSUED BY AND VALID ONLY ON
# SOUTHWEST AIRLINES®

BOARDING PASS

RR

## YOUNGS/ALAN

**FLIGHT** 960

**DATE** MAR 19

**CONF.#** 2F38VK

| 960 | DENVER |
| | HOUSTON (HOBBY) |
| | 08:10 AM Y |
| 1101 | HOUSTON (HOBBY) |
| | SAN JUAN |
| | 12:55 PM |

A-List Preferred Anytime

Check monitors for gate number

BOARDING TIME

## 07:40 AM

PRIORITY BOARDING
PRIORITY & EXPRESS LANES

207895671

Boarding Group

**A**

Boarding Position

**30**

EarlyBird Check-In®
(if applicable)

**Southwest**

LN: YOUNGS
FN: ALAN
MN:

2F38VK

30

AWI-W10/CH.11

Feedback

fold here




**ISSUED BY AND VALID ONLY ON**
# SOUTHWEST AIRLINES®

**BOARDING PASS**

RR

# YOUNGS/ALAN

| | |
|---|---|
| FLIGHT | **652** |
| DATE | **MAR 23** |
| CONF.# | **4PHZEU** |

| | |
|---|---|
| 652 | SAN JUAN<br>TAMPA<br>07:25 AM S |
| 1148 | TAMPA<br>DENVER<br>12:25 PM |

**A-List Preferred**

**Wanna Get Away Plus**™

**Check monitors for gate number**

**BOARDING TIME**

# 06:55 AM

PRIORITY BOARDING
PRIORITY & EXPRESS LANES

207895671

Boarding Group

# A

Boarding Position

# 16

**Southwest**

LN: YOUNGS
FN: ALAN
MN:

**4PHZEU**

16

AWI-W10/CH.11

*fold here*



A-List Preferred  *Hi, Alan*  29,071 points  **My Account**  |  **Log out**  Español



FLIGHT | HOTEL | CAR | VACATIONS     SPECIAL OFFERS     RAPID REWARDS® 

# Thanks for flying with us!

✓ Price   ✓ Payment   ✓ Confirmation

## ⊘ Your flight is booked!

We're sending you a confirmation email to the address below. If the email hasn't arrived in 2 minutes, check your junk or spam folder.
alyoun@aol.com

## Trip summary

🖨 Print

### ✈ Flight

**CONFIRMATION #**
**4PHZEU**

**MAR 23**
**SJU ✈ DEN**

**FLIGHT TOTAL**
**$305.70**

🚗 Add a car



Book now. Pay later!
From $72.99*/day in Denver

*Taxes and fees excl. Terms apply.

Book now

Add a hotel

The perfect stay is moments away

**WHERE ARE YOU HEADED?**
Denver

**CHECK-IN**        **CHECK-OUT**
03/23/2023        03/25/2023

Search 

**LIMITED-TIME OFFER**

# Earn Companion Pass® and 30,000 points.

So every time you fly, your friend can too.

Offer ends 3/13/2023. Promotional Companion Pass® valid through 2/28/2024.

Learn more >

## 3/23 - Denver

**100% free inflight entertainment\* — all on your devices.**   [ Learn more ]

*Download the Southwest app to view movies and on-demand content. Inflight messaging only allows access to iMessage and WhatsApp. Apps must be downloaded before the flight.

### MAR 23
### San Juan, PR *to* Denver, CO

**Confirmation #  4PHZEU**

| PASSENGERS | EST. POINTS | EXTRAS | FARE |
|---|---|---|---|
| **Alan Youngs**<br>Rapid Rewards® Acct # 207895671   A-List Preferred<br>Add Known Traveler # / Redress # ><br>Special Assistance > | + 2,160 PTS | — | Wanna Get Away Plus |


**Transfarency®: Defined**
Low fares. Nothing to hide.


**Change fees don't fly with us**
Flexibility for your travel plans.


**Pack with care**
Guidelines for carryon luggage.

| Departing | 3/23/23 Thursday | | Wanna Get Away Plus<br>(Passenger x1) | $270.00 |

**DEPARTS** 7:25 AM  SJU  San Juan, PR - SJU

FLIGHT 652

SCHEDULED AIRCRAFT
Boeing 737-800
*Subject to change*

**ARRIVES** 10:40 AM  TPA  Tampa, FL - TPA

TRAVEL TIME
3hr 15min

stop 1: Tampa, FL - TPA

**DEPARTS** 12:25 PM  TPA  Tampa, FL - TPA

FLIGHT 1148

SCHEDULED AIRCRAFT
Boeing 737 MAX8
*Subject to change*

**ARRIVES** 2:30 PM  DEN  Denver, CO - DEN

TRAVEL TIME
4hr 5min

SUBTOTAL
$270.00

Taxes & fees   $35.70

**Flight total**   **$305.70**

### Icon legend

- WiFi available
- Live TV available
- Change planes

**Helpful Information:**

- Starting July 1, 2023 (12:00 a.m. CT), for Wanna Get Away® or Wanna Get Away Plus™ award travel reservations: if you do not cancel your reservation at least 10 minutes before the flight's original scheduled departure time, any points used for booking will be forfeited, along with any taxes and fees associated with your award travel reservation. For Anytime or Business Select® award travel reservation: the points used for booking will continue to be redeposited to the purchaser's Rapid Rewards® account, and any taxes and fees associated with the award travel reservation will be converted into a flight credit for future use.
- Please read the fare rules associated with this purchase.
- When booking with Rapid Rewards points, your points balance may not immediately update in your account.
- **REAL ID Requirement:** Do you have a **REAL ID**? Beginning May 7, 2025, you will need a state-issued **REAL ID** compliant license or identification card, or another acceptable form of ID (such as a U.S. Passport), to fly within the United States. Visit www.tsa.gov for a list of acceptable forms of ID and additional information regarding **REAL ID** requirement.

**Book your hotel with us and earn up to 10,000 points per night.**





WHERE ARE YOU HEADED?

**Denver**

CHECK-IN             CHECK-OUT
Thu, Mar 23, 2023    Sat, Mar 25

ROOMS    ADULTS    CHILDREN
1        1         0

## Payment summary

| PAYMENT INFORMATION | | | AMOUNT PAID |
|---|---|---|---|
| **Visa 3491** <br> XXXXXXXXXXXX3491 <br> Expiration: 7/27 | **CARD HOLDER** <br> Alan Youngs | **BILLING ADDRESS** <br> 5552 W Lakeridge Rd <br> Lakewood, CO US 80227 | $**305.70** |

## Total charged

**You're all set for your upcoming trip.**

Get ready to enjoy two bags for the price of none*,
no fees to change your flight**, and some Southwest® love.

*First and second checked bags. Weight and size limits apply. **Fare difference may apply.



| | |
|---|---:|
| SUBTOTAL | $270.00 |
| TAXES & FEES | $35.70 |
| **TOTAL DOLLARS** | $**305.70** |

Show price breakdown

Feedback

**Earn up to 1,800 Rapid Rewards® points.**

Plus save up to 30% off base rates with Budget®.



Book car ›



**Score! You qualify for up to a 30% discount on points.**

Buy now and boost your balance. Don't wait – this offer is only valid while on this page.

Buy points ⧉

**COURTYARD® Marriott.**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Alan Youngs
5552 W Lakeridge Rd
Lakewood CO 80227
United States

Marriott Rewards #   119330892

Name:

Arrive:   03-19-23          Time:  07:12 PM          Depart:  03-24-23

Room: 0907
Room Type: EKNG
No. of Guests:  1
Rate:  $   155.00   Clerk: 1009
CRS Number   94560948

Folio Number:  722398

| Date | Description | Charges | Credits |
|---|---|---|---|
| 03-19-23 | Package | 155.00 | |
| 03-19-23 | Government Tax | 13.95 | |
| 03-19-23 | Hotel Fee 9% of Daily Rate | 13.95 | |
| 03-20-23 | Comedor - Guest Charge | 4.33 | |
| 03-20-23 | Package | 155.00 | |
| 03-20-23 | Government Tax | 13.95 | |
| 03-20-23 | Hotel Fee 9% of Daily Rate | 13.95 | |
| 03-21-23 | Comedor - Guest Charge | 4.00 | |
| 03-21-23 | Package | 155.00 | |
| 03-21-23 | Government Tax | 13.95 | |
| 03-21-23 | Hotel Fee 9% of Daily Rate | 13.95 | |
| 03-22-23 | COMEDOR- Guest Charge (Breakfast) | 4.02 | |
| 03-22-23 | Package | 155.00 | |
| 03-22-23 | Government Tax | 13.95 | |
| 03-22-23 | Hotel Fee 9% of Daily Rate | 13.95 | |
| 03-23-23 | Visa Card | | 743.95 |

Card #  XXXXXXXXXXXX3491

**COURTYARD**
**Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Alan Youngs
5552 W Lakeridge Rd
Lakewood CO 80227
United States

Room: 0907
Room Type: EKNG
No. of Guests: 1
Rate: $ 155.00  Clerk: 1009

Marriott Rewards #   119330892

CRS Number  94560948

Name:

Arrive:  03-19-23      Time:  07:12 PM       Depart:  03-24-23       Folio Number:  722398

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|

Balance                                                                        0.00 USD

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

**Taxi TURISTICO**

METROPOLITAN AREA
AREA METROPOLITANA
U_____

DATE 3/29/2023

FROM COURTYARD MARRIOTT
TO SAN JUAN AIRPORT
FARE $ 25
LUGGAGE $ ____
TOTAL $ 25

SIGNATURE

*"THANK YOU FOR YOUR VISIT TO PUERTO RICO."*