# Rafael Ruiz Consulting

**12 Crestshire Dr.**
**Lawrence, MA 01843**

**PHONE: 6177599156   stodgo1971@yahoo.com   12 Crestshire Dr.**

# INVOICE

INVOICE NUMBER:  2023-03-1
INVOICE DATE:  3/31/2023

Federal Police Monitor for PR
VIG Tower, PH-924
1225 Ponce De Leon Ave.
San Juan, PR 00907

RAFAEL E. RUIZ CONSULTING

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 3/18/2023 | FPM-PR Expenses | PROJECT: FPM-PR Expenses | | | |
| | | (Travel, hotel, and meals) Travel to/from PR; 4 nights hotel; meals | | | $2,421.87 |
| | | TOTAL: FPM-PR Expenses | | | $2,421.87 |

| INVOICE BALANCE INFORMATION | |
|---|---|
| Total amount of this invoice | $2,421.87 |
| Current invoice balance | $2,421.87 |

| AMOUNT DUE ON THIS INVOICE: $2,421.87 |
|---|

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of the hours worked in my capacity as a member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Rafael E. Ruiz

Date: March 31, 2023



# Office of the Technical Compliance Advisor Travel Reimbursement Form

Enter all required information below to obtain travel reimbursement. If spending did not occur in a category, please leave the field blank fields will likely be used for one or more of the ground transportation options. The "Total" column of the table will update based on the in entered into the "Unit Cost" and "Units" columns. Receipts for airfare, lodging, ground transportation, and PCR Testing must be submit this form. Submit the Travel Reimbursement Form and accompanying receipts to Javier Gonzalez (Javier.benito@me.com) with the C Monitor (jrrjjr.romero@gmail.com) and/or his designee copied with your monthly invoice.

**Rafael E. Ruiz**
**Travel Dates: March 20-24, 2023**
**Purpose of Travel: Site visit to PRPB**

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| **Airfare** | $     697.40 | 1 | $     697.40 |
| **Baggage** | | | $        - |
| **Ground Transportation (Uber/Lyft/Taxi)** | $     116.97 | 1 | $     116.97 |
| **Ground Transportation (Parking)** | $        - | 5 | $        - |
| **Ground Transportation (Mileage)** | | | $        - |
| **Lodging** | $     195.00 | 5 | $     975.00 |
| **Per Diem (Travel Days)** | $      86.25 | 2 | $     172.50 |
| **Per Diem (Full Days)** | $     115.00 | 4 | $     460.00 |
| **PCR Testing** | | | $        - |
| **Total** | | | $    2,421.87 |

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

# BW Plus Condado Palm Inn & Suites

Guest Folio

COPY OF INVOICE

| | |
|---|---|
| ROOM No. | 1110 |
| ROOM TYPE | POVK |
| VESSEL No. | |
| RATE | EX5 |
| BW REWARDS # | |
| CLERK | KMORALES |
| DATE | 03/31/23 |
| PAGE No. | 1 of 2 |

GUEST NAME

Rafael Ruiz
United States

ARRIVE 03/18/23          TIME 03:41          DEPART 03/26/23          TIME 12:09          FOLIO# 191823

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| 03/18/23 | Deposit Transfer at Check-In<br>Folio No: | 1st night + tax | -392.62 |
| 03/18/23 | *Accomodation | | 300.17 |
| 03/18/23 | Hotel Tariff | | 60.03 |
| 03/18/23 | Room Tax | | 32.42 |
| 03/19/23 | *Accomodation | | 220.97 |
| 03/19/23 | Hotel Tariff | | 44.19 |
| 03/19/23 | Room Tax | | 23.86 |
| 03/20/23 | Laundry - Service Charge<br>chk 322651 | | 59.10 |
| 03/20/23 | *Accomodation | | 228.89 |
| 03/20/23 | Hotel Tariff | | 45.78 |
| 03/20/23 | Room Tax | | 24.72 |
| 03/21/23 | *Accomodation | | 228.89 |
| 03/21/23 | Hotel Tariff | | 45.78 |
| 03/21/23 | Room Tax | | 24.72 |
| 03/22/23 | *Accomodation | | 228.89 |
| 03/22/23 | Hotel Tariff | | 45.78 |
| 03/22/23 | Room Tax | | 24.72 |
| 03/23/23 | *Accomodation | | 228.89 |
| 03/23/23 | Hotel Tariff | | 45.78 |
| 03/23/23 | Room Tax | | 24.72 |
| 03/24/23 | *Accomodation | | 284.33 |
| 03/24/23 | Hotel Tariff | | 56.87 |
| 03/24/23 | Room Tax | | 30.71 |
| 03/25/23 | *Accomodation | | 284.33 |

GUEST SIGNATURE _____

55 Condado Ave, San Juan, Puerto Rico 00908 - T.787.721.9500 - F.787.725.8054 - www.condadopalm.com

Each Best Western® branded hotel is independently owned and operated.

# BW Plus Condado Palm Inn & Suites

Guest Folio

COPY OF INVOICE

| | | |
|---|---|---|
| ROOM No. | 1110 | |
| ROOM TYPE | POVK | |
| VESSEL No. | | |
| RATE | EX5 | |
| BW REWARDS # | | |
| CLERK | KMORALES | |
| DATE | 03/31/23 | |
| PAGE No. | 2 of 2 | |

GUEST NAME

Rafael Ruiz
United States

ARRIVE 03/18/23        TIME 03:41        DEPART 03/26/23        TIME 12:09        FOLIO# 191823

| DATE | DESCRIPTION | REFERENCE NUMBER | | CHARGES |
|---|---|---|---|---|
| 03/25/23 | Hotel Tariff | | | 56.87 |
| 03/25/23 | Room Tax | | | 30.71 |
| 03/26/23 | American Express | XXXXXXXXXXXX4005 | XX/XX | -2,289.50 |

| | | | |
|---|---|---|---|
| Balance | USD | | 0.00 |
| TOTAL | USD | 2,682.12 | |

*On behalf of EXPEDIA GROUP, thank you for choosing Condado Palm Puerto Rico.*

GUEST SIGNATURE _____

55 Condado Ave, San Juan, Puerto Rico 00908 - T.787.721.9500 - F.787.725.8054 - www.condadopalm.com

Each Best Western® branded hotel is independently owned and operated.

# Stay in San Juan

Mar 18, 2023 - Mar 26, 2023

## Best Western Plus Condado Palm Inn

Confirmation: 424250098

Expedia itinerary: 72496899727686

## Reservation details

### Check-in

Sat, Mar 18

3 PM

### Check-out

Sun, Mar 26

11 AM

### Check-in and special instructions

Check-in time starts at 3 PM

Check-in time ends at anytime

Minimum check-in age is: 18

Front desk staff will greet guests on arrival.

## Location

55 Condado Avenue, San Juan, 00908 Puerto Rico

## Room details

Premium Room, 1 King Bed, Non Smoking, Partial Ocean View (with Single Sofabed)

Reserved for

Rafael Ruiz, 2 adults

Requests

1 King Bed

Non-Smoking

All special requests (such as in-room amenities, bed type, and smoking preference) are shared with the hotel, but requests are not guaranteed and may incur additional charges. We recommend you confirm them directly with the hotel before travel.

## Change and cancellation rules

If you cancel or change your plans, please cancel your reservation in accordance with the property's cancellation policies to avoid a no-show charge.

Cancellations or changes made after 4:00pm (property local time) on Mar 16, 2023 or no-shows are subject to a property fee equal to the first nights rate plus taxes and fees.

## Payment details

Room price

| | |
|---|---:|
| Sat, Mar 18 | $300.17 |
| Sun, Mar 19 | $220.97 |
| Mon, Mar 20 | $228.89 |
| Tue, Mar 21 | $228.89 |
| Wed, Mar 22 | $228.89 |
| Thu, Mar 23 | $228.89 |
| Fri, Mar 24 | $284.33 |
| Sat, Mar 25 | $284.33 |
| Taxes & Fees | $347.58 |
| Property fee | $270.07 |

Other

| | |
|---|---:|
| Hotel Booking Protection Plus | $97.15 |

---

| | |
|---|---:|
| Total | **$2,720.16** |
| | Paid |
| | [AmericanExpress 4005] |
| Paid | $2,720.16 |
| | [AmericanExpress 4005] |

Private sale: save 10%

Prices shown after $222.80 savings

## Expedia support

Contact Expedia if you need help managing this itinerary.

**From:** **JetBlue Reservations** jetblueairways@email.jetblue.com 
**Subject:** JetBlue booking confirmation for RAFAEL RUIZ - QRGMRU
**Date:** March 8, 2023 at 8:34 PM
**To:** stodgo1971@aol.com

Check out the details for your trip on Sat, Mar 18





You can also manage your trips by
**downloading our free mobile app**.

# Flights

| **FLL** | ▶ | **SJU** | | **Date** | Sat, Mar 18 |
|---|---|---|---|---|---|
| Fort Lauderdale, FL | | San Juan, PR | | **Departs** | 12:50pm |
| **Terminal:** 3 | | | | **Arrives** | 3:21pm |
| | | | | **Flight** | 353 |

**jetBlue**

**If your booking was made at least 7 days in advance:** You may cancel it within 24 hours for a full refund to your original form of payment, without a cancellation fee.

**JetBlue Change/Cancel Policy:** There is no fee to change (or cancel) Blue, Blue Extra, Blue Plus or Mint fares. Blue Basic fares booked Jun 8 2021 - Aug 24 2021 and after Nov 1 2021 are subject to a change/cancel fee of $100 for travel wholly within the U.S., Caribbean, Mexico or Central America, or $200 for all other routes. There are no change/cancel fees for Blue Basic fares booked before Jun 8 2021 or between Aug 25 2021 - Oct 31 2021.

Fare difference may apply and funds may be in the form of a JetBlue travel credit, valid for 12 months from original ticketing date. Booked before Mar 8, 2023? See details on expiration date **here.** As a Mosaic, same-day switches may be made without a fee or fare difference. **Click here** for details on our change and cancel policies.

# Traveler Details

**RAFAEL RUIZ**

**Frequent Flier:** B6 3326688490

**Ticket number:** 2792117481521

**FLL - SJU:**

**Fare:** Blue

**Seat: 10D** 

**Notes:** Even More Space

**ZOILA M GOMEZ**

**Frequent Flier:** B6 2064242866

**Ticket number:** 2792117481522

**FLL - SJU:**

**Fare:** Blue

**Seat: 10E** 

**Notes:** Even More Space

# Bag Allowance (per traveler)

| Sat, Mar 18 | Personal Item | Carry-on | 1st Bag | 2nd Bag |
| --- | --- | --- | --- | --- |
| FLL - SJU | Free | Free | Free Mosaic Perk | Free Mosaic Perk |

**Size and weight limits apply. See full details on our Bag Info page ▶**

Free checked bag benefit for Mosaic members applies to JetBlue-operated and eligible American Airlines-operated flights only, and no other codeshare or partner airline flights.

Additional charges may apply.

*First checked bag free for JetBlue Plus/Business Cardmembers and up to 3 travel companions on

JetBlue-operated flights only, and not codeshare or partner airline flights.

## Payment Details

XXXXXXXXXXX2024        NONREF                          $680.00

                       Taxes & fees                     $62.40

                       **Total:**                      **$742.40**
                                                          **USD**

                       Purchase Date: Mar 8, 2023

**Request full receipt**



## Wait 'til you see the hotel & car savings.

Save up to 20% on hotels and up to 35% on car rentals with Paisly, just because you booked a JetBlue flight. You'll even earn TrueBlue points and enjoy 24/7 support from helpful humans.

**Unlock deals**

Flight Tracker    |    Bag Info    |    Airport Info

## Stay Connected

 **Download the JetBlue Mobile App**

**From:** **JetBlue Reservations** jetblueairways@email.jetblue.com 
**Subject:** JetBlue booking confirmation for RAFAEL RUIZ - CDNMMG
**Date:** March 8, 2023 at 9:39 PM
**To:** stodgo1971@aol.com

Check out the details for your trip on Sun, Mar 26

                    

# You're all set to jet.

And, your continued loyalty is what keeps us flying high. Thanks again for being a Mosaic member.

Please note: This is not your boarding pass.

**Your JetBlue confirmation code is**          **CDNMMG**

**Get the latest** entry and travel requirements for your trip.

# Change made easy.

Switch or cancel flights, add extras like Even More Space or pets, update your seat assignment, TrueBlue & KTN numbers, and other traveler details—all in one place.Stay safe from fraud—use only **jetblue.com** or the JetBlue app to switch or cancel your flights.



**Manage trip**

You can also manage your trips by **downloading our free mobile app**.

# Flights

# SJU ▶ BOS

San Juan, PR
**Terminal:** A

Boston, MA

| | |
|---|---|
| **Date** | Sun, Mar 26 |
| **Departs** | 4:49am |
| **Arrives** | 9:04am |
| **Flight** | 562 |

**jetBlue**

**If your booking was made at least 7 days in advance:** You may cancel it within 24 hours for a full refund to your original form of payment, without a cancellation fee.

**JetBlue Change/Cancel Policy:** There is no fee to change (or cancel) Blue, Blue Extra, Blue Plus or Mint fares. Blue Basic fares booked Jun 8 2021 - Aug 24 2021 and after Nov 1 2021 are subject to a change/cancel fee of $100 for travel wholly within the U.S., Caribbean, Mexico or Central America, or $200 for all other routes. There are no change/cancel fees for Blue Basic fares booked before Jun 8 2021 or between Aug 25 2021 - Oct 31 2021.

Fare difference may apply and funds may be in the form of a JetBlue travel credit, valid for 12 months from original ticketing date. Booked before Mar 8, 2023? See details on expiration date **here.** As a Mosaic, same-day switches may be made without a fee or fare difference. **Click here** for details on our change and cancel policies.

## Traveler Details

**RAFAEL RUIZ**

**Frequent Flier:** B6 3326688490

**Ticket number:** 2792117488954

**SJU - BOS:**

**Fare:** Blue

**Seat:** **2C**

**Notes:** Even More Space

**ZOILA M GOMEZ**

**Frequent Flier:** B6 2064242866

**Ticket number:** 2792117488955

**SJU - BOS:**

**Fare:** Blue

**Seat:** **2B**

**Notes:** Even More Space

# Bag Allowance (per traveler)

| **Sun, Mar 26** | Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|---|
| SJU - BOS | Free | Free | Free Mosaic Perk | Free Mosaic Perk |

**Size and weight limits apply. See full details on our Bag Info page ▶**

Free checked bag benefit for Mosaic members applies to JetBlue-operated and eligible American Airlines-operated flights only, and no other codeshare or partner airline flights.

Additional charges may apply.

*First checked bag free for JetBlue Plus/Business Cardmembers and up to 3 travel companions on JetBlue-operated flights only, and not codeshare or partner airline flights.

# Payment Details

XXXXXXXXXX2024
Master XXXXXXXXXX9796

| NONREF | $590.00 |
|---|---|
| Taxes & fees | $62.40 |
| **Total:** | **$652.40 USD** |

Purchase Date: Mar 8, 2023

**Request full receipt**

**From:** **Uber Receipts** noreply@uber.com 🚩
**Subject:** Your Sunday morning trip with Uber
**Date:** March 26, 2023 at 3:27 AM
**To:** stodgo1971@yahoo.com



# Uber

Total **$19.97**
March 26, 2023

# Thanks for riding, Rafael

We hope you enjoyed your ride this morning.



# Total                              $19.97

Nice work using your Uber Cash balance. Now, turn on auto-refill for Uber Cash and lock in your savings.

| | |
|---|---|
| Trip fare | $19.31 |
| **Subtotal** | **$19.31** |
| Booking Fee ❓ | $0.66 |

**Payments**

 **Uber Cash**                                   $19.97
3/26/23 3:27 AM

**Switch Payment Method**

**Download PDF**

# You rode with Luis

**4.98**★ Rating                    👥 Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.



When you ride with Uber, your trips are insured in case of a covered accident.

**Learn more ›**

UberX     5.61 miles | 11 min

■     **3:15 AM**
1307 Ashford Ave, San Juan,
PR 00907, US

↓     **3:26 AM**
Av Aeropuerto, Carolina, PR
00937, US



Report lost item   ›          Contact support   ›

My trips   ›

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158



# FIXED RATES | TARIFAS FIJAS

**FROM AIRPORT TO YOUR DESTINATION / DESDE EL AEROPUERTO HACIA SU DESTINO**

License plate / Tablilla:

Passengers / Personas:

| | | | Base price / Precio base |
|---|---|---|---|
| ☐ | ZONE ZONA **2** | Isla Verde | $12 |
| ☐ | ZONE ZONA **3** | Ocean Park Condado Miramar Santurce | $17 |
| ☐ | ZONE ZONA **4** | Old San Juan & Piers | $21 |
| ☐ | ZONE ZONA **5** | Convention Center Hyatt House Isla Grande Airport Sheraton Convention Center | $17 |

## AREAS OF INTEREST / ÁREAS DE INTERÉS

☐ $16 Coliseo José Miguel Agrelot     ☐ $20 Plaza Las Américas

☐ $16 Plaza Carolina     ☐ $15 The Mall of San Juan

This is NOT a receipt, keep for your reference / **Esto no es un recibo, manténgalo para su referencia.**

**TAXI**

+ **APPLICABLE RATES / CARGOS APLICABLES**

☐ $1   Luggage charge will apply to each additional item. **Aplica cargo por maleta a cada pieza adicional.**

☐ $0   Accesories for disabled person are free of charge. **Accesorios de personas impedidas son libre de costo.**

☐ $2   Extra charge for 6th-7th passenger. **Cargo adicional por 6to-7mo pasajero**

☐ $1   Late night charge (10PM-6AM). **Cargo nocturno (10PM-6AM).**

☐ $3   Airport fee **Cargo del Aeropuerto**

\* PAY FARE TO DRIVER / **PAGUE AL CONDUCTOR**

COST PER TRIP, NO PER PERSON / **COSTO POR VIAJE, NO POR PASAJERO**

Rates approved by: **Tarifas aprobadas por:**

**NTSP**

METERED RATE WILL APPLY FOR AREAS BETWEEN AND BEYOND TOURIST ZONES / **TARIFA METRADA APLICARÁ ENTRE Y FUERA DE ZONAS TURÍSTICAS**

TOLLS AND TIPS ARE NOT INCLUDED / **PEAJES Y PROPINAS NO ESTÁN INCLUIDOS**

**RECEIPT** DATE 3/26/23   No. 557228

RECEIVED FROM RAFAEL RUIZ          $ 75

SEVENTY FIVE _____ DOLLARS

○ FOR RENT   RIDE FROM AIRPORT TO HOME
○ FOR _____

| ACCOUNT | | ○ CASH | |
|---------|---|--------|---|
| PAYMENT | | ○ CHECK | FROM LOGAN   TO LAWRENCE |
| BAL. DUE | | ○ MONEY ORDER | |
| | | ○ CREDIT CARD | BY _____ |



FPMPR TRAVEL EXPENSE NOTE:

**Rafael Ruiz Travel Expense Invoice Note:**

**Date: April 1, 2023**

**Notes:**

Please note:

Travel Expenses:
- Airfare is $742.40 + $642.40=  $1,394.80 / 2= $697.40 (He was traveling with another person, the amounts on the receipts included both tickets)
- Hotel: He only billed for the maximum amount allowed of $195.00. He waived the taxes and fees.