

FPM TRAVEL REIMBURSEMENT COVER SHEET

Name:

Invoice number:

Invoice date:

Site visit travel dates:

Total travel reimbursement amount (*see page 2 for details*): $

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.*

_____            3/30/2023
Signature                                                              Date

**Travel Breakout** — Hipolito Castro March 12, 2023 to March 17, 2023

| Expense | Unit Cost | Units | Column1 | Total | Column2 |
|---|---|---|---|---|---|
| Airfare | $ 604.00 | 1 | $ - | $ 604.00 | |
| Airfare taxes & fees | $ 62.40 | 1 | | $ 62.40 | |
| Baggage | $ 60.00 | 1 | | $ 60.00 | |
| Ground Transportation (Uber/Lyft/Taxi) | | 1 | | $ - | |
| Ground Transportation (Parking) | $ 174.00 | 1 | | $ 174.00 | |
| Ground Transportation (POV Mileage) to PTY | $ 0.655 | 114 | | $ 74.67 | |
| Tolls /Use of Rental Vehicle/Residence-PTY | | | | | |
| Lodging | $ 155.00 | 5 | | $ 775.00 | |
| Per Diem (Travel Days) | $ 86.25 | 2 | | $ 172.50 | |
| Per Diem (Full Days) | $ 115.00 | 4 | | $ 460.00 | |
| Other: HOTEL TAX ($35.10 + 25.31/day) | $ 13.95 | 10 | | $ 139.50 | |
| | | | | | |
| **Total** | | | | **$ 2,522.07** | |

## Flights

| | | | |
|---|---|---|---|
| **JFK** New York, NY Terminal: 5 | **SJU** San Juan, PR | Date Departs Arrives Flight | Sun, Mar 12 8:00am 11:59am 503 |

**jetBlue**

| | | | |
|---|---|---|---|
| **SJU** San Juan, PR Terminal: A | **JFK** New York, NY | Date Departs Arrives Flight | Fri, Mar 17 7:22pm 11:29pm 2404 |

**jetBlue**

**If your booking was made at least 7 days in advance:** You may cancel it within 24 hours for a full refund to your original form of payment, without a cancellation fee.

**JetBlue Change/Cancel Policy:** There is no fee to change (or cancel) Blue, Blue Extra, Blue Plus or Mint fares. Blue Basic fares booked Jun 8 2021 - Aug 24 2021 and after Nov 1 2021 are subject to a change/cancel fee of $100 for travel wholly within the U.S., Caribbean, Mexico or Central America, or $200 for all other routes. There are no change/cancel fees for Blue Basic fares booked before Jun 8 2021 or between Aug 25 2021 - Oct 31 2021.

Fare difference may apply and funds may be issued as a JetBlue Travel Bank credit, valid for 12 months on any JetBlue-operated flight. Same-day switches may be made without a fare difference for $75. **Click here** for details on our change and cancel policies.

## Traveler Details

**HIPOLITO CASTRO JR**

**Frequent Flier:** B6 8004596105
**Ticket number:** 2792117158359

\* $30 if added more than 24 hours before departure, or $35 within 24 hours of departure.

\*\* $40 if added more than 24 hours before departure, or $45 within 24 hours of departure.

**EVEN MORE SPACE**

Get up to 7" more legroom, a fast lane to the TSA checkpoint (select cities), and early boarding—all the better to nab that overhead bin.

**Add Even More Space ▸**

## Payment Details

| | | |
|---|---|---|
| Amex XXXXXXXXXXXX1006 | NONREF | $604.00 |
| | Bags | $60.00 |
| | Taxes & fees | $62.40 |
| | **Total:** | **$726.40 USD** |

Purchase Date: Mar 5, 2023

**Request full receipt**



## Wait 'til you see the hotel & car savings.

Save up to 20% on hotels and up to 35% on car rentals with Paisly, just because you booked a JetBlue flight. You'll even earn TrueBlue points and enjoy 24/7 support from helpful humans.

**Unlock deals**

JFK  8:00am                                  SJU  11:59am
Flight 503 • Fare: Blue
jetBlue

**Returning: Mar 17 2023**

SJU 7:22pm                                   JFK 11:29pm
jetBlue

Total: **$726.40**

Charged to **American Express** ending in 1006

Show details

```
           JFK AIRPORT
        LONG TERM PARKING
                              906
EXIT                       115176
RECEIPT:                        0
PERSONELL:                      0
TRANSACTION:
EZPass          KAP0XXXXXXX2473
NO:
CC VALID        12/30
SNR:            03 009 0902473
EXPIRES:        03.12.28 23:59
IN:             03.12.23 05:40
ENTRY:          03.18.23 01:01
P.AT:           HOURLY TICKET
FEE:                 174.00 USD
PAID:                174.00 USD
-----------------------
                     174.00 USD
NET:                   0.00 USD
GST  0%                 SA12704
CAR:
ST 19.21
      TAXES INCLUDED
      THANK YOU FOR
        PARKING AT
        JFK AIRPORT
     HAVE A SAFE TRIP
```

11:58

# JFK

John F. Kennedy Internatio...

International Airport · Jamaica, Que...

🚗 1 hour 54 minutes

🎟 Tickets  •••

**HOURS**
Open

**DISTANCE**
↳ 57 mi

# COURTYARD® Marriott

Courtyard by Marriott  
San Juan - Miramar

801 Ponce de Leon Ave.  
San Juan, PR. 00907  
T 787.721.7400  
F 787.723.0068

Hipolito Castro  
64 Mustang Dr  
Monroe CT 06468  
United States

Room: 0901  
Room Type: KSTE  
No. of Guests: 1  
Rate: $ 155.00   Clerk: 32  
CRS Number  98155009

Marriott Rewards #   214246771

Name:

Arrive:  03-12-23         Time:  12:53 PM         Depart:  03-17-23         Folio Number:  722518

| Date | Description | Charges | Credits |
|---|---|---|---|
| 03-12-23 | Package | 155.00 | |
| 03-12-23 | Government Tax | 13.95 | |
| 03-12-23 | Hotel Fee 9% of Daily Rate | 13.95 | |
| 03-13-23 | COMEDOR- Guest Charge (Breakfast) | 4.02 | |
| 03-13-23 | Package | 155.00 | |
| 03-13-23 | Government Tax | 13.95 | |
| 03-13-23 | Hotel Fee 9% of Daily Rate | 13.95 | |
| 03-14-23 | COMEDOR- Guest Charge (Breakfast) | 5.00 | |
| 03-14-23 | Package | 155.00 | |
| 03-14-23 | Government Tax | 13.95 | |
| 03-14-23 | Hotel Fee 9% of Daily Rate | 13.95 | |
| 03-15-23 | COMEDOR- Guest Charge (Breakfast) | 5.00 | |
| 03-15-23 | COMEDOR- Guest Charge (Dinner) | 85.97 | |
| 03-15-23 | Package | 155.00 | |
| 03-15-23 | Government Tax | 13.95 | |
| 03-15-23 | Hotel Fee 9% of Daily Rate | 13.95 | |
| 03-16-23 | COMEDOR- Guest Charge (Breakfast) | 6.09 | |
| 03-16-23 | Package | 155.00 | |
| 03-16-23 | Government Tax | 13.95 | |
| 03-16-23 | Hotel Fee 9% of Daily Rate | 13.95 | |
| 03-17-23 | COMEDOR- Guest Charge (Breakfast) | 28.01 | |

*Handwritten:*
1,048.59  
− 134.09  
  914.50

**COURTYARD**
*Marriott*

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Hipolito Castro
64 Mustang Dr
Monroe CT 06468
United States

Room: 0901
Room Type: KSTE
No. of Guests: 1
Rate: $ 155.00  Clerk: 32

Marriott Rewards # 214246771

CRS Number 98155009

Name:

Arrive:  03-12-23       Time:  12:53 PM       Depart:  03-17-23       Folio Number:  722518

| Date | Description | Charges | Credits |
|---|---|---|---|
|  | Balance |  | 1,048.59 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today. Start earning points and elite status, plus enjoy exclusive member offers. Enroll today at the front desk.