# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff;<br><br>　v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>　　　　　　　Defendants. | No. 12-cv-2039 (FAB) |

## UNITED STATES' MOTION TO RESTRICT

COMES NOW, Plaintiff, the United States of America, and respectfully moves to restrict its Motion in Compliance with Order at Docket 2378 ("Motion in Compliance"), Doc. 2388, for viewing by selected case participants, in accordance with Standing Order No. 9, *Amendment to the Restricted Filing and Viewing Levels Module*, Misc. No. 03-149 (Jan. 30, 2013). For cause, the United States alleges and states as follows:

　　　1. On April 10, 2023, the Court issued an Order restricted for viewing by selected parties. Doc. 2378. The Order directed the Parties to respond by April 24, 2023. *Id.* at 2.

　　　2. The United States seeks to restrict its Motion in Compliance because it pertains to matters in the April 10 Order, which is restricted presently.

　　　WHEREFORE, the United States respectfully requests that the Court grant this request and restrict the United States' Motion in Compliance, Doc. 2388.

　　　WE HEREBY CERTIFY that on today's date, we filed the foregoing pleading electronically through the CM/ECF system, which caused the parties, counsel of record, the Monitor, and the Special Master on the service list to be served by electronic means.

　　　Respectfully submitted, this 24th day of April, 2023,

**STEVEN H. ROSENBAUM**
Chief, Special Litigation Section
Civil Rights Division

*s/Luis E. Saucedo*
**TIMOTHY D. MYGATT**
Deputy Chief
**LUIS E. SAUCEDO** (G01613)
**JORGE CASTILLO** (G02912)
**KATHERINE CHAMBLEE-RYAN** (G03515)
Trial Attorneys
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone:  (202) 598-0482
Fax:  (202) 514-4883
luis.e.saucedo@usdoj.gov
jorge.castillo@usdoj.gov
katherine.chamblee-ryan@usdoj.gov

Attorneys for Plaintiff