# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO and the PUERTO RICO POLICE DEPARTMENT,<br><br>    Defendants. | NO. 3:12-cv-2039 (FAB) |

## **MOTION TO AMEND AND CORRECT ECF NO. 2385**

**TO THE HON. FRANCISCO A. BESOSA, SENIOR U.S. DISTRICT JUDGE:**

**NOW COMES,** Javier González, as Administrative Director on behalf of the Office of the Federal Police Monitor ("FPMPR LLC"), who respectfully, through the General Counsel of the FPMPR LLC., states and prays as follows:

1. On April 19, 2023, FPMPR LLC filed a request for reimbursement of those expenses incurred by its team during the month of March 2023.

2. The Clerk's Office subsequently requested additional information to process approval and payment of such expenses.

3. Attached to the present document are the updated invoices for reimbursement of expenses of certain members of the Office of the FPMPR LLC.

4. The Office of the FPMPR LLC respectfully requests that such expenses be reimbursed, and a check be issued in the amount of $16,204.19 for the month of **March 2023**.

   **WHEREFORE,** it is respectfully requested that the Honorable Court grant this motion to amend and correct ECF No. 2385 and order the Clerk's Office to issue a check in the amount of $ 16,204.19 for the month of **March 2023**.

Javier González, Administrative Director of the Office of the FPMPR LLC, hereby certifies that the above information is true, correct, and accurate; and that the requested amount will be deposited in the Office of the FPMPR LLC commercial account.

**RESPECTFULLY SUBMITTED.**

In Guaynabo, Puerto Rico, this 25th day of April 2023.

**I HEREBY CERTIFY** that on this same date a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which in turn notifies all counsel of record in the case.

S/Roberto Abesada-Agüet
USDC-PR No. 216706

General Counsel
FPMPR LLC
rabesada@fpmpr.org
(787) 273-8300