

FPM TRAVEL REIMBURSEMENT COVER SHEET

Name: Denise Rodriguez

Invoice number: #030-1

Invoice date: March 31, 2023

Site visit travel dates: March 19-25

Total travel reimbursement amount (*see page 2 for details*): $ 2,607.40

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.*

March 31, 2023

_____                                    _____

Signature                                                                        Date

# Office of the Technical Compliance Advisor Travel Reimbursement Form



**Traveler Name: Denise Rodriguez**
**Travel Dates: March 19-25**
**Purpose of Travel: Site visit**

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| **Airfare** | $ 662.40 | 1 | $ 662.40 |
| **Baggage** | $ - | 0 | $ - |
| **Uber from Airport to hotel** | $ - | 0 | $ - |
| **Ground Transportation (Parking)** | $ - | 0 | $ - |
| **Ground Transportation (Mileage)** | $ - | 0 | $ - |
| **Lodging**\*\* | $ 255.30 | 5 | $ 1,276.50 |
| **Per Diem (Travel Days)** | $ 86.25 | 2 | $ 172.50 |
| **Per Diem (Full Days)** | $ 115.00 | 4 | $ 460.00 |
| **Parking @ airport (days)\*** | $ 6.00 | 6 | $ 36.00 |
| **Uber from hotel to Airport** | $ - | 0 | $ - |
| **Total** | | | $ 2,607.40 |

**\*\* Hotel rate is $195 (room rate) and $60.41 (taxes/fees) per night**
**\*Parking receipt includes personal days not included in this expense report**

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

| | |
|---|---|
| **From:** | United Airlines |
| **To:** | DRODRIGUEZ_PRI@OUTLOOK.COM |
| **Subject:** | eTicket Itinerary and Receipt for Confirmation AWW18Z |
| **Date:** | Friday, February 24, 2023 8:49:35 PM |

                                                  Fri, Feb 24, 2023

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our Important notices page for the latest updates

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# AWW18Z

| Flight 1 of 4 UA1766 | Class: United Economy (S) |
|---|---|
| Fri, Mar 17, 2023 | Fri, Mar 17, 2023 |
| **07:00 AM** | **08:20 AM** |
| McAllen, TX, US (MFE) | Houston, TX, US (IAH) |

| Flight 2 of 4 UA1192 | Class: United Economy (S) |
|---|---|
| Fri, Mar 17, 2023 | Fri, Mar 17, 2023 |
| **10:15 AM** | **03:37 PM** |
| Houston, TX, US (IAH) | San Juan, PR, US (SJU) |

| Flight 3 of 4 UA668 | Class: United Economy (G) |
|---|---|
| Sat, Mar 25, 2023 | Sat, Mar 25, 2023 |
| **02:50 PM** | **06:50 PM** |
| San Juan, PR, US (SJU) | Houston, TX, US (IAH) |

| Flight 4 of 4 UA2165 | Class: United Economy (G) |
|---|---|
| Sat, Mar 25, 2023 | Sat, Mar 25, 2023 |
| **08:07 PM** | **09:26 PM** |
| Houston, TX, US (IAH) | McAllen, TX, US (MFE) |

## Traveler Details

RODRIGUEZ/DENISE

eTicket number: **0162468190263**

Frequent Flyer: **UA-XXXXX985 Premier Platinum**

Seats: **MFE-IAH 10F**
**IAH-SJU 10F**
**SJU-IAH 09A**
**IAH-MFE 11F**

## Purchase Summary

| | |
|---|---|
| Method of payment: | **American Express ending in 1008** |
| Date of purchase: | **Sat, Feb 25, 2023** |
| Airfare: | **591.00 USD** |
| U.S. Transportation Tax: | **42.20 USD** |
| September 11th Security Fee: | **11.20 USD** |
| U.S. Passenger Facility Charge: | **18.00 USD** |
| Total Per Passenger: | **662.40 USD** |

Total:                                                                                        662.40 USD

### Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT

Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

### MileagePlus Accrual Details

| Denise Rodriguez | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Fri, Mar 17, 2023 | 1766 | McAllen, TX, US (MFE) to Houston, TX, US (IAH) | 495 | 55 | 1 |
| Fri, Mar 17, 2023 | 1192 | Houston, TX, US (IAH) to San Juan, PR, US (SJU) | 3141 | 349 | 1 |
| Sat, Mar 25, 2023 | 668 | San Juan, PR, US (SJU) to Houston, TX, US (IAH) | 1467 | 163 | 1 |
| Sat, Mar 25, 2023 | 2165 | Houston, TX, US (IAH) to McAllen, TX, US (MFE) | 234 | 26 | 1 |
| MileagePlus accrual totals: | | | 5337 | 593 | 4 |

### Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Fri, Mar 17, 2023 McAllen, TX, US (MFE) to San Juan, PR, US (SJU - Luis Muñoz Marín) | 0 USD | 0 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |
| Sat, Mar 25, 2023 | | | | |



## SHERATON
Puerto Rico Hotel & Casino

**INVOICE**

| | |
|---|---|
| ROOM | 0531 |
| ROOM TYPE | BAYV |
| NO. OF GUESTS | 1 |
| RATE | 195 |
| CLERK | AORTI428 |
| DATE | 03/24/23 |
| PAGE No. | 1 of 2 |
| REWARDS # | 286891726 |

Ms Denise Rodriguez
3003 San Sebastian St
Mission TX 78572
United States

ARRIVE 03/19/23       TIME 06:43     DEPART  03/24/23        TIME 04:13      FOLIO# 3951259

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| 03/19/23 | Gov/Military $35 Flat | | 195.00 |
| 03/19/23 | Destination Fee $35 Flat | | 35.00 |
| 03/19/23 | Room Occupancy Tax | | 25.30 |
| 03/20/23 | Gov/Military $35 Flat | | 195.00 |
| 03/20/23 | Destination Fee $35 Flat | | 35.00 |
| 03/20/23 | Room Occupancy Tax | | 25.30 |
| 03/21/23 | Gov/Military $35 Flat | | 195.00 |
| 03/21/23 | Destination Fee $35 Flat | | 35.00 |
| 03/21/23 | Room Occupancy Tax | | 25.30 |
| 03/22/23 | Gov/Military $35 Flat | | 195.00 |
| 03/22/23 | Destination Fee $35 Flat | | 35.00 |
| 03/22/23 | Room Occupancy Tax | | 25.30 |
| 03/23/23 | Gov/Military $35 Flat | | 195.00 |
| 03/23/23 | Destination Fee $35 Flat | | 35.00 |
| 03/23/23 | Room Occupancy Tax | | 25.30 |
| 03/24/23 | Choices Rest. Food - Breakfast | | 26.00 |
| 03/24/23 | Tips - Restaurant | | 14.00 |
| 03/24/23 | Brkfst Choices 1% Tax | | 0.26 |
| 03/24/23 | Brkfst Choices Reduced Tax 6% | | 1.56 |
| 03/24/23 | American Express | | -1,318.32 |

For billing questions or concerns, please let us know at SheratonPR.Folio@sheraton.com



**SHERATON**
Puerto Rico Hotel & Casino

**INVOICE**

| | |
|---|---|
| ROOM | 0531 |
| ROOM TYPE | BAYV |
| NO. OF GUESTS | 1 |
| RATE | 195 |
| CLERK | AORTI428 |
| DATE | 03/24/23 |
| PAGE No. | 2 of 2 |
| REWARDS # | 286891726 |

Ms Denise Rodriguez
3003 San Sebastian St
Mission TX 78572
United States

ARRIVE 03/19/23      TIME 06:43      DEPART 03/24/23      TIME 04:13      FOLIO# 3951259

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| | | Balance      USD | 0.00 |

For billing questions or concerns, please let us know at SheratonPR.Folio@sheraton.com

CITY OF MCALLEN, TEXAS
2500 S BICENTENNIAL BLVD
MCALLEN 78503 TX
(956)682-9101

03/25/2023                    22:04:19
Terminal ID No.:              76655309

Credit Sale

Transaction #:                      26
Card Type:                        AMEX
Account:            ***********1008
Entry:                            Chip
Amount:                 USD$54.00
Ref. Number:            308503167461
Global UID:
   12401831032023032522204198666
Auth. Code:                   800762

Batch #:                            39
Response:        APPROVAL 800762

Mode:                         Issuer
AID:            A000000025010801
APPLAB:         AMERICAN EXPRESS

CUSTOMER COPY



FPMPR TRAVEL EXPENSE NOTE:

**Denise Rodriguez Travel Expense Invoice Note:**

**Date: April 1, 2023**

**Notes:**

Please note:

  Travel Expenses:

- Parking receipt is for 9 days but is only invoicing for the 6 days of work.