

FPM TRAVEL REIMBURSEMENT COVER SHEET

Name:                     DONALD S. GOSSELIN, ESQ. d/b/a MBG North Corp

Invoice number:           1172

Invoice date:             31 MAR 2023

Site visit travel dates:  19, 20, 21, 22 MAR

Total travel reimbursement amount (*see breakout for details*): **$ 2,406.50**

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.*

March 31, 2023

Signature                                          Date

| Travel Breakout | | Traveler: Donald S. Gosselin | | MAR 19 - 22, 2023 | | |
|---|---|---|---|---|---|---|
| **Expense** | **Unit Cost** | **Units** | **Column1** | **Total** | **Column2** | |
| Airfare  R/T Rep of Panama-SJU/Coach | 873.75 | 1 | 0 | 873.75 | CM R/T PTY- SJU COACH | |
| Airfare Fare difference (earlier departure) | 211.2 | 1 | | 211.2 | Fare Difference | |
| Airline Change Fee (incl tax) | 80.3 | 1 | | 80.3 | Change Fee | |
| Ground Transportation (Uber/Lyft/Taxi) | 72.85 | 1 | | 72.85 | Multiple trips | |
| Ground Transportation (Parking) | 15 | 0 | | 0 | N/A | |
| Ground POV Transportation to PTY (in miles) | 0.655 | 0 | | 0 | N/A | |
| Tolls /Use of Rental Vehicle/Residence-PTY | | | **WAIVED** | 0 | Not worth the heartburn | |
| Lodging | 195 | 3 | | 585 | DoD high season rate | |
| Per Diem (Travel Days) | 86.25 | 2 | | 172.5 | | |
| Per Diem (Full Days) | 115 | 2 | | 230 | | |
| Other: HOTEL TAX ($35.00 + 25.30/day) | 60.3 | 3 | | 180.9 | | |
| | | | | | | |
| **Total** | | | | **2,406.5** | | |

**From:** **Copa Airlines** notifications@cns.copaair.com 
**Subject:** Your reservation is processing
**Date:** March 16, 2023 at 14:01
**To:** attygosselin@gmail.com



RESERVATION CODE:
A2EM2R

# Hello, DONALDDR !

Thank you for chosing copa.com to plan your trip. Please read your itinerary and purchase details carefully.

> ℹ️ You will receive your electronic ticket once your purchase has been processed. This process may take up to 6 hours. If you are traveling within the next 12 hours, you will receive your confirmation email within the next 3 hours.

Reservation Code:

A2EM2R

State:

Issuing Ticket

**Manage your booking**

# Itinerary details

| Sun, 19 Mar, 2023 | | CM 142 | | OPERATED BY |
|---|---|---|---|---|
| 11:54 AM | ✈ | 3:40 PM | | Copa Airlines |
| Panama | (2 hr 46 mn) | San Juan | | FARE FAMILY |
| | | | | Economy Classic(O) |

| Thu, 23 Mar, 2023 | | CM 451 | OPERATED BY |
|---|---|---|---|

Thu, 23 Mar, 2023

**6:04 AM** ✈ (3 hr 10 mn) **8:14 AM**

San Juan      Panama

CM 451

**OPERATED BY**
Copa Airlines

**FARE FAMILY**
Economy Classic(W)

---

## Passengers in this reservation

**DONALDDR GOSSELIN**

Silver Member

# 233164538

**Seats**

No assigned seat

## Travel options

Upgrade your travel experience with these options.





**Rent a car**

Different options to enjoy our destinations to the fullest.

Book now ›

**Book a hotel**

Find the perfect accomodation for your trip.

Find hotels ›

## Payment details

**AIRFARE**

1 Adult                                                                    740.00 USD

---

Subtotal                                                                  740.00 USD

Taxes and fees                                                            133.75 USD

---

# Total                                              873.75 USD

 We have charged this amount successfully

Charges may apply for additional, overweight or oversized bags, as well as for certain articles. Check your baggage policy in one of the following links:

Check our baggage policy for flights operated by Copa Airlines.

Check the baggage policy for flights operated by partner airlines.

# Important information

Migratory requirements: Check relevant information in copa.com. We recomend confirming this information with the relevant embassy or consulate.

Travel policies.

Terms and conditions of this contract.



Download the Copa Airlines App

Keep track of your upcoming trips and access useful features at the right time, such as Check-In, boarding pass, upgrade list, and entertainment*.

 

*The inflight entertainment only applies to flights that have the Copa Showpass system.

If you wish to modify your ConnectMiles information or seats, or choose special foods and services, visit My Trips.

My Trips.

For questions or changes to your reservation, call our Reservation Center.

This message has been sent to the address provided to Copa Airlines to inform you about your trip details.

Please do not reply to this email. To get help, contact our Reservation Center

Check our privacy policy

A STAR ALLIANCE MEMBER  ™



# IHG REWARDS

Manage your account online:
www.chase.com/ihgrewards

Customer Service:
1-800-698-0120

Mobile: Download the
Chase Mobile® app today







**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00 and your APR's will be subject to increase to a maximum Penalty APR of 29.99%.

points at gas stations, grocery stores and restaurants. Earn 1 point per $1 spent on all other purchases.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:



You will pay off the balance shown on this statement in about...

And you will end up paying an estimated total of...







If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

**Account Number:** ✕✕✕✕✕✕✕✕✕✕✕

| | |
|---|---|
| ✕✕✕✕✕✕✕✕ | ✕✕✕✕✕✕✕ |
| Payment, Credits | ✕✕✕✕✕✕✕ |
| Purchases | ✕✕✕✕✕✕ |
| Cash Advances | ✕✕✕✕✕ |
| Balance Transfers | ✕✕✕✕✕ |
| Fees Charged | ✕✕✕✕✕ |
| Interest Charged | ✕✕✕✕✕✕ |
| **New Balance** | ✕✕✕✕✕✕ |
| Opening/Closing Date | ✕✕✕✕✕✕✕✕✕ |
| Credit Access Line | ✕✕✕✕✕✕ |
| Available Credit | ✕✕✕✕✕✕ |
| Cash Access Line | ✕✕✕✕✕ |
| Available for Cash | ✕✕✕✕✕ |
| **Past Due Amount** | ✕✕✕✕✕ |
| **Balance over the Credit Access Line** | ✕✕✕✕ |

## YOUR ACCOUNT MESSAGES

Transactions designated with an & have been transferred from lost / stolen account.





# IHG® REWARDS



P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

**Make your payment at chase.com/paycard**

**Payment Due Date:**
**New Balance:**
**Minimum Payment Due:**

Account number: ✕✕✕✕✕✕✕✕✕✕✕

$ _____ . _____ Amount Enclosed
Make/Mail to Chase Card Services at the address below:

20857 BEX 9 10223 C
DONALD S GOSSELIN

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC 28201-1423

# To contact us regarding your account:



**Call Customer Service:**
In U.S.          1-800-698-0120
Spanish        1-888-446-3308
Pay by phone 1-800-436-7958
International   1-302-594-8200
We accept operator relay calls



**Send Inquiries to:**
P.O. Box 15298
Wilmington, DE 19850-5298



**Mail Payments to:**
P.O. Box 1423
Charlotte, NC 28201-1423

**Visit Our Website:**
www.chase.com/cardhelp

## Information About Your Account

**Making Your Payments:** The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**To Service And Manage Any Of Your Account(s):** By providing my mobile phone number, I am giving permission to be contacted at that number about all of my accounts by JPMorgan Chase and companies working on its behalf. My consent allows the use of text messages, artificial or prerecorded voice messages and automatic dialing technology for informational and account servicing, but not for sales or telemarketing. Message and data rates may apply.

**Authorization To Convert Your Check To An Electronic Funds Transfer Debit:** When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:** If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases, balance transfers, cash advances or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer,

cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction – for new purchases, balance transfers, overdraft advances, cash advances, or My Chase Loans;

2. the date the payee deposits the check – for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose – for fees

**How To Avoid Paying Interest On Purchases:** Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:** If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:** If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.



MA05042021

To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.

# I H G REWARDS



1-800-698-0120

## ACCOUNT ACTIVITY

Date of
Transaction

███████████████████████████████     ███████

### PAYMENTS AND OTHER CREDITS

04/07          & Payment Thank You - Bill Pay Service          ███████

### PURCHASE

| | | |
|---|---|---|
| ███████████████████████████ | | ███████ |
| █████████████████████████ | | ████ |
| █████████████████████ | | ███ |
| ███████████████████████████ | | ████ |
| ████████████████████ | | ████ |
| ████████████████████████ | | ███ |

03/16          COPA          02302181301417 COPAAIR.COM FL          873.75
          032323 1 O          PTY     SJU
          2  W          SJU     PTY

| | | |
|---|---|---|
| ███████████████████████ | | ████ |
| ██████████████████████████ | | ████ |
| ██████████████████████████ | | ████ |
| █████████████████████████ | | ████ |
| ███████████████████████████ | | ████ |
| ██████████████████ | | ████ |
| █████████████████████████ | | ██████ |
| █████████████████████████ | | ████ |
| █████████████████████████ | | ████ |
| █████████████████████████ | | ████ |
| ███████████████████████████ | | ████ |
| █████████████████████████ | | ████ |
| █████████████████████████ | | ████ |
| ██████████████████ | | ████ |
| ██████████████████████████ | | ████ |
| ██████████████████ | | ████ |
| ██████████████████████████ | | ████ |
| █████████████████████████ | | ██████ |
| ███████████████████████████ | | ████ |
| █████████████████████████ | | ████ |
| █████████████████████████ | | ██████ |
| ████████████████████ | | ████ |

**2023  Totals Year-to-Date**



Year-to-date totals do not reflect any fee or interest refunds
you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 19.99%(v)(d) | - 0 - | - 0 - |
| **CASH ADVANCES** | | | |
| Cash Advances | 29.74%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS** | | | |
| Balance Transfer | 19.99%(v)(d) | - 0 - | - 0 - |

**31 Days in Billing Period**

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.



 | A STAR ALLIANCE MEMBER

## ELECTRONIC TICKET FOR  DONALDDR GOSSELIN

20 Mar 2023

Order ID
**A2EM2R**



Thank you for choosing Copa Airlines for your travel plans. Please read these important details about your reservation and itinerary.

## PASSENGER DETAILS

| Name | Frequent Flyer # | Star Alliance Status | Ticket Number |
|------|------------------|----------------------|---------------|
| DONALDDR GOSSELIN | 233164538CM | Silver | 2302181339613 |

## FLIGHT ITINERARY:

**SAN JUAN(SJU) - PANAMA CITY(PTY) - Flight Number - CM0451 - Economy Class**

| ✈ Departure | 🛬 Arrival | Flight Details |
|-------------|-----------|----------------|
| Wednesday March 22, 2023 | Wednesday March 22, 2023 | Flight Duration:3h 10m |
| 6:04 AM | 8:14 AM | Aircraft:73P |
| SAN JUAN(SJU) | PANAMA CITY(PTY) | Flight Operated by: CopaAirlines |
| | | Seats Reserved: Yes - Reserve or Change Seats |

AIR TRANSPORTATION CHARGES

| Description | Rate |
|-------------|------|
| Ticket Fare DONALDDR GOSSELIN | 944.00 USD |
| PA | 7.20 |
| AY | 5.60 |
| YC | 6.52 |
| XY | 7.00 |
| XA | 3.83 |
| AH | 2.50 |
| F3 | 12.00 |

| | |
|---|---|
| FZ | 40.00 |
| PA | 58.95 |
| XF | 4.50 |
| Total | 211.20 USD |

To know more about fare family details click here Copa.com

**Fare Difference**

### PAYMENT METHOD:

Credit Card

VIXXXXXXXXXXXX8390          USD 211.20
Expiry Date:          0326
Authorization Code:          075976

A non-refundable administrative fee will be charged per-person and added to the total ticket price upon purchase of your tickets at our Sales Offices, Airports and Reservations Centers. The fee doesnt apply for purchases made in Mexico. In some countries local taxes may apply to the fee. For more information about this administrative fee, please click here

It is the passenger's responsibility to ensure to obtain and comply with the travel requirements established by the authorities of the place of origin, transit and destination.Before boarding, Copa Airlines will verify that the passenger has the necessary immigration or health requirements for the place of origin and destination. Any passenger who provides false or misleading information regarding such requirements will be responsible for any expenses incurred or fines imposed on the airline for this reason.

Please review your baggage policy for information about your baggage allowance.

**Travel policies**
**Terms and Conditions of this contract**
 **Contribute to environmental sustainability**

 **Need help?**
For inquiries about reservations, charges, status of your flight and more, please visit Copa.com

Follow Us on  Social Media:
  

This automated email has been sent to ATTYGOSSELIN@GMAIL.COM  in order to provide you with  information about your trip. Please do not reply to this email  using  the 'Reply' button. For assistance,  please contact our Reservation Center. View our Privacy Policy.

 

## PRODUCTS AND SERVICES RECEIPT FOR  DONALDDR GOSSELIN

| OrderId | IssueDate | DocumentNumber |
|---|---|---|
| **A2EM2R** | 21st March 2023 | 230 0019 987 881 |

## PASSENGER DETAILS

| Name | Frequent Flyer # | Star Alliance Status |
|---|---|---|
| DONALDDR GOSSELIN | 233164538CM | Silver |

## PRODUCT AND SERVICE DETAILS - Electronic Miscellaneous Document Information

In connection with: 2302181301417

| Product/ Service | Date |
|---|---|
| DOCUMENT AMENDMENT FEE (1) | |

## ENDORSEMENT/RESTRICTIONS:

The following conditions apply for Travel certificate:

Valid for tickets operated by Copa Airlines

Not valid for taxes

Valid 1 year after issuance

Non refundable

Non transferable

Valued in local currency at the exchange rate of the issue date.

**Payment Details**   **Change Fee**



| Currency Used | Amount | Tax amount(Value Added Tax) |
|---|---|---|
| USD | 75.00 | USD 5.30 |

**PAYMENT METHOD:**

| Credit Card | VIXXXXXXXXXXXX8390 | USD 80.30 |
|---|---|---|
| | Expiry Date: | 0326 |
| | Authorization Code: | 075976 |



**Need help?**
For inquiries about reservations, charges, status of your flight
and more, please visit Copa.com

**Follow Us on  Social Media:**



This automated email has been sent to ATTYGOSSELIN@GMAIL.COM in order to provide you with  information about your trip.
Please do not reply to this email  using  the 'Reply' button. For assistance, please contact our  Reservation Center.
View our Privacy Policy.

# SHERATON
## Puerto Rico Hotel & Casino

## INFORMATION INVOICE

| | |
|---|---|
| ROOM | 0735 |
| ROOM TYPE | KIAC |
| NO. OF GUESTS | 1 |
| RATE | 195 |
| CLERK | JCSAN264 |
| DATE | 04/01/23 |
| PAGE No. | 1 of 2 |
| REWARDS # | 839932555 |

Dr Donald Gosselin
12 Naomi St
Sebago ME 04029
United States

ARRIVE  03/19/23          TIME  04:27      DEPART  03/22/23          TIME  02:25      FOLIO#  3949351

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| 03/19/23 | Room Charge | | 195.00 |
| 03/19/23 | Destination Fee $35 Flat | | 35.00 |
| 03/19/23 | Room Occupancy Tax | | 25.30 |
| 03/20/23 | Tips - Restaurant | Room# 0735 : CHECK# 1167512 | 2.00 |
| 03/20/23 | Room Charge | | 195.00 |
| 03/20/23 | Destination Fee $35 Flat | | 35.00 |
| 03/20/23 | Room Occupancy Tax | | 25.30 |
| 03/21/23 | Choices Rest. Food - Breakfast | Room# 0735 : CHECK# 1160014 | 1.00 |
| 03/21/23 | Tips - Restaurant | Room# 0735 : CHECK# 1160014 | 4.00 |
| 03/21/23 | Brkfst Choices 1% Tax | Room# 0735 : CHECK# 1160014 | 0.01 |
| 03/21/23 | Brkfst Choices Reduced Tax 6% | Room# 0735 : CHECK# 1160014 | 0.06 |
| 03/21/23 | Room Charge | | 195.00 |
| 03/21/23 | Destination Fee $35 Flat | | 35.00 |
| 03/21/23 | Room Occupancy Tax | | 25.30 |
| 03/22/23 | Mastercard | | -772.97 |
| | XXXXXXXXXXXX4253 | XX/XX | |

For billing questions or concerns, please let us know at SheratonPR.Folio@sheraton.com



**SHERATON**
Puerto Rico Hotel & Casino

## INFORMATION INVOICE

| | |
|---|---|
| ROOM | 0735 |
| ROOM TYPE | KIAC |
| NO. OF GUESTS | 1 |
| RATE | 195 |
| CLERK | JCSAN264 |
| DATE | 04/01/23 |
| PAGE No. | 2 of 2 |
| REWARDS # | 839932555 |

Dr Donald Gosselin
12 Naomi St
Sebago ME 04029
United States

ARRIVE 03/19/23          TIME 04:27          DEPART 03/22/23          TIME 02:25          FOLIO# 3949351

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| | | Balance          USD | 0.00 |

For billing questions or concerns, please let us know at SheratonPR.Folio@sheraton.com

**From:** **Uber Receipts** noreply@uber.com 
**Subject:** [Business] Your Tuesday morning trip with Uber
**Date:** March 22, 2023 at 03:23
**To:** gosselin.intl@gmail.com

UR

# Uber

Total **$12.95**
March 21, 2023

# Thanks for tipping, Donnie

Here's your updated Tuesday morning ride receipt.



# Total                               $12.95

Trip fare                                            $11.41

**Subtotal**                                      **$11.41**

Booking Fee ❓                                      $0.54

Tips                                                  $1.00

**Payments**

 **American Express ••••2001**                $11.95
3/21/23 6:34 PM

**American Express ····2001**                                    $1.00

3/22/23 4:22 AM

**Switch Payment Method**

**Download PDF**

# You rode with Eduardo

**4.99** ★ Rating                    Has passed a multi-step safety screen

When you ride with Uber, your trips are insured in case of a covered accident.

**Learn more ❯**

UberX      3.91 miles | 9 min

■    **7:47 AM**

Sheraton Puerto Rico Hotel & Casino, San Juan, PR 00907, US

**7:57 AM**

601 Ave Franklin Delano Roosevelt, San Juan, PR 00936, US





**Report lost item** ❯            **Contact support** ❯

**My trips** ❯

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158

**From:** **Uber Receipts** noreply@uber.com 
**Subject:** [Business] Your Wednesday morning trip with Uber
**Date:** March 22, 2023 at 08:31
**To:** gosselin.intl@gmail.com

# Uber

Total **$12.91**
March 22, 2023

# Thanks for tipping, Donnie

Here's your updated Wednesday morning ride receipt.



# Total                    # $12.91

Trip fare                                        $10.21

**Subtotal**                                     **$10.21**

Booking Fee ❓                                    $0.70

Tips                                             $2.00

**Payments**

 **American Express ••••2001**            $12.91
3/22/23 9:31 AM

**Switch Payment Method**

**Download PDF**

# You rode with LUIS

**4.99** ★ Rating                    👤✓ Has passed a multi-step safety screen

When you ride with Uber, your trips are insured in case of a covered accident.

**Learn more ›**

UberX        6.65 miles | 12 min

■    **4:36 AM**

Sheraton Puerto Rico Hotel & Casino, San Juan, PR 00907, US

↓    **4:48 AM**

Av Aeropuerto, Carolina, PR 00937, US





**Report lost item** ›          **Contact support** ›

**My trips** ›

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158

**From:** **Uber Receipts** noreply@uber.com 
**Subject:** [Business] Your Wednesday morning trip with Uber
**Date:** March 23, 2023 at 09:23
**To:** gosselin.intl@gmail.com

# Uber

Total **$25.82**
March 22, 2023

# Thanks for giving an extra, Donnie

Here's your updated Wednesday morning ride receipt.



# Total                                $25.82

| | |
|---|---|
| Trip fare | $16.34 |
| **Subtotal** | **$16.34** |
| CS - Atlapa Sur a Norte ❓ | $1.40 |
| CS Transit Ciudad Radial - Este a Oeste ❓ | $1.25 |
| Booking Fee ❓ | $0.83 |
| Airport Surcharge | $4.00 |
| Tips | $2.00 |

## Payments

| | | |
|---|---|---|
| **American Express ••••2001** 3/22/23 7:22 PM | | $23.82 |
| **American Express ••••2001** 3/23/23 9:23 AM | | $2.00 |

<u>Visit the trip page</u> for more information, including invoices (where available)

**Switch Payment Method**

**Download PDF**

# You rode with Oscar

**4.98** ★ Rating



All your trips are insured by ASSA.

**Learn more ›**

UberX     23.02 kilometers | 30 min

■     **8:25 AM**
        Solo Buses Linea B 6,
        Panamá, Panama

↓     **8:56 AM**

Av Balboa y Calle 31 Este.,

PH Element Tower, Av. Vasco

Nuñez de Balboa, Panamá,

Panama



Report lost item  ❯          Contact support  ❯

My trips  ❯

Forgot password

Privacy

Terms

Uber B.V.
Mr. Treublaan 7
1097 DP Amsterdam

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

**From:** **Uber Receipts** noreply@uber.com 
**Subject:** [Business] Your Sunday morning trip with Uber
**Date:** March 19, 2023 at 10:12
**To:** gosselin.intl@gmail.com

UR

# Uber

Total **$21.17**
March 19, 2023

# Thanks for giving an extra, Donnie

Here's your updated Sunday morning ride receipt.



# Total                    $21.17

Trip fare                                           $11.68

**Subtotal**                                        **$11.68**

CS - Atlapa Norte a Sur ❓                            $1.40

CS Transit Ciudad Radial - Oeste a Este ❓            $1.25

Booking Fee ❓                                        $0.84

Airport Surcharge                                    $4.00

Tips                                                 $2.00

## Payments

 **American Express ••••2001**    $19.17
3/19/23 9:23 AM

 **American Express ••••2001**    $2.00
3/19/23 10:12 AM

**A temporary hold of $19.17 was placed on your payment method •••• 2001. This is not a charge and will be removed. It should disappear from your bank statement shortly.** Learn More

Visit the trip page for more information, including invoices (where available)

**Switch Payment Method**

**Download PDF**

# You rode with DIENER

**4.96** ★ Rating



All your trips are insured by ASSA.

**Learn more ›**

UberX    23.11 kilometers | 24 min

■   **8:58 AM**

Av Balboa y Calle 31 Este.,
PH Element Tower, Av. Vasco

FH Element Tower, Av. Vasco

Nuñez de Balboa, Panamá,

Panama

**9:22 AM**

Av. Domingo Díaz, Panamá,

Panama



Report lost item ❯          Contact support ❯

My trips ❯

Forgot password

Privacy

Terms

Uber B.V.
Mr. Treublaan 7
1097 DP Amsterdam

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.



FPMPR TRAVEL EXPENSE NOTE:

**Donnie Gosselin Travel Expense Invoice Note:**

**Date: April 1, 2023**

**Notes:**

Please note:

   Travel Expenses:

- Airfare: He include the charges for changing the ticket of $211.20 and $80.30. The changes were approved by the Monitor and represented savings in hotel and per diem to the office.