**INVOICE 0097-EXPENSE FOR EXPENSES; MAR 19, 2023, THROUGH MAR 22, 2023**
**RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC**

TO:   Federal Monitor
      Puerto Rico Police Department Consent Decree

This invoice for Expenses pertains to on-site monitoring and collaboration provided by Crystal Reef LLC (IT Monitor) in March 2023. Specifics are contained between pages here 2 and 9.

*[signature]*   4/1/23

1



# Office of the TCA - Travel Reimbursement Form

**Traveler Name:** Scott Cragg
**Travel Dates:** Mar 19-22 2023
**Purpose of Travel:** On-Site Monitoring

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 344.40 | 1 | $ 344.40 |
| Bags/Airport Shuttle tips-no receipt |  | 2 | $ - |
| Ground Transportation (Tolls) |  | 6 | $ 7.94 |
| Ground Transportation (Parking) | $ 19.00 | 4 | $ 76.00 |
| Ground Transportation (Mileage) | $ 0.655 | 194.4 | $ 127.33 |
| Lodging | $ 182.90 | 3 | $ 548.70 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 2 | $ 230.00 |
| Other: |  | 0 | $ - |
| Total |  |  | $ 1,506.87 |

**Subject:** JetBlue booking confirmation for SCOTT P CRAGG - WNCWNT
**Date:** Tuesday, February 21, 2023 at 12:34:54 AM Eastern Standard Time
**From:** JetBlue Reservations
**To:** spcragg@verizon.net

Check out the details for your trip on Sun, Mar 19



| #3363415311

## You're all set to jet.

And, your continued loyalty is what keeps us flying high. Thanks again for being a Mosaic member.

Please note: This is not your boarding pass.

**Your JetBlue confirmation code is**     **WNCWNT**

Get the latest entry and travel requirements for your trip.

### Change made easy.

Switch or cancel flights, add extras like Even More Space or pets, update your seat assignment, TrueBlue & KTN numbers, and other traveler details—all in one place. Stay safe from fraud—use only **jetblue.com** or the JetBlue app to switch or cancel your flights.



Manage trip

You can also manage your trips by **downloading our free mobile app**.

## Flights

| | | | |
|---|---|---|---|
| **MCO** → **SJU** | | Date | Sun, Mar 19 |
| Orlando, FL   San Juan, PR | | Departs | 4:17pm |
| **Terminal:** C | | Arrives | 7:05pm |
| | | Flight | 1133 |

**jetBlue**

| | | | |
|---|---|---|---|
| **SJU** → **MCO** | | Date | Wed, Mar 22 |
| San Juan, PR   Orlando, FL | | Departs | 7:51pm |
| **Terminal:** A | | Arrives | 11:01pm |
| | | Flight | 1134 |

**jetBlue**

**If your booking was made at least 7 days in advance:** You may cancel it within 24 hours for a full refund to your original form of payment, without a cancellation fee.

**JetBlue Change/Cancel Policy:** There is no fee to change (or cancel) Blue, Blue Extra, Blue Plus or Mint fares. Blue Basic fares booked Jun 8 2021 - Aug 24 2021 and after Nov 1 2021 are subject to a change/cancel fee of $100 for travel wholly within the U.S., Caribbean, Mexico or Central America, or $200 for all other routes. There are no change/cancel fees for Blue Basic fares booked before Jun 8 2021 or between Aug 25 2021 - Oct 31 2021.

Fare difference may apply and funds may be issued as a JetBlue Travel Bank credit, valid for 12 months on any JetBlue-operated flight. As a Mosaic, same-day switches may be made without a fee or fare difference. **Click here** for details on our change and cancel policies.

## Traveler Details

**SCOTT P CRAGG**   **Frequent Flier:** B6 3363415311

**Ticket number:** 2792116032701

**MCO - SJU:**

**Fare:** Blue

**Seat:** 5C

**Notes:** Even More Space

**SJU - MCO:**

**Fare:** Blue

**Seat:** 2C

**Notes:** Even More Space

## Bag Allowance (per traveler)

| Sun, Mar 19 | Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|---|
| MCO - SJU | Free | Free | Free Mosaic Perk | Free Mosaic Perk |

| Wed, Mar 22 | Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|---|
| SJU - MCO | Free | Free | Free Mosaic Perk | Free Mosaic Perk |

**Size and weight limits apply. See full details on our Bag Info page ▶**

Free checked bag benefit for Mosaic members applies to JetBlue-operated and eligible American Airlines-operated flights only, and no other codeshare or partner airline flights.

Additional charges may apply.

## Payment Details

Visa XXXXXXXXXXXX6833

| | |
|---|---|
| NONREF | $282.00 |
| Taxes & fees | $62.40 |
| **Total:** | **$344.40 USD** |

Purchase Date: Feb 20, 2023



# E-ZPass Virginia: Transaction History

Account Number: 236166  From: 3/13/2023  To: 4/12/2023

| Date Posted | Transaction | Receipt | Transponder / Plate | Agency | Entry Plaza | Exit Plaza | Entry Date and Time | Exit Date and Time | Plaza Facility | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/15/2023 | IAG TOLL INCOMING TRANSACTIONS | | 3962254 | CFX | | 392 | | 3/14/2023 12:36 AM | | -1.23 | 44.17 |
| 3/17/2023 | IAG TOLL INCOMING TRANSACTIONS | | 3962254 | FTE | | J47 | | 3/7/2023 12:45 PM | | -2.13 | 42.04 |
| 3/20/2023 | IAG TOLL INCOMING TRANSACTIONS | | 3962254 | CFX | | 301 | | 3/19/2023 2:51 PM | | -0.92 | 41.12 |
| 3/20/2023 | IAG TOLL INCOMING TRANSACTIONS | | 3962254 | CFX | | 328 | | 3/19/2023 2:57 PM | | -0.92 | 40.20 |
| 3/20/2023 | IAG TOLL INCOMING TRANSACTIONS | | 3962254 | FTE | | J47 | | 3/19/2023 2:41 PM | | -2.13 | 38.07 |
| 3/23/2023 | IAG TOLL INCOMING TRANSACTIONS | | 3962254 | FTE | | J47 | | 3/23/2023 12:38 AM | | -2.13 | 35.94 |
| 3/24/2023 | IAG TOLL INCOMING TRANSACTIONS | | 3962254 | CFX | | 328 | | 3/23/2023 12:22 AM | | -0.92 | 35.02 |
| 3/24/2023 | IAG TOLL INCOMING TRANSACTIONS | | 3962254 | CFX | | 301 | | 3/23/2023 12:28 AM | | -0.92 | 34.10 |

Tolls 7.94

```
                    DUPLICATE

               Orlando Intl Airport
                1 Jeff Fuqua Blvd
                USA-32827 Orlando

           MPS 392       03/23/23 00:06
           Receipt 060124

           Short-term Parking Tkt
           GARC - No. 078136
           03/19/23 15:07
           03/23/23 00:06
           Period 3d9h0'
           (Ust.)                    $76.00

           Sub Total                 $76.00
           Ust.                       $0.00
                                  ----------
           Total                     $76.00

           Payment Received
           AID           A0000000031010
           APP LABEL        VISA CREDIT
           CARD          *************6833
           AUTHORIZATION          01029D
           TOTAL                USD$76.00

                    APPROVED
```

Parking $76⁰⁰



**Google Maps** — 219 South Riverwalk Drive, Palm Coast, FL to MCO - Parking C — Drive 97.2 miles, 1 hr 33 min

- 🚗 **via I-4 W and FL-417 Toll** — 1 hr 33 min, 97.2 miles
  Fastest route now due to traffic conditions
  ⚠ This route has tolls.
  ⚠ This route has restricted usage or private roads.

- 🚗 **via FL-417 Toll S** — 1 hr 47 min, 93.5 miles

- 🚗 **via FL-11 S** — 2 hr 18 min, 118 miles

97.2 × 2 = 194.4 mi

Explore MCO - Parking C

Restaurants   Hotels   Gas stations   Parking Lots   More

**COURTYARD** Marriott

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Scott Cragg
13932 S Springs Dr
Clifton VA 20124
United States

Room: 0706
Room Type: EKNG
No. of Guests: 1
Rate: $ 155.00  Clerk: 1006

Marriott Rewards #   797225828

CRS Number  98498045

Name:

Arrive:  03-19-23        Time:  08:08 PM        Depart:  03-22-23        Folio Number:  722530

| Date | Description | Charges | Credits |
| --- | --- | --- | --- |
| 03-19-23 | Package | 155.00 | |
| 03-19-23 | Government Tax | 13.95 | |
| 03-19-23 | Hotel Fee 9% of Daily Rate | 13.95 | |
| 03-20-23 | Package | 155.00 | |
| 03-20-23 | Government Tax | 13.95 | |
| 03-20-23 | Hotel Fee 9% of Daily Rate | 13.95 | |
| 03-21-23 | COMEDOR- Guest Charge (Breakfast) | ~~4.00~~ | |
| 03-21-23 | Package | 155.00 | |
| 03-21-23 | Government Tax | 13.95 | |
| 03-21-23 | Hotel Fee 9% of Daily Rate | 13.95 | |
| 03-22-23 | COMEDOR- Guest Charge (Breakfast) | ~~4.00~~ | |
| 03-22-23 | Visa Card | | 556.70 |
| | Card # XXXXXXXXXXXX6833 | | |

Balance        0.00 USD

$ 548 70

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today. Start earning points and elite status, plus enjoy exclusive member offers. Enroll today at the front desk.



FPMPR TRAVEL EXPENSE NOTE:

**Rafael Ruiz and Scott Cragg Travel Expense Invoices Note:**

**Date: April 1, 2023**

**Notes:**

Please note:

Travel Expenses:
- The Even More Space Note in the Airfare receipt is a free benefit from the Airline as a Mosaic Status Perk.

  

# Free Even More® Space.

Starting 24 hours before departure (subject to availability). Just select any available Even More Space seat from the seat map when you check in online, on the app or at the airport kiosk.

**Special update for Mosaics until the new TrueBlue program launches:** Between 1/1/2023 and the day the new TrueBlue program launches, Mosaics will be able to select any available Even More Space seat for free at the time of booking. Not valid on Blue Basic fares. Then, once we transition to the new TrueBlue program, Mosaic 1 members will be able to select Even More Space for free beginning at check-in (pending availability) while Mosaic 2, Mosaic 3, and Mosaic 4 members will continue to be able to select Even More Space at booking for free (pending availability). TrueBlue points are no longer redeemable for Even More Space seats.[7]

In addition to all the Mosaic benefits you know and love on JetBlue-operated flights, you'll also enjoy:

jetblue.com