G&M Balli Services, LLC
5160 Royal Fern Circle
Tallahassee, Florida 32317

March 22 – April 21, 2023

INVOICE # 2023-04
ASSISTANT SPECIAL MASTER
APRIL 2023 INVOICE

Tasks Completed

| Hours | Description | Amounts |
|---|---|---|
| 26 | Drafted/reviewed/researched/translated numerous documents as needed; Discussed/edited documents related to orders of the Court, and the parties regarding recurring issues and OSM projects, to include Integrity Audits, Financial Audit/Memo, Implementation Plans, ESP/MLARS project, NIBRS and others. | $3,900 |
| 18 | Drafted, reviewed, and responded to texts, emails and other documents and communications with respective parties, the OSM and the Court. | $2,700 |
| 21 | Zoom meetings and/or conference calls. | $3,150 |
| 65.00 | | $9,750.00 |

Total Hours- 65                                            Total Wages Due -    $9,750.00

I hereby certify the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master.  I further certify I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

*Gilberto Balli*                *Alejandro del Carmen*           4/21/2023
Gilberto Balli                  S/Alejandro del Carmen