OFFICE OF THE FPMPR LLC.
B-5 Calle Tabonuco Suite 216 PMB 292
Guaynabo, Puerto Rico 00968

May 1, 2023

Professional services rendered by the members of the Office of the FPMPR LLC. For April 2023:

| NAME | AMOUNT | MONTH |
|---|---|---|
| John Romero | $17,916.66 | April 2023 |
| Spece | $ 3,065.92 | April 2023 |
| The & Group LLC (Javier González) | $ 6,360.48 | April 2023 |
| Altai Atlantic Consulting LLC (Dr. David Levy) | $ 9,900.00 | April 2023 |
| Denise Rodriguez | $15,833.33 | April 2023 |
| Viota & Associates CPA LLC | $ 1,214.75 | April 2023 |
| Donald S. Gosselin | $10,972.50 | April 2023 |
| Al Youngs | $ 9,900.00 | April 2023 |
| Rafael E. Ruiz | $12,911.25 | April 2023 |
| Scott Cragg | $ 9,900.00 | April 2023 |
| AB-AG LAW LLC | $11,925.00 | April 2023 |
| Rita J. Watkins | $ 9,360.00 | April 2023 |
| M Serrano LLC | $ 2,200.00 | April 2023 |
| Luis Hidalgo | $11,500.00 | April 2023 |
| Korber Group | $ 1,318.99 | April 2023 |
| Samantha Rhinerson | $ 2,800.00 | April 2023 |
| Claudia Cámara | $ 2,940.00 | April 2023 |
| Manuel Arroyo | $    250.00 | April 2023 |
| Hipolito Castro Jr | $ 8,100.00 | April 2023 |
| Stephanie Leon | $ 2,970.00 | April 2023 |
|  |  |  |
| **TOTAL:** | **$151,338.88** | April 2023 |