**Spece**
1225 Juan Ponce de Leon
San Juan, PR  00907
787-417-7300
info@spece.com
www.spece.com

Invoice  INV - 18166



| BILL TO | | | |
|---|---|---|---|
| Office of the FPMPR LLC | DATE<br>06/01/2023 | PLEASE PAY<br>$2,579.20 | DUE DATE<br>06/01/2023 |

| MEMBERSHIP | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Membership:Private Office**<br>Private Office Suite - Office 15, $2,300.00, Jun 1, 2023 - Jun 30, 2023 | 1 | 2,300.00 | 2,300.00T |
| **Other Fees:One-off Fees**<br>Telephone Service, $60.00, Jun 1, 2023 - Jun 30, 2023 | 1 | 60.00 | 60.00T |
| **Other Fees:One-off Fees**<br>Garage Parking, $120.00, Jun 1, 2023 - Jun 30, 2023 | 1 | 120.00 | 120.00T |

SUBTOTAL 2,480.00
TAX (4%) 99.20
TOTAL 2,579.20

TOTAL DUE    $2,579.20

THANK YOU.

ELEVATE YOUR BUSINESS

**Spece**
1225 Juan Ponce de Leon
San Juan, PR  00907
787-417-7300
info@spece.com
www.spece.com

**Invoice  INV - 18165**



| BILL TO | DATE | PLEASE PAY | DUE DATE |
|---|---|---|---|
| Office of the FPMPR LLC | 04/30/2023 | $486.72 | 04/30/2023 |

| MEMBERSHIP | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Event Rental:Conference Room**<br>Medium Conference Room, $24.00, 1 x $24.00 / hour (20% discount) - May 2, 2023 | 1 | 24.00 | 24.00T |
| **Event Rental:Conference Room**<br>Small Conference Room, $60.00, 3 x $20.00 / hour (20% discount) - May 2, 2023 | 3 | 20.00 | 60.00T |
| **Event Rental:Conference Room**<br>Medium Conference Room, $144.00, 1 x $96.00 / hour (20% discount), 2 x $24.00 / hour (20% discount) - May 3, 2023 | 1 | 144.00 | 144.00T |
| **Event Rental:Conference Room**<br>Medium Conference Room, $180.00, 1 x $180.00 / day (20% discount) - May 4, 2023 | 1 | 180.00 | 180.00T |
| **Event Rental:Conference Room**<br>Small Conference Room, $60.00, 3 x $20.00 / hour (20% discount) - May 4, 2023 | 3 | 20.00 | 60.00T |

SUBTOTAL 468.00
TAX (4%) 18.72
TOTAL 486.72

TOTAL DUE $486.72

THANK YOU.

ELEVATE YOUR BUSINESS