# THE & GROUP LLC.

Las Ramblas
71 Calle Montjuic
Guaynabo , PR 00969

## INVOICE

INVOICE NUMBER: 107
INVOICE DATE: APRIL 30, 2023

Federal Police Monitor

San Juan, PR

Invoice for Javier B Gonzalez Professional Services as Administrative Director

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| APR-01-23 | Administrative Director | Work with Team March Invoices and Office of the TCA Budget for fiscal year 2023-2024. Communications with the Monitor. | 5.00 | $125.00 | $625.00 |
| APR-03-23 | Administrative Director | Work with Team March Invoices, Communications with the Monitor and Team Members. | 3.50 | $125.00 | $437.50 |
| APR-04-23 | Administrative Director | Meeting with Citizens at office. Communications with the Monitor. | 1.50 | $125.00 | $187.50 |
| APR-05-23 | Administrative Director | Team March Invoices Follow Up. | 1.00 | $125.00 | $125.00 |
| APR-10-23 | Administrative Director | Biweekly Team Meeting, Team March Invoices follow up. | 2.50 | $125.00 | $312.50 |
| APR-11-23 | Administrative Director | Work with Team Professional Services March 2023 Invoices Final Review, Communications with the Monitor. | 3.00 | $125.00 | $375.00 |
| APR-12-23 | Administrative Director | Pick up February Team Check and deposit. Communications with the Monitor and Team members. | 2.00 | $125.00 | $250.00 |
| APR-14-23 | Administrative Director | Work with Final review of Team March Travel Expenses Invoices. Communications with Team Members. | 3.00 | $125.00 | $375.00 |
| APR-15-23 | Administrative Director | PRPB Community Meeting in San Juan (Sheraton Hotel). | 3.50 | $125.00 | $437.50 |
| APR-16-23 | Administrative Director | FPMPR OFFICE ADOBE ACCOUNT | | | $47.98 |
| APR-17-23 | Administrative Director | Finish review of Team March Travel Expenses Invoices. | 1.50 | $125.00 | $187.50 |
| APR-19-23 | Administrative Director | Coordination of Team Visit, Communications with the Monitor. | 1.00 | $125.00 | $125.00 |
| APR-20-23 | Administrative Director | Weekly Executive Team Meeting, Communications with Court clerk office and Team Members. Team Travel expense amendments. | 3.00 | $125.00 | $375.00 |
| APR-21-23 | Administrative Director | Communications with Team Members, Team March Travel Expenses Invoices follow up. | 1.50 | $125.00 | $187.50 |

INVOICE NUMBER: 107

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| APR-22-23 | Administrative Director | Participate in the PRPB Athletic league activity in San Juan. | 3.00 | $125.00 | $375.00 |
| APR-24-23 | Administrative Director | Communications with Clerk Office, Work with Team travel Expense Invoices, Coordination of Team visit. | 3.50 | $125.00 | $437.50 |
| APR-25-23 | Administrative Director | Communications with the Monitor and Team Members, Coordination of Team. Visit, Follow up on Monday January 1st PRPB Operational Plans (Communications with Coronel Caceres, Rivera and Trinidad). | 3.00 | $125.00 | $375.00 |
| APR-26-23 | Administrative Director | Various communications with the Monitor regarding May 1st events. Communications with Team Members, Community Meeting Follow Up, Coordination of Team Visit. | 2.50 | $125.00 | $312.50 |
| APR-27-23 | Administrative Director | 253 Meeting, Executive Team Weekly Meeting, Coordination of Team Visit. | 1.50 | $125.00 | $187.50 |
| APR-28-23 | Administrative Director | Coordination of Team Visit, Ipsos Proposal Review and follow up, Communications with Team Members. | 2.50 | $125.00 | $312.50 |
| APR-30-23 | Administrative Director | Work with Team April Invoices | 2.50 | $125.00 | $312.50 |
| APR-30-23 | Administrative Director | I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0.00 | $125.00 | $0.00 |
| | | Total amount of this invoice | | | $6,360.48 |

MESSAGE

Javier B Gonzalez, April 30, 2023

# Transaction Details
Card Ending - 11003

Merchandise & Supplies - Mail Order

## ADOBE WEBSALES 800-833-6687

# $47.98

Apr 16, 2023

On your statement as ADOBE ACROPRO SUBS ASAN JOSE CA

**$0.48 Reward Dollars**



## Transaction Details



ADOBE WEBSALES 800-833-6687

801 N 34TH ST
SEATTLE
WA
98103
UNITED STATES