

# Invoice

**Altai Atlantic Consulting LLC**
828 Snowden Hallowell Way, Alexandria VA 22314

**Date:** 04/30/23
**Invoice #:** 01-040

**To:** Office of the Federal Police Monitor of Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
Tel. 787-417-9098

| Fee Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|
| **Total Fees Payable For Services Rendered by Dr. David Levy** | 60.0 | 165 | **$9,900.00** |

### Work Performed in the Continental United States

| Date | Activity Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 4/1/23 | Updating master data request and producint CMR-9 request 1.1 | 7.5 | 165 | $1,237.50 |
| 4/2/23 | Creating Box.com folders for all CMR-9 data uploads | 3.5 | 165 | $577.50 |
| 4/2/23 | CMR-8 3.2 data request | 4.0 | 165 | $660.00 |
| 4/3/23 | Biweekly call - FPM & PRPB : Document Production | 0.5 | 165 | $82.50 |
| 4/6/23 | Communication with monitors re: CMR-8 3.2 data request | 3.0 | 165 | $495.00 |
| 4/8/23 | CMR-8 3.2 data request | 6.0 | 165 | $990.00 |
| 4/9/23 | Maintenance of sample tracker | 1.0 | 165 | $165.00 |
| 4/9/23 | Review of CMR-8 Supervision section | 2.0 | 165 | $330.00 |
| 4/10/23 | Biweekly monitor team call & follow-up with Monitor Youngs | 1.0 | 165 | $165.00 |
| 4/11/23 | Communication with monitors re: CMR-8 3.2 and CMR-9 1.1 data requests | 1.0 | 165 | $165.00 |
| 4/12/23 | Communication with monitors re: CMR-8 3.2 and CMR-9 1.1 data requests | 1.0 | 165 | $165.00 |
| 4/13/23 | Review of CMR-8 recruitment section and other data | 1.5 | 165 | $247.50 |
| 4/15/23 | Revisions to master data request and misc. communication | 3.5 | 165 | $577.50 |
| 4/15/23 | CMR-9 1.2 data request and interview request | 2.0 | 165 | $330.00 |
| 4/16/23 | Updating translations to master data request | 1.0 | 165 | $165.00 |
| 4/17/23 | Communication with montitors Romero & Watkins re: box revisions re data | 2.0 | 165 | $330.00 |
| 4/17/23 | Review of CMR-8 Supervision section | 1.0 | 165 | $165.00 |
| 4/18/23 | CMR-9 sworn/civilian personnel sample & misc. communication | 2.5 | 165 | $412.50 |
| 4/20/23 | Coordination with Chief Montitor Romero re: FIU sample | 1.5 | 165 | $247.50 |
| 4/20/23 | Coordination re: CMR-9 Interview samples | 1.5 | 165 | $247.50 |
| 4/21/23 | CMR-9 1.2 data request and interview request | 1.5 | 165 | $247.50 |
| 4/22/23 | Misc. CMR-8/9 data assistance | 1.0 | 165 | $165.00 |
| 4/23/23 | CMR-9 1.2 data request and interview request | 1.0 | 165 | $165.00 |
| 4/24/23 | Monthly call with Chief Montitor Romero | 1.0 | 165 | $165.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 4/29/23 | Call with Chief Montitor Romero to review CMR-8 findings | 1.0 | 165 | $165.00 |
| 4/29/23 | CMR-9 Data request 1.2 | 1.5 | 165 | $247.50 |
| 4/30/23 | CMR-9 Data request 1.3 | 5.5 | 165 | $907.50 |
| 4/30/23 | End of month administrative tasks | 0.5 | 165 | $82.50 |
| Total | | 60.0 | | $9,900.00 |

**Total Fee Payable**   $9,900.00

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

**Dr. David Levy**

04/30/23
**Date**