# INVOICE

| | | |
|---|---|---|
| **DATE** | **INVOICE NO** | **Denise Rodriguez** |
| 4/30/2023 | #031 | 3003 San Sebastian St. |
| | | Mission, TX 78572 |
| | | drodriguez_PRI@outlook.com |

**INVOICE TO**
Puerto Rico Chief Federal Monitor

**INVOICE PERIOD**
April 1-30, 2023

**DUTIES AND RESPONSIBILITIES**                                **TOTAL DUE $15,833.33**

- Conducted monthly one-on-one meetings with subject matter experts
- Coordinated and conducted weekly Monitoring Executive Team meetings
- Coordinated and conducted biweekly meetings with the Parties
- Reviewed and approved the review of several policies submitted to the Monitor's Office by PRPB as per Paragraph 229 of the Agreement
- Worked with the Administrative Director and the Research Analyst/Administrative Assistant to finalize the schedule for the May site visit
- Participated in various meetings with the Parties to discuss the PRPB Data Gap Analysis and IT Corrective Action Plan
- Provided comments on the initial drafts of the DV/SA Plan and Search and Seizure Plan.
- Coordinated and oversaw the submission and receipt of various data requests for CMR-8 and initial request for CMR-9
- Observed a PRPB meeting with the CICs to discuss the AHD public dashboards
- Worked with the PR to draft and finalize the CMR-9 timeline
- Participated in the April 253 Meeting with the Parties
- Participated in call with the parties to discuss various topics including the Reform Plan and the Search and Seizure Plan
- Reviewed initial drafts of CMR-8 from all sections
- Reviewed and provided comment on second drafts of CMR-8 from all sections
- Reviewed and finalized drafts of CMR-8 for training, supervision, community engagement, and IT
- Worked with Administrative Director to coordinate the proposal from IPSOS re conducting focus groups for 2023
- Worked with IPSOS to finalize and publish the final 2022 surveys
- Worked with team website personnel to publish IPSOS surveys on the FPMPR website
- Worked with administrative team to draft a community newsletter to release the IPSOS surveys

Flat Rate Total Wages*                                                               $15,833.33
- *No travel was conducted in April 2023*
**Total Due**                                                                            $ 15,833.33

*The total amount is a flat rate. The total monthly is $15,833.33 for an annualized amount of $190,000.00

_Denise Rdz_ (signature)

**Denise Rodriguez, Chief Deputy Monitor**                            April 30, 2023
                                                                                         **Date**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.