# VIOTA & ASSOCIATES CPA LLC

B5 CALLE TABONUCO, SUITE 216
PMB 292
GUAYNABO, PR 00968-3029

## Invoice

INVOICE NUMBER: 20201381
DATE: APRIL 30, 2023

PUERTO RICO POLICE REFORM

| DATE | PROJECT | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: CONSULTING FEES | | | |
| APR-09-23 | CONSULTING FEES | ANNUAL FEES PAID TO THE DEPARTMENT OF STATE | 1.00 | $150.00 | $150.00 |
| APR-13-23 | CONSULTING FEES | ACH Vendor payments for February Services | 1.00 | $125.00 | $125.00 |
| APR-14-23 | CONSULTING FEES | 2nd - ACH Vendor payments for February invoices<br>Professional Services withholding deposit | 0.50 | $125.00 | $62.50 |
| APR-20-23 | CONSULTING FEES | Descargando facturas al Dropbox, Facturas de Marzo en Excel | 1.75 | $125.00 | $218.75 |
| APR-24-23 | CONSULTING FEES | Entrar pagos de marzo y abril a Sage. Reconciliación 3/31/2023. Facturas en Sage 3/31/2023 | 4.00 | $125.00 | $500.00 |
| | | TOTAL: CONSULTING FEES | | | $1,056.25 |
| | | Total hours for this invoice | 7.25 | | |
| | | PREPARATION OF THE ANNUAL REPORT WITH PR DEPT OF STATE | | | $150.00 |
| | | Total before tax | | | $1,206.25 |
| | | PR SALES TAX (IVU) | | | $8.50 |
| | | Total amount of this invoice | | | $1,214.75 |

MESSAGE

6% Withholding on Profesional Services (Waiver Certificate Available Upon Request)