**Name:** Donald S. Gosselin, d/b/a Gosselin Int'l Associates, division of MBG North Corp #1173
**Invoice Date:** 4/29/23
**Invoice Peric** 1 APR 2023 - 29 APR 2023

| Date | Task(s) | Rate | Total Hou | Total Amount |
|---|---|---|---|---|
| 04/03/23 | Interview of TTE LLANOS and related comms with staff | $ 165.00 | 5 | $ 825.00 |
| 04/04/23 | Review SARP Investigations, comms with Denise | $ 165.00 | 3 | $ 495.00 |
| 04/05/23 | Review SARP Investigations as well as Proposed PRPB Policy c | $ 165.00 | 9 | $ 1,485.00 |
| 04/06/23 | Write findings, Review Investigations, Multiple comms with T | $ 165.00 | 4.25 | $ 701.25 |
| 04/08/23 | comms Emails and texts | $ 165.00 | 0.5 | $ 82.50 |
| 04/09/23 | Policy Review, comms with team | $ 165.00 | 4.25 | $ 701.25 |
| 04/10/23 | Telcon with Team, Analyze and Comment on Pending Policies | $ 165.00 | 4.5 | $ 742.50 |
| 04/11/23 | Case Reviews, report writing, | $ 165.00 | 1 | $ 165.00 |
| 04/12/23 | Case Reviews, report writing review transcript | $ 165.00 | 2.75 | $ 453.75 |
| 04/17/23 | Download data | $ 165.00 | 1 | $ 165.00 |
| 04/18/23 | Write findings, Review Investigations, comms with Team | $ 165.00 | 5.75 | $ 948.75 |
| 04/19/23 | Download data, data analysis, comms with Denise | $ 165.00 | 2.25 | $ 371.25 |
| 04/21/23 | Comms with team | $ 165.00 | 1.25 | $ 206.25 |
| 04/22/23 | Analyze data, write findings | $ 165.00 | 2.5 | $ 412.50 |
| 04/24/23 | Analyze data, write findings | $ 165.00 | 3 | $ 495.00 |
| 04/26/23 | Analyze data, write findings | $ 165.00 | 2 | $ 330.00 |
| 04/27/23 | Analyze data, write findings | $ 165.00 | 5.5 | $ 907.50 |
| 04/28/23 | Analyze data, write findings | $ 165.00 | 2.25 | $ 371.25 |
| 04/29/23 | Analyze data, write findings | $ 165.00 | 6.75 | $ 1,113.75 |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| **TOTAL Labor** | | | **66.50** | **$ 10,972.50** |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of

**Signature:** *DS Gosselin* <signature> **Date:** 4/29/23

**Commo and Coordination** consists of all writings and digital comms to/from Monitors, PRPB, USDOJ; Review compliance targets, document and data requests, logistics; scheduling, on-site planning & coordination, database development

**Data/Policy Analysis, Writing** Data concerns CMR-8, Draft/review data requests, review special case, reporting on interviews, due process for promo candidates

**Field Work:** Research conducted in situ (SJU)

**Review Investigations:** Page by page analysis of SARP Investigations conducted (Phase I and Adjudicated (Phase II)