**Al Youngs**
**5552 West Lakeridge Rd**
**Lakewood, CO 80227**

April 1 - April 30, 2023
Invoice No. 46
Member of Federal Monitor Team

| Date | Brief Description | Total Hours |
|---|---|---|
|  | Reviewed and responded to emails and conference calls for the month of April. |  |
| 4/1 4/3 4/5 4/6 4/9 4/11 4/13 4/17 4/20 4/24 4/26 4/27 4/29 | From Members of the Monitor Team. | 6.0 Hours |
| 4/1 4/3 4/9 4/10 4/12 4/15 4/19 4/20 4/21 4/24 | Several meetings and phone calls with Monitor and Deputy Monitor. | 3.0 Hours |
| 4/4 | Reviewed Paragraph 13, 2023 staffing plan emphasis on Patrol Operations and Recruitment | 2.0 Hours |
| 4/7 | Reviewed Supervisor training records, performance evaluations, disciplinary records, and SARP investigations. | 3.0 Hours |
| 4/9 | Reviewed 1st Recruit Data October to December | 4.0 Hours |

| Date | Description | Hours |
|---|---|---|
| 4/11 | Submitted CMR-8 Supervision and Management Report | 5.0 Hours |
| 4/12 | Submitted CMR-8 Recruitment, Hiring and Selection Report | 5.0 Hours |
| 4/13 | Review regulation for the Administration of Explosives | 3.0 Hours |
| 4/13 | Review Guide for Operational and Administration Inspections | 2.0 Hours |
| 4/14 | Review Manual for Operational and Administration Inspections | 3.0 Hours |
| 4/17 | Reviewed CMR-8 data request | 2.0 Hours |
| 4/19 | Additional review of personnel evaluations completed by Supervisiors of their subordinates, review pro media materials, re-reviewed OG310 (signed Policy) | 3.0 Hours |
| 4/22 | Reviewed protocol memorandum reference Command level promotions | 2.0 Hours |
| 4/23 | Reviewed FPM memorandum reference Command level promotions | 2.0 Hours |
| 4/23 | Reviewed 2nd Recruit class data January to March | 2.0 Hours |
| 4/25 | Reviewed Paragraph 154 to 156 for PRPB Audits, 1500 pages, 4 Audits | 5.0 Hours |
| 4/26 | Resubmitted CMR-8 Recruitment, Hiring and Selection Report with additional comments | 4.0 Hours |
| 4/27 | Resubmitted CMR-8 Supervision and Management Report with additional comments | 4.0 Hours |

**TOTAL HOURS:** 60.0

Billable Hours: 60 Hours at a Rate of $165.00 Per Hour = $9,900.00

**TOTAL:** $9,900.00

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_Alan C Young_
Signature

4/30/23
Date