# Rafael Ruiz Consulting

12 Crestshire Dr.
Lawrence, MA 01843

PHONE: 6177599156    stodgo1971@yahoo.com    12 Crestshire Dr.

## INVOICE

INVOICE NUMBER: 2023-04
INVOICE DATE: 4/30/2023

Federal Police Monitor for PR
VIG Tower, PH-924
1225 Ponce De Leon Ave.
San Juan, PR 00907

RAFAEL E. RUIZ CONSULTING

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: FPM work from Home | | | |
| 4/2/2023 | FPM work from Home | Work on Search and Seizure Action Plan Draft | 2.00 | $165.00 | $330.00 |
| 4/3/2023 | FPM work from Home | Review GO 600-637 and prep S&S non-compliant file for PRPB and Dep Monitor | 2.25 | $165.00 | $371.25 |
| 4/5/2023 | FPM work from Home | Review GO 400-412 | 3.25 | $165.00 | $536.25 |
| 4/6/2023 | FPM work from Home | FPM Zoom meeting w/USDOJ, Dep Monitor, re S&S Action Plan | 0.75 | $165.00 | $123.75 |
| 4/8/2023 | FPM work from Home | Work om CMR-08 Draft | 3.00 | $165.00 | $495.00 |
| 4/10/2023 | FPM work from Home | FPM Team Biweekly meeting | 0.75 | $165.00 | $123.75 |
| 4/21/2023 | FPM work from Home | Work om CMR-08 Draft | 4.50 | $165.00 | $742.50 |
| 4/22/2023 | FPM work from Home | Work om CMR-08 Draft | 7.00 | $165.00 | $1,155.00 |
| 4/24/2023 | FPM work from Home | Work om CMR-08 Draft | 7.50 | $165.00 | $1,237.50 |
| 4/25/2023 | FPM work from Home | Work om CMR-08 Draft | 8.00 | $165.00 | $1,320.00 |
| 4/26/2023 | FPM work from Home | Work om CMR-08 Draft | 8.00 | $165.00 | $1,320.00 |
| 4/27/2023 | FPM work from Home | Work om CMR-08 Draft | 7.50 | $165.00 | $1,237.50 |
| 4/28/2023 | FPM work from Home | Work om CMR-08 Draft | 8.00 | $165.00 | $1,320.00 |
| 4/29/2023 | FPM work from Home | Work om CMR-08 Draft | 7.75 | $165.00 | $1,278.75 |
| 4/30/2023 | FPM work from Home | Work om CMR-08 Draft | 8.00 | $165.00 | $1,320.00 |
| | | TOTAL: FPM work from Home | | | $12,911.25 |
| | | Total hours for this invoice | 78.25 | | |

INVOICE NUMBER: 2023-04

| INVOICE BALANCE INFORMATION | |
|---|---|
| Total amount of this invoice | $12,911.25 |
| Current invoice balance | $12,911.25 |

**AMOUNT DUE ON THIS INVOICE: $12,911.25**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of the hours worked in my capacity as a member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_Rafael E. Ruiz_
Rafael E. Ruiz

Date: April 30, 2023