**INVOICE 0098-LABOR FOR PROFESSIONAL SERVICES; APR 1, 2023, THROUGH APR 30, 2023 RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC**

TO:     Federal Monitor
        Puerto Rico Police Department Consent Decree

This invoice for professional services labor rendered by Crystal Reef LLC (Monitoring Core Team) for April 2023 is detailed here.

| Name: | Scott Cragg |
| --- | --- |
| Invoice Date: | 4/30/23 |
| Invoice Period: | Apr 1 - Apr 30, 2023 |

| Date | Task(s) | Rate | Total Hours | Total Amount |
| --- | --- | --- | --- | --- |
| 4/1/23 | Invoicing per Courts new process, Edits to the 3/31 Version of the Corrective Action Plan, Final reconciliation of edits from PRPB CIO and interim versions from DOJ and it's SME | $ 165.00 | 3.5 | $ 577.50 |
| 4/3/23 | Review and edit Version 1.01 of the IT Corrective Action Plan.  Make recommendations | $ 165.00 | 1.25 | $ 206.25 |
| 4/4/23 | Review GO 412, Review 253 notes, Draft CMR-8 and reconcile against other reports and inputs | $ 165.00 | 2.25 | $ 371.25 |
| 4/6/23 | review planning and logistics with Monitors Office, review with monitor Corrective Action Plan, Draft CMR-8 | $ 165.00 | 1.25 | $ 206.25 |
| 4/8/23 | Review General Order 412, review Initial Draft CMR-9 data requests for validity | $ 165.00 | 2.25 | $ 371.25 |
| 4/9/23 | Review recommendations from SARP Monitor, review PRPB note on AHD dashboards and comments from Public Engagement, Review of Ipsos survey data, prepare analytics briefing for monitoring team per deputy monitor request. | $ 165.00 | 3.5 | $ 577.50 |
| 4/10/23 | Monitors bi-weekly team mtg, logistics planning with DoJ for on-site with DoJ Expert for IT with the Commonwealth, review emails | $ 165.00 | 2 | $ 330.00 |
| 4/11/23 | Continue drafting CMR-8 | $ 165.00 | 3 | $ 495.00 |
| 4/12/23 | CMR-8 communication on versions, trip planning & Logistics, communication with DoJ on Corrective Action Plan coordination | $ 165.00 | 1.5 | $ 247.50 |
| 4/13/23 | Bi-Weekly review with AHD on Data status and Dashboards | $ 165.00 | 1 | $ 165.00 |
| 4/14/23 | Continue Draft of CMR-8 | $ 165.00 | 2.75 | $ 453.75 |
| 4/15/23 | Continue drafting of CMR-8 | $ 165.00 | 3.75 | $ 618.75 |

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 4/16/23 | Continue drafting CMR-8 | $ 165.00 | 2.75 | $ 453.75 |
| 4/17/23 | Finalize drafting of CMR-8, review and chart Data request 3 for Period 9 | $ 165.00 | 4.25 | $ 701.25 |
| 4/19/23 | Review AHD drafted RMS RFI, travel logistics | $ 165.00 | 3.75 | $ 618.75 |
| 4/20/23 | CMR-8 edit review from Monitor | $ 165.00 | 2.25 | $ 371.25 |
| 4/22/23 | Review GO 411 and respond to Federal Monitor | $ 165.00 | 2.25 | $ 371.25 |
| 4/24/23 | Review DoJ recommendations to on-site plan for review of Corrective Plan, make recommendations, review and coordinate on site plan, coordinate trip planning | $ 165.00 | 2.5 | $ 412.50 |
| 4/25/23 | Respond to Monitor, prepare Final-Final IT Assessment, coordinate final schedule adjustments for on-site review of CAP | $ 165.00 | 3.5 | $ 577.50 |
| 4/27/23 | Complete review and cataloging of CMR-8 (Levy) data request, update onsite register of interview topics and questions, review PRPB Prepared RFI for RMS, review and reconcile email questions, comments, and recommendations | $ 165.00 | 3.75 | $ 618.75 |
| 4/29/23 | Review emails and on-site Assignments, review PRPB 2021 Joint Action Plan for relevancy to Corrective Action Plan in review for Action Plan review on-site, review applicability and alignment CMR Data Request 8.2.2 | $ 165.00 | 3.25 | $ 536.25 |
| 4/30/23 | Invoicing, Review Materials provided by PRPB to Box | $ 165.00 | 3.75 | $ 618.75 |
| **TOTAL Labor** | | | **60** | **$ 9,900.00** |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

**Signature:**

**Date:** 4/30/ 23