# INVOICE

**DATE:**
May 1, 2023

**INVOICE #**
05-1

**CUSTOMER ID:**
United States of America v. Commonwealth of PR
Civil No. 12-2039 (FAB)

**TO:**  FPMPR LLC
VIG Tower PH 924
1225 Ponce de Leon
San Juan, PR 00907

| SERVICE PROVIDER | JOB | FEES | INVOICE PERIOD |
|---|---|---|---|
| AB-AG LAW LLC | LEGAL SERVICES | $225 p/h | April 2023 |

| DATE | DESCRIPTION | DAILY TIME | DAILY FEES |
|---|---|---|---|
| 4/1 | Review motion to restrict.<br>Review motion submitting IT Action Plan.<br>Began reviewing IT Action Plan and other attachments.<br>Calls and emails with J. Romero.<br>Review emails from D. Rodriguez.<br>Review emails from L. Hidalgo.<br>Review emails from S. Cragg.<br>Review emails from monitors regarding survey | 2.3 | 517.50 |
| 4/2 | Telephone calls and electronic communications with J. Romero.<br>Review and analyze draft budget and explanation.<br>Preparation of memo regarding budget. | 1.2 | 270 |
| 4/3 | Began review and analysis of survey reports shared with the parties.<br>Continued review of IT Action Plan.<br>Exchange of emails with D. Rodriguez and J. Romero.<br>Email to parties re: budget.<br>Review email response from L. Saucedo.<br>Plan and prepare for various meetings today.  Appear and attend meetings.<br>Review order on motion to restrict.<br>Review order on motion submitting IT Action Plan.<br>Review and response to electronic communications from L. Saucedo.<br>Review and respond to electronic communications from J. Romero and D. Rodriguez.<br>Review multiple emails exchanged between L. Saucedo and A. Del Carmen.<br>Calls with J. Romero and L. Saucedo.<br>Prepare informative motion to comply with court order re: audit report.<br>Email draft motion to monitor.<br>Exchange of electronic communications with D. Rodriguez and J. Romero.<br>Email to L. Saucedo. Review email response from L. Saucedo. | 8.6 | 1935 |

| | | | |
|---|---|---|---|
| 4/4 | Review and analyze community surveys to prepare motion.<br>Review reform agreement to prepare motion on surveys.<br>Review of Graham's audit report.<br>Prepare motion in compliance with paragraph 241.<br>Email draft motion to J. Romero and D. Rodriguez.<br>Review email from D. Rodriguez.  Revised motion.<br>Review and respond to email from L. Saucedo.<br>Emails and calls with D. Rodriguez and J. Romero regarding draft motion in compliance with court order on audit report.<br>Revise informative motion re: audit report.<br>Email new draft to J. Romero and D. Rodriguez.<br>Review email response from J. Romero.<br>Preparation of motion to restrict.<br>Revise informative motion and electronically file the same, as well as motion to restrict.<br>Email to monitor with filed informative motion.<br>Review and respond to email from D. Rodriguez. | 4.5 | 1012.50 |
| 4/5 | Review order on notices filed by Special Master. Review order on informative motion Docket 2362 Review order on informative motion docket 2363. Review order on motion to restrict. | 0.4 | 90 |
| 4/6 | Review motion in compliance filed by PRPB and exhibits.<br>Review motion to restrict.<br>Review motion for leave to file Spanish exhibit.<br>Review motion in compliance filed by USDOJ.<br>Review email from L. Saucedo.<br>Review email from Special Master.<br>Review email from Y. Acevedo.<br>Review and respond to emails from J. Romero and D. Rodriguez. | 1.7 | 382.50 |
| 4/9 | Review emails from S. Rhinerson, A. Garffer, R. Trinidad, A. Del Carmen, and L. Saucedo. | 0.4 | 90 |
| 4/10 | Review email from D. Rodriguez.<br>Review meeting agenda.<br>Appear and attend biweekly videocall meeting.<br>Review and respond to electronic communications from D. Rodriguez and J. Romero.<br>Telephone calls from J. Romero.<br>Review order granting motion to restrict.<br>Review order granting motion for leave to file Spanish document.<br>Review order noting PRPB's motion to comply.<br>Review order noting USDOJ's motion to comply.<br>Review order regarding motions to comply and audit.<br>Email to monitors with order and feedback.<br>Telephone call from J. Romero.<br>Further call from J. Romero.<br>Review emails exchanged between L. Saucedo and Special Master.<br>Review motion to restrict.<br>Review motion submitting translation.<br>Review translation of training plan | 3.2 | 720 |
| 4/11 | Review order on motion to restrict.<br>Review order on motion submitting.<br>Review order granting motion for disbursement of funds.<br>Revisions to draft memorandum to parties. | 4.5 | 1012.50 |

| | | | |
|---|---|---|---|
| | Calls and emails with J. Romero and D. Rodriguez regarding draft memorandum.<br>Review emails exchanged between L. Saucedo and A. Del Carmen.<br>Telephone calls and electronic communications with J. Romero, L. Hidalgo, and D. Rodriguez on draft memo. Further revisions to memo.<br>Calls and emails from J. Romero.  Emails with D. Rodriguez.  Email memo to parties.<br>Review email response by L. Saucedo to memo.<br>Review email from L. Saucedo approving invoices.<br>Review email from J. Gonzalez with revised invoices. | | |
| 4/12 | Prepare motion for disbursement of funds (professional fees) and electronically file the same.<br>Review invoices.<br>Review and respond to emails from D. Rodriguez and J. Romero.<br>Review emails from L. Saucedo.<br>Review emails exchanged between D. Rodriguez, J. Romero, and L. Saucedo.<br>Revise draft response feedback on plan to accelerate reform. | 2.2 | 495 |
| 4/13 | Review emails from C. Graham, D. Rodriguez, and L. Saucedo.  Appear and attend meeting with executive team. Review and analyze reform unit comments from D. Rodriguez and L. Saucedo. | 2.0 | 450 |
| 4/14 | Review emails from D. Levy, D. Rodriguez, G. Loeffert, and L. Saucedo. | 0.4 | 90 |
| 4/16 | Work on requested translation from D. Levy.<br>Review and analyze documents produced by G. Loeffert. | 2.0 | 450 |
| 4/17 | Review emails from parties and monitors.  Review agenda for meetings today and attend meetings.  Review email from J. Gonzalez with expense invoices.  Telephone call from J. Gonzalez.  Review the invoices | 1.6 | 360 |
| 4/18 | Telephone call from J. Romero.<br>Preparation of motion for reimbursement of travel expenses. Email to J. Gonzalez. | 1.0 | 225 |
| 4/19 | Revise motion and electronically file the same.  Review emails from L. Saucedo and M. Perez.<br>Review and respond to legal inquiries from D. Gosselin. | 1.0 | 225 |
| 4/23 | Review emails from S. Rhinerson, J. Castillo, G. Loeffert, D. Rodriguez, and J. Romero.  Review preliminary draft status report from PRPB. | 1.0 | 225 |
| 4/24 | Various calls and emails with J. Romero and J. Gonzalez. Review emails from D. Rodriguez and S. Rhinerson. Exchange of emails with L. Saucedo and M. Perez.<br>Review and respond email to Gartner's collection team. Review emails from J. Romero.<br>Review order on motion for leave to file Spanish document. Review order on motion to restrict.<br>Review and analyze motion in compliance filed by USDOJ and exhibit. Email motion to monitors.  Calls with J. Romero regarding the same. Calls with L. Saucedo. | 2.4 | 540 |
| 4/25 | Review motion in compliance and exhibit filed by PRPB. Review motion for leave to file Spanish documents. Email motions to monitors. Review email from J. Gonzalez with new expense invoices to prepare motion to amend and correct.  Review invoices. Prepare motion and electronically file in court. Telephone call from J. Romero. Review and respond to email from D. Rodriguez. | 1.6 | 360 |

| | | | |
|---|---|---|---|
| 4/26 | Review order on motion for leave to file Spanish document. Review orders on motions to restrict.  Review notices filed by Special Master. Telephone call from J. Gonzalez. Review emails from J. Romero and D. Rodriguez.  Appear and attend meeting with M. Perez, CBP, and US Coast Guard at US Attorney's office.  Post-meeting call with J. Romero. | 3.2 | 720 |
| 4/27 | Revisions to notes taken by paralegal regarding meeting yesterday with M. Perez. Plan and prepare for 253 meeting. Communications with J. Romero prior to meeting.  Appear and attend 253 videoconference meeting.  Post-conference call from J. Romero. Appear and attend team videocall meeting. Revise draft memo to judge.  Review court order and email to the monitors. Telephone call from J. Romero regarding court order.  Review several emails from D. Rodriguez. | 3.8 | 855 |
| 4/28 | Review email from D. Rodriguez.  Review email from S. Cragg.  Review email from J. Gonzalez.  Telephone calls from D. Rodriguez and J. Romero.  Review notes from meeting with US Attorney's office and Coast Guard.  Appear and attend videocall with Monitor and Special Master. Legal research on maritime patrol UOF.  Review reform agreement and PRPB's UOF policy.  Prepare draft proposed order requested by the court and share with monitors. Review emails from monitors approving draft.  Review emails from special masters regarding draft and respond to the same. | 3.2 | 720 |
| 4/29 | Calls and emails with J. Romero.  Review emails from D. Rodriguez and S. Rhinerson. | 0.8 | 180 |
| | | **TOTAL TIME** | **53** |
| | | **TOTAL FEES** | **$11,925** |

I HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN MY CAPACITY AS A MEMBER OF THE FEDERAL MONITORING TEAM.  I FURTHER CERTIFY THAT I HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH OF PUERTO RICO, OR ANY OF ITS DEPARTMENTS OR AGENCIES.

**MAKE ALL CHECKS PAYABLE TO AB-AG LAW LLC**
Thank you for your business!

1357 ASHFORD AVE #2 -184 | SAN JUAN, PR 00907 | PHONE: (787) 948-5131 | EMAIL RABESADA@FPMPR.ORG