| Name: | Rita J. Watkins | | | |
|---|---|---|---|---|
| Invoice Date: | 4/30/2023 | | | |
| Invoice Period: | April 1-30, 2023 | | | |

| Date | Task(s) | Rate | Total Hours | Total Amount |
|---|---|---|---|---|
| 4/1/2023 | Data and policy analysis/writing (T) | $ 160.00 | 7 | $ 1,120.00 |
| 4/2/2023 | Data and policy analysis/writing (T) | $ 160.00 | 3.5 | $ 560.00 |
| 4/3/2023 | Data and policy analysis/writing (T) | $ 160.00 | 3 | $ 480.00 |
| 4/4/2023 | Data and policy analysis/writing. (T) Telecon/monitors. CMR9 data request review | $ 160.00 | 5.5 | $ 880.00 |
| 4/5/2023 | Data and policy analysis/writing. (T) Telecon/monitors | $ 160.00 | 9.5 | $ 1,520.00 |
| 4/6/2023 | Data and policy analysis/writing (EPND) | $ 160.00 | 4 | $ 640.00 |
| 4/7/2023 | Data and policy analysis/writing (EPND) | $ 160.00 | 5 | $ 800.00 |
| 4/8/2023 | Data and policy analysis/writing (EPND) | $ 160.00 | 3 | $ 480.00 |
| 4/14/2023 | Data and policy analysis/writing (T) | $ 160.00 | 2 | $ 320.00 |
| 4/18/2023 | Data and policy analysis/writing (T) | $ 160.00 | 2.5 | $ 400.00 |
| 4/21/2023 | Data and policy analysis/writing (T) | $ 160.00 | 2 | $ 320.00 |
| 4/25/2023 | Data and policy analysis/writing (T) | $ 160.00 | 2 | $ 320.00 |
| 4/27/2023 | Data and policy analysis/writing (T) | $ 160.00 | 2.5 | $ 400.00 |
| 4/28/2023 | Data and policy analysis/writing (EPND) | $ 160.00 | 4 | $ 640.00 |
| 4/29/2023 | Data and policy analysis/writing (EPND) | $ 160.00 | 3 | $ 480.00 |
| | | $ 160.00 | | $ - |
| | | $ 160.00 | | $ - |
| | | $ 160.00 | | $ - |
| | | $ 160.00 | | $ - |
| | | | | $ - |
| **TOTAL** | | | 58.5 | $ 9,360.00 |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

**Signature:** *Rita J. Watkins*       **Date:** 4/30/2023