# INVOICE



22 Chalets de Santa Maria
San Juan, P.R. 00927
(787) 940-3090

**BILL TO:**
**Office of the FMPR, LLC**
VIG Tower, PH 924
1225 Ponce de Leon Avenue
San Juan, P.R. 00907

DATE: 4/30/2023
INVOICE # 202304
FOR: FPMPR/TCA

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Zoom calls/Team meetings: | 0.75 | $160.00 | $ 120.00 |
| emails-texts/phone calls: | 0.50 | $160.00 | $ 80.00 |
| 04/03/2023: System review for Encounters OG850, Virtual library for annual Reports UOF, Progress on Reform, Alliances Report, CICs (follow-up) and edits pars. 205 through 213 | 4.50 | $160.00 | $720.00 |
| 04/04/2023: IPSOS Community review & annotations | 1.50 | $160.00 | $240.00 |
| 04/06/2023: Additional edits pars. 213 through 217 | 1.50 | $160.00 | $240.00 |
| 04/18/2023: PRPB's Semester Report review | 1.50 | $160.00 | $ 240.00 |
| 04/29/2023: CMR8 Second edit: review, annotations, clarifications to editor and changes | 3.50 | $160.00 | $ 560.00 |
|  | 13.75 |  | $ 2,200.00 |
|  |  |  | $ - |
|  |  | **TOTAL** | **$2,200.00** |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor.  I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or


Merangelie Serrano-Rios