# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@outlook.com | 550 Amsonia Circle
Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2023-04
**DATE:** April 30, 2023

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 4/02/2023 | 1.0 hour of travel planning | 1.0 | $100.00 | $100.00 |
| 4/03/2023 | 1.0 hour of travel planning and policy review | 1.0 | $100.00 | $100.00 |
| 4/06/2023 | 1.5 hour of travel planning and policy review facilitation | 1.5 | $100.00 | $150.00 |
| 4/10/2023 | 1.0 our of policy review facilitation | 1.0 | $100.00 | $100.00 |
| 4/12/2023 | 1.0 hour of travel planning and policy review facilitation | 1.0 | $100.00 | $100.00 |

**AMOUNT DUE**   **SEE FIFTH PAGE**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

# SAMANTHA RHINERSON

256-431-5324 | srhinerson99@outlook.com | 550 Amsonia Circle
Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2023-04
**DATE:** April 30, 2023

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- | --- |
| 4/13/2023 | 1.0 hour of policy review facilitation and meeting with Denise | 1.0 | $100.00 | $100.00 |
| 4/14/2023 | 1.0 hour of policy review facilitation | 1.0 | $100.00 | $100.00 |
| 4/16/2023 | 1.0 hour of data request response for CMR-8 | 1.0 | $100.00 | $100.00 |
| 4/18/2023 | 1.0 hour of CMR review | 1.0 | $100.00 | $100.00 |
| 4/19/2023 | 1.5 hours of CMR review | 1.5 | $100.00 | $150.00 |

**AMOUNT DUE**   **SEE FIFTH PAGE**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@outlook.com | 550 Amsonia Circle
Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2023-04
**DATE:** April 30, 2023

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 4/20/2023 | 1.5 hours of travel planning and CMR review | 1.5 | $100.00 | $150.00 |
| 4/21/2023 | 1.5 hours of CMR review | 1.5 | $100.00 | $150.00 |
| 4/22/2023 | 2.5 hours of travel planning and CMR review | 2.5 | $100.00 | $250.00 |
| 4/23/2023 | 1.5 hours of CMR review | 1.5 | $100.00 | $150.00 |
| 4/24/2023 | 1.0 hour of CMR review and travel planning | 1.0 | $100.00 | $100.00 |

**AMOUNT DUE**   **SEE FIFTH PAGE**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@outlook.com | 550 Amsonia Circle
Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2023-04
**DATE:** April 30, 2023

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 4/25/2023 | 2.5 hours of policy review and CMR review | 2.5 | $100.00 | $250.00 |
| 4/26/2023 | 1.0 hour of CMR review | 1.0 | $100.00 | $100.00 |
| 4/27/2023 | 1.5 hours of CMR review | 1.5 | $100.00 | $150.00 |
| 4/28/2023 | 2.0 hours of CMR review and call with Polo | 2.0 | $100.00 | $200.00 |
| 4/29/2023 | 1.0 hour of CMR review | 1.0 | $100.00 | $100.00 |

**AMOUNT DUE**    **SEE FIFTH PAGE**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@outlook.com | 550 Amsonia Circle
Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2023-04
**DATE:** April 30, 2023

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 4/30/2023 | 1.0 hour of CMR review | 1.0 | $100.00 | $100.00 |

**AMOUNT DUE**  $2,800.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.