# Manuel A. Arroyo Rivera

P.o Box 8925 Santurce Puerto Rico 00910     Cel 787-364-8925

Email marroyorivera20@gmail.com

Invoice  Month Aril  2023                                              Invoice #030

Federal Police Monitor   San Juan, PR

| Date | description | Hour | Rate | Amount |
|------|-------------|------|------|--------|
| April 30-2023 | Pick up monitor John Romero and the rest of the staff team at different times and take them to the hotel | 10 | $20 | $200.00 |
| April | Gasoline Expense | | $50 | $50.00 |
| | | | | Total $250.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |