| | | | | |
|---|---|---|---|---|
| **Name:** | | Hipolito Castro Jr | | |
| **Invoice Date:** | | 4/30/23 | | |
| **Invoice Period:** | | 1 April 2023 - 30 April 2023 | | |

| Date | Task(s) | Rate | Total Hours | Total Amount |
|---|---|---|---|---|
| 4/3/23 | CMR 8 | $ 150.00 | 5.00 | $ 750.00 |
| 4/5/23 | CMR 8 | $ 150.00 | 2.00 | $ 300.00 |
| 4/6/23 | CMR 8 | $ 150.00 | 2.00 | $ 300.00 |
| 4/7/23 | CMR 8 | $ 150.00 | 2 | $ 300.00 |
| 4/10/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 4 | $ 600.00 |
| 4/12/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 4.00 | $ 600.00 |
| 4/14/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 4.00 | $ 600.00 |
| 4/17/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 4.00 | $ 600.00 |
| 4/19/23 | CMR 8 | $ 150.00 | 3.00 | $ 450.00 |
| 4/20/23 | Data and Policy Analysis | $ 150.00 | 3.00 | $ 450.00 |
| 4/21/23 | Data and Policy Analysis | $ 150.00 | 2.00 | $ 300.00 |
| 4/24/23 | Data and Policy Analysis | $ 150.00 | 2.00 | $ 300.00 |
| 4/25/23 | Data and Policy Analysis | $ 150.00 | 3.00 | $ 450.00 |
| 4/26/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 5.00 | $ 750.00 |
| 4/27/23 | CMR 8 | $ 150.00 | 3.00 | $ 450.00 |
| 4/28/23 | CMR 8 | $ 150.00 | 2.00 | $ 300.00 |
| 4/29/23 | CMR 8 | $ 150.00 | 2.00 | $ 300.00 |
| 04/1 to 4/30/2023 | Team meetings, calls and emails | $ 150.00 | 2.00 | $ 300.00 |
| **TOTAL Labor** | | | **54.00** | **$ 8,100.00** |

| | |
|---|---|
| **TOTAL** | $ 8,100.00 |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

| **Signature:** | **Date:** |
|---|---|
| Hipolito Castro | 4/30/23 |

**Commo and Coordination** consists of all writings and digital comms to/from Monitors, PRPB, USDOJ; Review compliance targets, document and data requests, logistics; scheduling, on-site planning & coordination, database development

**Data/Policy Analysis, Writing**
Data concerns CMR-8, OG 310, OG 410, Draft data requests, review special case, DSP documents, reporting on interviews, due process for promo candidates

**Field Work:**
Research conducted in situ (SJU)