# Stephanie Leon
*Paralegal*

1483 Ashford Avenue
Apartment 901
San Juan, PR 00907
(832) 692-2475

**INVOICE**

**INVOICE: 2023-04**
**DATE: 05/01/2023**

**TO:**
Puerto Rico Chief Federal Monitor

**FOR:**
Paralegal Services

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 04/03/2023 | -Prepared for meeting and email/call exchanges with Monitors<br>-Meeting with Lieutenant Luz Llanos at Monitor's Office/Zoom<br>-Prepared and translated extensive notes/transcript | 6.50 | 90.00 | 585.00 |
| 04/04/2023 | -Prepared and translated extensive notes/transcript from 04/03/23 meeting | 3.00 | 90.00 | 270.00 |
| 04/10/2023 | -Biweekly team meeting<br>-Email exchanges with different team members<br>-Prepared and translated extensive notes/transcript from 04/03/23 meeting | 5.00 | 90.00 | 450.00 |
| 04/11/2023 | -Prepared and translated extensive notes/transcript from 04/03/23 meeting | 4.50 | 90.00 | 405.00 |
| 04/14/2023 | -Read/revised/edited Community Engagement Public Information Draft for CMR-8 | 1.00 | 90.00 | 90.00 |
| 04/18/2023 | -Read/revised/edited Community Engagement Public Information Draft for CMR-8 | 2.50 | 90.00 | 225.00 |
| 04/19/2023 | -Phone meeting with Samantha regarding newsletter<br>-Read/revised/edited Community Engagement Public Information Draft for CMR-8 | 2.00 | 90.00 | 180.00 |
| 04/20/2023 | -Read/revised/edited Community Engagement Public Information Draft for CMR-8<br>-Emailed notes to Denise Rodriguez and had an exchange<br>-Re-edited draft based on DR's feedback | 3.00 | 90.00 | 270.00 |
| 04/22/2023 | -Finished re-edits and emailed to DR | .75 | 90.00 | 67.50 |
| 04/25/2023 | -Email exchange with Claudia Camara<br>-Phone call with Claudia Camara regarding meeting with Samantha | .25 | 90.00 | 22.50 |
| 04/26/2023 | -Meeting at the U.S. Attorney's with Max Perez and Coast Guard<br>-Prepared notes/emailed notes to Monitors | 3.00 | 90.00 | 270.00 |
| 04/27/2023 | -April 253 meeting | 1.50 | 90.00 | 135.00 |
| | | **TOTAL 33 HRS @$90** | | **2,970.00** |

*S/ STEPHANIE LEON*

**I HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN MY CAPACITY AS A MEMBER OF THE FEDERAL MONITORING TEAM. I FURTHER CERTIFY THAT I HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH, OR ANY OF ITS DEPARTMENTS, MUNICIPALITIES OR AGENCIES.**