IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff,**<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants.** | **Civil No.** 12-2039 (FAB) |

**ORDER**

The "MOTION TO APPROVE AND DISBURSE FUNDS FOR REIMBURSEMENT OF EXPENSES" and the "MOTION TO AMEND AND CORRECT ECF NO. 2385" submitted by the Office of the Federal Police Monitor claiming reimbursement of travel expenses for the month of March 2023 (Docket Nos. 2385 and 2393) are **NOTED**.

The amount claimed in Docket No. 2393 is **APPROVED for payment**. Docket No. 2385 **is rendered MOOT**.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, May 19, 2023.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE