**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA,

    **Plaintiff,**

        **v.**                **Civil No.** 12-2039 (FAB)

COMMONWEALTH OF PUERTO RICO, *et al.*,

    **Defendants.**

**ORDER**

The Office of the Special Master and the Monitor's Office have each proposed budgets for Fiscal Year 2024.  The parties have indicated, via e-mail, that they have no objection to the proposed budgets.  The Court finds the budgets reasonable and necessary; the budgets can be increased at any time during the upcoming fiscal year if the Court finds that it would be in the best interests of the reform case.

Therefore, the Commonwealth is **ORDERED** to deposit with the Court $2,489,940 for the Monitor's Office and $507,000 for the Office of the Special Master, **no later than June 16, 2023.**

    **IT IS SO ORDERED.**

San Juan, Puerto Rico, May 24, 2023.

                                  s/ Francisco A. Besosa
                                  FRANCISCO A. BESOSA
                                  SENIOR UNITED STATES DISTRICT JUDGE