```
                  IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**,<br><br>**v.**<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants.** | **Civil No.** 12-2039 (FAB) |

**ORDER SCHEDULING STATUS CONFERENCE**

A Status Conference is scheduled to be held on **Thursday, June 29, 2023 at 9:00 a.m.** in the Old San Juan Courthouse. Attendees will be advised of the specific courtroom to be used at a later date.

1. The following topics will be discussed at the status conference:

   A. Overview of CMR-8.

   B. The Commonwealth will provide updates to the Court on the following implementation Plans:

   i. Search and Seizure

   ii. Training Plan

   iii. Staffing and Supervision Plan

   iv. Domestic Violence/Sexual Assault Plan

   v. Use of Force Plan

        vi.   Information and Technology Plan

    C.   Presentation to the Court by AH Datalytics re: Dashboards

    D.   PRPB's timeline for implementing Reform Stat and how it will be structured

    E.   Update on the need for policy and training for FURA

    F.   Any other matter that the Parties may want to bring to the Court's attention

2.   The Monitor's Office will follow up with additional questions that the Court may ask of the parties on the identified and other topics. If additional information is needed, the parties should not hesitate to reach out to the Monitor's Office.

3.   The following persons shall attend the status conference:

    **Office of the Governor ("La Fortaleza")**

        María del Mar Ortiz – Deputy Chief Counsel

        Enrique Völckers – Deputy Chief of Staff

    **Office of Management and Budget ("OMB")**

        Pedro de Jesús – Chief Counsel

        Zulma Canales – Director of Fiscal Compliance

    **Financial Oversight and Management Board ("FOMB")**

        Amaury Rodríguez – "Analyst" on Public Safety Matters

**Puerto Rico Innovation and Technology Service ("PRITS")**

    Nanette Martínez-Ortiz – Acting Chief Information and Innovation Officer ("CIIO") & Chief Technology Officer ("CTO")

**General Services Administration ("GSA")**

    Edgardo González – Assistant Administrator for Service to the Agencies

**Office for the Administration and Transformation of Human Resources ("OATHR")**

    Gustavo Cartagena – Deputy Director

**Department of Public Safety ("DPS")**

    Hon. Alexis Torres – Secretary

    Arturo Garffer – Special Assistant to the Secretary

    Carlos Colón – IT Office Director

    Juan Carlos Puig – Consultant and former Treasury Secretary

    Miguel E. Bermúdez Mangual - Special Advisor, Federal Affairs Office

    José Díaz – Executive Director, Federal Affairs Office

**Puerto Rico Police Bureau ("PRPB")**

    Commissioner Antonio López-Figueroa

    Lieutenant Colonel Rolando Trinidad – Office of the Reform

    Counsel Juan Carlos Rivera – IT Bureau Director

    Ángel Díaz – IT Bureau Deputy Director

Civil No. 12-2039 (FAB)                                                    4

> Lieutenant Rafael Meléndez-Burgos - Director of Internal Affairs (SARP)

**Counsel for the Commonwealth of Puerto Rico Rafael Barreto**

> Gabriel Peñagarícano
>
> Rafael Barreto

**United States Department of Justice**

> Luis Saucedo and any other representative from the Department of Justice

**Federal Monitor's Office**

> John Romero – Chief Federal Police Monitor
>
> Denise Rodríguez – Chief Deputy Police Monitor
>
> Roberto Abesada – General Counsel
>
> A representative(s) of AH Datalytics

**Special Master**

> Dr. Alejandro del Carmen – Special Master
>
> Gary Loeffert – Assistant Special Master
>
> Gilberto Balli – Assistant Special Master
>
> Thomas Petrowski – Assistant Special Master

**Financial Oversight Officer**

> Christopher Graham – Financial Oversight Officer

**IT IS SO ORDERED.**

San Juan, Puerto Rico, May 25, 2023.

<u>s/ Francisco A. Besosa</u>
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE