GALOEFFERT, LLC
4805 East Lake Road
Sheffield Lake, Ohio 44054

April 22, 2023, through May 21, 2023

INVOICE # 2023-05                                                                              **TOTAL DUE $12,000.00**
ASSISTANT SPECIAL MASTER
May 2023 INVOICE

Tasks Completed

| Hours | Description | Total |
|---|---|---|
| 36 | Drafted/reviewed/researched/translated as necessary/discussed/reworked documents related to the Court, Parties, Auditor, and Monitor's Office exchanges regarding recurring issues and OSM projects such as MLARS compliance, Integrity audits, Expenditure review, training plan, CMR-8, FURA, and PRPB draft Reform Plan. | $5,400.00 |
| 24 | Drafted, reviewed, and responded to texts, emails, and all other documents/communications/telephone calls with respective parties, the OSM, Auditor, and Court. | $3,600.00 |
| 20 | Zoom meetings and/or conference calls. | $3,000.00 |

Total Wages Due = $12,000.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master.  I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

_____                    _____                    5/21/2023
Gary A. Loeffert                                        S/Alejandro del Carmen