G&M Balli Services, LLC
5160 Royal Fern Circle
Tallahassee, Florida 32317

April 22 – May 21, 2023

INVOICE # 2023-05
ASSISTANT SPECIAL MASTER
May 2023 INVOICE

Tasks Completed

| Hours | Description | Amounts |
|---|---|---|
| 22 | Drafted/reviewed/researched/translated numerous documents as needed; Discussed/edited documents related to orders of the Court, and the parties regarding recurring issues and OSM projects, to include Integrity Audits, Financial Audit/Memo, Implementation Plans, ESP/MLARS project, and others. | $3,300 |
| 15 | Drafted, reviewed, and responded to texts, emails and other documents and communications with respective parties, the OSM and the Court. | $2,250 |
| 19.5 | Zoom meetings and/or conference calls. | $2,925 |
| 56.50 | | $8,475.00 |

Total Hours- 56.50                                    Total Wages Due -   $8,475.00

I hereby certify the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master.  I further certify I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

*Gilberto Balli*                *Alejandro del Carmen*                5/21/2023
Gilberto Balli                   S/Alejandro del Carmen