Christopher Graham, dba

Diligens, LLC
EIN 87-1667996

148 Turtle Bay Lane
Ponte Vedra Beach, Florida,
32082

May 21, 2023

INVOICE# 2023-03

Re: Audit services 03/21/2023 – 05/20/2023

Case 3:12-cv-02039-FAB Document 2176 Filed 09/20/22

| Professional Services/Description. Period covered 03/21/2023 - 05/20/2023 | Hours | Total |
|---|---|---|
| Meetings with parties and follow-up re: draft report. | 5 | $ 750.00 |
| Final audit work and documentation | 11 | $ 1,650.00 |
| Prepare final audit report | 3.5 | $ 525.00 |
| 05/15-05/20 Review and comment on Protocol | 4 | $ 600.00 |
| **Total professional services @ $150 per hour** | **23.5** | **$ 3,525.00** |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as the court-appointed auditor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

_____                                    *Alejandro del Carmen*
Christopher Graham
05/21//2023                                                                                           S/Alejandro del Carmen