**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| **Plaintiff,** | |
| **v.** | **Civil No.** 12-2039 (FAB) |
| COMMONWEALTH OF PUERTO RICO, *et al.*, | |
| **Defendants.** | |

**ORDER**

The motion of the Commonwealth at Docket No. 2421 requesting leave to file documents in the Spanish language is **GRANTED.**

In the future, however, all documents filed by the Commonwealth shall be in the English language.  No additional requests for leave to file any document in the Spanish language will be granted.

The Court has also been made aware that meetings between the parties, the Monitor's Team, and the Office of the Special Master have largely been conducted in Spanish.  This issue was thoroughly addressed in 2020.  At that time the parties and the Special Master agreed that the Commonwealth would provide an interpreter at all meetings so that meetings could be conducted in English.  On November 13, 2020, the Court issued an order stating that effective that date the Commonwealth "must have a translator available in

all further discussions as well as other formal matters in which the parties, Monitor and Special Master participate. No exceptions." See Docket No. 1612.

On November 18, 2020, the Court again addressed this issue providing that by December 15, 2020, DSP or PRPB shall retain the services of a qualified interpreter to assist DPS and PRPB personnel in any matter relevant to the Agreement, methodologies agreed by the parties, documents, contracts or other initiatives that would advance the interests of the Agreement and reduce administrative costs. See Docket No. 1614.

In response to these orders, the Commonwealth submitted a motion for the Court to vacate the orders entered at Docket Nos. 1612 and 1614. See Docket No. 1653. The United States provided a comprehensive motion recommending the Court deny the Commonwealth's motion setting out detailed justification for the Court's orders. See Docket Nos. 1658 and 1661.

The Court then denied the Commonwealth's motion for reconsideration noting "the court wholly concurs with US DOJ's position at docket number 1661." See Docket No. 1665.

The Court now adds that it is more important than ever that communications between the parties, the Monitor's Team, and the Office of the Special Master be in English. Since the above orders were made, the emphasis on IT matters, data collection and

analysis, and fiscal oversight have become more significant and require communication in English.

Accordingly, it is ORDERED that the parties, the Monitor's Team, and the Office of the Special Master shall comply with this Court's orders at Docket Nos. 1612 and 1614.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, May 31, 2023.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE