IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants**. | Civil No. 12-2039 (FAB) |

**ORDER**

The Court has thoroughly reviewed the Commonwealth's motion in compliance with the Court's order at Docket No. 2407 regarding finalizing the protocol regarding reform-related expenditures. See Docket No. 2419.  **The Court finds the proposed draft protocol unacceptable.**

The draft protocol does not clearly and concisely address the core reasons for a protocol: (i) to define reform-related expenditures, (ii) to identify critical spending priorities, (iii) to lay out a streamlined process and procedures for executing reform-related expenditures, and (iv) to describe fully record-keeping standards and asset accounting.  Instead, it presents a tapestry of alternative options for what is allowable while skimming over important procedural steps.  It is randomly detailed in certain areas, repetitive in others, inconsistent from one

Civil No. 12-2039 (FAB)                                                                 2

section to another, and does not mention the Court's previous orders noting that the entire police budget is under Court supervision.

Accordingly, it is ORDERED that the parties and the Monitor's Team under the direction and guidance of the Office of the Special Master shall meet and confer to prepare a more streamlined protocol to be submitted to the Court **no later than July 31, 2023.**

**IT IS SO ORDERED.**

San Juan, Puerto Rico, June 1, 2023.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE