IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants.** | **Civil No.** 12-2039 (FAB) |

## ORDER

The Invoices submitted by TDPetrowski, LLC, Galoeffert, LLC, G&M Balli Services, LLC, Christopher Graham, d/b/a Diligens, LLC, and Del Carmen Consulting, LLC (Docket Nos. 2414, 2415, 2416, 2417 and 2418) are **NOTED and APPROVED for payment.**

**IT IS SO ORDERED.**

San Juan, Puerto Rico, June 7, 2023.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE