OFFICE OF THE FPMPR LLC.
B-5 Calle Tabonuco Suite 216 PMB 292
Guaynabo, Puerto Rico 00968

June 1, 2023

Professional services rendered by the members of the Office of the FPMPR LLC. For May 2023:

| NAME | AMOUNT | MONTH |
| --- | --- | --- |
| 1.  John Romero | $17,916.66 | May 2023 |
| 2.  Spece | $ 2,649.49 | May 2023 |
| 3.  The & Group LLC (Javier González) | $ 9,290.93 | May 2023 |
| 4.  Altai Atlantic Consulting LLC (Dr. David Levy) | $ 6,682.50 | May 2023 |
| 5.  Denise Rodriguez | $15,833.33 | May 2023 |
| 6.  Viota & Associates CPA LLC | $ 1,687.50 | May 2023 |
| 7.  Donald S. Gosselin | $ 9,900.00 | May 2023 |
| 8.  Al Youngs | $ 9,900.00 | May 2023 |
| 9.  Rafael E. Ruiz | $ 9,405.00 | May 2023 |
| 10. Scott Cragg | $ 9,900.00 | May 2023 |
| 11. AB - AG Law LLC | $16,807.50 | May 2023 |
| 12. Rita J. Watkins | $ 6,480.00 | May 2023 |
| 13. M Serrano LLC | $ | May 2023 |
| 14. Luis Hidalgo | $11,500.00 | May 2023 |
| 15. Korber Group | $ 1,318.70 | May 2023 |
| 16. Samantha Rhinerson | $ 3,350.00 | May 2023 |
| 17. Claudia Cámara | $ 2,120.00 | May 2023 |
| 18. Manuel Arroyo | $ 1,130.00 | May 2023 |
| 19. Hipolito Castro Jr | $ 8,700.00 | May 2023 |
| 20. Stephanie Leon | $ 2,632.50 | May 2023 |
| 21. Office of the FPMPR | $    497.17 | |
| **TOTAL:** | **$147,701.28** | May 2023 |
| | | |