**Spece**
1225 Juan Ponce de Leon
San Juan, PR  00907
787-417-7300
info@spece.com
www.spece.com

Invoice  INV - 18508



| BILL TO | | | |
|---|---|---|---|
| Office of the FPMPR LLC | DATE 07/01/2023 | PLEASE PAY $2,579.20 | DUE DATE 07/01/2023 |

| MEMBERSHIP | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Membership:Private Office** <br> Private Office Suite - Office 15, $2,300.00, Jul 1, 2023 - Jul 31, 2023 | 1 | 2,300.00 | 2,300.00T |
| **Other Fees:One-off Fees** <br> Telephone Service, $60.00, Jul 1, 2023 - Jul 31, 2023 | 1 | 60.00 | 60.00T |
| **Other Fees:One-off Fees** <br> Garage Parking, $120.00, Jul 1, 2023 - Jul 31, 2023 | 1 | 120.00 | 120.00T |

SUBTOTAL        2,480.00
TAX (4%)           99.20
TOTAL           2,579.20

TOTAL DUE       $2,579.20

THANK YOU.

ELEVATE YOUR BUSINESS

**Spece**
1225 Juan Ponce de Leon
San Juan, PR  00907
787-417-7300
info@spece.com
www.spece.com

Invoice  INV - 18334



| BILL TO | | | |
|---|---|---|---|
| Office of the FPMPR LLC | DATE<br>05/31/2023 | PLEASE PAY<br>$62.40 | DUE DATE<br>05/31/2023 |

| MEMBERSHIP | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Event Rental:Conference Room**<br>Small Conference Room, $60.00, 3 x $20.00 / hour (20% discount) - May 4, 2023 | 3 | 20.00 | 60.00T |
| | | SUBTOTAL | 60.00 |
| | | TAX (4%) | 2.40 |
| | | TOTAL | 62.40 |
| | | **TOTAL DUE** | **$62.40** |
| | | | THANK YOU. |

ELEVATE YOUR BUSINESS

**Spece**
1225 Juan Ponce de Leon
San Juan, PR  00907
787-417-7300
info@spece.com
www.spece.com

Invoice  INV - 18209



| BILL TO | | | |
|---|---|---|---|
| Office of the FPMPR LLC | DATE 04/30/2023 | PLEASE PAY $7.89 | DUE DATE 04/30/2023 |

| MEMBERSHIP | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Other Fees:One-off Fees** <br> Visitor Parking-April 2023 | 1 | 7.59 | 7.59T |
| | SUBTOTAL | | 7.59 |
| | TAX (4%) | | 0.30 |
| | TOTAL | | 7.89 |
| | **TOTAL DUE** | | **$7.89** |

THANK YOU.

ELEVATE YOUR BUSINESS