# THE & GROUP LLC.

Las Ramblas
71 Calle Montjuic
Guaynabo , PR 00969

## INVOICE

INVOICE NUMBER: 109
INVOICE DATE: MAY 31, 2023

Federal Police Monitor

San Juan, PR

Invoice for Javier B Gonzalez Professional Services as Administrative Director

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| MAY-01-23 | Administrative Director | Monitor May 1st Protests in Minillas and Hato Rey, Work with Team April Invoices. Coordination of Team Visit. | 9.00 | $125.00 | $1,125.00 |
| MAY-02-23 | Administrative Director | Team Visit Coordination, Meetings at PRPB, Work with Team April Invoices, | 10.00 | $125.00 | $1,250.00 |
| MAY-03-23 | Administrative Director | Visit to Aibonito PRPB Area. Coordination of Team Visit. | 6.50 | $125.00 | $812.50 |
| MAY-04-23 | Administrative Director | Team Visit. Meetings with Rita Watkins (Dominican Consulate, PRPB Headquarters), Meeting with SWAT. Communications with the Monitor and Team Members. | 8.00 | $125.00 | $1,000.00 |
| MAY-05-23 | Administrative Director | Various Communications with the Monitor, Review of communications sent by Team members. | 2.00 | $125.00 | $250.00 |
| MAY-08-23 | Administrative Director | Weekly meeting with TCA Team, Ipsos Qualitative Assessment follow up, Communications | 2.50 | $125.00 | $312.50 |
| MAY-09-23 | Administrative Director | Team Invoices Follow Up, Communications with the Monitor and Team members. | 3.50 | $125.00 | $437.50 |
| MAY-10-23 | Administrative Director | Final review of the April Team Invoices, Communications with the Clerk Office, Communications with the Monitor and Team members, Ipsos Qualitative Assessment Proposal follow up, | 1.50 | $125.00 | $187.50 |
| MAY-11-23 | Administrative Director | Communications with the Monitor, Team members and CPA, Coordination of community Meeting. Work with Team May Travel Expenses Invoices. | 3.00 | $125.00 | $375.00 |
| MAY-15-23 | Administrative Director | Work with Team May Travel Expenses Invoices. Bi weekly meeting with USDOJ and Commonwealth. | 4.00 | $125.00 | $500.00 |
| MAY-16-23 | Administrative Director | Communications with the Monitor and Team members. | 1.00 | $125.00 | $125.00 |
| MAY-17-23 | Administrative Director | Team May Travel Expenses follow up, Communications with the Monitor and Team members, review of communications sent by Team Members. | 3.00 | $125.00 | $375.00 |

INVOICE NUMBER: 109

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| MAY-18-23 | Administrative Director | Survey Meeting Follow Up, Communications with the Monitor and Team members. | 1.00 | $125.00 | $125.00 |
| MAY-19-23 | Administrative Director | Communications with the Monitor, Work with Team May Travel Invoices | 1.50 | $125.00 | $187.50 |
| MAY-22-23 | Administrative Director | Team Biweekly Meeting, Work with Administrative matters. | 2.00 | $125.00 | $250.00 |
| MAY-23-23 | Administrative Director | Communications with the Monitor, Team May Travel Expenses. | 1.00 | $125.00 | $125.00 |
| MAY-24-23 | Administrative Director | Communications with Team members, Survey Meeting Follow Up, Pick up the Team April Professional Services and March Travel Expenses payments and deposit them. | 3.00 | $125.00 | $375.00 |
| MAY-25-23 | Administrative Director | Focus Group Meeting with PRPB, USDOJ and Special Master, Communications with the Monitor, CPA and Team Members. | 2.00 | $125.00 | $250.00 |
| MAY-26-23 | Administrative Director | Work with Administrative Matters, Gartner payment, Communications with the Monitor and Team members. | 1.50 | $125.00 | $187.50 |
| MAY-30-23 | Administrative Director | Communications with agent and the Monitor, Work with may 2023 Team travel Expenses Invoices. | 2.50 | $125.00 | $312.50 |
| MAY-31-23 | Administrative Director | Work with administrative affairs, (Gartner payment), Communications with the Monitor and team members, Community meeting follow up. | 2.50 | $125.00 | $312.50 |
| MAY-31-23 | Administrative Director | I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0.00 | $125.00 | $0.00 |
| MAY-31-23 | Administrative Director | Office of The TCA Adobe Account. | | | $47.98 |
| MAY-31-23 | Administrative Director | Office of The TCA Vehicle repair. | | | $367.95 |
| | | Total amount of this invoice | | | $9,290.93 |

| MESSAGE |
|---|
| Javier B Gonzalez May 31, 2023 |

# Invoice

**DIAZ SERVICE STATION**
**CALLE PARANA ESQ, WESER**
**RIO PIEDRAS HGTS**
**SAN JUAN PR 00926**

| Date | Invoice # |
|---|---|
| 5/4/2023 | 11215 |

**Bill To**

MONITOR FEDERAL
TOYOTA HIGHLANDER 2015
TAB-IVU-032

| P.O. No. | Terms | Project |
|---|---|---|
| | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | REPARACION DE ALTERNADOR Y LABOR | 290.00 | 290.00T |
| 1 | LAVADO DE CAJA | 40.00 | 40.00T |
| | Sales Tax | 11.50% | 37.95 |

PAID

```
ATH
PUMA -PARANA 037
RIO PIEDRAS HEIGHTS C/PARANA ESQ WESSER
            SAN JUAN
DATE            TIME            HOST
May 19,23       15:02:34        ATH
BATCH       TERMINAL ID     MERCHANT ID
000394      30V23692        4549106644057

            SALE

MC          ************2872

AUTH. CODE: 31377Z    INVOICE: 001531
                      TRACE  :001969

TOTAL     $      367.95

MASTERCARD              CONTACTLESS
AID: A0000000041010   AC: 09967A962DC9AB5C
UN: 19817B5B  TVR: 0000008001  TSI: A800

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

        CUSTOMER COPY
    Gracias por su patrocinio
```

| | Total | $367.95 |
|---|---|---|



TRANSPORTATION
# Puma

| 5/19/23 | $367.95 |
|---|---|
| 2% Daily Cash | +$7.36 |



Puma, San Juan, Puerto Rico



# Transaction Details
### Card Ending - 11003

Merchandise & Supplies - Mail Order

# ADOBE WEBSALES 800-833-6687

# $47.98

May 16, 2023

On your statement as ADOBE ACROPRO SUBS A SAN JOSE CA

**$0.48 Reward Dollars**



# Transaction Details



ADOBE WEBSALES 800-833-6687

801 N 34TH ST
SEATTLE
WA
98103
UNITED STATES