

# Invoice

**Altai Atlantic Consulting LLC**
828 Snowden Hallowell Way, Alexandria VA 22314

**Date:** 06/01/23
**Invoice #:** 01-041

**To:** Office of the Federal Police Monitor of Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
Tel. 787-417-9098

| Fee Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|
| **Total Fees Payable For Services Rendered by Dr. David Levy** | 40.5 | 165 | **$6,682.50** |

**Work Performed in the Continental United States**

| Date | Activity Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 5/1/23 | CMR-9 Data request 1.2 | 1.5 | 165 | $247.50 |
| 5/1/23 | Review of CMR-8 Recruitment section | 3.5 | 165 | $577.50 |
| 5/2/23 | Communication re: CMR-8/9 | 0.5 | 165 | $82.50 |
| 5/4/23 | Communication with Stephanie Leon re: data tasking | 1.0 | 165 | $165.00 |
| 5/4/23 | CMR-9 Data request 1.2 and CMR-8 data appendix | 1.0 | 165 | $165.00 |
| 5/6/23 | CMR-8 data appendix | 3.0 | 165 | $495.00 |
| 5/8/23 | Biweekly monitor team call & follow-up re: Recruitment section for CMR-8 | 1.0 | 165 | $165.00 |
| 5/11/23 | CMR-9 Data request 1.2 promotions candidates | 0.5 | 165 | $82.50 |
| 5/14/23 | Communication & request revisions for CMR-9 internal investigations data | 2.0 | 165 | $330.00 |
| 5/15/23 | Biweekly document production call with PRPB | 0.5 | 165 | $82.50 |
| 5/16/23 | Communication & request revisions for CMR-9 internal investigations data | 2.5 | 165 | $412.50 |
| 5/17/23 | CMR-9 Worksheet | 3.5 | 165 | $577.50 |
| 5/22/23 | Biweekly monitor team call & follow-up communication | 1.0 | 165 | $165.00 |
| 5/24/23 | Developing learning materials for data request methodology | 5.0 | 165 | $825.00 |
| 5/26/23 | Review of PRPB response to data request 1.2 | 3.0 | 165 | $495.00 |
| 5/29/23 | Updating worksheets for Monitors | 5.0 | 165 | $825.00 |
| 5/31/23 | CMR-9 2.1 data request | 3.0 | 165 | $495.00 |
| 5/31/23 | Review of CMR-8 comments and report sections | 2.0 | 165 | $330.00 |
| 5/31/23 | Email backlog and miscellaneous end of month admin | 1.0 | 165 | $165.00 |
|  |  |  | 165 | $0.00 |
|  |  |  | 165 | $0.00 |

|  |  |  | 165 | $0.00 |
| --- | --- | --- | --- | --- |
| Total |  |  | 40.5 | $6,682.50 |

**Total Fee Payable**     **$6,682.50**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

*[signature]*

**Dr. David Levy**

06/01/23
**Date**