# INVOICE

| | | |
|---|---|---|
| **DATE** | **INVOICE NO** | **Denise Rodriguez** |
| 6/1/2023 | #032 | 3003 San Sebastian St. |
| | | Mission, TX 78572 |
| | | drodriguez_PRI@outlook.com |

**INVOICE TO**
Puerto Rico Chief Federal Monitor

**INVOICE PERIOD**
May 31, 2023

## DUTIES AND RESPONSIBILITIES                                                    TOTAL DUE $15,833.33

- Conducted monthly one-on-one meetings with subject matter experts
- Coordinated and conducted weekly Monitoring Executive Team meetings
- Coordinated and conducted biweekly meetings with the Parties
- Conducted biweekly meetings with Research Analyst
- Reviewed and approved the review of several policies submitted to the Monitor's Office by PRPB as per Paragraph 229 of the Agreement
- Worked with the Administrative Director and the Research Analyst/Administrative Assistant to finalize the schedule for the June site visit
- Participated in various meetings with the Parties to discuss the PRPB IT Corrective Action Plan
- Provided comments on the revised drafts of the DV/SA Plan and Search and Seizure Plan.
- Conducted a final review and edit of all sections of CMR-8
- Drafted the Executive Summary and Introduction of CMR-8 draft
- Worked with Administrative Director and Associate Monitor to plan for upcoming community meeting
- Participated in various meetings with the Parties to discuss PRPB's work with AHDatalytics
- Coordinated and oversaw the submission and receipt of various data requests for CMR- 9
- Participated in the May 253 Meeting with the Parties
- Participated in call with the parties and IPSOS to discuss conducting focus groups for 2023
- Finalized drafts of CMR-8 and worked with General Counsel and Chief Monitor to submit the draft to the Parties
- Scheduled collaborative review of CMR-8 with Parties
- Reviewed comments received from USDOJ on the CMR-8 draft
- Participated in site visit on May 1st through May 5th.
- Worked with team members to develop timeline illustrations of the PR implementation plans

Flat Rate Total Wages*                                                                                  $15,833.33
- *Travel was submitted under invoice no. 032.1*
**Total Due**                                                                                           $ 15,833.33

*The total amount is a flat rate. The total monthly is $15,833.33 for an annualized amount of $190,000.00

*signature: Denise Rdz*

**Denise Rodriguez, Chief Deputy Monitor**                                         May 31, 2023
                                                                                    Date

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.