# VIOTA & ASSOCIATES CPA LLC

B5 CALLE TABONUCO, SUITE 216
PMB 292
GUAYNABO, PR 00968-3029

## Invoice

INVOICE NUMBER: 20201393
DATE: MAY 31, 2023

PUERTO RICO POLICE REFORM

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: CONSULTING FEES | | | |
| MAY-02-23 | CONSULTING FEES | Posted services in PR Pay | 3.50 | $125.00 | $437.50 |
| MAY-03-23 | CONSULTING FEES | Posted services in PR Pay | 1.00 | $125.00 | $125.00 |
| MAY-10-23 | CONSULTING FEES | ACH Vendor payments for March Services (1 of 2) | 1.00 | $125.00 | $125.00 |
| MAY-11-23 | CONSULTING FEES | 2nd - ACH Vendor payments for March invoices Professional Services withholding deposit | 0.50 | $125.00 | $62.50 |
| MAY-16-23 | CONSULTING FEES | Descargando facturas al Dropbox | 1.00 | $125.00 | $125.00 |
| MAY-17-23 | CONSULTING FEES | Descargando facturas al Dropbox, facturas de 4/30 en Excel y Sage, Entrar pagos de mayo a Sage. Reconciliación 4/30, Posted Services PRPay | 4.00 | $125.00 | $500.00 |
| MAY-24-23 | CONSULTING FEES | Realizar factura de cargos bancarios para facturar a la corte | 0.50 | $125.00 | $62.50 |
| MAY-25-23 | CONSULTING FEES | ACH Vendor payments for April Services (1 of 2) | 1.00 | $125.00 | $125.00 |
| MAY-26-23 | CONSULTING FEES | 2nd - ACH Vendor payments for April invoices ACH for March Travel Expenses Professional Services withholding deposit | 1.00 | $125.00 | $125.00 |
| | | TOTAL: CONSULTING FEES | | | $1,687.50 |
| | | Total hours for this invoice | 13.50 | | |
| | | Total before tax | | | $1,687.50 |
| | | PR SALES TAX (IVU) | | | $0.00 |
| | | Total amount of this invoice | | | $1,687.50 |