**Name:** Donald S. Gosselin, d/b/a Gosselin Int'l Associates, division of MBG North Corp #1174
**Invoice Date:** 5/31/23
**Invoice Peric** April 30, 2023 - May 31, 2023

| Date | Task(s) | Rate | Total Hou | Total Amount |
|---|---|---|---|---|
| | 60 | | | |
| 04/30/23 | Review comms, OG 203 | $ 165.00 | 1.25 | $ 206.25 |
| 05/01/23 | Field Work SJU | $ 165.00 | 8 | $ 1,320.00 |
| 05/02/23 | Field Work SJU | $ 165.00 | 8 | $ 1,320.00 |
| 05/03/23 | Field Work SJU | $ 165.00 | 8 | $ 1,320.00 |
| 05/04/23 | Field Work SJU | $ 165.00 | 8 | $ 1,320.00 |
| 05/05/23 | Comms with Team | $ 165.00 | 1.25 | $ 206.25 |
| 05/12/23 | Review Field Work Notes, review and analyze Llanos transcrip | $ 165.00 | 3.5 | $ 577.50 |
| 05/13/23 | Analyze DV/Sex Policy Plan, Team Comms relating to CMR9 | $ 165.00 | 4.75 | $ 783.75 |
| 05/15/23 | Read PRPB Report on Compliance | $ 165.00 | 2.5 | $ 412.50 |
| 05/17/23 | Locate interview files, update database, multiple comms witl | $ 165.00 | 5.75 | $ 948.75 |
| 05/18/23 | Update database, Comms with Team | $ 165.00 | 5.5 | $ 907.50 |
| 05/22/23 | Telcon & Prep, comms | $ 165.00 | 2.75 | $ 453.75 |
| 05/30/23 | Read News report and legistlative DV report | $ 165.00 | 0.75 | $ 123.75 |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| **TOTAL Labor** | | | **60.00** | **$ 9,900.00** |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of

**Signature:** DS Gosselin <signature>

**Date:** 5/31/23

**Commo and Coordination** consists of all writings and digital comms to/from Monitors, PRPB, USDOJ; Review compliance targets, document and data requests, logistics; scheduling, on-site planning & coordination, database development

**Data/Policy Analysis, Writing**
Data concerns CMR-8, Draft/review data requests, review special case, reporting on interviews, due process for promo candidates

**Field Work:** Research conducted in situ (SJU)

**Review Investigations:** Page by page analysis of SARP Investigations conducted (Phase I and Adjudicated (Phase II)