**Al Youngs**
**5552 West Lakeridge Rd**
**Lakewood, CO 80227**

May 1 - May 31, 2023
Invoice No. 47
Member of Federal Monitor Team

| Date | Brief Description | Total Hours |
|---|---|---|
|  | Reviewed and responded to emails and conference calls for the month of May. |  |
| 5/8<br>5/9<br>5/10<br>5/11<br>5/13<br>5/14<br>5/20<br>5/24<br>5/27<br>5/28<br>5/29<br>5/30 | From Members of the Monitor Team. | 6.0 Hours |
| 5/9<br>5/10<br>5/12<br>5/15<br>5/16<br>5/17<br>5/18<br>5/20<br>5/21<br>5/24<br>5/31 | Several meetings and phone calls with Monitor and Deputy Monitor. | 3.0 Hours |
|  | During site visit to Puerto Rico |  |
| 5/1 | May Demonstration |  |
| 5/2 | Meeting with Reform Unit |  |
| 5/2 | Review site visit agenda |  |
| 5/2 | Bi-weeklu document production meeting |  |

| Date | Description | Hours |
|---|---|---|
| 5/2 | Data Analytics Dashboard meeting | |
| 5/2 | Meeting with SARP Commander Santiago Ocasio and Colonel Ramirez to discuss SARP reform progress | |
| 5/2 | Meeting with Recruitment Director Brian Deese to discuss recruitment effort updates | |
| 5/3 | Field visit to Albonito. Reviewed Supervisory ratios, shift logbooks. Discussed field administrative investigations and supervision with Supervisors | |
| | | 24.0 Hours |
| | | |
| 5/9 | Reviewed Supervisor status report | 2.0 Hours |
| 5/11 | Reviewed CMR-9 data report | 2.0 Hours |
| 5/12 | Reviewed past demonstration reports | 2.0 Hours |
| 5/13 | Reviewed manual for Operational and Administration Inspections | 2.0 Hours |
| 5/14 | Reviewed Guide for Operational and Administration Inspections | 2.0 Hours |
| 5/18 | Reviewed public reports | 2.0 Hours |
| 5/19 | Re-reviewed CMR-8 Supervisors and Administration | 2.0 Hours |
| 5/20 | Re-Reviewed CMR-8 Recruitment, Hiring and Selection | 2.0 Hours |
| 5/21 | Reviewed CMR-7 Professionalization | 2.0 Hours |
| 5/23 | Reviewed protocol memorandum reference Command level promotions | 1.0 Hours |
| 5/24 | Reviewed 2nd recruit class data, CMR-8 | 2.0 Hours |
| 5/25 | Reviewed FPM memorandum reference Command level promotions | 1.0 Hours |
| 5/26 | Reviewed list of promotions Inspectors to Lt. Colonels and Lt. Colonels to Colonels | 1.0 Hours |
| 5/27 | Reviewed Paragraph 154 to 156 for PRPB Audits submitted by PRPB | 2.0 Hours |
| 5/29 | Additional review of personnel evaluations completed by Supervisors of their subordiates, reviewed pro-media materals | 2.0 Hours |

**TOTAL HOURS:** **60.0**

Billable Hours: 60 Hours at a Rate of $165.00 Per Hour =   $9,900.00

**TOTAL:** **$9,900.00**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_____
Signature

_____5/31/23_____
**Date**