# Rafael Ruiz Consulting

12 Crestshire Dr.
Lawrence, MA 01843

PHONE: 6177599156    stodgo1971@yahoo.com    12 Crestshire Dr.

## INVOICE

INVOICE NUMBER: 2023-05
INVOICE DATE: 5/31/2023

Federal Police Monitor for PR
VIG Tower, PH-924
1225 Ponce De Leon Ave.
San Juan, PR 00907

RAFAEL E. RUIZ CONSULTING

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: FPM work from Home | | | |
| 5/01/2023 | FPM work from Home | Work on CMR-08 Draft (at airport and in-flight to PR) | 5.00 | $165.00 | $825.00 |
| 5/1/2023 | FPM work from Home | Work on CMR-08 Draft (at hotel) | 2.00 | $165.00 | $330.00 |
| 5/7/2023 | FPM work from Home | Edit CMR-08 Draft | 4.00 | $165.00 | $660.00 |
| 5/8/2023 | FPM work from Home | Edit CMR-08 Draft | 4.50 | $165.00 | $742.50 |
| 5/17/2023 | FPM work from Home | Zoom Meeting w/FPM Dep Monitor | 1.00 | $165.00 | $165.00 |
| 5/17/2023 | FPM work from Home | Re-review PRPB Complaint re: detained Undocumented Dominicans | 2.00 | $165.00 | $330.00 |
| 5/22/2023 | FPM work from Home | FPM Biweekly Zoom meeting | 0.50 | $165.00 | $82.50 |
| 5/31/2023 | FPM work from Home | Read/respond to emails, calls, texts among FPM members | 2.00 | $165.00 | $330.00 |
| 5/31/2023 | FPM work from Home | Review GO 400-412 and PPR-412.1 | 4.00 | $165.00 | $660.00 |
| | | TOTAL: FPM work from Home | | | $4,125.00 |
| | | PROJECT: FPM work from PR (Site Visits) | | | |
| 5/1/2023 | FPM work from PR (Site Visits) | Site visit/ interviews and It presentations | 8.00 | $165.00 | $1,320.00 |
| 5/2/2023 | FPM work from PR (Site Visits) | Site visit/interviews | 8.00 | $165.00 | $1,320.00 |
| 5/3/2023 | FPM work from PR (Site Visits) | Site visit/interviews | 8.00 | $165.00 | $1,320.00 |
| 5/4/2023 | FPM work from PR (Site Visits) | Site visit/interviews | 8.00 | $165.00 | $1,320.00 |
| | | TOTAL: FPM work from PR (Site Visits) | | | $5,280.00 |
| | | Total hours for this invoice | 57.00 | | |

INVOICE NUMBER: 2023-05

| INVOICE BALANCE INFORMATION | |
|---|---|
| Total amount of this invoice | $9,405.00 |
| Current invoice balance | $9,405.00 |

| |
|---|
| AMOUNT DUE ON THIS INVOICE: $9,405.00 |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of the hours worked in my capacity as a member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_Rafael E. Ruiz_ (signature)
Rafael E. Ruiz

Date: May 31, 2023