INVOICE 0099-LABOR FOR PROFESSIONAL SERVICES; MAY 1, 2023, THROUGH MAY 31, 2023
RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC

TO:    Federal Monitor
       Puerto Rico Police Department Consent Decree

This invoice for professional services labor rendered by Crystal Reef LLC (Monitoring Core Team) for May 2023 is detailed here.

| Name: | Scott Cragg |
|---|---|
| Invoice Date: | 5/31/23 |
| Invoice Period: | May 1 - May 31, 2023 |

| Date | Task(s) | Rate | Total Hours | Total Amount |
|---|---|---|---|---|
| 5/2/23 | On-site Puerto Rico | $ 165.00 | 8 | $ 1,320.00 |
| 5/3/23 | On-site Puerto Rico | $ 165.00 | 8 | $ 1,320.00 |
| 5/7/23 | emails, On-site travel Planning, reschedule air travel for Status Conference | $ 165.00 | 0.75 | $ 123.75 |
| 5/8/23 | FPMPR Bi-weekly call, Review Monitors memo 4/30/23 on policy recommendations | $ 165.00 | 0.5 | $ 82.50 |
| 5/9/23 | Review 9.1.2 data request and crosswalk demands with IT deliverable | $ 165.00 | 3.75 | $ 618.75 |
| 5/10/23 | Per Monitors request, prepare and submit invoice for expenses | $ 165.00 | 0.5 | $ 82.50 |
| 5/11/23 | Review and reconcile Box artifacts per Deputy Monitor request | $ 165.00 | 2.75 | $ 453.75 |
| 5/13/23 | translate PRPB's 6-month report, translate Corrective Action Plan, Begin review of PRPB 17th 6 Month Report, review of 253 minutes and applicability to IT Monitoring | $ 165.00 | 4.5 | $ 742.50 |
| 5/14/23 | Complete review of PRPB 17th 6-month report, catalog question for review | $ 165.00 | 4.25 | $ 701.25 |
| 5/15/23 | Scheduled review with Deputy Monitor - IT Status, cyber strategy, coordination with Governor's Office and DoJ SME's | $ 165.00 | 1 | $ 165.00 |
| 5/17/23 | correspondence emails with Monitors Office, DoJ, DOJ SME for IT, Communication with Administrative Officer for the Monitor - refile documents, review Corrective Action Plan correspondence | $ 165.00 | 1.5 | $ 247.50 |
| 5/18/23 | Review cyber concerns with Monitor, review and clear monitor emails on documents | $ 165.00 | 0.5 | $ 82.50 |
| 5/19/23 | Review Deputy Monitor comments on AHD Dashboards, phoncon Monitor on DoJ SME SOW recommendations. Review of Emails concerning ingellicon proposal to perform corrective action plan implementation.  Notice to Monitor. Review of brochure materials provided by Maria Del Mar Ortiz.  Review of functional components provide by the DOJ SME. | $ 165.00 | 3.25 | $ 536.25 |

| | | | | |
|---|---|---|---|---|
| 5/20/23 | Draft proposed edits to DoJ's draft SOW for PRPB RMS and Governance contracting with Gartner. | $ 165.00 | 3.25 | $ 536.25 |
| 5/21/23 | Review and redraft Draft RMS and PMO SOW from DoJ SME | $ 165.00 | 2.5 | $ 412.50 |
| 5/22/23 | Review comments, email correspondence between Monitors Office, DoJ, Gartner and PR, reviewing CMR8 editing, Review CAP SOW Draft for Gartner sole source. | $ 165.00 | 2.5 | $ 412.50 |
| 5/24/23 | Review of Dashboards (statistics and crime data) provided by PRB/AHD to the Deputy Monitor and provided to the Monitors on May 18, 2023 | $ 165.00 | 1.75 | $ 288.75 |
| 5/25/23 | Prep, Review, Meet with Gartner on RMS and PMO SOW | $ 165.00 | 1 | $ 165.00 |
| 5/26/23 | Continue review of Box artifacts per Deputy monitors request | $ 165.00 | 1.5 | $ 247.50 |
| 5/27/23 | Review Violetta email, Gabby email, Denise R email re; PRPB weekly status reports and Box archive, iteration of PRPB SOW for Corrective Action Plan | $ 165.00 | 1.75 | $ 288.75 |
| 5/28/23 | Review SOW V1.1 from Violetta and prepare comments | $ 165.00 | 2.25 | $ 371.25 |
| 5/29/23 | Review emails, review 253 notes for accuracy, continue assessment of Draft PRPB SOW for Corrective Action Plan | $ 165.00 | 1.25 | $ 206.25 |
| 5/30/23 | Crosswalk PRPB Draft SOW 1.1, 1.3 | $ 165.00 | 3 | $ 495.00 |
| TOTAL Labor | | | 60 | $ 9,900.00 |
| TOTAL | | | 60 | $ 9,900.00 |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. further certify that I have not received any income, compensation, or payment for services rendered under a regular employment o contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

**Signature:**                                                                          **Date:**        6/1/23