# INVOICE

**DATE:**
June 1, 2023

**INVOICE #**
06-1

**CUSTOMER ID:**
United States of America v. Commonwealth of PR
Civil No. 12-2039 (FAB)

**TO:**
FPMPR LLC
VIG Tower PH 924
1225 Ponce de Leon
San Juan, PR 00907

| SERVICE PROVIDER | JOB | FEES | INVOICE PERIOD |
|---|---|---|---|
| AB-AG LAW LLC | LEGAL SERVICES | $225 p/h | May 2023 |

| DATE | DESCRIPTION | DAILY TIME | DAILY FEES |
|---|---|---|---|
| 5/1 | Telephone calls and electronic communications from J. Romero and counsel for PRPB.  Review order regarding FURA.  Email order to monitors.  Calls from J. Romero regarding order and demonstrations today.  Conference with paralegal regarding results of demonstrations today.  Review emails from R. Ruiz, D. Levy, and D. Rodriguez together with data requests. | 2.3 | 517.50 |
| 5/2 | Telephone call from J. Romero.  Appear and attend videoconference meetings today.  Calls and electronic communications with J. Romero.  Electronic communications with D. Rodriguez.  Emails to US Attorney's Office. Electronic communications with J. Gonzalez and Gartner, Inc.  Review orders on special master's invoices.  Review order on monitor's invoices.  Email to monitors regarding orders.  Further emails and calls with J. Gonzalez and J. Romero.  Review emails from D. Rodriguez, R. Ruiz, and D. Levy. | 5.2 | 1170 |
| 5/3 | Various calls from J. Romero. Plan and prepare for meeting at PRPB regarding FURA matter.  Appear and attend meeting at PRPB.  Telephone calls and emails with J. Romero and D. Rodriguez.  Review emails from parties and special master. | 3.5 | 787.50 |
| 5/4 | Telephone calls and emails with J. Romero and D. Rodriguez.  Review order re: C. Graham.  Email order to monitors.  Review emails from S. Rhinerson and parties.  Multiple calls from J. Romero.  Exchange of emails with D. Rodriguez.  Review emails from D. Levy and other monitors.  Revisions to draft section of D. Gosselin on CMR-8.  Email feedback to D. Rodriguez on summary section. | 3.2 | 720 |
| 5/5 | Review and analyze motion for reconsideration filed by PRPB.  Email motion to monitors.  Telephone calls from J. Romero.  Conference with D. Rodriguez.  Exchange of emails with D. Gosselin and D. Rodriguez.  Review and respond to emails from L. Saucedo.  Review order on motion for reconsideration.  Email order to monitors.  Calls from J. Romero regarding order. | 1.8 | 405 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 5/7 | Review emails from team members regarding CMR-8 and meeting tomorrow. Review, analyze, and study legal aspects of CMR-8 draft from some monitors. Telephone call from J. Romero. | 4.0 | 900 |
| 5/8 | Attend team meeting. Review emails from D. Gosselin and D. Rodriguez. Revise further draft of CMR-8 from D. Gosselin. Feedback to D. Gosselin and D. Rodriguez. Review email from D. Rodriguez with executive summary draft. Review email from J. Romero with his revisions to executive summary of CMR-8. Prepare revisions to executive summary and email the same to D. Rodriguez and J. Romero. Email to J. Gonzalez regarding Gartner invoice. Review past communications regarding April 2021 incident with immigrants and email to counsel for PRPB to follow up on results of investigation. Revise draft email prepared by monitor to Miami Police Dept. | 3.6 | 810 |
| 5/9 | Review and respond to multiple electronic communications from J. Romero and D. Rodriguez. Telephone call from J. Romero. Review emails from L. Saucedo. Review email from S. Rhinerson. | 0.8 | 180 |
| 5/10 | Review and respond to electronic communications from J. Romero, D. Rodriguez, and L. Hidalgo. Review emails from J. Romero, L. Saucedo, and A. Del Carmen. Plan and prepare for meeting with USDOJ including review and analysis of relevant documents. Appear and attend videoconference meeting. Telephone call from J. Romero. Review emails from C. Graham, A. Del Carmen, and J. Romero. | 2.6 | 585 |
| 5/11 | Review and respond to emails from J. Romero, L. Hidalgo, D. Rodriguez, and L. Saucedo. Preliminary review of C. Graham memorandum. Review email from J. Gonzalez. Various calls with J. Gonzalez. Revisions to CMR-8 draft. | 8.2 | 1845 |
| 5/12 | Review email from J. Gonzalez with invoices. Review and respond to electronic communications with J. Gonzalez. Review invoices. Prepare and electronically file motion for disbursement of funds. Email filed motion to J. Gonzalez. Email to S. Rhinerson with revisions to CMR-8 draft. Prepare revisions to executive summary and email the same to S. Rhinerson. Continue review and analysis of Graham updated memorandum. Telephone call from J. Romero. Review and respond to email from counsel for PRPB. Review further emails from the parties and special master. Review and respond to email from Gartner regarding invoices. | 5.4 | 1215 |
| 5/14 | Review electronic communications from D. Rodriguez, J. Romero, S. Rhinerson. Review final executive summary and CMR-8 drafts. Email to counsel for PRPB on budget. Review agenda for tomorrow's biweekly meeting. Review and respond to emails from the parties regarding budget. | 2.2 | 495 |
| 5/15 | Plan and prepare for biweekly meeting. Attend biweekly production meeting. Postmeeting conference with J. Romero and D. Rodriguez. Prepare memorandum to the parties on CMR-8. Review updated and revised executive summary. Email memorandum and CMR-8 to the parties. Review email from counsel for PRPB regarding budget. | 1.8 | 405 |
| 5/16 | Review multiple emails from the parties and special master. Electronic communications and calls with J. Romero. Review and analyze proposed draft reform expense protocol prepared by the Commonwealth. Review email from counsel from PRPB with status of investigation of arrest of illegal immigrants. Internal emails with monitoring team regarding the same. | 1.7 | 382.50 |
| 5/17 | Review and respond to electronic communications from monitors. Review order approving Gartner invoice. Email to Gartner. Email to J. Gonzalez. Telephone call from J. Romero. | 0.5 | 112.50 |

2

| Date | Description | Hours | Amount |
|---|---|---|---|
| 5/18 | Exchange of electronic communications from J. Romero and D. Rodriguez.  Telephone call with J. Romero.  Review email from L. Hidalgo. Review and respond to email from special master. Attend team meeting.  Review further emails from S. Rhinerson, D. Rodriguez, and other monitors. | 1.2 | 270 |
| 5/19 | Review emails from the parties and monitors.  Revise draft protocol with comments and revisions from L. Hidalgo.  Revise draft IT scope of work.  Telephone call from J. Gonzalez. Email to Gartner regarding check. Review further emails from J. Romero and D. Rodriguez.  Prepare draft email to Gartner and email the same to monitors for review and approval.  Telephone call with J. Romero.  Review order for disbursement of funds (expenses).  Email order to monitors.  Review order on motion for disbursement of funds (April invoices).  Email order to monitors.  Various calls from J. Romero.  Review emails from L. Hidalgo, L. Saucedo, and J. Romero.  Review and analyze further revised draft protocol prepared by L. Hidalgo. | 2.8 | 630 |
| 5/20 | Review emails from S. Rhinerson and L. Saucedo.  Review email from L. Hidalgo with clean version of revised protocol.  Review protocol.  Telephone call from J. Romero.  Email to J. Kashare from Gartner. | 1.6 | 360 |
| 5/21 | Review email from J. Romero.  Email response to J. Kashare and looping in counsel for the parties. Review agenda items for 253 meeting. | 0.4 | 90 |
| 5/22 | Review emails from L. Saucedo, S. Rhinerson, J. Romero, A. Del Carmen, and S. Cragg.  Review and analyze changes made to protocol by C. Graham and USDOJ.  Review edits on SOW by S. Cragg.  Review and respond to email from S. Cragg.  Revise SOW and email it to monitors.  Review email from IT expert from USDOJ.  Email exchange with J. Kashare.  Review and respond to emails from PRPB and USDOJ.  Appear and attend team meeting videoconference. | 1.8 | 405 |
| 5/23 | Review and respond to emails from Gartner.  Email to J. Gonzalez. Review emails from parties and special master regarding upcoming meetings.  Plan and prepare for 253 meeting.  Appear and attend 253 meeting.  Telephone call from J. Romero.  Review further emails from parties and special master. | 2.2 | 495 |
| 5/24 | Review email from L. Hidalgo with revisions to updated protocol.  Review and analyze updated protocol and changes.  Telephone call from J. Romero.  Review electronic communications from J. Romero, D. Rodriguez, and S. Rhinerson. Telephone call with J. Gonzalez. Exchange of electronic communications between J. Romero and L. Hidalgo.  Review order regarding budget and email the same to monitors.  Plan and prepare for meeting with parties and special master.  Appear and attend videoconference.  Appear and attend videoconference with J. Romero and D. Rodriguez. | 4.6 | 1035 |
| 5/25 | Telephone call from J. Romero. Plan and prepare for meeting with Gartner.  Appear and attend meeting with Gartner.  Review and respond to electronic communications from J. Romero, D. Rodriguez, and L. Hidalgo.  Attend executive team meeting videoconference.  Review and respond to email from D. Rodriguez.  Review visual aid.  Review emails from the parties and special master.  Review further emails from D. Rodriguez and J. Romero. | 2.6 | 585 |
| 5/26 | Review order scheduling status conference.  Email to monitors regarding the same.  Review and analyze 90-day status report on reform implementation by PRPB and comments and changes made by USDOJ. Plan and prepare for meetings today.  Appear and attend videocall meetings.  Telephone call from J. Romero. | 2.8 | 630 |

3

| Date | Description | Hours | Amount |
|---|---|---|---|
| 5/27 | Review notices filed by special masters in court. Review email from counsel for PRPB with draft protocol. Review email from A. Del Carmen. Review and analyze draft protocol. Assist in responding to inquiries for preparation of 253 meeting notes. | 2.2 | 495 |
| 5/29 | Further revisions to draft protocol. Review emails from A. Del Carmen and A. Garffer. Telephone call from J. Romero. | 1.0 | 225 |
| 5/30 | Review email from J. Romero with changes to draft protocol and memorandum prepared by L. Hidalgo. Review and analyze changes to protocol and memorandum. Review email from Trinidad. Review email from J. Kashare, S. Cragg, J. Romero, and L. Saucedo. Email to J. Romero. Review further exchange of emails between J. Kashare and parties. Conference with paralegal regarding new tasks assigned by deputy monitor and assistance thereof. Review email from counsel for PRPB with new revised protocol. Review and analyze revised protocol. Review multiple subsequent emails from L. Saucedo and J. Romero. | 2.4 | 540 |
| 5/31 | Review and analyze motion in compliance with order filed by PRPB and exhibits. Review motion to restrict. Review motion for leave to file Spanish document. Review email from J. Romero. Email monitors with motions filed. Review email from L. Saucedo with comments on CMR-8 draft. Review and analyze comments made. Review email from D. Rodriguez. Review court orders on several of the motions filed. Electronic communications and calls from J. Romero. Various calls with counsel for PRPB. | 2.3 | 517.50 |
| | **TOTAL TIME** | | **74.7** |
| | **TOTAL FEES** | | **$16,807.50** |

I HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN MY CAPACITY AS A MEMBER OF THE FEDERAL MONITORING TEAM.  I FURTHER CERTIFY THAT I HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH OF PUERTO RICO, OR ANY OF ITS DEPARTMENTS OR AGENCIES.

**MAKE ALL CHECKS PAYABLE TO AB-AG LAW LLC**
Thank you for your business!

1357 ASHFORD AVE #2 -184 | SAN JUAN, PR 00907| PHONE: (787) 948-5131| EMAIL RABESADA@FPMPR.ORG