| Name: | Rita J. Watkins | | | |
|---|---|---|---|---|
| Invoice Date: | 5/31/2023 | | | |
| Invoice Period: | May 1-31, 2023 | | | |

| Date | Task(s) | Rate | Total Hours | Total Amount |
|---|---|---|---|---|
| 5/1/2023 | Field Work, Puerto Rico | $ 160.00 | 8 | $ 1,280.00 |
| 5/2/2023 | Field Work, Puerto Rico | $ 160.00 | 8 | $ 1,280.00 |
| 5/3/2023 | Field Work, Puerto Rico | $ 160.00 | 8 | $ 1,280.00 |
| 5/4/2023 | Field Work, Puerto Rico | $ 160.00 | 6 | $ 960.00 |
| 5/5/2023 | Data analysis/writing CMR-8/telecons and emails from monitors | $ 160.00 | 2 | $ 320.00 |
| 5/8/2023 | Team meeting/telecon with monitors | $ 160.00 | 1 | $ 160.00 |
| 5/13/2023 | SA/DV Plan review and comments | $ 160.00 | 2 | $ 320.00 |
| 5/16/2023 | Telecons and emails from monitors | $ 160.00 | 1 | $ 160.00 |
| 5/17/2023 | Meeting with deputy monitor | $ 160.00 | 0.5 | $ 80.00 |
| 5/24/2023 | Site visit (June) schedule review | $ 160.00 | 1 | $ 160.00 |
| 5/29/2023 | Telecons and emails from monitors/parties (DV) | $ 160.00 | 1 | $ 160.00 |
| 5/30/2023 | Telecons and emails from monitors/parties (DV and T) | $ 160.00 | 1 | $ 160.00 |
| 5/31/2023 | Telecons and emails from monitors/parties (T) | $ 160.00 | 1 | $ 160.00 |
| | | $ 160.00 | | $ - |
| | | $ 160.00 | | $ - |
| | | $ 160.00 | | $ - |
| | | $ 160.00 | | $ - |
| | | $ 160.00 | | $ - |
| | | $ 160.00 | | $ - |
| | | | | $ - |
| **TOTAL** | | | 40.5 | $ 6,480.00 |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

**Signature:** *Rita J. Watkins*   **Date:** 5/31/2023