

# INVOICE 23052236

Korber Group Inc.
P.O. Box 8919
Ponce, PR 00732

Tel. 787.590.6191
Email: billing@korbergroup.com
Website: korbergroup.com

INVOICE NUMBER: 23052236

INVOICE DATE: 05/23/2023

SERVICE TYPE: MONTHLY RECURRING

BILL TO: OFFICE OF THE FPMPR LLC
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907

¡Gracias por su patrocinio!
Thank you for your business!
We appreciate having you as our Client.

TOTAL
**$1,150.00**

DUE DATE
05/23/2023

| ITEM | RATE | QTY | TOTAL |
| --- | --- | --- | --- |
| RECURRING MONTHLY SERVICES<br>Services pursuant to STATEMENT OF WORK NUMBER 4 to Information Technology Master Services Agreement | $900.00 | 1 | $900.00 |
| RECURRING MONTHLY SERVICES<br>Services pursuant to STATEMENT OF WORK NUMBER 7 to Information Technology Master Services Agreement | $250.00 | 1 | $250.00 |
| | | SUBTOTAL: | $1,150.00 |
| | | TOTAL DUE: | $1,150.00 |

La empresa Korber Group Inc está clasificada como un Agente No Retenedor del Impuesto sobre Ventas y Uso ("IVU").
No taxes are included in this invoice. If applicable, they will be charged to the client additionally. All services Subject to Terms of Service and related policies, available at http://www.korbergroup.com/legal and http://korbergroup.com/cpc-tos/ Available payment methods: check, cash, credit card (Visa, Mastercard, Discover, and American Express), PayPal, ATH Móvil.



# INVOICE 23052239

INVOICE NUMBER: 23052239

INVOICE DATE: 05/30/2023

SERVICE TYPE: EXPENSE REIMBURSEMENT

Korber Group Inc.
P.O. Box 8919
Ponce, PR 00732

Tel. 787.590.6191
Email: billing@korbergroup.com
Website: korbergroup.com

BILL TO: OFFICE OF THE FPMPR LLC
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907

¡Gracias por su patrocinio!
Thank you for your business!
We appreciate having you as our Client.

TOTAL
**$168.70**

DUE DATE
05/30/2023

| ITEM | RATE | QTY | TOTAL |
|---|---|---|---|
| **Reimbursable expenses**<br>For a detailed enumeration of the expenses please refer to the EXPENSE REIMBURSEMENT STATEMENT OF ACCOUNT number 1562-31 | $168.70 | 1 | $168.70 |
| | | SUBTOTAL: | $168.70 |
| | | TOTAL DUE: | $168.70 |

La empresa Korber Group Inc está clasificada como un Agente No Retenedor del Impuesto sobre Ventas y Uso ("IVU").
No taxes are included in this invoice. If applicable, they will be charged to the client additionally. All services Subject to Terms of Service and related policies, available at http://www.korbergroup.com/legal and http://korbergroup.com/cpc-tos/ Available payment methods: check, cash, credit card (Visa, Mastercard, Discover, and American Express), PayPal, ATH Móvil.



Metro Office Park  
7 Calle 1, Suite 204  
Guaynabo PR 00968-17181

**Statement Date**  
**5/30/23**  
**Statement Number**  
**1562-32**

# EXPENSE REIMBURSEMENT STATEMENT OF ACCOUNT

OFFICE OF THE FPMPR LLC  
B5 Calle Tabonuco Suite 205  
Guaynabo, PR 00968

| DATE | DESCRIPTION | EXPENSE | REIMBURSED | BALANCE |
|---|---|---|---|---|
| **05/01/23** | **Balance c/f** | | | **$152.78** |
| 05/21/23 | CREDIT (PAID IN FULL) | - | $152.78 | $0.00 |
| 05/02/23 | Exchange Online (Plan 1) INVOICE #E0100N65YR) (19 Licenses) | $84.74 | - | $84.74 |
| 05/09/23 | Zoom Pro Plan INVOICE #INV201367227) (zoom1@fpmpr.org, zoom2@fpmpr.org, D. Rodriguez, zoom4@fpmpr.org, zoom5@fpmpr.org) | $63.96 | - | $148.70 |
| 05/17/23 | Mailchimp c/o The Rocket Science Group, LLC (Standard plan / 500 contacts - INVOICE MC17324985) | $20.00 | - | $168.70 |



# Invoice

May 2023
Invoice Date: 02/05/2023
Invoice Number: E0100N65YR
Due Date: 02/05/2023

**84.74 USD**

| **Sold-To** | **Bill-To** | **Service Usage Address** |
|---|---|---|
| OFFICE OF THE TCA PUERTO RICO | OFFICE OF THE TCA PUERTO RICO | OFFICE OF THE TCA PUERTO RICO |
| VIG Tower, PH – 924 | | VIG Tower, PH – 924 |
| 1225 Ave. Juan Ponce de Leon | | 1225 Ave. Juan Ponce de Leon |
| San Juan  00907 | | San Juan  00907 |
| Puerto Rico | | Puerto Rico |

| **Order Details** | | **Billing Summary** | |
|---|---|---|---|
| Product: | Online Services | Charges: | 76.00 |
| Customer PO Number: | | Discounts: | 0.00 |
| Order Number: | 409b7360-1a29-442a-a9f2-4a86a770a773 | Credits: | 0.00 |
| Billing Period: | 02/04/2023 - 01/05/2023 | Tax: | 8.74 |
| Due Date: | 02/05/2023 | **Total:** | **84.74** |
| **Payment Instructions:** | Please DO NOT PAY. You will be charged the amount due through your selected method of payment. | | |

**Support**

This invoice does not include prior unpaid balances. To view total order balance and prior invoices visit the Admin Center and click Billing>Bills.

Need help? https://aka.ms/Office365Billing

Microsoft Corporation, One Microsoft Way, Redmond, WA 98052, United States
Seller Merchant ID 91-1144442



# Invoice

May 2023
Invoice Date: 02/05/2023
Invoice Number: E0100N65YR
Due Date: 02/05/2023

**84.74 USD**

## Exchange Online (Plan 1)

**Formula for charges**

Licenses in service period X Monthly (or Yearly) price per license X (Days in service period /Total in service period) = Charge

## New charges

These are your charges for the next billing period for your current number of licenses.

| Service period | Details | Licenses in service period | Monthly price/license | Days in service period | Charges | Discounts | Credits | Subtotal | Tax % | Tax | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/05/2023 - 31/05/2023 | Monthly subscription charges | 19 | 4.00 | 31 | 76.00 | 0.00 | 0.00 | 76.00 | 11.50 % | 8.74 | 84.74 |
| Subtotal | | | | | 76.00 | 0.00 | 0.00 | 76.00 | | 8.74 | 84.74 |
| **Grand Total** | | | | | **76.00** | **0.00** | **0.00** | **76.00** | | **8.74** | **84.74** |

Microsoft Corporation, One Microsoft Way, Redmond, WA 98052, United States
Seller Merchant ID 91-1144442

# Invoice

zoom

Zoom Video Communications Inc.
55 Almaden Blvd, 6th Floor
San Jose, CA 95113

| | |
|---:|:---|
| **Invoice Date:** | May 9, 2023 |
| **Invoice #:** | INV201367227 |
| **Payment Terms:** | Due Upon Receipt |
| **Due Date:** | May 9, 2023 |
| **Account Number:** | 7002014083 |
| **Currency:** | USD |
| **Payment Method:** | PayPal |
| **Account Information:** | |

Federal Employer ID Number: 61-1648780

Purchase Order Number:

Tax Exempt Certificate ID:

[Zoom W-9](#)

**Sold To Address:** it@fpmpr.org

**Bill To Address:** it@fpmpr.org

## Charge Details

| CHARGE DESCRIPTION | SUBSCRIPTION PERIOD | SUBTOTAL | TAXES, FEES & SURCHARGES | TOTAL |
|---|---|---|---|---|
| **Charge Name: Zoom One Pro - Discount**<br><br>**Discount: 20.00%**<br><br>*Notes: Proration credit for products are applied at MSRP, hence you see this prorated discount charge to provide net credit.* | May 9, 2023 - Jun 8, 2023 | $-15.99 | $0.00 | *$-15.99* |
| **Charge Name: Zoom One Pro Monthly**<br><br>Quantity: 5<br>Unit Price: $15.99 | May 9, 2023 - Jun 8, 2023 | $79.95 | $0.00 | *$79.95* |
| | | | Subtotal | **$63.96** |

| | Total (Including Taxes, Fees & Surcharges) | $63.96 |
|---|---|---|
| | Invoice Balance | $0.00 |

# Taxes, Fees & Surcharge Details

| CHARGE NAME | TAX, FEE OR SURCHARGE NAME | JURISDICTION | CHARGE AMOUNT | TAX, FEE OR SURCHARGE AMOUNT |
|---|---|---|---|---|
| | | | Total (Including Taxes, Fees & Surcharges) | $0.00 |

# Transactions

| | | | | Invoice Total | $63.96 |
|---|---|---|---|---|---|

| TRANSACTION DATE | TRANSACTION NUMBER | TRANSACTION TYPE | DESCRIPTION | APPLIED AMOUNT |
|---|---|---|---|---|
| May 9, 2023 | P-235831554 | Payment | | $-63.96 |
| | | | Invoice Balance | $0.00 |

Need help understanding your invoice?    **CLICK HERE**

Standard Pro and Standard Biz are now called Zoom One Pro and Zoom One Business. Please note that your Services will remai…

***This plan includes products with monthly and/or yearly subscription periods. The subscription period for each plan, a…***

Zoom Phone services provided by Zoom Voice Communications, Inc. Rates, terms and conditions for Zoom Phone services are s…

# Mailchimp Invoice MC17324985

| Issued to | Issued by | Details |
|---|---|---|
| social@fpmpr.org | Mailchimp | **Order #** MC17324985 |
| Office phone: | c/o The Rocket Science Group, LLC | **Date Paid:** May 17, 2023 |
| | 675 Ponce de Leon Ave NE | 2:59 am Puerto Rico |
| | Suite 5000 | |
| | Atlanta, GA 30308 | |
| | www.mailchimp.com | |
| | Tax ID: US EIN 58-2554149 | |

## Billing statement

| | |
|---|---:|
| **Standard plan** <br> 500 contacts | $20.00 |
| **Paid** via **PayPal** account for kasia@korbergroup.com on May 17, 2023 | $20.00 |

| | |
|---|---:|
| Balance as of May 17, 2023 | $0.00 |

If a refund is required, it will be issued in the purchase

currency for the amount of the original charge. Sales Tax was not applied to this purchase.

Looking for our W-9?

Looking for our United States Residency Certificate?