# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@outlook.com | 550 Amsonia Circle Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2023-05
**DATE:** May 31, 2023

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- | --- |
| 5/01/2023 | 1.0 hour of CMR review | 1.0 | $100.00 | $100.00 |
| 5/02/2023 | 2.5 hours of CMR review | 2.5 | $100.00 | $250.00 |
| 5/03/2023 | 1.5 hour of CMR review | 1.5 | $100.00 | $150.00 |
| 5/04/2023 | 2.0 hours of CMR review | 2.0 | $100.00 | $200.00 |
| 5/05/2023 | 1.0 hour of CMR review | 1.0 | $100.00 | $100.00 |

**AMOUNT DUE**   SEE FIFTH PAGE

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@outlook.com | 550 Amsonia Circle Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2023-05
**DATE:** May 31, 2023

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- | --- |
| 5/06/2023 | 1.5 hours of CMR review | 1.5 | $100.00 | $150.00 |
| 5/07/2023 | 6.0 hours of CMR review | 6.0 | $100.00 | $600.00 |
| 5/08/2023 | 2.0 hours of CMR review | 2.0 | $100.00 | $200.00 |
| 5/09/2023 | 1.5 hours of CMR review | 1.5 | $100.00 | $150.00 |
| 5/10/2023 | 1.5 hours of travel planning | 1.5 | $100.00 | $150.00 |

**AMOUNT DUE**   SEE FIFTH PAGE

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@outlook.com | 550 Amsonia Circle
Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2023-05
**DATE:** May 31, 2023

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 5/13/2023 | 3.0 hours of CMR review | 3.0 | $100.00 | $300.00 |
| 5/14/2023 | 1.0 hour of CMR review | 1.0 | $100.00 | $100.00 |
| 5/15/2023 | 1.0 hour of travel planning | 1.0 | $100.00 | $100.00 |
| 5/16/2023 | 1.0 hour of travel planning | 1.0 | $100.00 | $100.00 |
| 5/17/2023 | 1.0 hour of sampling methodology change | 1.0 | $100.00 | $100.00 |

**AMOUNT DUE**   **SEE FIFTH PAGE**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@outlook.com | 550 Amsonia Circle Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2023-05
**DATE:** May 31, 2023

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 5/20/2023 | 1.0 hour of 253 meeting planning | 1.0 | $100.00 | $100.00 |
| 5/22/2023 | 1.0 hour of team meeting | 1.0 | $100.00 | $100.00 |
| 5/24/2023 | 1.0 hour of travel planning | 1.0 | $100.00 | $100.00 |
| 5/25/2023 | 1.0 hour of travel planning | 1.0 | $100.00 | $100.00 |
| 5/26/2023 | 1.0 hour of travel planning | 1.0 | $100.00 | $100.00 |

**AMOUNT DUE**   **SEE FIFTH PAGE**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

# INVOICE

## SAMANTHA RHINERSON

256-431-5324 | srhinerson99@outlook.com | 550 Amsonia Circle Guyton, GA 31312

## BILL TO:

Puerto Rico Chief Federal Monitor

**INVOICE NO:** 2023-05
**DATE:** May 31, 2023

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 5/31/2023 | 1.0 hour of CMR comment compilation and 253 planning | 1.0 | $100.00 | $100.00 |

**AMOUNT DUE**   $3,350.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.