**Office of the FPMPR LLC**

**VIG Tower, PH – 924**

**1225 Ave. Juan Ponce de León**

**San Juan, PR 00907**
**Name:** Claudia Cámara-León **Supervisor:** Javier Gonzales, Esq.

## Work Timesheet (May 2023)

| Date | Task | Total Hours |
|---|---|---|
| May 1, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| May 2, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| May 3, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| May 4, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| May 5, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| May 8, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| May 9, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |

| Date | Task | Total Hours |
|---|---|---|
| May 10, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| May 15, 2023 | Worked from home. Answered office phone and assisted the public. Continues work on the upcoming newsletters. Adjusted calendars. | 4.0 |
| May 16, 2023 | Worked from home. Answered office phone and assisted the public. Continues work on the upcoming newsletters. Adjusted calendars. | 4.0 |
| May 17, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| May 18, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| May 19, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| May 22, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| May 30, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| May 31, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |

**Total, 106 hours for $20 = $2,120**

I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Signature,
Claudia S. Cámara León

*[signature]*

_____