# Manuel A. Arroyo Rivera

P.o Box 8925 Santurce Puerto Rico 00910    Cel 787-364-8925

Email marroyorivera20@gmail.com

Invoice  Month May  2023                                                                 Invoice #031

Federal Police Monitor   San Juan, PR

| Date | description | Hour | Rate | Amount |
|---|---|---|---|---|
| May- 1-2023 | pick up the monitor and the team and take them to their meetings of the day | 8 | $20 | $160.00 |
| May-2-2023 | pick up the monitor and the team and take them to their meetings of the day | 10 | $20 | $200.00 |
| May-3-2023 | pick up the monitor and the team and take them to their meetings of the day | 8 | $20 | $160.00 |
| May-4-2023 | pick up the monitor and the team and take them to their meetings of the day | 10 | $20 | $200.00 |
| May-5-2023 | pick up the monitor and the rest of the team and take them to the airport | 4 | $20 | $80.00 |
| May-9-2023 | pick up in court and go to bank | 2 | $20 | $40.00 |
| May-19-2023 | pick up at court and go to office | 2 | $20 | $40.00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  | Gasoline Expense |  |  | $250.00 |
|  |  |  | Total: | $1,130.00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |