**Name:** Hipolito Castro Jr
**Invoice Date:** 5/31/23
**Invoice Period:** 1 May 2023 - 31 May 2023

| Date | Task(s) | Rate | Total Hours | Total Amount |
|---|---|---|---|---|
| 5/1/23 | Field Work, Puerto Rico | $ 150.00 | 8.00 | $ 1,200.00 |
| 5/2/23 | Field Work, Puerto Rico | $ 150.00 | 8.00 | $ 1,200.00 |
| 5/3/23 | Field Work, Puerto Rico | $ 150.00 | 8.00 | $ 1,200.00 |
| 5/5/23 | Interview writings | $ 150.00 | 3 | $ 450.00 |
| 5/9/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 3 | $ 450.00 |
| 5/10/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 3.00 | $ 450.00 |
| 5/11/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 3.00 | $ 450.00 |
| 5/12/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 3.00 | $ 450.00 |
| 5/16/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 2.00 | $ 300.00 |
| 5/17/23 | Data and Policy Analysis | $ 150.00 | 2.00 | $ 300.00 |
| 5/18/23 | data and Policy Analysis | $ 150.00 | 2.00 | $ 300.00 |
| 5/19/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 2.00 | $ 300.00 |
| 5/22/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 1.00 | $ 150.00 |
| 5/23/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 3.00 | $ 450.00 |
| 5/25/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 2.00 | $ 300.00 |
| 5/26/23 | Data and Policy Analysis | $ 150.00 | 1.00 | $ 150.00 |
| 5/30/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 2.00 | $ 300.00 |
| 5/1 to 5/31/2023 | Team meetings, calls and emails | $ 150.00 | 2.00 | $ 300.00 |

**TOTAL Labor** 58.00 $ 8,700.00

| | |
|---|---|
| **Commo and Coordination** consists of all writings and digital comms to/from Monitors, PRPB, USDOJ; Review compliance targets, document and data requests, logistics; scheduling, on-site planning & coordination, database development | |

| | |
|---|---|
| TOTAL | $ 8,700.00 |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Signature: _[signature]_   Date: 5/31/23

Hipolito Castro

**Data/Policy Analysis, Writing**
Data concerns CMR-8 and 9, OG 310, OG 410, Draft data requests, review special case, DSP documents, reporting on interviews, due process for promo candidates

**Field Work:**
Research conducted in situ (SJU)