# Stephanie Leon
*Paralegal*

INVOICE

1483 Ashford Avenue
Apartment 901
San Juan, PR 00907
(832) 692-2475

**INVOICE: 2023-05**
**DATE: 06/01/2023**

**TO:**
Puerto Rico Chief Federal Monitor

**FOR:**
Paralegal Services

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 05/01/2023 | -Appear and attend May 1 demonstrations with team | 6.00 | 90.00 | 540.00 |
| 05/02/2023 | -Appear and attend video conference meetings and in person meeting at PRPB | 5.50 | 90.00 | 495.00 |
| 05/04/2023 | -Zoom meeting with David Levy<br>-Prepared extensive notes/transcript of April 235 Meeting | 2.25 | 90.00 | 202.50 |
| 05/05/2023 | -Prepared extensive notes/transcript of April 235 Meeting | 1.25 | 90.00 | 112.50 |
| 05/08/2023 | -Prepared extensive notes/transcript of April 235 Meeting<br>-Prepared and organized notes from May cite visit<br>-Emailed notes to Monitor's<br>-Read/exchanged email with Monitor Denise Rodriguez<br>-Spoke to team member via phone call<br>-Biweekly meeting with team | 5.75 | 90.00 | 517.50 |
| 05/17/2023 | -Email/text exchange with Monitors | .25 | 90.00 | 22.50 |
| 05/22/2023 | -Biweekly team meeting<br>-Created a training plan timeline for Monitor | 2.00 | 90.00 | 180.00 |
| 05/23/2023 | -May 253 Meeting<br>-Finished training plan timeline<br>-Email exchange with Monitor | 1.50 | 90.00 | 135.00 |
| 05/26/2023 | -Prepared extensive notes/transcript of May 235 Meeting<br>-Email exchange with Monitor | 2.25 | 90.00 | 202.5 |
| 05/29/2023 | -Prepared extensive notes/transcript of May 235 Meeting<br>-Emailed notes to Monitor's<br>-Timeline for Staffing Plan | .75 | 90.00 | 67.50 |
| 5/30/2023 | -Timeline for Staffing Plan<br>-Email exchange with Monitor | 1.75 | 90.00 | 157.50 |
| | **TOTAL 29.25 HRS @$90** | | | **2,632.50** |

*S/ STEPHANIE LEON*

**I HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN MY CAPACITY AS A MEMBER OF THE FEDERAL MONITORING TEAM. I FURTHER CERTIFY THAT I HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH, OR ANY OF ITS DEPARTMENTS, MUNICIPALITIES OR AGENCIES.**