OFFICE OF THE FPMPR LLC.
B-5 Calle Tabonuco Suite 216 PMB 292
Guaynabo, Puerto Rico 00968

May 11, 2023

Travel Expenses by the members of the Office of the FPMPR LLC. for May 2023:

| NAME | AMOUNT | MONTH |
|---|---|---|
| 1.  John Romero | $2,513.38 | May 2023 |
| 2.  Denise Rodriguez | $2,262.37 | May 2023 |
| 3.  Donald S. Gosselin | $2,459.95 | May 2023 |
| 4.  Al Youngs | $1,346.29 | May 2023 |
| 5.  Rafael E. Ruiz | $1,830.30 | May 2023 |
| 6.  Scott Cragg | $1,036.78 | May 2023 |
| 7.  Rita J. Watkins | $2,166.54 | May 2023 |
| 8.  Hipolito Castro Jr | $1,427.31 | May 2023 |
| **TOTAL:** | **$15,042.92** | May 2023 |
|  |  |  |