

FPM TRAVEL REIMBURSEMENT COVER SHEET

Name: John Romero

Invoice number: 107T

Invoice date: May 7, 2023

Site visit travel dates: April 30-May 5, 2023

Total travel reimbursement amount: $2,513.38

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_(signed) John J Romero_                                      May 7, 2023

Signature                                                                              Date

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $1,054.27 | 1 | $1,054.27 |
| Baggage | $ | 0 | $0 |
| Ground Transportation (Uber/Lyft/Taxi) |  | 0 | $0 |
| Ground Transportation (Parking) | $ | 0 | $0 |
| Ground Transportation (Mileage) | $0.655 | 82 | $53.71 |
| Lodging | $182.90 | 1 | $182.90 |
| Per Diem (Travel Days) | $86.25 | 2 | $172.5 |
| Per Diem (Full Days) | $115.00 | 4 | $ 460.00 |
| Other: Lodging | $147.50 | 4 | $590.00 |
| Total |  |  | $2,513.38 |

**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr John Romero
2301 Pacific Ave
Costa Mesa CA 92627
United States

Room: 0401
Room Type: KSTE
No. of Guests: 1
Rate: $ 125.00   Clerk: 1009
CRS Number  91536228

Marriott Rewards #   756834271

Name:

Arrive:  04-30-23          Time: 03:36 PM          Depart: 05-05-23          Folio Number: 728377

| Date | Description | Charges | Credits |
|---|---|---|---|
| 04-30-23 | Package | 155.00 | |
| 04-30-23 | Government Tax | 13.95 | |
| 04-30-23 | Hotel Fee 9% of Daily Rate | 13.95 | |
| 05-01-23 | COMEDOR- Guest Charge (Breakfast) | 3.95 | |
| 05-01-23 | Package | 125.00 | |
| 05-01-23 | Government Tax | 11.25 | |
| 05-01-23 | Hotel Fee 9% of Daily Rate | 11.25 | |
| 05-02-23 | COMEDOR- Guest Charge (Breakfast) | 3.95 | |
| 05-02-23 | Package | 125.00 | |
| 05-02-23 | Government Tax | 11.25 | |
| 05-02-23 | Hotel Fee 9% of Daily Rate | 11.25 | |
| 05-03-23 | COMEDOR- Guest Charge (Breakfast) | 3.95 | |
| 05-03-23 | COMEDOR- Guest Charge (Dinner) | 40.00 | |
| 05-03-23 | Package | 125.00 | |
| 05-03-23 | Government Tax | 11.25 | |
| 05-03-23 | Hotel Fee 9% of Daily Rate | 11.25 | |
| 05-04-23 | Package | 125.00 | |
| 05-04-23 | Government Tax | 11.25 | |
| 05-04-23 | Hotel Fee 9% of Daily Rate | 11.25 | |
| 05-05-23 | Master Card / Euro Card | | 846.75 |
| | Card # XXXXXXXXXXXX1805 | | |

**COURTYARD®**
**Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr John Romero
2301 Pacific Ave
Costa Mesa CA 92627
United States

Room: 0401
Room Type: KSTE
No. of Guests: 1
Rate: $ 125.00  Clerk: 1009
CRS Number 91536228

Marriott Rewards # 756834271

Name:

Arrive: 04-30-23    Time: 03:36 PM    Depart: 05-05-23    Folio Number: 728377

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
|      | Balance     |         | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

 **Gmail**  John Romero <jrrjjr.romero@gmail.com>

---

**JetBlue booking confirmation for JOHN J ROMERO - UPTVGW**
1 message

---

**JetBlue Reservations** <jetblueairways@email.jetblue.com>   Wed, Mar 29, 2023 at 7:57 AM
Reply-To: JetBlue Reservations <reply@email.jetblue.com>
To: jrrjjr.romero@gmail.com

Check out the details for your trip on Sat, Apr 29

**jetBlue**   | #3486580574

## You're all set to jet.

And, your continued loyalty is what keeps us flying high. Thanks again for being a Mosaic member.

Please note: This is not your boarding pass.

**Your JetBlue confirmation code is**   **UPTVGW**

Get the **latest** entry and travel requirements for your trip.

### Change made easy.

Switch or cancel flights, add extras like Even More Space or pets, update your seat assignment, TrueBlue & KTN numbers, and other traveler details—all in one place. Stay safe from fraud—use only **jetblue.com** or the JetBlue app to switch or cancel your flights.



Manage trip

You can also manage your trips by **downloading our free mobile app**.

### Flights

| | | | |
|---|---|---|---|
| **LAX** ▸ | **FLL** | Date | Sat, Apr 29 |
| Los Angeles, CA | Fort Lauderdale, FL | Departs | 10:28pm |
| Terminal: 5 | | Arrives | 6:20am |
| | | Flight | 700 |

**jetBlue**

| | | | |
|---|---|---|---|
| **FLL** ▸ | **SJU** | Date | Sun, Apr 30 |
| Fort Lauderdale, FL | San Juan, PR | Departs | 10:15am |
| Terminal: 3 | | Arrives | 12:50pm |
| | | Flight | 1553 |

**jetBlue**

| | | | |
|---|---|---|---|
| **SJU** ▸ | **FLL** | Date | Fri, May 05 |
| San Juan, PR | Fort Lauderdale, FL | Departs | 9:34am |
| Terminal: A | | Arrives | 12:22pm |
| | | Flight | 1754 |

**jetBlue**

| | | | |
|---|---|---|---|
| **FLL** ▸ | **LAX** | Date | Fri, May 05 |
| Fort Lauderdale, FL | Los Angeles, CA | Departs | 5:03pm |
| Terminal: 3 | | Arrives | 7:50pm |
| | | Flight | 101 |

**jetBlue**

**If your booking was made at least 7 days in advance:** You may cancel it within 24 hours for a full refund to your original form of payment, without a cancellation fee.

**JetBlue Change/Cancel Policy:** There is no fee to change (or cancel) Blue, Blue Extra, Blue Plus or Mint fares. Blue Basic fares booked Jun 8 2021 - Aug 24 2021 and after Nov 1 2021 are subject to a change/cancel fee of $100 for travel wholly within the U.S., Caribbean, Mexico or Central America, or $200 for all other routes. There are no change/cancel fees for Blue Basic fares booked before Jun 8 2021 or between Aug 25 2021 - Oct 31 2021.

Fare difference may apply and funds may be in the form of a JetBlue travel credit, valid for 12 months from original ticketing date. Booked before Mar 8, 2023? See details on expiration date here. As a Mosaic, same-day switches may be made without a fee or fare difference. Click here for details on our change and cancel policies.

## Traveler Details

**JOHN J ROMERO**

**Frequent Flier:** B6 3486580574
**Ticket number:** 2792119360796

**LAX - FLL:**
Fare: Blue
Seat: 7C
Notes: Even More Space

**FLL - SJU:**
Fare: Blue
Seat: 2D
Notes: Even More Space

**SJU - FLL:**
Fare: Blue
Seat: 10C
Notes: Even More Space

**FLL - LAX:**
Fare: Blue
Seat: 7C
Notes: Even More Space

## Bag Allowance (per traveler)

| Sat, Apr 29 | Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|---|
| LAX - SJU | Free | Free | Free Mosaic Perk | Free Mosaic Perk |

| Fri, May 05 | Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|---|
| SJU - LAX | Free | Free | Free Mosaic Perk | Free Mosaic Perk |

**Size and weight limits apply. See full details on our Bag Info page ▶**

Free checked bag benefit for Mosaic members applies to JetBlue-operated and eligible American Airlines-operated flights only, and no other codeshare or partner airline flights.

Additional charges may apply.

## Payment Details

Master  
XXXXXXXXXX1805

| NONREF | $982.87 |
|---|---|
| Taxes & fees | $71.40 |
| Total: | $1,054.27 USD |

Purchase Date: Mar 29, 2023

**Request full receipt**



### Wait 'til you see the hotel & car savings.

Save up to 20% on hotels and up to 35% on car rentals with Paisly, just because you booked a JetBlue flight. You'll even earn TrueBlue points and enjoy 24/7 support from helpful humans.

**Unlock deals**

  **Gmail** John Romero <jrrjjr.romero@gmail.com>

## Itinerary receipt notice
1 message

**JetBlue** <jetblueairways@email.jetblue.com>  
Reply-To: JetBlue <reply@email.jetblue.com>  
To: jrrjjr.romero@gmail.com

Wed, Mar 29, 2023 at 8:24 AM



## Your travel receipt.
Thanks for flying JetBlue!

### Travel Purchase

**Date of requested receipt:** 2023-03-29        **Record Locator:** UPTVGW

| From | To | | |
|---|---|---|---|
| LAX | FLL | Travel date: 2023-04-29T22:28:00 | Flight number: 0700 |
| FLL | SJU | Travel date: 2023-04-30T10:15:00 | Flight number: 1553 |
| SJU | FLL | Travel date: 2023-05-05T09:34:00 | Flight number: 1754 |
| FLL | LAX | Travel date: 2023-05-05T17:03:00 | Flight number: 0101 |

**Traveler(s)**            **Ticket number(s)**

ROMERO/JOHN J MR            2792119360796

| Taxes & fees breakdown: | AMOUNT | CURRENCY | PURPOSE - (CODE) |
|---|---|---|---|
| | $18.00 | USD | U.S. Passenger Facility Charge - (XF) |
| | $11.20 | USD | U.S. September 11th Security Fee - (AY) |
| | $42.20 | USD | U.S. Transportation Tax - (US2) |
| Taxes & fees total: | $71.40 | USD | |
| Base fare total: | $1,054.27 | | |

Base fare: $982.87 USD

Payment(s):

Mastercard XXXXXXXXXXX1805       $1,054.27

# Total paid: $1,054.27 USD*

*includes all fares, taxes, fees and penalties less any amounts refunded

Flight Status  |  Bag Info  |  Airport Info

## Stay connected

 Download the JetBlue mobile app

   

Help

Business Travel

Privacy

About JetBlue

Please call 1-800-JETBLUE (1-800-538-2583) for additional assistance.

Positive identification required for airport check-in.

Notice:
Carriage and other service provided by the carrier are subject to conditions of carriage, which are hereby incorporated by reference. These conditions may be obtained from the issuing carrier. E-ticket

Receipt total includes airfare, taxes, and fees applicable to air carrier baggage fees, and EvenMore fees, as may be applicable.

John Romero



Google Maps  2301 Pacific Ave, Costa Mesa, CA 92627 to lax terminal 5

Drive 41.1 miles  1 hr 3 min

Map data ©2021 Google  2 mi

## 2301 Pacific Ave
Costa Mesa, CA 92627

**Get on I-405 N from W Wilson St and Harbor Blvd**

13 min (4.3 mi)

↑ 1. Head south on Pacific Ave toward Sea Breeze Dr

0.1 mi

↰ 2. Turn left onto W Wilson St
   ⓘ Pass by Taco Bell (on the left in 1.4 mi)

1.4 mi

↰ 3. Use the left 2 lanes to turn left onto Harbor Blvd
   ⓘ Pass by Panda Express (on the right)

2.2 mi

⚐ 4. Use the right lane to merge onto I-405 N via the ramp to Long Beach

0.6 mi

**Follow I-405 N to CA-1 N/S Sepulveda Blvd in Los Angeles. Take exit 1C from I-105 W**

33 min (35.1 mi)

⚐ 5. Merge onto I-405 N

16.6 mi