

FPM TRAVEL REIMBURSEMENT COVER SHEET

Name: Denise Rodriguez

Invoice number: #032-1

Invoice date: May 10, 2023

Site visit travel dates: April 30-May 05

Total travel reimbursement amount (*see page 2 for details*): $ 2,262.37

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.*

| | |
|---|---|
| *Denise Rdz* (signature) | May 10, 2023 |
| Signature | Date |



# Office of the Technical Compliance Advisor Travel Reimbursement Form

**Traveler Name: Denise Rodriguez**
**Travel Dates: April 30-May 5**
**Purpose of Travel: Site visit**

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 672.40 | 1 | $ 672.40 |
| Baggage | $ - | 0 | $ - |
| Uber from Airport to hotel | $ - | 0 | $ - |
| Ground Transportation (Parking) | $ - | 0 | $ - |
| Ground Transportation (Mileage) | $ - | 0 | $ - |
| Lodging** | $ 182.90 | 5 | $ 914.50 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 4 | $ 460.00 |
| Parking @ airport (days)* | $ 6.00 | 6 | $ 36.00 |
| Uber from hotel to Airport | $ 6.97 | 1 | $ 6.97 |
| Total | | | $ 2,262.37 |

*Parking receipt includes personal days not included in this expense report
** Hotel lodging receipt includes a personal day
***Airfare includes two receipts. Originial flight had to be rebooked due to storm

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

**COURTYARD®**
**Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Denise Rodriguez
3003 San Sebastian St
Mission TX 78572
United States

Room: 0614
Room Type: EKNG
No. of Guests: 1
Rate: $   155.00  Clerk: 9997

Marriott Rewards #    286891726

CRS Number  98878224

Name:

Arrive:   04-29-23              Time:  12:43 AM              Depart:  05-05-23              Folio Number:  726145

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 04-29-23 | Valet Parking - Guest Charge | 17.94 | |
| 04-29-23 | Valet Parking- Sales Tax 11.5% | 2.06 | |
| 04-29-23 | Package | 155.00 | |
| 04-29-23 | Government Tax | 13.95 | |
| 04-29-23 | Hotel Fee 9% of Daily Rate | 13.95 | |
| 04-30-23 | Package | 155.00 | |
| 04-30-23 | Government Tax | 13.95 | |
| 04-30-23 | Hotel Fee 9% of Daily Rate | 13.95 | |
| 04-30-23 | Comedor - Guest Charge | 4.76 | |
| 05-01-23 | Package | 155.00 | |
| 05-01-23 | Government Tax | 13.95 | |
| 05-01-23 | Hotel Fee 9% of Daily Rate | 13.95 | |
| 05-02-23 | Package | 155.00 | |
| 05-02-23 | Government Tax | 13.95 | |
| 05-02-23 | Hotel Fee 9% of Daily Rate | 13.95 | |
| 05-03-23 | COMEDOR- Guest Charge (Dinner) | 67.79 | |
| 05-03-23 | Package | 155.00 | |
| 05-03-23 | Government Tax | 13.95 | |
| 05-03-23 | Hotel Fee 9% of Daily Rate | 13.95 | |
| 05-04-23 | Package | 155.00 | |
| 05-04-23 | Government Tax | 13.95 | |
| 05-04-23 | Hotel Fee 9% of Daily Rate | 13.95 | |
| 05-05-23 | American Express | | 1,219.48 |
| | *Card #  XXXXXXXXXXX1002* | | |
| 05-05-23 | American Express | | -29.53 |
| | *Card #* | | |

**COURTYARD**®
**Marriott**®

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Denise Rodriguez
3003 San Sebastian St
Mission TX 78572
United States

Room: 0614
Room Type: EKNG
No. of Guests: 1
Rate: $   155.00   Clerk: 9997

Marriott Rewards #     286891726

CRS Number  98878224

Name:

Arrive:   04-29-23          Time:  12:43 AM          Depart:  05-05-23          Folio Number:  726145

| Date | Description | Charges | Credits |
|---|---|---|---|
| | XXXXXXXXXX1002 | | |
| | **Balance** | | **0.00 USD** |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

**From:**      Denise Rodriguez
**To:**          DRodriguez_PRI@outlook.com
**Subject:**  Fwd: Your Friday afternoon trip with Uber
**Date:**      Friday, May 5, 2023 12:53:50 PM

---

**From:** Uber Receipts <noreply@uber.com>
**Sent:** Friday, May 5, 2023 1:00:49 PM
**To:** nicerdz@hotmail.com <nicerdz@hotmail.com>
**Subject:** Your Friday afternoon trip with Uber



Total $6.97
May 5, 2023

# Thanks for riding, Denise

We hope you enjoyed your ride this afternoon.

| Total | $6.97 |
|---|---|
| | |
| Trip fare | $6.31 |
| | |
| Subtotal | $6.31 |

Booking Fee ☐                                                      $0.66

---

Payments

**Apple Pay American Express ••••9142**                            $6.97
5/5/23 1:00 PM

Switch Payment Method

Download PDF

## You rode with Bryan

4.98 ☐ Rating

○ Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.

| Rate or tip |

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more

 **UberX**   5.92 miles | 9 min

12:50 PM
801 Ponce de Leon Ave, San Juan, PR 00907, US

1:00 PM
Terminal B, Aeropuerto Internacional Luis Muñoz Marín (SJU), Carolina, PR 00979, US

| | |
|---|---|
| **From:** | United Airlines |
| **To:** | DRODRIGUEZ_PRI@OUTLOOK.COM |
| **Subject:** | eTicket Itinerary and Receipt for Confirmation O3J2R6 |
| **Date:** | Sunday, April 9, 2023 8:28:18 PM |



Sun, Apr 09, 2023

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# O3J2R6

| Flight 1 of 4 UA1766 | Class: United Economy (L) |
|---|---|
| Sat, Apr 29, 2023 | Sat, Apr 29, 2023 |
| **07:00 AM** | **08:16 AM** |
| McAllen, TX, US (MFE) | Houston, TX, US (IAH) |

| Flight 2 of 4 UA1192 | Class: United Economy (L) |
|---|---|
| Sat, Apr 29, 2023 | Sat, Apr 29, 2023 |
| **09:49 AM** | **03:20 PM** |
| Houston, TX, US (IAH) | San Juan, PR, US (SJU) |

| Flight 3 of 4 UA668 | Class: United Economy (S) |
|---|---|
| Fri, May 05, 2023 | Fri, May 05, 2023 |
| **03:00 PM** | **06:48 PM** |
| San Juan, PR, US (SJU) | Houston, TX, US (IAH) |

| Flight 4 of 4 UA1540 | Class: United Economy (S) |
|---|---|
| Fri, May 05, 2023 | Fri, May 05, 2023 |
| **08:04 PM** | **09:24 PM** |
| Houston, TX, US (IAH) | McAllen, TX, US (MFE) |

## Traveler Details

RODRIGUEZ/DENISE

eTicket number: **0162478540627**
Frequent Flyer: **UA-XXXXX985 Premier Platinum**

Seats: **MFE-IAH 10F**
**IAH-SJU 11D**
**SJU-IAH 10F**
**IAH-MFE 10F**

## Purchase Summary

| | |
|---|---|
| Method of payment: | **American Express ending in 1002** |
| Date of purchase: | **Mon, Apr 10, 2023** |

| | |
|---|---|
| Airfare: | **601.00 USD** |
| U.S. Transportation Tax: | **42.20 USD** |
| September 11th Security Fee: | **11.20 USD** |
| U.S. Passenger Facility Charge: | **18.00 USD** |

| | |
|---|---|
| Total Per Passenger: | **672.40 USD** |

| | |
|---|---|
| Total: | 672.40 USD |

### Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT

Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

### MileagePlus Accrual Details

Denise Rodriguez

| Date | Flight | From/To | Award Miles | PQP | PQF |
|---|---|---|---|---|---|
| Sat, Apr 29, 2023 | 1766 | McAllen, TX, US (MFE) to Houston, TX, US (IAH) | 288 | 32 | 1 |
| Sat, Apr 29, 2023 | 1192 | Houston, TX, US (IAH) to San Juan, PR, US (SJU) | 1827 | 203 | 1 |
| Fri, May 05, 2023 | 668 | San Juan, PR, US (SJU) to Houston, TX, US (IAH) | 2862 | 318 | 1 |
| Fri, May 05, 2023 | 1540 | Houston, TX, US (IAH) to McAllen, TX, US (MFE) | 450 | 50 | 1 |
| MileagePlus accrual totals: | | | 5427 | 603 | 4 |

### Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Sat, Apr 29, 2023 McAllen, TX, US (MFE) to San Juan, PR, US (SJU - Luis Muñoz Marín) | 0 USD | 0 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |
| Fri, May 05, 2023 San Juan, PR, US (SJU - Luis Muñoz Marín) to McAllen, TX, US (MFE) | 0 USD | 0 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |

Baggage check-in must occur with United or United Express, and you must have valid MileagePlus Premier® Platinum

| | |
|---|---|
| **From:** | United Airlines |
| **To:** | DRODRIGUEZ_PRI@OUTLOOK.COM |
| **Subject:** | eTicket Itinerary and Receipt for Confirmation O3J2R6 |
| **Date:** | Saturday, April 29, 2023 5:46:05 AM |

 Sat, Apr 29, 2023

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# O3J2R6

| Flight 1 of 4 UA6238 | Class: United First (PZ) |
|---|---|
| Sat, Apr 29, 2023 | Sat, Apr 29, 2023 |
| **02:11 PM** | **03:32 PM** |
| McAllen, TX, US (MFE) | Houston, TX, US (IAH) |

Flight Operated by Mesa Airlines dba United Express.

| Flight 2 of 4 UA1833 | Class: United Economy (L) |
|---|---|
| Sat, Apr 29, 2023 | Sat, Apr 29, 2023 |
| **04:45 PM** | **10:18 PM** |
| Houston, TX, US (IAH) | San Juan, PR, US (SJU) |

| Flight 3 of 4 UA668 | Class: United Economy (S) |
|---|---|
| Fri, May 05, 2023 | Fri, May 05, 2023 |
| **03:00 PM** | **06:48 PM** |
| San Juan, PR, US (SJU) | Houston, TX, US (IAH) |

| Flight 4 of 4 UA1540 | Class: United Economy (S) |
|---|---|
| Fri, May 05, 2023 | Fri, May 05, 2023 |
| **08:04 PM** | **09:24 PM** |
| Houston, TX, US (IAH) | McAllen, TX, US (MFE) |

Traveler Details

RODRIGUEZ/DENISE
eTicket number: **0162483131375**
Frequent Flyer: **UA-XXXXX985 Premier Platinum**

Seats: **MFE-IAH 01A**
**IAH-SJU 21F**
**SJU-IAH 10F**
**IAH-MFE 10F**

## Purchase Summary

| | |
|---|---|
| Method of payment: | **Miscellaneous Document** |
| Date of purchase: | **Sat, Apr 29, 2023** |
| Airfare: | **601.00** |
| U.S. Transportation Tax: | **42.20** |
| September 11th Security Fee: | **11.20** |
| U.S. Passenger Facility Charge: | **18.00** |
| Total Per Passenger: | **672.40 USD** |
| Total: | 672.40 USD |

### Payment Info

Remaining value of your previous ticket numbers 0162478540627 was applied to this purchase.

### Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT

Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

### MileagePlus Accrual Details

| Denise Rodriguez | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Sat, Apr 29, 2023 | 6238 | McAllen, TX, US (MFE) to Houston, TX, US (IAH) | 288 | 32 | 1 |
| Sat, Apr 29, 2023 | 1833 | Houston, TX, US (IAH) to San Juan, PR, US (SJU) | 1827 | 203 | 1 |
| Fri, May 05, 2023 | 668 | San Juan, PR, US (SJU) to Houston, TX, US (IAH) | 2862 | 318 | 1 |
| Fri, May 05, 2023 | 1540 | Houston, TX, US (IAH) to McAllen, TX, US (MFE) | 450 | 50 | 1 |
| MileagePlus accrual totals: | | | 5427 | 603 | 4 |

### Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Sat, Apr 29, 2023 McAllen, TX, US (MFE) to San Juan, PR, US (SJU - Luis Muñoz Marín) | 0 USD | 0 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |
| Fri, May 05, 2023 | | | | |





FPMPR TRAVEL EXPENSE NOTE:

**Denise Rodriguez Travel Expense Invoices Note:**

**Date: May, 2023**

**Notes:**

Please note:

Travel Expenses:

- Only working days were billed for hotel and parking.