

FPM TRAVEL REIMBURSEMENT COVER SHEET

Name: Donald Gosselin

Invoice number:

Invoice date: 5/4/2023

Site visit travel dates: April 30 – May 4

Total travel reimbursement amount (*see page 2 for details*): $2,459.95

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.*

| | |
|---|---|
| Donald Gosselin | 5/4/2023 |
| Signature | Date |

| Travel Breakout | Traveler: Donald S. Gosselin   - April 30 - May 4 2023 | | | | |
|---|---|---|---|---|---|
| **Expense** | **Unit Cost** | **Units** | **Column1** | | **Total** |
| Airfare R/T Rep of Panama-SJU/Coach | $ 882.35 | 1 | $ - | | $ 882.35 |
| Airfare Fare difference (earlier departure) | $ - | 0 | | | $ - |
| Airline Change Fee (incl tax) | $ - | 0 | | | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | $ 53.98 | 1 | | | $ 53.98 |
| Ground Transportation (Parking) | $ 15.00 | 0 | | | $ - |
| Ground POV Transportation to PTY (in miles) | $ 0.655 | 0 | | | $ - |
| Tolls /Use of Rental Vehicle/Residence-PTY | | | **WAIVED** | | $ - |
| Lodging | $ 195.00 | 4 | | | $ 780.00 |
| Per Diem (Travel Days) | $ 86.25 | 2 | | | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 3 | | | $ 345.00 |
| Hotel TAX ($65.+$28.60 minus $37.07/day) | $ 56.53 | 4 | | | $ 226.12 |
| | | | | | |
| **Total** | | | | | **$ 2,459.95** |

 A STAR ALLIANCE MEMBER

## ELECTRONIC TICKET FOR  DONALDDR GOSSELIN

26 Apr 2023

Order ID
**BHQASK**

 **Manage your Reservation**

Thank you for choosing Copa Airlines for your travel plans. Please read these important details about your reservation and itinerary.

## PASSENGER DETAILS

| Name | Frequent Flyer # | Star Alliance Status | Ticket Number |
|------|------------------|----------------------|---------------|
| DONALDDR GOSSELIN | 233164538CM | Silver | 2302181704501 |

## FLIGHT ITINERARY:

### PANAMA CITY(PTY) - SAN JUAN(SJU) - Flight Number - CM 450 - Economy Class

| Departure | Arrival | Flight Details |
|-----------|---------|----------------|
| Sunday April 30, 2023<br>7:08 PM<br>PANAMA CITY(PTY) | Sunday April 30, 2023<br>10:56 PM<br>SAN JUAN(SJU) | Flight Duration:2h 48m<br>Aircraft:73L<br><br>Flight Operated by: CopaAirlines<br>Seats Reserved: Yes - Reserve or Change Seats |

### SAN JUAN(SJU) - PANAMA CITY(PTY) - Flight Number - CM 143 - Economy Class

| Departure | Arrival | Flight Details |
|-----------|---------|----------------|
| Thursday May 4, 2023<br>6:09 PM<br>SAN JUAN(SJU) | Thursday May 4, 2023<br>8:16 PM<br>PANAMA CITY(PTY) | Flight Duration:3h 7m<br>Aircraft:738<br><br>Flight Operated by: CopaAirlines<br>Seats Reserved: Yes - Reserve or Change Seats |

## AIR TRANSPORTATION CHARGES

| Description | Rate |
|-------------|------|
| Ticket Fare DONALDDR GOSSELIN | 748.00 USD |
| AH | 2.50 |
| F3 | 12.00 |
| FZ | 40.00 |

| | |
|---|---:|
| PA | 52.40 |
| AY | 5.60 |
| XA | 3.83 |
| XY | 7.00 |
| YC | 6.52 |
| XF | 4.50 |
| Total | 882.35 USD |

To know more about fare family details click here Copa.com

## PAYMENT METHOD:

| | | |
|---|---|---|
| Credit Card | VIXXXXXXXXXXXX8390 | USD 882.35 |
| | Expiry Date: | 0326 |
| | Authorization Code: | 411382 |

A non-refundable administrative fee will be charged per-person and added to the total ticket price upon purchase of your tickets at our Sales Offices, Airports and Reservations Centers. The fee doesnt apply for purchases made in Mexico. In some countries local taxes may apply to the fee. For more information about this administrative fee, please click  here

It is the passenger's responsibility to ensure to obtain and comply with the travel requirements established by the authorities of the place of origin, transit and destination.Before boarding, Copa Airlines will verify that the passenger has the necessary immigration or health requirements for the place of origin and destination. Any passenger who provides false or misleading information regarding such requirements will be responsible for any expenses incurred or fines imposed on the airline for this reason.

Please review your baggage policy for information about your baggage allowance.

Federal law in U.S. Forbids the carriage of hazardous materials aboard aircraft in your luggage or on your person. A violation can result in five years imprisonment penalties. Hazardous materials include explosives, compressed gases, flammable liquids solids, oxidizers,poisons,Corrosives and radioactive materials. Examples:Paints,lighter fluid,fireworks. There are special exceptions for small quantities (Up to 70 ounces total) of medicinal and toilet articles carried in your luggage and certain smoking materials carried on your person. For further information visit copaair.com.


**Need help?**
For inquiries about reservations, charges, status of your flight and more, please visit Copa.com

**Follow Us on  Social Media:**
   

This automated email has been sent to attygosselin@gmail.com  in order to provide you with  information about your trip. Please do not reply to this email  using  the 'Reply' button. For assistance,  please contact our Reservation Center.
View our Privacy Policy.

Guest Folio



We wish to thank you for choosing La Concha, A Renaissance Resort. We strive for dazzling style and nonstop fun in a retro urban showcase of cool and edgy, Latino chic lifestyle, with passionate and soulful hospitality and service.

Got all that? Hope we lived up to it! And when you're back in town, we certainly expect to serve you again, call us anytime at 787-721-7500 / 1-888-236-2427!

**INFORMATION INVOICE**

| | |
|---|---|
| ROOM | 1159 |
| ROOM TYPE | TPSH |
| NO. OF GUEST | 1 |
| RATE | 16GOVA |
| MRW # | 839932555 |
| CLERK | DCORDERO, |
| DATE | 09-MAY-23 |
| PAGE No. | 1 of 2 |

GUEST NAME

DR Donald Gosselin
12 Naomi St
Sebago ME 04029
United States

ARRIVE  30-APR-23         TIME  11:34      DEPART  04-MAY-23         TIME  12:42      FOLIO#  28076481

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| 30-APR-23 | Room Charges | | 195.00 |
| 30-APR-23 | Resort Fee | | 65.00 |
| 30-APR-23 | Room Tax | | 28.60 |
| 30-APR-23 | Rebate Resort Fee | [NA Fixed Charge] | -33.40 |
| | Adjustment of 65 dollars in the resort fee | | |
| 30-APR-23 | Rebate Room Tax | | -3.67 |
| 01-MAY-23 | Delicias | | 3.00 |
| 01-MAY-23 | In-Room Dining | | 31.90 |
| 01-MAY-23 | Room Charges | | 195.00 |
| 01-MAY-23 | Resort Fee | | 65.00 |
| 01-MAY-23 | Room Tax | | 28.60 |
| 01-MAY-23 | Rebate Resort Fee | [NA Fixed Charge] | -33.40 |
| | Adjustment of 65 dollars in the resort fee | | |
| 01-MAY-23 | Rebate Room Tax | | -3.67 |
| 02-MAY-23 | Delicias | | 4.00 |
| 02-MAY-23 | Room Charges | | 195.00 |
| 02-MAY-23 | Resort Fee | | 65.00 |
| 02-MAY-23 | Room Tax | | 28.60 |
| 02-MAY-23 | Rebate Resort Fee | [NA Fixed Charge] | -33.40 |
| | Adjustment of 65 dollars in the resort fee | | |
| 02-MAY-23 | Rebate Room Tax | | -3.67 |
| 03-MAY-23 | Delicias | | 3.00 |
| 03-MAY-23 | Room Charges | | 195.00 |
| 03-MAY-23 | Resort Fee | | 65.00 |
| 03-MAY-23 | Room Tax | | 28.60 |
| 03-MAY-23 | Rebate Resort Fee | [NA Fixed Charge] | -33.40 |

GUEST SIGNATURE _____

1077 Ashford Avenue, San Juan, Puerto Rico 00907 - T.787.721.7500 - F.787.977.4019 - LaConchaResort.com

Guest Folio



We wish to thank you for choosing La Concha, A Renaissance Resort. We strive for dazzling style and nonstop fun in a retro urban showcase of cool and edgy, Latino chic lifestyle, with passionate and soulful hospitality and service.

Got all that? Hope we lived up to it! And when you're back in town, we certainly expect to serve you again, call us anytime at 787-721-7500 / 1-888-236-2427!

| | INFORMATION INVOICE |
|---|---|
| GUEST NAME | ROOM | 1159 |
| | ROOM TYPE | TPSH |
| DR Donald Gosselin | NO. OF GUEST | 1 |
| 12 Naomi St | RATE | 16GOVA |
| Sebago ME 04029 | MRW # | 839932555 |
| United States | CLERK | DCORDERO, |
| | DATE | 09-MAY-23 |
| | PAGE No. | 2 of 2 |

ARRIVE 30-APR-23        TIME 11:34        DEPART 04-MAY-23        TIME 12:42        FOLIO# 28076481

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| | Adjustment of 65 dollars in the resort fee | | |
| 03-MAY-23 | Rebate Room Tax | | -3.67 |
| 04-MAY-23 | Gratuity Delicias | | 4.00 |
| 04-MAY-23 | Master Card / Euro Card | XXXXXXXXXXXX4253       XX/XX | -1,052.02 |

| | Balance | USD | 0.00 |
|---|---|---|---|

GUEST SIGNATURE _____

1077 Ashford Avenue, San Juan, Puerto Rico 00907 - T.787.721.7500 - F.787.977.4019 - LaConchaResort.com

09:53

# ✕

# Trip Details



**5/4/23, 21:14**                                      **$13.00**
AZ6912                                            Add extra

● Terminal 1

■ Via Israel &, C. 76 Este,           
  Panamá, Panama                        Receipt

👤  Your trip with Tom…        ★ ★ ★ ★ ★

After your trip, driver can't
see your pickup or dropoff
address details                          

**View what your driver sees**

Help

**Find Lost Item**
We can help you


11:08

# Trip Details



4/30/23, 17:32 $18.00

CU8153 Add extra

● Av Balboa y Calle 31
Este., PH Element
Tower, Av. Vasco
Nuñez de Balboa,
Panamá, Panama

Receipt

■ Av. Domingo Díaz,
Panamá, Panama

👤 You rated GABRIEL ★★★★★

---

After your trip, driver can't
see your pickup or dropoff
address details



View what your driver sees

---

Help

18:09



# Trip Details

4/30/23, 22:07                                          $22.98

IMO727                                                   Add a tip

● Terminal B

■ 1077 Ashford Ave, San
   Juan, PR 00907, US

 Receipt

 Your trip with Erne…        ★ ★ ★ ★ ★

## Help

## Find Lost Item
We can help you
get in touch with
your driver

~~Report Safety~~ Issue