

FPM TRAVEL REIMBURSEMENT COVER SHEET

Name: Alan C Youngs

Invoice number: 46

Invoice date: May 5, 2023

Site visit travel dates:  04/30/23 to 05/03/23

Total travel reimbursement amount (*see page 2 for details*): $1,346.29.

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.*

_____
Signature

_____05/05/23_____
**Date**



# Office of the Technical Compliance Advisor
# Travel Reimbursement Form

Enter all required information below to obtain travel reimbursement. If spending did not occur in a category, please enter zeros. Zeros will likely need to be entered for one or more of the ground transportation options. The "Total" column of the table will update based on the information entered into the "Unit Cost" and "Units" columns. To update the "Total" column, click CTRL+A and then F9. Receipts for airfare, lodging, ground transportation, and PCR testing must be submitted with this form. Submit the Travel Reimbursement Form and accompanying receipts to Javier Gonzalez (Javier.benito@me.com) with the Chief Monitor (jrrjjr.romero@gmail.com) and/or his designee copied along with your monthly invoice.

**Traveler Name:  Alan C Youngs**
**Travel Start Date 04/30/23 Travel End Date: 05/03/23**
**Purpose of Travel: Puerto Rico**

| Travel Reimbursement | | | |
|---|---|---|---|
| | Unit Cost | Units | Total |
| **Airfare Ft. Myers to Puerto Rico** | $190.70 | 1 | $190.70 |
| **Airfare  Puerto Rico to Tampa** | $275.19 | 1 | $275.19 |
| **Baggage** | $0.00 | 1 | $0.00 |
| **Ground Transportation (Uber/Lyft/Taxi)** | $0.00 | 1 | $0.00 |
| **Ground Transportation (Parking)** | $0.00 | 0 | $0.00 |
| **Ground Transportation (Mileage)** | $0.655 | 0 | $0.00 |
| **Lodging 4/30/23** | $182.90 | 1 | $182.90 |
| **Lodging 5/1/23 & 5/2/23** | $147.50 | 2 | $295.00 |
| **Per Diem (Travel Days)** | $86.25 | 2 | $172.50 |
| **Per Diem (Full Days)** | $115.00 | 2 | $230.00 |
| **PCR Testing** | $0.00 | 0 | $0.00 |
| **Total** | | | 1,346.29 |

VIG Tower, PH – 924

1225 Ave. Juan Ponce de Leon

San Juan, PR 00907

787-417-9098



A-List Preferred    Hi, Alan   45,891 points   My Account  |  Log out   Español 

FLIGHT | HOTEL | CAR | VACATIONS     SPECIAL OFFERS     RAPID REWARDS®

# Thanks for flying with us!

Price    Payment    Confirmation

✓ **Your flight is booked!**

We're sending you a confirmation email to the address below. If the email hasn't arrived in 2 minutes, check your junk or spam folder.
alyoun@aol.com

**Trip summary**    🖨 Print



✈ **Flight**

CONFIRMATION #
**3IX9FT**

APR 30
**RSW** ✈ **SJU**

FLIGHT TOTAL
**$ 190.70**



🚗 Add a car                                    Add a hotel

Book now. Pay later!
From $79.79*/day in San Juan

*Taxes and fees excl. Terms apply.

Book now

The perfect stay is moments away

WHERE ARE YOU HEADED?
San Juan

CHECK-IN          CHECK-OUT
04/30/2023       05/02/2023

Search ↗



## Earn 50,000 points.

Learn more ❯

The account information is only an estimate for a specific point in time. Please reference your Rapid Rewards® account for the most up-to-date information.

Your current balance:         45,891
+50,000 points:               50,000
Estimated total points:       96,821

## 4/30 - San Juan

 **100% free inflight entertainment*** — all on your devices.   [Learn more]

*Download the Southwest app to view movies and on-demand content. Inflight messaging only allows access to iMessage and WhatsApp. Apps must be downloaded before the flight.

APR 30
### Fort Myers, FL *to* San Juan, PR

**Confirmation # 3IX9FT**

| PASSENGERS | EST. POINTS | EXTRAS | FARE |
|---|---|---|---|

Feedback



| PASSENGERS | EST. POINTS | EXTRAS | FARE |
|---|---|---|---|
| **Alan Youngs**<br>Rapid Rewards® Acct # 207895671 A-List Preferred<br>Add Known Traveler # / Redress #<br>Special Assistance | + 930 PTS | — | Wanna Get Away |

**Transfarency®: Defined**
Low fares. Nothing to hide.

**Change fees don't fly with us**
Flexibility for your travel plans.

**Pack with care**
Guidelines for carryon luggage.

# Departing

4/30/23 Sunday

**Wanna Get Away** *(Passenger x1)* **$155.00**

DEPARTS **3:05** PM **RSW** Fort Myers, FL - RSW

FLIGHT **2313**
SCHEDULED AIRCRAFT
Boeing 737-800
*Subject to change*

ARRIVES 4:05 PM MCO Orlando, FL - MCO

TRAVEL TIME
**1**hr **0**min

*stop 1: Orlando, FL - MCO*

DEPARTS 6:00 PM MCO Orlando, FL - MCO

FLIGHT **1015**
SCHEDULED AIRCRAFT
Boeing 737 MAX8
*Subject to change*

ARRIVES **8:45** PM **SJU** San Juan, PR - SJU

TRAVEL TIME
**2**hr **45**min

SUBTOTAL
**$155.00**

Taxes & fees $35.70

**Flight total $190.70**

**Icon legend**

WiFi available Live TV available Change planes

**Helpful Information:**

- Starting July 1, 2023 (12:00 a.m. CT), for Wanna Get Away® or Wanna Get Away Plus™ award travel reservations: if you do not cancel your reservation at least 10 minutes before the flight's original scheduled departure time, any points used for booking will be forfeited, along with any taxes and fees associated with your award travel reservation. For Anytime or Business Select® award travel reservation: the points used for booking will continue to be redeposited to the purchaser's Rapid Rewards® account, and any taxes and fees associated with the award travel reservation will be converted into a flight credit for future use.
- Please read the fare rules associated with this purchase.
- When booking with Rapid Rewards points, your points balance may not immediately update in your account.
- **REAL ID Requirement:** Do you have a **REAL ID**? Beginning May 7, 2025, you will need a state-issued **REAL ID** compliant license or identification card, or another acceptable form of ID (such as a U.S. Passport), to fly within the United States. Visit www.tsa.gov for a list of acceptable forms of ID and additional information regarding **REAL ID** requirement.

Feedback

**Book your hotel with us and earn up to 10,000 points per night.**



WHERE ARE YOU HEADED?

**San Juan**

| CHECK-IN | CHECK-OUT |
|---|---|
| Sun, Apr 30, 2023 | Tue, May 2 |

| ROOMS | ADULTS | CHILDREN |
|---|---|---|
| 1 | 1 | 0 |

## Payment summary

| PAYMENT INFORMATION | | | AMOUNT PAID |
|---|---|---|---|
| **Visa 7940**<br>XXXXXXXXXXXX7940<br>Expiration: 3/28 | CARD HOLDER<br>Alan Youngs | BILLING ADDRESS<br>5552 W Lakeridge Rd<br>Lakewood, CO US 80227 | $190.70 |

## Total charged

**You're all set for your upcoming trip.**

Get ready to enjoy two bags for the price of none*,
no fees to change your flight**, and some Southwest® love.
*First and second checked bags. Weight and size limits apply. **Fare difference may apply.

| | |
|---|---|
| SUBTOTAL | $155.00 |
| TAXES & FEES | $35.70 |
| **TOTAL DOLLARS** | $190.70 |

Show price breakdown



**Earn up to 1,800 Rapid Rewards® points.**
Plus save up to 30% off base rates with Budget®.

Book car >



**Score! You qualify for up to a 30% discount on points.**

Buy now and boost your balance. Don't wait – this offer is only valid while on this page.

Buy points ⤢

Feedback

ISSUED BY AND VALID ONLY ON
**SOUTHWEST AIRLINES**®   **BOARDING PASS**   RR

# YOUNGS/ALAN

| | |
|---|---|
| FLIGHT | **2313** |
| DATE | **APR 30** |
| CONF.# | **3IX9FT** |

| | |
|---|---|
| 2313 | FORT MYERS |
| | ORLANDO |
| | 03:05 PM G |
| 1015 | ORLANDO |
| | SAN JUAN |
| | 06:00 PM |

**A-List Preferred**

**Wanna Get Away**®

Check monitors for gate number

BOARDING TIME

## 02:35 PM

PRIORITY BOARDING
PRIORITY & EXPRESS LANES

LN: YOUNGS
FN: ALAN
MN:

**Southwest**®

3IX9FT

207895671

Boarding Group

**A**

Boarding Position

**16**

16

AWI-W10/CH.11

fold here

Feedback

ISSUED BY AND VALID ONLY ON
**SOUTHWEST AIRLINES®**

**BOARDING PASS**

RR

# YOUNGS/ALAN

| | |
|---|---|
| FLIGHT | **1015** |
| DATE | **APR 30** |
| CONF.# | **3IX9FT** |

1015  ORLANDO
      SAN JUAN
      06:00 PM G

**A-List Preferred**

**Wanna Get Away®**

Check monitors for gate number

BOARDING TIME

**05:30 PM**

PRIORITY BOARDING
PRIORITY LANE

207895671

Boarding Group

**A**

Boarding Position

**16**

*Southwest*

LN: YOUNGS
FN: ALAN
MN:

3IX9FT

16

AWI-W10/CH.11

--- fold here ---

Feedback

# You're Booked!

You'll get a confirmation email as well, but check the details carefully here. Have a great trip!

**ADD TRIP TO CALENDAR**

One-Way International travel may require proof of return travel at the airport. Learn More

NOTE: This page is not your boarding pass.

Customers traveling to international destinations are required to input passport information in order to check-in online. Your information must match your passport.

| **Booking Date:** April 30, 2023 | **Status:** Confirmed | **Confirmation Code:** BEUGRC |

## Flights

✈ **May 3, 2023**
**Depart:** San Juan (SJU) 6:30 PM
**Flight:** NK539
**Arrive:** Tampa (TPA) 9:36 PM

Watch your emails for any flight time changes that may occur prior to your trip. Schedule change notifications will be sent to alyoun@aol.com up until the day of your departure. On the day you're traveling, you can reconfirm your flight times by visiting our website or by calling us directly at 1.855-728-3555. It is recommended that you arrive at the airport about 2 hours prior to your departure for domestic flights and 3 hours prior to departure for international flights.

## Passenger


MR. ALAN YOUNGS

Free Spirit #: 1017730433

Additional Info:

SJU - TPA: 1 Carry-On, 1 Checked Bag

SJU - TPA: 12D

# Options

**YOUR EXTRAS**

Flight Flex
Flight Flex - Modify your flight once for free! (fare difference may apply)

Shortcut Boarding
Zone 2 priority boarding and early access to the overhead bins

# Contact

MR. ALAN YOUNGS

alyoun@aol.com

+1-720-232-5812

We'll keep you posted about any changes to this trip,
so please double check your email and phone number.

## TOTAL PAID                                    $275.19

Congratulations , your Free Spirit account has been successfully created. Click here to go to manage your account

## Free Spirit Points

**Alan Youngs**                                                       **2,243 Free Spirit Points**

## Download Our App and make your Check-in a breeze!

  

Thank you for choosing Spirit. We look forward to serving you on your upcoming trip!
For modifications to flight only itineraries, please call 1.855-728-3555
For modifications to vacation package itineraries please call 1.877.377.0791
To provide feedback, please email support@spirit.com or write to Spirit Customer Relations, 2800 Executive Way, Miramar, FL 33025.

   Breeze through customs with the Mobile Passport App

# Your Itinerary Receipt

One-Way International travel may require proof of return travel at the airport. Learn More

Customers traveling to international destinations are required to input passport information in order to check-in online. Your information must match your passport.

| Booking Date: April 30, 2023 | Status: Confirmed | Confirmation Code: BEUGRC |

## Flights

May 3, 2023
**Depart:** San Juan (SJU) 6:30 PM
**Flight:** NK539
**Arrive:** Tampa (TPA) 9:36 PM

Watch your emails for any flight time changes that may occur prior to your trip. Schedule change notifications will be sent to alyoun@aol.com up until the day of your departure. On the day you're traveling, you can reconfirm your flight times by visiting our website or by calling us directly at 1.855.728.3555. It is recommended that you arrive at the airport about 2 hours prior to your departure for domestic flights and 3 hours prior to departure for international flights.

## Passenger

**MR. ALAN YOUNGS**

Free Spirit #: 1017730433

Additional Info:

 SJU - TPA: 1 Carry-On, 1 Checked Bag

SJU - TPA: 12D

## Options

**YOUR EXTRAS**

**Flight Flex**
Flight Flex - Modify your flight once for free! (fare difference may apply)

**Shortcut Boarding**
Zone 2 priority boarding and early access to the overhead bins

## Contact

MR. ALAN YOUNGS

alyoun@aol.com

+1-720-232-5812

We'll keep you posted about any changes to this trip,
**so please double check your email and phone number.**

**TOTAL PAID** — **$275.19**

| FLIGHT | $145.19 |
|---|---|
| 1 SJU - TPA | $145.19 |
|   FLIGHT | $72.00 |
|   TAXES AND CARRIER CHARGES | $73.19 |
|     Regulatory Compliance Charge (Carrier Fee) | $7.00 |
|     Fuel Charge (Carrier Fee) | $12.00 |
|     Security Fee | $5.60 |
|     US-International Departure/Arrival Tax | $21.10 |
|     Passenger Usage Charge (Non-refundable Carrier Fee) | $22.99 |
|     Passenger Facility Fee | $4.50 |
| BUNDLE IT BUNDLE | $130.00 |

## Free Spirit Points

**Alan Youngs**  —  **2,243 Free Spirit Points**

Thank you for choosing Spirit. We look forward to serving you on your upcoming trip!

For modifications to flight only itineraries, please call 1.855-728-3555

For modifications to vacation package itineraries please call 1.877.377.0791

To provide feedback, please email support@spirit.com or write to Spirit Customer Relations, 2800 Executive Way, Miramar, FL 33025.

 Breeze through customs with the Mobile Passport App

# Welcome Aboard, ALAN YOUNGS

This is your **Boarding Pass**

Please arrive to **Bag Drop before 5:00PM** to check baggage.

Fold Pass So...





Barcode Faces Out.



## free spirit

### Get Ready To Get Rewarded

 Earn points for every dollar spent on fares, and double points for dollars spent on À La Smarte™ options like bags and seats.

 Redeem points for any fare on any flight. Seriously, no blackout dates.

Not signed up yet?
Start earning points with this flight.
Spirit.com/FreeSpirit



Scan to learn more

## spirit

**BOARDING PASS**
**DATE** 03May2023

**YOUNGS, ALAN C**

| FROM: **SJU** | TO: **TPA** |
|---|---|
| San Juan, Puerto Rico | Tampa, FL |

| 1 | CARRY-ON BAG | 1 | CHECKED BAGS |

**SEQ #** 103

**CONFIRMATION**
**BEUGRC**

 Shortcut Boarding



**FLIGHT** NK **539**

| GATE | BOARDING TIME |
|---|---|
| B4 | **5:30 PM** |
| LOCATED IN TERMINAL B | DOORS CLOSE 15 MINUTES PRIOR TO DEPARTURE. |

| ZONE | SEAT |
|---|---|
| **1** | **12D** Aisle |
| | **EXIT ROW** |

| DEPARTS | ARRIVES |
|---|---|
| San Juan, Puerto Rico | Tampa, FL |
| 6:30 PM | 9:36 PM |

**Issued** 05-03-2023 5:31 AM



Manage your account online:
www.chase.com/marriott

Customer Service:
1-800-338-5960

Mobile: Download the
Chase Mobile® app today

| June 2023 |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 28 | 29 | 30 | 31 | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | **15** | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |

**New Balance**
**$1,621.18**
Minimum Payment Due
**$40.00**
Payment Due Date
**06/15/23**

**MARRIOTT BONVOY**
**BOUNDLESS POINTS**

| | |
|---|---:|
| + 6X Points on Marriott Hotel purchases | 7,992 |
| +2X Pts other spend incl Grocery Gas Dining | 3,550 |
| +1X Addtl Pt on Grocery Gas Dining up to $6K | 159 |
| **Total points transferred to Marriott** | **11,701** |

Thank you for using your Marriott Bonvoy Boundless® Credit Card. Find out how to redeem your points for hotel nights, travel packages, merchandise and more at MarriottBonvoy.com

Points add up quickly when you use your Marriott Bonvoy Boundless Credit Card from Chase! Earn 6 points per $1 spent at participating Marriott Bonvoy® locations, 3 points per $1 on the first $6,000 spent in combined purchases each year on grocery store, gas station, and dining purchases, and 2 points per $1 spent on all other purchases. Also, enjoy guaranteed Silver Elite status and a Free Night Award every year after your anniversary.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00 and your APR's will be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 7 years | $3,559 |
| $67 | 3 years | $2,424 (Savings=$1,135) |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

| | |
|---|---:|
| Account Number: ●●●● ●●●● ●●●● 7940 | |
| Previous Balance | $3,683.42 |
| Payment, Credits | -$5,169.12 |
| Purchases | +$3,106.88 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $0.00 |
| **New Balance** | **$1,621.18** |
| Opening/Closing Date | 04/19/23 - 05/18/23 |
| Credit Access Line | $5,300 |
| Available Credit | $3,678 |
| Cash Access Line | $265 |
| Available for Cash | $265 |
| Past Due Amount | $0.00 |
| Balance over the Credit Access Line | $0.00 |

---

0000001  FIS33339 C 2  0513    Y  9  18  23/05/18    Page 1 of 2    05056   MA MA  26028    13810000020002602801

**MARRIOTT BONVOY®**
P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

Make your payment at
chase.com/paycard

4388540092717940000004000001621180000000006

| Payment Due Date: | 06/15/23 |
|---|---:|
| New Balance: | $1,621.18 |
| Minimum Payment Due: | $40.00 |

Account number: 4388 5400 9271 7940

$_____._____    Amount Enclosed
Make/Mail to Chase Card Services at the address below:

26028 BEX 9 13823 C
ALAN YOUNGS
5552 W LAKERIDGE RD
DENVER CO 80227-3907

CARDMEMBER SERVICE
PO BOX 6294
CAROL STREAM IL 60197-6294

⑃5000 160 28⑃ 23500 9 271 7940 9⑃

**MARRIOTT**
**BONVOY®**

Manage your account online:
www.chase.com/marriott

Customer Service:
1-800-338-5960

Mobile: Download the
Chase Mobile® app today

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 05/03 | Payment Thank You - Web | -3,683.42 |
| 05/06 | Payment Thank You - Web | -1,485.70 |
| **PURCHASE** | | |
| 04/18 | SOUTHWES  5262444739243 800-435-9792 TX | 259.98 |
|  | 041923 1 O       LAS     DEN | |
| 04/19 | TST* PIZZA PASTA VILLA DENVER CO | 90.94 |
| 04/18 | SOUTHWES  5262444692634 800-435-9792 TX | 278.98 |
|  | 042223 1 R       DEN     RSW | |
| 04/27 | BISCHOFF AT THE PARK 480-946-6155 AZ | 435.00 |
| 04/30 | SPIRIT AIRL 4870346584228 800-7727117 FL | 275.19 |
|  | 050323 1 T       SJU     TPA | |
| 04/30 | JERSEY MIKES SUBS 1930 407-8253860 FL | 10.55 |
| 05/08 | GPPS - GLOBAL PRINTING 702-5611400 NV | 44.60 |
| 05/08 | TST* McMullans Irish Pub Las Vegas NV | 39.26 |
| 05/07 | AC HOTEL CLEARWATER CLEARWATER BE FL | 1,331.89 |
| 05/08 | ORLEANS GIFT SHOP LAS VEGAS NV | 32.62 |
| 05/09 | GOLD COAST SOUTH BAR LAS VEGAS NV | 17.50 |
| 05/12 | ORLEANS HOTEL & CASINO LAS VEGAS NV | 290.37 |

| 2023 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2023 | $95.00 |
| Total interest charged in 2023 | $0.00 |

Year-to-date totals do not reflect any fee or interest refunds
you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 27.99%(v)(d) | - 0 - | - 0 - |
| **CASH ADVANCES** | | | |
| Cash Advances | 29.99%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS** | | | |
| Balance Transfer | 27.99%(v)(d) | - 0 - | - 0 - |

30 Days in Billing Period

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

### To contact us regarding your account:

| | | | |
|---|---|---|---|
| **Call Customer Service:**<br>In U.S.        1-800-338-5960<br>Spanish      1-888-446-3308<br>Pay by phone 1-800-436-7958<br>International 1-847-888-6600<br>We accept operator relay calls | **Send Inquiries to:**<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | **Mail Payments to:**<br>P.O. Box 6294<br>Carol Stream, IL 60197-6294 | **Visit Our Website:**<br>www.chase.com/cardhelp |

### Information About Your Account

**Making Your Payments:** The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**To Service And Manage Any Of Your Account(s):** By providing my mobile phone number, I am giving permission to be contacted at that number about all of my accounts by JPMorgan Chase and companies working on its behalf. My consent allows the use of text messages, artificial or prerecorded voice messages and automatic dialing technology for informational and account servicing, but not for sales or telemarketing. Message and data rates may apply.

**Authorization To Convert Your Check To An Electronic Transfer Debit:** When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:** If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases, balance transfers, cash advances or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction – for new purchases, balance transfers, overdraft advances, cash advances, or My Chase Loans;
2. the date the payee deposits the check – for new cash advance checks or balance transfer checks;
3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose – for fees

**How To Avoid Paying Interest On Purchases:** Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:** If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:** If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.



MA05042021

To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.

**COURTYARD®**
**Marriott.**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Alan Youngs
5552 W Lakeridge Rd
Lakewood CO 80227
United States

Marriott Rewards # 119330892

Name:

Room: 0907
Room Type: EKNG
No. of Guests: 1
Rate: $ 125.00   Clerk: 8
CRS Number  90096382

Arrive:  04-30-23          Time:  10:31 PM          Depart:  05-03-23          Folio Number:  725815

| Date | Description | Charges | Credits |
|---|---|---|---|
| 04-30-23 | Package | 155.00 | |
| 04-30-23 | Government Tax | 13.95 | |
| 04-30-23 | Hotel Fee 9% of Daily Rate | 13.95 | |
| 05-01-23 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 05-01-23 | The Market - Food | 2.02 | |
| 05-01-23 | SALES TAX- 10.5% State | 0.21 | |
| 05-01-23 | SALES TAX- 1% Municipality | 0.02 | |
| 05-01-23 | Package | 125.00 | |
| 05-01-23 | Government Tax | 11.25 | |
| 05-01-23 | Hotel Fee 9% of Daily Rate | 11.25 | |
| 05-02-23 | COMEDOR- Guest Charge (Breakfast) | 3.95 | |
| 05-02-23 | Package | 125.00 | |
| 05-02-23 | Government Tax | 11.25 | |
| 05-02-23 | Hotel Fee 9% of Daily Rate | 11.25 | |
| 05-03-23 | Comedor - Guest Charge | 4.00 | |
| 05-03-23 | Visa Card | | 492.10 |

*Card # XXXXXXXXXXXX3491*

**COURTYARD®**
**Marriott.**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Alan Youngs
5552 W Lakeridge Rd
Lakewood CO 80227
United States

Room: 0907
Room Type: EKNG
No. of Guests: 1
Rate: $ 125.00  Clerk: 8

Marriott Rewards #   119330892

CRS Number  90096382

Name:

Arrive:   04-30-23            Time:  10:31 PM            Depart:  05-03-23            Folio Number:  725815

| Date | Description | Charges | Credits |
|---|---|---|---|
|  |  | Balance | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.



FPMPR TRAVEL EXPENSE NOTE:

**Alan Youngs Travel Expense Invoices Note:**

**Date: May, 2023**

**Notes:**

Please note:

    Travel Expenses:

- Less expensive fares were used and/or benefits of airline status.