# Rafael Ruiz Consulting

12 Crestshire Dr.
Lawrence, MA 01843

PHONE: 6177599156    stodgo1971@yahoo.com    12 Crestshire Dr.

## INVOICE

INVOICE NUMBER: 2023-05Exp
INVOICE DATE: 5/10/2023

Federal Police Monitor for PR
VIG Tower, PH-924
1225 Ponce De Leon Ave.
San Juan, PR 00907

RAFAEL E. RUIZ CONSULTING

| DATE | PROJECT | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 5/05/2023 | FPM-PR Expenses | PROJECT: FPM-PR Expenses | | | |
| | | (Travel, hotel, and meals) Travel to/from PR; 4 nights hotel; Ground and Air Transportation | 1.00 | $1,830.30 | $1,830.30 |
| | | TOTAL: FPM-PR Expenses | | | $1,830.30 |
| | | Total hours for this invoice | 0.00 | | |

| INVOICE BALANCE INFORMATION | |
|---|---|
| Total amount of this invoice | $1,830.30 |
| Current invoice balance | $1,830.30 |

**AMOUNT DUE ON THIS INVOICE: $1,830.30**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of the hours worked in my capacity as a member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Rafael E. Ruiz

Date: May 10, 2023



# Office of the Technical Compliance Advisor Travel Reimbursement Form

Enter all required information below to obtain travel reimbursement. If spending did not occur in a category, please leave the field blank fields will likely be used for one or more of the ground transportation options. The "Total" column of the table will update based on the i entered into the "Unit Cost" and "Units" columns. Receipts for airfare, lodging, ground transportation, and PCR Testing must be submi this form. Submit the Travel Reimbursement Form and accompanying receipts to Javier Gonzalez (Javier.benito@me.com) with the Monitor (jrrjjr.romero@gmail.com) and/or his designee copied with your monthly invoice.

**Traveler Name:** Rafael E.Ruiz
**Travel Dates:** April 30-May 4, 2023
**Purpose of Travel:** Site Visit

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 515.40 | 1 | $ 515.40 |
| Baggage |  | 2 | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | $ 172.00 | 1 | $ 172.00 |
| Ground Transportation (Parking) | $ - | 5 | $ - |
| Ground Transportation (Mileage) | $ 0.56 |  | $ - |
| Lodging | $ 156.35 | 4 | $ 625.40 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 3 | $ 345.00 |
| PCR Testing |  | 1 | $ - |
| **Total** |  |  | **$ 1,830.30** |

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

**From:** JetBlue Reservations  jetblueairways@email.jetblue.com 🚩
**Subject:** JetBlue booking confirmation for RAFAEL E RUIZ - UQLYGA
**Date:** April 12, 2023 at 9:30 PM
**To:** stodgo1971@aol.com



Check out the details for your trip on Sun, Apr 30



Please note: This is not your boarding pass.

**Your JetBlue confirmation code is**          **UQLYGA**

**Get the latest** entry and travel requirements for your trip.

## Change made easy.

Switch or cancel flights, add extras like Even More Space or pets, update your seat assignment, TrueBlue & KTN numbers, and other traveler details–all in one place. Stay safe from fraud–use only **jetblue.com** or the JetBlue app to switch or cancel your flights.

**Manage trip**

You can also manage your trips by **downloading our free mobile app**.

## Flights

| | | | |
|---|---|---|---|
| **BOS** Boston, MA  **Terminal:** C | ▸ | **SJU** San Juan, PR | Date  Sun, Apr 30<br>Departs  7:55pm<br>Arrives  11:56pm<br>Flight  1061 |

jetBlue

| | | | |
|---|---|---|---|
| **SJU** San Juan, PR  **Terminal:** A | ▸ | **BOS** Boston, MA | Date  Thu, May 04<br>Departs  12:54pm<br>Arrives  5:05pm<br>Flight  462 |

jetBlue

**If your booking was made at least 7 days in advance:** You may cancel it within 24 hours for a full refund to your original form of payment, without a cancellation fee.

**JetBlue Change/Cancel Policy:** There is no fee to change (or cancel) Blue, Blue Extra, Blue Plus or Mint fares. Blue Basic fares booked Jun 8 2021 - Aug 24 2021 and after Nov 1 2021 are subject to a change/cancel fee of $100 for travel wholly within the U.S., Caribbean, Mexico or Central America, or $200 for all other routes. There are no change/cancel fees for Blue Basic fares booked before Jun 8 2021 or between Aug 25 2021 - Oct 31 2021.

Fare difference may apply and funds may be in the form of a JetBlue travel credit, valid for 12 months from original ticketing date. Booked before Mar 8, 2023? See details on expiration date **here.** As a Mosaic, same-day switches may be made without a fee or fare difference. **Click here** for details on our change and cancel policies.

## Traveler Details

**RAFAEL E RUIZ**          **Frequent Flier:** B6 3326688490

**Ticket number:** 2792120580381

**BOS - SJU:**
**Fare:** Blue
**Seat:** [2C]
**Notes:** Even More Space

**SJU - BOS:**
**Fare:** Blue
**Seat:** [2D]
**Notes:** Even More Space

## Bag Allowance (per traveler)

| Sun, Apr 30 | Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|---|
| BOS - SJU | Free | Free | Free Mosaic Perk | Free Mosaic Perk |

| Thu, May 04 | Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|---|
| SJU - BOS | Free | Free | Free Mosaic Perk | Free Mosaic Perk |

[Size and weight limits apply. See full details on our Bag Info page ▶](#)

Free checked bag benefit for Mosaic members applies to JetBlue-operated and eligible American Airlines-operated flights only, and no other codeshare or partner airline flights.

Additional charges may apply.

## Payment Details

| | | |
|---|---|---|
| Master XXXXXXXXXXX9796 | NONREF | $453.00 |
| | Taxes & fees | $62.40 |
| | **Total** | **$515.40 USD** |

Purchase Date: Apr 12, 2023

[**Request full receipt**](#)



## Unlocked: deals on wheels.

Your flight has unlocked up to 35% off car rentals with Paisly by JetBlue. Plus, you can earn a trunkful of TrueBlue points.

[Unlock deals]

Flight Tracker   |   Bag Info   |   Airport Info

## All things travel, all from JetBlue.

**jetBlue** — Flights

**jetBlue vacations** — Packages

**paisly by jetBlue** — Cars, stays & more

**TRUEBLUE** — Points & perks

**jetBlueCard** — Credit cards

**TROUPE** — Group planning

    

Help   |   Business Travel   |   Privacy   |   About JetBlue

CUSTOMER CONCERNS
Have a question or concern? Contact us at jetblue.com/contact-us. Or mail us at JetBlue, 27-01 Queens Plaza North, Long Island City, NY 11101.

NOTICE OF INCORPORATED TERMS
All travel on JetBlue is subject to JetBlue's Contract of Carriage, the full terms of which are incorporated herein by reference, including but not restricted to: (i) Limits on JetBlue's liability for personal injury or death, and for loss, damage, or delay of goods and baggage, including special rules for fragile and perishable goods; (ii) Claims restrictions, including time periods within which you must file a claim or bring an action against JetBlue; (iii) Rights of JetBlue to change the terms of the Contract of Carriage; (iv) Rules on reservations, check-in, and refusal to carry; (v) JetBlue's rights and limits on its liability for delay or failure to perform service, including schedule changes, substitution of aircraft or alternate air carriers, and rerouting; (iv) Non-refundability of reservations. International travel may also be subject to JetBlue's International Passenger Rules Tariffs on file with the U.S. Department of Transportation and, where applicable, the Montreal Convention or the Warsaw Convention and its amendments and special contracts. The full text of the Contract of Carriage is available for inspection at www.jetblue.com and all airport customer service counters. Tariffs may also be inspected at all airport customer service counters. You have the right to receive a copy of the Contract of Carriage and tariffs by mail upon request.

EMPLOYEE ASSAULT PREVENTION AND RESPONSE
It is a violation of federal law to assault an airport, air carrier, or federal employee within the airport. Any customer who physically or verbally assaults a JetBlue crewmember or business partner while conducting their duties within the airport will be referred to law enforcement.

NOTICE OF INCREASED GOVERNMENT TAX OR FEE
JetBlue reserves the right to collect additional payment after a fare has been paid in full and tickets issued for any additional government taxes or fees assessed or imposed.

CARRY-ON BAG RULES
All travelers may board with one (1) small personal item, such as a purse, briefcase, laptop computer case, small backpack, or a small camera, which must fit completely under the seat in front of you. Travelers (except those on a Blue Basic fare) are permitted one (1) carry-on item that must be placed in the overhead bin and not exceed external dimensions of 22in x 14in x 9in. A carry-on bag is not permitted with a Blue Basic booking, except for Mosaic members, those booking an Even More® Space seat, on all legs if connecting, unaccompanied minors and active military. Overhead bin space for one carry-on bag per traveler is guaranteed on domestic flights within the U.S. on a Blue, Blue Extra and Mint fare—or you get a $25 Travel Bank credit. Please visit www.jetblue.com/bags for additional info and exceptions. On any given flight, JetBlue reserves the right to further restrict the number of carry-on items as circumstances may require.

CHECKED BAGGAGE ALLOWANCE/FEES
For Blue / Blue Basic / Blue Extra fares, the first checked bag fee is $35 and the second checked bag fee is $45. For Blue Plus fares, one checked bag is included and the second checked bag fee is $45. For Mint fares, two checked bags are included. For TrueBlue Mosaic members: two checked bags

For Mint fares, two checked bags are included. For TrueBlue Mosaic members, two checked bags are included. For JetBlue Plus cardmembers, one checked bag is included and the second checked bag fee is $45. You can add up to 2 checked bags in advance (more than 24 hours before departure) and save $5 on each bag fee. For all fares, the fee for the third (or more) checked bag is $150 and only available at the airport. Separate baggage allowances and fees apply to UK/Europe flights: For Blue Basic fares, the first checked bag fee is $65/£55/€60 and the second checked bag fee is $105/£85/€95. For Blue, Blue Plus and Blue Extra, one checked bag is included and the second checked bag fee is $105/£85/€95. For Mint fares: two checked bags are included. For all fares, any additional bags are $200/£150/€185 each. All bags are subject to size/weight restrictions. Other fees apply for oversized or overweight baggage. See www.jetblue.com/bags. Excess baggage rules and size/weight restrictions may vary depending on load availability and country restrictions. See www.jetblue.com/bags for more information. Travel on our partner airlines (excluding Cape Air*) — Baggage rules and fees vary by partner airline and destination. JetBlue will follow our partner airlines' fees when customers are traveling on an itinerary including one of our partner airlines. See http://www.jetblue.com/partners for more information.

*For itineraries with a connection only to/from Cape Air, JetBlue's standard fees apply.

CHECK-IN TIMES
For domestic travel, customers traveling with checked baggage must obtain a boarding pass and check their baggage no less than forty (40) minutes prior to scheduled departure and be onboard the aircraft no less than fifteen (15) minutes prior to the scheduled or posted departure time. Customers traveling without checked baggage must obtain a boarding pass no less than thirty (30) minutes prior to scheduled departure and be onboard the aircraft no less than fifteen (15) minutes prior to scheduled or posted departure time. For international travel, all customers must obtain a boarding pass and check their baggage no less than sixty (60) minutes prior to scheduled departure and be onboard the aircraft no less than fifteen (15) minutes prior to the scheduled or posted departure time.

DOCUMENTATION REQUIREMENTS
For domestic travel, customers over the age of 18 must present government-issued photo identification that includes a tamper resistant feature, name, date of birth, gender, and expiration date. Documents required for international travel vary according to country of travel, citizenship, residency, age, length of stay, purpose of visit, etc., and customers should contact the embassy or consulate in their destination country for all documentation requirements, including proof of return or onward travel. It is your responsibility to ensure you have the required documentation for travel. JetBlue reserves the right to deny boarding to anyone without proper documentation and is not responsible for any failure by you to have the required documentation for entry into a foreign country or return into the United States.

ADVICE TO DOMESTIC CUSTOMERS ON CARRIER LIABILITY
For travel entirely within the U.S., JetBlue's liability for loss, damage or delay in delivery of baggage is limited to $3,800 per ticketed passenger unless a higher value is declared in advance and additional charges are paid. JetBlue assumes no responsibility for fragile, unsuitably packaged, irreplaceable, essential, or perishable items. Please refer to JetBlue's Contract of Carriage for additional information.

ADVICE TO INTERNATIONAL PASSENGERS ON LIMITATION OF LIABILITY
Passengers on a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that international treaties known as the Montreal Convention, or its predecessor, the Warsaw Convention, including its amendments, may apply to the entire journey, including any portion thereof within a country. For such passengers, the treaty, including special contracts of carriage embodied in applicable tariffs, governs and may limit the liability of JetBlue in respect of death or injury to passengers, and for destruction or loss of, or damage to, baggage, and

for delay of passengers and baggage. If your journey also involves carriage by other airlines, you should contact them for information on their limits of liability. Please refer to JetBlue's Contract of Carriage for additional information, including the limits of liability for services provided in the European Union.

NOTICE OF OVERBOOKING OF FLIGHTS
While JetBlue does not intentionally overbook its flights, there is still a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for a payment of the airline's choosing. If there are not enough volunteers, JetBlue will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions, including failure to comply with JetBlue's check-in deadlines, persons denied boarding involuntarily are entitled to compensation. Please refer to JetBlue's Contract of Carriage for the complete rules for the payment of compensation and JetBlue's boarding priorities. Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.

©2023 JetBlue Airways Corporation

**COURTYARD**
**Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Rafael Ruiz
12 Crestshire Dr
Lawrence MA 01843
United States

Room: 0501
Room Type: KSTE
No. of Guests: 1
Rate: $ 125.00  Clerk: 1006

Marriott Rewards #   232084256

CRS Number  82279728

Name:

Arrive:  04-30-23   Time:  *02:56 AM   Depart:  05-04-23   Folio Number:  728073

| Date | Description | Charges | Credits |
|---|---|---|---|
| 04-30-23 | Package | 155.00 | |
| 04-30-23 | Government Tax | 13.95 | |
| 04-30-23 | Hotel Fee 9% of Daily Rate | 13.95 | |
| 05-01-23 | Package | 125.00 | |
| 05-01-23 | Government Tax | 11.25 | |
| 05-01-23 | Hotel Fee 9% of Daily Rate | 11.25 | |
| 05-02-23 | Package | 125.00 | |
| 05-02-23 | Government Tax | 11.25 | |
| 05-02-23 | Hotel Fee 9% of Daily Rate | 11.25 | |
| 05-03-23 | COMEDOR- Guest Charge (Breakfast) | 5.00 | |
| 05-03-23 | COMEDOR- Guest Charge (Dinner) | 46.52 | |
| 05-03-23 | COMEDOR- Guest Charge (Dinner) | 34.27 | |
| 05-03-23 | Package | 125.00 | |
| 05-03-23 | Government Tax | 11.25 | |
| 05-03-23 | Hotel Fee 9% of Daily Rate | 11.25 | |
| 05-04-23 | American Express | | 711.19 |

*Card #  XXXXXXXXXX4005*

**COURTYARD**®
**Marriott**®

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Rafael Ruiz
12 Crestshire Dr
Lawrence MA 01843
United States

Room: 0501
Room Type: KSTE
No. of Guests: 1
Rate:  $   125.00   Clerk: 1006

Marriott Rewards #   232084256

CRS Number  82279728

Name:

Arrive:   04-30-23          Time:  *02:56 AM          Depart:  05-04-23          Folio Number:  728073

| Date | Description | Charges | Credits |
|---|---|---|---|
| | Balance | | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

**RECEIPT** DATE 4/30/23 No. 557229

RECEIVED FROM RAFAEL RUIZ  $75

Seventy five _____ DOLLARS

○ FOR RENT
○ FOR  RIDE TO THE AIRPORT

ACCOUNT
PAYMENT
BAL. DUE

☒ CASH
○ CHECK
○ MONEY ORDER
○ CREDIT CARD

FROM Home TO AIRPORT

BY [signature]

3-11

---

**RECEIPT** DATE 5/4/23 No. 557230

RECEIVED FROM RAFAEL RUIZ  $75

Seventy five _____ DOLLARS

○ FOR RENT
○ FOR  RIDE from AIRPORT

ACCOUNT
PAYMENT
BAL. DUE

☒ CASH
○ CHECK
○ MONEY ORDER
○ CREDIT CARD

FROM AIRPORT TO Home

BY [signature]

3-11





FPMPR TRAVEL EXPENSE NOTE:

**Rafael Ruíz Travel Expense Invoices Note:**

**Date: May, 2023**

**Notes:**

Please note:

Travel Expenses:

- The Even More Space Note in the Airfare receipt is a free benefit from the Airline as a Mosaic Status Perk.