INVOICE 0099R1-EXPENSE FOR ON-SITE PROFESSIONAL SERVICES; MAY 1, 2023, THROUGH MAY 3, 2023 RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC

5/10/23

TO: Federal Monitor
Puerto Rico Police Department Consent Decree

This invoice for expenses incurred during on-site visit to PRPB rendered by Crystal Reef LLC (Monitoring Core Team) for May 2023.

*[signature]*

## Office of the TCA - Travel Reimbursement Form

Traveler Name: Scott Cragg
Travel Dates: May 1 - 3 2023
Purpose of Travel: On-Site Monitoring

### Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 460.91 | 1 | $ 460.91 |
| Bags/Airport Shuttle tips-no receipt |  | 0 | $ - |
| Ground Transportation (Tolls) |  | 0 | $ - |
| Ground Transportation (Parking) | $ 29.00 | 2.2 | $ 70.00 |
| Ground Transportation (Mileage) | $ 0.655 | 56.4 | $ 36.94 |
| Lodging | $ 147.50 | 1 | $ 147.50 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 1 | $ 115.00 |
| Uber - Airport to Hotel | $ 1.00 | 33.93 | $ 33.93 |
| Total |  |  | $ 1,036.78 |

1

# Flights

| | | | |
|---|---|---|---|
| **DCA** Washington, DC  **Terminal:** 2  jetBlue | ▶ | **MCO** Orlando, FL | **Date** Mon, May 01  **Departs** 8:00pm  **Arrives** 10:19pm  **Flight** 2523 |
| **MCO** Orlando, FL  **Terminal:** C  jetBlue | ▶ | **SJU** San Juan, PR | **Date** Mon, May 01  **Departs** 11:15pm  **Arrives** 1:59am  **Flight** 2133 |
| **SJU** San Juan, PR  **Terminal:** A  jetBlue | ▶ | **DCA** Washington, DC | **Date** Wed, May 03  **Departs** 5:15pm  **Arrives** 9:12pm  **Flight** 1348 |

## Traveler Details

**SCOTT P CRAGG**

**Frequent Flier:** B6 3363415311

**Ticket number:** 2792120584516

**DCA - MCO:**
**Fare:** Blue
**Seat:** 2C
**Notes:** Even More Space

**MCO - SJU:**
**Fare:** Blue
**Seat:** 3C
**Notes:** Even More Space

**SJU - DCA:**
**Fare:** Blue
**Seat:** 5D
**Notes:** Even More Space

## Bag Allowance (per traveler)

| **Mon, May 01** | Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|---|
| DCA - SJU | Free | Free | Free Mosaic Perk | Free Mosaic Perk |

| **Wed, May 03** | Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|---|

3

| SJU - DCA | Free | Free | Free Mosaic Perk | Free Mosaic Perk |

## Payment Details

XXXXXXXXXX3834

Visa XXXXXXXXXXXX6833   NONREF         $394.01

Taxes & fees   $66.90

**Total**   **$460.91 USD**

Purchase Date: Apr 12, 2023

# COURTYARD® Marriott

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Scott Cragg
13932 S Springs Dr
Clifton VA 20124
United States

Room: 0507
Room Type: EKNG
No. of Guests: 1
Rate: $ 125.00   Clerk: 1006

Marriott Rewards #   797225828

CRS Number   77051866

Name:

Arrive:   05-02-23        Time:   04:46 AM        Depart:   05-03-23        Folio Number:   728004

| Date | Description | Charges | Credits |
|---|---|---|---|
| 05-02-23 | Comedor - Guest Charge | 4.00 | |
| 05-02-23 | Package | 125.00 | |
| 05-02-23 | Government Tax | 11.25 | |
| 05-02-23 | Hotel Fee 9% of Daily Rate | 11.25 | |
| 05-03-23 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 05-03-23 | Visa Card | | 155.50 |
| | Card # XXXXXXXXXXXX6833 | | |

Balance    0.00 USD

$147.50

```
       INSERT
     THIS END UP

       REAGAN
   NATIONAL AIRPORT
   RECEIPT    A212
   ENTRY TIME:
   05/01/23    19:48
   EXIT TIME:
   05/03/23    21:29
   PARK-DUR.: HRS:MIN
                2:01:41
   AMOUNT:
              $ 70.00
   KIND OF PAYMENT:
   VISA
   XXXXXXXXXXXX6833
           XXXXX 201
```

As ... earned points toward your free dream vacation today. Start earning points and elite status,
plus ... y at the front desk.

Parking Airport  5/1 - 5/3

$70.00



Switch Payment Method

Download PDF

# You rode with Francisco

4.95 ★ Rating      Has passed a multi-step safety screen

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more >

UberX    5.66 miles | 11 min

**4:28 AM**
Drop-off - Pickup Passenger area, Carolina, 00979, Puerto Rico

**4:39 AM**
801 Ponce de Leon Ave, San Juan, PR 00907, US



Report lost item  >        Contact support  >        My trips  >

From: noreply@uber.com,
To: spcragg@verizon.net,
Subject: [Personal] Your Tuesday morning trip with Uber
Date: Tue, May 2, 2023 4:49 am

# Uber

Total **$33.93**
May 2, 2023

## Thanks for tipping, scott

Here's your updated Tuesday morning ride receipt.



## Total                                         $33.93

| | |
|---|---|
| Trip fare | $27.27 |
| Subtotal | $27.27 |
| Booking Fee | $0.66 |
| Airport Fee | $3.00 |
| Tips | $3.00 |

### Payments

 Visa ••••6833                                  $33.93
5/2/23 4:49 AM



FPMPR TRAVEL EXPENSE NOTE:

**Scott Cragg Travel Expense Invoices Note:**

**Date: May, 2023**

**Notes:**

Please note:

Travel Expenses:
- The Even More Space Note in the Airfare receipt is a free benefit from the Airline as a Mosaic Status Perk.