

FPM TRAVEL REIMBURSEMENT COVER SHEET

Name: Rita J. Watkins

Invoice number: 202305

Invoice date: May 12, 2023

Site visit travel dates: April 30, 2023 – May 4, 2023

Total travel reimbursement amount (*see page 2 for details*): $2,166.54

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.*

*Rita J. Watkins*                                                                                                05/12/2023

**Signature**                                                                                                      **Date**



# Office of the TCA - Travel Reimbursement Form

**Name:** Rita J. Watkins

**Travel Dates:** April 30-May4, 2023

**Purpose of Travel:** On-Site evaluation

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 762.40 | 1 | $ 762.40 |
| Baggage | $  - | 0 | $  - |
| Ground Transportation (Uber/Lyft/Taxi) |  |  | $  - |
| Ground Transportation (Parking) | $ 125.00 | 1 | $ 125.00 |
| Ground Transportation (Mileage) | 0.655 | 208 | $ 136.24 |
| Lodging ($182.90) | $ 182.90 | 1 | $ 182.90 |
| Lodging ($147.50) | $ 147.50 | 3 | $ 442.50 |
| Per Diem (Full Days) | $ 115.00 | 3 | $ 345.00 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Total |  |  | $ 2,166.54 |

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

**Watkins, Rita**

| | |
|---|---|
| **From:** | United Airlines <Receipts@united.com> |
| **Sent:** | Tuesday, April 11, 2023 2:04 PM |
| **To:** | Watkins, Rita |
| **Subject:** | eTicket Itinerary and Receipt for Confirmation C5B6EB |

**CAUTION:** The sender of this email is not from SHSU. Any links or attachments may be dangerous. To report this email as suspicious, forward it to abuse@shsu.edu.



Tue, Apr 11, 2023

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# C5B6EB

### Flight 1 of 2 UA1192                                              Class: United Economy (S)

Sun, Apr 30, 2023                                                                                           Sun, Apr 30, 2023
**09:49 AM**                                                                                                **03:20 PM**
Houston, TX, US (IAH)                                                                                San Juan, PR, US (SJU)

### Flight 2 of 2 UA668                                               Class: United Economy (W)

Thu, May 04, 2023                                                                                           Thu, May 04, 2023
**03:00 PM**                                                                                                **06:48 PM**
San Juan, PR, US (SJU)                                                                                Houston, TX, US (IAH)

Traveler Details

WATKINS/RITAJANE

1

eTicket number: **0162478954048**
Frequent Flyer: **UA-XXXXX226 Premier Gold**

Seats: **IAH-SJU 15D**
**SJU-IAH 08D**

Purchase Summary

Method of payment:  **Master Card ending in 0178**
Date of purchase:  **Tue, Apr 11, 2023**

Airfare:  **700.00 USD**
U.S. Transportation Tax:  **42.20 USD**
September 11th Security Fee:  **11.20 USD**
U.S. Passenger Facility Charge:  **9.00 USD**

Total Per Passenger:  **762.40 USD**

**Total:**  **762.40 USD**

## Fare Rules
Additional charges may apply for changes in addition to any fare rules listed.
REFUNDABLE

## MileagePlus Accrual Details

| Ritajane Watkins | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Sun, Apr 30, 2023 | 1192 | Houston, TX, US (IAH) to San Juan, PR, US (SJU) | 2600 | 325 | 1 |
| Thu, May 04, 2023 | 668 | San Juan, PR, US (SJU) to Houston, TX, US (IAH) | 3000 | 375 | 1 |
| MileagePlus accrual totals: | | | 5600 | 700 | 2 |

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Sun, Apr 30, 2023<br>Houston, TX, US (IAH - Intercontinental)<br>to San Juan, PR, US (SJU - Luis Muñoz Marín) | 0 USD | 0 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |
| Thu, May 04, 2023<br>San Juan, PR, US (SJU - Luis Muñoz Marín) | 0 USD | 0 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |

www.sgiparking.com

**SP+ | GLOBAL | IMS**  P.O. Box 60751
Houston, TX 77205
(281) 233-1730

# CUSTOMER RECEIPT

Toledo Ticket Technologies, Toledo, OH
www.toledoticket.com

| Tran | In Time | Out Time | Fee | CC# |
|---|---|---|---|---|
| )4 | 04/30 07:58 | 05/04 20:27 | $125.00 | 017 |

**Watkins, Rita**

| | |
|---|---|
| **From:** | Rita Watkins <drritawatkins@gmail.com> |
| **Sent:** | Thursday, February 2, 2023 10:04 AM |
| **To:** | Watkins, Rita |
| **Subject:** | Mileage |

CAUTION: The sender of this email is not from SHSU.
Any links or attachments may be dangerous. To report this email as suspicious, forward it to abuse@shsu.edu.



1 hr 35 min (104 mi)

Sent from my iPhone

**COURTYARD®**
**Marriott.**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Ms Rita Watkins
4746 Enchanted Oaks Dr
College Sta TX 77845
United States

Room: 0707
Room Type: EKNG
No. of Guests: 1
Rate: $ 125.00  Clerk: 1006

Marriott Rewards #   595896259

CRS Number  84297845

Name:

Arrive:  04-30-23          Time:  04:27 PM          Depart:  05-04-23          Folio Number:  727403

| Date | Description | Charges | Credits |
|---|---|---|---|
| 04-30-23 | Package | 155.00 | |
| 04-30-23 | Government Tax | 13.95 | |
| 04-30-23 | Hotel Fee 9% of Daily Rate | 13.95 | |
| 05-01-23 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 05-01-23 | Package | 125.00 | |
| 05-01-23 | Government Tax | 11.25 | |
| 05-01-23 | Hotel Fee 9% of Daily Rate | 11.25 | |
| 05-02-23 | COMEDOR- Guest Charge (Breakfast) | 3.95 | |
| 05-02-23 | Package | 125.00 | |
| 05-02-23 | Government Tax | 11.25 | |
| 05-02-23 | Hotel Fee 9% of Daily Rate | 11.25 | |
| 05-03-23 | COMEDOR- Guest Charge (Breakfast) | 3.95 | |
| 05-03-23 | COMEDOR- Guest Charge (Dinner) | 33.89 | |
| 05-03-23 | Package | 125.00 | |
| 05-03-23 | Government Tax | 11.25 | |
| 05-03-23 | Hotel Fee 9% of Daily Rate | 11.25 | |
| 05-04-23 | Master Card / Euro Card | | 671.19 |
| | Card # XXXXXXXXXXXX0178 | | |

**COURTYARD®**
**Marriott.**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Ms Rita Watkins
4746 Enchanted Oaks Dr
College Sta TX 77845
United States

Room: 0707
Room Type: EKNG
No. of Guests: 1
Rate: $  125.00   Clerk: 1006

Marriott Rewards #   595896259

CRS Number  84297845

Name:

Arrive:  04-30-23          Time:  04:27 PM          Depart:  05-04-23          Folio Number:  727403

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
|      |             | Balance | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today. Start earning points and elite status, plus enjoy exclusive member offers. Enroll today at the front desk.