cover sheet form



FPM TRAVEL REIMBURSEMENT COVER SHEET

Name: Hipólito Castro

Invoice number:

Invoice date: 5/9/2023

Site visit travel dates: April 30 – May 3

Total travel reimbursement amount (*see page 2 for details*): $1,427.31

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies*.

| Hipólito Castro | 5/9/2023 |
|---|---|
| Signature | Date |

**Travel Breakout** — Hipolito Castro April 30, 2023 to May 3, 2023

| Expense | Unit Cost | Units | Column1 | Total | Column2 |
|---|---|---|---|---|---|
| Airfare | $ 288.00 | 1 | $ - | $ 288.00 | |
| Airfare taxes & fees | $ 62.40 | 1 | | $ 62.40 | |
| Baggage | | | | $ - | |
| Ground Transportation (Uber/Lyft/Taxi) | | | | $ - | |
| Ground Transportation (Parking) 4 days at 25.375 | $ 101.50 | 1 | | $ 101.50 | |
| Ground Transportation (POV Mileage) to PTY | $ 0.655 | 114 | | $ 74.67 | |
| Tolls /Use of Rental Vehicle/Residence-PTY | $ 10.17 | 2 | | $ 20.34 | |
| Lodging - One night 155.00 - 2 nights 125.00 | $ 405.00 | 3 | | $ 405.00 | |
| Per Diem (Travel Days) | $ 86.25 | 2 | | $ 172.50 | |
| Per Diem (Full Days) | $ 115.00 | 2 | | $ 230.00 | |
| Other: HOTEL TAX - 3 Days | $ 72.90 | | | $ 72.90 | |
| | | | | | |
| **Total** | | | | **$ 1,427.31** | |

 Gmail

Hipolito Castro <hipolitocastrojr@gmail.com>

## Your Flight Receipt - HIPOLITO CASTRO 30APR23
1 message

**Delta Air Lines** <DeltaAirLines@t.delta.com>  Mon, Apr 3, 2023 at 11:45 AM
Reply-To: Transactional Email Reply Inbox <reply-290883-14_HTML-36682778-10982494-499181@t.delta.com>
To: hipolitocastrojr@gmail.com

View as a Web Page

### ▲ DELTA

#9288156608

SkyMiles® Member


CONFIRMATION #: HQAVEV



You're all set. If your plans change, be sure to make changes or cancel via **MyTrips** on **delta.com** before your flight departs.

Take the guess work out of international travel with

## Delta FlyReady<sup>SM</sup>

You can view your personalized travel requirements, complete uploads at your own pace and save your travel documents for future trips when you use Delta FlyReady. Then look forward to an easier, faster experience at the airport.

Have a great trip, and thank you for choosing Delta.

## Passenger Info

Name: HIPOLITO CASTRO
SkyMiles #9288156608

| FLIGHT | SEAT |
|---|---|
| DELTA 1859 | 25D |
| DELTA 1961 | 25D |

Visit delta.com or download the Fly Delta app to view, select or change your seat. If you purchased a Delta Comfort+™ seat or a Trip Extra, please visit My Trips to access a receipt of your purchase.

| Sun, 30APR | DEPART | ARRIVE |
|---|---|---|
| DELTA 1859<br>Main Cabin (V) | NYC-KENNEDY<br>6:59pm | SAN JUAN, PUERTO RICO<br>11:08pm |

| Wed, 03MAY | DEPART | ARRIVE |
|---|---|---|
| DELTA 1961<br>Main Cabin (V) | SAN JUAN, PUERTO RICO<br>5:55pm | NYC-KENNEDY<br>10:00pm |

| METHOD OF PAYMENT | |
|---|---|
| AX***********1006 | $350.40 USD |

| CHARGES | |
|---|---|
| Air Transportation Charges | |
| Base Fare | $288.00 USD |
| Taxes, Fees and Charges | |
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $11.20 USD |
| United States - Transportation Tax (US) | $42.20 USD |
| United States - Passenger Facility Charge (XF) | $9.00 USD |
| TICKET AMOUNT | $350.40 USD |

## Checked Bag Allowance

The fees below are based on your original ticket purchase. Fees may be converted to local currency based on your departure airport. **If you qualify for free or discounted checked baggage**, this will be taken into account when you check in. Visit delta.com for details on baggage embargoes that may apply to your itinerary.

**Sun 30 Apr 2023**                                                                 **JFK-SJU**

| CARRY ON | FIRST | SECOND |
|---|---|---|
| FREE | FREE (50LBS/23KG) WAS: $30.00 USD | $40.00 USD (50LBS/23KG) |

Visit delta.com for details on **baggage embargoes** that may apply to your itinerary.

**Wed 03 May 2023**                                                                 **SJU-JFK**

| CARRY ON | FIRST | SECOND |
|---|---|---|
| FREE | FREE (50LBS/23KG) WAS: $30.00 USD | $40.00 USD (50LBS/23KG) |

Visit delta.com for details on **baggage embargoes** that may apply to your itinerary.

## Your Pre-Trip Checklist for Easier Travel



**Download Our App**

Track your checked bags, check your flight status, get your



**Visit Our Help Center**

Get all your travel questions answered with information on



**Update Your Contact Information**

Make sure your information is updated on your



```
            JFK AIRPORT
         LONG TERM PARKING
      EXIT
      RECEIPT:
      PERSONELL:                    906
      TRANSACTION:              121842
      SNR:                            0
      IN:
      ENTRY:            03 903 096236
      P.AT:             04.30.23 0127273
      FEE:              05.03.23 16:07
      PAID:             HOURLY TICKET
      ----------------------------
                              101.50 USD
      NET:                    101.50 USD
      GST   0%
      CAR:                    101.50 USD
      3T 6:25                   0.00 USD
                              SA12704
            CARDHOLDER COPY
       MID
       TERM
       05/03/23               ********
       TRAN 096236            *****4842
       CARD                        22.32
       AMERICAN EXPRESS .......1006
       ICC
       SALE CREDIT
       AID    A000000025010801
       TC     D19A45A02DCC5719
       AUTH CODE          827422
       AMOUNT             $101.50
       TOTAL              $101.50
          No Cardholder
          verification
       (00) APPROVED

       Your account will be
       debited with the above
              am

       TAXES INCLUDED
       THANK YOU FOR
       PARKING AT
       JFK AIRPORT
       HAVE A SAFE TRIP
```

11:58   .ıl LTE

# JFK

## John F. Kennedy Internatio...

International Airport · Jamaica, Que...



🚗  1 hour 54 minutes

 Tickets  •••

**HOURS**    **DISTANCE**
Open          57 mi

         

## E-ZPass® Payment Receipt for 04/30/2023

Account Number : 2000175180885
Transaction Date : 04/30/2023
Transaction Id : 116330417473
Transaction Amount : ($10.17)
Payment Type : ETC

## E-ZPass® Payment Receipt for 05/03/2023

Account Number : 2000175180885

Transaction Date : 05/03/2023

Transaction Id : 116338690044

Transaction Amount : ($10.17)

Payment Type : ETC

**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Hipolito Castro
64 Mustang Dr
Monroe CT 06468
United States

Room: 0701
Room Type: KSTE
No. of Guests: 1
Rate:  $  125.00   Clerk: 1009
CRS Number  81155703

Marriott Rewards #   214246771

Name:

Arrive:  04-30-23        Time:  11:36 PM        Depart:  05-03-23        Folio Number:  728038

| Date | Description | Charges | Credits |
|---|---|---|---|
| 04-30-23 | Package | 155.00 | |
| 04-30-23 | Government Tax | 13.95 | |
| 04-30-23 | Hotel Fee 9% of Daily Rate | 13.95 | |
| 05-01-23 | COMEDOR- Guest Charge (Breakfast) | 2.95 | |
| 05-01-23 | Package | 125.00 | |
| 05-01-23 | Government Tax | 11.25 | |
| 05-01-23 | Hotel Fee 9% of Daily Rate | 11.25 | |
| 05-02-23 | COMEDOR- Guest Charge (Breakfast) | 3.95 | |
| 05-02-23 | Package | 125.00 | |
| 05-02-23 | Government Tax | 11.25 | |
| 05-02-23 | Hotel Fee 9% of Daily Rate | 11.25 | |
| 05-03-23 | American Express | | 484.80 |
| | Card # XXXXXXXXXX1006 | | |
| | Balance | | 0.00 USD |

*[Handwritten notes:]*
Taxes/Hotel Fee
1 Night - 27.90
2 Nights - 45.90
72.90

405.00 - 3 Nights
1 Night - 155.00
2 Night - 125.00
405.00

*[Handwritten: 477.90]*

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today. Start earning points and elite status, plus enjoy exclusive member offers. Enroll today at the front desk.