Check Date: 12.Jun.2023

Check No. 00341706

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|
| MONITOR7 | 09.Jun.2023 | 23011672 | 2,489,940.00 | 0.00 | 2,489,940.00 |

| Vendor Number | Vendor Name | | Total Discounts | |
|---|---|---|---|---|
| 660447416 | U S CLERK DISTRICT COURT OF THE DISTRICT | | $0.00 | |

| Check Number | Date | Agency | | Total Paid Amount |
|---|---|---|---|---|
| 00341706 | 12.Jun.2023 | 00045 | | $2,489,940.00 |

Modelo SC 784
AGOSTO 2005

**DEPARTAMENTO DE HACIENDA**
PASEO COVADONGA 10
SAN JUAN, PR 00902

**BANCO POPULAR DE PUERTO RICO**

00341706

**FECHA** 12.Jun.2023

**IMPORTE** $2,489,940.00***

**PAGUESE** ***DOS MILLONES CUATROCIENTOS OCHENTA Y NUEVE MIL NOVECIENTOS CUARENTA CON 00/100 DOLARES***

A LA
ORDEN DE

**U S CLERK DISTRICT COURT OF TH**
CLEMENTE RUIZ NAZARIO COURT F
150 CHARDON AVE
SAN JUAN, PR 00918

*Francisco Parés* III

SECRETARIO DE HACIENDA

**BANCO POPULAR.** No es valido seis meses despues de su emision

⌐ Ver al dorso para detalles de los mecanismos de seguridad / See reverse side for complete security features.

⑈00341706⑈ ⑆021502011⑆ 030049458⑈

**Check Date:** 12.Jun.2023

**Check No.** 00341705

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|
| MONITOR8 | 09.Jun.2023 | 23011673 | 507,000.00 | 0.00 | 507,000.00 |

| Vendor Number | Vendor Name | | Total Discounts | |
|---|---|---|---|---|
| 660447416 | U S CLERK DISTRICT COURT OF THE DISTRICT | | $0.00 | |

| Check Number | Date | Agency | | Total Paid Amount |
|---|---|---|---|---|
| 00341705 | 12.Jun.2023 | 00045 | | $507,000.00 |



🔒 Ver al dorso para detalles de los mecanismos de seguridad / See reverse side for complete security features.

Modelo SC 784
AGOSTO 2005

**DEPARTAMENTO DE HACIENDA**
PASEO COVADONGA 10
SAN JUAN,PR 00902

**BANCO POPULAR DE PUERTO RICO**

00341705

**FECHA**   12.Jun.2023        **IMPORTE**   $507,000.00***

**PAGUESE**   *** QUINIENTOS SIETE MIL  CON 00/100 DOLARES***

A LA
ORDEN DE

**U S CLERK DISTRICT COURT OF TH**
CLEMENTE RUIZ NAZARIO COURT H
150 CHARDON AVE
SAN JUAN, PR 00918

*Francisco Parés III*

SECRETARIO DE HACIENDA

**BANCO POPULAR.** No es valido seis meses despues de su emision

⑈00341705⑈ ⑆02150201⑈: 030049458⑈