Check Date: 12.Jun.2023                                                                                  Check No. 00341704

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|
| MONITOR9 | 09.Jun.2023 | 23011674 | 102,000.00 | 0.00 | 102,000.00 |

| Vendor Number | Vendor Name | | Total Discounts | |
|---|---|---|---|---|
| 660447416 | U S CLERK DISTRICT COURT OF THE DISTRICT | | $0.00 | |

| Check Number | Date | Agency | | Total Paid Amount |
|---|---|---|---|---|
| 00341704 | 12.Jun.2023 | 00045 | | $102,000.00 |

Ver al dorso para detalles de los mecanismos de seguridad / See reverse side for complete security features.

Modelo SC 784
AGOSTO 2005

**DEPARTAMENTO DE HACIENDA**
PASEO COVADONGA 10
SAN JUAN, PR 00902

BANCO POPULAR DE PUERTO RICO

00341704

FECHA    12.Jun.2023                                IMPORTE    $102,000.00***

PAGUESE   *** CIENTO DOS MIL  CON 00/100 DOLARES***

A LA        U S CLERK DISTRICT COURT OF TH
ORDEN DE    CLEMENTE RUIZ NAZARIO COURT H
            150 CHARDON AVE
            SAN JUAN, PR 00918

*Francisco Parés III*

**BANCO POPULAR**  No es valido seis meses despues de su emision           SECRETARIO DE HACIENDA

⑈00341704⑈ ⑆021502011⑆ 030049458⑈