# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO, et al.,**<br><br>Defendants. | **CIVIL NO.: 12-cv-02039** |

## INFORMATIVE MOTION AND REQUEST FOR ORDER REGARDING APPEARANCE TO JUNE 29, 2023 STATUS HEARING

**MAY IT PLEASE THE COURT:**

**COME NOW**, Codefendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau, through the undersigned attorneys, and very respectfully state and pray:

1. On May 25, 2023, this Honorable Court issued 'Order Scheduling Status Conference' in the above captioned case at ECF No. 2413. The hearing is scheduled for June 29, 2023, at 9:00am.

2. The Commonwealth of Puerto Rico would like to respectfully clarify various matters from the Order:

   i. Enrique Volckers' correct title is Deputy Chief of Staff for Innovation and Technology, Fortaleza;

   ii. Pedro de Jesús is not the current Chief Counsel of the Office of Management and Budget. The current Chief Counsel is Hecrián Martínez, who will be present at the hearing;

        iii.     Arturo Garffer's correct position at the Department of Public Safety ("DSP") is Under Secretary for Operations and Intelligence;

        iv.     Carlos Colón does no longer work at DSP;

        v.     AH Datalytics is not part of the Monitor's Office, but a contractor of the Commonwealth of Puerto Rico.  A representative will be present at the hearing.

     3.     Also, in the Order, among other persons, the Court mandated the attendance of Dr. Juan Carlos Rivera.  Dr. Rivera is the current DSP's IT Director.  The Commonwealth respectfully requests this Honorable Court to excuse the attendance of Dr. Rivera at the hearing.  Dr. Rivera will be on vacation leave that had been planned since 2022.   However, Caonabo Vicente, PRPB's IT Bureau Director, will substitute for Dr. Rivera at the hearing.  Also, Angel Díaz Camareno, PRPB's Manager of the IT Plan, will be present at the hearing.

     **WHEREFORE,** Defendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau respectfully request this Honorable Court to take notice of the above and issue an Order excusing the attendance of Dr. Juan Carlos Rivera at the hearing.

     **RESPECTFULLY SUBMITTED.**

     **I HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

     In San Juan, Puerto Rico, this 19 day of June, 2023.

**CANCIO, NADAL & RIVERA, L.L.C.**
P.O. Box 364966
San Juan, Puerto Rico 00936-4966
403 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Tel. (787) 767-9625

**S/ RAFAEL BARRETO-SOLÁ**
USDC PR: 211801
rbarreto@cnr.law

**S/ GABRIEL A. PEÑAGARÍCANO**
USDC PR: 212911
gpenagaricano@me.com