IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**,<br><br>          **v.**<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants.** | **Civil No.** 12-2039 (FAB) |

**ORDER**

The motion of the defendants at Docket No. 2434 is **NOTED**. The Commonwealth has indicated some changes in the status conference order concerning titles and attendance at the conference. Accordingly, the previous order of the Court regarding the June 29, 2023, Status Conference is amended as follows:

- Enrique Volckers' correct title is Deputy Chief of Staff for Innovation and Technology, Office of the Governor of Puerto Rico.

- Pedro de Jesús and Carlos Colón need not attend the Status Conference.

- Hecrián Martínez, the current Chief Counsel of the Office of Management and Budget, shall attend the Status Conference.

- The title of Arturo Garffer is the Department of Public Safety Under Secretary for Operations and Intelligence.

- Dr. Juan Carlos Rivera, Department of Public Safety IT Director, is excused from attending the Status Conference.

- Caonabo Vicente, the PRPB's IT Bureau Director, and Angel Díaz Camareno, PRPB's Manager of the IT Plan, shall attend the Status Conference.

Additionally, to avoid unnecessary future amendments, effective immediately, the Commonwealth of Puerto Rico SHALL continuously inform the Court of all title or position changes in leadership in PRPB and the Department of Public Safety materially related to the PRPB reform case.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, June 20, 2023.

s/ Francisco A. Besosa  
FRANCISCO A. BESOSA  
SENIOR UNITED STATES DISTRICT JUDGE