Christopher Graham, dba

Diligens, LLC
EIN 87-1667996

June 21, 2023

INVOICE# 2023-04

Re: Audit services 05/21/2023 – 06/21/2023

Case 3:12-cv-02039-FAB Document 2176 Filed 09/20/22

| Professional Services/Description. Period covered  05/21/2023 - 06/21/2023 | Hours | Total |
|---|---|---|
| Zoom meetings with parties re: audit recommendations and protocol - 05/24, 06/06, 06/07, 06/12, 06/20. | 7.5 | $ 1,125.00 |
| Review and revisions to related documents | 3.75 | $ 562.50 |
| Court assigned project | 4.25 | $ 637.50 |
| Administrative matters | 1.25 | $ 187.50 |
| Call with DOJ, TCA -  06/09 | 1 | $ 150.00 |
| Call with OSM 6/21 | 1 | $ 150.00 |
| **Total professional services @ $150 per hour** | **18.75** | **$ 2,812.50** |

 hereby certify that the amount billed in this invoice is true and correct in my capacity as the court-appointed auditor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

_____           *Alejandro del Carmen*
Christopher Graham                                              Alejandro del Carmen
06/21//2023                                                              6/21/23