GALOEFFERT, LLC
4805 East Lake Road
Sheffield Lake, Ohio 44054

May 22, 2023, through June 21, 2023

INVOICE # 2023-06                                **TOTAL DUE $12,300.00**
ASSISTANT SPECIAL MASTER
June 2023 INVOICE

Tasks Completed

| Hours | Description | Total |
|---|---|---|
| 39 | Drafted/reviewed/researched/translated as necessary/discussed/reworked documents related to the Court, Parties, Auditor, and Monitor's Office exchanges regarding recurring issues and OSM projects such as MLARS compliance, Integrity audits, Expenditure review, training plan, CMR-8, FURA, and PRPB draft Reform Plan. | $5,850.00 |
| 22 | Drafted, reviewed, and responded to texts, emails, and all other documents/communications/telephone calls with respective parties, the OSM, Auditor, and Court. | $3,300.00 |
| 21 | Zoom meetings and/or conference calls. | $3,150.00 |

Total Wages Due = $12,300.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

_____        _____        06/21/2023
Gary A. Loeffert                S/Alejandro del Carmen