**TDPetrowski, LLC**
**4010 Deep Valley Drive**
**Dallas, Texas 75244**

May 22, 2023 – June 21, 2023
INVOICE # ASM.TDP.2023-6                              **TOTAL DUE:  $6,150**
ASSISTANT SPECIAL MASTER
JUNE INVOICE

**Tasks Completed**

| Hours | Description | Total |
|---|---|---|
| 16 | Draft/reviewed/researched/translated as necessary/discussed/reworked documents related to PRPD and DOJ and Monitor Office exchanges regarding recurring issues and OSM projects, to include orders and ad hoc taskings of the Court. | $2,400 |
| 12 | Drafted, reviewed, translated, and responded to texts, emails, and all other documents/communications with respective parties, the Special Master, Assistant Special Master, and the Court. | $1,800 |
| 13 | Zoom meetings and/or conference calls with the Court, Office of Special Master, and the Parties. | $1,950 |

**Total Wages Due = $6,150**

**I hereby certify that the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under regular employment or a contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.**

*Thomas D. Petrowski*                                              6/21/2023
**Thomas D. Petrowski**

s/ *Alejandro del Carmen*                                          6/21/2023
**Alejandro del Carmen**