**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA,

    **Plaintiff**,

        **v.**                  **Civil No.** 12-2039 (FAB)

COMMONWEALTH OF PUERTO RICO, *et al.*,

    **Defendants.**

**ORDER**

The invoices submitted by Christopher Graham d/b/a Diligens, LLC, Del Carmen Consulting, LLC, G&M Balli Services, LLC, Galoeffert, LLC, and TDPetrowski, LLC (Docket Nos. 2441, 2442, 2443, 2444, and 2445) are **NOTED and APPROVED for payment.**

**IT IS SO ORDERED.**

San Juan, Puerto Rico, June 30, 2023.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE