OFFICE OF THE FPMPR LLC.
B-5 Calle Tabonuco Suite 216 PMB 292
Guaynabo, Puerto Rico 00968

July 5, 2023

Professional services rendered by the members of the Office of the FPMPR LLC. For June 2023:

| NAME | AMOUNT | MONTH |
|---|---|---|
| 1.  John Romero | $17,916.66 | June 2023 |
| 2.  Spece | $ 2,588.94 | June 2023 |
| 3.  The & Group LLC (Javier González) | $10,568.01 | June 2023 |
| 4.  Altai Atlantic Consulting LLC (Dr. David Levy) | $ 9,900.00 | June 2023 |
| 5.  Denise Rodriguez | $15,833.33 | June 2023 |
| 6.  Viota & Associates CPA LLC | $ 1,468.75 | June 2023 |
| 7.  Donald S. Gosselin | $ 9,900.00 | June 2023 |
| 8.  Al Youngs | $ 9,900.00 | June 2023 |
| 9.  Rafael E. Ruiz | $ 7,631.25 | June 2023 |
| 10. Scott Cragg | $12,086.25 | June 2023 |
| 11. AB - AG Law LLC | $21,060.00 | June 2023 |
| 12. Rita J. Watkins | $ 9,120.00 | June 2023 |
| 13. M Serrano LLC | $ 6,560.00 | June 2023 |
| 14. Luis Hidalgo | $11,500.00 | June 2023 |
| 15. Korber Group | $ 1,318.70 | June 2023 |
| 16. Samantha Rhinerson | $ 2,250.00 | June 2023 |
| 17. Claudia Cámara | $ 2,800.00 | June 2023 |
| 18. Manuel Arroyo | $ 1,230.00 | June 2023 |
| 19. Hipolito Castro Jr | $ 8,700.00 | June 2023 |
| 20. Stephanie Leon | $ 4,500.00 | June 2023 |
| 21. Extasis Inc. | $    350.00 | June 2023 |
| **TOTAL:** | **$167,181.89** | June 2023 |
|  |  |  |