John J. Romero
2301 Pacific Ave
Costa Mesa, CA 92627

INVOICE # 108                          **TOTAL DUE $ 17,916.66**
FEDERAL MONITOR
JUNE 2023 INVOICE

Office of the FPMPR
VIG Tower, PH-924
1225 Avenue Juan Ponce de Leon
San Juan, PR 00907

## Duties and Responsibilities as Monitor

Generated, reviewed, and responded to emails/texts from the Parties, Monitor Team, Court, and Special Master
Conference calls with General Counsel
Reviewed court orders relating to the Consent Decree
Via zoom conducted meetings with Special Master and USDOJ and PRPB
Monitor administrative duties - reviewing Team invoices, coordinating SME work assignments, and conferring with Monitor's Office Administrative Director
Reviewed Briefing Reports from PRPB
Conferred with Deputy Chief Monitor on issues relating to Monitor Office Operations
Conducted Zoom meetings with the Monitor Team
Reviewed USDOJ and PRPB's comments on CMR-8 draft
Prepared final UOF section for CMR-8

## Site Visit to Puerto Rico June 26-30, 2023

Prepared for and participated in 253 meeting.
Meeting with the Reform Unit, USDOJ and OSM
Meeting re: Domestic Violence Module Interface System Demonstration.
Meeting with US Attorney's Office
Community Meeting
Meeting with Dominican Republic General Council Office
Prep Meeting with Parties re Status Conference
Meeting with the Honorable Judge Besosa
Attended Status Conference

**Flat Rate Total Wages Due**                          **$ 17,916.66**

**TOTAL DUE**                                          **$ 17,916.66**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*[Signature: John J. Romero]*

Date June 30, 2023