Spece
1225 Juan Ponce de Leon
San Juan, PR  00907
787-417-7300
info@spece.com
www.spece.com

Invoice  INV - 18902



| BILL TO | DATE | PLEASE PAY | DUE DATE |
|---|---|---|---|
| Office of the FPMPR LLC | 08/01/2023 | **$2,579.20** | 08/01/2023 |

| MEMBERSHIP | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Membership:Private Office**<br>Private Office Suite - Office 15, $2,300.00, Aug 1, 2023 - Aug 31, 2023 | 1 | 2,300.00 | 2,300.00T |
| **Other Fees:One-off Fees**<br>Telephone Service, $60.00, Aug 1, 2023 - Aug 31, 2023 | 1 | 60.00 | 60.00T |
| **Other Fees:One-off Fees**<br>Garage Parking, $120.00, Aug 1, 2023 - Aug 31, 2023 | 1 | 120.00 | 120.00T |

|  | SUBTOTAL | 2,480.00 |
|---|---|---|
|  | TAX (4%) | 99.20 |
|  | TOTAL | 2,579.20 |

TOTAL DUE    $2,579.20

THANK YOU.

ELEVATE YOUR BUSINESS

**Spece**
1225 Juan Ponce de Leon
San Juan, PR  00907
787-417-7300
info@spece.com
www.spece.com

**Invoice  INV - 18578**



| BILL TO | | | |
|---|---|---|---|
| Office of the FPMPR LLC | DATE<br>05/31/2023 | PLEASE PAY<br>$9.74 | DUE DATE<br>05/31/2023 |

| MEMBERSHIP | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Other Fees:One-off Fees**<br>Visitor Parking- May 2023 | 1 | 9.37 | 9.37T |
| | | SUBTOTAL | 9.37 |
| | | TAX (4%) | 0.37 |
| | | TOTAL | 9.74 |
| | | **TOTAL DUE** | **$9.74** |

THANK YOU.

ELEVATE YOUR BUSINESS