# THE & GROUP LLC.

Las Ramblas
71 Calle Montjuic
Guaynabo , PR 00969

## INVOICE

INVOICE NUMBER: 111
INVOICE DATE: JUNE 30, 2023

Federal Police Monitor

San Juan, PR

Invoice for Javier B Gonzalez Professional Services as Administrative Director

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| JUN-01-23 | Administrative Director | Weekly Executive Team Meeting, Communications with Team Members, Community Meeting Coordination. | 2.00 | $125.00 | $250.00 |
| JUN-02-23 | Administrative Director | Work with May Travel Expenses Team Invoices | 2.50 | $125.00 | $312.50 |
| JUN-05-23 | Administrative Director | Work with May Professional Services Invoices. | 5.00 | $125.00 | $625.00 |
| JUN-06-23 | Administrative Director | Work with May Team Professional Services Invoices, Communications with the Monitor. | 2.50 | $125.00 | $312.50 |
| JUN-07-23 | Administrative Director | Review of Community Engagement Presentation, Communications with the Monitor and Team Members. | 3.00 | $125.00 | $375.00 |
| JUN-08-23 | Administrative Director | Weekly Team Executive Meeting, Review of May Travel Expenses Invoices. | 3.50 | $125.00 | $437.50 |
| JUN-09-23 | Administrative Director | Final Review of Team Travel and Professional Expenses Invoices, Survey Follow Up. Communications with Team Members. | 4.00 | $125.00 | $500.00 |
| JUN-12-23 | Administrative Director | Communications with the Monitor, Team Invoices follow up, | 1.50 | $125.00 | $187.50 |
| JUN-13-23 | Administrative Director | Coordination of Team Visit, Communications with the Monitor. | 1.00 | $125.00 | $125.00 |
| JUN-14-23 | Administrative Director | Communications with the Monitor | 0.50 | $125.00 | $62.50 |
| JUN-15-23 | Administrative Director | Weekly Team Meeting, Work with Community Meeting Presentation, Communications with Team Members, Communication with Ponce Municipal Police Commissioner. | 5.00 | $125.00 | $625.00 |
| JUN-16-23 | Administrative Director | Communications with the Monitor, Work with Team Presentation, Review of communications sent by Team Members. Coordination of Team Community Meeting | 3.00 | $125.00 | $375.00 |
| JUN-19-23 | Administrative Director | Team Weekly Meeting, Community Meeting coordination and conference call with Team Members, Review of communications sent by Team Members. | 3.50 | $125.00 | $437.50 |

INVOICE NUMBER: 111

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| JUN-20-23 | Administrative Director | Coordination of Team Visit, Community Meeting Follow Up, | 2.00 | $125.00 | $250.00 |
| JUN-21-23 | Administrative Director | Coordination of Community Meeting, Communications with community leaders, Review of Presentation, Coordination of Team Visit. | 3.00 | $125.00 | $375.00 |
| JUN-22-23 | Administrative Director | Weekly Executive Team Meeting, Communications with the Monitor and Team Members, Coordination of Team Visit and Community Meeting. Communications with community Leaders. | 3.00 | $125.00 | $375.00 |
| JUN-23-23 | Administrative Director | Pick up the Team May Chks at Court and deposit them, Communications with the Monitor, Coordination of Team Visit. | 3.00 | $125.00 | $375.00 |
| JUN-26-23 | Administrative Director | Team Visit Coordination, Meetings at PRPB, Meetings with the Monitor and Team Members. Communications with PRPB related to Community Meeting. | 8.00 | $125.00 | $1,000.00 |
| JUN-27-23 | Administrative Director | Coordination of Team Visit, Community Meeting Coordination. | 10.00 | $125.00 | $1,250.00 |
| JUN-28-23 | Administrative Director | Meetings with Team Member and USDOJ at Academy, Meetings at Office. Coordination of Team Visit. | 10.00 | $125.00 | $1,250.00 |
| JUN-29-23 | Administrative Director | Status Conference, Coordination of Team Visit | 6.00 | $125.00 | $750.00 |
| JUN-30-23 | Administrative Director | Communications with the Monitor, Review of communications sent by Team Members. | 0.50 | $125.00 | $62.50 |
| JUN-30-23 | Administrative Director | I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0.00 | $125.00 | $0.00 |
| JUN-30-23 | Administrative Director | Office of the TCA Adobe Account | | | $47.98 |
| JUN-30-23 | Administrative Director | Food for the TCA Community Meeting at Popular Center. | | | $207.53 |
| | | Total amount of this invoice | | | $10,568.01 |

MESSAGE

Javier B Gonzalez June 30, 2023

# Transaction Details
Card Ending - 11003

Merchandise & Supplies - Mail Order

## ADOBE WEBSALES 800-833-6687

# $47.98

Jun 16, 2023

On your statement as ADOBE ACROPRO SUBS ASAN JOSE CA

**$0.48 Reward Dollars**



## Transaction Details





ADOBE WEBSALES 800-833-6687

801 N 34TH ST
SEATTLE
WA
98103
UNITED STATES

```
              Subway#20631-0 Phone 787-945-5811
              1525 Ave. Ponce de Leon VIG Tower GF-2A
                      San Juan, PR, 00907-3907
              Served by: 12  6/27/2023  4:29:49 pm
                     Term ID-Trans# 4/A-315184


Qty Size Item                                    Price

  1       Custm Snd Platter                      35.00
            -Ham PltPrt                          34.99
            -B.M.T. PltPrt                       34.99
            -Turkey PltPrt                       34.99
            -Veggie Delite PltPrt                34.99
  1       36 Cookie Platter                      18.99

Sub Total                                       193.95
PR TAX Group (6%)                                11.64
PR Municipal TAX (1%)                             1.94
Total (Eat In)                                  207.53
ATH o Credito                                   207.53
Change                                            0.00

Host Order ID: SPM20230627042948

¿Tienes hambre de más? Déjanos saber tu
opinión en www.global.subway.com
y obtén una galleta GRATIS
con tu próxima compra.


CONTROL: NO RESPONSE
ST
Processed by Softek
```