

# Invoice

**Altai Atlantic Consulting LLC**
828 Snowden Hallowell Way, Alexandria VA 22314

**Date:** 07/01/23
**Invoice #:** 01-042

**To:** Office of the Federal Police Monitor of Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
Tel. 787-417-9098

| Fee Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|
| **Total Fees Payable For Services Rendered by Dr. David Levy** | 60.0 | 165 | **$9,900.00** |

## Work Performed in the Continental United States

| Date | Activity Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 6/2/23 | Review and Communication re: PRPB CMR-8 comments | 1.0 | 165 | $165.00 |
| 6/3/23 | Call with Monitor Youngs re: CMR-8 comments and revisions | 1.5 | 165 | $247.50 |
| 6/6/23 | Communication re: data validation process | 2.0 | 165 | $330.00 |
| 6/7/23 | Collaborative Review: CMR-8 comments from Parties | 1.5 | 165 | $247.50 |
| 6/8/23 | Revisions to CMR-8 Recruitment | 3.5 | 165 | $577.50 |
| 6/10/23 | Supplemental CMR-8 data request | 1.5 | 165 | $247.50 |
| 6/11/23 | Misc. communication re: data request items | 1.0 | 165 | $165.00 |
| 6/12/23 | Data production call with PRPB and montly calls with Monitors | 2.0 | 165 | $330.00 |
| 6/13/23 | Follow-up from data production call with Monitor Watkins re: SA/DV data | 1.0 | 165 | $165.00 |
| 6/15/23 | Call with Monitor Youngs re: recruitment recommendations | 0.5 | 165 | $82.50 |
| 6/18/23 | CMR-9 Data request validation in Box.com | 3.0 | 165 | $495.00 |
| 6/19/23 | Biweekly team meeting. | 0.5 | 165 | $82.50 |
| 6/19/23 | Archiving CMR-8 data | 1.5 | 165 | $247.50 |
| 6/19/23 | Implementing edits to data source 57 method after CMR-8 | 1.0 | 165 | $165.00 |
| 6/21/23 | Monthly call with Monitor Watkins | 1.0 | 165 | $165.00 |
| 6/22/23 | Updating Spanish translations of items in master data request | 1.0 | 165 | $165.00 |
| 6/25/23 | Dynamic date formulas for monitor worksheets | 6.0 | 165 | $990.00 |
| 6/26/23 | Biweekly meeting - FPM & PRPB : Document Production | 1.0 | 165 | $165.00 |
| 6/26/23 | Dynamic date formulas for monitor worksheets | 2.0 | 165 | $330.00 |
| 6/26/23 | GTE and Domestic Violence Module Interface System Demonstration | 2.0 | 165 | $330.00 |
| 6/26/23 | Meeting with Paragraph 13 Implementation Plan Leads | 2.0 | 165 | $330.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 6/26/23 | Consultation re: data validation | 1.0 | 165 | $165.00 |
| 6/27/23 | Mayaguez site visit | 8.0 | 165 | $1,320.00 |
| 6/28/23 | Miscellaneous support for the monitoring team | 9.0 | 165 | $1,485.00 |
| 6/29/23 | Status Conference | 5.0 | 165 | $825.00 |
| 6/30/23 | Misc. end of month admin | 0.5 | 165 | $82.50 |
| Total | | 60.0 | | $9,900.00 |

**Total Fee Payable** $9,900.00

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

**Dr. David Levy**

07/01/23
**Date**