# INVOICE

| | | |
|---|---|---|
| **DATE**<br>7/1/2023 | **INVOICE NO**<br>#033 | **Denise Rodriguez**<br>3003 San Sebastian St.<br>Mission, TX 78572<br>drodriguez_PRI@outlook.com |

**INVOICE TO**
Puerto Rico Chief Federal Monitor

**INVOICE PERIOD**
June 30, 2023

## DUTIES AND RESPONSIBILITIES                                  TOTAL DUE $15,833.33

- Conducted monthly one-on-one meetings with subject matter experts
- Coordinated and conducted weekly Monitoring Executive Team meetings
- Coordinated and conducted biweekly meetings with the Parties
- Conducted biweekly meetings with Research Analyst
- Reviewed and approved the review of several policies submitted to the Monitor's Office by PRPB as per Paragraph 229 of the Agreement
- Worked with the Administrative Director and the Research Analyst/Administrative Assistant to finalize the schedule for the June site visit
- Participated in various meetings with the Parties to discuss the PRPB IT Corrective Action Plan
- Conducted a final review and edit of all sections of CMR-8
- Edited the Executive Summary and Introduction of CMR-8 draft in response to the comments from the Parties
- Worked with Administrative Director and Associate Monitor to plan for upcoming community meeting
- Participated in various meetings with the Parties to discuss PRPB's work with AHDatalytics
- Coordinated and oversaw the submission and receipt of various data requests for CMR- 9
- Participated in the June 253 Meeting with the Parties
- Reviewed updated proposal from IPSOS on the focus groups for 2023
- Finalized drafts of CMR-8 and worked with General Counsel and Chief Monitor to submit the report to the court
- Conducted a collaborative review of CMR-8 with Parties
- Reviewed comments received from the Commonwealth on the CMR-8 draft
- Participated in site visit on June 26-30th to include the Status Conference and a field visit to Mayaguez.
- Worked with team members to develop timeline illustrations of the PR implementation plans
- Participated in meetings with PRPB personnel regarding use of force and policies and procedures

Flat Rate Total Wages*                                                $15,833.33
- *Travel was submitted under invoice no. 033.1*
**Total Due**                                                         $ 15,833.33

*The total amount is a flat rate. The total monthly is $15,833.33 for an annualized amount of $190,000.00

_Denise Rodriguez_                                                    June 30, 2023
**Denise Rodriguez, Chief Deputy Monitor**                            Date

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.