# VIOTA & ASSOCIATES CPA LLC

B5 CALLE TABONUCO, SUITE 216
PMB 292
GUAYNABO, PR 00968-3029

## Invoice

INVOICE NUMBER: 20201441
DATE: JUNE 30, 2023

PUERTO RICO POLICE REFORM

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: CONSULTING FEES | | | |
| JUN-13-23 | CONSULTING FEES | Amended of 480 of Denise Rodriguez and Donald Gosselin 2020, 2021, 2022 | 0.75 | $125.00 | $93.75 |
| JUN-20-23 | CONSULTING FEES | Download invoices to Dropbox, Review May invoices | 2.50 | $125.00 | $312.50 |
| JUN-22-23 | CONSULTING FEES | Review 5/31 invoices, calculated withholdings, 5/31 invoices in Excel and Sage, Enter May payments to Sage. Reconciliation 5/31, Posted PS In PR Pay | 5.00 | $125.00 | $625.00 |
| JUN-26-23 | CONSULTING FEES | ACH Vendor payments for May Services and travel expenses (1 of 2) | 1.00 | $125.00 | $125.00 |
| JUN-27-23 | CONSULTING FEES | 2nd - ACH Vendor payments for May invoices and travel expenses | 1.00 | $125.00 | $125.00 |
| | | Professional Services withholding deposit | | | |
| JUN-28-23 | CONSULTING FEES | Enter June payments to Sage, and Posted in PR Pay | 1.50 | $125.00 | $187.50 |
| | | TOTAL: CONSULTING FEES | | | $1,468.75 |
| | | Total hours for this invoice | 11.75 | | |
| | | Total before tax | | | $1,468.75 |
| | | PR SALES TAX (IVU) | | | $0.00 |
| | | Total amount of this invoice | | | $1,468.75 |