| **Name:** | Donald S. Gosselin, d/b/a Gosselin Int'l Associates, division of MBG North Corp | | | #1176 |
|---|---|---|---|---|
| **Invoice Date** | 6/30/23 | | | |
| **Invoice Peri** | 1 JUN 2023 - 30 JUN 2023 | | | |
| **Date** | **Task(s)** | **Rate** | **Total Hou** | **Total Amount** |
| 06/01/23 | Proofread CMR8 Recommend changes | $ 165.00 | 2 | $ 330.00 |
| 06/05/23 | Analyze Draft GO 400 s.412, recommend changes | $ 165.00 | 3.75 | $ 618.75 |
| 06/08/23 | Analyze PRPB Garrity Form - Recommend Changes | $ 165.00 | 2.5 | $ 412.50 |
| 06/10/23 | Analyze Garrity Policy for FIU - Recommend Changes | $ 165.00 | 4 | $ 660.00 |
| 06/11/23 | Comms with team members | $ 165.00 | 1 | $ 165.00 |
| 06/12/23 | Read and Evaluate draft 400 s 410, prepare memo | $ 165.00 | 4.25 | $ 701.25 |
| 06/19/23 | Evaluate Draft Site Agenda - Propose Changes - Comms | $ 165.00 | 2.5 | $ 412.50 |
| 06/21/23 | Site Agenda Refinements - Comms | $ 165.00 | 2 | $ 330.00 |
| 06/22/23 | Review and Approve OG 410 | $ 165.00 | 2 | $ 330.00 |
| 06/26/23 | Field Work SJU | $ 165.00 | 8 | $ 1,320.00 |
| 06/27/23 | Field Work SJU | $ 165.00 | 8 | $ 1,320.00 |
| 06/28/23 | Field Work SJU | $ 165.00 | 8 | $ 1,320.00 |
| 06/29/23 | Field Work SJU | $ 165.00 | 8 | $ 1,320.00 |
| 06/30/23 | Review GO 412 - Comms | $ 165.00 | 4 | $ 660.00 |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |

| | | | |
|---|---|---|---|
| | $ 165.00 | | $ - |
| **TOTAL Labo** | | **60.00** | **$ 9,900.00** |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the

**Signature:** DS Gosselin <signature>

**Date:** 6/30/23

**Commo and Coordination** consists of all writings and digital comms to/from Monitors, PRPB, USDOJ; Review compliance targets, document and data requests, logistics; scheduling, on-site planning & coordination, database development

**Data/Policy Analysis, Writing** Data concerns CMR-8, Draft/review data requests, review special case, reporting on interviews, due process for promo candidates.

**Field Work:** Research conducted in situ (SJU)

**Review Investigations:** Page by page analysis of SARP Investigations conducted (Phase I and Adjudicated Phase II)