Al Youngs
5552 West Lakeridge Rd
Lakewood, CO 80227

June 1 - June 30, 2023
Invoice No. 48
Member of Federal Monitor Team

| Date | Brief Description | Total Hours |
|---|---|---|
|  | Reviewed and responded to emails and conference calls for the month of June. |  |
| 6/2<br>6/5<br>6/6<br>6/8<br>6/9<br>6/10<br>6/11<br>6/13<br>6/14<br>6/20<br>6/22<br>6/23 | From Members of the Monitor Team. | 6.0 Hours |
|  |  |  |
| 6/2<br>6/6<br>6/7<br>6/8<br>6/9<br>6/12<br>6/13<br>6/14<br>6/15<br>6/16<br>6/17<br>6/19<br>6/20<br>6/22 | Several meetings and phone calls with Monitor and Deputy Monitor. | 3.0 Hours |
|  |  |  |
|  | During site visit to Puerto Rico |  |
| 6/26 | Meeting with Reform Unit: Reviewed site visit agenda and Biweekly Document Production Meeting |  |

| Date | Description | Hours |
|---|---|---|
| 6/26 | GTE and Domestic Violence Module Interface System Demonstration | |
| 6/26 | Meeting with Eily J. Molina Batista and Paragraph 13 Implementation Plan Leads, including Agent Brian Deese Cortes.  Discussed Paragraph 13/Staffing Plan and Implementation Plan udates and progress | |
| 6/27 | Field visit to Mayaguez. Reviewed Supervisory ratios, shift logbooks. Discussed field administrative investigations and supervision with Supervisors | |
| 6/28 | Meeting with SAOC Lt. Col. Caseres. Discussed patrol supervision strategies and plans | |
| 6/28 | Supervision and Management Interviews. Interviewed a random sample of commanders, supervisors, and officers to determine whether there is close and effective supervision.  Interviewees were also asked questions about their use of EIS and other supervisorty tools, supervisorty ratios, performance evalusions, and training received. | |
| 6/29 | Status Conference | |
| | | 29.0 Hours |
| | | |
| 6/9 | Reviewed Supervisor status report | 2.0 Hours |
| 6/11 | Reviewed CMR 8 and 9 data report | 1.0 Hours |
| 6/14 | Reviewed public reports | 2.0 Hours |
| 6/16 | Reviewed Recruitment and forwarded comments. | 3.0 Hours |
| 6/19 | Re-reviewed CMR-8 Supervision and Administration | 2.0 Hours |
| 6/20 | Re-Reviewed CMR-8 Recruitment, Hiring and Selection | 2.0 Hours |
| 6/21 | Reviewed CMR-7 Professionalization | 2.0 Hours |
| 6/22 | Reviewed protocol memorandum reference Command level promotions | 2.0 Hours |
| 6/23 | Reviewed ACT 65 and forwarded comments | 2.0 Hours |
| 6/24 | Additional review of personnel evaluations completed by Supervisors of their subordinates, reviewed pro media materials and 06 310. | 2.0 Hours |
| 6/24 | Reviewed list of promotions, Inspectors to Lt. Colonels and Lt. Colonels to Colonels | 2.0 Hours |

**TOTAL HOURS:**             **60.0**

Billable Hours: 60 Hours at a Rate of $165.00 Per Hour =     $9,900.00

|  |  |
|---|---|
| **TOTAL:** | **$9,900.00** |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_____
**Signature**

_6/30/23_
**Date**