# Rafael Ruiz Consulting

12 Crestshire Dr.
Lawrence, MA 01843

PHONE: 6177599156    stodgo1971@yahoo.com    12 Crestshire Dr.

## INVOICE

INVOICE NUMBER: 2023-06
INVOICE DATE: 6/30/2023

Federal Police Monitor for PR
VIG Tower, PH-924
1225 Ponce De Leon Ave.
San Juan, PR 00907

RAFAEL E. RUIZ CONSULTING

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: FPM work from Home | | | |
| 6/3/2023 | FPM work from Home | Review varies comments and edit CMR-08 | 3.00 | $165.00 | $495.00 |
| 6/5/2023 | FPM work from Home | Review varies comments and edit CMR-08 | 2.50 | $165.00 | $412.50 |
| 6/6/2023 | FPM work from Home | Review varies comments and edit CMR-08 | 3.00 | $165.00 | $495.00 |
| 6/7/2023 | FPM work from Home | Review GO 412 and PPR 412.1 | 2.50 | $165.00 | $412.50 |
| 6/8/2023 | FPM work from Home | Review PPR-621.6 | 2.00 | $165.00 | $330.00 |
| 6/12/2023 | FPM work from Home | Meeting w/Dep Monitor | 0.50 | $165.00 | $82.50 |
| 6/20/2023 | FPM work from Home | Meeting w/ PRPB Director of Policies and Procedures | 0.75 | $165.00 | $123.75 |
| | | TOTAL: FPM work from Home | | | $2,351.25 |
| | | PROJECT: FPM work from PR (Site Visits) | | | |
| 6/26/2023 | FPM work from PR (Site Visits) | Site visit to PR- Interviews and inspections | 8.00 | $165.00 | $1,320.00 |
| 6/27/2023 | FPM work from PR (Site Visits) | Site visit to PR- Interviews and inspections | 8.00 | $165.00 | $1,320.00 |
| 6/28/2023 | FPM work from PR (Site Visits) | Site visit to PR- Interviews and inspections | 8.00 | $165.00 | $1,320.00 |
| 6/29/2023 | FPM work from PR (Site Visits) | Site visit to PR- Federal Court Hearing | 5.00 | $165.00 | $825.00 |
| 6/30/2023 | FPM work from PR (Site Visits) | Emails, texts, phone calls among Team FPM members, PRPB | 3.00 | $165.00 | $495.00 |
| | | TOTAL: FPM work from PR (Site Visits) | | | $5,280.00 |
| | | Total hours for this invoice | 46.25 | | |

| INVOICE BALANCE INFORMATION | |
|---|---|
| Total amount of this invoice | $7,631.25 |

INVOICE NUMBER: 2023-06

| INVOICE BALANCE INFORMATION (Cont'd.) | |
|---|---|
| Current invoice balance | $7,631.25 |

| |
|---|
| AMOUNT DUE ON THIS INVOICE: $7,631.25 |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of the hours worked in my capacity as a member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.
Rafael E. Ruiz Date: June 30, 2023

Rafael E. Ruiz                                                                                     Date: June 30, 2023