| Name: | Scott Cragg |
|---|---|
| Invoice Date: | 6/30/23 |
| Invoice Period: | June 1 - June 30, 2023 |

| Date | Task(s) | Rate | Total Hours | Total Amount |
|---|---|---|---|---|
| 6/1/23 | On-site planning, scheduling, email, with AHD for periodic review mtgs, with Monitors office for site visits, prepare invoice, review monitors office | $ 165.00 | 1.25 | $ 206.25 |
| 6/2/23 | PMO Scope review with the Parties, Monitor and Gartner | $ 165.00 | 0.5 | $ 82.50 |
| 6/5/23 | Trip Planning/logistics/admin and reservation for June on-site visit | $ 165.00 | 0.5 | $ 82.50 |
| 6/6/23 | Read and review current versions of Gartner draft proposal for PMO and | $ 165.00 | 1.75 | $ 288.75 |
| 6/7/23 | Continue review of Gartner draft proposal for PMO and RMS Solution | $ 165.00 | 1.75 | $ 288.75 |
| 6/8/23 | Review final CMR-8 edits, drafts and extract from Monitors Offc re; IT relevant components from non-IT sections | $ 165.00 | 6.75 | $ 1,113.75 |
| 6/9/23 | PMO/RMS Contract review with Gartner and the Parties, prep and review | $ 165.00 | 2.5 | $ 412.50 |
| 6/10/23 | Review GC 412 and PPR 412.1.  Provide response to Monitor | $ 165.00 | 1.25 | $ 206.25 |
| 6/12/23 | Periodic status review with Deputy Monitor, status of Box - artifacts, CMR-8 finalization. Review team emails and responses to on-site planning and | $ 165.00 | 1.75 | $ 288.75 |
| 6/14/23 | Review (videoconf) Commonwealth Draft SOW for Gartner support (3 versions) with Angel Diaz, prepare and consolidate versions, continue with | $ 165.00 | 7.25 | $ 1,196.25 |
| 6/15/23 | Commonwealth plan for Advancing the Reform, review of Gartner recommendations to Commonwealth Draft SOW for Gartner.  Review of Gartner proposed SOW for Support to be provided to the commonwealth for development of the PMO and acquiition of a new RMS. | $ 165.00 | 3.5 | $ 577.50 |
| 6/16/23 | Draft and provide next iteration of comments to PRPB regarding Gartner | $ 165.00 | 1.25 | $ 206.25 |
| 6/17/23 | Translate PRPB 17th Semi-Annual Report, Read and Review Status for | $ 165.00 | 3.75 | $ 618.75 |
| 6/19/23 | Review Diaz email on Gartner, Kashare Email on Gartner, Monitor email on Schedule, Telcon with John Romero regarding Gartner Contract, DoJ SME input, review coordinating emails with Gartner and FPMPR Attorney. | $ 165.00 | 3.25 | $ 536.25 |
| 6/23/23 | Communcate with Cyber SME's on options for Cyber assessment | $ 165.00 | 0.25 | $ 41.25 |
| 6/24/23 | Review and clear outstanding email commiunications from Deputy Monitor, coordinator prior to arrival in-site in PR. Prep for on-ste mtgs | $ 165.00 | 0.75 | $ 123.75 |
| 6/26/23 | On Site Puerto Rico | $ 165.00 | 8 | $ 1,320.00 |
| 6/27/23 | On Site Puerto Rico | $ 165.00 | 8 | $ 1,320.00 |
| 6/28/23 | On Site Puerto Rico | $ 165.00 | 8 | $ 1,320.00 |

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 6/29/23 | On Site Puerto Rico Consolidate trip record and notes, Pull receipts and prepare final invoices | $ 165.00 | 8 | $ 1,320.00 |
| 6/30/23 | for expenses and labor, contest Hotel, contact Hotel | $ 165.00 | 3.25 | $ 536.25 |
| | | | | $ - |
| **TOTAL Labor** | | | 73.25 | $ 12,086.25 |
| **TOTAL Travel** | *(see reimbursement form)* | | | $ - |
| **TOTAL** | | | 73.25 | $ 12,086.25 |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

**Signature:** [signature]

**Date:** 7/1/23