# INVOICE

**DATE:**
July 1, 2023

**INVOICE #**
07-1

**CUSTOMER ID:**
United States of America v. Commonwealth of PR
Civil No. 12-2039 (FAB)

**TO:**   FPMPR LLC
VIG Tower PH 924
1225 Ponce de Leon
San Juan, PR 00907

| SERVICE PROVIDER | JOB | FEES | INVOICE PERIOD |
|---|---|---|---|
| AB-AG LAW LLC | LEGAL SERVICES | $225 p/h | June 2023 |

| DATE | DESCRIPTION | DAILY TIME | DAILY FEES |
|---|---|---|---|
| 6/1 | Review and respond to email from D. Levy. Translate data request. Review and analyze order at docket 2422 and email monitors regarding the same. Review and analyze order on protocol and email the same to monitors. Attend executive team meeting. Review email from Gartner. Telephone call to J. Gonzalez. Review email from J. Gonzalez to Gartner. Telephone calls and electronic communications from J. Romero and D. Rodriguez. Review emails from S. Rhinerson with USDOJ comments and review cross-check reference to the report. Conference with paralegal regarding new assignments and counsel for PRPB. Further calls from J. Romero. Electronic communication to counsel for PRPB. | 3.6 | 810 |
| 6/2 | Review emails from various monitors. Review email from D. Rodriguez. Review email from counsel with PRPB with comments to CMR-8.    Exchange of emails and various calls from J. Romero. Review and analyze of draft policies submitted by PRPB. Further calls from J. Romero. Appear and attend videocall with Gartner and parties. Review email from J. Kashare with Gartner scope summary. Review summary. | 4.4 | 990 |
| 6/5 | Review emails from S. Rhinerson and D. Rodriguez. Review electronic communication from L. Hidalgo with enclosure. Review enclosure. Telephone call from J. Romero. Review, analyze, and compare comments from the parties to CMR-8. Revisions to multiple policies and draft forms submitted by FURA. Further telephone call from J. Romero. Emails to J. Romero and team with revisions made. | 6.5 | 1462.50 |
| 6/6 | Electronic communications and telephone calls from J. Romero. Review email from R. Ruiz with changes to his CMR-8. Review changes made. Review emails from J. Gonzalez with invoices. Review invoices. Review emails from D. Rodriguez and S. Rhinerson. Review emails from L. Hidalgo with comments and changes to FURA policies and forms. Revise the same. Review emails from J. Romero with comments and changes to FURA policies and forms. Review and analyze the same. | 2.9 | 652.50 |

| 6/7 | Review and respond to various emails.  Review further emails from parties, monitors, and special masters.  Prepare for and attend videoconferences.  Review order approving notices of special masters. Review data requests and further amendments to draft policies. | 2.6 | 585 |
|---|---|---|---|
| 6/8 | Review emails from J. Romero, L. Saucedo, J. Gonzalez, S. Rhinerson, and D. Rodriguez.  Review community presentation.  Revise updated policies drafts with comments.  Exchange of emails with Gartner.  Appear and attend executive team meeting.  Telephone call from J. Romero.  Legal research, analysis, and study of legal inquiry from D. Gosselin. | 3.6 | 810 |
| 6/9 | Prepare legal memo to monitors with results of legal research made.  Email the same.  Review multiple emails from parties and monitors.  Telephone calls and emails with J. Gonzalez.  Attend videoconference with Gartner.  Draft and revise motion for disbursement of funds and electronically file the same.  Telephone calls from J. Gonzalez and J. Romero.  Review further emails from special master and monitors. | 4.9 | 1102.50 |
| 6/10 | Review email from J. Gonzalez with expenses of monitors.  Prepare and file motion for reimbursement of expenses.  Review email from J. Romero with draft GO 623 policy.  Revisions to policy and provide feedback to J. Romero. | 1.5 | 337.50 |
| 6/12 | Review emails from S. Rhinerson, C. Graham, A. Del Carmen, and D. Rodriguez.  Telephone calls from J. Romero. Plan and prepare and attend videocalls today.  Telephone call from J. Romero.  Review email from D. Rodriguez.  Began reviewing revised CMR-8 draft and executive summary. | 4.8 | 1080 |
| 6/13 | Continue review of revised CMR-8 draft.  Review emails exchanged between L. Saucedo and A. Del Carmen.  Telephone call from J. Romero regarding the same.  Email to team confirming final CMR-8 revision.  Exchange of emails with team regarding CMR-8.  Review minutes of last hearing's proceedings.   Review and respond to email from J. Romero.  Review email from S. Rhinerson with finalized CMR-8.  Review electronic communication from D. Rodriguez.  Draft and revise motion submitting CMR-8.  Email draft to monitor.  Review further email with revised final draft of CMR-8.  Electronic filing of motion submitting CMR-8. | 5.2 | 1170 |
| 6/14 | Review and respond to emails from D. Rodriguez.  Review emails from L. Saucedo, A. Del Carmen, J. Kashare, S. Rhinerson, and G. Balli.  Review order on motion submitting CMR-8. | 0.4 | 90 |
| 6/15 | Telephone calls from J. Romero.  Review motion to deposit funds.  Review orders related thereto.  Began working on translation of executive summary of CMR-8. | 1.6 | 360 |
| 6/16 | Review emails from team members.  Review docket entry on deposit of funds.  Telephone calls from J. Romero.  Continue working on translation. | 3.9 | 877.50 |
| 6/17 | Proofreading and editing translation.  Email the same to D. Rodriguez. | 0.6 | 135 |
| 6/19 | Plan and prepare for meetings today. Appear and attend meetings. Review informative motion filed by PRPB and email the same to monitors.  Review and respond to email from D. Rodriguez.  Work on translation revisions requested by D. Rodriguez.  Revisions to Law 65 implementation policy.  Review further emails from D. Rodriguez.  Review emails from H. Massari.  Review emails from S. Cragg, M. Goodrich, J. Kashare, and J. Romero.  Telephone call from J. Romero.  Email exchange with J. Kashare. | 4.5 | 1012.50 |
| 6/20 | Plan and prepare for meetings today.  Appear and attend meetings.  Review emails from parties, monitors and special masters. | 2.0 | 450 |

| | | | |
|---|---|---|---|
| 6/20 cont. | Telephone call from J. Gonzalez.  Email J. Gonzalez with orders and motions requested.  Review order granting motion for disbursement of funds.  Review order on PRPB's informative motion.  Emails to monitors regarding orders. | 0.4 | 90 |
| 6/21 | Review emails from D. Rodriguez, A. Del Carmen, J. Romero, and S. Rhinerson.  Telephone call with J. Romero. | 0.6 | 135 |
| 6/22 | Review emails from A. Del Carmen, counsel for PRPB, judge, and then from A. Del Carmen.  Appear and attend executive team meeting.  Exchange of emails with D. Levy and translate data requests for him.  Telephone call from J. Romero. | 1.5 | 337.50 |
| 6/23 | Review motion to restrict.  Review motion submitting translation of draft protocol.  Review orders regarding these motions. Telephone call from J. Romero.  Email translation to monitors.  Telephone call from J. Romero.  Review emails exchanged between L. Saucedo and A. Del Carmen.  Review email from G. Penagaricano. | 0.7 | 157.50 |
| 6/24 | Review and respond to emails from D. Rodriguez.  Review and analyze draft protocol and related documents for implementation of Act 65.  Began preparation for meetings and court hearing next week. | 2.8 | 630 |
| 6/26 | Review notices filed in court by special masters.  Plan and prepare for meetings today at PRPB.  Appear and attend meetings at PRPB.  Review emails from parties, monitors, and special masters.  Conference with paralegal regarding results of meetings today. Exchange of emails with S. Cragg and J. Kashare. | 3.6 | 810 |
| 6/27 | Meeting at US Attorney's Office with Federal Monitor.  Review email from J. Kashare with Gartner contract.  Review and analyze draft contract and scope of work.  Telephone call with J. Romero regarding the same.  Conferences with S. Cragg regarding the contract.  Review email from S. Cragg.  Email to counsel of record with feedback on contract. | 4.6 | 1035 |
| 6/27 cont. | Appear and attend community meeting at Popular Center. | 4.0 | 900 |
| 6/28 | Plan and prepare for 253 meeting.  Attend meeting at PRPB. | 4.2 | 945 |
| 6/28 cont. | Plan and prepare for meeting with judge. Attend meeting with team, special master, and judge.  Attend meeting at monitor's office with parties to prepare for hearing tomorrow.  Exchange of emails regarding Gartner contract and revisions of contract. Review email from D. Rodriguez and parties regarding not compliant paragraphs.  Review attachment. | 4.8 | 1080 |
| 6/29 | Preparation for and appearance at the district court hearing.  Post-hearing conference with J. Romero.  Finalize and execute Gartner contract with J. Romero and email the same to J. Kashare.  Review emails from monitors. | 6.8 | 1530 |
| 6/30 | Attend FIU review board meeting at PRPB.  Prepare memo thereof to J. Romero.  Review emails from D. Rodriguez, J. Romero, J. Gonzalez, and other monitors.  Review and respond to emails from S. Lyons from Gartner.  Emails to team regarding Gartner conference call.  Telephone call from J. Romero. | 6.6 | 1485 |
| | **TOTAL TIME** | | **93.6** |
| | **TOTAL FEES** | | **$21060** |

I HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN MY CAPACITY AS A MEMBER OF THE FEDERAL MONITORING TEAM.  I FURTHER CERTIFY THAT I HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH OF PUERTO RICO, OR ANY OF ITS DEPARTMENTS OR AGENCIES.

**MAKE ALL CHECKS PAYABLE TO AB-AG LAW LLC**
Thank you for your business!

1357 ASHFORD AVE #2 -184 | SAN JUAN, PR 00907| PHONE: (787) 948-5131| EMAIL RABESADA@FPMPR.ORG