| | | | | |
|---|---|---|---|---|
| **Name:** | Rita J. Watkins | | | |
| **Invoice Date:** | 6/30/2023 | | | |
| **Invoice Period:** | June 1-30, 2023 | | | |

| Date | Task(s) | Rate | Total Hours | Total Amount |
|---|---|---|---|---|
| 6/1/2023 | Telecons and emails from monitors and parties | $ 160.00 | 1 | $ 160.00 |
| 6/4/2023 | CMR-8 comments response writing | $ 160.00 | 4 | $ 640.00 |
| 6/5/2023 | Domestic Violence Plan meeting with parties | $ 160.00 | 2 | $ 320.00 |
| 6/7/2023 | CMR-8 comments response writing | $ 160.00 | 1 | $ 160.00 |
| 6/8/2023 | Data analysis (para 99)/writing CMR-8/telecons and emails from monitors | $ 160.00 | 2 | $ 320.00 |
| 6/9/2023 | Telecon with monitors/Academy leadership change | $ 160.00 | 1 | $ 160.00 |
| 6/12/2023 | Meeting with parties on CMR-8/data analysis on DV cases (para 99) | $ 160.00 | 4.5 | $ 720.00 |
| 6/15/2023 | Community Meeting research and presentation preperation | $ 160.00 | 2 | $ 320.00 |
| 6/17/2023 | Team Meeting and follow up meeting with monitors(community meeting prep) | $ 160.00 | 1.5 | $ 240.00 |
| 6/21/2023 | Bi-Monthly Meeting | $ 160.00 | 1 | $ 160.00 |
| 6/24/2023 | Review and comments on training plan status report and SA&DV draft plan | $ 160.00 | 2 | $ 320.00 |
| 6/26/2023 | Field Work, Puerto Rico | $ 160.00 | 8 | $ 1,280.00 |
| 6/27/2023 | Field Work, Puerto Rico | $ 160.00 | 12 | $ 1,920.00 |
| 6/28/2023 | Field Work, Puerto Rico | $ 160.00 | 8 | $ 1,280.00 |
| 6/29/2023 | Field Work, Puerto Rico | $ 160.00 | 7 | $ 1,120.00 |
| | | $ 160.00 | | $ - |
| | | $ 160.00 | | $ - |
| | | $ 160.00 | | $ - |
| | | $ 160.00 | | $ - |
| | | | | $ - |
| **TOTAL** | | | 57 | $ 9,120.00 |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

**Signature:** *Rita J. Watkins*     **Date:**  6/30/2023