# INVOICE



22 Chalets de Santa Maria
San Juan, P.R. 00927
(787) 940-3090

**BILL TO:**
**Office of the FPMPR, LLC**
VIG Tower, PH 924
1225 Ponce de Leon Avenue
San Juan, P.R. 00907

**DATE:** 6/30/2023
**INVOICE #** 202306
**FOR:** FPMPR/TCA

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Zoom calls/Team meetings: Team, Community meeting coord. | 1.00 | $160.00 | $ 160.00 |
| emails-texts/phone calls: Sam, Rita, John, Al, Donnie, Hidalgo, Javi, Carmen Catala CIC Bayamon, Fajardo Alt. CIC spokesperson (Carmencita p/c). Dra. Rodz Humacao CIC, Comm.advocate A. Fonseca/CIC Carolina-Grisel Ortiz | 4.25 | $160.00 | $ 680.00 |
| 06/01/2023:Site visit schedule review with annotations per Sam's request. Public reports dashboards review. House of Rep. Final Report on 659 Resolution: Re Investigation on Protocols to tend to complaints and cases related to gender violence w/i MPRPB for Rita. | 2.00 | $160.00 | $320.00 |
| 06/04/2023: Consolidated parties review and annotations (Virtual library check, notes reviewed on meetings with PRPB and on report draft) | 2.00 | $160.00 | $320.00 |
| 06/05/2023: OG 100-127 amended policy and PPRS 127.1 and 127.2 (2nd revision and memo with recs.) | 1.00 | $160.00 | $160.00 |
| 6/08/2023: Consolidated parties further review (205, 212, 214-216, controls 3083, 3701 compl. notes ) annotations | 1.50 | $160.00 | $ 240.00 |
| 06/20/2023: Community PP presentation CMR8 incl. comm. Results & tempering/status conference comm. Invite letter | 1.50 | $160.00 | $ 240.00 |
| 06/24/2023: Group eval sample with address & logo for approval & OG 127 (3rd review) and memo. | 0.75 | $160.00 | $120.00 |
| 06/26/2023: PRPB meeting/Demo./Press Office meeting | 5.25 | $160.00 | $840.00 |
| 06/27/2023: PRPB personnel interviews and community meeting | 8.00 | $160.00 | $1,280.00 |
| 06/28/2023: PRPB meeting: Reform Office/DOJ, MPRPB interviews | 4.75 | $160.00 | $760.00 |
| 06/29/2023: Status Conference OSJ | 6.00 | $160.00 | $960.00 |
| 06/30/2023: MPRPB Interviews | 3.00 | $160.00 | $480.00 |
| | 41.00 | | $ 6,560.00 |
| | | | $ - |
| | | TOTAL | $6,560.00 |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities, or agencies.


Merangelie Serrano-Rios