

## Samantha Rhinerson

550 Amsonia Circle
Guyton, GA 31312
srhinerson99@outlook.com | 256-431-5324

| BILL TO | INVOICE # | DATE | DUE |
|---|---|---|---|
| Puerto Rico Chief Federal Monitor | 2023-06 | 6/30/2023 | 7/31/2023 |

| Date | Description | Hours | Rate | TOTAL |
|---|---|---|---|---|
| 06/01/2023 | 1.5 hours of policy review facilitation and CMR updates | 1.50 | $100.00 | $150.00 |
| 06/02/2023 | 1.0 hour of CMR comment compilation and policy review facilitation | 1.00 | $100.00 | $100.00 |
| 06/05/2023 | 1.0 hour of policy review facilitation and meeting with Denise | 1.00 | $100.00 | $100.00 |
| 06/06/2023 | 1.5 hours of CMR review | 1.50 | $100.00 | $150.00 |
| 06/07/2023 | 1.5 hours of CMR review and policy review facilitation | 1.50 | $100.00 | $150.00 |
| 06/08/2023 | 1.0 hour of CMR review and policy review facilitation | 1.00 | $100.00 | $100.00 |
| 06/09/2023 | 1.0 hour of CMR review | 1.00 | $100.00 | $100.00 |
| 6/11/2023 | 1.0 hour of policy review facilitation | 1.00 | $100.00 | $100.00 |
| 6/12/2023 | 1.0 hour of meeting with Rafa and policy review facilitation | 1.00 | $100.00 | $100.00 |
| 6/13/2023 | 1.0 hour of CMR review | 1.00 | $100.00 | $100.00 |
| 6/15/2023 | 1.0 of meeting with Al | 1.00 | $100.00 | $100.00 |
| 6/16/2023 | 1.0 hour of travel planning | 1.00 | $100.00 | $100.00 |
| 6/19/2023 | 1.0 hour of team meeting and policy review facilitation | 1.00 | $100.00 | $100.00 |
| 6/20/2023 | 1.0 hour of travel planning | 1.00 | $100.00 | $100.00 |
| 6/21/2023 | 1.5 hours of meeting with Rita and policy review facilitation | 1.5 | $100.00 | $150.00 |
| 6/24/2023 | 1.0 hour of policy review facilitation | 1.00 | $100.00 | $100.00 |
| 6/26/2023 | 1.5 hours of travel planning | 1.5 | $100.00 | $150.00 |
| 6/27/2023 | 1.0 hour of travel planning | 1.00 | $100.00 | $100.00 |
| 6//28/2023 | 1.0 hour of data request review | 1.00 | $100.00 | $100.00 |
| 6/29/2023 | 1.0 hour of policy review facilitation | 1.00 | $100.00 | $100.00 |

**TOTAL** $2,250.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*thank you*