**Office of the FPMPR LLC**

VIG Tower, PH – 924

1225 Ave. Juan Ponce de León

San Juan, PR 00907

**Name:** Claudia Cámara-León **Supervisor:** Javier Gonzales, Esq.

## Work Timesheet (June 2023)

| Date | Task | Total Hours |
|---|---|---|
| June 1, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| June 2, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| June 5, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| June 6, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| June 7, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| June 8, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| June 9, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |

| Date | Task | Total Hours |
|---|---|---|
| June 12, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| June 13, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| June 14, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| June 15, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| June 16, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| June 20, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| June 21, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| June 22, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| June 23, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| June 26, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |

| | | |
|---|---|---|
| June 27, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| June 28, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| June 30, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |

**Total, 140 hours for $20 = $2,800**

I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

Signature,
Claudia S. Cámara León

*[signature]*

_____