# Manuel A. Arroyo Rivera

P.o Box 8925 Santurce Puerto Rico 00910    Cel 787-364-8925

Email marroyorivera20@gmail.com

Invoice  Month June  2023                                                                                             Invoice #032

Federal Police Monitor   San Juan, PR

| Date | description | Hour | Rate | Amount |
|---|---|---|---|---|
| June- 25-2023 | pick up the monitors at the airport and take them to their hotels | 12 | $20 | $240.00 |
| June-26-2023 | pick up the monitor and the team and take them to their meetings of the day | 16 | $20 | $320.00 |
| June-27-2023 | pick up the monitor and the team and take them to their meetings of the day | 10 | $20 | $200.00 |
| June-28-2023 | pick up the monitor and the team and take them to their meetings of the day | 10 | $20 | $200.00 |
| June-29-2023 | pick up the monitor and the team and take them to their meetings of the day | 10 | $20 | $200.00 |
| June-30-2023 | pick up the monitor at the hotel and take him to the airport | 1 | $20 | $20.00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| June-30-2023 | Gasoline Expense |  |  | $50.00 |
|  |  |  | Total | $1,230.00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |