Name: Hipolito Castro Jr
Invoice Date: 6/30/23
Invoice Period: 1 June 2023 - 30 June 2023

| Date | Task(s) | Rate | Total Hours | Total Amount |
|---|---|---|---|---|
| 6/3/23 | Data and Policy Analysis | $ 150.00 | 2.00 | $ 300.00 |
| 6/5/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 2.00 | $ 300.00 |
| 6/6/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 2.00 | $ 300.00 |
| 6/7/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 2 | $ 300.00 |
| 6/10/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 2 | $ 300.00 |
| 6/12/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 2.00 | $ 300.00 |
| 6/14/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 1.00 | $ 150.00 |
| 6/17/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 2.00 | $ 300.00 |
| 6/19/23 | Data and Policy Analysis | $ 150.00 | 2.00 | $ 300.00 |
| 6/20/23 | Data and Policy Analysis | $ 150.00 | 2.00 | $ 300.00 |
| 6/21/23 | Data and Policy Analysis | $ 150.00 | 2.00 | $ 300.00 |
| 6/24/23 | Data and Policy Analysis | $ 150.00 | 1.00 | $ 150.00 |
| 6/25/23 | Data and Policy Analysis | $ 150.00 | 2.00 | $ 300.00 |
| 6/26/23 | Field Work | $ 150.00 | 8.00 | $ 1,200.00 |
| 6/27/23 | Field Work | $ 150.00 | 8.00 | $ 1,200.00 |
| 6/28/23 | Field Work | $ 150.00 | 8.00 | $ 1,200.00 |
| 6/29/23 | Field Work | $ 150.00 | 8.00 | $ 1,200.00 |
| 06/1 to 6/30/2023 | Team meetings, calls and emails | $ 150.00 | 2.00 | $ 300.00 |

TOTAL Labor    58.00    $ 8,700.00

| | |
|---|---|
| TOTAL | $ 8,700.00 |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Signature:

Hipolito Castro

Date: 6/30/23

**Commo and Coordination** consists of all writings and digital comms to/from Monitors, PRPB, USDOJ; Review compliance targets, document and data requests, logistics; scheduling, on-site planning & coordination, database development

**Data/Policy Analysis, Writing**
Data concerns CMR-8 and 9, OG 310, OG 410, Draft data requests, review special case, DSP documents, reporting on interviews, due process for promo candidates

**Field Work:** Research conducted in situ (SJU)