**Stephanie Leon**
*Paralegal*

**INVOICE**

1483 Ashford Avenue
Apartment 901
San Juan, PR 00907
(832) 692-2475

**INVOICE: 2023-06**
**DATE: 07/01/2023**

**TO:**

Puerto Rico Chief Federal Monitor

**FOR:**

Paralegal Services

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-------------|-------|------|--------|
| 06/01/2023 | -Email exchange with Monitor Denise Rodriguez<br>-Telephone conference with Alan Youngs regarding CMR-8 Commentary and Response for Recruitment | .75 | 90.00 | 67.50 |
| 06/04/2023 | -Staffing Plan timeline edits/revision<br>-Emailed timeline to Monitor Denise Rodriguez<br>-Read Samantha's emails and documents | 2.75 | 90.00 | 247.50 |
| 06/05/2023 | -Communication exchange with David Levy<br>-Telephone conference with Alan Youngs<br>-Researched through BOX regarding recruitment<br>-Read recruitment draft and Al Young's response | 3.25 | 90.00 | 292.50 |
| 06/06/2023 | -Meeting with David Levy via zoom regarding Data<br>-Telephone conference with Alan Youngs | 2.00 | 90.00 | 180.00 |
| 06/11/2023 | -Email exchange with David Levy and Denise Rodriguez<br>-Worked on Data/Box | 1.50 | 90.00 | 135.00 |
| 06/16/2023 | -Help Counsel Roberto Abesada with CMR-8 Summary Translation | 1.25 | 90.00 | 112.50 |
| 06/19/2023 | -Team Bi-weekly meeting<br>-Worked on Data/Box | 1.75 | 90.00 | 157.50 |
| 06/20/2023 | -Email exchange with Administrative Assistant and Monitor Denise Rodriguez regarding the draft of the survey report summary newsletter<br>-Read and revised the survey report summary newsletter<br>-Telephone call with Al Youngs<br>-Read document sent by Al Youngs<br>-Worked on Data/Box | 4.25 | 90.00 | 382.50 |
| 06/21/2023 | -Email exchange with Monitor Denise Rodriguez and Administrative Assistant<br>-Worked on newsletter | .50 | 90.00 | 45.00 |
| 06/24/2023 | -Worked on Data/Box | 1.25 | 90.00 | 112.50 |
| 06/26/2023 | -Appear and attend video conference meetings and in person meetings at PRPB<br>-Met with David Levy regarding Data/Box | 7.50 | 90.00 | 675.00 |
| 06/28/2023 | -Field visit in Mayaguez | 9.00 | 90.00 | 810.00 |
| 06/28/2023 | -Community meeting | 4.00 | 90.00 | 360.00 |
| 06/28/2023 | -253 Meeting at PRPB<br>-Attend meetings at the Monitor's Office<br>-Communication exchange with Administrative Assistant and Monitor Denise Rodriguez | 4.75 | 90.00 | 427.50 |
| 06/29/2023 | -Status Conference | 5.50 | 90.00 | 495.00 |

**TOTAL 50 HRS @$90** | **4,500.00**

*S/ STEPHANIE LEON*

**I HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN MY CAPACITY AS A MEMBER OF THE FEDERAL MONITORING TEAM. I FURTHER CERTIFY THAT I HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH, OR ANY OF ITS DEPARTMENTS, MUNICIPALITIES OR AGENCIES.**