# Invoice

Extasis, Inc.
35 Camino Azucenas
Sabanera del Río
Gurabo, PR 00778
T 787-249-6789
F 787-703-1921
wiso@extasismusic.com
facebook.com/ExtasisMusic

Attention: Javier González

Title: Producer

Company Name: THE GROUP

Guaynabo, P.R.

**Date:** 06/30/23

PROJECT: "TOWN HALL MEETING"
PROJECT DESCRIPTION: **SOUND SYSTEM**
DATE: **06/27/23**
P.O. NUMBER: N/A
INVOICE NUMBER: N/A
TERMS: UPON DELIVERY

| Description | Quantity | Unit Price | Cost |
|---|---|---|---|
| Sound System - w/2 wireless mics | | | |
| BPPR Center, Hato Rey | | | 350.00 |
| | | | |
| | | | |
| | | | |
| | | Tax   N/A | 00.00 |
| | | **Total** | **$350.00** |

NOTES: PAYABLE TO: LUIS E. VÉLEZ

*(signature)*