Christopher Graham, dba

Diligens, LLC
EIN 87-1667996

July 21, 2023

INVOICE# 2023-05

Re:  Professional Services 06/22/2023 – 07/21/2023

Case 3:12-cv-02039-FAB Document 2176 Filed 09/20/22

| Hours | | Professional Services/Description | Total | |
|---|---|---|---|---|
| 10.5 | 28-Jun-2023 | 253 meeting, meetings with parties and court. | $ | 1,575.00 |
| 9.5 | 29-Jun-2023 | Status conference | $ | 1,425.00 |
| 2.25 | 30-Jun-2023 | Review/edit court ordered documents | $ | 337.50 |
| 4.25 | 7/5-7/2023 | Preparation/ calls with parties, zoom meeting re: Protocol | $ | 637.50 |
| 2.25 | 7/19-20/2023 | Preparation/ calls with parties, zoom meeting re: Protocol | $ | 337.50 |
| 28.75 | | **Total labor** | **$** | **4,312.50** |
| | | | | |
| | | Direct Expenses | | |
| Travel Expense | 27-Jun-2023 | Frontier Airlines, Jacksonville to San Juan, R/T | $ | 663.96 |
| Travel Expense | 27-Jun-2023 | Personal vehicle mileage home to airport 51.5 miles@ .625 | $ | 32.19 |
| Travel Expense | 27-Jun-2023 | Uber SJ airport to hotel | $ | 22.94 |
| Travel Expense | 28-Jun-2023 | Uber Federal Court to Hotel | $ | 12.94 |
| Travel Expense | 29-Jun-2023 | Uber Hotel to Federal Court | $ | 12.88 |
| Travel Expense | 6/27-29/23 | Lodging (3 nights) Govt rate $165/night | $ | 495.00 |
| Travel Expense | 6/27-29/23 | Lodging (3 nights) Room Tax  @11% x Govt rate. | $ | 54.45 |
| Travel Expense | 6/27-29/23 | Lodging  (3 nights) Mandatory Fee $45/ night | $ | 135.00 |
| Travel Expense | 6/27-30/23 | Meals and Incidental Expenses- Govt rate $115/day,  2 full + 2 travel days @ ¾ rate @$86.25/day | $ | 402.50 |
| Travel Expense | 30-Jun-2023 | Personal vehicle mileage airport to home 51.5 miles@ .625 | $ | 32.19 |
| Travel Expense | 6/27-30/23 | Parking Jacksonville Int. Airport  6/27-6/30 | $ | 31.55 |
| | | **Total travel expense** | **$** | **1,895.60** |
| | | | | |
| | | **Invoice Total** | **$** | **6,208.10** |

I hereby  certify  that the amount billed  in this invoice  is true  and correct  in my capacity  as the court-appointed auditor.  I further certify that I have not  received any income, compensation, or payment for services rendered under a regular employment  or contractual relationship  with the Commonwealth,  or any of  its  departments,  municipalities,  or agencies.

Christopher Graham
07/21//2023

 Welcome to
your miles a

# BOOKING DETAILS

### Confirmation Code: OC668J
Tuesday, June 27, 2023 - Friday, June 30, 2023

Jacksonville, FL (JAX)      San Juan, Puerto Rico (SJU)

Passengers - Christopher Graham

**Miles Earned: 2574 mi.**

## DEPARTING FLIGHT

### Flight Details
**Flight:** F94870
**Departure:** Jacksonville, FL (JAX) - 06/27/23 1:41 PM
**Arrival:** San Juan, Puerto Rico (SJU) - 06/27/23 4:43 PM

### Christopher Graham
**Seat:** 2D
**Bags:** 1 Carry On, 1 Checked
**Special Service:** NA

## RETURNING FLIGHT

### Flight Details
**Flight:** F94869
**Departure:** San Juan, Puerto Rico (SJU) (SJU) - 06/30/23 7:45 AM
**Arrival:** Jacksonville, FL (JAX) (JAX) - 06/30/23 11:12 AM

### Christopher Graham
**Seat:** 2D
**Bags:** 1 Carry On, 1 Checked
**Special Service:** NA

## RECEIPT

### Airfare
| | |
|---|---|
| Flights | $269.56 |
| Carrier Interface Charge | $46.00 |
| U.S. Passenger Security Fee | $11.20 |
| U.S. Transportation Tax (international and Alaska departures & arrivals) | $42.20 |
| Jacksonville, Fl (JAX) Passenger Facility Charge | $4.50 |
| San Juan, Puerto Rico (SJU) Passenger Facility Charge | $4.50 |

### Options
| | |
|---|---|
| Agent Assist Fee Pre Paid | $20.00 |

**TOTAL**                                                                **$663.96**

**Purchase Date:** 04/04/23
**Payment:** Visa XXXXXXXXXXX0485 | Exp. Date: 11/27



# Uber

June 29, 2023

## Thanks for tipping, Chris

We hope you enjoyed your ride this evening.

| Total | $12.88 |
|---|---|

| Trip fare | $9.77 |
|---|---|

| Subtotal | $9.77 |
|---|---|
| Booking Fee | $1.11 |
| Tips | $2.00 |

## Payments

 Visa ••••8508
6/29/23 9:17 AM

$12.88

Visit the trip page for more information, including invoices (where available)

You rode with Wendy

Comfort    3.62 miles | 12 min

8:07 AM | 1369 Ashford Ave, San Juan, 00907, Puerto Rico

8:19 AM | 251 Calle Recinto Sur Esq San Justo, San Juan, PR 00901, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

# Uber

June 28, 2023

## Thanks for tipping, Chris

We hope you enjoyed your ride this evening.

| Total | $12.94 |
|---|---|

| | |
|---|---|
| Trip fare | $9.40 |

| | |
|---|---|
| Subtotal | $9.40 |
| Booking Fee | $0.54 |
| Tips | $3.00 |

## Payments

 Visa ••••8508
6/28/23 4:44 PM

$12.94

Visit the trip page for more information, including invoices (where available)

You rode with JHIMY

UberX   3.86 miles | 12 min

4:21 PM | 251 Calle Recinto Sur Esq San Justo, San Juan, PR 00901, US

4:33 PM | 1369 Ashford Ave, San Juan, 00907, Puerto Rico

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

# Uber

June 27, 2023

## Thanks for tipping, Chris

We hope you enjoyed your ride this evening.

| Total | $22.94 |
|---|---|

| Trip fare | $16.33 |
|---|---|

| Subtotal | $16.33 |
|---|---|
| Booking Fee | $0.61 |
| Airport Fee | $3.00 |
| Tips | $3.00 |

## Payments

| Uber | **Uber Cash**<br>6/27/23 4:54 PM | $0.41 |
|---|---|---|
| VISA | **Visa ••••8508**<br>6/27/23 5:05 PM | $22.53 |

Visit the trip page for more information, including invoices (where available)

You rode with Estrella

UberX    4.90 miles | 12 min

4:41 PM | Carolina, 00979, Puerto Rico

4:54 PM | 1369 Ashford Ave, San Juan, 00907, Puerto Rico

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.



1369 Ashford Avenue
San Juan, , 00907, United States
Tel.: +1-787-827-7280 Fax: +1-787-289-7000 www.marriott.com/sjuac

AC Hotel
San Juan - Condado

Mr Christopher Graham
United States

| | |
|---|---|
| Habitación / Room: | 0807 |
| Confirmation / Confirmacion: | 93997690 |
| Tipo de habitación/Room Type : | POHV |
| No. Huespedes/ No. of Guests : | 1/0 |
| Tarifa / Rate : 197 | Agente / Clerk :Alberto Villafa |

| Llegada: Arrival : | 06-27-23 | Hora : Time : | 16:55:29 | Salida : Departure : | 06-30-23 | Hora : Time : | 00:00:00 | No. Folio : 214134 |
|---|---|---|---|---|---|---|---|---|

| Fecha / Date | Reference # | Descripción / Description | Cargos / Charges | Creditos / Credits |
|---|---|---|---|---|
| 06-27-23 | 99200 | Room Charge | 197.00 | |
| 06-27-23 | 15101 | Destination Fee | 45.00 | |
| 06-27-23 | 15105 | Room Tax | 21.78 | |
| 06-28-23 | 99200 | Room Charge | 197.00 | |
| 06-28-23 | 15101 | Destination Fee | 45.00 | |
| 06-28-23 | 15105 | Room Tax | 21.78 | |
| 06-29-23 | 99200 | Room Charge | 197.00 | |
| 06-29-23 | 15101 | Destination Fee | 45.00 | |
| 06-29-23 | 15105 | Room Tax | 21.78 | |
| 06-30-23 | 90701 | Visa Card | | 791.34 |

No. de TC/Credit Card No. :                XXXXXXXXXXXX8508

Total :                        791.34

Balance :                        0.00

As a Marriott Bonvoy Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

# USAPARK. net

Thank you for parking with us!
904-741-2100
$5 Off Coupon At Our Web Site
www.USAPARK.net

Earn Free Parking With Fast Pass
After signing up get credit for previous parking
stays @ www.usapark.net/acct-maint

Cashier: gwen
Transaction#: 905916
Receipt Date: 6/30/2023 11:19 AM

Entry: 6/27/2023 12:22 PM
Exit:  6/30/2023 11:18 AM

| | |
|---|---|
| Park Type: UnCovered | 8.95 |
| 3 days @ 8.95/day | 26.85 |
| Parking Charge: | 26.85 |
| State Tax at 7.5%: | 2.01 |
| Airport Fee at 10.0%: | 2.69 |
| Total Amount: | 31.55 |
| Amount Paid: | 31.55 |
| Change Due: | 0.00 |
| Credit Card: Visa 8508 | 31.55 |
| Cust No. #: | 24951 |

* * * Thank You * * *

Your Frequent Flyer account has 37
 days of paid parking.
You are entitled to one free trip of
open parking (7 consecutive
 days or less) for each 35 days of
paid parking.