Del Carmen Consulting, LLC
3122 Westwood Drive
Arlington, Texas 76012

June 22, 2023 through July 21, 2023

INVOICE # SM2023-7  **TOTAL DUE $ 15,000.00**
SPECIAL MASTER
JULY 2023 INVOICE

## Tasks Completed

Wrote, reviewed and responded to emails and all other documents/communication with respective parties and the Court. Engaged in review of some documents for the Court.

Conference calls with the Commonwealth Representatives and Court.

Conference calls with the SM team members and PRPB personnel.

Reviewed and provided feedback on the funding protocol draft.

Coordinated meetings with OSM and parties.

Reviewed filings, motions, and orders.

Worked on review of documents sent by PRPB and Monitor's Office.

Reviewed, coordinated and provided feedback to the Court on various matters.

Attending Status Conference and related meetings in PR (7/20/23—7/23/23).

## Flat Rate Total Wages Due = $15,000.00

**All travel expenses incurred during the trip to Puerto Rico (7/20/23—7/23/23) including airfare, lodging, meals, parking and transportation within the island, are being donated.**

## TOTAL DUE = $ 15,000.00

**I hereby certify that the amount billed in this invoice is true and correct in my capacity as Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.**

*Alejandro del Carmen*
_____
    **Dr. Alejandro del Carmen**                                                                 **7/21/23**