G&M Balli Services, LLC
5160 Royal Fern Circle
Tallahassee, Florida 32317

June 22 – July 21, 2023

INVOICE # 2023-07
ASSISTANT SPECIAL MASTER
July 2023 INVOICE

Tasks Completed

| Hours | Description | Amounts |
|---|---|---|
| 18 | Drafted/reviewed/researched/translated numerous documents as needed; Discussed/edited documents related to orders of the Court, and the parties regarding recurring issues and OSM projects, to include Integrity Audits, Financial Audit/Memo, Implementation Plans, ESP/MLARS project, and others. | $2,700 |
| 11 | Drafted, reviewed, and responded to texts, emails and other documents and communications with respective parties, the OSM and the Court. | $1,650 |
| 13 | Zoom meetings and/or conference calls. | $1,950 |
| 22 | Meetings, Status Conference in San Juan; 06/27-06/30 | $3,300 |
| Travel Expense | American Airlines roundtrip economy fare; Tallahassee, FL/San Juan, PR | $762.90 |
| Travel Expense | Lodging; 06/27-06/30 at the Government rate of $167 per night plus prorated taxes ($18.46 per night) and resort fees ($45 per night). | $691.38 |
| Travel Expense | Uber fares; Roundtrip airport/hotel, and to/from meetings. | $56.48 |
| Travel Expense | MI&E; 06/27-06/30, Government rate $115.00/day and two travel days ¾ rate at $86.25/day. | $402.50 |
| Hrs. - 64 | | $11,513.26 |

Total Hours- 64                    Total Wages Due -   $11,513.26

I hereby certify the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master.  I further certify I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.


*Gilberto Balli*                *Alejandro del Carmen*                7/21/2023
Gilberto Balli                  S/Alejandro del Carmen

**Thursday, July 20, 2023 at 14:56:02 Eastern Daylight Time**

---

**Subject:** Your trip confirmation (TLH - SJU)
**Date:** Saturday, March 25, 2023 at 7:41:16 PM Eastern Daylight Time
**From:** American Airlines
**To:** GBALLI@LIVE.COM





Issued: March 25, 2023

# Your trip confirmation and receipt

We charged $762.90 to your card ending in ▉▉▉ for your ticket purchase.

You can check in via the American app 24 hours before your flight and get your mobile boarding pass.

**Record Locator: SLBGCP**

## Tuesday, June 27, 2023

| | |
|---|---|
| **TLH** | **AA 6058** |
| Tallahassee | Operated by Piedmont Airlines as American Eagle |
| 1:59 PM | |
| **CLT** | |
| Charlotte | Seat: **4A** |
| 3:35 PM | Class: **Economy (B)** |
| | Meals: |
| **CLT** | **AA 2993** |
| Charlotte | |
| 6:43 PM | |
| **SJU** | Seat: **9C** |

1 of 6

**Friday, June 30, 2023**

≻ **SJU**                                 AA 321

San Juan
**12:01 PM**

○ **MIA**                                 Seat: **9D**

Miami                                     Class: **Economy (B)**
**2:47 PM**                                Meals: **Refreshment**

≻ **MIA**                                 AA 3769

Miami                                     Operated by Envoy Air
**6:10 PM**                                as American Eagle

○ **TLH**                Seat: **9C**

Tallahassee                               Class: **Economy (B)**
**7:37 PM**                                Meals:

Manage your trip

Earn up to $200 Back

Plus 40,000 bonus miles. Terms Apply.

Learn more

**Your purchase**

Gilberto Balli - AAdvantage® 

**AC HOTELS MARRIOTT**

1369 Ashford Avenue
San Juan, , 00907, United States
Tel.: +1-787-827-7280 Fax: +1-787-289-7000 www.marriott.com/sjuac

AC Hotel
San Juan - Condado

Gilberto Balli
5160 Royal Fern Cir
Tallahassee FL 32317
United States

| | |
|---|---|
| Habitación / Room: | 0626 |
| Confirmation / Confirmacion: | 93716003 |
| Tipo de habitación/Room Type : | QNQN |
| No. Huespedes/ No. of Guests : | 1/0 |
| Tarifa / Rate : 197 | Agente / Clerk :103 |

| Llegada: Arrival : | 06-27-23 | Hora : Time : | 23:55:38 | Salida : Departure : | 06-30-23 | Hora : Time : | 12:32:00 | No. Folio : 214222 |
|---|---|---|---|---|---|---|---|---|

| Fecha / Date | Reference # | Descripción / Description | Cargos / Charges | Creditos / Credits |
|---|---|---|---|---|
| 06-27-23 | 99200 | Room Charge | 197.00 | |
| 06-27-23 | 15101 | Destination Fee | 45.00 | |
| 06-27-23 | 15105 | Room Tax | 21.78 | |
| 06-28-23 | 99200 | Room Charge | 197.00 | |
| 06-28-23 | 15101 | Destination Fee | 45.00 | |
| 06-28-23 | 15105 | Room Tax | 21.78 | |
| 06-29-23 | 99200 | Room Charge | 197.00 | |
| 06-29-23 | 15101 | Destination Fee | 45.00 | |
| 06-29-23 | 15105 | Room Tax | 21.78 | |
| 06-30-23 | 90701 | Visa Card | | 797.64 |
| 07-04-23 | 90701 | Visa Card | | -6.30 |

| | |
|---|---|
| No. de TC/Credit Card No. : | XXXXXXXXXX |
| No. de TC/Credit Card No. : | XXXXXXXXXXX |

Total : 791.34

Balance : 0.00

As a Marriott Bonvoy Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

**Subject:** [Personal] Your Tuesday evening trip with Uber
**Date:** Wednesday, June 28, 2023 at 1:51:00 PM Eastern Daylight Time
**From:** Uber Receipts
**To:** gballi@live.com

Total **$15.01**
June 27, 2023

# Thanks for tipping, Gil

Here's your updated Tuesday
evening ride receipt.

| Total | $15.01 |
|---|---|
| | |
| Trip fare | $9.94 |
| | |
| **Subtotal** | **$9.94** |
| Booking Fee ☐ | $1.07 |
| Airport Fee | $3.00 |
| Tips | $1.00 |

**Payments**

| | | |
|---|---|---|
| ☐ | **Mastercard** ···· ▮▮▮▮ <br> 6/28/23 10:30 AM | $14.01 |
| ☐ | **Mastercard** ···· ▮▮▮▮ | $1.00 |

Mastercard ···· ····    $1.00
6/28/23 1:50 PM

Switch Payment Method

Download PDF

# You rode with DANIEL

**4.98** Rating                    Has passed a multi-step safety screen

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more >

( Comfort )    5.20 miles | 9 min

**11:42 PM**
Carolina, 00979, Puerto Rico

**11:51 PM**
1369 Ashford Ave, San Juan,
PR 00907, US



Report lost item  >        Contact support  >

My trips  >

**Monday, July 3, 2023 at 15:14:39 Eastern Daylight Time**

**Subject:** [Personal] Your Wednesday afternoon trip with Uber
**Date:** Thursday, June 29, 2023 at 12:41:39 AM Eastern Daylight Time
**From:** Uber Receipts
**To:** gballi@live.com

Total **$7.97**
June 28, 2023

# Thanks for riding, Gil

We hope you enjoyed your ride
this afternoon.

| Total | $7.97 |
|---|---|

| Trip fare | $7.42 |
|---|---|

| Subtotal | $7.42 |
|---|---|
| Booking Fee | $0.55 |

**Payments**

| Mastercard | $7.97 |
|---|---|
| 6/29/23 12:41 AM | |

Switch Payment Method

Download PDF

# You rode with Karla

**4.98** Rating                          Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.

Rate or tip

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more >

UberX    3.88 miles | 12 min

**1:44 PM**

259 Calle Recinto Sur, San
Juan, PR 00901, US

**1:57 PM**

1369 Ashford Ave, San Juan,
PR 00907, US



Report lost item   >                    Contact support   >

My trips   >

**Monday, July 3, 2023 at 15:13:40 Eastern Daylight Time**

**Subject:** [Personal] Your Thursday morning trip with Uber

**Date:** Thursday, June 29, 2023 at 10:03:25 AM Eastern Daylight Time

**From:** Uber Receipts

**To:** gballi@live.com

Total **$12.25**

June 29, 2023

# Thanks for tipping, Gil

Here's your updated Thursday
morning ride receipt.

| Total | $12.25 |
|---|---|
| | |
| Trip fare | $9.21 |
| | |
| Subtotal | $9.21 |
| Booking Fee | $1.04 |
| Tips | $2.00 |

**Payments**

| Mastercard ••••• | $12.25 |
|---|---|
| 6/29/23 10:03 AM | |

Switch Payment Method

Page 1 of 3

Download PDF

# You rode with Juan

**4.98** Rating                    Has passed a multi-step safety screen

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ›

 Comfort    3.53 miles | 9 min

**8:03 AM**

1369 Ashford Ave, San Juan,
PR 00907, US

**8:12 AM**

251 Calle Recinto Sur Esq
San Justo, San Juan, PR
00901, US

Report lost item  ›            Contact support  ›

My trips  ›

Monday, July 3, 2023 at 15:11:39 Eastern Daylight Time

**Subject:** [Personal] Your Friday morning trip with Uber

**Date:** Friday, June 30, 2023 at 10:41:13 AM Eastern Daylight Time

**From:** Uber Receipts

**To:** gballi@live.com

Total **$10.99**
June 30, 2023

# Thanks for tipping, Gil

Here's your updated Friday
morning ride receipt.

# Total $10.99

| | |
|---|---|
| Trip fare | $9.44 |
| **Subtotal** | **$9.44** |
| Booking Fee | $0.55 |
| Tips | $1.00 |

## Payments

| | |
|---|---|
| **Mastercard** ⬛⬛⬛ 6/30/23 10:41 AM | $10.99 |

Switch Payment Method

Download PDF

# You rode with STEVEN

**4.96** Rating                          Has passed a multi-step safety screen

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more >

 UberX   3.58 miles | 10 min

**8:12 AM**

1369 Ashford Ave, San Juan,
PR 00907, US

**8:22 AM**

300 C. Recinto Sur, San
Juan, 00901, Puerto Rico



Report lost item  >          Contact support  >

My trips  >

**Subject:** [Personal] Your Friday afternoon trip with Uber
**Date:** Friday, June 30, 2023 at 11:04:39 PM Eastern Daylight Time
**From:** Uber Receipts
**To:** gballi@live.com

# Uber

Total **$10.26**
June 30, 2023

# Thanks for riding, Gil

We hope you enjoyed your ride
this afternoon.



# Total                    # $10.26

| | |
|---|---|
| Trip fare | $9.28 |
| **Subtotal** | $9.28 |
| Booking Fee ⓘ | $0.65 |
| Wait Time ⓘ | $0.33 |

**Payments**

| | |
|---|---|
| **Mastercard** ▩▩▩▩▩ 6/30/23 11:04 PM | $10.26 |

Switch Payment Method

Page 1 of 3

Download PDF

# You rode with JOEL

**4.92**★ Rating                    Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.

Rate or tip

When you ride with Uber, your trips are insured in case of a covered accident.

**Learn more >**

UberX    5.79 miles | 18 min

**12:14 PM**

1369 Ashford Ave, San Juan, PR 00907, US

**12:33 PM**

Terminal C, Aeropuerto Internacional Luis Muñoz Marín (SJU), Carolina, PR 00979, US

