**TDPetrowski, LLC**
**4010 Deep Valley Drive**
**Dallas, Texas 75244**

June 22, 2023 – July 21, 2023
INVOICE # ASM.TDP.2023-7                          **TOTAL DUE:  $10,146.78**
ASSISTANT SPECIAL MASTER
JULY INVOICE

**Tasks Completed**

| Hours | Description | Total |
|---|---|---|
| 13 | Draft/reviewed/researched/translated as necessary/discussed/reworked documents related to PRPD and DOJ and Monitor Office exchanges regarding recurring issues and OSM projects, to include orders and ad hoc taskings of the Court. | $1,950 |
| 9 | Drafted, reviewed, translated, and responded to texts, emails, and all other documents/communications with respective parties, the Special Master, Assistant Special Master, and the Court. | $1,350 |
| 11 | Zoom meetings and/or conference calls with the Court, Office of Special Master, and the Parties. | $1,650 |
| 20 | Court hearing and meetings in San Juan, work during travel 6/27/2023 - 6/30/2023. | $3,000 |
| Travel Expense | Air Fare Dallas to San Juan – economy coach class roundtrip ticket | $1,102.90 |
| Travel Expense | Lodging 6/27/2023 - 6/30/2023, Government rate of $167 per night, plus resort fees ($45 per night) and prorated taxes ($18.46 per night). | $691.38 |
| Travel Expense | Meals and Incidental Expenses, 6/27/2023 - 6/30/2023, Government rate of $115 per full day and two travel days at the ¾ rate of $86.25/day | $402.50 |

**Total Wages Due = $10,146.78**

**I hereby certify that the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under regular employment or a contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.**

*Thomas D. Petrowski*                          **7/21/2023**
**Thomas D. Petrowski**

s/ *Alejandro del Carmen*                          **7/21/2023**
**Alejandro del Carmen**



AC Hotel
San Juan - Condado

1369 Ashford Avenue
San Juan, , 00907, United States
Tel.: +1-787-827-7280 Fax: +1-787-289-7000 www.marriott.com/sjuac

| | |
|---|---|
| Tom Petrowski | Habitación / Room: |
| 4010 Deep Valley Drive | |
| Dallas TX 75244 | Confirmation / Confirmacion: |
| United States | |

| | |
|---|---|
| Habitación / Room: | 0503 |
| Confirmation / Confirmacion: | 90227019 |
| Tipo de habitación/Room Type : | KSTE |
| No. Huespedes/ No. of Guests : | 1/0 |
| Tarifa / Rate : 197 | Agente / Clerk :105 |

| Llegada: Arrival : | 06-27-23 | Hora : Time : | 15:04:48 | Salida : Departure : | 06-30-23 | Hora : Time : | 10:18:00 | No. Folio : 214193 |
|---|---|---|---|---|---|---|---|---|

| Fecha / Date | Reference # | Descripción / Description | Cargos / Charges | Creditos / Credits |
|---|---|---|---|---|
| 06-27-23 | 99200 | Room Charge | 197.00 | |
| 06-27-23 | 15101 | Destination Fee | 45.00 | |
| 06-27-23 | 15105 | Room Tax | 21.78 | |
| 06-28-23 | | AC Kitchen | 159.15 | |
| 06-28-23 | 99200 | Room Charge | 197.00 | |
| 06-28-23 | 15101 | Destination Fee | 45.00 | |
| 06-28-23 | 15105 | Room Tax | 21.78 | |
| 06-29-23 | 99200 | Room Charge | 197.00 | |
| 06-29-23 | 15101 | Destination Fee | 45.00 | |
| 06-29-23 | 15105 | Room Tax | 21.78 | |
| 06-30-23 | 90702 | Master Card / Euro Card | | 950.49 |

No. de TC/Credit Card No. :          XXXXXXXXXXXX4151

**Total :**          950.49

**Balance :**          0.00

As a Marriott Bonvoy Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

 Gmail

**Tom Petrowski** ██████████████

---

**Your trip confirmation (DFW - SJU)**
1 me  age

---

**American Airlines** <no-reply@info.email.aa.com>                         Fri, Mar 24, 2023 at 2:50 PM
To: ████████████mail.com

 American Airlines

Issued: March 24, 2023

# Your trip confirmation and receipt

We charged $1,102.90 to your card ending in 4151 for your ticket purchase.

You can check in via the American app 24 hours before your flight and get your mobile boarding pass.



**Record Locator: EQDZRF**

**Tuesday, June 27, 2023**

| | |
|---|---|
| **DFW** Dallas/Fort Worth **5 00 AM** | **AA 1042** |
| **MIA** Miami **8:58 AM** | Seat: **16C** Cla **Economy (G)** Meals: **Refreshment** |
| **MIA** Miami **10:00 AM** | **AA 1613** |
| **SJU** San Juan **12:45 PM** | Seat: **15J** Class: **Economy (G)** Meal **Refre hment** |

**Friday, June 30, 2023**

**Manage your trip**

**Record Locator: EQDZRF**

**SJU**
San Juan
8 08 AM

**AA 1847**

**CLT**
Charlotte
11:55 AM

Seat:  **11F**
Cla      **Economy (V)**
Meals: **Food for purchase**

**CLT**
Charlotte
1:10 PM

**AA 840**

**DFW**
Dallas/Fort Worth
2:53 PM

Seat:  **11D**
Class:  **Economy (V)**
Meal    **Refre  hment**

**Manage your trip**



Earn up to $200 Back
Plus 40,000 bonus miles. Terms Apply.
Learn more

# Your purchase

**Thomas Petrowski - AAdvantage® #:**

New ticket (0012381111489)                                      $1,102.90
[$1,033.00+ Taxes & carrier-imposed fees $69.90]

**Total cost**                                                              **$1,102.90**

# Your payment

Ma  terCard (ending 4151)                                       $1,102 90

Total paid                                                              $1,102.90

# Bag information

**Checked Bag (Airport)**                    **Checked Bag (Online*)**

1st bag    No charge                          1st bag    No charge
2nd bag    No charge                          2nd bag    No charge

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)

Maximum weight: 50 pounds or 23 kilograms

For information regarding American Airline  checked baggage policie ,
plea e vi it  Bag and optional fee

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. Bag and optional fees
If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

*Online payment available beginning 24 hour  (and up to 4 hour ) before departure

Carry-on bags

| | |
|---|---|
| 1st carry on | Includes purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you. |
| 2nd carry-on | Maximum dimensions not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm). |



Book a hotel »



Book a car »

Buy trip insurance »

AAVacations »





Contact us

Privacy policy







© American Airlines, Inc. All Rights Reserved.

Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

If you have purchased a NON-REFUNDABLE fare, the itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has NO VALUE. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

You have up to 24 hours from the time of ticket purchase to receive a full refund if you booked at least 2 days before departure. You must log in on aa.com or Contact Reservations to cancel. Once cancelled, your refund will be processed automatically.Refunds.

Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page.

The policy for traveling with Emotional Support and Service animals has changed. Visit Traveling with Service Animals for more information.

        

Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid, Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must

file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage link below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

For more on Canada passenger protection regulations visit aa.com/CanadaPassengers.

Please do not reply to this email address as it is not monitored. This email was sent to
T█████████████MAIL.COM

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward this email to us with an explanation.
For all other questions about bookings or upcoming trips, visit our contact page. Contact American >

**one**world is a registered trademark of **one**world Alliance, LLC.
© American Airlines, Inc. All Rights Reserved.