GALOEFFERT, LLC
4805 East Lake Road
Sheffield Lake, Ohio 44054

June 22, 2022, through July 21, 2023

INVOICE # 2023-07  **TOTAL DUE $13,900.71**
ASSISTANT SPECIAL MASTER
July 2023 INVOICE

Tasks Completed

| Hours | Description | Total |
|---|---|---|
| 26 | Drafted/reviewed/researched/translated as necessary/discussed/reworked documents related to various orders of the Court, Parties, Auditor, and Monitor's Office exchanges regarding recurring issues and OSM projects, to include orders and ad hoc taskings of the Court. | $3,900.00 |
| 18 | Drafted, reviewed, and responded to texts, emails and all other documents/communications/telephone calls with respective parties, the OSM, Auditor, and Court. | $2,700.00 |
| 14 | Zoom meetings and/or conference calls with the parties. | $2,100.00 |
| 20 | Court hearing and Meetings in San Juan 6/27/23 – 06/30/23 | $3,000.00 |
| Travel Expense | Frontier Airlines One Way Economy Fare Cleveland to San Juan | $349.98 |
| Travel Expense | United Airlines One Way Economy Fare San Juan to Cleveland | $650.26 |
| Travel Expense | Lodging 6/27/23-6/30/23, Govt rate $167/night, prorated tax $18.46/night and resort fee $45.00/night | $691.38 |
| Travel Expense | Meals and Incidental Expenses, 6/27/23-6/30/23, Govt rate $115.00/day, travel days ¾ rate at $86.25/day | $402.50 |
| Travel Expense | Parking Cleveland Airport $12/day | $48.00 |
| Travel Expense | UBER Trips - 6/27/23 airport to hotel $14.39, 6/28/23 PRPB to Court $12.97, 6/28/2023 Court to hotel $16.60, 6/30/23 hotel to airport $14.12 | $58.59 |

**Total Wages Due = $13,900.71**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

*Gary A. Loeffert*         S/Alejandro del Carmen         7/21/2023
Gary A. Loeffert              S/Alejandro del Carmen

# FRONTIER

**TUESDAY, JUN 27, 2023 - TUESDAY, JUN 27, 2023**

Trip Confirmation Number: **JFQMSA**

Cleveland, OH (CLE) ✈ San Juan, Puerto Rico (SJU)

Depart: Tuesday Jun 27, 2023

| Flight / Arrival | Departure / Duration | |
|---|---|---|
| **F9 122** | 09:10 AM Cleveland, OH (CLE) | |
| 01:15 PM San Juan, Puerto Rico (SJU) | 4hr 5min NonStop | |

| Passenger Name / Bags | Seats / Special Services | |
|---|---|---|
| Gary Loeffert | 2C | |
| 1 Carry On, 1 Checked | -- | |

# Invoice

## Summary

| | |
|---|---|
| Airfare | $144.78 |
| Options | $151.00 |
| Carrier Interface Charge | $23.00 |
| U.S. Passenger Security Fee | $5.60 |
| U.S. Transportation Tax (international and Alaska departures & arrivals) | $21.10 |
| Cleveland, Oh (CLE) Passenger Facility Charge | $4.50 |
| **GRAND TOTAL** | **$349.98** |

## Options

**THE WORKS**
  Carry On Item
  Checked Bag
  Best Seat Available
  Refundability
  No Change Fees*
  No Change Fees*
                                            $151.00

**Gary Loeffert**

| | |
|---|---|
| Seat Fee | $0.00 |
| Agent Assist Fee Pre Paid | $0.00 |
| Checked Bag | INCL |
| Carry On Item | INCL |

| | |
|---|---|
| **TOTAL** | $349.98 |
| **Purchase Date** | 03/27/23 |
| **Payment** | MasterCard |

XXXXXXXXXXXX5034

From: **United Airlines** Receipts@united.com
Subject: eTicket Itinerary and Receipt for Confirmation M6Q6GT
Date: March 27, 2023 at 2:34 PM
To:





Mon, Mar 27, 2023

## Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# M6Q6GT

---

Flight 1 of 2 UA2022                               Class: United Economy (H)

Fri, Jun 30, 2023                                   Fri, Jun 30, 2023
**07:25 AM**                                        **11:22 AM**
San Juan, PR, US (SJU)                              Washington, DC, US (IAD)

---

Flight 2 of 2 UA2437                               Class: United Economy (W)

Fri, Jun 30, 2023                                   Fri, Jun 30, 2023
**12:35 PM**                                        **01:52 PM**
Washington, DC, US (IAD)                            Cleveland, OH, US (CLE)

---

**Traveler Details**

LOEFFERT/GARY A

| | |
|---|---|
| eTicket number: 0162475532054 | Seats: SJU-IAD 21C |
| Frequent Flyer: UA-▇▇▇▇▇ Premier Silver | IAD-CLE 21C |
| Economy Plus Seat (0169842063707) | IAD-CLE |
| Economy Plus Seat (0169842063706) | SJU-IAD |

---

**Purchase Summary**

| | |
|---|---|
| Method of payment: | Master Card ending in ▇▇▇▇ |
| Date of purchase: | Mon, Mar 27, 2023 |

| | |
|---|---|
| Airfare: | 614.56 USD |
| U.S. Transportation Tax: | 21.10 USD |
| September 11th Security Fee: | 5.60 USD |

| | |
|---|---|
| September 11th Security Fee: | 5.60 USD |
| U.S. Passenger Facility Charge: | 9.00 USD |
| **Total Per Passenger:** | **650.26 USD** |
| **Total:** | **650.26 USD** |

### Additional Purchase Summary

| | |
|---|---|
| Method of payment: | Master Card ending in 5034 |
| Date of purchase: | Mon, Mar 27, 2023 |
| Economy Plus Seat (Reference Number: 0169842063707): | 30.00 USD |
| **Total:** | **30.00 USD** |

### Additional Purchase Summary

| | |
|---|---|
| Method of payment: | Master Card ending in 5034 |
| Date of purchase: | Mon, Mar 27, 2023 |
| Economy Plus Seat (Reference Number: 0169842063706): | 109.00 USD |
| **Total:** | **109.00 USD** |

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.
NONREF/0VALUAFTDPT
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

## MileagePlus Accrual Details

| Garya Loeffert | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Fri, Jun 30, 2023 | 2022 | San Juan, PR, US (SJU) to Washington, DC, US (IAD) | 3234 | 462 | 1 |
| Fri, Jun 30, 2023 | 2437 | Washington, DC, US (IAD) to Cleveland, OH, US (CLE) | 1071 | 153 | 1 |
| MileagePlus accrual totals: | | | 4305 | 615 | 2 |

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Fri, Jun 30, 2023<br>San Juan, PR, US (SJU - Luis Muñoz Marín)<br>to Cleveland, OH, US (CLE) | 0 USD | 45 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |



1369 Ashford Avenue
San Juan, , 00907, United States
Tel.: +1-787-827-7280 Fax: +1-787-289-7000 www.marriott.com/sjuac

AC Hotel
San Juan - Condado

Gary Loeffert

| | |
|---|---|
| Habitación / Room: | 0601 |
| Confirmation / Confirmacion: | 92664287 |
| Tipo de habitación/Room Type: | KSTH |
| No. Huespedes/ No. of Guests: | 1/0 |
| Tarifa / Rate: | 197 |
| Agente / Clerk: | 107 |

| | | | | |
|---|---|---|---|---|
| Llegada / Arrival: | 06-27-23 | Hora / Time: | 16:29:35 | |
| Salida / Departure: | 06-30-23 | Hora / Time: | 00:00:00 | No. Folio: |

| Fecha / Date | Reference # | Descripción / Description | Cargos / Charges | Creditos / Credits |
|---|---|---|---|---|
| 06-27-23 | 99200 | Room Charge | 197.00 | |
| 06-27-23 | 15101 | Destination Fee | 45.00 | |
| 06-27-23 | 15105 | Room Tax | 21.78 | |
| 06-28-23 | 99200 | Room Charge | 197.00 | |
| 06-28-23 | 15101 | Destination Fee | 45.00 | |
| 06-28-23 | 15105 | Room Tax | 21.78 | |
| 06-29-23 | 99200 | Room Charge | 197.00 | |
| 06-29-23 | 15101 | Destination Fee | 45.00 | |
| 06-29-23 | 15105 | Room Tax | 21.78 | |

Total : 791.34
Balance : 791.34

As a Marriott Bonvoy Member, you could have earned points toward your free dream vacation today. Start earning points and elite status, plus enjoy exclusive member offers. Enroll today at the front desk.

```
        Cleveland Park Place
           18951 Snow Rd.
          Brook Park, 44142

EXPRESS 2   06/30/23 14:05
Receipt 016629

Non-Member Ticket
PP - No. 043090
06/27/23 08:42
06/30/23 14:05
Period 3d5h24'
                         $48.00

Sub Total                $48.00
V.A.T.                    $0.00
                         ------
Total                    $48.00

Payment Received
TRX REF NUM: 5200
CARD ENTRY: Chip Read
PAN: xxxxxxxxxxxx████
AID: A0000000041010
CRYP: 4E948707A417FAC9 40
MASTERCARD
Sale 48.00 USD
APPROVED 06129E
```

**From:** Uber Receipts noreply@uber.com
**Subject:** [Business] Your Tuesday afternoon trip with Uber
**Date:** June 28, 2023 at 3:09 AM
**To:**



# Uber

Total **$14.39**
June 27, 2023

## Thanks for riding, Gary

We hope you enjoyed your ride this afternoon.



| Total | $14.39 |
|---|---|
| Trip fare | $10.17 |
| Subtotal | $10.17 |
| Booking Fee | $1.22 |
| Airport Fee | $3.00 |

**Payments**

 Mastercard ••••   $14.39
6/28/23 3:09 AM

Switch Payment Method

Download PDF

# You rode with Joel

5.00 ★ Rating                          Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.

Rate or tip

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more >

Comfort    4.84 miles | 10 min

**4:16 PM**
Terminal C, Aeropuerto Internacional Luis Muñoz Marín (SJU), Carolina, PR 00979, US

**4:27 PM**
1369 Ashford Ave, San Juan, PR 00907, US





From: Uber Receipts noreply@uber.com
Subject: [Business] Your Wednesday afternoon trip with Uber
Date: June 28, 2023 at 12:50 PM
To: ███████



# Uber

Total **$12.97**
June 28, 2023

## Thanks for tipping, Gary

Here's your updated Wednesday afternoon ride receipt.



## Total                                $12.97

| | |
|---|---|
| Trip fare | $10.22 |

| | |
|---|---|
| Subtotal | $10.22 |
| Booking Fee | $0.75 |
| Tips | $2.00 |

### Payments

 Mastercard ••••████           $12.97
6/28/23 12:50 PM

Switch Payment Method

Download PDF

# You rode with GABRIELA

5.00 ★ Rating     Has passed a multi-step safety screen

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more >

UberX    8.10 miles | 25 min

**12:06 PM**
601 Ave Franklin Delano Roosevelt, San Juan, PR 00936, US

**12:31 PM**
300 C. Recinto Sur, San Juan, 00901, Puerto Rico






From: **Uber Receipts** noreply@uber.com
Subject: [Business] Your Thursday afternoon trip with Uber
Date: June 29, 2023 at 3:14 PM
To: ██████████

# Uber

Total **$16.60**
June 29, 2023

## Thanks for tipping, Gary

Here's your updated Thursday afternoon ride receipt.



## Total                                $16.60

| | |
|---|---|
| Trip fare | $13.07 |
| **Subtotal** | **$13.07** |
| Booking Fee | $1.53 |
| Tips | $2.00 |

**Payments**

Mastercard ••••██    $16.60
6/29/23 3:14 PM

Switch Payment Method

Download PDF

# You rode with Gilberto

4.97 ★ Rating             Has passed a multi-step safety screen

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more >

UberXL    3.95 miles | 13 min

**2:49 PM**

259 Calle Recinto Sur, San Juan, PR 00901, US

**3:03 PM**

1369 Ashford Ave, San Juan, PR 00907, US







**From:** Uber Receipts noreply@uber.com
**Subject:** [Business] Your Friday morning trip with Uber
**Date:** June 30, 2023 at 5:43 AM
**To:** ███████████



# Uber

Total **$14.12**
June 30, 2023

## Thanks for riding, Gary

We hope you enjoyed your ride this morning.



## Total                    $14.12

| | |
|---|---|
| Trip fare | $6.66 |
| Subtotal | $6.66 |
| Reservation Fee | $6.80 |
| Booking Fee | $0.66 |

**Payments**

 Mastercard ••••█████       $14.12
6/30/23 5:43 AM

A temporary hold of $14.12 was placed on your payment method •••• 5034. This is not a

charge and will be removed. It should disappear from your bank statement shortly. Learn More

Switch Payment Method

Download PDF

## You rode with Diego

4.72 ★ Rating        Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.

Rate or tip

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more >

  UberX    7.97 miles | 15 min

**5:28 AM**
1369 Ashford Ave, San Juan, PR 00907, US

**5:43 AM**
Airport Rd, Carolina, 00979, Puerto Rico





Report lost item  >

Contact support  >

My trips  >

Uber

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158