### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO, et al.,**<br><br>Defendants. | **CIVIL NO.: 12-cv-02039** |

### REQUEST FOR BRIEF EXTENSION OF TIME

**MAY IT PLEASE THE COURT:**

**COME NOW**, Codefendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau ("PRPB"), through the undersigned attorneys, and very respectfully state and pray:

1. On June 1, 2023, this Honorable Court issued Order at ECF No. 2425, mandating "that the parties and the Monitor's Team under the direction and guidance of the Office of the Special Master shall meet and confer to prepare a more streamlined protocol to be submitted to the Court no later than July 31, 2023."

2. The parties and Court Officers have been productively working for the last sixty (60) days in compliance with the Order of the Court. The parties, Monitor and Special Master have agreed on all substantive parts of the new draft protocol, pending only a revision of a clean version of the document.

3. The United States and the Monitor's Office have reviewed the final draft protocol's clean version submitted by the Commonwealth, and they indicate that they have no additional

substantive comments or edits. The Special Master's Office has recommended that the Commonwealth seek an extension to allow the Special Master's Office to complete its review. Accordingly, the Commonwealth requests a short extension of five business days to complete all reviews of the final draft protocol and submit a consensus version to the Court.

**WHEREFORE,** Defendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau, respectfully request this Honorable Court to grant the parties and Court Officers a brief extension of five (5) business days to submit the draft protocol to the Court.

RESPECTFULLY SUBMITTED.

**I HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

In San Juan, Puerto Rico, this 31st day of July, 2023.

For Defendants COMMONWEALTH OF PUERTO RICO and PUERTO RICO POLICE BUREAU:

**CANCIO, NADAL & RIVERA, L.L.C.**
P.O. Box 364966
San Juan, Puerto Rico  00936-4966
403 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Tel. (787) 767-9625

**S/ RAFAEL BARRETO-SOLÁ**
USDC PR: 211801
rbarreto@cnr.law

**S/ GABRIEL A. PEÑAGARÍCANO**
USDC PR: 212911
gpenagaricano@me.com