OFFICE OF THE FPMPR LLC.
B-5 Calle Tabonuco Suite 216 PMB 292
Guaynabo, Puerto Rico 00968

July 5, 2023

Travel Expenses by the members of the Office of the FPMPR LLC. for June 2023:

| NAME | AMOUNT | MONTH |
|---|---|---|
| 1. John Romero | $2,624.53 | June 2023 |
| 2. Denise Rodriguez | $2,533.78 | June 2023 |
| 3. Donald S. Gosselin | $2,552.44 | June 2023 |
| 4. Al Youngs | $2,188.60 | June 2023 |
| 5. Rafael E. Ruiz | $1,866.24 | June 2023 |
| 6. Scott Cragg | $1,921.62 | June 2023 |
| 7. Rita J. Watkins | $2,177.26 | June 2023 |
| 8. Hipolito Castro Jr | $1,915.53 | June 2023 |
| 9. David Levy | $2,427.99 | June 2023 |
| **TOTAL:** | **$20,207.99** | June 2023 |
| | | |