

FPM TRAVEL REIMBURSEMENT COVER SHEET

Name: John Romero

Invoice number: 108T

Invoice date: June 30, 2023

Site visit travel dates: June 25-30, 2023

**Total travel reimbursement amount   $2,624.53**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_[signature]_                                                                                     June 30, 2023

Signature                                                                                          Date

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $1,164.42 | 1 | $1,164.42 |
| Baggage | $ | 0 | $0 |
| Ground Transportation (Uber/Lyft/Taxi) |  | 0 | $0 |
| Ground Transportation (Parking) | $ | 0 | $0 |
| Ground Transportation (Mileage) | $0.655 | 82 | $53.71 |
| Lodging | $154.78 | 5 | $773.90 |
| Per Diem (Travel Days) | $86.25 | 2 | $172.5 |
| Per Diem (Full Days) | $115.00 | 4 | $ 460.00 |
| Other: |  |  |  |
| Total |  |  | $2,624.53 |

**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr John Romero
2301 Pacific Ave
Costa Mesa CA 92627
United States

Room: 1001
Room Type: KSTE
No. of Guests: 1
Rate: $ 125.00   Clerk: 1009

Marriott Rewards #   756834271

CRS Number   95305652

Name:

Arrive:  06-25-23        Time:  02:50 PM        Depart:  06-30-23        Folio Number: 733795

| Date | Description | Charges | Credits |
|---|---|---|---|
| 06-25-23 | Package | 125.00 | |
| 06-25-23 | Destination Fee | 17.00 | |
| 06-25-23 | Government Tax | 12.78 | |
| 06-26-23 | COMEDOR- Guest Charge (Breakfast) | 3.95 | |
| 06-26-23 | Package | 125.00 | |
| 06-26-23 | Destination Fee | 17.00 | |
| 06-26-23 | Government Tax | 12.78 | |
| 06-27-23 | COMEDOR- Guest Charge (Breakfast) | 3.95 | |
| 06-27-23 | Package | 125.00 | |
| 06-27-23 | Destination Fee | 17.00 | |
| 06-27-23 | Government Tax | 12.78 | |
| 06-28-23 | Package | 125.00 | |
| 06-28-23 | Destination Fee | 17.00 | |
| 06-28-23 | Government Tax | 12.78 | |
| 06-29-23 | Package | 125.00 | |
| 06-29-23 | Destination Fee | 17.00 | |
| 06-29-23 | Government Tax | 12.78 | |
| 06-30-23 | COMEDOR- Guest Charge (Breakfast) | 3.95 | |
| 06-30-23 | Master Card / Euro Card | | 785.75 |
| | Card # XXXXXXXXXXXX1805 | | |

**COURTYARD**®
**Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr John Romero
2301 Pacific Ave
Costa Mesa CA 92627
United States

Room: 1001
Room Type: KSTE
No. of Guests: 1
Rate: $ 125.00  Clerk: 1009

Marriott Rewards # 756834271

CRS Number 95305652

Name:

Arrive: 06-25-23      Time: 02:50 PM      Depart: 06-30-23      Folio Number: 733795

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
|      | Balance     |         | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

  John Romero <jrrjjr.romero@gmail.com>

## JetBlue booking confirmation for JOHN J ROMERO - EXXZHD
1 message

**JetBlue Reservations** <jetblueairways@email.jetblue.com>   Wed, Apr 26, 2023 at 7:59 PM
Reply-To: JetBlue Reservations <reply@email.jetblue.com>
To: jrrjjr.romero@gmail.com

Check out the details for your trip on  Sat, Jun 24

   | #3486580574

## You're all set to jet.

And, your continued loyalty is what keeps us flying high. Thanks again for being a Mosaic member.

Please note: This is not your boarding pass.

**Your JetBlue confirmation code is**    **EXXZHD**

Get the latest entry and travel requirements for your trip.

## Change made easy.

Change or cancel flights, add extras like Even More® Space or pets, update your seat assignment, TrueBlue & KTN numbers, and other traveler details–all in one place. Stay safe from fraud–use only **jetblue.com** or the JetBlue app to change or cancel your flights.

 Manage trip 

You can also manage your trips by **downloading our free mobile app**.

## Flights

| | | | |
|---|---|---|---|
| **LAX** Los Angeles, CA  Terminal: 5 | **FLL** Fort Lauderdale, FL | Date  Departs  Arrives  Flight | Sat, Jun 24  10:19pm  6:30am  700 |

**jetBlue**

| | | | |
|---|---|---|---|
| **FLL** Fort Lauderdale, FL  Terminal: 3 | **SJU** San Juan, PR | Date  Departs  Arrives  Flight | Sun, Jun 25  10:00am  12:51pm  1553 |

**jetBlue**

| | | | |
|---|---|---|---|
| **SJU** San Juan, PR  Terminal: A | **FLL** Fort Lauderdale, FL | Date  Departs  Arrives  Flight | Fri, Jun 30  12:43pm  3:28pm  1754 |

**jetBlue**

| | | | |
|---|---|---|---|
| **FLL** Fort Lauderdale, FL  Terminal: 3 | **LAX** Los Angeles, CA | Date  Departs  Arrives  Flight | Fri, Jun 30  5:24pm  7:49pm  101 |

**jetBlue**

**If your booking was made at least 7 days in advance:** You may cancel it within 24 hours for a full refund to your original form of payment, without a cancellation fee.

**JetBlue Change/Cancel Policy:** There is no fee to change (or cancel) Blue, Blue Extra, Blue Plus or Mint fares. Blue Basic fares booked Jun 8 2021 - Aug 24 2021 and after Nov 1 2021 are subject to a change/cancel fee of $100 for travel wholly within the U.S., Caribbean, Mexico or Central America, or $200 for all other routes. There are no change/cancel fees for Blue Basic fares booked before Jun 8 2021 or between Aug 25 2021 - Oct 31 2021.

Fare difference may apply and funds may be in the form of a JetBlue travel credit, valid for 12 months from original ticketing date. Booked before Mar 8, 2023? See details on expiration date **here.** As a Mosaic, same-day switches may be made without a fee or fare difference. **Click here** for details on our change and cancel policies.

## Traveler Details

**JOHN J ROMERO**

**Frequent Flier:** B6 3486580574

**Ticket number:** 2792121816324

**LAX - FLL:**
**Fare:** Blue
**Seat:** 7C
**Notes:** Even More® Space

**FLL - SJU:**
**Fare:** Blue
**Seat:** 2D
**Notes:** Even More® Space

**SJU - FLL:**
**Fare:** Blue
**Seat:** 3D
**Notes:** Even More® Space

**FLL - LAX:**
**Fare:** Blue
**Seat:** 9C
**Notes:** Even More® Space

## Bag Allowance (per traveler)

| Sat, Jun 24 | Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|---|

| LAX - SJU | Free | Free | Free Mosaic Perk | Free Mosaic Perk |
|---|---|---|---|---|
| **Fri, Jun 30** | **Personal Item** | **Carry-on** | **1st Bag** | **2nd Bag** |
| SJU - LAX | Free | Free | Free Mosaic Perk | Free Mosaic Perk |

**Size and weight limits apply. See full details on our Bag Info page ▶**

Free checked bag benefit for Mosaic members applies to JetBlue-operated and eligible American Airlines-operated flights only, and no other codeshare or partner airline flights.

Additional charges may apply.

# Payment Details

Master
XXXXXXXXXXX1805

| NONREF | $1,093.02 |
|---|---|
| Taxes & fees | $71.40 |
| **Total** | **$1,164.42 USD** |

Purchase Date: Apr 26, 2023

**Request full receipt**



## Unlocked: deals on wheels.

Your flight has unlocked up to 35% off car rentals with Paisly by JetBlue. Plus, you can earn a trunkful of TrueBlue points.

**Unlock deals**

 **Gmail** John Romero <jrrjr.romero@gmail.com>

## Itinerary receipt notice
1 message

**JetBlue** <jetblueairways@email.jetblue.com>  
Reply-To: JetBlue <reply@email.jetblue.com>  
To: jrrjr.romero@gmail.com

Thu, Apr 27, 2023 at 8:41 AM



# Your travel receipt.

Thanks for flying JetBlue!

## Travel Purchase

**Date of requested receipt:** 2023-04-26          **Record Locator:** EXXZHD

| | | | |
|---|---|---|---|
| **LAX** | **FLL** | Travel date | 2023-06-24T22:19:00 |
| | | Flight number | 0700 |
| **FLL** | **SJU** | Travel date | 2023-06-25T10:00:00 |
| | | Flight number | 1553 |
| **SJU** | **FLL** | Travel date | 2023-06-30T12:43:00 |
| | | Flight number | 1754 |
| **FLL** | **LAX** | Travel date | 2023-06-30T17:24:00 |
| | | Flight number | 0101 |

**Traveler(s)**                          **Ticket number(s)**

**ROMERO/JOHN J MR**                      2792121816324

| Taxes & fees breakdown: | AMOUNT | CURRENCY | PURPOSE - (CODE) |
|---|---|---|---|
| | $18.00 | USD | U.S. Passenger Facility Charge - (XF) |
| | $11.20 | USD | U.S. September 11th Security Fee - (AY) |
| | $42.20 | USD | U.S. Transportation Tax - (US2) |
| Taxes & fees total: | $71.40 | USD | |
| Base fare total: | $1,164.42 | | |

Base fare:  $1,093.02 USD

**Payment(s):**

Mastercard XXXXXXXXXXXX1805    $1,164.42

# Total paid: $1,164.42 USD*

*includes all fares, taxes, fees and penalties less any amounts refunded

Flight Status  |  Bag Info  |  Airport Info

# Stay connected

 Download the JetBlue mobile app

   

Help

Business Travel

Privacy

About JetBlue

Please call 1-800-JETBLUE (1-800-538-2583) for additional assistance.

Positive identification required for airport check-in.

Notice:
Carriage and other service provided by the carrier are subject to conditions of carriage, which are hereby incorporated by reference. These conditions may be obtained from the issuing carrier. E-ticket

Receipt total includes airfare, taxes, and fees applicable to air carrier baggage fees, and Event More fees, as may be applicable.

John Bryce

# Google Maps   2301 Pacific Ave, Costa Mesa, CA 92627 to lax terminal 5

**Drive 41.1 miles, 1 hr 3 min**



Map data ©2021 Google  2 mi

## 2301 Pacific Ave
Costa Mesa, CA 92627

**Get on I-405 N from W Wilson St and Harbor Blvd**

13 min (4.3 mi)

1. Head south on Pacific Ave toward Sea Breeze Dr

   0.1 mi

2. Turn left onto W Wilson St
   - Pass by Taco Bell (on the left in 1.4 mi)

   1.4 mi

3. Use the left 2 lanes to turn left onto Harbor Blvd
   - Pass by Panda Express (on the right)

   2.2 mi

4. Use the right lane to merge onto I-405 N via the ramp to Long Beach

   0.6 mi

**Follow I-405 N to CA-1 N/S Sepulveda Blvd in Los Angeles. Take exit 1C from I-105 W**

33 min (35.1 mi)

5. Merge onto I-405 N

   16.6 mi



FPMPR TRAVEL EXPENSE NOTE:

**John Romero Travel Expense Invoices Note:**

**Date: June 30, 2023**

**Notes:**

Please note:

Travel Expenses:
- The Even More Space Note in the Airfare receipt is a free benefit from the Airline as a Mosaic Status Perk.