

FPM TRAVEL REIMBURSEMENT COVER SHEET

Name: Denise Rodriguez

Invoice number: #033-1

Invoice date: July 1, 2023

Site visit travel dates: June 26-June 30th

Total travel reimbursement amount (*see page 2 for details*): $ 2,533.78

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies*.

*[signature]*

June 30, 2023

Signature      Date

# Office of the Technical Compliance Advisor Travel Reimbursement Form



**Traveler Name:** Denise Rodriguez
**Travel Dates:** June 26-30th
**Purpose of Travel:** Site visit

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare** | $ 1,089.40 | 1 | $ 1,089.40 |
| Baggage | $ - | 0 | $ - |
| Uber from Airport to hotel | $ - | 0 | $ - |
| Ground Transportation (Parking) | $ - | 0 | $ - |
| Ground Transportation (Mileage) | $ - | 0 | $ - |
| Lodging*** | $ 224.22 | 4 | $ 896.88 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 3 | $ 345.00 |
| Parking @ airport (days)* | $ 6.00 | 5 | $ 30.00 |
| Uber from hotel to Airport | $ - | 0 | $ - |
| **Total** | | | **$ 2,533.78** |

*Parking receipt includes personal days not included in this expense report
**Airfare includes two receipts. Originial flight was updated for early departure
***Lodging is $167 govt rate plus taxes and fees

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098



# INVOICE

| | |
|---|---|
| ROOM | 0937 |
| ROOM TYPE | EKNG |
| NO. OF GUESTS | 1 |
| RATE | 167 |
| CLERK | CALMO078 |
| DATE | 06/29/23 |
| PAGE No. | 1 of 3 |
| REWARDS # | 286891726 |

Ms Denise Rodriguez
3003 San Sebastian St
Mission TX 78572
United States

ARRIVE 06/25/23    TIME 12:00    DEPART 06/29/23    TIME 01:40    FOLIO# 3982746

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| 06/25/23 | ███████████████ | | ███ |
| 06/25/23 | █████ | | ███ |
| 06/25/23 | ████████████████████ | | ███ |
| 06/25/23 | █████████████ | | ███ |
| 06/25/23 | █████████████ | | ███ |
| 06/25/23 | Accommodation | | 167.00 |
| 06/25/23 | Destination Fee $35 Flat | | 35.00 |
| 06/25/23 | Room Occupancy Tax | | 22.22 |
| 06/26/23 | ██████ | | ███ |
| 06/26/23 | Accommodation | | 167.00 |
| 06/26/23 | Destination Fee $35 Flat | | 35.00 |
| 06/26/23 | Room Occupancy Tax | | 22.22 |
| 06/27/23 | ████████████████ | | ███ |
| 06/27/23 | ████████████████ | | ███ |
| 06/27/23 | ████████████████ | | ███ |
| 06/27/23 | ████████████████████ | | ███ |
| 06/27/23 | ████████ | | ███ |
| 06/27/23 | ███████████████████████████ | | ███ |
| 06/27/23 | ████████████████████ | | ███ |
| 06/27/23 | █████████████ | | ███ |
| 06/27/23 | ███████ | | ███ |

For billing questions or concerns, please let us know at SheratonPR.Folio@sheraton.com



# INVOICE

| | |
|---|---|
| ROOM | 0937 |
| ROOM TYPE | EKNG |
| NO. OF GUESTS | 1 |
| RATE | 167 |
| CLERK | CALMO078 |
| DATE | 06/29/23 |
| PAGE No. | 2 of 3 |
| REWARDS # | 286891726 |

Ms Denise Rodriguez
3003 San Sebastian St
Mission TX 78572
United States

ARRIVE 06/25/23     TIME 12:00     DEPART 06/29/23     TIME 01:40     FOLIO# 3982746

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| 06/27/23 | ▇▇▇▇▇▇▇▇▇▇▇▇ | | ▇▇ |
| 06/27/23 | ▇▇▇▇▇▇▇ | | ▇▇ |
| 06/27/23 | ▇▇▇▇▇▇▇ | | ▇▇ |
| 06/27/23 | Accommodation | | 167.00 |
| 06/27/23 | Destination Fee $35 Flat | | 35.00 |
| 06/27/23 | Room Occupancy Tax | | 22.22 |
| 06/28/23 | ▇▇▇ | | ▇▇ |
| 06/28/23 | Accommodation | | 167.00 |
| 06/28/23 | Destination Fee $35 Flat | | 35.00 |
| 06/28/23 | Room Occupancy Tax | | 22.22 |
| 06/29/23 | ▇▇▇▇▇▇▇▇▇▇▇▇ | | ▇▇ |
| 06/29/23 | ▇▇▇▇▇ | | ▇▇ |
| 06/29/23 | ▇▇▇▇▇▇▇ | | ▇▇ |
| 06/29/23 | ▇▇▇▇▇▇▇▇▇▇▇▇ | | ▇▇ |
| 06/29/23 | American Express | | -975.46 |

For billing questions or concerns, please let us know at SheratonPR.Folio@sheraton.com



INVOICE

| | |
|---|---|
| ROOM | 0937 |
| ROOM TYPE | EKNG |
| NO. OF GUESTS | 1 |
| RATE | 167 |
| CLERK | CALMO078 |
| DATE | 06/29/23 |
| PAGE No. | 3 of 3 |
| REWARDS # | 286891726 |

Ms Denise Rodriguez
3003 San Sebastian St
Mission TX 78572
United States

ARRIVE 06/25/23   TIME 12:00   DEPART 06/29/23   TIME 01:40   FOLIO# 3982746

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| | | Balance USD | 0.00 |

For billing questions or concerns, please let us know at SheratonPR.Folio@sheraton.com



INSERT THIS WAY

REPUBLIC PARKING
PART OF REEF PARKING NETWORK

| From: | United Airlines, Inc. |
|---|---|
| To: | drodriguez_PRI@outlook.com |
| Subject: | Your United reservation for Houston, TX, US (IAH) is processing |
| Date: | Sunday, June 25, 2023 4:05:59 PM |

Add UnitedAirlines@news.united.com to your address book. See instructions.

Sunday, June 25, 2023

## Thank you for choosing United

We're processing your reservation and will send you an eTicket Itinerary and Receipt email once completed. This process usually takes less than an hour, but in rare cases it could take longer. If you don't receive an eTicket Itinerary and Receipt email within 24 hours, please call the United Customer Contact Center

| Confirmation number: | San Juan, PR, US (SJU) to Houston, TX, US (IAH) |
|---|---|
| D87F24 | Manage reservation |

}
### New purchase summary

| New trip | |
|---|---:|
| 1 adult (18-64) | $1,089.40 |
| Taxes and fees difference | $0.00 |
| Original trip | - $1,369.87 |
| Change fee | No fee |
| **Total amount paid** | **$0.00** |
| **Total credit** | **$280.47** |
| **Future flight credit details** | |
| DENISE RODRIGUEZ | $280.47 |

An email with your future flight credit details, including how to use your credit or check your credit balance, will be sent to: drodriguez_PRI@outlook.com  Learn more about travel credits

### Trip summary

Thu, Jun 29, 2023

| UA 668 | | | Nonstop |
|---|---|---|---|
| **3:00 pm** <br> San Juan, PR, US (SJU) | | **6:48 pm** <br> Houston, TX, US (IAH) | Duration: 4h 48m <br> United Economy (T) |
| Wi-Fi | | | |

Thu, Jun 29, 2023

| UA 1346 | | | Nonstop |
|---|---|---|---|
| **7:48 pm** <br> Houston, TX, US (IAH) | | **9:03 pm** <br> McAllen, TX, US (MFE) | Duration: 1h 15m <br> United Economy (T) |
| Wi-Fi   Power outlets | | | |

## Travelers

| DENISE RODRIGUEZ | SJU to IAH <br> IAH to MFE | 03D <br> 11F | Known Traveler/Pass ID: <br> Frequent flyer: <br> Phone number: | ********* <br> UA-*****985 <br> +1 (956) 279-3097 |
|---|---|---|---|---|

**REAL ID requirement**

Do you have a REAL ID? Beginning May 7, 2025, every air traveler 18 and older will need a state-issued REAL ID-compliant license or identification card, or another acceptable form of ID (such as a passport), to fly within the United States. If you don't have a REAL ID, you'll need to use another acceptable form of identification, when flying within the U.S.

## Additional trip planning tools

Baggage Policies: View current baggage acceptance allowances.
Passport and Visa Information: International Travel Documentation requirements

## Carry-on baggage allowed

United accepts the following items, per customer to be carried on the aircraft at no charge:

One carry-on bag no more than 45 linear inches or 114 linear centimeters
One personal item (such as a shoulder or laptop bag)

| | |
|---|---|
| **From:** | United Airlines |
| **To:** | DRODRIGUEZ_PRI@OUTLOOK.COM |
| **Subject:** | eTicket Itinerary and Receipt for Confirmation D87F24 |
| **Date:** | Wednesday, May 17, 2023 1:23:13 PM |



Wed, May 17, 2023

## Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# D87F24

---

| Flight 1 of 4 UA6212 | Class: United Economy (U) |
|---|---|
| Sun, Jun 25, 2023 | Sun, Jun 25, 2023 |
| **05:15 AM** | **06:35 AM** |
| McAllen, TX, US (MFE) | Houston, TX, US (IAH) |

Flight Operated by Mesa Airlines dba United Express.

| Flight 2 of 4 UA1192 | Class: United Economy (U) |
|---|---|
| Sun, Jun 25, 2023 | Sun, Jun 25, 2023 |
| **10:11 AM** | **03:42 PM** |
| Houston, TX, US (IAH) | San Juan, PR, US (SJU) |

| Flight 3 of 4 UA668 | Class: United Economy (Q) |
|---|---|
| Fri, Jun 30, 2023 | Fri, Jun 30, 2023 |
| **03:00 PM** | **06:48 PM** |
| San Juan, PR, US (SJU) | Houston, TX, US (IAH) |

| Flight 4 of 4 UA1346 | Class: United Economy (V) |
|---|---|
| Fri, Jun 30, 2023 | Fri, Jun 30, 2023 |
| **07:48 PM** | **09:03 PM** |
| Houston, TX, US (IAH) | McAllen, TX, US (MFE) |

**Traveler Details**

RODRIGUEZ/DENISE

eTicket number: **0162487556241**  
Frequent Flyer: **UA-XXXXX985 Premier Platinum**

Seats: **MFE-IAH 10D**  
**IAH-SJU 11F**  
**SJU-IAH 10F**  
**IAH-MFE 10F**

## Purchase Summary

| | |
|---|---|
| Method of payment: | American Express ending in 1002 |
| Date of purchase: | Wed, May 17, 2023 |

| | |
|---|---|
| Airfare: | 1298.47 |
| U.S. Transportation Tax: | 42.20 |
| September 11th Security Fee: | 11.20 |
| U.S. Passenger Facility Charge: | 18.00 |
| Total Per Passenger: | 1369.87 USD |
| Total: | 1369.87 USD |

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.  
NONREF/0VALUAFTDPT  
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

## MileagePlus Accrual Details

### Denise Rodriguez

| Date | Flight | From/To | Award Miles | PQP | PQF |
|---|---|---|---|---|---|
| Sun, Jun 25, 2023 | 6212 | McAllen, TX, US (MFE) to Houston, TX, US (IAH) | 864 | 96 | 1 |
| Sun, Jun 25, 2023 | 1192 | Houston, TX, US (IAH) to San Juan, PR, US (SJU) | 5472 | 608 | 1 |
| Fri, Jun 30, 2023 | 668 | San Juan, PR, US (SJU) to Houston, TX, US (IAH) | 3735 | 415 | 1 |
| Fri, Jun 30, 2023 | 1346 | Houston, TX, US (IAH) to McAllen, TX, US (MFE) | 1629 | 181 | 1 |
| MileagePlus accrual totals: | | | 11700 | 1300 | 4 |

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Sun, Jun 25, 2023<br>McAllen, TX, US (MFE)<br>to San Juan, PR, US (SJU - Luis Muñoz Marín) | 0 USD | 0 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |
| Fri, Jun 30, 2023<br>San Juan, PR, US (SJU - Luis Muñoz | | | | |