

FPM TRAVEL REIMBURSEMENT COVER SHEET

Name: Donald Gosselin

Invoice number:

Invoice date: June 30, 2023

Site visit travel dates: June 25-29

Total travel reimbursement amount (*see page 2 for details*): $2,552.44

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies*.

| Donald Gosselin | June 30, 2023 |
|---|---|
| Signature | Date |

## Travel Breakout

**Traveler: Donald S. Gosselin  - June 25 - 29, 2023**

| Expense | Unit Cost | Units | Column1 | Total | Column2 |
|---|---|---|---|---|---|
| Airfare Rep of Panama-SJU/Coach 25 JUNE | $ 592.80 | 1 | $ - | $ 592.80 | COPA PTY- SJU COACH |
| Airfare SJU-BOS/Coach 29 JUNE | $ 441.20 | 1 | | $ 441.20 | JETBLUE SJU-BOS |
| Airline Change Fee (incl tax) | $ - | 0 | | $ - | N/A |
| Ground Transportation (Uber/Lyft/Taxi) | $ 22.84 | 1 | | $ 22.84 | BOS to Private Parking |
| Ground Transportation (Parking) | $ 15.00 | 0 | | $ - | Private Parking Used |
| Ground POV Transport BOS - Base | $ 0.655 | 124 | | $ 81.22 | BOS - Base/Western Maine |
| Tolls /Use of Rental Vehicle/to-from Base | $4.20 | | WAIVED | $ - | MA/NH/ME Tolls |
| Lodging | $ 167.00 | 4 | | $ 668.00 | DoD LOW season rate |
| Per Diem (Travel Days) | $ 86.25 | 2 | | $ 172.50 | |
| Per Diem (Full Days) | $ 115.00 | 3 | | $ 345.00 | |
| Hotel TAX ($35.00 + $22.22) | $ 57.22 | 4 | | $ 228.88 | |
| | | | | | |
| **Total** | | | | **$ 2,552.44** | |



## ELECTRONIC TICKET FOR  DONALDDR GOSSELIN
17 May 2023

**Order ID**
**AR0LSX**

**Manage your Reservation**

Thank you for choosing Copa Airlines for your travel plans. Please read these important details about your reservation and itinerary.

## PASSENGER DETAILS

| Name | Frequent Flyer # | Star Alliance Status | Ticket Number |
|---|---|---|---|
| DONALDDR GOSSELIN | 233164538CM | Silver | 2302181915559 |

## FLIGHT ITINERARY:

**PANAMA CITY(PTY) - SAN JUAN(SJU) - Flight Number - CM 450 - Economy Class**

| Departure | Arrival | Flight Details |
|---|---|---|
| Sunday June 25, 2023 | Sunday June 25, 2023 | Flight Duration: 2h 47m |
| 7:12 PM | 10:59 PM | Aircraft: 738 |
| PANAMA CITY(PTY) | SAN JUAN(SJU) | Flight Operated by: CopaAirlines |
| | | Seats Reserved: Yes - Reserve or Change Seats |

## AIR TRANSPORTATION CHARGES

| Description | Rate |
|---|---|
| Ticket Fare DONALDDR GOSSELIN | 488.00 USD |
| AH | 1.25 |
| F3 | 12.00 |
| FZ | 40.00 |
| PA | 34.20 |
| XA | 3.83 |
| XY | 7.00 |
| YC | 6.52 |

| | |
|---|---:|
| Total | 592.80 USD |

To know more about fare family details click here Copa.com

**PAYMENT METHOD:**

| | | |
|---|---|---:|
| Credit Card | CAXXXXXXXXXXXX4253 | USD 592.80 |
| | Expiry Date: | 0127 |
| | Authorization Code: | 01686Z |

A non-refundable administrative fee will be charged per-person and added to the total ticket price upon purchase of your tickets at our Sales Offices, Airports and Reservations Centers. The fee doesnt apply for purchases made in Mexico. In some countries local taxes may apply to the fee. For more information about this administrative fee, please click  here

It is the passenger's responsibility to ensure to obtain and comply with the travel requirements established by the authorities of the place of origin, transit and destination.Before boarding, Copa Airlines will verify that the passenger has the necessary immigration or health requirements for the place of origin and destination. Any passenger who provides false or misleading information regarding such requirements will be responsible for any expenses incurred or fines imposed on the airline for this reason.

Please review your baggage policy for information about your baggage allowance.

Federal law in U.S. Forbids the carriage of hazardous materials aboard aircraft in your luggage or on your person. A violation can result in five years imprisonment penalties. Hazardous materials include explosives, compressed gases, flammable liquids solids, oxidizers,poisons,Corrosives and radioactive materials. Examples:Paints,lighter fluid,fireworks. There are special exceptions for small quantities (Up to 70 ounces total) of medicinal and toilet articles carried in your luggage and certain smoking materials carried on your person. For further information visit copaair.com.



**Need help?**
For inquiries about reservations, charges, status of your flight and more, please visit Copa.com

**Follow Us on  Social Media:**

  

This automated email has been sent to attygosselin@gmail.com  in order to provide you with  information about your trip.
Please do not reply to this email  using  the 'Reply' button. For assistance,  please contact our Reservation Center.
View our Privacy Policy.

**From:** JetBlue Reservations jetblueairways@email.jetblue.com
**Subject:** JetBlue booking confirmation for DONALD S GOSSELIN - WWHWIZ
**Date:** May 17, 2023 at 15:06
**To:** gosselin.intl@gmail.com



Check out the details for your trip on  Thu, Jun 29



Please note: This is not your boarding pass.

**Your JetBlue confirmation code is**  **WWHWIZ**

**Get the latest** entry and travel requirements for your trip.

## Change made easy.

Change or cancel flights, add extras like Even More® Space or pets, update your seat assignment, TrueBlue & KTN numbers, and other traveler details–all in one place. Stay safe from fraud–use only **jetblue.com** or the JetBlue app to change or cancel your flights.



You can also manage your trip by **downloading our free mobile app**.

## Flights

| | | | |
|---|---|---|---|
| **SJU**  ▶ | **BOS** | **Date** | Thu, Jun 29 |
| San Juan, PR | Boston, MA | **Departs** | 6:47pm |
| **Terminal:** A | | **Arrives** | 10:49pm |
| | | **Flight** | 362 |

**jetBlue**

**If your booking was made at least 7 days in advance:** You may cancel it within 24 hours for a full refund to your original form of payment, without a cancellation fee.

**JetBlue Change/Cancel Policy:** There is no fee to change (or cancel) Blue, Blue Extra, Blue Plus or Mint fares. Blue Basic fares are subject to a change/cancel fee of $100 for travel wholly within the U.S., Caribbean, Mexico or Central America, or $200 for all other routes.

Fare difference may apply and funds may be in the form of a JetBlue travel credit, valid for 12 months from original ticketing date. Booked before Mar 8, 2023? See details on expiration date **here.** Same-day switches may be made without a fare difference for $75. **Click here** for details on our change and cancel policies.

## Traveler Details

**DONALD S GOSSELIN**

**Frequent Flier:** AA 32A6M16

**Ticket number:** 2792123446032

**SJU - BOS:**

**Fare:** Blue

**Seat:** **7F**

## Bag Allowance (per traveler)

| Thu, Jun 29 | Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|---|
| SJU - BOS | Free | Free | From $30$^*$ Up to 50 lbs **Add bag now** | From $40$^{**}$ Up to 50 lbs **Add bag now** |

**Size and weight limits apply. See full details on our Bag Info page** ▶

Additional charges may apply.

$^*$$30 if added more than 24 hours before departure, or $35 within 24 hours of departure.

$^{**}$$40 if added more than 24 hours before departure, or $45 within 24 hours of departure.



Get up to 7" more legroom, a fast lane to the TSA checkpoint (select cities), and early boarding—all the better to nab that overhead bin.

**Add Even More® Space** ▶

## Payment Details

| Master XXXXXXXXXXX4253 | NONREF | $410.00 |
| | Taxes & fees | $31.20 |
| | **Total** | **$441.20 USD** |

Purchase Date: May 17, 2023

**Request full receipt**



## Unlocked: deals on wheels.

Your flight has unlocked up to 35% off car rentals with Paisly by JetBlue. Plus, you can earn a trunkful of TrueBlue points.

**Unlock deals**



## Bag $5 in savings.

If you're planning on checking bags, add them now to save time and money. The fees go up starting 24 hours before departure.

**Buy checked bags now** ▶

# Take sustainability to new heights.

JetBlue is proud to add Sustainable Aviation Fuel (SAF) to the mix at several airports—and now you can contribute to help source

additional SAF and reduce the environmental impact of flying.

Learn more

Flight Tracker | Bag Info | Airport Info

## All things travel, all from JetBlue.

jetBlue
Flights

jetBlue vacations
Packages

paisly by jetBlue
Cars, stays & more

TRUEBLUE
Points & perks

jetBlueCard
Credit cards

TROUPE
Group planning


Let's stay connected.
Download the JetBlue app.

   

Help   |   Business Travel   |   Privacy   |   About JetBlue

*Based on avg. fleet-wide seat pitch of U.S. airlines.

CUSTOMER CONCERNS
Have a question or concern? Contact us at jetblue.com/contact-us. Or mail us at JetBlue, 27-01 Queens Plaza North, Long Island City, NY 11101.

NOTICE OF INCORPORATED TERMS
All travel on JetBlue is subject to JetBlue's Contract of Carriage, the full terms of which are incorporated herein by reference, including but not restricted to: (i) Limits on JetBlue's liability for personal injury or death, and for loss, damage, or delay of goods and baggage, including special rules for fragile and perishable goods; (ii) Claims restrictions, including time periods within which

rules for fragile and perishable goods; (ii) Claims restrictions, including time periods within which you must file a claim or bring an action against JetBlue; (iii) Rights of JetBlue to change the terms of the Contract of Carriage; (iv) Rules on reservations, check-in, and refusal to carry; (v) JetBlue's rights and limits on its liability for delay or failure to perform service, including schedule changes, substitution of aircraft or alternate air carriers, and rerouting; (iv) Non-refundability of reservations. International travel may also be subject to JetBlue's International Passenger Rules Tariffs on file with the U.S. Department of Transportation and, where applicable, the Montreal Convention or the Warsaw Convention and its amendments and special contracts. The full text of the Contract of Carriage is available for inspection at www.jetblue.com and all airport customer service counters. Tariffs may also be inspected at all airport customer service counters. You have the right to receive a copy of the Contract of Carriage and tariffs by mail upon request.

EMPLOYEE ASSAULT PREVENTION AND RESPONSE
It is a violation of federal law to assault an airport, air carrier, or federal employee within the airport. Any customer who physically or verbally assaults a JetBlue crewmember or business partner while conducting their duties within the airport will be referred to law enforcement.

NOTICE OF INCREASED GOVERNMENT TAX OR FEE
JetBlue reserves the right to collect additional payment after a fare has been paid in full and tickets issued for any additional government taxes or fees assessed or imposed.

CARRY-ON BAG RULES
All travelers may board with one (1) small personal item, such as a purse, briefcase, laptop computer case, small backpack, or a small camera, which must fit completely under the seat in front of you. For bookings made 2/25/21 (12:00am ET) or later for travel 7/20/21 or later: Travelers (except those on a Blue Basic fare) are permitted one (1) carry-on item that must be placed in the overhead bin and not exceed external dimensions of 22in x 14in x 9in. A carry-on bag is not permitted with a Blue Basic booking, except for Mosaic members, those booking an Even More® Space seat, on all legs if connecting, unaccompanied minors and active military. Overhead bin space for one carry-on bag per traveler is guaranteed on domestic flights within the U.S. on a Blue, Blue Extra and Mint fare—or you get a $25 Travel Bank credit. Please visit www.jetblue.com/bags for additional info and exceptions. On any given flight, JetBlue reserves the right to further restrict the number of carry-on items as circumstances may require.

CHECKED BAGGAGE ALLOWANCE/FEES
For Blue / Blue Basic / Blue Extra fares, the first checked bag fee is $35 and the second checked bag fee is $45. For Blue Plus fares, one checked bag is included and the second checked bag fee is $45. For Mint fares, two checked bags are included. For TrueBlue Mosaic members: two checked bags are included. For JetBlue Plus cardmembers, one checked bag is included and the second checked bag fee is $45. You can add up to 2 checked bags in advance (more than 24 hours before departure) and save $5 on each bag fee. For all fares, the fee for the third (or more) checked bag is $150 and only available at the airport. Separate baggage allowances and fees apply to UK/Europe flights: For Blue Basic fares, the first checked bag fee is $65/£55/€60 and the second checked bag fee is $105/£85/€95. For Blue, Blue Plus and Blue Extra, one checked bag is included and the second checked bag fee is $105/£85/€95. For Mint fares: two checked bags are included. For all fares, any additional bags are $200/£150/€185 each. All bags are subject to size/weight restrictions. Other fees apply for oversized or overweight baggage. See www.jetblue.com/bags. Excess baggage rules and size/weight restrictions may vary depending on load availability and country restrictions. See www.jetblue.com/bags for more information. Travel on our partner airlines (excluding Cape Air*) — Baggage rules and fees vary by partner airline and destination. JetBlue will follow our partner airlines' fees when customers are traveling on an itinerary including one of our partner airlines. See http://www.jetblue.com/partners for more information.

*For itineraries with a connection only to/from Cape Air, JetBlue's standard fees apply.

CHECK-IN TIMES
For domestic travel, customers traveling with checked baggage must obtain a boarding pass and check their baggage no less than forty (40) minutes prior to scheduled departure and be onboard the aircraft no less than fifteen (15) minutes prior to the scheduled or posted departure time. Customers traveling without checked baggage must obtain a boarding pass no less than thirty (30) minutes prior to scheduled departure and be onboard the aircraft no less than fifteen (15) minutes prior to scheduled or posted departure time. For international travel, all customers must obtain a boarding pass and check their baggage no less than sixty (60) minutes prior to scheduled departure and be onboard the aircraft no less than fifteen (15) minutes prior to the scheduled or posted departure time.

DOCUMENTATION REQUIREMENTS
For domestic travel, customers over the age of 18 must present government-issued photo identification that includes a tamper resistant feature, name, date of birth, gender, and expiration date. Documents required for international travel vary according to country of travel, citizenship, residency, age, length of stay, purpose of visit, etc., and customers should contact the embassy or consulate in their destination country for all documentation requirements, including proof of return or onward travel. It is your responsibility to ensure you have the required documentation for travel. JetBlue reserves the right to deny boarding to anyone without proper documentation and is not responsible for any failure by you to have the required documentation for entry into a foreign country or return into the United States.

ADVICE TO DOMESTIC CUSTOMERS ON CARRIER LIABILITY
For travel entirely within the U.S., JetBlue's liability for loss, damage or delay in delivery of baggage is limited to $3,800 per ticketed passenger unless a higher value is declared in advance and additional charges are paid. JetBlue assumes no responsibility for fragile, unsuitably packaged, irreplaceable, essential, or perishable items. Please refer to JetBlue's Contract of Carriage for additional information.

ADVICE TO INTERNATIONAL PASSENGERS ON LIMITATION OF LIABILITY
Passengers on a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that international treaties known as the Montreal Convention, or its predecessor, the Warsaw Convention, including its amendments, may apply to the entire journey, including any portion thereof within a country. For such passengers, the treaty, including special contracts of carriage embodied in applicable tariffs, governs and may limit the liability of JetBlue in respect of death or injury to passengers, and for destruction or loss of, or damage to, baggage, and for delay of passengers and baggage. If your journey also involves carriage by other airlines, you should contact them for information on their limits of liability. Please refer to JetBlue's Contract of Carriage for additional information, including the limits of liability for services provided in the European Union.

NOTICE OF OVERBOOKING OF FLIGHTS
While JetBlue does not intentionally overbook its flights, there is still a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for a payment of the airline's choosing. If there are not enough volunteers, JetBlue will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions, including failure to comply with JetBlue's check-in deadlines, persons denied boarding involuntarily are entitled to compensation. Please refer to JetBlue's Contract of Carriage for the complete rules for the payment of compensation and JetBlue's boarding priorities. Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your

airline or your travel agent.

©2023 JetBlue Airways Corporation

| | |
|---|---|
| **From:** | **Uber Receipts** noreply@uber.com |
| **Subject:** | [Business] Your Thursday evening trip with Uber |
| **Date:** | June 30, 2023 at 09:41 |
| **To:** | gosselin.intl@gmail.com |



# Uber

Total **$22.84**
June 29, 2023

## Thanks for riding, Donnie

We hope you enjoyed your ride this evening.



| Total | $22.84 |
|---|---|

| Trip fare | $18.18 |
|---|---|

| Subtotal | **$18.18** |
|---|---|
| Booking Fee | $1.41 |
| Airport Facility Charge | $3.25 |

**Payments**

 **American Express ••••2001**          $22.84
6/30/23 9:41 AM

**Switch Payment Method**

Download PDF

## You rode with ZHONGHUA

**4.96**  Rating          Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.

**Rate or tip**

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ›

---

**UberX**   4.66 miles | 11 min

**10:49 PM**
Terminal Rd & Terminal C,
Boston, Massachusetts
02128, US

**11:00 PM**
12 Cushman Ave, Revere, MA
02151, US





Report lost item  ›

Contact support  ›

My trips  ›

# Uber

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158



# SHERATON
Puerto Rico Hotel & Casino

INFORMATION INVOICE

| | |
|---|---|
| ROOM | 1146 |
| ROOM TYPE | CCTY |
| NO. OF GUESTS | 1 |
| RATE | 167 |
| CLERK | JJOLI783 |
| DATE | 07/02/23 |
| PAGE No. | 1 of 2 |
| REWARDS # | 839932555 |

Dr Donald Gosselin
12 Naomi St
Sebago ME 04029
United States

ARRIVE 06/25/23   TIME 11:56   DEPART 06/29/23   TIME 05:08   FOLIO# 3982742

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| 06/25/23 | Room Charge | | 167.00 |
| 06/25/23 | Destination Fee $35 Flat | | 35.00 |
| 06/25/23 | Room Occupancy Tax | | 22.22 |
| 06/26/23 | Room Charge | | 167.00 |
| 06/26/23 | Destination Fee $35 Flat | | 35.00 |
| 06/26/23 | Room Occupancy Tax | | 22.22 |
| 06/27/23 | Tips - Pool | Room# 1146 : CHECK# 1239687 | 8.00 |
| 06/27/23 | Room Charge | | 167.00 |
| 06/27/23 | Destination Fee $35 Flat | | 35.00 |
| 06/27/23 | Room Occupancy Tax | | 22.22 |
| 06/28/23 | Tips - Restaurant | Room# 1146 : CHECK# 1162505 | 2.00 |
| 06/28/23 | Room Charge | | 167.00 |
| 06/28/23 | Destination Fee $35 Flat | | 35.00 |
| 06/28/23 | Room Occupancy Tax | | 22.22 |
| 06/29/23 | Visa Card
XXXXXXXXXXXX4086 | XX/XX | -906.88 |

For billing questions or concerns, please let us know at SheratonPR.Folio@sheraton.com



INFORMATION INVOICE

| | |
|---|---|
| ROOM | 1146 |
| ROOM TYPE | CCTY |
| NO. OF GUESTS | 1 |
| RATE | 167 |
| CLERK | JJOLI783 |
| DATE | 07/02/23 |
| PAGE No. | 2 of 2 |
| REWARDS # | 839932555 |

Dr Donald Gosselin
12 Naomi St
Sebago ME 04029
United States

ARRIVE 06/25/23   TIME 11:56   DEPART 06/29/23   TIME 05:08   FOLIO# 3982742

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| | | Balance USD | 0.00 |

For billing questions or concerns, please let us know at SheratonPR.Folio@sheraton.com