

FPM TRAVEL REIMBURSEMENT COVER SHEET

Name: Alan C Youngs

Invoice number: 48

Invoice date: June 30, 2023

Site visit travel dates:  06/25/23 to 06/29/23

Total travel reimbursement amount (*see page 2 for details*): $2,188.60.

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.*

_____
Signature

_06/30/23_
**Date**



# Office of the Technical Compliance Advisor
# Travel Reimbursement Form

Enter all required information below to obtain travel reimbursement. If spending did not occur in a category, please enter zeros. Zeros will likely need to be entered for one or more of the ground transportation options. The "Total" column of the table will update based on the information entered into the "Unit Cost" and "Units" columns. To update the "Total" column, click CTRL+A and then F9. Receipts for airfare, lodging, ground transportation, and PCR testing must be submitted with this form. Submit the Travel Reimbursement Form and accompanying receipts to Javier Gonzalez (Javier.benito@me.com) with the Chief Monitor (jrrjjr.romero@gmail.com) and/or his designee copied along with your monthly invoice.

**Traveler Name:  Alan C Youngs**
**Travel Start Date 06/25/23 Travel End Date: 06/29/23**
**Purpose of Travel: Puerto Rico**

| Travel Reimbursement | | | |
|---|---|---|---|
| | Unit Cost | Units | Total |
| **Airfare Denver to Puerto Rico** | $405.70 | 1 | $405.70 |
| **Airfare  Puerto Rico to Denver** | $445.70 | 1 | $445.70 |
| **Baggage** | $30.00 | 1 | $30.00 |
| **Ground Transportation (Uber/Lyft/Taxi) to DIA** | $69.58 | 1 | $69.58 |
| **Ground Transportation (Uber/Lyft/Taxi) from DIA** | $101.00 | 1 | $101.00 |
| **Ground Transportation (Parking)** | $0.00 | 1 | $0.00 |
| **Ground Transportation (Mileage)** | $0.655 | 0 | $0.00 |
| **Lodging** | $154.78 | 4 | $619.12 |
| **Per Diem (Travel Days)** | $86.25 | 2 | $172.50 |
| **Per Diem (Full Days)** | $115.00 | 3 | $345.00 |
| **PCR Testing** | $0.00 | 0 | $0.00 |
| **Total** | | | **$2,188.60** |

VIG Tower, PH – 924

1225 Ave. Juan Ponce de Leon

San Juan, PR 00907

787-417-9098

ISSUED BY AND VALID ONLY ON

# SOUTHWEST AIRLINES®      BOARDING PASS

RR

## YOUNGS/ALAN

FLIGHT **391**

DATE **JUN 25**

CONF.# **2JI8BR**

207895671

**A-List Preferred**

**Wanna Get Away Plus**<sup>TM</sup>

Boarding
Group

**A**

| 391 | DENVER |
| | HOUSTON (HOBBY) |
| | 07:05 AM R |
| 1039 | HOUSTON (HOBBY) |
| | SAN JUAN |
| | 11:15 AM |

Check monitors for gate number

Boarding
Position

**19**

## BOARDING TIME
# 06:35 AM

**Southwest.**

PRIORITY BOARDING
PRIORITY & EXPRESS LANES

2JI8BR

LN: YOUNGS
FN: ALAN
MN:

19

AWI-W10/CH.11

*fold here*

ISSUED BY AND VALID ONLY ON
# SOUTHWEST AIRLINES®

## BOARDING PASS

RR

# YOUNGS/ALAN

FLIGHT **1039**

DATE **JUN 25**

CONF.# **2JI8BR**

1039 HOUSTON (HOBBY)
SAN JUAN
11:15 AM R

**A-List Preferred**

**Wanna Get Away Plus™**

**Check monitors for gate number**

## BOARDING TIME
# 10:45 AM

PRIORITY BOARDING
PRIORITY & EXPRESS LANES

207895671

Boarding
Group

# A

Boarding
Position

# 21

## Southwest.

2JI8BR

LN: YOUNGS
FN: ALAN
MN:

**21**

AWI-W10/CH.11

*fold here*

A-List Preferred   *Hi, Alan*   37,520 points   **My Account**  |  **Log out**   Espanol 

 Southwest

FLIGHT | HOTEL | CAR | VACATIONS      SPECIAL OFFERS      RAPID REWARDS®      🔍

# Thanks for flying with us!

✓ Price      ✓ Payment      ✓ Confirmation

### ✓ Your flight is booked!

We're sending you a confirmation email to the address below. If the email hasn't arrived in 2 minutes, check your junk or spam folder.
alyoun@aol.com

## Trip summary                                    🖨 Print

### ✈ Flight

CONFIRMATION #
**2JI8BR**

JUN 25
**DEN ✈ SJU**

FLIGHT TOTAL
**$405.70**

🚗 Add a car



**Book now. Pay later!**
From **$91.19***/day in
San Juan

*Taxes and fees excl. Terms apply.

Book now

Add a hotel



The perfect stay is moments away

WHERE ARE YOU HEADED?
San Juan

CHECK-IN        CHECK-OUT
06/25/2023      06/27/2023

Search ☐


LIMITED-TIME OFFER

## Earn 60,000 points
and a **30% off** promo code.*

Learn more ›

*30% off promo code discount on base fare and applied before taxes and fees. Offer ends 6/26/23. The account information is only an estimate for a specific point in time. Please reference your Rapid Rewards® account for the most up-to-date information.

| | |
|---|---|
| CURRENT POINTS BALANCE | 37,520 |
| ESTIMATED POINTS EARNED ON THIS TRIP | 2,960 |
| POINTS EARNED WITH NEW CREDIT CARD OFFER | 60,000 |
| **ESTIMATED TOTAL POINTS** | **100,480** |

## 6/25 - San Juan

 **100% free inflight entertainment*** — all on your devices.      Learn more

*Download the Southwest app to view movies and on-demand content. Inflight messaging only allows access to iMessage and WhatsApp. Apps must be downloaded before the flight.

JUN 25
## Denver, CO *to* San Juan, PR

**Confirmation # 2JI8BR**

| PASSENGERS | | | EST. POINTS | EXTRAS | FARE |
|---|---|---|---|---|---|



| PASSENGERS | EST. POINTS | EXTRAS | FARE |
|---|---|---|---|
| **Alan Youngs** | + 2,960 PTS | — | Wanna Get Away Plus |

Rapid Rewards® Acct # 207895671  A-List Preferred

Add Known Traveler # / Redress #  ›
Special Assistance  ›

$ **Transfarency®: Defined**
Low fares. Nothing to hide. ↗

⇄ **Change fees don't fly with us**
Flexibility for your travel plans. ↗

🧳 **Pack with care**
Guidelines for carryon luggage. ↗

# Departing  6/25/23 Sunday

**Wanna Get Away Plus**  $370.00
*(Passenger x1)*

✈ DEPARTS | **7:05** AM | **DEN**
Denver, CO - DEN

FLIGHT **391** 📶 + 📺
SCHEDULED AIRCRAFT
Boeing 737-700
*Subject to change*

ARRIVES | **10:35** AM | **HOU**
Houston (Hobby), TX - HOU

TRAVEL TIME
**2hr 30min**

*stop 1: Houston (Hobby), TX - HOU*

DEPARTS | **11:15** AM | **HOU**
Houston (Hobby), TX - HOU

FLIGHT **1039** 📶 + 📺
SCHEDULED AIRCRAFT
Boeing 737 MAX8
*Subject to change*

✈ ARRIVES | **4:30** PM | **SJU**
San Juan, PR - SJU

TRAVEL TIME
**4hr 15min**

SUBTOTAL
$ **370.00**

Taxes & fees   $35.70

**Flight total**   $ **405.70**

**Icon legend**

📶 WiFi available    📺 Live TV available    ✈ Change planes

**Helpful Information:**

- Starting July 1, 2023 (12:00 a.m. CT), for Wanna Get Away® or Wanna Get Away Plus™ award travel reservations: if you do not cancel your reservation at least 10 minutes before the flight's original scheduled departure time, any points used for booking will be forfeited, along with any taxes and fees associated with your award travel reservation. For Anytime or Business Select® award travel reservation: the points used for booking will continue to be redeposited to the purchaser's Rapid Rewards® account, and any taxes and fees associated with the award travel reservation will be converted into a flight credit for future use.
- Please read the fare rules associated with this purchase.
- When booking with Rapid Rewards points, your points balance may not immediately update in your account.
- **REAL ID Requirement:** Do you have a **REAL ID**? Beginning May 7, 2025, you will need a state-issued **REAL ID** compliant license or identification card, or another acceptable form of ID (such as a U.S. Passport), to fly within the United States. Visit www.tsa.gov for a list of acceptable forms of ID and additional information regarding **REAL ID** requirement.

**Book your hotel with us and earn up to 10,000 points per night.**



WHERE ARE YOU HEADED?

**San Juan**

CHECK-IN

**Sun, Jun 25, 2023**

CHECK-OUT

**Tue, Jun 27**

| ROOMS | ADULTS | CHILDREN |
|-------|--------|----------|
| **1** | **1**  | **0**    |

## Payment summary

| PAYMENT INFORMATION | | | AMOUNT PAID |
|---|---|---|---|
|  **Visa 3491** <br> XXXXXXXXXXXX3491 <br> Expiration: 7/27 | CARD HOLDER <br> **Alan Youngs** | BILLING ADDRESS <br> **5552 W Lakeridge Rd** <br> **Lakewood, CO US 80227** | **$405.70** |

## Total charged

### You're all set for your upcoming trip.

Get ready to enjoy two bags for the price of none*, no fees to change your flight**, and some Southwest® love.

*First and second checked bags. Weight and size limits apply. **Fare difference may apply.

| SUBTOTAL | $370.00 |
|---|---|
| TAXES & FEES | $35.70 |
| **TOTAL DOLLARS** | **$405.70** |

Show price breakdown

## Earn up to 1,800 Rapid Rewards® points.

Plus save up to 30% off base rates with Budget®.



Book car ›



### Score! You qualify for up to a 30% discount on points.

Buy now and boost your balance. Don't wait – this offer is only valid while on this page.

**Buy points** ⬈

Feedback



**THU, JUN 29, 2023**

# Alan C Youngs
**HHHT67**

SkyMiles #XXXXXX4495

**▲ DELTA**

BOARDING DOCUMENT

# SJU ▸ DTW

**SAN JUAN (SJU) ▸**
**Detroit (DTW)**
FLIGHT DL1913

| | BOARDING | GATE | ZONE | SEAT | | |
|---|---|---|---|---|---|---|
| | **2:20pm** | **-** | **MAIN2** | **17C** | Depart | Thu, 3:00pm |
| | | Terminal B | | Main Cabin (H) | Arrive | Thu, 7:37pm |

*Boarding ends 15 minutes prior to departure time.*

Ticket#: 006 2123183176

If your travel plans change, please contact Delta. Gate assignments and departure times are subject to change, please check the airport monitors for the most up-to-date flight and gate information. We recommend you arrive at the airport 75 minutes prior to departure for travel within U.S. and 3 hours prior to departure for international flights. It is your responsibility to arrive at the airport with sufficient time to complete baggage check and security clearance.



If your travel plans change, please contact Delta. Gate assignments and departure times are subject to change, please check the airport monitors for the most up-to-date flight and gate information. We recommend you arrive at the airport 75 minutes prior to departure for travel within U.S. and 3 hours prior to departure for international flights. It is your responsibility to arrive at the airport with sufficient time to complete baggage check and security clearance.



**Date of Purchase:** Jun 26, 2023

# San Juan, PR ▶ Denver, CO

Passenger Information

**ALAN C YOUNGS**

Confirmation Number: **HHHT67**
Ticket Number: **0062123183176**

## FLIGHT

| Date and Flight | Status | Class | Seat/Cabin |
|---|---|---|---|
| SJU ▶ DTW \| Thu 29Jun2023 \| DL 1913 \| | OPEN | H | 17C |
| DTW ▶ DEN \| Thu 29Jun2023 \| DL 857 \| | OPEN | H | 34D |

## DETAILED CHARGES

**Air Transportation Charges**

| | | |
|---|---|---|
| Base Fare: | $410.00 | USD |

**Taxes, Fees and Charges**

| | | |
|---|---|---|
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $5.60 | USD |
| United States - Transportation Tax (US) | $21.10 | USD |
| United States - Passenger Facility Charge (XF) | $9.00 | USD |
| Total: | $445.70 | USD |

Paid with Visa ending 3491

## SEATS

| Item name | Seat/Cabin | Charge |
|---|---|---|
| Main cabin preferred seat | 17C | $ 34.99 USD |
| | **Total** | **$ 34.99 USD** |

Paid with Visa ending 3491

| | |
|---|---|
| **Total** | **$ 480.69 USD** |

## GRAND TOTAL

$480.69 USD

## KEY OF TERMS

# - Arrival date different than departure date
** - Check-in required
***- Multiple meals
*S$ - Multiple seats
AR - Arrives
B - Breakfast
C - Bagels / Beverages
D - Dinner

F - Food available for purchase
L - Lunch
LV - Departs
M - Movie
R - Refreshments, complimentary
S - Snack
T - Cold meal
V - Snacks for sale

Check your flight information online at delta.com or call the Delta Flightline at 800.325.1999.
Baggage and check-in requirements vary by airport and airline, so please check with the operating carrier on your ticket.

Feedback

Please review Delta's check-in requirements and baggage guidelines for details.
You must be checked in and at the gate at least 15 minutes before your scheduled departure time for travel inside the United States.
You must be checked in and at the gate at least 45 minutes before your scheduled departure time for international travel.
For tips on flying safely with laptops, cell phones, and other battery-powered devices, please visit http://SafeTravel.dot.gov
Do you have comments about service? Please email us to share them.

NON-REFUNDABLE / CHANGE FEE

When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply and are displayed in the sections below.

This ticket is non-refundable unless issued as a fully refundable fare. Any change to your itinerary may require payment of a change fee and increased fare. If you do not show up for any flight in your itinerary without notifying Delta or canceling/changing your flight prior to departure, Delta may cancel the reservation for all remaining flights in the itinerary, and the ticket will have no remaining value.

All Preferred, Delta Comfort+™, First Class, Delta Premium Select, and Delta One seat purchases are non-refundable.

## TERMS & CONDITIONS

Air transportation on Delta and the Delta Connection® carriers is subject to Delta's conditions of carriage. They include terms governing for example:

Limits on our liability for personal injury or death of passengers, and for loss, damage of delay of goods and baggage.
Claim restrictions including time periods within which you must file a claim or bring action against us.
Our right to change terms of the contract.
Check-in requirements and other rules established when we may refuse carriage.
Our rights and limits of our liability for delay of failure to perform service, including schedule change, substitution of alternative air carriers or aircraft, and rerouting.
Our policy on overbooking flights, and your rights if we deny you boarding due to an oversold flight.

These terms are incorporated by reference into our contract with you. You may view these conditions of carriage on delta.com, or by requesting a copy from Delta.

You have received this email because you elected to receive your Electronic Ticket receipt sent to you via email. If you would like to take advantage of other Delta email programs featuring special fare, promotions, information and flight updates, please visit delta.com/emailprograms or flight notifications.

## COPYRIGHT INFORMATION

This email message and its contents are copyrighted and are proprietary products of Delta Air Lines, Inc. Delta Blvd. P.O. Box 20706 Atlanta, GA 30320-6001. Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium, is strictly prohibited.

© 2020 Delta Air Lines, Inc. All rights reserved.

Search for a topic...  🔍

Popular Topics:   Help Center   Delta Discover Map   eCredits

Feedback

| ABOUT DELTA | CUSTOMER SERVICE | SITE SUPPORT | POLICIES |
|---|---|---|---|
| About Us | Help Center | Login Help | Customer Commitment |
| Careers | Message Us | Site Map | Tarmac Delay Plan |
| News Hub | Comment/Complaint | Browser Compatibility | Legal |
| Investor Relations | | Accessibility | Sustainability |
| Business Travel | | Booking Information | Contract of Carriage |

Travel Agents

Mobile App

Cookies, Privacy & Security

Human Trafficking Statement
(PDF)

© 2023 Delta Air Lines, Inc.   |   Travel may be on other airlines.

Terms and conditions apply to all offers and SkyMiles benefits. See specific offer for details, and visit SkyMiles Membership Guide & Program Rules

         United States - English          Español

Feedback

CHECK-IN RECEIPT

---

**Thank You For Choosing Delta.**
The following purchases have been processed.

| | | |
|---|---|---|
| **29 JUN 2023**<br>Confirmation: HHHT67 | **SJU   DEN**<br>San Juan, Puerto Rico  to Denver, CO | Agent ID:DL/WW<br>Place of Issue:WEB<br>Issued Date:26 Jun 2023 |

| Alan C Youngs<br>TICKET:  0062123183176 | Flight Number: | Reference Number: | Payment: | Total: |
|---|---|---|---|---|
| Baggage Fee | Multiple | 0064262412607 | VI**3491 | $ **30** 00 (USD) |

| | |
|---|---|
| **Paid  Wednesday June 28, 2023** | $**30**00(USD) |

## Conditions Of Carriage

Air transportation on Delta and the Delta connection carrier® is subject to Delta's condition of carriage. They include terms governing, for example:

- **Limits on our liability** for personal injury or death of passengers, and for loss, damage or delay of goods and baggage.
- **Claim restrictions** including time periods within which you must file a claim or bring an action against us
- Our right to **change terms** of contract
- **Check-in requirements** and other rules establishing when we may **refuse carriageThese terms are incorporated by reference into our contract**
- Our rights and limits of our liability for **delay or failure to perform service**, including schedule changes, substitution of alternate air carriers or aircraft, and rerouting
- Our policy on **overbooking flights**, and your rights if we deny you boarding due to an oversold flightPurchased seats and Paid Upgrades are nonrefundable

**with you. You may view these conditions of carriage on delta.com, or by requesting a copy from Delta.**

You must provide at least one valid email to continue.

Feedback

SIGN UP         3

# Your trip to Denver, CO is booked

Alan, your booking is complete. We'll email a copy of your itinerary and receipt to **alyoun@aol.com.**

**CONFIRMATION**

## #HHHT67

SJU    DEN

OneWay , 1 Passenger

Jun 29, 2023

VIEW MY TRIP

**Changeable / Nonrefundable**

Feedback

**AMOUNT CHARGED**

$480 .69 USD

 Visa*3491

VIEW RECEIPT

**NEXT STEPS**

📅 **Add To Calendar**

SIGN UP     3

🔔  **Get Trip Notifications**

♿  **Request Special Services**

❓  **Travel Planning FAQs**

ⓘ  **Visit Travel Planning Center**

❗  **Temporary Experience Change**

🪐  **Face Mask Policy**

As a SkyMiles member, you could earn

# 2,050 Miles

Create your free Delta SkyMiles® account to save time during your next checkout, earn miles on qualifying flights and view previous trips.



**JOIN SKYMILES**

Feedback

🧳  **Baggage Allowance Per Passenger**                                    Details

---

**Outbound**

## SJU - DEN

| **Carry-On** | **1st Bag** | **2nd Bag** |
|---|---|---|
| Free | $30.00 (50lb/23kg) | $40.00 (50lb/23kg) |

SIGN UP  3

Checked baggage size must not exceed 62 inches (157cm) when you total Length + Width + Height.



**LIMITED TIME OFFER**

# Earn a $300 Statement Credit and 40,000 Bonus Miles*

Enjoy Your First Checked Bag Free On Delta Flights As A Card Member

$0 introductory annual fee for the first year, then $99

*Statement credit issued approximately 8-12 weeks after you make a Delta purchase on your new Card in your first 6 months. Bonus miles will be issued after you make $2,000 in eligible purchases on your new Card in your first 6 months. Offer expires: 8/2/2023. See terms below.*

Rates & Fees    |                         Offer Terms    |                              Benefit Terms

**Apply for the Delta SkyMiles® Gold American Express Card**

| **APPLY NOW** |

Feedback

SIGN UP 

## Limited Time Offer: Earn 5x Miles with Delta Stays

Wake up refreshed and rewarded with 5 miles per $1* spent on hotels booked through Delta by July 6. Terms apply



**The Ritz-Carlton, Denver**

Avg night from

Guest Rating
4.5 out of 5

**$567**

✔Free cancellation

Feedback

Need a way to get around in ?
Your flight earns you up to 16% off a car

SIGN UP

 3



## A GREENER WAY TO FLY

**Discover** how Carbon Offsets and Delta work to protect the environment. Offset your carbon footprint for this trip by making a voluntary donation.

OFFSET NOW

Feedback

## Terms and Conditions

**GENERAL CONDITIONS OF PURCHASE**

You must accept the following terms and conditions in order to complete your booking. For full details, please review our International **Contract of Carriage.**

Once your ticket is purchased, **Risk-Free Cancellation** may apply. No contract exists until you receive confirmation that payment was received and processed.

In addition, you understand that Delta Air Lines will pass personal data provided in connection with this booking to government authorities for security purposes. I accept the **Privacy Policy**.

View **Fare Rules, Change & Cancellation Policies.** This ticket is **changeable / nonrefundable** . Fees may apply. If you do not show up for any flight in your itinerary without notifying us or changing/cancelling your flight before it departs, we will cancel all remaining flights in the itinerary and the ticket will have no remaining value.

 3

depending on the rate of exchange at time of transaction. **Hazardous Materials** , In-Flight services and amenities may vary and are **subject to change.**

**BAGGAGE ALLOWANCE**

Final baggage fees will be assessed and charged at time of check in. By making this booking, you understand that flammables, batteries, explosives, and aerosols are prohibited from being included in all baggage. For full details, please review our **Baggage Policy**.

© 2023 Delta Air Lines, Inc.  |  Travel may be on other airlines.

Terms and conditions apply to all offers and SkyMiles benefits. See specific offer for details, and visit SkyMiles Membership Guide & Program Rules

 

 United States - English  |  Español

Feedback

Google

directions

All    Maps    News    Images    Videos    More          Tools

About 5,770,000,000 results (0.66 seconds)

Results for **Denver, CO 80227** · Choose area

○ Denver International Airport, 8500 Peña Blvd, Denver, CO 80249

○ 5552 W Lakeridge Rd, Lakewood, CO 80227



**51 min** (30.3 mi) via I-70 W

Directions

56 min (33.4 mi) via I-225 S

1 hr 1 min (36.2 mi) via I-225 S and I-25 N

Places



Rating ▾    Hours ▾

**New Directions**
3.5    (4) · Non-profit organization
Denver, CO · (303) 831-0635

○
Directions

**New Directions For Families by Valley Hope**
3.0    (2) · Addiction treatment center
(720) 623-0747
Open 24 hours

🌐
Website

**Financial Directions Inc**
No reviews · Financial planner
Denver, CO · (303) 447-6517

○
Directions

More places →

https://maps.google.com ⋮

## Google Maps

Find local businesses, view maps and get driving **directions** in Google Maps.

### Directions
Find local businesses, view maps and get driving directions in ...

### The Directions API demo
This demo shows you how to use the Directions API to get a set of ...

### Directions API overview
The Directions API is a web service that uses an HTTP ...

### Directions Service

View example - Directions - Draggable Directions - **...**

**More results from google.com »**

https://www.mapquest.com    ⋮

### Official MapQuest - Maps, Driving Directions, Live Traffic

Official MapQuest website, find driving **directions**, maps, live traffic updates and road conditions. Find nearby businesses, restaurants and hotels. Explore!

https://www.mapquest.com › directions    ⋮

### Get Driving Directions, Live Traffic & Road Conditions

Step by step **directions** for your drive or walk. Easily add multiple stops, see live traffic and road conditions. Find nearby businesses, restaurants and ...

https://www.waze.com    ⋮

### Waze: Driving directions, live traffic & road conditions updates

Realtime driving **directions** based on live traffic updates from Waze - Get the best route to your destination from fellow drivers.

https://en.wiktionary.org › wiki › directions    ⋮

### directions - Wiktionary

NounEdit. **directions**. plural of direction. NounEdit. **directions** pl (plural only). Instructions for how to reach a destination or how to do something.

https://www.youtube.com › watch    ⋮

### Directions - YouTube

Provided to YouTube by J Records **Directions** · Mario Turning Point ℗ 2004 BMG Music, a unit of BMG Music Released on:…

YouTube · Mario - Topic · Dec 25, 2014

4:12

https://www.youtube.com › watch    ⋮

### Ane Brun - Directions (Official Video) - YouTube

**Directions**" the first single from Ane Bruns's upcoming new album available now.iTunes: http://apple.co/1x9naCgSpotify: ...

YouTube · Ane Brun · Mar 10, 2015

3:14

https://www.directionsmag.com      ⋮

Directions Magazine - GIS News and Geospatial

Get **Directions** Magazine delivered to you. A summary of top stories and the latest geospatial trends emailed direct to you.

Related searches      ⋮

Alternative to Google Maps                                          ⌃

MapQuest      Bing Maps      Waze      OpenStree...      Here WeGo      OsmAnd

See more  →

                                                                Feedback

**maps** directions                          **mapquest.com** directions

**google maps** directions                   **google driving** directions **in words**

**get** directions                           **waze** directions

**free driving** directions                  directions **home**

More results  ⌄

**COURTYARD**®
**Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Alan Youngs
5552 W Lakeridge Rd
Lakewood CO 80227
United States

Room: 0907
Room Type: EKNG
No. of Guests: 1
Rate: $  125.00  Clerk: 1006

Marriott Rewards #   119330892

CRS Number  88473709

Name:

Arrive:  06-25-23        Time:  05:28 PM        Depart:  06-29-23        Folio Number:  729379

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 06-25-23 | Package | 125.00 | |
| 06-25-23 | Destination Fee | 17.00 | |
| 06-25-23 | Government Tax | 12.78 | |
| 06-26-23 | COMEDOR- Guest Charge (Breakfast) | 3.95 | |
| 06-26-23 | Package | 125.00 | |
| 06-26-23 | Destination Fee | 17.00 | |
| 06-26-23 | Government Tax | 12.78 | |
| 06-27-23 | COMEDOR- Guest Charge (Dinner) | 74.96 | |
| 06-27-23 | Package | 125.00 | |
| 06-27-23 | Destination Fee | 17.00 | |
| 06-27-23 | Government Tax | 12.78 | |
| 06-28-23 | COMEDOR- Guest Charge (Breakfast) | 22.19 | |
| 06-28-23 | Package | 125.00 | |
| 06-28-23 | Destination Fee | 17.00 | |
| 06-28-23 | Government Tax | 12.78 | |
| 06-29-23 | COMEDOR- Guest Charge (Breakfast) | 4.16 | |
| 06-29-23 | Visa Card | | 724.38 |

*Card #  XXXXXXXXXXXX3491*

**COURTYARD**®
**Marriott**®

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Alan Youngs
5552 W Lakeridge Rd
Lakewood CO 80227
United States

Room: 0907
Room Type: EKNG
No. of Guests: 1
Rate: $  125.00  Clerk: 1006

Marriott Rewards #     119330892

CRS Number  88473709

Name:

Arrive:  06-25-23          Time:  05:28 PM          Depart: 06-29-23          Folio Number:  729379

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| | | Balance | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

# Uber

June 25, 2023

## Here's your receipt for your ride, Michaela

We hope you enjoyed your ride this evening.

| Total | $69.58 |
|---|---|

| Trip fare | $38.99 |
|---|---|
| **Subtotal** | **$38.99** |
| Reservation Fee | $17.00 |
| Booking Fee | $10.00 |
| Colorado Prearranged Ride Regulatory Fee | $0.30 |
| Denver International Airport Pickup/Drop-off Fee | $3.29 |

## Payments

 Visa ••••3491   $69.58

A temporary hold of $69.58 was placed on your payment method •••• 3491. This is not a charge and will be removed. It should disappear from your bank statement shortly.

for more information, including invoices (where available)

You rode with Abdrahman

 **UberX**   33.00 miles | 41

4:23 AM | 5552 W Lakeridge Rd, Lakewood, CO 80227, US

5:05 AM | 8500 Pena Blvd, Denver, CO 80249, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.



**RECEIPT**

Date _06: 30, 2023_

Name _EFREM_

From _____

To _____

Fare _101_   Cab # _100_

**ALPINE TAXI**
1582 S. Parker Rd., Denver, CO 80231
720-484-4474



FPMPR TRAVEL EXPENSE NOTE:

**Alan Young Travel Expense Invoices Note:**

**Date: June 30, 2023**

**Notes:**

Please note:

   Travel Expenses:
- The Wanna Get Away Plus in the Airfare receipt is a free benefit from the Airline.