# Rafael Ruiz Consulting

12 Crestshire Dr.
Lawrence, MA 01843

PHONE: 6177599156   stodgo1971@yahoo.com   12 Crestshire Dr.

## INVOICE

INVOICE NUMBER: 2023-06-A
INVOICE DATE: 6/30/2023

Federal Police Monitor for PR
VIG Tower, PH-924
1225 Ponce De Leon Ave.
San Juan, PR 00907

RAFAEL E. RUIZ CONSULTING

| DATE | PROJECT | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 6/30/2023 | FPM-PR Expenses | PROJECT: FPM-PR Expenses | | | |
| | | (Travel, hotel, and meals) Travel to/from PR; 4 nights hotel; meals; ground transportation | 1.00 | $1,866.24 | $1,866.24 |
| | | TOTAL: FPM-PR Expenses | | | $1,866.24 |
| | | Total hours for this invoice | 0.00 | | |

| INVOICE BALANCE INFORMATION | |
|---|---|
| Total amount of this invoice | $1,866.24 |
| Current invoice balance | $1,866.24 |

**AMOUNT DUE ON THIS INVOICE: $1,866.24**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of the hours worked in my capacity as a member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Rafael E. Ruiz Date: June 30, 2023

*[Signature]*

Rafael E. Ruiz

Date: June 30, 2023



# Office of the Technical Compliance Advisor Travel Reimbursement Form

Enter all required information below to obtain travel reimbursement. If spending did not occur in a category, please leave the field blank. fields will likely be used for one or more of the ground transportation options. The "Total" column of the table will update based on the i entered into the "Unit Cost" and "Units" columns. Receipts for airfare, lodging, ground transportation, and PCR Testing must be submi this form. Submit the Travel Reimbursement Form and accompanying receipts to Javier Gonzalez (Javier.benito@me.com) with the Monitor (jrrjjr.romero@gmail.com) and/or his designee copied with your monthly invoice.

**Traveler Name:** Rafael E.Ruiz
**Travel Dates:** June 26-29, 2023
**Purpose of Travel:** Site Visit

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 712.40 | 1 | $ 712.40 |
| Baggage | | 2 | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | $ 172.00 | 1 | $ 172.00 |
| Ground Transportation (Parking) | $ - | 5 | $ - |
| Ground Transportation (Mileage) | $ 0.56 | | $ - |
| Lodging | $ 154.78 | 3 | $ 464.34 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 3 | $ 345.00 |
| PCR Testing | | 1 | $ - |
| **Total** | | | **$ 1,866.24** |

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

COURTYARD® Marriott

Courtyard by Marriott  
San Juan - Miramar

801 Ponce de Leon Ave.  
San Juan, PR. 00907  
T 787.721.7400  
F 787.723.0068

Mr Rafael Ruiz  
12 Crestshire Dr  
Lawrence MA 01843  
United States

Room: 1108  
Room Type: DBDB  
No. of Guests: 1  
Rate: $  125.00   Clerk: 9997

Marriott Rewards #   232084256

CRS Number  79858192

Name:

Arrive:   06-26-23         Time:   04:42 AM         Depart:   06-29-23         Folio Number:   731857

| Date | Description | Charges | Credits |
|---|---|---|---|
| 06-26-23 | COMEDOR- Guest Charge (Lunch) | 39.03 | |
| 06-26-23 | Package | 125.00 | |
| 06-26-23 | Destination Fee | 17.00 | |
| 06-26-23 | Government Tax | 12.78 | |
| 06-27-23 | COMEDOR- Guest Charge (Dinner) | 74.96 | |
| 06-27-23 | Package | 125.00 | |
| 06-27-23 | Destination Fee | 17.00 | |
| 06-27-23 | Government Tax | 12.78 | |
| 06-28-23 | COMEDOR- Guest Charge (Breakfast) | 7.28 | |
| 06-28-23 | Package | 125.00 | |
| 06-28-23 | Destination Fee | 17.00 | |
| 06-28-23 | Government Tax | 12.78 | |
| 06-29-23 | American Express | | 585.61 |
| | Card #  XXXXXXXXXX4005 | | |

**Balance**                                                                                             0.00 USD

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

**From:** JetBlue Reservations  jetblueairways@email.jetblue.com
**Subject:** JetBlue booking confirmation for RAFAEL E RUIZ - VDCETF
**Date:** June 1, 2023 at 9:39 AM
**To:** stodgo1971@aol.com

Check out the details for your trip on Sun, Jun 25



Please note: This is not your boarding pass.

**Your JetBlue confirmation code is**     VDCETF

**Get the latest** entry and travel requirements for your trip.

## Change made easy.

Change or cancel flights, add extras like Even More® Space or pets, update your

seat assignment, TrueBlue & KTN numbers, and other traveler details–all in one place. Stay safe from fraud–use only **jetblue.com** or the JetBlue app to change or cancel your flights.

**Manage trip**

You can also manage your trip by **downloading our free mobile app**.

## Flights

| **BOS** Boston, MA ▸ | **SJU** San Juan, PR | Date | Sun, Jun 25 |
|---|---|---|---|
| **Terminal:** C | | Departs | 11:35pm |
| | | Arrives | 3:32am |
| | | Flight | 561 |

**jetBlue**

| **SJU** San Juan, PR ▸ | **BOS** Boston, MA | Date | Thu, Jun 29 |
|---|---|---|---|
| **Terminal:** A | | Departs | 6:47pm |
| | | Arrives | 10:49pm |
| | | Flight | 362 |

**jetBlue**

**If your booking was made at least 7 days in advance:** You may cancel it within 24 hours for a full refund to your original form of payment, without a cancellation fee.

**JetBlue Change/Cancel Policy:** There is no fee to change (or cancel) Blue, Blue Extra, Blue Plus or Mint fares. Blue Basic fares are subject to a change/cancel fee of $100 for travel wholly within the U.S., Caribbean, Mexico or Central America, or $200 for all other routes.

Fare difference may apply and funds may be in the form of a JetBlue travel credit, valid for 12 months from original ticketing date. Booked before Mar 8, 2023? See details on expiration date **here.** As a Mosaic, same-day switches may be made without a fee or fare difference. **Click here** for details on our change and cancel policies.

## Traveler Details

**RAFAEL E RUIZ**         **Frequent Flier:** B6 3326688490

                          **Ticket number:** 2792124651964

**BOS - SJU:**

**Fare:** Blue

**Seat:** **15D**

**SJU - BOS:**

**Fare:** Blue

**Seat:** **12D**

## Bag Allowance (per traveler)

| **Sun, Jun 25** | Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|---|
| BOS - SJU | Free | Free | Free Mosaic Perk | Free Mosaic Perk |

| **Thu, Jun 29** | Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|---|
| SJU - BOS | Free | Free | Free Mosaic Perk | Free Mosaic Perk |

**Size and weight limits apply. See full details on our Bag Info page ▶**

Free checked bag benefit for Mosaic members applies to JetBlue-operated and eligible American Airlines-operated flights only, and no other codeshare or partner airline flights.

Additional charges may apply.



Get up to 7" more legroom, a fast lane to the TSA checkpoint (select cities), and early boarding—all the better to nab that overhead bin.

**Add Even More® Space ▶**

## Payment Details

| | | |
|---|---|---|
| Master XXXXXXXXXXX9796 | NONREF | $650.00 |
| | Taxes & fees | $62.40 |
| | **Total** | **$712.40 USD** |

Purchase Date: Jun 1, 2023

**Request full receipt**



### Unlocked: deals on wheels.

Your flight has unlocked up to 35% off car rentals with Paisly by JetBlue. Plus, you can earn a trunkful of TrueBlue points.

**Unlock deals**

Flight Tracker   |   Bag Info   |   Airport Info

## All things travel, all from JetBlue.

  



# RECEIPT

DATE 6/29/23      No. 557214

RECEIVED FROM Rafael Ruiz      $ 75

Seventy Five — DOLLARS

☐ FOR RENT
☒ FOR Ride from the Airport

| ACCOUNT | |
|---|---|
| PAYMENT | |
| BAL. DUE | |

☒ CASH
☐ CHECK
☐ MONEY ORDER
☐ CREDIT CARD

FROM Airport TO Home

BY [signature]

3-11



**RECEIPT**   No. 557213

DATE 6/25/23

RECEIVED FROM Rafael Ruiz

$ 75.00

Seventy Five —————— DOLLARS

FOR Ride to the Air Port

☒ CASH
☐ CHECK
☐ MONEY ORDER
☐ CREDIT CARD

FROM Home TO Airport

3-11



FPMPR TRAVEL EXPENSE NOTE:

**Rafael Ruiz Travel Expense Invoices Note:**

**Date: June 30, 2023**

**Notes:**

Please note:

Travel Expenses:

- Mr. Ruiz Hotel first night (June 25) was waived by the Hotel because the flight got delayed and he arrived early in the morning. That is why the per diem are 5 days (Travel 25 and 29, Full days 26,27 and 28) and the Hotel only 3.