**INVOICE 0100R1-EXPENSE FOR ON-SITE PROFESSIONAL SERVICES; JUNE 1, 2023, THROUGH JUNE 30, 2023 RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC**

7/7/23

TO:   Federal Monitor
      Puerto Rico Police Department Consent Decree

This invoice for expenses incurred during on-site visit to PRPB rendered by Crystal Reef LLC (Monitoring Core Team) for June 2023.

*[signature]*

## Office of the TCA - Travel Reimbursement Form

**Traveler Name:** Scott Cragg
**Travel Dates:** Jun 25 - 29 2023
**Purpose of Travel:** On-Site Monitoring

### Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 585.40 | 1 | $ 585.40 |
| Bags/Airport Shuttle tips-no receipt | | | $ |
| Ground Transportation (Tolls) | | 4 | $ 4.89 |
| Ground Transportation (Parking) | $ 14.00 | 5 | $ 70.00 |
| Ground Transportation (Mileage) | $ 0.655 | 190.4 | $ 124.71 |
| Lodging | $ 154.78 | 4 | $ 619.12 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 3 | $ 345.00 |
| Total | | | $ 1,921.62 |

1

# You're all set to jet.

And, your continued loyalty is what keeps us flying high. Thanks again for being a Mosaic member.

**Check in now**

Please note: This is not your boarding pass.

**Your JetBlue confirmation code is**  **GWZZGY**

## Flights

| **MCO** | **SJU** | Date | Sun, Jun 25 |
| Orlando, FL | San Juan, PR | Departs | 4:30pm |
| **Terminal:** C | | Arrives | 7:27pm |
| | | Flight | 1133 |

| **SJU** | **MCO** | Date | Thu, Jun 29 |
| San Juan, PR | Orlando, FL | Departs | 8:20pm |
| **Terminal:** A | | Arrives | 11:26pm |
| | | Flight | 1134 |

## Traveler Details

**SCOTT P CRAGG**

**Frequent Flier:** B6 3363415311
**Ticket number:** 2792127109635

**MCO - SJU:**
**Fare:** Blue
**Seat:** 5A
**Notes:** Even More® Space

**SJU - MCO:**
**Fare:** Blue
**Seat:** 4D
**Notes:** Even More® Space

## Payment Details

XXXXXXXXXXXX6833

USD523.00 NONREFUNDABLE NONREF            $523.00

Taxes & fees            $62.40

**Total**            **$585.40 USD**

Purchase Date: Jun 5, 2023

# E-ZPass Virginia: Transaction History

Account Number: 236166  From: 6/7/2023  To: 7/7/2023

| Date Posted | Transaction | Receipt | Transponder / Plate | Agency | Entry Plaza | Exit Plaza | Entry Date and Time | Exit Date and Time | Plaza Facility | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/19/2023 | IAG TOLL INCOMING TRANSACTIONS | | 3829399 | FTE | | J47 | | 6/19/2023 10:39 AM | | -2.13 | 21.30 |
| 6/20/2023 | IAG TOLL INCOMING TRANSACTIONS | | 3829399 | CFX | | 301 | | 6/19/2023 10:48 AM | | -0.92 | 20.38 |
| 6/20/2023 | IAG TOLL INCOMING TRANSACTIONS | | 3829399 | CFX | | 328 | | 6/19/2023 10:54 AM | | -0.92 | 19.46 |
| 6/20/2023 | CREDIT CARD PAYMENT | | 0 | | | | | | | 70.00 | 89.46 |
| 6/23/2023 | IAG TOLL INCOMING TRANSACTIONS | | 3829399 | CFX | | 393 | | 6/22/2023 11:49 PM | | -0.92 | 88.54 |
| 6/25/2023 | IAG TOLL INCOMING TRANSACTIONS | | 3829399 | FTE | | J47 | | 6/25/2023 2:10 PM | | -2.13 | 86.41 |
| 6/26/2023 | IAG TOLL INCOMING TRANSACTIONS | | 3829399 | CFX | | 301 | | 6/25/2023 2:20 PM | | -0.92 | 85.49 |
| 6/26/2023 | IAG TOLL INCOMING TRANSACTIONS | | 3829399 | CFX | | 328 | | 6/25/2023 2:26 PM | | -0.92 | 84.57 |
| 7/6/2023 | IAG TOLL INCOMING TRANSACTIONS | | 3829399 | CFX | | 393 | | 6/30/2023 12:09 AM | | -0.92 | 83.65 |



AIRPORT PARKING

Orlando Fast Park
7870 N. Frontage Rd
Orlando, 32812

MPS         06/29/23 23:51
Cashier 15
Receipt 099717

Short-Term Parking
Relax for Rewards
FPP/89623013
Orlando Fast Park
06/25/23 14:36
06/29/23 23:51
Period 4d9h16'

Sub Total         $70.00
TAX                $0.00
Total             $70.00

Payment Received
TRX REF NUM: 69085
CARD ENTRY: Chip Read
AID: A000000031010
CRYP: E8BA495C47A783BE 40
PAN: xxxxxxxxxxxx6833
VISA CREDIT
Sale 70.00 USD
APPROVED 06364D

Includes 6.5% Sales Tax and 10% Privilege Fee



25 - 21 June

**COURTYARD® Marriott.**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Scott Cragg
13932 S Springs Dr
Clifton VA 20124
United States

Room: 0401
Room Type: KSTE
No. of Guests: 1
Rate: $ 125.00  Clerk: 9995

Marriott Rewards # 797225828

CRS Number 82278660

Name:

Arrive: 06-25-23     Time: 08:21 PM     Depart: 06-29-23     Folio Number: 733051

| Date | Description | Charges | Credits |
|---|---|---|---|
| 06-25-23 | Package | 125.00 | |
| 06-25-23 | Destination Fee | 17.00 | |
| 06-25-23 | Government Tax | 12.78 | |
| 06-26-23 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 06-26-23 | Package | 125.00 | |
| 06-26-23 | Destination Fee | 17.00 | |
| 06-26-23 | Government Tax | 12.78 | |
| 06-27-23 | Package | 125.00 | |
| 06-27-23 | Destination Fee | 17.00 | |
| 06-27-23 | Government Tax | 12.78 | |
| 06-28-23 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 06-28-23 | Package | 125.00 | |
| 06-28-23 | Destination Fee | 17.00 | |
| 06-28-23 | Government Tax | 12.78 | |
| 06-29-23 | COMEDOR- Guest Charge (Breakfast) | 5.55 | |
| 06-29-23 | Visa Card         Card # XXXXXXXXXXXX6833 | | 648.72 |
| 06-29-23 | Visa Card         Card # XXXXXXXXXXXX6833 | | -16.05 |



FPMPR TRAVEL EXPENSE NOTE:

**Scott Cragg Travel Expense Invoices Note:**

**Date: June 30, 2023**

**Notes:**

Please note:

Travel Expenses:

- The Even More Space Note in the Airfare receipt is a free benefit from the Airline as a Mosaic Status Perk.