

FPM TRAVEL REIMBURSEMENT COVER SHEET

Name: Rita J. Watkins

Invoice number: 202306

Invoice date: July 5, 2023

Site visit travel dates: June 25, 2023 – June 29, 2023

Total travel reimbursement amount (*see page 2 for details*): $2,177.26

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.*

*Rita J. Watkins*                                              07/05/2023

_____              _____

Signature                                                      Date

# Office of the TCA - Travel Reimbursement Form

**Name:**         **Rita J. Watkins**

**Travel Dates:**  **June 25 - 29, 2023**

**Purpose of**
**Travel:**        **On-Site evaluation**

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| **Airfare** | $ 779.40 | 1 | $ 779.40 |
| **Baggage** | $ - | 0 | $ - |
| **Ground Transportation (Uber/Lyft/Taxi)** | | | $ - |
| **Ground Transportation (Parking)** | $ 125.00 | 1 | $ 125.00 |
| **Ground Transportation (Mileage)** | 0.655 | 208 | $ 136.24 |
| **Lodging ($154.78)** | $ 154.78 | 4 | $ 619.12 |
| | $ - | 0 | $ - |
| **Per Diem (Full Days)** | $ 115.00 | 3 | $ 345.00 |
| **Per Diem (Travel Days)** | $ 86.25 | 2 | $ 172.50 |
| **Total** | | | $  2,177.26 |

**Watkins, Rita**

| | |
|---|---|
| **From:** | United Airlines <Receipts@united.com> |
| **Sent:** | Wednesday, May 17, 2023 6:08 PM |
| **To:** | Watkins, Rita |
| **Subject:** | eTicket Itinerary and Receipt for Confirmation ECZ89V |

**CAUTION:** The sender of this email is not from SHSU.
Any links or attachments may be dangerous. To report this email as suspicious, forward it to abuse@shsu.edu.



Wed, May 17, 2023

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# ECZ89V

| Flight 1 of 2 UA1192 | Class: United Economy (V) |
|---|---|
| Sun, Jun 25, 2023 | Sun, Jun 25, 2023 |
| **10:11 AM** | **03:42 PM** |
| Houston, TX, US (IAH) | San Juan, PR, US (SJU) |

| Flight 2 of 2 UA2495 | Class: United Economy (S) |
|---|---|
| Thu, Jun 29, 2023 | Thu, Jun 29, 2023 |
| **04:25 PM** | **08:13 PM** |
| San Juan, PR, US (SJU) | Houston, TX, US (IAH) |

Traveler Details

WATKINS/RITAJANE

eTicket number: **0162487627925**
Frequent Flyer: **UA-XXXXX226 Premier Gold**

Seats: **IAH-SJU 10D**
**SJU-IAH 09D**

## Purchase Summary

| | |
|---|---|
| Method of payment: | **Master Card ending in 0178** |
| Date of purchase: | **Wed, May 17, 2023** |

| | |
|---|---|
| Airfare: | **717.00** |
| U.S. Transportation Tax: | **42.20** |
| September 11th Security Fee: | **11.20** |
| U.S. Passenger Facility Charge: | **9.00** |

| | |
|---|---|
| Total Per Passenger: | **779.40 USD** |

# Total: | | **779.40 USD**

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT

Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

## MileagePlus Accrual Details

| Ritajane Watkins | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Sun, Jun 25, 2023 | 1192 | Houston, TX, US (IAH) to San Juan, PR, US (SJU) | 3112 | 389 | 1 |
| Thu, Jun 29, 2023 | 2495 | San Juan, PR, US (SJU) to Houston, TX, US (IAH) | 2624 | 328 | 1 |
| MileagePlus accrual totals: | | | 5736 | 717 | 2 |

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Sun, Jun 25, 2023 Houston, TX, US (IAH – Intercontinental) to San Juan, PR, US (SJU – Luis Muñoz Marín) | 0 USD | 0 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |
| Thu, Jun 29, 2023 San Juan, PR, US (SJU - Luis Muñoz Marín) to Houston, TX, US (IAH - Intercontinental) | 0 USD | 0 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |

Baggage check-in must occur with United or United Express, and United MileagePlus Premier® Gold membership must be valid at time of check-in to qualify for any applicable waiver of service charges for checked bags (within specified size and weight limits). Changes to the fare type purchased could result in increased baggage service charges. Based on your itinerary and selected cabin, service charges may be waived for one or more checked bags. See below for the charges for your 1st and 2nd checked bags. For additional baggage service charge information, select the "additional and other bag fees" box below.

## Important Information about MileagePlus Earning

```
SP+|GLOBAL|IMS
2800 N. Terminal Rd.
Houston, TX 77032
  281.233.1786


          Receipt

P/S #52              A Payment No.00000007
T/D #40                 Ticket No.023710
Entry Time       06/25/2023 (Sun)  8:08
Exit Time        06/29/2023 (Thu) 23:48
Parking Time          4Days  15:40
Parking Fee        Rate B    $125.00

MASTERCARD
  Account #       *******.*********0178
  Slip #                          36454
  Auth Code                  000003458P
Credit Card Amount              $125.00
Cash Amount                       $0.00
----------------------------------------
Total                           $125.00
      Thank You for Your Visit
       Please Come Again !
----------------------------------------
```

**Watkins, Rita**

| | |
|---|---|
| **From:** | Rita Watkins <drritawatkins@gmail.com> |
| **Sent:** | Thursday, February 2, 2023 10:04 AM |
| **To:** | Watkins, Rita |
| **Subject:** | Mileage |

CAUTION:The sender of this email is not from SHSU.
Any links or attachments may be dangerous. To report this email as suspicious, forward it to abuse@shsu.edu.



Sent from my iPhone

**COURTYARD®**
**Marriott®**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Ms Rita Watkins
4746 Enchanted Oaks Dr
College Sta TX 77845
United States

Room: 0414
Room Type: EKNG
No. of Guests: 1
Rate:  $  125.00  Clerk: 1009

Marriott Rewards #   595896259

CRS Number  90703875

Name:

Arrive:  06-25-23          Time:  05:42 AM          Depart:  06-29-23          Folio Number:  729462

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 06-25-23 | Package | 125.00 | |
| 06-25-23 | Destination Fee | 17.00 | |
| 06-25-23 | Government Tax | 12.78 | |
| 06-26-23 | Package | 125.00 | |
| 06-26-23 | Destination Fee | 17.00 | |
| 06-26-23 | Government Tax | 12.78 | |
| 06-27-23 | Package | 125.00 | |
| 06-27-23 | Destination Fee | 17.00 | |
| 06-27-23 | Government Tax | 12.78 | |
| 06-28-23 | Package | 125.00 | |
| 06-28-23 | Destination Fee | 17.00 | |
| 06-28-23 | Government Tax | 12.78 | |
| 06-29-23 | Master Card / Euro Card | | 619.12 |
| | *Card # XXXXXXXXXXXX0178* | | |
| | **Balance** | | **0.00 USD** |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status,
plus enjoy exclusive member offers.  Enroll today at the front desk.