

FPM TRAVEL REIMBURSEMENT COVER SHEET

Name: Hipolito Castro

Invoice number:

Invoice date: 6/30/2023

Site visit travel dates: 6/25/2023 to 6/29/2023

Total travel reimbursement amount (*see page 2 for details*): $

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.*

_____     6/30/2023
Signature                                                    Date

## Travel Breakout

**Hipolito Castro June 25 to June 29, 2023**

| Expense | Unit Cost | Units | Column1 | Total | Column2 |
|---|---|---|---|---|---|
| Airfare | $ 501.40 | 1 | $ - | $ 501.40 | |
| Airfare taxes & fees | | | | $ - | |
| Baggage | | | | $ - | |
| Ground Transportation (Uber/Lyft/Taxi) | $ 25.00 | 1 | | $ 25.00 | |
| Ground Transportation (Parking) | $ 31.50 | 5 | | $ 157.50 | |
| Ground Transportation (POV Mileage) to PTY | $ 0.655 | 114 | | $ 74.67 | |
| Tolls | $ 10.17 | 2 | | $ 20.34 | |
| Lodging -   125.00 | $ 154.78 | 4 | | $ 619.12 | |
| Per Diem (Travel Days) | $ 86.25 | 2 | | $ 172.50 | |
| Per Diem (Full Days) | $ 115.00 | 3 | | $ 345.00 | |
| Other: HOTEL TAX  - | | | | | |
| | | | | | |
| **Total** | | | | **$ 1,915.53** | |

date of return. For easy validation, add or update your passport information on your SkyMiles profile on the **Fly Delta app**.

Have a great trip, and thank you for choosing Delta.

## Passenger Info

Name: HIPOLITO CASTRO
SkyMiles #9288156608
Silver

| FLIGHT | SEAT |
|---|---|
| DELTA 1961 | 17D |
| DELTA 1961 | 22D |

Visit delta.com or download the Fly Delta app to view, select or change your seat. If you purchased a Delta Comfort+™ seat or a Trip Extra, please visit My Trips to access a receipt of your purchase.

| Wed, 21JUN | DEPART | ARRIVE |
|---|---|---|
| DELTA 1961<br>Main Cabin (L) | NYC-KENNEDY<br>1:40pm | SAN JUAN, PUERTO RICO<br>5:40pm |

| Thu, 29JUN | DEPART | ARRIVE |
|---|---|---|
| DELTA 1961<br>Main Cabin (T) | SAN JUAN, PUERTO RICO<br>6:50pm | NYC-KENNEDY<br>10:59pm |

MANAGE MY TRIP

## Flight Receipt

Ticket #: 0062115256541
Place of Issue:
Issue Date: 08JUN23
Expiration Date: 08JUN24

| METHOD OF PAYMENT | |
|---|---|
| AX***********1006 | $501.40 USD |

| CHARGES | |
|---|---|
| Air Transportation Charges | |
| Base Fare | $439.00 USD |
| Taxes, Fees and Charges | |
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $11.20 USD |
| United States - Transportation Tax (US) | $42.20 USD |
| United States - Passenger Facility Charge (XF) | $9.00 USD |
| TICKET AMOUNT | $501.40 USD |

## Checked Bag Allowance

The fees below are based on your original ticket purchase. Fees may be converted to local currency based on your departure airport. **If you qualify for free or discounted checked baggage**, this will be taken into account when you check in. Visit delta.com for details on baggage embargoes that may apply to your itinerary.

**Wed 21 Jun 2023**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**JFK-SJU**

| CARRY ON | FIRST | SECOND |
|---|---|---|
| FREE | FREE (70LBS/32KG) WAS: $30.00 USD | FREE (70LBS/32KG) WAS: $40.00 USD |

This trip is operated by Delta and the following carrier(s): . Visit delta.com for details on **baggage embargoes** that may apply to your itinerary. Also see other carrier's complete baggage information.

**Thu 29 Jun 2023**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**SJU-JFK**

| CARRY ON | FIRST | SECOND |
|---|---|---|
| FREE | FREE (70LBS/32KG) WAS: $30.00 USD | FREE (70LBS/32KG) WAS: $40.00 USD |

This trip is operated by Delta and the following carrier(s): . Visit delta.com for details on **baggage embargoes** that may apply to your itinerary. Also see other carrier's complete baggage information.

## Your Pre-Trip Checklist for Easier Travel



**Download Our App**



**Visit Our Help Center**



**Update Your Contact**

**TAXI RECEIPT**
TURISTICO

DATE 6/29/23

FROM Courtyard Miramar
TO Airport
FARE $ 25.00
LUGGAGE $ _____
TOTAL $ 25.00

SIGNATURE

"THANK YOU FOR YOUR VISIT TO PUERTO RICO"

```
          JFK AIRPORT
       LONG TERM PARKING
                                910
                              52277
  EXIT                            0
  RECEIPT:                        0
  PERSONELL:
  TRANSACTION:
  EZPass          KAP0XXXXXXX2473
  NO:             12/30
  CC VALID        03 009 0982473
  SNR:            06.21.28 23:59
  EXPIRES:        06.21.23 11:42
  IN:             06.30.23 00:20
  ENTRY:          HOURLY TICKET
  P.AT:           315.00 USD
  FEE:            315.00 USD
  PAID:
  ------------------------
                       315.00 USD
  NET:                   0.00 USD
  GST  0%               SA12704
  CAR:
  BT 12:38
         TAXES INCLUDED
         THANK YOU FOR
           PARKING AT
           JFK AIRPORT
        HAVE A SAFE TRIP
```

31.50
5 days
─────────
Total 157.50

11:58 .ıll LTE

# JFK

John F. Kennedy Internatio...

International Airport · Jamaica, Que...

🚗 **1 hour 54 minutes**

 Tickets ···

**HOURS**
Open

**DISTANCE**
↳ 57 mi

   

## E-ZPass® Payment Receipt for 06/21/2023

Account Number : 2000175180885
Transaction Date : 06/21/2023
Transaction Id : 116457529138
Transaction Amount : ($10.17)
Payment Type : ETC

## E-ZPass® Payment Receipt for 06/30/2023

Account Number : 2000175180885
Transaction Date : 06/30/2023
Transaction Id : 116479435059
Transaction Amount : ($10.17)
Payment Type : ETC

# COURTYARD Marriott

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Hipolito Castro
64 Mustang Dr
Monroe CT 06468
United States

Room: 0801
Room Type: KSTE
No. of Guests: 1
Rate: S 125.00  Clerk: 31
CRS Number 92486106

Marriott Rewards # 214246771

Name:

Arrive: 06-25-23     Time: 04:35 PM     Depart: 06-29-23     Folio Number: 733056

| Date | Description | Charges | Credits |
|---|---|---|---|
| 06-25-23 | Package | 125.00 | |
| 06-25-23 | Destination Fee | 17.00 | |
| 06-25-23 | Government Tax | 12.78 | |
| 06-26-23 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 06-26-23 | Package | 125.00 | |
| 06-26-23 | Destination Fee | 17.00 | |
| 06-26-23 | Government Tax | 12.78 | |
| 06-27-23 | Package | 125.00 | |
| 06-27-23 | Destination Fee | 17.00 | |
| 06-27-23 | Government Tax | 12.78 | |
| 06-28-23 | Package | 125.00 | |
| 06-28-23 | Destination Fee | 17.00 | |
| 06-28-23 | Government Tax | 12.78 | |
| 06-29-23 | American Express Card # XXXXXXXXXX1006 | | 668.84 |
| 06-29-23 | American Express Card # XXXXXXXXXX1006 | | -45.72 |

Total 619.12

**COURTYARD**
Marriott

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Hipolito Castro
64 Mustang Dr
Monroe CT 06468
United States

Room: 0801
Room Type: KSTE
No. of Guests: 1
Rate: $ 125.00  Clerk: 31
CRS Number  92486106

Marriott Rewards #  214246771

Name:

Arrive: 06-25-23      Time: 04:35 PM      Depart: 06-29-23      Folio Number: 733056

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|

Balance                                                                              0.00 USD

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today. Start earning points and elite status, plus enjoy exclusive member offers. Enroll today at the front desk.