

FPM TRAVEL REIMBURSEMENT COVER SHEET

Name: David Levy

Invoice number: 01-042T

Invoice date: 07/08/2023

Site visit travel dates: 06/25/2023-07/01/2023

Total travel reimbursement amount (*see page 2 for details*): $ $       $    **2,427.99**

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.*

_____                                      07/08/2023
Signature                                                                               Date



# Office of the TCA - Travel Reimbursement Form

**Traveler Name:** David Levy

**Every One Travel days:** 7

**Purpose of Travel:** On-Site Site visit

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 739.40 | 1 | $ 739.40 |
| Baggage | $ - | 0 | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | $ 7.43 | 1 | $ 7.43 |
| Ground Transportation (Parking) | $ - | 0 | $ - |
| Ground Transportation (Mileage) | $ 0.66 | 7.6 | $ 4.98 |
| Lodging | $ 154.78 | 6 | $ 928.68 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 5 | $ 575.00 |
| tolls | $ - | 0 | $ - |
| Total | | | $ 2,427.99 |

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098



NOTE REGARDING AIRFARE

Name: David Levy

Invoice number: 01-042T

Invoice date: 07/08/2023

Site visit travel dates: 06/25/2023-07/01/2023

The receipt from JetBlue for this site visit shows a discrepancy between base fare ($1,359.80) and actual price paid ($739.40). The reason for this discrepancy is due to rebooking the ticket. Due to intense travel demand and cancelled flights over the 4th of July weekend, I was shifted by JetBlue from my original flight on the evening of June 30th to a flight, and put on a flight early morning July 1st with a connection and layover.

Concerned that I might face further delays interfering with the connecting flight, I rebooked the ticket for a direct flight to my final destination (Washington DC) on the evening of the same day, July 1st. JetBlue customer service explained that this had the following impact on my flight bill:

"Your first ticket was $620.40 and when you made the change the ticket then changed to $739.40, the total you are seeing is the total of both of the tickets but you only paid $739.40."

Thus, the amount for base fare ($1,359.80) reflects the cost of both the original fare and the new fare combined, but the actual price paid only reflects the final fare for my round-trip flight: $739.40.

I have only included the actual amount paid ($739.40) in my travel reimbursement form.

  David Levy <dplevy@gmail.com>

# Itinerary receipt notice
1 message

**JetBlue** <jetblueairways@email.jetblue.com>    Mon, Jul 3, 2023 at 12:03 PM
Reply-To: JetBlue <reply@email.jetblue.com>
To: dplevy@gmail.com



## Your travel receipt.
Thanks for flying JetBlue!

## Travel Purchase

**Date of requested receipt:** 2023-06-17          **Record Locator:** WFYWQS

| | | | |
|---|---|---|---|
| **DCA** | **SJU** | **Travel date** | 2023-06-25T08:00:00 |
| | | **Flight number** | 1347 |
| **SJU** | **DCA** | **Travel date** | 2023-06-30T17:35:00 |
| | | **Flight number** | 1348 |

**Traveler(s)**                                        **Ticket number(s)**

LEVY/DAVID MR                                          2792126030092

| **LEVY/DAVID MR** | | 2792127079291 | |
|---|---|---|---|
| **Base fare:** | | $1,235.00 USD | |
| **Taxes & fees breakdown:** | AMOUNT | CURRENCY | PURPOSE - (CODE) |
| | $9.00 | USD | U.S. Passenger Facility Charge - (XF) |
| | $11.20 | USD | U.S. September 11th Security Fee - (AY) |
| | $42.20 | USD | U.S. Transportation Tax - (US2) |
| | $9.00 | USD | U.S. Passenger Facility Charge - (XF) |
| | $11.20 | USD | U.S. September 11th Security Fee - (AY) |
| | $42.20 | USD | U.S. Transportation Tax - (US2) |
| **Taxes & fees total:** | $124.80 | USD | |
| **Base fare total:** | **$1,359.80** | | |
| **Payment(s):** | | | |
| | Visa card XXXXXXXXXXXX6929 | | $739.40 |

# Fees

| **LEVY DAVID** | Ticket number(s): 2794423401374 |
|---|---|
| | Date: 2023-06-17 |

| QTY | FEE TYPE | COST | TAX | TOTAL |
|---|---|---|---|---|
| 1 | SEAT ASSIGNMENT | $57.00 | $0.00 | $57.00 |
| 1 | SEAT ASSIGNMENT | $57.00 | $0.00 | $57.00 |

| | | |
|---|---|---|
| **Total:** | $114.00 USD | |
| **Payment(s):** | Visa card XXXXXXXXXXXX6929 | $114.00 |

## Total paid: $853.40 USD*

*includes all fares, taxes, fees and penalties less any amounts refunded

Flight Status   |   Bag Info   |   Airport Info

## Stay connected

 Download the JetBlue mobile app        

Help

Business Travel

Privacy

About JetBlue

Please call 1-800-JETBLUE (1-800-538-2583) for additional assistance.

Positive identification required for airport check-in.

Notice:
Carriage and other service provided by the carrier are subject to conditions of carriage, which are hereby incorporated by reference. These conditions may be obtained from the issuing carrier. E-ticket Receipt total includes airfare, taxes, and fees applicable to air care, baggage fees, and Even More fees, as may be applicable.

  David Levy <dplevy@gmail.com>

---

**Your Friday morning trip with Uber**
2 messages

---

**Uber Receipts** <noreply@uber.com>  Fri, Jun 30, 2023 at 8:19 AM
To: dplevy@gmail.com

Uber

Total $5.43
June 30, 2023

## Thanks for riding, David

We hope you enjoyed your ride this morning.



| Total | $5.43 |

| Trip fare | $4.57 |

| Subtotal | $4.57 |
| Booking Fee ? | $0.41 |
| Wait Time ? | $0.45 |

Download PDF

This is not a payment receipt. It is a trip summary to acknowledge the completion of the trip. You will receive a trip receipt when the payment is processed with payment information.

## You rode with CHRISTIAN

4.98 ★ Rating                Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.



When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ›

**UberX**               1.34 miles | 3 min

■  8:15 AM
801 Ponce de Leon Ave, San Juan, PR 00907, US

↓  8:19 AM
1225 Avenida Ponce de León, San Juan, PR 00907, US



Report lost item  ›

Contact support  ›

My trips  ›

Uber

Forgot password

Privacy

Terms

Uber Technologies

1515 3rd Street
San Francisco, CA 94158

**Uber Receipts** <noreply@uber.com>  Fri, Jun 30, 2023 at 8:40 AM
To: dplevy@gmail.com

# Uber

Total $7.43
June 30, 2023

## Thanks for tipping, David

Here's your updated Friday morning ride receipt.



| Total | $7.43 |
|---|---|
| Trip fare | $4.57 |
| Subtotal | $4.57 |
| Booking Fee ❓ | $0.41 |
| Wait Time ❓ | $0.45 |
| Tips | $2.00 |

 Maps  **828 Snowden Hallowell Way to Ronald Reagan Washington National Airport**  Drive 3.8 miles, 8 min



### 828 Snowden Hallowell Way
Alexandria, VA 22314

### Take Madison St to George Washington Memorial Pkwy/N Washington St

1 min (0.1 mi)

1. ↑ Head south on Snowden Hallowell Way toward Madison St
   ⚠ Restricted usage road

   256 ft

2. ↰ Turn left at the 1st cross street onto Madison St

   469 ft

Continue on George Washington Memorial Pkwy. Drive to VA-233 E in Arlington

7 min (3.6 mi)

↰ 3. Turn left onto George Washington Memorial Pkwy/N Washington St
   ⓘ Continue to follow George Washington Memorial Pkwy
   ⚠ Turn is not allowed Mon–Fri 7:00 – 9:00 AM

3.0 mi

↱ 4. Take the exit toward Reagan National Airport

0.2 mi

↱ 5. Slight right onto W Entrance Rd

0.2 mi

↱ 6. Use the middle lane to turn slightly right toward Abingdon Dr E

184 ft

↱ 7. Use the left lane to turn right at the 1st cross street onto Abingdon Dr E

335 ft

↑ 8. Continue straight onto Abingdon Dr

285 ft

↰ 9. Turn left onto VA-233 E

276 ft

## Ronald Reagan Washington National Airport

2401 Smith Blvd, Arlington, VA 22202

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices regarding your route.

Payments

 Visa ····1549                                    $7.43
6/30/23 8:40 AM

Switch Payment Method

Download PDF

# You rode with CHRISTIAN

4.98 ★ Rating              Has passed a multi-step safety screen

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ›

UberX    1.34 miles | 3 min

■ 8:15 AM
801 Ponce de Leon Ave, San Juan, PR 00907, US

↓ 8:19 AM
1225 Avenida Ponce de León, San Juan, PR 00907, US



Report lost item  ›

Contact support  ›

My trips  ›

Uber

Forgot password

Privacy

Terms

Uber Technologies

1515 3rd Street
San Francisco, CA 94158

**COURTYARD® Marriott.**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

David Levy
United States

Room: 0609
Room Type: DNKG
No. of Guests: 1
Rate: $ 125.00  Clerk: 1006

Marriott Rewards #  780861600

CRS Number  95743235

Name:

Arrive:  06-25-23         Time:  03:23 PM         Depart:  07-01-23         Folio Number:  733588

| Date | Description | Charges | Credits |
|---|---|---|---|
| 06-25-23 | Package | 125.00 | |
| 06-25-23 | Destination Fee | 17.00 | |
| 06-25-23 | Government Tax | 12.78 | |
| 06-26-23 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 06-26-23 | Package | 125.00 | |
| 06-26-23 | Destination Fee | 17.00 | |
| 06-26-23 | Government Tax | 12.78 | |
| 06-27-23 | Valet Parking - Guest Charge | 17.94 | |
| 06-27-23 | Valet Parking- Sales Tax 11.5% | 2.06 | |
| 06-27-23 | Package | 125.00 | |
| 06-27-23 | Destination Fee | 17.00 | |
| 06-27-23 | Government Tax | 12.78 | |
| 06-28-23 | Comedor - Guest Charge | 3.00 | |
| 06-28-23 | Package | 125.00 | |
| 06-28-23 | Destination Fee | 17.00 | |
| 06-28-23 | Government Tax | 12.78 | |
| 06-29-23 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |
| 06-29-23 | Package | 125.00 | |
| 06-29-23 | Destination Fee | 17.00 | |
| 06-29-23 | Government Tax | 12.78 | |
| 06-30-23 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |
| 06-30-23 | Package | 125.00 | |
| 06-30-23 | Destination Fee | 17.00 | |
| 06-30-23 | Government Tax | 12.78 | |
| 07-01-23 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 07-01-23 | Visa Card | | 965.68 |

**COURTYARD**®
**Marriott**®

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

David Levy
United States

Room: 0609
Room Type: DNKG
No. of Guests: 1
Rate:  $  125.00  Clerk: 1006

Marriott Rewards #    780861600

CRS Number   95743235

Name:

Arrive:  06-25-23        Time:  03:23 PM        Depart:  07-01-23        Folio Number:  733588

| Date | Description | Charges | Credits |
|---|---|---|---|
|  | *Card #  XXXXXXXXXXXX6929* |  |  |
|  | **Balance** |  | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.