IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants**. | **Civil No.** 12-2039 (FAB) |

**ORDER**

The invoices submitted by Christopher Graham d/b/a Diligens, LLC, Del Carmen Consulting, LLC, G&M Balli Services, LLC, TDPetrowski, LLC, and Galoeffert, LLC (Docket Nos. 2449, 2450, 2451, 2452 and 2453) are **NOTED.**

The amounts claimed for the period from June 22, 2023 through July 21, 2023, are **APPROVED for payment.**

Invoice number 2023-07 submitted by Galoeffert, LLC, includes a lodging invoice that lacks evidence of payment. On or before **August 18, 2023,** Galoeffert, LLC shall submit to the Court evidence of payment of the lodging cost.

The Clerk of the Court is instructed to issue the payment of $6,208.10 to Chistopher Graham, d/b/a Diligens, LLC, $15,000 to Del Carmen Consulting, LLC, $11,513.26 to G&M Balli Services, LLC, and $10,146.78 to TDPetrowski, LLC. Once Galoeffert, LLC complies

with the filing requirement, the Clerk is instructed to issue its payment in the amount of $13,900.71.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, August 8, 2023.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE