IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>  Plaintiff,<br><br>  v.<br><br>**COMMONWEALTH OF PUERTO RICO**,<br>et al.,<br><br>  Defendants. | CIVIL NO. 12-2039 (FAB) |

**Response to Court Order 2461 Requiring Proof of Payment by Galoeffert, LLC on Lodging Cost**

Enclosing proof of payment as requested by the Honorable Court.

The Special Master certifies that the foregoing document was electronically filed with the Clerk of the Court for the District of Puerto Rico, using the CM/ECF system which will send a copy and notification of filing to the Monitor and all counsel of record.

**RESPECTFULLY SUBMITTED** this 8th day of August, 2023.

  **ALEJANDRO DEL CARMEN**
  Special Master

  *s/Alejandro del Carmen*
  delcarmen@specialmasterpuertorico.com



1369 Ashford Avenue
San Juan, , 00907, United States
Tel.: +1-787-827-7280 Fax: +1-787-289-7000 www.marriott.com/sjuac

AC Hotel
San Juan - Condado

Gary Loeffert

| | |
|---|---|
| Habitación / Room: | 0601 |
| Confirmation / Confirmacion: | 92664287 |
| Tipo de habitación/Room Type: | KSTH |
| No. Huespedes/ No. of Guests: | 1/0 |
| Tarifa / Rate: | 197 |
| Agente / Clerk: | 107 |

| Llegada: Arrival: | 06-27-23 | Hora: Time: | 16:29:35 | Salida: Departure: | 06-30-23 | Hora: Time: | 00:00:00 | No. Folio: | |
|---|---|---|---|---|---|---|---|---|---|
| Fecha / Date | | Reference # | | Descripción / Description | | | Cargos / Charges | | Creditos / Credits |
| 06-27-23 | | 99200 | | Room Charge | | | 197.00 | | |
| 06-27-23 | | 15101 | | Destination Fee | | | 45.00 | | |
| 06-27-23 | | 15105 | | Room Tax | | | 21.78 | | |
| 06-28-23 | | 99200 | | Room Charge | | | 197.00 | | |
| 06-28-23 | | 15101 | | Destination Fee | | | 45.00 | | |
| 06-28-23 | | 15105 | | Room Tax | | | 21.78 | | |
| 06-29-23 | | 99200 | | Room Charge | | | 197.00 | | |
| 06-29-23 | | 15101 | | Destination Fee | | | 45.00 | | |
| 06-29-23 | | 15105 | | Room Tax | | | 21.78 | | |

Total : 791.34
Balance : 791.34

As a Marriott Bonvoy Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.