OFFICE OF THE FPMPR LLC.
B-5 Calle Tabonuco Suite 216 PMB 292
Guaynabo, Puerto Rico 00968

July 31, 2023

Professional services rendered by the members of the Office of the FPMPR LLC. For July 2023:

| NAME | AMOUNT | MONTH |
| --- | --- | --- |
| 1. John Romero | $17,916.66 | July 2023 |
| 2. Spece | $ 4,311.84 | July 2023 |
| 3. The & Group LLC (Javier González) | $10,735.48 | July 2023 |
| 4. Altai Atlantic Consulting LLC (Dr. David Levy) | $13,530.00 | July 2023 |
| 5. Denise Rodriguez | $15,833.33 | July 2023 |
| 6. Viota & Associates CPA LLC | $   750.00 | July 2023 |
| 7. Donald S. Gosselin | $ 9,900.00 | July 2023 |
| 8. Al Youngs | $ 9,900.00 | July 2023 |
| 9. Rafael E. Ruiz | $10,065.00 | July 2023 |
| 10. Scott Cragg | $10,147.50 | July 2023 |
| 11. AB - AG Law LLC | $16,000.00 | July 2023 |
| 12. Rita J. Watkins | $ 7,520.00 | July 2023 |
| 13. M Serrano LLC | $ 7,480.00 | July 2023 |
| 14. Luis Hidalgo | $11,500.00 | July 2023 |
| 15. Korber Group | $ 1,687.75 | July 2023 |
| 16. Samantha Rhinerson | $ 2,350.00 | July 2023 |
| 17. Claudia Cámara | $ 2,800.00 | July 2023 |
| 18. Manuel Arroyo | $ 1,500.00 | July 2023 |
| 19. Hipolito Castro Jr | $ 9,000.00 | July 2023 |
| 20. Stephanie Leon | $ 2,362.50 | July 2023 |
| **TOTAL:** | **$165,290.06** | July 2023 |
| | | |