**Spece**
1225 Juan Ponce de Leon
San Juan, PR  00907
787-417-7300
info@spece.com
www.spece.com

Invoice  INV - 19023



| BILL TO | | | |
|---|---|---|---|
| Office of the FPMPR LLC | DATE<br>09/01/2023 | PLEASE PAY<br>$2,579.20 | DUE DATE<br>09/01/2023 |

| MEMBERSHIP | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Membership:Private Office**<br>Private Office Suite - Office 15, $2,300.00, Sep 1, 2023 - Sep 30, 2023 | 1 | 2,300.00 | 2,300.00T |
| **Other Fees:One-off Fees**<br>Telephone Service, $60.00, Sep 1, 2023 - Sep 30, 2023 | 1 | 60.00 | 60.00T |
| **Other Fees:One-off Fees**<br>Garage Parking, $120.00, Sep 1, 2023 - Sep 30, 2023 | 1 | 120.00 | 120.00T |

SUBTOTAL  2,480.00
TAX (4%)  99.20
TOTAL  2,579.20

TOTAL DUE  $2,579.20

THANK YOU.

ELEVATE YOUR BUSINESS

**Spece**
1225 Juan Ponce de Leon
San Juan, PR  00907
787-417-7300
info@spece.com
www.spece.com

Invoice  INV - 19024



| BILL TO | | | |
|---|---|---|---|
| Office of the FPMPR LLC | DATE<br>07/31/2023 | PLEASE PAY<br>$1,732.64 | DUE DATE<br>07/31/2023 |

| MEMBERSHIP | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Event Rental:Conference Room**<br>Medium Conference Room, $24.00, 1 x $24.00 / hour (20% discount) - Jun 28, 2023 | 1 | 24.00 | 24.00T |
| **Event Rental:Conference Room**<br>Small Conference Room, $120.00, 1 x $80.00 / hour (20% discount), 2 x $20.00 / hour (20% discount) - Jun 28, 2023 | 1 | 120.00 | 120.00T |
| **Event Rental:Conference Room**<br>Small Conference Room, $144.00, 1 x $144.00 / day (20% discount) - Jun 28, 2023 | 1 | 144.00 | 144.00T |
| **Event Rental:Conference Room**<br>XLarge Conference Room, $120.00, 3 x $40.00 / hour (20% discount) - Jun 28, 2023 | 3 | 40.00 | 120.00T |
| **Event Rental:Conference Room**<br>Medium Conference Room, $180.00, 1 x $180.00 / day (20% discount) - Jul 19, 2023 | 1 | 180.00 | 180.00T |
| **Event Rental:Conference Room**<br>Small Conference Room, $144.00, 1 x $144.00 / day (20% discount) - Jul 19, 2023 | 1 | 144.00 | 144.00T |
| **Event Rental:Conference Room**<br>XLarge Conference Room, $120.00, 3 x $40.00 / hour (20% discount) - Jul 20, 2023 | 3 | 40.00 | 120.00T |
| **Event Rental:Conference Room**<br>Medium Conference Room, $180.00, 1 x $180.00 / day (20% discount) - Jul 20, 2023 | 1 | 180.00 | 180.00T |
| **Event Rental:Conference Room**<br>Small Conference Room, $144.00, 1 x $144.00 / day (20% discount) - Jul 20, 2023 | 1 | 144.00 | 144.00T |
| **Event Rental:Conference Room**<br>Small Conference Room, $70.00, 3.5 x $20.00 / hour (20% discount) - Jul 17, 2023 | 3.50 | 20.00 | 70.00T |
| **Event Rental:Conference Room**<br>XLarge Conference Room, $20.00, 0.5 x $40.00 / hour (20% discount) - Jul 17, 2023 | 0.50 | 40.00 | 20.00T |

ELEVATE YOUR BUSINESS

| MEMBERSHIP | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Event Rental:Conference Room**<br>Small Conference Room, $120.00, 1 x $80.00 / hour (20% discount), 2 x $20.00 / hour (20% discount) - Jul 19, 2023 | 1 | 120.00 | 120.00T |
| **Event Rental:Conference Room**<br>XLarge Conference Room, $280.00, 1 x $280.00 / day (20% discount) - Jul 19, 2023 | 1 | 280.00 | 280.00T |

|  |  |
|---|---|
| SUBTOTAL | 1,666.00 |
| TAX (4%) | 66.64 |
| TOTAL | 1,732.64 |
| TOTAL DUE | **$1,732.64** |

THANK YOU.

ELEVATE YOUR BUSINESS