# THE & GROUP LLC.

Las Ramblas
71 Calle Montjuic
Guaynabo , PR 00969

## INVOICE

INVOICE NUMBER: 113
INVOICE DATE: JULY 31, 2023

Federal Police Monitor

San Juan, PR

Invoice for Javier B Gonzalez Professional Services as Administrative Director

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| JUL-03-23 | Administrative Director | Work with Team June Professional Services Invoices. | 5.00 | $125.00 | $625.00 |
| JUL-05-23 | Administrative Director | Continue working with Team Professional Services and Travel Expenses June Invoices, Communications with the Monitor. | 4.50 | $125.00 | $562.50 |
| JUL-06-23 | Administrative Director | Work with Team June Professional Services Invoices, Survey Follow up, Work with 2022-2023 Office Budget Expenses, Communications with the Monitor, Review of communications sent by the Monitor and Team members. | 4.00 | $125.00 | $500.00 |
| JUL-07-23 | Administrative Director | Work with Team June Travel Expenses Invoices, Communications with Team Members. | 3.50 | $125.00 | $437.50 |
| JUL-10-23 | Administrative Director | Biweekly Meeting with PRPB and USDOJ, Team Travel Invoices follow up, Coordination of Team Visit. Communications with the Monitor and Team Members. | 3.00 | $125.00 | $375.00 |
| JUL-11-23 | Administrative Director | Team Invoices follow up, Communications with the Monitor, Coordination of Team Visit. | 1.50 | $125.00 | $187.50 |
| JUL-12-23 | Administrative Director | Final review of Team June Invoices, Communications with the Monitor and Team members, Coordination of Team Visit, Communications with PRPB Area Commander. | 3.00 | $125.00 | $375.00 |
| JUL-13-23 | Administrative Director | Weekly Executive Team Meeting, Community Meeting in Juncos, Communications with the Monitor and Team members, coordination of Team Visit. | 4.50 | $125.00 | $562.50 |
| JUL-14-23 | Administrative Director | Community Training of area commanders, work with team June travel expenses. | 4.00 | $125.00 | $500.00 |
| JUL-15-23 | Administrative Director | Community Interaction Central Council Committee Ordinary Meeting in Aibonito | 4.50 | $125.00 | $562.50 |
| JUL-16-23 | Administrative Director | Office of the TCA Adobe account | | | $47.98 |
| JUL-17-23 | Administrative Director | Team Visit Coordinations, Meetings at PRPB and Dominican Republic Consulate. | 8.00 | $125.00 | $1,000.00 |
| JUL-18-23 | Administrative Director | Visit to Ponce with the Team, Coordination of Team visit. | 8.00 | $125.00 | $1,000.00 |

INVOICE NUMBER: 113

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| JUL-19-23 | Administrative Director | Team Visit Coordination, Meetings at Office. | 8.00 | $125.00 | $1,000.00 |
| JUL-20-23 | Administrative Director | Team Visit, Meetings at Caimito, PRPB, Office and Airport Precint. | 8.00 | $125.00 | $1,000.00 |
| JUL-21-23 | Administrative Director | Communications with the Monitor and Team Members, Team Visit coordination, Team Invoices payment follow up. | 1.50 | $125.00 | $187.50 |
| JUL-24-23 | Administrative Director | Review of communications sent by Team Members | 1.00 | $125.00 | $125.00 |
| JUL-25-23 | Administrative Director | Review of communications sent by Team Members. | 1.00 | $125.00 | $125.00 |
| JUL-26-23 | Administrative Director | Communications with the Monitor, Communications with PRPB Officer, | 0.50 | $125.00 | $62.50 |
| JUL-27-23 | Administrative Director | Weekly executive Team Meeting, Communications with the Monitor and Team members. Work with Team July Travel Expenses Invoices. | 3.00 | $125.00 | $375.00 |
| JUL-28-23 | Administrative Director | Work with communications received at the office, Work with Team July Travel Expenses Invoices, Communications wit the Monitor and Team Members. | 2.50 | $125.00 | $312.50 |
| JUL-31-23 | Administrative Director | Weekly Team Meeting, 253 Meeting, Communications with Team Members, Work with Team July Invoices | 4.50 | $125.00 | $562.50 |
| JUL-31-23 | Administrative Director | I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0.00 | $125.00 | $0.00 |
| | | Gasoline Expense | | | $250.00 |
| | | Total amount of this invoice | | | $10,735.48 |

MESSAGE

Javier B Gonzalez July 31, 2023

# Transaction Details
Card Ending - 11003

Merchandise & Supplies - Mail Order

## ADOBE WEBSALES 800-833-6687

# $47.98

Jul 16, 2023

On your statement as ADOBE ACROPRO SUBS ASAN JOSE CA

**$0.48 Reward Dollars**



## Transaction Details



ADOBE WEBSALES 800-833-6687

801 N 34TH ST
SEATTLE
98103
WA
UNITED STATES