

# Invoice

**Altai Atlantic Consulting LLC**
828 Snowden Hallowell Way, Alexandria VA 22314

**Date:** 07/31/23
**Invoice #:** 01-043

**To:** Office of the Federal Police Monitor of Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
Tel. 787-417-9098

| Fee Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|
| **Total Fees Payable For Services Rendered by Dr. David Levy** | 82.0 | 165 | **$13,530.00** |

## Work Performed in the Continental United States

| Date | Activity Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 7/1/23 | Dynamic date formulas for monitor worksheets | 8.0 | 165 | $1,320.00 |
| 7/1/23 | Detailed instructions for the updated data source worksheets | 3.5 | 165 | $577.50 |
| 7/3/23 | Dynamic date formulas for monitor worksheets | 8.0 | 165 | $1,320.00 |
| 7/5/23 | Dynamic date formulas for monitor worksheets | 4.0 | 165 | $660.00 |
| 7/6/23 | Travel reimbursement calculations | 1.5 | 165 | $247.50 |
| 7/9/23 | Finalizing and distributing updated data source worksheets | 5.0 | 165 | $825.00 |
| 7/10/23 | Biweekly data production call and calls with Monitors Ruiz and Romero | 1.5 | 165 | $247.50 |
| 7/12/23 | CMR-9 Data requst 2.2 | 7.0 | 165 | $1,155.00 |
| 7/13/23 | Calls with Monitors Rodriguez and Youngs | 0.5 | 165 | $82.50 |
| 7/17/23 | July site visit: Team visit to PRPB HQ and data/tech support for Monitors | 8.0 | 165 | $1,320.00 |
| 7/18/23 | July site visit: Ponce site visit | 8.0 | 165 | $1,320.00 |
| 7/19/23 | July site visit: Meeting with PRPB HR and data/tech support for Monitors | 8.0 | 165 | $1,320.00 |
| 7/20/23 | July site visit: Meeting with SARP and data/tech support for Monitors | 8.0 | 165 | $1,320.00 |
| 7/21/23 | July site visit: Review of PRPB dashboards and misc. admin | 5.0 | 165 | $825.00 |
| 7/24/23 | Call with Chief Monitor Romero and follow-up UOF data analysis | 1.0 | 165 | $165.00 |
| 7/27/23 | Calls with Monitors Watkins and Youngs to review updated worksheets | 1.0 | 165 | $165.00 |
| 7/27/23 | Review of special reqeust items for internal investigations | 0.5 | 165 | $82.50 |
| 7/27/23 | Preparing July site visit invoice | 0.5 | 165 | $82.50 |
| 7/29/23 | Communication with Monitors Romero and Gosselin re: CMR-9 data | 0.5 | 165 | $82.50 |
| 7/31/23 | Biweekly team call and Call with monitor Youngs | 1.0 | 165 | $165.00 |
| 7/31/23 | Call with Ben Horowitz re: dashboards | 1.0 | 165 | $165.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 7/31/23 | Misc. end of month admin | 0.5 | 165 | $82.50 |
| | | | 165 | $0.00 |
| | | | 165 | $0.00 |
| | | | 165 | $0.00 |
| | | | 165 | $0.00 |
| Total | | 82.0 | | $13,530.00 |

**Total Fee Payable** $13,530.00

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

*[signature]*

**Dr. David Levy**

07/31/23
**Date**