# INVOICE

| DATE | INVOICE NO | **Denise Rodriguez** |
|---|---|---|
| 8/1/2023 | #034 | 3003 San Sebastian St. |
| | | Mission, TX 78572 |
| | | drodriguez_PRI@outlook.com |

**INVOICE TO**
Puerto Rico Chief Federal Monitor

**INVOICE PERIOD**
July 1 - 31, 2023

**DUTIES AND RESPONSIBILITIES**                                **TOTAL DUE $15,833.33**

- Conducted monthly one-on-one meetings with subject matter experts
- Coordinated and conducted weekly Monitoring Executive Team meetings
- Coordinated and conducted biweekly meetings with the Parties
- Conducted biweekly meetings with Research Analyst
- Reviewed and approved the review of several policies submitted to the Monitor's Office by PRPB as per Paragraph 229 of the Agreement
- Worked with the Research Analyst to finalize the schedule for the July & August site visits
- Participated in various meetings with the Parties to discuss the PRPB IT Corrective Action Plan
- Worked with Administrative Director and Associate Monitor to plan for upcoming community meeting
- Participated in various meetings with the Parties to discuss PRPB's work with AHDatalytics
- Coordinated and oversaw the submission and receipt of various data requests for CMR- 9
- Participated in the July 253 Meeting with the Parties
- Participated in site visit on July 16-21st to include a field visit to Ponce.
- Worked with team members to develop timeline illustrations of the PR implementation plans
- Participated in meetings with PRPB personnel regarding community engagement
- Participated in meetings with PRPB to discuss GO 412
- Participated in meetings with PRPB to discuss GO 127
- Reviewed status reports of the Training Implementation Plan
- Reviewed the latest draft of the Searches and Seizures Implementation Plan
- Reviewed and provided comment on the latest draft of the Domestic Violence & Sexual Assault/Equal Protection Implementation Plan
- Reviewed and approved CMR-9 templates
- Reviewed and approved the FPM Survey newsletter

Flat Rate Total Wages*                                                                                      $15,833.33
- *Travel was submitted under invoice no. 034.1*
**Total Due**                                                                                                   **$ 15,833.33**

*The total amount is a flat rate. The total monthly is $15,833.33 for an annualized amount of $190,000.00

*Denise Rodriguez* (signature)

**Denise Rodriguez, Chief Deputy Monitor**                               July 31, 2023
                                                                                                Date

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.*