# VIOTA & ASSOCIATES CPA LLC

**B5 CALLE TABONUCO, SUITE 216**
**PMB 292**
**GUAYNABO, PR 00968-3029**

## Invoice

INVOICE NUMBER: 20201467
DATE: JULY 31, 2023

PUERTO RICO POLICE REFORM

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: CONSULTING FEES | | | |
| JUL-19-23 | CONSULTING FEES | Download invoices to Dropbox, Review Invoices | 2.50 | $125.00 | $312.50 |
| JUL-25-23 | CONSULTING FEES | Calculated withholdings, 6/30 invoices in Excel and Sage, Reconciliation 6/30 | 3.50 | $125.00 | $437.50 |
| | | TOTAL: CONSULTING FEES | | | $750.00 |
| | | Total hours for this invoice | 6.00 | | |
| | | Total before tax | | | $750.00 |
| | | PR SALES TAX (IVU) | | | $0.00 |
| | | Total amount of this invoice | | | $750.00 |