| **Name:** | Donald S. Gosselin, d/b/a Gosselin Int'l Associates, division of MBG North Corp | | | #1179 |
|---|---|---|---|---|
| **Invoice Date:** | 7/28/23 | | | |
| **Invoice Perio** | 1 JUL 2023 - 28 JUL 2023 | | | |
| **Date** | **Task(s)** | **Rate** | **Hours** | **Total Amount** |
| 07/02/23 | Report on Interviews from June visit | $ 165.00 | 2 | $ 330.00 |
| 07/04/23 | Review July draft agenda | $ 165.00 | 1.75 | $ 288.75 |
| 07/06/23 | Multiple comms with Team Leadership | $ 165.00 | 3 | $ 495.00 |
| 07/07/23 | Multiple comms with Team members | $ 165.00 | 3.25 | $ 536.25 |
| 07/10/23 | Purposive sampling design, multiple comms | $ 165.00 | 4 | $ 660.00 |
| 07/11/23 | Multiple comms re methodology, purposive samples | $ 165.00 | 4.25 | $ 701.25 |
| 07/12/23 | Multiple comms with SARP leadership re data and interviews | $ 165.00 | 2.75 | $ 453.75 |
| 07/15/23 | Review worksheets | $ 165.00 | 1 | $ 165.00 |
| 07/17/23 | Field Work SJU | $ 165.00 | 8 | $ 1,320.00 |
| 07/18/23 | Field Work SJU | $ 165.00 | 8 | $ 1,320.00 |
| 07/19/23 | Field Work SJU | $ 165.00 | 8 | $ 1,320.00 |
| 07/20/23 | Field Work SJU | $ 165.00 | 8 | $ 1,320.00 |
| 07/24/23 | Organize database, report interviews, OG 412 multiple comm | $ 165.00 | 3.25 | $ 536.25 |
| 07/27/23 | Comms PRPB/Team re; missing data, schedule changes | $ 165.00 | 2.75 | $ 453.75 |
| | | $ 165.00 | 0 | $ - |
| **TOTAL Labor** | | | **60.00** | **$ 9,900.00** |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of

**Signature:** *DS Gosselin* <signature>

**Date:** 7/28/23

**Commo and Coordination** consists of all writings and digital comms to/from Monitors, PRPB, USDOJ; Review compliance targets, document and data requests, logistics; scheduling, on-site planning & coordination, database development

**Data/Policy Analysis, Writing** Data concerns CMR-8, Draft/review data requests, review special case, reporting on interviews, due process for promo candidates.

**Field Work:** Research conducted in situ (SJU)

**Review Investigations:** Page by page analysis of SARP Investigations conducted (Phase I and Adjudicated Phase II)