Al Youngs
5552 West Lakeridge Rd
Lakewood, CO 80227

July 1 - July 31, 2023
Invoice No. 49
Member of Federal Monitor Team

| Date | Brief Description | Total Hours |
|---|---|---|
|  | Reviewed and responded to emails and conference calls for the month of July. |  |
| 7/3<br>7/5<br>7/6<br>7/8<br>7/9<br>7/11<br>7/22<br>7/29<br>7/30<br>7/31 | From Members of the Monitor Team. | 6.0 Hours |
| 7/5<br>7/7<br>7/8<br>7/10<br>7/13<br>7/24<br>7/26<br>7/30<br>7/31 | Several meetings and phone calls with Monitor and Deputy Monitor. | 3.0 Hours |
|  | During site visit to Puerto Rico |  |
| 7/17 | Meeting with SARP Commander Santiago, Ocasio, and Col. Ramirez: Discussed SARP reform progress, efforts related to inspections and yearly report, and EIS related to SARP. |  |
| 7/18 | Field visit ot Ponce: Promotional candidate interviews. Interviewed random sample of promotional candidates. |  |
| 7/19 | Meeting with HR Director: Discussed performance evaluations. |  |

| Date | Description | Hours |
|---|---|---|
| 7/19 | Promotional candidate interviews. Interviewed random sample of promotional candidates. | |
| 7/20 | Promotional candidate interviews. Interviewed random sample of promotional candidates. | |
| | | 28.0 Hours |
| | | |
| 7/3 | Reviewed Recruitment regulation and forwarded comments. | 3.0 Hours |
| 7/7 | Reviewed Spervisor status report | 2.0 Hours |
| 7/10 | Reviewed CMR 8 and 9 data report requests | 2.0 Hours |
| 7/11 | Reviewed CMR 8 Supervision & Administration | 2.0 Hours |
| 7/13 | Reviewed CMR-8 Recruitment, Hiring and Selection | 2.0 Hours |
| 7/14 | Reviewed ACT 65 and forwarded additional comments | 2.0 Hours |
| 7/15 | Reviewed CMR-7 Professionalization | 2.0 Hours |
| 7/22 | Reviewed protocol memorandum reference Command level promotions | 2.0 Hours |
| 7/25 | Reviewed and approved PPR305.1 | 2.0 Hours |
| 7/27 | Additional review of personnel evaluations completed by Supervisors of their subordinates, reviewed pro media materials and 06 310. | 2.0 Hours |
| 7/28 | Reviewed list of promotions, Inspectors to Lt. Colonels and Lt. Colonels to Colonels | 2.0 Hours |

**TOTAL HOURS:** 60.0

Billable Hours: 60 Hours at a Rate of $165.00 Per Hour = $9,900.00

**TOTAL:** $9,900.00

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_Alan C Young_
Signature

7/31/23
Date