# Rafael Ruiz Consulting

12 Crestshire Dr.
Lawrence, MA 01843

PHONE: 6177599156    stodgo1971@yahoo.com    12 Crestshire Dr.

## INVOICE

INVOICE NUMBER: 2023-07
INVOICE DATE: 7/31/2023

Federal Police Monitor for PR
VIG Tower, PH-924
1225 Ponce De Leon Ave.
San Juan, PR 00907

RAFAEL E. RUIZ CONSULTING

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: FPM work from Home | | | |
| 7/5/2023 | FPM work from Home | Review PPR 130.1, and conversion table | 0.75 | $165.00 | $123.75 |
| 7/10/2023 | FPM work from Home | Zoom meeting w/Dep FPM | 0.50 | $165.00 | $82.50 |
| 7/27/2023 | FPM work from Home | Prep worksheets for CMR-09 | 1.50 | $165.00 | $247.50 |
| 7/28/2023 | FPM work from Home | Download and prep CMR-09 midterm sample data | 1.00 | $165.00 | $165.00 |
| 7/29/2023 | FPM work from Home | Work on CMR-09 midterm sample data | 8.50 | $165.00 | $1,402.50 |
| 7/30/2023 | FPM work from Home | Work on CMR-09 midterm sample data | 5.25 | $165.00 | $866.25 |
| 7/31/2023 | FPM work from Home | Work on CMR-09 midterm sample data | 10.00 | $165.00 | $1,650.00 |
| 7/31/2023 | FPM work from Home | Texts, emails, phone calls among FPM Team | 1.50 | $165.00 | $247.50 |
| | | TOTAL: FPM work from Home | | | $4,785.00 |
| | | PROJECT: FPM work from PR (Site Visits) | | | |
| 7/17/2023 | FPM work from PR (Site Visits) | Site visit, interviews, inspections and systems demo | 8.00 | $165.00 | $1,320.00 |
| 7/18/2023 | FPM work from PR (Site Visits) | Site visit, interviews, inspections and systems demo | 8.00 | $165.00 | $1,320.00 |
| 7/19/2023 | FPM work from PR (Site Visits) | Site visit, interviews, inspections and systems demo | 8.00 | $165.00 | $1,320.00 |
| 7/20/2023 | FPM work from PR (Site Visits) | Site visit, interviews, inspections and systems demo | 8.00 | $165.00 | $1,320.00 |
| | | TOTAL: FPM work from PR (Site Visits) | | | $5,280.00 |
| | | Total hours for this invoice | 61.00 | | |
| | | Total amount of this invoice | | | $10,065.00 |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of the hours worked in my capacity as a member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_Rafael E. Ruiz_
Rafael E. Ruiz

Date: July 31, 2023