INVOICE 0101-LABOR FOR PROFESSIONAL SERVICES; JULY 1, 2023, THROUGH JULY 31, 2023
RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC

TO: Federal Monitor
Puerto Rico Police Department Consent Decree

| | | |
|---|---|---|
| **Name:** | Scott Cragg | |
| **Invoice Date:** | 7/31/23 | |
| **Invoice Period:** | July 1 - July 31, 2023 | |

| Date | Task(s) | Rate | Total Hours | Total Amount |
|---|---|---|---|---|
| 7/3/23 | Review emails - Gartner contract review, FM Attorney, Parties review, Review systems access recommendations, provide response, | $ 165.00 | 0.75 | $ 123.75 |
| 7/4/23 | Complete review of DoJ and PRPB comments to CMR-8 | $ 165.00 | 2.25 | $ 371.25 |
| 7/5/23 | Review IT artifacts in Box, Review of PRPB's final submission of GO 412, Review Monitors Office Compliance Tracker, adjust for logistical changes in August 2023 On-Site visit, review and recommend on-site mtg and interview changes. | $ 165.00 | 2.75 | $ 453.75 |
| 7/6/23 | Gartner kickoff on PMO and RMS tasks, prep and meet, follow up with Monitor, AHD monthly review, coordinate schedule with DPM to align mtgs and schedule demo's including SA, DV and SARP | $ 165.00 | 2.75 | $ 453.75 |
| 7/7/23 | Per request of monitors office, resubmit invoice, reschedule on-site visit in August | $ 165.00 | 0.75 | $ 123.75 |
| 7/8/23 | Review COPS reports provided by DoJ(L. Saucedo) regarding dashboarding and data | $ 165.00 | 1.25 | $ 206.25 |
| 7/10/23 | Monthly status review with Deputy Monitor, Review with Monitor the Gartner Contract close out and invoicing for IT assessment and strategic plan from Summer 2022, adjust for on-site schedule changes and travel logistics following Monitors changes. Communicate Rules of Engagement with Gartner | $ 165.00 | 1.75 | $ 288.75 |
| 7/11/23 | Review and make recommendations to Gartner proposed governance model for IT Corrective Actions, clear emails Gartner, DSP, Monitors Office | $ 165.00 | 3.75 | $ 618.75 |
| 7/14/23 | Review of 253 minutes pertinent to IT, make recommendation to the Monitor | $ 165.00 | 2.25 | $ 371.25 |
| 7/15/23 | review Data construct from Levy, follow up with Federal Monitor on Gartner contract (RMS/PMO) | $ 165.00 | 1 | $ 165.00 |
| 7/16/23 | Review of Levy Data Call 9.2.2, identify pertinent requests relating to IT sections CAD, GTE, EIS, etc. | $ 165.00 | 1.75 | $ 288.75 |
| 7/17/23 | On Site Puerto Rico | $ 165.00 | 8 | $ 1,320.00 |
| 7/18/23 | On Site Puerto Rico | $ 165.00 | 8 | $ 1,320.00 |
| 7/19/23 | On Site Puerto Rico | $ 165.00 | 8 | $ 1,320.00 |
| 7/20/23 | On-Site Puerto Rico | $ 165.00 | 8 | $ 1,320.00 |
| 7/21/23 | Review Dashboards with PRPB account access, Prepare July Expenses invoice | $ 165.00 | 1.75 | $ 288.75 |

1

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 7/24/23 | Review Levy email and attachment, Review Rhinerson email on GO-130 | $ 165.00 | 0.75 | $ 123.75 |
| 7/25/23 | Map August On-site schedule, review GO responses, coordinate flight schedule and Hotel Schedule | $ 165.00 | 0.75 | $ 123.75 |
| 7/27/23 | Review Cyber Assessment alternatives with Industry SME's from TWG | $ 165.00 | 1.5 | $ 247.50 |
| 7/29/23 | Clear emails from monitors and Federal Monitor, review monitors approach for mid-term report | $ 165.00 | 0.25 | $ 41.25 |
| 7/30/23 | Review Gartner Plan for assessing RMS RFI, send recommendations to Gartner, review Gartner minutes for initial kickoff mtg on 7/27 | $ 165.00 | 0.75 | $ 123.75 |
| 7/31/23 | Monitors Bi-Weekly call, Review Gartner Minutes for weekly Review and planning for upcoming work groups, clear emails. Prepare Invoice. | $ 165.00 | 2.75 | $ 453.75 |
|  |  |  |  | $ - |
| **TOTAL Labor** |  |  | **61.5** | **$ 10,147.50** |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

**Signature**                                                                                           **Date:**         7/31/23