# INVOICE

**DATE:**
August 1, 2023

**INVOICE #**
08-1

**CUSTOMER ID:**
United States of America v. Commonwealth of PR
Civil No. 12-2039 (FAB)

**TO:** FPMPR LLC
VIG Tower PH 924
1225 Ponce de Leon
San Juan, PR 00907

| SERVICE PROVIDER | JOB | FEES | INVOICE PERIOD |
|---|---|---|---|
| AB-AG LAW LLC | LEGAL SERVICES | MONTHLY FLAT FEE | July 2023 |

**DESCRIPTION**

Finalize Gartner contract and communications with Gartner's general counsel and J. Romero related thereto. Coordinate VTC with parties on Gartner matter.

Prepare memorandum to J. Romero on UOF review board meeting. Calls and emails with J. Romero regarding the same.

Review and respond to daily emails, calls, attend and appear to videoconferences with special master and parties.  Appear and attend weekly executive meetings with team, biweekly team meetings.

Perform legal research requested by team and prepare memorandums needed.

Work on translations requested.

Meetings with paralegal and supervise paralegal's work.

Work on invoices, calls with J. Gonzalez, and prepare and file motion for disbursement of funds and motion for reimbursement of expenses.

Preparation for and attendance of meetings during July site visit.  Calls and emails related thereto.

Attend 253 meeting.  Calls and emails with team related thereto.

Review and analyze motions and orders docketed.  Emails to team regarding the same.  Calls and emails related thereto.

**TOTAL INVOICE AMOUNT:  $16,000**

*[signature]*

I HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN MY CAPACITY AS A MEMBER OF THE FEDERAL MONITORING TEAM.  I FURTHER CERTIFY THAT I HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH OF PUERTO RICO, OR ANY OF ITS DEPARTMENTS OR AGENCIES.

**MAKE ALL CHECKS PAYABLE TO AB-AG LAW LLC**
Thank you for your business!

**1357 ASHFORD AVE #2 -184 | SAN JUAN, PR 00907| PHONE: (787) 948-5131| EMAIL RABESADA@FPMPR.ORG**

2