| | | | | |
|---|---|---|---|---|
| **Name:** | Rita J. Watkins | | | |
| **Invoice Date:** | 7/31/2023 | | | |
| **Invoice Period:** | July 1-31, 2023 | | | |
| | | | | |
| **Date** | **Task(s)** | **Rate** | **Total Hours** | **Total Amount** |
| 7/2/2023 | Telecons and emails from monitors and parties/Comments to Law 65 | $ 160.00 | 3 | $ 480.00 |
| 7/3/2023 | GO 645 comments/PPR 645.1 review and response/Worksheet review | $ 160.00 | 3 | $ 480.00 |
| 7/17/2023 | Field Work, Puerto Rico | $ 160.00 | 8 | $ 1,280.00 |
| 7/18/2023 | Field Work, Puerto Rico | $ 160.00 | 8 | $ 1,280.00 |
| 7/19/2023 | Field Work, Puerto Rico | $ 160.00 | 8 | $ 1,280.00 |
| 7/20/2023 | Field Work, Puerto Rico | $ 160.00 | 6 | $ 960.00 |
| 7/22/2023 | Telecons and emails from monitors/SA and DV plan review and comments | $ 160.00 | 2.5 | $ 400.00 |
| 7/23/2023 | SA and DV plan review and comments continued | $ 160.00 | 3.5 | $ 560.00 |
| 7/26/2023 | CMR-9 worksheet review and emails from monitors | $ 160.00 | 1.5 | $ 240.00 |
| 7/27/2023 | Worksheet-data and access meeting. Review of worksheet | $ 160.00 | 2 | $ 320.00 |
| 7/29/2023 | Telecons and emails with monitors | $ 160.00 | 1 | $ 160.00 |
| 7/31/2023 | Team meeting | $ 160.00 | 0.5 | $ 80.00 |
| | | $160.00 | | $ - |
| | | $ 160.00 | | $ - |
| | | $ 160.00 | | $ - |
| | | $ 160.00 | | $ - |
| | | $ 160.00 | | $ - |
| | | $ 160.00 | | $ - |
| | | $ 160.00 | | $ - |
| | | | | $ - |
| **TOTAL** | | | 47 | $ 7,520.00 |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

**Signature:** *Rita J. Watkins*    **Date:** 7/31/2023