# INVOICE



22 Chalets de Santa Maria
San Juan, P.R. 00927
(787) 940-3090

**DATE:** 7/31/2023
**INVOICE #** 202307
**FOR:** FPMPR/TCA

**BILL TO:**
**Office of the FPMPR, LLC**
VIG Tower, PH 924
1225 Ponce de Leon Avenue
San Juan, P.R. 00907

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Zoom calls/Team meetings: | 0.50 | $160.00 | $ 80.00 |
| emails-texts/phone calls: Sam, John, CIC- Bayamon Sra. Catala (Texts), CIC Fajardo (Carmencita: Texts, audio, video,), Agt. Nidia Ramos (Cidra District-email/call/Text), Insp. Massari, Dr. Fernandez, CIC S. Rivera-Bayamon, CIC Aug. Interviews selection email,  Denise OG 127 meeting request, Aug calendar palnning; Roberto; addtl. CICs interviews text/calls/emails. | 4.75 | $160.00 | $ 760.00 |
| 07/14/2023: 2nd data request review: 2.038, 2.043(b) | 0.25 | $160.00 | $40.00 |
| 07/15/2023: July site visit prep: Confirmed interviews listing and schedule reviewed (Clarif. Needed) | 0.25 | $160.00 | $40.00 |
| 07/17/2023: PRPB Office of the Reform meeting/Demos/CIC coord. Interviews & Invite letters drafted | 7.00 | $160.00 | $1,120.00 |
| 07/18/2023: PRPB Interviews | 3.25 | $160.00 | $520.00 |
| 07/19/2023: CRS Mildred Robles meeting/PRPB Interviews/meeting with Dave | 8.00 | $160.00 | $ 1,280.00 |
| 07/20/2023: PRPB Interviews | 3.00 | $160.00 | $ 480.00 |
| 07/23/2023: Non-compliant pars. (CMR8) review/update partial: 208, 211, 212 | 2.50 | $160.00 | $400.00 |
| 07/24/2023: Summary of non-compliance notes + partial draft pending box details Par. 213, 214, 215/ PRPBB interviews | 5.75 | $160.00 | $920.00 |
| 07/25/2023: Control Nos. 8164, 8261, 7428, 8113, 5592, 7727, 2023-452, 418,435, PRPB modules: alliances per Superintendencies Report, PRPB outreach Reports through mid-period reviewed for assessment compliance & summary of non-compliant pars. | 3.50 | $160.00 | $560.00 |
| 07/26/2023: PRPB meeting OG 100-127, CIC follow through for interview (3 contacts effected for conf) | 0.50 | $160.00 | $80.00 |
| 07/27/2023: Data review, Virtual library search for Summary of non-compl. Pars. 214 through 217 & draft | 3.25 | $160.00 | $520.00 |
| 07/29/2023: Box for mid-period data submitted: Pars. 209; 214-216+notes | 3.00 | $160.00 | $480.00 |
| 07/31/2023: CIC interviews confirmation & Scheduling | 1.25 | $160.00 | $200.00 |
|  | 46.75 |  | $ 7,480.00 |
|  |  | **TOTAL** | **$7,480.00** |

**I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor.  I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities, or agencies.**


Merangelie Serrano-Rios