
# KORBER GROUP INC.

**INVOICE 23072276**

INVOICE NUMBER: 23072276

INVOICE DATE:   07/23/2023

SERVICE TYPE:   MONTHLY RECURRING

**Korber Group Inc.**
P.O. Box 8919
Ponce, PR 00732

Tel. 787.590.6191
Email: billing@korbergroup.com
Website: korbergroup.com

BILL TO:   OFFICE OF THE FPMPR LLC
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907

¡Gracias por su patrocinio!
Thank you for your business!
We appreciate having you as our Client.

**TOTAL**
**$1,150.00**

**DUE DATE**
07/23/2023

| ITEM | RATE | QTY | TOTAL |
|------|------|-----|-------|
| RECURRING MONTHLY SERVICES<br>Services pursuant to STATEMENT OF WORK NUMBER 4<br>to Information Technology Master Services Agreement | $900.00 | 1 | $900.00 |
| RECURRING MONTHLY SERVICES<br>Services pursuant to STATEMENT OF WORK NUMBER 7<br>to Information Technology Master Services Agreement | $250.00 | 1 | $250.00 |
| | | SUBTOTAL: | $1,150.00 |
| | | TOTAL DUE: | $1,150.00 |

La empresa Korber Group Inc está clasificada como un Agente No Retenedor del Impuesto sobre Ventas y Uso ("IVU").
No taxes are included in this invoice. If applicable, they will be charged to the client additionally. All services Subject to Terms of Service and related policies, available at http://www.korbergroup.com/legal
and http://korbergroup.com/cpc-tos/ Available payment methods: check, cash, credit card (Visa, Mastercard, Discover, and American Express), PayPal, ATH Móvil.

 KORBER GROUP INC.

# INVOICE 23072277

**Korber Group Inc.**
P.O. Box 8919
Ponce, PR 00732

Tel. 787.590.6191
Email: billing@korbergroup.com
Website: korbergroup.com

INVOICE NUMBER: 23072277

INVOICE DATE:      07/30/2023

SERVICE TYPE:      EXPENSE REIMBURSEMENT

BILL TO:      OFFICE OF THE FPMPR LLC
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907

¡Gracias por su patrocinio!
Thank you for your business!
We appreciate having you as our Client.

**TOTAL**
## $537.75

**DUE DATE**
07/30/2023

| ITEM | RATE | QTY | TOTAL |
|------|------|-----|-------|
| Reimbursable expenses | $537.75 | 1 | $537.75 |
| For a detailed enumeration of the expenses please refer to the EXPENSE REIMBURSEMENT STATEMENT OF ACCOUNT number 1562-34 | | | |
| | | SUBTOTAL: | $537.75 |
| | | TOTAL DUE: | $537.75 |

La empresa Korber Group Inc está clasificada como un Agente No Retenedor del Impuesto sobre Ventas y Uso ("IVU").
No taxes are included in this invoice. If applicable, they will be charged to the client additionally. All services Subject to Terms of Service and related policies, available at http://www.korbergroup.com/legal
and http://korbergroup.com/cpc-tos/ Available payment methods: check, cash, credit card (Visa, Mastercard, Discover, and American Express), PayPal, ATH Móvil.

**KORBER GROUP INC.**

<table>
<tr><td>

Metro Office Park
7 Calle 1, Suite 204
Guaynabo PR 00968-17181

</td><td style="text-align:right">

**Statement Date**
**7/28/23**
**Statement Number**
**1562-34**

</td></tr>
</table>

# EXPENSE REIMBURSEMENT
# STATEMENT OF ACCOUNT

OFFICE OF THE FPMPR LLC
B5 Calle Tabonuco Suite 205

Guaynabo, PR 00968

| DATE | DESCRIPTION | EXPENSE | REIMBURSED | BALANCE |
|---|---|---|---|---|
| **07/01/23** | **Balance c/f** | | | **$168.70** |
| 07/28/23 | BILLED - PENDING PAYMENT | - | $168.70 | $0.00 |
| 07/02/23 | Exchange Online (Plan 1) INVOICE  #E0100NZWFZ) (19 Licenses) | $84.74 | - | $84.74 |
| 07/09/23 | Zoom Pro Plan INVOICE  #INV209890304) (zoom1@fpmpr.org, zoom2@fpmpr.org, D. Rodriguez, zoom4@fpmpr.org, zoom5@fpmpr.org) | $63.96 | - | $148.70 |
| 07/10/23 | Adjusted to total of **14** Business Plus Account Licenses Service Period:Service Period: 07/10/2023-02/20/2024 (Invoice INV11108644 Transaction Number P-12296134) | $185.76 | - | $334.46 |
| 07/13/23 | Adjusted to total of **15** Business Plus Account Licenses Service Period:Service Period: 07/13/2023-02/20/2024 (Invoice INV11116281 Transaction Number P-12304050) | $183.29 | - | $517.75 |
| 07/17/23 | Mailchimp c/o The Rocket Science Group, LLC (Standard plan / 500 contacts - INVOICE MC17705053) | $20.00 | - | $537.75 |

# Microsoft

# Invoice

July 2023
Invoice Date: 02/07/2023
Invoice Number:: E0100NZWFZ
Due Date:02/07/2023

**84.74 USD**

**Sold-To**
OFFICE OF THE TCA PUERTO RICO
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan  00907
Puerto Rico

**Bill-To**
OFFICE OF THE TCA PUERTO RICO

**Service Usage Address**
OFFICE OF THE TCA PUERTO RICO
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan  00907
Puerto Rico

## Order Details

| | |
|---|---|
| Product: | Online Services |
| Customer PO Number: | |
| Order Number: | 409b7360-1a29-442a-a9f2-4a86a770a773 |
| Billing Period: | 02/06/2023 - 01/07/2023 |
| Due Date: | 02/07/2023 |
| Payment Instructions: | Please DO NOT PAY. You will be charged the amount due through your selected method of payment. |

## Billing Summary

| | |
|---|---|
| Charges: | 76.00 |
| Discounts: | 0.00 |
| Credits: | 0.00 |
| Tax: | 8.74 |
| **Total:** | **84.74** |

## Support

This invoice does not include prior unpaid balances. To view total order balance and prior invoices visit the Admin Center and click Billing>Bills.

Need help? https://aka.ms/Office365Billing



# Microsoft

# Invoice

July 2023
Invoice Date: 02/07/2023
Invoice Number: E0100NZWFZ
Due Date: 02/07/2023

**84.74 USD**

## Exchange Online (Plan 1)

**Formula for charges**

Licenses in service period X Monthly (or Yearly) price per license X (Days in service period /Total in service period) = Charge

## New charges

These are your charges for the next billing period for your current number of licenses.

| Service period | Details | Licenses in service period | Monthly price/license | Days in service period | Charges | Discounts | Credits | Subtotal | Tax % | Tax | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/07/2023 - 31/07/2023 | Monthly subscription charges | 19 | 4.00 | 31 | 76.00 | 0.00 | 0.00 | 76.00 | 11.50 % | 8.74 | 84.74 |
| Subtotal | | | | | 76.00 | 0.00 | 0.00 | 76.00 | | 8.74 | 84.74 |
| **Grand Total** | | | | | **76.00** | **0.00** | **0.00** | **76.00** | | **8.74** | **84.74** |

Microsoft Corporation, One Microsoft Way, Redmond, WA 98052, United States
Seller Merchant ID 91-1144442

# Invoice

**ZOOM**

Zoom Video Communications Inc.
55 Almaden Blvd, 6th Floor
San Jose, CA 95113

| | | |
|---|---|---|
| **Invoice Date:** | Jul 9, 2023 | Federal Employer ID Number: 61-1648780 |
| **Invoice #:** | INV209890304 | |
| **Payment Terms:** | Due Upon Receipt | |
| **Due Date:** | Jul 9, 2023 | Purchase Order Number: |
| **Account Number:** | 7002014083 | |
| **Currency:** | USD | Tax Exempt Certificate ID: |
| **Payment Method:** | PayPal | |
| **Account Information:** | | Zoom W-9 |

**Sold To Address:**   it@fpmpr.org

**Bill To Address:**   it@fpmpr.org

# Charge Details

| CHARGE DESCRIPTION | SUBSCRIPTION PERIOD | SUBTOTAL | TAXES, FEES & SURCHARGES | TOTAL |
|---|---|---|---|---|
| **Charge Name: Zoom One Pro - Discount**<br><br>**Discount: 20.00%**<br><br>*Notes: Proration credit for products are applied at MSRP, hence you see this prorated discount charge to provide net credit.* | Jul 9, 2023 - Aug 8, 2023 | $-15.99 | $0.00 | *$-15.99* |
| **Charge Name: Zoom One Pro Monthly**<br><br>Quantity: 5<br>Unit Price: $15.99 | Jul 9, 2023 - Aug 8, 2023 | $79.95 | $0.00 | *$79.95* |
| | | | Subtotal | **$63.96** |

| | Total (Including Taxes, Fees & Surcharges) | $63.96 |
|---|---|---|
| | Invoice Balance | $0.00 |

# Taxes, Fees & Surcharge Details

| CHARGE NAME | TAX, FEE OR SURCHARGE NAME | JURISDICTION | CHARGE AMOUNT | TAX, FEE OR SURCHARGE AMOUNT |
|---|---|---|---|---|
| | | Total (Including Taxes, Fees & Surcharges) | | $0.00 |

# Transactions

| | Invoice Total | $63.96 |
|---|---|---|

| TRANSACTION DATE | TRANSACTION NUMBER | TRANSACTION TYPE | DESCRIPTION | APPLIED AMOUNT |
|---|---|---|---|---|
| Jul 9, 2023 | P-247113043 | Payment | | $-63.96 |
| | | | Invoice Balance | $0.00 |

**Need help understanding your invoice?**    CLICK HERE

Standard Pro and Standard Biz are now called Zoom One Pro and Zoom One Business. Please note that your Services will remain the same and that this name change does not change the price of your current subscription.

**This plan includes products with monthly and/or yearly subscription periods. The subscription period for each plan, and the total charge, $63.96 (plus applicable taxes and regulatory fees), per subscription period for that product are set out above in the Charge Details section. Unless you cancel, your subscription(s) will auto-renew each subscription period and each subscription period thereafter, at the price(s) listed above (plus any taxes and regulatory fees applicable at the time of renewal) and your payment method on file at zoom.us/billing will be charged. You can cancel auto-renewal anytime, but you must cancel by the last day of your current subscription period to avoid being charged for the next subscription period. You will not be able to cancel your "base plan" (Zoom Meetings, Zoom Phone, or Zoom Rooms) without first canceling all other subscriptions in your plan. If you cancel, you will not receive a refund for the remainder of your then-current subscription period. You can cancel by navigating to zoom.us/billing and clicking**

"Cancel Subscription," clicking through the prompts, and then clicking to confirm cancellation. Should Zoom change its pricing, it will provide you with notice, and you may be charged the new price for subsequent subscription.

Zoom Phone services provided by Zoom Voice Communications, Inc. Rates, terms and conditions for Zoom Phone services are set by Zoom Voice Communications, Inc



# INVOICE

**INV11108644**
**PO Number:**

**Sold To:**
*drodriguez@fpmpr.org*

**Bill To:**
*drodriguez@fpmpr.org*

| | |
|---|---|
| Account Number: | B01515026 |
| Invoice Number: | INV11108644 |
| PO Number: | |
| Invoice Date: | 07/10/2023 |
| Payment Due By: | 07/10/2023 |
| Payment Terms: | Due Upon Receipt |
| Payment Method: | CreditCard |

| Service | Unit Price | Quantity | Subtotal | Tax | TOTAL |
|---|---|---|---|---|---|
| Business Plus Account Licenses<br>*Service Period: 07/10/2023-02/20/2024* | $300.00 | 13 | ($2,414.79) | $0.00 | ($2,414.79) |
| Business Plus Account Licenses<br>*Service Period: 07/10/2023-02/20/2024* | $300.00 | 14 | $2,600.55 | $0.00 | $2,600.55 |
| | | | Invoice Subtotal: | | $185.76 |
| | | | Tax: | | $0.00 |
| | | | **Total:** | | **$185.76** |
| | | | **Balance Due:** | | **$0.00** |
| | | | **Currency:** | | **USD** |

## Payments and Adjustments

| Transaction Date | Transaction Number | Transaction Type | Notes | Applied Amount |
|---|---|---|---|---|
| 07/10/2023 | P-12296134 | Payment | | ($185.76) |
| | | | **Balance Due:** | **$0.00** |

*Please note that failure to pay this invoice by the due date provided may result in suspension of services and the accrual of a late fee as outlined in the Box Service Agreement.*

-----------------------------------------------------------------------------------------------------------------------------

**Payments remitted without reference to relevant invoice number(s) will not be processed and will be returned.**

Need to Update your Credit Card?
Submit new billing information securely
online at: **https://app.box.com/update**
(be sure to login as the Box
administrator)

| | |
|---|---|
| Account Number: | B01515026 |
| Invoice Date: | 07/10/2023 |
| Invoice Number: | INV11108644 |
| Payment Due Date: | 07/10/2023 |
| Total Amount Due: | $0.00 |
| Amount Enclosed: | _____ |

**Copy of our W-9: billing.app.box.com/W-9**

**For additional Billing information or to pay via credit card, please visit our support site: support.box.com**

Box Inc. | 900 Jefferson Ave, Redwood City, CA 94063



# INVOICE

**INV11108644**
**PO Number:**



# INVOICE

**INV11116281**
**PO Number:**

**Sold To:**
*drodriguez@fpmpr.org*

**Bill To:**
*drodriguez@fpmpr.org*

| | |
|---|---|
| Account Number: | B01515026 |
| Invoice Number: | INV11116281 |
| PO Number: | |
| Invoice Date: | 07/13/2023 |
| Payment Due By: | 07/13/2023 |
| Payment Terms: | Due Upon Receipt |
| Payment Method: | CreditCard |

| Service | Unit Price | Quantity | Subtotal | Tax | TOTAL |
|---|---|---|---|---|---|
| Business Plus Account Licenses<br>*Service Period: 07/13/2023-02/20/2024* | $300.00 | 14 | ($2,566.03) | $0.00 | ($2,566.03) |
| Business Plus Account Licenses<br>*Service Period: 07/13/2023-02/20/2024* | $300.00 | 15 | $2,749.32 | $0.00 | $2,749.32 |

| | |
|---|---|
| Invoice Subtotal: | $183.29 |
| Tax: | $0.00 |
| **Total:** | **$183.29** |
| **Balance Due:** | **$0.00** |
| **Currency:** | **USD** |

## Payments and Adjustments

| Transaction Date | Transaction Number | Transaction Type | Notes | Applied Amount |
|---|---|---|---|---|
| 07/13/2023 | P-12304050 | Payment | | ($183.29) |
| | | | **Balance Due:** | **$0.00** |

*Please note that failure to pay this invoice by the due date provided may result in suspension of services and the accrual of a late fee as outlined in the Box Service Agreement.*

-------------------------------------------------------------------------------------------------------------------------------

**Payments remitted without reference to relevant invoice number(s) will not be processed and will be returned.**

Need to Update your Credit Card?
Submit new billing information securely
online at: **https://app.box.com/update**
(be sure to login as the Box
administrator)

| | |
|---|---|
| Account Number: | B01515026 |
| Invoice Date: | 07/13/2023 |
| Invoice Number: | INV11116281 |
| Payment Due Date: | 07/13/2023 |
| Total Amount Due: | $0.00 |
| Amount Enclosed: | _____ |

**Copy of our W-9: billing.app.box.com/W-9**

**For additional Billing information or to pay via credit card, please visit our support site: support.box.com**

Box Inc. | 900 Jefferson Ave, Redwood City, CA 94063



# INVOICE

**INV11116281**
**PO Number:**

# Mailchimp Invoice MC17705053

## Issued to

social@fpmpr.org

Office phone:

## Issued by

Mailchimp

c/o The Rocket Science
Group, LLC

675 Ponce de Leon Ave NE

Suite 5000

Atlanta, GA 30308

www.mailchimp.com

Tax ID: US EIN 58-2554149

## Details

**Order #** MC17705053

**Date Paid:** July 17, 2023
03:06 AM Puerto Rico

## Billing statement

| | |
|---|---|
| **Standard plan**<br>500 contacts | $20.00 |

**Paid** via **PayPal** account for
kasia@korbergroup.com
on July 17, 2023

$20.00

| Balance as of July 17, 2023 | $0.00 |
|---|---|

If a refund is required, it will be issued in the purchase currency for the amount of the original charge. Sales Tax was not applied to this purchase.

Looking for our W-9?

Looking for our United States Residency Certificate?