

**Samantha Rhinerson**
550 Amsonia Circle
Guyton, GA 31312
srhinerson99@outlook.com | 256-431-5324

| BILL TO | INVOICE # | DATE | DUE |
|---|---|---|---|
| Puerto Rico Chief Federal Monitor | 2023-07 | 7/31/2023 | 8/31/2023 |

| Date | Description | Hours | Rate | TOTAL |
|---|---|---|---|---|
| 07/02/2023 | 1.0 hour of policy review facilitation and travel planning | 1.00 | $100.00 | $100.00 |
| 07/03/2023 | 1.0 hour of travel planning and policy review facilitation | 1.00 | $100.00 | $100.00 |
| 07/04/2023 | 1.0 hour of travel planning | 1.00 | $100.00 | $100.00 |
| 07/05/2023 | 1.0 hour of policy review facilitation | 1.00 | $100.00 | $100.00 |
| 07/06/2023 | 1.0 hour of travel planning and policy review facilitation | 1.00 | $100.00 | $100.00 |
| 07/07/2023 | 1.0 hour of meeting planning | 1.00 | $100.00 | $100.00 |
| 07/09/2023 | 1.0 hour of travel planning | 1.00 | $100.00 | $100.00 |
| 7/10/2023 | 1.0 hour of meeting with Rafa and travel planning | 1.00 | $100.00 | $100.00 |
| 7/11/2023 | 1.0 hour of travel planning and data request response | 1.00 | $100.00 | $100.00 |
| 7/12/2023 | 1.0 hour of travel planning | 1.00 | $100.00 | $100.00 |
| 7/15/2023 | 1.0 of travel planning | 1.00 | $100.00 | $100.00 |
| 7/17/2023 | 1.0 hour of travel planning | 1.00 | $100.00 | $100.00 |
| 7/18/2023 | 1.0 of worksheet creation | 1.00 | $100.00 | $100.00 |
| 7/20/2023 | 1.0 hour of travel planning and policy review facilitation | 1.00 | $100.00 | $100.00 |
| 7/21/2023 | 1.0 hour of travel planning | 1.00 | $100.00 | $100.00 |
| 7/22/2023 | 1.0 hour of travel planning and policy review facilitation | 1.00 | $100.00 | $100.00 |
| 7/23/2023 | 1.0 hour of travel planning and CMR Template development | 1.00 | $100.00 | $100.00 |
| 7/24/2023 | 1.0 hour of travel planning and CMR Template development | 1.00 | $100.00 | $100.00 |
| 7/25/2023 | 1.5 hours of travel planning and CMR template development | 1.50 | $100.00 | $150.00 |
| 7/26/2023 | 1.0 hour of policy review facilitation, travel planning, and CMR template development | 1.00 | $100.00 | $100.00 |
| 7/27/2023 | 1.0 hour of policy review facilitation, travel planning, and CMR template development | 1.00 | $100.00 | $100.00 |
| 7/28/2023 | 1.5 hours of meeting with Denise and CMR template development | 1.00 | $100.00 | $100.00 |
| 7/29/2023 | 1.0 hour of 253 Meeting Planning | 1.00 | $100.00 | $100.00 |

**TOTAL** $2,350.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*thank you*