**Office of the FPMPR LLC**

**VIG Tower, PH – 924**

**1225 Ave. Juan Ponce de León**

**San Juan, PR 00907**
**Name:** Claudia Cámara-León **Supervisor:** Javier Gonzales, Esq.

## Work Timesheet (July 2023)

| Date | Task | Total Hours |
|---|---|---|
| July 3, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| July 5, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| July 6, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| July 7, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| July 10, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| July 11, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| July 12, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |

| Date | Task | Total Hours |
|---|---|---:|
| July 13, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| July 14, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| July 17, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| July 18, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| July 19, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| July 20, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| July 21, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| July 24, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| July 25, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| July 26, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |

| | | |
|---|---|---|
| July 27, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| July 28, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| July 31, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |

**Total, 140 hours for $20 = $2,800**

I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

Signature,
Claudia S. Cámara León

_____