# Manuel A. Arroyo Rivera

P.o Box 8925 Santurce Puerto Rico 00910    Cel 787-364-8925

Email marroyorivera20@gmail.com

Invoice  Month July  2023                                                          Invoice #033

Federal Police Monitor   San Juan, PR

| Date | description | Hour | Rate | Amount |
|------|-------------|------|------|--------|
| July- 16-2023 | pick up the monitors at the airport and take them to their hotels | 13 | $20 | $260.00 |
| July-17-2023 | pick up the monitor and the team and take them to their meetings of the day | 11 | $20 | $220.00 |
| July-18-2023 | pick up the monitor and the team and take them to their meetings of the day | 12 | $20 | $240.00 |
| July-19-2023 | pick up the monitor and the team and take them to their meetings of the day | 11 | $20 | $220.00 |
| July-20-2023 | pick up the monitor and the team and take them to their meetings of the day | 17 | $20 | $340.00 |
| July-21-2023 | pick up the monitor at the hotel and take him to the airport | 11 | $20 | $220.00 |
| | | | | $1,500.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |