| Name: | Hipolito Castro Jr |
|---|---|
| Invoice Date: | 7/31/23 |
| Invoice Period: | 1 July 2023 - 31 July 2023 |

| Date | Task(s) | Rate | Total Hours | Total Amount |
|---|---|---|---|---|
| 7/4/23 | Data and Policy Analysis | $ 150.00 | 1.00 | $ 150.00 |
| 7/6/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 2.00 | $ 300.00 |
| 7/7/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 2.00 | $ 300.00 |
| 7/10/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 1 | $ 150.00 |
| 7/11/23 | Data and Policy Analysis | $ 150.00 | 2 | $ 300.00 |
| 7/13/23 | Data and Policy Analysis | $ 150.00 | 2.00 | $ 300.00 |
| 7/14/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 1.00 | $ 150.00 |
| 7/16/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 2.00 | $ 300.00 |
| 7/17/23 | Field Work Puerto Rico | $ 150.00 | 2.00 | $ 300.00 |
| 7/18/23 | Field Work Puerto Rico | $ 150.00 | 2.00 | $ 300.00 |
| 7/19/23 | Field Work Puerto Rico | $ 150.00 | 1.00 | $ 150.00 |
| 7/20/23 | Field Work Puerto Rico | $ 150.00 | 1.00 | $ 150.00 |
| 7/21/23 | Data and Policy Analysis | $ 150.00 | 2.00 | $ 300.00 |
| 7/24/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 8.00 | $ 1,200.00 |
| 7/25/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 8.00 | $ 1,200.00 |
| 7/26/23 | Data and Policy Analysis | $ 150.00 | 8.00 | $ 1,200.00 |
| 7/27/23 | Data and Policy Analysis | $ 150.00 | 8.00 | $ 1,200.00 |
| 7/28/23 | Data and Policy Analysis | $ 150.00 | 2.00 | $ 300.00 |
| 7/29/23 | Data and Policy Analysis | $150.00 | 1.00 | $ 150.00 |
| 7/31/23 | Data and Policy Analysis | $150.00 | 1.00 | $ 150.00 |
| 07/01/23 to 07/31 | Team meetings, calls and emails | $150.00 | 3 | $ 450.00 |
| **TOTAL Labor** | | | 60.00 | $ 9,000.00 |

| | | |
|---|---:|---:|
| **TOTAL** | $ | 9,000.00 |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

**Signature:** *[signed]* Hipolito Castro          **Date:** 7/31/23

**Commo and Coordination** consists of all writings and digital comms to/from Monitors, PRPB, USDOJ; Review compliance targets, document and data requests, logistics; scheduling, on-site planning & coordination, database development

**Data/Policy Analysis, Writing**
Data concerns CMR-9, OG 310, OG 410, Draft data requests, review special case, DSP documents, reporting on interviews, due process for promo candidates

**Field Work:**
Research conducted in situ (SJU)