**Stephanie Leon**
*Paralegal*

INVOICE

1483 Ashford Avenue
Apartment 901
San Juan, PR 00907
(832) 692-2475

**INVOICE: 2023-08**
**DATE: 08/01/2023**

**TO:**
Puerto Rico Chief Federal Monitor

**FOR:**
Paralegal Services

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 07/08/2023 | -Extensive notes/transcript of June 253 meeting | 1.50 | 90.00 | 135.00 |
| 07/10/2023 | -Email exchange with Monitor Denise Rodriguez and Administrative Assistant<br>-Read/revised 2023 TCA Survey newsletter | .50 | 90.00 | 45.00 |
| 07/11/2023 | -Extensive notes/transcript of June 253 meeting | 4.50 | 90.00 | 405.00 |
| 07/13/2023 | -Extensive notes/transcript of June 253 meeting<br>-Emailed notes to Monitor's<br>-Read emails<br>-Data/Box | 5.75 | 90.00 | 517.50 |
| 07/17/2023 | -Attend meetings in PRPB | 6.00 | 90.00 | 540.00 |
| 07/27/2023 | -Updated training plan PowerPoint<br>-Email exchange with Monitor Denise Rodriguez | .75 | 90.00 | 67.50 |
| 07/30/2023 | Box/Data | 2.50 | 90.00 | 225.00 |
| 07/31/2023 | -Biweekly team meeting<br>-253 Meeting<br>-Notes/transcript of July 253 Meeting<br>Updates training plan PowerPoint<br>-Box/Data | 4.75 | 90.00 | 427.50 |
| | | **TOTAL 26.25 HRS @$90** | | **2,362.50** |

*S/ STEPHANIE LEON*

**I HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN MY CAPACITY AS A MEMBER OF THE FEDERAL MONITORING TEAM. I FURTHER CERTIFY THAT I HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH, OR ANY OF ITS DEPARTMENTS, MUNICIPALITIES OR AGENCIES.**