### IN THE UNITED STATES DISTRICT COURT FOR
### THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    **Plaintiff,**<br><br>              **v.**<br><br>**COMMONWEALTH OF PUERTO RICO,** *et al.*,<br><br>    **Defendants.** | **Civil No. 12-2039 (FAB)** |

**ORDER**

On June 1, 2023, the Court rejected a proffered protocol regarding reform-related expenditures and ordered the parties and the Monitor's Team, under the direction and guidance of the Office of the Special Master, to draft a more streamlined protocol. See Docket No. 2425. That order was complied with and noted by the Court. See Docket Nos. 2456 and 2458.  The Court has completed its review of the protocol.  The protocol is **APPROVED.**

The parties will strictly adhere to the protocol; the Court must be immediately informed of any material non-compliance with the protocol, which the Court will swiftly address.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, August 16, 2023.

                    s/ Francisco A. Besosa
                    FRANCISCO A. BESOSA
                    SENIOR UNITED STATES DISTRICT JUDGE