IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff,  v.  **COMMONWEALTH OF PUERTO RICO,** *et al.*,  Defendants. | Civil No. 12-2039 (FAB) |

**ORDER**

The court recently concluded its thorough review of the 8th Chief Monitor's Report (CMR-8). As noted in the Status Conference conducted on June 29, the Court appreciates the efforts of all participating entities in this police reform case, which have led to incremental progress to date, albeit not at the pace that the Court would like. While some measurable amount of progress has occurred from CMR to CMR, monumental changes remain to occur. Indeed, the reform has been active for over 10 years, costing the taxpayers of Puerto Rico enormous amounts of money, but the Puerto Rico Police Bureau (PRPB) remains non-compliant in 56 of the most important paragraphs out of the 179 paragraphs targeted for reform that the Monitor and his Team reviewed for purposes of CMR-8. Although, some progress has occurred in some areas during the first

three months of CMR-9, the Court finds the pace at which the reform is progressing less than acceptable and is inclined to affirmatively take significant steps in the near future to alter the organization of the reform structure in order to have PRPB comply with the paragraphs which are non-compliant or which are slowly moving towards compliance, and move the reform into a period of sustained compliance. Before the Court substantially alters the reform structure, however, the United States, the Commonwealth, the Monitor, and the Special Master, shall provide input to the Court concerning constructive tangible changes that can be made to accelerate the progress of the reform. Failing that, the Court will have no choice but to make profound changes to have the reform proceed at a pace better acceptable to the Court.

**Accordingly, it is ORDERED** that the United States, the Commonwealth, and the Monitor's Team shall meet and confer, under the direction and guidance of the Office of the Special Master, to prepare a plan specifically tailored to address the remaining action items needed to be accomplished in order for the PRPB to be in compliance with all the reform paragraphs, including the 56 paragraphs previously mentioned. This plan will be submitted to the Court no later than September 16, 2023.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, August 17, 2023.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE
