G&M Balli Services, LLC<br>
5160 Royal Fern Circle<br>
Tallahassee, Florida 32317

July 22, 2023 – September 21, 2023

INVOICE # 2023-08
ASSISTANT SPECIAL MASTER
September 2023 INVOICE

Tasks Completed

| Hours | Description | Amounts |
|---|---|---|
| 19 | Drafted/reviewed/researched/translated numerous documents as needed; Discussed/edited documents related to orders of the Court, and the parties regarding recurring issues and OSM projects, to include Integrity Audits, Financial Audit/Memo, Implementation Plans, ESP/MLARS project, and others. | $2,850 |
| 12 | Drafted, reviewed, and responded to texts, emails and other documents and communications with respective parties, the OSM and the Court. | $1,800 |
| 25 | Zoom meetings and/or conference calls. | $3,750 |
| Hrs. – 56 | | $8,400 |

Total Hours- 56                                  Total Wages Due -    $8,400

I hereby certify the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master.  I further certify I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

*Gilberto Balli*               *Alejandro del Carmen*               8/21/2023
Gilberto Balli                 S/Alejandro del Carmen