Christopher Graham, dba

Diligens, LLC
EIN 87-1667996

August 21, 2023

INVOICE# 2023-07

Re:  Professional Services 07/22/2023 – 08/21/2023

Case 3:12-cv-02039-FAB Document 2405 Filed 05/04/2023

| Date(s) | Hours | Description - Professional Services | Amount |
|---|---|---|---|
| 7/22/2023 - 8/21/2023 | 9.00 | Meetings and calls with parties, monitor staff, OSM re: protocol, financial matters, status and progress. | $ 1,350.00 |
| 7/22/2023 - 8/21/2023 | 17.25 | Research on prior orders and motions. Draft, review, edit, protocol and proposed order(s). | $ 2,587.50 |
|  |  | Total | $ 3,937.50 |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as the court-appointed Financial Oversight Officer. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

_____
Christopher Graham
08/21//2023

*Alejandro del Carmen*
8/21/23
Alejandro del Carmen