# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff,**<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants.** | **Civil No.** 12-2039 (FAB) |

**ORDER**

The Motion to Approve and Disburse Funds for Reimbursement of Expenses submitted by the Office of the Federal Police Monitor for expenses incurred during the month of June 2023 (Docket No. 2460) is **NOTED** and **APPROVED** for payment.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, September 1, 2023.

s/Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE