IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff,**<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants.** | **Civil No.** 12-2039 (FAB) |

**ORDER**

The Responses to Court Order 2461 Requiring Proof of Payment by Galoeffert, LLC on Lodging Cost (Docket Nos. 2462 and 2465) are **NOTED**.

Galoeffert, LLC provided the required evidence of payment of the lodging expenses. Thus, docket number 2465 is **APPROVED**, and the Clerk of the Court is instructed to issue a payment in the amount of $13,900.71 to Galoeffert, LLC.

Docket number 2462 is now **MOOT**.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, September 1, 2023.

s/Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE