OFFICE OF THE FPMPR LLC.
B-5 Calle Tabonuco Suite 216 PMB 292
Guaynabo, Puerto Rico 00968

August 14, 2023

Travel Expenses by the members of the Office of the FPMPR LLC. for July 2023:

| NAME | AMOUNT | MONTH |
|---|---|---|
| 1. John Romero | $2,349.50 | July 2023 |
| 2. Denise Rodriguez | $2,777.22 | July 2023 |
| 3. Donald S. Gosselin | $2,895.14 | July 2023 |
| 4. Al Youngs | $2,402.51 | July 2023 |
| 5. Rafael E. Ruiz | $1,962.53 | July 2023 |
| 6. Scott Cragg | $1,836.63 | July 2023 |
| 7. Rita J. Watkins | $2,136.02 | July 2023 |
| 8. Hipolito Castro Jr | $2,257.03 | July 2023 |
| 9. David Levy | $2,342.87 | July 2023 |
| **TOTAL:** | $20,959.45 | July 2023 |
| | | |