

FPM TRAVEL REIMBURSEMENT COVER SHEET

Name: John Romero

Invoice number: 109T

Invoice date: July 24, 2023

Site visit travel dates: July 16-21, 2023

**Total travel reimbursement amount   $2,349.50**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*[signature]*                                                                                                          July 24, 2023

Signature                                                                                                              Date

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $889.39 | 1 | $889.39 |
| Baggage | $ | 0 | $0 |
| Ground Transportation (Uber/Lyft/Taxi) |  | 0 | $0 |
| Ground Transportation (Parking) | $ | 0 | $0 |
| Ground Transportation (Mileage) | $0.655 | 82 | $53.71 |
| Lodging | $154.78 | 5 | $773.90 |
| Per Diem (Travel Days) | $86.25 | 2 | $172.5 |
| Per Diem (Full Days) | $115.00 | 4 | $460.00 |
| Other: |  |  |  |
| Total |  |  | $2,349.50 |

**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr John Romero
2301 Pacific Ave
Costa Mesa CA 92627
United States

Room: 0701
Room Type: KSTE
No. of Guests: 1
Rate: $ 125.00  Clerk: 1009

Marriott Rewards # 756834271

CRS Number 95498364

Name:

Arrive: 07-16-23        Time: 08:19 AM        Depart: 07-21-23        Folio Number: 734651

| Date | Description | Charges | Credits |
|---|---|---|---|
| 07-16-23 | Package | 125.00 | |
| 07-16-23 | Destination Fee | 17.00 | |
| 07-16-23 | Government Tax | 12.78 | |
| 07-17-23 | COMEDOR- Guest Charge (Breakfast) | 3.95 | |
| 07-17-23 | Package | 125.00 | |
| 07-17-23 | Destination Fee | 17.00 | |
| 07-17-23 | Government Tax | 12.78 | |
| 07-18-23 | COMEDOR- Guest Charge (Breakfast) | 3.95 | |
| 07-18-23 | Package | 125.00 | |
| 07-18-23 | Destination Fee | 17.00 | |
| 07-18-23 | Government Tax | 12.78 | |
| 07-19-23 | COMEDOR- Guest Charge (Breakfast) | 3.95 | |
| 07-19-23 | Package | 125.00 | |
| 07-19-23 | Destination Fee | 17.00 | |
| 07-19-23 | Government Tax | 12.78 | |
| 07-20-23 | COMEDOR- Guest Charge (Breakfast) | 3.95 | |
| 07-20-23 | Package | 125.00 | |
| 07-20-23 | Destination Fee | 17.00 | |
| 07-20-23 | Government Tax | 12.78 | |
| 07-21-23 | COMEDOR- Guest Charge (Breakfast) | 3.95 | |
| 07-21-23 | Master Card / Euro Card | | 793.65 |
| | Card # XXXXXXXXXXX1805 | | |

**COURTYARD®**
**Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr John Romero
2301 Pacific Ave
Costa Mesa CA 92627
United States

Room: 0701
Room Type: KSTE
No. of Guests: 1
Rate: $ 125.00  Clerk: 1009

Marriott Rewards #   756834271

CRS Number  95498364

Name:

Arrive:  07-16-23        Time:  08:19 AM        Depart:  07-21-23        Folio Number:  734651

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
|      | Balance     |         | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

Check out the details for your trip on  Sat, Jul 15



#3486580574

# You're all set to jet.

And, your continued loyalty is what keeps us flying high. Thanks again for being a Mosaic member.

Please note: This is not your boarding pass.

**Your JetBlue confirmation code is**  **EAKPCI**

Get the latest entry and travel requirements for your trip.

## Change made easy.

Change or cancel flights, add extras like Even More® Space or pets, update your seat assignment, TrueBlue & KTN numbers, and other traveler details—all in one place. Stay safe from fraud—use only **jetblue.com** or the JetBlue app to change or cancel your flights.



Manage trip

You can also manage your trip by **downloading our free mobile app.**

## Flights

| | | |
|---|---|---|
| **LAX** ▶ **FLL** | **Date** | Sat, Jul 15 |
| Los Angeles, CA    Fort Lauderdale, FL | **Departs** | 10:17pm |
| **Terminal:** 5 | **Arrives** | 6:30am |
| | **Flight** | 700 |

**jetBlue**

| | | | |
|---|---|---|---|
| **FLL** | **SJU** | Date | Sun, Jul 16 |
| Fort Lauderdale, FL | San Juan, PR | Departs | 10:00am |
| Terminal: 3 | | Arrives | 12:51pm |
| | | Flight | 1553 |

**jetBlue**

| | | | |
|---|---|---|---|
| **SJU** | **MCO** | Date | Fri, Jul 21 |
| San Juan, PR | Orlando, FL | Departs | 12:11pm |
| Terminal: A | | Arrives | 3:18pm |
| | | Flight | 1334 |

**jetBlue**

| | | | |
|---|---|---|---|
| **MCO** | **LAX** | Date | Fri, Jul 21 |
| Orlando, FL | Los Angeles, CA | Departs | 8:00pm |
| Terminal: C | | Arrives | 10:01pm |
| | | Flight | 131 |

**jetBlue**

**If your booking was made at least 7 days in advance:** You may cancel it within 24 hours for a full refund to your original form of payment, without a cancellation fee.

**JetBlue Change/Cancel Policy:** There is no fee to change (or cancel) Blue, Blue Extra, Blue Plus or Mint fares. Blue Basic fares are subject to a change/cancel fee of $100 for travel wholly within the U.S., Caribbean, Mexico or Central America, or $200 for all other routes.

Fare difference may apply and funds may be in the form of a JetBlue travel credit, valid for 12 months from original ticketing date. Booked before Mar 8, 2023? See details on expiration date **here.** As a Mosaic, same-day switches may be made without a fee or fare difference. **Click here** for details on our change and cancel policies.

## Traveler Details

JOHN J ROMERO    Frequent Flier: B6 3486580574

Ticket number: 2792125807676

**LAX - FLL:**
Fare: Blue
Seat: <u>15C</u>

**FLL - SJU:**
Fare: Blue
Seat: <u>8D</u>

**SJU - MCO:**
Fare: Blue
Seat: <u>13D</u>

**MCO - LAX:**
Fare: Blue
Seat: <u>13C</u>

## Bag Allowance (per traveler)

| **Sat, Jul 15** | Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|---|
| LAX - SJU | Free | Free | Free Mosaic Perk | Free Mosaic Perk |

| **Fri, Jul 21** | Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|---|
| SJU - LAX | Free | Free | Free Mosaic Perk | Free Mosaic Perk |

<u>Size and weight limits apply. See full details on our Bag Info page</u> ▶

Free checked bag benefit for Mosaic members applies to JetBlue-operated and eligible American Airlines-operated flights only, and no other codeshare or partner airline flights.

Additional charges may apply.



Get up to 7" more legroom, a fast lane to the TSA checkpoint (select cities), and early boarding—all the better to nab that overhead bin.

**Add Even More® Space** ▶

## Payment Details

Master
XXXXXXXXXX1805

| | |
|---|---|
| NONREF | $817.99 |
| Taxes & fees | $71.40 |
| **Total** | **$889.39 USD** |

Purchase Date: Jun 14, 2023

**Request full receipt**



## Unlocked: deals on wheels.

Your flight has unlocked up to 35% off car rentals with Paisly by JetBlue. Plus, you can earn a trunkful of TrueBlue points.

**Unlock deals**

Notice:
Carriage and other service provided by the carrier are subject to conditions of carriage, which are hereby incorporated by reference. These conditions may be obtained from the issuing carrier. E-ticket Receipt total includes airfare, taxes, and fees applicable to air care, baggage fees, and Even More fees, as may be applicable.

JetBlue <jetblueairways@email.jetblue.com>
Reply-To: JetBlue <reply@email.jetblue.com>
To: jrrjjr.romero@gmail.com

Wed, Jun 14, 2023 at 5:57 PM



# Your travel receipt.

Thanks for flying JetBlue!

## Travel Purchase

**Date of requested receipt: 2023-06-14**        **Record Locator: EAKPCI**

| LAX | FLL | Travel date | 2023-07-15T22:17:00 |
|-----|-----|-------------|---------------------|
|     |     | Flight number | 0700 |

| FLL | SJU | Travel date | 2023-07-16T10:00:00 |
|-----|-----|-------------|---------------------|
|     |     | Flight number | 1553 |

| SJU | MCO | Travel date | 2023-07-21T12:11:00 |
|-----|-----|-------------|---------------------|
|     |     | Flight number | 1334 |

| MCO | LAX | Travel date | 2023-07-21T20:00:00 |
|-----|-----|-------------|---------------------|
|     |     | Flight number | 0131 |

**Traveler(s)**                    **Ticket number(s)**

ROMERO/JOHN J MR                    2792125807676

Base fare:                          $817.99 USD

| Taxes & fees breakdown: | AMOUNT | CURRENCY | PURPOSE - (CODE) |
|---|---|---|---|
| | $18.00 | USD | U.S. Passenger Facility Charge - (XF) |
| | $11.20 | USD | U.S. September 11th Security Fee - (AY) |
| | $42.20 | USD | U.S. Transportation Tax - (US2) |
| Taxes & fees total: | $71.40 | USD | |
| Base fare total: | $889.39 | | |

Payment(s):

Mastercard XXXXXXXXXXXX1805                         $889.39

# Total paid: $889.39 USD*

*includes all fares, taxes, fees and penalties less any amounts refunded

Flight Status  |  Bag Info  |  Airport Info

# Stay connected

 Download the JetBlue mobile app

   

Help

Business Travel

Privacy

About JetBlue

Please call 1-800-JETBLUE (1-800-538-2583) for additional assistance.

Positive identification required for airport check-in.

## Google Maps

**2301 Pacific Ave, Costa Mesa, CA 92627 to lax terminal 5**

Drive 41.1 miles 1 hr 3 min



Map data ©2021 Google    2 mi

### 2301 Pacific Ave
Costa Mesa, CA 92627

**Get on I-405 N from W Wilson St and Harbor Blvd**

13 min (4.3 mi)

1. Head south on Pacific Ave toward Sea Breeze Dr

   0.1 mi

2. Turn left onto W Wilson St
   
   Pass by Taco Bell (on the left in 1.4 mi)

   1.4 mi

3. Use the left 2 lanes to turn left onto Harbor Blvd
   
   Pass by Panda Express (on the right)

   2.2 mi

4. Use the right lane to merge onto I-405 N via the ramp to Long Beach

   0.6 mi

**Follow I-405 N to CA-1 N/S Sepulveda Blvd in Los Angeles. Take exit 1C from I-105 W**

33 min (35.1 mi)

5. Merge onto I-405 N

   16.6 mi