

FPM TRAVEL REIMBURSEMENT COVER SHEET

Name: Denise Rodriguez

Invoice number: #034-1

Invoice date: July 25, 2023

Site visit travel dates: July 16-July 20th

Total travel reimbursement amount (*see page 2 for details*): $ 2,777.22

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.*

_Denise Rdz._  July 25, 2023

Signature    Date



# Office of the Technical Compliance Advisor Travel Reimbursement Form

**Traveler Name:** Denise Rodriguez
**Travel Dates:** July 16-20th
**Purpose of Travel:** Site visit

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare** | $ 1,316.89 | 1 | $ 1,316.89 |
| Baggage | $ - | 0 | $ - |
| Uber from Airport to hotel | $ 10.95 | 1 | $ 10.95 |
| Ground Transportation (Parking) | $ - | 0 | $ - |
| Ground Transportation (Mileage) | $ - | 0 | $ - |
| Lodging*** | $ 224.22 | 4 | $ 896.88 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 3 | $ 345.00 |
| Parking @ airport (days)* | $ 7.00 | 5 | $ 35.00 |
| Uber from hotel to Airport**** | $ - | 0 | $ - |
| Total | | | $ 2,777.22 |

*Parking receipt includes personal days not included in this expense report
**Airfare includes two receipts. Originial flight was updated for changed departure
***Lodging is $167 govt rate plus taxes and fees
****Not seeking reimbursement of uber from hotel to airport

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098



# INVOICE

| | |
|---|---|
| ROOM | 0902 |
| ROOM TYPE | DBAY |
| NO. OF GUESTS | 1 |
| RATE | 167 |
| CLERK | CALMO078 |
| DATE | 07/20/23 |
| PAGE No. | 1 of 3 |
| REWARDS # | 286891726 |

Ms Denise Rodriguez
3003 San Sebastian St
Mission TX 78572
United States

ARRIVE 07/16/23   TIME 11:59   DEPART 07/20/23   TIME 04:25   FOLIO# 3996792

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| 07/16/23 | Accommodation | | 167.00 |
| 07/16/23 | Destination Fee $35 Flat | | 35.00 |
| 07/16/23 | Room Occupancy Tax | | 22.22 |
| 07/17/23 | Accommodation | | 167.00 |
| 07/17/23 | Destination Fee $35 Flat | | 35.00 |
| 07/17/23 | Room Occupancy Tax | | 22.22 |
| 07/18/23 | ▮▮▮ | | ▮ |
| 07/18/23 | ▮▮▮▮ | | ▮ |
| 07/18/23 | ▮▮▮▮ | | ▮ |
| 07/18/23 | Accommodation | | 167.00 |
| 07/18/23 | Destination Fee $35 Flat | | 35.00 |
| 07/18/23 | Room Occupancy Tax | | 22.22 |
| 07/19/23 | ▮▮▮▮▮ | | ▮ |
| 07/19/23 | ▮▮▮▮ | | ▮ |
| 07/19/23 | ▮▮▮▮ | | ▮ |
| 07/19/23 | ▮▮ | | ▮ |
| 07/19/23 | ▮▮▮ | | ▮ |
| 07/19/23 | ▮▮ | | ▮ |
| 07/19/23 | ▮▮▮▮▮ | | ▮ |
| 07/19/23 | ▮▮▮ | | ▮ |
| 07/19/23 | ▮▮▮ | | ▮ |

For billing questions or concerns, please let us know at SheratonPR.Folio@sheraton.com



INVICE

| | | | |
|---|---|---|---|
| | | ROOM | 0902 |
| | | ROOM TYPE | DBAY |
| | | NO. OF GUESTS | 1 |
| | | RATE | 167 |
| | | CLERK | CALMO078 |
Ms Denise Rodriguez | | DATE | 07/20/23 |
3003 San Sebastian St | | PAGE No. | 2 of 3 |
Mission TX 78572 | | REWARDS # | 286891726 |
United States | | | |

ARRIVE 07/16/23    TIME 11:59    DEPART 07/20/23    TIME 04:25    FOLIO# 3996792

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| 07/19/23 | ███ | | ██ |
| 07/19/23 | ███ | | ██ |
| 07/19/23 | █████ | | ██ |
| 07/19/23 | ███ | | ██ |
| 07/19/23 | ███ | | ██ |
| 07/19/23 | Accommodation | | 167.00 |
| 07/19/23 | Destination Fee $35 Flat | | 35.00 |
| 07/19/23 | Room Occupancy Tax | | 22.22 |
| 07/20/23 | ███ | | ██ |
| 07/20/23 | ███ | | ██ |
| 07/20/23 | ███ | | ██ |
| 07/20/23 | American Express | | -978.10 |

For billing questions or concerns, please let us know at SheratonPR.Folio@sheraton.com



**SHERATON**
Puerto Rico Hotel & Casino

INVOICE

|  |  |
|---|---|
| ROOM | 0902 |
| ROOM TYPE | DBAY |
| NO. OF GUESTS | 1 |
| RATE | 167 |
| CLERK | CALMO078 |
| DATE | 07/20/23 |
| PAGE No. | 3 of 3 |
| REWARDS # | 286891726 |

Ms Denise Rodriguez
3003 San Sebastian St
Mission TX 78572
United States

ARRIVE 07/16/23    TIME 11:59    DEPART 07/20/23    TIME 04:25    FOLIO# 3996792

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
|  |  | Balance    USD | 0.00 |

For billing questions or concerns, please let us know at SheratonPR.Folio@sheraton.com

| From: | United Airlines |
|---|---|
| To: | DRODRIGUEZ_PRI@OUTLOOK.COM |
| Subject: | eTicket Itinerary and Receipt for Confirmation C8458S |
| Date: | Saturday, July 8, 2023 10:48:02 PM |



Sat, Jul 08, 2023

## Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# C8458S

| Flight 1 of 4 UA4820 | Class: United Economy (U) |
|---|---|
| Sun, Jul 16, 2023 | Sun, Jul 16, 2023 |
| 02:10 PM | 03:30 PM |
| McAllen, TX, US (MFE) | Houston, TX, US (IAH) |

Flight Operated by Commuteair dba United Express.

| Flight 2 of 4 UA1914 | Class: United Economy (U) |
|---|---|
| Sun, Jul 16, 2023 | Sun, Jul 16, 2023 |
| 06:22 PM | 11:48 PM |
| Houston, TX, US (IAH) | San Juan, PR, US (SJU) |

| Flight 3 of 4 UA668 | Class: United Economy (E) |
|---|---|
| Sun, Jul 23, 2023 | Sun, Jul 23, 2023 |
| 03:00 PM | 06:48 PM |
| San Juan, PR, US (SJU) | Houston, TX, US (IAH) |

| Flight 4 of 4 UA1346 | Class: United Economy (E) |
|---|---|
| Sun, Jul 23, 2023 | Sun, Jul 23, 2023 |
| 07:48 PM | 09:03 PM |
| Houston, TX, US (IAH) | McAllen, TX, US (MFE) |

**Traveler Details**

RODRIGUEZ/DENISE

eTicket number: **0162498942386**  
Frequent Flyer: **UA-XXXXX985 Premier Platinum**

Seats: **MFE-IAH 08D**
**IAH-SJU 10F**
**SJU-IAH 12A**
**IAH-MFE -----**

eTicket number: **0162498942387**

Seats: **MFE-IAH 08C**
**IAH-SJU 10E**
**SJU-IAH 12B**
**IAH-MFE -----**

| Purchase Summary | |
|---|---|
| Method of payment: | **American Express ending in 1002** |
| Date of purchase: | **Sat, Jul 01, 2023** |
| Airfare: | 1502.00 |
| U.S. Transportation Tax: | 42.20 |
| September 11th Security Fee: | 11.20 |
| U.S. Passenger Facility Charge: | 18.00 |
| Total Per Passenger: | 1573.40 USD |
| Total: | 3146.80 USD |

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.
NONREF/0VALUAFTDPT
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

## MileagePlus Accrual Details

| Denise Rodriguez | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Sun, Jul 16, 2023 | 4820 | McAllen, TX, US (MFE) to Houston, TX, US (IAH) | 846 | 94 | 1 |
| Sun, Jul 16, 2023 | 1914 | Houston, TX, US (IAH) to San Juan, PR, US (SJU) | 5328 | 592 | 1 |
| Sun, Jul 23, 2023 | 668 | San Juan, PR, US (SJU) to Houston, TX, US (IAH) | 6354 | 706 | 1 |
| Sun, Jul 23, 2023 | 1346 | Houston, TX, US (IAH) to McAllen, TX, US (MFE) | 1008 | 112 | 1 |
| MileagePlus accrual totals: | | | 13536 | 1504 | 4 |

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|

| | |
|---|---|
| **From:** | United Airlines |
| **To:** | DRODRIGUEZ_PRI@OUTLOOK.COM |
| **Subject:** | eTicket Itinerary and Receipt for Confirmation C8458S |
| **Date:** | Sunday, July 9, 2023 8:29:28 AM |



Sun, Jul 09, 2023

## Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

C8458S

---

**Flight 1 of 4 UA4820**                                    Class: United Economy (H)

Sun, Jul 16, 2023                               Sun, Jul 16, 2023
**02:10 PM**                                    **03:30 PM**
McAllen, TX, US (MFE)                           Houston, TX, US (IAH)

Flight Operated by Commuteair dba United Express.

---

**Flight 2 of 4 UA1914**                                    Class: United Economy (H)

Sun, Jul 16, 2023                               Sun, Jul 16, 2023
**06:22 PM**                                    **11:48 PM**
Houston, TX, US (IAH)                           San Juan, PR, US (SJU)

---

**Flight 3 of 4 UA1644**                                    Class: United Economy (H)

Sat, Jul 22, 2023                               Sat, Jul 22, 2023
**07:00 AM**                                    **10:48 AM**
San Juan, PR, US (SJU)                          Houston, TX, US (IAH)

---

**Flight 4 of 4 UA4816**                                    Class: United Economy (Q)

Sat, Jul 22, 2023                               Sat, Jul 22, 2023
**12:10 PM**                                    **01:29 PM**
Houston, TX, US (IAH)                           McAllen, TX, US (MFE)

Flight Operated by Commuteair dba United Express.

## Traveler Details

**RODRIGUEZ/DENISE**

eTicket number: **0162310706468**
Frequent Flyer: **UA-XXXXX985 Premier Platinum**

Seats: **MFE-IAH 22C**
**IAH-SJU 10F**
**SJU-IAH 10F**
**IAH-MFE 05D**

Seats: **MFE-IAH 22D**
**IAH-SJU 10E**
**SJU-IAH 10E**
**IAH-MFE 05C**

## Purchase Summary

| | |
|---|---|
| Method of payment: | **Miscellaneous Document** |
| Date of purchase: | **Sun, Jul 09, 2023** |

| | |
|---|---|
| Airfare: | **1245.49** |
| U.S. Transportation Tax: | **42.20** |
| September 11th Security Fee: | **11.20** |
| U.S. Passenger Facility Charge: | **18.00** |
| Total Per Passenger: | **1316.89 USD** |
| Total: | **2633.78 USD** |

## Payment Info

Remaining value of your previous ticket numbers 0162498942386, 0162498942387 was applied to this purchase.

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.
NONREF/0VALUAFTDPT
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

## MileagePlus Accrual Details

Denise Rodriguez

| Date | Flight | From/To | Award Miles | PQP | PQF |
|---|---|---|---|---|---|
| Sun, Jul 16, 2023 | 4820 | McAllen, TX, US (MFE) to Houston, TX, US (IAH) | 774 | 86 | 1 |
| Sun, Jul 16, 2023 | 1914 | Houston, TX, US (IAH) to San Juan, PR, US (SJU) | 4923 | 547 | 1 |
| Sat, Jul 22, 2023 | 1644 | San Juan, PR, US (SJU) to Houston, TX, US (IAH) | 3780 | 420 | 1 |
| Sat, Jul 22, 2023 | 4816 | Houston, TX, US (IAH) to McAllen, TX, US (MFE) | 1746 | 194 | 1 |
| MileagePlus accrual totals: | | | 11223 | 1247 | 4 |

| | |
|---|---|
| **From:** | Denise Rodriguez |
| **To:** | DRodriguez_PRI@outlook.com |
| **Subject:** | Fwd: Your Monday morning trip with Uber |
| **Date:** | Tuesday, July 25, 2023 3:11:36 PM |

**From:** Uber Receipts <noreply@uber.com>
**Sent:** Monday, July 17, 2023 12:23:08 AM
**To:** nicerdz@hotmail.com <nicerdz@hotmail.com>
**Subject:** Your Monday morning trip with Uber



Total $10.95
July 17, 2023

## Thanks for riding, Denise

We hope you enjoyed your ride this morning.

| Total | $10.95 |
|---|---|

| Trip fare | $7.25 |
|---|---|

| Subtotal | $7.25 |
|---|---|

```
Republic Parking System-McAllen Intl Airport
              2500 Bicentennial Blvd
                 McAllen, TX 78503

F/C #02                       A Payment No.00376500
T/D #03                            Ticket No.014827
Cashier                                       ID #7
Entry Time                   7/16/2023 (Sun) 12:45
Paid Time                    7/22/2023 (Sat) 13:29
Parking Time                         6 Days   0:44
Parking Fee                  Rate B         $42.00


AMEX
   Account #     *********************************1002
   Slip #                                        77231
   Auth Code                                    539795
CREDIT CARD AMOUNT                              $42.00
Cash Amount                                      $0.00
===============================================================
Total                                           $42.00
              Please drive carefully
                 956-213-8561
```

| | |
|---|---|
| Booking Fee | $0.70 |
| Airport Fee | $3.00 |

[Download PDF](#)

This is not a payment receipt. It is a trip summary to acknowledge the completion of the trip. You will receive a trip receipt when the payment is processed with payment information.

## You rode with Bryan

5.00 Rating

Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.

**Rate or tip**

When you ride with Uber, your trips are insured in case of a covered accident.

[Learn more](#)

**UberX**  6.69 miles | 12 min

1:10 AM
Carolina, 00979, Puerto Rico

1:22 AM
200 Convention Blvd, San Juan, PR 00907, US