

FPM TRAVEL REIMBURSEMENT COVER SHEET

Name: Donald Gosselin

Invoice number:

Invoice date: July 31, 2023

Site visit travel dates: July 16-21

Total travel reimbursement amount (*see page 2 for details*): $2,895.14

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.*

| Donald Gosselin | July 31, 2023 |
|---|---|
| Signature | Date |

| Travel Breakout | Traveler: Donald S. Gosselin  - July 16 - 21, 2023. Invoice #1178 | | | | |
|---|---|---|---|---|---|
| Expense | Unit Cost | Unit | Column1 | Total | Column2 |
| Airfare Rep of Panama-SJU/Coach 16 JULY | $ 464.00 | 1 | $ - | $ 464.00 | COPA PTY- SJU COACH |
| Airfare SJU-PWM/Coach 21 July | $ 569.20 | 1 | | $ 569.20 | AA SJU-BOS COACH |
| Airline Change Fee (incl tax) | $ - | 0 | | $ - | N/A |
| Ground Transportation (Uber/Lyft/Taxi) | | 1 | WAIVED | $ - | |
| Ground Transportation (Parking) | $ 15.00 | 6 | | $ 90.00 | Airport Parking Sun-Fri |
| Ground POV Transport Base - Home | $ 0.655 | 28 | | $ 18.34 | PWM/Home One Way |
| Tolls /Use of Rental Vehicle/to-from Base | $4.20 | | WAIVED | $ - | MA/NH/ME Tolls |
| Lodging | $ 167.00 | 5 | | $ 835.00 | DoD LOW season rate |
| Per Diem (Travel Days) | $ 86.25 | 2 | | $ 172.50 | |
| Per Diem (Full Days) | $ 115.00 | 4 | | $ 460.00 | |
| Hotel TAX + Fees  ($35.00 + $22.22) | $ 57.22 | 5 | | $ 286.10 | |
| | | | | | |
| Total | | | | $ 2,895.14 | |



## ELECTRONIC TICKET FOR  DONALDDR GOSSELIN
09 Jun 2023

**Order ID**
**ARTKQF**

**Manage your Reservation**

Thank you for choosing Copa Airlines for your travel plans. Please read these important details about your reservation and itinerary.

## PASSENGER DETAILS

| Name | Frequent Flyer # | Star Alliance Status | Ticket Number |
|---|---|---|---|
| DONALDDR GOSSELIN | 233164538CM | Silver | 2302182158661 |

## FLIGHT ITINERARY:

**PANAMA CITY(PTY) - SAN JUAN(SJU) - Flight Number - CM 450 - Economy Class**

**Departure**
Sunday July 16, 2023
7:12 PM
PANAMA CITY(PTY)

**Arrival**
Sunday July 16, 2023
11:02 PM
SAN JUAN(SJU)

Flight Details
Flight Duration: 2h 50m
Aircraft: 738

Flight Operated by: 

Seats Reserved: Yes - Reserve or Change Seats

## AIR TRANSPORTATION CHARGES

| Description | Rate |
|---|---|
| Ticket Fare DONALDDR GOSSELIN | 392.00 USD |
| PA | 27.40 |
| FZ | 20.00 |
| AH | 1.25 |
| F3 | 6.00 |
| XA | 3.83 |
| XY | 7.00 |
| YC | 6.52 |

| Total | 464.00 USD |
|---|---|

To know more about fare family details click here Copa.com

**PAYMENT METHOD:**

| Credit Card | VIXXXXXXXXXXXX8390 | USD 464.00 |
| | Expiry Date: | 0326 |
| | Authorization Code: | 258046 |

A non-refundable administrative fee will be charged per-person and added to the total ticket price upon purchase of your tickets at our Sales Offices, Airports and Reservations Centers. The fee doesnt apply for purchases made in Mexico. In some countries local taxes may apply to the fee. For more information about this administrative fee, please click  here

It is the passenger's responsibility to ensure to obtain and comply with the travel requirements established by the authorities of the place of origin, transit and destination.Before boarding, Copa Airlines will verify that the passenger has the necessary immigration or health requirements for the place of origin and destination. Any passenger who provides false or misleading information regarding such requirements will be responsible for any expenses incurred or fines imposed on the airline for this reason.

Please review your baggage policy for information about your baggage allowance.

**Travel policies**
**Terms and Conditions of this contract**
 **Contribute to environmental sustainability**



**Need help?**
For inquiries about reservations, charges, status of your flight and more, please visit Copa.com

**Follow Us on  Social Media:**

   

This automated email has been sent to ATTYGOSSELIN@GMAIL.COM  in order to provide you with  information about your trip.
Please do not reply to this email  using  the 'Reply' button. For assistance,  please contact our Reservation Center.
View our Privacy Policy.

**From:** American Airlines no-reply@info.email.aa.com
**Subject:** Your trip confirmation (SJU - PWM)
**Date:** June 9, 2023 at 18:55
**To:** GOSSELIN.INTL@gmail.com  GOSSELIN.INTL@GMAIL.COM





Issued: June 9, 2023

# Your trip confirmation and receipt

We charged $569.20 to your card ending in 2001 for your ticket purchase.

You can check in via the American app 24 hours before your flight and get your mobile boarding pass.

**Record Locator: YLRQCR**

### Friday, July 21, 2023

| | | |
|---|---|---|
| **SJU** | AA 1847 | |
| San Juan | | |
| 8:10 AM | | |
| **CLT** | Seat: | **14A** |
| Charlotte | Class: | **Economy (L)** |
| 11:55 AM | Meals: | **Food for purchase** |

| | | |
|---|---|---|
| **CLT** | AA 2282 | |
| Charlotte | | |
| 1:28 PM | | |
| **PWM** | Seat: | **16A** |
| Portland | Class: | **Economy (L)** |
| 3:43 PM | Meals: | |

**Manage your trip**

## Your purchase

**Donald Gosselin - AAdvantage® #: 32A******

| | |
|---|---|
| New ticket (0012454349096) [$535.00+ Taxes & carrier-imposed fees $34.20] | $569.20 |
| **Total cost** | **$569.20** |

## Your payment

| | |
|---|---|
| AmericanExpress (ending 2001) | $569.20 |
| **Total paid** | **$569.20** |

Bag information

| Checked Bag (Airport) | | Checked Bag (Online*) | |
|---|---|---|---|
| 1st bag | No charge | 1st bag | No charge |
| 2nd bag | $40.00 | 2nd bag | $40.00 |

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 50 pounds or 23 kilograms

For information regarding American Airlines checked baggage policies, please visit: Bag and optional fees

Bag fees apply at each Check-in location. Additional allowances and/or

discounts may apply. Bag and optional fees

If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 4 hours) before departure.

| Carry-on bags | |
|---|---|
| 1st carry-on | Includes purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you. |
| 2nd carry-on | Maximum dimensions not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm). |






Book a hotel »    Book a car »    Buy trip insurance »    AAVacations »








Contact us

Privacy policy

**Download our mobile app**




© American Airlines, Inc. All Rights Reserved.


Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

If you have purchased a NON-REFUNDABLE fare, the itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has NO VALUE. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

You have up to 24 hours from the time of ticket purchase to receive a full refund if you booked at least 2 days before departure. You must log in on aa.com or Contact Reservations to cancel. Once cancelled, your refund will be processed automatically.Refunds.

Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page.

The policy for traveling with Emotional Support and Service animals has changed. Visit Traveling with Service Animals for more information.

        

Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid, Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein

incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage link below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

For more on Canada passenger protection regulations visit aa.com/CanadaPassengers.

Please do not reply to this email address as it is not monitored. This email was sent to gosselin.intl@gmail.com.

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward this email to us with an explanation.

For all other questions about bookings or upcoming trips, visit our contact page. Contact American >

**one**world is a registered trademark of **one**world Alliance, LLC.

# Receipt

| | |
|---|---|
| P/S #04 | A Payment No.00000352 |
| T/D #22 | Ticket No.003224 |
| Entry Time | 07/13/2023 (Thu)  9:28 |
| Exit Time | 07/21/2023 (Fri) 15:53 |
| Parking Time | 8Days   6:25 |
| Parking Fee | Rate D    $125.00 |

VISA

| | |
|---|---|
| Account # | *******************4086 |
| Slip # | 25428 |
| Auth Code | 0000021885 |
| Credit Card Amount | $125.00 |
| Cash Amount | $0.00 |

---

| | |
|---|---|
| Total | $125.00 |

Thank You for Your Visit
Please Come Again !

Portland International Jetport (PWM), 1001 Westbrook St, Portland, ME 04102

Sebago, Maine







Directions

# SHERATON
Puerto Rico Hotel & Casino

## INFORMATION INVOICE

| | |
|---|---|
| ROOM | 1125 |
| ROOM TYPE | DBAY |
| NO. OF GUESTS | 1 |
| RATE | 167 |
| CLERK | JJOLI783 |
| DATE | 07/24/23 |
| PAGE No. | 1 of 3 |
| REWARDS # | 839932555 |

Dr Donald Gosselin
12 Naomi St
Sebago ME 04029
United States

ARRIVE 07/16/23   TIME 11:24   DEPART 07/21/23   TIME 03:00   FOLIO# 3982845

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| 07/16/23 | Room Charge | | 167.00 |
| 07/16/23 | Destination Fee $35 Flat | | 35.00 |
| 07/16/23 | Room Occupancy Tax | | 22.22 |
| 07/17/23 | Tips - Restaurant | Room# 1125 : CHECK# 1165775 | 7.00 |
| 07/17/23 | Tips - Restaurant | Room# 1125 : CHECK# 1165926 | 6.00 |
| 07/17/23 | Room Charge | | 167.00 |
| 07/17/23 | Destination Fee $35 Flat | | 35.00 |
| 07/17/23 | Room Occupancy Tax | | 22.22 |
| 07/18/23 | Tips - Pool | Room# 1125 : CHECK# 1234861 | 6.50 |
| 07/18/23 | Room Charge | | 167.00 |
| 07/18/23 | Destination Fee $35 Flat | | 35.00 |
| 07/18/23 | Room Occupancy Tax | | 22.22 |
| 07/19/23 | Tips - Restaurant | Room# 1125 : CHECK# 1166248 | 3.93 |
| 07/19/23 | Tips - Restaurant | Room# 1125 : CHECK# 1166248 | -3.93 |
| 07/19/23 | Choices Rest. Food - Breakfast | Room# 1125 : CHECK# 1166248 | 1.00 |
| 07/19/23 | Tips - Restaurant | Room# 1125 : CHECK# 1166248 | 3.93 |
| 07/19/23 | Brkfst Choices 1% Tax | Room# 1125 : CHECK# 1166248 | 0.01 |
| 07/19/23 | Brkfst Choices Reduced Tax 6% | Room# 1125 : CHECK# 1166248 | 0.06 |
| 07/19/23 | Tips - Pool | Room# 1125 : CHECK# 1235165 | 5.00 |
| 07/19/23 | Room Charge | | 167.00 |
| 07/19/23 | Destination Fee $35 Flat | | 35.00 |

For billing questions or concerns, please let us know at SheratonPR.Folio@sheraton.com

# SHERATON
Puerto Rico Hotel & Casino

INFORMATION INVOICE

| | |
|---|---|
| ROOM | 1125 |
| ROOM TYPE | DBAY |
| NO. OF GUESTS | 1 |
| RATE | 167 |
| CLERK | JJOLI783 |
| DATE | 07/24/23 |
| PAGE No. | 2 of 3 |
| REWARDS # | 839932555 |

Dr Donald Gosselin
12 Naomi St
Sebago ME 04029
United States

ARRIVE 07/16/23   TIME 11:24   DEPART 07/21/23   TIME 03:00   FOLIO# 3982845

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| 07/19/23 | Room Occupancy Tax | | 22.22 |
| 07/20/23 | Choices Rest. Food - Breakfast | Room# 1125 : CHECK# 1166457 | 1.50 |
| 07/20/23 | Tips - Restaurant | Room# 1125 : CHECK# 1166457 | 3.00 |
| 07/20/23 | Brkfst Choices 1% Tax | Room# 1125 : CHECK# 1166457 | 0.02 |
| 07/20/23 | Brkfst Choices Reduced Tax 6% | Room# 1125 : CHECK# 1166457 | 0.09 |
| 07/20/23 | Tips - Pool | Room# 1125 : CHECK# 1235307 | 7.00 |
| 07/20/23 | Pool Sales Municipal Tax 1% - IVU | Room# 1125 : CHECK# 1235307 | 0.35 |
| 07/20/23 | Pool Sales Tax 10.5%-IVU | Room# 1125 : CHECK# 1235307 | 1.47 |
| 07/20/23 | Pool Reduced Tax 6%-IVU | Room# 1125 : CHECK# 1235307 | 1.26 |
| 07/20/23 | Room Charge | | 167.00 |
| 07/20/23 | Destination Fee $35 Flat | | 35.00 |
| 07/20/23 | Room Occupancy Tax | | 22.22 |
| 07/21/23 | Visa Card | | -1,165.29 |
| | XXXXXXXXXXXX4086 | XX/XX | |

For billing questions or concerns, please let us know at SheratonPR.Folio@sheraton.com



## INFORMATION INVOICE

| | |
|---|---|
| ROOM | 1125 |
| ROOM TYPE | DBAY |
| NO. OF GUESTS | 1 |
| RATE | 167 |
| CLERK | JJOLI783 |
| DATE | 07/24/23 |
| PAGE No. | 3 of 3 |
| REWARDS # | 839932555 |

Dr Donald Gosselin
12 Naomi St
Sebago ME 04029
United States

ARRIVE 07/16/23     TIME 11:24     DEPART 07/21/23     TIME 03:00     FOLIO# 3982845

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| | | Balance    USD | 0.00 |

For billing questions or concerns, please let us know at SheratonPR.Folio@sheraton.com



FPMPR TRAVEL EXPENSE NOTE:

**Donald Gosselin Travel Expense Invoices Note:**

**Date: July 31, 2023**

**Notes:**

Please note:

- Travel Expenses:
    - Mr. Gosselin billed only the parking corresponding to his working days.