

FPM TRAVEL REIMBURSEMENT COVER SHEET

Name: Alan C Youngs

Invoice number: 49

Invoice date: July 28, 2023

Site visit travel dates:  07/16/23 to 07/21/23

Total travel reimbursement amount (*see page 2 for details*): $2,402.51.

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.*

_____
Signature

07/28/23
**Date**



# Office of the Technical Compliance Advisor
# Travel Reimbursement Form

Enter all required information below to obtain travel reimbursement. If spending did not occur in a category, please enter zeros. Zeros will likely need to be entered for one or more of the ground transportation options. The "Total" column of the table will update based on the information entered into the "Unit Cost" and "Units" columns. To update the "Total" column, click CTRL+A and then F9. Receipts for airfare, lodging, ground transportation, and PCR testing must be submitted with this form. Submit the Travel Reimbursement Form and accompanying receipts to Javier Gonzalez (Javier.benito@me.com) with the Chief Monitor (jrrjjr.romero@gmail.com) and/or his designee copied along with your monthly invoice.

**Traveler Name:  Alan C Youngs**
**Travel Start Date 07/16/23 Travel End Date: 07/21/23**
**Purpose of Travel: Puerto Rico**

| Travel Reimbursement | | | |
|---|---|---|---|
| | **Unit Cost** | **Units** | **Total** |
| **Airfare Denver to Ft Lauderdale 7/16 (see explanation)** | $339.20 | 1 | $339.20 |
| **Airfare Ft Lauderdale to Puerto Rico 7/17** | $129.19 | 1 | $129.19 |
| **Airfare  Puerto Rico to Denver 7/21** | $475.70 | 1 | $475.70 |
| **Baggage/Seat** | $94.00 | 1 | $94.00 |
| **Ground Transportation (Uber) to DIA** | $64.55 | 1 | $64.55 |
| **Ground Transportation (Uber/Lyft/Taxi) from DIA** | $0.00 | 0 | $0.00 |
| **Ground Transportation (Taxi) FLL Airport to Hotel** | $27.00 | 1 | $27.00 |
| **Ground Transportation (Taxi) to Hotel Marriott** | $25.00 | 1 | $25.00 |
| **Ground Transportation (Taxi) to Airport SJU** | $25.00 | 1 | $25.00 |
| **Ground Transportation (Parking)** | $0.00 | 0 | $0.00 |
| **Ground Transportation (Mileage)** | $0.655 | 0 | $0.00 |
| **Lodging** | $154.78 | 4 | $619.12 |
| **Per Diem (Travel Days)** | $86.25 | 3 | $258.75 |
| **Per Diem (Full Days)** | $115.00 | 3 | $345.00 |
| **Total** | | | **$2,402.51** |

VIG Tower, PH – 924

1225 Ave. Juan Ponce de Leon

San Juan, PR 00907

787-417-9098

## EXPLANATION OF FLIGHT CHARGES FOR ALAN YOUNGS

My original flight to Puerto Rico was due to arrive on Sunday, 7/16/23 at 9:10 pm.  The charge for this flight was $675.70.  The flight was delayed in Indianapolis causing me to miss the 6:35pm connecting flight in Fort Lauderdale to San Juan.  Southwest reduced the fare from $675.70 to $339.20 because I got off the plane in Fort Lauderdale and spent the night in a hotel at my own expense.  If I had not got off the plane, I would not have arrived in San Juan until Tuesday due to Southwest Airline delays.

I caught a Spirit Airline flight to San Juan on Monday morning, 7/17/23. The Spirit Airline receipt shows a $94 charge for luggage and seat. This is cheaper than booking luggage and seat separately and the resulting fare for the combined flights (Southwest and Spirit) was $115.31 cheaper than the original fare on Southwest.


I originally was scheduled on Southwest Airlines to leave on Thursday 7/20/23 but because of scheduling conflicts with the Monitoring Team, I could not make this flight and I had to change the flight to Friday 7/21/23. This increased the fare by $90.00.  Receipts are attached.

# Uber

Total **$64.55**
July 16, 2023

# Thanks for riding

We hope you enjoyed your ride this morning.



# Total

# $64.55

Trip fare

$38.95

Subtotal

$38.95

Reservation Fee

$12.00

Booking Fee 

$10.00

Colorado Prearranged Ride Regulatory Fee

$0.31

Denver International Airport Pickup/Drop-off Fee

$3.29

**Payments**

 **Visa ••••3491**                                        $64.55
7/16/23 7:43 AM

**A temporary hold of $64.55 was placed on your payment method •••• 3491. This is not a charge and will be removed. It should disappear from your bank statement shortly.** *Learn More*

**Switch Payment Method**

**Download PDF**

# You rode with DUANE

**4.92**★ Rating                      👤 Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.



When you ride with Uber, your trips are insured in case of a covered accident.

**Learn more ›**

UberX      32.92 miles | 39 min

■   **7:03 AM**
5552 W Lakeridge Rd,
Lakewood, CO 80227, US

┃   **7:43 AM**
8500 Pena Blvd, Denver, CO
80249, US



Report lost item   ›          Contact support   ›

My trips   ›

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158

Google

directions

All    Maps    News    Images    Videos    More    Tools

About 5,770,000,000 results (0.66 seconds)

Results for **Denver, CO 80227** · Choose area

○ Denver International Airport, 8500 Peña Blvd, Denver, CO 80249

◉ 5552 W Lakeridge Rd, Lakewood, CO 80227



**51 min** (30.3 mi) via I-70 W

Directions

56 min (33.4 mi) via I-225 S

1 hr 1 min (36.2 mi) via I-225 S and I-25 N

Places



**New Directions**
3.5    (4) · Non-profit organization
Denver, CO · (303) 831-0635

○
Directions

**New Directions For Families by Valley Hope**
3.0    (2) · Addiction treatment center
(720) 623-0747
Open 24 hours

🌐
Website

**Financial Directions Inc**
No reviews · Financial planner
Denver, CO · (303) 447-6517

○
Directions

More places →

https://maps.google.com ⋮

**Google Maps**

Find local businesses, view maps and get driving **directions** in Google Maps.

**Directions**
Find local businesses, view maps and get driving directions in ...

**The Directions API demo**
This demo shows you how to use the Directions API to get a set of ...

**Directions API overview**
The Directions API is a web service that uses an HTTP ...

### Directions Service

View example - Directions - Draggable Directions - ...

More results from google.com »

https://www.mapquest.com    ⋮

### Official MapQuest - Maps, Driving Directions, Live Traffic

Official MapQuest website, find driving **directions**, maps, live traffic updates and road conditions.
Find nearby businesses, restaurants and hotels. Explore!

https://www.mapquest.com › directions    ⋮

### Get Driving Directions, Live Traffic & Road Conditions

Step by step **directions** for your drive or walk. Easily add multiple stops, see live traffic and road
conditions. Find nearby businesses, restaurants and ...

https://www.waze.com    ⋮

### Waze: Driving directions, live traffic & road conditions updates

Realtime driving **directions** based on live traffic updates from Waze - Get the best route to your
destination from fellow drivers.

https://en.wiktionary.org › wiki › directions    ⋮

### directions - Wiktionary

NounEdit. **directions**. plural of direction. NounEdit. **directions** pl (plural only). Instructions for how
to reach a destination or how to do something.

https://www.youtube.com › watch    ⋮

### Directions - YouTube

Provided to YouTube by J Records **Directions** · Mario Turning
Point ℗ 2004 BMG Music, a unit of BMG Music Released on:…

YouTube · Mario - Topic · Dec 25, 2014

4:12

https://www.youtube.com › watch    ⋮

### Ane Brun - Directions (Official Video) - YouTube

**Directions**" the first single from Ane Bruns's upcoming new album
available now.iTunes: http://apple.co/1x9naCgSpotify: ...

YouTube · Ane Brun · Mar 10, 2015

3:14

https://www.directionsmag.com    ⋮

### Directions Magazine - GIS News and Geospatial

Get **Directions** Magazine delivered to you. A summary of top stories and the latest geospatial trends emailed direct to you.

### Related searches    ⋮

Alternative to Google Maps    ⌃



| MapQuest | Bing Maps | Waze | OpenStree... | Here WeGo | OsmAnd |

See more →

Feedback

| **maps** directions | **mapquest.com** directions |
| **google maps** directions | **google driving** directions **in words** |
| **get** directions | **waze** directions |
| **free driving** directions | directions **home** |

More results ⌄



A-List Preferred    *Hi, Alan*  47,996 points    **My Account**  |  **Log out**    Español 🌐

FLIGHT | HOTEL | CAR | VACATIONS    SPECIAL OFFERS    RAPID REWARDS®    🔍

# Thanks for flying with us!

✓ Price    ✓ Payment    ✓ Confirmation

## ✓ Your flight is booked!

We're sending you a confirmation email to the address below. If the email hasn't arrived in 2 minutes, check your junk or spam folder.
alyoun@aol.com

## Trip summary

🖨 Print

### ✈ Flight

CONFIRMATION #

**3QJP9P**

JUL 16

**DEN ✈ SJU**

FLIGHT TOTAL

**$675.70**



🚗 Add a car                     Add a hotel

Book now. Pay later!

From $91.19*/day in
San Juan

*Taxes and fees excl. Terms apply.

Book now

The perfect stay is moments away

WHERE ARE YOU HEADED?
San Juan

CHECK-IN                CHECK-OUT
07/16/2023 📅            07/18/2023 📅

Search 🔗

---



**LIMITED-TIME OFFER**

# Earn 60,000 points
### and a **30% off** promo code.*

Learn more ›

*30% off promo code discount on base fare and applied before taxes and fees. Offer ends 7/10/23. The account information is only an estimate for a specific point in time. Please reference your Rapid Rewards® account for the most up-to-date information.

CURRENT POINTS BALANCE              47,996
ESTIMATED POINTS
EARNED ON THIS TRIP                  6,400
POINTS EARNED WITH NEW
CREDIT CARD OFFER                   60,000
**ESTIMATED TOTAL POINTS**         **114,396**

---

## 7/16 - San Juan

📋 **100% free inflight entertainment*** — all on your devices.    [ Learn more ]

*Download the Southwest app to view movies and on-demand content. Inflight messaging only allows access to iMessage and WhatsApp. Apps must be downloaded before the flight.

JUL 16

# Denver, CO *to* San Juan, PR

Confirmation # **3QJP9P**

| PASSENGERS | | EST. POINTS | EXTRAS ⓘ | FARE |
|---|---|---|---|---|

| PASSENGERS | EST. POINTS | EXTRAS ⓘ | FARE |
|---|---|---|---|

**Alan Youngs**
Rapid Rewards® Acct # 207895671   A-List Preferred
Add Known Traveler # / Redress #   ›
Special Assistance   ›

+ 6,400 PTS



Anytime

$ **Transfarency®: Defined**
Low fares. Nothing to hide. ⧉

⇄ **Change fees don't fly with us**
Flexibility for your travel plans. ⧉

🧳 **Pack with care**
Guidelines for carryon luggage. ⧉

# Departing   7/16/23 Sunday

Anytime
*(Passenger x1)*                                          $640.00

| | | | | |
|---|---|---|---|---|
| ✈ DEPARTS | **10:05** AM | **DEN** Denver, CO - DEN | **FLIGHT 1257** 📶 + ▣ | |
| | | | **SCHEDULED AIRCRAFT** Boeing 737-800 *Subject to change* | |
| ARRIVES | **2:30** PM | **IND** Indianapolis, IN - IND | **TRAVEL TIME** 2hr 25min | |

*stop 1: Indianapolis, IN - IND*                                    *no plane change*

| | | | | |
|---|---|---|---|---|
| DEPARTS | **3:15** PM | **IND** Indianapolis, IN - IND | **FLIGHT 1257** 📶 + ▣ | |
| | | | **SCHEDULED AIRCRAFT** Boeing 737-800 *Subject to change* | |
| ARRIVES | **5:50** PM | **FLL** Fort Lauderdale, FL - FLL | **TRAVEL TIME** 2hr 35min | |

*stop 2: Fort Lauderdale, FL - FLL*                          ✈̶

| | | | | |
|---|---|---|---|---|
| DEPARTS | **6:35** PM | **FLL** Fort Lauderdale, FL - FLL | **FLIGHT 1002** 📶 + ▣ | |
| | | | **SCHEDULED AIRCRAFT** Boeing 737 MAX8 *Subject to change* | |
| ✈ ARRIVES | **9:10** PM | **SJU** San Juan, PR - SJU | **TRAVEL TIME** 2hr 35min | **SUBTOTAL** $640.00 |

| Taxes & fees | $35.70 |
|---|---|
| **Flight total** | **$675.70** |

**Icon legend**

📶 WiFi available      ▣ Live TV available      ☼ EarlyBird Check-In®      ✈̶ Change planes

**Helpful Information:**

- Starting July 1, 2023 (12:00 a.m. CT), for Wanna Get Away® or Wanna Get Away Plus™ reward travel reservations (booked with points): If you do not cancel your reservation at least 10 minutes before the flight's original scheduled departure time, any points used for booking will be forfeited, along with any taxes and fees associated with your reward travel reservation. For Anytime or Business Select® reward travel reservations: the points used for booking will be redeposited to the purchaser's Rapid Rewards® account, and any taxes and fees associated with the reward travel reservation will be converted into a Transferable Flight Credit™ for future use.
- Please read the fare rules associated with this purchase.
- When booking with Rapid Rewards points, your points balance may not immediately update in your account.

Feedback

- **REAL ID Requirement:** Do you have a **REAL ID**? Beginning May 7, 2025, you will need a state-issued **REAL ID** compliant license or identification card, or another acceptable form of ID (such as a U.S. Passport), to fly within the United States. Visit www.tsa.gov for a list of acceptable forms of ID and additional information regarding **REAL ID** requirement.

**Book your hotel with us and earn up to 10,000 points per night.**



WHERE ARE YOU HEADED?

## San Juan

| CHECK-IN | CHECK-OUT |
|---|---|
| **Sun, Jul 16, 2023** | **Tue, Jul 18** |

| ROOMS | ADULTS | CHILDREN |
|---|---|---|
| **1** | **1** | **0** |

## Payment summary

| PAYMENT INFORMATION | | | AMOUNT PAID |
|---|---|---|---|
| **Visa 3491** XXXXXXXXXXX3491 Expiration: 7/27 | CARD HOLDER **Alan Youngs** | BILLING ADDRESS **5552 W Lakeridge Rd Lakewood, CO US 80227** | **$675.70** |

## Total charged

**You're all set for your upcoming trip.**

Get ready to enjoy two bags for the price of none*, no fees to change your flight**, and some Southwest® love.

*First and second checked bags. Weight and size limits apply. **Fare difference may apply.

| SUBTOTAL | $640.00 |
|---|---|
| TAXES & FEES | $35.70 |
| **TOTAL DOLLARS** | **$675.70** |

Show price breakdown

Feedback

**Earn up to 1,800 Rapid Rewards® points.**

Plus save up to 30% off base rates with Budget®.

  **Book car** ›



**You've just landed a special offer of up to 45% off points!**

Lock it in before this deal flies away – and boost your points balance now!

**Buy points** ›



ISSUED BY AND VALID ONLY ON

# SOUTHWEST AIRLINES®

**BOARDING PASS**

RR

## YOUNGS/ALAN

FLIGHT **1257**

DATE **JUL 16**

CONF.# **3QJP9P**

207895671

**A-List Preferred**
**Anytime**

**Check monitors for gate number**

Boarding
Group

**A**

1257 **DENVER**
**FORT LAUDERDALE**
**10:05 AM Y**

1002 **FORT LAUDERDALE**
**SAN JUAN**
**06:35 PM**

**BOARDING TIME**

# 09:35 AM

Boarding
Position

**22**

PRIORITY BOARDING
PRIORITY & EXPRESS LANES

**Southwest**

3QJP9P

LN: YOUNGS
FN: ALAN
MN:

**EarlyBird Check-In®**
(if applicable)

**22**

AWI-W10/CH.11

*fold here*



ISSUED BY AND VALID ONLY ON

# SOUTHWEST AIRLINES®

**BOARDING PASS**

RR

## YOUNGS/ALAN

FLIGHT **1002**

DATE **JUL 16**

CONF.# **3QJP9P**

1002 **FORT LAUDERDALE
SAN JUAN
06:35 PM Y**

207895671

**A-List Preferred
Anytime**

**Check monitors for gate number**

Boarding
Group

**A**

Boarding
Position

**16**

## BOARDING TIME
# 06:05 PM

PRIORITY BOARDING
PRIORITY LANE

**Southwest**

LN: YOUNGS
FN: ALAN
MN:

**EarlyBird Check-In®**
(if applicable)

3QJP9P

16

AWI-W10/CH.11

---

*fold here*





## Hi, Alan!

Rapid Rewards #207895671 | A-List Preferred through 12/31/23
Rapid Rewards Member since 2006  Profile Details >

TRAVEL FUNDS AVAILABLE
$189.20
View Details >

POINTS AVAILABLE
58,986
View Details >

## Past flight details

The receipt information below does not include any add ons during purchase, flight changes, flight cancellations, or in-flight purchases.

JUL 16                                                    Confirmation #3QJP9P

 San Juan, PR

Denver, CO to San Juan, PR

## Summary

| PASSENGER | POINTS EARNED | FARE TOTAL |
|---|---|---|
| Alan Youngs | +3,950 PTS | $339.20 |

## Pricing details

| ROUTING | DATE | FARE TYPE | POINTS EARNED | FARE |
|---|---|---|---|---|
| DEN to FLL | 7/16/23 | Wanna Get Away | +3,950 PTS | $329.10 |
| | | | Taxes & fees | $10.10 |

|  | Total | $339.20 |
|---|---|---|
|  | Total points earned | +3,950 PTS |



Feedback

**Spirit Airlines Flight Confirmation: PG23KC**

alyoun@aol.com/Inbox

 **Spirit Airlines** <booking@fly.spirit-airlines.com>
To: alyoun@aol.com

Jul 16 at 7:38 PM

## spirit

**HOTEL    CAR    TRIPS    PARTNERS**

Thank you for choosing Spirit Airlines. This notice contains information to be used during your travels. Please review the contents of this document carefully. For your convenience, please print a copy to take with you on your trip.

Please do not reply to this email. The reply email address is used solely for outgoing email documents.

### YOUR CONFIRMATION CODE                 PG23KC

Booking Date    **Monday, July 17, 2023**

# Flight

| MONDAY, JULY 17, 2023 | TIME | DURATION |
|---|---|---|
| Fort Lauderdale, FL | 9:00 AM | 02 h 37 min |
| San Juan, Puerto Rico | 11:37 AM | |
| FLIGHT | TERMINAL | |
| 1524 | 4 | |

Please be aware that flight times are subject to change. Notification of schedule changes will be sent to the email address provided at the time of booking.

Do you have TSA Pre✓®? Don't forget to add your Known Traveler Number (KTN) to your reservation here!

Online check-in begins 24 hours before your flight. It's the easy way to save time and money! Definitely reconfirm your flight times on our site on your day of travel - or at any time. It is recommended that you arrive at the airport 2 hours prior to departure time for domestic flights (United States, Puerto Rico and U.S. Virgin Islands) and at least 3 hours prior to departure time for international flights.

# Guest Information

| NAME | ASSISTANCE | FREE SPIRIT # |
|---|---|---|
| Alan C Youngs | None | |

# Bags

| NAME | CARRY-ON | CHECKED |
| --- | --- | --- |
| **Alan C Youngs** | **0** | **1** |

**ADD BAGS**

# Seats

| NAME | SEATS |
| --- | --- |
| Alan C Youngs | 7D |

# Contact Information

Alan C Youngs
5552 W Lakeridge Rd
80227

alyoun@aol.com

+17202325812

## Purchase Price

| | |
| --- | --- |
| **Flight Price** | $97.99 |
| **Boost It Combo** | $94.00 |
| - 1 Checked Bag (50lbs) | |
| - Pick Your Seat (up to Exit row) | |
| - Shortcut Boarding | |
| **Government's Cut** | $31.20 |
| Total | $223.19 |

## Additional Information

**REAL ID**

Do you have a REAL ID? Beginning May 7th 2025, every air traveler 18 years of age and older will need a state-issued REAL ID-compliant license or identification card, enhanced driver's license, or another **acceptable form of ID** (such as a passport), to fly within the United States. REAL ID–compliant cards are marked with a star at the top. Guests can also visit the **DHS REAL ID website** and click on their state on the map or visit **www.tsa.gov**.

**SPIRIT CHARITABLE FOUNDATION DONATION**

Donations to the Spirit Charitable Foundation cannot be canceled or refunded.

**CASHLESS**

At some airports we serve, cash is not accepted as a form of payment. For more information, **visit here**.

**TERMS AND CONDITIONS**

**Click here** for full terms and conditions.

**Haga clic aquí** para los términos y condiciones completos.

## BAGGAGE

You'll save yourself some money if you **buy your bags online right now**! You'll automatically get our **Fast Bag Drop** service, which'll save you time when you get to the airport.

IMPORTANT: You may carry one free personal item on board (like a purse or laptop bag) if its dimensions do not exceed 18 x 14 x 8 inches including handles and wheels.

The baggage liability limit for domestic flights is $3,800 per passenger.  **Here's** more information on our baggage policies, including carry-ons.

## CHECK-IN

You may be able to **check in online** 24 hours before your flight. It'll save you time and money at the airport.

You'll want to get to the airport early to give yourself time to park, get through security, etc. Try to arrive 2 hours before domestic flights and 3 hours before international flights.

Additionally, you'll need to be at the boarding gate at least 15 minutes prior to departure for domestic flights (30 minutes prior for international departures) or you may lose your reservation.

Always double check that you have the right documents you need to travel. Remember: every country has different rules, so if you're flying internationally, contact the embassy or consulate of the country you're traveling to and find out what you need.

Certain foreign countries may charge additional taxes and fees that are collected directly by the local government or competent airport authority upon arrival or departure.

## FLIGHT STATUS

**Click here** to check the departure and arrival status of your flight.

## HELPFUL TRAVEL RESOURCES

Transportation Security Administration - Visit the **TSA website** and learn all about the new carry-on travel requirements.

Customs and Border Protection - Visit the **U.S. State Department website** for travel tips and up-to-date travel information.

## CANCEL/CHANGE

If you need to modify or cancel your reservation, please visit the **Manage Travel** tab at spirit.com. Additionally, you can also text us at 48763 or WhatsApp directly at 855-728-3555 with "Hello".

**Click here** for information on travel policies.

Spirit does not transport hazardous materials as checked or carry-on baggage. **Click Here** for more information.

# HOTEL    CAR    TRIPS    PARTNERS

  

TO PROVIDE FEEDBACK

If you have a comment or question, Click here to chat now.

**Spirit Airlines**
**2800 Executive Way**
**Miramar, FL 33025**
Copyright © 2023 Spirit Airlines, Inc. All Rights Reserved.

Privacy Policy     Help

# Welcome Aboard,

## ALAN YOUNGS

This is your
**Boarding Pass**

Please arrive to
**Self-Tag before
7:30AM** to check
baggage.

Fold Pass So...







Barcode Faces Out.

 **free spirit**

## Get Ready To Get Rewarded

 Earn points for every dollar spent on fares, and double points for dollars spent on À La Smarte™ options like bags and seats.

 Redeem points for any fare on any flight. Seriously, no blackout dates.

*Not signed up yet?*
*Start earning points with this flight.*
**Spirit.com/FreeSpirit**


Scan to learn more

---

**spirit**

BOARDING PASS
**DATE** 17Jul2023

## YOUNGS, ALAN C

**FROM:** **FLL**
Fort Lauderdale, FL

**TO:** **SJU**
San Juan, Puerto Rico

| 0 | ** NO CARRY-ON BAG ** | 1 | CHECKED BAGS |
|---|---|---|---|

**SEQ #** 116

**CONFIRMATION**
## PG23KC

 Shortcut
Boarding



**FLIGHT** NK **1524**

**GATE**
F2

**BOARDING TIME**
**8:00 AM**

**LOCATED IN
TERMINAL 4**

DOORS CLOSE 15 MINUTES
PRIOR TO DEPARTURE.

**ZONE**
## 2

**SEAT**
## 7D
Aisle

**DEPARTS**
Fort Lauderdale, FL
9:00 AM

**ARRIVES**
San Juan, Puerto Rico
11:37 AM

**Issued** 07-16-2023 7:48 PM



A-List Preferred   *Hi, Alan*  47,996 points   **My Account**  |  **Log out**   Español 🌐

FLIGHT | HOTEL | CAR | VACATIONS   SPECIAL OFFERS   RAPID REWARDS®   🔍

# Change flight: Step 5 of 5

✓ Change   ✓ Select flights   ✓ Price   ✓ Review   ✓ Confirmation

## ✓ Your change is complete! No need to call to confirm.

We're sending you a confirmation email to the address below. If the email hasn't arrived in 2 minutes, check your junk or spam folder.
alyoun@aol.com

## Trip summary

✈ **Flight**

CONFIRMATION #
## 3QS283

DEPART
**7/21**   **SJU**  ✈  **DEN**
Friday   6:40 AM   2:30 PM

PASSENGERS
**Alan Youngs**
See more passenger details ›

AMOUNT PAID
**$90.00**

[ Go to My Account ]

# $0

**There was no fee to change your flight today.**

It's our way of saying thank you...today, and everyday.

---

## 7/21 - Denver

💻 **100% free inflight entertainment\* — all on your devices.**   [ Learn more ]

*Download the Southwest app to view movies and on-demand content. Inflight messaging only allows access to iMessage and WhatsApp. Apps must be downloaded before the flight.

JUL 21
# San Juan, PR *to* Denver, CO

**Confirmation # 3QS283**

| PASSENGERS | EXTRAS | FARE |
| --- | --- | --- |
| **Alan Youngs** | — | Wanna Get Away Plus |

PASSENGERS
Rapid Rewards® Acct # 207895671   A-List Preferred

EXTRAS                    FARE

## Departing   7/21/23 Friday

Wanna Get Away Plus
*(Passenger x1)*

**DEPARTS**   **6:40** AM   **SJU**
San Juan, PR - SJU

FLIGHT
**3750**

**ARRIVES**   **9:40** AM   **MCO**
Orlando, FL - MCO

TRAVEL TIME
**3hr 0min**

*stop 1: Orlando, FL - MCO*

**DEPARTS**   **12:40** PM   **MCO**
Orlando, FL - MCO

FLIGHT
**3880**

**ARRIVES**   **2:30** PM   **DEN**
Denver, CO - DEN

TRAVEL TIME
**3hr 50min**

---

**Icon legend**

WiFi available      Live TV available      Change planes

**Helpful Information:**

- Starting July 1, 2023 (12:00 a.m. CT), for Wanna Get Away® or Wanna Get Away Plus™ reward travel reservations (booked with points): If you do not cancel your reservation at least 10 minutes before the flight's original scheduled departure time, any points used for booking will be forfeited, along with any taxes and fees associated with your reward travel reservation. For Anytime or Business Select® reward travel reservations: the points used for booking will be redeposited to the purchaser's Rapid Rewards® account, and any taxes and fees associated with the reward travel reservation will be converted into a Transferable Flight Credit™ for future use.
- Please read the fare rules associated with this purchase.
- When booking with Rapid Rewards points, your points balance may not immediately update in your account.
- **REAL ID Requirement:** Do you have a **REAL ID**? Beginning May 7, 2025, you will need a state-issued **REAL ID** compliant license or identification card, or another acceptable form of ID (such as a U.S. Passport), to fly within the United States. Visit www.tsa.gov for a list of acceptable forms of ID and additional information regarding **REAL ID** requirement.

## Pricing & funds summary

| VISA | **Visa 3491**<br>XXXXXXXXXXX3491<br>Expiration: 7/27 | CARD HOLDER<br>**Alan Youngs** | BILLING ADDRESS<br>**5552 W Lakeridge Rd**<br>**Lakewood, CO US 80227** | **$90.00** |
|------|------|------|------|------|

TOTAL PAID   **$90.00**

*Government taxes & fees included.*



A-List Preferred    *Hi, Alan*  47,996 points    **My Account**  |  **Log out**    Español 🌐

**Southwest** 🖤

FLIGHT | HOTEL | CAR | VACATIONS    SPECIAL OFFERS    RAPID REWARDS®    🔍

# Thanks for flying with us!

✓ Price    ✓ Payment    ✓ Confirmation

## ✓ Your flight is booked!

We're sending you a confirmation email to the address below. If the email hasn't arrived in 2 minutes, check your junk or spam folder.
alyoun@aol.com

## Trip summary

🖨 Print

---

✈ **Flight**

CONFIRMATION #
**3QS283**

JUL 20
**SJU ✈ DEN**

FLIGHT TOTAL
**$385.70**

---

🚗 Add a car          Add a hotel





Book now. Pay later!

**From $115.99*/day in Denver**

*Taxes and fees excl. Terms apply.

Book now

The perfect stay is moments away

WHERE ARE YOU HEADED?
Denver

CHECK-IN          CHECK-OUT
07/20/2023 📅     07/22/2023 📅

Search ⧉

---



**LIMITED-TIME OFFER**

## Earn 60,000 points

and a **30% off** promo code.*

Learn more ❯

*30% off promo code discount on base fare and applied before taxes and fees. Offer ends 7/10/23. The account information is only an estimate for a specific point in time. Please reference your Rapid Rewards® account for the most up-to-date information.

CURRENT POINTS BALANCE                            47,996
ESTIMATED POINTS
EARNED ON THIS TRIP                                2,800
POINTS EARNED WITH NEW
CREDIT CARD OFFER                                 60,000
**ESTIMATED TOTAL POINTS**                       **110,796**

---

## 7/20 - Denver

✓ **100% free inflight entertainment*** — all on your devices.          Learn more

*Download the Southwest app to view movies and on-demand content. Inflight messaging only allows access to iMessage and WhatsApp. Apps must be downloaded before the flight.

JUL 20
## San Juan, PR *to* Denver, CO

Confirmation # **3QS283**

| PASSENGERS | | EST. POINTS | EXTRAS | FARE |
| --- | --- | --- | --- | --- |

| PASSENGERS | EST. POINTS | EXTRAS | FARE |
|---|---|---|---|
| **Alan Youngs** | + 2,800 PTS | — | Wanna Get Away Plus |
| Rapid Rewards® Acct # 207895671   A-List Preferred | | | |
| Add Known Traveler # / Redress #   › | | | |
| Special Assistance   › | | | |

$ **Transfarency®: Defined**
Low fares. Nothing to hide. ⧉

⇄ **Change fees don't fly with us**
Flexibility for your travel plans. ⧉

🧳 **Pack with care**
Guidelines for carryon luggage. ⧉

# Departing  7/20/23 Thursday

**Wanna Get Away Plus** $350.00
*(Passenger x1)*



| | | | |
|---|---|---|---|
| ✈ DEPARTS | **2:55** PM | **SJU** San Juan, PR - SJU | **FLIGHT** **1745** 📶 + 📺 |
| | | | **SCHEDULED AIRCRAFT** Boeing 737 MAX8 *Subject to change* |
| ARRIVES | **6:00** PM | **MCO** Orlando, FL - MCO | **TRAVEL TIME** **3hr 5min** |

*stop 1: Orlando, FL - MCO*

| | | | |
|---|---|---|---|
| DEPARTS | **8:20** PM | **MCO** Orlando, FL - MCO | **FLIGHT** **2427** 📶 + 📺 |
| | | | **SCHEDULED AIRCRAFT** Boeing 737-700 *Subject to change* |
| ✈ ARRIVES | **10:10** PM | **DEN** Denver, CO - DEN | **TRAVEL TIME** **3hr 50min** |

SUBTOTAL
$**350.00**

Taxes & fees   $35.70

**Flight total**   $**385.70**

**Icon legend**

📶 WiFi available      📺 Live TV available      ✕ Change planes

**Helpful Information:**

- Starting July 1, 2023 (12:00 a.m. CT), for Wanna Get Away® or Wanna Get Away Plus™ reward travel reservations (booked with points): If you do not cancel your reservation at least 10 minutes before the flight's original scheduled departure time, any points used for booking will be forfeited, along with any taxes and fees associated with your reward travel reservation. For Anytime or Business Select® reward travel reservations: the points used for booking will be redeposited to the purchaser's Rapid Rewards® account, and any taxes and fees associated with the reward travel reservation will be converted into a Transferable Flight Credit™ for future use.
- Please read the fare rules associated with this purchase.
- When booking with Rapid Rewards points, your points balance may not immediately update in your account.
- **REAL ID Requirement:** Do you have a **REAL ID**? Beginning May 7, 2025, you will need a state-issued **REAL ID** compliant license or identification card, or another acceptable form of ID (such as a U.S. Passport), to fly within the United States. Visit www.tsa.gov for a list of acceptable forms of ID and additional information regarding **REAL ID** requirement.

Feedback

**Book your hotel with us and earn up to 10,000 points per night.**



WHERE ARE YOU HEADED?

# Denver

CHECK-IN

**Thu, Jul 20, 2023**

CHECK-OUT

**Sat, Jul 22,**

ROOMS **1**    ADULTS **1**    CHILDREN **0**

## Payment summary

| PAYMENT INFORMATION | | | AMOUNT PAID |
|---|---|---|---|
| VISA **Visa 3491** XXXXXXXXXXXX3491 Expiration: 7/27 | CARD HOLDER **Alan Youngs** | BILLING ADDRESS **5552 W Lakeridge Rd Lakewood, CO US 80227** | **$385.70** |

## Total charged



### You're all set for your upcoming trip.

Get ready to enjoy two bags for the price of none*, no fees to change your flight**, and some Southwest® love.

*First and second checked bags. Weight and size limits apply. **Fare difference may apply.

| SUBTOTAL | $350.00 |
|---|---|
| TAXES & FEES | $35.70 |
| **TOTAL DOLLARS** | **$385.70** |

Show price breakdown

## Earn up to 1,800 Rapid Rewards® points.

Plus save up to 30% off base rates with Budget®.



Book car ›

### You've just landed a special offer of up to 45% off points!

Lock it in before this deal flies away – and boost your points balance now!

**Buy points** ›



## Hi, Alan!

Rapid Rewards #207895671 | A-List Preferred through 12/31/23
Rapid Rewards Member since 2006   Profile Details >

TRAVEL FUNDS AVAILABLE
$189.20
View Details >

POINTS AVAILABLE
58,986
View Details >

## Past flight details

The receipt information below does not include any add ons during purchase, flight changes, flight cancellations, or in-flight purchases.

JUL 21                                                                    Confirmation #3QS283

 **Denver, CO**

San Juan, PR to Denver, CO

## Summary

| PASSENGER | POINTS EARNED | FARE TOTAL |
|---|---|---|
| Alan Youngs | +7,040 PTS | $475.70 |

## Pricing details

| ROUTING | DATE | FARE TYPE | POINTS EARNED | FARE |
|---|---|---|---|---|
| SJU to DEN | 7/21/23 | Wanna Get Away Plus | +7,040 PTS | $440.00 |
| | | | Taxes & fees | $35.70 |

Total **$475.70**
Total points earned **+7,040 PTS**

Feedback

ISSUED BY AND VALID ONLY ON
# SOUTHWEST AIRLINES®   BOARDING PASS

RR

# YOUNGS/ALAN

FLIGHT **3750**

DATE **JUL 21**

CONF.# **3QS283**

207895671

3750 **SAN JUAN**
**ORLANDO**
**06:40 AM H**

3880 **ORLANDO**
**DENVER**
**12:40 PM**

**A-List Preferred**

**Wanna Get Away Plus**™

**Check monitors for gate number**

Boarding
Group

**A**

Boarding
Position

**16**

**BOARDING TIME**
# 06:10 AM

PRIORITY BOARDING
PRIORITY & EXPRESS LANES

**Southwest.**

**3QS283**

LN: YOUNGS
FN: ALAN
MN:

**16**

AWI-W10/CH.11

*fold here*

ISSUED BY AND VALID ONLY ON

# SOUTHWEST AIRLINES®    BOARDING PASS

RR

## YOUNGS/ALAN

FLIGHT **3880**

DATE **JUL 21**

CONF.# **3QS283**

207895671

3880  **ORLANDO**
**DENVER**
**12:40 PM H**

**A-List Preferred**

**Wanna Get Away Plus**$^{TM}$

**Check monitors for gate number**

Boarding
Group

**A**

Boarding
Position

**19**

## BOARDING TIME
# 12:10 PM

PRIORITY BOARDING
PRIORITY LANE

**Southwest.**

3QS283

LN: YOUNGS
FN: ALAN
MN:

**19**

AWI-W10/CH.11

*fold here*

Welcome to Broward County



FORT LAUDERDALE-HOLLYWOOD
INTERNATIONAL AIRPORT
BROWARD COUNTY, FLORIDA

**Dear Guest**   TAXI # ___156_____

Taxi fares are calculated by a working meter. All taxis are required
to operate with a functioning credit card system.

*ALL MAJOR CREDIT CARDS ARE ACCEPTED*

**TAXI RECEIPT**

DATE _7/17_

FROM _Airport_

TO _Hotel Marriot_

FARE $ _____

LUGGAGE $ _____

TOTAL $ _25_

_Signature_

*::: Thank you for visiting Puerto Rico :::*

**TAXI RECEIPT**

DATE 7\21\23

FROM Marriot hotel

TO airport

FARE$

LUGGAGE$

TOTAL $ 25.00

Signature

::: *Thank you for visiting Puerto Rico* :::

# COURTYARD®
## Marriott

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Alan Youngs
5552 W Lakeridge Rd
Lakewood CO 80227
United States

Room: 0907
Room Type: EKNG
No. of Guests: 1
Rate: $ 125.00  Clerk: 31

Marriott Rewards #   119330892

CRS Number  90068608

Name:

Arrive:  07-16-23          Time:  08:20 AM          Depart:  07-21-23          Folio Number:  734457

| Date | Description | Charges | Credits |
|---|---|---|---|
| 07-17-23 | Package | 125.00 | |
| 07-17-23 | Destination Fee | 17.00 | |
| 07-17-23 | Government Tax | 12.78 | |
| 07-18-23 | Package | 125.00 | |
| 07-18-23 | Destination Fee | 17.00 | |
| 07-18-23 | Government Tax | 12.78 | |
| 07-19-23 | Package | 125.00 | |
| 07-19-23 | Destination Fee | 17.00 | |
| 07-19-23 | Government Tax | 12.78 | |
| 07-20-23 | Package | 125.00 | |
| 07-20-23 | Destination Fee | 17.00 | |
| 07-20-23 | Government Tax | 12.78 | |
| | **Balance** | | **619.12 USD** |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

# CHASE ◯

Printed from Chase Personal Online

---

## CREDIT CARD (...3491)

### -$336.50
Return

Jul 18, 2023
Transaction date

Jul 19, 2023
Posted date

SOUTHWES
5260250503587

800-435-9792, TX
000075235

---

| | |
|---:|:---|
| Description | SOUTHWES 5260250503587 |
| Also known as | Southwest Airlines |
| Merchant type | SOUTHWEST |
| Card number | (...3491) |
| Category | Travel |

---

Rewards earned with this transaction

| | |
|:---|---:|
| + 3 Points per $1 earned on travel | -1,010 |
| Total Ultimate Rewards® points | -1,010 |

---

Transaction details may be preliminary or incomplete and may not match the transaction as it appears on your periodic statement, which is the official record of your account activity.

---

JPMorgan Chase Bank, N.A. Member FDIC          ©2023 JPMorgan Chase & Co.                    Equal Housing Opportunity

# CHASE ◯

Printed from Chase Personal Online

---

## CREDIT CARD (...3491)

### $223.19
Sale

Jul 16, 2023
Transaction date

Jul 19, 2023
Posted date

SPIRIT AIRL
4870356018921

---

Description   SPIRIT AIRL 4870356018921
Also known as   Spirit Airlines
Merchant type   SPIRIT AIRLINES
Method   Online, mail or phone
Card number   (...3491)
Category   Travel

---

Rewards earned with this transaction

| | |
|---|---|
| TRAVEL CREDIT $300/YEAR | 0 |
| + 3 Points per $1 earned on travel | 670 |
| Total Ultimate Rewards® points | 670 |

Transaction details may be preliminary or incomplete and may not match the transaction as it appears on your periodic statement, which is the official record of your account activity.

JPMorgan Chase Bank, N.A. Member FDIC           ©2023 JPMorgan Chase & Co.           Equal Housing Opportunity

**Southwest Airlines**

The charge for this flight was $675.70.  The flight was delayed in Indianapolis causing me to miss the 6:35pm connecting flight in Fort Lauderdale to San Juan.  Southwest reduced the fare from $675.70 to $339.20 because I got off the plane in Fort Lauderdale.  I did not buy a new ticket for Southwest. Southwest reduced the fare to $339.20 and credited me back for the difference in fare.

($675.70 - $336.50 = $339.20)

Attached is the original receipt for $675.70.  The corrected receipt for $339.20 and the copy of my Visa Credit for $336.50

**Spirit Airlines**

Attached is the Spirit Airlines receipt and copy of Visa Charge receipt.