INVOICE 0101 R2 - EXPENSE FOR ON-SITE PROFESSIONAL SERVICES; JULY 16, THROUGH JULY 20, 2023 RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC

8/28/23

TO:   Federal Monitor
      Puerto Rico Police Department Consent Decree

This invoice for travel expenses incurred during on-site visit to PRPB rendered by Crystal Reef LLC (Monitoring Core Team) for July 2023.

*[signature: Scott Cragg]*

# Office of the TCA - Travel Reimbursement Form

**Traveler Name:** Scott Cragg
**Travel Dates:** Jul 16 - 21 2023
**Purpose of Travel:** On-Site Monitoring

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 509.40 | 1 | $ 509.40 |
| Bags/Airport Shuttle tips - no receipt | $ 2.00 | 2 | $ 4.00 |
| Ground Transportation (Tolls) | $ 0.93 | 2 | $ 1.86 |
| Ground Transportation (Parking) | $ 14.00 | 5 | $ 70.00 |
| Ground Transportation (Mileage) | $ 0.655 | 175.2 | $ 114.75 |
| Lodging | $ 154.78 | 4 | $ 619.12 |
| Per Diem (Travel Days) 16 July, 20 July | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) July, 17, 18, 19 | $ 115.00 | 3 | $ 345.00 |
| Total | | | $ 1,836.63 |

*JET Blue*

## Traveler Details

**SCOTT P CRAGG**

**Frequent Flier:** B6 3363415311

**Ticket number:** 2792127039207

**MCO - SJU:**
**Fare:** Blue
**Seat:** <u>13A</u>

**SJU - MCO:**
**Fare:** Blue
**Seat:** <u>8D</u>

## Bag Allowance (per traveler)

| Sun, Jul 16 | Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|---|
| MCO - SJU | Free | Free | Free Mosaic Perk | Free Mosaic Perk |

| Thu, Jul 20 | Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|---|
| SJU - MCO | Free | Free | Free Mosaic Perk | Free Mosaic Perk |

<u>Size and weight limits apply. See full details on our Bag Info page ▶</u>

Free checked bag benefit for Mosaic members applies to JetBlue-operated and eligible American Airlines-operated flights only, and no other codeshare or partner airline flights.

Additional charges may apply.

Get up to 7" more legroom, a fast lane to the TSA checkpoint (select cities), and early boarding—all the better to nab that overhead bin.

**Add Even More° Space**

## Payment Details

| | | |
|---|---|---|
| Visa XXXXXXXXXXXX6833 | NONREF | $447.00 |
| | Taxes & fees | $62.40 |
| | **Total** | **$509.40 USD** |

Purchase Date: Jun 28, 2023

**Request full receipt**

```
jetBlue                                    BOARDING PASS      TSA Pre✓

CRAGG/SCOTT P                              TICKET:
16 JUL 23        CONFIRMATION:             2792127039207
                 MCCFDH

FLIGHT B6 1133   GATE      GROUP      SEAT
MCO → SJU        236       MOSAIC     3A        WINDOW
Orlando,FL  San Juan,PR  SUBJECT
                         TO CHANGE

                 BOARDING   DOORS CLOSE   DEPARTS    ARRIVES
                 3:55 PM  → 4:15 PM     → 4:30 PM  → 7:28 PM
```

```
jetBlue                                    BOARDING PASS      TSA Pre✓

CRAGG/SCOTT P                              TICKET:
20 JUL 23        CONFIRMATION:             2792127039207
                 MCCFDH

FLIGHT B6 2134   GATE      GROUP      SEAT
SJU → MCO        A2        MOSAIC     2D        AISLE
San Juan,PR  Orlando,FL  SUBJECT
                         TO CHANGE

                 BOARDING   DOORS CLOSE   DEPARTS    ARRIVES
                 9:52 PM  → 10:12 PM    → 10:27 PM → 1:21 AM
```

# E-ZPass Virginia: Transaction History

Account Number: 236166 From: 7/14/2023 To: 7/24/2023

| Date Posted | Transaction | Receipt | Transponder / Plate | Agency | Entry Plaza | Exit Plaza | Entry Date and Time | Exit Date and Time | Plaza Facility | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/17/2023 | IAG TOLL INCOMING TRANSACTIONS | | 3829399 | CFX | | 394 | | 7/16/2023 3:45 PM | | -0.93 | 82.72 |
| 7/22/2023 | IAG TOLL INCOMING TRANSACTIONS | | 3829399 | CFX | | 393 | | 7/21/2023 3:17 AM | | -0.93 | 81.79 |

Case 3:12-cv-02039-FAB  Document 2487-7  Filed 09/08/23  Page 6 of 7



**COURTYARD®**
**Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Scott Cragg
13932 S Springs Dr
Clifton VA 20124
United States

Room: 1101
Room Type: KSTE
No. of Guests: 1
Rate:  $  125.00   Clerk: 1006

Marriott Rewards #   797225828

CRS Number  91732675

Name:

Arrive:   07-16-23          Time:  10:05 PM          Depart:  07-20-23          Folio Number: 734501

| Date | Description | Charges | Credits |
|---|---|---|---|
| 07-16-23 | Package | 125.00 | |
| 07-16-23 | Destination Fee | 17.00 | |
| 07-16-23 | Government Tax | 12.78 | |
| 07-17-23 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |
| 07-17-23 | Package | 125.00 | |
| 07-17-23 | Destination Fee | 17.00 | |
| 07-17-23 | Government Tax | 12.78 | |
| 07-18-23 | Package | 125.00 | |
| 07-18-23 | Destination Fee | 17.00 | |
| 07-18-23 | Government Tax | 12.78 | |
| 07-19-23 | Comedor - Guest Charge | 4.00 | |
| 07-19-23 | Package | 125.00 | |
| 07-19-23 | Destination Fee | 17.00 | |
| 07-19-23 | Government Tax | 12.78 | |
| 07-20-23 | Visa Card | | 626.12 |
| | Card #  XXXXXXXXXXXX6833 | | |
| 07-20-23 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 07-20-23 | Visa Card | | 4.00 |
| | Card #  XXXXXXXXXXXX6833 | | |



619 12