

FPM TRAVEL REIMBURSEMENT COVER SHEET

Name: Hipolito Castro JR

Invoice number:

Invoice date: 7/24/2023

Site visit travel dates: 07/16/2023 to 07/20/2023

Total travel reimbursement amount (see page 2 for details): $

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.*

_____  7/24/2023
Signature                   Date

## Travel Breakout

Hipolito Castro Jr, Travel from July 16 to July 20, 2023

| Expense | Unit Cost | Units | Column1 | Total | Column2 |
|---|---|---|---|---|---|
| Airfare | $ 850.40 | 1 | $ - | $ 850.40 | |
| Airfare taxes & fees | | | | $ - | |
| Baggage | | | | $ - | |
| Ground Transportation (Uber/Lyft/Taxi) | | 1 | | $ - | |
| Ground Transportation (Parking) | $ 35.00 | 5 | | $ 175.00 | |
| Ground Transportation (POV Mileage) to PTY | $ 0.655 | 114 | | $ 74.67 | |
| Tolls | $ 10.17 | 2 | | $ 20.34 | |
| Lodging - 125.00 | $ 154.78 | 4 | | $ 619.12 | |
| Per Diem (Travel Days) | $ 86.25 | 2 | | $ 172.50 | |
| Per Diem (Full Days) | $ 115.00 | 3 | | $ 345.00 | |
| Other: HOTEL TAX - | | | | | |
| | | | | | |
| Total | | | | $ 2,257.03 | |



Hipolito Castro <hipolitocastrojr@gmail.com>

---

**Your Flight Receipt - HIPOLITO CASTRO 16JUL23**
1 message

**Delta Air Lines** <DeltaAirLines@t.delta.com>  Thu, Jul 6, 2023 at 3:10 PM
Reply-To: Transactional Email Reply Inbox <reply-309734-14_HTML-36682778-10982494-1088245@t.delta.com>
To: hipolitocastrojr@gmail.com

View as a Web Page

#9288156608
Silver Medallion®



CONFIRMATION #: GMR3RV



You're all set. If your plans change, you can make adjustments or cancel your itinerary on My Trips on the Fly Delta app or **delta.com** before your flight departs.

As a reminder, please check the expiration date of your passport. Most countries require passports to be valid for at least six months from the

date of return. For easy validation, add or update your passport information on your SkyMiles profile on the **Fly Delta app**.

Have a great trip, and thank you for choosing Delta.

## Passenger Info

Name: HIPOLITO CASTRO
SkyMiles #9288156608
Silver

| FLIGHT | SEAT |
| --- | --- |
| DELTA 1961 | 22C |
| DELTA 1961 | 22C |

Visit delta.com or download the Fly Delta app to view, select or change your seat. If you purchased a Delta Comfort+™ seat or a Trip Extra, please visit My Trips to access a receipt of your purchase.

| Sun, 16JUL | DEPART | ARRIVE |
| --- | --- | --- |
| DELTA 1961<br>Main Cabin (H) | NYC-KENNEDY<br>1:40pm | SAN JUAN, PUERTO RICO<br>5:43pm |

| Thu, 20JUL | DEPART | ARRIVE |
| --- | --- | --- |
| DELTA 1961<br>Main Cabin (M) | SAN JUAN, PUERTO RICO<br>6:55pm | NYC-KENNEDY<br>11:00pm |

MANAGE MY TRIP

## Flight Receipt

Ticket #: 0062125679204
Place of Issue:
Issue Date: 06JUL23
Expiration Date: 06JUL24

| METHOD OF PAYMENT | |
|---|---|
| AX***********1006 | $850.40 USD |

| CHARGES | |
|---|---|
| Air Transportation Charges | |
| Base Fare | $788.00 USD |
| Taxes, Fees and Charges | |
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $11.20 USD |
| United States - Transportation Tax (US) | $42.20 USD |
| United States - Passenger Facility Charge (XF) | $9.00 USD |
| TICKET AMOUNT | $850.40 USD |

## Checked Bag Allowance

The fees below are based on your original ticket purchase. Fees may be converted to local currency based on your departure airport. **If you qualify for free or discounted checked baggage**, this will be taken into account when you check in. Visit delta.com for details on baggage embargoes that may apply to your itinerary.

Sun 16 Jul 2023                                           JFK-SJU

| CARRY ON | FIRST | SECOND |
|---|---|---|
| FREE | FREE (70LBS/32KG) WAS: $30.00 USD | FREE (70LBS/32KG) WAS: $40.00 USD |

This trip is operated by Delta and the following carrier(s): . Visit delta.com for details on **baggage embargoes** that may apply to your itinerary. Also see other carrier's complete **baggage** information.

Thu 20 Jul 2023                                           SJU-JFK

| CARRY ON | FIRST | SECOND |
|---|---|---|
| FREE | FREE (70LBS/32KG) WAS: $30.00 USD | FREE (70LBS/32KG) WAS: $40.00 USD |

This trip is operated by Delta and the following carrier(s): . Visit delta.com for details on **baggage embargoes** that may apply to your itinerary. Also see other carrier's complete **baggage** information.

## Your Pre-Trip Checklist for Easier Travel


**Download Our App**


**Visit Our Help Center**


**Update Your Contact**

**Track your checked bags, check your flight status, get your boarding pass, message us and more ›**

**Get all your travel questions answered with information on self-service tools, baggage, SkyMiles and more ›**

**Information**

**Make sure your information is updated on your SkyMiles profile for a more personalized experience and service. View my profile ›**

## Request Special Services

We are here to help. Complete our **Service Request Form** if you need extra assistance during your trip.

## Transportation of Hazardous Materials

Federal law forbids the carriage of hazardous materials aboard aircraft in your luggage or on your person. A violation can result in civil penalties. Examples include: Paints, aerosols, lighter fluid, fireworks, torch lighters, tear gases and compressed gas cartridges.

There are special exceptions for small quantities (up to 70 ounces total). For further information visit delta.com Restricted Items Section.



Help Center  •  Flight Deals  •  Earn Miles  •  Give Back

  

```
           JFK AIRPORT
        LONG TERM PARKING
                                908
EXIT                          123977
RECEIPT:                           0
PERSONELL:                         0
TRANSACTION:
EZPass            KAP0XXXXXXX2473
NO:
CC VALID          12/30
SNR:              03 009 0982473
EXPIRES:          07.16.28 23:59
IN:               07.16.23 11:23
ENTRY:            07.20.23 23:44
P.AT:              HOURLY TICKET
FEE:                   175.00 USD
PAID:                  175.00 USD
---------------------
                       175.00 USD
NET:                     0.00 USD
GST  0%                  SA12704
CAR:
4T 12:21
         TAXES INCLUDED
         THANK YOU FOR
          PARKING AT
          JFK AIRPORT
        HAVE A SAFE TRIP
```

 Gmail                                                                 Hipolito Castro <hipolitocastrojr@gmail.com>

## (no subject)
1 message

**Hipolito Castro** <hipolitocastrojr@gmail.com>                                  Sat, Nov 26, 2022 at 11:59 AM
To: hipolitocastrojr@gmail.com







 

   

## E-ZPass® Payment Receipt for 07/16/2023

Account Number : 2000175180885

Transaction Date : 07/16/2023

Transaction Id : 116520360192

Transaction Amount : ($10.17)

Payment Type : ETC

## E-ZPass® Payment Receipt for 07/21/2023

Account Number : 2000175180885
Transaction Date : 07/21/2023
Transaction Id : 116532339366
Transaction Amount : ($10.17)
Payment Type : ETC

# COURTYARD® Marriott.

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Hipolito Castro
64 Mustang Dr
Monroe CT 06468
United States

Room: 0801
Room Type: KSTE
No. of Guests: 1
Rate:  $  125.00   Clerk: 8

Marriott Rewards #   214246771

CRS Number  90128179

Name:

Arrive:  07-16-23     Time:  05:17 AM     Depart:  07-20-23     Folio Number:  734463

| Date | Description | Charges | Credits |
|---|---|---|---|
| 07-16-23 | Special Corporate | 125.00 | |
| 07-16-23 | Destination Fee | 17.00 | |
| 07-16-23 | Government Tax | 12.78 | |
| 07-17-23 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 07-17-23 | Special Corporate | 125.00 | |
| 07-17-23 | Destination Fee | 17.00 | |
| 07-17-23 | Government Tax | 12.78 | |
| 07-18-23 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 07-18-23 | Package | 125.00 | |
| 07-18-23 | Destination Fee | 17.00 | |
| 07-18-23 | Government Tax | 12.78 | |
| 07-19-23 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 07-19-23 | Package | 125.00 | |
| 07-19-23 | Destination Fee | 17.00 | |
| 07-19-23 | Government Tax | 12.78 | |
| 07-20-23 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 07-20-23 | American Express | | 635.12 |
| | Card #  XXXXXXXXXX1006 | | |

- 16.00 -

619.12

**COURTYARD®**
**Marriott.**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Hipolito Castro
64 Mustang Dr
Monroe CT 06468
United States

Room: 0801
Room Type: KSTE
No. of Guests: 1
Rate: $ 125.00  Clerk: 8

Marriott Rewards #  214246771

CRS Number  90128179

Name:

Arrive:  07-16-23     Time:  05:17 AM     Depart:  07-20-23     Folio Number: 734463

| Date | Description | Charges | Credits |
|---|---|---|---|
| | Balance | | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.