

FPM TRAVEL REIMBURSEMENT COVER SHEET

Name: David Levy

Invoice number: 01-043T

Invoice date: 08/23/2023

Site visit travel dates: 07/16/2023-07/21/2023

Total travel reimbursement amount (*see page 2 for details*): $ $     $    **2,342.87**

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.*

_____                                          09/04/2023

Signature                                                                                  Date

# Office of the TCA - Travel Reimbursement Form

**Traveler Name:** David Levy
**Every One Travel days** 6
**Purpose of Travel:** On-Site Site visit

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 555.40 | 1 | $ 555.40 |
| Baggage | $ - | 0 | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | $ - | 0 | $ - |
| Ground Transportation (Parking) | $ - | 0 | $ - |
| Ground Transportation (Mileage) | $ 0.66 | 7.6 | $ 4.97 |
| Lodging | $ 230.00 | 5 | $ 1,150.00 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 4 | $ 460.00 |
| tolls | $ - | 0 | $ - |
| Total | | | $ 2,342.87 |

**Google Maps**  Home (828 Snowden Hallowell Way) to Rental Car Center Ronald Reagan Washington National Airport, 2400 Ronald Reagan Washington National Airport Access Rd, Arlington, VA 22202    Drive 3.9 miles, 8 min



Map data ©2023 Google    2000 ft

**828 Snowden Hallowell Way**
Alexandria, VA 22314

1. Head south on Snowden Hallowell Way toward Madison St
   ⚠ Restricted usage road
   259 ft

2. Turn left at the 1st cross street onto Madison St
   469 ft

3. Turn left onto George Washington Mem Pkwy/N Washington St
   ℹ Continue to follow George Washington Mem Pkwy
   ⚠ Turn is not allowed Mon–Fri 7:00 – 9:00 AM
   3.0 mi

4. Take the exit toward Reagan Nat'l Arpt
   0.2 mi

5. Slight right onto W Entrance Rd
   0.3 mi

6. Turn left onto National Ave
   ℹ Destination will be on the left
   0.2 mi

**Rental Car Center Ronald Reagan Washington National Airport**
2400 Ronald Reagan Washington National Airport Access Rd, Arlington, VA 22202

# SHERATON
Puerto Rico Hotel & Casino

## INFORMATION INVOICE

| | |
|---|---|
| ROOM | 0422 |
| ROOM TYPE | KING |
| NO. OF GUESTS | 1 |
| RATE | 250 |
| CLERK | AORTI428 |
| DATE | 07/21/23 |
| PAGE No. | 1 of 3 |
| REWARDS # | |

Mr David Levy
United States

ARRIVE 07/16/23    TIME 08:17    DEPART 07/21/23    TIME 10:52    FOLIO# 4009325

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| 07/16/23 | Pool Beverage - Beer | | 4.00 |
| 07/16/23 | Tips - Pool | | 10.00 |
| 07/16/23 | Pool Sales Municipal Tax 1% - IVU | | 0.39 |
| 07/16/23 | Pool Sales Tax 10.5%-IVU | | 0.95 |
| 07/16/23 | Pool Reduced Tax 6%-IVU | | 1.80 |
| 07/16/23 | Accommodation | | 250.00 |
| 07/16/23 | Destination Fee $35 Flat | | 35.00 |
| 07/16/23 | Room Occupancy Tax | | 31.35 |
| 07/17/23 | Tips - Pool | | 5.00 |
| 07/17/23 | Accommodation | | 250.00 |
| 07/17/23 | Destination Fee $35 Flat | | 35.00 |
| 07/17/23 | Room Occupancy Tax | | 31.35 |
| 07/18/23 | Choices Rest. Food - Breakfast | | 19.50 |
| 07/18/23 | Tips - Restaurant | | 4.00 |
| 07/18/23 | Brkfst Choices 1% Tax | | 0.20 |
| 07/18/23 | Brkfst Choices Reduced Tax 6% | | 1.17 |
| 07/18/23 | Tips - Pool | | 2.00 |
| 07/18/23 | Accommodation | | 250.00 |
| 07/18/23 | Destination Fee $35 Flat | | 35.00 |
| 07/18/23 | Room Occupancy Tax | | 31.35 |
| 07/19/23 | Snack Shop Food - Breakfast | | 5.50 |

For billing questions or concerns, please let us know at SheratonPR.Folio@sheraton.com

# SHERATON
Puerto Rico Hotel & Casino

## INFORMATION INVOICE

| | |
|---|---|
| ROOM | 0422 |
| ROOM TYPE | KING |
| NO. OF GUESTS | 1 |
| RATE | 250 |
| CLERK | AORTI428 |
| DATE | 07/21/23 |
| PAGE No. | 2 of 3 |
| REWARDS # | |

Mr David Levy
United States

ARRIVE 07/16/23    TIME 08:17    DEPART 07/21/23    TIME 10:52    FOLIO# 4009325

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| 07/19/23 | Tips - Snack Shop | | 2.00 |
| 07/19/23 | Brkfst Snack Shop 1% tax | | 0.06 |
| 07/19/23 | Brkfst Snack Shop 6% tax | | 0.33 |
| 07/19/23 | Tips - Pool | | 7.00 |
| 07/19/23 | Pool Sales Tax 10.5%-IVU | | 1.32 |
| 07/19/23 | Pool Reduced Tax 6%-IVU | | 1.23 |
| 07/19/23 | Accommodation | | 250.00 |
| 07/19/23 | Destination Fee $35 Flat | | 35.00 |
| 07/19/23 | Room Occupancy Tax | | 31.35 |
| 07/20/23 | Choices Rest. Food - Breakfast | | 17.50 |
| 07/20/23 | Tips - Restaurant | | 3.50 |
| 07/20/23 | Brkfst Choices 1% Tax | | 0.18 |
| 07/20/23 | Brkfst Choices Reduced Tax 6% | | 1.05 |
| 07/20/23 | Pool Beverage - Beer | | 2.00 |
| 07/20/23 | Pool Food - Dinner | | 3.00 |
| 07/20/23 | Pool Beverage - Wine | | 9.00 |
| 07/20/23 | Tips - Pool | | 11.00 |
| 07/20/23 | Pool Sales Municipal Tax 1% - IVU | | 0.49 |
| 07/20/23 | Pool Sales Tax 10.5%-IVU | | 1.69 |
| 07/20/23 | Pool Reduced Tax 6%-IVU | | 1.98 |
| 07/20/23 | Accommodation | | 250.00 |

For billing questions or concerns, please let us know at SheratonPR.Folio@sheraton.com

SHERATON
Puerto Rico Hotel & Casino

## INFORMATION INVOICE

| | |
|---|---|
| ROOM | 0422 |
| ROOM TYPE | KING |
| NO. OF GUESTS | 1 |
| RATE | 250 |
| CLERK | AORTI428 |
| DATE | 07/21/23 |
| PAGE No. | 3 of 3 |
| REWARDS # | |

Mr David Levy
United States

ARRIVE 07/16/23 TIME 08:17 DEPART 07/21/23 TIME 10:52 FOLIO# 4009325

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| 07/20/23 | Destination Fee $35 Flat | | 35.00 |
| 07/20/23 | Room Occupancy Tax | | 31.35 |
| 07/21/23 | USA Parking - Self Parking | | 18.00 |
| 07/21/23 | Snack Shop Food - Breakfast | | 5.50 |
| 07/21/23 | Tips - Snack Shop | | 1.00 |
| 07/21/23 | Brkfst Snack Shop 1% tax | | 0.06 |
| 07/21/23 | Brkfst Snack Shop 6% tax | | 0.33 |
| 07/21/23 | Visa Card | | -1,724.48 |

Balance USD 0.00



David Levy <dplevy@gmail.com>

---

# Itinerary receipt notice
1 message

**JetBlue** <jetblueairways@email.jetblue.com>                                                                      Thu, Jul 27, 2023 at 1:20 PM
Reply-To: JetBlue <reply@email.jetblue.com>
To: dplevy@gmail.com



## Your travel receipt.
### Thanks for flying JetBlue!

## Travel Purchase

**Date of requested receipt: 2023-07-06**          **Record Locator:** KXEWRA

| | | | |
|---|---|---|---|
| **DCA** | **SJU** | **Travel date** | 2023-07-16T08:00:00 |
| | | **Flight number** | 1347 |
| **SJU** | **DCA** | **Travel date** | 2023-07-21T17:30:00 |
| | | **Flight number** | 1348 |

**Traveler(s)**                                                      **Ticket number(s)**

LEVY/DAVID MR                                                  2792127654197

| | | | |
|---|---|---|---|
| **Base fare:** | | $493.00 USD | |

| **Taxes & fees breakdown:** | AMOUNT | CURRENCY | PURPOSE - (CODE) |
|---|---|---|---|
| | $9.00 | USD | U.S. Passenger Facility Charge - (XF) |
| | $11.20 | USD | U.S. September 11th Security Fee - (AY) |
| | $42.20 | USD | U.S. Transportation Tax - (US2) |
| **Taxes & fees total:** | $62.40 | USD | |
| **Base fare total:** | **$555.40** | | |

**Payment(s):**

Visa card XXXXXXXXXXXX6929     $555.40

# Fees

**LEVY DAVID**     Ticket number(s): 2794424841424

Date: 2023-07-06

| QTY | FEE TYPE | COST | TAX | TOTAL |
|---|---|---|---|---|
| 1 | SEAT ASSIGNMENT | $62.00 | $0.00 | $62.00 |
| 1 | SEAT ASSIGNMENT | $62.00 | $0.00 | $62.00 |

**Total:**    **$124.00 USD**

**Payment(s):**    Visa card XXXXXXXXXXXX6929     $124.00

## Total paid: $679.40 USD*

*includes all fares, taxes, fees and penalties less any amounts refunded

Flight Status    |    Bag Info    |    Airport Info

## Stay connected

 **Download the JetBlue mobile app**

   

Help

Business Travel

Privacy

About JetBlue

Please call 1-800-JETBLUE (1-800-538-2583) for additional assistance.

Positive identification required for airport check-in.

Notice:
Carriage and other service provided by the carrier are subject to conditions of carriage, which are hereby incorporated by reference. These conditions may be obtained from the issuing carrier. E-ticket Receipt total includes airfare, taxes, and fees applicable to air care, baggage fees, and Even More fees, as may be applicable.