# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants**. | **Civil No.** 12-2039 (FAB) |

**ORDER**

The Motion to Approve and Disburse Funds for Reimbursement of Expenses submitted by the Office of the Federal Police Monitor for expenses incurred during the month of July 2023 (Docket No. 2487) is **NOTED and APPROVED** for payment.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, September 12, 2023.

                                                  s/ Francisco A. Besosa
                                                  FRANCISCO A. BESOSA
                                                  SENIOR UNITED STATES DISTRICT JUDGE