OFFICE OF THE FPMPR LLC.
B-5 Calle Tabonuco Suite 216 PMB 292
Guaynabo, Puerto Rico 00968

September 1, 2023

Professional services rendered by the members of the Office of the FPMPR LLC. For August 2023:

| NAME | AMOUNT | MONTH |
|---|---|---|
| 1. John Romero | $17,916.66 | August 2023 |
| 2. Spece | $ 4,214.08 | August 2023 |
| 3. The & Group LLC (Javier González) | $12,271.84 | August 2023 |
| 4. Altai Atlantic Consulting LLC (Dr. David Levy) | $ 9,900.00 | August 2023 |
| 5. Denise Rodriguez | $15,833.33 | August 2023 |
| 6. Viota & Associates CPA LLC | $ 1,281.25 | August 2023 |
| 7. Donald S. Gosselin | $ 9,900.00 | August 2023 |
| 8. Al Youngs | $ 9,900.00 | August 2023 |
| 9. Rafael E. Ruiz | $10,230.00 | August 2023 |
| 10. Scott Cragg | $10,023.75 | August 2023 |
| 11. AB - AG Law LLC (Lcdo. Roberto Abesada) | $16,000.00 | August 2023 |
| 12. Rita J. Watkins | $ 5,760.00 | August 2023 |
| 13. M Serrano LLC | $ 7,120.00 | August 2023 |
| 14. Luis Hidalgo | $11,500.00 | August 2023 |
| 15. Korber Group | $ 1,318.70 | August 2023 |
| 16. Samantha Rhinerson | $ 2,300.00 | August 2023 |
| 17. Claudia Cámara | $ 3,160.00 | August 2023 |
| 18. Manuel Arroyo | $ 1,500.00 | August 2023 |
| 19. Hipolito Castro Jr | $ 8,850.00 | August 2023 |
| 20. Stephanie Leon | $ 3,667.50 | August 2023 |
| 21. Iñigo Galanes | $ 1,960.00 | August 2023 |
| **TOTAL:** | $164,607.11 | August 2023 |
| | | |