**INVOICE**



**Spece**
1225 Juan Ponce de Leon
San Juan, PR 00907

info@spece.com
787-417-7300
www.spece.com

Office of the FPMPR LLC

**Bill to**
Office of the FPMPR LLC

**Invoice details**
Invoice no.: INV - 19451
Invoice date: 10/01/2023
Due date: 10/01/2023

| | Product or service | | Amount |
|---|---|---|---|
| 1. | **Private Office**  Private Office Suite - Office 15, $2,300.00, Oct 1, 2023 - Oct 31, 2023 | 1 × $2,300.00 | $2,300.00 |
| 2. | **One-off Fees**  Telephone Service, $60.00, Oct 1, 2023 - Oct 31, 2023 | 1 × $60.00 | $60.00 |
| 3. | **One-off Fees**  Garage Parking, $120.00, Oct 1, 2023 - Oct 31, 2023 | 1 × $120.00 | $120.00 |
| | | Subtotal | $2,480.00 |
| | | Sales tax | $99.20 |
| | | **Total** | **$2,579.20** |



**Spece**  
1225 Juan Ponce de Leon  
San Juan, PR 00907

info@spece.com  
787-417-7300  
www.spece.com

## Office of the FPMPR LLC

**Bill to**  
Office of the FPMPR LLC

**Invoice details**  
Invoice no.: INV - 19450  
Invoice date: 08/31/2023  
Due date: 08/31/2023

| # | Product or service | | Amount |
|---|---|---|---|
| 1. | **Conference Room**<br>Medium Conference Room, $144.00, 6 x $24.00 / hour (20% discount) - Aug 16, 2023 | 6 × $24.00 | $144.00 |
| 2. | **Conference Room**<br>Small Conference Room, $120.00, 1 x $80.00 / hour (20% discount), 2 x $20.00 / hour (20% discount) - Aug 16, 2023 | 2 × $120.00 | $240.00 |
| 3. | **Conference Room**<br>Medium Conference Room, $180.00, 1 x $180.00 / day (20% discount) - Aug 17, 2023 | 1 × $180.00 | $180.00 |
| 4. | **Conference Room**<br>Small Conference Room, $144.00, 1 x $144.00 / day (20% discount) - Aug 17, 2023 | 2 × $144.00 | $288.00 |
| 5. | **Conference Room**<br>Small Conference Room, $60.00, 3 x $20.00 / hour (20% discount) - Aug 14, 2023 | 3 × $20.00 | $60.00 |
| 6. | **Conference Room**<br>XLarge Conference Room, $120.00, 3 x $40.00 / hour (20% discount) - Aug 15, 2023 | 3 × $40.00 | $120.00 |
| 7. | **Conference Room**<br>Small Conference Room, $60.00, 3 x $20.00 / hour (20% discount) - Sep 18, 2023 | 3 × $20.00 | $60.00 |
| 8. | **Conference Room**<br>Small Conference Room, $80.00, 1 x $80.00 / hour (20% discount) - Sep 18, 2023 | 1 × $80.00 | $80.00 |
| 9. | **Conference Room**<br>Medium Conference Room, $180.00, 1 x $180.00 / day (20% discount) - Sep 20, 2023 | 1 × $180.00 | $180.00 |
| 10. | **Conference Room**<br>Small Conference Room, $20.00, 1 x $20.00 / hour (20% discount) - Sep 21, 2023 | 2 × $20.00 | $40.00 |

| | | | |
|---|---|---|---|
| 11. | **Conference Room**<br>Medium Conference Room, $180.00, 1 x $180.00 / day (20% discount) - Sep 22, 2023 | 1 × $180.00 | $180.00 |

|  |  |
|---:|---:|
| Subtotal | $1,572.00 |
| Sales tax | $62.88 |
| **Total** | **$1,634.88** |