# THE & GROUP LLC.

Las Ramblas
71 Calle Montjuic
Guaynabo , PR 00969

## INVOICE

INVOICE NUMBER:  116
INVOICE DATE:  AUGUST 31, 2023

Federal Police Monitor

San Juan, PR

Invoice for Javier B Gonzalez Professional Services as Administrative Director

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| AUG-01-23 | Administrative Director | Work with July Team Invoices, Communications with the Monitor, Survey (Focus Group Contract Follow up). | 4.50 | $125.00 | $562.50 |
| AUG-02-23 | Administrative Director | Work with Team Professional services invoices, Team June Travel Expenses follow up, Ipsos contract follow up, Communications with the Monitor and Team Members. | 4.00 | $125.00 | $500.00 |
| AUG-03-23 | Administrative Director | Weekly Executive Team Meeting, Communications with Team Members, Work with July travel expenses invoices. | 3.50 | $125.00 | $437.50 |
| AUG-04-23 | Administrative Director | Work with Team July Travel Expenses Invoices, Pick up the June professional services check and deposit. | 3.50 | $125.00 | $437.50 |
| AUG-07-23 | Administrative Director | BiWeekly Meeting with PRPB and USDOJ, Communications with the Monitor and Team Members and CICs Spokesperson , Review of Team July Travel Expenses. | 3.00 | $125.00 | $375.00 |
| AUG-08-23 | Administrative Director | Ponce Town Hall Coordination (Visit possibles sites in Ponce), Communications with Team Members and CICs member. June 2023 Team Travel Expenses follow up. | 5.00 | $125.00 | $625.00 |
| AUG-09-23 | Administrative Director | Team July Professional Services and Travel Expenses Invoices follow up, Communications with the Monitor. | 2.50 | $125.00 | $312.50 |
| AUG-10-23 | Administrative Director | Weekly Executive Team Meeting, Team Invoices follow up, Communications with the Monitor and Team Members. | 2.00 | $125.00 | $250.00 |
| AUG-11-23 | Administrative Director | Coordination of Team Visit, Communications with the Monitor and Team Members, and Communications with Community Leader. | 2.50 | $125.00 | $312.50 |
| AUG-14-23 | Administrative Director | Team Visit, Meetings at PRPB and Office, Coordination of Visit. | 8.00 | $125.00 | $1,000.00 |
| AUG-15-23 | Administrative Director | Team Visit to Humacao Área, Coordination of Team Visit, Ponce CICs community meeting in Guayanilla. | 12.00 | $125.00 | $1,500.00 |
| AUG-16-23 | Administrative Director | Team Visit Coordination, Meetings at Office. | 6.00 | $125.00 | $750.00 |

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| AUG-16-23 | Administrative Director | Office of the TCA Adobe account | | | $47.98 |
| AUG-17-23 | Administrative Director | Team Visit, Meeting with FOMB, Meetings at office, Community Meeting in Camuy. | 12.00 | $125.00 | $1,500.00 |
| AUG-18-23 | Administrative Director | Communications with the Monitor and Team Members | 0.50 | $125.00 | $62.50 |
| AUG-19-23 | Administrative Director | State Community councils meetings in Lares. | 5.50 | $125.00 | $687.50 |
| AUG-21-23 | Administrative Director | Bi-weekly meeting with PRPB, USDOJ and Special Master, Communications with Team Members, coordination of administrative matters at office. | 2.50 | $125.00 | $312.50 |
| AUG-22-23 | Administrative Director | Coordination of Town Hall Meeting, communications with Team members. Work with administrative matters. | 2.00 | $125.00 | $250.00 |
| AUG-23-23 | Administrative Director | Communications with the Monitor and Team members, Work with administrative assistant regarding various issues. (Town Hall, Court documents). | 1.50 | $125.00 | $187.50 |
| AUG-24-23 | Administrative Director | Weekly executive Team Meeting, Team Invoices follow-up, coordination of Town Hall, Work with administrative matters (Documents) | 2.00 | $125.00 | $250.00 |
| AUG-25-23 | Administrative Director | Work with Administrative Matters, Communications with the Monitor and Team Members. | 2.50 | $125.00 | $312.50 |
| AUG-25-23 | Administrative Director | Storage Payment for Office of the FPMPR boxes of documents pick up from the court. | | | $98.86 |
| AUG-28-23 | Administrative Director | Byweekly Team Meeting, Communications with PRPB Officer, the Monitor and Team Members, Administrative matters follow up. | 3.00 | $125.00 | $375.00 |
| AUG-29-23 | Administrative Director | Review of communications sent by Team Members, Communications with the Monitor. | 1.50 | $125.00 | $187.50 |
| AUG-30-23 | Administrative Director | Weekly Executive Team Meeting, Invoices Follow Up, Work with Administrative Matters, Communications with Team Members. | 2.50 | $125.00 | $312.50 |
| AUG-31-23 | Administrative Director | Work with Administrative matters (Documents at Court), Communications with the Monitor and Team Members, Survey follow-up, and Team July professional services invoices follow-up. | 3.00 | $125.00 | $375.00 |
| AUG-31-23 | Administrative Director | I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0.00 | $125.00 | $0.00 |
| | | Gasoline Expense | | | $250.00 |

INVOICE NUMBER: 116

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
|      |         | Total amount of this invoice |   |   | $12,271.84 |

| MESSAGE |
|---------|
| Javier B Gonzalez August 31, 2023 |

**Transaction Details**
Card Ending - 11003

Merchandise & Supplies - Mail Order

# ADOBE WEBSALES 800-833-6687

## $47.98

Aug 16, 2023

On your statement as ADOBE ACROPRO SUBS ASAN JOSE CA

---

**$0.48 Reward Dollars**



## Transaction Details





ADOBE WEBSALES 800-833-6687

801 N 34TH ST
SEATTLE
WA
98103
UNITED STATES



**Southern Self Storage - Santurce**
2 Calle Concepcion
San Juan, PR 00909-2508
(787) 339-2574

## PAYMENT RECEIPT

| | |
|---|---|
| Date Printed | August 25, 2023 |
| Payment Date | August 25, 2023 10:46 AM |
| Unit | 2705 |
| Available Credit | 0.00 |
| Current Balance | 0.00 |
| Paid Thru | August 31, 2023 |
| Receipt Number | 129819 |
| By | IR |

| Tenant | Javier Gonzalez |
|---|---|
| Company | |
| Address | Urb Los Ramblas 71 Calle Montjuic |
| City, State, Zip | Guaynabo PR 00969 |

| Date | Unit | Description | Charge | Discount | Tax | Total | Payment | Method |
|---|---|---|---|---|---|---|---|---|
| 08/25/23 | 2705 | Rent 8/25-8/31 | 44.03 | 0.00 | 5.06 | 49.09 | 49.09 | AMEX |
| 08/25/23 | 2705 | Administrative Fee | 25.00 | 0.00 | 0.00 | 25.00 | 25.00 | AMEX |
| 08/25/23 | 2705 | iShield 8/25-8/31 | 2.48 | 0.00 | 0.00 | 2.48 | 2.48 | AMEX |
| 08/25/23 | 2705 | 107. Cylinder Loc(1) | 19.99 | 0.00 | 2.30 | 22.29 | 22.29 | AMEX |

| | |
|---|---|
| Taxes | 7.36 |
| Payment (less tax) | 91.50 |
| Payment Subtotal | 98.86 |
| Credits Applied | 0.00 |
| Refunds Applied | 0.00 |
| Total Applied to Account | 98.86 |
| Paid By | AMEX *****1003 |
| Paid Thru Date | August 31, 2023 |
| Account Balance | 0.00 |

**ALL SALES FINAL**
**No Refunds**
**No Exchanges**

Transaction Type   Sale

Authorization   103547
Reference   44258158596

_____   25 ag 23
Customer Signature      Date

_____   8/25/23
Manager Signature      Date

Forget about due dates and late charges by using **AutoPay**. Each month your payment is automatically charged to your credit card on the due date. This service is offered **FREE OF CHARGE**. Just ask us for an AutoPay form to complete or go online at www.southernselfstorage.com sign up.

Get $25.00 credit on referrals!
  Ask your manager how and save money. Don't forget to visit us for boxes and moving supplies. We are your one stop shop for all your moving needs.

To manage your account online visit www.southernselfstorage.com.

# Transaction Details

Card Ending - 11003

Transportation - Other Transportation

## SOUTHERN SELF STORAGE

# $98.86

Aug 25, 2023

On your statement as SOUTHERN SELF STORAGSAN JUAN PR

---

**$0.99 Reward Dollars**



## Transaction Details



SOUTHERN SELF STORAGE

CALLE CONCEPCION 2 PDA 20
SAN JUAN
PR
00909
UNITED STATES