

# Invoice

**Altai Atlantic Consulting LLC**
828 Snowden Hallowell Way, Alexandria VA 22314

**Date:** 08/31/23
**Invoice #:** 01-044

**To:** Office of the Federal Police Monitor of Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
Tel. 787-417-9098

| Fee Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|
| **Total Fees Payable For Services Rendered by Dr. David Levy** | 60.0 | 165 | **$9,900.00** |

**Work Performed in the Continental United States**

| Date | Activity Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 8/1/23 | Review of PRPB response to CMR-9 2.2 data request | 1.0 | 165 | $165.00 |
| 8/1/23 | Edits to request frequencies in master data request and box.com structure | 3.5 | 165 | $577.50 |
| 8/2/23 | Preparing materials for translation for Spanish-language data worksheet | 6.0 | 165 | $990.00 |
| 8/3/23 | Miscellaneous tasks related to supplemental data requests & validation | 1.5 | 165 | $247.50 |
| 8/12/23 | Finalizing and distributing updated Spanish-language data worksheet | 3.0 | 165 | $495.00 |
| 8/13/23 | Review of data and request language for internal investigations section | 2.0 | 165 | $330.00 |
| 8/13/23 | Finalizing and distributing updated Spanish-language data worksheet | 1.5 | 165 | $247.50 |
| 8/14/23 | August site visit: mid-period status update report and talking points | 11.0 | 165 | $1,815.00 |
| 8/15/23 | August site visit: mid-period status update talking points and misc. support | 5.0 | 165 | $825.00 |
| 8/16/23 | August site visit: Data/tech support for Monitors | 8.0 | 165 | $1,320.00 |
| 8/17/23 | August site visit: Data/tech support for Monitors | 8.0 | 165 | $1,320.00 |
| 8/20/23 | Preparing travel reimbursement forms | 0.5 | 165 | $82.50 |
| 8/21/23 | Updated status tracking sheet for non-compliant paragraphs | 2.0 | 165 | $330.00 |
| 8/23/23 | Updating travel reimbursement forms | 0.5 | 165 | $82.50 |
| 8/23/23 | Monthly call with monitor Watkins | 1.0 | 165 | $165.00 |
| 8/28/23 | Biweekly team call and call with Chief Monitor Romero | 1.5 | 165 | $247.50 |
| 8/28/23 | Discussion/edits re: data request for internal investigation interviews | 2.5 | 165 | $412.50 |
| 8/31/23 | Discussion/edits re: data request for internal investigation interviews | 1.0 | 165 | $165.00 |
| 8/31/23 | Misc. end of month administrative | 0.5 | 165 | $82.50 |
| | | | 165 | $0.00 |
| | | | 165 | $0.00 |

|  |  |  | 165 | $0.00 |
|---|---|---|---|---|
|  |  |  | 165 | $0.00 |
|  |  |  | 165 | $0.00 |
|  |  |  | 165 | $0.00 |
|  |  |  | 165 | $0.00 |
| Total |  | 60.0 |  | $9,900.00 |

**Total Fee Payable**  $9,900.00

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

**Dr. David Levy**

08/31/23
**Date**