# INVOICE

| | | |
|---|---|---|
| **DATE** | **INVOICE NO** | **Denise Rodriguez** |
| 9/1/2023 | #035 | 3003 San Sebastian St. |
| | | Mission, TX 78572 |
| | | drodriguez_PRI@outlook.com |

**INVOICE TO**
Puerto Rico Chief Federal Monitor

**INVOICE PERIOD**
August 1 - 31, 2023

## DUTIES AND RESPONSIBILITIES                                                       TOTAL DUE $15,833.33

- Conducted monthly one-on-one meetings with subject matter experts
- Coordinated and conducted weekly Monitoring Executive Team meetings
- Coordinated and conducted biweekly meetings with the Parties
- Conducted biweekly meetings with Research Analyst
- Reviewed and approved the review of several policies submitted to the Monitor's Office by PRPB as per Paragraph 229 of the Agreement
- Worked with the Research Analyst to finalize the schedule for the August & September site visits
- Participated in various meetings with the Parties to discuss the PRPB IT Corrective Action Plan
- Worked with Administrative Director and Associate Monitor to plan for upcoming community meeting
- Participated in various meetings with the Parties to discuss PRPB's work with AHDatalytics
- Coordinated and oversaw the submission and receipt of various data requests for CMR- 9
- Participated in the August 253 Meeting with the Parties
- Participated in site visit on August 14-18 to include a field visit to Humacao.
- Worked with team members to develop timeline illustrations of the PR implementation plans
- Reviewed outline of the Community Engagement Implementation Plan
- Reviewed outline of the CIT Implementation Plan
- Reviewed status reports of the Training Implementation Plan
- Reviewed the latest draft of the Searches and Seizures Implementation Plan
- Reviewed and provided comment on the latest draft of the Domestic Violence & Sexual Assault/Equal Protection Implementation Plan
- Drafted and distributed the CMR-9 internal timeline
- Reviewed and approved the FPM Community Townhall flyer and posted to website, social media.
- Participated in discussions with team re internal investigations data requests and methodology

| | |
|---|---|
| Flat Rate Total Wages* | $15,833.33 |
| -   *Travel was submitted under invoice no. 035.1* | |
| **Total Due** | **$ 15,833.33** |

*The total amount is a flat rate. The total monthly is $15,833.33 for an annualized amount of $190,000.00

*Denise Rdz* (signature)

**Denise Rodriguez, Chief Deputy Monitor**

August 31, 2023
Date

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.*