# VIOTA & ASSOCIATES CPA LLC

B5 CALLE TABONUCO, SUITE 216
PMB 292
GUAYNABO, PR 00968-3029

## Invoice

INVOICE NUMBER: 20201507
DATE: AUGUST 30, 2023

PUERTO RICO POLICE REFORM

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: CONSULTING FEES | | | |
| AUG-01-23 | CONSULTING FEES | Professional Services Quarterly Return 2Q 2023 | 0.25 | $125.00 | $31.25 |
| AUG-07-23 | CONSULTING FEES | ACH Vendor payments for JUNE Services and Luis Hidalgo check | 1.00 | $125.00 | $125.00 |
| AUG-08-23 | CONSULTING FEES | 2nd - ACH Vendor payments for June invoices Professional Services withholding deposit | 0.75 | $125.00 | $93.75 |
| AUG-09-23 | CONSULTING FEES | Download invoices to Dropbox, Review Invoices | 1.00 | $125.00 | $125.00 |
| AUG-21-23 | CONSULTING FEES | Calculated withholdings, 7/31 invoices in Excel | 1.75 | $125.00 | $218.75 |
| AUG-28-23 | CONSULTING FEES | Comparing book numbers with filed form. Printing return amendment. | 1.00 | $125.00 | $125.00 |
| AUG-29-23 | CONSULTING FEES | Download travel invoices to Dropbox 6/30 y 7/31, Review Travel Invoices, 6/30 y 7/31 travel invoices in Excel and Sage, Enter August payments to Sage, Reconciliation 7/31, Posted PS In PR Pay | 4.50 | $125.00 | $562.50 |
| | | TOTAL: CONSULTING FEES | | | $1,281.25 |
| | | Total hours for this invoice | 10.25 | | |
| | | Total before tax | | | $1,281.25 |
| | | PR SALES TAX (IVU) | | | $0.00 |
| | | Total amount of this invoice | | | $1,281.25 |