| | Name: | Donald S. Gosselin, d/b/a Gosselin Int'l Associates, a division of MBG North Corp | | | #1181 |
|---|---|---|---|---|---|
| | Invoice Date | 8/30/23 | | | |
| | Invoice Period | 28 JUL 2023 - 30 AUGUST 2023 | | | |
| Date | | Task(s) | Rate | Hours | Total Amount |
| 07/28/23 | | Correspondence concerning Anonymous Complaints in Aguadilla | $ 165.00 | 1.5 | $ 247.50 |
| 07/29/23 | | Review site visit agenda, comms with fellow team members | $ 165.00 | 1 | $ 165.00 |
| 08/01/23 | | Review new Anonymous Letter - comms - work on progress report | $ 165.00 | 2.25 | $ 371.25 |
| 08/02/23 | | Review responses by PRPB to the anon letter complaints | $ 165.00 | 1.75 | $ 288.75 |
| 08/03/23 | | Comms with NPPR and Team, Review OG 308 | $ 165.00 | 1.5 | $ 247.50 |
| 08/05/23 | | Review data, prepare mid-term report | $ 165.00 | 2.25 | $ 371.25 |
| 08/06/23 | | Review data, prepare mid-term report | $ 165.00 | 4 | $ 660.00 |
| 08/07/23 | | Review data, prepare mid-term report/AUG travel itinerary | $ 165.00 | 4.5 | $ 742.50 |
| 08/11/23 | | Internal comms USDOJ and parties re; Garrity case, review new TCA policy | $ 165.00 | 2 | $ 330.00 |
| 08/14/23 | | Field Work SJU | $ 165.00 | 8 | $ 1,320.00 |
| 08/15/23 | | Field Work SJU | $ 165.00 | 8 | $ 1,320.00 |
| 08/16/23 | | Field Work SJU | $ 165.00 | 8 | $ 1,320.00 |
| 08/17/23 | | Field Work SJU | $ 165.00 | 8 | $ 1,320.00 |
| 08/18/23 | | Field Work SJU | $ 165.00 | 1 | $ 165.00 |
| 08/21/23 | | Review DV data sent by USDOJ | $ 165.00 | 1 | $ 165.00 |
| 08/23/23 | | Review Sep Travel details | $ 165.00 | 0.75 | $ 123.75 |
| 08/24/23 | | Review CMR Templates | $ 165.00 | 0.5 | $ 82.50 |
| 08/27/23 | | Telcon w/former OAL | $ 165.00 | 0.5 | $ 82.50 |
| 08/28/23 | | Comms with USDOJ, Chief and Dr Levy re; OAL, review of radio broadcast, data requests | $ 165.00 | 3.25 | $ 536.25 |
| 08/30/23 | | Telcon with PRPB source | $ 165.00 | 0.25 | $ 41.25 |
| **TOTAL Labor** | | | | 60.00 | $ 9,900.00 |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

**Signature:** *[signature]*

**Date:** 8/30/23

**Commo and Coordination** consists of all writings and digital comms to/from Monitors, PRPB, USDOJ; Review compliance targets, document and data requests, logistics; scheduling, on-site planning & coordination, database development

**Data/Policy Analysis, Writing** Data concerns CMR-8, Draft/review data requests, review special case, reporting on interviews, due process for promo candidates.

**Field Work:** Research conducted in situ (SJU)

**Review Investigations:** Page by page analysis of SARP investigations conducted (Phase I and Adjudicated Phase II)

## Travel Breakout

**Traveler: Donald S. Gosselin   - NO APRIL TRAVEL**

| Expense | Unit Cost | Units | Column1 | Total | Column2 |
|---|---|---|---|---|---|
| Airfare  R/T Rep of Panama-SJU/Coach | $ 873.75 | 0 | $   - | $   - | CM R/T PTY- SJU COACH |
| Airfare Fare difference (earlier departure) | $ 211.20 | 0 | | $   - | Fare Difference |
| Airline Change Fee (incl tax) | $ 80.30 | 0 | | $   - | Change Fee |
| Ground Transportation (Uber/Lyft/Taxi) | $ 72.85 | 0 | | | Multiple trips |
| Ground Transportation (Parking) | $ 15.00 | 0 | | $   - | N/A |
| Ground POV Transportation to PTY (in miles) | $ 0.655 | 0 | | $   - | N/A |
| Tolls /Use of Rental Vehicle/Residence-PTY | | | WAIVED | $   - | Not worth the heartburn |
| Lodging | $ 195.00 | 0 | | $   - | DoD high season rate |
| Per Diem (Travel Days) | $ 86.25 | 0 | | $   - | |
| Per Diem (Full Days) | $ 115.00 | 0 | | $   - | |
| Other: HOTEL TAX ($35.00 + 25.30/day) | $ 60.30 | 0 | | $   - | |
| | | | | | |
| **Total** | | | | $   - | |