

**Al Youngs**
**5552 West Lakeridge Rd**
**Lakewood, CO 80227**

August 1 - August 31, 2023
Invoice No. 50
Member of Federal Monitor Team

| Date | Brief Description | Total Hours |
|---|---|---|
|  | Reviewed and responded to emails and conference calls for the month of August. |  |
| 8/2<br>8/3<br>8/4<br>8/7<br>8/9<br>8/10<br>8/21<br>8/22<br>8/26<br>8/29<br>8/30<br>8/31 | From Members of the Monitor Team. | 6.0 Hours |
| 8/4<br>8/6<br>8/12<br>8/28<br>8/30<br>8/31 | Several meetings and phone calls with Monitor and Deputy Monitor. | 3.0 Hours |
|  | During site visit to Puerto Rico |  |
| 8/14 | Meeting with Reform Unit: Reviewed site visit agenda and Biweekly Document Production Meeting |  |

| Date | Description | Hours |
|---|---|---|
| 8/14 | GTE amd Domestic Violence Module Interface System Demonstration | |
| 8/14 | Meeting with HR Director: Discussed performance evaluations. | |
| 8/15 | Field visit to Humacao: Promotional candidate interviews. Interviewed random sample of promotional candidates. | |
| 8/16 | Promotional candidate interviews. Interviewed random sample of promotional candidates. | |
| 8/16 | Meeting with Eily J. Molina Batista and Paragraph 13 Implementation Plan Leads, including Agent Brian Deese Cortes. Discussed Paragraph 13 Staffing Plan and Implementation Plan updates and progress. | |
| 8/17 | Promotional candidate interviews. Interviewed random sample of promotional candidates. | |
| | | 28.0 Hours |
| | | |
| 8/3 | Reviewed Recruitment regulation. | 1.0 Hours |
| 8/21 | Reviewed Supervisor status report | 2.0 Hours |
| 8/22 | Reviewed data report requests | 1.0 Hours |
| 8/23 | Reviewed CMR 8 Supervision & Administration | 2.0 Hours |
| 8/23 | Reviewed Draft of Integrity Audit Policy and Procedure | 2.0 Hours |
| 8/24 | Reviewed CMR 8 Recruitment, Hiring and Selection | 2.0 Hours |
| 8/24 | Reviewed audits from SARP | 2.0 Hours |
| 8/25 | Reviewed ACT 65. | 1.0 Hours |
| 8/25 | Reviewed and approved PARA13 | 2.0 Hours |
| 8/26 | Reviewed CMR-7 Professionalization | 2.0 Hours |
| 8/27 | Reviewed protocol memorandum reference Command level promotions | 1.0 Hours |
| 8/28 | Additional review of personnel evaluations completed by Supervisors of their subordinates, reviewed pro media materials and 06 310 | 2.0 Hours |
| 8/29 | Reviewed list of promotions, Inspectors to Lt. Colonels and Lt. Colonels to Colonels | 2.0 Hours |
| 8/30 | Re-reviewed PARA 13 w/DOJ comments | 1.0 Hours |

**TOTAL HOURS:** **60.0**

Billable Hours: 60 Hours at a Rate of $165.00 Per Hour =   $9,900.00

**TOTAL:** **$9,900.00**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_Alan C Young_
**Signature**

_8/31/23_
**Date**