# Rafael Ruiz Consulting

12 Crestshire Dr.
Lawrence, MA 01843

PHONE: 6177599156    stodgo1971@yahoo.com    12 Crestshire Dr.

## INVOICE

INVOICE NUMBER: 2023-08
INVOICE DATE: 8/31/2023

Federal Police Monitor for PR
VIG Tower, PH-924
1225 Ponce De Leon Ave.
San Juan, PR 00907

RAFAEL E. RUIZ CONSULTING

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: FPM work from Home | | | |
| 8/1/2023 | FPM work from Home | Work on CMR-09 Midterm data | 9.25 | $165.00 | $1,526.25 |
| 8/2/2023 | FPM work from Home | Work on CMR-09 Midterm data | 8.25 | $165.00 | $1,361.25 |
| 8/3/2023 | FPM work from Home | Work on CMR-09 Midterm data | 7.50 | $165.00 | $1,237.50 |
| 8/4/2023 | FPM work from Home | Work on CMR-09 Midterm data | 5.00 | $165.00 | $825.00 |
| 8/5/2023 | FPM work from Home | Work on CMR-09 Midterm data and prep reports | 5.00 | $165.00 | $825.00 |
| 8/6/2023 | FPM work from Home | Work on CMR-09 Midterm data and prep report | 6.50 | $165.00 | $1,072.50 |
| 8/7/2023 | FPM work from Home | Work on CMR-09 Midterm data and prep report | 4.50 | $165.00 | $742.50 |
| 8/12/2023 | FPM work from Home | Read PRPB S&S Action Plan Draft and prep report | 1.50 | $165.00 | $247.50 |
| 8/13/2023 | FPM work from Home | Prep report on PRPB S&S Action Plan Draft | 1.75 | $165.00 | $288.75 |
| 8/14/2023 | FPM work from Home | Video (Zoom and Team) meetings with FPM/USDOJ/PRPB. re module presentations and S&S Action Plan discussion | 4.00 | $165.00 | $660.00 |
| 8/28/2023 | FPM work from Home | FPM Team biweekly meeting | 1.00 | $165.00 | $165.00 |
| 8/29/2023 | FPM work from Home | Meeting with USDOJ/PRPB re S&S Action Plan Draft and prep report on inspections of PRPB evidence rooms the last 24 months | 3.25 | $165.00 | $536.25 |
| 8/30/2023 | FPM work from Home | Review PRPB new S&S Action Plan and prep report for FPM and Fed Judge | 3.00 | $165.00 | $495.00 |
| 8/31/2023 | FPM work from Home | Emails, texts, phone calls for the month | 1.50 | $165.00 | $247.50 |
| | | TOTAL: FPM work from Home | | | $10,230.00 |
| | | Total hours for this invoice | 62.00 | | |

INVOICE NUMBER: 2023-08

| INVOICE BALANCE INFORMATION | |
|---|---|
| Total amount of this invoice | $10,230.00 |
| Current invoice balance | $10,230.00 |

| AMOUNT DUE ON THIS INVOICE: $10,230.00 |
|---|

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of the hours worked in my capacity as a member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Rafael E. Ruiz                                                                 Date: August 31, 2023