INVOICE 0102-LABOR FOR PROFESSIONAL SERVICES; AUG 1 - 31, 2023
RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC

TO: Federal Monitor
Puerto Rico Police Department Consent Decree

Attached below please find the details for professional services rendered by Scott Cragg (Monitoring Core Team) for August 2023:

| | | | | |
|---|---|---|---|---|
| **Name:** | Scott Cragg | | | |
| **Invoice Date:** | 8/31/23 | | | |
| **Invoice Period:** | August 1 - 31, 2023 | | | |

| Date | Task(s) | Rate | Total Hours | Total Amount |
|---|---|---|---|---|
| 8/1/23 | Coordinate Gartner PMO review with PM, Review emails | $165.00 | 0.5 | $82.50 |
| 8/2/23 | PRPB/Gartner RMS Status mtg, Mtg with Gartner PM for RMS | $165.00 | 1.75 | $288.75 |
| 8/3/23 | PRPB/Gartner Weekly PMO Status Mtg, Review Status update materials/tracker, review 253 minutes, refer to and compare to PRPB Transformation plan from 5/25 for applicability | $165.00 | 2.25 | $371.25 |
| 8/4/23 | Gartner PMO Workshop, call to PM, RMS Workshop | $165.00 | 1.5 | $247.50 |
| 8/5/23 | Review Gartner PMO Core Team Workshop slides and on-site travel agenda for August | $165.00 | 0.5 | $82.50 |
| 8/7/23 | Prepare CMR-9 Midpoint report, begin crosswalk with other templates | $165.00 | 3.25 | $536.25 |
| 8/10/23 | Clear emails from Monitoring team for scheduling, interviews, planning. Telcon with Monitor, Read Gartner update from 8/8 email. Prepare/Develop/identify interview questions for 8/16, complete crosswalk of other templates for midpoint review | $165.00 | 1.75 | $288.75 |
| 8/11/23 | Weekly-Gartner PMO Status Mtg, Mtg with Gartner management on PMO execution and Contract implementation, Attend GTE Demo with PRPB for Gartner | $165.00 | 3.25 | $536.25 |
| 8/12/23 | Clear email from Federal Monitor and monitors, resubmit invoices per Admin, coordinate rescheduling from PRPB CIO, rebook flights for schedule changes, Review OG-127 Correspondence, Review status email from Gartner on 11/11 re; master plan, 8/11 status report | $165.00 | 3.75 | $618.75 |
| 8/14/23 | On-Site PR | $165.00 | 8 | $1,320.00 |
| 8/15/23 | On-Site PR | $165.00 | 8 | $1,320.00 |
| 8/16/23 | On-Site PR | $165.00 | 8 | $1,320.00 |
| 8/17/23 | Review Gartner PMO/RSA Status Report | $165.00 | 0.25 | $41.25 |
| 8/18/23 | Gartner status mtg PMO and RSA project | $165.00 | 0.5 | $82.50 |
| 8/19/23 | Review Gartner On-Site Plan Revision, Initial review Gartner proposed RMS Microsoft Project Plan | $165.00 | 0.75 | $123.75 |
| 8/21/23 | Coordination emails with Gartner, on-site planning, reschedule weekly 1 on 1 review, finalize on-site expense and invoice for Monitor | $165.00 | 1.5 | $247.50 |

1

| Date | Description | Rate | Hours | Total |
|---|---|---|---|---|
| 8/22/23 | Gartner review - RMS/PMO Status review with PRPB, RMS Procurement Plan Review, RMS use case review, reserve flights for September on-site visit, review and align September on-site visit Schedule, per monitors office request review July invoices | $165.00 | 6.25 | $1,031.25 |
| 8/23/23 | Attend Gartner review of PMO project with PRPB, Attend Gartner/PRPB Staffing and resourcing workshop | $165.00 | 2.25 | $371.25 |
| 8/25/23 | Gartner Weekly with PM to review Contract/PRPB Progress | $165.00 | 0.5 | $82.50 |
| 8/28/23 | Monitor's Bi-Weekly Team mtg to review status and progress, clear monitors email, resubmit July Expenses invoice per court request, Scan Mid-Cycle report to the Court for accuracy | $165.00 | 2.5 | $412.50 |
| 8/29/23 | clear Gartner emails - begin review of PMO CONOPS, RMS Acquisition Plan | $165.00 | 2.75 | $453.75 |
| 8/31/23 | Attend Gartner weekly review - PMO/RMS status, Prepare final Invoice | $165.00 | 1 | $165.00 |
| **TOTAL Labor** | | | **60.75** | **$10,023.75** |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

**Signature:** *[signature]*

**Date:** 8/31/23

2