# INVOICE

**DATE:**
September 1, 2023

**TO:** FPMPR LLC
VIG Tower PH 924
1225 Ponce de Leon
San Juan, PR 00907

**INVOICE #**
09-1

**CUSTOMER ID:**
United States of America v. Commonwealth of PR
Civil No. 12-2039 (FAB)

| SERVICE PROVIDER | JOB | FEES | INVOICE PERIOD |
|---|---|---|---|
| AB-AG LAW LLC | LEGAL SERVICES | MONTHLY FLAT FEE | August 2023 |

**DESCRIPTION**

Review and respond to daily emails and calls.

Review and analyze motions filed and orders issued.  Communications with monitors related thereto.

Prepare and attend weekly meetings with executive team.

Prepare and attend biweekly meetings with the team.

Prepare and attend meetings with special master and the parties.  Communications with monitors related thereto.

Revisions to Ipso contract. Communications with monitors related thereto.

Revisions to translations prepared by paralegal.

Meetings with paralegal and supervision of paralegal's work.

Work on invoices, calls with J. Gonzalez, and prepare and file motion for disbursement of funds and motion for reimbursement of expenses.

Preparation for and attendance of multiple meetings during August site visit.  Emails and calls related thereto.

Meeting with monitor regarding mid-period report for court and parties.  Revisions to mid-period report.  Calls, meetings, emails, and reports related thereto.

Prepare for and attend 253 meeting.

**TOTAL INVOICE AMOUNT:  $16,000**

I HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN MY CAPACITY AS A MEMBER OF THE FEDERAL MONITORING TEAM.  I FURTHER CERTIFY THAT I HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH OF PUERTO RICO, OR ANY OF ITS DEPARTMENTS OR AGENCIES.

**MAKE ALL CHECKS PAYABLE TO AB-AG LAW LLC**
Thank you for your business!

**1357 ASHFORD AVE #2 -184 | SAN JUAN, PR 00907| PHONE: (787) 948-5131| EMAIL RABESADA@FPMPR.ORG**