| | |
|---|---|
| Name: | Rita J. Watkins |
| Invoice Date: | 8/31/2023 |
| Invoice Period: | August 1-31, 2023 |

| Date | Task(s) | Rate | Total Hours | Total Amount |
|---|---|---|---|---|
| 8/1/2023 | Telecons and emails from monitors and parties/Mid-year report writing | $ 160.00 | 4 | $ 640.00 |
| 8/2/2023 | Policy review of OG 624 and OG 626 | $ 160.00 | 3.5 | $ 560.00 |
| 8/3/2023 | Mid-year report writing | $ 160.00 | 3 | $ 480.00 |
| 8/7/2023 | Mid-year report writing | $ 160.00 | 1.5 | $ 240.00 |
| 8/14/2023 | Field Work, Puerto Rico (virtual) | $ 160.00 | 5 | $ 800.00 |
| 8/15/2023 | Field Work, Puerto Rico (virtual) | $ 160.00 | 7 | $ 1,120.00 |
| 8/19/2023 | Telecons and emails from monitors and parties | $ 160.00 | 1 | $ 160.00 |
| 8/23/2023 | SA and DV draft plan review and comments/Bi-monthly meeting | $ 160.00 | 3.5 | $ 560.00 |
| 8/24/2023 | CMR-9 worksheet review and emails from monitors | $ 160.00 | 1.5 | $ 240.00 |
| 8/25/2023 | SA and DV draft comments/OG 626 final review | $ 160.00 | 5 | $ 800.00 |
| 8/28/2023 | Team Meeting | $ 160.00 | 1 | $ 160.00 |
| | | $ 160.00 | | $ - |
| | | $160.00 | | $ - |
| | | $ 160.00 | | $ - |
| | | $ 160.00 | | $ - |
| | | $ 160.00 | | $ - |
| | | $ 160.00 | | $ - |
| | | $ 160.00 | | $ - |
| | | $ 160.00 | | $ - |
| | | | | $ - |
| **TOTAL** | | | 36 | $ 5,760.00 |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

**Signature:** *Rita J. Watkins*          **Date:** 8/31/2023