# INVOICE

22 Chalets de Santa Maria
San Juan, P.R. 00927
(787) 940-3090

**DATE:** 8/31/2023
**INVOICE #** 202308
**FOR:** FPMPR/TCA

**BILL TO:**
Office of the FPMPR, LLC
VIG Tower, PH 924
1225 Ponce de Leon Avenue
San Juan, P.R. 00907

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Zoom calls/Team meetings: 08/28/2023 | 1.00 | $160.00 | $ 160.00 |
| emails-texts/phone calls: Comm. Leader, Paulino Betancourt/call & email, John, Sam, Denise, Steph., Safety Council: Maria M. Catala, Claudia, Javi, Sam, (Denise-DOJ's recs.), Dr. Fernandez, LGTTBQ Comm Activist: Pedro J. Serrano, Hidalgo, Rita, Samuel Rivera CIC Bayamon | 4.25 | $160.00 | $ 680.00 |
| 08/01/2023: Mid period report Comm. Pol. Modules S.A.R.A. models/Box/review + notes for report | 3.50 | $160.00 | $560.00 |
| 08/02/2023: modules for alliances & outreach review | 2.00 | $160.00 | $320.00 |
| 08/3/2023: SAIC, SAOC, SAEA, SAOE, SARP quarterly reports PRPB, ControlNos. 6003, 6289, 6610, 6852, 6898, 7313, 7646, 7678, 7820, 7970, 8143, 8412; notes | 3.50 | $160.00 | $560.00 |
| 08/04/2023: Mid-period update partial rough draft, | 1.75 | $160.00 | $280.00 |
| 08/07/2023: Non-compliant pars. and mid-period review-final drafts | 2.50 | $160.00 | $400.00 |
| 08/14/2023: PRPB Reform Office meeting/demos/Interviews/mid-period report meeting with Dave | 7.00 | $160.00 | $1,120.00 |
| 08/15/2023: Field visit Humacao/interviews | 5.00 | $160.00 | $800.00 |
| 08/16/2023: CIC  members/spokepersons Interviews | 7.25 | $160.00 | $1,160.00 |
| 08/17/2023: MPRPB interviews | 3.50 | $160.00 | $560.00 |
| 08/27/2023: Mid period report shared with Court (with comment) reviewed | 0.50 | $160.00 | $80.00 |
| 08/28/2023: OG 127 re-review/w comments- WCAG 2.0 review/USDOJ guidance & ADA context for ADA compliance (wbsites & platforms) comments and memo | 1.00 | $160.00 | $160.00 |
| 08/30: CIC Interviews coord: LGBTTQ: Guayama, Bayamon; Aibonito: Immigrant, Bayamon: Faith Based. | 1.75 | $160.00 | $280.00 |
|  | 44.50 |  | $ 7,120.00 |
|  |  | **TOTAL** | $ 7,120.00 |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor.  I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities, or agencies.



Merangelie Serrano-Rios