

## Samantha Rhinerson

550 Amsonia Circle
Guyton, GA 31312
srhinerson99@outlook.com | 256-431-5324

| BILL TO | INVOICE # | DATE | DUE |
|---|---|---|---|
| Puerto Rico Chief Federal Monitor | 2023-08 | 8/31/2023 | 9/30/2023 |

| Date | Description | Hours | Rate | TOTAL |
|---|---|---|---|---|
| 08/02/2023 | 1.0 hour of CMR template development | 1.00 | $100.00 | $100.00 |
| 08/03/2023 | 1.0 of policy review facilitation and interview tracking sheet development | 1.00 | $100.00 | $100.00 |
| 08/04/2023 | 1.0 of policy review facilitation | 1.00 | $100.00 | $100.00 |
| 08/06/2023 | 1.0 hour of meeting planning | 1.00 | $100.00 | $100.00 |
| 08/07/2023 | 1.0 hour of policy review facilitation | 1.00 | $100.00 | $100.00 |
| 08/09/2023 | 1.0 hour of travel planning | 1.00 | $100.00 | $100.00 |
| 08/10/2023 | 1.0 hour of travel planning | 1.00 | $100.00 | $100.00 |
| 8/11/2023 | 1.0  hour of travel planning | 1.00 | $100.00 | $100.00 |
| 8/14/2023 | 1.5 hours of travel planning | 1.50 | $100.00 | $150.00 |
| 8/15/2023 | 1.5 hours of travel planning | 1.50 | $100.00 | $150.00 |
| 8/16/2023 | 1.0 of travel planning | 1.00 | $100.00 | $100.00 |
| 8/18/2023 | 1.0 hour of travel planning | 1.00 | $100.00 | $100.00 |
| 8/19/2023 | 1.0 hour of travel planning | 1.00 | $100.00 | $100.00 |
| 8/21/2023 | 1.0 hour of data request response | 1.00 | $100.00 | $100.00 |
| 8/22/2023 | 1.0 hour of policy review facilitation and travel planning | 1.00 | $100.00 | $100.00 |
| 8/23/2023 | 1.0 hour of policy review facilitation | 1.00 | $100.00 | $100.00 |
| 8/24/2023 | 1.0 hour of prep for transition meeting | 1.00 | $100.00 | $100.00 |
| 8/25/2023 | 1.0 hour of SOP development and meeting with Stephanie | 1.00 | $100.00 | $100.00 |
| 8/28/2023 | 2.0 hours of team meeting and policy review facilitation | 2.00 | $100.00 | $200.00 |
| 8/29/2023 | 1.0 hour of policy review facilitation | 1.00 | $100.00 | $100.00 |
| 8/30/2023 | 1.0 hour of policy review facilitation and meeting with Stephanie | 1.00 | $100.00 | $100.00 |

**TOTAL**          **$2,300.00**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*thank you*