**Office of the FPMPR LLC**

**VIG Tower, PH – 924**

**1225 Ave. Juan Ponce de León**

**San Juan, PR 00907**
**Name:** Claudia Cámara-León **Supervisor:** Javier Gonzales, Esq.

## Work Timesheet (August 2023)

| Date | Task | Total Hours |
|---|---|---|
| August 1, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| August 2, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| August 3, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| August 4, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| August 7, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| August 8, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| August 9, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |

| | | |
|---|---|---|
| August 10, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| August 11, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| August 15, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. Assisted the monitoring team during their visit. | 8.0 |
| August 16, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. Assisted the monitoring team during their visit. | 8.0 |
| August 17, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. Assisted the monitoring team during their visit. | 8.0 |
| August 18, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. Assisted the monitoring team during their visit. | 8.0 |
| August 21, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| August 22, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| August 23, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |

| Date | Description | | Hours |
|---|---|---|---|
| August 24, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | | 7.0 |
| August 25, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | | 7.0 |
| August 28, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | | 7.0 |
| August 29, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | | 7.0 |
| August 30, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | | 7.0 |
| August 31, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | | 7.0 |

## Total, 158 hours for $20 = $3,160

I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Signature,
Claudia S. Cámara León

_____