# Manuel A. Arroyo Rivera

P.o Box 8925 Santurce Puerto Rico 00910    Cel 787-364-8925

Email marroyorivera20@gmail.com

Invoice  Month August  2023                                                                                  Invoice #034

Federal Police Monitor   San Juan, PR

| Date | description | Hour | Rate | Amount |
|---|---|---|---|---|
| August- 13-2023 | pick up the monitors at the airport and take them to their hotels | 15 | $20 | $300.00 |
| August-14-2023 | pick up the monitor and the team and take them to their meetings of the day | 11 | $20 | $220.00 |
| August-15-2023 | pick up the monitor and the team and take them to their meetings of the day | 12 | $20 | $240.00 |
| August-16-2023 | pick up the monitor and the team and take them to their meetings of the day | 11 | $20 | $220.00 |
| August-17-2023 | pick up the monitor and the team and take them to their meetings of the day | 10 | $20 | $200.00 |
| August-18-2023 | pick up the monitor at the hotel and take him to the airport | 6 | $20 | $120.00 |
| August-21-2023 | visit several storage facilities | 3 | $20 | $60 |
| August-28-2023 | Make invitations for the Town Hall Meeting in office max | 2 | $20 | $40 |
| August-31-2023 | look for boxes in federal court and take them to the warehouse, and take 2 boxes to the office | 5 | $20 | $100.00 |
|  |  |  |  | Total $1500 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |