**Name:** Hipolito Castro Jr
**Invoice Date:** 8/31/23
**Invoice Period:** 08/01/2023 to 08/31/2023

| Date | Task(s) | Rate | Total Hours | Total Amount |
|---|---|---|---|---|
| 8/1/23 | Data and Policy Analysis | $ 150.00 | 1.00 | $ 150.00 |
| 8/2/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 1.00 | $ 150.00 |
| 8/4/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 2.00 | $ 300.00 |
| 8/6/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 1 | $ 150.00 |
| 8/8/23 | Data and Policy Analysis | $ 150.00 | 2 | $ 300.00 |
| 8/10/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 2.00 | $ 300.00 |
| 8/11/23 | Data and Policy Analysis | $ 150.00 | 1.00 | $ 150.00 |
| 8/12/23 | Data and Policy Analysis | $ 150.00 | 2.00 | $ 300.00 |
| 8/14/23 | Field Work Puerto Rico | $ 150.00 | 8.00 | $ 1,200.00 |
| 8/15/23 | Field Work Puerto Rico | $ 150.00 | 8.00 | $ 1,200.00 |
| 8/16/23 | Field Work Puerto Rico | $ 150.00 | 8.00 | $ 1,200.00 |
| 8/17/23 | Field Work Puerto Rico | $ 150.00 | 8.00 | $ 1,200.00 |
| 8/18/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 2.00 | $ 300.00 |
| 8/21/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 2.00 | $ 300.00 |
| 8/21/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 2.00 | $ 300.00 |
| 8/22/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 2.00 | $ 300.00 |
| 8/23/23 | Data and Policy Analysis | $ 150.00 | 1.00 | $ 150.00 |
| 8/24/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 2.00 | $ 300.00 |
| 8/25/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 2.00 | $ 300.00 |
| 8/26/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 1.00 | $ 150.00 |
| 8/1/23 to 8/31 23 | Team meetings, calls and emails | $150.00 | 3 | $ 450.00 |
| **TOTAL Labor** | | | **59.00** | **$ 8,850.00** |

| TOTAL | $ | 8,850.00 |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

**Signature:**

Hipolito Castro

**Date:**
8/31/23

**Commo and Coordination** consists of all writings and digital comms to/from Monitors, PRPB, USDOJ; Review compliance targets, document and data requests, logistics; scheduling, on-site planning & coordination, database development

**Data/Policy Analysis, Writing**

Data concerns CMR-9, OG 310, OG 410, Draft data requests, review special case, DSP documents, reporting on interviews, due process for promo candidates

**Field Work:** Research conducted in situ (SJU)