**Stephanie Leon**
*Paralegal*

1483 Ashford Avenue
Apartment 901
San Juan, PR 00907
(832) 692-2475

**INVOICE**

**INVOICE: 2023-09**
**DATE: 09/01/2023**

**TO:**
Puerto Rico Chief Federal Monitor

**FOR:**
Paralegal Services

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 08/01/2023 | -Call with Alan Youngs regarding BOX<br>-Notes for Judge regarding 253 Meeting | .75 | 90.00 | 67.50 |
| 08/02/2023 | -Emailed Monitors relevant July 253 Notes<br>-Updated training plan PowerPoint<br>-Emailed Monitor Denise Rodriguez | 1.25 | 90.00 | 112.50 |
| 08/07/2023 | -Worksheet translations of 260 paragraphs for David Levy | 6.00 | 90.00 | 540.00 |
| 08/08/2023 | -Email exchange with Monitor<br>-Read mid-period reports | 1.25 | 90.00 | 112.50 |
| 08/10/2023 | -Updated PowerPoint for Monitor John Romero<br>-Emailed Monitor Denise Rodriguez | 2.25 | 90.00 | 202.50 |
| 08/11/2023 | -Received feedback from Monitor Denise Rodriguez/applied her feedback<br>-Finished PowerPoint for Monitor John Romero<br>-Emailed Monitors John Romero and Denise Rodriguez the updated PowerPoint version | 1.75 | 90.00 | 157.50 |
| 08/12/2023 | -Spoke with Monitor Denise Rodriguez<br>-Read emails from Monitor's<br>-Edited PowerPoint based on corrections from Monitor John Romero<br>-Emailed latest version of the PowerPoint to Monitors | 3.25 | 90.00 | 292.50 |
| 08/14/2023 | -Attend meetings at PRPB<br>-Box/Data | 5.75 | 90.00 | 517.50 |
| 08/15/2023 | -Box/Data | 2.00 | 90.00 | 180.00 |
| 08/17/2023 | -Transcribed notes for counsel Roberto Abesada and Monitor Donald Gosselin<br>-Emailed counsel Roberto Abesada and Monitor Donald Gosselin the notes<br>-Box/Data | 3.25 | 90.00 | 292.50 |
| 08/25/2023 | -Meeting with Samantha Rhinerson via zoom<br>-Box/Data | 2.25 | 90.00 | 202.50 |
| 08/29/2023 | -August 253 Meeting<br>-Communicated with Samantha Rhinerson<br>-Extensive notes/transcript of August 253 Meeting | 1.75 | 90.00 | 157.50 |
| 08/30/3023 | -Read/responded to emails<br>-Emailed parties regarding 253 meeting scheduling<br>-Extensive notes/transcript of August 253 Meeting<br>-Meeting with Samantha Rhinerson via zoom to show me what to do with the polices | 3.75 | 90.00 | 337.50 |
| 08/31/2023 | -Read FPM Comments on Search and Seizure<br>-Prepared memo for Monitor John Romero<br>-Email exchange with monitors<br>-Extensive notes/transcript of August 253 Meeting<br>-Translation for David Levy<br>-Data/Box | 5.50 | 90.00 | 495.00 |
| | **TOTAL 40.75 HRS @$90** | | | **$3,667,50** |

*S/ STEPHANIE LEON*

I HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN MY CAPACITY AS A MEMBER OF THE FEDERAL MONITORING TEAM. I FURTHER CERTIFY THAT I HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH, OR ANY OF ITS DEPARTMENTS, MUNICIPALITIES OR AGENCIES.