**Office of the FPMPR LLC**

**VIG Tower, PH – 924**

**1225 Ave. Juan Ponce de Leon**

**San Juan, PR 00907**
**Name: Iñigo Galanes  Supervisor:** Javier Gonzales, Esq.

## Work Timesheet (August 2023)

| Date | Task | Total Hours |
| --- | --- | --- |
| August 14, 2023 | First day in the office full-time. Met everyone and read through relevant documents. | 7.0 |
| August 15, 2023 | Figured out logistics of my tasks with my superiors and read through relevant documents. | 7.0 |
| August 16, 2023 | Figured out logistics of my tasks with my superiors and read through relevant documents. | 7.0 |
| August 17, 2023 | Figured out logistics of my tasks with my superiors and read through relevant documents. | 7.0 |
| August 18, 2023 | Read through relevant documents. | 7.0 |
| August 21, 2023 | Read through relevant documents and visited possible storage locations. | 7.0 |
| August 22, 2023 | Read through relevant documents. | 7.0 |

| | | | |
|---|---|---|---|
| **August 23, 2023** | Read through relevant documents. | | 7.0 |
| **August 24, 2023** | Read through relevant documents. | | 7.0 |
| **August 25, 2023** | Accompanied Luis Hidalgo to the Cuartel General to analyze documents. | | 7.0 |
| **August 28, 2023** | Accompanied Luis Hidalgo to the Cuartel General to analyze documents. | | 7.0 |
| **August 29, 2023** | Continued to work on the analysis from the office. | | 7.0 |
| **August 30, 2023** | Accompanied Luis Hidalgo to the Cuartel General to analyze documents. | | 7.0 |
| **August 31, 2023** | Retrieved the boxes from the Tribunal to place them in the storage. | | 7.0 |

**Total, 98 hours for $20/h = $1960**

I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Signature,
Iñigo Galanes Gutierrez


_____