# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants**. | **Civil No.** 12-2039 (FAB) |

## ORDER

The Motion to Approve and Disburse Funds for Reimbursement of Expenses submitted by the Office of the Federal Police Monitor for expenses incurred during the month of August 2023 (Docket No. 2490) is **NOTED and APPROVED** for payment.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, September 19, 2023.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE