G&M Balli Services, LLC  
5160 Royal Fern Circle  
Tallahassee, Florida 32317

August 22, 2023 – September 21, 2023

INVOICE # 2023-09  
ASSISTANT SPECIAL MASTER  
September 2023 INVOICE

Tasks Completed

| Hours | Description | Amounts |
|---|---|---|
| 19 | Drafted/reviewed/researched/translated documents as needed; Discussed/edited documents related to orders of the Court, and the parties regarding recurring issues and OSM projects, to include Integrity Audits, Implementation Plans, ESP/MLARS project, and others. | $2,850 |
| 13 | Drafted, reviewed, and responded to texts, emails and other documents and communications with the OSM, the Court, and respective parties, to include DPS. | $1,950 |
| 25.5 | Zoom meetings and conference calls. | $3,825 |
| Hrs. – 57.5 | | $8,625 |

Total Hours- 57.5                     Total Wages Due -    $8,625

I hereby certify the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master.  I further certify I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

*Gilberto Balli*            *Alejandro del Carmen*            9/21/2023  
Gilberto Balli                S/Alejandro del Carmen