Del Carmen Consulting, LLC
3122 Westwood Drive
Arlington, Texas 76012

August 22, 2023 through September 21, 2023

INVOICE # SM2023-9                                    **TOTAL DUE $ 15,000.00**
SPECIAL MASTER
SEPTEMBER 2023 INVOICE

## Tasks Completed

Wrote, reviewed and responded to emails and all other documents/communication with respective parties and the Court. Engaged in review of some documents for the Court.

Conference calls with the Commonwealth Representatives and Court.

Held conference calls with the SM team members and PRPB personnel.

Coordinated meetings with OSM and parties.

Reviewed filings, motions, and orders.

Worked on review of documents sent by PRPB and Monitor's Office.

Reviewed, coordinated, and provided feedback to the Court on various matters.

Performed research for the Court as requested.

Coordinated meetings on compliance plan as requested by the Court.

## Flat Rate Total Wages Due = $15,000.00

## TOTAL DUE = $ 15,000.00

**I hereby certify that the amount billed in this invoice is true and correct in my capacity as Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.**

*Alejandro del Carmen*
_____
          **Dr. Alejandro del Carmen**                                                    **9/21/23**