# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **COMMONWEALTH OF PUERTO RICO, et al.,** Defendants. | CIVIL NO.: 12-cv-02039 |

## MOTION SUBMITTING 90-DAY REPORT PURSUANT TO TRAINING PLAN

**MAY IT PLEASE THE COURT:**

**COME NOW,** Codefendants Commonwealth of Puerto Rico and the Puerto Rico Police Department, through the undersigned attorneys, and very respectfully state and pray:

1. Pursuant to the Training Plan, ECF No. 2341, the Commonwealth respectfully submits today its 90-day status report as Exhibit 1 hereto. This report was submitted to the parties in draft form on September 15, 2023.

**WHEREFORE,** the Defendants respectfully request that this Honorable Court take notice of the above.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF

```
Motion Submitting 90-Day Report
Civil No. 12-02039
Page 2 of 2
```

system which will send notification of such filing to all counsel of record.

In San Juan, Puerto Rico, today, October 3, 2023.

**CANCIO, NADAL & RIVERA, L.L.C.**
P.O. Box 364966
San Juan, Puerto Rico  00936-4966
403 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Tel. (787) 767-9625

**S/ RAFAEL BARRETO-SOLÁ**
USDC PR: 211801
rbarreto@cnr.law

**S/ GABRIEL A. PEÑAGARÍCANO**
USDC PR: 212911
gpenagaricano@me.com