

**GOVERNMENT OF PUERTO RICO**
PUBLIC SECURITY DEPARTMENT
PUERTO RICO POLICE BUREAU

ALEXIS TORRES
SECRETARY

ANTONIO LOPEZ FIGUEROA
COMMISSIONER

# Status Report #2
# Training Sustainability Plan
# Deputy Superintendence in Education and Training (DSET)

September 30, 2023
San Juan, Puerto Rico

 

# Table of Contents

Status Report Discussed with the Department of Public Security and the PRPB
Reform Office....................................................................................................................................................3

Status Reports to the Court..............................................................................................................................4

Status of the Training Sustainability Plan........................................................................................................5

I.     Training Program............................................................................................................................10

II.    PTMS System– Police Training Management System.....................................................................19

III.   Instructor Program........................................................................................................................21

IV.   Field Training Officer's Program - FTO...........................................................................................25

Status of the Mandatory Supplemental Plan for compliance with the In-Service Training
Program of 40 hours per year of all Police Members of the Puerto Rico Police Bureau
Years 2023 and 2024......................................................................................................................................28

V.    In-Service Training 40 hours per year Year 2023............................................................................36

VI.   Compliance with the Training of Police Members in Specialized Units Year 2023.........................37

VII.  In-Service Training 40 hours per year Year 2024............................................................................38

VIII. Compliance with the Training of Police Members in Specialized Units Year 2024........................39

IX.   Commitment...................................................................................................................................40

# Status Report Discussed with the Department of Public Security and the PRPB Reform Office

| Resource | Date |
|---|---|
| Alexis Torres, Secretary Department of Public Security | 09/30/2023 |
| Col. Rolando Trinidad, Director of the Reform Office | 09/30/2023 |

# Status Reports to the Court

Every 90 days, the Project Manager, through the Reform Office, will issue a status report to the Federal Court on the status of the works for the different initiatives and deliverables.

The status of the tasks agreed in the Training Sustainability Plan is presented below. This represents the results obtained from June 16, 2023 through September 30, 2023. In addition to this, future tasks to be completed are listed.

## Status of the Training Sustainability Plan

During the period from June 16, 2023 to September 15, 2023, the Puerto Rico Police Bureau together with the Department of Public Security continued with the implementation of the Training Sustainability Plan, approved by the parties and submitted to the Court on March 29, 2023.

The **Training Program** initiative has defined as key performance indicators (KPI) the review of policies and procedures for the month of June 2023 and the hiring of professional services as of September 30, 2023.

It is informed that the review of the policies, procedures, manuals, and regulations that form the legal framework applicable to training in the Puerto Rico Police Bureau has been completed. This, by the DSET, the Reform Office and the PRPB Commissioner seeking the optimization of the processes and procedures described. The General Orders impacted include GO 100-108 Deputy Superintendence of Education and Training, GO 700-701 Field Training Program, GO 700-702 Pre-Service Training Program, GO 700-703 Training and Retraining, and GO 700-704 Monthly Meetings and Newsletters. All of these General Orders will be shared with the Office of the Federal Monitor and the Department of Justice for review as part of the established process.

The Training Program initiative produced:

- criteria to identify training needs and training needs by rank or position
- criteria to measure current levels of skills and knowledge in pre-service and in-service training
- process so that DSET can identify the personnel who enter a specialized unit new to be able to offer training
- academic offerings in accordance with the Manual of Description of Duties and Functions
- academic offerings for staff of specialized units so that PRPBMs know their particular duties
- The pre-service and in-service training design review protocol
- authorization to amend the Know and Update platform to collect all credentials from the MPRPBs and these can be integrated into PTMS - including instructors (add PRPB background and training history)

The results detailed here will form a fundamental part of the Policies and Procedures that govern the training of the Puerto Rico Police Bureau.

On the compliance indicators related to the hiring of resources to review the curricular sequence, replace the faculty, nurture instructors, experts in law and order, curriculum design, curriculum and teaching, supervision, administration, leadership and registration; it is informed that the Department of Public Security together with the Puerto Rico Police Bureau provided the necessary resources. Please see the detail below:

| Resource | Status |
|---|---|
| Short-term hiring of professional services experts in education<br><br>Hiring of professional services to replace instructors by subject<br><br>Short-term hiring of professional services experts in law and order, curriculum design, curriculum and teaching, supervision, administration, leadership<br><br>Hiring of professional services to replace the faculty | Psychological Fundamentals, Psychosocial aspects:<br><br>Dr. Carmen Acosta Sanchez - hired<br>Dr. Jose R. Maysonet Rivera – Member of the Police assigned to the Academy<br>Dr. Maribel Bayona – Hired as of September 28, 2023<br><br>First Aid (3 resources) - Will be provided by the EMF on a permanent basis<br><br>Criminology, Organizational Conduct in the Police Context, Police Management and Criminal Investigation, and other subjects:<br><br>Hired:<br><br>• Dr. Maria Declet - hired as of 09/29/2023<br>• Jennifer Cuevas Pedraza - hired as of 09/28/2023<br>• Jomaira Ross - hired as of 09/29/2023<br>• Ilia Vázquez Gascot - hired as of 09/29/2023<br>• Angel Triana – hired as of 09/29/2023<br>• Giselle Ortiz – hired as of 09/29/2023<br><br>Hiring in process:<br><br>• Jose Figueroa<br>• Atty. Carlos J. Villanueva<br>• Ibis M. Lopez Figueroa<br>• Brunilda Sierra<br>• Atty. Eric Virella<br>• Jose Jimenez<br>• Atty. Leslie Correa<br>• Ruth Torres Orengo |

| Short-term hiring of expert professional services for equipment maintenance | Pedro Vazquez De Leon - transitory appointment completed Monday, October 2, 2023. |
|---|---|
| Short-term hiring, of expert professional services in Application Programming | It will be supplied by the Technology Bureau Pedro Rodriguez – transitory appointment completed Monday, September 18, 2023. |
| Short-term hiring of expert professional services for registrars | Katrishka Sanchez Delgado – transitory appointment on September 15, 2023 |
| Short-term hiring Professional Services to review curricular sequential | Dr. Beniliz Gonzalez – hired<br><br>Atty. Francisco Quinones – trust employee of the DSP assigned to the academy |

The amount of outlined resources was recertified by the DSET effective September 5, 2023. This, as part of the transition made between Colonel Francisco Rodriguez Ortiz badge 1-8374, Lieutenant Colonel Alba I. Diaz Torres 2-18280 and the designated Assistant Commissioner of the Deputy Superintendence in Education and Training, Lieutenant Colonel Angel Viera Mendoza badge 2-15879 (effective May 23, 2023).

<u>Additional resources provided to DSET to fulfill its mission</u>

- Dr. Luz D. Torres – Appointed as Academic Dean

- Daniel Martinez – Appointed as Dean of Administrative Affairs

  o (2) Nurses –transitory appointment completed September 18, 2023
  o Anyelica Diaz Carballo
  o Juaneris M. Navarro De Jesus

- (4) Administrative Officers – transitory appointment completed September 15, 2023
  o Lillian I. Torres Merced
  o Maria Garcia Castro
  o Shamille Concepcion Rivas
  o Mariel Diaz Santos

With regard to other types of needs, it is informed that 4 compact vehicles were assigned for the DSET Training Coordinators and 3 motor vehicles that will be used as part of the vehicle intervention course. DSET received training equipment such as 90 dummy knives and 94 red/blue guns, and 12 Sig Sauer P321 pistols. The Technology Bureau delivered newly acquired equipment; 85

computers and 22 laptops. In addition, 17 vehicles for the Police Area Training Coordinators were identified and placarded, which are ready to provide service (see illustration below). These have not yet been delivered due to the pending availability of Autoexpreso accounts for use on the highway.

Vehicles ready for Training Coordinators



The PTMS – *Police Training Management System* initiative establishes as an indicator of compliance the hiring of professional services by September 2023, the completion of the collection and analysis of requirements for PTMS by June 2024 and the completion of the development of the application with its training by December of the same year. As reported in status report #1, the procedures for the collection and analysis of requirements for PTMS were initiated so that it is possible to advance compliance with the initiative, using the experienced resources available which will add value to the Bureau expeditiously. It is therefore that an executing work team with Technology and DSET components was designated for the implementation of the evolved PTMS. The current functionalities of the PTMS were also documented, the processes that can be completed using the system and the roles and responsibilities corresponding to these processes were defined. As a result of the above, a document containing the definition of Phase I requirements for analysis and development plan was delivered to the Technology Bureau. Among the defined requirements is the request for development of new functionalities and modification to existing functionalities that allows us the following:

- Enter the Pre-Service Program in the PTMS

- Enter the In Service Program in PTMS

- Integrate the "Shooter" Program of the Deanship of Use and Management of Firearms to the PTMS

- Include in PTMS functionality for the recording of training by employee, training certification and training history (certi web). Keep track of employee training with alert (due date)

- Migrate data to PTMS (employee and instructor credentials) of the Know and Update platform

- Amend the Know and Update platform to collect all credentials from MPRPBs and these can be integrated into PTMS-including instructors (add PRPB background and training history)

- Integrate functionality into PTMS for Instructor, faculty, and faculty records in addition to their credentials

- Reorganize and rename PTMS Modules

The definition of Phase II requirements will be delivered approximately by October 2023. The integration of the FTO Program to the PTMS is within Phase II requirements. For this, it is informed that on August 7, 2023, the

Puerto Rico Police Bureau received an Automated System Demo for the FTO Program. The PRPB is evaluating the automated system presented to determine if it meets specific needs. In general, the program presented meets the requirements of the FTO Program and can be customized to the needs of the Bureau. Among the functionalities are: Dashboards, Reports, Statistics, Daily Observation Reports, Reminders to complete the reports, daily, monthly or weekly, capacity to measure skills, entry of comments, formatting tools, record of calls attended by the trainee, import of documents, signature of supervisors and trainee, printing of integrated documents, training profile of each trainee with their status to know at what stage they are in, checklist, area for policy discussion, import of videos, remedial training plan for those who do not consistently comply, average evaluation for each skill, assignment of the FTO to the learner, evaluation of the FTO, translation into Spanish, among other functionalities. Soon the PRPB should be making a decision on the possible acquisition and implementation of this system.

It is important to mention that in addition to the ongoing tasks, it is informed that the Government of Puerto Rico will implement in July 2024 a central automated system for human resources and payroll. The *Enterprise Resource Planning* Project "ERP" is led by the Department of the Treasury. Among the ERP modules, a system for the administration and delivery of training is identified. Currently, the Puerto Rico Police Bureau participates in demonstration sessions to determine whether this system meets the needs of the Members of the Police and the established Policies and Procedures. If the training module is adequate, the Puerto Rico Police Bureau would be migrating to this platform replacing the current PTMS. For this, a sub-project plan will be defined within the PTMS initiative and presented to the parties for input.

The **Instructor Program and Field Training Officer's Program – FTO initiative** has compliance indicators for the month of August 2023, specifically the review of policies and procedures. It is informed that the review was completed resulting in the creation of a manual of administrative and operational processes for PRPB instructors, the definition of the content of the instructor, faculty and teaching staff file in addition to the required credentials and the evaluation process for the learning evaluation of employees in Service. Additional revision included GO 700-701 Field Training Program and the Operational Manual Field Training Program. The General Order will be shared with the Office of the Federal Monitor and the Department of Justice for review as part of the established process.

The following pages present the Project Charters of the initiatives for reference of each one and the defined tasks with their current status. Additional future tasks to be completed are listed.

# I. Training Program

## A. Project Charter – Training Program

| Project Overview | |
|---|---|
| Project Name: | Training Program |
| Executive Sponsor: | Executive Committee<br>Alexis Torres, Secretary of the Department of Public Security<br>Col. Arthur Garffer, Assistant Secretary for Operations and Intelligence, DSP<br>Maceira Berrios, Assistant Secretary in Management and Administration, DSP<br>Dr. Juan C. Rivera, Assistant Secretary of Technology DSP<br>Col. Antonio Lopez Figueroa, PRPB Commissioner<br>Col. Juan Rodriguez Davila, Associate Commissioner PRPB<br>Lt. Col. Angel Viera Mendoza, DSET – PRPB |
| Department Sponsor: | Officer of the Reform Office – Col. Rolando Trinidad<br>Project Manager – Eily J Molina Batista, PMP |
| Project Impact: | Compliance with the Training Program |

| Project Team | | |
|---|---|---|
| | **Name** | **Department** |
| | Maceira Berrios | Assistant Secretary in Management and Administration, DSP |
| | Atty. Miguel Candelario | Director Legal Office, DSP |
| | Dr. Luz D. Torres | Academic Dean of the Deputy Superintendence in Education and Training, PRPB |
| | Col. Rolando Trinidad | Reform Office, PRPB |
| | Caonabo Vicente | Technology Bureau, PRPB |
| | Michelle Moure | Human Resources Bureau, PRPB |

**Collaborators (e.g. those with a significant interest in what will be significantly affected by the project.**

Department of Public Security

Deputy Superintendence in Education and Training

**Scope of the Project**

**KPI's** *Measurable project results*

- ID Needs of Instructors – March 2023
- Review of policies and procedures – June 2023
- Hiring professional services – September 2023
- Creation of new programs and tools – June 2024
- Integration of new programs and tools in PTMS – December 2024

**Deliverables**

- Need assessments on a regular basis
- Training Track – Professional Development Overview and Training History
- Pre-Service Training Program, based on the current sequential teaching curriculum and its semester reviews, with the study plan for the four terms and the academic programming. (Including the standard 900 hours of training and expanded curriculum)
- In-Service Training Program, based on the current curricular sequential and its semi-annual reviews, with the teaching itinerary and curriculum
- Annual Training Evaluation Process
- Process for the continuous review of the Training Program
- Monthly Meeting Process and Training at the Start of the Shift
- Functionality in PTMS profile per employee to keep track of completed training and pending training

**Out of reach**

- Everything that is not detailed in the deliverables and defined tasks

**Timeframe**

- March 2023 – December 2024

**Limitations**

- Time to achieve deliverables
- Time for the development of new version of PTMS with the new functionalities required
- Time process for hiring professional services supporting the defined tasks
- Approval of budget for hiring professional services

**Communication and Monitoring for Compliance**

- Emails for informal – official communication
- Communications that impact the entire population via Informa Policía
- Virtual meetings via MS Teams
- Face-to-face meetings
- Task Management via MS Project and MS Planner
- Monthly status meetings with Executive and Department Sponsors
- Biweekly Project Team Status Meetings

B. Status of defined tasks to complete Training Program deliverables

1. **Deliverable**: Needs assessments on a regular basis (compliance with paragraph 121)

| ID | Task | Responsible | Compliance Date | Status |
|---|---|---|---|---|
| a. | Establish criteria to identify training needs | Deputy Commissioner for Education and Training | 06/30/2023 | Completed |
| b. | Establish training needs by rank or position | Director of Human Resources | 06/30/2023 | Completed |
| c. | Create document to use for needs assessment<br><br>*Note: The needs assessment document is a tool for identifying future needs and not for the implementation of this plan. The expert professionals to be hired through this plan will be responsible for creating **the evaluation document.*** | Deputy Commissioner for Education and Training (prof. serv. hire) | 06/30/2024 | Future task |
| d. | Integrate functionality in PTMS to meet training needs (needs assessment) | Technology Bureau Director (prof. serv. hire) | 12/31/2024 | Future task |

2. **Deliverable:** Training Track – Professional Development Path and Training History (compliance with paragraphs 21, 130 and 134)

| ID | Task | Responsible | Compliance Date | Status |
|---|---|---|---|---|
| a. | Create Career Development Policy | Director of Reform Office | 06/30/2023 | Completed<br><br>Subsequent to the filing of this plan, it was brought to our attention that the Professional Development Policy had been created, this is identified as GC 213. |

| ID | Task | Responsible | Compliance Date | Status |
|----|------|-------------|-----------------|--------|
| b. | Establish a Career Program Coordinator | Director of Human Resources | 09/30/2023 | The Career Program Coordinator will be appointed when GC 200-213 Career Development Program is approved by the PRPB Commissioner. |
| c. | Design the Training Track | Deputy Commissioner for Education and Training (prof. serv. hire) | 06/30/2024 | Future task |

3. **Deliverable:** Pre-Service Training Program, based on the current curricular sequential and its semester reviews, with the curriculum for the four terms and the academic schedule. (Including at least 900 hours of training and expanded curriculum.) (compliance with paragraphs 118, 119, 120, 122 - 128)

| ID | Task | Responsible | Compliance Date | Status |
|----|------|-------------|-----------------|--------|
| d. | Identify needs for resources and services of DSET for hiring:<br><br>• Curriculum Sequential Design Committee<br>• Instructors by subject | Deputy Commissioner for Education and Training | 03/31/2023 | Completed |
| e. | Review framework to create the Training Program:<br><br>**1.** General Order Chapter 100, Section 108, entitled: Deputy Superintendence in Education and Training"<br><br>**2.** GO. 701 Field Training Officer ("FTO")<br><br>**3.** G.O. 700-702 Pre-Service Training Program | Director of the Reform Office | 06/30/2023 | Completed |

| ID | Task | Responsible | Compliance Date | Status |
|---|---|---|---|---|
| | **a.** Review forms PPR-702.1, titled: Faculty Assessment<br>**b.** PPR-702.2 Titled: Faculty Performance Evaluation<br>**c.** Create cadet performance evaluation integrated into PROMEDIA<br>**d.** Curriculum review process<br>**e.** Standing Curriculum Review Committee<br>**f.** Design the model of the semester review report of the curricular sequential<br>**g.** Process on design, review, approval and entry of training in the PTMS<br><br>**4.** Internal Regulations of Students of Deputy Superintendence in Education and Training | | | |
| f. | Short-term hiring Professional Services to review curricular sequential | Deputy Commissioner for Education and Training | 09/30/2023 | Completed |
| g. | Hiring of professional services to replace the faculty | Deputy Commissioner for Education and Training | 09/30/2023 | Completed |
| h. | Create assessment form for cadets to measure the implementation of the curriculum sequential of the pre-service program | Deputy Commissioner for Education and Training (prof. serv. hire) | 06/30/2024 | Future task |
| i. | Review of the current Pre-Service Training Program | Deputy Commissioner for Education and Training (prof. serv. hire) | 06/30/2024 | Future task |
| j. | Create the Pre-Service Training Program and Itinerary | Deputy Commissioner for Education and Training (prof. serv. hire) | 06/30/2024 | Future task |
| k. | Enter the Pre-Service Program in the PTMS | Deputy Commissioner for Education and Training (prof. serv. hire) | 12/31/2024 | Future task |

| ID | Task | Responsible | Compliance Date | Status |
|---|---|---|---|---|
| l. | Integrate appraisal form in the PTMS | Director Technology Bureau (prof. serv. hire) | 12/31/2024 | Future task |
| m. | Integrate the "Shooter" Program of the Deanship of Use and Management of Firearms to the PTMS | Director Technology Bureau (prof. serv. hire) | 12/31/2024 | Future task |

 

4. Deliverable: In-Service Training Program, based on its annual or biennial reviews, with the teaching itinerary and curriculum. (compliance with paragraphs: 12, 21,23, 24, 26, 27, 32, 36, 40, 43, 48, 53, 54, 56, 78, 90,93, 101, 11, 123, 129,130 − 131,141 − 144, 196, 209, 209 and 218)

| ID | Task | Responsible | Compliance Date | Status |
|---|---|---|---|---|
| a. | Identify DSET resource and service needs for hiring<br><br>• Curriculum Design Committee<br>• Instructors by subject | Deputy Commissioner for Education and Training | 03/31/2023 | Completed |
| b. | Review framework to create the Training Program:<br><br>1. General Order Chapter 100, Section 108, entitled: Deputy Superintendence in Education and Training"<br><br>2. G.O. 700-703 Training and Retraining<br>  a. Instructor Requirements<br>  b. Instructors Continuing Education Program<br>  c. Instructors disqualification process<br>  d. Instructor evaluation process<br><br>3. Manual of Description of Functions, Duties, Responsibilities of the Employees of the Rank and File System.<br><br>4. Promedia Management Module Trends<br><br>5. Use of Force trends | Director of the Reform Office | 06/30/2023 | Completed |

| ID | Task | Responsible | Compliance Date | Status |
|---|---|---|---|---|
| | 6. Evaluations of arrests, searches and seizures trends.<br><br>7. Trends in Reported Administrative Complaints | | | |
| c. | Short-term hiring of expert professional services in Law Enforcement Agencies, Curriculum Design, Curriculum and Teaching, Supervision, Administration and Leadership | Deputy Commissioner for Education and Training | 09/30/2023 | Completed |
| d. | Hiring of professional services to replace instructors by subject | Deputy Commissioner for Education and Training | 09/30/2023 | Completed |
| e. | Review of the current In-Service Training Program:<br><br>1. Syllabus<br>2. Presentation<br>3. Instructor's Guide<br>   Assessment tool | Deputy Commissioner for Education and Training (prof. serv. hire) | 06/30/2024 | Future task |
| f. | Create the In-Service Training Program using as a basis:<br><br>1. Agreement<br>2. Job Description Manual<br>3. Promedia administration module<br>4. Trends Use of Force<br>5. Monitor Report<br>6. Operational Audits<br>7. Audits Early Intervention System Reform<br><br>Intrinsic to the task is the creation of specific trainings that will include community stakeholders and subject matter experts for the development of the course. With respect to the integration of the community, coordination with the Executive Director of the Citizen Interaction Committee will be established as a general practice for the participation of citizens with experience in the subject to be worked on. With regard to resources with thematic expertise, General Order 700- | Deputy Commissioner for Education and Training (prof. serv. hire) | 06/30/2024 | Future task |

| ID | Task | Responsible | Compliance Date | Status |
|---|---|---|---|---|
| | 703 establishes that when the PRPB does not have expert resources in the field, external resources will be requested through collaborative agreement or professional services.<br><br>Currently, to address the need for *expertise*, there is collaboration with the Office of Administration and Transformation of Human Resources of the Government (OATRH) which, through an alliance with the University of Puerto Rico (UPR), identifies expert resources in the areas of training and assigns them to provide training in the DSET.<br><br>In addition, and in order not to stop the training process, as of February of this year, training design committees were created with personnel assigned to the different work units of the PRPB, units of which expertise is needed, for the review of training. This, together with additional resources belonging to other government agencies such as the Department of the Family, the Department of Justice, among others. | | | |
| g. | Create the Training Programs course catalog | Deputy Commissioner for Education and Training (prof. serv. hire) | 06/30/2024 | Future task |
| h. | Create the In-Service Training Program Itinerary | Deputy Commissioner for Education and Training (prof. serv. hire) | 06/30/2024 | Future task |
| i. | Enter the Program In Service in PTMS | Deputy Commissioner for Education and Training (prof. serv. hire) | 12/31/2024 | Future task |
| j. | Integrate the "Shooter" Program of the Deanship of Use and Management of Firearms to the PTMS | Director Technology Bureau (prof. serv. hire) | 12/31/2024 | Future task |

5. **Deliverable:** Annual Training Evaluation Process (compliance with paragraphs 117, 120, 130 - 131)

| ID | Task | Responsible | Compliance Date | Status |
|---|---|---|---|---|
| a. | Establish criteria to measure current levels of skills and knowledge in pre-service and in-service training | Director of Human Resources | 06/30/2023 | Completed |
| b. | Create process so that DSET can identify the personnel that enter a new specialized unit to be able to offer training | Director of Human Resources | 06/30/2023 | Completed |
| c. | Identify academic offerings in accordance with the Manual of description of duties and functions | Deputy Commissioner for Education and Training | 06/30/2023 | Completed |
| d. | Identify academic offerings for staff of specialized units so that PRPBMs are aware of their particular roles | Deputy Commissioner for Education and Training | 06/30/2023 | Completed |

6. **Deliverable:** Process for continuous review of the Training Program (compliance with paragraphs 131 and 120)

| ID | Task | Responsible | Compliance Date | Status |
|---|---|---|---|---|
| a. | Creation and approval of the pre-service training design review protocol | Deputy Commissioner for Education and Training | 06/30/2023 | Completed |
| b. | Creation and Approval of the design review protocol for in-service training | Deputy Commissioner for Education and Training | 06/30/2023 | Completed |
| c. | Synchronize DSET training and retraining calendar with Reform Office policy review calendar | Deputy Commissioner for Education and Training | 06/30/2023 | Completed |

7. **Deliverable:** Monthly Meeting process and training at the beginning of the shift (compliance with paragraphs 129-132, 218 and 219)

| ID | Task | Responsible | Compliance Date | Status |
|---|---|---|---|---|
| a. | Review GO 704 Monthly Academy and its forms | Director of the Reform Office | 06/30/2023 | Completed |
| b. | Integrate functionality to accredit the Monthly Academy in the PTMS | Director Technology Bureau (prof. serv. hire) | 12/31/2024 | Future task |

8. **Deliverable:** Functionality in PTMS profile per employee to keep track of completed training and pending training (compliance with paragraph 134)

| ID | Task | Responsible | Compliance Date | Status |
|---|---|---|---|---|
| a. | Authorization to amend the Know and Update platform to collect all credentials from the MPRPB and these can be integrated into PTMS - including instructors (add PRPB background and training history) | Director of Human Resources | 06/30/2023 | Completed |
| b. | Short-term hiring of expert professional services for registrars | Deputy Commissioner for Education and Training | 09/30/2023 | Completed |
| c. | Include in PTMS functionality for the registration of training by employee, training certification and training history (certi web). Keep track of employee training with alert (due date) | Director Technology Bureau (prof. serv. hire) | 12/31/2024 | Future task |
| d. | Migrate data to PTMS (employee and instructor credentials) of the Know and Update platform | Director Technology Bureau (prof. serv. hire) | 12/31/2024 | Future task |

## II. PTMS System – Police Training Management System

### A. Project Charter – PTMS System

| Project Overview | |
|---|---|
| Project Name: | PTMS System |
| Executive Sponsor: | Executive Committee<br>Alexis Torres, Secretary of the Department of Public Security<br>Col. Arthur Garffer, Assistant Secretary for Operations and Intelligence, DSP<br>Maceira Berrios, Assistant Secretary in Management and Administration, DSP<br>Dr. Juan C. Rivera, Assistant Secretary of Technology DSP<br>Col. Antonio Lopez Figueroa, PRPB Commissioner<br>Col. Juan Rodriguez Davila, Associate Commissioner PRPB<br>Lt. Col. Angel Viera Mendoza, DSET – PRPB |
| Department Sponsor: | Officer of the Reform Office – Col. Rolando Trinidad<br>Project Manager – Eily J Molina Batista, PMP |
| Project Impact: | PTMS System Compliance |

| Project Team | | |
|---|---|---|
| | **Name** | **Department** |
| | Maceira Berrios | Assistant Secretary in Management and Administration, DSP |
| | Atty. Miguel Candelario | Director Legal Office, DSP |
| | Dr. Luz D. Torres | Academic Dean of the Deputy Superintendence in Education and Training, PRPB |
| | Col. Rolando Trinidad | Reform Office, PRPB |
| | Caonabo Vicente | Technology Bureau, PRPB |

| Collaborators (e.g. those with a significant interest in what will be significantly affected by the project. |
|---|
| Department of Public Security |
| Work Unit Managing the PTMS System |

| Scope of the Project |
|---|
| **KPI's** *Measurable project results* |
| <ul><li>Hiring professional services – September 2023</li></ul> |
| <ul><li>Collection and analysis requirements – June 2024</li></ul> |
| <ul><li>PTMS Development, Testing, Implementation and Training – December 2024</li></ul> |

| Deliverables |
|---|
| <ul><li>PTMS as a centralized training tool integrated with Human Resources, PROMEDIA and EIS systems</li><li>Training all staff on the use of PTMS</li></ul> |

| Out of reach |
|---|
| <ul><li>Everything that is not detailed in the deliverables and defined tasks</li></ul> |

| Timeframe |
|---|
| <ul><li>March 2023 – December 2024</li></ul> |

| Limitations |
|---|
| <ul><li>Time to achieve deliverables</li><li>Time for the development of new version of PTMS with the new functionalities required</li><li>Time process for hiring professional services supporting the defined tasks</li><li>Approval of budget for hiring professional services</li></ul> |

| Communication |
|---|
| <ul><li>Emails for informal – official communication</li><li>Communications that impact the entire population via Informa Policía</li><li>Virtual meetings via MS Teams</li><li>Face-to-face meetings</li><li>Task Management via MS Project and MS Planner</li></ul> |
| <ul><li>Monthly status meetings with Executive and Department Sponsors</li><li>Biweekly Project Team Status Meetings</li></ul> |

B. Status of the defined tasks to complete the deliverables of the PTMS System – Police Training Management System

  1. **Deliverable:** PTMS as a centralized training tool integrated with the Human Resources, PROMEDIA and EIS systems (compliance with paragraphs 133 – 134, 141 – 148)

| ID | Task | Responsible | Compliance Date | Status |
|---|---|---|---|---|
| a. | Short-term hiring, of expert professional services in Application Programming | Director Technology Bureau | 09/30/2023 | Completed |
| b. | Requirements collection / analysis for PTMS | Director Technology Bureau (prof. serv. hire) | 06/30/2024 | Ongoing |
| c. | Development, testing and implementation of the PTMS with training status reporting module | Director Technology Bureau (prof. serv. hire) | 12/31/2024 | Future task |

  2. Deliverable: Training to all staff on the use of PTMS

| ID | Task | Responsible | Compliance Date | Status |
|---|---|---|---|---|
| a. | Create virtual PTMS training | Director Technology Bureau (prof. serv. hire) | 12/31/2024 | Future task |
| b. | PMTCT training for the entire population | Director Technology Bureau | 12/31/2024 | Future task |

## III.    Instructor Program

## A.  Project Charter – Instructor Program

| Project Overview | |
|---|---|
| Project Name: | Instructor Program |
| Executive Sponsor: | Executive Committee<br>Alexis Torres, Secretary of the Department of Public Security<br>Col. Arthur Garffer, Assistant Secretary for Operations and Intelligence, DSP<br>Maceira Berrios, Assistant Secretary in Management and Administration, DSP<br>Dr. Juan C. Rivera, Assistant Secretary of Technology DSP<br>Col. Antonio Lopez Figueroa, PRPB Commissioner<br>Col. Juan Rodriguez Davila, Associate Commissioner PRPB<br>Lt. Col.  Angel Viera Mendoza, DSET – PRPB |
| Department Sponsor: | Officer of the Reform Office – Col. Rolando Trinidad<br>Project Manager – Eily J Molina Batista, PMP |
| Project Impact: | Instructor Program Compliance |

| Project Team | | |
|---|---|---|
| | **Name** | **Department** |
| | Maceira Berrios | Assistant Secretary in Management and Administration, DSP |
| | Atty. Miguel Candelario | Director Legal Office, DSP |
| | Dr. Luz D. Torres | Academic Dean of the Deputy Superintendence in Education and Training, PRPB |
| | Col. Rolando Trinidad | Reform Office, PRPB |
| | Caonabo Vicente | Technology Bureau, PRPB |

| Collaborators (e.g. those with a significant interest in what will be significantly affected by the project. |
|---|
| Department of Public Security |

| Scope of the Project |
|---|

| KPI's *Measurable project results* |
|---|
| • ID Equipment Needs and Budget – March 2023 |
| • Review of policies and procedures – August 2023 |
| • Hiring professional services – September 2023 |
| • Equipment Acquisition – December 2023 |
| • Creating tools – June 2024 |
| • Integration of new functionalities and tools in PTMS – December 2024 |

| Deliverables |
|---|
| • Instructor Evaluation |
| • Use of appropriate technology and equipment to provide training |
| • Use of Participant Learning Assessment |
| • Instructor credentials and record |

| Out of reach |
|---|
| • Everything that is not detailed in the deliverables and defined tasks |

| Timeframe |
|---|
| • March 2023 – December 2024 |

| Limitations |
|---|
| • Time to achieve deliverables |
| • Time for the development of new version of PTMS with the new functionalities required |
| • Time process for hiring professional services supporting the defined tasks |
| • Approval of budget for hiring professional services and acquisition of equipment |

| Communication and Monitoring for Compliance |
|---|
| • Emails for informal – official communication |
| • Communications that impact the entire population via Informa Policía |
| • Virtual meetings via MS Teams |
| • Face-to-face meetings |
| • Task Management via MS Project and MS Planner |
| • Monthly status meetings with Executive and Department Sponsors |
| • Biweekly Project Team Status Meetings |

B. Tasks defined to complete Instructor Program deliverables

   1. **Deliverable:** Instructor Evaluation (compliance with paragraphs 111 E and 122)

| ID | Task | Responsible | Compliance Date | Status |
|----|------|-------------|-----------------|--------|
| a. | Create manual of the administrative and operational processes of PRPB trainers:<br><br>• Instructor evaluation process<br>• Process to ensure instructors deliver stated objectives and approved curricula | Deputy Commissioner for Education and Training | 08/31/2023 | Completed |
| b. | Create the instructor and faculty assessment tool | Deputy Commissioner for Education and Training (prof. serv. hire) | 06/30/2024 | Future task |
| c. | Integrate functionality in PTMS for instructor and faculty assessment instruments, so that DSET students and administration staff perform the same virtually.<br><br>Pre-service: The evaluation will be made for each term (4 terms in total). The DSET will evaluate randomly. Students will always evaluate.<br><br>In-Service: Annual trainings will be evaluated at the beginning and completion of the training. The DSET will evaluate randomly. Students will always evaluate. | Director Technology Bureau (prof. serv. hire) | 12/31/2024 | Future task |

2. **Deliverable:** Use of appropriate technology and equipment to provide training (compliance with paragraph 117)

| ID | Task | Responsible | Compliance Date | Status |
|---|---|---|---|---|
| a. | Analysis of equipment needs in order to provide training | Deputy Commissioner for Education and Training | 03/31/2023 | Completed |
| b. | Document budget for equipment acquisition | Assistant Secretary in Management and Administration, DSP | 03/31/2023 | Completed |
| c. | Short-term hiring of expert professional services for equipment maintenance | Director Technology Bureau | 09/30/2023 | Completed |
| d. | Acquisition of equipment | Assistant Secretary in Management and Administration, DSP | 12/31/2023 | Ongoing |

3. **Deliverable:** Use of Participant Learning Assessment (compliance with paragraph 122)

| ID | Task | Responsible | Compliance Date | Status |
|---|---|---|---|---|
| a. | Create appraisal process for in-service employee learning assessment | Deputy Commissioner for Education and Training | 08/31/2023 | Completed |
| b. | Short-term hiring of professional services experts in education | Deputy Commissioner for Education and Training | 09/30/2023 | Completed |
| c. | Create the In-Service Employee Learning Assessment Form | Deputy Commissioner for Education and Training (prof. serv. hire) | 06/30/2024 | Future task |
| d. | Integrate PTMS appraisal functionality for in-service employee learning assessment | Director Technology Bureau (prof. serv. hire) | 12/31/2024 | Future task |

4. **Deliverable:** Instructor credentials and record (compliance with paragraphs 117, 121 - 122, 133 and 134, 218 - 219)

| ID | Task | Responsible | Compliance Date | Status |
|---|---|---|---|---|
| a. | Create the process that describes the contents of the instructor, faculty, and faculty record in addition to the required credentials | Deputy Commissioner for Education and Training | 08/31/2023 | Completed |
| b. | Integrate functionality into PTMS for Instructor, faculty, and faculty records in addition to their credentials | Director Technology Bureau (prof. serv. hire) | 12/31/2024 | Future task |

## IV.    Field Training Officer's Program - FTO

### A.  Project Charter – Field Training Officer's Program

| Project Overview | |
|---|---|
| Project Name: | Field Training Officer's Program |
| Executive Sponsor: | Executive Committee<br>Alexis Torres, Secretary of the Department of Public Security<br>Col. Arthur Garffer, Assistant Secretary for Operations and Intelligence, DSP<br>Maceira Berrios, Assistant Secretary in Management and Administration, DSP<br>Dr. Juan C. Rivera, Assistant Secretary of Technology DSP<br>Col. Antonio Lopez Figueroa, PRPB Commissioner<br>Col. Juan Rodriguez Davila, Associate Commissioner PRPB<br>Lt. Col. Angel Viera Mendoza, DSET – PRPB |
| Department Sponsor: | Officer of the Reform Office – Col. Rolando Trinidad<br>Project Manager – Eily J Molina Batista, PMP |
| Project Impact: | Compliance with the Field Training Officer's Program |

| Project Team | | |
|---|---|---|
| | **Name** | **Department** |
| | Dr. Luz D. Torres | Academic Dean of the Deputy Superintendence in Education and Training, PRPB |
| | Col. Rolando Trinidad | Reform Office, PRPB |
| | Caonabo Vicente | Technology Bureau, PRPB |

**Collaborators (e.g. those with a significant interest in what will be significantly affected by the project.**

Department of Public Security

**Scope of the Project**

**KPI's** *Measurable project results*

- Review of policies and procedures – August 2023
- Training for current FTO's – December 2023
- Creation of new programs – June 2024
- Integration of new programs in PTMS – December 2024

**Deliverables**

- Compliance with the General Order
- Process for Ongoing Review of the Field Training Officer's (FTO) Program
- Assessment and training of current FTOs

**Out of reach**

- Everything that is not detailed in the deliverables and defined tasks

**Timeframe**

- March 2023 – December 2024

**Limitations**

- Time to achieve deliverables
- Time for the development of new version of PTMS with the new functionalities required

**Communication and Monitoring for Compliance**

- Emails for informal – official communication
- Communications that impact the entire population via Informa Policía
- Virtual meetings via MS Teams
- Face-to-face meetings
- Task Management via MS Project and MS Planner

- Monthly status meetings with Executive and Department Sponsors
- Biweekly Project Team Status Meetings

B.  Tasks defined to complete Field Training Officer's Program Deliverables - FTO

    1.  **Deliverable:** Compliance with the General Order (compliance with paragraphs 111E, 117, 123 – 128, 218 – 219)

| ID | Task | Responsible | Compliance Date | Status |
|---|---|---|---|---|
| a. | Review G.O. 700-701 Field Training Program and its forms (such as PPR 701.5) | Director of the Reform Office | 08/31/2023 | Completed |
| b. | Review the Field Training Program Operational Manual (Nov 2019) | Director of the Reform Office | 08/31/2023 | Completed |
| c. | GO 700-701 FTO Training | Deputy Commissioner for Education and Training | 12/31/2023 | Future task |

    2.  **Deliverable:** Process for ongoing review of the Field Training Officer's (FTO) Program (compliance with paragraphs 123 - 128 and 218 - 219)

| ID | Task | Responsible | Compliance Date | Status |
|---|---|---|---|---|
| a. | Establish through G.O. 100-108 and 700-701 the annual review of the curriculum of the Field Training Program | Director of the Reform Office | 08/31/2023 | Completed |
| b. | Renew Field Training Program<br><br>• Redistribution of Field Training Program hours<br>  o 200 hours to take from the DSET through workshops on the issues concerning the Deputy Superintendence in Criminal Investigation – Phase 1<br><br>  o 600 hours (Phase 2 to Phase 5) – field training | Director of the Reform Office | 08/31/2023 | Completed |
| c. | Create FTO's Training Curriculum Sequential | Deputy Commissioner for Education and Training (prof. serv. hire) | 06/30/2024 | Future task |

3. **Deliverable:** Assessment and training of current FTOs (compliance with paragraphs 127 - 128)

| ID | Task | Responsible | Compliance Date | Status |
|---|---|---|---|---|
| a. | Integrate into PTMS all forms of General Order 700-701 Field Training Program:<br><br>• PPR-701.1 FTO Candidate Information and Field Training Program Supervisors<br><br>• PPR-701.2 Daily Assessment<br><br>• PPR-701.3 Weekly Evaluation Summary<br><br>• PPR-701.4 Trainee Agent Evaluation - Final Phase<br><br>• PPR-701.5 Trainee Agent Performance Assessment of their FTOs<br><br>• PPR-701.6 Research Experiences - Phase 3<br><br>• PPR-701.7 Trainee Agent Information | Director Technology Bureau (prof. serv. hire) | 12/31/2024 | Future task |
| b. | Enter PTMS FTO training sequential | Deputy Commissioner for Education and Training (prof. serv. hire) | 12/31/2024 | Future task |

## Status of Mandatory Supplemental Plan for compliance with the In-Service Training Program of 40 hours per year of all Police Members of the Puerto Rico Police Bureau Years 2023 and 2024

Continuing the Supplemental Plan for the In-Service Training Program of 40 hours per year, on July 17, 2023, the deployment of the courses corresponding to Arrests, Searches and Seizures, Equal Protection and Non-Discrimination, Community Policing and Equal Opportunity in Employment began; in addition to continuing with the implementation of the Use of Force course.

The agreement, as of September 30, 2023, is to have trained 40%[1] of the population in the courses of Arrests, Searches and Seizures, Equal Protection and Non-Discrimination, Community Policing and Equal Opportunity in Employment. Below are the percentages achieved by course at the close of this report:



---

[1] The percentages presented are calculated on the basis of the number of members of the Police able to take training. At the close of this report the number is 10,882.

| Course | Police Members Trained | Coding |
|---|---|---|
| Arrests and Citations | 52% (5,705) | REA 615 |
| Community Policing | 52% (5,676) | REA 803 |
| Equal Opportunity in Employment (Supervisors) | 47% (1,144) | EEO 2061 |
| Searches and Seizures | 43% (4,692) | REA 612 |
| Equal Protection and Non-Discrimination | 43% (4,681) | IGPD |
| Total Average | 47% | - |

As of September 30, 2023 all courses surpassed the agreed 40%.

The tables below detail the distribution of the Members of the Police trained by Police Area and/or Superintendence.

| | REA 615 Arrests and Reports | | | | |
|---|---|---|---|---|---|
| **Units** | **Total Agts.** | **Total Sgt. Capt.** | **Total Insp. Col.** | **Total** | **% Global** |
| AGUADILLA | 246 | 59 | 9 | 314 | **2.89%** |
| AIBONITO | 113 | 34 | 5 | 152 | **1.40%** |
| ARECIBO | 230 | 100 | 9 | 339 | **3.12%** |
| BAYAMON | 282 | 78 | 7 | 367 | **3.37%** |
| CAGUAS | 78 | 58 | 3 | 139 | **1.28%** |
| CAROLINA | 249 | 50 | 2 | 301 | **2.77%** |
| FAJARDO | 133 | 24 | 3 | 160 | **1.47%** |
| GUAYAMA | 31 | 31 | 1 | 63 | **0.58%** |
| HUMACAO | 113 | 20 | 4 | 137 | **1.26%** |
| MAYAGUEZ | 155 | 48 | 6 | 209 | **1.92%** |
| PONCE | 250 | 71 | 6 | 327 | **3.00%** |
| SAN JUAN | 403 | 56 | 6 | 465 | **4.27%** |
| UTUADO | 79 | 3 | 6 | 88 | **0.81%** |
| SAOC | 29 | 2 | 4 | 35 | **0.32%** |
| NPC | 201 | 53 | 1 | 255 | **2.34%** |
| DOTM | 17 | 1 | 1 | 19 | **0.17%** |
| NRC | 1 | 0 | 0 | 1 | **0.01%** |
| SAIC | 864 | 273 | 13 | 1150 | **10.57%** |
| SAOE | 531 | 171 | 8 | 710 | **6.52%** |
| SARP | 24 | 45 | 3 | 72 | **0.66%** |
| SAEA | 123 | 24 | 2 | 149 | **1.37%** |
| SASG | 24 | 8 | 0 | 32 | **0.29%** |
| OCR | 98 | 39 | 7 | 144 | **1.32%** |
| SAPF | 69 | 8 | 0 | 77 | **0.71%** |
| **Total** | **4,343** | **1,256** | **106** | **5,705** | **52.43%** |

| Units | REA 803 Community Policing | | | | |
|---|---|---|---|---|---|
| | Total Agts. | Total Sgt. Capt. | Total Insp. Col. | Total | % Global |
| AGUADILLA | 174 | 79 | 7 | 260 | 2.39% |
| AIBONITO | 93 | 32 | 5 | 130 | 1.19% |
| ARECIBO | 253 | 99 | 3 | 355 | 3.26% |
| BAYAMON | 282 | 55 | 4 | 341 | 3.13% |
| CAGUAS | 121 | 47 | 3 | 171 | 1.57% |
| CAROLINA | 214 | 44 | 1 | 259 | 2.38% |
| FAJARDO | 66 | 30 | 4 | 100 | 0.92% |
| GUAYAMA | 14 | 0 | 2 | 16 | 0.15% |
| HUMACAO | 128 | 34 | 4 | 166 | 1.53% |
| MAYAGUEZ | 144 | 44 | 7 | 195 | 1.79% |
| PONCE | 178 | 58 | 6 | 242 | 2.22% |
| SAN JUAN | 457 | 88 | 7 | 552 | 5.07% |
| UTUADO | 97 | 34 | 5 | 136 | 1.25% |
| SAOC | 56 | 15 | 1 | 72 | 0.66% |
| NPC | 212 | 57 | 0 | 269 | 2.47% |
| DOTM | 24 | 6 | 0 | 30 | 0.28% |
| NRC | 6 | 0 | 0 | 6 | 0.06% |
| SAIC | 807 | 287 | 11 | 1105 | 10.15% |
| SAOE | 455 | 143 | 6 | 604 | 5.55% |
| SARP | 36 | 71 | 2 | 109 | 1.00% |
| SAEA | 112 | 33 | 2 | 147 | 1.35% |
| SASG | 36 | 9 | 0 | 45 | 0.41% |
| OCR | 165 | 53 | 8 | 226 | 2.08% |
| SAPF | 123 | 17 | 0 | 140 | 1.29% |
| Total | 4,253 | 1,335 | 88 | 5,676 | 52.16% |

| Units | EEO 2061 Equal Opportunity in Employment | | | |
|---|---|---|---|---|
| | Total Sgt.-Capt. | Total Insp. Col. | Total | % Global |
| AGUADILLA | 55 | 9 | 64 | 2.67% |
| AIBONITO | 22 | 5 | 27 | 1.13% |
| ARECIBO | 106 | 9 | 115 | 4.80% |
| BAYAMON | 43 | 9 | 52 | 2.17% |
| CAGUAS | 47 | 3 | 50 | 2.09% |
| CAROLINA | 60 | 2 | 62 | 2.59% |
| FAJARDO | 23 | 2 | 25 | 1.04% |
| GUAYAMA | 1 | 1 | 2 | 0.08% |
| HUMACAO | 3 | 4 | 7 | 0.29% |
| MAYAGUEZ | 47 | 6 | 53 | 2.21% |
| PONCE | 64 | 5 | 69 | 2.88% |
| SAN JUAN | 41 | 7 | 48 | 2.00% |
| UTUADO | 44 | 6 | 50 | 2.09% |
| SAOC | 5 | 4 | 9 | 0.38% |
| NPC | 46 | 1 | 47 | 1.96% |
| DOTM | 0 | 1 | 1 | 0.04% |
| NRC | 0 | 0 | 0 | 0.00% |
| SAIC | 188 | 12 | 200 | 8.34% |
| SAOE | 118 | 6 | 124 | 5.17% |
| SARP | 48 | 2 | 50 | 2.09% |
| SAEA | 17 | 3 | 20 | 0.83% |
| SASG | 4 | 0 | 4 | 0.17% |
| OCR | 44 | 8 | 52 | 2.17% |
| SAPF | 13 | 0 | 13 | 0.54% |
| **Total** | **1,039** | **105** | **1,144** | **47.71%** |

| Units | REA 612 Searches and Seizures | | | | |
|---|---|---|---|---|---|
| | Total Agts. | Total Sgt. Capt. | Total Insp. Col. | Total | % Global |
| AGUADILLA | 166 | 40 | 7 | 213 | 1.96% |
| AIBONITO | 105 | 29 | 5 | 139 | 1.28% |
| ARECIBO | 265 | 98 | 10 | 373 | 3.43% |
| BAYAMON | 231 | 35 | 8 | 274 | 2.52% |
| CAGUAS | 89 | 53 | 3 | 145 | 1.33% |
| CAROLINA | 190 | 50 | 2 | 242 | 2.22% |
| FAJARDO | 74 | 27 | 2 | 103 | 0.95% |
| GUAYAMA | 28 | 8 | 1 | 37 | 0.34% |
| HUMACAO | 139 | 35 | 3 | 177 | 1.63% |
| MAYAGUEZ | 154 | 26 | 6 | 186 | 1.71% |
| PONCE | 264 | 49 | 6 | 319 | 2.93% |
| SAN JUAN | 390 | 48 | 8 | 446 | 4.10% |
| UTUADO | 28 | 8 | 6 | 42 | 0.39% |
| SAOC | 37 | 5 | 4 | 46 | 0.42% |
| NPC | 136 | 49 | 1 | 186 | 1.71% |
| DOTM | 13 | 0 | 1 | 14 | 0.13% |
| NRC | 4 | 0 | 0 | 4 | 0.04% |
| SAIC | 665 | 258 | 12 | 935 | 8.59% |
| SAOE | 289 | 104 | 7 | 400 | 3.68% |
| SARP | 18 | 55 | 3 | 76 | 0.70% |
| SAEA | 120 | 31 | 3 | 154 | 1.42% |
| SASG | 26 | 4 | 0 | 30 | 0.28% |
| OCR | 87 | 31 | 9 | 127 | 1.17% |
| SAPF | 22 | 2 | 0 | 24 | 0.22% |
| **Total** | **3,540** | **1,045** | **107** | **4,692** | **43.12%** |

| Units | IGPD 2061 Equal Protection and Non-Discrimination | | | | |
|---|---|---|---|---|---|
| | Total Agts. | Total Sgt. Capt. | Total Insp. Col. | Total | % Global |
| AGUADILLA | 84 | 36 | 3 | 123 | 1.13% |
| AIBONITO | 36 | 14 | 3 | 53 | 0.49% |
| ARECIBO | 148 | 84 | 7 | 239 | 2.20% |
| BAYAMON | 109 | 22 | 6 | 137 | 1.26% |
| CAGUAS | 28 | 21 | 2 | 51 | 0.47% |
| CAROLINA | 1 | 58 | 1 | 60 | 0.55% |
| FAJARDO | 31 | 10 | 2 | 43 | 0.40% |
| GUAYAMA | 17 | 1 | 0 | 18 | 0.17% |
| HUMACAO | 0 | 12 | 3 | 15 | 0.14% |
| MAYAGUEZ | 65 | 24 | 6 | 95 | 0.87% |
| PONCE | 104 | 26 | 1 | 131 | 1.20% |
| SAN JUAN | 257 | 2 | 1 | 260 | 2.39% |
| UTUADO | 33 | 32 | 5 | 70 | 0.64% |
| SAOC | 28 | 3 | 0 | 31 | 0.28% |
| NPC | 57 | 32 | 1 | 90 | 0.83% |
| DOTM | 0 | 0 | 0 | 0 | 0.00% |
| NRC | 0 | 0 | 0 | 0 | 0.00% |
| SAIC | 263 | 153 | 6 | 422 | 3.88% |
| SAOE | 191 | 53 | 5 | 249 | 2.29% |
| SARP | 9 | 34 | 0 | 43 | 0.40% |
| SAEA | 59 | 12 | 1 | 72 | 0.66% |
| SASG | 22 | 4 | 0 | 26 | 0.24% |
| OCR | 41 | 9 | 2 | 52 | 0.48% |
| SAPF | 7 | 2 | 0 | 9 | 0.08% |
| **Total** | **1,590** | **644** | **55** | **2,289** | **21.03%** |

Updating the percentages of the implementation of the Use of Force course, it is informed that at the close of this report 94% of the population has been trained, which represents 10,282 members of the Police.

For validation of compliance, the PTMS contains the training material of the courses implemented and the Training History of the employees who satisfactorily passed it.

Regarding the training of members of the Police in the Specialized Units SWAT, TOD, SARP, Domestic Violence, Sex Crimes and Crisis Intervention Team; it is informed that the trainings are in progress and no delay is identified in their implementation. This, to comply with 100% of the population assigned to these units as of December 31, 2023.

The defined tasks with their current status are listed below. Additional future tasks to be completed are listed.

## V.    In-Service Training 40 hours per year Year 2023

### A.  Tasks defined to complete In-Service Training 40 hours per year Year 2023

| ID | Task | Responsible | Compliance Date | Status |
|---|---|---|---|---|
| a. | 42% Use of Force Training | Lt. Nilsa Morales, DSET Central Coordinator | 06/30/2023 | Completed |
| b. | 40% Training remaining<br><br>• Arrests, Searches and Seizures<br>• Community Policing<br>• Equal Protection and Non-Discrimination<br>• Equal Opportunity in Employment (Supervisors) | Lt. Nilsa Morales, DSET Central Coordinator | 09/30/2023 | Completed |
| c. | 75% All courses<br><br>• Use of Force<br>• Arrests, Searches and Seizures<br>• Community Policing<br>• Equal Protection and Non-Discrimination<br>• Equal Opportunity in Employment (Supervisors) | Lt. Nilsa Morales, DSET Central Coordinator | 12/31/2023 | Ongoing |

VI.   Compliance with the Training of Police Members in Specialized Units Year 2023

A. Tasks defined to complete the Training of Police Members in Specialized Units Year 2023

| ID | Task | Responsible | Compliance Date | Status |
|----|------|-------------|-----------------|--------|
| a. | 100% Training Specialized Units <br><br> • Special Weapons and Tactics (SWAT) <br> • Tactical Operations Division (TOD) <br> • Deputy Superintendence in Professional Liability <br> • Domestic Violence <br> • Sex Crimes <br> • Crisis Intervention Team | Lt. Nilsa Morales, DSET Central Coordinator | 12/31/2023 | Ongoing |

VII.    In-Service Training 40 hours per year Year 2024

   A. Tasks defined to complete In-Service Training 40 hours per year Year 2024

| ID | Task | Responsible | Compliance Date | Status |
|---|---|---|---|---|
| a. | 100% All courses<br><br>• Use of Force<br>• Arrests, Searches and Seizures<br>• Community Policing<br>• Equal Protection and Non-Discrimination<br>• Equal Opportunity in Employment (Supervisors) | Lt. Nilsa Morales, DSET Central Coordinator | 12/31/2024 | Future task |

## VIII. Compliance with the Training of Police Members in Specialized Units Year 2024

### A. Tasks defined to complete the Training of Police Members in Specialized Units Year 2024

| ID | Task | Responsible | Compliance Date | Status |
|----|------|-------------|-----------------|--------|
| a. | 100% Training Specialized Units <br><br> • Special Weapons and Tactics (SWAT) <br> • Tactical Operations Division (TOD) <br> • Deputy Superintendence in Professional Liability <br> • Domestic Violence <br> • Sex Crimes <br> • Crisis Intervention Team | Lt. Nilsa Morales, DSET Central Coordinator | 12/31/2024 | Future task |

## IX.    Commitment

Pursuant to paragraph 289, the Commonwealth agrees to provide the PRPB and DSET with what they need to implement the Proposed Supplemental Plan, and in their 90-day status reports on the training plan, the PRPB and DSET will indicate what resources they have requested to implement this plan and what has been provided.

### A.  General status of the DSET-1-51-019 petition dated March 20, 2023

On March 20, 2023, the Deputy Superintendence in Education and Training submitted the DSET-1-51-019 petition requesting the necessary resources for the implementation of the annual 40 hour training plan. It contained human capital, technology equipment, office equipment and necessary training equipment. To meet this request, the Department of Public Security appointed a task force that channeled the need to allocate the requested resources. Part of the exercise was to recertify the petitions as part of the transition made between Colonel Francisco Rodriguez Ortiz badge 1-8374, Lieutenant Colonel Alba I. Diaz Torres 2-18280 and the designated Deputy Commissioner of the Deputy Superintendence in Education and Training, Lieutenant Colonel Angel Viera Mendoza badge 2-15879. Effective May 23, 2023. The recertification of the requests and the efforts to raise resources for the DSET is a dynamic task in progress. To this end, the Department of Public Security recently (September 21, 2023) appointed an Executive Committee to ensure compliance with the Reform Implementation Plans. Its main duty is to ensure and/or guarantee the faithful compliance of the persons responsible under the implementation plans of the different areas of the Sustainable Reform Agreement.

#### i.  Human Capital

Requested (petition reviewed by DSET as of September 5, 2023)

| Resource Type | Quantity | Status |
|---|---|---|
| Office Systems Assistant Writing specialists | 2 Resources | Completed - Transitory appointment September 15, 2023 |
| Experts in Curriculum Review and Records | 2 Resources | Completed<br><br>Dr. Beniliz Gonzalez<br><br>Atty. Francisco Quiñones |
| Expert Lawyers in Legal Materials | 2 Resources | Completed |

| Resource Type | Quantity | Status |
|---|---|---|
| | | The Puerto Rico Police Bureau and the Department of Security made efforts to allocate existing resources to support the work. On May 8, 2023, attorneys Edgar Gonzalez, Evelyn Benvenutti, Betmar Lopez, Yassmin Gonzalez, Francisco Quiñones and Julio C. Alejandro<br><br>joined the Deputy Superintendence in Education and Training to collaborate in the following works:<br><br> o Review and update of arrest courses, equal protection and non-discrimination, equal opportunity in employment, searches and seizures. This process includes working on the syllabus, the presentation in PPT format and the Instructor's Guide.<br><br> o Creation of new course on legal aspects for SWAT, including syllabus, presentation in PPT format and Instructor's Guide.<br><br> o Offer classes on legal aspects of Domestic Violence to personnel of Specialized Units. |
| Data Entry | 1 resource | Completed - Transitory appointment September 15, 2023 |
| Psychologist specialized in Domestic Violence, Sex Crimes and Crisis Intervention | 1 resource | Completed<br><br>Dr. Carmen Acosta Sanchez<br>Dr. Maribel Bayona – hired September 18, 2023<br>Dr. Jose R. Maysonet Rivera |
| Information System Operator | 1 resource | Pedro Vazquez De Leon - transitory appointment completed Monday, October 2, 2023. |

 i. Technology Team

Requested (revised petition as of April 26, 2023)

| Resource Type | Quantity | Status |
|---|---|---|
| Computer | 316 | 85 delivered to the DSET |
| Laptop | 20 | 20 delivered to the DSET |
| Projectors | 4 | |

| Interactive Displays | 14 | Requisition #24-P-DSP-00071 was submitted and is in the process of being documented. |
| Materials and equipment necessary for the integration of the 3 buildings of the Academy to the Police Network and the integration to the existing Wired Network | - | Requisition #24-PRPB-00133 is in budget allocation for the acquisition of materials and equipment necessary for the integration of the 3 buildings of the Academy to the Police Network and the integration to the existing wired network |
| Cables HDMI | 76 | Requisition #24-P-DSP-00071 was submitted and is in the process of being documented. |
| Broadband for Police Areas | 50 megs | The increase of broadband for DSET and the training centers of the Police areas will be worked during the current fiscal year; task contained in the Information Systems Plan of the Technology Bureau. The above is found in the requisition #23P-PRPB-00113 in authorization of exceptional purchase by the General Services Administration. |
| Broadband for DSET | 200 megs | |

ii. Office Equipment

Requested

| Resource Type | Quantity | Status |
| --- | --- | --- |
| Multifunctional | 5 | The request was submitted and is in the process of purchase order with the supplier. It is informed that the Technology Department has provided 2 multifunctional devices to meet the urgent need. |
| Desks | 25 | In the process of recertification as part of the transition made between Colonel Francisco Rodriguez Ortiz badge 1-8374, Lieutenant Colonel Alba I. Diaz Torres 2-18280 and the designated |
| Computer tables | 455 | |

| | | Assistant Commissioner of the Deputy Superintendence in Education and Training, Lieutenant Colonel Angel Viera Mendoza badge 2-15879. |
|---|---|---|

iii. Training Equipment

Requested

| Resource Type | Quantity | Status |
|---|---|---|
| **Dummy weapons for training** | 100 | 94 received |
| **Training Knife** | 100 | 90 received |

**No. 2023-104 TRANSLATOR'S CERTIFICATE OF ACCURACY**

I, Mayra Cardona Durán, of legal age, single, resident of Guaynabo, Puerto Rico, Certified Interpreter of the United States Courts (Certification No. 98-020) certified by the National Association of Judiciary Interpreters and Translators (10671), holding a Master's Degree in Translation from the University of Puerto Rico, a Doctoral Degree from the University of Puerto Rico, and admitted to the Puerto Rico Bar Association (Bar No. 12390, RUA No. 11038) hereby CERTIFY: that according to the best of my knowledge and abilities, the foregoing is a true and correct rendition into English of the original Spanish text, which I have translated and it is stamped and sealed as described therein. This document is comprised of Forty-Five (45) Pages, including this certification page, and does not contain changes or erasures.

In Guaynabo, Puerto Rico today, Monday, October 2, 2023.

Lcda. Mayra Cardona, PhD
BA Comp. Lit/Fr, MA Trans, JD
United States Courts Certified Interpreter
NAJIT Certified Interpreter and Translator
3071 Alejandrino Ave. PMB 306 Guaynabo, Puerto Rico 00969-7035
Tel. (787) 530-1414
e-mail: mayra@cardona.com