IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants**. | **Civil No.** 12-2039 (FAB) |

**ORDER**

The Invoices submitted by Galoeffert, LLC, TDPetrowski, LLC, G&M Balli Services, LLC, and Del Carmen Consulting, LLC (Docket Nos. 2502, 2503, 2504, and 2505) are **NOTED and APPROVED** for payment.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, October 5, 2023.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE