# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **COMMONWEALTH OF PUERTO RICO, <u>et al.</u>**, <br><br> Defendants. | CIVIL NO.:  12-cv-02039 |

## MOTION SUBMITTING FINAL 90-DAY REPORT PURSUANT TO TRAINING PLAN

**MAY IT PLEASE THE COURT:**

   **COME NOW,** Codefendants Commonwealth of Puerto Rico and the Puerto Rico Police Department, through the undersigned attorneys, and very respectfully state and pray:

   1.   On October 3, 2023, at ECF No. 2506, and pursuant to the Training Plan, ECF No. 2341, the Commonwealth of Puerto Rico submitted its 90-day status report.

   2.   Unfortunately, the draft submitted was not the correct document.  It was not the final updated draft. The Commonwealth of Puerto Rico now respectfully submits herein the correct final report as Exhibit 1.

3. The Commonwealth notified the parties and Court Officers on October 4, 2023, as soon as it learned of the mistake, and provided then a copy of the correct document.

**WHEREFORE,** the Defendants respectfully request that this Honorable Court take notice of the above.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

In San Juan, Puerto Rico, today, October 9, 2023.

**CANCIO, NADAL & RIVERA, L.L.C.**
P.O. Box 364966
San Juan, Puerto Rico  00936-4966
403 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Tel. (787) 767-9625

**S/ RAFAEL BARRETO-SOLÁ**
USDC PR: 211801
rbarreto@cnr.law

**S/ GABRIEL A. PEÑAGARÍCANO**
USDC PR: 212911
gpenagaricano@me.com