# INVOICE



**Spece**  
1225 Juan Ponce de Leon  
San Juan, PR 00907

info@spece.com  
787-417-7300  
www.spece.com

## Office of the FPMPR LLC

**Bill to**  
Office of the FPMPR LLC

**Invoice details**  
Invoice no.: INV - 19832  
Invoice date: 11/01/2023  
Due date: 11/01/2023

| | Product or service | | Amount |
|---|---|---|---|
| 1. | **Private Office**<br>Private Office Suite - Office 15, $2,300.00, Nov 1, 2023 - Nov 30, 2023 | 1 × $2,300.00 | $2,300.00 |
| 2. | **One-off Fees**<br>Telephone Service, $60.00, Nov 1, 2023 - Nov 30, 2023 | 1 × $60.00 | $60.00 |
| 3. | **One-off Fees**<br>Garage Parking, $120.00, Nov 1, 2023 - Nov 30, 2023 | 1 × $120.00 | $120.00 |

| | |
|---|---|
| Subtotal | $2,480.00 |
| Sales tax | $99.20 |
| **Total** | **$2,579.20** |



**Spece**  
1225 Juan Ponce de Leon  
San Juan, PR 00907

info@spece.com  
787-417-7300  
www.spece.com

## Office of the FPMPR LLC

**Bill to**  
Office of the FPMPR LLC

**Invoice details**  
Invoice no.: INV - 19831  
Invoice date: 09/26/2023  
Due date: 09/30/2023

| | Product or service | | Amount |
|---|---|---|---|
| 1. | **Conference Room**  Small Conference Room, $144.00, 1 x $144.00 / day (20% discount) - Sep 20, 2023 | 1 × $144.00 | $144.00 |
| 2. | **Conference Room**  Small Conference Room, $120.00, 1 x $80.00 / hour (20% discount), 2 x $20.00 / hour (20% discount) - Sep 19, 2023 | 1 × $120.00 | $120.00 |
| 3. | **Conference Room**  XLarge Conference Room, $120.00, 3 x $40.00 / hour (20% discount) - Sep 21, 2023 | 3 × $40.00 | $120.00 |
| 4. | **Conference Room**  Small Conference Room, $144.00, 1 x $144.00 / day (20% discount) - Sep 22, 2023 | 1 × $144.00 | $144.00 |
| 5. | **Conference Room**  Small Conference Room, $20.00, 1 x $20.00 / hour (20% discount) - Sep 21, 2023 | 2 × $20.00 | $40.00 |

|  |  |
|---|---|
| Subtotal | $568.00 |
| Sales tax | $22.72 |
| **Total** | **$590.72** |