# THE & GROUP LLC.

Las Ramblas
71 Calle Montjuic
Guaynabo , PR 00969

## INVOICE

INVOICE NUMBER: 118
INVOICE DATE: SEPTEMBER 30, 2023

Federal Police Monitor

San Juan, PR

Invoice for Javier B Gonzalez Professional Services as Administrative Director

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| SEP-01-23 | Administrative Director | Coordination of Meetings, July Team Invoices follow up, Communications with the Monitor and Team Members. | 2.00 | $125.00 | $250.00 |
| SEP-01-23 | Administrative Director | Town Hall Meeting Hotel Expense (Audiovisual, Sound System, Room, Coffe Break) | | | $2,485.61 |
| SEP-01-23 | Administrative Director | Storage for boxes picked up from the court with documents from FPMPR and TCA Corp. | | | $228.43 |
| SEP-04-23 | Administrative Director | Work with Team August Invoices | 4.00 | $125.00 | $500.00 |
| SEP-05-23 | Administrative Director | Bi-weekly Meetings with USDOJ, Special Master, and PRPB, Communications with the Monitor and Team members, July Team Invoice payment follow-up. Work with August Team Invoices | 3.00 | $125.00 | $375.00 |
| SEP-06-23 | Administrative Director | Work with Team August Professional Services and Travel Expenses Invoices, Communicatons with the monitor. | 4.50 | $125.00 | $562.50 |
| SEP-07-23 | Administrative Director | Weekly executive Team Meeting, Meeting with PRPB regarding Ponce Town Hall, Communications with the Monitor and Team Members, Work with Team August Invoices. | 3.50 | $125.00 | $437.50 |
| SEP-08-23 | Administrative Director | Various communications with the Monitor, Coordination of Town Hall Meeting, Work with Administrative matters. | 3.00 | $125.00 | $375.00 |
| SEP-09-23 | Administrative Director | CIC's Central Meeting in Canovanas | 3.00 | $125.00 | $375.00 |
| SEP-11-23 | Administrative Director | Meeting with Community Organization, Visit Ponce (Town Hall Coordination), Bi-weekly Team Meeting, Invoices follow up, Communications with Team Members. | 7.00 | $125.00 | $875.00 |
| SEP-12-23 | Administrative Director | Town Hall Meeting Coordination, Work with administrative matters, Communications with the Monitor and Team Members, Review of communications. | 2.50 | $125.00 | $312.50 |
| SEP-13-23 | Administrative Director | Ponce Town Hall Meeting Coordination, Communications with the Monitor and Team Members, Coordination of Team Visit, | 2.50 | $125.00 | $312.50 |

INVOICE NUMBER: 118

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| SEP-14-23 | Administrative Director | Weekly Executive Team Meeting, Meeting with PRPB regarding Ponce Town Hall Meeting, Town hall coordination, Work with Team August 2023 Professional services invoices final review, Communications with the Monitor and Team Members. | 4.00 | $125.00 | $500.00 |
| SEP-15-23 | Administrative Director | Team Visit and Ponce Town Hall Coordination, Communications with the M monitor, review ok Team august travel invoices. | 2.00 | $125.00 | $250.00 |
| SEP-16-23 | Administrative Director | Payment of the FPMPR 2023-2024 Car "Marbete". (Toyota Highlander) | | | $185.00 |
| SEP-16-23 | Administrative Director | Payment of FPMPR Adobe Account | | | $47.98 |
| SEP-18-23 | Administrative Director | Team Visit, Police Graduation, Meetings at office, Coordination of Ponce Town hall and Team Visit. | 8.00 | $125.00 | $1,000.00 |
| SEP-19-23 | Administrative Director | Team Visit Coordination, Visit to Arecibo area, Visit to Ponce (Meeting with Community Councils). | 12.00 | $125.00 | $1,500.00 |
| SEP-20-23 | Administrative Director | Visit to SWAT, Ponce Town Hall Meeting Coordination and Meeting | 12.00 | $125.00 | $1,500.00 |
| SEP-21-23 | Administrative Director | Team Visit Coordination, Meetings at Office. | 8.00 | $125.00 | $1,000.00 |
| SEP-29-23 | Administrative Director | Work with Team August Travel Expenses Invoices. | 2.00 | $125.00 | $250.00 |
| SEP-30-23 | Administrative Director | I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0.00 | $125.00 | $0.00 |
| | | Gasoline Expense | | | $250.00 |
| | | Total amount of this invoice | | | $13,572.02 |

MESSAGE

Javier B Gonzalez September 30, 2023

# INVOICE



**Bill To**

Reunión Monitor Federal de la Policia- Javier González

(787) 473-1515

**ALOFT PONCE**

Street No 2 KM 228.9
Ponce, USA 00717
Phone: (787) 861-7080
Email: aloftponce@gmail.com
Web: www.poncealoft.com

| | |
|---|---|
| Payment terms | 14 Days |
| Invoice # | 523 Nayelie Quintana |
| Date | 09/01/2023 |

| Description | Rate | Quantity | Total |
|---|---|---|---|
| **FECHA, HORA Y SALON DEL EVENTO** <br> miércoles, 20 de septiembre del 2023 <br> 5:00pm-9:00pm <br> HR Convention Center | $0.00 | 1 | $0.00 |

 

| | | | |
|---|---|---|---|
| **Merienda / Coffee Break** <br> Incluye un servicio por persona de: <br> Dulces de repostería surtidos y Croissant con jamón de pavo y queso suizo. Estación de café y leche y agua embotellada. | $18.95 | 60 | $1,137.00 |
| **Audiovisual** <br> Pantalla, proyector, 3 micrófonos (1 de ellos con stand) y bocinas. | $400.00 | 1 | $400.00 |
| **Labor & Setup Fee** <br> Horas en el aloft salón, servicio de montaje, acomodo y limpieza del área, meseros, servicio de comida, mesas, manteles (color negro), Sillas Tiffany Blancas, Estacionamiento. | $400.00 | 1 | $400.00 |

| | | | |
|---|---|---|---|
| Cargos por Servicios / Service Charge 22% | $338.14 | 1 | $338.14 |
| NOTE | $0.00 | 1 | $0.00 |

El impuesto aplicado para la comida es la tasa reducida de 7%, la misma puede cambiar, si el gobierno así lo estipula. Uso máximo de horas de alquiler del salón son seis (6) horas, de ser el consumo menor no se otorga fracción, reducción de tarifa o créditos por el consumo de horas no utilizadas. El tiempo de preparación/ decoración deben considerarse en las horas cotizadas. Horas adicionales conllevan cargo adicional. Bebidas alcohólicas del exterior para consumo debe ser a través de descorche y conlleva cargo por bartender.  Toda bebida alcohólica de pagar impuestos (no permitida de la base). "Cash Bar" incluye solo montaje de barra con licores variados, esto significa consumo y pago individual de bebidas alcohólicas y conlleva cargo por bartender pagadero por el cliente en contrato. No se permite la entrada de comida del exterior a ninguno de nuestros salones. Esta cotización refleja solo el uso de salón, servicio de banquete mencionado.  El uso de; audiovisual completo, tarima, animador, tickets de bebidas o cualquier otro servicio conlleva cargo adicional.

No es permitido; pegar o escribir en las paredes, colgar elementos en el techo, arrastrar artículos en el piso o fuegos artificiales. Pago final debe estar cuatro (4) semanas antes de la fecha a celebrarse el evento. En caso de cancelación con lleva cargos o hasta el monto total.

Para reservar esta actividad se requiere depósito.  Métodos de pago; Cash, Money Order,  Cheque Gerencial, Mayoría de las Tarjetas de Crédito, Electronic Funds Transfer y Cheque.  Todo Cheque debe ser dirigido a JRC CONSOLIDATED INC., y entregado treinta (30) días laborales previo a la fecha del evento. Fecha sujeta a disponibilidad. Depósito inicial no es reembolsable. Al aceptar la cotización y confirmada con deposito, la cantidad de personas cotizadas será garantía del evento.

Este contrato no es transferible, ni está disponible para la venta.  No se permitirá venta de boletos a terceros, a menos, que medie algún acuerde entre las partes, cliente & Aloft Ponce. En caso de emitir alguna venta de boletos no autorizado, cobraremos el 50% del total generado y nos reservamos el derecho de cancelar el evento en nuestros facilidades, ni el reembolso del dinero invertido para estos efectos.

# Transaction Details
Card Ending - 31000

Restaurant - Restaurant

## ALOFT PONCE - EVENTOPONCE PR

# $2,485.61

Sep 1, 2023

On your statement as ALOFT PONCE - EVENTOPONCE PR



Split It

## Transaction Details



HOTEL ALOFT

STREET NO 2 KM 2289
00717
PUERTO RICO



**Southern Self Storage - Santurce**
**2 Calle Concepcion**
**San Juan, PR  00909-2508**
**(787) 339-2574**

## Payment Receipt

| | |
|---|---|
| **Date Printed** | September 1, 2023 |
| **Payment Date** | September 1, 2023 3:02 PM |
| **Unit** | 2705 |
| **Available Credit** | 0.00 |
| **Current Balance** | 0.00 |
| **Paid Thru** | September 30, 2023 |
| **Receipt Number** | 130626 |
| **By** | EC |

| | |
|---|---|
| **Tenant** | Javier Gonzalez |
| **Company** | |
| **Address** | Urb Los Ramblas  71 Calle Montjuic |
| **City, State, Zip** | Guaynabo  PR  00969 |

| Date | Unit | Description | Charge | Discount | Tax | Total | Payment | Method |
|---|---|---|---|---|---|---|---|---|
| 09/01/23 | 2705 | Rent 9/1-9/30 | 195.00 | 0.00 | 22.43 | 217.43 | 217.43 | AMEX |
| 09/01/23 | 2705 | iShield 9/1-9/30 | 11.00 | 0.00 | 0.00 | 11.00 | 11.00 | AMEX |

```
                         Taxes                              22.43
                         Payment (less tax)                206.00
                         Payment Subtotal                  228.43
                         Credits Applied                     0.00
                         Refunds Applied                     0.00
                         Total Applied to Account          228.43

                         Paid By                   AMEX *****1000
                         Paid Thru Date        September 30, 2023
                         Account Balance                     0.00
```

Transaction Type   Sale

Authorization   220323
Reference       44270755203

_____        _____
**Customer Signature          Date**              **Manager Signature           Date**

Forget about due dates and late charges by using **AutoPay.**  Each month your payment is automatically charged to your credit card on the due date.  This service is offered **FREE OF CHARGE.**  Just ask us for an AutoPay form to complete or go online at www.southernselfstoage.com sign up.

Get $25.00 credit on referrals!
  Ask your manager how and save money. Don't forget to visit us for boxes and moving supplies.  We are your one stop shop for all your moving needs.

To manage your account online visit www.southernselfstorage.com.

# Transaction Details
Card Ending - 31000

Transportation - Other Transportation

# SOUTHERN SELF STORAGSAN JUAN PR

# $228.43

Sep 1, 2023

On your statement as SOUTHERN SELF STORAGSAN JUAN PR



## Transaction Details



SOUTHERN SELF STORAGE

CALLE CONCEPCION 2 PDA 20
00909
UNITED STATES

 (787) 339-2574



# BANCO POPULAR

```
              019      Plaza Las Americas
   Date: 09/16/2023 ND Time: 12:32 pm
   Teller ID:20

Session #  27

Trans.        / Trans. Description /        Amount
Sequence        Account Number
-----------------------------------------------------
0175 ATH Withdrawal                         $185.00
       ************1628
0176 Auto License StickerPurchase           $180.00
       36233237-2024                          $5.00
     Fee
     Other
-----------------------------------------------------
       Este recibo es el comprobante de sus
    transacciones. Consérvelo para reconciliar su
     estado de cuenta o para alguna reclamación.
              ¡Gracias por permitirnos servirle!
     TeleBanco Popular 787-724-3650 ó 1-888-724-3650
                    www.popular.com
```

Universal Insurance Company™



Asociación de Suscripción Conjunta

**VER INFORMACIÓ**

Certifico que la información suministrada en e
y autorizo a suministrar esta informaci

# Transaction Details
Card Ending - 11003

Merchandise & Supplies - Mail Order

## ADOBE WEBSALES 800-833-6687

# $47.98

Sep 16, 2023

On your statement as ADOBE ACROPRO SUBS ASAN JOSE CA

**$0.48 Reward Dollars**



## Transaction Details



ADOBE WEBSALES 800-833-6687

801 N 34TH ST
SEATTLE
WA
98103
UNITED STATES

# INVOICE



**Bill To**

Reunión Monitor Federal de la Policia- Javier González
(787) 473-1515

**ALOFT PONCE**

Street No 2 KM 228.9
Ponce, USA 00717
Phone: (787) 861-7080
Email: aloftponce@gmail.com
Web: www.poncealoft.com

| | |
|---|---|
| Payment terms | 14 Days |
| Invoice # | 523 Nayelie Quintana |
| Date | 09/01/2023 |

| Description | Rate | Quantity | Total |
|---|---|---|---|
| **FECHA, HORA Y SALON DEL EVENTO** | $0.00 | 1 | $0.00 |

miércoles, 20 de septiembre del 2023
5:00pm-9:00pm
HR Convention Center

 

| | | | |
|---|---|---|---|
| **Merienda / Coffee Break** | $18.95 | 60 | $1,137.00 |

Incluye un servicio por persona de:
Dulces de repostería surtidos y Croissant con jamón de pavo y queso suizo. Estación de café y leche y agua embotellada.

| | | | |
|---|---|---|---|
| **Audiovisual** | $400.00 | 1 | $400.00 |

Pantalla, proyector, 3 micrófonos (1 de ellos con stand) y bocinas.

| | | | |
|---|---|---|---|
| **Labor & Setup Fee** | $400.00 | 1 | $400.00 |

Horas en el aloft salón, servicio de montaje, acomodo y limpieza del área, meseros, servicio de comida, mesas, manteles (color negro), Sillas Tiffany Blancas, Estacionamiento.

| | | | |
|---|---:|---:|---:|
| Cargos por Servicios / Service Charge 22% | $338.14 | 1 | $338.14 |
| NOTE | $0.00 | 1 | $0.00 |

El impuesto aplicado para la comida es la tasa reducida de 7%, la misma puede cambiar, si el gobierno así lo estipula. Uso máximo de horas de alquiler del salón son seis (6) horas, de ser el consumo menor no se otorga fracción, reducción de tarifa o créditos por el consumo de horas no utilizadas. El tiempo de preparación/ decoración deben considerarse en las horas cotizadas. Horas adicionales conllevan cargo adicional. Bebidas alcohólicas del exterior para consumo debe ser a través de descorche y conlleva cargo por bartender.  Toda bebida alcohólica de pagar impuestos (no permitida de la base). "Cash Bar" incluye solo montaje de barra con licores variados, esto significa consumo y pago individual de bebidas alcohólicas y conlleva cargo por bartender pagadero por el cliente en contrato. No se permite la entrada de comida del exterior a ninguno de nuestros salones. Esta cotización refleja solo el uso de salón, servicio de banquete mencionado.  El uso de; audiovisual completo, tarima, animador, tickets de bebidas o cualquier otro servicio conlleva cargo adicional.

No es permitido; pegar o escribir en las paredes, colgar elementos en el techo, arrastrar artículos en el piso o fuegos artificiales. Pago final debe estar cuatro (4) semanas antes de la fecha a celebrarse el evento. En caso de cancelación con lleva cargos o hasta el monto total.

Para reservar esta actividad se requiere depósito.  Métodos de pago; Cash, Money Order,  Cheque Gerencial, Mayoría de las Tarjetas de Crédito, Electronic Funds Transfer y Cheque.  Todo Cheque debe ser dirigido a JRC CONSOLIDATED INC., y entregado treinta (30) días laborales previo a la fecha del evento. Fecha sujeta a disponibilidad. Depósito inicial no es reembolsable. Al aceptar la cotización y confirmada con deposito, la cantidad de personas cotizadas será garantía del evento.

Este contrato no es transferible, ni está disponible para la venta.  No se permitirá venta de boletos a terceros, a menos, que medie algún acuerde entre las partes, cliente & Aloft Ponce. En caso de emitir alguna venta de boletos no autorizado, cobraremos el 50% del total generado y nos reservamos el derecho de cancelar el evento en nuestros facilidades, ni el reembolso del dinero invertido para estos efectos.

| | |
|---|---:|
| **Subtotal** | $2,275.14 |
| City Tax (1%) | $22.75 |
| State Tax (10.5%) | $119.50 |
| Reduce State Tax (6%) | $68.22 |
| **Total** | **$2,485.61** |

**Payment Summary**

| | |
|---|---:|
| 09/01/2023 - Credit Card | $2,485.61 |
| **Paid Total** | **$2,485.61** |
| **Remaining Amount** | **$0.00** |

**Notes:**

Nayelie T. Quintana Martorony
Sales & Events Coordinator
Marketing Department
Aloft Ponce
1925 Ponce By Pass
Ponce PR 00717
Carr. 2 Km.228.9
Ponce, Puerto Rico 00716

787 861 7080 ext. 0117 M. 787 903 7917
Web: alofthotels.com

By signing this document, the customer agrees to the services and conditions outlined in this document.

_____  _____
Aloft Ponce-Departamento de Eventos     Reunión Monitor Federal de la Policia- Javier González