

# Invoice

**Altai Atlantic Consulting LLC**
828 Snowden Hallowell Way, Alexandria VA 22314

**Date:** 10/01/23
**Invoice #:** 01-045

**To:** Office of the Federal Police Monitor of Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
Tel. 787-417-9098

| Fee Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|
| **Total Fees Payable For Services Rendered by Dr. David Levy** | 60.0 | 165 | **$9,900.00** |

## Work Performed in the Continental United States

| Date | Activity Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 9/1/23 | Develop new data request & box items for internal investigation interviews | 2.0 | 165 | $330.00 |
| 9/2/23 | Updated English and Spanish data worksheets with new itesm | 2.0 | 165 | $330.00 |
| 9/2/23 | Misc. data support for CMR-9, e.g. adding box links to templates | 3.5 | 165 | $577.50 |
| 9/6/23 | Call with monitor Youngs re: CMR-9 draft | 1.0 | 165 | $165.00 |
| 9/6/23 | CMR-9 Data Request 3.1 | 2.0 | 165 | $330.00 |
| 9/7/23 | Communication re: CMR-9 3.1 data request and SARP interviews. | 1.5 | 165 | $247.50 |
| 9/11/23 | Data production calls with PRPB | 1.5 | 165 | $247.50 |
| 9/12/23 | CMR-9 Data Request 3.1 Revision | 1.5 | 165 | $247.50 |
| 9/14/23 | Call with monitor Rodriguez re: CMR-9 drafts | 0.5 | 165 | $82.50 |
| 9/16/23 | Review of CMR-9 Supervision and Professionalization drafts | 2.5 | 165 | $412.50 |
| 9/18/23 | Sept. Site visit: Meetings at PRPB HQ and support for CMR-9 drafts | 8.0 | 165 | $1,320.00 |
| 9/19/23 | Sept. Site visit: Arecibo site visit and support for CMR-9 drafts | 8.0 | 165 | $1,320.00 |
| 9/20/23 | Sept. Site visit: Ponce community meeting and misc. data tasks | 8.0 | 165 | $1,320.00 |
| 9/21/23 | Sept. Site visit: support for CMR-9 drafts and misc. data tasks | 8.0 | 165 | $1,320.00 |
| 9/22/23 | Sept. Site visit: suppoft for Supervision/Professionalization & travel invoice | 6.0 | 165 | $990.00 |
| 9/25/23 | Biweekly team meeting & monthly check in with Chief Monitor Romero | 0.5 | 165 | $82.50 |
| 9/27/23 | Monthly check in calls with Monitor Watkins | 1.0 | 165 | $165.00 |
| 9/29/23 | Review of PRPB data provision for methodology appendix in CMR-9 | 2.0 | 165 | $330.00 |
| 9/30/23 | End of month administrative tasks | 0.5 | 165 | $82.50 |
|  |  |  | 165 | $0.00 |
|  |  |  | 165 | $0.00 |

|  |  |  | 165 | $0.00 |
|---|---|---|---|---|
|  |  |  | 165 | $0.00 |
|  |  |  | 165 | $0.00 |
|  |  |  | 165 | $0.00 |
|  |  |  | 165 | $0.00 |
| Total |  | 60.0 |  | $9,900.00 |

**Total Fee Payable**   $9,900.00

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

10/01/23

**Dr. David Levy**   **Date**