# INVOICE

| | | |
|---|---|---|
| **DATE** | **INVOICE NO** | **Denise Rodriguez** |
| 10/1/2023 | #036 | 3003 San Sebastian St. |
| | | Mission, TX 78572 |
| | | drodriguez_PRI@outlook.com |

**INVOICE TO**
Puerto Rico Chief Federal Monitor

**INVOICE PERIOD**
September 1 - 30, 2023

**DUTIES AND RESPONSIBILITIES**                                                                                    **TOTAL DUE $15,833.33**

- Conducted monthly one-on-one meetings with subject matter experts
- Coordinated and conducted weekly Monitoring Executive Team meetings
- Coordinated and conducted biweekly meetings with the Parties
- Conducted biweekly meetings with Research Analyst
- Reviewed and approved the review of several policies submitted to the Monitor's Office by PRPB as per Paragraph 229 of the Agreement
- Worked with the Research Analyst to finalize the schedule for the September site visit
- Worked with Administrative Director and Associate Monitor to plan for upcoming community meeting
- Participated in various meetings with the Parties to discuss PRPB's work with AHDatalytics
- Coordinated and oversaw the submission and receipt of various data requests for CMR- 9
- Participated in the September 253 Meeting with the Parties
- Participated in site visit on September 17-22 to include a field visit to Arecibo.
- Worked with team members to develop and provide feedback on compliance/implementation trackers
- Reviewed status report of the Training Implementation Plan
- Reviewed status report of the Paragraph 13/Staffing Implementation Plan
- Reviewed the CMR-9 Commonwealth Status Report
- Drafted and distributed the CMR-9 internal timeline
- Reviewed and approved the FPM Community Townhall flyer and posted to website, social media.
- Participated in discussions with team re internal investigations data requests and methodology
- Reviewed initial drafts of all sections for CMR-9
- Participated in discussions about the Equitable Sharing Program Compliance Status with Parties
- Participated in discussions with PRPB about the final data request for CMR-9
- Participated in discussion with Parties to discuss response to Order 2467.

Flat Rate Total Wages*                                                                                                   $15,833.33
  -   *Travel was submitted under invoice no. 036.1*
**Total Due**                                                                                                              **$ 15,833.33**

*The total amount is a flat rate. The total monthly is $15,833.33 for an annualized amount of $190,000.00

*[signature: Denise Rodz]*

**Denise Rodriguez, Chief Deputy Monitor**                                                          September 30, 2023
                                                                                                                              Date

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.