# VIOTA & ASSOCIATES CPA LLC

B5 CALLE TABONUCO, SUITE 216
PMB 292
GUAYNABO, PR 00968-3029

## Invoice

INVOICE NUMBER: 20201548
DATE: SEPTEMBER 29, 2023

PUERTO RICO POLICE REFORM

| DATE | PROJECT | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: CONSULTING FEES | | | |
| SEP-06-23 | CONSULTING FEES | Reconciliation 08.31.2023 | 0.25 | $125.00 | $31.25 |
| SEP-08-23 | CONSULTING FEES | ACH VENDOR TRANSACTIONS - TRAVEL EXPENSES JUNE 2023 | 0.50 | $125.00 | $62.50 |
| SEP-08-23 | CONSULTING FEES | Accounting for income tax return 06.30.2023 | 3.00 | $125.00 | $375.00 |
| SEP-13-23 | CONSULTING FEES | ACH Vendor payments for JULY Services and Luis Hidalgo check | 1.00 | $125.00 | $125.00 |
| SEP-14-23 | CONSULTING FEES | 2nd - ACH Vendor payments for July invoices Professional Services withholding deposit | 0.50 | $125.00 | $62.50 |
| SEP-14-23 | CONSULTING FEES | SEND EMAIL TO JAVIER GONZALEZ RE: BPPR INVOICE 11/2022 PENDING FOR PAYMENT | 0.25 | $125.00 | $31.25 |
| SEP-19-23 | CONSULTING FEES | ACH TRANSACTIONS FOR TRAVEL EXPENSES - JULY 2023 | 0.50 | $125.00 | $62.50 |
| SEP-20-23 | CONSULTING FEES | Download invoices to Dropbox | 0.75 | $125.00 | $93.75 |
| SEP-22-23 | CONSULTING FEES | Review Invoices 8/31, calculated withholdings, invoices in Excel and Sage, Enter September payments to Sage | 4.00 | $125.00 | $500.00 |
| SEP-22-23 | CONSULTING FEES | Accounting for income tax return 06.30.2023 | 1.00 | $125.00 | $125.00 |
| SEP-22-23 | CONSULTING FEES | ACH Vendor payments for AUGUST Services and Luis Hidalgo check | 1.00 | $125.00 | $125.00 |
| SEP-25-23 | CONSULTING FEES | Enter September payment to Sage, Posted PS in PR Pay | 1.50 | $125.00 | $187.50 |
| SEP-25-23 | CONSULTING FEES | 2nd - ACH Vendor payments for August invoices Professional Services withholding deposit | 0.50 | $125.00 | $62.50 |
| SEP-25-23 | CONSULTING FEES | PREPARE CHECK PAYABLE TO BPPR SEND BY USPS - CERTIFIED MAIL | 0.50 | $125.00 | $62.50 |
| SEP-26-23 | CONSULTING FEES | Posted PS in PR Pay | 0.75 | $125.00 | $93.75 |

Invoice Number: 20201548

| DATE | PROJECT | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| SEP-26-23 | CONSULTING FEES | USPS - CERTIFIED MAIL CHECK PAYABLE TO BPPR CERT MAIL #7021 1970 0000 4630 8435 | 1.00 | $8.56 | $8.56 |
| | | TOTAL: CONSULTING FEES | | | $2,008.56 |
| | | Total hours for this invoice | 16.00 | | |
| | | Total before tax | | | $2,008.56 |
| | | PR SALES TAX (IVU) | | | $0.00 |
| | | Total amount of this invoice | | | $2,008.56 |