| Name: | Donald S. Gosselin, d/b/a Gosselin Int'l Associates, a division of MBG North Corp | | | #1182 |
|---|---|---|---|---|
| Invoice Date | 9/30/23 | | | |
| Invoice Period | 1 SEP 2023 - 30 SEP 2023 | | | |

| Date | Task(s) | Rate | Hours | Total Amount |
|---|---|---|---|---|
| 09/02/23 | Read/Analyze SARP Cases, Comms with Team | $ 165.00 | 2.75 | $ 453.75 |
| 09/03/23 | Read/Analyze SARP Cases, Comms with Team | $ 165.00 | 3.5 | $ 577.50 |
| 09/06/23 | Read/Analyze SARP Cases | $ 165.00 | 5 | $ 825.00 |
| 09/07/23 | Telcon Monitor | $ 165.00 | 1.5 | $ 247.50 |
| 09/11/23 | Comms with Team | $ 165.00 | 2.5 | $ 412.50 |
| 09/12/23 | Read/Analyze SARP Cases | $ 165.00 | 2.25 | $ 371.25 |
| 09/18/23 | Field Work - SJU | $ 165.00 | 8 | $ 1,320.00 |
| 09/19/23 | Field Work - SJU | $ 165.00 | 8 | $ 1,320.00 |
| 09/20/23 | Field Work - SJU | $ 165.00 | 8 | $ 1,320.00 |
| 09/21/23 | Field Work - SJU | $ 165.00 | 8 | $ 1,320.00 |
| 09/22/23 | Read/Analyze SARP Cases | $ 165.00 | 3 | $ 495.00 |
| 09/27/23 | Read/Analyze SARP Cases | $ 165.00 | 4.5 | $ 742.50 |
| 09/29/23 | Read/Analyze SARP Cases | $ 165.00 | 3 | $ 495.00 |
| | | $ 165.00 | 0 | $ - |
| | | $ 165.00 | 0 | $ - |
| | | $ 165.00 | 0 | $ - |
| | | $ 165.00 | 0 | $ - |
| | | $ 165.00 | 0 | $ - |
| | | $ 165.00 | 0 | $ - |
| | | $ 165.00 | 0 | $ - |
| **TOTAL Labor** | | | **60.00** | **$ 9,900.00** |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

**Signature:** [signature]

**Date:** 9/30/23

**Commo and Coordination** consists of all writings and digital comms to/from Monitors, PRPB, USDOJ; Review compliance targets, document and data requests, logistics; scheduling, on-site planning & coordination, database development

**Data/Policy Analysis, Writing** Data concerns CMR-8, Draft/review data requests, review special case, reporting on interviews, due process for promo candidates.

**Field Work:** Research conducted in situ (SJU)

**Review Investigations:** Page by page analysis of SARP investigations conducted (Phase I and Adjudicated Phase II)