

**Al Youngs**
**5552 West Lakeridge Rd**
**Lakewood, CO 80227**

September 1 - September 30, 2023
Invoice No. 51
Member of Federal Monitor Team

| Date | Brief Description | Total Hours |
|---|---|---|
| | Reviewed and responded to emails and conference calls for the month of September. | |
| 9/3<br>9/4<br>9/7<br>9/9<br>9/10<br>9/11<br>9/18<br>9/19<br>9/25<br>9/29<br>9/30 | From Members of the Monitor Team. | 6.0 Hours |
| | | |
| 9/4<br>9/5<br>9/14<br>9/15<br>9/25<br>9/26<br>9/29 | Several meetings and phone calls with Monitor and Deputy Monitor. | 3.0 Hours |
| | | |
| | During site visit to Puerto Rico | |
| 9/21 | Meeting with SAOC Colonel Caseres. Discussed patrol supervision strategies and plans | |

| Date | Description | Hours |
|---|---|---|
| 9/21 | Meeting with SARP Colonel. Discussed SARP/Reform progress and yearly report. Discussed EIS related to SARP | |
| 9/21 | Meeting with HR Director: Discussed transfer policy. | |
| 9/21 | Promotional candidate interviews. Interviewed random sample of promotional candidates. | |
| 9/22 | Promotional candidate interviews. Interviewed random sample of promotional candidates. | |
| | | 17.0 Hours |
| | | |
| 9/6 | Reviewed Supervisor status report | 1.0 Hours |
| 9/8 | Reviewed data report requests with David Levy. | 1.0 Hours |
| 9/15 | Reviewed CMR 8 Supervision & Administration rework | 5.0 Hours |
| 9/17 | Reviewed audits from SARP | 5.0 Hours |
| 9/17 | Reviewed CMR-7 Professionalization and rework | 5.0 Hours |
| 9/24 | Reviewed ACT 65. | 2.0 Hours |
| 9/24 | Reviewed CMR 8 Recruitment, Hiring and Selection | 2.0 Hours |
| 9/25 | Reviewed Draft of Integrity Audit Policy and Procedure | 3.0 Hours |
| 9/27 | Reviewed protocol memorandum reference Command level promotions. | 2.0 Hours |
| 9/28 | Additional review of personnel evaluations completed by Supervisors of their subordinates, reviewed pro media materials and 0G 310 | 2.0 Hours |
| 9/28 | Reviewed materials reference promotion to Captain | 2.0 Hours |
| 9/29 | Reviewed list of promotions, Inspectors to Lt. Colonels and Lt. Colonels to Colonels | 2.0 Hours |
| 9/30 | Re-reviewed PARA 13 | 2.0 Hours |

**TOTAL HOURS:**          **60.0**

Billable Hours: 60 Hours at a Rate of $165.00 Per Hour =          $9,900.00

**TOTAL:**          **$9,900.00**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_____
Signature

_____
9/30/23
**Date**