# Rafael Ruiz Consulting

12 Crestshire Dr.
Lawrence, MA 01843

PHONE: 6177599156    stodgo1971@yahoo.com    12 Crestshire Dr.

## INVOICE

INVOICE NUMBER: 2023-09
INVOICE DATE: 9/30/2023

Federal Police Monitor for PR
VIG Tower, PH-924
1225 Ponce De Leon Ave.
San Juan, PR 00907

RAFAEL E. RUIZ CONSULTING

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
|  |  | PROJECT: FPM work from Home |  |  |  |
| 9/4/2023 | FPM work from Home | Re-review S&S Implementation Plan | 1.00 | $165.00 | $165.00 |
| 9/5/2023 | FPM work from Home | Work on CMR-09 Midterm Draft | 2.75 | $165.00 | $453.75 |
| 9/6/2023 | FPM work from Home | Work on CMR-09 Midterm Draf | 5.00 | $165.00 | $825.00 |
| 9/7/2023 | FPM work from Home | Work on CMR-09 Midterm Draf; Review PPR-621.6; FPM Team Zoom biweekly meeting | 6.00 | $165.00 | $990.00 |
| 9/13/2023 | FPM work from Home | Work on CMR-09 Midterm Draf | 3.00 | $165.00 | $495.00 |
| 9/14/2023 | FPM work from Home | Work on CMR-09 Midterm Draf | 1.25 | $165.00 | $206.25 |
| 9/15/2023 | FPM work from Home | Work on CMR-09 Midterm Draf | 8.00 | $165.00 | $1,320.00 |
| 9/16/2023 | FPM work from Home | Work on CMR-09 Midterm Draf | 2.50 | $165.00 | $412.50 |
| 9/25/2023 | FPM work from Home | FPM Team Zoom Meeting | 0.50 | $165.00 | $82.50 |
| 9/27/2023 | FPM work from Home | Zoom meeting with PRPB Reform Office, re midterm S&S and Arrest reports issues | 1.00 | $165.00 | $165.00 |
|  |  | TOTAL: FPM work from Home |  |  | $5,115.00 |
|  |  | PROJECT: FPM work from PR (Site Visits) |  |  |  |
| 9/18/2023 | FPM work from PR (Site Visits) | Site visit to PR: Interviews, IT Module Presentations | 8.00 | $165.00 | $1,320.00 |
| 9/19/2023 | FPM work from PR (Site Visits) | Prep Midterm Policies and Procedures Draft (worked evening from hotel in San Juan) | 3.50 | $165.00 | $577.50 |
| 9/19/2023 | FPM work from PR (Site Visits) | Site visit to PR: Interviews, System Inspections | 8.00 | $165.00 | $1,320.00 |
| 9/20/2023 | FPM work from PR (Site Visits) | Site visit to PR: Interviews, system inspections | 8.00 | $165.00 | $1,320.00 |
| 9/21/2023 | FPM work from PR (Site Visits) | Site visit to PR: Interviews, systems inspections | 4.00 | $165.00 | $660.00 |

INVOICE NUMBER: 2023-09

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
|      |         | TOTAL: FPM work from PR (Site Visits) |       |      | $5,197.50 |
|      |         | Total hours for this invoice | 62.50 |      |          |

| INVOICE BALANCE INFORMATION | |
|---|---|
| Total amount of this invoice | $10,312.50 |
| Current invoice balance | $10,312.50 |

**AMOUNT DUE ON THIS INVOICE: $10,312.50**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of the hours worked in my capacity as a member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Rafael E. Ruiz

Date: September 30, 2023