| | | | | |
|---|---|---|---|---|
| **Name:** | Scott Cragg | | | |
| **Invoice Date:** | 9/30/23 | | | |
| **Invoice Period** | September 1 - 30, 2023 | | | |

| Date | Task(s) | Rate | Total Hours | Total Amount |
|---|---|---|---|---|
| 9/2/23 | Continue review of PMO CONOPS, RMS Acquisition Plan, Markup and map tasks for | $165.00 | 5 | $825.00 |
| 9/3/23 | Continue review of PMO CONOPS, RMS Acquisition Plan, Markup and map tasks for | $165.00 | 3.25 | $536.25 |
| 9/6/23 | Review of R. Castiglia RMS workshop Non Functional technical requirements materials | $165.00 | 0.75 | $123.75 |
| 9/7/23 | Attend Gartner mtg with PRPB on RMS | $165.00 | 1.5 | $247.50 |
| 9/8/23 | Gartner RMS RFP Workshop attendance | $165.00 | 0.5 | $82.50 |
| 9/10/23 | Review of Monitors Office Artifact recovery with Inigo and make recommendations, Clear emails. As provided by US DOJ review | $165.00 | 2.25 | $371.25 |
| 9/11/23 | Monitors Bi-Weekly Staff call, Monthly progress review with Deputy Monitor, Clearing Gartner and PRPB coordination | $165.00 | 4.25 | $701.25 |
| 9/12/23 | Gartner RMS Functional Requirements review, follow-up review of artifact recovery | $165.00 | 1.5 | $247.50 |
| 9/13/23 | PRPB RMS Technical Requirements Review, | $165.00 | 2 | $330.00 |
| 9/14/23 | Weekly Gartner project status review with the Commonwealth, status Monitor on | $165.00 | 0.75 | $123.75 |
| 9/15/23 | Schedule replanning for Court Status Conference, clearing Monitors emails, | $165.00 | 1.25 | $206.25 |
| 9/17/23 | Review of 253 Notes, Map and Schedule 2024 site visits, clear emails from PRPB & | $165.00 | 2.5 | $412.50 |
| 9/18/23 | On-Site | $165.00 | 8 | $1,320.00 |
| 9/19/23 | On-Site | $165.00 | 8 | $1,320.00 |
| 9/20/23 | On-Site | $165.00 | 8 | $1,320.00 |
| 9/21/23 | Clear and coordinate Gartner and PRPB emails concerning RMS demonstration | $165.00 | 0.5 | $82.50 |
| 9/22/23 | Touchpoint mtg with Gartner Project administrator - review missed progress | $165.00 | 0.25 | $41.25 |
| 9/25/23 | Monitors Bi-Weekly Status review, prepare and submit on-site travel expense Invoice | $165.00 | 1.25 | $206.25 |
| 9/26/23 | Attend 253 - debrief Gartner Project status, check-in with Gartner PM to review status, concerns, action items, clear numerous | $165.00 | 3.25 | $536.25 |
| 9/27/23 | Attend Gartner/PRPB Use Case Review | $165.00 | 1.5 | $247.50 |
| 9/28/23 | Attend Gartner review with the Commonwealth (Art Garffer) to review status, issues and risk to PMO and RMS initiatives.  Attend Weekly PMO and RMS Status Check in between Gartner and PRPB, | $165.00 | 4.75 | $783.75 |
| 9/29/23 | Attend Commonwealths IT Executive Committee Meeting, review concerns with | $165.00 | 2.5 | $412.50 |

| | | | | |
|---|---|---|---|---|
| | coordination, Commonwealth Procurement rules, Interfaces, Monitors Office on Interview rates, Review GO 403, prepare recommendation and forward to monitor | | | |
| 9/30/23 | for release. Review Gartner Contract and | $165.00 | 5.25 | $866.25 |
| **TOTAL Labor** | | | **68.75** | **$11,343.75** |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual

**Signature:**  [signature]                **Date:**   9/30/23