| **Name:** | Rita J. Watkins |
|---|---|
| **Invoice Date:** | 9/30/2023 |
| **Invoice Period:** | September 1 - 30, 2023 |

| Date | Task(s) | Rate | Total Hours | Total Amount |
|---|---|---|---|---|
| 9/3/2023 | Telecons and emails from monitors and parties | $160.00 | 0.5 | $ 80.00 |
| 9/4/2023 | Telecons and emails from monitors and parties/DV & SA Plan review | $160.00 | 2 | $ 320.00 |
| 9/6/2023 | Sustainablity review with monitors emails and responses | $160.00 | 2 | $ 320.00 |
| 9/7/2023 | Meeting with monitors on data worksheets | $160.00 | 1 | $ 160.00 |
| 9/8/2023 | CMR-9 Data analysis and writing | $160.00 | 2 | $ 320.00 |
| 9/11/2023 | Team Meeting | $160.00 | 1 | $ 160.00 |
| 9/12/2023 | Re-review PPR621.1/CMR-9 Data analysis and writing | $160.00 | 3 | $ 480.00 |
| 9/13/2023 | CMR-9 Data analysis and writing | $160.00 | 4 | $ 640.00 |
| 9/14/2023 | CMR-9 Data analysis and writing/organized SA&DV worksheet | $160.00 | 7 | $ 1,120.00 |
| 9/15/2023 | Final review PPR621.1/CMR-9 Data analysis and writing | $160.00 | 10.5 | $ 1,680.00 |
| 9/16/2023 | CMR-9 Data analysis and writing | $160.00 | 12.5 | $ 2,000.00 |
| 9/17/2023 | CMR-9 Data analysis and writing | $160.00 | 2.5 | $ 400.00 |
| 9/19/2023 | Review and comments on training plan status report | $160.00 | 2.5 | $ 400.00 |
| 9/24/2023 | CMR-9 Data (SA) analysis | $160.00 | 3 | $ 480.00 |
| 9/25/2023 | Team Meeting | $160.00 | 0.5 | $ 80.00 |
| 9/26/2023 | SAEA Meeting (virtual) training plan update | $160.00 | 1.5 | $ 240.00 |
| 9/26/2023 | FTO Commander Meeting/Program update | $160.00 | 1.5 | $ 240.00 |
| 9/28/2023 | SA&DV data analysis | $160.00 | 2 | $ 320.00 |
| | | $160.00 | | $ - |
| | | $160.00 | | $ - |
| | | $160.00 | | $ - |
| | | $160.00 | | $ - |
| | | $160.00 | | $ - |
| | | $160.00 | | $ - |
| | | $160.00 | | $ - |
| | | $160.00 | | $ - |
| | | $160.00 | | $ - |
| | | $160.00 | | $ - |
| | | $160.00 | | $ - |
| **TOTAL** | | | 59 | $ 9,440.00 |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Signature: *Rita J. Watkins*      Date:    9/30/2023