

# INVOICE

22 Chalets de Santa Maria
San Juan, P.R. 00927
(787) 940-3090

DATE: 9/30/2023
INVOICE #: 202309
FOR: FPMPR/TCA

BILL TO: Office of the FPMPR, LLC
1225 Ponce de Leon Avenue
San Juan, P.R. 00907

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Zoom calls/Team meetings: 09/11/2023; 09/25/23 | 1.25 | $160.00 | $200.00 |
| emails-texts/phone calls: Denise, Follow up CIC interviews texts sent to L.Plaud, Hector Varada; Luis Hidalgo, PRPB,ClaudiaP/c:Leonardo Colon Hospital Pavia alliance verif. Claudia, Sam, Steph., Denise, PRPB Cmdr. Habib | 2.00 | $160.00 | $320.00 |
| 09/04/2023: CMR9 notes review for rough draft | 0.75 | $160.00 | $120.00 |
| 09/05/2023: Partial Intro./doc review: CIC Policies, monthly meetings, interviews to date+notes | 3.50 | $160.00 | $560.00 |
| 09/06/2023: Box review pars. 209, 212, 214 uploads for assessmt. Compl. Partial rough draft. | 6.25 | $160.00 | $1,000.00 |
| 09/07/2023: Towhall meeting planning:PRPB/FPMPR & Ponce area Command | 1.75 | $160.00 | $280.00 |
| 09/08/2023: Addtl. controls Nos. reviewed . 2023-391, 2023-392, 2023-407, 2023-410, 2023-419, 2023-436, 2023-442, 2023-454 + notes | 4.00 | $160.00 | $640.00 |
| 9/9/2023: Comm. Pol. System: S.A.R.A. Model reports (completed, initial, in-progress for July-Sept)., police zones review | 3.25 | $160.00 | $520.00 |
| 09/10/2023: Pars. 205, 206-207 partial intro. SARA notes - rough draft | 4.00 | $160.00 | $640.00 |
| 09/11/2023: Par.205 assessment draft, 207 compl.targets reviewed within com.pol.system & listings | 2.25 | $160.00 | $360.00 |
| 09/12/2023: PRPB System Review:Outreach-superintend./Prevn./ori./ed.; outreach. p/pol. areas/Prog. & units; control nos act.: 6118, 6151, 6308, 6572, 6916, 7129, 7105, 7571, 7683, 7897, 7954, Par. 206 asses. & path. rough draft. | 7.00 | $160.00 | $1,120.00 |
| 09/13/2023: Par. 207 alliaces reports (assesmt. Compliance) Elect. Syst. Control Nos. 205, 213, 217, 220, 227, 231, 233, 237, 243, 245, 246, 253 asses. & path. rough draft. | 6.00 | $160.00 | $960.00 |
| 09/14/2023: CIC Header narative Pars. 211-12, Box rev./Public Info. draft | 4.50 | $160.00 | $720.00 |
| 09/15/2023: Community dashboards/PRPB web/Virtual library (calendars, policies, reports) Pars. 213-215 assessment notes for draft | 2.50 | $160.00 | $400.00 |
| 09/17/2023: crime starts reports cont./Par. 216 & final draft | 2.25 | $160.00 | $360.00 |
| 09/18/2023: PRPB meeting/demo/Interviews | 5.00 | $160.00 | $800.00 |
| 09/19/2023: PRPB Interviews | 6.75 | $160.00 | $1,080.00 |
| 09/20/2023: CIC Interviews & Townhall meeting Ponce | 8.00 | $160.00 | $1,280.00 |
| 09/21/2023: PRPB Interviews | 6.25 | $160.00 | $1,000.00 |
| 09/28/2023:PRPB Meeting request: Reform Office Team, John & Project manager meeting | 2.00 | $160.00 | $320.00 |
| Sum | 79.25 | | $12,680.00 |
| | | | $ - |
| | | TOTAL | $12,680.00 |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities, or agencies.

Merangelie Serrano-Rios