

**Samantha Rhinerson**
550 Amsonia Circle
Guyton, GA 31312
srhinerson99@outlook.com | 256-431-5324

| BILL TO | INVOICE # | DATE | DUE |
|---|---|---|---|
| Puerto Rico Chief Federal Monitor | 2023-09 | 9/30/2023 | 10/31/2023 |

| Date | Description | Hours | Rate | TOTAL |
|---|---|---|---|---|
| 09/01/2023 | 1.0 hour of meeting with Denise | 1.00 | $100.00 | $100.00 |
| 09/26/2023 | 1.0 hour of CMR-9 interview completion rate compilation | 1.00 | $100.00 | $100.00 |
| 09/27/2023 | 1.0 hour of policy review facilitation | 1.00 | $100.00 | $100.00 |
| 09/28/2023 | 1.0 hour of meeting with Denise and data request review | 1.00 | $100.00 | $100.00 |
| 09/29/2023 | 1.0 hour of interview data requests and policy review facilitation | 1.00 | $100.00 | $100.00 |
| 09/30/2023 | 1.0 hour of policy review facilitation and 253 Meeting Planning | 1.00 | $100.00 | $100.00 |

**TOTAL**  $600.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

