**Office of the FPMPR LLC**

**VIG Tower, PH – 924**

**1225 Ave. Juan Ponce de León**

**San Juan, PR 00907**

**Name:** Claudia Cámara-León **Supervisor:** Javier Gonzales, Esq.

## Work Timesheet (September 2023)

| Date | Task | Total Hours |
|---|---|---|
| September 1, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| September 4, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| September 5, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| September 6, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| September 7, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| September 8, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| September 11, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |

| | | |
|---|---|---|
| September 12, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| September 13, 2023 | Received a work call from the monitor Alan Youngs, worked on some documents and forwarded them to the team. | 1.0 |
| September 14, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| September 15, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| September 18, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. Assisted the monitoring team during their visit. | 8.0 |
| September 19, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. Assisted the monitoring team during their visit. | 8.0 |
| September 20, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. Assisted the monitoring team during their visit. And worked in the Community Town Hall meeting. | 12.0 |
| September 21, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. Assisted the monitoring team during their visit. | 8.0 |

| Date | Description | Hours |
|---|---|---|
| September 22, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. Assisted the monitoring team during their visit. | 8.0 |
| September 25, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| September 26, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| September 27, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| September 28, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| September 29, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |

**Total, 150 hours for $20 = $3,000**

I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

Signature,
Claudia S. Cámara León

_____