# Manuel A. Arroyo Rivera

P.o Box 8925 Santurce Puerto Rico 00910    Cel 787-364-8925

Email marroyorivera20@gmail.com

Invoice  Month september  2023                                                                                           Invoice #035

Federal Police Monitor   San Juan, PR

| Date | description | Hour | Rate | Amount |
|---|---|---|---|---|
| September- 1-2023 | Process the official vehicle license at the Cesco offices | 2 | $25 | $50 |
| September-2-2023 | take vehicle to be inspected to obtain certification | 2 | $25 | $50 |
| september-4-2023 | Have material made for Town Hall in Ponce and pick up materials at the office, to go to Ponce to deliver them to the police headquarters in Ponce. Sgt Wilfredo Vazquez. | 8 | $25 | $200.00 |
| September-11-2023 | Pick up Indigo at the office with 2 boxes and take them to the warehouse and then bring him with 2 boxes to the office. | 3 | $25 | $75.00 |
| September-17-2023 | pick up the monitors at the airport and take them to their hotels | 15 | $25 | $375.00 |
| september-18-2023 | pick up the monitor and the team and take them to their meetings of the day | 11 | $25 | $275.00 |
| september-19-2023 | pick up the monitor and the team and take them to their meetings of the day | 10 | $25 | $250.00 |
| september-20-2023 | pick up the monitor and the team and take them to their meetings for the day, and then pick up All at the airport and take him to the hotel | 18 | $25 | $450.00 |
| september-21-2023 | pick up the monitor and the team and take them to their meetings of the day | 11 | $25 | $275.00 |
| September-22-2023 | pick up the monitor and the team and take them to their meetings for the day and then take them to the airport | 14 | $25 | $350.00 |
| September-23-2023 | pick up Al Young at the hotel and take him to the airport | 2 | $25 | $50.00 |
| September 2023 | Gas expenses | | | $250.00 |
| | | | | Total $2650.00 |
| | | | | |
| | | | | |
| | | | | |