| Name: | Hipolito Castro Jr | | | |
|---|---|---|---|---|
| Invoice Date: | 9/30/23 | | | |
| Invoice Period: | 09/01/2023 to 09/30/2023 | | | |

| Date | Task(s) | Rate | Total Hours | Total Amount |
|---|---|---|---|---|
| 9/1/23 | Data and Policy Analysis | $ 150.00 | 1.00 | $ 150.00 |
| 9/2/23 | CMR 9 | $ 150.00 | 1.00 | $ 150.00 |
| 9/4/23 | CMR 9 | $ 150.00 | 2.00 | $ 300.00 |
| 9/6/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 1 | $ 150.00 |
| 9/8/23 | Data and Policy Analysis | $ 150.00 | 2 | $ 300.00 |
| 9/10/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 2.00 | $ 300.00 |
| 9/11/23 | CMR 9 | $ 150.00 | 1.00 | $ 150.00 |
| 9/12/23 | CMR 9 | $ 150.00 | 2.00 | $ 300.00 |
| 8/14/23 | commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 2.00 | $ 300.00 |
| 9/15/23 | CMR 9 | $ 150.00 | 2.00 | $ 300.00 |
| 9/16/23 | CMR 9 | $ 150.00 | 2.00 | $ 300.00 |
| 9/17/23 | data and Policy Analysis | $ 150.00 | 1.00 | $ 150.00 |
| 9/18/23 | Field Work Puerto Rico | $ 150.00 | 8.00 | $ 1,200.00 |
| 9/19/23 | Field Work Puerto Rico | $ 150.00 | 8.00 | $ 1,200.00 |
| 9/20/23 | field Work Puerto Rico | $ 150.00 | 8.00 | $ 1,200.00 |
| 9/21/23 | Field Work Puerto Rico | $ 150.00 | 8.00 | $ 1,200.00 |
| 9/22/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 1.00 | $ 150.00 |
| 9/24/23 | CMR 9 | $ 150.00 | 2.00 | $ 300.00 |
| 9/25/23 | CMR 9 | $150.00 | 1.00 | $ 150.00 |
| 9/27/23 | CMR 9 | $150.00 | 1.00 | $ 150.00 |
| 9/28/23 | CMR 9 | $150 | 1.00 | $ 150.00 |
| 9/29/23 | CMR 9 | $150.00 | 2 | $ 450.00 |
| 9/30/23 | CMR 9 | $150.00 | 1 | $ 150.00 |
| 9/01/2023 to 09/3 | Team meetings, call and emails | $150.00 | 3 | $ 450.00 |
| TOTAL Labor | | | 63.00 | $9,450.00 |

| TOTAL | $ | 9,450.00 |
|---|---|---|

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Signature: *Hipolito Castro*

Date: 9/30/23

**Commo and Coordination** consists of all writings and digital comms to/from Monitors, PRPB, USDOJ; Review compliance targets, document and data requests, logistics; scheduling, on-site planning & coordination, database development