**Stephanie Leon**
*Paralegal*

1483 Ashford Avenue
Apartment 901
San Juan, PR 00907
(832) 692-2475

INVOICE

INVOICE: 2023-10
DATE: 10/01/2023

**TO:**
Puerto Rico Chief Federal Monitor

**FOR:**
Paralegal Services

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 09/05/2023 | -Prepared notes and emailed August 253 Notes to respective Monitors<br>-Telephone call from Alan Youngs regarding complaints | .50 | 90.00 | 45.00 |
| 09/06/2023 | -Data/BOX | 2.25 | 90.00 | 202.50 |
| 09/07/2023 | -Read email (from monitor DR) regarding Rafael Ruiz/Rita Watkin policy review/ replied to emails<br>-Created September 2023 Folder in Box under Policy Reviews → 2023<br>-Saved documents in Rafael and Rita's folder in BOX<br>-Updated Policy Review Tracking Master<br>-Emailed Rita Watkins regarding policy review from PRPB<br>-Telephone call with David Levy regarding policy review master excel sheet<br>-Searched/read through Alan Youngs BOX documents<br>-Emailed Alan Youngs documents requested<br>-Data/BOX | 5.50 | 90.00 | 495.00 |
| 09/08/2023 | -Read/replied to emails<br>-Prepared and sent follow-up email regarding September 253 Meeting to parties<br>-Data/BOX | 1.25 | 90.00 | 112.50 |
| 09/11/2023 | -Biweekly meeting | .75 | 90.00 | 67.50 |
| 09/12/2023 | -Read/replied to emails<br>-Followed up with Denise Rodriguez regarding September 253 Meeting email<br>-Sent third follow-up regarding September 253 Meeting to parties<br>-Updated Policy Review Tracking Master<br>-Saved documents in Rafael Ruiz's folder in BOX<br>-Emailed Rafael Ruiz regarding policy review from PRPB<br>-Prepared draft memo and emailed it to Denise Rodriguez for approval | 2.50 | 90.00 | 225.00 |
| 09/13/2023 | -Read/replied to emails<br>-Followed up with PRPB and their counsel regarding September 253 Meeting<br>-Uploaded policy review memo to respective Monitor's folder<br>-Created September 2023 Folder in Box under PRPB Policy Reviews Memo Folder<br>-Sent parties policy review memo<br>-Sent parties September 253 Meeting calendar invites<br>-Saved documents in Rafael and Rita's folder in BOX<br>-Updated Policy Review Tracking Master<br>-Emailed Rita Watkins regarding policy review from PRPB<br>-Data/BOX | 2.75 | 90.00 | 247.50 |
| 09/14/2023 | -Read amin email | .25 | 90.00 | 22.50 |
| 09/18/2023 | -Attend meetings at PRPB<br>-Read admin email | 3.50 | 90.00 | 315.00 |
| 09/19/2023 | -Read admin email<br>-Emailed parties regarding September 253 Meeting Agenda | .25 | 90.00 | 22.50 |

**Stephanie Leon**
*Paralegal*

INVOICE

1483 Ashford Avenue
Apartment 901
San Juan, PR 00907
(832) 692-2475

INVOICE: 2023-10
DATE: 10/01/2023

**TO:**
Puerto Rico Chief Federal Monitor

**FOR:**
Paralegal Services

| | | | | |
|---|---|---|---|---|
| 09/20/2023 | -Attend Town Hall meeting in Ponce | 8.25 | 90.00 | 742.50 |
| 09/21/2023 | -Read admin email<br>-Revised data request/emailed David Levy data request 1.1 and 2.2 | .25 | 90.00 | 22.50 |
| 09/22/2023 | -Read admin emails<br>-Emailed parties regarding September 253 Meeting<br>-Emailed Donald Gosselin regarding Policy Review | .25 | 90.00 | 22.50 |
| 09/25/2023 | -Biweekly meeting<br>-Email exchange between Denise Rodriguez and Samantha Rhinerson<br>-Emailed second follow up to parties regarding September 253 Meeting<br>-Emailed Monitors DR and JR September 253 Meeting agenda for approval<br>-Emailed parties the September 253 Agenda<br>-Prepared September 2023 completed interviews list/emailed to PRPB<br>-Uploaded the latest memo policy to Rita Watkins/PRPB BOX folder<br>-Emailed PRPB updated policy | 4.25 | 90.00 | 382.50 |
| 09/26/2023 | -September 253 Meeting<br>-Reviewed admin email | 1.50 | 90.00 | 135.00 |
| | **TOTAL 34 HRS @ $90 HR** | | | **$3,060.00** |

*S/ STEPHANIE LEON*

**I HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN MY CAPACITY AS A MEMBER OF THE FEDERAL MONITORING TEAM. I FURTHER CERTIFY THAT I HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH, OR ANY OF ITS DEPARTMENTS, MUNICIPALITIES OR AGENCIES.**