**Office of the FPMPR LLC**

**VIG Tower, PH – 924**

**1225 Avenida Juan Ponce de León**

**San Juan, PR 00907**

**Name:** Iñigo Galanes **Supervisor:** Javier González

# Work Timesheet (September 2023)

| Date | Task | Total Hours |
|---|---|---|
| September 1, 2023 | Organized documents in the office. | 7.0 |
| September 4, 2023 | Accompanied Manuel Arroyo to Ponce to hand deliver documents. | 5.0 |
| September 5, 2023 | Organized documents in the office. | 7.0 |
| September 6, 2023 | Went to PPR to corroborate a study. Organized documents in the office. Helped with the Sep 20 Town Hall Meeting. | 7.0 |
| September 7, 2023 | Organized documents in the office. Helped with the Sep 20 Town Hall Meeting. | 7.0 |
| September 8, 2023 | Organized documents in the office. | 7.0 |
| September 11, 2023 | Retrieved more boxes from storage. Organized documents in the office. | 7.0 |

| September 12, 2023 | Organized documents in the office. | 7.0 |
|---|---|---|
| September 13, 2023 | Organized documents in the office. Helped with the Sep 20 Town Hall Meeting. | 7.0 |
| September 14, 2023 | Organized documents in the office. Helped with the Sep 20 Town Hall Meeting. | 7.0 |
| September 15, 2023 | Organized documents in the office. | 7.0 |
| September 18, 2023 | Went to General Headquarters. Organized documents in the office. | 7.0 |
| September 19, 2023 | Went to DOT. Assisted Monitors in various areas. Organized documents in the office. | 7.0 |
| September 20, 2023 | Went to SWAT. Assisted Monitors in various areas. Attended Town Hall meeting. | 12.5 |
| September 21, 2023 | Assisted Monitors in various areas. Organized documents in the office. | 7.0 |
| September 22, 2023 | Assisted Monitors in various areas. Organized documents in the office. | 7.0 |

| | | |
|---|---|---|
| September 25, 2023 | Assisted Monitors in various areas. Organized documents in the office. | 7.0 |
| September 26, 2023 | Assisted Monitors in various areas. Organized documents in the office. | 7.0 |
| September 27, 2023 | Assisted Monitors in various areas. Organized documents in the office. | 7.0 |
| September 28, 2023 | Assisted Monitors in various areas. Organized documents in the office. | 7.0 |
| September 29, 2023 | Organized documents in the office. | 7.0 |

**Total, 150.5 hours for $20/h = $3,010.00**

I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Signature,
Iñigo Galanes Gutierrez


_____