**Francheska I. Rivera Cruz**
HC- 01 BOX 5219 BARRANQUITAS, PR. 00794
frivecruz@gmail.com
(787)634-1475

## FACTURA

Fecha: Septiembre, 2023

**Javier González**
Director Administrativo, TCA
San Juan, Puerto Rico

## FACTURA #01

Por servicios profesionales prestados durante el mes de Septiembre de 2023.

Certifico que se prestaron 7 horas de servicio durante la actividad solicitada. Las cuales 6 fuera a una tarifa de $230.00 dólares la hora, para un total de **$1,610.00**

Certifico Correcto: _____
Francheska I. Rivera Cruz
Intérprete de Lenguaje de Señas

Page **1** of **2**

**Francheska I. Rivera Cruz**
frivecruz@gmail.com
(787)634-1475

## INFORME DETALLADO DE LABOR REALIZADA

Fecha: 20 septiembre 2023

**Javier González**
Director Administrativo

### Informe Detallado de Labor Realizada

Por servicios profesionales prestados durante el mes de Septiembre 2023.

| *Fecha* | *Descripción Detallada de la Labor Realizada* | *Horas* |
|---|---|---|
| 20 Septiembre | ACTIVIDAD: 2do Encuentro Comunitario Hotel Aloft en Ponce *Miriam Martínez 3.5hr* *Joselimarys Rodríguez 3.5hr* | *3.5hrs* *3.5hrs* |

En resumen, certifico que se prestaron **7** horas de servicio durante el mes de septiembre. Las cuales **7** fuera a una tarifa de $230.00 dólares la hora, para un total de **$1,610.00**

**Total a pagar:** *$1,610.00*

Certifico Correcto:                                      _____
                                                                    **Francheska I. Rivera Cruz**
                                                                    Intérprete de Lenguaje de Señas