# INVOICE

**OFFICE OF THE FPMPR, LLC**

Invoice Number: 06302023-BankCharges
Invoice Date: Jun 30, 2023
Page: 1

*Duplicate*

Voice:
Fax:

| Bill To: | Ship to: |
|---|---|
| PR POLICE REFORM | PR POLICE REFORM |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| PR POLICE REFORM | | Net 30 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | Airborne | | 7/30/23 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 1.00 | | BANK CHARGES MAY - JUNE 2023 | 103.67 | 103.67 |

| | |
|---|---|
| Subtotal | 103.67 |
| Sales Tax | |
| Total Invoice Amount | 103.67 |
| Payment/Credit Applied | |
| **TOTAL** | **103.67** |

Check/Credit Memo No:

After Five Days Return To:
PO Box 9146
San Juan PR 00908-0146



## STATEMENT OF ACCOUNT

| STATEMENT DATE |
|---|
| 05/31/23 |

00000452 MFBPRR0601231055460R 4 100000000



OFFICE OF THE FPMPR LLC
PMB 292
B5 CALLE TABONUCO STE 216
GUAYNABO PR  00968-3022

020-BUSINESS PLUS CORP

2*  6609215250

| BEGINNING BALANCE | DEPOSITS / OTHER CREDITS | | CHECKS / OTHER DEBITS | | SERVICE CHARGES | ENDING BALANCE |
|---|---|---|---|---|---|---|
| | NUMBER | AMOUNT CREDITED | NUMBER | AMOUNT DEBITED | | |
| 3,717.59 | 2 | 337246.44 | 15 | 337295.07 | .00 | 3,668.96 |

```
CHECKING ACCOUNT TRANSACTIONS
DEPOSITS AND OTHER CREDITS
  DATE...........AMOUNT...........DESCRIPTION

  05/09      169,703.37           CHECK DEPOSIT-0000000105
  05/24      167,543.07           CHECK DEPOSIT-0000001301

CHECKS
  DATE....CHECK NO......AMOUNT             DATE....CHECK NO......AMOUNT

  05/10        109       10,350.00         05/25        110       10,350.00

OTHER DEBITS
  DATE...........AMOUNT...........DESCRIPTION

  05/10       98,845.21           ACH OFFSET
  05/11       53,400.86           ACH OFFSET
  05/12        7,107.30           ACH DEBIT -051223-021502013229551
                                  DEPT DE HACIENDA                PR TAX
  05/16           40.00           Cash Mgmt Fee
  05/16            4.75           AA FEE SUBJ TO IVU*
  05/16            0.50           IVU ESTATAL
  05/16            0.05           IVU MUNICIPAL
  05/25       98,123.21           ACH OFFSET
  05/26       54,993.35           ACH OFFSET
  05/30        4,076.51           ACH DEBIT -053023-021502010801907
                                  DEPT DE HACIENDA                PR TAX
  05/31            2.99           PAPER STATEMENT FEE*
  05/31            0.31           IVU ESTATAL
  05/31            0.03           IVU MUNICIPAL
```



```
* * * * * * * * * * * * * DAILY BALANCE INFORMATION * * * * * * * * * * * * *
  DATE.........BALANCE      DATE.........BALANCE      DATE.........BALANCE
  04/30        3,717.59     05/12        3,717.59     05/26        7,748.80
  05/09      173,420.96     05/16        3,672.29     05/30        3,672.29
  05/10       64,225.75     05/24      171,215.36     05/31        3,668.96
  05/11       10,824.89     05/25       62,742.15
```

**THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT**

TO VERIFY YOUR CHECKBOOK BALANCE WITH THE ENDING BALANCE OF THIS STATEMENT, FOLLOW THESE INSTRUCTIONS:

$ _____

ADD (+)
Deposits not credited
By the Bank

$ _____

| DEPOSITS NOT CREDITED BY THE BANK | |
|---|---|
| DATE | AMOUNT |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL |  |

DEDUCT (-)
Outstanding Checks

$ _____

Balance

$ _____

| CHECKS OUTSTANDING | |
|---|---|
| DATE | AMOUNT |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL |  |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS** telephone or write us at the contact information provided below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If you tell us in person or by phone, we may require that you send us your complaint in writing within 10 business days. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

Electronic Funds Transfers include electronic transactions initiated through an Automated Teller Machine (ATM) or certain preauthorized debits and credits to your account, and Direct Deposits (e.g. Social Security, Federal Retirement Payments, etc.)

**TO FIND OUT IF A DIRECT DEPOSIT HAS BEEN MADE.** If you have authorized direct deposits to your account that do not provide written confirmations to you (such as Social Security, Federal Retirement benefits, etc.), you may call us to ask whether or not the deposit has been made at the number provided below.

**TO REPORT A LOST OR STOLEN DEBIT CARD** notify us by phone as soon as possible at the number provided below. Our business hours are Mondays through Sundays from 6:00am to 12:00 midnight.

**IMPORTANT INFORMATION REGARDING YOUR FIRST CREDIT LINE OR YOUR HOME EQUITY LINE OF CREDIT ACCOUNT STATEMENT.** Balance subject to Interest Rate: Finance Charges shall be computed utilizing the Average Daily Balance. The Average Daily Balance is obtained by adding the balances of the principal owed each day in the monthly Account Statement and dividing the result by the number of days in the billing period. The balance owed each day during the billing period shall be determined by adding the balance of the previous day, plus any debt, and subtracting from these any payment or amount credited during the day.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT REGARDING YOUR CREDIT LINE OR CREDIT.** If you think there is an error on your statement, write to us or call at the contact information provided below:
In your letter, give us the following information:
1. Account information: Your name and account number.
2. Dollar amount: The dollar amount of the suspected error.
3. Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true: We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question, or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

The Disclosures above are only applicable to Consumer Accounts. For Commercial Accounts: IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS IN YOUR COMMERCIAL ACCOUNT: Telephone us at the number provided below. We must hear from you no later than 20 days after we sent you the first statement on which the error appeared. FOR MORE DETAILS PLEASE REFER TO THE DEPOSIT ACCOUNT AGREEMENT.

NNNS-9049-0220R



**EN CASO DE ERRORES O PREGUNTAS ACERCA DE SUS TRANSFERENCIAS ELECTRÓNICAS DE FONDOS** comuníquese con nosotros llamando o escribiendo a la información de contacto provista abajo. Debe comunicarse con nosotros dentro de los 60 días siguientes a la fecha de envío del PRIMER estado de cuenta en que aparece el error o problema.
1. Indíquenos su nombre y número de cuenta.
2. Descripción del error o transferencia en cuestión y una explicación tan clara como sea posible de por qué piensa que hay tal error o la razón por la cual necesita información adicional.
3. Díganos la cantidad del error alegado.

Nosotros investigaremos su reclamación y corregiremos cualquier error rápidamente. Si usted nos informa la reclamación en persona o por teléfono, le podríamos solicitar que nos envíe su reclamación por escrito dentro de 10 días laborables. Si tomamos más de 10 días laborables para investigar su reclamación, acreditaremos provisionalmente su cuenta por la cantidad que usted cree que es un error, para que haga uso del dinero durante el tiempo que tardemos en completar nuestra investigación.

Las Transferencias Electrónicas de Fondos incluyen aquellas realizadas mediante máquinas ATM o ciertos débitos y créditos preautorizados a su cuenta, además de Depósitos Directos (por ejemplo: Seguro Social, pagos de Retiro Federal, etc.).

**PARA SABER SI SE HA EFECTUADO UN DEPÓSITO DIRECTO.** Si usted ha autorizado depósitos directos a su cuenta para los cuales no le proveen confirmación por escrito, puede llamarnos al número que se indica abajo para información sobre si éstos se han realizado.

**PARA REPORTAR PÉRDIDA O ROBO DE SU TARJETA DÉBITO** notifíquenos por teléfono de inmediato al número provisto abajo. Horario: Siete días a la semana de 6:00am a 12:00 de la medianoche. También puede escribirnos a la dirección provista abajo.

**INFORMACIÓN IMPORTANTE SOBRE EL ESTADO DE CUENTA DE SU FIRST CREDIT LINE, FIRST RESERVE O LÍNEA DE CRÉDITO CON GARANTÍA HIPOTECARIA.** Saldo sujeto a tasa de interés: Los cargos por financiamiento se computarán utilizando el balance promedio diario. El balance promedio diario se obtiene sumando el balance del principal adeudado cada día en el estado de cuenta mensual y dividiendo el resultado por la cantidad de días en el período de facturación. El balance adeudado cada día durante el período de facturación se determinará agregando el balance del día anterior, más cualquier deuda, y restando de ellos cualquier pago o monto acreditado durante el día.

**QUÉ HACER SI CREE QUE HAY UN ERROR EN EL ESTADO DE CUENTA RELACIONADO A SU LÍNEA DE CRÉDITO O EXTENSIÓN DE CRÉDITO.** Si cree que hay un error en su estado de cuenta, escríbanos o llámenos a la información de contacto incluida abajo.
En su carta, provéanos la siguiente información:
1. Nombre y número de cuenta
2. La cantidad en dólares del presunto error.
3. Descripción del problema: Si cree que hay un error en su factura, describa qué cree que está mal y por qué cree que es un error.

Debe comunicarse con nosotros dentro de los 60 días posteriores a la primera vez que aparece el presunto error en su estado de cuenta. Usted debe notificarnos de cualquier error potencial por escrito. Puede llamarnos, pero si lo hace, no estamos obligados a investigar ningún error potencial y es posible que deba pagar la cantidad en cuestión.
Mientras investigamos si ha habido un error o no:
- No podemos tratar de cobrar la cantidad en cuestión, o informarle como delincuente en esa cantidad.
- El cargo en cuestión puede permanecer en su estado de cuenta y podemos continuar cobrándole intereses sobre esa cantidad. Pero, si determinamos que cometimos un error, no tendrá que pagar el monto en cuestión ni ningún interés u otros cargos relacionados con ese monto.
- Si bien no tiene que pagar la cantidad en cuestión, usted es responsable por el resto de su saldo.
- Podemos aplicar cualquier cantidad adeudada contra su límite de crédito

Las divulgaciones anteriores sólo aplican a cuentas de individuos. Para Cuentas Comerciales: EN CASO DE ERROR O PREGUNTAS SOBRE SUS TRANSFERENCIAS DE FONDOS ELECTRÓNICOS EN SU CUENTA COMERCIAL: Llámenos al número proporcionado anteriormente. Debemos tener noticias suyas a más tardar 20 días después de que le enviemos la primera declaración en la que apareció el error. PARA MÁS DETALLES, CONSULTE EL ACUERDO DE CUENTA DE DEPÓSITO.

| PUERTO RICO | UNITED STATES VIRGIN ISLANDS | BRITISH VIRGIN ISLANDS |
|---|---|---|
| FirstBank<br>Retail Banking Operations<br>PO Box 9146<br>San Juan, PR 00908-0146 | FirstBank<br>PO Box 309600<br>St. Thomas, VI 00803 | FirstBank<br>PO Box 435<br>Road Town, Tortola<br>BVI VG 1110 |
| 787.725.2511/<br>1.866.695.2511<br>1firstbank.com | 1.866.695.2511<br>1firstbank.com | 284.494.2662<br>1firstbank.com |



1 First Bank

*
*
*





1 First Bank

FirstBank certifies that these images are legitimate and exact copies of your checks or other items processed in this statement.

## CHECK IMAGES

Check: 109 Amount: $10,350.00 Date: 05/10/2023

Check: 110 Amount: $10,350.00 Date: 05/25/2023



After Five Days Return To:
PO Box 9146
San Juan PR 00908-0146



## STATEMENT OF ACCOUNT

| STATEMENT DATE |
|---|
| 06/30/23 |

00000160 MFBPRR0703230731500R 3 100000000



OFFICE OF THE FPMPR LLC
PMB 292
B5 CALLE TABONUCO STE 216
GUAYNABO PR  00968-3022

020-BUSINESS PLUS CORP

1*  6609215250

| BEGINNING BALANCE | DEPOSITS / OTHER CREDITS | | CHECKS / OTHER DEBITS | | SERVICE CHARGES | ENDING BALANCE |
|---|---|---|---|---|---|---|
| | NUMBER | AMOUNT CREDITED | NUMBER | AMOUNT DEBITED | | |
| 3,668.96 | 1 | 162744.20 | 11 | 162302.07 | .00 | 4,111.09 |

**CHECKING ACCOUNT TRANSACTIONS**
**DEPOSITS AND OTHER CREDITS**
  DATE...........AMOUNT...........DESCRIPTION

  06/23     162,744.20          CHECK DEPOSIT-0000000108

**CHECKS**
  DATE....CHECK NO......AMOUNT         DATE....CHECK NO......AMOUNT

  06/26       111      10,350.00

**OTHER DEBITS**
  DATE...........AMOUNT...........DESCRIPTION

  06/20          40.00            Cash Mgmt Fee
  06/20          10.50            AA FEE SUBJ TO IVU*
  06/20           1.10            IVU ESTATAL
  06/20           0.11            IVU MUNICIPAL
  06/26      97,424.28            ACH OFFSET
  06/27      45,959.16            ACH OFFSET
  06/28       8,513.59            ACH DEBIT -062823-021502014803503
                                  DEPT DE HACIENDA                PR TAX
  06/30           2.99            PAPER STATEMENT FEE*
  06/30           0.31            IVU ESTATAL
  06/30           0.03            IVU MUNICIPAL

* * * * * * * * * * * * DAILY BALANCE INFORMATION * * * * * * * * * * * * *
  DATE.........BALANCE     DATE.........BALANCE     DATE.........BALANCE
  05/31       3,668.96     06/26      58,587.17     06/30       4,111.09
  06/20       3,617.25     06/27      12,628.01
  06/23     166,361.45     06/28       4,114.42



  *
  *
  *

**THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT**

TO VERIFY YOUR CHECKBOOK BALANCE WITH THE ENDING BALANCE OF THIS STATEMENT, FOLLOW THESE INSTRUCTIONS:

$ _____

ADD (+)
Deposits not credited
By the Bank
$ _____

| DEPOSITS NOT CREDITED BY THE BANK ||
| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL |      |

DEDUCT (-)
Outstanding Checks
$ _____

Balance
$ _____

| CHECKS OUTSTANDING ||
| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL |      |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS** telephone or write us at the contact information provided below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If you tell us in person or by phone, we may require that you send us your complaint in writing within 10 business days. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

Electronic Funds Transfers include electronic transactions initiated through an Automated Teller Machine (ATM) or certain preauthorized debits and credits to your account, and Direct Deposits (e.g. Social Security, Federal Retirement Payments, etc.)

**TO FIND OUT IF A DIRECT DEPOSIT HAS BEEN MADE.** If you have authorized direct deposits to your account that do not provide written confirmations to you (such as Social Security, Federal Retirement benefits, etc.), you may call us to ask whether or not the deposit has been made at the number provided below.

**TO REPORT A LOST OR STOLEN DEBIT CARD** notify us by phone as soon as possible at the number provided below. Our business hours are Mondays through Sundays from 6:00am to 12:00 midnight.

**IMPORTANT INFORMATION REGARDING YOUR FIRST CREDIT LINE OR YOUR HOME EQUITY LINE OF CREDIT ACCOUNT STATEMENT.** Balance subject to Interest Rate: Finance Charges shall be computed utilizing the Average Daily Balance. The Average Daily Balance is obtained by adding the balances of the principal owed each day in the monthly Account Statement and dividing the result by the number of days in the billing period. The balance owed each day during the billing period shall be determined by adding the balance of the previous day, plus any debt, and subtracting from these any payment or amount credited during the day.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT REGARDING YOUR CREDIT LINE OR CREDIT.** If you think there is an error on your statement, write to us or call at the contact information provided below:
In your letter, give us the following information:
1. Account information: Your name and account number.
2. Dollar amount: The dollar amount of the suspected error.
3. Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true: We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question, or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

The Disclosures above are only applicable to Consumer Accounts. For Commercial Accounts: IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS IN YOUR COMMERCIAL ACCOUNT: Telephone us at the number provided below. We must hear from you no later than 20 days after we sent you the first statement on which the error appeared. FOR MORE DETAILS PLEASE REFER TO THE DEPOSIT ACCOUNT AGREEMENT.

NNNS-9049-0220R



**EN CASO DE ERRORES O PREGUNTAS ACERCA DE SUS TRANSFERENCIAS ELECTRÓNICAS DE FONDOS** comuníquese con nosotros llamando o escribiendo a la información de contacto provista abajo. Debe comunicarse con nosotros dentro de los 60 días siguientes a la fecha de envío del PRIMER estado de cuenta en que aparece el error o problema.
1. Indíquenos su nombre y número de cuenta.
2. Descripción del error o transferencia en cuestión y una explicación tan clara como sea posible de por qué piensa que hay tal error o la razón por la cual necesita información adicional.
3. Díganos la cantidad del error alegado.

Nosotros investigaremos su reclamación y corregiremos cualquier error rápidamente. Si usted nos informa la reclamación en persona o por teléfono, le podríamos solicitar que nos envíe su reclamación por escrito dentro de 10 días laborables. Si tomamos más de 10 días laborables para investigar su reclamación, acreditaremos provisionalmente su cuenta por la cantidad que usted cree que es un error, para que haga uso del dinero durante el tiempo que tardemos en completar nuestra investigación.

Las Transferencias Electrónicas de Fondos incluyen aquellas realizadas mediante máquinas ATM o ciertos débitos y créditos preautorizados a su cuenta, además de Depósitos Directos (por ejemplo: Seguro Social, pagos de Retiro Federal, etc.).

**PARA SABER SI SE HA EFECTUADO UN DEPÓSITO DIRECTO.** Si usted ha autorizado depósitos directos a su cuenta para los cuales no le proveen confirmación por escrito, puede llamarnos al número que se indica abajo para información sobre si éstos se han realizado.

**PARA REPORTAR PÉRDIDA O ROBO DE SU TARJETA DÉBITO** notifíquenos por teléfono de inmediato al número provisto abajo. Horario: Siete días a la semana de 6:00am a 12:00 de la medianoche. También puede escribirnos a la dirección provista abajo.

**INFORMACIÓN IMPORTANTE SOBRE EL ESTADO DE CUENTA DE SU FIRST CREDIT LINE, FIRST RESERVE O LÍNEA DE CRÉDITO CON GARANTÍA HIPOTECARIA.** Saldo sujeto a tasa de interés: Los cargos por financiamiento se computarán utilizando el balance promedio diario. El balance promedio diario se obtiene sumando el balance del principal adeudado cada día en el estado de cuenta mensual y dividiendo el resultado por la cantidad de días en el período de facturación. El balance adeudado cada día durante el período de facturación se determinará agregando el balance del día anterior, más cualquier deuda, y restando de ellos cualquier pago o monto acreditado durante el día.

**QUÉ HACER SI CREE QUE HAY UN ERROR EN EL ESTADO DE CUENTA RELACIONADO A SU LÍNEA DE CRÉDITO O EXTENSIÓN DE CRÉDITO.** Si cree que hay un error en su estado de cuenta, escríbanos o llámenos a la información de contacto incluida abajo.
En su carta, provéanos la siguiente información:
1. Nombre y número de cuenta
2. La cantidad en dólares del presunto error.
3. Descripción del problema: Si cree que hay un error en su factura, describa qué cree que está mal y por qué cree que es un error.

Debe comunicarse con nosotros dentro de los 60 días posteriores a la primera vez que aparece el presunto error en su estado de cuenta. Usted debe notificarnos de cualquier error potencial por escrito. Puede llamarnos, pero si lo hace, no estamos obligados a investigar ningún error potencial y es posible que deba pagar la cantidad en cuestión.

Mientras investigamos si ha habido un error o no:
- No podemos tratar de cobrar la cantidad en cuestión, o informarle como delincuente en esa cantidad.
- El cargo en cuestión puede permanecer en su estado de cuenta y podemos continuar cobrándole intereses sobre esa cantidad. Pero, si determinamos que cometimos un error, no tendrá que pagar el monto en cuestión ni ningún interés u otros cargos relacionados con ese monto.
- Si bien no tiene que pagar la cantidad en cuestión, usted es responsable por el resto de su saldo.
- Podemos aplicar cualquier cantidad adeudada contra su límite de crédito

Las divulgaciones anteriores sólo aplican a cuentas de individuos. Para Cuentas Comerciales: EN CASO DE ERROR O PREGUNTAS SOBRE SUS TRANSFERENCIAS DE FONDOS ELECTRÓNICOS EN SU CUENTA COMERCIAL: Llámenos al número proporcionado anteriormente. Debemos tener noticias suyas a más tardar 20 días después de que le enviemos la primera declaración en la que apareció el error. PARA MÁS DETALLES, CONSULTE EL ACUERDO DE CUENTA DE DEPÓSITO.

| PUERTO RICO | UNITED STATES VIRGIN ISLANDS | BRITISH VIRGIN ISLANDS |
|---|---|---|
| FirstBank Retail Banking Operations PO Box 9146 San Juan, PR 00908-0146 | FirstBank PO Box 309600 St. Thomas, VI 00803 | FirstBank PO Box 435 Road Town, Tortola BVI VG 1110 |
| 787.725.2511/ 1.866.695.2511 1firstbank.com | 1.866.695.2511 1firstbank.com | 284.494.2662 1firstbank.com |

**FirstBank**

FirstBank certifies that these images are legitimate and exact copies of your checks or other items processed in this statement.

## CHECK IMAGES



Check: 111    Amount: $10,350.00    Date: 06/26/2023

