# Christopher Graham, dba

## Diligens, LLC
EIN 87-1667996



October 21, 2023

INVOICE# 2023-08

Re:  Professional Services 08/22/2023 – 10/21/2023

Case 3:12-cv-02039-FAB Document 2405 Filed 05/04/2023

| Date(s) | Hours | Description - Professional Services | Amount |
|---|---|---|---|
| 08/22/2023-10/21/2023 | 13.00 | Meetings and calls with parties, monitor staff, OSM re: protocol, financial matters,status and progress. | $ 1,950.00 |
| 07/01/2023-09/30/2023 | N/A | Pacer Court access and download filings related to the case | $     45.40 |
|  |  |  |  |
|  |  | Total | $ 1,995.40 |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as the court-appointed Financial Oversight Officer. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

_____
Christopher Graham
10/21//2023

*Alejandro del Carmen*
_____
Alejandro del Carmen, Ph.D.
10/21/23



Public Access to Court Electronic Records

# *Invoice*

Invoice Date:  10/04/2023

Usage From:   07/01/2023      to:  09/30/2023

## Account Summary

| | |
|---|---|
| **Account #:** | 6510681 |
| **Invoice #:** | 6510681-Q32023 |
| **Due Date:** | 11/10/2023 |
| **Amount Due:** | $45.40 |

| | |
|---|---|
| *Pages:* | 454 |
| Rate: | $0.10 |
| Subtotal: | $45.40 |
| *Audio Files:* | 0 |
| Rate: | $2.40 |
| Subtotal: | $0.00 |
| *Current Billed Usage:* | $45.40 |
| *Previous Balance:* | $0.00 |
| Current Balance: | **$45.40** |

## *Total Amount Due:*  $45.40

### Contact Us

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 7 am - 6 pm CT M-F
pacer@psc.uscourts.gov

See pacer.uscourts.gov/billing for instructions on disputing charges, FAQs about the billing process, and more.

To view detailed billing transactions, visit the Manage My Account section of the PACER Service Center website at pacer.uscourts.gov.

The PACER Federal Tax ID is:
74-2747938

Questions about the statement?
Visit pacer.uscourts.gov/billing.

### Update Your User Type Selection

PACER and CM/ECF users may notice a prompt to review and update their existing user type selection (e.g., Individual, Attorney, etc.) when logging in. This updated information is essential for understanding users and their needs.

You will have three opportunities to skip this user type update before your account is disabled. To avoid any disruptions, please complete this process when the prompt first appears.

For questions or assistance, please contact the PACER Service Center.

---

*Please detach the coupon below and return with your payment.*  **Thank you!**



Public Access to Court Electronic Records

| Account # | Due Date | Amount Due |
|---|---|---|
| 6510681 | 11/10/2023 | $45.40 |

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars payable to: PACER Service Center. Include your account ID on the check or money order.

*Visit pacer.uscourts.gov for address changes.*

Christopher Graham

U.S. Courts: PACER
P.O. Box 5208
Portland, OR 97208-5208

 **Gmail**

**Chris Graham <chrisinfla@gmail.com>**

## PACER Payment Confirmation

1 message

**do_not_reply@psc.uscourts.gov** <do_not_reply@psc.uscourts.gov>
Reply-To: pacer@psc.uscourts.gov
To: chrisinfla@gmail.com

Wed, Oct 18, 2023 at 10:58 AM

Your payment has been successfully processed.  The details are below.

Account Number: 6510681
Amount: $45.40
Tracking Id: 6510681.2310184iTj
Approval Code: 05418I
Masked Number: ************8508
Date/Time: 10/18/2023 10:58:47 ET

NOTE: Please do not reply to this message.  This is an automated message sent from an unmonitored mailbox.  If you
have questions or comments, please email them to pacer@psc.uscourts.gov or call the PACER Service Center at (800)
676-6856 between 7 AM and 6 PM CT Monday through Friday.