IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants**. | Civil No. 12-2039 (FAB) |

**ORDER**

The Invoices submitted by Christopher Graham, d/b/a Diligens, Del Carmen Consulting, LLC, G&M Balli Services, LLC, TDPetrowski, LLC, and, Galoeffert, LLC, (Docket Nos. 2516, 2517, 2518, 2519, and 2520) are **NOTED** and **APPROVED** for payment.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, October 27, 2023.

                                                s/ Francisco A. Besosa
                                                FRANCISCO A. BESOSA
                                                SENIOR UNITED STATES DISTRICT JUDGE