### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants**. | **Civil No.** 12-2039 (FAB) |

### ORDER

The motion submitted by Roberto Abesada-Agüet on October 13, 2023 containing the invoices by the Monitor and the members of his team is **GRANTED**. (Docket No. 2514.)

The invoices are **NOTED** and **APPROVED** for payment.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, October 30, 2023.

                                           s/ Francisco A. Besosa
                                           FRANCISCO A. BESOSA
                                           SENIOR UNITED STATES DISTRICT JUDGE