IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO, et al.,**<br><br>Defendants. | **CIVIL NO.: 12-cv-02039** |

## MOTION IN COMPLIANCE WITH ORDER

**MAY IT PLEASE THE COURT:**

**COME NOW**, Codefendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau ("PRPB"), through the undersigned attorneys, and very respectfully state and pray:

1. On August 17, 2023, this Honorable Court issued Order at ECF. No. 2467 stating:

   Accordingly, it is ORDERED that the United States, the Commonwealth, and the Monitor's Team shall meet and confer, under the direction and guidance of the Office of the Special Master, to prepare a plan specifically tailored to address the remaining action items needed to be accomplished in order for the PRPB to be in compliance with all the reform paragraphs, including the 56 paragraphs previously mentioned. This plan will be submitted to the Court no later than September 16, 2023.

2. On September 14, 2023, the Commonwealth filed "Informative Motion and Requesting Extension of Time to Comply with Order of the Court" at ECF No. 2492. In the motion, the Commonwealth of Puerto Rico described the initial meetings between the Parties and Court Officer towards the preparation of the plan that would satisfy the requirements of the Court's

Order from August 17, 2023. The Parties and the Court Officers agreed upon the correct scope of the plan; plan's structure; and to incorporate the relevant portions of the several implementation plans the Parties had filed or were actively negotiating where they advance one of the reform paragraphs covered by this plan. The motion also noted the agreement by the Parties and Court Officers that an extension of time until November 3, 2023, was necessary for the parties to comply with the Order of the Court.

3. The Commonwealth of Puerto Rico's September 14, 2023, motion was filed with the consent and agreement of the United States, the Monitor and the Office of the Special Master.

4. On September 15, 2023, the Honorable Court issued Order at ECF No. 2493 noting the request for extension of time and granting the parties until November 3, 2023, to file the mandated plan.

5. For the past several weeks, the Parties and Court Officers have engaged in extensive discussions regarding the preparation and revisions of the plan. The resulting product is a comprehensive plan in compliance with the August 17th Order of the Court to: i) specifically tailor a set of action items needed for the PRPB to come into substantial compliance with the 62 paragraphs of the Consent Decree that remained in non-compliance as per the last two Monitor's reports; and ii) implement additional accountability measures that represent "constructive tangible changes" designed to accelerate the pace of reform under the Agreement through increased transparency, proper staffing; improved performance, and streamlined periodic reporting on the Commonwealth's progress (collectively, the "Compliance Plan").

6. Accordingly, the Commonwealth of Puerto Rico herein submits for the Court's approval the Compliance Plan, consisting of a Compliance Plan Summary, see Exhibit 1, and a Compliance Plan Tracker, see Exhibit 2. The Compliance Plan Summary is designed to provide

an overall perspective for the Court and the public of how the Comprehensive Plan was crafted, when the non-compliant paragraphs will reach substantial compliance, and detail why and how the additional accountability measures will accelerate the pace of reform. The Compliance Plan Tracker provides a more granular spreadsheet that describes the interim steps the Commonwealth agrees to take to achieve substantial compliance by the deadlines in this Compliance Plan Summary.[1]

7. The Commonwealth of Puerto Rico had the opportunity to communicate today with Plaintiff, the United States, as well as with the Monitor and Special Master, all of whom agree with the contents of this Motion in Compliance with Order.

**WHEREFORE,** Defendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau, respectfully request this Honorable Court to take notice of the above, approve the plan submitted herein and deem its August 17, 2023 Order at ECF No. 2467 as complied with.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

In San Juan, Puerto Rico, this 3rd day of November, 2023.

For Defendants **COMMONWEALTH OF PUERTO RICO and PUERTO RICO POLICE BUREAU:**

**CANCIO, NADAL & RIVERA, L.L.C.**
P.O. Box 364966
San Juan, Puerto Rico 00936-4966
403 Muñoz Rivera Avenue

---

[1] The Parties are available at the Court's convenience to provide more information or clarify questions the Court may have about the Compliance Plan.


Motion in Compliance with Order
Civil No. 12-02039
Page 4 of 4

San Juan, Puerto Rico 00918
Tel. (787) 767-9625


**S/ RAFAEL BARRETO-SOLÁ**
USDC PR: 211801
rbarreto@cnr.law


**S/ GABRIEL A. PEÑAGARÍCANO**
USDC PR: 212911
gpenagaricano@me.com