OFFICE OF THE FPMPR LLC.
B-5 Calle Tabonuco Suite 216 PMB 292
Guaynabo, Puerto Rico 00968

September 1, 2023

Travel Expenses by the members of the Office of the FPMPR LLC. for August 2023:

| NAME | AMOUNT | MONTH |
|---|---|---|
| 1.  John Romero | $1,992.47 | August 2023 |
| 2.  Denise Rodriguez | $2,622.75 | August 2023 |
| 3.  Donald S. Gosselin | $2,928.80 | August 2023 |
| 4.  Al Youngs | $1,986.49 | August 2023 |
| 5.  Scott Cragg | $1,857.50 | August 2023 |
| 6.  Hipolito Castro Jr | $2,075.57 | August 2023 |
| 7.  David Levy | $2,554.71 | August 2023 |
| **TOTAL:** | **$16,018.29** | August 2023 |
|  |  |  |