

FPM TRAVEL REIMBURSEMENT COVER SHEET

Name: John Romero

Invoice number: 110T

Invoice date: August 21, 2023

Site visit travel dates: August 13-18, 2023

Total travel reimbursement amount   $1,992.47

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*[signature: John J. Romero]*                                         August 21, 2023

Signature                                                                              Date

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $532.36 | 1 | $532.36 |
| Baggage | $ | 0 | $0 |
| Ground Transportation (Uber/Lyft/Taxi) |  | 0 | $0 |
| Ground Transportation (Parking) | $ | 0 | $0 |
| Ground Transportation (Mileage) | $0.655 | 82 | $53.71 |
| Lodging | $154.78 | 5 | $773.90 |
| Per Diem (Travel Days) | $86.25 | 2 | $172.5 |
| Per Diem (Full Days) | $115.00 | 4 | $460.00 |
| Other: | | | |
| Total | | | $1992.47 |

# COURTYARD Marriott

Courtyard by Marriott  
San Juan - Miramar

801 Ponce de Leon Ave.  
San Juan, PR. 00907  
T 787.721.7400  
F 787.723.0068

Mr John Romero  
2301 Pacific Ave  
Costa Mesa CA 92627  
United States

Room: 0401  
Room Type: KSTE  
No. of Guests: 1  
Rate: $ 125.00  Clerk: 1009

Marriott Rewards #   756834271

CRS Number  85521892

Name:

Arrive:  08-13-23          Time:  12:24 PM          Depart:  08-18-23          Folio Number:  737030

| Date | Description | Charges | Credits |
|---|---|---|---|
| 08-13-23 | Package | 125.00 | |
| 08-13-23 | Destination Fee | 17.00 | |
| 08-13-23 | Government Tax | 12.78 | |
| 08-14-23 | COMEDOR- Guest Charge (Breakfast) | 3.27 | |
| 08-14-23 | Package | 125.00 | |
| 08-14-23 | Destination Fee | 17.00 | |
| 08-14-23 | Government Tax | 12.78 | |
| 08-15-23 | COMEDOR- Guest Charge (Breakfast) | 7.63 | |
| 08-15-23 | Package | 125.00 | |
| 08-15-23 | Destination Fee | 17.00 | |
| 08-15-23 | Government Tax | 12.78 | |
| 08-16-23 | COMEDOR- Guest Charge (Breakfast) | 3.95 | |
| 08-16-23 | Package | 125.00 | |
| 08-16-23 | Destination Fee | 17.00 | |
| 08-16-23 | Government Tax | 12.78 | |
| 08-17-23 | COMEDOR- Guest Charge (Breakfast) | 3.95 | |
| 08-17-23 | COMEDOR- Guest Charge (Lunch) | 39.92 | |
| 08-17-23 | Package | 125.00 | |
| 08-17-23 | Destination Fee | 17.00 | |
| 08-17-23 | Government Tax | 12.78 | |
| 08-18-23 | Master Card / Euro Card | | 832.62 |
| | Card #  XXXXXXXXXXX1805 | | |

**COURTYARD®**
**Marriott.**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr John Romero
2301 Pacific Ave
Costa Mesa CA 92627
United States

Room: 0401
Room Type: KSTE
No. of Guests: 1
Rate: $ 125.00   Clerk: 1009
CRS Number 85521892

Marriott Rewards # 756834271

Name:

Arrive: 08-13-23    Time: 12:24 PM    Depart: 08-18-23    Folio Number: 737030

| Date | Description | Charges | Credits |
|---|---|---|---|
| | Balance | | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today. Start earning points and elite status, plus enjoy exclusive member offers. Enroll today at the front desk.

John Romero <jrrjjr.romero@gmail.com>

**Itinerary receipt notice**
1 message

**JetBlue** <jetblueairways@email.jetblue.com>  Fri, Jul 21, 2023 at 3:59 PM
Reply-To: JetBlue <reply@email.jetblue.com>
To: jrrjjr.romero@gmail.com



## Your travel receipt.
Thanks for flying JetBlue!

## Travel Purchase

**Date of requested receipt: 2023-07-21**        **Record Locator:** LJYQDT

| | | | |
|---|---|---|---|
| **LAX** | **FLL** | Travel date | 2023-08-12T22:19:00 |
| | | Flight number | 0700 |
| **FLL** | **SJU** | Travel date | 2023-08-13T10:00:00 |
| | | Flight number | 1553 |
| **SJU** | **MCO** | Travel date | 2023-08-18T12:14:00 |
| | | Flight number | 1334 |
| **MCO** | **LAX** | Travel date | 2023-08-18T20:09:00 |
| | | Flight number | 0131 |

**Traveler(s)**          **Ticket number(s)**

ROMERO/JOHN J MR                    2792129115194

**Base fare:**                      $460.96 USD

| **Taxes & fees breakdown:** | AMOUNT | CURRENCY | PURPOSE - (CODE) |
|---|---|---|---|
| | $18.00 | USD | U.S. Passenger Facility Charge - (XF) |
| | $11.20 | USD | U.S. September 11th Security Fee - (AY) |
| | $42.20 | USD | U.S. Transportation Tax - (US2) |
| **Taxes & fees total:** | $71.40 | USD | |
| **Base fare total:** | $532.36 | | |

**Payment(s):**

Mastercard XXXXXXXXXXX1805                              $532.36

# Total paid: $532.36 USD*

*includes all fares, taxes, fees and penalties less any amounts refunded

Flight Status    |    Bag Info    |    Airport Info

# Stay connected

**Download the JetBlue mobile app**

Help

Business Travel

Privacy

About JetBlue

Please call 1-800-JETBLUE (1-800-538-2583) for additional assistance.

Positive identification required for airport check-in.

John Romero <jrrjjr.romero@gmail.com>

## JetBlue booking confirmation for JOHN J ROMERO - LJYQDT
1 message

**JetBlue Reservations** <jetblueairways@email.jetblue.com>  
Reply-To: JetBlue Reservations <reply@email.jetblue.com>  
To: jrrjjr.romero@gmail.com

Fri, Jul 21, 2023 at 3:57 PM

Check out the details for your trip on Sat, Aug 12

Français | Español

**jetBlue**

#3486580574

## You're all set to jet.

And, your continued loyalty is what keeps us flying high. Thanks again for being a Mosaic member.

Please note: This is not your boarding pass.

**Your JetBlue confirmation code is**  **LJYQDT**

**Get the latest** entry and travel requirements for your trip.

## Change made easy.

Change or cancel flights, add extras like Even More® Space seats or pets, select or switch seats, update TrueBlue & Known Traveler numbers, and other traveler details—all in one place. Stay safe from fraud—use only **jetblue.com** or the JetBlue app to change or cancel your flights.

**Manage trip**

You can also manage your trip by **downloading our free mobile app**.

## Flights

| | | | |
|---|---|---|---|
| **LAX** ▸ | **FLL** | Date | Sat, Aug 12 |
| Los Angeles, CA | Fort Lauderdale, FL | Departs | 10:19pm |
| Terminal: 5 | | Arrives | 6:31am |
| | | Flight | 700 |

| | | | |
|---|---|---|---|
| **FLL** ▸ | **SJU** | Date | Sun, Aug 13 |
| Fort Lauderdale, FL | San Juan, PR | Departs | 10:00am |
| Terminal: 3 | | Arrives | 12:51pm |
| | | Flight | 1553 |

| | | | |
|---|---|---|---|
| **SJU** ▸ | **MCO** | Date | Fri, Aug 18 |
| San Juan, PR | Orlando, FL | Departs | 12:14pm |
| Terminal: A | | Arrives | 3:18pm |
| | | Flight | 1334 |

| | | | |
|---|---|---|---|
| **MCO** ▸ | **LAX** | Date | Fri, Aug 18 |
| Orlando, FL | Los Angeles, CA | Departs | 8:09pm |
| Terminal: C | | Arrives | 10:10pm |
| | | Flight | 131 |

**If your booking was made at least 7 days in advance:** You may cancel it within 24 hours for a full refund to your original form of payment, without a cancellation fee.

**JetBlue Change/Cancel Policy:** There is no fee to change (or cancel) Blue, Blue Extra, Blue Plus or Mint fares. Blue Basic fares are subject to a change/cancel fee of $100 for travel wholly within the U.S., Caribbean, Mexico or Central America, or $200 for all other routes.

Fare difference may apply and funds may be in the form of a JetBlue travel credit, valid for 12 months from original ticketing date. Booked before Mar 8, 2023? See details on

expiration date <u>here.</u> As a Mosaic, same-day switches may be made without a fee or fare difference. <u>Click here</u> for details on our change and cancel policies.

## Traveler Details

**JOHN J ROMERO**

Frequent Flier: B6 3486580574

Ticket number: 2792129115194

LAX - FLL:
Fare: Blue
Seat: <u>20D</u>

FLL - SJU:
Fare: Blue
Seat: <u>13D</u>

SJU - MCO:
Fare: Blue
Seat: <u>15D</u>

MCO - LAX:
Fare: Blue
Seat: <u>14D</u>

## Bag Allowance (per traveler)

| **Sat, Aug 12** | Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|---|
| LAX - SJU | Free | Free | Free Mosaic Perk | Free Mosaic Perk |

| **Fri, Aug 18** | Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|---|

Google Maps — 2301 Pacific Ave, Costa Mesa, CA 92627 to lax terminal 5

**Drive 41.1 miles  1 hr 3 min**



Map data ©2021 Google   2 mi

## 2301 Pacific Ave
Costa Mesa, CA 92627

**Get on I-405 N from W Wilson St and Harbor Blvd**

13 min (4.3 mi)

1. ↑ Head south on Pacific Ave toward Sea Breeze Dr
   0.1 mi

2. ← Turn left onto W Wilson St
   ⓘ Pass by Taco Bell (on the left in 1.4 mi)
   1.4 mi

3. ← Use the left 2 lanes to turn left onto Harbor Blvd
   ⓘ Pass by Panda Express (on the right)
   2.2 mi

4. ⚹ Use the right lane to merge onto I-405 N via the ramp to Long Beach
   0.6 mi

**Follow I-405 N to CA-1 N/S Sepulveda Blvd in Los Angeles. Take exit 1C from I-105 W**

33 min (35.1 mi)

5. ⚹ Merge onto I-405 N
   16.6 mi