

FPM TRAVEL REIMBURSEMENT COVER SHEET

Name: Denise Rodriguez

Invoice number: #035-1

Invoice date: August 21, 2023

Site visit travel dates: August 13 – August 18th

Total travel reimbursement amount (*see page 2 for details*): $ 2,622.75

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.*

*Denise Rdz.*                                                                                               August 21, 2023

Signature                                                                                                    Date

# Office of the Technical Compliance Advisor Travel Reimbursement Form



**Traveler Name:** Denise Rodriguez
**Travel Dates:** August 13-18th
**Purpose of Travel:** Site visit

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare** | $ 915.40 | 1 | $ 915.40 |
| Baggage | $ - | 0 | $ - |
| Uber from Airport to hotel | $ - | 0 | $ - |
| Ground Transportation (Parking) | $ - | 0 | $ - |
| Ground Transportation (Mileage) | $ - | 0 | $ - |
| Lodging*** | $ 224.22 | 4 | $ 896.88 |
| Lodging (5th night 8/17)*** | $ 167.00 | 1 | $ 167.00 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 4 | $ 460.00 |
| Uber from hotel to Airport**** | $ 10.97 | 1 | $ 10.97 |
| Total | | | $ 2,622.75 |

*No parking purchased
**Airfare includes two receipts. Flights purchased separately
***Lodging is $167 govt rate plus taxes and fees. Only seeking approved government rate for final night 8/17 (waiving taxes and fees for the final evening)
****FPM driver provided transportation from airport to hotel

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098



# INVOICE

| | |
|---|---|
| ROOM | 1241 |
| ROOM TYPE | RBSZ |
| NO. OF GUESTS | 1 |
| RATE | 292 |
| CLERK | CALMO078 |
| DATE | 08/18/23 |
| PAGE No. | 1 of 2 |
| REWARDS # | 286891726 |

Ms Denise Rodriguez
3003 San Sebastian St
Mission TX 78572
United States

ARRIVE 08/13/23    TIME 12:30    DEPART 08/18/23    TIME 01:36    FOLIO# 4008267

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| 08/13/23 | ■■■■■■■■■■ | | ■■ |
| 08/13/23 | ■■■■■■ | | ■■ |
| 08/13/23 | ■■■■■■■■■■■■■■■■ | | ■■ |
| 08/13/23 | ■■■■■■■■■■■■ | | ■■ |
| 08/13/23 | Accommodation | | 167.00 |
| 08/13/23 | Destination Fee $35 Flat | | 35.00 |
| 08/13/23 | Room Occupancy Tax | | 22.22 |
| 08/14/23 | Accommodation | | 167.00 |
| 08/14/23 | Destination Fee $35 Flat | | 35.00 |
| 08/14/23 | Room Occupancy Tax | | 22.22 |
| 08/15/23 | ■■■■■ | | ■■ |
| 08/15/23 | Accommodation | | 167.00 |
| 08/15/23 | Destination Fee $35 Flat | | 35.00 |
| 08/15/23 | Room Occupancy Tax | | 22.22 |
| 08/16/23 | ■■■■■ | | ■■ |
| 08/16/23 | Accommodation | | 167.00 |
| 08/16/23 | Destination Fee $35 Flat | | 35.00 |
| 08/16/23 | Room Occupancy Tax | | 22.22 |
| 08/17/23 | ■■■■■■■■■■■ | | ■■ |
| 08/17/23 | ■■■■■■■■■■■ | | ■■ |
| 08/17/23 | ■■■■■■■■■■■■■■■■ | | ■■ |

For billing questions or concerns, please let us know at SheratonPR.Folio@sheraton.com



INVOICE

| | |
|---|---|
| ROOM | 1241 |
| ROOM TYPE | RBSZ |
| NO. OF GUESTS | 1 |
| RATE | 292 |
| CLERK | CALMO078 |
| DATE | 08/18/23 |
| PAGE No. | 2 of 2 |
| REWARDS # | 286891726 |

Ms Denise Rodriguez
3003 San Sebastian St
Mission TX 78572
United States

ARRIVE 08/13/23    TIME 12:30    DEPART 08/18/23    TIME 01:36    FOLIO# 4008267

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| 08/17/23 | ▮▮▮▮▮▮▮▮▮▮ | | ▮▮ |
| 08/17/23 | ▮▮▮▮▮▮▮▮▮▮ | | ▮▮ |
| 08/17/23 | ▮▮▮ | | ▮▮ |
| 08/17/23 | Accommodation | | 292.00 |
| 08/17/23 | Destination Fee $35 Flat | | 35.00 |
| 08/17/23 | Room Occupancy Tax | | 35.97 |
| 08/18/23 | ▮▮▮▮▮▮▮▮ | | ▮▮ |
| 08/18/23 | ▮▮▮▮ | | ▮▮ |
| 08/18/23 | ▮▮▮▮▮ | | ▮▮ |
| 08/18/23 | ▮▮▮▮▮▮▮▮ | | ▮▮ |
| 08/18/23 | American Express | | -1,312.07 |

Balance    USD    0.00

For billing questions or concerns, please let us know at SheratonPR.Folio@sheraton.com

| | |
|---|---|
| **From:** | Denise Rodriguez |
| **To:** | Denise Rodriguez |
| **Subject:** | FW: eTicket Itinerary and Receipt for Confirmation JFRQD7 |
| **Date:** | Thursday, August 17, 2023 1:08:55 PM |

Denise Rodriguez
Police Reform and Innovation, LLC
956-279-3097

**From:** Denise Rodriguez <denise.rodriguez4211@gmail.com>
**Sent:** Tuesday, August 15, 2023 8:19 PM
**To:** Denise Rodriguez <drodriguez_PRI@outlook.com>
**Subject:** Fwd: eTicket Itinerary and Receipt for Confirmation JFRQD7

---------- Forwarded message ---------
From: **United Airlines** <Receipts@united.com>
Date: Tue, Aug 15, 2023 at 8:50 PM
Subject: eTicket Itinerary and Receipt for Confirmation JFRQD7
To: <DENISE.RODRIGUEZ4211@gmail.com>

Tue, Aug 15, 2023

## Thank you for choosing United.
A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# JFRQD7

| Flight 1 of 2 UA668 | Class: United Economy (Q) |
|---|---|
| Fri, Aug 18, 2023 | Fri, Aug 18, 2023 |
| **03:00 PM** | **06:48 PM** |
| San Juan, PR, US (SJU) | Houston, TX, US (IAH) |

| Flight 2 of 2 UA1346 | Class: United Economy (Q) |
|---|---|
| Fri, Aug 18, 2023 | Fri, Aug 18, 2023 |
| **07:48 PM** | **09:03 PM** |
| Houston, TX, US (IAH) | McAllen, TX, US (MFE) |

| Traveler Details | |
|---|---|
| RODRIGUEZ/DENISE | |
| eTicket number: **0162319863628** | Seats: **SJU-IAH 11A** |
| Frequent Flyer: **UA-XXXXX985 Premier Platinum** | **IAH-MFE 10F** |

| Purchase Summary | |
|---|---|
| Method of payment: | **American Express ending in 9142** |
| Date of purchase: | **Wed, Aug 16, 2023** |
| Airfare: | 470.00 |
| U.S. Transportation Tax: | 21.10 |
| September 11th Security Fee: | 5.60 |
| U.S. Passenger Facility Charge: | 9.00 |
| Total Per Passenger: | **505.70 USD** |
| **Total:** | **505.70 USD** |

**Fare Rules**

Additional charges may apply for changes in addition to any fare rules listed.
NONREF/0VALUAFTDPT
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

**MileagePlus Accrual Details**

| Denise Rodriguez | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Fri, Aug 18, 2023 | 668 | San Juan, PR, US (SJU) to Houston, TX, US (IAH) | 3663 | 407 | 1 |
| Fri, Aug 18, 2023 | 1346 | Houston, TX, US (IAH) to McAllen, TX, US (MFE) | 576 | 64 | 1 |
| MileagePlus accrual totals: | | | 4239 | 471 | 2 |

**Baggage allowance and charges for this itinerary**

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Fri, Aug 18, 2023<br>San Juan, PR, US (SJU - Luis Muñoz Marín)<br>to McAllen, TX, US (MFE) | 0 USD | 0 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |

Baggage check-in must occur with United or United Express, and you must have valid MileagePlus Premier® Platinum membership at time of check-in to qualify for waiver of service charges for up to three checked bags (within specified size and weight limits).

**Important Information about MileagePlus Earning**

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, frequent flyer status, and the selected itinerary. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program. Once travel has

| | |
|---|---|
| **From:** | United Airlines |
| **To:** | DRODRIGUEZ_PRI@OUTLOOK.COM |
| **Subject:** | eTicket Itinerary and Receipt for Confirmation PB7MTX |
| **Date:** | Wednesday, July 19, 2023 10:39:29 AM |



Wed, Jul 19, 2023

## Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# PB7MTX

| Flight 1 of 2 UA6212 | Class: United Economy (S) |
|---|---|
| Sun, Aug 13, 2023 | Sun, Aug 13, 2023 |
| **05:15 AM** | **06:36 AM** |
| McAllen, TX, US (MFE) | Houston, TX, US (IAH) |

Flight Operated by MESA AIRLINES DBA UNITED EXPRESS.

| Flight 2 of 2 UA1192 | Class: United Economy (S) |
|---|---|
| Sun, Aug 13, 2023 | Sun, Aug 13, 2023 |
| **10:11 AM** | **03:42 PM** |
| Houston, TX, US (IAH) | San Juan, PR, US (SJU) |

### Traveler Details

**RODRIGUEZ/DENISE**

eTicket number: **0162313413991**                              Seats: **MFE-IAH 05A**
Frequent Flyer: **UA-XXXXX985 Premier Platinum**                      **IAH-SJU 11F**

### Purchase Summary

| | |
|---|---|
| Method of payment: | **American Express ending in 1002** |
| Date of purchase: | **Wed, Jul 19, 2023** |

| | |
|---|---|
| Airfare: | 374.00 |
| U.S. Transportation Tax: | 21.10 |
| September 11th Security Fee: | 5.60 |

| | |
|---|---|
| U.S. Passenger Facility Charge: | 9.00 |
| Total Per Passenger: | 409.70 USD |
| Total: | 409.70 USD |

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.
NONREF/0VALUAFTDPT
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

## MileagePlus Accrual Details

| Denise Rodriguez | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Sun, Aug 13, 2023 | 6212 | McAllen, TX, US (MFE) to Houston, TX, US (IAH) | 459 | 51 | 1 |
| Sun, Aug 13, 2023 | 1192 | Houston, TX, US (IAH) to San Juan, PR, US (SJU) | 2916 | 324 | 1 |
| MileagePlus accrual totals: | | | 3375 | 375 | 2 |

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Sun, Aug 13, 2023 McAllen, TX, US (MFE) to San Juan, PR, US (SJU - Luis Muñoz Marín) | 0 USD | 0 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |

Baggage check-in must occur with United or United Express, and you must have valid MileagePlus Premier® Platinum membership at time of check-in to qualify for waiver of service charges for up to three checked bags (within specified size and weight limits).

## Important Information about MileagePlus Earning

● Accruals vary based on the terms and conditions of the traveler's frequent flyer program, frequent flyer status, and the selected itinerary. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program. Once travel has started, accruals will no longer display. You can always view your MileagePlus account for posted accrual.
● You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown. Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.

## International eTicket Reminders

● **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 60 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be canceled if this condition is not met.
● **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 30 minutes prior to scheduled departure.
● Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.
● Bring this eTicket Receipt along with photo identification, proof of citizenship, passport and/or visa to the ticket lobby for check-in.
● The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger. The fare rules for your ticket may restrict your carry-on baggage allowance even further.
● For up to the minute flight information, sign-up for our Flight Status Updates or call 1-800-824-6200; in Spanish 1-800-426-5561.
● If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.

| | |
|---|---|
| **From:** | Denise Rodriguez |
| **To:** | Denise Rodriguez |
| **Subject:** | Fwd: Your Friday afternoon trip with Uber |
| **Date:** | Friday, August 18, 2023 12:30:51 PM |

**From:** Uber Receipts <noreply@uber.com>
**Sent:** Friday, August 18, 2023 1:00:08 PM
**To:** nicerdz@hotmail.com <nicerdz@hotmail.com>
**Subject:** Your Friday afternoon trip with Uber



Total $10.97
August 18, 2023

## Thanks for riding, Denise

We hope you enjoyed your ride this afternoon.

| Total | $10.97 |
|---|---|

| Trip fare | $10.27 |
|---|---|

| Subtotal | $10.27 |
|---|---|

| | |
|---|---|
| Booking Fee | $0.70 |

[Download PDF](#)

This is not a payment receipt. It is a trip summary to acknowledge the completion of the trip. You will receive a trip receipt when the payment is processed with payment information.

## You rode with Jose

5.00  Rating

Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.

**Rate or tip**

When you ride with Uber, your trips are insured in case of a covered accident.

[Learn more](#)

---

**UberX**   6.72 miles | 13 min

**12:45 PM**
200 Convention Blvd, San Juan, PR 00907, US

**12:59 PM**
Terminal B, Aeropuerto Internacional Luis Muñoz Marín (SJU), Carolina, PR 00979, US