

FPM TRAVEL REIMBURSEMENT COVER SHEET

Name: Alan C Youngs

Invoice number: 50

Invoice date: August 21, 2023

Site visit travel dates:  08/13/23 to 08/17/23

Total travel reimbursement amount (*see page 2 for details*): $1,986.49.

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.*

_____
Signature

_08/21/23_
**Date**



# Office of the Technical Compliance Advisor
# Travel Reimbursement Form

Enter all required information below to obtain travel reimbursement. If spending did not occur in a category, please enter zeros. Zeros will likely need to be entered for one or more of the ground transportation options. The "Total" column of the table will update based on the information entered into the "Unit Cost" and "Units" columns. To update the "Total" column, click CTRL+A and then F9. Receipts for airfare, lodging, ground transportation, and PCR testing must be submitted with this form. Submit the Travel Reimbursement Form and accompanying receipts to Javier Gonzalez (Javier.benito@me.com) with the Chief Monitor (jrrjjr.romero@gmail.com) and/or his designee copied along with your monthly invoice.

**Traveler Name:  Alan C Youngs**
**Travel Start Date 08/13/23 Travel End Date: 08/17/23**
**Purpose of Travel: Puerto Rico**

| Travel Reimbursement | Unit Cost | Units | Total |
|---|---|---|---|
| **Airfare Denver to Puerto Rico** | $405.70 | 1 | $405.70 |
| **Airfare Puerto Rico to Denver** | $265.70 | 1 | $265.70 |
| **Baggage/Seat** | $0.00 | 1 | $0.00 |
| **Ground Transportation (Uber) to DIA** | $73.47 | 1 | $73.47 |
| **Ground Transportation (Taxi) from DIA** | $105.00 | 1 | $105.00 |
| **Ground Transportation (Taxi) to Hotel Marriott** | $0.00 | 0 | $0.00 |
| **Ground Transportation (Taxi) to Airport SJU** | $0.00 | 0 | $0.00 |
| **Ground Transportation (Parking)** | $0.00 | 0 | $0.00 |
| **Ground Transportation (Mileage)** | $0.655 | 0 | $0.00 |
| **Lodging** | $154.78 | 4 | $619.12 |
| **Per Diem (Travel Days)** | $86.25 | 2 | $172.50 |
| **Per Diem (Full Days)** | $115.00 | 3 | $345.00 |
| **Total** | | | **$1,986.49** |

VIG Tower, PH – 924

1225 Ave. Juan Ponce de Leon

San Juan, PR 00907

787-417-9098

Uber

Total **$73.47**
August 13, 2023



# Total                                    $73.47

Trip fare                                   $39.10

Subtotal                                    $39.10

Reservation Fee                             $12.00

Booking Fee                                  $9.19

Denver International Airport Pickup/Drop-off Fee    $3.29

Colorado Prearranged Ride Regulatory Fee     $0.31

Tips                                         $9.58

**Payments**

| VISA | **Visa ••••3491** | $63.89 |
| | 8/13/23 7:52 AM | |
| VISA | **Visa ••••3491** | $9.58 |
| | 8/14/23 4:03 PM | |

**A temporary hold of $63.89 was placed on your payment method •••• 3491. This is not a charge and will be removed. It should disappear from your bank statement shortly.** Learn More

**Switch Payment Method**

**Download PDF**

# You rode with MONICA

**4.98 ★** Rating                          👤 Has passed a multi-step safety screen

When you ride with Uber, your trips are insured in case of a covered accident.

**Learn more ›**

UberX      32.98 miles | 36 min

■   **7:15 AM**
    5552 W Lakeridge Rd,
    Lakewood, CO 80227, US

↓   **7:52 AM**
    8500 Pena Blvd, Denver, CO
    80249, US



Report lost item  ❯          Contact support  ❯

My trips  ❯

Forgot password

Privacy

Terms


Uber Technologies
1515 3rd Street
San Francisco, CA 94158

ISSUED BY AND VALID ONLY ON

# SOUTHWEST AIRLINES®    BOARDING PASS

RR

## YOUNGS/ALAN

FLIGHT **2597**

DATE **AUG 13**

CONF.# **3QBMGH**

2597 **DENVER**
**ORLANDO**
**09:45 AM R**

1300 **ORLANDO**
**SAN JUAN**
**04:15 PM**

207895671

**A-List Preferred**

**Wanna Get Away Plus**™

**Check monitors for gate number**

Boarding
Group

**A**

Boarding
Position

**16**

**BOARDING TIME**

# 09:15 AM

PRIORITY BOARDING

PRIORITY & EXPRESS LANES

**Southwest**

**3QBMGH**

LN: YOUNGS
FN: ALAN
MN:

**16**

AWI-W10/CH.11

*fold here*

Feedback



ISSUED BY AND VALID ONLY ON

# SOUTHWEST AIRLINES®    BOARDING PASS

RR

## YOUNGS/ALAN

FLIGHT **1300**

DATE **AUG 13**

CONF.# **3QBMGH**

1300  **ORLANDO**
**SAN JUAN**
**04:15 PM R**

**A-List Preferred**

**Wanna Get Away Plus™**

**Check monitors for gate number**

## BOARDING TIME
# 03:45 PM

207895671

Boarding
Group

**A**

Boarding
Position

**16**

PRIORITY BOARDING
PRIORITY LANE

**Southwest.**

3QBMGH

LN: YOUNGS
FN: ALAN
MN:

16

AWI-W10/CH.11

*fold here*

Feedback



A-List Preferred   *Hi, Alan*  47,996 points   **My Account**  |  **Log out**   Español 🌐

FLIGHT | HOTEL | CAR | VACATIONS   SPECIAL OFFERS   RAPID REWARDS®   🔍

# Thanks for flying with us!

✓ Price   ✓ Payment   ✓ Confirmation

## ✓ Your flight is booked!

We're sending you a confirmation email to the address below. If the email hasn't arrived in 2 minutes, check your junk or spam folder.
alyoun@aol.com

## Trip summary

🖨 Print

### ✈ Flight

**CONFIRMATION #**
## 3QBMGH

**AUG 13**
## DEN ✈ SJU

**FLIGHT TOTAL**
## $405.70

🚗 Add a car



Book now. Pay later!
**From $92.14*/day in San Juan**

*Taxes and fees excl. Terms apply.

Add a hotel



The perfect stay is moments away

**WHERE ARE YOU HEADED?**
San Juan

**CHECK-IN**          **CHECK-OUT**
08/13/2023 📅      08/15/2023 📅

Search 🔗

[ Book now ]

---

**LIMITED-TIME OFFER**



## Earn 60,000 points
### and a 30% off promo code.*

**Learn more** ❯

*30% off promo code discount on base fare and applied before taxes and fees. Offer ends 7/10/23. The account information is only an estimate for a specific point in time. Please reference your Rapid Rewards® account for the most up-to-date information.

| | |
|---|---|
| CURRENT POINTS BALANCE | 47,996 |
| ESTIMATED POINTS EARNED ON THIS TRIP | 2,960 |
| POINTS EARNED WITH NEW CREDIT CARD OFFER | 60,000 |
| **ESTIMATED TOTAL POINTS** | **110,956** |

---

## 8/13 - San Juan

☑ **100% free inflight entertainment*** — all on your devices.   [ Learn more ]

*Download the Southwest app to view movies and on-demand content. Inflight messaging only allows access to iMessage and WhatsApp. Apps must be downloaded before the flight.

**AUG 13**
## Denver, CO *to* San Juan, PR

**Confirmation #** 3QBMGH

| PASSENGERS | EST. POINTS | EXTRAS | FARE |
|---|---|---|---|

Feedback



| PASSENGERS | EST. POINTS | EXTRAS | FARE |
|---|---|---|---|
| **Alan Youngs** | + 2,960 PTS | — | Wanna Get Away Plus |

Rapid Rewards® Acct # 207895671   A-List Preferred

Add Known Traveler # / Redress #   >
Special Assistance   >

$ **Transfarency®: Defined**
Low fares. Nothing to hide. ⤴

⇄ **Change fees don't fly with us**
Flexibility for your travel plans. ⤴

🧳 **Pack with care**
Guidelines for carryon luggage. ⤴

# Departing  8/13/23 Sunday

Wanna Get Away Plus    $370.00
*(Passenger x1)*

✈ DEPARTS   **9:45** AM   **DEN**
Denver, CO - DEN

FLIGHT
**2597** 📶 + 📺
SCHEDULED AIRCRAFT
Boeing 737-700
*Subject to change*

ARRIVES   **3:25** PM   **MCO**
Orlando, FL - MCO

TRAVEL TIME
**3hr 40min**

*stop 1: Orlando, FL - MCO*

✈✈

DEPARTS   **4:15** PM   **MCO**
Orlando, FL - MCO

FLIGHT
**1300** 📶 + 📺
SCHEDULED AIRCRAFT
Boeing 737-800
*Subject to change*

✈ ARRIVES   **7:15** PM   **SJU**
San Juan, PR - SJU

TRAVEL TIME
**3hr 0min**

SUBTOTAL
$ **370.00**

Taxes & fees    $35.70

**Flight total**    $ **405.70**

**Icon legend**

📶 WiFi available      📺 Live TV available      ✈✈ Change planes

**Helpful Information:**

- Starting July 1, 2023 (12:00 a.m. CT), for Wanna Get Away® or Wanna Get Away Plus™ reward travel reservations (booked with points): If you do not cancel your reservation at least 10 minutes before the flight's original scheduled departure time, any points used for booking will be forfeited, along with any taxes and fees associated with your reward travel reservation. For Anytime or Business Select® reward travel reservations: the points used for booking will be redeposited to the purchaser's Rapid Rewards® account, and any taxes and fees associated with the reward travel reservation will be converted into a Transferable Flight Credit™ for future use.
- Please read the fare rules associated with this purchase.
- When booking with Rapid Rewards points, your points balance may not immediately update in your account.
- **REAL ID Requirement:** Do you have a **REAL ID**? Beginning May 7, 2025, you will need a state-issued **REAL ID** compliant license or identification card, or another acceptable form of ID (such as a U.S. Passport), to fly within the United States. Visit www.tsa.gov for a list of acceptable forms of ID and additional information regarding **REAL ID** requirement.

Feedback

**Book your hotel with us and earn up to 10,000 points per night.**



The perfect stay is moments away.

WHERE ARE YOU HEADED?

**San Juan**

CHECK-IN

**Sun, Aug 13, 2023**

CHECK-OUT

**Tue, Aug 1**

| ROOMS | ADULTS | CHILDREN |
|-------|--------|----------|
| **1** | **1**  | **0**    |

## Payment summary

| PAYMENT INFORMATION | | | AMOUNT PAID |
|---|---|---|---|
|  **Visa 3491**<br>XXXXXXXXXXXX3491<br>Expiration: 7/27 | CARD HOLDER<br>**Alan Youngs** | BILLING ADDRESS<br>**5552 W Lakeridge Rd**<br>**Lakewood, CO US 80227** | **$405.70** |

## Total charged

**You're all set for your upcoming trip.**

Get ready to enjoy two bags for the price of none*,
no fees to change your flight**, and some Southwest® love.

*First and second checked bags. Weight and size limits apply. **Fare difference may apply.



| SUBTOTAL | $370.00 |
|---|---|
| TAXES & FEES | $35.70 |
| **TOTAL DOLLARS** | **$405.70** |

Show price breakdown

## Earn up to 1,800 Rapid Rewards® points.

Plus save up to 30% off base rates with Budget®.

 Book car ›

**You've just landed a special offer of up to 45% off points!**

Lock it in before this deal flies away – and boost your points balance now!

**Buy points** ›

Feedback



ISSUED BY AND VALID ONLY ON
**SOUTHWEST AIRLINES®**

**BOARDING PASS**

RR

# YOUNGS/ALAN

FLIGHT **709**

DATE **AUG 17**

CONF.# **3QV58E**

709 **SAN JUAN**
**ORLANDO**
**05:40 PM I**

769 **ORLANDO**
**DENVER**
**09:50 PM**

207895671

**A-List Preferred**

**Wanna Get Away Plus™**

**Check monitors for gate number**

Boarding
Group

**A**

Boarding
Position

**18**

**BOARDING TIME**
## 05:10 PM

PRIORITY BOARDING
PRIORITY & EXPRESS LANES

**Southwest.**

3QV58E

LN: YOUNGS
FN: ALAN
MN:

18

AWI-W10/CH.11

*fold here*



ISSUED BY AND VALID ONLY ON
# SOUTHWEST AIRLINES®

**BOARDING PASS**

RR

## YOUNGS/ALAN

FLIGHT **769**

DATE **AUG 17**

CONF.# **3QV58E**

769 **ORLANDO**
**DENVER**
**09:50 PM I**

**A-List Preferred**

**Wanna Get Away Plus**™

**Check monitors for gate number**

**BOARDING TIME**
# 09:20 PM

207895671

Boarding
Group

**A**

Boarding
Position

**16**

**PRIORITY BOARDING**
**PRIORITY LANE**

**Southwest.**

3QV58E

LN: YOUNGS
FN: ALAN
MN:

16

AWI-W10/CH.11

---

*fold here*

 **Southwest**

A-List Preferred   *Hi, Alan*  47,996 points   **My Account** | **Log out**   Español 🌐

FLIGHT | HOTEL | CAR | VACATIONS   SPECIAL OFFERS   RAPID REWARDS®   🔍

# Thanks for flying with us!

✓ Price   ✓ Payment   ✓ Confirmation

## ✓ Your flight is booked!

We're sending you a confirmation email to the address below. If the email hasn't arrived in 2 minutes, check your junk or spam folder.
alyoun@aol.com

## Trip summary

🖨 Print

### ✈ Flight

**CONFIRMATION #**

**3QV58E**

AUG 17

**SJU ✈ DEN**

FLIGHT TOTAL

**$265.70**



🚗 Add a car   Add a hotel



The perfect stay is moments away

Book now. Pay later!

From $103.49*/day in Denver

*Taxes and fees excl. Terms apply.

**Book now**

WHERE ARE YOU HEADED?

Denver

CHECK-IN    CHECK-OUT
08/17/2023  08/19/2023

Search ↗

 LIMITED-TIME OFFER

## Earn 60,000 points
### and a **30% off** promo code.*

**Learn more** ›

*30% off promo code discount on base fare and applied before taxes and fees. Offer ends 7/10/23. The account information is only an estimate for a specific point in time. Please reference your Rapid Rewards® account for the most up-to-date information.

| | |
|---|---|
| CURRENT POINTS BALANCE | 47,996 |
| ESTIMATED POINTS EARNED ON THIS TRIP | 1,840 |
| POINTS EARNED WITH NEW CREDIT CARD OFFER | 60,000 |
| **ESTIMATED TOTAL POINTS** | **109,836** |

## 8/17 - Denver

 📧 **100% free inflight entertainment*** — all on your devices.   **Learn more**

*Download the Southwest app to view movies and on-demand content. Inflight messaging only allows access to iMessage and WhatsApp. Apps must be downloaded before the flight.

AUG 17

## San Juan, PR *to* Denver, CO

Confirmation # **3QV58E**

| PASSENGERS | EST. POINTS | EXTRAS | FARE |
|---|---|---|---|

Feedback



| PASSENGERS | EST. POINTS | EXTRAS | FARE |
|---|---|---|---|
| **Alan Youngs** | + 1,840 PTS | — | Wanna Get Away Plus |
| Rapid Rewards® Acct # 207895671    A-List Preferred | | | |

Add Known Traveler # / Redress #   〉
Special Assistance   〉

💲 **Transfarency®: Defined**
Low fares. Nothing to hide. ⬈

🔁 **Change fees don't fly with us**
Flexibility for your travel plans. ⬈

🧳 **Pack with care**
Guidelines for carryon luggage. ⬈

# Departing  8/17/23 Thursday

**Wanna Get Away Plus**   $230.00
*(Passenger x1)*

✈ **DEPARTS**   **5:40** PM   **SJU**
San Juan, PR - SJU

**FLIGHT**
**709** 📶 + 📺
**SCHEDULED AIRCRAFT**
Boeing 737 MAX8
*Subject to change*

**ARRIVES**   **8:40** PM   **MCO**
Orlando, FL - MCO

**TRAVEL TIME**
**3hr 0min**

*stop 1: Orlando, FL - MCO*

**DEPARTS**   **9:50** PM   **MCO**
Orlando, FL - MCO

**FLIGHT**
**769** 📶 + 📺
**SCHEDULED AIRCRAFT**
Boeing 737-800
*Subject to change*

✈ **ARRIVES**   **11:35** PM   **DEN**
Denver, CO - DEN

**TRAVEL TIME**
**3hr 45min**

**SUBTOTAL**
**$230.00**

**Taxes & fees**   $35.70

**Flight total**   **$265.70**

**Icon legend**

📶 WiFi available    📺 Live TV available    ✈ Change planes

**Helpful Information:**

- Starting July 1, 2023 (12:00 a.m. CT), for Wanna Get Away® or Wanna Get Away Plus™ reward travel reservations (booked with points): If you do not cancel your reservation at least 10 minutes before the flight's original scheduled departure time, any points used for booking will be forfeited, along with any taxes and fees associated with your reward travel reservation. For Anytime or Business Select® reward travel reservations: the points used for booking will be redeposited to the purchaser's Rapid Rewards® account, and any taxes and fees associated with the reward travel reservation will be converted into a Transferable Flight Credit™ for future use.
- Please read the fare rules associated with this purchase.
- When booking with Rapid Rewards points, your points balance may not immediately update in your account.
- **REAL ID Requirement:** Do you have a **REAL ID**? Beginning May 7, 2025, you will need a state-issued **REAL ID** compliant license or identification card, or another acceptable form of ID (such as a U.S. Passport), to fly within the United States. Visit www.tsa.gov for a list of acceptable forms of ID and additional information regarding **REAL ID** requirement.

Feedback

**Book your hotel with us and earn up to 10,000 points per night.**



WHERE ARE YOU HEADED?

## Denver

| CHECK-IN | CHECK-OUT |
|---|---|
| Thu, Aug 17, 2023 | Sat, Aug 19 |

| ROOMS | ADULTS | CHILDREN |
|---|---|---|
| 1 | 1 | 0 |

## Payment summary

| PAYMENT INFORMATION | | | AMOUNT PAID |
|---|---|---|---|
| **Visa 3491**<br>XXXXXXXXXXX3491<br>Expiration: 7/27 | CARD HOLDER<br>**Alan Youngs** | BILLING ADDRESS<br>**5552 W Lakeridge Rd<br>Lakewood, CO US 80227** | **$265.70** |

## Total charged

### You're all set for your upcoming trip.

Get ready to enjoy two bags for the price of none*,
no fees to change your flight**, and some Southwest® love.

*First and second checked bags. Weight and size limits apply. **Fare difference may apply.

| SUBTOTAL | $230.00 |
|---|---|
| TAXES & FEES | $35.70 |
| **TOTAL DOLLARS** | **$265.70** |

Show price breakdown

## Earn up to 1,800 Rapid Rewards® points.

Plus save up to 30% off base rates with Budget®.



Book car ❯



### You've just landed a special offer of up to 45% off points!

Lock it in before this deal flies away – and boost your points balance now!

**Buy points** ❯

Feedback





Google

directions

All Maps News Images Videos More Tools

About 5,770,000,000 results (0.66 seconds)

Results for **Denver, CO 80227** · Choose area

Denver International Airport, 8500 Peña Blvd, Denver, CO 80249

5552 W Lakeridge Rd, Lakewood, CO 80227

**51 min** (30.3 mi) via I-70 W

Directions

**56 min** (33.4 mi) via I-225 S

**1 hr 1 min** (36.2 mi) via I-225 S and I-25 N

## Places

**New Directions**
3.5       (4) · Non-profit organization
Denver, CO · (303) 831-0635

Directions

**New Directions For Families by Valley Hope**
3.0       (2) · Addiction treatment center
(720) 623-0747
Open 24 hours

Website

**Financial Directions Inc**
No reviews · Financial planner
Denver, CO · (303) 447-6517

Directions

More places →

https://maps.google.com       ⋮

## Google Maps

Find local businesses, view maps and get driving **directions** in Google Maps.

### Directions
Find local businesses, view maps and get driving directions in ...

### The Directions API demo
This demo shows you how to use the Directions API to get a set of ...

### Directions API overview
The Directions API is a web service that uses an HTTP ...

#### Directions Service

View example - Directions - Draggable Directions - **...**

**More results from google.com »**

https://www.mapquest.com   ⋮

#### Official MapQuest - Maps, Driving Directions, Live Traffic

Official MapQuest website, find driving **directions**, maps, live traffic updates and road conditions. Find nearby businesses, restaurants and hotels. Explore!

https://www.mapquest.com › directions   ⋮

#### Get Driving Directions, Live Traffic & Road Conditions

Step by step **directions** for your drive or walk. Easily add multiple stops, see live traffic and road conditions. Find nearby businesses, restaurants and ...

https://www.waze.com   ⋮

#### Waze: Driving directions, live traffic & road conditions updates

Realtime driving **directions** based on live traffic updates from Waze - Get the best route to your destination from fellow drivers.

https://en.wiktionary.org › wiki › directions   ⋮

#### directions - Wiktionary

NounEdit. **directions**. plural of direction. NounEdit. **directions** pl (plural only). Instructions for how to reach a destination or how to do something.

https://www.youtube.com › watch   ⋮

#### Directions - YouTube

Provided to YouTube by J Records **Directions** · Mario Turning Point ℗ 2004 BMG Music, a unit of BMG Music Released on:…

YouTube · Mario - Topic · Dec 25, 2014

4:12

https://www.youtube.com › watch   ⋮

#### Ane Brun - Directions (Official Video) - YouTube

**Directions**" the first single from Ane Bruns's upcoming new album available now.iTunes: http://apple.co/1x9naCgSpotify: ...

YouTube · Ane Brun · Mar 10, 2015

3:14

https://www.directionsmag.com    ⋮

Directions Magazine - GIS News and Geospatial

Get **Directions** Magazine delivered to you. A summary of top stories and the latest geospatial trends emailed direct to you.

Related searches    ⋮

Alternative to Google Maps                                        ⌃

MapQuest    Bing Maps    Waze    OpenStree...    Here WeGo    OsmAnd

See more  →

Feedback

**maps** directions                          **mapquest.com** directions

**google maps** directions                   **google driving** directions **in words**

**get** directions                            **waze** directions

**free driving** directions                   directions **home**

More results  ⌄

# COURTYARD®
## Marriott.

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Alan Youngs
5552 W Lakeridge Rd
Lakewood CO 80227
United States

Room: 0907
Room Type: EKNG
No. of Guests: 1
Rate: $ 125.00  Clerk: 8

Marriott Rewards #    119330892

CRS Number  92677994

Name:

Arrive:  08-13-23          Time:  08:29 PM          Depart:  08-17-23          Folio Number:  735944

| Date | Description | Charges | Credits |
|---|---|---|---|
| 08-13-23 | Package | 125.00 | |
| 08-13-23 | Destination Fee | 17.00 | |
| 08-13-23 | Government Tax | 12.78 | |
| 08-14-23 | Comedor - Guest Charge | 4.16 | |
| 08-14-23 | Package | 125.00 | |
| 08-14-23 | Destination Fee | 17.00 | |
| 08-14-23 | Government Tax | 12.78 | |
| 08-15-23 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 08-15-23 | Package | 125.00 | |
| 08-15-23 | Destination Fee | 17.00 | |
| 08-15-23 | Government Tax | 12.78 | |
| 08-16-23 | COMEDOR- Guest Charge (Breakfast) | 3.95 | |
| 08-16-23 | COMEDOR- Guest Charge (Dinner) | 29.61 | |
| 08-16-23 | Package | 125.00 | |
| 08-16-23 | Destination Fee | 17.00 | |
| 08-16-23 | Government Tax | 12.78 | |
| 08-17-23 | Visa Card | | 660.84 |
| | *Card # XXXXXXXXXXXX3491* | | |
| 08-17-23 | COMEDOR- Guest Charge (Breakfast) | 5.00 | |
| 08-17-23 | Visa Card | | 5.00 |
| | *Card # XXXXXXXXXXXX3491* | | |

**COURTYARD**®
**Marriott**®

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Alan Youngs
5552 W Lakeridge Rd
Lakewood CO 80227
United States

Room: 0907
Room Type: EKNG
No. of Guests: 1
Rate: $  125.00  Clerk: 8

Marriott Rewards #    119330892

CRS Number  92677994

Name:

Arrive:  08-13-23          Time:  08:29 PM          Depart:  08-17-23          Folio Number:  735944

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
|      |             |         |         |

**Balance**                                                                 **0.00 USD**

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.



# DOWNLOAD OUR APP

## TRANS VOYAGE TAXI LLC
1450 South Havana St. Suite 712 Aurora, CO 80012
Email: info@transvoyagetaxi.com

### 303. 353. 4482

Fare$ 105          Cab# CAR SERVICE

From D.I.A          To 5552 W. LAKERIDGE RD

Date 8/17/2023

Driver HAYDER H

## www.transvoyagetaxi.com

Thank you for your Business



FPMPR TRAVEL EXPENSE NOTE:

**Alan Young Travel Expense Invoices Note:**

**Date: August 31, 2023**

**Notes:**

Please note:

  Travel Expenses:
- The Wanna Get Away Plus in the Airfare receipt is a free benefit from the Airline.