INVOICE 0102R1 - EXPENSE FOR ON-SITE PROFESSIONAL SERVICES; AUGUST 13, 2023, THROUGH AUGUST 17, 2023
RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC

9/15/23

TO:   Federal Monitor
      Puerto Rico Police Department Consent Decree

This invoice for travel expenses incurred during on-site visit to PRPB rendered by Crystal Reef LLC (Monitoring Core Team) for August 2023.

*[signature]*

## Office of the TCA - Travel Reimbursement Form

Traveler Name: Scott Cragg
Travel Dates: Aug 13 - 17 2023
Purpose of Travel: On-Site Monitoring

### Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 535.40 | 1 | $ 535.40 |
| Bags/Airport Shuttle tips-no receipt | $ 2.00 | 2 | $ 4.00 |
| Ground Transportation (Tolls) | $ 0.93 | 2 | $ 1.86 |
| Ground Transportation (Parking) | $ 13.00 | 5 | $ 65.00 |
| Ground Transportation (Mileage) | $ 0.655 | 175 | $ 114.62 |
| Lodging | $ 154.78 | 4 | $ 619.12 |
| Per Diem (Travel Days) 13 Aug, 17 Aug | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) Aug 14, 15, 16 | $ 115.00 | 3 | $ 345.00 |
| Total | | | $ 1,857.50 |



# Upcoming flight = incoming deals.

Enjoy exclusive savings with Paisly since you booked a JetBlue flight—like up to 35% off cars and up to 20% off hotels. Plus, earn TrueBlue points on it all!

**Unlock savings now**

*To San Juan* (handwritten)

## Travelers

(A1) MR SCOTT P CRAGG   Adult

eTicket: 2792131093940    Frequent Flyer: B6-3363415311

Details ▼

## Price Summary

MCO → SJU                                                          $223.00 ∧

Departing Aug 13, 2023, 4:34 pm
MCO → SJU

Adult x 1                                                          $223.00
- A1 - SCOTT CRAGG

Seats                                                              $0.00 ∧

Flight: MCO - SJU
(A1) Seat 7A                                                       $0.00

Taxes & Fees                                                       $31.20 ∨

*Total 254.20* (handwritten)

**Details** ▼



# Upcoming flight = incoming deals.

Enjoy exclusive savings with Paisly since you booked a JetBlue flight—like up to 35% off cars and up to 20% off hotels. Plus, earn TrueBlue points on it all!

**Unlock savings now**

*FROM SAN JUAN* (handwritten)

## Travelers

(A1) MR SCOTT P CRAGG   Adult

eTicket:      Frequent Flyer: B6-3363415311

Details ▼

## Price Summary

SJU → BOS                                   $250.00

Departing Aug 17, 2023, 11:34 am

SJU → BOS

Adult x 1 — $250.00

- A1 - SCOTT CRAGG

Seats — $0.00

Flight: SJU - BOS

(A1) - -

Flight: SJU - BOS

(A1) - -

Extras — $0.00

(A1) Group A Boarding — $0.00
(A1) Priority Security — $0.00

Taxes & Fees — $31.20

Total — **$281.20**

See applicable **Fare restrictions**

|   |   |   |   |
|---|---|---|---|
|   | $21.10 | USD | U.S. Transportation Tax - (US2) |
| **Taxes & fees total:** | $31.20 | USD |   |
| **Base fare total:** | **$254.20** |   |   |

| **Exchange Fee(s):** | TICKET NUMBER | DATE | AMOUNT |
|---|---|---|---|
|   | 2792131093940 | 2023-07-22 | $0.00 |

| **Payment(s):** |   |   |
|---|---|---|
|   | Visa card XXXXXXXXXXXX6833 | $417.40 |

# Base fare refund

**CRAGG SCOTT**

Ticket number(s):2790525521213
Refunded ticket number: 2792129170506
Refund date: 2023-08-12

| **Refund breakdown:** | AMOUNT | CURRENCY |   |
|---|---|---|---|
| Base Fare Amount: | -$132.00 | USD |   |
| Taxes: | -$31.20 | USD |   |
| **Total base fare refund:** | -$163.20 | USD |   |
| **Cancel penalty:** | $0.00 | USD |   |
| **Refund:** | Travel Bank Account XXXXXXXXXXXX3831 |   | $163.20 |

## Total paid: $254.20 USD*

*includes all fares, taxes, fees and penalties less any amounts refunded

Flight Status   |   Bag Info   |   Airport Info

## Stay connected

 Download the JetBlue mobile app

   

## Itinerary receipt notice

From: JetBlue (jetblueairways@email.jetblue.com)
To: spcragg@verizon.net
Date: Friday, September 22, 2023, 04:09 PM

**jetBlue**

CRAGG/SCOTT P
13 AUG 23

CONFIRMATION:
IIPDNK

FLIGHT B6 1133
MCO ➔ SJU
Orlando, FL   San Juan, PR

GATE 236
SUBJECT TO CHANGE

BOARDING PASS
TICKET: 2792131093940

GROUP  SEAT  AISLE
MOSAIC 3D

BOARDING 3:59 PM ➔ DOORS CLOSE 4:19 PM ➔ DEPARTS 4:34 PM ➔ ARRIVES 7:32 PM

TSA Pre✓

## Travel Purchase

Date of requested receipt: 2023-07-22

Record Locator: IIPDNK

**MCO**      **SJU**

Travel date: 2023-08-13T16:34:00
Flight number: 1133

Traveler(s)

CRAGG/SCOTT P MR

Ticket number(s)

2792131093940

Base fare:   $223.00 USD

| Taxes & fees breakdown: | AMOUNT | CURRENCY | PURPOSE - (CODE) |
|---|---|---|---|
|  | $4.50 | USD | U.S. Passenger Facility Charge - (XF) |
|  | $5.60 | USD | U.S. September 11th Security Fee - (AY) |

# Itinerary receipt notice

From: JetBlue (jetblueairways@email.jetblue.com)
To: spcragg@verizon.net
Date: Friday, September 22, 2023, 04:14 PM EDT



Date of requested receipt: 2023-08-12        Record Locator: JZBYJL

**SJU          BOS**                Travel date      2023-08-17T11:34:00
                                    Flight number    1922

**Traveler(s)**                     **Ticket number(s)**

CRAGG/SCOTT P MR                    2792131093177

**Base fare:**                      $250.00 USD

| Taxes & fees breakdown: | AMOUNT | CURRENCY | PURPOSE - (CODE) |
|---|---|---|---|
|  | $4.50 | USD | U.S. Passenger Facility Charge - (XF) |
|  | $5.60 | USD | U.S. September 11th Security Fee - (AY) |

|  |  | $21.10 | USD | U.S. Transportation Tax - (US2) |
|---|---|---|---|---|

**Taxes & fees total:** $31.20  USD

**Base fare total:** $281.20

**Payment(s):**

Visa card XXXXXXXXXXXX6833          $281.20

# Fees

**CRAGG SCOTT**          Ticket number(s): 2794427691675
Date: 2023-08-12

| QTY | FEE TYPE | COST | TAX | TOTAL |
|---|---|---|---|---|
| 1 | SEAT ASSIGNMENT | $69.00 | $0.00 | $69.00 |

**Total:**   $69.00 USD

**Payment(s):**          Visa card XXXXXXXXXXXX6833          $69.00

# Fee refund*

*note - not all fees will be refundable

**CRAGG SCOTT**          Ticket number(s): 2790499126901
Refunded ticket number: 2794427691675
Refund date: 2023-08-12

|  | AMOUNT | CURRENCY |
|---|---|---|
| **Total fee refund:** | -$69.00 | USD |

**Refund:**          Visa card XXXXXXXXXXXX6833          $69.00 USD

**Total paid: $281.20 USD\***

*includes all fares, taxes, fees and penalties less any amounts refunded

Flight Status   |   Bag Info   |   Airport Info

```
Orlando Fast Park
7870 N. Frontage Rd
   Orlando, 32812

MPS         08/21/23 12:55
Cashier 20
Receipt 020741

Short-Term Parking
Relax for Rewards
FPP/89623013
Orlando Fast Park
08/13/23 17:09
08/21/23 12:55
Period 7d19h47'
                    $104.00

Sub Total      $104.00
TAX              $0.00
             -----------
Total          $104.00

Payment Received
TRX REF NUM: 81095
CARD ENTRY: Chip Read
AID: A0000000031010
CRYP: 6007760E1CBA16AD 40
PAN: xxxxxxxxxxxxx6833
VISA CREDIT
Sale 104.00 USD
APPROVED 05806D



Includes 6.5% Sales Tax
and 10% Privilege Fee
```

*5 days at $13 = $65.00*

**E-ZPass Virginia: Transaction History**
Account Number: 236166 From: 8/10/2023 To: 8/26/2023

| Date Posted | Transaction | Receipt | Transponder / Plate | Agency | Entry Plaza | Exit Plaza | Entry Date and Time | Exit Date and Time | Plaza Facility | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/14/2023 | IAG TOLL INCOMING TRANSACTIONS | 3829399 | | CFX | | 394 | | 8/13/2023 4:55 PM | | -0.93 | 74.86 |
| 8/22/2023 | IAG TOLL INCOMING TRANSACTIONS | 3829399 | | CFX | | 393 | | 8/21/2023 1:13 PM | | -0.93 | 73.93 |



Google Maps

Home (219 S Riverwalk Dr) to Fast Park & Relax MCO, 7870 N Frontage Rd, Orlando, FL 32812

Drive 87.5 miles, 1 hr 26 min

X 2 = 175

**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Scott Cragg
13932 S Springs Dr
Clifton VA 20124
United States

Marriott Rewards #   797225828

Name:

Arrive:   08-13-23            Time:   10:44 PM            Depart:   08-17-23

Room: 0501
Room Type: KSTE
No. of Guests: 1
Rate: $  125.00   Clerk: 8
CRS Number  97207007

Folio Number:  737491

| Date | Description | Charges | Credits |
|---|---|---|---|
| 08-13-23 | Package | 125.00 | |
| 08-13-23 | Destination Fee | 17.00 | |
| 08-13-23 | Government Tax | 12.78 | |
| 08-14-23 | Package | 125.00 | |
| 08-14-23 | Destination Fee | 17.00 | |
| 08-14-23 | Government Tax | 12.78 | |
| 08-15-23 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 08-15-23 | Package | 125.00 | |
| 08-15-23 | Destination Fee | 17.00 | |
| 08-15-23 | Government Tax | 12.78 | |
| 08-16-23 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |
| 08-16-23 | COMEDOR- Guest Charge (Lunch) | 40.31 | |
| 08-16-23 | Package | 125.00 | |
| 08-16-23 | Destination Fee | 17.00 | |
| 08-16-23 | Government Tax | 12.78 | |
| 08-17-23 | Comedor - Guest Charge | 4.00 | |
| 08-17-23 | Visa Card | | 670.43 |
| | Card #  XXXXXXXXXXXX6833 | | |