

FPM TRAVEL REIMBURSEMENT COVER SHEET

Name: Hipolito Castro Jr

Invoice number:

Invoice date: 8/20/23

Site visit travel dates: 8/13/2023 to 8/17/2023

Total travel reimbursement amount (*see page 2 for details*): $

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.*

_____                                    8/20/23
Signature                                                                              Date

**Travel Breakout** — Hipolito Castro travel August 13 to August 17, 2023

| Expense | Unit Cost | Units | Column1 | Total | Column2 |
|---|---|---|---|---|---|
| Airfare | $ 684.40 | 1 | $ - | $ 684.40 | |
| Airfare taxes & fees | | 1 | | $ - | |
| Baggage | | 1 | | $ - | |
| Ground Transportation (Uber/Lyft/Taxi) | | | | $ - | |
| Ground Transportation (Parking) | $ 157.50 | 1 | | $ 157.50 | |
| Ground Transportation (POV Mileage) to PTY | $ 0.655 | 114 | | $ 74.67 | |
| Tolls/Use of Rental Vehicle/Residence-PTY | $ 11.19 | 2 | | $ 22.38 | |
| Lodging | $ 154.78 | 4 | | $ 619.12 | |
| Per Diem (Travel Days) | $ 86.25 | 2 | | $ 172.50 | |
| Per Diem (Full Days) | $ 115.00 | 3 | | $ 345.00 | |
| Other: HOTEL TAX ($35.10 + 25.31/day) | | | | $ - | |
| **Total** | | | | **$ 2,075.57** | |



Hipolito Castro <hipolitocastrojr@gmail.com>

## Your Flight Receipt - HIPOLITO CASTRO 13AUG23
1 message

**Delta Air Lines** <DeltaAirLines@t.delta.com>    Tue, Jul 25, 2023 at 11:13 AM
Reply-To: Transactional Email Reply Inbox <reply-309734-14_HTML-36682778-10982494-1849737@t.delta.com>
To: hipolitocastrojr@gmail.com

View as a Web Page

△ DELTA

#9288156608
Silver Medallion®



CONFIRMATION #: HZXSH2



THANK YOU FOR CHOOSING DELTA

You're all set. If your plans change, you can make adjustments or cancel your itinerary on My Trips on the Fly Delta app or **delta.com** before your flight departs.

As a reminder, please check the expiration date of your passport. Most countries require passports to be valid for at least six months from the

date of return. For easy validation, add or update your passport information on your SkyMiles profile on the **Fly Delta app**.

Have a great trip, and thank you for choosing Delta.

## Passenger Info

Name: HIPOLITO CASTRO
SkyMiles #9288156608
Silver

| FLIGHT | SEAT |
|---|---|
| DELTA 1961 | 22C |
| DELTA 1961 | 22C |

Visit delta.com or download the Fly Delta app to view, select or change your seat. If you purchased a Delta Comfort+™ seat or a Trip Extra, please visit My Trips to access a receipt of your purchase.

| Sun, 13AUG | DEPART | ARRIVE |
|---|---|---|
| DELTA 1961<br>Main Cabin (K) | NYC-KENNEDY<br>1:40pm | SAN JUAN, PUERTO RICO<br>5:43pm |

| Thu, 17AUG | DEPART | ARRIVE |
|---|---|---|
| DELTA 1961<br>Main Cabin (H) | SAN JUAN, PUERTO RICO<br>6:55pm | NYC-KENNEDY<br>11:00pm |

MANAGE MY TRIP

# Flight Receipt

Ticket #: 0062130296291
Place of Issue:
Issue Date: 25JUL23
Expiration Date: 25JUL24

| METHOD OF PAYMENT | |
|---|---|
| AX***********1006 | $684.40 USD |

| CHARGES | |
|---|---|
| Air Transportation Charges | |
| Base Fare | $622.00 USD |
| Taxes, Fees and Charges | |
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $11.20 USD |
| United States - Transportation Tax (US) | $42.20 USD |
| United States - Passenger Facility Charge (XF) | $9.00 USD |
| TICKET AMOUNT | $684.40 USD |

## Checked Bag Allowance

The fees below are based on your original ticket purchase. Fees may be converted to local currency based on your departure airport. **If you qualify for free or discounted checked baggage**, this will be taken into account when you check in. Visit delta.com for details on baggage embargoes that may apply to your itinerary.

**Sun 13 Aug 2023**                                                                  **JFK-SJU**

| CARRY ON | FIRST | SECOND |
|---|---|---|
| FREE | FREE (70LBS/32KG) WAS: $30.00 USD | FREE (70LBS/32KG) WAS: $40.00 USD |

This trip is operated by Delta and the following carrier(s): . Visit delta.com for details on baggage embargoes that may apply to your itinerary. Also see other carrier's complete baggage information.

**Thu 17 Aug 2023**                                                                  **SJU-JFK**

| CARRY ON | FIRST | SECOND |
|---|---|---|
| FREE | FREE (70LBS/32KG) WAS: $30.00 USD | FREE (70LBS/32KG) WAS: $40.00 USD |

This trip is operated by Delta and the following carrier(s): . Visit delta.com for details on baggage embargoes that may apply to your itinerary. Also see other carrier's complete baggage information.

## Your Pre-Trip Checklist for Easier Travel



**Download Our App**



**Visit Our Help Center**



**Update Your Contact**

Track your checked bags, check your flight status, get your boarding pass, message us and more ›

Get all your travel questions answered with information on self-service tools, baggage, SkyMiles and more ›

Information

Make sure your information is updated on your SkyMiles profile for a more personalized experience and service. View my profile ›

## Request Special Services

We are here to help. Complete our **Service Request Form** if you need extra assistance during your trip.

## Transportation of Hazardous Materials

Federal law forbids the carriage of hazardous materials aboard aircraft in your luggage or on your person. A violation can result in civil penalties. Examples include: Paints, aerosols, lighter fluid, fireworks, torch lighters, tear gases and compressed gas cartridges.

There are special exceptions for small quantities (up to 70 ounces total). For further information visit delta.com Restricted Items Section.



Help Center  •  Flight Deals  •  Earn Miles  •  Give Back

  

liability of carriers to passengers for death or personal injury, destruction or loss of, or damage to, baggage, and for delay of passengers and baggage.

Additional protection can usually be obtained by purchasing insurance from a private company. Such insurance is not affected by any limitation of the carrier's liability under an international treaty. For further information please consult your airline or insurance company representative.

Conditions of Carriage

Air transportation on Delta and the Delta Connection® carriers is subject to Delta's conditions of carriage. They include terms governing for example:

• Limits on our liability for personal injury or death of passengers, and for loss, damage of delay of goods and baggage.
• Claim restrictions including time periods within which you must file a claim or bring action against us.
• Our right to change terms of the contract.
• Check-in requirements and other rules established when we may refuse carriage.
• Our rights and limits of our liability for delay or failure to perform service including schedule change, substitution of alternative air carriers or aircraft, and rerouting.
• Our policy on overbooking flights, and your rights if we deny you boarding due to an oversold flight.

These terms are incorporated by reference into our contract with you. You may view these conditions of carriage on delta.com, or by requesting a copy from Delta.

You have received this email because you elected to receive your Electronic Ticket receipt sent to you via email. If you would like to take advantage of other Delta email programs featuring special fares, promotions, information and flight updates, please visit: delta.com/emailprograms or delta.com/notifications

This document establishes the creation of your electronic EMD(S) in our computer systems. It does not constitute a document of carriage. Where this document is issued for transportation or services other than passenger air transportation, specific terms and conditions may apply. These terms and conditions may be provided separately or may be obtained from the issuing agent.

Effective December 15, 2019, the Canada Air Passenger Protection Regulations may provide additional protections to passengers traveling to or from Canada:

*If you are denied boarding, your flight is cancelled or delayed for at least two hours, or your baggage is lost or damaged, you may be entitled to certain standards of treatment and compensation under the Air Passenger Protection Regulations. For more information about your passenger rights please contact your air carrier (www.delta.com/appr) or visit the Canadian Transportation Agency's website.*

*Si l'embarquement vous est refusé, ou si votre vol est annulé ou retardé d'au moins deux heures ou si vos bagages sont perdus ou endommagés, vous pourriez avoir droit au titre du Règlement sur la protection des passagers aériens, à certains avantages au titre des normes de traitement applicables et à une indemnité. Pour de plus amples renseignements sur vos droits, veuillez communiquer avec votre transporteur aérien ( www.delta.com/appr) ou visiter le site Web de l'Office des transports du Canada.*

COPYRIGHT INFORMATION

This email message and its contents are copyrighted and are proprietary products of Delta Air Lines, Inc. Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium, is strictly prohibited.

This is a post only email (EMD+). Please do not respond to this message.

PRIVACY POLICY

Your privacy is important to us. Please review our Privacy Policy.

```
              JFK AIRPORT
           LONG TERM PARKING
                              910
                            54249
EXIT                            0
RECEIPT:                        0
PERSONELL:
TRANSACTION:
EZPass           KAP0XXXXXXX2473
NO:              12/30
CC VALID         03 009 0982473
SNR:             08.13.28 23:59
EXPIRES:         08.13.23 11:54
IN:              08.17.23 23:48
ENTRY:           HOURLY TICKET
P.AT:               157.50 USD
FEE:                157.50 USD
PAID:            --------------
                    157.50 USD
NET:                  0.00 USD
GST  0%            SA12704
CAR:
4T 11:54
         TAXES INCLUDED
         THANK YOU FOR
          PARKING AT
          JFK AIRPORT
       HAVE A SAFE TRIP
```

11:58  LTE 

# JFK

John F. Kennedy Internatio...
International Airport · Jamaica, Que...

🚗 **1 hour 54 minutes**

 Tickets  ···

**HOURS**      **DISTANCE**
Open           ↳ 57 mi

         

## E-ZPass® Payment Receipt for 08/18/2023

Account Number : 2000175180885
Transaction Date : 08/18/2023
Transaction Id : 116605296347
Transaction Amount : ($11.19)
Payment Type : ETC

## E-ZPass® Payment Receipt for 08/13/2023

Account Number : 2000175180885
Transaction Date : 08/13/2023
Transaction Id : 116592907473
Transaction Amount : ($11.19)
Payment Type : ETC

**COURTYARD® Marriott**

Courtyard by Marriott  
San Juan - Miramar

801 Ponce de Leon Ave.  
San Juan, PR. 00907  
T 787.721.7400  
F 787.723.0068

Hipolito Castro  
64 Mustang Dr  
Monroe CT 06468  
United States

Room: 0801  
Room Type: KSTE  
No. of Guests: 1  
Rate: $ 125.00  Clerk: 8

Marriott Rewards #   214246771

CRS Number   77723508

Name:

Arrive:   08-13-23          Time:   05:53 AM          Depart:   08-17-23          Folio Number:   736704

| Date | Description | Charges | Credits |
|---|---|---|---|
| 08-13-23 | Package | 125.00 | |
| 08-13-23 | Destination Fee | 17.00 | |
| 08-13-23 | Government Tax | 12.78 | |
| 08-14-23 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 08-14-23 | Package | 125.00 | |
| 08-14-23 | Destination Fee | 17.00 | |
| 08-14-23 | Government Tax | 12.78 | |
| 08-15-23 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 08-15-23 | Package | 125.00 | |
| 08-15-23 | Destination Fee | 17.00 | |
| 08-15-23 | Government Tax | 12.78 | |
| 08-16-23 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 08-16-23 | Package | 125.00 | |
| 08-16-23 | Destination Fee | 17.00 | |
| 08-16-23 | Government Tax | 12.78 | |
| 08-16-23 | COMEDOR- Guest Charge (Dinner) | 34.50 | |
| 08-17-23 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 08-17-23 | American Express | | |
| | Card # XXXXXXXXXXX1006 | | |

669.62  
− 50.50  
619.12

# COURTYARD® Marriott

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Hipolito Castro
64 Mustang Dr
Monroe CT 06468
United States

Room: 0801
Room Type: KSTE
No. of Guests: 1
Rate: $ 125.00  Clerk: 8

Marriott Rewards #   214246771

CRS Number  77723508

Name:

Arrive:  08-13-23   Time:  05:53 AM   Depart:  08-17-23   Folio Number:  736704

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
|      | Balance     |         | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.