

FPM TRAVEL REIMBURSEMENT COVER SHEET

Name: David Levy

Invoice number: 01-044T

Invoice date: 09/07/2023

Site visit travel dates: 08/13/2023-08/18/2023

Total travel reimbursement amount (*see page 2 for details*): $ $      $      **2,554.71**

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.*

_____                          09/07/2023
Signature                                                                    Date



# Office of the TCA - Travel Reimbursement Form

**Traveler Name:**

| | |
|---|---|
| **Every One** | **David Levy** |
| **Travel days** | **6** |
| **Purpose of Travel:  On-Site** | **Site visit** |

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| **Airfare** | $ 793.40 | 1 | $ 793.40 |
| **Baggage** | $ - | 0 | $ - |
| **Ground Transportation (Uber/Lyft/Taxi)** | $ 4.74 | 1 | $ 4.74 |
| **Ground Transportation (Parking)** | $ - | 0 | $ - |
| **Ground Transportation (Mileage)** | $ 0.66 | 7.6 | $ 4.97 |
| **Lodging** | $ 223.82 | 5 | $ 1,119.10 |
| **Per Diem (Travel Days)** | $ 86.25 | 2 | $ 172.50 |
| **Per Diem (Full Days)** | $ 115.00 | 4 | $ 460.00 |
| **tolls** | $ - | 0 | $ - |
| **Total** | | | **$ 2,554.71** |

INFORMATION INVOICE



300 CONVENTION BOULEVARD, SAN JUAN  00907 PUERTO RICO

| Guest Name | **David Levy** | | | Page No. | 1 / 3 |
|---|---|---|---|---|---|

| Address | **828 Snowden Hallowell Way** | | | | |
|---|---|---|---|---|---|

| City | **Alexandria** | Country: | United States | | |
|---|---|---|---|---|---|
| Company | | Arrival | 08-13-23 | Conf No. | 77080383 |
| | | Departure | 08-18-23 | Room No. | 0408 |
| | | Rate | USD  167.00 | Pax | 1 |

| Date | | Description | Debits | Credits |
|---|---|---|---|---|
| 08-13-23 | 1 | Gratuity - WXYZ BAR<br>Room# 0408 : CHECK# 1252301 | 7.00 | |
| 08-13-23 | 1 | WXYZ BAR Dinner Food<br>Room# 0408 : CHECK# 1252335 | 8.43 | |
| 08-13-23 | 1 | Gratuity - WXYZ BAR<br>Room# 0408 : CHECK# 1252335 | 7.00 | |
| 08-13-23 | 1 | WXYZ Bar Reduced 6% Tax<br>Room# 0408 : CHECK# 1252335 | 0.90 | |
| 08-13-23 | 1 | WXYZ 1% City Tax<br>Room# 0408 : CHECK# 1252335 | 0.15 | |
| 08-13-23 | 1 | Accommodations<br>2021370 | 167.00 | |
| 08-13-23 | 1 | Development Fee | 3.34 | |
| 08-13-23 | 1 | Destination Fee | 35.00 | |
| 08-13-23 | 1 | Occupancy Tax 9% | 18.48 | |
| 08-14-23 | 1 | REFUEL Breakfast Food<br>Room# 0408 : CHECK# 1222187 | 6.00 | |
| 08-14-23 | 1 | Gratuity - REFUEL<br>Room# 0408 : CHECK# 1222187 | 1.50 | |
| 08-14-23 | 1 | REFUEL Reduced 6% Tax<br>Room# 0408 : CHECK# 1222187 | 0.36 | |
| 08-14-23 | 1 | REFUEL 1% City Tax<br>Room# 0408 : CHECK# 1222187 | 0.06 | |
| 08-14-23 | 1 | Gratuity - WXYZ BAR<br>Room# 0408 : CHECK# 1252393 | 7.00 | |
| 08-14-23 | 1 | Accommodations<br>2022047 | 167.00 | |
| 08-14-23 | 1 | Development Fee | 3.34 | |
| 08-14-23 | 1 | Destination Fee | 35.00 | |
| 08-14-23 | 1 | Occupancy Tax 9% | 18.48 | |
| 08-15-23 | 1 | REFUEL Breakfast Food<br>Room# 0408 : CHECK# 1222261 | 10.00 | |
| 08-15-23 | 1 | Gratuity - REFUEL<br>Room# 0408 : CHECK# 1222261 | 2.00 | |

INFORMATION INVOICE

300 CONVENTION BOULEVARD, SAN JUAN  00907 PUERTO RICO

| Guest Name | **David Levy** | | | Page No. | | 2 / 3 |
|---|---|---|---|---|---|---|

| Address | **828 Snowden Hallowell Way** |
|---|---|

| City | **Alexandria** | Country: | United States |
|---|---|---|---|

| Company | | Arrival | 08-13-23 | Conf No. | 77080383 |
|---|---|---|---|---|---|
| | | Departure | 08-18-23 | Room No. | 0408 |
| | | Rate | USD 167.00 | Pax | 1 |

| Date | | Description | Debits | Credits |
|---|---|---|---|---|
| 08-15-23 | 1 | REFUEL Reduced 6% Tax | 0.60 | |
| | | Room# 0408 : CHECK# 1222261 | | |
| 08-15-23 | 1 | REFUEL 1% City Tax | 0.10 | |
| | | Room# 0408 : CHECK# 1222261 | | |
| 08-15-23 | 1 | Accommodations | 167.00 | |
| | | 2024044 | | |
| 08-15-23 | 1 | Development Fee | 3.34 | |
| 08-15-23 | 1 | Destination Fee | 35.00 | |
| 08-15-23 | 1 | Occupancy Tax 9% | 18.48 | |
| 08-16-23 | 1 | REFUEL Breakfast Food | 6.00 | |
| | | Room# 0408 : CHECK# 1222385 | | |
| 08-16-23 | 1 | Gratuity - REFUEL | 3.00 | |
| | | Room# 0408 : CHECK# 1222385 | | |
| 08-16-23 | 1 | REFUEL Reduced 6% Tax | 0.36 | |
| | | Room# 0408 : CHECK# 1222385 | | |
| 08-16-23 | 1 | REFUEL 1% City Tax | 0.06 | |
| | | Room# 0408 : CHECK# 1222385 | | |
| 08-16-23 | 1 | WXYZ BAR Dinner Wine | 10.97 | |
| | | Room# 0408 : CHECK# 1252549 | | |
| 08-16-23 | 1 | Gratuity - WXYZ BAR | 12.00 | |
| | | Room# 0408 : CHECK# 1252549 | | |
| 08-16-23 | 1 | WXYZ BAR 10.5% State Tax | 5.25 | |
| | | Room# 0408 : CHECK# 1252549 | | |
| 08-16-23 | 1 | WXYZ 1% City Tax | 0.50 | |
| | | Room# 0408 : CHECK# 1252549 | | |
| 08-16-23 | 1 | Accommodations | 167.00 | |
| | | 2026054 | | |
| 08-16-23 | 1 | Development Fee | 3.34 | |
| 08-16-23 | 1 | Destination Fee | 35.00 | |
| 08-16-23 | 1 | Occupancy Tax 9% | 18.48 | |
| 08-17-23 | 1 | REFUEL Breakfast Food | 10.00 | |
| | | Room# 0408 : CHECK# 1222462 | | |
| 08-17-23 | 1 | Gratuity - REFUEL | 2.00 | |
| | | Room# 0408 : CHECK# 1222462 | | |

INFORMATION INVOICE

| | | | | | |
|---|---|---|---|---|---|
| *Guest Name* | **David Levy** | | | *Page No.* | 3 / 3 |
| *Address* | **828 Snowden Hallowell Way** | | | | |
| *City* | **Alexandria** | *Country:* | United States | | |
| *Company* | | *Arrival* | 08-13-23 | *Conf No.* | 77080383 |
| | | *Departure* | 08-18-23 | *Room No.* | 0408 |
| | | *Rate* | USD 167.00 | *Pax* | 1 |

| Date | | Description | Debits | Credits |
|---|---|---|---|---|
| 08-17-23 | 1 | REFUEL Reduced 6% Tax | 0.60 | |
| | | Room# 0408 : CHECK# 1222462 | | |
| 08-17-23 | 1 | REFUEL 1% City Tax | 0.10 | |
| | | Room# 0408 : CHECK# 1222462 | | |
| 08-17-23 | 1 | Gratuity - WXYZ BAR | 3.00 | |
| | | Room# 0408 : CHECK# 1252580 | | |
| 08-17-23 | 1 | Accommodations | 167.00 | |
| | | 2028114 | | |
| 08-17-23 | 1 | Development Fee | 3.34 | |
| 08-17-23 | 1 | Destination Fee | 35.00 | |
| 08-17-23 | 1 | Occupancy Tax 9% | 18.48 | |

Hey!

Thanks for choosing Aloft! It was great to have you.

Attached is a record of all the fun you had on your stay! And as our
way of saying thanks, we invite you to join up or sign in to earn points on your
travels with our new Marriott Bonvoy loyalty program.

If you have any questions or comments, please do not hesitate to
contact any of our talent members at the hotel for immediate assistance.

| | |
|---|---|
| **1,224.04** USD | **0.00** USD |
| *Balance* | |
| | **1,224.04** USD |

*Signature*

Case 3:12-cv-02039-FAB   Document 2526-8   Filed 11/09/23   Page 6 of 15

8/20/23, 8:42 PM

 **Gmail**                                                    David Levy <dplevy@gmail.com>

## Itinerary receipt notice

1 message

**JetBlue** <jetblueairways@email.jetblue.com>                    Sun, Aug 20, 2023 at 7:51 PM
Reply-To: JetBlue <reply@email.jetblue.com>
To: dplevy@gmail.com



## Your travel receipt.

Thanks for flying JetBlue!

## Travel Purchase

**Date of requested receipt: 2023-08-03**          **Record Locator:** IBSIOA

| DCA | SJU | **Travel date** | 2023-08-13T08:00:00 |
|-----|-----|-----------------|---------------------|
|     |     | **Flight number** | 1347 |
| SJU | DCA | **Travel date** | 2023-08-18T17:25:00 |
|     |     | **Flight number** | 1348 |

**Traveler(s)**                          **Ticket number(s)**

**LEVY/DAVID MR**                        2792130276387

**Base fare:**                                          $731.00 USD

| **Taxes & fees breakdown:** | AMOUNT | CURRENCY | PURPOSE - (CODE) |
|---|---|---|---|
| | $9.00 | USD | U.S. Passenger Facility Charge - (XF) |
| | $11.20 | USD | U.S. September 11th Security Fee - (AY) |
| | $42.20 | USD | U.S. Transportation Tax - (US2) |
| **Taxes & fees total:** | $62.40 | USD | |
| **Base fare total:** | **$793.40** | | |

**Payment(s):**

Visa card XXXXXXXXXXXX6929                    $793.40

# Fees

**LEVY DAVID**                Ticket number(s): 2794427011273

Date: 2023-08-03

| QTY | FEE TYPE | COST | TAX | TOTAL |
|---|---|---|---|---|
| 1 | SEAT ASSIGNMENT | $59.00 | $0.00 | $59.00 |
| 1 | SEAT ASSIGNMENT | $67.00 | $0.00 | $67.00 |

**Total:**      **$126.00 USD**

**Payment(s):**          Visa card XXXXXXXXXXXX6929               $126.00

# Total paid: $919.40 USD*

*includes all fares, taxes, fees and penalties less any amounts refunded

Flight Status | Bag Info | Airport Info

# Stay connected

 **Download the JetBlue mobile app**

   

Help

Business Travel

Privacy

About JetBlue

Please call 1-800-JETBLUE (1-800-538-2583) for additional assistance.

Positive identification required for airport check-in.

Notice:
Carriage and other service provided by the carrier are subject to conditions of carriage, which are hereby incorporated by reference. These conditions may be obtained from the issuing carrier. E-ticket Receipt total includes airfare, taxes, and fees applicable to air care, baggage fees, and Even More fees, as may be applicable.

Google Maps

Home (828 Snowden Hallowell Way) to Rental Car Center Ronald Reagan Washington National Airport, 2400 Ronald Reagan Washington National Airport Access Rd, Arlington, VA 22202

Drive 3.9 miles, 8 min



Map data ©2023 Google     2000 ft

**828 Snowden Hallowell Way**

Alexandria, VA 22314

↑   1.   Head south on Snowden Hallowell Way toward Madison St
⚠ Restricted usage road

259 ft

←   2.   Turn left at the 1st cross street onto Madison St

469 ft

←   3.   Turn left onto George Washington Mem Pkwy/N Washington St
ⓘ Continue to follow George Washington Mem Pkwy
⚠ Turn is not allowed Mon–Fri 7:00 – 9:00 AM

3.0 mi

↱   4.   Take the exit toward Reagan Nat'l Arpt

0.2 mi

↗   5.   Slight right onto W Entrance Rd

0.3 mi

←   6.   Turn left onto National Ave
ⓘ Destination will be on the left

0.2 mi

**Rental Car Center Ronald Reagan Washington National Airport**

2400 Ronald Reagan Washington National Airport Access Rd, Arlington, VA 22202

 Gmail

David Levy <dplevy@gmail.com>

---

**Your Tuesday morning trip with Uber**
2 messages

---

**Uber Receipts** <noreply@uber.com>                                    Tue, Aug 15, 2023 at 11:24 AM
To: dplevy@gmail.com

Uber                                                                    Total $4.74
                                                                    August 15, 2023

# Thanks for riding, David

We hope you enjoyed your ride
this morning.



## Total                                                                    $4.74

| | |
|---|---|
| Trip fare | $4.93 |
| Subtotal | $4.93 |
| Discounts and Adjustments | -$0.66 |
| Booking Fee ❓ | $0.47 |

[Download PDF](#)

---

Case 3:12-cv-02039-FAB   Document 2526-8   Filed 11/09/23   Page 11 of 15

8/20/23, 8:59 PM

This is not a payment receipt. It is a trip summary to acknowledge the completion of the trip. You will receive a trip receipt when the payment is processed with payment information.

# You rode with CARLOS

4.97 ★ Rating

 Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.

Rate or tip

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ›

UberX        2.59 miles | 9 min

■   11:14 AM

Paseo del Parque & Bulevar
del Centro de Convenciones,
San Juan, Puerto Rico 00907,
US

↓   11:24 AM

1225 Avenida Ponce de
León, San Juan, PR 00907,
US



Report lost item  ›

Contact support  ›

My trips  ›

Uber

Forgot password

Privacy

Terms

Uber Technologies

1515 3rd Street
San Francisco, CA 94158

Case 3:12-cv-02039-FAB   Document 2526-8   Filed 11/09/23   Page 13 of 15

8/20/23, 8:59 PM

---

**Uber Receipts** <noreply@uber.com>
To: dplevy@gmail.com

Tue, Aug 15, 2023 at 11:50 AM

## Uber

Total $5.74
August 15, 2023

# Thanks for tipping, David

Here's your updated Tuesday
morning ride receipt.



# Total                    $5.74

| | |
|---|---|
| Trip fare | $4.93 |
| Subtotal | $4.93 |
| Discounts and Adjustments | -$0.66 |
| Booking Fee ❓ | $0.47 |
| Tips | $1.00 |

Payments

 **Visa ····1549**                                    $5.74
8/15/23 11:50 AM

Switch Payment Method

Download PDF

# You rode with CARLOS

4.97 ★ Rating                    👤 Has passed a multi-step safety screen

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ›

UberX        2.59 miles | 9 min

■   11:14 AM
Paseo del Parque & Bulevar
del Centro de Convenciones,
San Juan, Puerto Rico 00907,
US

↓   11:24 AM
1225 Avenida Ponce de
León, San Juan, PR 00907,
US

Case 3:12-cv-02039-FAB   Document 2526-8   Filed 11/09/23   Page 15 of 15



Report lost item  ❯

Contact support  ❯

My trips  ❯

Uber

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158