OFFICE OF THE FPMPR LLC.
B-5 Calle Tabonuco Suite 216 PMB 292
Guaynabo, Puerto Rico 00968

November 1, 2023

Professional services rendered by the members of the Office of the FPMPR LLC. For October 2023:

| NAME | AMOUNT | MONTH |
| --- | --- | --- |
| 1.  John Romero | $17,916.66 | October 2023 |
| 2.  Spece | $ 2,579.20 | October 2023 |
| 3.  The & Group LLC (Javier González) | $ 7,401.41 | October 2023 |
| 4.  Altai Atlantic Consulting LLC (Dr. David Levy) | $ 9,322.50 | October 2023 |
| 5.  Denise Rodriguez | $15,833.33 | October 2023 |
| 6.  Viota & Associates CPA LLC | $    531.25 | October 2023 |
| 7.  Donald S. Gosselin | $ 9,900.00 | October 2023 |
| 8.  Al Youngs | $ 9,900.00 | October 2023 |
| 9.  Rafael E. Ruiz | $10,601.25 | October 2023 |
| 10. Scott Cragg | $ 7,631.25 | October 2023 |
| 11. AB - AG Law LLC (Lcdo. Roberto Abesada) | $16,000.00 | October 2023 |
| 12. Rita J. Watkins | $7,120.00 | October 2023 |
| 13. M Serrano LLC | $3,200.00 | October 2023 |
| 14. Luis Hidalgo | $11,500.00 | October 2023 |
| 15. Korber Group | $ 1,432.95 | October 2023 |
| 16. Samantha Rhinerson | $ 2,650.00 | October 2023 |
| 17. Claudia Cámara | $ 2,100.00 | October 2023 |
| 18. Manuel Arroyo | $ | October 2023 |
| 19. Hipolito Castro Jr | $ 9,000.00 | October 2023 |
| 20. Stephanie Leon | $ 1,327.50 | October 2023 |
| 21. Iñigo Galanes | $ 3,270.00 | October 2023 |
| 22. Ipsos | $66,731.60 | October 2023 |
| **TOTAL:** | **$215,948.90** | October 2023 |
|  |  |  |