**Spece**
1225 Juan Ponce de Leon
San Juan, PR  00907
787-417-7300
info@spece.com
www.spece.com

Invoice  INV - 20505



| BILL TO | | | |
|---|---|---|---|
| Office of the FPMPR LLC | DATE<br>12/01/2023 | PLEASE PAY<br>$2,579.20 | DUE DATE<br>12/01/2023 |

| MEMBERSHIP | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Membership:Private Office**<br>Private Office Suite - Office 15, $2,300.00, Dec 1, 2023 - Dec 31, 2023 | 1 | 2,300.00 | 2,300.00T |
| **Other Fees:One-off Fees**<br>Telephone Service, $60.00, Dec 1, 2023 - Dec 31, 2023 | 1 | 60.00 | 60.00T |
| **Other Fees:One-off Fees**<br>Garage Parking, $120.00, Dec 1, 2023 - Dec 31, 2023 | 1 | 120.00 | 120.00T |

|  |  |
|---|---|
| SUBTOTAL | 2,480.00 |
| TAX (4%) | 99.20 |
| TOTAL | 2,579.20 |
| TOTAL DUE | **$2,579.20** |

THANK YOU.

ELEVATE YOUR BUSINESS