# THE & GROUP LLC.

Las Ramblas
71 Calle Montjuic
Guaynabo , PR 00969

## INVOICE

INVOICE NUMBER: 120
INVOICE DATE: OCTOBER 31, 2023

Federal Police Monitor

San Juan, PR

Invoice for Javier B Gonzalez Professional Services as Administrative Director

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| OCT-01-23 | Administrative Director | Office of the FPMPR Documents Storage | | | $228.43 |
| OCT-03-23 | Administrative Director | Work with September Team Professional Services Invoices | 3.00 | $125.00 | $375.00 |
| OCT-04-23 | Administrative Director | Work with September Team Invoices | 4.00 | $125.00 | $500.00 |
| OCT-09-23 | Administrative Director | Town Hall Meeting coordination meeting, Work with Team August Travel expenses, Review of communications sent by team members. | 4.00 | $125.00 | $500.00 |
| OCT-10-23 | Administrative Director | Communications with the monitor, Town Hall Meeting Coordination, Review of communications. | 2.00 | $125.00 | $250.00 |
| OCT-11-23 | Administrative Director | Work with Team August and September Travel expenses Invoices, | 2.50 | $125.00 | $312.50 |
| OCT-12-23 | Administrative Director | Work with Team Professional Expenses Invoices final review, Executive Team weekly Meeting | 2.00 | $125.00 | $250.00 |
| OCT-13-23 | Administrative Director | Work with September travel expenses invoices, Communications with the Monitor and Team members, Town Hall meeting coordination, review of communications. | 4.50 | $125.00 | $562.50 |
| OCT-16-23 | Administrative Director | Work with Team September Travel Expenses Invoices. | 2.50 | $125.00 | $312.50 |
| OCT-16-23 | Administrative Director | Office of the FPMPR Adobe Account | | | $47.98 |
| OCT-17-23 | Administrative Director | Work with Team September Travel Expenses Invoices, Review of communications sent by Team Members, Communications with the Monitor and Team Members. | 1.50 | $125.00 | $187.50 |
| OCT-18-23 | Administrative Director | Review of communications sent by Team Members, Review of emails by citizens sent to the Office email Account, communications with Team Members. | 2.00 | $125.00 | $250.00 |
| OCT-19-23 | Administrative Director | Weekly executive team Meeting, Review of citizen's communications sent to the office, review of communications sent by Team Members, Focus groups follow up. | 2.00 | $125.00 | $250.00 |

INVOICE NUMBER: 120

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| OCT-20-23 | Administrative Director | Review of Team august and September travel invoices. | 3.00 | $125.00 | $375.00 |
| OCT-21-23 | Administrative Director | Community counsels state meeting in Arecibo. | 4.50 | $125.00 | $562.50 |
| OCT-23-23 | Administrative Director | Work with Team Invoices, Coordination of Town Hall Meeting. | 2.00 | $125.00 | $250.00 |
| OCT-24-23 | Administrative Director | Communications with the Monitor and Team Members. | 1.00 | $125.00 | $125.00 |
| OCT-25-23 | Administrative Director | Communications with the monitor, PRPB, and Team Members, Focus group follow-up, and Review of communications sent by Team Members. | 2.50 | $125.00 | $312.50 |
| OCT-26-23 | Administrative Director | Focus group follow up, review of communications. | 1.50 | $125.00 | $187.50 |
| OCT-30-23 | Administrative Director | Bi-weekly Meeting with PRPB and USDOJ, 253 Meeting, Town Hall Coordination. Community meetings follow up. | 5.00 | $125.00 | $625.00 |
| OCT-31-23 | Administrative Director | Meeting with Caguas Area commander, communications with Team Members. Work with Team Invoices. | 5.50 | $125.00 | $687.50 |
| OCT-31-23 | Administrative Director | I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0.00 | $125.00 | $0.00 |
| | | Gasoline Expense | | | $250.00 |
| | | Total amount of this invoice | | | $7,401.41 |

MESSAGE

Javier B Gonzalez October 31, 2023



**Southern Self Storage - Santurce**
**2 Calle Concepcion**
**San Juan, PR  00909-2508**
**(787) 339-2574**

# Payment Receipt

|  |  |
|---|---|
| **Date Printed** | October 6, 2023 |
| **Payment Date** | October 6, 2023 12:48 PM |
| **Unit** | 2705 |
| **Available Credit** | 0.00 |
| **Current Balance** | 0.00 |
| **Paid Thru** | October 31, 2023 |
| **Receipt Number** | 131847 |
| **By** RF |  |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Tenant** | Javier Gonzalez | | | | | | | |
| **Company** | | | | | | | | |
| **Address** | Urb Los Ramblas  71 Calle Montjuic | | | | | | | |
| **City, State, Zip** | Guaynabo  PR  00969 | | | | | | | |

| Date | Unit | Description | Charge | Discount | Tax | Total | Payment | Method |
|---|---|---|---|---|---|---|---|---|
| 10/01/23 | 2705 | Rent 10/1-10/31 | 195.00 | 0.00 | 22.43 | 217.43 | 217.43 | AMEX |
| 10/01/23 | 2705 | iShield 10/1-10/31 | 11.00 | 0.00 | 0.00 | 11.00 | 11.00 | AMEX |

```
Taxes                                          22.43
Payment (less tax)                            206.00
Payment Subtotal                              228.43
Credits Applied                                 0.00
Refunds Applied                                 0.00
Total Applied to Account                      228.43

Paid By                              AMEX *****1000
Paid Thru Date                       October 31, 2023
Account Balance                                 0.00
```

Transaction Type   Sale

Authorization   130381
Reference   80057415578

_____     _____
**Customer Signature         Date**        **Manager Signature         Date**

Forget about due dates and late charges by using **AutoPay**.  Each month your payment is automatically charged to your credit card on the due date.  This service is offered **FREE OF CHARGE**.  Just ask us for an AutoPay form to complete or go online at www.southernselfstoage.com sign up.

Get $25.00 credit on referrals!
  Ask your manager how and save money. Don't forget to visit us for boxes and moving supplies.  We are your one stop shop for all your moving needs.

To manage your account online visit www.southernselfstorage.com.



# Transaction Details
## Card Ending - 12001

Merchandise & Supplies - Mail Order

## ADOBE WEBSALES 800-833-6687

# $47.98

Oct 16, 2023

On your statement as ADOBE ACROPRO SUBS ASAN JOSE CA

**$0.48 Reward Dollars**



## Transaction Details



ADOBE WEBSALES 800-833-6687

801 N 34TH ST
SEATTLE
WA
98103
UNITED STATES