

# Invoice

## Altai Atlantic Consulting LLC
828 Snowden Hallowell Way, Alexandria VA 22314

**Date:** 10/31/23
**Invoice #:** 01-046

**To:** Office of the Federal Police Monitor of Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
Tel. 787-417-9098

| Fee Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|
| **Total Fees Payable For Services Rendered by Dr. David Levy** | 56.5 | 165 | **$9,322.50** |

### Work Performed in the Continental United States

| Date | Activity Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 10/1/23 | Review of PRPB samples and data for methodology appendix in CMR-9 | 2.5 | 165 | $412.50 |
| 10/2/23 | Biweekly document and data production call | 0.5 | 165 | $82.50 |
| 10/2/23 | Box.com maintenance for CMR-9 data | 3.0 | 165 | $495.00 |
| 10/2/23 | Review of CMR-9 Community Policing Section | 2.5 | 165 | $412.50 |
| 10/2/23 | CMR-10 Data request 1.1 | 2.5 | 165 | $412.50 |
| 10/2/23 | Creating Box.com folders for all CMR-10 data uploads | 3.5 | 165 | $577.50 |
| 10/4/23 | Review of PRPB samples and data for methodology appendix in CMR-9 | 1.0 | 165 | $165.00 |
| 10/4/23 | Review of CMR-9 Community Policing Section | 4.0 | 165 | $660.00 |
| 10/5/23 | Review of CMR-9 Community Policing Section | 3.0 | 165 | $495.00 |
| 10/6/23 | CMR-9 data request 3.2 | 2.5 | 165 | $412.50 |
| 10/7/23 | CMR-9 data request 3.2 | 4.0 | 165 | $660.00 |
| 10/8/23 | Review of CMR-9 Supervision section | 2.0 | 165 | $330.00 |
| 10/9/23 | Review of CMR-9 Professinalization section | 2.5 | 165 | $412.50 |
| 10/11/23 | Prepared summary statistics of internal investigation duration | 2.0 | 165 | $330.00 |
| 10/12/23 | Communication re: supervision data & CMR-9/10 data requests | 2.0 | 165 | $330.00 |
| 10/16/23 | Communication re: sampling for STU preventive patrols | 0.5 | 165 | $82.50 |
| 10/20/23 | Communication re: community engagement section for CMR-9 | 0.5 | 165 | $82.50 |
| 10/23/23 | CMR-10 Data request 1.2 intervew and site visit samples | 5.0 | 165 | $825.00 |
| 10/23/23 | Biweekly FPMPR team call | 0.5 | 165 | $82.50 |
| 10/24/23 | CMR-10 Data request 1.2 | 3.5 | 165 | $577.50 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/25/23 | Communication re: CMR-10 Data request 1.2 | 2.0 | 165 | $330.00 |
| 10/27/23 | Communication re: CMR-9 supervision & recruitment sections | 1.0 | 165 | $165.00 |
| 10/28/23 | Finalizing CMR-10 Data request 1.2 | 1.5 | 165 | $247.50 |
| 10/30/23 | Biweekly document and data production call | 0.5 | 165 | $82.50 |
| 10/31/23 | Review of community engagement section for CMR-9 | 3.0 | 165 | $495.00 |
| 10/31/23 | CMR-10 data request 1.2 sample 1.085a | 0.5 | 165 | $82.50 |
| 10/31/23 | Misc. end of month admin. | 0.5 | 165 | $82.50 |
| Total | | 56.5 | | $9,322.50 |

**Total Fee Payable**    **$9,322.50**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

**Dr. David Levy**

10/31/23
**Date**