# VIOTA & ASSOCIATES CPA LLC

B5 CALLE TABONUCO, SUITE 216
PMB 292
GUAYNABO, PR 00968-3029

## Invoice

INVOICE NUMBER: 20201587
DATE: OCTOBER 30, 2023

PUERTO RICO POLICE REFORM

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: CONSULTING FEES | | | |
| OCT-16-23 | CONSULTING FEES | PS Quarterly Return 3Q 2023 | 0.50 | $125.00 | $62.50 |
| OCT-23-23 | CONSULTING FEES | Download invoices to Dropbox, Review Invoices, calculated withholdings, 9/30 invoices in Excel, Posted PS in PR Pay, | 2.25 | $125.00 | $281.25 |
| OCT-24-23 | CONSULTING FEES | 9/30 invoices in Excel and Sage, Reconciliation 9/30 | 1.50 | $125.00 | $187.50 |
| | | TOTAL: CONSULTING FEES | | | $531.25 |
| | | Total hours for this invoice | 4.25 | | |
| | | Total before tax | | | $531.25 |
| | | PR SALES TAX (IVU) | | | $0.00 |
| | | Total amount of this invoice | | | $531.25 |