

**Al Youngs**
**5552 West Lakeridge Rd**
**Lakewood, CO 80227**

October 1 - October 31, 2023
Invoice No. 52
Member of Federal Monitor Team

| Date | Brief Description | Total Hours |
|---|---|---|
|  | Reviewed and responded to emails and conference calls for the month of September. |  |
| 10/3 | From Members of the Monitor Team. |  |
| 10/5 |  |  |
| 10/7 |  |  |
| 10/9 |  |  |
| 10/10 |  |  |
| 10/11 |  |  |
| 10/18 |  |  |
| 10/20 |  |  |
| 10/23 |  |  |
| 10/29 |  |  |
| 10/30 |  |  |
| 10/31 |  | 5.0 Hours |
| 10/4 | Several meetings and phone calls with Monitor and Deputy Monitor. |  |
| 10/5 |  |  |
| 10/12 |  |  |
| 10/20 |  |  |
| 10/25 |  |  |
| 10/26 |  |  |
| 10/27 |  |  |
| 10/31 |  |  |
|  |  | 3.0 Hours |

| Date | Description | Hours |
|---|---|---|
| 10/5 | Reviewed Professionalization CMR-7 | 2.0 Hours |
| 10/6 | Reviewed Supervision and Management CMR-8 | 2.0 Hours |
| 10/8 | Reviewed Supervisor Status Report | 2.0 Hours |
| 10/10 | Reviewed data report requests with David Levy | 1.0 Hours |
| 10/18 | Reviewed draft Supervision and Management CMR-8 and rework | 5.0 Hours |
| 10/19 | Reviewed 18 Inspection jAudits for SARP | 7.0 Hours |
| 10/20 | Reviewed CMR-7 Professionalization and rework | 5.0 Hours |
| 10/21 | Reviewed 2467 | 2.0 Hours |
| 10/24 | Reviewed ACT 65 | 3.0 Hours |
| 10/24 | Reviewed CMR-7 Recruitment, Hiring and Selection | 3.0 Hours |
| 10/25 | Rereviewed PARA 13 | 3.0 Hours |
| 10/26 | Rereviewed GO649 Draft of Integrity Audits and Comments | 3.0 Hours |
| 10/26 | Zoom call with DOJ and PRPB ref Supervision (EIS) | 4.0 Hours |
| 10/27 | Zoom call with DOJ and PRPB ref Supervision (EIS) | 2.0 Hours |
| 10/29 | Resubmitted final draft reference Supervision and Management | 3.0 Hours |
| 10/29 | Resubmitted final draft reference Professionalization | 3.0 Hours |
| 10/31 | Resubmitted Recruitment Regulation and Comments | 2.0 Hours |

**TOTAL HOURS:** 60.0

Billable Hours: 60 Hours at a Rate of $165.00 Per Hour = $9,900.00

**TOTAL:** **$9,900.00**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_Alan C Young_
**Signature**

10/31/23
**Date**