# Rafael Ruiz Consulting

12 Crestshire Dr.
Lawrence, MA 01843

PHONE: 6177599156    stodgo1971@yahoo.com    12 Crestshire Dr.

## INVOICE

INVOICE NUMBER: 2023-10
INVOICE DATE: 10/31/2023

Federal Police Monitor for PR
VIG Tower, PH-924
1225 Ponce De Leon Ave.
San Juan, PR 00907

RAFAEL E. RUIZ CONSULTING

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: FPM work from Home | | | |
| 10/9/2023 | FPM work from Home | Work on Policies and Procedures CMR-09 Draft | 9.00 | $165.00 | $1,485.00 |
| 10/11/2023 | FPM work from Home | FPM comments on PRPB Implementation Plan for Non-compliant paragraphs | 5.00 | $165.00 | $825.00 |
| 10/12/2023 | FPM work from Home | Review and prep report on GO 600-615 and PPR's | 4.00 | $165.00 | $660.00 |
| 10/16/2023 | FPM work from Home | Review GO 600-619 and re-review 600-615 | 4.00 | $165.00 | $660.00 |
| 10/18/2023 | FPM work from Home | Work on Policies and Procedures CMR-09 Draft 2 | 1.50 | $165.00 | $247.50 |
| 10/19/2023 | FPM work from Home | Work on Policies and Procedures CMR-09 Draft 2 | 2.50 | $165.00 | $412.50 |
| 10/20/2023 | FPM work from Home | Work on Policies and Procedures CMR-09 Draft 2 | 5.50 | $165.00 | $907.50 |
| 10/21/2023 | FPM work from Home | Work on Policies and Procedures CMR-09 Draft | 3.00 | $165.00 | $495.00 |
| 10/22/2023 | FPM work from Home | Work on Policies and Procedures CMR-09 Draft 2 | 6.00 | $165.00 | $990.00 |
| 10/23/2023 | FPM work from Home | Work on Search and Seizures CMR-09 Draft 1 | 7.50 | $165.00 | $1,237.50 |
| 10/24/2023 | FPM work from Home | Work on Search and Seizures CMR-09 Draft 1 | 4.50 | $165.00 | $742.50 |
| 10/26/2023 | FPM work from Home | Work on Search and Seizures CMR-09 Draft 1 | 8.00 | $165.00 | $1,320.00 |
| 10/27/2023 | FPM work from Home | Work on Search and Seizures CMR-09 Draft 1 | 3.75 | $165.00 | $618.75 |
| | | TOTAL: FPM work from Home | | | $10,601.25 |
| | | Total hours for this invoice | 64.25 | | |

| INVOICE BALANCE INFORMATION | |
|---|---|
| Total amount of this invoice | $10,601.25 |

INVOICE NUMBER: 2023-10

| INVOICE BALANCE INFORMATION (Cont'd.) | |
|---|---|
| Current invoice balance | $10,601.25 |

| AMOUNT DUE ON THIS INVOICE: $10,601.25 |
|---|

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of the hours worked in my capacity as a member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*[signature]*
Rafael E. Ruiz

Date: 10/31/23