**INVOICE 0104 – LABOR EXPENSE FOR PROFESSIONAL SERVICES; OCTOBER 2023, RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC**

10/31/23

TO: Federal Monitor
Puerto Rico Police Department Consent Decree

This invoice for labor expenses incurred during the month of October 2023.

| Name: | Scott Cragg |
|---|---|
| Invoice Date: | 10/31/23 |
| Invoice Period: | October 1-31, 2023 |

| Date | Task(s) | Rate | Total Hours | Total Amount |
|---|---|---|---|---|
| 10/1/23 | Complete review of contract for concerns regarding Gartner Contract Deliverables, make recommendation to Monitor and DoJ | $165.00 | 0.75 | $123.75 |
| 10/4/23 | Clearing correspondence - Coordination of the IT Executive Committee Meeting, RMS Demo Schedule, Monitors Office regarding GO's. Garter/PRPB mtg on Integration and Interfaces and Workshops, review Gartner proposals on RMS Demo's and concerns regarding translation of documents, review Gartner RMS Actions tracker for Sep | $165.00 | 3.25 | $536.25 |
| 10/5/23 | Attend Gartner review of PMO/RMS Weekly Status and progress review - and comment, Review SCRUM Planning between Gartner and PRPB, status meeting minutes | $165.00 | 1.5 | $247.50 |
| 10/7/23 | Review 9/28 and 10/5 Gartner Weekly Status Reviews | $165.00 | 0.75 | $123.75 |
| 10/8/23 | Review, reconcile and align Gartner tasking Emails, PRPB response emails on PMO CONOPS, RMS Procurement plan, PMO Implementation Plan, Review of interview schedules, Functional Workshops | $165.00 | 0.75 | $123.75 |
| 10/10/23 | Review and comment on PRPB Protocol - PROTOCOLO DE INTERCAMBIO DE INFORMACIÓN PARA LA RETROALIMENTACIÓN DE COMPONENTES DEL SISTEMA DE JUSTICIA CRIMINAL DE PUERTO RICO, clearing Monitor guidance and direction emails regarding CMR-9. Review Gartner drafted Business Capability Model provided 10/5/23. Review Gartner submitted RFP and Metrics Tracking tools. Draft CMR-9, crosswalk to CMR-8 | $165.00 | 6.25 | $1,031.25 |
| 10/11/23 | Telcon with Monitor on PRPB Translation services, attend weekly Gartner/PRPB project status review, review 2467 compliance plan from PRPB, Review 253 notes to ensure accuracy. Review final draw for CMR-9 Data Request ensure relevancy | $165.00 | 2.25 | $371.25 |
| 10/13/23 | Review 10/12 Status review and reconcile versus prior Status Review details, assess, and characterize for Federal Monitor and update, Review Monitors version of CMR-8 non-compliance registry for accuracy | $165.00 | 2.25 | $371.25 |
| 10/16/23 | Prepare correspondence to PRPB on translation of Gartner Deliverables, and also cyber assessment, verify no conflict of interests or discrepancies within Contract and/or proposal | $165.00 | 1.5 | $247.50 |

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 10/19/23 | Report writing CMR-9 | $165.00 | 4.25 | $701.25 |
| 10/20/23 | Logistics planning for onsite visit in November, propose schedule adjustments | $165.00 | 0.25 | $41.25 |
| 10/21/23 | Review Box Data and Data requests, compare with prior materials and requests, Review emails from Luis Saucedo, Gartner PM, PRPB CIO in reference to meetings to be scheduled and status. Review 10/20 Status Update from Gartner | $165.00 | 3 | $495.00 |
| 10/23/23 | Bi-Weekly Federal Monitor Status Review, Assess Gartner prep of the Final Business capabilities Model (submitted 10/18) and submission to PRPB. | $165.00 | 1.25 | $206.25 |
| 10/26/23 | review and coordinate enterprise cyber assessment recommendation with Commonwealth attorney. PRPB/Gartner Weekly RMS/PMO status review, prep and review status slides pre-meet. Meet with Gartner for the weekly contract status review. Review final response to GO 403. Review Draft CMR-10 data call. Review of Non-Compliance Matrix established CMR-8 and Prior, review and provide feedback to the Monitor its validity. | $165.00 | 4.75 | $783.75 |
| 10/27/23 | Participate in Zoom Review of Non-Compliance Spreadsheet with the Parties and Monitor, propose changes to the content for compliance, communicate with Deputy Monitor on planning and CMR-9 submission | $165.00 | 1.5 | $247.50 |
| 10/28/23 | CMR-9 report writing | $165.00 | 0.75 | $123.75 |
| 10/29/23 | Report Writing | $165.00 | 4.75 | $783.75 |
| 10/30/23 | Report Writing | $165.00 | 1.75 | $288.75 |
| 10/31/23 | Report Writing, IT Paragraph Compliance recommendations, prepare invoice for October | $165.00 | 4.75 | $783.75 |
| **TOTAL Labor** | | | **46.25** | **$7,631.25** |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

**Signature:** [signature]

**Date:** 10/31/23