# INVOICE

**DATE:**
October 31, 2023

**INVOICE #**
11-1

**CUSTOMER ID:**
United States of America v. Commonwealth of PR
Civil No. 12-2039 (FAB)

**TO:**
FPMPR LLC
VIG Tower PH 924
1225 Ponce de Leon
San Juan, PR 00907

| SERVICE PROVIDER | JOB | FEES | INVOICE PERIOD |
|---|---|---|---|
| AB-AG LAW LLC | LEGAL SERVICES | MONTHLY FLAT FEE | October 2023 |

**DESCRIPTION**

Review and respond to daily emails and calls.

Review and analyze motions filed and orders issued. Communications with monitors related thereto.

Review and analyze PRPB's 90-day report. Review and analyze PRPB's corrected 90-day report.

Review and comment convocation of captain promotions.

Attend weekly meetings with the executive team, including those of town hall meeting to be scheduled in December.

Review and respond to legal consultations from Monitor and his team.

Prepare and attend biweekly meetings with the team.

Videocall with Rand team.

Prepare and attend meetings with special master and the parties, including meetings with C. Graham and those relating to compliance with ECF No 2467. Communications with monitors related thereto.

Meetings with paralegal and supervision of paralegal's work.

Work with Gartner, Inc., invoice, emails to parties for approval, prepare and file motion for disbursement of funds to pay such invoice.

Prepare communications to follow up on pending unpaid invoices. Work on invoices, calls with J. Gonzalez, and prepare and file motion for disbursement of funds and motion for reimbursement of expenses.

Memorandums to PRPB on several matters.

Working on Ipsos contract and finalizing the same.

Prepare for and attend 253 meeting.

**TOTAL INVOICE AMOUNT: $16,000**

I HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN MY CAPACITY AS A MEMBER OF THE FEDERAL MONITORING TEAM. I FURTHER CERTIFY THAT I HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH OF PUERTO RICO, OR ANY OF ITS DEPARTMENTS OR AGENCIES.

**MAKE ALL CHECKS PAYABLE TO AB-AG LAW LLC**
Thank you for your business!

**1357 ASHFORD AVE #2 -184 | SAN JUAN, PR 00907| PHONE: (787) 948-5131| EMAIL RABESADA@FPMPR.ORG**

2