| Name: | Rita J. Watkins |
|---|---|
| **Invoice Date:** | 10/31/2023 |
| **Invoice Period:** | October 1 - 31, 2023 |

| Date | Task(s) | Rate | Total Hours | Total Amount |
|---|---|---|---|---|
| 10/1/2023 | CMR-9 Data analysis and writing | $160.00 | 1 | $ 160.00 |
| 10/2/2023 | CMR-9 Data analysis and writing | $160.00 | 2 | $ 320.00 |
| 10/12/2023 | Non-Compliant report review and comments/Review OG 704 & 108 | $160.00 | 4.5 | $ 720.00 |
| 10/13/2023 | Review OG 703 and associated annexes | $160.00 | 5 | $ 800.00 |
| 10/14/2023 | Review OG 702 and associated forms | $160.00 | 2 | $ 320.00 |
| 10/19/2023 | Review Personnel Regulations for PRPB and bi-monthly meeeting | $160.00 | 2 | $ 320.00 |
| 10/22/2023 | Telecons and emials from montirs and parties/CMR-9 data analysis and writing | $160.00 | 3 | $ 480.00 |
| 10/23/2023 | Team Meeting | $160.00 | 0.5 | $ 80.00 |
| 10/23/2023 | CMR-9 Data analysis and writing (SA) | $160.00 | 4 | $ 640.00 |
| 10/24/2023 | CMR-9 Data analysis and writing (DV) | $160.00 | 4 | $ 640.00 |
| 10/25/2023 | Telecon with parties on non-compliant paragrsphs | $160.00 | 2.5 | $ 400.00 |
| 10/26/2023 | Telecon and emails with monitors and parties | $160.00 | 1 | $ 160.00 |
| 10/27/2023 | CMR-9 Data analysis and writing (DV) | $160.00 | 4 | $ 640.00 |
| 10/29/2023 | CMR-9 Data analysis and writing (DV) | $160.00 | 5.5 | $ 880.00 |
| 10/30/2023 | Re-review OG 624 and Personnel Regulations document | $160.00 | 2.5 | $ 400.00 |
| 10/31/2023 | Telecons and emails with monitors and parties | $160.00 | 1 | $ 160.00 |
| | | $160.00 | | $ - |
| | | $160.00 | | $ - |
| | | $160.00 | | $ - |
| | | $160.00 | | $ - |
| | | $160.00 | | $ - |
| | | $160.00 | | $ - |
| | | $160.00 | | $ - |
| | | $160.00 | | $ - |
| | | $160.00 | | $ - |
| | | $160.00 | | $ - |
| | | $160.00 | | $ - |
| | | $160.00 | | $ - |
| | | $160.00 | | $ - |
| **TOTAL** | | | **44.5** | **$ 7,120.00** |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Signature: *Rita J. Watkins*          Date:    10/31/2023