# INVOICE

**M. Serrano LLC**

22 Chalets de Santa Maria
San Juan, P.R. 00927
(787) 940-3090

**DATE:** 10/31/2023
**INVOICE #** 202310
**FOR:** FPMPR/TCA

**BILL TO:**
Office of the FPMPR, LLC
VIG Tower, PH 924
1225 Ponce de Leon Avenue
San Juan, P.R. 00907

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Zoom calls/Team meetings: Townhall meeting discussion | 0.50 | $160.00 | $ 80.00 |
| emails-texts/phone calls: Dave, Sam, John, Denise | 1.75 | $160.00 | $ 280.00 |
| 10/10/2023: PRPB's non compliant par. Action plan review & recs. (9 pars.) | 1.50 | $160.00 | $240.00 |
| 10/11/2023: Last data request reviewed comments added (going forward) | 0.75 | $160.00 | $120.00 |
| 10/12/2023: Partial edits CMR9 Box for 211-212/Encounters calendar review | 1.25 | $160.00 | $200.00 |
| 10/13/2023: final edits pending last data receipt for edits | 3.50 | $160.00 | $ 560.00 |
| 10/23/2023: Non-compl. Pars. Re-review (USDOJ's) and comments, CMR 10 samples for interview & selection, (1.107, 1.108, 1.109). Training curriculum listings review for request. | 1.75 | $160.00 | $ 280.00 |
| 10/25/2023: CMR9 last data reviewed Box pars. 209, 212, 214-126, (control nos. 8101, 8097-98, 8215, 8563, 8657, 8760, 8865, 9060, 9172, 9254, 9466, 9562, 9686, 10251), par 217; addtl. Report edits. | 4.50 | $160.00 | $720.00 |
| 10/29/2023: PRPB elctronic modules serach-end of the period final data (SARA, outreach, Alliances),Alliances reports per police area, per superintendencies; outreach and orientation; outreach for education/prevention per topic search for final edits. | 3.75 | $160.00 | $600.00 |
| 10/30/2023: Community members selection for interview 1.106, 1.107, compliance meeting notes review and clarification to parties. | 0.75 | $160.00 | $120.00 |
| | | | |
| | | | |
| | | | $0.00 |
| | | | |
| | 20.00 | | $ 3,200.00 |
| | | | $ - |
| | | **TOTAL** | **$3,200.00** |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities, or agencies.


Merangelie Serrano-Rios