

## Samantha Rhinerson
550 Amsonia Circle
Guyton, GA 31312
srhinerson99@outlook.com | 256-431-5324

| BILL TO | INVOICE # | DATE | DUE |
|---|---|---|---|
| Puerto Rico Chief Federal Monitor | 2023-10 | 10/31/2023 | 11/30/2023 |

| Date | Description | Hours | Rate | TOTAL |
|---|---|---|---|---|
| 10/01/2023 | 1.0 hour of policy review facilitation | 1.00 | $100.00 | $100.00 |
| 10/02/2023 | 1.0 hour of Rita data request analyzation | 1.00 | $100.00 | $100.00 |
| 10/04/2023 | 1.0 hour of policy review facilitation | 1.00 | $100.00 | $100.00 |
| 10/06/2023 | 1.0 hour of policy review facilitation | 1.00 | $100.00 | $100.00 |
| 10/08/2023 | 1.0 hour of policy review facilitation | 1.00 | $100.00 | $100.00 |
| 10/10/2023 | 2.0 hours of CMR review and worksheet developmetn | 2.00 | $100.00 | $200.00 |
| 10/11/2023 | 1.0 hour of policy review facilitation | 1.00 | $100.00 | $100.00 |
| 10/12/2023 | 1.0 hour of policy review facilitation | 1.00 | $100.00 | $100.00 |
| 10/17/2023 | 1.0 hour of policy review facilitation | 1.00 | $100.00 | $100.00 |
| 10/18/2023 | 1.0 hour of policy review facilitation and 253 Meeting Planning | 1.00 | $100.00 | $100.00 |
| 10/19/2023 | 1.0 hour of policy review facilitation | 1.00 | $100.00 | $100.00 |
| 10/20/2023 | 1.0 hour of travel planning | 1.00 | $100.00 | $100.00 |
| 10/21/2023 | 1.0 hour of policy review data request | 1.00 | $100.00 | $100.00 |
| 10/22/2023 | 1.0 hour of travel planning and worksheet development | 1.00 | $100.00 | $100.00 |
| 10/23/2023 | 2.5 hours of CMR and interview sample list review | 2.50 | $100.00 | $250.00 |
| 10/24/2023 | 1.0 hour of travel planning | 1.00 | $100.00 | $100.00 |
| 10/26/2023 | 1.0 hour of travel planning | 1.00 | $100.00 | $100.00 |
| 10/27/2023 | 1.5 hours of travel planning and policy review facilitation | 1.50 | $100.00 | $150.00 |
| 10/28/2023 | 1.5 hours of CMR review and policy review facilitation | 1.50 | $100.00 | $150.00 |
| 10/29/2023 | 1.0 hour of CMR review and worksheet development | 1.00 | $100.00 | $100.00 |
| 10/30/2023 | 2.0 hours of CMR review and policy review facilitation | 2.00 | $100.00 | $200.00 |
| 10/31/2023 | 1.0 hour of CMR review | 1.00 | $100.00 | $100.00 |

**TOTAL** $2,650.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*thank you*