Name: Hipolito Castro Jr
Invoice Date: 10/31/23
Invoice Period: 10/01/2023 to 10/31/2023

| Date | | Task(s) | Rate | Total Hours | Total Amount |
|---|---|---|---|---|---|
| 10/1/23 | CMR9 | | $150.00 | 3.00 | $450.00 |
| 10/2/23 | CMR9 | | $150.00 | 3.00 | $450.00 |
| 10/4/23 | CMR9 | | $150.00 | 3 | $450.00 |
| 10/6/23 | CMR9 | Commo and coordination, Data and Policy Analysis/writing | $150.00 | 2.00 | $300.00 |
| 10/8/23 | | Data and Policy Analysis | $150.00 | 2 | $300.00 |
| 10/10/23 | CMR9 | Commo and coordination, Data and Policy Analysis/writing | $150.00 | 2.00 | $300.00 |
| 10/11/23 | CMR9 | | $150.00 | 3.00 | $450.00 |
| 10/12/23 | CMR9 | | $150.00 | 3.00 | $450.00 |
| 10/14/23 | | commo and coordination, Data and Policy Analysis/writing | $150.00 | 2.00 | $300.00 |
| 10/15/23 | CMR9 | | $150.00 | 3.00 | $450.00 |
| 10/16/23 | CMR9 | | $150.00 | 2.00 | $300.00 |
| 10/17/23 | CMR9 | | $150.00 | 3.00 | $450.00 |
| 10/18/23 | CMR9 | | $150.00 | 2.00 | $300.00 |
| 10/19/23 | CMR9 | | $150.00 | 3.00 | $450.00 |
| 10/20/23 | CMR9 | | $150.00 | 3.00 | $450.00 |
| 10/21/23 | CMR9 | | $150.00 | 3.00 | $450.00 |
| 10/22/23 | | Commo and coordination, Data and Policy Analysis/writing | $150.00 | 2.00 | $300.00 |
| 10/24/23 | CMR9 | | $150.00 | 3.00 | $450.00 |
| 10/25/23 | CMR9 | | $150.00 | 3.00 | $450.00 |
| 10/27/23 | | Commo and coordination, Data and Policy Analysis/writing | $150.00 | 1.00 | $150.00 |
| 10/28/23 | | Commo and coordination, Data and Policy Analysis/writing | $150 | 1.00 | $150.00 |
| 10/30/23 | | Commo and coordination, Data and Policy Analysis/writing | $150.00 | 2 | $300.00 |
| 10/31/23 | | Commo and coordination, Data and Policy Analysis/writing | $150.00 | 1 | $150.00 |
| 10/01/2023 to 10/ | | Team meetings, call and emails | $150.00 | 5 | $750.00 |
| TOTAL Labor | | | | 60.00 | $9,000.00 |

| | |
|---|---|
| TOTAL | $ 9,000.00 |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Signature: *[signed]* Hipolito Castro

Date: 10/31/23

**Commo and Coordination** consists of all writings and digital comms to/from Monitors, PRPB, USDOJ; Review compliance targets, document and data requests, logistics; scheduling, on-site planning & coordination, database development

**Data/Policy Analysis, Writing**
Data concerns CMR-9, OG 310, OG 410, Draft data requests, review special case, DSP documents, reporting on interviews, due process for promo candidates

**Field Work:** Research conducted in situ (SJU)