**Stephanie Leon**                                                                                                      **INVOICE**
*Paralegal*

1483 Ashford Avenue
Apartment 901                                                                                                  **INVOICE: 2023-11**
San Juan, PR 00907                                                                                           **DATE: 11/01/2023**
(832) 692-2475


**TO:**                                                                                                                       **FOR:**

Puerto Rico Chief Federal Monitor                                                                      Paralegal Services


| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 10/11/2023 | -Extensive notes/transcript of September 253 Meeting<br>-Emailed  September 253 notes to Monitors JR and DR<br>-Prepared notes and emailed September 253 notes to respective Monitors | 4.25 | 90.00 | 382.50 |
| 10/23/2023 | -Biweekly team meeting<br>-Data/BOX | 4.50 | 90.00 | 405.00 |
| 10/27/2023 | -Data/BOX | 1.50 | 90.00 | 135.00 |
| 10/28/2023 | -Data/BOX<br>-Emailed David Levy and Monitor JR and DR Data/BOX analysis/verification | 2.75 | 90.00 | 247.50 |
| 10/30/2023 | -October 253 Meeting | 1.75 | 90.00 | 157.50 |
| | | **TOTAL 14.75 HRS @ $90** | | **$1,327.50** |


*S/ STEPHANIE LEON*


**I HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN MY CAPACITY AS A MEMBER OF THE FEDERAL MONITORING TEAM. I FURTHER CERTIFY THAT I HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH, OR ANY OF ITS DEPARTMENTS, MUNICIPALITIES OR AGENCIES.**