Office of the FPMPR LLC

VIG Tower, PH – 924

1225 Avenida Juan Ponce de León

San Juan, PR 00907
**Name:** Iñigo Galanes **Supervisor:** Javier González

## Work Timesheet (October 2023)

| Date | Task | Total Hours |
|---|---|---|
| October 2, 2023 | Organized documents in the office. Assisted Monitors in various areas. | 7.0 |
| October 3, 2023 | Organized documents in the office. Assisted Monitors in various areas. | 7.0 |
| October 4, 2023 | Accompanied Luis Hidalgo to Aguadilla and Moca. | 11.0 |
| October 5, 2023 | Organized documents in the office. Assisted Monitors in various areas. | 7.0 |
| October 6, 2023 | Organized documents in the office. Assisted Monitors in various areas. | 7.0 |
| October 9, 2023 | Assisted meeting. | 2.0 |
| October 10, 2023 | Organized documents in the office. Assisted Monitors in various areas. | 7.0 |

| October 11, 2023 | Organized documents in the office. Assisted Monitors in various areas. | 7.0 |
|---|---|---|
| October 12, 2023 | Organized documents in the office. Assisted Monitors in various areas. | 7.0 |
| October 13, 2023 | Retrieved boxes from storage. Organized documents in the office. Assisted Monitors in various areas. | 7.0 |
| October 16, 2023 | Organized documents in the office. Assisted Monitors in various areas. | 7.0 |
| October 17, 2023 | Organized documents in the office. Assisted Monitors in various areas. | 7.0 |
| October 18, 2023 | Organized documents in the office. Assisted Monitors in various areas. | 7.0 |
| October 19, 2023 | Organized documents in the office. Assisted Monitors in various areas. | 7.0 |
| October 20, 2023 | Organized documents in the office. Assisted Monitors in various areas. | 7.0 |
| October 21, 2023 | Helped Luis Hidalgo and John Romero with an analysis. | 4.0 |

| Date | Description | Hours |
|---|---|---|
| October 23, 2023 | Organized documents in the office. Assisted Monitors in various areas. | 7.0 |
| October 24, 2022 | Organized documents in the office. Assisted Monitors in various areas. | 7.0 |
| October 25, 2023 | Organized documents in the office. Assisted Monitors in various areas. | 7.0 |
| October 26, 2023 | Retrieved boxes from storage. Organized documents in the office. Assisted Monitors in various areas. | 7.0 |
| October 27, 2023 | Organized documents in the office. Assisted Monitors in various areas. | 8.5 |
| October 28, 2023 | Transcribed meeting notes. Assisted Monitors in various areas. | 5.0 |
| October 30, 2023 | Organized documents in the office. Assisted Monitors in various areas. | 7.0 |
| October 31, 2023 | Organized documents in the office. Assisted Monitors in various areas. | 7.0 |

**Total, 163.5 hours for $20/h = $3,270**

I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Signature,
Iñigo Galanes Gutierrez


_____