OFFICE OF THE FPMPR LLC.
B-5 Calle Tabonuco Suite 216 PMB 292
Guaynabo, Puerto Rico 00968

October 1, 2023

Travel Expenses by the members of the Office of the FPMPR LLC. for September 2023:

| NAME | AMOUNT | MONTH |
|---|---|---|
| 1. John Romero | $1,914.53 | September 2023 |
| 2. Denise Rodriguez | $1,860.18 | September 2023 |
| 3. Donald S. Gosselin | $2,978.15 | September 2023 |
| 4. Al Youngs | $1,341.17 | September 2023 |
| 5. Scott Cragg | $1,525.04 | September 2023 |
| 6. Hipolito Castro Jr | $2,274.85 | September 2023 |
| 7. David Levy | $2,220.60 | September 2023 |
| 8. Rafael Ruiz | $1,786.12 | September 2023 |
| **TOTAL:** | **$15,900.64** | September 2023 |
|  |  |  |