

FPM TRAVEL REIMBURSEMENT COVER SHEET

Name: Denise Rodriguez

Invoice number: #036-1

Invoice date: September 26, 2023

Site visit travel dates: September 17 – September 21

Total travel reimbursement amount (*see page 2 for details*): $ 1860.18

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.*

*Denise Rdz.*

September 26, 2023

Signature                                                                                                                     Date



# Office of the Technical Compliance Advisor Travel Reimbursement Form

**Traveler Name:** Denise Rodriguez
**Travel Dates:** September 17 - 21st
**Purpose of Travel:** Site visit

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare** | $ 401.40 | 1 | $ 401.40 |
| Baggage | $ - | 0 | $ - |
| Uber from Airport to hotel | $ - | 0 | $ - |
| Ground Transportation (Parking) | $ - | 0 | $ - |
| Ground Transportation (Mileage) | $ - | 0 | $ - |
| Lodging | $ 235.32 | 4 | $ 941.28 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 3 | $ 345.00 |
| Uber from hotel to Airport | $ - | 0 | $ - |
| Total | | | $ 1,860.18 |

*No parking purchased
**Airfare includes two receipts. Flights purchased separately
***Lodging is $167 govt rate plus taxes and fees. Only seeking approved government rate for final night 8/17 (waiving taxes and fees for the final evening)
****FPM driver provided transportation from airport to hotel

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

# SHERATON
Puerto Rico
Resort & Casino

INFORMATION INVOICE

| | |
|---|---|
| ROOM | 1023 |
| ROOM TYPE | EKNG |
| NO. OF GUESTS | 1 |
| RATE | 167 |
| CLERK | EJCOT444 |
| DATE | 09/26/23 |
| PAGE No. | 1 of 2 |
| REWARDS # | 286891726 |

Ms Denise Rodriguez
3003 San Sebastian St
Mission TX 78572
United States

ARRIVE 09/17/23     TIME 03:46     DEPART 09/21/23     TIME 01:36     FOLIO# 4017365

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| 09/17/23 | ▮▮▮ | ▮▮▮ | ▮ |
| 09/17/23 | ▮▮▮ | ▮▮▮ | ▮ |
| 09/17/23 | ▮▮▮ | ▮▮▮ | ▮ |
| 09/17/23 | ▮▮▮ | ▮▮▮ | ▮ |
| 09/17/23 | ▮▮▮ | ▮▮▮ | ▮ |
| 09/17/23 | Room Charge | | 167.00 |
| 09/17/23 | Resort Fee $45 Flat | | 45.00 |
| 09/17/23 | Room Occupancy Tax | | 23.32 |
| 09/18/23 | Room Charge | | 167.00 |
| 09/18/23 | Resort Fee $45 Flat | | 45.00 |
| 09/18/23 | Room Occupancy Tax | | 23.32 |
| 09/19/23 | Room Charge | | 167.00 |
| 09/19/23 | Resort Fee $45 Flat | | 45.00 |
| 09/19/23 | Room Occupancy Tax | | 23.32 |
| 09/20/23 | ▮▮▮ | ▮▮▮ | ▮ |
| 09/20/23 | ▮▮▮ | ▮▮▮ | ▮ |
| 09/20/23 | ▮▮▮ | ▮▮▮ | ▮ |
| 09/20/23 | ▮▮▮ | ▮▮▮ | ▮ |
| 09/20/23 | Room Charge | | 167.00 |
| 09/20/23 | Resort Fee $45 Flat | | 45.00 |
| 09/20/23 | Room Occupancy Tax | | 23.32 |

For billing questions or concerns, please let us know at SheratonPR.Folio@sheraton.com

# SHERATON
Puerto Rico
Resort & Casino

INFORMATION INVOICE

| | |
|---|---|
| ROOM | 1023 |
| ROOM TYPE | EKNG |
| NO. OF GUESTS | 1 |
| RATE | 167 |
| CLERK | EJCOT444 |
| DATE | 09/26/23 |
| PAGE No. | 2 of 2 |
| REWARDS # | 286891726 |

Ms Denise Rodriguez
3003 San Sebastian St
Mission TX 78572
United States

ARRIVE 09/17/23   TIME 03:46   DEPART 09/21/23   TIME 01:36   FOLIO# 4017365

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| 09/21/23 | American Express | | -976.52 |
| | XXXXXXXXXXX1002 | XX/XX | |
| | Balance | USD | 0.00 |

For billing questions or concerns, please let us know at SheratonPR.Folio@sheraton.com

| | |
|---|---|
| **From:** | United Airlines |
| **To:** | DRODRIGUEZ_PRI@OUTLOOK.COM |
| **Subject:** | eTicket Itinerary and Receipt for Confirmation L8VMJ0 |
| **Date:** | Tuesday, August 1, 2023 11:46:37 AM |



Tue, Aug 01, 2023

## Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# L8VMJ0

### Flight 1 of 4 UA1565 — Class: United Economy (G)

Sun, Sep 17, 2023
**07:08 AM**
McAllen, TX, US (MFE)

Sun, Sep 17, 2023
**08:23 AM**
Houston, TX, US (IAH)

### Flight 2 of 4 UA1192 — Class: United Economy (G)

Sun, Sep 17, 2023
**09:48 AM**
Houston, TX, US (IAH)

Sun, Sep 17, 2023
**03:19 PM**
San Juan, PR, US (SJU)

### Flight 3 of 4 UA668 — Class: United Economy (G)

Thu, Sep 21, 2023
**03:00 PM**
San Juan, PR, US (SJU)

Thu, Sep 21, 2023
**06:43 PM**
Houston, TX, US (IAH)

### Flight 4 of 4 UA1540 — Class: United Economy (G)

Thu, Sep 21, 2023
**07:51 PM**
Houston, TX, US (IAH)

Thu, Sep 21, 2023
**09:09 PM**
McAllen, TX, US (MFE)

### Traveler Details

RODRIGUEZ/DENISE

| | |
|---|---|
| eTicket number: **0162316392890** | Seats: **MFE-IAH 11F** |
| Frequent Flyer: **UA-XXXXX985 Premier Platinum** | **IAH-SJU 11F** |
| | **SJU-IAH 11F** |
| | **IAH-MFE 11F** |

## Purchase Summary

| | |
|---|---|
| Method of payment: | American Express ending in 1002 |
| Date of purchase: | Tue, Aug 01, 2023 |

| | |
|---|---|
| Airfare: | 330.00 |
| U.S. Transportation Tax: | 42.20 |
| September 11th Security Fee: | 11.20 |
| U.S. Passenger Facility Charge: | 18.00 |

| | |
|---|---|
| Total Per Passenger: | 401.40 USD |

| | |
|---|---|
| Total: | 401.40 USD |

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.
NONREF/0VALUAFTDPT
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

## MileagePlus Accrual Details

| Denise Rodriguez | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Sun, Sep 17, 2023 | 1565 | McAllen, TX, US (MFE) to Houston, TX, US (IAH) | 207 | 23 | 1 |
| Sun, Sep 17, 2023 | 1192 | Houston, TX, US (IAH) to San Juan, PR, US (SJU) | 1287 | 143 | 1 |
| Thu, Sep 21, 2023 | 668 | San Juan, PR, US (SJU) to Houston, TX, US (IAH) | 1287 | 143 | 1 |
| Thu, Sep 21, 2023 | 1540 | Houston, TX, US (IAH) to McAllen, TX, US (MFE) | 207 | 23 | 1 |
| MileagePlus accrual totals: | | | 2988 | 332 | 4 |

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Sun, Sep 17, 2023<br>McAllen, TX, US (MFE)<br>to San Juan, PR, US (SJU - Luis Muñoz Marín) | 0 USD | 0 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |
| Thu, Sep 21, 2023<br>San Juan, PR, US (SJU - Luis Muñoz Marín)<br>to McAllen, TX, US (MFE) | 0 USD | 0 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |