

FPM TRAVEL REIMBURSEMENT COVER SHEET

Name: Alan C Youngs

Invoice number: 51

Invoice date: September 27, 2023

Site visit travel dates: 09/20/23 to 09/23/23

Total travel reimbursement amount (*see page 2 for details*): $1,341.17

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.*

Signature

09/27/23

**Date**



# Office of the Technical Compliance Advisor
## Travel Reimbursement Form

Enter all required information below to obtain travel reimbursement. If spending did not occur in a category, please enter zeros. Zeros will likely need to be entered for one or more of the ground transportation options. The “Total” column of the table will update based on the information entered into the “Unit Cost” and “Units” columns. To update the “Total” column, click CTRL+A and then F9. Receipts for airfare, lodging, ground transportation, and PCR testing must be submitted with this form. Submit the Travel Reimbursement Form and accompanying receipts to Javier Gonzalez (Javier.benito@me.com) with the Chief Monitor (jrrjir.romero@gmail.com) and/or his designee copied along with your monthly invoice.

**Traveler Name: Alan C Youngs**

**Travel Start Date 09/20/23 Travel End Date: 09/23/23**

**Purpose of Travel: Puerto Rico**

| Travel Reimbursement | | | |
|---|---|---|---|
| | **Unit Cost** | **Units** | **Total** |
| **Airfare Denver to Puerto Rico** | $255.70 | 1 | $255.70 |
| **Airfare Puerto Rico to Fort Lauderdale** | $122.20 | 1 | $122.20 |
| **Baggage/Seat** | $30.00 | 1 | $30.00 |
| **Ground Transportation (Uber) to DIA** | $66.43 | 1 | $66.43 |
| **Ground Transportation (Taxi) from DIA** | $0.00 | 1 | $0.00 |
| **Ground Transportation (Taxi) to Hotel Marriott** | $0.00 | 0 | $0.00 |
| **Ground Transportation (Taxi) to Airport SJU** | $0.00 | 0 | $0.00 |
| **Ground Transportation (Parking)** | $0.00 | 0 | $0.00 |
| **Ground Transportation (Mileage)** | $0.655 | 0 | $0.00 |
| **Lodging** | $154.78 | 3 | $464.34 |
| **Per Diem (Travel Days)** | $86.25 | 2 | $172.50 |
| **Per Diem (Full Days)** | $115.00 | 2 | $230.00 |
| **Total** | | | **$1,341.17** |

VIG Tower, PH – 924

1225 Ave. Juan Ponce de Leon

San Juan, PR 00907

787-417-9098



ISSUED BY AND VALID ONLY ON
SOUTHWEST AIRLINES®

BOARDING PASS

RR

YOUNGS/ALAN

FLIGHT **945**
DATE **SEP 20**
CONF.# **228UML**

945 **DENVER ORLANDO 10:20 AM C**
2254 **ORLANDO SAN JUAN 06:00 PM**

**A-List Preferred**
**Wanna Get Away Plus™**
**Check monitors for gate number**

**BOARDING TIME**
**09:50 AM**

PRIORITY BOARDING
PRIORITY & EXPRESS LANES

207895671

Boarding Group
A

Boarding Position
19

Southwest

LN: YOUNGS
FN: ALAN
MN:

**228UML**

**19**

AWI-W10/CH.11

*fold here*

16

AWI-W10/CH.11

*fold here*



You're going to San Juan on 09/20 (228UML)!

From: Southwest Airlines (southwestairlines@ifly.southwest.com)
To: alyoun@aol.com
Date: Sunday, August 27, 2023 at 11:13 AM MDT

Here's your itinerary & receipt. See ya soon!
View our mobile site | View in browser

Manage Flight | Flight Status | My Account

## Hi Alan,

We're looking forward to flying together! It can't come soon enough. Below you'll find your itinerary, important travel information, and trip receipt. See you onboard soon!

**SEPTEMBER 20**

# DEN ✈ SJU

Denver to San Juan

Confirmation # **228UML**

Confirmation date: 08/27/2023

| **PASSENGER** | **Alan Youngs** |
|---|---|
| RAPID REWARDS # | 207895671 |
| TICKET # | 5262495103322 |
| EST. POINTS EARNED | 1,760 |

Rapid Rewards® points are only estimations.

## Your itinerary

**Flight:** Wednesday, 09/20/2023 Est. Travel Time: **8h 30m** Wanna Get Away Plus™

| FLIGHT # 0945 | DEPARTS | | ARRIVES |
|---|---|---|---|
| | **DEN 10:20**AM<br>Denver | ✈ | **MCO 03:55**PM<br>Orlando |

-

Stop: Change planes

FLIGHT
**# 2254**

**DEPARTS**
**MCO 06:00**PM
Orlando

**ARRIVES**
**SJU 08:50**PM
San Juan

## Payment information

| Total cost | | |
|---|---|---|
| **Air - 228UML** | | |
| Base Fare | $ | 220.00 |
| U.S. Transportation Tax | $ | 21.10 |
| U.S. 9/11 Security Fee | $ | 5.60 |
| U.S. Passenger Facility Chg | $ | 9.00 |
| **Total** | **$** | **255.70** |

Payment

**Visa ending in 3491**
Date: August 27, 2023

**Payment Amount: $255.70**

**Fare rules:** If you decide to make a change to your current itinerary it may result in a fare increase.

Your ticket number: 5262495103322

## All your perks, all in one place. (Plus a few reminders.)

**Wanna Get Away Plus™ fare:** Your two bags fly free® and no change or cancel fees. Plus same-day flight changes, 8X Rapid Rewards® points, and a Transferable Flight Credit that can be used for yourself or shared with someone else. Learn more.

Make sure you know when to arrive at your airport. Times vary by city.

If your plans change, cancel your reservation at least 10 minutes before the original scheduled departure time of your flight to receive a Transferable Flight Credit™. If you don't cancel your reservation in time, your funds will be forfeited.

## Prepare for takeoff

**Use our app to make changes to your trip, get a boarding pass, & more.**



 

JetBlue booking confirmation for ALAN C YOUNGS - OFKVIL

From: JetBlue Reservations (jetblueairways@email.jetblue.com)

To: alyoun@aol.com

Date: Sunday, August 27, 2023 at 12:00 PM MDT

Check out the details for your trip on Sat, Sep 23

Français | Español

jetBlue®

#3204931240

# You're all set to jet.

Thanks for choosing JetBlue. Get ready to enjoy the most legroom in coach*, free wi-fi & entertainment, and free snacks & drinks.

Please note: This is not your boarding pass.

**Your JetBlue confirmation code is**

OFKVIL

**Get the latest** entry and travel requirements for your trip.

## Change made easy.

Change or cancel flights, add extras like Even More® Space seats or pets, select or switch seats, update TrueBlue & Known Traveler numbers, and other traveler details–all in one place. Stay safe from fraud–use only **jetblue.com** or the JetBlue app to change or cancel your flights.

Manage trip

You can also manage your trip by **downloading our free mobile app**.

## Flights

SJU
San Juan, PR
Terminal: A
FLL
Fort Lauderdale, FL
Date Sat, Sep 23
Departs 9:40am
Arrives 12:24pm
Flight 1454
jetBlue

**If your booking was made at least 7 days in advance:** You may cancel it within 24 hours for a full refund to your original form of payment, without a cancellation fee.

**JetBlue Change/Cancel Policy:** There is no fee to change (or cancel) Blue, Blue Extra, Blue Plus or Mint fares. Blue Basic fares are subject to a change/cancel fee of $100 for travel wholly within the U.S., Caribbean, Mexico or Central America, or $200 for all other routes.

Fare difference may apply and funds may be in the form of a JetBlue travel credit, valid for 12 months from original ticketing date. Booked before Mar 8, 2023? See details on expiration date **here.** Same-day switches may be made without a fare difference for $75. **Click here** for details on our change and cancel policies.

## Traveler Details

**ALAN C YOUNGS**

**Frequent Flier:** B6 3204931240

**Ticket number:** 2792132388993

**SJU - FLL:**

**Fare:** Blue

**Checked bags:** You've added one (1). As a reminder, up to one (1) additional checked bag may be added in advance **here.** Need to check more than 2 bags? Additional bags can be added during check-in (starting 24 hours before departure) or at the airport, and **other baggage restrictions may apply.**

**Seat:** 11D

# Bag Allowance (per traveler)

| **Sat, Sep 23** | **Personal Item** | **Carry-on** | **1st Bag** | **2nd Bag** |
|---|---|---|---|---|
| SJU - FLL | Free | Free | From $30* Up to 50 lbs **Add bag now** | From $50* Up to 50 lbs **Add bag now** |

**Size and weight limits apply. See full details on our Bag Info page ▶**

Additional charges may apply.

*The above prices reflect early pre-paid bag purchase available online now and until 24 hours before departure. Bag fees are higher during check-in. Visit our **Bag Info** page for details.

Get up to 7" more legroom, a fast lane to the TSA checkpoint (select cities), and early boarding—all the better to nab that overhead bin.

**Add Even More® Space ▸**

# Payment Details

| Visa XXXXXXXXXXX3491 | NONREF | $91.00 |
|---|---|---|
| | Bags | $30.00 |
| | Taxes & fees | $31.20 |
| | **Total** | **$152.20 USD** |

Purchase Date: Aug 27, 2023

**Request full receipt**

paisly by jetBlue

Unlocked: deals on wheels.

Your flight has unlocked up to 35% off car rentals with Paisly by JetBlue. Plus, you can earn a trunkful of TrueBlue points.

**Unlock deals**

**Take sustainability to new heights.**

JetBlue is proud to add Sustainable Aviation Fuel (SAF) to the mix at several airports—and now you can contribute to help source additional SAF and reduce the environmental impact of flying.

Learn more

Flight Tracker | Bag Info | Airport Info



# BOARDING PASS

Welcome aboard.

**YOUNGS/ ALAN C**
**23 SEP 23**

CONFIRMATION: **OFKVIL**

TICKET: **2792132388993**

**FLIGHT B6 1454**

**SJU** San Juan,PR  **FLL** Fort Lauderdale,FL

| GATE | GROUP | SEAT |
|---|---|---|
| A4 (SUBJECT TO CHANGE) | D | 11D |

**BOARDING** 8:55 AM → **DOORS CLOSE** 9:25 AM

**YOUR FARE INCLUDES:**

Where available.

DEPARTS 9:40 AM → ARRIVES 12:24 PM

FOLD HERE ............................................................ FOLD HERE

jetBlue

## Don't get carried away.

All customers except those who purchased a Blue Basic* fare may board with **1 carry-on bag** that fits in the overhead bin **+ 1 personal item** (like a purse, daypack, laptop bag or approved pet carrier) that fits under the seat in front of you.

*Blue Basic does not allow a carry-on bag, except for Mosaic members, travelers to/from London, active U.S. military, unaccompanied minors and those who have purchased an Even More® Space seat (for all legs, if connecting).

 Cars  Stays  Activities

## You've unlocked last-minute deals.

Save up to 20% off hotels & up to 35% off car rentals, because you booked this flight. Plus, earn TrueBlue points on it all.

Unlock deals at **paisly.com**

COURTYARD®
Marriott

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Alan Youngs
5552 W Lakeridge Rd
Lakewood CO 80227
United States

Room: 0907
Room Type: EKNG
No. of Guests: 1
Rate: $ 125.00 Clerk: 31
CRS Number 84400994

Marriott Rewards # 119330892

Name:

Arrive: 09-20-23 Time: 03:21 PM Depart: 09-23-23 Folio Number: 740934

| Date | Description | Charges | Credits |
|---|---|---|---|
| 09-20-23 | Package | 125.00 | |
| 09-20-23 | Destination Fee | 17.00 | |
| 09-20-23 | Government Tax | 12.78 | |
| 09-21-23 | Package | 125.00 | |
| 09-21-23 | Destination Fee | 17.00 | |
| 09-21-23 | Government Tax | 12.78 | |
| 09-22-23 | COMEDOR- Guest Charge (Dinner) | 47.87 | |
| 09-22-23 | Package | 125.00 | |
| 09-22-23 | Destination Fee | 17.00 | |
| 09-22-23 | Government Tax | 12.78 | |
| 09-23-23 | Visa Card | | 512.21 |
| | *Card # XXXXXXXXXXXX3491* | | |
| | | **Balance** | **0.00 USD** |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today. Start earning points and elite status, plus enjoy exclusive member offers. Enroll today at the front desk.

Uber

Total **$66.43**
September 20, 2023

# Total

$66.43

Good news - you've been refunded a portion of your original upfront price on this trip because of a change to the anticipated route.

| | |
|---|---|
| Trip fare | $41.95 |
| Subtotal | $41.95 |
| Reservation Fee | $12.00 |
| Booking Fee | $9.21 |

| | |
|---|---|
| Denver International Airport Pickup/Drop-off Fee | $2.96 |
| Colorado Prearranged Ride Regulatory Fee | $0.31 |

**Payments**

**Visa ••••3491** $66.43
9/20/23 8:55 AM

**A temporary hold of $66.76 was placed on your payment method •••• 3491. This is not a charge and will be removed. It should disappear from your bank statement shortly.** Learn More

**Switch Payment Method**

**Download PDF**

## You rode with ALEC

**5.00**★ Rating Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.

When you ride with Uber, your trips are insured in case of a covered accident.

**Learn more ❯**

UberX 33.03 miles | 1 h 1 min

- **7:53 AM**
  5552 W Lakeridge Rd,
  Lakewood, CO 80227, US

**8:54 AM**
8500 Pena Blvd, Denver, CO 80249, US

Report lost item ›

Contact support ›

My trips ›

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158