INVOICE 0103 – TRAVEL EXPENSE FOR ON-SITE PROFESSIONAL SERVICES; SEP 17, 2023, THROUGH SEP 20, 2023, RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC

9/25/23

TO:   Federal Monitor
      Puerto Rico Police Department Consent Decree

This invoice for travel expenses incurred during on-site visit to PRPB rendered by Crystal Reef LLC (Monitoring Core Team) for September 2023.



## Office of the TCA - Travel Reimbursement Form

Traveler Name: Scott Cragg
Travel Dates: Sep 17-20, 2023
Purpose of Travel: On-Site Monitoring

### Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $451.40 | 1 | $451.40 |
| Bags/Airport Shuttle tips-no receipt | $2.00 | 2 | $4.00 |
| Ground Transportation - Uber X 3 | $24.18 | 1 | $24.18 23.18 |
| Ground Transportation (Parking) | $13.00 | 5 | $65.00 |
| Ground Transportation (Mileage) | $0.655 | 175 | $114.62 |
| Lodging | $154.78 | 3 | $464.34 |
| Per Diem (Travel Days) 13 Aug, 17 Aug | $86.25 | 2 | $172.50 |
| Per Diem (Full Days) Aug 14, 15, 16 | $115.00 | 2 | $230.00 |
|  |  | Total | $1,526.04 |

$1,525.04

# MCO

Orlando, FL
Terminal: C

# SJU

San Juan, PR

| | |
|---|---|
| Date | Sun, Sep 17 |
| Departs | 3:49pm |
| Arrives | 6:49pm |
| Flight | 1133 |

**jetBlue**

**If your booking was made at least 7 days in advance:** You may cancel it within 24 hours for a full refund to your original form of payment, without a cancellation fee.

**JetBlue Change/Cancel Policy:** There is no fee to change (or cancel) Blue, Blue Extra, Blue Plus or Mint fares. Blue Basic fares are subject to a change/cancel fee of $100 for travel wholly within the U.S., Caribbean, Mexico or Central America, or $200 for all other routes.

Fare difference may apply and funds may be in the form of a JetBlue travel credit, valid for 12 months from original ticketing date. Booked before Mar 8, 2023? See details on expiration date here. As a Mosaic, same-day switches may be made without a fee or fare difference. Click here for details on our change and cancel policies.

## Traveler Details

**SCOTT P CRAGG**

Frequent Flier: B6 3363415311
Ticket number: 2792131986908

MCO - SJU:
Fare: Blue
Seat: 16A

## Bag Allowance (per traveler)

| Sun, Sep 17 | Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|---|
| MCO - SJU | Free | Free | Free Mosaic Perk | Free Mosaic Perk |

**Size and weight limits apply. See full details on our Bag Info page ►**

Free checked bag benefit for Mosaic members applies to JetBlue-operated flights only.

Additional charges may apply.



Get up to 7" more legroom, a fast lane to the TSA checkpoint (select cities), and early boarding—all the better to nab that overhead bin.

**Add Even More® Space ▸**

## Payment Details

Visa
XXXXXXXXXXXX6833

| | | |
|---|---|---|
| | NONREF | $257.00 |
| | Taxes & fees | $31.20 |
| | Total | **$288.20 USD** |

Purchase Date: Aug 22, 2023

# SJU

San Juan, PR
**Terminal:** A

# DCA

Washington, DC

| | |
|---|---|
| Date | Wed, Sep 20 |
| Departs | 6:08pm |
| Arrives | 9:59pm |
| Flight | 1348 |

**jetBlue**

**If your booking was made at least 7 days in advance:** You may cancel it within 24 hours for a full refund to your original form of payment, without a cancellation fee.

**JetBlue Change/Cancel Policy:** There is no fee to change (or cancel) Blue, Blue Extra, Blue Plus or Mint fares. Blue Basic fares are subject to a change/cancel fee of $100 for travel wholly within the U.S., Caribbean, Mexico or Central America, or $200 for all other routes.

Fare difference may apply and funds may be in the form of a JetBlue travel credit, valid for 12 months from original ticketing date. Booked before Mar 8, 2023? See details on expiration date here. As a Mosaic, same-day switches may be made without a fee or fare difference. Click here for details on our change and cancel policies.

## Traveler Details

SCOTT P CRAGG

Frequent Flier: B6 3363415311
Ticket number: 2792131987291

SJU - DCA:
Fare: Blue
Seat: 13C

## Bag Allowance (per traveler)

| Wed, Sep 20 | Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|---|
| SJU - DCA | Free | Free | Free Mosaic Perk | Free Mosaic Perk |

**Size and weight limits apply. See full details on our Bag Info page ►**

Free checked bag benefit for Mosaic members applies to JetBlue-operated flights only.

Additional charges may apply.



Get up to 7" more legroom, a fast lane to the TSA checkpoint (select cities), and early boarding—all the better to nab that overhead bin.

**Add Even More® Space ▶**

## Payment Details



Visa
XXXXXXXXXXXX6833

| | NONREF | $132.00 |
| | Taxes & fees | $31.20 |
| | Total | **$163.20 USD** |

Purchase Date: Aug 22, 2023

**[Personal] Your Wednesday afternoon trip with Uber**

From: Uber Receipts (noreply@uber.com)
To: spcragg@verizon.net
Date: Wednesday, September 20, 2023, 04:13 PM EDT

*[Handwritten note in red, circled:]* NO TRANSPORTATION AVAILABLE UBER MONITORS OFFICE TO AIRPORT

# Uber

Total **$9.90**
September 20, 2023

## Thanks for riding, scott

We hope you enjoyed your ride this afternoon.



## Total                                    $9.90

Trip fare                                   $10.80

Subtotal                                    $10.80
Discounts and Adjustments                   -$1.53
Booking Fee                                 $0.63

Download PDF

This is not a payment receipt. It is a trip summary to acknowledge the completion of the trip. You will receive a trip receipt when the payment is processed with payment information.

[Personal] Your Wednesday morning trip with Uber

From: Uber Receipts (noreply@uber.com)
To: spcragg@verizon.net
Date: Wednesday, September 20, 2023, 11:21 AM EDT

# Uber

*NO TRANSPORTATION AVAILABLE HOTEL TO MONITORS OFFICE*

Total $5.34
September 20, 2023

## Thanks for tipping, scott

Here's your updated Wednesday morning ride receipt.



## Total                                $5.34

Trip fare                                $3.95

Subtotal                                 $3.95
Booking Fee                              $0.39
Tips                                     $1.00

**Payments**

**[Personal] Your Tuesday afternoon trip with Uber**

From: Uber Receipts (noreply@uber.com)
To: spcragg@verizon.net
Date: Tuesday, September 19, 2023, 01:36 PM EDT

*[handwritten note in red:]* NO TRANSPORTATION AVAILABLE HOTEL TO PRPB HQ

# Uber

Total **$7.94**
September 19, 2023

## Thanks for tipping, scott

Here's your updated Tuesday afternoon ride receipt.



## Total                                   $7.94

Trip fare                                  $6.39

Subtotal                                   $6.39
Booking Fee                                $0.55
Tips                                       $1.00

**Payments**

Orlando Fast Park
7870 N. Frontage Rd
Orlando, 32812

MPS          09/22/23 20:44
Cashier 10
Receipt 034005

Short-Term Parking
Relax for Rewards
FPP/89623013
Orlando Fast Park
09/17/23 13:48
09/22/23 20:44
Period 5d6h57'                  $78.00

Sub Total                       $78.00
TAX                              $0.00
                                -------   $65
Total                           $78.00

Payment Received
TRX REF NUM: 88946
CARD ENTRY: Chip Read
AID: A0000000031010
CRYP: 6892AABCEA625A93 40
PAN: xxxxxxxxxxxx6833
VISA CREDIT
Sale 78.00 USD
APPROVED 05233D

Includes 6.5% Sales Tax
and 10% Privilege Fee

Google Maps — Home (219 S Riverwalk Dr) to Fast Park & Relax MCO, 7870 N Frontage Rd, Orlando, FL 32812

Drive 87.5 miles, 1 hr 26 min

X 2 = 175



**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Scott Cragg
13932 S Springs Dr
Clifton VA 20124
United States

Room: 0601
Room Type: KSTE
No. of Guests: 1
Rate: $ 125.00  Clerk: 8

Marriott Rewards #   797225828

CRS Number  83453249

Name:

Arrive:  09-17-23          Time:  07:26 AM          Depart:  09-20-23          Folio Number:  740876

| Date | Description | Charges | Credits |
|---|---|---|---|
| 09-17-23 | Package | 125.00 | |
| 09-17-23 | Destination Fee | 17.00 | |
| 09-17-23 | Government Tax | 12.78 | |
| 09-18-23 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 09-18-23 | Package | 125.00 | |
| 09-18-23 | Destination Fee | 17.00 | |
| 09-18-23 | Government Tax | 12.78 | |
| 09-19-23 | Comedor - Guest Charge | 4.00 | |
| 09-19-23 | Package | 125.00 | |
| 09-19-23 | Destination Fee | 17.00 | |
| 09-19-23 | Government Tax | 12.78 | |
| 09-20-23 | Comedor - Guest Charge | 4.00 | |

**Balance**  476.34 USD

*464 34* (handwritten)

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today. Start earning points and elite status, plus enjoy exclusive member offers. Enroll today at the front desk.