

FPM TRAVEL REIMBURSEMENT COVER SHEET

Name: *Hipolito Castro Jr*

Invoice number:

Invoice date: *9/26/23*

Site visit travel dates: *9/17/23 to 9/22/23*

Total travel reimbursement amount (*see page 2 for details*): $ *2,274.85*

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.*

_____    *9/26/23*_____
Signature                                            Date

## Travel Breakout

### Hipolito Castro 09/17/2023 to 09/22/2023

| Expense | Unit Cost | Units | Column1 | Total | Column2 |
|---|---|---|---|---|---|
| Airfare | $ 561.40 | 1 | $ - | $ 561.40 | |
| Airfare taxes & fees | | | | $ - | |
| Baggage | | | | $ - | |
| Ground Transportation (Uber/Lyft/Taxi) | | | | $ - | |
| Ground Transportation (Parking) | $ 35.00 | 6 | | $ 210.00 | |
| Ground Transportation (POV Mileage) to PTY | $ 0.655 | 114 | | $ 74.67 | |
| Tolls | $ 11.19 | 2 | | $ 22.38 | |
| Lodging - | $ 154.78 | 5 | | $ 773.90 | |
| Per Diem (Travel Days) | $ 86.25 | 2 | | $ 172.50 | |
| Per Diem (Full Days) | $ 115.00 | 4 | | $ 460.00 | |
| Other: HOTEL TAX - | | | | | |
| **Total** | | | | **$ 2,274.85** | |

 Gmail

**Hipolito Castro <hipolitocastrojr@gmail.com>**

## Your Flight Receipt - HIPOLITO CASTRO 17SEP23
1 message

**Delta Air Lines** <DeltaAirLines@t.delta.com>                    Sat, Sep 16, 2023 at 1:26 PM
Reply-To: Transactional Email Reply Inbox <reply-330729-14_HTML-36682778-10982494-977705@t.delta.com>
To: HIPOLITOCASTROJR@gmail.com

View as a Web Page



▲ DELTA                                                    #9288156608
                                                          Silver Medallion®

CONFIRMATION #: HA77RN



THANK YOU FOR
CHOOSING DELTA

You're all set. If your plans change, you can make adjustments or cancel
your itinerary on **My Trips** on the Fly Delta app or **delta.com** before your
flight departs.

Have a great trip, and thank you for choosing Delta.

## Remember To Check Your Passport Expiration Date

Many countries require passports to be valid for at least six months from the date of return. You can also check passport eligibility and visa requirements with **Delta FlyReady**<sup>SM</sup> ahead of your trip. Don't forget to update your SkyMiles profile with your passport information for easy validation.

## Passenger Info

Name: HIPOLITO CASTRO
SkyMiles #9288156608
Silver

| FLIGHT | SEAT |
|---|---|
| DELTA 1961 | Select Seat |
| DELTA 1961 | 15D |

Visit delta.com or download the Fly **Delta** app to view, select or change your seat. If you purchased a Delta Comfort+<sup>TM</sup> seat or a Trip Extra, please visit My Trips to access a receipt of your purchase.

| Sun, 17SEP | DEPART | ARRIVE |
|---|---|---|
| DELTA 1961 Main Cabin (K) | NYC-KENNEDY 12:15pm | SAN JUAN, PUERTO RICO 4:05pm |

| Fri, 22SEP | DEPART | ARRIVE |
|---|---|---|
| DELTA 1961 Main Cabin (L) | SAN JUAN, PUERTO RICO 5:20pm | NYC-KENNEDY 9:25pm |

MANAGE MY TRIP

## Flight Receipt

Ticket #: 0062174166195
Place of Issue:
Issue Date: 16SEP23
Expiration Date: 27AUG24

| METHOD OF PAYMENT | |
| --- | --- |
| AX***********1006 | **$240.00 USD** |

| ECREDITS APPLIED | |
| --- | --- |
| eCredits Number | 0062139550518 |
| Passenger Name | HIPOLITO CASTRO |
| Amount Applied | 321.40 USD |
| Applied to Ticket Number | 0062174166195 |

*Credit*
*- See following receipt*
*Change of Return Flight*

| CHARGES | |
| --- | --- |
| **Air Transportation Charges** | |
| Base Fare | $499.00 USD |
| **Taxes, Fees and Charges** | |
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $11.20 USD |
| United States - Transportation Tax (US) | $42.20 USD |
| United States - Passenger Facility Charge (XF) | $9.00 USD |
| **TICKET AMOUNT** | **$561.40 USD** |

Fare Difference - $240.00 USD
Taxes, Fees & Charges - $0.00 USD
Service Charge - $0.00 USD
**Total Charged - $240.00 USD**

## Checked Bag Allowance

The fees below are based on your original ticket purchase. Fees may be converted to local currency based on your departure airport. **If you qualify for free or discounted checked baggage**, this will be taken into account when you check in. Visit delta.com for details on baggage embargoes that may apply to your itinerary.

**Sun 17 Sep 2023**                          **JFK-SJU**

| CARRY ON | FIRST | SECOND |
|---|---|---|
| FREE | FREE (70LBS/32KG) WAS: ~~$30.00~~ USD | FREE (70LBS/32KG) WAS: ~~$40.00~~ USD |

This trip is operated by Delta and the following carrier(s): . Visit delta.com for details on **baggage embargoes** that may apply to your itinerary. Also see other carrier's complete **baggage information**.

**Fri 22 Sep 2023**                          **SJU-JFK**

| CARRY ON | FIRST | SECOND |
|---|---|---|
| FREE | FREE (70LBS/32KG) WAS: ~~$30.00~~ USD | FREE (70LBS/32KG) WAS: ~~$40.00~~ USD |

This trip is operated by Delta and the following carrier(s): . Visit delta.com for details on **baggage embargoes** that may apply to your itinerary. Also see other carrier's complete **baggage information**.

## Your Pre-Trip Checklist for Easier Travel



**Download**
Our App



**Visit Our**
Help Center



**Update Your**
Contact

Email Preferences  |  Privacy Policy

We believe travel can change the world. For good. Learn more about our Flight to Net Zero$^{SM}$ at delta.com/sustainability.

**Terms & Conditions**

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

Fare Details: NYC DL SJU277.00KNNA0OMY DL NYC222.00LNNC0NMY USD499.00END XF JFK4.5SJU4.5

†All SkyMiles® program rules apply. To review the rules, see Membership Guide & Program Rules. Taxes and fees for Award Travel are the responsibility of the passenger and must be paid at the time the ticket is booked. Award Travel seats are limited and may not be available on all flights or in all markets. Offers void where prohibited by law. Other restrictions may apply.

**Checked Bag Allowance**

*On Delta® operated flights, you may carry on one bag and a small personal item at no charge.

Delta One®/First/Business Class weight allowance reverts to 50 lbs for all checked bags beyond regular free allowance.

At the time of check in with Delta, SkyMiles Medallion members, SkyTeam Elite & Elite Plus and active US Military personnel are eligible for fee waivers and other benefits. For more details, visit delta.com/baggage. Basic Cardmembers with a Gold, Platinum, or Reserve Delta SkyMiles Credit Card from American Express are eligible for the first bag fee waiver. More details on the program can be found at delta.com/firstbagfree

A standard checked bag with Delta may be up to 50 lbs and 62 linear inches (per piece). Additional fees apply for oversize, overweight, and/or additional pieces of checked baggage. Please review Delta's baggage guidelines for details. Weight and size restrictions may vary when checking baggage on carriers other than Delta. Contact with the operating carrier for detailed checked baggage allowances. You must be checked in at the gate by the applicable check-in deadlines or your reservation may be cancelled. Please review Delta's check-in requirement guidelines for details. Check-in requirements vary by airline, so if your ticket includes travel on other airlines, please check with the operating carrier on your ticket.

Do you have comments about our service? Please email us to share them.

**ADVICE TO INTERNATIONAL PASSENGERS ON LIMITATIONS OF LIABILITY**

Passengers embarking upon a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that the provisions of an international treaty (the Warsaw Convention, the 1999 Montreal Convention, or other treaty), as well as a carrier's own contract of carriage or tariff provisions, may be applicable to their entire journey, including any portion entirely within the countries of departure and destination. The applicable treaty governs and may limit the

Gmail - Your Flight Receipt - HIPOLITO CASTRO 17SEP23

This email was sent to: <u>HIPOLITOCASTROJR@GMAIL.COM</u>

© 2023 Delta Air Lines, Inc. All rights reserved.
Delta Blvd. P.O. Box 20706 • Atlanta, GA 30320-6001



**Date of Purchase: Aug 27, 2023**

# Flight Receipt for New York-Kennedy, NY to San Juan, PR

## PASSENGER INFORMATION

HIPOLITO CASTRO
SkyMiles Number: 9288156608

Confirmation Number: HA77RN
Ticket Number: 0062139550518

## FLIGHT INFORMATION

| Date and Flight | Status | Class | Seat/Cabin |
|---|---|---|---|
| JFK>SJU<br>Sun 17Sep2023 DL 1961 | EXCH | X | |
| SJU>JFK<br>Sun 24Sep2023 DL 1877 | EXCH | T | |

## DETAILED CHARGES

**Air Transportation Charges**
Base Fare:                                                                                      $259.00   USD

**Taxes, Fees & Charges:**
United States - September 11th Security Fee(Passenger
Civil Aviation Security Service Fee) (AY)                                          $11.20   USD
United States - Transportation Tax (US)                                          $42.20   USD
United States - Passenger Facility Charge (XF)                                 $9.00   USD

**Total Price:**                                                                              **$321.40   USD**

Paid with American Express ***********1006

Applied ECredit (0062139550518)                                                   $321.40

_CREDIT_

## KEY OF TERMS

# - Arrival date different than departure date
** - Check-in required
***- Multiple meals
*S$ - Multiple seats
AR - Arrives
B - Breakfast
C - Bagels / Beverages
D - Dinner

F - Food available for purchase
L - Lunch
LV - Departs
M - Movie
R - Refreshments, complimentary
S - Snack
T - Cold meal
V - Snacks for sale

Check your flight information online at delta.com or call the Delta Flightline at 800.325.1999.

Baggage and check-in requirements vary by airport and airline, so please check with the operating carrier on your ticket.

Please review Delta's  check-in requirements  and  baggage guidelines for details.

You must be checked in and at the gate at least 15 minutes before your scheduled departure time for travel inside the United States.

You must be checked in and at the gate at least 45 minutes before your scheduled departure time for international travel.

For tips on flying safely with laptops, cell phones, and other battery-powered devices, please visit Flying safely government guild.

Do you have comments about service? Please  email  us to share them.


NON-REFUNDABLE / CHANGE FEE

When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply and are displayed in the sections below.

This ticket is non-refundable unless issued at a fully refundable fare. Any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

All Preferred, Delta Comfort+™, First Class, and Delta One seat purchases are Nonrefundable.

**Terms & Conditions**
Air transportation on Delta and the Delta Connection® carriers is subject to Delta's  conditions of carriage.   They include terms governing for example:

- Limits on our liability  for personal injury or death of passengers, and for loss, damage of delay of goods and baggage.
- Claim restrictions  including time periods within which you must file a claim or bring action against us.
- Our right to  change terms  of the contract.
- Check-in requirements  and other rules established when we may  refuse carriage.
- Our rights and limits of our liability for  delay of failure to perform service , including schedule change, substitution of alternative air carriers or aircraft, and rerouting.
- Our policy on  overbooking flights , and your rights if we deny you boarding due to an oversold flight.

These terms are incorporated by reference into our contract with you. You may view these conditions of carriage on delta.com, or by requesting a copy from Delta.

You have received this email because you elected to receive your Electronic Ticket receipt sent to you via email. If you would like to take advantage of other Delta email programs featuring special fare, promotions, information and flight updates, please visit Delta News & Special Offers or Delta notifications.

**COPYRIGHT INFORMATION**

This email message and its contents are copyrighted and are proprietary products of Delta Air Lines, Inc. Delta Blvd. P.O. Box 20706 Atlanta, GA 30320-6001. Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium, is strictly prohibited.

© 2023 Delta Air Lines, Inc. All rights reserved.



## Accounts

# Deposit Account Activity Summary

> **No images available for selected transactions**

| | |
|---|---|
| Report Created: | 09/26/2023 12:54:03 PM (ET) |
| Account | |

## Account Information

| | |
|---|---|
| Account | Checking-0627 - Checking - 221172241 - *0627 - Available |
| Available Balance: | |
| Current Balance: | |
| Accessible Balance: | |

## Transaction History

| | |
|---|---|
| Date Range: | 08/27/2023 to 09/26/2023 |
| Transaction Types: | All Transactions |
| Detail Option: | Includes transaction detail |

| Post Date | Reference | Additional Reference | Description | Debit | Credit | Calculated Balance |
|---|---|---|---|---|---|---|
| 09/25/2023 | 1051420000 | | ATM DEBIT MERCHANT PURCHASE TERMINAL 469216 JFK LONG TERM LOT 9 JAMAICA NYXXXXX XXXXXXX1863 TRAN DATE 09-22-23 | $210.00 | | |

*(handwritten)* 6 Days
35 X 6 = 210.00
Total

*(handwritten)* Not abled to get RECEipt from Machine.

11:58                     LTE ▮

# JFK                                              ✕

## John F. Kennedy Internatio...
International Airport · Jamaica, Que...

 🚗 1 hour 54 minutes

🎟 Tickets                                    • • •

**HOURS**          **DISTANCE**
Open               57 mi

            

https://mail.google.com/mail/u/2/?ik=c66259dadb&view=pt&search=all&permthid=thread-f%3A1750578697122674242&simpl=msg-f%3A1750578697122674242    1/2

E-ZPass® New Jersey

### *E-ZPass®* Payment Receipt for 09/22/2023

Account Number :  2000175180885

Transaction Date : 09/22/2023

Transaction Id : 116694289694

Transaction Amount :  ($11.19)

Payment Type :  ETC

### E-ZPass® Payment Receipt for 09/17/2023

Account Number : 2000175180885

Transaction Date : 09/17/2023

Transaction Id : 116680127951

Transaction Amount : ($11.19)

Payment Type : ETC

**COURTYARD®**
**Marriott®**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Hipolito Castro
64 Mustang Dr
Monroe CT 06468
United States

Room: 0701
Room Type: KSTE
No. of Guests: 1
Rate: $  125.00  Clerk: 8

Marriott Rewards #   214246771

CRS Number  83422207

Name:

Arrive:  09-17-23          Time:  11:35 AM          Depart:  09-24-23          Folio Number:  740875

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 09-17-23 | Package | 125.00 | |
| 09-17-23 | Destination Fee | 17.00 | |
| 09-17-23 | Government Tax | 12.78 | |
| 09-18-23 | COMEDOR- Guest Charge (Breakfast) | 3.95 | |
| 09-18-23 | Package | 125.00 | |
| 09-18-23 | Destination Fee | 17.00 | |
| 09-18-23 | Government Tax | 12.78 | |
| 09-19-23 | COMEDOR- Guest Charge (Breakfast) | 3.95 | |
| 09-19-23 | Package | 125.00 | |
| 09-19-23 | Destination Fee | 17.00 | |
| 09-19-23 | Government Tax | 12.78 | |
| 09-20-23 | Package | 125.00 | |
| 09-20-23 | Destination Fee | 17.00 | |
| 09-20-23 | Government Tax | 12.78 | |
| 09-21-23 | Package | 125.00 | |
| 09-21-23 | Destination Fee | 17.00 | |
| 09-21-23 | Government Tax | 12.78 | |
| 09-21-23 | COMEDOR- Guest Charge (Breakfast) | 6.94 | |
| 09-22-23 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |

792.74
- 18.84
Total: 773.90

# COURTYARD®
## Marriott.

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Hipolito Castro
64 Mustang Dr
Monroe CT 06468
United States

Room: 0701
Room Type: KSTE
No. of Guests: 1
Rate: $ 125.00  Clerk: 8

Marriott Rewards #   214246771

CRS Number  83422207

Name:

Arrive:  09-17-23          Time:  11:35 AM          Depart:  09-24-23          Folio Number: 740875

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
|      | Balance     |         | 792.74 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.