

FPM TRAVEL REIMBURSEMENT COVER SHEET

Name: David Levy

Invoice number: 01-045T

Invoice date: 09/23/2023

Site visit travel dates: 09/17/2023-09/22/2023

Total travel reimbursement amount (*see page 2 for details*): $ **$       $    2,220.60**

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.*

09/23/2023

Signature                                                                                                         Date

# Office of the TCA - Travel Reimbursement Form



**Traveler Name: Every One** David Levy

**Travel days** 6

**Purpose of Travel: On-Site** Site visit

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 406.40 | 1 | $ 406.40 |
| Baggage | $ - | 0 | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | $ - | 0 | $ - |
| Ground Transportation (Parking) | $ - | 0 | $ - |
| Ground Transportation (Mileage) | $ 0.66 | 7.8 | $ 5.10 |
| Lodging | $ 235.32 | 5 | $ 1,176.60 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 4 | $ 460.00 |
| tolls | $ - | 0 | $ - |
| **Total** | | | **$ 2,220.60** |

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098



# INVOICE

| | |
|---|---|
| ROOM | 1216 |
| ROOM TYPE | CCTY |
| NO. OF GUESTS | 1 |
| RATE | 167 |
| CLERK | GYLEG073 |
| DATE | 09/22/23 |
| PAGE No. | 1 of 2 |
| REWARDS # | 780861600 |

Mr David Levy
828 Snowden Hallowell Way
Alexandria VA 22314
United States

ARRIVE 09/17/23     TIME 10:32     DEPART 09/22/23     TIME     FOLIO# 4019744

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| 09/17/23 | Gov/Military $ 45 Flat | | 167.00 |
| 09/17/23 | Resort Fee $ 45 Flat | | 45.00 |
| 09/17/23 | Room Occupancy Tax | | 23.32 |
| 09/18/23 | Gov/Military $ 45 Flat | | 167.00 |
| 09/18/23 | Resort Fee $ 45 Flat | | 45.00 |
| 09/18/23 | Room Occupancy Tax | | 23.32 |
| 09/19/23 | Gov/Military $ 45 Flat | | 167.00 |
| 09/19/23 | Resort Fee $ 45 Flat | | 45.00 |
| 09/19/23 | Room Occupancy Tax | | 23.32 |
| 09/20/23 | Gov/Military $ 45 Flat | | 167.00 |
| 09/20/23 | Resort Fee $ 45 Flat | | 45.00 |
| 09/20/23 | Room Occupancy Tax | | 23.32 |
| 09/21/23 | Gov/Military $ 45 Flat | | 167.00 |
| 09/21/23 | Resort Fee $ 45 Flat | | 45.00 |
| 09/21/23 | Room Occupancy Tax | | 23.32 |
| 09/22/23 | Visa Card | | -1,176.60 |

For billing questions or concerns, please let us know at SheratonPR.Folio@sheraton.com



**INVOICE**

| | |
|---|---|
| ROOM | 1216 |
| ROOM TYPE | CCTY |
| NO. OF GUESTS | 1 |
| RATE | 167 |
| CLERK | GYLEG073 |
| DATE | 09/22/23 |
| PAGE No. | 2 of 2 |
| REWARDS # | 780861600 |

Mr David Levy
828 Snowden Hallowell Way
Alexandria VA 22314
United States

ARRIVE 09/17/23   TIME 10:32   DEPART 09/22/23   TIME     FOLIO # 4019744

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| | | Balance USD | 0.00 |



David Levy <dplevy@gmail.com>

# Itinerary receipt notice
1 message

**JetBlue** <jetblueairways@email.jetblue.com>  Sat, Sep 23, 2023 at 4:13 PM
Reply-To: JetBlue <reply@email.jetblue.com>
To: dplevy@gmail.com



## Your travel receipt.
Thanks for flying JetBlue!

## Travel Purchase

**Date of requested receipt: 2023-08-29**    **Record Locator:** JSIGYM

### DCA    SJU
**Travel date**  2023-09-17T08:00:00
**Flight number**  1347

### SJU    DCA
**Travel date**  2023-09-22T18:08:00
**Flight number**  1348

**Traveler(s)**    **Ticket number(s)**

LEVY/DAVID DR    2792133302319

| | | | |
|---|---|---|---|
| **Base fare:** | | $344.00 USD | |

| **Taxes & fees breakdown:** | AMOUNT | CURRENCY | PURPOSE - (CODE) |
|---|---|---|---|
| | $9.00 | USD | U.S. Passenger Facility Charge - (XF) |
| | $11.20 | USD | U.S. September 11th Security Fee - (AY) |
| | $42.20 | USD | U.S. Transportation Tax - (US2) |
| **Taxes & fees total:** | $62.40 | USD | |
| **Base fare total:** | **$406.40** | | |

| **Exchange Fee(s):** | TICKET NUMBER | DATE | AMOUNT |
|---|---|---|---|
| | 2792133302319 | 2023-08-29 | $0.00 |

| **Payment(s):** | | |
|---|---|---|
| | Visa card XXXXXXXXXXXX6929 | $419.40 |

# Fees

**LEVY DAVID**   Ticket number(s): 2794428924710
Date: 2023-08-29

| QTY | FEE TYPE | COST | TAX | TOTAL |
|---|---|---|---|---|
| 1 | SEAT ASSIGNMENT | $67.00 | $0.00 | $67.00 |
| 1 | SEAT ASSIGNMENT | $67.00 | $0.00 | $67.00 |

**Total:**   $134.00 USD

| **Payment(s):** | Visa card XXXXXXXXXXXX6929 | $134.00 |
|---|---|---|

## Base fare refund

**LEVY DAVID**

Ticket number(s):2790499486903
Refunded ticket number: 2792132611683
Refund date: 2023-09-07

| **Refund breakdown:** | AMOUNT | CURRENCY | |
|---|---|---|---|
| Base Fare Amount: | -$13.00 | USD | |
| Taxes: | $0.00 | USD | |
| **Total base fare refund:** | -$13.00 | USD | |
| **Cancel penalty:** | $0.00 | USD | |
| **Refund:** | Visa card XXXXXXXXXXX6929 | | $13.00 |

## Total paid: $540.40 USD*

*includes all fares, taxes, fees and penalties less any amounts refunded

Flight Status   |   Bag Info   |   Airport Info

## Stay connected

 **Download the JetBlue mobile app**

   

Help

Business Travel

Privacy

About JetBlue

Please call 1-800-JETBLUE (1-800-538-2583) for additional assistance.

Positive identification required for airport check-in.

Notice:
Carriage and other service provided by the carrier are subject to conditions of carriage, which are hereby incorporated by reference. These conditions may be obtained from the issuing carrier. E-ticket Receipt total includes airfare, taxes, and fees applicable to air care, baggage fees, and Even More fees, as may be applicable.

# Google Maps

Home (828 Snowden Hallowell Way) to Rental Car Center Ronald Reagan Washington National Airport, 2400 Ronald Reagan Washington National Airport Access Rd, Arlington, VA 22202

Drive 3.9 miles, 8 min



Map data ©2023 Google    2000 ft

**828 Snowden Hallowell Way**
Alexandria, VA 22314

1. Head south on Snowden Hallowell Way toward Madison St
   ⚠ Restricted usage road
   259 ft

2. Turn left at the 1st cross street onto Madison St
   469 ft

3. Turn left onto George Washington Mem Pkwy/N Washington St
   ℹ Continue to follow George Washington Mem Pkwy
   ⚠ Turn is not allowed Mon–Fri 7:00 – 9:00 AM
   3.0 mi

4. Take the exit toward Reagan Nat'l Arpt
   0.2 mi

5. Slight right onto W Entrance Rd
   0.3 mi

6. Turn left onto National Ave
   ℹ Destination will be on the left
   0.2 mi

**Rental Car Center Ronald Reagan Washington National Airport**
2400 Ronald Reagan Washington National Airport Access Rd, Arlington, VA 22202