# Rafael Ruiz Consulting

12 Crestshire Dr.
Lawrence, MA 01843

PHONE: 6177599156    stodgo1971@yahoo.com    12 Crestshire Dr.

## INVOICE

INVOICE NUMBER: 2023-09A
INVOICE DATE: 9/25/2023

Federal Police Monitor for PR
VIG Tower, PH-924
1225 Ponce De Leon Ave.
San Juan, PR 00907

RAFAEL E. RUIZ CONSULTING

| DATE | PROJECT | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 9/25/2023 | FPM-PR Expenses | PROJECT: FPM-PR Expenses | | | |
| | | (Travel, hotel, and meals) Air travel to/from PR; 4 nights hotel; ground transportation, meals | 1,786.12 | $1.00 | $1,786.12 |
| | | TOTAL: FPM-PR Expenses | | | $1,786.12 |
| | | Total hours for this invoice | 0.00 | | |

| INVOICE BALANCE INFORMATION | |
|---|---|
| Total amount of this invoice | $1,786.12 |
| Current invoice balance | $1,786.12 |

**AMOUNT DUE ON THIS INVOICE: $1,786.12**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of the hours worked in my capacity as a member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_Rafael E. Ruiz_ (signature)
Rafael E. Ruiz

Date: September 25, 2023



# Office of the Technical Compliance Advisor Travel Reimbursement Form

Enter all required information below to obtain travel reimbursement. If spending did not occur in a category, please leave the field blank. Blank fields will likely be used for one or more of the ground transportation options. The "Total" column of the table will update based on the information entered into the "Unit Cost" and "Units" columns. Receipts for airfare, lodging, ground transportation, and PCR Testing must be submitted with this form. Submit the Travel Reimbursement Form and accompanying receipts to Javier Gonzalez (Javier.benito@me.com) with the Chief Monitor (jrrjjr.romero@gmail.com) and/or his designee copied with your monthly invoice.

**Traveler Name:** Rafael E. Ruiz
**Travel Dates:** September 17-21, 2023
**Purpose of Travel:** Site visit for interviews and system demos

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 499.50 | 1 | $ 499.50 |
| Baggage | | | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | $ 75.00 | 2 | $ 150.00 |
| Ground Transportation (Parking) | | | $ - |
| Ground Transportation (Mileage) | | | $ - |
| Lodging | $ 154.78 | 4 | $ 619.12 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 3 | $ 345.00 |
| PCR Testing | | | |
| Total | | | $ 1,786.12 |

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Rafael Ruiz
12 Crestshire Dr
Lawrence MA 01843
United States

Room: 1007
Room Type: EKNG
No. of Guests: 1
Rate:  $   125.00   Clerk: 1006

Marriott Rewards #   232084256

CRS Number   73420575

Name:

Arrive:  09-17-23            Time:  07:36 AM            Depart:  09-21-23            Folio Number:  741873

| Date | Description | Charges | Credits |
|---|---|---|---|
| 09-17-23 | Package | 125.00 | |
| 09-17-23 | Destination Fee | 17.00 | |
| 09-17-23 | Government Tax | 12.78 | |
| 09-18-23 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |
| 09-18-23 | Package | 125.00 | |
| 09-18-23 | Destination Fee | 17.00 | |
| 09-18-23 | Government Tax | 12.78 | |
| 09-19-23 | Package | 125.00 | |
| 09-19-23 | Destination Fee | 17.00 | |
| 09-19-23 | Government Tax | 12.78 | |
| 09-20-23 | Comedor - Guest Charge | 3.00 | |
| 09-20-23 | COMEDOR- Guest Charge (Lunch) | 55.39 | |
| 09-20-23 | Package | 125.00 | |
| 09-20-23 | Destination Fee | 17.00 | |
| 09-20-23 | Government Tax | 12.78 | |
| 09-21-23 | Comedor - Guest Charge | 7.28 | |
| 09-21-23 | American Express | | 687.79 |
| | Card #  XXXXXXXXXX4005 | | |

**COURTYARD**
**Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Rafael Ruiz
12 Crestshire Dr
Lawrence MA 01843
United States

Room: 1007
Room Type: EKNG
No. of Guests: 1
Rate:  $  125.00   Clerk: 1006

Marriott Rewards #   232084256

CRS Number   73420575

Name:

Arrive:  09-17-23          Time:  07:36 AM          Depart:  09-21-23          Folio Number:  741873

| Date | Description | Charges | Credits |
|---|---|---|---|
| | Balance | | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

**From:** JetBlue Reservations jetblueairways@email.jetblue.com 🚩
**Subject:** JetBlue booking confirmation for RAFAEL E RUIZ - GSAXEX
**Date:** August 22, 2023 at 11:32 AM
**To:** stodgo1971@aol.com

Check out the details for your trip on Sun, Sep 17          Français   |   Español




#3326688490

## You're all set to jet.

And, your continued loyalty is what keeps us flying high. Thanks again for being a Mosaic member.

Please note: This is not your boarding pass.

**Your JetBlue confirmation code is**                    **GSAXEX**

**Get the latest** entry and travel requirements for your trip.

## Change made easy.

Change or cancel flights, add extras like Even More® Space seats or pets, select or switch seats, update TrueBlue & Known Traveler numbers, and other traveler details–all in one place. Stay safe from fraud–use only **jetblue.com** or the JetBlue app to change or cancel your flights.



**Manage trip**

You can also manage your trip by **downloading our free mobile app**.

## Flights

| | | | |
|---|---|---|---|
| **BOS** Boston, MA **Terminal:** C ▸ | **MCO** Orlando, FL | Date<br>Departs<br>Arrives<br>Flight | Sun, Sep 17<br>2:30pm<br>5:46pm<br>1151 |

jetBlue

| | | | |
|---|---|---|---|
| **MCO** Orlando, FL **Terminal:** C ▸ | **SJU** San Juan, PR | Date<br>Departs<br>Arrives<br>Flight | Sun, Sep 17<br>6:31pm<br>9:32pm<br>1033 |

jetBlue

| | | | |
|---|---|---|---|
| **SJU** San Juan, PR **Terminal:** A ▸ | **BOS** Boston, MA | Date<br>Departs<br>Arrives<br>Flight | Thu, Sep 21<br>1:10pm<br>5:24pm<br>462 |

jetBlue

**If your booking was made at least 7 days in advance:** You may cancel it within 24 hours for a full refund to your original form of payment, without a cancellation fee.

**JetBlue Change/Cancel Policy:** There is no fee to change (or cancel) Blue, Blue Extra, Blue Plus or Mint fares. Blue Basic fares are subject to a change/cancel fee of $100 for travel wholly within the U.S., Caribbean, Mexico or Central America, or $200 for all other routes.

Fare difference may apply and funds may be in the form of a JetBlue travel credit, valid for 12 months from original ticketing date. Booked before Mar 8, 2023? See details on expiration date **here.** As a Mosaic, same-day switches may be made without a fee or fare difference. **Click here** for details on our change and cancel policies.

.

## Traveler Details

**RAFAEL E RUIZ**

**Frequent Flier:** B6 3326688490

**Ticket number:** 2792131919321

**BOS - MCO:**

**Fare:** Blue

**Seat:** **27D**

**MCO - SJU:**

**Fare:** Blue

**Seat:** **15D**

**SJU - BOS:**

**Fare:** Blue

**Seat:** **13C**

## Bag Allowance (per traveler)

| **Sun, Sep 17** | Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|---|
| BOS - SJU | Free | Free | Free Mosaic Perk | Free Mosaic Perk |

| **Thu, Sep 21** | Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|---|
| SJU - BOS | Free | Free | Free Mosaic Perk | Free Mosaic Perk |

**Size and weight limits apply. See full details on our Bag Info page** ▶

Free checked bag benefit for Mosaic members applies to JetBlue-operated flights only.

Additional charges may apply.



Get up to 7" more legroom, a fast lane to the TSA checkpoint (select cities), and early boarding—all the better to nab that overhead bin.

**Add Even More® Space** ▶

## Payment Details

| Master XXXXXXXXXXX9796 | NONREF | $432.60 |
| | Taxes & fees | $66.90 |
| | **Total** | **$499.50 USD** |

Purchase Date: Aug 22, 2023

**Request full receipt**



## Unlocked: deals on wheels.

Your flight has unlocked up to 35% off car rentals with Paisly by JetBlue. Plus, you can earn a trunkful of TrueBlue points.



**Receipt No. 557234**
Date: 9/17/23
Received from: Rafael Ruiz
Seventy Five — $75
For: Ride to Logan Air Port
Cash ☒
From: Home To: Air Port

**Receipt No. 557235**
Date: 9/21/23
Received from: Rafael Ruiz
Seventy Five — $75
For: Ride from Air Port
Cash ☒
From: Air Port To: Home