# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants**. | **Civil No.** 12-2039 (FAB) |

**ORDER**

The Motion to Approve and Disburse Funds submitted by Chief Federal Monitor John Romero, through the general counsel of the Office of the Federal Police Monitor, for the payment of services rendered by Gartner, Inc. (Docket No. 2515) is **NOTED** and **APPROVED** for payment.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, November 16, 2023.

                                            s/ Francisco A. Besosa
                                            FRANCISCO A. BESOSA
                                            SENIOR UNITED STATES DISTRICT JUDGE