G&M Balli Services, LLC  
5160 Royal Fern Circle  
Tallahassee, Florida 32317

October 22, 2023 – November 21, 2023

INVOICE # 2023-11  
ASSISTANT SPECIAL MASTER  
November 2023 INVOICE

Tasks Completed

| Hours | Description | Amounts |
|---|---|---|
| 15.5 | Drafted/reviewed/researched/translated documents as needed; Discussed/edited documents related to orders of the Court, and the parties regarding recurring issues and OSM projects, to include Integrity Audits, Implementation Plans, ESP/MLARS project, OG 2467 and others. | $2,325 |
| 15 | Drafted, reviewed, and responded to texts, emails and other documents and communications with the OSM, the Court, and respective parties, to include DPS. | $2250 |
| 30 | Zoom meetings and conference calls. | $4500 |
| Hrs. – 60.5 | | $9,075 |

Total Hours- 60.5        Total Wages Due -   $9,075.00

I hereby certify the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master. I further certify I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

*Gilberto Balli*          *Alejandro del Carmen*          11/21/2023  
Gilberto Balli            S/Alejandro del Carmen