### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants**. | Civil No. 12-2039 (FAB) |

### ORDER

The Commonwealth's motion submitted in compliance with this Court's order for the parties to prepare a plan tailored to address the remaining reform paragraphs currently rated as non-compliant ("Compliance Plan") (Docket No. 2523) is **NOTED**. See Docket Nos. 2467 and 2523. The Court considers the plan to be a first draft of the Compliance Plan, but much work remains to be done before the Court approves the Plan.

The Court commends the United States, the Commonwealth, the Monitor's Team, and the Special Master for their efforts in generating this comprehensive first draft. The Court is aware that those efforts continue, but the Compliance Plan needs to be further refined. The Court intends to hold a hearing in January, apart from the Status Conference, at a time and place to be determined, to review the Compliance Plan thoroughly. The Court strongly encourages the further refinement of the Compliance Plan

in anticipation of that hearing.  Having reviewed the draft Compliance Plan, the Court recognizes that all identified points[1] in the Compliance Plan are important, but it is particularly concerned with the lack of adequate specificity of the Commonwealth's identification of individuals in PRPB responsible for the progress outlined in the Compliance Plan.  It is imperative that specific responsible PRPB personnel, both a primary individual and a back-up individual, be identified for each line item in the Compliance Plan, **no later than January 10, 2024.**

**IT IS SO ORDERED.**

San Juan, Puerto Rico, December 5, 2023.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Compliance Area, Paragraph#, Paragraph Text, Compliance Targets, Implementation Plan, Initiative, Deliverables, How Deliverables Will Advance Compliance, Action Item, Sub-Action (if any), Deadline, Responsible Units, Ultimate Responsible Person(s), Status, Reform Office Compliance Officer, Project Manager in Charge, Monitored By:, Reported Complete?, Complete Date.