OFFICE OF THE FPMPR LLC.
B-5 Calle Tabonuco Suite 216 PMB 292
Guaynabo, Puerto Rico 00968

December 1, 2023

Professional services rendered by the members of the Office of the FPMPR LLC. For November 2023:

| NAME | AMOUNT | MONTH |
| --- | --- | --- |
| 1.  John Romero | $17,916.66 | November 2023 |
| 2.  Spece | $ 3,286.40 | November 2023 |
| 3.  The & Group LLC (Javier González) | $11,380.17 | November 2023 |
| 4.  Altai Atlantic Consulting LLC (Dr. David Levy) | $ 7,012.50 | November 2023 |
| 5.  Denise Rodriguez | $15,833.33 | November 2023 |
| 6.  Viota & Associates CPA LLC | $ 2,156.25 | November 2023 |
| 7.  Donald S. Gosselin | $ 9,900.00 | November 2023 |
| 8.  Al Youngs | $ 9,900.00 | November 2023 |
| 9.  Rafael E. Ruiz | $ 9,611.25 | November 2023 |
| 10. Scott Cragg | $11,467.50 | November 2023 |
| 11. AB - AG Law LLC (Lcdo. Roberto Abesada) | $16,000.00 | November 2023 |
| 12. Rita J. Watkins | $ 2,722.50 | November 2023 |
| 13. M Serrano LLC | $ 5,320.00 | November 2023 |
| 14. Luis Hidalgo | $11,500.00 | November 2023 |
| 15. Korber Group | $ 1,323.16 | November 2023 |
| 16. Samantha Rhinerson | $ 2,800.00 | November 2023 |
| 17. Claudia Cámara | $ 2,940.00 | November 2023 |
| 18. Manuel Arroyo | $ 1,200.00 | November 2023 |
| 19. Hipolito Castro Jr | $ 8,850.00 | November 2023 |
| 20. Stephanie Leon | $ 4,005.00 | November 2023 |
| 21. Iñigo Galanes | $ 2,610.00 | November 2023 |
| **TOTAL:** | **$157,734.72** | November 2023 |
|  |  |  |