**Spece**
1225 Juan Ponce de Leon
San Juan, PR  00907
787-417-7300
info@spece.com
www.spece.com

Invoice  INV - 20624



**BILL TO**
Office of the FPMPR LLC

| | DATE | PLEASE PAY | DUE DATE |
|---|---|---|---|
| | 01/01/2024 | **$2,579.20** | 01/01/2024 |

| MEMBERSHIP | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Membership:Private Office**<br>Private Office Suite - Office 15, $2,300.00, Jan 1, 2024 - Jan 31, 2024 | 1 | 2,300.00 | 2,300.00T |
| **Other Fees:One-off Fees**<br>Telephone Service, $60.00, Jan 1, 2024 - Jan 31, 2024 | 1 | 60.00 | 60.00T |
| **Other Fees:One-off Fees**<br>Garage Parking, $120.00, Jan 1, 2024 - Jan 31, 2024 | 1 | 120.00 | 120.00T |

| | |
|---|---|
| SUBTOTAL | 2,480.00 |
| TAX (4%) | 99.20 |
| TOTAL | 2,579.20 |
| TOTAL DUE | **$2,579.20** |

THANK YOU.

ELEVATE YOUR BUSINESS

**Spece**
1225 Juan Ponce de Leon
San Juan, PR  00907
787-417-7300
info@spece.com
www.spece.com

Invoice  INV - 20628



| BILL TO | | | |
|---|---|---|---|
| Office of the FPMPR LLC | DATE<br>11/30/2023 | PLEASE PAY<br>$707.20 | DUE DATE<br>11/30/2023 |

| MEMBERSHIP | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Event Rental:Conference Room**<br>Medium Conference Room, $96.00, 1 x $96.00 / hour (20% discount) - Nov 14, 2023 | 1 | 96.00 | 96.00T |
| **Event Rental:Conference Room**<br>Small Conference Room, $140.00, 1 x $80.00 / hour (20% discount), 3 x $20.00 / hour (20% discount) - Nov 15, 2023 | 1 | 140.00 | 140.00T |
| **Event Rental:Conference Room**<br>Medium Conference Room, $180.00, 1 x $180.00 / day (20% discount) - Nov 15, 2023 | 1 | 180.00 | 180.00T |
| **Event Rental:Conference Room**<br>Small Conference Room, $144.00, 1 x $144.00 / day (20% discount) - Nov 16, 2023 | 1 | 144.00 | 144.00T |
| **Event Rental:Conference Room**<br>Small Conference Room, $80.00, 1 x $80.00 / hour (20% discount) - Nov 6, 2023 | 1 | 80.00 | 80.00T |
| **Event Rental:Conference Room**<br>Small Conference Room, $40.00, 2 x $20.00 / hour (20% discount) - Nov 7, 2023 | 2 | 20.00 | 40.00T |

| | |
|---|---|
| SUBTOTAL | 680.00 |
| TAX (4%) | 27.20 |
| TOTAL | 707.20 |
| **TOTAL DUE** | **$707.20** |

THANK YOU.

ELEVATE YOUR BUSINESS