# THE & GROUP LLC.

**Las Ramblas**
**71 Calle Montjuic**
**Guaynabo , PR 00969**

# INVOICE

INVOICE NUMBER: 122
INVOICE DATE: NOVEMBER 30, 2023

Federal Police Monitor

San Juan, PR

Invoice for Javier B Gonzalez Professional Services as Administrative Director

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| NOV-01-23 | Administrative Director | Visit Hotel in Caguas for the December Town Hall, Work with Team Invoices. | 4.00 | $125.00 | $500.00 |
| NOV-02-23 | Administrative Director | Invoices Follow Up, Communications with the Monitor and Team Members, Caguas Town Hall Meeting follow up, Focus Groups follow up, Work with Team October Invoices | 4.50 | $125.00 | $562.50 |
| NOV-03-23 | Administrative Director | Work with Team October Labor Invoices, Communications with the Monitor and Team Members, Pick up September labor check at the Court and deposit it. | 5.00 | $125.00 | $625.00 |
| NOV-04-23 | Administrative Director | CICs State Meeting in Caguas | 3.00 | $125.00 | $375.00 |
| NOV-04-23 | Administrative Director | Office Documents Storage | | | $228.43 |
| NOV-06-23 | Administrative Director | Team weekly Meeting, work with October Team Labor Invoices, | 3.50 | $125.00 | $437.50 |
| NOV-07-23 | Administrative Director | Work with October Team Invoices, review of communications sent by Team Members. | 2.00 | $125.00 | $250.00 |
| NOV-08-23 | Administrative Director | Work with Community Meetings Reports, Review of communications sent by Team Members. | 2.00 | $125.00 | $250.00 |
| NOV-09-23 | Administrative Director | Weekly Executive Team Meeting, Work with Office Budget, Team Travel Invoices Follow Up, | 2.50 | $125.00 | $312.50 |
| NOV-10-23 | Administrative Director | Participate in a Humacao Area Community Meeting (Conversatorio) in Maunabo. Communications with the Monitor. Coordination of Team Visit. | 6.00 | $125.00 | $750.00 |
| NOV-13-23 | Administrative Director | Team Visit, Meetings at PRPB. Coordination of visit. | 8.00 | $125.00 | $1,000.00 |
| NOV-14-23 | Administrative Director | Participate in the Team Visit to Aguadilla, Coordination of interviews. Meeting with Area Commander. | 8.00 | $125.00 | $1,000.00 |
| NOV-15-23 | Administrative Director | Team Visit, Meetings at SWAT, DOT with the Monitor, Coordination of meetings, work with Team Invoices. Town hall Coordination. | 8.00 | $125.00 | $1,000.00 |

INVOICE NUMBER: 122

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| NOV-16-23 | Administrative Director | Team Visit, Meetings at PRPB and Office, Coordination of Town Hall. | 8.00 | $125.00 | $1,000.00 |
| NOV-16-23 | Administrative Director | Office of the TCA Acrobat Account | | | $47.98 |
| NOV-17-23 | Administrative Director | Coordination of Town Hall, Pick up documents at court. | 3.50 | $125.00 | $437.50 |
| NOV-20-23 | Administrative Director | Town Hall Follow-Up, Communications with the Monitor. | 1.50 | $125.00 | $187.50 |
| NOV-21-23 | Administrative Director | Visit Caguas Area Commandeer with Luis Hidalgo to coordinate the December Town hall meeting. Review of communications. | 4.50 | $125.00 | $562.50 |
| NOV-21-23 | Administrative Director | FPM Office Supplies | | | $41.26 |
| NOV-22-23 | Administrative Director | Communications with Team Members, Town hall Meeting follow-up, Team October payments follow-up. | 1.50 | $125.00 | $187.50 |
| NOV-27-23 | Administrative Director | Town Hall Meeting Coordination, Communications with the Monitor and Team Members. Biweekly Meeting with PRPB. | 1.00 | $125.00 | $125.00 |
| NOV-28-23 | Administrative Director | Town Hall Meeting Follow Up, Focus Group Follow Up, Communications with the Monitor and Team members. | 2.50 | $125.00 | $312.50 |
| NOV-29-23 | Administrative Director | Work with Team November Travel Expenses Invoices. | 3.00 | $125.00 | $375.00 |
| NOV-30-23 | Administrative Director | Weekly Executive Team Meeting, Work with Team November Travel Expenses Invoices, Town Hall Meeting Follow-Up. | 4.50 | $125.00 | $562.50 |
| NOV-30-23 | Administrative Director | I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0.00 | $125.00 | $0.00 |
| | | Gasoline Expense | | | $250.00 |
| | | Total amount of this invoice | | | $11,380.17 |

MESSAGE

Javier B Gonzalez November 30, 2023

Adobe Order

AB01936100023CUS

Company Name

Office of the TCA

Billing Period

16-November-2023 PST – 15-December-2023 PST

Payment Method

AMEX ending in 2001

Due on 16-November-2023 PST

US$47.98 including tax

| PRODUCT | QUANTITY | SUBTOTAL |
|---|---|---|
| Acrobat Pro US$23.99/mo per license | 2 licenses | US$47.98/mo |

Subtotal: US$47.98/mo

Tax/VAT: US$0.00/mo

**Total: US$47.98/mo**



# Transaction Details

Card Ending - 12001

Merchandise & Supplies - Mail Order

**ADOBE WEBSALES 800-833-6687**

**$47.98**

Nov 16, 2023

On your statement as ADOBE ACROPRO SUBS ASAN JOSE CA

**$0.48 Reward Dollars**



## Transaction Details

ADOBE WEBSALES 800-833-6687




https://www.adobe.com/in/about-adobe/co...

| | |
|---|---|
| Doing Business As | ADOBE WEBSALES 8... |
| Date Processed | Nov 17, 2023 |
| Transaction Reference Number | 3202332... |



**Southern Self Storage - Santurce**
**2 Calle Concepcion**
**San Juan, PR 00909-2508**
**(787) 339-2574**

# Payment Receipt

**Date Printed** November 4, 2023
**Payment Date** November 4, 2023 11:44 AM
**Unit** 2705
**Available Credit** 0.00
**Current Balance** 0.00
**Paid Thru** November 30, 2023
**Receipt Number** **132865**
**By** IR

**Tenant** Javier Gonzalez
**Company**
**Address** Urb Los Ramblas 71 Calle Montjuic
**City, State, Zip** Guaynabo PR 00969

| Date | Unit | Description | Charge | Discount | Tax | Total | Payment | Method |
|---|---|---|---|---|---|---|---|---|
| 11/01/23 | 2705 | Rent 11/1-11/30 | 195.00 | 0.00 | 22.43 | 217.43 | 217.43 | AMEX |
| 11/01/23 | 2705 | iShield 11/1-11/30 | 11.00 | 0.00 | 0.00 | 11.00 | 11.00 | AMEX |

| | |
|---|---|
| Taxes | 22.43 |
| Payment (less tax) | 206.00 |
| Payment Subtotal | 228.43 |
| Credits Applied | 0.00 |
| Refunds Applied | 0.00 |
| Total Applied to Account | 228.43 |

| | |
|---|---|
| Paid By | AMEX *****1000 |
| Paid Thru Date | November 30, 2023 |
| Account Balance | 0.00 |

Transaction Type Sale

Authorization 126544
Reference 120096737329

**Customer Signature** **Date** **Manager Signature** **Date**

Forget about due dates and late charges by using **AutoPay**. Each month your payment is automatically charged to your credit card on the due date. This service is offered **FREE OF CHARGE**. Just ask us for an AutoPay form to complete or go online at www.southernselfstoage.com sign up.

Get $25.00 credit on referrals!
Ask your manager how and save money. Don't forget to visit us for boxes and moving supplies. We are your one stop shop for all your moving needs.

To manage your account online visit www.southernselfstorage.com.

# Transaction Details

Card Ending - 31000

Other - Miscellaneous

**SOUTHERN SELF STORAGE**

**$228.43**

Nov 4, 2023

On your statement as SOUTHERN SELF STORAGSAN JUAN PR

**456 Marriott Bonvoy Points**



## Transaction Details




SOUTHERN SELF STORAGE

CALLE CONCEPCION 2 PDA 20
SAN JUAN
00909
PR
UNITED STATES

 (787) 339-2574

**Office DEPOT**
**OfficeMax**

SAN JUAN - (787) 294-0300
11/21/2023 3:35 PM



VPTTA3PPQ456EE4BB

SALE 6667-5-4428-987573-23.11.2
166997 Color SS Ledge
25 @ 1.48 37.00
**You Pay** **37.00SS**
Subtotal: 37.00
Contribution on Retai 4.26
Total: 41.26
Visa 4595: 41.26

AUTH CODE 143594
TDS Contactless
AID A0000000980840 TVR 0000000000

CVS PIN Verified

CONTROL: AV01C-91QAU
OD
Shop online at www.officedepot.com

************************************

**WE WANT TO HEAR FROM YOU!**
**Visit survey.officedepot.com**
**and enter the survey code below**
**36M4 N6CG 0AW7**
**or scan the below QR code**



************************************