

# Invoice

## Altai Atlantic Consulting LLC
828 Snowden Hallowell Way, Alexandria VA 22314

**Date:** 12/01/23
**Invoice #:** 01-047

**To:** Office of the Federal Police Monitor of Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
Tel. 787-417-9098

| Fee Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|
| **Total Fees Payable For Services Rendered by Dr. David Levy** | 42.5 | 165 | **$7,012.50** |

### Work Performed in the Continental United States

| Date | Activity Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 11/1/23 | CMR-9 Professionalization Section review | 3.0 | 165 | $495.00 |
| 11/5/23 | CMR-9 Professionalization Section and Supervision Section reviews | 4.5 | 165 | $742.50 |
| 11/6/23 | Biweekly TCA team call | 1.0 | 165 | $165.00 |
| 11/6/23 | Methodology appendix for CMR-9 | 7.0 | 165 | $1,155.00 |
| 11/10/23 | Email backlog and data cleaning in Box.com | 3.5 | 165 | $577.50 |
| 11/11/23 | Review & communication re: OAL and trainer data request methods | 3.0 | 165 | $495.00 |
| 11/16/23 | Master data request validation | 4.0 | 165 | $660.00 |
| 11/17/23 | Developing data request validation tools & guide | 2.0 | 165 | $330.00 |
| 11/19/23 | Review & communication re: OAL and internal investigation data requests | 2.5 | 165 | $412.50 |
| 11/22/23 | Review & communication re: OAL and trainer data request methods | 1.0 | 165 | $165.00 |
| 11/23/23 | Box.com data structure validation | 6.0 | 165 | $990.00 |
| 11/24/23 | Developing data request validation tools & guide | 4.0 | 165 | $660.00 |
| 11/27/23 | Biweekly data production call and follow up with Chief Monitor Romero | 1.0 | 165 | $165.00 |
| Total | | 42.5 | | $7,012.50 |

**Total Fee Payable** $7,012.50

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

**Dr. David Levy**

12/01/23
**Date**