# INVOICE

**DATE**
12/1/2023

**INVOICE NO**
#038

**Denise Rodriguez**
3003 San Sebastian St.
Mission, TX 78572
drodriguez_PRI@outlook.com

**INVOICE TO**
Puerto Rico Chief Federal Monitor

**INVOICE PERIOD**
November 1 – 30, 2023

## DUTIES AND RESPONSIBILITIES                                TOTAL DUE $15,833.33

- Conducted monthly one-on-one meetings with subject matter experts
- Coordinated and conducted weekly Monitoring Executive Team meetings
- Coordinated and conducted biweekly meetings with the Parties
- Conducted biweekly meetings with Research Analyst
- Reviewed and approved the review of several policies submitted to the Monitor's Office by PRPB as per Paragraph 229 of the Agreement
- Worked with the Research Analyst to draft and finalize the schedule for the December site visit
- Worked with Administrative Director and Associate Monitor to plan for upcoming community meeting
- Participated in various meetings with the Parties to discuss PRPB's work with AHDatalytics
- Coordinated and oversaw the submission and receipt of various data requests CMR-10
- Worked with team members to develop and provide feedback on Commonwealth's compliance/implementation tracker and Plan
- Participated in various calls with PRPB and Monitoring team members
- Finalized and distributed the CMR-10 timeline
- Finalized and distributed the 2024 site visit dates
- Worked with Team leadership to finalize CMR-9 and submit to Parties for comment
- Participated in discussions with PRPB about the initial requests for CMR-10
- Participated in November site visit virtually
- Participated in discussion with parties about pending promotions
- Participated in virtual demonstration with PRPB on the inspections module

| | |
|---|---|
| Flat Rate Total Wages* | $15,833.33 |
| **Total Due** | **$ 15,833.33** |

*The total amount is a flat rate. The total monthly is $15,833.33 for an annualized amount of $190,000.00

_Denise Rdz_ (signature)

**Denise Rodriguez, Chief Deputy Monitor**

September 30, 2023
Date

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.