# VIOTA & ASSOCIATES CPA LLC

B5 CALLE TABONUCO, SUITE 216
PMB 292
GUAYNABO, PR 00968-3029

## Invoice

INVOICE NUMBER: 20201650
DATE: NOVEMBER 29, 2023

PUERTO RICO POLICE REFORM

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: CONSULTING FEES | | | |
| NOV-06-23 | CONSULTING FEES | ACH Vendor payments for SEPTEMBER Services and Luis Hidalgo check | 1.00 | $125.00 | $125.00 |
| NOV-08-23 | CONSULTING FEES | 2nd - ACH Vendor payments for SEPTEMBER invoices<br>Professional Services withholding deposit | 0.50 | $125.00 | $62.50 |
| NOV-15-23 | CONSULTING FEES | Download invoices to Dropbox Travel August, September and Services October, Review Invoices, calculated withholdings, 8/30 9/30 Travel Invoices in Excel | 1.00 | $125.00 | $125.00 |
| NOV-17-23 | CONSULTING FEES | Accounting for Income Tax Return 06.30.2023 | 0.75 | $125.00 | $93.75 |
| NOV-17-23 | CONSULTING FEES | Invoices in Excel and Sage 10/31 and Travel 8/30 in 9/30, Reconciliation 10/31, Payments October and November | 2.25 | $125.00 | $281.25 |
| NOV-20-23 | CONSULTING FEES | Prepare workbook for Income Tax Return 06.30.2023 | 1.50 | $125.00 | $187.50 |
| NOV-20-23 | CONSULTING FEES | ACH Vendor payments for TRAVEL EXPENSES AUGUST & SEPTMEBER | 0.75 | $125.00 | $93.75 |
| NOV-27-23 | CONSULTING FEES | ACH Vendor payments for OCTOBER Services and Luis Hidalgo check | 1.00 | $125.00 | $125.00 |
| NOV-28-23 | CONSULTING FEES | 2nd - ACH Vendor payments for OCTOBER invoices<br>Professional Services withholding deposit | 0.50 | $125.00 | $62.50 |
| | | TOTAL: CONSULTING FEES | | | $1,156.25 |
| | | Total hours for this invoice | 9.25 | | |
| | | PREPARATION OF INFORMATIVE RETURN FOR EXEMPT ORGANIZATIONS 2022 | | | $1,000.00 |
| | | Total before tax | | | $2,156.25 |
| | | PR SALES TAX (IVU) | | | $0.00 |
| | | Total amount of this invoice | | | $2,156.25 |