**Name:** Donald S. Gosselin, d/b/a Gosselin Int'l Associates, division of MBG North Corp #1185
**Invoice Date** 12/1/23
**Invoice Peri** 11/1/23

| Date | Task(s) | Rate | Total Ho | Total Amount |
|---|---|---|---|---|
| 11/1/23 | Commo and Coordination | $ 165.00 | 3.00 | $ 495.00 |
| 11/2/23 | Commo and Coordination | $ 165.00 | 2.75 | $ 453.75 |
| 11/03/23 | Data/Policy Analysis/Commo | $ 165.00 | 1.5 | $ 247.50 |
| 11/04/23 | Data/Policy Analysis | $ 165.00 | 4.5 | $ 742.50 |
| 11/12/23 | Data/Policy Analysis | $ 165.00 | 3.75 | $ 618.75 |
| 11/13/23 | Field Work SJU | $ 165.00 | 8 | $ 1,320.00 |
| 11/14/23 | Field Work SJU | $ 165.00 | 8 | $ 1,320.00 |
| 11/15/23 | Field Work SJU | $ 165.00 | 8 | $ 1,320.00 |
| 11/16/23 | Field Work SJU | $ 165.00 | 8 | $ 1,320.00 |
| 11/17/23 | Commo and Coordination | $ 165.00 | 2 | $ 330.00 |
| 11/18/23 | Commo and Coordination | $ 165.00 | 2.25 | $ 371.25 |
| 11/20/23 | Commo and Coordination/Analysis | $ 165.00 | 3.25 | $ 536.25 |
| 11/22/23 | Commo and Coordination | $ 165.00 | 1.25 | $ 206.25 |
| 11/28/23 | Commo and Coordination | $ 165.00 | 2 | $ 330.00 |
| 11/30/23 | Commo and Coordination | $ 165.00 | 1.75 | $ 288.75 |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |

| **TOTAL Labor** | **60.00** | **$ 9,900.00** |
| --- | --- | --- |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the

**Signature:** **Date:** 12/1/23

DS Gosselin <signature>