

**Al Youngs**
**5552 West Lakeridge Rd**
**Lakewood, CO 80227**

November 1 - November 30, 2023
Invoice No. 53
Member of Federal Monitor Team

| Date | Brief Description | Total Hours |
|---|---|---|
|  | Reviewed and responded to emails and conference calls for the month of November. |  |
| 11/1 |  |  |
| 11/2 |  |  |
| 11/3 |  |  |
| 11/5 |  |  |
| 11/7 |  |  |
| 11/9 |  |  |
| 11/18 |  |  |
| 11/19 |  |  |
| 11/20 |  |  |
| 11/21 |  |  |
| 11/29 |  |  |
| 11/30 |  | 6.0 Hours |
|  |  |  |
| 11/3 |  |  |
| 11/4 |  |  |
| 11/6 | Several meetings and phone calls with Monitor and Deputy Monitor. |  |
| 11/10 |  |  |
| 11/17 |  |  |
| 11/25 |  |  |
| 11/26 |  |  |
| 11/27 |  |  |
| 11/29 |  | 3.0 Hours |
|  |  |  |
|  | **During site visit to Puerto Rico** |  |

| Date | Description | Hours |
|---|---|---|
| 11/13 | Met with Reform Unit: Reviewed site visit agenda Bi-weekly Document Production Meeting | |
| 11/13 | Inspections Module Demonstration | |
| 11/13 | Met with HR Director: Discussed Performance Evaluation Process | |
| 11/14 | Field visit to Aguadilla: Interviewed Supervision and Management selections | |
| 11/15 | Met with Eily J. Molina Batista and Paragraph 13 Implementation Plan Leads. Discussed Paragraph 13/Staffing Plan, Implementation updates and progress. | |
| 11/15 | Met with Lt. Melendez and OSM Gil Balli reference Integrity Audits | |
| 11/15 | Met with Recruitment Director Brian Deese and Capt. Alexander Acevedo Ruiz. Discussed recruitment effort updates | |
| | | 24.0 Hours |
| | | |
| 11/1 | Reviewed GO 649 and submitted comments | 2.0 Hours |
| 11/2 | Reviewed Recruitment Policy and submitted comments | 2.0 Hours |
| 11/3 | Zoom call with Habib Massari reference Modulo Medidas No Punitivas | 1.0 Hours |
| 11/4 | Resubmitted revised comments reference Recruitment Policy | 2.0 Hours |
| 11/5 | Reviewed PRPB revised Recruitment Policy changes and submitted comments | 2.0 Hours |
| 11/6 | Re-reviewed OG 649 reference Integrity Audits | 2.0 Hours |
| 11/7 | Re-reviewed Supervision and Management reports CMR-8 and CMR-9 | 2.0 Hours |
| 11/8 | Re-reviewed Professionalization CMR-9 | 2.0 Hours |
| 11/10 | Reviewed data report requests reference Commander promotions with David Levy | 1.0 Hours |
| 11/18 | Reviewed comments and materials by PRPB reference Captain's promootions | 2.0 Hours |
| 11/19 | Reviewed ACT65 | 2.0 Hours |
| 11/20 | Zoom call with PRPB reference Captain's promotion process | 1.0 Hours |
| 11/21 | Re-reviewed PARA13 | 2.0 Hours |
| 11/22 | Re-reviewed CMR-8 Recruitment, Hiring and Selection | 2.0 Hours |
| 11/27 | Re-reviewed 18 Inspection Audits from PRPB | 2.0 Hours |

**TOTAL HOURS:** 60.0

Billable Hours: 60 Hours at a Rate of $165.00 Per Hour =   $9,900.00

|  |  |
|---|---|
| TOTAL: | $9,900.00 |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_____  
Signature

_11/30/23_  
**Date**