# Rafael Ruiz Consulting

**12 Crestshire Dr.**
**Lawrence, MA 01843**

**PHONE: 6177599156   stodgo1971@yahoo.com    12 Crestshire Dr.**

## INVOICE

INVOICE NUMBER: 2023-11
INVOICE DATE: 11/30/2023

Federal Police Monitor for PR
VIG Tower, PH-924
1225 Ponce De Leon Ave.
San Juan, PR 00907

RAFAEL E. RUIZ CONSULTING

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: FPM work from Home | | | |
| 10/28/2023 | FPM work from Home | Work on CMR-09 S&S Draft | 4.00 | $165.00 | $660.00 |
| 10/29/2023 | FPM work from Home | Work on CMR-09 S&S Draft | 5.00 | $165.00 | $825.00 |
| 10/30/2023 | FPM work from Home | Work on S&S CMR-09 | 5.50 | $165.00 | $907.50 |
| 10/31/2023 | FPM work from Home | Work on S&S CMR-09 | 9.00 | $165.00 | $1,485.00 |
| 11/1/2023 | FPM work from Home | Work on S&S CMR-09 | 8.00 | $165.00 | $1,320.00 |
| 11/2/2023 | FPM work from Home | Work on S&S CMR-09 | 7.50 | $165.00 | $1,237.50 |
| 11/6/2023 | FPM work from Home | FPM Team meeting; Review PRPB Compliance Plans | 3.75 | $165.00 | $618.75 |
| 11/7/2023 | FPM work from Home | Review PRPB Compliance Plans w/CMR-09 | 2.00 | $165.00 | $330.00 |
| 11/13/2023 | FPM work from Home | (Via Zoom) FPM onsite Team meeting w/PRPB, USDOJ; PRPB Inspection Module Demo | 1.75 | $165.00 | $288.75 |
| 11/19/2023 | FPM work from Home | Plan PR site visit for December 2023 | 0.75 | $165.00 | $123.75 |
| 11/26/2023 | FPM work from Home | Review/prep report on GO 607 | 3.00 | $165.00 | $495.00 |
| 11/27/2023 | FPM work from Home | Review/prep report on GO 627 | 4.00 | $165.00 | $660.00 |
| 11/28/2023 | FPM work from Home | Review/prep report on GO's 622 and 644 | 4.00 | $165.00 | $660.00 |
| | | TOTAL: FPM work from Home | | | $9,611.25 |
| | | Total hours for this invoice | 58.25 | | |

| INVOICE BALANCE INFORMATION | |
|---|---|
| Total amount of this invoice | $9,611.25 |

| INVOICE BALANCE INFORMATION (Cont'd.) | |
|---|---|
| Current invoice balance | $9,611.25 |

| |
|---|
| AMOUNT DUE ON THIS INVOICE: $9,611.25 |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of the hours worked in my capacity as a member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Rafael E. Ruiz

Date: November 30, 2023