INVOICE 0105 - LABOR FOR PROFESSIONAL SERVICES; NOV 1 - 30, 2023
RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC

TO: Federal Monitor
Puerto Rico Police Department Consent Decree

Attached below please find the details for professional services rendered by Scott Cragg (Monitoring Core Team) for November 2023:

| | | | | |
|---|---|---|---|---|
| Name: | Scott Cragg | | | |
| Invoice Date: | 11/30/23 | | | |
| Invoice Period: | November 1-30, 2023 | | | |
| Date | Task(s) | Rate | Total Hours | Total Amount |
| 11/2/23 | Final Edit CMR-9 IT Report, review 11/2 Gartner Weekly Status Report | $165.00 | 3.75 | $618.75 |
| 11/4/23 | Schedule mapping for on-site visit 13-17 | $165.00 | 0.25 | $41.25 |
| 11/5/23 | Review 11/2 Gartner Status Report, prep for weekly status meeting. | $165.00 | 0.25 | $41.25 |
| 11/7/23 | Review initial drafts from PRPB CIO of RMS RFP and attachments, account for Gartner input in 11/2 emails | $165.00 | 4.25 | $701.25 |
| 11/8/23 | Review Monitors guidance on staffing engagements with the Commonwealth, replan PRPB meetings per Monitors changes, Coordinate with Gartner to review draft RFP status and materials. Continue review of PRPB CIO drafts dated 11/6, review and consider Gartner comments/emails. Scan Appendix F | $165.00 | 5.25 | $866.25 |
| 11/9/23 | Review 11/9 Gartner status report, Participate in Gartner status conference with PRPB on PMO and RMS. Complete review of RMS Draft from PRPB CIO | $165.00 | 2.25 | $371.25 |
| 11/10/23 | Correct, adjust, finalize travel for on-site visit in Nov, prep for interviews with CIO, Prior to on-site visit to PRPB - review 11/6 Court Filings from PRPB on the Court ordered submission of the 62 non-compliant paragraphs and the Corrective Action Plan | $165.00 | 2 | $330.00 |
| 11/13/23 | on-site Puerto Rico | $165.00 | 8 | $1,320.00 |
| 11/14/23 | on-site Puerto Rico | $165.00 | 8 | $1,320.00 |
| 11/15/23 | on-site Puerto Rico | $165.00 | 8 | $1,320.00 |
| 11/16/23 | on-site Puerto Rico | $165.00 | 8 | $1,320.00 |
| 11/17/23 | Prepare trip notes for distribution to PRPB, telcon with Gartner on RMS RFP and PMO contracting and support concerns.  Review 11/14 edited, PRPB versions of RMS Acquisition documents for consistency | $165.00 | 3.5 | $577.50 |
| 11/19/23 | Plan and reserve Dec flight, hotel, parking, collect expenses for on-site in November, review Deputy Monitor and team emails | $165.00 | 2.25 | $371.25 |
| 11/20/23 | Review Contract and RMS document (11/17) details in preparation for deliberations during RMS/PMO Briefing to the Commonwealth, DoJ and the Monitors office. Attend and participate in briefing.  Post Brief review telcon with Federal Monitor. | $165.00 | 5.25 | $866.25 |

1

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 11/21/23 | Plan and map scheduled meetings, demonstrations, and interviews for December on-site from Monitors planning email. | $165.00 | 0.25 | $41.25 |
| 11/26/23 | Coordinate Demo's and schedule with Monitors office, finalize and submit November Expense Invoice, Review PRPB SharePoint, Review Monitors final submission of draft IT Section for CMR 9 to ensure accuracy, review AHD dashboard definitions, Review 253 comments regarding NIBRS | $165.00 | 4.5 | $742.50 |
| 11/27/23 | Review 11/10/23 submission of non-compliant para graphs submitted by PRPB | $165.00 | 0.75 | $123.75 |
| 11/29/23 | Review Monitors Office rescheduling of December Demo's, propose alternatives, | $165.00 | 0.25 | $41.25 |
| 11/30/23 | Continue coordination with monitors office regarding on-site interviews and demos for Dec on-site, coordinate with CIO regarding on-site Cyber Briefing option, Review Decree details with vendor and challenges to the IT ecosystem.  Review Gartner report and documents for weekly status mtg, attend Gartner/PRPB status review of RMS Contract/decision process and prep for release.  Prepare and submit final labor invoice | $165.00 | 2.75 | $453.75 |
| **TOTAL Labor** | | | 69.5 | $11,467.50 |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

**Signature:** *[signature]*

**Date:** 11/30/23