| | | | | |
|---|---|---|---|---|
| **Name:** | Rita J. Watkins | | | |
| **Invoice Date:** | 11/30/2023 | | | |
| **Invoice Period:** | November 1-30, 2023 | | | |

| Date | Task(s) | Rate | Total Hours | Total Amount |
|---|---|---|---|---|
| 11/1/2023 | Review OG 626 and associated forms | $ 165.00 | 1 | $ 165.00 |
| 11/3/2023 | Telecons and emails from monitors and parties | $ 165.00 | 1 | $ 165.00 |
| 11/6/2023 | Team Meeting | $ 165.00 | 1 | $ 165.00 |
| 11/7/2023 | Bi-monthly meeting with Reform Office | $ 165.00 | 1 | $ 165.00 |
| 11/10/2023 | Telecons and emails from monitors and parties | $ 165.00 | 1 | $ 165.00 |
| 11/13/2023 | Training Plan update meeting with SAEA | $ 165.00 | 1 | $ 165.00 |
| 11/28/2023 | Bi-monthly meeting with Reform Office | $ 165.00 | 1 | $ 165.00 |
| 11/29/2023 | Review OG 118 and OG 627 and associated forms | $ 165.00 | 1.5 | $ 247.50 |
| 11/30/2023 | Review OG 630, OG 154, OG 118, OG 627, OG 644, OG 607, OG 622 and forms | $ 165.00 | 7 | $ 1,155.00 |
| 11/30/2023 | Telecon and emails with monitors and parties | $ 165.00 | 1 | $ 165.00 |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| **TOTAL** | | | 16.5 | $ 2,722.50 |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

**Signature:** *Rita J. Watkins*     **Date:** 11/30/2023