# INVOICE



22 Chalets de Santa Maria
San Juan, P.R. 00927
(787) 940-3090

**DATE:** 11/30/2023
**INVOICE #** 202311
**FOR:** FPMPR/TCA

**BILL TO:**
**Office of the FPMPR, LLC**
VIG Tower, PH 924
1225 Ponce de Leon Avenue
San Juan, P.R. 00907

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Zoom calls/Team meetings: | 0.75 | $160.00 | $   120.00 |
| emails-texts/phone calls:  Sam, Inigo, Dave, Denise, Steph., Scott, John | 2.00 | $160.00 | $   320.00 |
| 11/10/2023: Box review & notes per Dave's email/field sched. & interview listings review | 0.75 | $160.00 | $120.00 |
| 11/13/2023: PRPB meetings and demos. | 7.00 | $160.00 | $1,120.00 |
| 11/14/2023: Aguadilla field interviews | 8.00 | $160.00 | $1,280.00 |
| 11/15/2023: MPRPB interviews | 6.00 | $160.00 | $960.00 |
| 11/16/2023: Press Office meeting, MPRPB interviews,  & meeting debrief Inigo | 7.50 | $160.00 | $1,200.00 |
| 11/17/2023: CMR 9 review | 1.00 | $160.00 | $160.00 |
| 11/28/2023: Master schedule review for interviews/demos (conflicts/addressing). | 0.25 | $160.00 | $40.00 |
| | | $160.00 | $0.00 |
| | | $160.00 | $0.00 |
| | | $160.00 | $0.00 |
| | | $160.00 | $0.00 |
| | | $160.00 | $0.00 |
| | | | |
| | 33.25 | | $ 5,320.00 |
| | | **TOTAL** | $ 5,320.00 |

**I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor.  I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities, or agencies.**


Merangelie Serrano-Rios