

*invoice*

**Samantha Rhinerson**
550 Amsonia Circle
Guyton, GA 31312
srhinerson99@outlook.com | 256-431-5324

| BILL TO | INVOICE # | DATE | DUE |
|---|---|---|---|
| Puerto Rico Chief Federal Monitor | 2023-11 | 11/30/2023 | 12/31/2023 |

| Date | Description | Hours | Rate | TOTAL |
|---|---|---|---|---|
| 11/01/2023 | 1.0 hour of CMR review and data compilation | 1.00 | $100.00 | $100.00 |
| 11/02/2023 | 1.5 hours of CMR review | 1.50 | $100.00 | $150.00 |
| 11/03/2023 | 0.5 hour of CMR review | 0.50 | $100.00 | $50.00 |
| 11/04/2023 | 2.0 hours of CMR review | 2.00 | $100.00 | $200.00 |
| 11/06/2023 | 2.0 hours of CMR review and Team Meeting | 2.00 | $100.00 | $200.00 |
| 11/07/2023 | 0.5 hour of CMR review | 0.50 | $100.00 | $50.00 |
| 11/08/2023 | 3.5 hours of CMR review | 3.50 | $100.00 | $350.00 |
| 11/09/2023 | 2.5 hours of CMR review and meeting with Denise | 2.50 | $100.00 | $250.00 |
| 11/10/2023 | 3.0 hours of CMR review | 3.00 | $100.00 | $300.00 |
| 11/11/2023 | 3.0 hours of CMR review and travel planning | 3.00 | $100.00 | $300.00 |
| 11/12/2023 | 0.5 hour of travel planning | 0.50 | $100.00 | $50.00 |
| 11/13/2023 | 1.0 hour of CMR review | 1.00 | $100.00 | $100.00 |
| 11/14/2023 | 1.5 hours of CMR review | 1.50 | $100.00 | $150.00 |
| 11/15/2023 | 0.5 hour of CMR section prep | 0.50 | $100.00 | $50.00 |
| 11/16/2023 | 0.5 hour of policy review facilitation and travel planning | 0.50 | $100.00 | $50.00 |
| 11/17/2023 | 0.5 hour of travel planning | 0.50 | $100.00 | $50.00 |
| 11/18/2023 | 0.5 hour of travel planning | 0.50 | $100.00 | $50.00 |
| 11/19/2023 | 0.5 hour of travel planning | 0.50 | $100.00 | $50.00 |
| 11/20/2023 | 0.5 hour of  policy review facilitation and travel planning | 0.50 | $100.00 | $50.00 |
| 11/21/2023 | 0.5 hour of travel planning | 0.50 | $100.00 | $50.00 |
| 11/22/2023 | 0.5 hour of  policy review facilitation | 0.50 | $100.00 | $50.00 |
| 11/28/2023 | 0.5 hour of policy review facilitation and travel planning | 0.50 | $100.00 | $50.00 |
| 11/29/2023 | 0.5 hour of policy review facilitation | 0.50 | $100.00 | $50.00 |
| 11/30/2023 | 0.5 hour of policy review facilitation ad 253 Meeting Coordination | 0.50 | $100.00 | $50.00 |

**TOTAL**          **$2,800.00**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*thank you*