**Office of the FPMPR LLC**

**VIG Tower, PH – 924**

**1225 Ave. Juan Ponce de León**

**San Juan, PR 00907**

**Name:** Claudia Cámara-León **Supervisor:** Javier Gonzales, Esq.

## Work Timesheet (November 2023)

| Date | Task | Total Hours |
|---|---|---|
| November 1, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| November 2, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| November 3, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| November 6, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| November 7, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| November 8, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| November 9, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |

| | | | |
|---|---|---|---|
| November 10, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | | 7.0 |
| November 13, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. Assisted the monitoring team during their visit. | | 7.0 |
| November 14, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. Assisted the monitoring team during their visit. | | 7.0 |
| November 15, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. Assisted the monitoring team during their visit. | | 7.0 |
| November 16, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. Assisted the monitoring team during their visit. | | 7.0 |
| November 17, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. Assisted the monitoring team during their visit. | | 7.0 |
| November 20, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | | 7.0 |
| November 21, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | | 7.0 |
| November 22, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | | 7.0 |

| November 25, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| --- | --- | --- |
| November 27, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| November 28, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| November 29, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| November 30, 2023 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |

**Total, 147 hours for $20 = $2,940**

I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

Signature,
Claudia S. Cámara León

*[signature: Claudia S. Cámara León]*
_____