# Manuel A. Arroyo Rivera

P.o Box 8925 Santurce Puerto Rico 00910    Cel 787-364-8925

Email marroyorivera20@gmail.com

Invoice  Month November  2023                                                                                  Invoice #036

Federal Police Monitor   San Juan, PR

| Date | description | Hour | Rate | Amount |
|---|---|---|---|---|
| November- 13-2023 | take monitors to daily meetings | 8 | $25 | $200.00 |
| November-14-2023 | pick up the monitors and take them to different meetings of the day | 8 | $25 | $200.00 |
| November-15-2023 | pick up the monitors and take them to different meetings of the day | 8 | $25 | $200.00 |
| November-16-2023 | pick up the monitors and take them to different meetings of the day | 8 | $25 | $200.00 |
| November-17-2023 | Pick up the monitors and other equipment and take it to the airport | 4 | $25 | $100.00 |
| November-22-2023 | take documents from the Town Hall Meeting to the Caguas police station | 2 | $25 | $50.00 |
| November | Gas expenses | | | $250.00 |
| | | | | |
| | | | | Total 1,200.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |