**Name:** Hipolito Castro Jr
**Invoice Date:** 11/30/23
**Invoice Period:** 11/01/2023 to 11/30/2023

| Date | Task(s) | Rate | Total Hours | Total Amount |
|---|---|---|---|---|
| 11/1/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 2.00 | $ 300.00 |
| 11/3/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 2.00 | $ 300.00 |
| 11/4/23 | CMR 9 | $ 150.00 | 2 | $ 300.00 |
| 11/7/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 1.00 | $ 150.00 |
| 11/8/23 | Data and Policy Analysis | $ 150.00 | 2 | $ 300.00 |
| 11/10/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 1.00 | $ 150.00 |
| 11/11/23 | Data and Policy Analysis | $ 150.00 | 2.00 | $ 300.00 |
| 11/13/23 | Site Visit | $ 150.00 | 8.00 | $ 1,200.00 |
| 11/14/23 | Site Visit | $ 150.00 | 8.00 | $ 1,200.00 |
| 11/15/23 | Site Visit | $ 150.00 | 8.00 | $ 1,200.00 |
| 11/16/23 | Site Visit | $ 150.00 | 8.00 | $ 1,200.00 |
| 11/17/23 | Data and Policy Analysis | $ 150.00 | 1.00 | $ 150.00 |
| 11/18/23 | Data and Policy Analysis | $ 150.00 | 1.00 | $ 150.00 |
| 11/19/23 | Data and Policy Analysis | $ 150.00 | 1.00 | $ 150.00 |
| 11/20/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 1.00 | $ 150.00 |
| 11/21/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 1.00 | $ 150.00 |
| 11/22/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 1.00 | $ 150.00 |
| 11/24/23 | Data and Policy Analysis | $ 150.00 | 1.00 | $ 150.00 |
| 11/25/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 1.00 | $ 150.00 |
| 11/27/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 1.00 | $ 150.00 |
| 11/28/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150 | 1.00 | $ 150.00 |
| 11/30/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 2 | $ 300.00 |
| 11/01/23 to 11/30 | Team meetings, call and emails | $150.00 | 3 | $ 450.00 |

**TOTAL Labor**     59.00     $8,850.00

| | |
|---|---|
| **Commo and Coordination** consists of all writings and digital comms to/from Monitors, PRPB, USDOJ.; Review compliance targets, document and data requests, logistics; scheduling, on-site planning & coordination, database development | |
| **TOTAL** | $ 8,850.00 |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Signature: *[signed]*  Date: 11/30/23

Hipolito Castro

**Data/Policy Analysis, Writing**
Data concerns CMR-10, OG 310, OG 410, Draft data requests, review special case, DSP documents, reporting on interviews, due process for promo candidates

**Field Work:** Research conducted in situ (SJU)