**Stephanie Leon**  
*Paralegal*

1483 Ashford Avenue  
Apartment 901  
San Juan, PR 00907  
(832) 692-2475

**INVOICE**

**INVOICE: 2023-12**  
**DATE: 12/01/2023**

**TO:**  
Puerto Rico Chief Federal Monitor

**FOR:**  
Paralegal Services

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 11/06/2023 | -Biweekly team meeting | .75 | 90.00 | 67.50 |
| 11/08/2023 | -Email exchange with Monitor Denise Rodriguez and Samantha Rhinerson<br>-Compared Monitor Donald Gosselins OG-114 SARP documents and emailed to DG<br>-Extensive notes/transcript on October 253 Meeting | 1.75 | 90.00 | 157.50 |
| 11/09/2023 | -Emailed Monitors Scott Craig, Rafael Ruiz, and Donald Gosselin regarding my future assistance<br>-Message exchange with Monitor Donald Gosselin<br>-Extensive notes/transcript on October 253 Meeting<br>-Emailed Monitor DR and JR 253 Notes | 3.5 | 90.00 | 315.00 |
| 11/10/2023 | -Extensive notes/transcript on October 253 Meeting<br>-Emailed Monitor DR and JR 253 Notes | .75 | 90.00 | 67.50 |
| 11/13/2023 | -Prepared and sent 253 notes to respective Monitors<br>-Prepared/organized notes for meetings at PRPB<br>-Attend meetings at PRPB<br>-Organized notes of the day | 7.5 | 90.00 | 675.00 |
| 11/14/2023 | -Field Visit to Aguadilla to assist Monitors/took notes<br>-Organized notes of the day | 10.5 | 90.00 | 945.00 |
| 11/15/2023 | -Attend meetings at PRPB to assist Monitor Donald Gosselin and Scott Cragg<br>-Organized notes of the day | 6.5 | 90.00 | 585.00 |
| 11/16/2023 | -Attend meetings at PRPB to assist Monitor Scott Cragg and Donald Gosselin<br>-Organize notes of the day<br>-Messages exchange with monitor Donald Gosselin | 5.5 | 90.00 | 495.00 |
| 11/20/2023 | -Messages exchange with Inigo Galanes<br>-Captain promotions meeting<br>-Extensive notes/transcript of captain promotions meeting | 3.5 | 90.00 | 315.00 |
| 11/21/2023 | -Extensive notes/transcript of meeting of captain promotions meeting<br>-Emailed Monitors JR and DR notes of captain promotions meeting | 2.25 | 90.00 | 202.50 |
| 11/28/2023 | -Messages exchanges with Inigo<br>-Messages exchanges with Monitor Donald Gosselin | .25 | 90.00 | 22.50 |
| 11/29/2023 | -November 253 Meeting<br>-Extensive notes/transcript of 253 meeting | 1.75 | 90.00 | 157.50 |
| | **TOTAL 44.5 HRS @ $90** | | | **4,005.00** |

*S/ STEPHANIE LEON*

**I HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN MY CAPACITY AS A MEMBER OF THE FEDERAL MONITORING TEAM. I FURTHER CERTIFY THAT I HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH, OR ANY OF ITS DEPARTMENTS, MUNICIPALITIES OR AGENCIES.**