**Inigo Galanes**
*Staff Assistant*

**INVOICE**

ADDRESS
Aboy St 605 Apt 1
San Juan, PR, 00907

**INVOICE: 2023-11**
**DATE: 12/01/2023**

**TO:**
Puerto Rico Chief Federal Monitor

**FOR:**
Professional Services

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 11/01/2023 | -Organized documents in the office.<br>-Telephone call with Alan Youngs about Municipal transfers to PRPB.<br>-Emailed Alba Sanjurjo from PRPB about Municipal transfers to PRPB. | 7.0 | 20 | 140 |
| 11/02/2023 | -Organized documents in the office.<br>-Telephone call with Alan Youngs about Municipal transfers to PRPB. | 7.0 | 20 | 140 |
| 11/03/2023 | -Organized documents in the office.<br>-Followed up with Alba Sanjurjo.<br>-Telephone calls with Alan Youngs about Municipal transfers to PRPB.<br>-Telephone call with Luis Hidalgo about progress on the documents and helping Alan Youngs.<br>-Received call from Alba Sanjurjo about Municipal transfers to PRPB. | 7.0 | 20 | 140 |
| 11/06/2023 | -Organized documents in the office.<br>-Call with Luis Hidalgo about Aguadilla police activities.<br>-Attended Biweekly Meeting. | 7.0 | 20 | 140 |
| 11/07/2023 | -Organized documents in the office.<br>-Took notes for Rita Watkins during meeting and uploaded these into BOX. | 7.0 | 20 | 140 |
| 11/09/2023 | -Organized documents in the office.<br>-Read/sent emails.<br>-Read through my SME's paragraphs in the Action Plan and Methodology. | 7.0 | 20 | 140 |
| 11/10/2023 | -Read/sent emails. | 0.5 | 20 | 10 |
| 11/13/2023 | -Attended scheduled meetings in PRPB HQ.<br>-Began transcribing meetings notes. | 8.0 | 20 | 160 |
| 11/14/2023 | -Finished transcribing notes from this day and previous day and uploaded them into BOX.<br>-Attended meeting with the parties about Compliance Plan in PRPB HQ. | 8.0 | 20 | 160 |
| 11/15/2023 | -Attended meetings in PRPB. | 8.0 | 20 | 160 |
| 11/16/2023 | -Attended meetings in PRPB.<br>-Transcribed notes. | 7.0 | 20 | 140 |
| 11/17/2023 | -Organized documents in the office.<br>-Uploaded notes into BOX. | 7.0 | 20 | 140 |
| 11/20/2023 | -Organized documents in the office.<br>-Sent meeting invites for Alan Youngs recurring calls.<br>-Read/sent emails. | 7.0 | 20 | 140 |
| 11/21/2023 | -Organized documents in the office.<br>-Call with Alan Youngs about paragraphs 16/17.<br>-Call with Alexander Acevedo about Dec/Jan meetings.<br>-Updated Town Hall flyer and printed them in Office Depot.<br>-Call with Luis Hidalgo, John Romero, and Javier González about flyers. | 7.0 | 20 | 140 |
| 11/22/2023 | -Went to Caguas and delivered flyers.<br>-Organized documents in the office. | 7.0 | 20 | 140 |

| Date | Description | Hours | Rate | Total |
|---|---|---|---|---|
| 11/27/2023 | -Organized documents in the office.<br>-Edited form for speaking during Town Hall Meeting.<br>-Read/sent emails. | 7.0 | 20 | 140 |
| 11/28/2023 | -Organized documents in the office.<br>-Took notes for recurring call with Rita Watkins and Reform Office and uploaded these into BOX.<br>-Call with Luis Hidalgo about Caguas Town Hall Meeting.<br>-Calls with various PRPB employees about Caguas Town Hall Meeting.<br>-Call with Alan Youngs about recurring meetings.<br>-Read/sent emails. | 7.0 | 20 | 140 |
| 11/29/2023 | -Organized documents in the office.<br>-Went to Caguas with Luis Hidalgo and met with PRPB staff to discuss Town Hall Meeting. | 8.0 | 20 | 160 |
| 11/30/2023 | -Organized documents in the office.<br>-Attended Zoom meeting to discuss Town Hall Meeting. | 7.0 | 20 | 140 |
| | | **TOTAL 130.5 HRS @ $20 HR** | | **$2,610** |