IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, Plaintiff, v. **COMMONWEALTH OF PUERTO RICO, et al.**, Defendants. | CIVIL NO.: 12-cv-02039 |

### INFORMATIVE MOTION REGARDING PUBLIC ACCESS TO IMPLEMENTATION PLANS RESTRICTED FILINGS

**MAY IT PLEASE THE COURT:**

**COME NOW**, Codefendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau ("PRPB"), through the undersigned attorneys, and very respectfully state and pray:

1. On November 3, 2023, the Commonwealth filed a Motion in Compliance with Order at ECF No. 2523, submitting to the Court a comprehensive plan in compliance with the August 17, 2023 Order, ECF No. 2467, to: i) specifically tailor a set of action items needed for the PRPB to come into substantial compliance with the then 62 paragraphs of the Consent Decree that remained in non-

compliance as per CMR-7 and CMR-8[1]; and ii) implement additional accountability measures that represent "constructive tangible changes" designed to accelerate the pace of reform under the Agreement through increased transparency, proper staffing; improved performance, and streamlined periodic reporting on the Commonwealth's progress (collectively, the "Compliance Plan").

2. The Compliance Plan consists of a Compliance Plan Summary, ECF No. 2523-1, and a Compliance Plan Tracker, ECF No. 2523-2.

3. The Compliance Plan Summary is designed to provide an overall perspective for the Court and the public of how the Comprehensive Plan was crafted, when the non-compliant paragraphs will reach substantial compliance, and detail why and how the additional accountability measures will accelerate the pace of reform. See ECF No. 2523 at pages 2-3. Section V of the Compliance Plan Summary details such accountability measures. The first measure refers to securing public access to all implementation plans:

> Nearly all the implementation plans filed with the Court are restricted for viewing by the Parties, Monitor, and Special Master only. The Parties agree that filings related to the Commonwealth's implementation plans should be

---

[1] The Monitor filed CMR-9 on December 14, 2023 at ECF No. 2541. CMR-9 revealed that the total paragraphs of the Consent Decree that remain in non-compliance decreased from 62 to 37.

     accessible to the public to promote transparency and public accountability.

See ECF No. 2523-1 at page 5.

  4. In connection with this measure, the parties agreed to identify restricted filings that should be unrestricted for public viewing, by December 15, 2023, and submit a joint request to the Court. The parties have agreed that the following restricted filings related to the implementation plans should be unrestricted for public viewing:

| Date Filed | # | Docket Text |
|---|---|---|
| 11/03/2023 | 2523 | **CASE PARTICIPANTS** Motion In Compliance *with Order* filed by Gabriel A. Penagaricano on behalf of Commonwealth of Puerto Rico, Puerto Rico Police Department Responses due by 11/17/2023. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Penagaricano, Gabriel) (Entered: 11/03/2023) |
| 10/09/2023 | 2511 | **CASE PARTICIPANTS** MOTION Submitting Correct Final 90-day Report for Training Plan filed by Gabriel A. Penagaricano on behalf of Commonwealth of Puerto Rico, Puerto Rico Police Department Responses due by 10/23/2023. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Attachments: # 1 Exhibit 1)(Penagaricano, Gabriel) (Entered: 10/09/2023) |
| 10/03/2023 | 2506 | **CASE PARTICIPANTS** MOTION Submitting 90-Day Report Pursuant to Training Plan filed by Gabriel A. Penagaricano on behalf of Commonwealth of Puerto Rico, Puerto Rico Police Department Responses due by 10/17/2023. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Attachments: # 1 Exhibit 1)(Penagaricano, Gabriel) (Entered: 10/03/2023) |

| | | |
|---|---|---|
| 09/05/2023 | 2482 | **CASE PARTICIPANTS** MOTION Submitting Three Implementation Plans filed by Gabriel A. Penagaricano on behalf of Commonwealth of Puerto Rico, Puerto Rico Police Department Responses due by 9/19/2023. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Penagaricano, Gabriel) (Entered: 09/05/2023) |
| 04/10/2023 | 2379 | **CASE PARTICIPANTS** MOTION Submitting Certified Translation filed by Gabriel A. Penagaricano on behalf of Commonwealth of Puerto Rico Responses due by 4/24/2023. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Attachments: # 1 Exhibit 1)(Penagaricano, Gabriel) (Entered: 04/10/2023) |
| 03/31/2023 | 2357 | **CASE PARTICIPANTS** MOTION Submitting IT CORRECTIVE IT ACTION PLAN filed by Gabriel A. Penagaricano on behalf of Commonwealth of Puerto Rico, Puerto Rico Police Department Responses due by 4/14/2023. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Penagaricano, Gabriel) (Entered: 03/31/2023) |
| 03/29/2023 | 2344 | ***SELECTED PARTIES***RESPONSE to Motion *Submitting Final Training Plan* filed by USA, Commonwealth of Puerto Rico, Alejandro Del Carmen, Puerto Rico Police Department, John Romero Re: 2341 MOTION Submitting Final Training Plan filed by Puerto Rico Police Department, Commonwealth of Puerto Rico, 2324 MOTION Submitting Preliminary Training Plan filed by Puerto Rico Police Department, Commonwealth of Puerto Rico filed by USA, Commonwealth of Puerto Rico, Alejandro Del Carmen, Puerto Rico Police Department, John Romero. (Attachments: # 1 Appendix Attachment A)(Chamblee-Ryan, Katherine) (Entered: 03/29/2023) |
| 03/29/2023 | 2341 | **CASE PARTICIPANTS** MOTION Submitting Final Training Plan filed by Gabriel A. Penagaricano on behalf of Commonwealth of Puerto Rico, Puerto Rico Police Department Responses due by 4/12/2023. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Attachments: # 1 Exhibit 1)(Penagaricano, Gabriel) (Entered: 03/29/2023) |

| Date | Doc | Description |
|---|---|---|
| 03/10/2023 | 2324 | **CASE PARTICIPANTS** MOTION Submitting Preliminary Training Plan filed by Gabriel A. Penagaricano on behalf of Commonwealth of Puerto Rico, Puerto Rico Police Department Responses due by 3/24/2023. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Attachments: # 1 Exhibit 1)(Penagaricano, Gabriel) (Entered: 03/10/2023) |
| 02/05/2023 | 2305 | **CASE PARTICIPANTS** MOTION Submitting Third 90-day Report Pursuant to Staffing Plan Order filed by Gabriel A. Penagaricano on behalf of Commonwealth of Puerto Rico, Puerto Rico Police Department Responses due by 2/21/2023. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Attachments: # 1 Exhibit 1)(Penagaricano, Gabriel) (Entered: 02/05/2023) |
| 12/08/2022 | 2260 | ***SELECTED PARTIES*** Motion In Compliance as to 2252 Order on Motion for Extension of Time filed by Roberto Abesada-Aguet on behalf of John Romero, Gilberto Balli, Commonwealth of Puerto Rico, Alejandro Del Carmen, Gary A. Loeffert, Thomas Petrowski, Puerto Rico Police Department, Denise Rodriguez, USA Responses due by 12/22/2022. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Attachments: # 1 Exhibit IT Needs Assessment)(Related document(s) 2252 ) (Abesada-Aguet, Roberto) (Entered: 12/08/2022) |
| 12/05/2022 | 2253 | **CASE PARTICIPANTS** MOTION Submitting Certified Translation filed by Gabriel A. Penagaricano on behalf of Commonwealth of Puerto Rico, Puerto Rico Police Department Responses due by 12/19/2022. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Attachments: # 1 Exhibit 1)(Penagaricano, Gabriel) (Entered: 12/05/2022) |
| 11/02/2022 | 2237 | **CASE PARTICIPANTS** MOTION Submitting Second 90-Day Status Report Pursuant to Staffing Plan Update Proposal filed by Gabriel A. Penagaricano on behalf of Commonwealth of Puerto Rico, Puerto Rico Police Department Responses due by 11/16/2022. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Attachments: # 1 Exhibit 1)(Penagaricano, Gabriel) (Entered: 11/02/2022) |

| | | |
|---|---|---|
| 10/14/2022 | 2215 | ***SELECTED PARTIES*** Motion In Compliance *Regarding the Commonwealth's Amended Provisional Use of Force Data Plan* as to 2183 Order on Motion In Compliance, filed by Luis E. Saucedo on behalf of USA, Gilberto Balli, Commonwealth of Puerto Rico, Alejandro Del Carmen, Gary A. Loeffert, Thomas Petrowski, Puerto Rico Police Department, Denise Rodriguez, John Romero Responses due by 10/28/2022. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Related document(s) 2183 ) (Saucedo, Luis) (Entered: 10/14/2022) |
| 09/22/2022 | 2177 | **CASE PARTICIPANTS** Motion In Compliance *With Order Submitting Amended Provisional Use of Force Data Plan* filed by Gabriel A. Penagaricano on behalf of Commonwealth of Puerto Rico, Puerto Rico Police Department Responses due by 10/6/2022. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Attachments: # 1 Exhibit 1)(Penagaricano, Gabriel) (Entered: 09/22/2022) |
| 08/22/2022 | 2140 | **CASE PARTICIPANTS** Motion In Compliance *With Order* filed by Gabriel A. Penagaricano on behalf of Commonwealth of Puerto Rico, Puerto Rico Police Department Responses due by 9/6/2022. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Penagaricano, Gabriel) (Entered: 08/22/2022) |
| 08/15/2022 | 2131 | **CASE PARTICIPANTS** MOTION Submitting Certified Translations filed by Gabriel A. Penagaricano on behalf of Commonwealth of Puerto Rico, Puerto Rico Police Department Responses due by 8/29/2022. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Penagaricano, Gabriel) (Entered: 08/15/2022) |
| 08/02/2022 | 2121 | **CASE PARTICIPANTS** MOTION Submitting 90-Day Report Pursuant to Staffing Plan Update Proposal filed by Gabriel A. Penagaricano on behalf of Commonwealth of Puerto Rico, Puerto Rico Police Department Responses due by 8/16/2022. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Attachments: # 1 Exhibit 1)(Penagaricano, Gabriel) (Entered: 08/02/2022) |

| | | |
|---|---|---|
| 07/29/2022 | 2114 | **CASE PARTICIPANTS** Motion In Compliance *With Order* filed by Gabriel A. Penagaricano on behalf of Commonwealth of Puerto Rico, Puerto Rico Police Department Responses due by 8/12/2022. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Attachments: # 1 Exhibit 1, # 2 Appendix I, # 3 Appendix II, # 4 Appendix III)(Penagaricano, Gabriel) (Entered: 07/29/2022) |
| 06/02/2022 | 2051 | ***SELECTED PARTIES*** Motion In Compliance as to 2049 Order on Motion In Compliance, filed by Roberto Abesada-Aguet on behalf of John Romero, Commonwealth of Puerto Rico, Alejandro Del Carmen, Gary A. Loeffert, Thomas Petrowski, Puerto Rico Police Department, Denise Rodriguez, USA Responses due by 6/16/2022. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Attachments: # 1 Supplement Act 65-2021, # 2 Supplement Proposed regulation)(Related document(s) 2049 ) (Abesada-Aguet, Roberto) (Entered: 06/02/2022) |
| 05/31/2022 | 2047 | ***SELECTED PARTIES*** Motion In Compliance filed by Roberto Abesada-Aguet on behalf of John Romero, Commonwealth of Puerto Rico, Alejandro Del Carmen, Gary A. Loeffert, Thomas Petrowski, Puerto Rico Police Department, Denise Rodriguez, USA Responses due by 6/14/2022. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Attachments: # 1 Supplement Memorandum)(Abesada-Aguet, Roberto) (Entered: 05/31/2022) |
| 05/04/2022 | 2023 | **CASE PARTICIPANTS** Motion In Compliance *With Order* filed by Gabriel A. Penagaricano on behalf of Commonwealth of Puerto Rico, Puerto Rico Police Department Responses due by 5/18/2022. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Attachments: # 1 Exhibit 1)(Penagaricano, Gabriel) (Entered: 05/04/2022) |
| 04/28/2022 | 2013 | **CASE PARTICIPANTS** MOTION Submitting Certified Translation of Use of Force Data Plan filed by Gabriel A. Penagaricano on behalf of Commonwealth of Puerto Rico, Puerto Rico Police Department Responses due by 5/12/2022. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Attachments: |

| | | |
|---|---|---|
| | | # 1 Exhibit 1)(Penagaricano, Gabriel) (Entered: 04/28/2022) |
| 04/13/2022 | 1997 | **CASE PARTICIPANTS** Motion In Compliance *With Order Submitting UOF Data Plan* filed by Gabriel A. Penagaricano on behalf of Commonwealth of Puerto Rico, Puerto Rico Police Department Responses due by 4/27/2022. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Attachments: # 1 Exhibit 1)(Penagaricano, Gabriel) (Entered: 04/13/2022) |
| 03/29/2022 | 1985 | **CASE PARTICIPANTS** Motion In Compliance *With Order* filed by Gabriel A. Penagaricano on behalf of Commonwealth of Puerto Rico, Puerto Rico Police Department Responses due by 4/12/2022. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Attachments: # 1 Exhibit 1)(Penagaricano, Gabriel) (Entered: 03/29/2022) |
| 03/22/2022 | 1980 | ***SELECTED PARTIES***REPLY to Motion filed by USA, Commonwealth of Puerto Rico, Alejandro Del Carmen, Gary A. Loeffert, Thomas Petrowski, Puerto Rico Police Department, Denise Rodriguez, John Romero Re: 1971 Motion In Compliance *with Order* as to 1964 Order on Motion for Extension of Time filed by Puerto Rico Police Department, Commonwealth of Puerto Rico filed by USA, Commonwealth of Puerto Rico, Alejandro Del Carmen, Gary A. Loeffert, Thomas Petrowski, Puerto Rico Police Department, Denise Rodriguez, John Romero. (Attachments: # 1 Exhibit 2018 Staffing and Resource Allocation Plan)(Saucedo, Luis) (Entered: 03/22/2022) |
| 03/17/2022 | 1975 | **CASE PARTICIPANTS** MOTION to Restrict Document *1974* filed by Gabriel A. Penagaricano on behalf of Commonwealth of Puerto Rico, Puerto Rico Police Department Responses due by 3/31/2022. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Penagaricano, Gabriel) (Entered: 03/17/2022) |
| 03/17/2022 | 1974 | **CASE PARTICIPANTS** Motion In Compliance *with Order* filed by Gabriel A. Penagaricano on behalf of Commonwealth of Puerto Rico, Puerto Rico Police Department Responses due by 3/31/2022. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done |

| | | |
|---|---|---|
| | | electronically. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Penagaricano, Gabriel) (Entered: 03/17/2022) |
| 03/17/2022 | 1973 | **CASE PARTICIPANTS** MOTION to Restrict Document *1971 and 1972* filed by Gabriel A. Penagaricano on behalf of Commonwealth of Puerto Rico, Puerto Rico Police Department Responses due by 3/31/2022. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Penagaricano, Gabriel) (Entered: 03/17/2022) |
| 03/15/2022 | 1971 | **CASE PARTICIPANTS** Motion In Compliance *with Order* as to 1964 Order on Motion for Extension of Time filed by Gabriel A. Penagaricano on behalf of Commonwealth of Puerto Rico, Puerto Rico Police Department Responses due by 3/29/2022. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Related document(s) 1964 ) (Penagaricano, Gabriel) (Entered: 03/15/2022) |
| 02/28/2022 | 1957 | **CASE PARTICIPANTS** MOTION for extension of time until 3/18/2022 to to submit final plans filed by Gabriel A. Penagaricano on behalf of Commonwealth of Puerto Rico, Puerto Rico Police Department Responses due by 3/14/2022. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Penagaricano, Gabriel) (Entered: 02/28/2022) |
| 02/28/2022 | 1956 | **CASE PARTICIPANTS** Motion In Compliance *with Order* filed by Gabriel A. Penagaricano on behalf of Commonwealth of Puerto Rico, Puerto Rico Police Department Responses due by 3/14/2022. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2)(Penagaricano, Gabriel) (Entered: 02/28/2022) |

5.     The    Commonwealth    respectfully    requests    that    the Honorable Court take notice that the parties have identified and

agreed as to the restricted filings above that should be unrestricted for public viewing; and grant the Commonwealth a period of forty-five (45) days to file the documents open to the public, with any necessary public safety redactions as agreed with the United States.

6.  The Commonwealth had the opportunity to discuss this motion with counsel for the United States, who expressed no objection to the contents or remedies requested herein.

**WHEREFORE**, Defendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau, respectfully request this Honorable Court take notice that the parties have identified and agreed as to the restricted filings that should be unrestricted for public viewing; and grant the Commonwealth a period of forty-five (45) days to file the documents open to the public, with any necessary public safety redactions as agreed with the United States.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

In San Juan, Puerto Rico, today, December 15, 2023.

Informative Motion Regarding Public Access to Implementation Plans Restricted Filings
Civil No. 12-02039
Page 11 of 11

For Defendants COMMONWEALTH OF PUERTO RICO and PUERTO RICO POLICE BUREAU:

**CANCIO, NADAL & RIVERA, L.L.C.**
P.O. Box 364966
San Juan, Puerto Rico 00936-4966
403 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Tel. (787) 767-9625

**S/ RAFAEL BARRETO-SOLÁ**
USDC PR: 211801
rbarreto@cnr.law

**S/ GABRIEL A. PEÑAGARÍCANO**
USDC PR: 212911
gpenagaricano@me.com