### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**,<br><br>**v.**<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants**. | **Civil No.** 12-2039 (FAB) |

## ORDER SCHEDULING A CONFERENCE TO REVIEW PROGRESS AND STATUS OF THE COMPLIANCE PLAN DEFINED IN DOCKET NO. 2467

A conference is scheduled to be held on **Thursday, January 25, 2024, at 2:00 p.m.** The Court will advise where the conference will occur at a later date.

The purpose of the conference is to review in granular detail the progress the parties and the Monitoring Team have made with respect to the Compliance Plan ordered by this Court, the draft plan subsequently submitted, and any additional directive by the Court (See Docket Nos. 2467, 2523, and 2538).

Attendees will be representatives of the United States Department of Justice, the Commonwealth of Puerto Rico, the Monitoring Team, and the Office of the Special Master.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, December 19, 2023.

                              s/ Francisco A. Besosa
                              FRANCISCO A. BESOSA
                              SENIOR UNITED STATES DISTRICT JUDGE