**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| **Plaintiff,** | |
| **v.** | **Civil No.** 12-2039 (FAB) |
| COMMONWEALTH OF PUERTO RICO, *et al.*, | |
| **Defendants.** | |

**ORDER SCHEDULING STATUS CONFERENCE**

A Status Conference is scheduled to be held on **Thursday, January 25, 2024, at 9:00 a.m.**  Attendees will be advised of the specific courtroom to be used at a later date.

1.   The following topics will be discussed at the status conference:

A.   Overview of the Monitor's Office CMR-9 Report

B.   Update on the Commonwealth Information Technology Corrective Action Plan and its implementation

C.   Update on the Commonwealth's Staffing Plan and its implementation

2.   The Monitor's Office will follow up with additional questions that the Court may ask of the Parties on the identified and other topics.  If additional information is needed, the Parties should not hesitate to reach out to the Monitor's Office.

Civil No. 12-2039 (FAB)                                              2

3.   The   following   persons   shall   attend   the   status
conference:

**Office of the Governor ("La Fortaleza")**

María del Mar Ortiz – Deputy Chief Counsel

Enrique Völckers – Deputy Chief of Staff for Innovation
and Technology

**Office of Management and Budget ("OMB")**

Hecrián Martínez – Chief Counsel

Zulma Canales – Director of Fiscal Compliance

**Financial Oversight and Management Board ("FOMB")**

Amaury Rodríguez – "Analyst" on Public Safety Matters

**Puerto Rico Innovation and Technology Service ("PRITS")**

Nanette   Martínez-Ortiz   –   Acting   Information   and
Innovation Officer ("CIIO") & Chief Technology Officer
("CTO")

**General Services Administration ("GSA")**

Edgardo González – Assistant Administrator for Service
to the Agencies

**Office for the Administration and Transformation of Human
Resources ("OATHR")**

Gustavo Cartagena – Deputy Director

**Department of Public Safety ("DPS")**

Hon. Alexis Torres – Secretary

Arturo Garffer – Deputy Secretary for Operations and
Intelligence

Civil No. 12-2039 (FAB)                                                    3
_____

      Juan Carlos Puig – Consultant and former Treasury Secretary

      Miguel E. Bermúdez-Mangual- Special Advisor, Federal Affairs Office

      José Díaz – Executive Director, Federal Affairs Office

**Puerto Rico Police Bureau ("PRPB")**

      Antonio López-Figueroa – Commissioner

      Colonel Rolando Trinidad – Office of the Reform

      Counsel Juan Carlos Rivera – IT Bureau Director

      Ángel Díaz – IT Bureau Deputy Director

      Lieutenant Rafael Meléndez Burgos - Director of Internal Affairs (SARP)

The primary individual and the back-up individual for each line item in the Compliance Plan submitted by the Commonwealth (see Docket No. 2523), **to be identified no later than January 10, 2024,** pursuant to this Court's previous order.  See Docket No. 2538.

   **Counsel for the Commonwealth of Puerto Rico**

      Gabriel Peñagarícano

      Rafael Barreto

   **United States Department of Justice**

      Luis Saucedo, Esq. and any other representative from the Department of Justice he deems necessary

Civil No. 12-2039 (FAB)                                            4

**Federal Monitor's Office**

John Romero – Chief Federal Police Monitor

Denise Rodríguez – Chief Deputy Police Monitor

Roberto Abesada – General Counsel

Luis Hidalgo - Associate Monitor

Javier González - Administrative Director

Scott P. Cragg - Federal Monitor

Merangelie Serrano - Federal Monitor

Rafael Ruiz - Federal Monitor

Al Youngs - Federal Monitor

Hipólito Castro - Federal Monitor

Rita Watkins - Federal Monitor

Donald Gosselin - Federal Monitor

Stephanie León - Research Assistant

Samantha Rhinerson - Research Assistant

A representative of AH Datalytics

**Office of the Special Master**

Dr. Alejandro del Carmen – Special Master

Gary Loeffert – Assistant Special Master

Gilberto Balli – Assistant Special Master

Thomas Petrowski – Assistant Special Master

**Financial Oversight Officer**

Christopher Graham – Financial Oversight Officer

Civil No. 12-2039 (FAB)                                                                5

**IT IS SO ORDERED.**

San Juan, Puerto Rico, December 19, 2023.

                                        s/ Francisco A. Besosa
                                        FRANCISCO A. BESOSA
                                        SENIOR UNITED STATES DISTRICT JUDGE