# United States District Court
## For the District of Puerto Rico

**Plaintiff:** Edgardo Rivero Martinez y otros

**V.**

**Defendant:** Negociado de Policia de Puerto Rico

**Criminal/Civil No.** 12-2039 FAB

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2023 DEC 19 PM 4:35

**MOTION:** Notificación de Presentación de Documento.

Por la Presente Le Radico el Caso de La Reforma PPR Relacionado a El Examen de Ascenso A Sargento. El mismo Ofrecido el Día 17 de Diciembre 2022. Que mientras Este Caso Estaba Radicado En Este Foro. Unos Agentes llevaron una Reclamación al Tribunal Federal. Donde Reconoció la Mayor Parte de la Alegaciones. Ante Este Foro. El Juez Francisco Besosa Fue el Que Evaluó El Caso, y Quiero dar Conocimiento el Caso Que Se Está llevando a Cabo en la Comisión Apelativa del Servicio Público. San Juan.

**Signature:** Edgardo Rivera Martinez
**Name:** Edgardo Rivera Martinez
**Address:** Calle Troth, San Juan PR
**Telephone:** 787-392-0336
**E-mail:** edgardor6948@gmail.com