**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**COMISION APELATIVA**
**DEL SERVICIO PUBLICO**

**RECIBIDO**
DEC 19 2023
OFICINA DEL COMISIONADO

CASP DEC 19'23  2:46PM

**EDGARDO RIVERA MARTINEZ Y OTROS**

APELANTES                                    CASO NUM.:2023-06-0759

VS                                           SOBRE :IMPUGNACION

NEGOCIADO POLICIA DE PUERTO RICO             EXAMEN ASCENSO
APELADA                                      **SARGENTO**

**MOCION SOBRE SOLICITUD  DE   CORRECION NUMERO DEL CASO Y**
**ESTADO DE LOS PROCEDIMIENTOS**
**A LA HONORABLE COMISION:**

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2023 DEC 19  PM 4:37

Comparece la parte Apelante a través del abogado que suscribe y muy respetuosamente
**EXPONE, ALEGA, SOLICITA:**

1- **QUE EFECTUANDO UN EXAMEN DEL EXPEDIENTE DE ESTA APELACION**
**NOS PERCATAMOS QUE COMETIMOS UN ERROR AL ADIGNARLE EL**
**NUMERO DEL CASO ,PARA QUE PROCEDAN A CORREGIRLO Y ACTUAR**
**SEGÚN LO SOLICAMOS.**

2-Que se informa que  todos los  (56) Apelantes CUYOS NOMBRES APARECEN
EN EL EXH I  DE ESTA APELACION  trabajaban para la POLICIA de PR y ocupan
unos puestos de AGENTES de carrera, con carácter permanente, no SON unionados y
no ejercen derecho a sindicalizarse y no están en una unidad apropiada ni sujetos a un
convenio colectivo, QUE    TOMARON EL EXAMEN DE ASCENSO A LA
CATEGORIA DE SARGENTO QUE FUE OFRECIDO POR LA POLICIA  EL 17 DE
DICIEMBRE DE 2022 Y SE LES NOTIFICO QUE NO APROBARON EL MISMO.

3- Que SE RADICAMOS ESTA APELACIONES ENMENDADAS luego de agotar todo el
remedio  administrativo disponible y   que por error  nuestro se sometio nuevamente esta
APELACION ENMENDADA y por inarvertencia nuestra  le pusimos incorrectamente el
numero del caso ,PARA QUE    PROCEDAN ACEPTAR LA CORRECCION
SOLITADA,COMO APELACION NUEVA  SOBRE EL ASUNTO EN EL EPIGRAFE.

4-Que SE TOME CONOCIMIENTO COMO FECHA RADICACION  LA FECHA EN
EL RECORD DE 24 DE JUNIO DE 23, DE CONFORMIDAD A LA NORMAS
DISPUESTA POR EL FORO,DE LA CUAL FUIMOS INSTRUIDO.

5-QUE SE ACOMPANA CON ESTE ESCRITO LA APELACION  ENMENDADA
PARA LA EVALUACION DE LUGAR. Y SE LE ASIGNE EL NUMERO QUE
CORRESPONDA Y ;QUE HEMOS SIDO INFORMADO EL QUE APARECE EN
EPIGRAFE,VEA DOCUMENTOS ADJUNTOS Y EL EXPEDIENTE DEL CASO
RADICADOS.

6-QUE SE INFORMA ADEMAS   QUE MIENTRAS ESTE CASO ESTABA RADICADO
EN ESTE FORO ,UNOS  AGENTES  LLEVARON RECLAMACION AL
TRIBUNAL FEDERAL ,DONDE NOS ENTERAMOS POR LAS NOTICIAS  Y  LA
PRENSA ESCRITA QUE UN MAGISTRADO FEDERAL HABIA ACOGIDO EL
CASO Y EMITIO UNA RESOLUCION DONDE RECONOCIA LA MAYOR
PARTE DE LAS ALEGACIONES QUE SE FORMULAN ANTE ESTE FORO COMO
CORRECTAS Y ORDENO OTORGAR 6 PREGUNTAS  DEL EXAMEN A FAVOR
DE LOS PETCIONARIOS Y  DE AQUELLOS QUE POR LA RESOLUCION
DEL TRIBUNAL SE BENEFICIARAN,SE DESPRENDE DEL CASO QUE LA  EX
DIRECTORA DE LA OFICINA LEGAL DE LA POLICIA Y PRESIDENTA DE LA
JUNTA DE EXAMENES DE ASCENSO A LA MISMA VEZ RECONOCIO ANTE
EL   MAGISTRADO INSTRUCTOR QUE ERA  CORRECTO QUE LAS
ALEGACIONES QUE EN ESTE CASO  SE HACEN SOBRE EL EXAMEN Y DE
LAS ACTUACIONES DE LO QUE SE LE IMPUTA  A LOS  QUE LO
IMPLANTARON ERAN CORRECTA,SEGÚN LO HABIAMOS INDICADOS

ANTERIORMENTES EN LOS DOCUMENTOS RADICADOS.

7- QUE TAMBIEN INFORMAMOS QUE   LA DIRECTORA DE LA OFICINA LEGAL Y PRESIDENTA DE LA JUNTA DE EXAMENES DE ASCENSO RECONOCIO ANTE EL MAGISTRADO FEDERAL BESOSA ,LA INCORRECCION DE LAS IMPUTACIONES   QUE AQUI LEVANTAMOS SOBRE EL EXAMEN ,SU CONTENIDO ,SUS IRREGULADIDAES QUE INVOCAMOS Y QUE EN UN FORO DE MAYOR GERARQUIA   A   ESTE FUE ADJUDICADA NUESTRAS ALEGACIONES, Y ESE FUNCIONARIO NO LE INFORMO AL TRIBUNAL DE LA EXISTENCIA DE ESTE  CASO  ANTE  EL FORO CON JURISDICCION PRIMARIA PARA ENTENDER Y DISPONER DE ESTA APELACION TENIENDO PLENO CONOCIMIENTO QUE ESTE CASO ESTABA ANTE ESTE FORO ESPECIALIZADO,NO PUSO EN CONOCIMIENTO DEL TRIBUNAL DE LA GRAVEDAD DE ESTE ASUNTO,Y EN EL   ESTADO DE INDEFECCION OBJETIVA QUE    SE ENCUENTRAN LOS APELANTES EN ESTE MOMENTO,VEA EXH-III,

8-QUE MAS IMPORTANTE QUE A ESO ,  ESTA FUNCIONARIA NOS ENTERAMOS QUE YA NO TRABAJA EN LA POLICIA ,Y LA OFICINA ;LEGAL DE LA POLICIA. QUE LA JUNTA DE EXAMENES DE ASCENSOS Y SUS FUNCIONARIOS ,NO SE HAN DIGNADO EN CONTESTAR ESTA APELACION ANTE ESTE FORO Y ACUDEN AL TRBUNAL FEDERAL   ACEPTAR NUESTRAS ALEGACIONES ,POR ELLO EL  COMISIONADO  RESCINDIO  DE  LOS SERVICIOS DE ESTA FUNCIONARIA, QUE PONE A ESTE FORO ANTE UNA SITUACION DELICADA PARA  PARA EVALUAR ESTE CASO.

*9 QUE AL RADICAR ESTA APELACION HABIAN 125 APELANTES,Y QUE  CON LA DETERMINACION DEL TRIBUNAL FEDERAL 69 DE ESTOS APELANTES SE ORDENO SU ASCENSO , Y ESTO NOS OBLIGO A  RESOMETER A LA COMISION ESTOS DATOS CON LA PRUEBA QUE ACOMPANAMOS   EN NUESTRAS APELACIONES ENMENDADAS   RADICADAS  ANTE ESTE FORO Y QUE FUERON OBJETO DE EVALUACION Y DISPOSICION, ESTA SITUACION PONE EN UN ESTADO DE INDEFENCION TOTAL A LOS RESTANTES APELANTES Y AL FORO. ,*

*10– AL  EVALUAR LOS MERITOS DE NUESTRO CASO ,LAS ALEGACIONES QUE SE FORMULAN EN ESTE CASO YA PROBADAS Y ADMITIDAS POR LA PRESIDENTA DE LA JUNTA  DE EXAMENES DE ASCENSO Y DIRECTIORA DE LA OFICINA LEGAL DE LA POLICIA ANTE UN TRIBUNAL DE MAYOR GERARQUIA QUE LA COMISION ,NOS PREOCUPA COMO QUEDAN LOS PETICIONARIOS  EN SU RECLAMOS ,SUS ALEGACIONES FUERON ACOGIDAS Y PROBADAS  EN UN FORO DE MAYOR GERARQUIA ,  ES NECESARIO  SE CITE ESTE CASO CON CARACTER INMEDIATO, LA POLICIA NO HA CONTESTADO ESTA APELACION HA ABANDONADO ESTE CASO ,,PROCEDE  QUE  SE DICTE SENTENCIA POR LAS ALEGACIONES  YA RESUELTAS POR  EL JUES BESOSA EN EL TRIBUNAL FEDERAL ,INVITAMOS AL JUSGADOR QUE SOLICITE LOS AUTOS   DEL EXPEDIENTE DEL CASO A NIVEL FEDERAL  ,PARA QUE VEA LA SERIEDA DE LO QUE ACONTECE, DEBE ORDENAR ESTA HORABLE COMISION DECLARAR HA LUGAR ESTA APELACION  COMO MEDIDA CAUTELAR Y REMEDIATIVA DEL DANO QUE SE PRODUCE POR  ACTUACIONES TAN DESMEDIDAS Y EN MENOS PRECIO DE LA AUTORIDAD QUE TIENE ESTA DISTIGUIDA COMISION EN CUMPLIMIENTO DE SUS DEBERES MINISTERIALES EN PRIMERA INSTANCIA COMO FORO ESPECIALIZADO CON JURISDICCION PRIMARIA PARA ENTENDER A NUESTRO MEJOR  ENTENDER  LOS CUALES RESPETAMOS.*

*11- QUE SE SOLICITA NUESTRAS EXCUSAS POR ESTE ERROR COMETIDO ANTES EXPRESADOS Y POR LOS INCONVENIENTES QUE PUDIERA OCASIONARSE  CON LO DESCRITO.*

***EN MERITO DE TODO*** *lo cual se solicita se declare ha lugar esta apelación con cualquier pronunciamiento      procedente.*
***CERTIFICO*** *que copia de este escrito fue remitido por correo ordinario a la autoridad nominadora COR ANTONIO LOPEZ FIGUEROA  y a su representante legal a su dirección en el record y/o*

3

mediante entrega personal y así se acredite  LCDA KARIYN DIAZ LEON,  PO  BOX  71200 SJ  PR 00936. A LA LCDA NASIRA ABDULRAHAMAN SOLER  , A  LOS APELANTES Y AL  COR CARLOS HADOD ,PRESIDENTE  FUPO,  PO BOX 5261 CAROLINA PR 00934-5261

**Respetuosamente   sometido   HOY 19 DE DCIEMBREDE 2023   en   San Juan, Puerto Rico.**

LCDO JOSE F AVILES LAMBERTY
RUA 6670
COLEGIADO  NUM  8047
MANSIONES DE SAN MARTIN
SUITE #17
SAN JUAN, P.R.00924-4586
TEL (787)  370-3757
CEL. (787) 406-9066
**F.U.P.O.**  (787)  754-4990 / 4991

ESTADO LIBRE ASOCIADO DE PUERTO RICO
COMISION APELATIVA
DEL SERVICIO PUBLICO

CASP NOV 2'23 4:00PM

**EDGARDO RIVERA MARTINEZ Y OTROS 56**

*2023-04-0759*
CASP OCT 17'2312:26PM

APELANTES                           CASO NUM.:SA-23-000

VS                                   SOBRE :IMPUGNACION

NEGOCIADO POLICIA DE PUERTO RICO      EXAMEN ASCENSO
APELADA                              SARGENTO

RECIBIDO
NOV 0 2 2023
OFICINA DEL COMISIONADO

MOCION SOBRE SOLICITUD ESTADO DE LOS PROCEDIMIENTOS DEL
CASO

A LA HONORABLE COMISION:

Comparece la parte Apelante a través del abogado que suscribe y muy respetuosamente
EXPONE, ALEGA, SOLICITA:

1-Que todos los (56) Apelantes CUYOS NOMBRES APARECEN EN EL EXH I
DE ESTA APELACION trabajaban para la POLICIA de PR y ocupan unos puestos de
AGENTES de carrera, con carácter permanente, no SON unionados y no ejercen derecho
a sindicalizarse y no están en una unidad apropiada ni sujetos a un convenio colectivo,
QUE     TOMARON EL EXAMEN DE ASCENSO A LA CATEGORIA DE
SARGENTO QUE FUE OFRECIDO POR LA POLICIA EL 17 DE DICIEMBRE DE
2022 Y SE LES NOTIFICO QUE NO APROBARON EL MISMO.

2- Que SE RADICARON APELACIONES ENMENDADAS luego de agotar todo el
remedio administrativo disponible y que por error nuestro se sometio nuevamente esta
APELACION ENMENDADA y por inarvertencia nuestra le pusimos incorrectamente el
numero 2023-01-0011 ,PARA QUE SE PROCESARAN COMO APELACION NUEVA
SOBRE EL ASUNTO EN EL EPIGRAFE.

3-Que SE TOME CONOCIMIENTO COMO FECHA RADICACION LA FECHA EN
EL RECORD DEL 24 DE JUNIO DE 23, DE CONFORMIDAD A LA NORMAS
DISPUESTA POR EL FORO,DE LA CUAL FUIMOS INSTRUIDO.

4-QUE SE ACOMPANA CON ESTE ESCRITO LA APELACION ENMENDADA
PARA LA EVALUACION DE LUGAR. Y SE LE ASIGNE EL NUMERO QUE
CORRESPONDA Y ;QUE HEMOS SIDO INFORMADO EL QUE APARECE EN
EPIGRAFE,VEA EXH II

5-QUE SE INFORMA ADEMAS QUE MIENTRAS ESTE CASO ESTA RADICADO EN
ESTE FORO ,UNOS     AGENTES     LLEVARON UNA RECLAMACION AL
TRIBUNAL FEDERAL ,DONDE NOS ENTERAMOS POR LAS NOTICIAS Y LA
PRENSA ESCRITA QUE UN MAGISTRADO FEDERAL HABIA ACOGIDO EL
CASO Y EMITIDO UNA RESOLUCION DONDE RECONOCIA LA MAYOR
PARTE DE LAS ALEGACIONES QUE SE FORMULAN ANTE ESTE FORO COMO
CORRECTAS Y ORDENO OTORGAR 6 PREGUNTAS DEL EXAMEN A FAVOR
DE LOS PETCIONARIOS Y DE AQUELLOS QUE POR LA RESOLUCION
DEL TRIBUNAL SE BENEFICIARAN,SE DESPRENDE DEL CASO QUE LA EX
DIRECTORA DE LA OFICINA LEGAL DE LA POLICIA Y PRESIDENTA DE LA
JUNTA DE EXAMENES DE ASCENSO A LA MISMA VEZ RECONOCIO ANTE
EL MAGISTRADO INSTRUCTOR QUE ERA CORRECTO QUE LAS
ALEGACIONES QUE EN ESTE CASO SE HACEN SOBRE EL EXAMEN Y DE
LAS ACTUACIONES DE LO QUE SE LE IMPUTA A LOS QUE LO
IMPLANTARON ERAN CORRECTA.

6- QUE LA DIRECTORA DE LA OFICINA LEGAL Y PRESIDENTA DE LA JUNTA DE
EXAMENES DE ASCENSO RECONOCIO ANTE EL MAGISTRADO FEDERAL
BESOSA ,LA INCORRECCION DE LAS IMPUTACIONES QUE AQUI
LEVANTAMOS SOBRE EL EXAMEN ,SU CONTENIDO ,SUS IRREGULADIDAES

*Dm - K 1776   11 55 Am
Nov. 3, 2023*

Exh III

2

QUE INVOCAMOS Y QUE EN UN FORO DE MAYOR GERARQUIA  A  ESTE FUE ADJUDICADA NUESTRAS ALEGACIONES, Y ESE FUNCIONARIO NO LE INFORMO AL TRIBUNAL DE   LA EXISTENCIA DE ESTE  CASO  ANTE  EL FORO CON JURISDICCION PRIMARIA PARA ENTENDER Y DISPONER DE ESTA APELACION TENIENDO PLENO CONOCIMIENTO QUE ESTE CASO ESTABA ANTE ESTE FORO ESPECIALIZADO,NO PUSO EN CONOCIMIENTO DEL TRIBUNAL DE LA GRAVEDAD DE ESTE ASUNTO,Y EN EL  ESTADO DE INDEFECCION OBJETIVA QUE   SE ENCUENTRAN LOS APELANTES EN ESTE MOMENTO,VEA EXH-III,

7- MAS IMPORTANTE QUE ESO ,  ESTA FUNCIONARIA NOS ENTERAMOS POR LA VOS DEL PUELO QUE YA NO TRABAJA EN LA POLICIA ,Y LA OFICINA ;LEGAL DE LA POLICIA ,LA JUNTA DE EXAMENES DE ASCENSOS Y SUS FUNCIONARIOS ,NO SE HAN DIGNADO EN CONTESTAR ESTA APELACION ANTE ESTE FORO Y ACUDEN AL TRBUNAL FEDERAL   ACEPTAR NUESTRAS ALEGACIONES ,POR ELLO  EL  COMISIONADO  RESCINDIO  DE  LOS SERVICIOS DE ESTA FUNCIONARIA, QUE PONE A ESTE FORO ANTE UNA SITUACION DELICADA PARA   PARA EVALUAR ESTE CASO.

8  *AL RADICAR ESTA APELACION HABIAN 125 APELANTES, CON LA DETERMINACION DEL TRIBUNAL FEDERAL 69 DE ESTOS APELANTES SE ORDENO SU ASCENSO ,ESTO NOS OBLIGO A  RESOMETER A LA COMISION ESTOS DATOS CON LA PRUEBA QUE ACOMPANAMOS  EN NUESTRAS APELACIONES ENMENDADAS    RADICADAS  ANTE ESTE FORO Y QUE FUERON OBJETO DE EVALUACION Y DISPOSICION, ESTA SITUACION PONE EN UN ESTADO DE INDEFENCION TOTAL A LOS RESTANTES APELANTES Y AL FORO. ,*

9 – *AL  EVALUAR LOS MERITOS DE NUESTRO CASO ,LAS ALEGACIONES QUE SE FORMULAN EN ESTE CASO YA PROBADAS Y ADMITIDAS POR LA PRESIDENTA DE LA JUNTA  DE EXAMENES DE ASCENSO Y DIRECTIORA DE LA OFICINA LEGAL DE LA POLICIA ANTE UN TRIBUNAL DE MAYOR GERARQUIA QUE LA COMISION ,NOS PREOCUPA COMO QUEDAN LOS PETICIONARIOS  EN SU RECLAMOS ,SUS ALEGACIONES FUERON ACOGIDAS Y PROBADAS  EN UN FORO DE MAYOR GERARQUIA ,  ES NECESARIO  SE CITE ESTE CASO CON CARACTER INMEDIATO, LA POLICIA NO HA CONTESTADO ESTA APELACION HA ABANDONADO ESTE CASO ,,PROCEDE  QUE  SE DICTE SENTENCIA POR LAS ALEGACIONES  YA RESUELTAS POR  EL JUES BESOSA EN EL TRIBUNAL FEDERAL ,INVITAMOS AL JUSGADOR QUE SOLICITE LOS AUTOS   DEL EXPEDIENTE DEL CASO A NIVEL FEDERAL ,PARA QUE VEA LA SERIEDA DE LO QUE ACONTECE, DEBE ORDENAR ESTA HORABLE COMISION DECLARAR HA LUGAR ESTA APELACION  COMO MEDIDA CAUTELAR Y REMEDIATIVA DEL DANO QUE SE PRODUCE POR  ACTUACIONES TAN DESMEDIDAS Y EN MENOS PRECIO DE LA AUTORIDAD QUE TIENE ESTA DISTIGUIDA COMISION EN CUMPLIMIENTO DE SUS DEBERES MINISTERIALES EN PRIMERA INSTANCIA COMO FORO ESPECIALIZADO CON JURISDICCION PRIMARIA PARA ENTENDER A NUESTRO MEJOR  ENTENDER  LOS CUALES RESPETAMOS.*

*EN MERITO DE TODO lo cual se solicita se declare ha lugar esta apelación con cualquier pronunciamiento procedente.*
*CERTIFICO que copia de este escrito fue remitido por correo ordinario a la autoridad nominadora COR ANTONIO LOPEZ FIGUEROA  y a su representante* legal a su dirección en el record y/o mediante entrega personal y así se acredite  LCDA KARIYN DIAZ LEON,  PO  BOX  71200 SJ  PR 00936. A LA LCDA NASIRA ABDULRAHAMAN SOLER  , A  LOS APELANTES Y AL  COR CARLOS HADOD ,PRESIDENTE  FUPO,  PO BOX 5261 CAROLINA PR 00934-5261

**Respetuosamente   sometido   HOY 17 DE OCTUBRE DE 2023   en   San Juan, Puerto Rico.**

LCDO JOSE F AVILES LAMBERTY
RUA 6670

3

COLEGIADO  NUM  8047
MANSIONES DE SAN MARTIN
SUITE #17
SAN JUAN, P.R.00924-4586
TEL (787)  370-3757
CEL. (787) 406-9066
F.U.P.O.  (787)  754-4990 / 4991

CASP                                                                                          ⊞ Login

# SA-23-000719

|  |  |
|---|---|
| Num Caso Anterior | 2023-06-0759 |
| Tipo de caso | Solicitud de Apelación-Agencia - SA |
| Asignado a | SECRETARIA |
| Tiene expediente | CASP |
| Lugar expediente | Archivo Central |
| Descripción | EDGARDO RIVERA MARTÍNEZ Y OTROS (56) VS. POLICÍA |
| Materia | Ascenso |
| SubMateria | |
| Radicado en | Jun 14, 2023 |
| | |
| Status | ACTIVO |
| Promovido | NEGOCIADO DE LA POLICIA DE PUERTO RICO |
| Promovente | EDGARDO RIVERA MARTINEZ; |
| Otros contactos | XIOMARA COLON APONTE (Otro) |
| | WILFREDO BURGOS MOVETT (Otro) |
| | WALDEMAR TORRES CASTILLO (Otro) |
| | SAUL VALENTIN AYALA (Otro) |
| | ⏎ Ver otros contactos (54) |

Trámite     Importados     Expirados     Externos     Vistas     Notas     Casos consolidados

☑ Eventos  ☑ Notas  ☑ Vistas  ☐ Importados  ☐ Actualizaciones  ☐ Transiciones   ▏30   ▾⎟

**Aug 21, 2023**

🗅 **Solicitud de Apelación Enmendada**
Incoming Event creado por Glenda L. Marrero Torres - ago. 21 - 15:25

(ORIGINAL)

**Radicado/Generado: Aug 16, 2023 Parte:** Apelante **Nombre:** LCDO. JOSÉ F. AVILÉS LAMBERTY

🗅 **Solicitud de Apelación**
Incoming Event creado por Glenda L. Marrero Torres - ago. 21 - 15:24

2023-06-0759 (SOLICITUD ORIGINAL)

**Radicado/Generado: Jun 14, 2023 Nombre:** LCDO. JOSE F. AVILÉS LAMBERTY

🗅 **Evaluación Apelación - Uso interno del Oficial**
Incoming Event creado por Glenda L. Marrero Torres - ago. 21 - 15:25

**Radicado/Generado:** Aug 21, 2023

**Aug 21, 2023**

**Caso abierto**

Se creó el caso en el sistema

3:22 PM por Glenda L. Marrero Torres

Casos

Edgardo Rivera Martinez

Buscar

Todos los Casos

| Número De Caso | Num Caso Anterior | Termino Expirado | Fecha Radicado | Materia | Promovente | Promovido | Estado | Record Holder |
|---|---|---|---|---|---|---|---|---|
| SA-06-0077 | 2006-07-0077 | No | July 13, 2006, 8 p.m. | Beneficios Marginales | EDGARDO RIVERA MARTÍNEZ | NEGOCIADO DE LA POLICÍA DE PUERTO RICO | cerrado | CASP |
| SA-09-0213 | 2009-07-0213 | No | July 30, 2009, 8 p.m. | Traslado | EDGARDO RIVERA MARTINEZ | NEGOCIADO DE LA POLICÍA DE PUERTO RICO | cerrado | SIN DELEGAR |
| SA-12-0081 | 2012-07-0081 | No | July 16, 2012, 8 p.m. | Ascenso | EDGARDO RIVERA MARTÍNEZ | NEGOCIADO DE LA POLICÍA DE PUERTO RICO | cerrado | CASP |
| SA-13-1709 | 2013-05-1709 | No | May 29, 2013, 8 p.m. | Traslado | EDGARDO RIVERA MARTÍNEZ | NEGOCIADO DE LA POLICÍA DE PUERTO RICO | cerrado | Evelyn D. Reyes Ríos |
| SA-23-000009 | 2023-01-0011 | Si | Jan. 13, 2023, midnight | Apelaciones | EDGARDO RIVERA MARTÍNEZ/ | NEGOCIADO DE LA POLICÍA DE PUERTO RICO | cerrado | CASP |
| SA-23-000023 | 2023-02-0037 | No | Feb. 21, 2023, midnight | Apelaciones | EDGARDO RIVERA MARTÍNEZ/ | NEGOCIADO DE LA POLICÍA DE PUERTO RICO | cerrado | CASP |
| SA-23-000759 | 2023-06-0759 | No | June 14, 2023, midnight | Ascenso | EDGARDO RIVERA MARTÍNEZ/ | NEGOCIADO DE LA POLICÍA DE PUERTO RICO | activo | CASP |

SA-23-000719

| | |
|---|---|
| Num Caso Anterior | 2023-06-0759 |
| Tipo de caso | Solicitud de Apelación-Agencia - SA |
| Asignado a | SECRETARIA |
| Tiene expediente | CASP |
| Lugar expediente | Archivo Central |
| Descripción | EDGARDO RIVERA MARTÍNEZ Y OTROS (56) VS. POLICÍA |
| Materia | Ascenso |
| SubMateria | |
| Radicado en | Jun 14, 2023 |
| | |
| Status | ACTIVO |
| Promovido | NEGOCIADO DE LA POLICÍA DE PUERTO RICO |
| Promovente | EDGARDO RIVERA MARTÍNEZ/ |
| Otros contactos | XIOMARA COLÓN APONTE (Otro) |
| | WILFREDO BURGOS MOYETT (Otro) |
| | WALDEMAR TORRES CASTILLO (Otro) |
| | SAÚL VALENTÍN AYALA (Otro) |
| | ⏷Ver otros contactos (54) |

Trámite    Importados    Expirados    Externos    Vistas    Notas    Casos consolidados

▦ Eventos  ☑ Notas  ☑ Vistas   ☐ Importados   ☐ Actualizaciones   ☐ Transiciones    [ 30  ▾ ]

Aug 21, 2023

☐ **Solicitud de Apelación Enmendada**
Incoming Event creado por Glenda L. Marrero Torres - Aug. 21 - 19:26

(ORIGINAL)

**Radicado/Generado: Aug 16, 2023 Parte: Apelante Nombre: LCDO. JOSÉ F. AVILÉS LAMBERTY**

☐ **Solicitud de Apelación**
Incoming Event creado por Glenda L. Marrero Torres - Aug. 21 - 19:24

2023-06-0759 (SOLICITUD ORIGINAL)

**Radicado/Generado: Jun 14, 2023 Nombre: LCDO. JOSÉ F. AVILÉS LAMBERTY**

☐ **Evaluación Apelación – Uso interno del Oficial**
Incoming Event creado por Glenda L. Marrero Torres - Aug. 21 - 19:22

**Radicado/Generado: Aug 21, 2023**

Aug 21, 2023

**Caso abierto**

Se creó el caso en el sistema

3:22 PM por Glenda L. Marrero Torres

ESTADO LIBRE ASOCIADO DE PUERTO RICO
COMISION APELATIVA
DEL SERVICIO PUBLICO

**EDGARDO RIVERA MARTINEZ Y OTROS 56**

APELANTES                              CASO NUM.:2023-06-0759

VS                                     SOBRE :IMPUGNACION

NEGOCIADO POLICIA DE PUERTO RICO       EXAMEN ASCENSO
APELADA                                **SARGENTO**

**MOCION ENMENDADA EN   CUMPLIMIENTO DE ORDEN ACLARATORIA**

**A LA HONORABLE COMISION:**

Comparece la parte Apelante a través del abogado que suscribe y muy respetuosamente
**EXPONE, ALEGA, SOLICITA:**

1-Que  en nuestra  MOCION EN CUMPLIMIENTO DE ORDEN ACLARATORIA del 2
de noviembre de  2023  por error se informo incorrectamente el numero de este caso
como  el 2023-02 0037,cuando el numero correcto asignado por la Comisión es el 2023-
06-0759  por lo que se solicita se enmiende el epigrafe  y se reciba la moción del 2 de
noviembre del 2023,en su totalidad par que la misma sea evluada por la comisión y le
otorgue el valor  que corresponda emitirse.,VEA EXH I ,.

2- Que. QUE AL RADICAR ESTA MOCION EL 2 DE NOVIEMBRE 2023,  POR
ERROR SE INFORMO EL NUMERO DEL CASO COMO 2023-02-0037 CUANDO EL
NUMERO CORRECTO DEL CASO LO ES 2023-06-0759,SEGÚN NOS LO
INFORMARAN HOY 14 DE DICIEMBRE DE 2023 Y QUE VERSAN LOS OTROS
CASOS QUE SE SOLICITO FUERAN CONSOLDADOS ,\ QUE SE SOLICITA SE
ENMIENDE DE  ESTA APELACION EL EPIGRAFE PARA QUE SE REGISTRE
CORRECTAMENTE EL NUMERO DE ESTE CASO COMO EL 2023-06-0759,FAVOR
DE EXCUSARNOS POR LOS INCONVENIENTES QUE SE HAYA CAUSADO..VEA
EXH I ,EL RESTO DE LA APELACION SE MANTIENE IGUAL.

3-Que LOS Apelante radican esta Apelación  LUEGO DE AGOTAR EL REMEDIO
ADMINISTRATIVO entendiendo que  esta acción no es prematura ,que tienen una
legítima causa de acción, que existe una real controversia que adjudicar, que este es el
foro competente con jurisdicción primaria para entender y que conforme a su deber
ministerial en primera instancia debe  brindarle  la oportunidad  a estos de tener la vista
pública que autoriza la ley en un tiempo prudente y razonable.

4-Que la acción que se impugna está sostenida en una acción arbitraria, irrazonable, y en
violación al debido proceso de ley realizada en la agencia en su contra.  Que se impugna
de este examen ofrecido  varias preguntas del  examen de ascenso AL RANGO DE
SARGENTO efectuado el 17 de diciembre de 2022 por haberse incluido UN SIN
NUMERO DE PREGUNTAS  mal formuladas ,que al tratarse de seleccionar la
respuesta  correcta ,existía la posibilidad de tener mas de una contestación ,cuyo efecto
de medición era incorrecto ,con errores en LA REDACCION DE LA MANERA QUE
ESTABA FORMULADA ,  carentes de información que permitiera una respuesta
adecuada a la materia  que se examinaban, .CON MATERIAS NO INCLUIDAS EN EL
FOLLETO INFORMATIVO Y  LA CONVOCATORIA  DEL EXAMEN ,QUE SON
IMPUGNABLES ANTE ESTE FORO ,POR LO QUE TAMBIEN SE IMPUGNA EL
TRABAJO HECHO PR LA JUNTA  DE EXAMENES DE ASCENSO ,LA CUAL
PREPARO UN EXAMEN DE ASCENSO  PLAGADO DE ERRORES EN MUCHAS
DE LAS PREGUNTAS PRESENTADAS,,QUE NO ESTAN CONFORME A  LO
INCLUIDO EN LE FOLLETO INFORMATIVO Y CONVOCATORIA, donde se
sometió en primera instancia la REVISION E IMPUGNACION,  la cual no fue
considerada, por lo que se recurre ante este FORO para que asuma la jurisdicción en este

2

caso y emita la revisión de lugar. YA QUE   NO SE HA CUMPLIDO CON EL DEBIDO PROCESO DE LEY Y LA JURISPRUDENCIA APLICABLE  .

5-Que lo actuado por la agencia al ofrecerse un examen que no cumple con los requisito de medición objetiva ,  le priva A LOS PETICIONARIOS  de su oportunidad de ascenso y desarrollo profesional .en  LO cual es una determinación contraria a derecho que los afecta  y que por no estar conforme con esta determinación se impugna  este Examen, y se solicita se ordene la celebración de la vista de rigor para someter la prueba donde amparamos nuestra posición.

6-Que se ha agotado el remedio administrativo ante la agencia YA  QUE  TODOS LOS 56 APELANTES Y LOS QUE SE SOLITO FUERAN CONSOLIDADOS SUS CASOS CON ESTA APELACION,TODOS SE SOMETIERON  AL  PROCESO DE REVICION ACCION QUE TODOS YA HICIERON SEGÚN LO PROGRADO POR LA  AGENCIA  Y NINGUNO DE ELLO LOGRO OBTENER  LA PUNTUACION DE PASE QUE ERA 56 ,  ,AL AMPARO DE LOS FUNDAMENTOS ANTES EXPUESTOS ,no le resta otra  acción que radicar esta APELACION ante un foro imparcial y objetivo como este ,LOS ASCENSOS  FUERON OTORGADOS EL 23 DE FEBRERO DE 2023 ,NO SIENDO PREMATURA ESTA APELACION..

7-Que se ha notificado personalmente a la agencia de este escrito, para que esta brinde su posición conforme lo requiere el Reglamento Procesal de esta Comisión, y en cumplimiento a los cánones de ética que gobierna y rige la práctica de la abogacía así con nuestra firma en este escrito certificamos haber dado cumplimiento a la notificación, se acompaña evidencia  .

8-Que se solicita EL REMEDIO QUE CORRESPONDA Y SE EMITA EL PRONUNCIAMIENTIO DE LUGAR QUE PUDIERA DICTARSE EN ESTA RECLAMACION Y/O ASCENDER A LOS PETICIONARIOS  DE HABERSE DECLARADO HA LUGAR LA IMPUGNACION DE LAS PREGUNTAS QUE SE RECLAMAN Y PERMITIRLES A ESTOS ALCAZAR LA NOTA DE PASE Y CUMPLIR CON LO ESTABLECIDO EN EL PROCESO DE ASCENSOS, se le retribuya de acuerdo al rango de SARGENTO y se le pague los haberes dejados de percibir, el concebido interés legal de ser aplicable, y se ordene cualquier remedio u orden protectora de lugar.

**EN MERITO DE TODO** lo cual se solicita se declare ha lugar esta apelación con cualquier pronunciamiento procedente.

**CERTIFICO** que copia de este escrito fue remitido por correo ordinario a la autoridad nominadora y a su representante legal a su dirección en el record y/o mediante entrega personal y así se acredite LCDO   VICTOR MALDONADO DIRECTOR OFICINA LEGAL ,AL COMISIONADO ANTONIO LOPEZ FIGUEROA ,  PO  BOX  71200  SJ  PR 00936. Y LOS APELANTES Y AL  COR CARLOS HADOD ,PRESIDENTE FUPO, PO BOX 5261 CAROLINA PR 00934-5261

**Respetuosamente  sometido  HOY 15 DE DICIEMBRE DE 2023  en  San Juan, Puerto Rico.**

LCDO JOSE F AVILES LAMBERTY
RUA 6670
COLEGIADO  NUM  8047
MANSIONES DE SAN MARTIN
SUITE #17
SAN JUAN, P.R.00924-4586
TEL (787)  370-3757
CEL. (787) 406-9066

3

**F.U.P.O.** (787) 754-4990 / 4991

ESTADO LIBRE ASOCIADO DE PUERTO RICO
COMISION APELATIVA
DEL SERVICIO PUBLICO

CASP NOV 2'23 3:5PM

EDGARDO RIVERA MARTINEZ
Y  OTROS

APELANTE

POLICIA DE PUERTO RICO

APELADA

CASO  - 2023-02-0037

IMPUGNACIO EXAMEN
- SOBRE-          ASCENSO

RECIBIDO
NOV 0 3 2023
OFICINA DEL COMISIONADO



### MOCION EN CUMPLIMIENTO DE ORDEN ACLARATORIA

**A LA HONORABLE COMISION:**

Comparece la parte Apelante a través del Abogado que suscribe y muy respetuosamente
**EXPONE, ALEGA Y SOLICITA:**

1-Que en nuestra moción del 17 de octubre de 2023 radicada  hicimos mención de la
Resolucion dictada en el Tribunal Federal relacionada con este caso y lo resuelto por el
Magistrado  Federal  Besosa .la cual  no se acompano en esa ocasión,por lo que le
estamos  sometiendo a la consideración del Hon Oficial examinador para que  evalue lo
ya resuelto  por el magistrado ,que a nuestro entender es importante para la determinación
que se tome  en este Foro   en su dia

3- QUE EN ESTA OCASIÓN LE ESTAMOS REMITIENDO LA EVIDENCIA
DOCUMENTAL DEL PRONUNCIAMIENTO DEL TRIBUNAL FEDERAL SOBRE
LA CONTROVERSIA AUI PENDIENTE DE ADJUDICAR  QUE A NUESTRO
HUMILDE OPINION PUEDE QUE SEA SIGNIFICATIVA Y PERTINENTE
EVALUAR,VEA EXH I

4- LE SOLICITAMOS NUESTRAS     EXCUSAS    SINCERAS POR LOS
INCONVENIENTES    QUE PUDIERAN HABER SURGIDOS, CON ESTA
EVIDENCIA O  ANEJOS SUPLETORIOS QUE LE ESTAMOS REFIRIENDO EN
ETA OCASIÓN. PERSISTIR QUE SE HA OMITIDO ALGO ,FAVOR DE
DEJARNOSLO SABER. .

5-.QUE . REITERANOS ADEMAS  que la parte peticionaria tiene sumo interés en que
su caso radicado sobre Impugnación de  Ascenso ante este Foro sea atendido de
conformidad  a su Reglamento vigente, LO ANTES POSIBLE CONSIDERANDO EL
TURNO QUE EN SU CALENDARIO SEA ASIGNADO ,conocemos que hay que
esperar el turno que nos fuera asignado para que este caso sea citado como corresponde ,
ello sin renunciar a los derechos  que nos asisten.

6 Que este caso se ha radicado esta apelación por entender que la parte Apelante tiene
una legítima causa de acción, por la cual se ha afectado un derecho Ascender  y que este
foro puede proveer un remedio para ello.

7-Que esta apelación tiene alegaciones específicas, debidamente fundamentadas y que a
base de la delegación  conferida a esta Honorable Comisión, tiene una responsabilidad
ministerial para permitirle a la parte Apelante la presentación de la prueba donde sostiene
su petición y que siendo el foro competente debe cumplir con su prestación y darle la
oportunidad de ser escuchado.

8-Que en  esta apelación se ha agotado todo los medios para obtener de la Apelada una
determinación pero han sido infructuosas las gestiones realizadas, esta se reitera en su
posición de actuar contrario a derecho, en perjuicio del empleado, ignorando sus
reclamos y en violación al debido proceso de ley y a sus derechos.

9-Que la posición que ha asumido la Apelada no es correcta, que se aparta a la realidad
de lo acontecido y menoscaba los méritos del derecho del Apelante a ser ascendido, que
afecta su progreso como empleado y afecta áreas esenciales al principio del mérito y esta
Honorable Comisión tiene la ineludible obligación de otorgarle al apelante una vista
donde pueda defender sus derechos.

EXH-I

9-La controversia en este caso esta madura y ha transcurrido YA tiempo razonable desde la radicación de esta apelación para que se señale esta vista y que hemos sido paciente esperando nuestro turno en el complicado calendario que tiene la Comisión para emitir sus señalamientos.

10-Si existe una legitima causa de acción, un agravio que surge que el funcionario radique apelación que no debe desestimarse ni archivarse sin brindársele a la parte la oportunidad de presentar su caso , esta Honorable Comisión fue creada para brindar en un tiempo apropiado a las partes la oportunidad de presentar sus reclamos y objetivamente resolver dentro de un debido proceso de ley el caso.

11-No dudamos de la amplia discreción que tiene la Comisión para entender en los asuntos que son radicados por las partes, pero no puede disponer de ellos a modo sumario y sin celebrar la vista a que tiene derecho el empleado.

La vista pública adjudicativa es la fase inicial de todo proceso formal de adjudicación, Demetrio Fernández Quiñónez, derecho administrativo y Ley de procedimiento uniforme, 2da. Ed, Forum, 2001, a la pág. 155.

La celebración de una vista es un derecho que tienen los litigantes ante todo foro administrativo.  En toda vista adjudicativa a celebrarse deberá cumplirse con los siguientes requisitos: a) Ser pública, b) grabarse o estenografiarse, c) brindar a todas las partes la oportunidad de responder, presentar prueba y argumentar, d) conducir interrogatorios, e) someter evidencia en refutación, f) excluir de aquella evidencia que sea impertinente, inmaterial, repetitiva o inadmisible por fundamentos constitucionales o legales basados en los privilegios evidenciarios reconocidos por los Tribunales de PR, g) el funcionario que presida la vista podrá tomar conocimiento oficial de todo aquello que pudiera ser objeto de conocimiento judicial, h) las partes tendrán la oportunidad de presentar propuestas de determinaciones de hechos y conclusiones de derecho, i) además de ser resuelto dentro del término de seis (6) meses donde su radicación, salvo circunstancias excepcionales, Ley de Procedimiento Uniforme, secc. 3-13, según enmendada, 3LPRA sección 2163.

Así mismo, el artículo 2m sección 2.9 del reglamento procesal de la Comisión Apelativa, dispone que en aquellas circunstancias donde existe controversia sobre hechos esenciales, la Comisión ordenará la celebración de una Vista Pública con citación a las partes para cumplir con las exigencias de un debido proceso de Ley, basta con que se celebre una vista durante el trámite procesal del caso, previo a la determinación final del Foro Administrativo; Ubarri Blanes vs. Junta Hípica, 96. DPR. 803 (1968).  La Comisión tiene que permitirle a las partes a presentar su prueba donde sostenga sus alegaciones, argumentos y defensas, por existir una controversia, que le obliga a celebrar la Vista Pública.

Sería una clara violación a las exigencias del debido proceso de Ley el no proveer a la parte Apelante un proceso justo y equitativo, que le permitieran presentar su caso y demostrar la realidad fáctica y procesal de las alegaciones, así como tener la oportunidad básica de refutar los señalamientos presentados por la Apelada, siendo este una proceso administrativo enmarcado en las protecciones de los derechos y garantías Constitucionales como es el debido proceso de Ley, Rivera Santiago vs. Srio. De Hacienda, 119 DPR 265 (1987), Fernández Quiñónez, Supra.

**POR LOS FUNDAMENTOS EXPUESTOS**, debe esta Honorable Comisión ordenar celebración de la vista que la parte Peticionaria tiene derecho, estando este caso listo para entrar en sus méritos hace ya bastante tiempo.

**CERTIFICO:** Que copia de este escrito fue remitido al LCDA NASIRA ABDULRAHAMAN SOLER ,PO BOX 71200 SJ PR 00936 Y LOS APELANTES A SU DIRECCION PREVIAMENTE INFORMADA.

Respetuosamente sometido, hoy 2 de NOVIEMBRE de 2023, en San Juan, Puerto Rico.

LCDO FERNANDO SANTIAGO ORTIZ
LCDO. JOSE F. AVILES LAMBERTY
Abogados
Colegiado Número 8047,16285
Mansiones de San Martín
Suite #17
San Juan, PR 00924-4586
Tel. (787) 469-8786
Cel. (787) 406-9066

**ESTADO LIBRE ASOCIADO DE PUERTO RICO
COMISION APELATIVA
DEL SERVICIO PUBLICO**

**EDGARDO RIVERA MARTINEZ Y OTROS 56**

APELANTES                               CASO NUM.2023 -06 -0759

VS                                      SOBRE :IMPUGNACION

NEGOCIADO POLICIA DE PUERTO RICO        EXAMEN ASCENSO
APELADA                                 **SARGENTO**

## APELACION   ENMENDADA

**A LA HONORABLE COMISION:**

Comparece la parte Apelante a través del abogado que suscribe y muy respetuosamente
**EXPONE, ALEGA, SOLICITA:**

1-Que todos los  (56)  Apelantes  CUYOS  NOMBRES  APARECEN  EN EL EXH I
DE ESTA APELACION   trabajaban para la POLICIA de PR y ocupan unos puestos de
AGENTES de carrera, con carácter permanente, no SON unionados y no ejercen derecho
a sindicalizarse y no están en una unidad apropiada ni sujetos a un convenio colectivo,
QUE    TOMARON  EL  EXAMEN  DE  ASCENSO  A  LA  CATEGORIA  DE
SARGENTO QUE FUE OFRECIDO POR LA POLICIA   EL 17 DE DICIEMBRE DE
2022 Y SE LES NOTIFICO QUE NO APROBARON EL MISMO.

2- Que se esta radicando nuevamente esta APELACION ENMENDADA luego de agotar
todo el remedio administrativo disponible y   que por error   nuestro se sometio nuevamente
esta APELACION ENMENDADA y por inarvertencia nuestra   le pusimos incorrectamente
el numero 2023-01-0011 ,PARA QUE SE  PROCESE ESTA   COMO APELACION
NUEVA  SOBRE EL ASUNTO EN EL EPIGRAFE.

3-Que  SE TOME CONOCIMIENTO COMO FECHA RADICADCION   LA FECHA EN
EL RECORD DEL 24 DE JUNIO DE 23, DE CONFORMIDAD A LA NORMAS
DISPUESTA POR EL FORO,DE LA CUAL FUIMOS INSTRUIDO.

4-QUE SE ACOMPANA CON ESTE ESCRITO LA APELACION   ENMENDADA
PARA LA EVALUCION DE LUGAR.

*EN MERITO DE TODO lo cual se solicita se declare ha lugar esta apelación con cualquier
pronunciamiento procedente.*
*CERTIFICO que copia de este escrito fue remitido por correo ordinario a la autoridad nominadora
y a su representante legal a su dirección en el record y/o mediante entrega personal y así se acredite*
LCDA KARIYN DIAZ LEON,  PO BOX  71200  SJ  PR 00936. Y LOS APELANTES Y AL
COR CARLOS HADOD ,PRESIDENTE  FUPO,  PO BOX 5261 CAROLINA PR 00934-5261

**Respetuosamente  sometido  HOY 16 DE AGOSTO DE 2023  en  San Juan, Puerto Rico.**

LCDO JOSE F AVILES LAMBERTY
RUA 6670
COLEGIADO NUM  8047
MANSIONES DE SAN MARTIN
SUITE #17
SAN JUAN, P.R.00924-4586
TEL (787)  370-3757
CEL. (787) 406-9066
**F.U.P.O.  (787)  754-4990 / 4991**

ESTADO LIBRE ASOCIADO DE PUERTO RICO
COMISION APELATIVA
DEL SERVICIO PUBLICO

EDGARDO RIVERA MARTINEZ Y OTROS 56

APELANTES                          CASO NUM.:2023-01-0011

VS                                 SOBRE :IMPUGNACION

NEGOCIADO POLICIA DE PUERTO RICO          EXAMEN ASCENSO
APELADA                                   SARGENTO

APELACION   ENMENDADA

A LA HONORABLE COMISION:

Comparece la parte Apelante a través del abogado que suscribe y muy respetuosamente
EXPONE, ALEGA, SOLICITA:

1-Que todos los (56) Apelantes CUYOS NOMBRES APARECEN EN EL EXH I
DE ESTA APELACION  trabajaban para la POLICIA de PR y ocupan unos puestos de
AGENTES de carrera, con carácter permanente, no SON unionados y no ejercen derecho
a sindicalizarse y no están en una unidad apropiada ni sujetos a un convenio colectivo,
QUE    TOMARON EL EXAMEN DE ASCENSO A LA CATEGORIA DE
SARGENTO QUE FUE OFRECIDO POR LA POLICIA  EL 17 DE DICIEMBRE DE
2022 Y SE LES NOTIFICO QUE NO APROBARON EL MISMO.

2- Que se esta radicando nuevamente esta APELACION luego de agotar todo el remedio
administrativo disponible y  que todos  los apelante SE SOMETIERAN AL PROCESO DE
REVISION Y QUE ESTOS  FUERAN  NOTIFICADOS AL ACUDIR A LA REVISION
QUE NO APROBARON EL EXAMEN   POR LO QUE HABIENDO AGOTADO
TODOS LOS TRAMITES ANTE LA JUNTA DE EXAMEN DE ASCENSO  LE HAN
NOTIFICADO QUE PUEDEN ACUDIR A ESTE FORO  DE NO ESTAR DE ACUERDO
CON LA DECISION TOMADA POR LA AGENCIA  QUE SOLITAR ESTA
APELACION ,que no tienen recursos ante un foro superior por estos hechos radicados ni
pendientes, .no descartan hacerlo luego de agotar el remedio administrativos , aquellos que
no cumplan con este criterio ,así será informado. ,de haber alguno.

3-Que LA DIRECCIONES DEL APELANTE  Y   LOS NOMBRES  DE LOS OTROS
APELANTES Y SUS DIRECCIONES   SE ANEJAN CON ESTE ESCRITO VEA EXH
I ., QUE   COMO EXPRECE ANTERIORMENTE TODOS SE.SOMETIERON AL
PROCESO DE REVISION QUE FUERA ADVERTIDO   Y ALLI   LE
INFORMARON VERBALMENTE EL RESULTADO Y ,NO SE LE ENTREGO A LOS
PETICIONARIOS  NINGUN  DOCUMENTO  ESCRITO  DEL RESULTADO
OBTENIDO, VIOLENTANDO ASI LAS NORMAS  ESTABLECIDAS EN LA
,ORDEN GENERAL  DE LA AGENCIA,EXH II.

4-Que LOS Apelante radican esta Apelación  LUEGO DE AGOTAR EL REMEDIO
ADMINISTRATIVO entendiendo que  esta acción no es prematura ,que tienen una
legítima causa de acción, que existe una real controversia que adjudicar, que este es el
foro competente con jurisdicción primaria para entender y que conforme a su deber
ministerial en primera instancia debe  brindarle  la oportunidad  a estos de tener la vista
pública que autoriza la ley en un tiempo prudente y razonable.

5-Que la acción que se impugna está sostenida en una acción arbitraria, irrazonable, y en
violación al debido proceso de ley realizada en la agencia en su contra.  Que se impugna
de este examen ofrecido  varias preguntas del  examen de ascenso AL RANGO DE
SARGENTO efectuado el 17 de diciembre de 2022 por haberse incluido UN SIN
NUMERO DE PREGUNTAS  mal formuladas ,que al tratarse de seleccionar la
respuesta  correcta ,existía la posibilidad de tener mas de una contestación ,cuyo efecto
de medición era incorrecto ,con errores en LA REDACCION DE LA MANERA QUE

2

ESTABA FORMULADA , carentes de información que permitiera una respuesta adecuada a la materia que se examinaban, .CON MATERIAS NO INCLUIDAS EN EL FOLLETO INFORMATIVO Y LA CONVOCATORIA DEL EXAMEN ,QUE SON IMPUGNABLES ANTE ESTE FORO ,POR LO QUE TAMBIEN SE IMPUGNA EL TRABAJO HECHO PR LA JUNTA DE EXAMENES DE ASCENSO ,LA CUAL PREPARO UN EXAMEN DE ASCENSO PLAGADO DE ERRORES EN MUCHAS DE LAS PREGUNTAS PRESENTADAS,,QUE NO ESTAN CONFPORME A LO INCLUIDO EN LE FOLLETO INFORMATIVO Y CONVOCATORIA, donde se sometió en primera instancia la REVISION E IMPUGNACION, la cual no fue considerada, por lo que se recurre ante este FORO para que asuma la jurisdicción en este caso y emita la revisión de lugar. YA QUE NO SE HA CUMPLIDO CON EL DEBIDO PROCESO DE LEY Y LA JURISPRUDENCIA APLICABLE vea EXH I,.II,III,IV, Y V .

6-Que lo actuado por la agencia al ofrecerse un examen que no cumple con los requisito de medición objetiva , le priva A LOS PETICIONARIOS de su oportunidad de ascenso y desarrollo profesional .en LO cual es una determinación contraria a derecho que los afecta y que por no estar conforme con esta determinación se impugna este Examen, y se solicita se ordene la celebración de la vista de rigor para someter la prueba donde amparamos nuestra posición. Vea Exhibit ,I,, II,III.,IV Y V.

7-Que se ha agotado el remedio administrativo ante la agencia YA QUE TODOS LOS 56 APELANTES SE SOMETIERON AL PROCESO DE REVICION ACCION QUE TODOS YA HICIERON SEGÚN LO PROGRAMO POR LA AGENCIA Y NINGUNO DE ELLO LOGRO OBTENER LA PUNTUACION DE PASE QUE ERA 56 , ,AL AMPARO DE LOS FUNDAMENTOS ANTES EXPUESTOS ,no le resta otra acción que radicar esta APELACION ante un foro imparcial y objetivo como este ,LOS ASCENSOS FUERON OTORGADOS EL 23 DE FEBRERO DE 2023 ,NO SIENDO PREMATURA ESTA APELACION..

8-Que se ha notificado personalmente a la agencia de este escrito, para que esta brinde su posición conforme lo requiere el Reglamento Procesal de esta Comisión, y en cumplimiento a los cánones de ética que gobierna y rige la práctica de la abogacía así con nuestra firma en este escrito certificamos haber dado cumplimiento a la notificación, se acompaña evidencia .

9-Que se solicita EL REMEDIO QUE CORRESPONDA Y SE EMITA EL PRONUNCIAMIENTIO DE LUGAR QUE PUDIERA DICTARSE EN ESTA RECLAMACION Y/O ASCENDER A LOS PETICIONARIOS DE HABERSE DECLARADO HA LUGAR LA IMPUGNACION DE LAS PREGUNTAS QUE SE RECLAMAN Y PERMITIRLES A ESTOS ALCAZAR LA NOTA DE PASE Y CUMPLIR CON LO ESTABLECIDO EN EL PROCESO DE ASCENSOS, se le retribuya de acuerdo al rango de SARGENTO y se le pague los haberes dejados de percibir, el concebido interés legal de ser aplicable, y se ordene cualquier remedio u orden protectora de lugar.

EN MERITO DE TODO lo cual se solicita se declare ha lugar esta apelación con cualquier pronunciamiento procedente.

CERTIFICO que copia de este escrito fue remitido por correo ordinario a la autoridad nominadora y a su representante legal a su dirección en el record y/o mediante entrega personal y así se acredite LCDA KARIYN DIAZ LEON , PO BOX 71200 SJ PR 00936. Y LOS APELANTES Y AL COR CARLOS HADOD ,PRESIDENTE FUPO, PO BOX 5261 CAROLINA PR 00934-5261

Respetuosamente sometido HOY 12 DE JUNIO DE 2023 en San Juan, Puerto Rico.

LCDO JOSE F. AVILES LAMBERTY

3

RUA 6670
COLEGIADO NUM 8047
MANSIONES DE SAN MARTIN
SUITE #17
SAN JUAN, P.R.00924-4586
TEL (787) 370-3757
CEL. (787) 406-9066
**F.U.P.O.** (787) 754-4990 / 4991

ESTADO LIBRE ASOCIADO DE PUERTO RICO
COMISION APELATIVA
DEL SERVICIO PUBLICO

INYEMAR CAMACHO HERNANDEZ

CASO  - 2023-06-0759

APELANTE

SOBRE -IMPUGNACIO EXAMEN
ASCENSO

POLICIA DE PUERTO RICO

APELADA

### APELACION  ENMENDADA SOLICITANDO CORRECCION DEL   NUMERO DEL CASO Y CONSOLIDACION INFORMADO

**A LA HONORABLE COMISION:**

Comparece la parte Apelante a través del Abogado que suscribe y muy respetuosamente **EXPONE, ALEGA Y SOLICITA:**

1-Que el Apelante trabaja para la Policia de Puerto Rico y ocupa un puesto  de Agente de orden Publico de carrera con carácter permanente ,no es unionado  y no ejerce derecho a sindicalizarse y no esta en una unidad apropiada ni sujeto a un convenio colectivo.

2-Que al radicar este caso se informa  que no tiene otros recursos ante este Foro o Foro superior por estos hechos  ni pendientes.

3-.Que expresa además  que la parte peticionaria tiene sumo interés en que su caso radicado sobre Impugnación de  Ascenso ante este Foro sea atendido de conformidad  a su Reglamento vigente,  y se solicita sea consolidado con el caso EDGARDO RIVERA MARTINEZ  QUE POR ERROR SE INFORMO   EL NUMERO DE CASO COMO 2023-02-0037 CUANDO EL NUMERO CORRECTO DEL CASO LO ES 2023-06-0759, SEGÚN NOS LO INFORMARAN HOY 14 DE DICIEMBRE DE 2023 EN LA SECRETARIA Y   QUE VERSA SOBRE ESTOS MISMOS HECHOS,    estamos dispuesto  a esperar por el   turno que nos sea asignado para que este caso citado como corresponde , ello sin renunciar a los derechos  que nos asisten  PARA QUE SE ENMIENDE EL NUMERO DEL CASO PREVIAMENTE INFORMADO.

4-Que este caso se ha radicado esta apelación por entender que la parte Apelante tiene una legítima causa de acción, por la cual se ha afectado un derecho Ascender  y que este foro puede proveer un remedio para ello.

5-Que esta apelación tiene alegaciones específicas, debidamente fundamentadas y que a base de la delegación  conferida a esta Honorable Comisión, tiene una responsabilidad ministerial para permitirle a la parte Apelante la presentación de la prueba donde sostiene su petición y que siendo el foro competente debe cumplir con su prestación y darle la oportunidad de ser escuchado.

6-Que esta apelación no es prematura, se ha agotado todo los medios para obtener de la Apelada una determinación pero han sido infructuosas las gestiones realizadas, esta se reitera en su posición de actuar contrario a derecho, en perjuicio del empleado, ignorando sus reclamos y en violación al debido proceso de ley y a sus derechos.

7-Que con su proceder  en la otorgación de este examen la Apelada se aparto de la ley y sus reglamentos , menoscaba los méritos del derecho del Apelante  a ser ascendido, que afecta su progreso como empleado y afecta áreas esenciales al principio del mérito y esta Honorable Comisión tiene la ineludible obligación de otorgarle al apelante una vista donde pueda defender sus derechos.

8-La controversia en este caso esta madura y ha transcurrido un tiempo razonable desde la radicación de esta apelación para que se señale esta vista y que hemos sido paciente esperando nuestro turno en el complicado calendario que tiene la Comisión para emitir sus señalamientos.

9-Si existe una legitima causa de acción, un agravio que surge que el funcionario radique apelación que no debe desestimarse ni archivarse sin brindársele a la parte la oportunidad de presentar su caso , esta Honorable Comisión fue creada para brindar en un tiempo apropiado a las partes la oportunidad de presentar sus reclamos y objetivamente resolver dentro de un debido proceso de ley el caso.

10-No dudamos de la amplia discreción que tiene la Comisión para entender en los asuntos que son radicados por las partes, pero no puede disponer de ellos a modo sumario y sin celebrar la vista a que tiene derecho el empleado.

La vista pública adjudicativa es la fase inicial de todo proceso formal de adjudicación, Demetrio Fernández Quiñónez, derecho administrativo y Ley de procedimiento uniforme, 2da. Ed, Forum, 2001, a la pág. 155.

La celebración de una vista es un derecho que tienen los litigantes ante todo foro administrativo. En toda vista adjudicativa a celebrarse deberá cumplirse con los siguientes requisitos: a) Ser pública, b) grabarse o estenografiarse, c) brindar a todas las partes la oportunidad de responder, presentar prueba y argumentar, d) conducir interrogatorios, e) someter evidencia en refutación, f) excluir de aquella evidencia que sea impertinente, inmaterial, repetitiva o inadmisible por fundamentos constitucionales o legales basados en los privilegios evidenciarios reconocidos por los Tribunales de PR, g) el funcionario que presida la vista podrá tomar conocimiento oficial de todo aquello que pudiera ser objeto de conocimiento judicial, h) las partes tendrán la oportunidad de presentar propuestas de determinaciones de hechos y conclusiones de derecho, i) además de ser resuelto dentro del término de seis (6) meses donde su radicación, salvo circunstancias excepcionales, Ley de Procedimiento Uniforme, secc. 3-13, según enmendada, 3LPRA sección 2163.

Así mismo, el artículo 2m sección 2.9 del reglamento procesal de la Comisión Apelativa, dispone que en aquellas circunstancias donde existe controversia sobre hechos esenciales, la Comisión ordenará la celebración de una Vista Pública con citación a las partes para cumplir con las exigencias de un debido proceso de Ley, basta con que se celebre una vista durante el trámite procesal del caso, previo a la determinación final del Foro Administrativo; Ubarri Blanes vs. Junta Hípica, 96. DPR. 803 (1968). La Comisión tiene que permitirle a las partes a presentar su prueba donde sostenga sus alegaciones, argumentos y defensas, por existir una controversia, que le obliga a celebrar la Vista Pública.

Sería una clara violación a las exigencias del debido proceso de Ley el no proveer a la parte Apelante un proceso justo y equitativo, que le permitieran presentar su caso y demostrar la realidad fáctica y procesal de las alegaciones, así como tener la oportunidad básica de refutar los señalamientos presentados por la Apelada, siendo este una proceso administrativo enmarcado en las protecciones de los derechos y garantías Constitucionales como es el debido proceso de Ley, Rivera Santiago vs. Srio. De Hacienda, 119 DPR 265 (1987), Fernández Quiñónez, Supra.

**POR LOS FUNDAMENTOS EXPUESTOS**, debe esta Honorable Comisión ordenar celebración de la vista que la parte Peticionaria tiene derecho, estando este caso listo para entrar en sus méritos .

**CERTIFICO:** Que copia de este escrito fue remitido al LCDO VICTOR MALDONADO DIRECTOR OFICINA LEGAL POLICIA PR    ,PO BOX 71200,SJ PR 00936 Y AL APELANTE. 849 TO ALTA PR ,00977, TEL 787-605-6438.

Respetuosamente sometido, hoy 15 de NOVIEMBRE de 2023, en San Juan, Puerto Rico.

LCDO. JOSE F. AVILES LAMBERTY
Abogado
RUA 6670
Colegiado Número 8047,
Mansiones de San Martín

3

Suite #17
San Juan, PR 00924-4586
Tel. (787) 370-3757
Cel. (787) 406-9066

ESTADO LIBRE ASOCIADO DE PUERTO RICO
COMISION APELATIVA
DEL SERVICIO PUBLICO

**FRANCISCO J ORTIZ SANCHEZ**

CASO - 2023-06-0936

APELANTE

SOBRE-IMPUGNACIO EXAMEN
ASCENSO

POLICIA DE PUERTO RICO

-

APELADA

**APELACION ENMENDADA SOLICITANDO
CORRECCION DEL NUMERO DEL CASO Y
CONSOLIDACION INFORMADO**

**A LA HONORABLE COMISION:**

Comparece la parte Apelante a través del Abogado que suscribe y muy respetuosamente
**EXPONE, ALEGA Y SOLICITA:**

1-Que el Apelante trabaja para la Policia de Puerto Rico y ocupa un puesto de Agente de
orden Publico de carrera con carácter permanente ,no es unionado y no ejerce derecho a
sindicalizarse y no esta en una unidad apropiada ni sujeto a un convenio colectivo.

2-Que al radicar este caso se informa que no tiene otros recursos ante este Foro o Foro
superior por estos hechos ni pendientes.

3-.Que expresa además que la parte peticionaria tiene sumo interés en que su caso
radicado sobre Impugnación de Ascenso ante este Foro sea atendido de conformidad a
su Reglamento vigente, y se solicita sea consolidado con el caso EDGARDO RIVERA
MARTINEZ QUE POR ERROR SE INFORMO EL NUMERO DE CASO COMO
2023-02-0037 CUANDO EL NUMERO CORRECTO DEL CASO LO ES 2023-06-
0759, SEGÚN NOS LO INFORMARAN HOY 14 DE DICIEMBRE DE 2023 EN LA
SECRETARIA Y QUE VERSA SOBRE ESTOS MISMOS HECHOS, estamos
dispuesto a esperar por el turno que nos sea asignado para que este caso citado como
corresponde , ello sin renunciar a los derechos que nos asisten PARA QUE SE
ENMIENDE EL NUMERO DEL CASO PREVIAMENTE INFORMADO.

4--Que este caso se ha radicado esta apelación por entender que la parte Apelante tiene
una legítima causa de acción, por la cual se ha afectado un derecho Ascender y que este
foro puede proveer un remedio para ello.

5-Que esta apelación tiene alegaciones específicas, debidamente fundamentadas y que a
base de la delegación conferida a esta Honorable Comisión, tiene una responsabilidad
ministerial para permitirle a la parte Apelante la presentación de la prueba donde sostiene
su petición y que siendo el foro competente debe cumplir con su prestación y darle la
oportunidad de ser escuchado.

6-Que esta apelación no es prematura, se ha agotado todo los medios para obtener de la
Apelada una determinación pero han sido infructuosas las gestiones realizadas, esta se
reitera en su posición de actuar contrario a derecho, en perjuicio del empleado, ignorando
sus reclamos y en violación al debido proceso de ley y a sus derechos.

7-Que con su proceder en la otorgación de este examen la Apelada se aparto de la ley y
sus reglamentos , menoscaba los méritos del derecho del Apelante a ser ascendido, que
afecta su progreso como empleado y afecta áreas esenciales al principio del mérito y esta
Honorable Comisión tiene la ineludible obligación de otorgarle al apelante una vista
donde pueda defender sus derechos.

8-La controversia en este caso esta madura y ha transcurrido un tiempo razonable desde
la radicación de esta apelación para que se señale esta vista y que hemos sido paciente
esperando nuestro turno en el complicado calendario que tiene la Comisión para emitir
sus señalamientos.

9-Si existe una legitima causa de acción, un agravio que surge que el funcionario radique
apelación que no debe desestimarse ni archivarse sin brindársele a la parte la oportunidad

de presentar su caso , esta Honorable Comisión fue creada para brindar en un tiempo apropiado a las partes la oportunidad de presentar sus reclamos y objetivamente resolver dentro de un debido proceso de ley el caso.

10-No dudamos de la amplia discreción que tiene la Comisión para entender en los asuntos que son radicados por las partes, pero no puede disponer de ellos a modo sumario y sin celebrar la vista a que tiene derecho el empleado.

La vista pública adjudicativa es la fase inicial de todo proceso formal de adjudicación, Demetrio Fernández Quiñónez, derecho administrativo y Ley de procedimiento uniforme, 2da. Ed, Forum, 2001, a la pág. 155.

La celebración de una vista es un derecho que tienen los litigantes ante todo foro administrativo. En toda vista adjudicativa a celebrarse deberá cumplirse con los siguientes requisitos: a) Ser pública, b) grabarse o estenografiarse, c) brindar a todas las partes la oportunidad de responder, presentar prueba y argumentar, d) conducir interrogatorios, e) someter evidencia en refutación, f) excluir de aquella evidencia que sea impertinente, inmaterial, repetitiva o inadmisible por fundamentos constitucionales o legales basados en los privilegios evidenciarios reconocidos por los Tribunales de PR, g) el funcionario que presida la vista podrá tomar conocimiento oficial de todo aquello que pudiera ser objeto de conocimiento judicial, h) las partes tendrán la oportunidad de presentar propuestas de determinaciones de hechos y conclusiones de derecho, i) además de ser resuelto dentro del término de seis (6) meses donde su radicación, salvo circunstancias excepcionales, Ley de Procedimiento Uniforme, secc. 3-13, según enmendada, 3LPRA sección 2163.

Así mismo, el artículo 2m sección 2.9 del reglamento procesal de la Comisión Apelativa, dispone que en aquellas circunstancias donde existe controversia sobre hechos esenciales, la Comisión ordenará la celebración de una Vista Pública con citación a las partes para cumplir con las exigencias de un debido proceso de Ley, basta con que se celebre una vista durante el trámite procesal del caso, previo a la determinación final del Foro Administrativo; Ubarri Blanes vs. Junta Hípica, 96. DPR. 803 (1968). La Comisión tiene que permitirle a las partes a presentar su prueba donde sostenga sus alegaciones, argumentos y defensas, por existir una controversia, que le obliga a celebrar la Vista Pública.

Sería una clara violación a las exigencias del debido proceso de Ley el no proveer a la parte Apelante un proceso justo y equitativo, que le permitieran presentar su caso y demostrar la realidad fáctica y procesal de las alegaciones, así como tener la oportunidad básica de refutar los señalamientos presentados por la Apelada, siendo este una proceso administrativo enmarcado en las protecciones de los derechos y garantías Constitucionales como es el debido proceso de Ley, Rivera Santiago vs. Srio. De Hacienda, 119 DPR 265 (1987), Fernández Quiñónez, Supra.

**POR LOS FUNDAMENTOS EXPUESTOS**, debe esta Honorable Comisión ordenar celebración de la vista que la parte Peticionaria tiene derecho, estando este caso listo para entrar en sus méritos .

**CERTIFICO:** Que copia de este escrito fue remitido al LCDO VICTOR MALDONADO DIRECTOR OFICINA LEGAL POLICIA PR Y A LA LCDA AIDA DE LA ROSA ABREU,PO BOX 71200,SJ PR 00936 Y AL APELANTE. URB VILLA MADRID S-25 CALLE 4, COAMO PR 00769.

Respetuosamente sometido, hoy 15 de NOVIEMBRE de 2023, en San Juan, Puerto Rico.

LCDO. JOSE F. AVILES LAMBERTY
Abogado
RUA 6670
Colegiado Número 8047,
Mansiones de San Martín
Suite #17

San Juan, PR 00924-4586
Tel. (787) 370-3757
Cel. (787) 406-9066

**GOBIERNO DE PUERTO RICO**
**COMISIÓN APELATIVA DEL SERVICIO PÚBLICO**
**SAN JUAN, PUERTO RICO**
www.casp.pr.gov

*NOMBRE:* **FRANCISCO J. ORTIZ SÁNCHEZ**
*CASO NÚMERO:* **2023-06-0936**
*MATERIA:* **Ascenso**

## NOTIFICACIÓN DE INCUMPLIMIENTO CON
## REQUISITOS EN SOLICITUD DE APELACIÓN

A usted **FRANCISCO J. ORTIZ SÁNCHEZ**, solicitante ante la Comisión Apelativa del Servicio Público, se le informa que se ha presentado ante este organismo una *apelación* incompleta la cual se encuentra bajo investigación.[1] Para completar y formalizar la investigación de dicha solicitud ante este foro, deberá proveer la información y/o documentos que se señalen a continuación mediante la marca de cotejo.

   ✓  Certificar por escrito y *evidenciar* a este foro que usted ha notificado al **Jefe de Agencia o Alcalde**, según aplique, con copia de la solicitud de apelación y/o documentos radicados ante la Comisión dentro del término jurisdiccional. Véase Artículo II del Reglamento Procesal. Artículo II Sección 2.3 (a) *(Notificación personal a la Oficina de la Autoridad Nominadora, sometiendo a la Comisión Apelativa la copia de la apelación ponchada o firmada (nombre completo y fecha de quien la recibe). O a su vez, notificada por correo con acuse de recibo a la Autoridad Nominadora, sometiendo copia del recibo de envío postal una vez recibida la apelación por la Autoridad Nominadora o su representante.)*

Todo documento radicado en la Secretaría debe radicarse en **ORIGINAL** escrito en computadora o mecanografiado en papel blanco tamaño 81/2 x14, a doble espacio, tener márgenes no menores de una pulgada en cada lado y tener un tamaño de letra no menor de 12 caracteres por pulgada. Excepcionalmente, se aceptará la radicación del escrito inicial de apelación en manuscrito, que a determinación de la Secretaría de la Comisión sea legible, y sujeto a la Sección 2.1(d). De igual manera las partes deberán cumplir con todas las formalidades dispuestas en el presente reglamento. Sección 2.1(g)

**Todo documento presentado por facsímile o correo electrónico** tendrá que radicarse en **ORIGINAL**, por correo o por presentación personal, dentro del término de tres (3) días laborables improrrogables desde la presentación de este. Artículo II, Sección 2.1 (c)

Se le informa que tiene usted un término de **cinco (5) días laborables,** contados a partir de la fecha de notificación de la presente, para presentar los documentos y la información aquí requerida. **Deberá devolver copia de esta notificación al cumplir con lo antes requerido.** Subsanado el error dentro del término, se aceptará como apelación retrotrayendo la fecha de radicación a la fecha de presentado el escrito inicial. Expirado el término de cinco (5) días laborables para subsanar el error sin que se haya corregido el mismo conllevará que el escrito de apelación se tenga por no radicado. Artículo II, Sección 2.1(e) Reglamento Procesal.

**NOTIFÍQUESE Y ARCHÍVESE.**

En San Juan, Puerto Rico, a  08 de noviembre de 2023.

---

[1] Contamos con herramientas disponibles a través de nuestra página de Internet, para obtener información, status y formularios relacionados a los procesos ante la Comisión. Entre otros, se encuentran los reglamentos y leyes aplicables al foro.

-2-

**NOTIFICACION
2023-06-0936**

      **CERTIFICO** que hoy,  de noviembre de 2023, archivé en los autos de la apelación el original de esta *Notificación* y que envié copia fiel y exacta de la misma a la parte apelante, a su dirección de récord.



**REYNALDO GONZÁLEZ RODRÍGUEZ**
Secretario

**PARTE APELANTE:**
FRANCISCO J. ORTIZ SÁNCHEZ
URB. VILLA MADRID
S-25 CALLE 4
COAMO PR 00769

**ABOGADO APELANTE**:
LCDO. JOSÉ F. AVILES LAMBERTY
MANSIONES DE SAN MARTIN
SUITE #17
SAN JUAN PR 00924-4586

SEC/los

ESTADO LIBRE ASOCIADO DE PUERTO RICO
COMISION APELATIVA DEL SERVICIO PUBLICO

JAVIER MARCANO MARRERO                    CASO- NUM -2023-03-0042

Apelante
VS                                                        CASP OCT 17 23 12:27PM
POLICIA DE PUERTO RICO                MATERIA: IMPUGNACION EXAMEN
Apelada                                          ASCENSO A SARGENTO

## MOCION INFORMATIVA ASUMIENDO REPRESENTACION LEGAL Y SOLICITUD DE CONSOLIDACION

**A LA HONORABLE COMISION:**

Comparece la parte Apelante a través del Abogado que suscribe y muy respetuosamente **EXPONE, ALEGA Y SOLICITA:**

1.  Que se informa que en este caso la parte apelante nos ha contratado recientemente EL 16 DE OCTUBRE DE 2023 para que asumamos su representación legal antes este Foro, ESTE ANTERIORMENE HABIA RADICADO ESTA APELACION POR DERECHO PR0PIO,DENTRO DEL TERMINO JURISDICIONAL.

2.  -Que se solicita de la Honorable Comisión nos autorice para representarle en este caso Y ADEMAS SE SOLICITA QUE ESTE CASO SEA CONSOLIDADO CON EL CASO 2023-06-0759 EDGARDO RIVERA MARTINEZ Y OTROS 56 VS POLICIA PR POR TRATARSE DE LA MISMA -CONTROVERSIA.

3.  QUE SE SOLICITA NOS OTORGUE 30 DIAS PARA EVALUAR EL EXPEDIENTE Y SOLICITAMOS ADEMAS NOS INFORME SI EXISTE ALGUNA ORDEN SIN CUMPLIR PREVIA A QUE ESTAMOS ASUMIENDO ESTA REPRESENTACION LEGAL EN ESTE CASO HOY 16 DE OCTUBRE DEL 20 23 ,QUE SE NOS CONCEDA UNA PRORROGA DE 30 DIAS PARA FIJAR POSICION AL RESPECTO SI ESE FUERA EL CASO ,LO DESCONECEMOS AL MOMENTO QUE SE NOS HA CONTRATADO.

**POR LOS FUNDAMENTOS EXPUESTOS,** SE SOLICITA SE DECLARE HA LUGAR ESTA PETICION

**CERTIFICO:** Que copia de este escrito fue remitida A LA  LCDA

NASIRA ABDULRAHAMAN SOLER , Y  al  LCDO MIGUEL

TORRES EMMANUELLI AL PO Box 71200, San Juan, Puerto Rico

00936, HOY 17 DE OCTUBRE DE 2023 .Y AL APELANTE .A VILLAS

DEL RIO VERDES ,CALLE 25 Z-# 16 ,CAGUAS PR 00725.

LCDO. JOSE F. AVILES LAMBERTY
COLEGIADO 8047  Y  RUA 6670
MANSIONES DE SAN MARTIN 17
SAN JUAN, PR 00924-45866
Tels.  (787) 406-9066/

GOBIERNO DE PUERTO RICO
**COMISIÓN APELATIVA DEL SERVICIO PÚBLICO**
PO Box 41149, San Juan, PR 00940-1149
Tel. (787) 723-4242 Fax (787) 723-4699
http://www.casp.pr.gov

Imprimir

Reset Form

_Javier Marcano Marren_
Nombre y Dos Apellidos

vs.

Número de Asunto: _____

_Negocio de la Policia de PR._
Nombre de la Agencia o Municipio

### SOLICITUD DE APELACION (POR DERECHO PROPIO)

La Comisión Apelativa provee los servicios de mediación, en ocasiones, en conjunto con la Oficina de Capacitación y Asesoramiento en Asuntos Laborales y de Administración de Recursos Humanos, ("OCALARH") en algunas materias, para acogerse a este servicio rápido, imparcial, confidencial y sin costo, favor de llenar la solicitud a continuación. Si interesa este servicio favor de llenar el formulario de "Solicitud de Apelación y Solicitud Voluntaria de Servicio de Mediación".

**A LA HONORABLE COMISIÓN:**

Comparece la parte apelante de epígrafe y muy respetuosamente expone, alega y solicita lo siguiente:

1) Soy, empleado/a _Carrera_ ☑ , Ciudadano/a solicitante ☐, otro ☐ .

2) ¿Está su puesto dentro de una unidad apropiada o cobijada por la Ley de Sindicalización de Empleados Públicos? _NO_ ☑ .

3) Organización Sindical que representa la unidad apropiada:
_N/A_

4) Ejerció su derecho a organizarse sindicalmente _N/A_ ☑ , Si contesta en la negativa,
Explique: _N/A_

5) Está su puesto cobijado por un convenio colectivo _N/A_ ☑ .
Explique: _____

6) Indique si ha presentado recurso, apelación, demanda o querella en algún otro foro relacionado con la controversia presentada a la Comisión _No_ ☑ . Si contestó en la afirmativa indique: Nombre del Foro: _N/A_

Número de Caso: _N/A_ , Fecha de Radicación: _N/A_ .

7) Indique para cada apelación activa ante la Comisión, en la que usted comparecce como parte apelante, las partes, número de caso y materia:
_Ninguno_

Revisado en Abril de 2007

☐ Carta reclamando derechos a la autoridad nominadora que se presentan ante la Comisión, para los cuales no recibió respuesta.

☐ Evidencia de la fecha en que la autoridad nominadora recibió reclamo por escrito con los reclamos que se presentan ante la Comisión, para los cuales no recibió respuesta.

☐ Carta de notificación de intención de aplicación de medida disciplinaria o notificación de campos.

15) Que mi dirección es la siguiente:

| Residencial | Postal |
|---|---|
| *Com. 183 2.288. kn 2. b.* | *u.h vill.. l B.e v.rd.* |
| *Town de Cabo, l Caga.* | *Calle 78 Z-10  Caga.P.R. 00755* |

16) Que mi número de teléfono es: _939-948-1856_ , Facsímile: _____

Correo electrónico: _Bosunnyflm 247 @ g-m.,l. com_ .
_Bosinny Dm 247 @ G-m..l. Com_

17) Certifico que notifiqué o notificaré copia de la presente apelación a la Autoridad Nominadora de la Agencia o Municipio (Marque con una "X" la forma utilizada), y que anejo los siguientes documentos:

☐ 1) Notificación personal a la Oficina de la Autoridad Nominadora. Indique y Someta copia ponchada o firmada a la Comisión de evidencia. Indique Fecha: _____

☐ 2) Por correo con acuse de recibo a la Autoridad Nominadora. Someta copia del recibo de envío postal, y someta copia del acuse de recibo, una vez recibida la apelación por la Autoridad Nominadora o su representante.

**RESPETUOSAMENTE SOMETIDO**

En _Sn, Jnn, P.R,_ ▢ , Puerto Rico a _3/3/2073_ .

_(firma)_        _2473_
**Firma del Apelante**

³ Conforme la Sección 2.3 del Reglamento, se tiene que notificar a la parte apelada o persona autorizada por ésta dentro del término jurisdiccional de treinta (30) días para radicar la apelación De no poder someter evidencia de notificación a la parte apelada, y ésta impugnar la notificación con declaración jurada, se podrá archivar la apelación por incumplimiento con el Reglamento Procesal.

Revisado en Abril de 2007

ESTADO LIBRE ASOCIADO DE PUERTO RICO
COMISION APELATIVA DEL SERVICIO PUBLICO
SAN JUAN PUERTO RICO

INSPECTOR JOSE J RODRIGUEZ SIERRA
      Apelante             (          Caso Núm: 2012-12-0738

      VS               (         SOBRE .;ASCENSO
                       (
POLICIA DE PUERTO RICO     (
      Apelada           (
-----------------------------------------------

## MOCION INFORMATIVA SOBRE SOLICITUD DE DESISTIMIENTO VOLUNTARIO

**A LA HONORABLE COMISION:**

      Comparece la parte Apelante a través del Abogado que suscribe y muy respetuosamente **EXPONE, ALEGA Y SOLICITA:**

1. Que se solicita AUTORICE EL DESISTIMIENTO VOLUNTARIO CON PERJUICIO DE ESTA APELACION TODA VEZ QUE HEMOS SIDO INFORMADO POR EL APELANTE HOY 14 DE DICIEMBRE DE 2023, QUE NO INTERESA CONTINUAR CON LOS TRAMITES DE ESTA APELACION, PORQUE ESTE SE RETIRO DE LA POLICIA DE PR EL 30 DE ABRIL DE 2018 HABIENDO SIDO ASCENDIDO AL RANGO DE INSPECTOR DE LA POLICIA. ENTENDEMOS QUE ESTA APELACION SE HA CONVERTIDO EN ACADEMICA POR QUE SE SOLICITA ORDENE EL ARCHIVO DE ESTE CASO.
2. Que LE HEMOS EXPLICADO AL APELANTE LO RELATIVO A la petición que se hace y no existiendo tramite ulterior que disponer se solicita respetuosamente que se declare HA LUGAR esta solicitud.
3-QUE LA DIRECCION DEL APELANTE ES 138 GORRION ,CAGUAS PR 00727,TEL 787 436-6868 .

     **.EN MERITO DE TODO LO CUAL** se solicita emita SE DECLARE HA LUGAR ESTA PETICION Y SE ORDENE EL ARCHIVO DE ESTE CASO.

     **CERTIFICO:** Que copia de este escrito fue remitido A LA LCDO MIGUEL TORRES EMANUELLIPO BOX 71200 SJ PR 00936 Y AL APELANTE A SU DIRECCION ANTES INFORMADA.

Respetuosamente sometido, hoy 14 de DICIEMBRE de 2023 en San Juan, Puerto Rico.

                          LCDO. JOSE F. AVILES LAMBERTY
                          COLEGIADOS NUM: 8047
                          RUA 6670
                          MANSIONES DE SAN MARTIN
                          SUITE 17, SJ PR 00924-4586
                          TEL. (787) 370-3757
                          CEL. (787) 406-9066
                          JFavileslamberty@gmail.com

ESTADO LIBRE ASOCIADO DE PUERTO RICO
COMISION APELATIVA DEL SERVICIO PUBLICO

CRISTINO SALGADO CRUZ          CASO NUM  2023-06-810

      Apelante

      VS
POLICIA DE PUERTO RICO          Materia:  IMPUGNACION EXAMEN
      Apelada                                    ASCENSO A SARGENTO

## MOCION INFORMATIVA ASUMIENDO REPRESENTACION   LEGAL Y SOLICITUD DE CONSOLIDACION

**A LA HONORABLE COMISION:**

Comparece la parte Apelante a través del Abogado que suscribe y muy respetuosamente **EXPONE, ALEGA Y SOLICITA:**

1. Que se informa que en este caso la parte apelante   nos ha contratado recientemente para que asumamos su representación   legal antes este Foro.

2 -Que  se solicita de la Honorable  Comisión nos autorice para representarle en este caso  Y  ADEMAS  SE SOLICITA QUE ESTE CASO SEA CONSOLIDADO CON EL CASO  2023-06-0759  EDGARDO RIVERA MARTINEZ  Y OTROS 56 VS POLICIA PR POR TRATARSE DE LA MISMA CONTROVERSIA.

**POR LOS FUNDAMENTOS EXPUESTOS**, SE SOLICITA SE DECLARE HA LUGAR ESTA PETICION

**CERTIFICO: Que copia de este escrito fue remitida A LA   LCDA NASIRA ABDULRAHAMAN SOLER , al PO Box 71200, San Juan, Puerto Rico 00936, HOY 15 DE SEPTIEMBRE DE 2023 .Y AL APELANTE .A TIMOTEO SALAS QUINTERO 144,TOA BAJAS PR 00949 ,TEL 787 981-107**

LCDO. JOSE F. AVILES LAMBERTY
COLEGIADO 8047
RUA 6670
MANSIONES DE SAN MARTIN 17
SAN JUAN, PR 00924-45866
Tels.    (787) 469 8786/
          (787) 406-9066/

## Recepcion

| | |
|---|---|
| **From:** | Recepcion |
| **Sent:** | Monday, August 21, 2023 2:16 PM |
| **To:** | wikin0559@gmail.com; Luis A Yulfo Beltran; jmramos2@policia.pr.gov; Hdiaz14 @policia.pr.gov; Edgar J. Garcia; Edgar Garcia Fernandez; llopez15@policia.pr.gov; Larito Lopez; jmperez@policia.pr.gov; SNIPER PEREZ; Jtorres@policia.pr.gov; wtorres4 @policia.pr.gov; esantiago26@policia.pr.gov; santiago24471@gmail.com; jcmoret@policia.pr.gov; juancarlosmoret99@gmail.com; riacevedo@policia.pr.gov; Rosa.acevedo810@gmail.com; Agterios35760@gmail.com; Luis G Rios Camacho; Nvadi@policia.pr.gov; Vadinelson87@gmail.com; Ivan Rivera; eliazaraquino225 @gmail.com; Cristinosalgado38@gmail.com; Csalgado2@policia.pr.gov; Ron821 @hotmail.com; iyulfo@policia.pr.gov; Ivette Yulfo; JARodriguez@policia.pr.gov; jantonioroguez@gmail.com; el-truco@live.com; mmorales5@policia.pr.gov; Xcolon2 @policia.pr.gov; Yarelis Rivera Velazquez; Shediel0561@gmail.com; FAponte@policia.pr.gov; ildefonsocarrion@gmail.com; aaponte@policia.pr.gov; ljmm32 @hotmail.com; leina475@hotmail.com; Dhorta@policia.pr.gov; Nvadi@policia.pr.gov; Vadinelson87@gmail.com; tonypcb69@gmail.com; arodriguez38@policia.pr.gov; adiejoubert@gmail.com; /JACEVEDO22@POLICIA.PR.GOV; ajcolonarroyo@gmail.Com; Abimael J Colon Arroyo; ljmm31@hotmail.com; policiapr31@gmail.com; jracevedo75 @hotmail.com; Msoto3@policia.p.r.gov; Juan R Acevedo Rosado; Aortiz16 @policia.pr.gov; cbeltran19117@yahoo.com; Carlos M Villalobos Velez; David Beauchamp "Belinda"; Brenda J Rios Zeno; shediel0561@gmail.com; Jose M Perez Bermudez; diazsuzuki1973@gmail.com; ccenteno3@policia.pr.gov; jtorreslopez0469 |
| **Subject:** | Notificacion de FUPO |
| **Attachments:** | Sargento.pdf |

1

ESTADO LIBRE ASOCIADO DE PUERTO RICO
COMISION APELATIVA
DEL SERVICIO PUBLICO

ANGEL L CRUZ COTTO

APELANTE
NEGOCIADO DE LA POLICIA PR
APELADA

CASO - 2023-04-0126-0084

SOBRE- ASCENSO

**MOCION EN CUMPLIMIENTO DE ORDEN Y SOLICITUD**

**AL LA HONORABLE COMISION;**

Comparece la parte Apelante a través del Abogado que suscribe y muy respetuosamente
**EXPONE, ALEGA Y SOLICITA:**

1-Que en cumplimiento a su Orden   10 DE AGOSTO 2023 se procede a fijar nuestra
posición con relación a lo ordenado y expresamos que    SE NOS EXIGE    QUE
PRESENTE UN DESGLOSE DE LAS PREGUNTAS ESPECIFICAS QUE SE
IMPUGNA DEL EXAMEN  Y EL FUNDAMENTO CORRECTO PARA CADA UNA
DE LAS PREGUNTAS IMPUGNADAS.

2- ESTA  APELACION SE  RADICO EN FORMA GENERAL  PARA ATACAR EL
INSTRUMENTO DEL EXAMEN DE ASCENSO PREPARADO POR LA POLICIA
PARA LA CATEGORIA DE SARGENTO DENTRO DEL SISTEMA DE RANGO DE
ESTA AGENCIA ,PARA PROTEGER LA CONFIDENCIALIDAD DEL EXAMEN Y
EL DERECHO QUE LE ASISTE A LAS PARTES EN ESTA CONTROVERSIA, AL
REDACTAR LAS ALEGACIONES  DE LA APELACION SOBRE LOS DEFECTOS
DEL EXAMEN PREPARADO POR LA JUNTA  DE EXAMENES DE ASCENSO DE
LA  POLICIA     FUIMOS  MUY  CUIDADOSO     DE LA  FORMA  QUE  SE
ADMINISTRO Y  SOBRE EL MANEJO TOTAL DE ESTE ASUNTOS ,RECOGIMOS
LOS SENALAMIENTOS QUE LEVANTARON LOS PROPIOS AGENTES QUE
TOMARON ESTE EXAMEN,DONDE NO SOLO ESTOS CUESTIONARON SU
HECHURA ,SINO DE LA MANERA QUE SE LLEVO A CABO TODO   EL
PROCESO . POR ELLO  SE CITO A LA COOPORACION FUPO A TODO AQUEL
AGENTE QUE QUISIERA VERTIR ALGUNA PREOCUPACION SOBRE EL
EXAMEN  OFRECIDO.     SE  RECOGIERON  LOS  SENALAMIENTOS  QUE
HICIERON  TODOS  Y  CON  EL  MAYOR     CONCENSO     REALIZADO  Y
EVALUADO,ENCONTRAMOS QUE LOS SENALAMIENTOS HECHO POR TODOS
COINCIDIAN     CON  LOS  HALLAZGO  QUE  RESULTARON  SER  LAS
ALEGACIONES PERFECCIONADA EN ESTA APELACION QUE SON SENCILLA
Y DEMUESTRAN UNA GRAN PROCUPACION  PARA QUE UN ORGANISMO
RECTOR COMO LA HONORABLE COMISION LE OFREZCA LA OPORTUNIDAD
DE SER OIDO, AL IGUAL QUE ESTE ABOGADO HIZO ,DE ESCUCHAR AL
APELANTEE    Y RADICAR ESTA APELACION EN ESTA COMISION, .OTROS
ACUDIERON CON ESTA PREOCUPACION AL FORO FEDERAL  DONDE SE LE
DIO  AUDIENCIA    Y  SUS  ALEGACIONES  FUERON    CONSIDERADA  Y
EVALUADAS  POR EL JUEZ FRANCISCO BESOSA  QUIEN ADJUDICO EL
PLANTEAMIENTO PRESENTADO SOBRE  ESTE EXAMEN  POR LOS POLICIAS
RECLAMANTES  Y      EMITIO   UNA   ORDEN   EXPRESA,VEA  EXH   -I
DETERMINANDO OTORGAR 6 PREGUNTAS  QUE OCASIONO QUE MUCHOS
DE ESTOS  SE  BENEFICIARAN  Y  FUERAN  ASCENDIDO  DESCOCEMOS
CUALES PREGUNTAS LE FUERON OTORGADAS  QUE PRESENTABA LO AQUÍ
EXPUESTO EN NUESTRAS ALEGACIONES.

CABE  DESTACAR     QUE  NO  HEMOS  TENIDO  LA  OPORTUNIDA  DE
EXAMINAR ESTE EXAMEN, AL JUEZ FEDERAL LA JUNTA DE EXAMEN DE
ASCENSO SEGÚN SE RESENA EN EL EXH I , LE PERMITIO AL TRIBUNAL
EXAMINAR EL EXAMEN.Y  DETERMINO LA INCORRECCION DE VARIAS
PREGUNTAS COMO NOSOTRO TAMBIEN EXPONEMOS.. AUN CUANDO ESTA
APELACION HA SIDO PRESENTADA ,LA JUNTA DE EXAMEN DE ASCENSO
DE LA POLICIA ES LA CUSTODIA DE ESTOS  EXAMENES  QUE ES OBJETO DE

IMPUGNACION DE VARIA DE SUS PREGUNTAS, LOS AGENTES QUE HEMOS ENTREVISTADO QUE SOBRE ESTOS CASOS AL IGUAL QUE EL APELANTE NO CONOCEN EL NUMERO EXACTO QUE TIENE LAS PREGUNTAS QUE SE IMPUGNAN NO LO CONOCEN ,MAS O MENOS SABEN Y RECONOCEN LO QUE ALEGAMOS EN LA APELACION QUE HEMOS PRESENTADO EN ESTE FORO, QUE ES LA SIGUIENTE ; QUE LA ACCION QUE SE IMPUGNA ESTA SOSTENIDA EN UNA ACCION AEBITRARIA ,IRRAZONABLE Y EN VIOLACION AL DEBIDO PROCESO DE LEY REALIZADA EN LA AGENCIA EN SU CONTRA .QUE SE IMPUGNA VARIAS PREGUNTAS DE EXAMENDE ASCENSO .POR HABERSE INCLUIDO EN ESTE EXAMEN UN SIN NUMERO DE PREGUNTAS MAL FORMULADAS,QUE AL TRATARSE DE SELECCIONAR LA RESPUESTA CORRECTA ,EXISTIA LA POSIBILIFDAD DE TENER MAS DE UNA CONTESTACION, CUYO EFECTO DE MEDICION ERA INCORRECTO,CON ERRORES EN LA REDACCION DE LA MANERA QUE ESTABA FORMULADAS, CARENTES DE INFORMACION QUE PERMITIERA UNA RESPUESTA ADECUADA A LA MATERIA QUE SE EXAMINABAN. CON MATERIAS NO INCLUIDAS EN EL FOLLETO INFORMATIVO Y LA CONVOCATORIA DEL EXAMEN ,QUE SON IMPUGNABLES ANTE ESTE FORO , Y QUE TAMBIEN LO FUERON A NIVEL FEDERAL CON EL RESULTADO DEMOSTRADO EN EL EXHIBIT I, .TAMBIEN SE IMPUGNA EL TRABAJO HECHO POR LA JUNTA DE EXAMEN DE ASCENSO. LA CUAL PREPARO UN EXAMEN DE ASCENSO PLAGADO DE ERRORES EN MUCHAS PREGUNTAS PRESENTADAS,QUE NO ESTAN CONFORME A LO INCLUIDO EN FOLLETO INFORMATIVO Y LA CONVOCATORIA.

3-QUE SE INFORMA QUE NO TENEMOS ACCESO AL EXAMEN EN CUSTODIA DE LA POLICIA.POR TAL RAZON NO ESTA EN NUESTRO ALCANSE PRESENTAR EN ESTE MOMENTO LO QUE SE NOS EXIGE,LA UNICA MANERA QUE PUDIERA HACERSE ESTO ES CITAR A UNA VISTA DONDE LA POLICIA COMPAREZCA CO EL EXAMEN,Y PROCEDER A EXAMINAR PREGUNTA POR PREGUNTA ESTANDO PRESENTE EL APELANTE Y ASI CONOCER QUE EL APELANTE TIENE LA RAZON DE LO QUE SE RECLAMA ,ASI FUE EL PROCESO ANTE EL JUEZ FEDERAL Y ESTE DESCUBRRIO QUE NUESTRA ALEGACIONES TIENEN MERITO

4-QUE SE SOLICITA SE SIRVA CITAR ESTE CASO LO ANTE POSIBLE ,QUE LE ORDENE A LA POLICIA PRESENTAR A TRAVES DE LA JUNTA DE EXAMENES DE ASCESO ESTE EXAMEN ,O LOS EXAMENES QUE USARON PARA HACER ESTOS ASCENSOS,QUE SE SIRVA CITAR LA ENTONCES PRESIDENTA DE ESTA JUNTA QUE SEGUN NOS INFORMARON YA NO TRABAJA EN LA - POLICIA ,PARA QUE DEFIENDA SU TRABAJO Y EJECUSION COMO PRESIDENTA DE LA JUNTA Y ADEMAS COMO ASESORA PRINCIPAR DEL COMISIONADO EN ESTA MATERIA . POR LO FUNDAMENTADO NO ESTAMOS EN POSICION DE RECONSTRUIR LAS PREGUNTA QUE ,SEA OBJETO DE LA PRUEBA QUE DECUSE DURANTE LA VISTA ,Y A PARTE QUE SE ORDENE A LA POLICIA PRESENTAR ANTE LA COMISION Y BAJO CUSTODIA DEL FORO ESTE EXAMEN ,PARA PODERLO EXAMINAR COMO SE HIZO A NIVEL DEL TRIBUNAL FEDERAL Y PODER IDENTIFICAR LAS PREGUNTAS EN CUESTION QUE SE OBJETAN.,VEA EXH I,

5- Que- la parte peticionaria ,PROCEDEMOS A INFORMAR QUE EL APELANTE, tiene sumo interés en que su caso radicado sobre SOBRE ASCENSO SEA VISTO EN SUS MERITO ,PARA DEMOSTRAR LA INCORRECCION DE LA DECISION TOMADA POR LA AGENCIA EN ESTE CASO ,ESTE tiene derecho ante este Foro que su caso sea atendido de conformidad a su Reglamento vigente, si bien es cierto que HA TRANSCURRIDO YA ALGUN TIEMPO DESDE SU RADICACION ,no hemos exigido que este caso hubiera sido dispuesto por esta Honorable Comision antes ,entendimos que por lo cargado que debe estar el calendario de casos en esta ,era prudente esperar el turno que nos fuera asignado para que este caso fuera citado como corresponde , ello sin renunciar a los derechos que nos asisten. Sin embargo el ser prudente en la espera no significa que NO SE TENGA INTERES QUE SE NOS ATIENDA COMO EN DERECHO NOS CORRESPONDE. NO HEMOS RENUNCIADO A QUE ESTE CASO SEA CITADO, Y MUCHO MENOS, HEMOS INCUMPLIDO CON NUESTRA OBLIGACION MINISTERIAL, LO QUE OCURRE ES QUE CONOCEMOS QUE EXISTE EN ESTE FORO UNA GRAN CANTIDAD DE

CASOS PENDIENTES, ANTES QUE EL NUESTRO Y POR ELLO NO HEMOS ESTADO RADICANDO ESCRITOS PARA PERMITIR QUE LA SECRETARIA ACTUARA SEGÚN SU MEJOR ENTENDER . ESTA ESPERA PRUDENTE PACIENTE Y RESPONSABLE, NO SIGNIFICA QUE HAYAMOS ABANDONADO NUESTRO CASO Y MUCHO MENOS QUE NO TENGAMOS EL INTERES DE QUE ESTE FORO CITE EL CASO PARA VISTA EN SUS MERITOS COMO CORRESPONDE .

6-En este caso se ha radicado esta apelación por entender que la parte Apelante tiene una legítima causa de acción, por la cual se ha afectado obtener SU ASCENSO a los cuales tiene derechos y que este foro puede proveer un remedio para ello..

7-Que esta apelación tiene alegaciones específicas, debidamente fundamentadas y que a base de la delegación conferida a esta Honorable Comisión, tiene una responsabilidad ministerial para permitirle a la parte Apelante la presentación de la prueba donde sostiene oportunidad de ser escuchado.

8-Que esta apelación no es prematura, se ha agotado todo los medios para obtener de la Apelada una determinación pero han sido infructuosas las gestiones realizadas, esta se reitera en su posición de actuar contrario a derecho, en perjuicio del empleado, ignorando sus reclamos y en violación al debido proceso de ley y a sus derechos.

9-La controversia en este caso esta madura y ha transcurrido un tiempo YA razonable desde la radicación de esta apelación para que se señale esta vista y que hemos sido paciente esperando nuestro turno en el complicado calendario que tiene la Comisión para emitir sus señalamientos.

10-Si existe una legitima causa de acción, un agravio que surge que el funcionario radique apelación que no debe desestimarse ni archivarse sin brindársele a la parte la oportunidad de presentar su caso , esta Honorable Comisión fue creada para brindar en un tiempo apropiado a las partes la oportunidad de presentar sus reclamos y objetivamente resolver dentro de un debido proceso de ley el caso.

11-No dudamos de la amplia discreción que tiene la Comisión para entender en los asuntos que son radicados por las partes, pero no puede disponer de ellos a modo sumario y sin celebrar la vista a que tiene derecho el empleado.

La vista pública adjudicativa es la fase inicial de todo proceso formal de adjudicación, Demetrio Fernández Quiñónez, derecho administrativo y Ley de procedimiento unifore, 2da. Ed, Forum, 2001, a la pág. 155.

La celebración de una vista es un derecho que tienen los litigantes ante todo foro administrativo. En toda vista adjudicativa a celebrarse deberá cumplirse con los siguientes requisitos: a) Ser pública, b) grabarse o estenografiarse, c) brindar a todas las partes la oportunidad de responder, presentar prueba y argumentar, d) conducir interrogatorios, e) someter evidencia en refutación, f) excluir de aquella evidencia que sea impertinente, inmaterial, repetitiva o inadmisible por fundamentos constitucionales o legales basados en los privilegios evidenciarios reconocidos por los Tribunales de PR, g) el funcionario que presida la vista podrá tomar conocimiento oficial de todo aquello que pudiera ser objeto de conocimiento judicial, h) las partes tendrán la oportunidad de presentar propuestas de determinaciones de hechos y conclusiones de derecho, i) además de ser resuelto dentro del término de seis (6) meses donde su radicación, salvo circunstancias excepcionales, Ley de Procedimiento Uniforme, secc. 3-13, según enmendada, 3LPRA sección 2163.

Así mismo, el artículo 2m sección 2.9 del reglamento procesal de la Comisión Apelativa, dispone que en aquellas circunstancias donde existe controversia sobre hechos esenciales, la Comisión ordenará la celebración de una Vista Pública con citación a las partes para cumplir con las exigencias de un debido proceso de Ley, basta con que se celebre una vista durante el trámite procesal del caso, previo a la determinación final del Foro Administrativo; Ubarri Blanes vs. Junta Hípica, 96. DPR. 803 (1968). La Comisión tiene que permitirle a las partes a presentar su prueba donde sostenga sus alegaciones, argumentos y defensas, por existir una controversia, que le obliga a celebrar la Vista Pública.

Sería una clara violación a las exigencias del debido proceso de Ley el no proveer a la parte Apelante un proceso justo y equitativo, que le permitieran presentar su caso y demostrar la realidad fáctica y procesal de las alegaciones, así como tener la oportunidad básica de refutar los señalamientos presentados por la Apelada, siendo este una proceso administrativo enmarcado en las protecciones de los derechos y garantías Constitucionales como es el debido proceso de Ley, Rivera Santiago vs. Srio. De Hacienda, 119 DPR 265 (1987), Fernández Quiñónez, Supra.

**POR LOS FUNDAMENTOS EXPUESTOS**, debe esta Honorable Comisión ordenar celebración de la vista que la parte Peticionaria tiene derecho, estando este caso listo para entrar en sus méritos hace ya bastante tiempo.

**CERTIFICO:** Que copia de este escrito fue remitido al LCDA NASIRA ABDULRAHAMAN SOLER DIRECTORA OFICINA LEGAL PO BOX 71200 SJ PR 00936, AL APELANTE A SU DIRECCION EN EL RECORD; AL CORONEL CARLOS HADOD ,PRESIDENTE DE FUPO PO BOX 5261 CAROLINA PR 00934-5261.

Respetuosamente sometido, hoy  21 de AGOSTO DE 2023  EN SJ PR 00924.

LCDO FERNANDO SANTIAGO ORTIZ
 LCDO. JOSÉ F. AVILES LAMBERTY
Abogados
Colegiado Número 8047,16285
Mansiones de San Martín
Suite #17
San Juan, PR 00924-4586
Tel. (787) 469-8786
Cel. (787) 406-9066

## Ascienden 516 oficiales a sargentos

**Ixtra Pacheco**
>ipacheco@elvocero.com

Un total de 516 agentes se convirtieron ayer en sargentos del Negociado de la Policía luego de agregar 500 nuevos sargentos para mejorar la supervisión.

Precisamente, López Figueroa hizo un llamado a que "para que me ayuden a que la Policía salga adelante, no solo con la aprobación de la Reforma de la Policía, sino la que requiere nuestro pueblo, la que se necesita".

De ese total, mayoría varones y 159 son mujeres. López Figueroa destacó que es también la primera vez que contará con esa cantidad de féminas.

El gobernador Pedro

Pierluisi reconoció que los ascensos respondían a un requisito que se estableció como parte de la Reforma de la Policía de agregar 500 nuevos sargentos para cumplir con la reforma estas abrir el proceso de exámenes para los ascensos a los rangos de teniente y capitán, que según

$84,000 por los próximos cinco meses de este año fiscal.

El próximo paso para cumplir con la

En la actividad reconocieron a cerca de 40 oficiales como Valores del Año. >Josian E. Bruno Gómez / EL VOCERO

el gobernador, debe ocurrir "en los próximos meses".

En una actividad repleta de familiares de los policías, y que contó con la presen- cia de oficiales y jueces fe- derales en el Coliseo Valores del Año. De otro lado, Pierluisi dijo que a pesar de los crí- menes que se han registra-

Mario "Quijote" Morales de Guaynabo, se entrega-

ron además 27 medallas al valor, incluyendo la de Waldemar Burgos Rodrí- guez, un agente que el 2 de abril del año pasado resultó herido de bala y casi pierde la vida en un intercambio con varios individuos tras una persecución.

Burgos Rodríguez ob- tuvo un aplauso de pie de parte de sus compañeros. También, se reconocieron a cerca de 40 oficiales como

do en esta semana, con una masacre en la que murió un niño de cuatro años y dos hermanitos resultaron he- ridos, además de un nuevo feminicidio por violencia doméstica, entiende que ha habido una baja en la incidencia criminal.

"Seguimos a la baja en el crimen. No como yo quisiera. Queremos una reducción mayor pero cuando lo comparamos con el año pasado y eso con el anterior, en ambos estamos viendo una reducción", aseguró.

---

## Compara cárcel con sentencia de muerte

Previo a conocer su castigo por cargos de robo de fondos federales, fraude electrónico y soborno con fondos de servicios honestos y exrepresentante se dirigió al magistrado para sustentar la solici- tud de su defensa, a cargo del licenciado Mi- chael Corona, de que fuera condenado solo a 30 meses de confinamiento en el hogar.

"Muchas veces, la gente desconoce las necesidades de las personas ciegas, el abu- so y el discrimen. Eso no va a ser una excep- ción en una institución carcelaria. Escuchar

que yo no me pueden garantizar que hay una instalación para una persona ciega y que ni tan siquiera a usted si eso es digno para un honesto", comentó el abo- gunta? Yo, en mi opinión no lo es", recla- mó el convicto no manifestó arrepenti- miento, Alonso Vega, aseguró entender el proceso, pero esto, insistió, debe ocurrir dentro del marco de "las condiciones de un ser humano".

"Que no pase de ser un castigo que se convierte en una sentencia de muerte. Pen- sará que es una exageración, pero no me puedan garantizar la seguridad", agregó el exrepresentante.

"En nunca se va a discul- parse en un caso que en- tiende que no es culpable, no me parece ni propio ni honesto", comentó el abo- gado.

Corona confirmó que apelarán la determinación del jurado compuesto por cinco mujeres y siete hom- bres que halló unánime- mente culpable a Alonso Vega en junio del 2022.

"Definitivamente vamos a apelar. En anticipo en el proceso como do numerosos errores en el que no nos dejaron preguntar al jurado

Fue encontrado culpable del robo de fondos federales, fraude electrónico de servicios honestos y soborno con fondos federales y kickbacks

Schooneyolff confirmó que del universo de reos a nivel federal, solo 357 son no videntes y que no hay una cárcel en este sistema dise- ñada específicamente para albergar a personas ciegas, aunque algunas instituciones tienen espacios para albergar personas con discapacidad.

---

**Istra Pacheco**
>ipacheco@elvocero.com

$81,500 a la Cámara de Representantes.

Además del confinamiento en cárcel, Arias Marxuach le dio tres años de libertad supervisada a Alonso Vega.

La Policía contará con un total de 562 sargentos.
>Nahira Montcourt / EL VOCERO

# Juez federal dará paso a los ascensos

Pedro A. Menéndez Sanabria
@pedro_menendez
>pmenendez@elvocero.com

El juez federal Francisco A. Besosa confirmó que accederá a una modificación en la adjudicación del resultado del examen del ascenso a sargento que tomaron 1,413 agentes el negociado de la Policía el pasado mes de diciembre, lo que permitirá que 264 oficiales alcancen el rango.

El magistrado anunció su determinación luego de escuchar una extensa explicación de parte de la licenciada Karlyn Díaz León, quien preside la Junta del Examen de Promociones de la Uniformada, sobre el proceso evaluativo de la prueba que apuntó a la necesidad de conceder cuatro de las 80 preguntas durante una vista de estatus sobre la reforma de la Policía estatal celebrada ayer en el Tribunal Federal en Hato Rey.

Díaz León detalló que el análisis efectuado reveló que de las preguntas no tenían información suficiente para que el agente pudiera seleccionar la contestación correcta de una manera efectiva, mientras que el otro par de ítems del examen no abordó asuntos relacionados con el rango de sargento.

"Las otras dos preguntas estaban basadas en información de memoria, no evaluaban el asunto en cuestión. Es lo que llamamos en Puerto Rico de botella", manifestó Díaz León a preguntas del Monitor y el fiscal federal.

Junto al Monitor de la reforma, la licenciada John Romero, y el fiscal federal Luis

Saucedo coincidieron con la conclusión de la experta.

Ante el consenso, el juez Besosa solicitó a las partes presentar una moción la próxima semana para que así pueda permitir el cambio.

Con esta modificación, la Uniformada tendrá un total de 562 nuevos sargentos, ya que originalmente 298 de los oficiales que tomaron la prueba habían alcanzado o superado el 70% de respuestas correctas necesarias para superar la misma.

Estos primeros 298 comenzarán su entrenamiento para la próxima semana, confirmó por su parte, el capitán Carlos Figueroa Oisolaza, quien dirige la Oficina de la Reforma de la Policía. Para este proceso solo falta que el Monitor federal apruebe el currículo para la prueba, lo que podría ocurrir hoy.

El examen fue ofrecido el 18 de diciembre y fue solicitado por 1,600 agentes, de los cuales 1,413 acudieron a la Academia de la Policía en Gurabo y los recintos de la Universidad Interamericana de Aguadilla, Inter Metro e Inter Ponce, donde se ofreció.

## Cuentan con los comisio...

Por su parte, el comisionado de la Policía, Antonio López Figueroa, manifestó su entusiasmo por la determinación del juez, al tiempo que adelantó que la cantidad de nuevos sargentos pudiera aumentar aún más, ya que los agentes que no pasaron el examen tienen derecho a solicitar una revisión del resultado, incluso, en nueve de estas intervenciones

> **Dato relevante**

## Unos 264
oficiales podrían ascender a sargento.

López Figueroa a EL VOCERO.

Mientras, el secretario del Departamento de Seguridad Pública, Alexis Torres Ríos, aseguró que su dependencia no solo está trabajando de forma coordinada con el gobierno federal para acatar todas las recomendaciones que planeta al monitor, sino que también se encuentran en el proceso de lograr que los agentes tengan todos los recursos necesarios en el campo.

## Varios los señalamientos

Durante la vista, el fiscal Saucedo destacó la necesidad de que todos los oficiales tengan radios portátiles siempre, al tiempo que destacó la necesidad de más supervisores de campo para la Policía, al recordar que desde el 2015 no se ofrecían exámenes para otorgar el rango de sargento, que son los su-pervisores de primera línea.

Durante la vista, el monitor federal pasó revista sobre los hallazgos del séptimo informe presentado en diciembre, que concluyó, entre otras cosas, que la falta de entrenamiento dentro de la Uniformada ha desembocado en el uso excesivo de fuerza, numerosos accidentes con armas de fuego y el desmoronamiento de ca-sos por fallas a la hora de preparar informes.

En el reporte, que abarcó el periodo desde abril a septiembre del 2022, apuntó que de los 83 informes de detenciones evaluados no contenían suficientes datos para determinar causa probable incluso, en nueve de estas intervenciones

Las otras dos preguntas estaban basadas en información de memoria, no evaluaban el asunto en cuestión. Es lo que llamamos en Puerto Rico 'de botella'.

**Karlyn Díaz León**
presidenta de la Junta del Examen de Promociones de la Policía

El monitor subrayó en su informe de más de 306 páginas rendido ante el magistrado federal que, aunque los constantes adiestramientos de capacitación son requeridos como parte de la reforma de la Policía estatal, "la falta de plataformas virtuales, las restricciones por el covid-19, las limitaciones de personal y el pobre manejo de los calendarios y priorización de los adiestramientos" causaron que "poco o ningún adiestramiento fuera ofrecido durante el periodo que abarcó el reporte".

Sobre este señalamiento, el fiscal Saucedo sentenció en corte que la práctica de los agentes de llevar una libreta personal para apuntar todos los detalles de las intervenciones y no pasar estos datos a los informes es sumamente preocupante y que debe terminar.

En cambio, el licenciado Gabriel A. Peñagarícano, quien representa en corte al gobierno de Puerto Rico, mencionó que la Uniformada se encontraba en proceso de implementar los cambios señalados en los pasados informes del monitor para excusarla de los señalamientos del informe, como fue las fallas en informes relacionados con el uso de la fuerza de los agentes.

Durante la vista, trascendió que la Policía presentará a la corte un nuevo borrador de su nuevo plan de adiestramientos a las integrantes de la Uniformada para el 10 de febrero, que tomará en cuenta varias de las observaciones presentadas por otras de las partes involucradas en la reforma y que una versión final del documento podría estar listo 30 días después de esa fecha.

https://www.elvocero.com/gobierno/agencias/juez-federal-dar-paso-a-los-ascensos-en-el-negociado-de-la-polic-a/article_c1c47dd8-9864-11ed-a970-3fa44b4ce4f7.html

FEATURED

# Juez federal dará paso a los ascensos en el Negociado de la Policía

Besosa permitirá modificaciones al examen para el rango de sargento

Pedro Menéndez Sanabria, EL VOCERO

Actualizado hace una hora

EXH IV



La Policía contará con un total de 562 sargentos. >Nahira Montcourt / EL VOCERO

El juez federal Francisco A. Besosa confirmó que accederá a una modificación en la adjudicación del resultado del examen del ascenso a sargento que tomaron 1,413 agentes del Negociado de la Policía el pasado mes de diciembre, lo que permitirá que 264 oficiales alcancen el rango.



## Amplían beneficios a familiares de policías que fallecen ejerciendo su deber

Redacción, EL VOCERO

El magistrado anunció su determinación luego de escuchar una extensa explicación de parte de la licenciada Karilyn Díaz León, quien preside la Junta del Examen de Promociones de la Uniformada, sobre el proceso evaluativo de la prueba que apuntó a la necesidad de conceder cuatro de las 80 preguntas durante una vista de estatus sobre la reforma de la Policía estatal celebrada ayer en el Tribunal Federal en Hato Rey.

Díaz León detalló que el análisis efectuado reveló que las preguntas no tenían información suficiente para que el agente pudiera seleccionar la contestación correcta de una manera efectiva, mientras que el otro par de ítems del examen no abordó asuntos relacionados con el rango de sargento.

"Las otras dos preguntas estaban basadas en información de memoria, no evaluaban el asunto en

cuestión. Es lo que llamamos en Puerto Rico 'de botella'", manifestó Díaz León a preguntas del magistrado federal.

Tanto el Monitor de la reforma de la Policía, John Romero, y el fiscal federal Luis E. Saucedo coincidieron con la conclusión de la experta.

Ante el consenso, el juez Besosa solicitó a las partes presentar una moción la próxima semana para que así pueda permitir el cambio.

Con esta modificación, la Uniformada tendrá un total de 562 nuevos sargentos, ya que originalmente 298 de los oficiales que tomaron la prueba habían

alcanzado o superado el 70% de respuestas correctas necesarias para superar la misma.

Estos primeros 298 comenzarán su entrenamiento para la próxima semana, confirmó, por su parte, el capitán Carlos Figueroa Ostolaza, quien dirige la Oficina de la Reforma de la Policía. Para este proceso solo falta que el Monitor federal apruebe el currículo para la prueba, lo que podría ocurrir hoy.

El examen fue ofrecido el 18 de diciembre y fue solicitado por 1,600 agentes, de los cuales 1,413 acudieron a la Academia de la Policía en Gurabo y los recintos de la Universidad Interamericana de Aguadilla, Inter Metro e Inter Ponce, donde se ofreció.

que su dependencia no solo está trabajando de forma coordinada con el gobierno federal para acatar todas las recomendaciones que plantea el monitor, sino que también se encuentran en el proceso de lograr que los agentes tengan todos los recursos necesarios en el campo.

Varios los señalamientos

Durante la vista, el fiscal Saucedo destacó la necesidad de que todos los oficiales tengan radios portátiles siempre, al tiempo que destacó la necesidad de más supervisores de campo para la Policía, al recordar que desde el 2015 no se ofrecían exámenes para otorgar el rango de sargento, que son los supervisores de primera línea.

Durante la vista, el monitor federal pasó revista sobre los hallazgos del séptimo informe sobre el cumplimiento de la reforma presentado en diciembre, que concluyó, entre otras cosas, que la falta de entrenamiento dentro de la Uniformada ha desembocado en el uso excesivo de fuerza, numerosos accidentes con armas de fuego y el desmoronamiento de casos por fallas a la hora de preparar informes.

En el reporte, que abarcó el periodo desde abril a septiembre del 2022, apuntó a que de los 82 informes de detenciones evaluados para su reporte, 45 no contenían suficientes detalles para determinar causa probable e incluso, en nueve de estas intervenciones ni siquiera se redactó el documento.

TALK TO YOUR DOCTOR
OR PHARMACIST

**LEARN MORE**

**GARDASIL 9 is a vaccine** for individuals ages 9-45 to help protect against certain diseases caused by some types of human papillomavirus (HPV).
*Information continues in scroll below*

**Important Safety Information for GARDASIL 9**
Anyone who is allergic to the ingredients of GARDASIL®9 (Human Papillomavirus 9-valent Vaccine, Recombinant) or GARDASIL® [Human Papillomavirus Quadrivalent (Types 6, 11, 16,

Patient Information                    Prescribing Information

Sobre este señalamiento, el fiscal Saucedo sentenció en corte que la práctica de los agentes de llevar una libreta personal para apuntar todos los detalles de las intervenciones y no pasar estos datos a los informes es sumamente preocupante y que debe terminar.

En cambio, el licenciado Gabriel A. Peñagarícano, quien representó en corte al gobierno de Puerto Rico, mencionó que la Uniformada se

encontraba en proceso de implementar los cambios señalados en pasados informes del monitor para excusarla de los señalamientos del informe, como fue las fallas en informes relacionados con el uso de la fuerza de los agentes.

Durante la vista, trascendió que la Policía presentará a la corte un nuevo borrador de su nuevo plan de adiestramientos a los integrantes de la Uniformada para el 10 de febrero, que tomará en cuenta varias observaciones presentadas por otras de las partes involucradas en la reforma y que una versión final del documento podría estar listo 30 días después de esa fecha.

El monitor subrayó en su informe de 306 páginas rendido ante el magistrado federal que, aunque los constantes adiestramientos de capacitación son requeridos como parte de la reforma de la Policía estatal, "la falta de plataformas virtuales, las restricciones por el covid-19, las limitaciones de personal y el pobre manejo de los calendarios y prioridades de los adiestramientos" causaron que "poco o ningún adiestramiento fuera ofrecido durante el periodo que abarcó el reporte".

 **Asesinatos en Puerto Rico: Con datos del ayer la Policía explica lo que hará mañana**
Andrea Cruz, EL VOCERO

**Pedro Menéndez Sanabria**

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**COMISION APELATIVA**
**DEL SERVICIO PUBLICO**

**ANTONIO VELAZQUEZ DIAZ**

CASP OCT 17'2312:33PH

APELANTES                                CASO NUM.:

VS                                       SOBRE :IMPUGNACION

NEGOCIADO POLICIA DE PUERTO RICO         EXAMEN ASCENSO
APELADA                                  **SARGENTO**

**APELACION**

**A LA HONORABLE COMISION:**

Comparece la parte Apelante a través del abogado que suscribe y muy respetuosamente
**EXPONE, ALEGA, SOLICITA:**

1-Que EL PETICIONARIO trabajaba para la POLICIA de PR y ocupan un puesto de
AGENTE de carrera, con carácter permanente, no ES unionados y no ejerce derecho a
sindicalizarse y no está en una unidad apropiada ni sujeto a un convenio colectivo, QUE
TOMO EL EXAMEN DE ASCENSO A LA CATEGORIA DE SARGENTO QUE FUE
OFRECIDO POR LA POLICIA   EL 17 DE DICIEMBRE DE 2022 Y SE LE
NOTIFICO QUE NO APROBO EL MISMO.

2- Que se esta radicando esta APELACION luego de agotar todo el remedio administrativo
disponible y  que EL APELANTE  SE SOMETIERA AL PROCESO DE REVISION Y
QUE ESTE FUERA NOTIFICADO Y QUE   A ACUDIR A LA REVISION QUE NO
APROBO EL EXAMEN   POR LO QUE HABIENDO AGOTADO   TODOS LOS
TRAMITES ANTE LA JUNTA DE EXAMEN DE ASCENSO  LE HAN  NOTIFICADO
QUE PUEDE ACUDIR A ESTE FORO   DE NO ESTAR DE ACUERDO CON LA
DECISION TOMADA POR LA AGENCIA QUE SOLITAR ESTA APELACION, ,que no
tiene recursos ante un foro superior por estos hechos radicados ni pendientes, .no descarta
hacerlo luego de agotar el remedio administrativos , aquellos que no cumplan con este
criterio ,así será informado. ,de haber alguno.

- 3-Que LA DIRECCION DEL APELANTE    ES    151 COMUNIDAD
ASDOMANTE 2 ,LAS PIEDRAS PR 00771,TEL939-475-3966 ., QUE COMO
EXPRECE ANTERIORMENTE ESTE SE.SOMETIO AL PROCESO DE
REVISION QUE FUERA ADVERTIDO Y ES EL 18 DE SEPTIEMBRE DE
2023 QUE LE INFORMAN EL RESULTADO DE LA REVISION LA CUAL
SE ESTA APELANDO SU DETERMINACION POR NO ESTAR CONFORME
CON SU RESULTADO ,NO SE LE ENTREGO NINGUN DOCUMENTO
ESCRITO DEL RESULTADO OBTENIDO, VIOLENTADO ASI LAS NORMAS
ESTABLECIDAS EN LA ,ORDEN GENERAL  DE LA AGENCIA,

4-Que EL Apelante radican esta Apelación  LUEGO DE AGOTAR EL REMEDIO
ADMINISTRATIVO entendiendo que  esta acción no es prematura ,que tienen una
legítima causa de acción, que existe una real controversia que adjudicar, que este es el
foro competente con jurisdicción primaria para entender y que conforme a su deber
ministerial en primera instancia debe  brindarle  la oportunidad  a estos de tener la vista
pública que autoriza la ley en un tiempo prudente y razonable.

5-Que la acción que se impugna está sostenida en una acción arbitraria, irrazonable, y en
violación al debido proceso de ley realizada en la agencia en su contra.   Que se impugna
de este examen ofrecido  varias preguntas del  examen de ascenso AL RANGO DE
SARGENTO efectuado el 17 de diciembre de 2022 por haberse incluido UN SIN
NUMERO DE PREGUNTAS  mal formuladas ,que al tratarse de seleccionar la
respuesta correcta ,existía la posibilidad de tener mas de una contestación ,cuyo efecto

de medición era incorrecto ,con errores en LA REDACCION DE LA MANERA QUE ESTABA FORMULADA , carentes de información que permitiera una respuesta adecuada a la materia  que se examinaban, .CON MATERIAS NO INCLUIDAS EN EL FOLLETO INFORMATIVO Y  LA CONVOCATORIA  DEL EXAMEN ,QUE SON IMPUGNABLES ANTE ESTE FORO ,POR LO QUE TAMBIEN SE IMPUGNA EL TRABAJO HECHO PR LA JUNTA  DE EXAMENES DE ASCENSO ,LA CUAL PREPARO UN EXAMEN DE ASCENSO  PLAGADO DE ERRORES EN MUCHAS DE LAS PREGUNTAS PRESENTADAS,,QUE NO ESTA CONFORME A  LO INCLUIDO EN LE FOLLETO INFORMATIVO Y CONVOCATORIA, donde se sometió en primera instancia la REVISION E IMPUGNACION,  la cual no fue considerada, por lo que se recurre ante este FORO para que asuma la jurisdicción en este caso y emita la revisión de lugar. YA QUE  NO SE HA CUMPLIDO CON EL DEBIDO PROCESO DE LEY Y LA JURISPRUDENCIA APLICABLE  .

6-Que lo actuado por la agencia al ofrecerse un examen que no cumple con los requisito de medición objetiva ,  le priva AL PETICIONARIO  de su oportunidad de ascenso y desarrollo profesional .en  LO cual es una determinación contraria a derecho que los afecta  y que por no estar conforme con esta determinación se impugna  este Examen, y se solicita se ordene la celebración de la vista de rigor para someter la prueba donde amparamos nuestra posición.  .

7-Que se ha agotado el remedio administrativo ante la agencia YA  QUE EL  APELANTE SE SOMETIO AL   PROCESO DE REVICION ACCION QUE HIZO SEGÚN LO PROGRAMO POR LA   AGENCIA    Y   NO LOGRO OBTENER   LA PUNTUACION DE PASE QUE ERA 56 ,  ,AL AMPARO DE LOS FUNDAMENTOS ANTES EXPUESTOS ,no le resta otra  acción que radicar esta APELACION ante un foro imparcial y objetivo como este ,LOS ASCENSOS  FUERON OTORGADOS EL 23 DE FEBRERO DE 2023 ,NO SIENDO PREMATURA ESTA APELACION..

8-Que se ha notificado personalmente a la agencia de este escrito, para que esta brinde su posición conforme lo requiere el Reglamento Procesal de esta Comisión, y en cumplimiento a los cánones de ética que gobierna y rige la práctica de la abogacía así con nuestra firma en este escrito certificamos haber dado cumplimiento a la notificación, se acompaña evidencia  .

9-Que se solicita EL REMEDIO QUE CORRESPONDA Y SE EMITA EL PRONUNCIAMIENTIO DE LUGAR QUE PUDIERA DICTARSE EN ESTA RECLAMACION Y/O ASCENDER AL PETICIONARIO  DE HABERSE DECLARADO HA LUGAR LA IMPUGNACION DE LAS PREGUNTAS QUE SE RECLAMAN Y PERMITIRLE A ESTE ALCAZAR LA NOTA DE PASE Y CUMPLIR CON LO ESTABLECIDO EN EL PROCESO DE ASCENSO, se le retribuya de acuerdo al rango de SARGENTO y se le pague los haberes dejados de percibir, el concebido interés legal de ser aplicable, y se ordene cualquier remedio u orden protectora de lugar.Y ADEMAS SE SOLICITA  SE ADOPTEN TODAS LAS ALEGACIONES HECHAS EN EL CASO EDGARDO RIVERA MARTINEZ Y OTROS  2023-06-0759 CON EL CUAL SE SOLICITA SEA CONSOLIDADO ESTA APELACION,QUE VERSA SOBRE LA MISMA CONTROVERSIA.

**EN MERITO DE TODO** lo cual se solicita se declare ha lugar esta apelación con cualquier pronunciamiento procedente.

**CERTIFICO** que copia de este escrito fue remitido por correo ordinario a la autoridad nominadora y a su representante legal a su dirección en el record y/o mediante entrega personal y así se acredite LCDA NASIRA ABDULRAHAMAN SOLER   PO  BOX  71200  SJ  PR 00936. AL APELANTE   A SU DIRECCION AQUÍ INCLUIDA AL   COR CARLOS HADOD ,PRESIDENTE  FUPO,  PO BOX 5261 CAROLINA PR 00934-5261

**Respetuosamente  sometido  HOY 16 DEOCTUBRE DE 2023  en   San Juan, Puerto Rico.**

3

LCDO JOSE F AVILES LAMBERTY
RUA 6670
COLEGIADO NUM  8047
MANSIONES DE SAN MARTIN
SUITE #17
SAN JUAN, P.R.00924-4586
TEL (787)   370-3757
CEL. (787) 406-9066
**F.U.P.O.**   (787)   754-4990 / 4991



GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE SEGURIDAD PÚBLICA
Negociado de la Policía de Puerto Rico

ALEXIS TORRES RIOS
SECRETARIO

ANTONIO LOPEZ FIGUEROA
COMISIONADO

SASG-NRH-1-688

18 de septiembre de 2023

Agte. Antonio Velázquez Díaz
Placa Núm. 31818
Email: AVelazquez@policia.pr.gov

REVISIÓN DE PUNTUACIÓN EXAMEN DE ASCENSO A SARGENTO

Estimado(a) agente Velázquez Díaz:

Usted fue citado el 14 de febrero de 2023, conforme a la Orden General 500-504, titulada, "Junta de Exámenes de Ascenso", para revisión de la puntuación obtenida en el examen de ascenso al Rango de Sargento mediante Convocatoria 2022-2.

Como resultado de dicho proceso, le notifico que su puntuación final es de 55 tras evaluar la hoja de contestaciones, la hoja con el reporte de corrección y la hoja de intención de preguntas.

De no estar de acuerdo, podrá apelar ante la Comisión Apelativa del Servicio Público (C.A.S.P.), dentro del término de treinta (30) días calendario, contados a partir de la notificación de esta comunicación. La dirección física de C.A.S.P. es: Calle Vela, número 6, Tercer Piso, Hato Rey, P.R. 00918. La dirección postal es la siguiente: P.O. Box 41149, San Juan, P.R. 00940-1149.

Además, deberá notificar el escrito de apelación al Negociado de la Policía de Puerto Rico, por conducto de la Oficina de Asuntos Legales, ubicada en el Cuartel General, personalmente o a través de correo a la siguiente dirección: P.O. Box 71200, San Juan P.R. 00936-8700.

Cmdte. Carlos J. Nazario Lebrón
Presidente Junta

P.O. BOX 70166 | SAN JUAN PR 00936-0166

☎ 787 793 1234    🌐 www.dsp.pr.gov

Auto-notificación: Favor NO responder | Confirmación de admisión para examen de ascenso

HelpDesk <HelpDesk@policia.pr.gov>
Vie 09/12/2022 16:53
Para: Antonio Velazquez Diaz <AVelazquez@policia.pr.gov>

# Estimado aspirante

Su solicitud de admisión al examen de ascenso al rango de Sargento del 17/Dec/2022 ha sido aprobada por la Junta de Exámenes de Ascenso.

Centro para tomar el examen: **Academia**
Salón: **305**
Dirección: **Carretera #189, Km. 6.3. Barriada Campamento Gurabo, P.R. 00778**
Número de Control: **JEA-56**

Usted tiene cinco (5) días laborables contados a partir del recibo de esta carta para cumplimentar a través del siguiente enlace: CERTIFICO las instrucciones para los aspirantes al examen de ascenso de Sargento. De usted no completar la misma no se admitirá a tomar el examen de ascenso.

Su admisión al lugar del examen se llevará a cabo mediante la presentación de esta carta junto con la identificación de empleado del Negociado de la Policía de Puerto Rico.

De tener alguna duda al respecto, favor de comunicarse con prontitud a la Junta de Exámenes de Ascenso al siguiente correo electrónico JuntaExamenAscenso@policia.pr.gov

**Lcda. Karylin Díaz León**
Presidenta Junta de Exámenes de Ascenso

Favor no responder, este mensaje es automático.

ESTADO LIBRE ASOCIADO DE PUERTO RICO
COMISION APELATIVA DEL SERVICIO PUBLICO

CASP OCT 17'2312:32PM

RAMON E MARTINEZ LOPEZ            CASO- NUM

Apelante
VS
POLICIA DE PUERTO RICO            MATERIA: IMPUGNACION EXAMEN
Apelada                                      ASCENSO A SARGENTO

## MOCION INFORMATIVA ASUMIENDO REPRESENTACION LEGAL Y SOLICITUD DE CONSOLIDACION

### A LA HONORABLE COMISION:

Comparece la parte Apelante a través del Abogado que suscribe y muy respetuosamente **EXPONE, ALEGA Y SOLICITA:**

1. Que se informa que en este caso la parte apelante  nos ha contratado recientemente para que asumamos su representación  legal antes este Foro,  ESTE ANTERIORMENE HABIA RADICADO ESTA APELACION POR DERECHO PR0PIO,DENTRO DEL TERMINO JURISDICIONAL. 27 JUNIO 23,

2. -Que  se solicita de la Honorable  Comisión nos autorice para representarle en este caso  Y   ADEMAS  SE SOLICITA QUE ESTE CASO SEA CONSOLIDADO  CON EL CASO  2023-06-0759  EDGARDO RIVERA MARTINEZ  Y OTROS 56 VS POLICIA PR POR TRATARSE DE LA MISMA CONTROVERSIA.

**POR LOS FUNDAMENTOS EXPUESTOS,** SE SOLICITA SE DECLARE HA LUGAR ESTA PETICION

**CERTIFICO: Que copia de este escrito fue remitida A LA   LCDA NASIRA ABDULRAHAMAN SOLER , Y  al  LCDO ALEXANDER MEDINA MELENDEZ AL PO Box 71200, San Juan, Puerto Rico 00936, HOY 16 DE OCTUBRE DE 2023 .Y AL APELANTE .A URB LOS PORTALES DE LAS PIEDRAS ,CALLE PORTAL DEL INDIO 213, LAS PIEDRAS PR 00771,TEL 787 634-2578**

LCDO. JOSE F. AVILES LAMBERTY
COLEGIADO 8047   Y   RUA 6670
MANSIONES DE SAN MARTIN 17
SAN JUAN, PR 00924-45866
Tels.   (787) 406-9066/

ESTADO LIBRE ASOCIADO DE PUERTO RICO
COMISION APELATIVA
DEL SERVICIO PUBLICO

RAMON E. MARTINEZ LOPEZ 24150
APELANTE

V.

NEGOCIADO DE LA POLICIA DE PUERTO RICO

CASO NUM:
SOBRE: IMPUGNACION EXAMEN ASCENSO
SARGENTO

**APELACION**

A LA HONORABLE COMISION:

Comparece la parte Apelante por derecho propio y muy respetuosamente EXPONE, ALEGA, Y SOLICITA:

1. Que el apelante trabaja para la Policía de Puerto Rico y ocupa el puesto de agente de carrera con carácter permanente, no soy unionado y no ejerzo derecho a sindicalizarme y no estoy en una unidad apropiada ni sujeto a un convenio colectivo.

2. Que al radicar este caso informo no tener otros recursos ante este Foro por otras acciones realizadas por la apelada, no tengo recursos ante un foro superior por estos hechos radicados ni pendientes.

   Que la dirección postal del apelante es:
   Urb. Portales de las Piedras
   Calle Portal del Indio #213
   Las Piedras, P.R. 00771
   Teléfono (787) 634-2578
   correo electrónico: ramonmartinez24150@gmail.com

3. Que el apelante radica esta apelación por entender que tiene una legítima causa de accion, que existe una real controversia que adjudicar, que este es el foro competente con jurisdicción primaria para entender y conforme a su deber ministerial en primera instancia se me debe brindar la oportunidad de tener la vista pública que autoriza la ley en un tiempo prudente y razonable.

4. Que la acción que se impugna está sostenida en una acción arbitraria, irrazonable y en violación al debido proceso de ley realizada en la agencia en su contra. Que se impugnan varias preguntas del examen de ascenso al rango de sargento efectuado el 17 de diciembre de 2022, por haberse incluido un sin número de preguntas mal formuladas, que al tratarse de seleccionar la respuesta corrrecta, existía la posibilidad de tener más de una contestación, cuyo efecto de medición era incorrecto, con errores en la redacción de la manera en que estaba formulada, carentes de información que permitiera una respuesta adecuada a la materia que se examinaba con materias no incluida en el folleto informativo y la convocatoria del exámen, que son impugnables ante este foro, por lo que también se impugan el trabajo hecho por la junta de exámenes de ascensos, la cual preparó un exámen de acenso plagado de errores en muchas de las preguntas presentadas, que no está conforme a lo incluido en el folleto informativo y convocatoria, donde se sometió en primera instancia la revisión e impugnación, la cual no fue considerada, por lo que se recurre ante este foro para que asuma la jurisdicción en este caso y emita la Revisión de lugar, ya que no se ha cumplido con el debido proceso de ley y la jurisprudencia aplicable.

5. Que lo actuado por la agencia al ofrecerse un exámen que no cumple con los requisitos de medición objetiva, le priva al peticionario de su oportunidad de ascenso y desarrollo profesional.

6. Que en 19 de diciembre de 2022, mediante correo outlook de la agencia, recibí primera notificación con los resultados del examen, en la cual se informa que obtuve 48 puntos, siendo la nota de pase 56. Anejo I

7. De conformidad con la Orden General 500-504, se solicitó la revisión del exámen de ascenso al rango de sargento. La misma fue señalada para el 17 de febrero de 2023. Como resultado de dicho proceso, me fue enviada la comunicación SASG-NRH-1-439 de 25 de mayo y recibia en 1 de junio de 2023, (Anejo II) mediante el correo outlook de la agencia, (Anejo III) en la que me informan, que tras evaluar la hoja de contestación, la hoja con el reporte de corrección y la hoja de intetención de preguntas, la putuación final era de 50. En esta se comunicación se advirito del derecho de apelar ante esta Junta en el término de treinta (30) dias.

8. Que habiéndose agotado el remedio administrativo ante la agencia, a este apelante no le resta otra acción que radicar esta apelación.

CERTIFICO: Que se estará notificando personalmente copia de este escrito a la parte apelante: Policía de Puerto Rico, Oficina de Asuntos Legales Y Junta de Examenes para Ascenso, PO Box 70166, San Juan, P.R. 00936-8700.

POR TODO LO CUAL, solicito que se declare ha lugar la presente apelación con aquellos pronunciamientos que en derecho procedan.

Respetuosamente sometido, hoy 21 de junio de de 2023, en San Juan, Puerto Rico.

Ramon E. Martinez López
Urb. Portales de Las Piedras
Calle Portal del Indio
Las Piedras, P. R. 00771
Tel. (787)634-2578
ramonmartinez24150@gmail.com

**Recepcion**

| | |
|---|---|
| **From:** | HelpDesk <HelpDesk@policia.pr.gov> |
| **Sent:** | Monday, December 19, 2022 10:10 PM |
| **To:** | Ramon E Martinez Lopez |
| **Subject:** | Auto-notificación: Favor NO responder \| Notificación de calificación de examen de ascenso |

# AGENTE Martinez Lopez Ramon E

Placa: 24150
Área: AREA POLICIACA FAJARDO
Superintendencia: SUP AUXILIAR INVESTIGACIONES CRIMINALES

Estimado (a): AGENTE

El 17/Dec/2022, se administró la prueba escrita para ascenso al rango de Sargento a tenor con la Convocatoria 2022-2.

Usted contestó correctamente 48, de un total de ochenta (80) preguntas. Para aprobar el examen, es requisito contestar un mínimo de cincuenta y seis (56) preguntas.

De usted no estar de acuerdo con la puntuación obtenida, deberá presentar ante la Junta de Exámenes para Ascenso, que ubica en la Oficina del Comisionado, piso 3, Cuartel General, una solicitud de revisión dentro de los **próximos quince (15) días calendario a partir de la fecha de la notificación por escrito de la puntuación obtenida,** conforme lo establece en la Orden General Capítulo 500, Sección 504, titulada: 'Junta de Exámenes de Ascenso'. En su solicitud de revisión deberá exponer **en detalle los fundamentos en que se sustenta la misma.**

En toda solicitud de revisión deberá indicarse claramente el centro y el número de salón donde tomó la prueba.

De la Junta determinar que procede la revisión, se le notificará el día, fecha, hora y lugar en que deberá comparecer. De no asistir, sin la debida justificación, la Junta entenderá que renuncia a su derecho a revisión y dará por adjudicado el caso.

Cordialmente,

**Cnel. Antonio López Figueroa**
Comisionado NPPR

Favor no responder, este mensaje es automático.

1



GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE SEGURIDAD PÚBLICA
Negociado de la Policía de Puerto Rico

ALEXIS TORRES
SECRETARIO

ANTONIO LÓPEZ FIGUEROA
COMISIONADO

21 de junio de 2023

Comisión Apelativa del Servicio Público
Calle Vela, Número 6, Tercer Piso
Hato Rey, PR  00918

Oficina de Asuntos Legales
Cuartel General
Hato Rey, PR

REVISION DE PUNTUACION EXAMEN DE ASCENSO A SARGENTO

El pasado 1 de junio de 2023 por correo electrónico recibí la comunicación **SASG-NRH-1-439**. En donde me indica que luego de la evaluación mi puntuación final fue de 50.

Entiendo que yo con lo estudiado y visto en el examen pase el mismo. A la vez, me fije que hay malas redacciones de preguntas y contestaciones.  Adicional a esto, hubo problemas de luz que afectaron mi estado de animo.

Por lo antes expuesto solicito una revision.

Cordialmente,

Agte. Ramón E. Martínez López 24150
Agente Investigador, Servicios Técnicos
Cuerpo Investigaciones Criminales, Fajardo





GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE SEGURIDAD PÚBLICA
Negociado de la Policía de Puerto Rico

ALEXIS TORRES RIOS
SECRETARIO

ANTONIO LOPEZ FIGUEROA
COMISIONADO

SASG-NRH-1-439

25 de mayo de 2023

Agte. Ramón E. Martínez López
Placa Núm. 24150
Email: remartinez@policia.pr.gov

**REVISIÓN DE PUNTUACIÓN EXAMEN DE ASCENSO A SARGENTO**

Estimado(a) agente Martínez López:

Usted fue citado el 17 de febrero de 2023, conforme a la Orden General 500-504, titulada, "Junta de Examenes de Ascenso", para revisión de la puntuación obtenida en el examen de ascenso al Rango de Sargento mediante Convocatoria 2022-2.

Como resultado de dicho proceso, le notifico que su puntuación final es de 50 tras evaluar la hoja de contestaciones, la hoja con el reporte de corrección y la hoja de intención de preguntas.

De no estar de acuerdo, podrá apelar ante la Comisión Apelativa del Servicio Público (C.A.S.P.), dentro del término de treinta (30) días calendario, contados a partir de la notificación de esta comunicación. La dirección física de C.A.S.P. es: Calle Vela, número 6, Tercer Piso, Hato Rey, P.R. 00918. La dirección postal es la siguiente: P.O. Box 41149, San Juan, P.R. 00940-1149.

Además, deberá notificar el escrito de apelación al Negociado de la Policía de Puerto Rico, por conducto de la Oficina de Asuntos Legales, ubicada en el Cuartel General, personalmente o a través de correo a la siguiente dirección: P.O. Box 71200, San Juan P.R. 00936-8700.

Lcda. Karilyn Díaz León
Presidenta Junta



ESTADO LIBRE ASOCIADO DE PUERTO RICO
COMISION APELATIVA
DEL SERVICIO PUBLICO

ERIC RODRIGUEZ CALDERON

                      CASO - 2023-04-0120

      APELANTE             SOBRE -IMPUGNACIO EXAMEN
                              ASCENSO

POLICIA DE PUERTO RICO    -

      APELADA

## APELACION  ENMENDADA SOLICITANDO CORRECCION DEL  NUMERO DEL CASO Y CONSOLIDACION INFORMADO

### A LA HONORABLE COMISION:

Comparece la parte Apelante a través del Abogado que suscribe y muy respetuosamente **EXPONE, ALEGA Y SOLICITA:**

1-Que el Apelante trabaja para la Policia de Puerto Rico y ocupa un puesto  de Agente de orden Publico de carrera con carácter permanente ,no es unionado  y no ejerce derecho a sindicalizarse y no esta en una unidad apropiada ni sujeto a un convenio colectivo.

2-Que al radicar este caso se informa  que no tiene otros recursos ante este Foro o Foro superior por estos hechos  ni pendientes.

3-.Que expresa además  que la parte peticionaria tiene sumo interés en que su caso radicado sobre Impugnación de  Ascenso ante este Foro sea atendido de conformidad  a su Reglamento vigente,  y se solicita sea consolidado con el caso EDGARDO RIVERA MARTINEZ  QUE POR ERROR SE INFORMO  EL NUMERO DE CASO COMO 2023-02-0037 CUANDO EL NUMERO CORRECTO DEL CASO LO ES 2023-06-0759, SEGÚN NOS LO INFORMARAN HOY 14 DE DICIEMBRE DE 2023 EN LA SECRETARIA Y  QUE VERSA SOBRE ESTOS MISMOS HECHOS,   estamos dispuesto  a esperar por el   turno que nos sea asignado para que este caso citado como corresponde , ello sin renunciar a los derechos  que nos asisten PARA QUE SE ENMIENDE EL NUMERO DEL CASO PREVIAMENTE INFORMADO.

4--Que este caso se ha radicado esta apelación por entender que la parte Apelante tiene una legítima causa de acción, por la cual se ha afectado un derecho Ascender  y que este foro puede proveer un remedio para ello.

5-Que esta apelación tiene alegaciones específicas, debidamente fundamentadas y que a base de la delegación  conferida a esta Honorable Comisión, tiene una responsabilidad ministerial para permitirle a la parte Apelante la presentación de la prueba donde sostiene su petición y que siendo el foro competente debe cumplir con su prestación y darle la oportunidad  de ser escuchado.

6-Que esta apelación no es prematura, se ha agotado todo los medios para obtener de la Apelada una determinación pero han sido infructuosas las gestiones realizadas, esta se reitera en su posición de actuar contrario a derecho, en perjuicio del empleado, ignorando sus reclamos y en violación al debido proceso de ley y a sus derechos.

7-Que con su proceder  en la otorgación de este examen la  Apelada se aparto de la ley y sus reglamentos , menoscaba los méritos del derecho del Apelante  a ser ascendido, que afecta su progreso como empleado y afecta áreas esenciales al principio del mérito y esta Honorable Comisión tiene la ineludible obligación de otorgarle al apelante una vista donde pueda defender sus derechos.

8-La controversia en este caso esta madura y ha transcurrido un tiempo razonable desde la radicación de esta apelación para que se señale esta vista y que hemos sido paciente esperando nuestro turno en el complicado calendario que tiene la Comisión para emitir sus señalamientos.

9-Si existe una legitima causa de acción, un agravio que surge que el funcionario radique apelación que no debe desestimarse ni archivarse sin brindársele a la parte la oportunidad de presentar su caso , esta Honorable Comisión fue creada para brindar en un tiempo apropiado a las partes la oportunidad de presentar sus reclamos y objetivamente resolver dentro de un debido proceso de ley el caso.

10-No dudamos de la amplia discreción que tiene la Comisión para entender en los asuntos que son radicados por las partes, pero no puede disponer de ellos a modo sumario y sin celebrar la vista a que tiene derecho el empleado.

La vista pública adjudicativa es la fase inicial de todo proceso formal de adjudicación, Demetrio Fernández Quiñónez, derecho administrativo y Ley de procedimiento uniforme, 2da. Ed, Forum, 2001, a la pág. 155.

La celebración de una vista es un derecho que tienen los litigantes ante todo foro administrativo. En toda vista adjudicativa a celebrarse deberá cumplirse con los siguientes requisitos: a) Ser pública, b) grabarse o estenografiarse, c) brindar a todas las partes la oportunidad de responder, presentar prueba y argumentar, d) conducir interrogatorios, e) someter evidencia en refutación, f) excluir de aquella evidencia que sea impertinente, inmaterial, repetitiva o inadmisible por fundamentos constitucionales o legales basados en los privilegios evidenciarios reconocidos por los Tribunales de PR, g) el funcionario que presida la vista podrá tomar conocimiento oficial de todo aquello que pudiera ser objeto de conocimiento judicial, h) las partes tendrán la oportunidad de presentar propuestas de determinaciones de hechos y conclusiones de derecho, i) además de ser resuelto dentro del término de seis (6) meses donde su radicación, salvo circunstancias excepcionales, Ley de Procedimiento Uniforme, secc. 3-13, según enmendada, 3LPRA sección 2163.

Así mismo, el artículo 2m sección 2.9 del reglamento procesal de la Comisión Apelativa, dispone que en aquellas circunstancias donde existe controversia sobre hechos esenciales, la Comisión ordenará la celebración de una Vista Pública con citación a las partes para cumplir con las exigencias de un debido proceso de Ley, basta con que se celebre una vista durante el trámite procesal del caso, previo a la determinación final del Foro Administrativo; Ubarri Blanes vs. Junta Hípica, 96. DPR. 803 (1968). La Comisión tiene que permitirle a las partes a presentar su prueba donde sostenga sus alegaciones, argumentos y defensas, por existir una controversia, que le obliga a celebrar la Vista Pública.

Sería una clara violación a las exigencias del debido proceso de Ley el no proveer a la parte Apelante un proceso justo y equitativo, que le permitieran presentar su caso y demostrar la realidad fáctica y procesal de las alegaciones, así como tener la oportunidad básica de refutar los señalamientos presentados por la Apelada, siendo este una proceso administrativo enmarcado en las protecciones de los derechos y garantías Constitucionales como es el debido proceso de Ley, Rivera Santiago vs. Srio. De Hacienda, 119 DPR 265 (1987), Fernández Quiñónez, Supra.

**POR LOS FUNDAMENTOS EXPUESTOS**, debe esta Honorable Comisión ordenar celebración de la vista que la parte Peticionaria tiene derecho, estando este caso listo para entrar en sus méritos .

**CERTIFICO:** Que copia de este escrito fue remitido al LCDO VICTOR MALDONADO DIRECTOR OFICINA LEGAL POLICIA PR Y AL LCDO ALEXANDER MEDINA MELENDEZ ,PO BOX 71200,SJ PR 00936 Y AL APELANTE. PO BOX 1219 CANOVANAS PR 00612

Respetuosamente sometido, hoy 15 de NOVIEMBRE de 2023, en San Juan, Puerto Rico.

LCDO. JOSE F. AVILES LAMBERTY
Abogado
RUA 6670
Colegiado Número 8047,

Mansiones de San Martín
Suite #17
San Juan, PR 00924-4586
Tel. (787) 370-3757
Cel. (787) 406-9066

ESTADO LIBRE ASOCIADO DE PUERTO RICO
COMISION APELATIVA DEL SERVICIO PUBLICO
SAN JUAN, PUERTO RICO

| | | |
|---|---|---|
| ERIC RODRIGUEZ CALDERON | ( | Caso Núm: 2023-04-0120 |
| Apelante | ( | |
| | ( | |
| VS | ( | SOBRE.; IMP EXAM ASCENSO |
| | ( | SARGENTO |
| POLICIA DE PUERTO RICO | ( | |
| Apelada | ( | |

-----------------------------------------------

## MOCION INFORMATIVA SOBRE SOLICITUD DE ASUMIR REPRESENTACION LEGAL

**A LA HONORABLE COMISION:**

Comparece la parte Apelante a través del Abogado que suscribe y muy respetuosamente **EXPONE, ALEGA Y SOLICITA:**

1. Que se solicita que se acepte que asumamos la representación legal del apelante en este caso.

2. Hemos conversado con la parte Apelante y este interesa contratar nuestros servicios como su nuevo representante legal.

3. Que a tal efecto, le hemos orientado y hemos examinado el expediente legal del caso.

4. Que la dirección del Apelante es la siguiente, PO BOX 1219 CANOVANAS PR 00612
5-Que cualquier orden en transito pendiente de atender favor de referirnosla   PARA SU ATENCION DE INMEDIATO.-

**EN MERITO DE TODO LO CUAL** se solicita emita el pronunciamiento de lugar.

**CERTIFICO:** Que copia de este escrito fue remitido a la LCDO ALEXANDER MEDINA MELENDEZ  PO Box 70166, San Juan, PR 00936 y AL APELANTE .

Respetuosamente sometido, hoy 20 de JUNIO de 2023, en San Juan, Puerto Rico.

LCDO. JOSE F. AVILES LAMBERTY
COLEGIADOS NUM: 8047
ABOGADO
MANSIONES DE SAN MARTIN
SUITE 17, SJ PR 00924-4586
TEL. (787) 370-3757
CEL. (787) 406-9066
FUPO (787) 754-4990

ESTADO LIBRE ASOCIADO DE PUERTO RICO
COMISION APELATIVA DEL SERVICIO PUBLICO

JONATHAN VAZQUEZ RODRIGUEZ        CASO- NUM        CASP OCT 17'23 12:31 PM

-

    Apelante
    VS
POLICIA DE PUERTO RICO        MATERIA: IMPUGNACION EXAMEN
    Apelada        ASCENSO A SARGENTO

## MOCION INFORMATIVA ASUMIENDO REPRESENTACION LEGAL Y SOLICITUD DE CONSOLIDACION

### A LA HONORABLE COMISION:

Comparece la parte Apelante a través del Abogado que suscribe y muy respetuosamente **EXPONE, ALEGA Y SOLICITA:**

1.  Que se informa que en este caso la parte apelante nos ha contratado recientemente para que asumamos su representación legal antes este Foro, ESTE ANTERIORMENE HABIA RADICADO ESTA APELACION POR DERECHO PR0PIO,DENTRO DEL TERMINO JURISDICIONAL.

2.  -Que se solicita de la Honorable Comisión nos autorice para representarle en este caso Y ADEMAS SE SOLICITA QUE ESTE CASO SEA CONSOLIDADO CON EL CASO 2023-06-0759 EDGARDO RIVERA MARTINEZ Y OTROS 56 VS POLICIA PR POR TRATARSE DE LA MISMA CONTROVERSIA.

**POR LOS FUNDAMENTOS EXPUESTOS**, SE SOLICITA SE DECLARE HA LUGAR ESTA PETICION

**CERTIFICO: Que copia de este escrito fue remitida A LA LCDA NASIRA ABDULRAHAMAN SOLER , Y al LCDO ALEXANDER MEDINA MELENDEZ AL PO Box 71200, San Juan, Puerto Rico 00936, HOY 16 DE OCTUBRE DE 2023 .Y AL APELANTE .A HC-63 B0X 3216, PATILLAS PR 00723 , TEL 787 595-7334**

LCDO. JOSE F. AVILES LAMBERTY
COLEGIADO 8047  Y  RUA 6670
MANSIONES DE SAN MARTIN 17

SAN JUAN, PR 00924-45866
Tels.   (787) 406-9066/

JONATHAN L VAZQUEZ RODRIGUEZ                    CASO: IMPUGNACION EXAMEN ASCENSO

V.

NEGOCIADO DE LA POLICIA DE PUERTO RICO

APELACION

A LA HONORABLE COMISON·

Comparece la parte apelante por derecho propio y muy respetuosamente EXPONE, ALEGA, Y SOLICITA:

1. Que el apelante trabaja para la Policía de Puerto Rico y ocupa el puesto de agente de carretera con carácter permanente, no soy unionado y no ejerzo derecho a sindicalizarme y no estoy en una unidad apropiada ni justo a un convenio colectivo.

2. Que al radicar este caso informo no tener otros recursos ante este foro para otras acciones realizadas por la apelada, no tengo recursos ante un foro superior por estos hechos radicados ni pendientes.

3. Que la dirección postal del apelante es: Hc 63 Box 3216 Patillas Puerto Rico 00723

4. Que el apelante radica esta apelación por entender que tiene una legitima causa de acción, que existe una real controversia que adjudicar, que este es el foro competente con jurisdicción primaria para entender y conforme a su deber ministerial en primera instancia se me debe brindar la oportunidad la vista pública que autoriza la ley en un tiempo prudente y razonable.

5. Que la acción que se impugna está sostenida en una acción arbitraria, irrazonable y en violación al debido proceso de ley realizada en la agencia en su contra. Que se impugnan varias preguntas del examen de ascenso al rango de sargento efectuado 17 de diciembre de 2022, por haberse incluido un sin número de preguntas mal formuladas, que al tratarse de seleccionar la respuesta correcta, existía la posibilidad de tener más de una respuesta, cuyo efecto de medición era incorrecto, con errores en la redacción de la manera que estaba formulada, carentes de información que permitiera una respuesta adecuada a la materia que se examinaba con materias no incluidas en el folleto informativo y la convocatoria del examen, que son impugnables ante este foro, por lo que también se impugna el trabajo hecho por la junta de exámenes de ascensos, la cual preparó un examen de ascenso plagado de errores en muchas de la preguntas presentadas, que no están conforme a lo incluido en el folleto informativo y convocatoria, donde se sometió en primera instancia la revisión e impugnación, la cual no fue considerada, por lo que se recurre ante este foro para que asuma la jurisdicción en este caso y emita la revisión de lugar, ya que no se ha cumplido con el debido proceso de ley y la jurisprudencia aplicable.

6. Que lo actuado por la agencia al ofrecerse un examen que no cumple con los requisitos de medición objetiva, le priva al peticionario de su oportunidad de ascenso y desarrollo profesional.

7. En 19 de diciembre de 2022, recibí mi primera notificación con los resultados del examen.

8. En 31 de enero 2022, se solicitó la revisión del examen de ascenso al rango de sargento conforme a la Orden General 500-504.

9. En 27 de enero de 2023 recibí notificación de la junta de Exámenes para ascenso de la Policía, en la cual se indica que se concedió nueva puntuación luego de un proceso evaluativo ordinario para todos los examinados.

10. El 6 de marzo de 2023, mediante el Outlook (correo electrónico de la agencia) recibo citación de la Junta de Exámenes para Ascenso para acudir el día 10 de marzo de 2023 a la revisión solicitada.

11. El día 1 de junio de 2023 mediante Outlook (correo electrónico de la agencia) recibo notificación de resultado de proceso antes mencionado de revisión con la puntuación final de 55 puntos.

12. Que habiéndose agotado el remedio administrativo ante la agencia y a este apelante no le resta otra acción que radicar esta apelación.

CERTIFICO: Que se estará notificando personalmente copia de este escrito a la parte apelante: Policia de Puerto Rico, Oficina de Asuntos legales y junta de Exámenes para Ascenso PO Box70166, San Juan, PR 00918-4140.

POR TODO LO CUAL, solicito que se declare ha lugar la presente apelación con aquellos pronunciamientos que en derecho procedan

Respetuosamente sometido hoy 23 de junio de 2023, en Guayama, Puerto Rico.

**GOBIERNO DE PUERTO RICO**
**COMISIÓN APELATIVA DEL SERVICIO PÚBLICO**
PO Box 41149, San Juan, PR 00940-1149
Tel (787) 723-4242 Fax (787) 723-4699
http //www casp pr gov

Imprimir

Jonathan L. Vázquez Rodríguez
Nombre y Dos Apellidos

Núm. Caso: _____

vs.

Policia de Puerto Rico
Nombre de la Agencia o Municipio

Sobre: _____

### MOCIÓN EN SOLICITUD DE ORDEN

A LA HONORABLE COMISIÓN:

Comparece por derecho propio la parte apelante de epígrafe, Jonathan Vázquez Rodríguez muy respetuosamente alega, expone y solicita como sigue:

1) Que la Comisión se exprese en torno a:

☐ Conferencia con Antelación a la Vista Pública previamente ordenada sea celebrada ante Oficial Examinador(a). Sección 4.1 (a) del Reglamento Procesal.

☐ Intervención de la Comisión para resolver asuntos relacionados al descubrimiento de prueba, a tenor con las disposiciones de la Sección 2.11 (f)(iv) y (v) del Reglamento Procesal.

☐ Prórroga de ____ días calendarios, sujeto a las disposiciones de la Sección 8.9 del Reglamento Procesal, para _____

    Solicitud de señalamiento de Vista Pública.

    Solicitud de Orden Protectora relacionado al descubrimiento.

    Solicitud para que el asunto sea resuelto por el expediente, resolución sumaria conforme al Artículo VI Sección 6.2 del Reglamento Procesal, y sujeto a las disposiciones de la Sección 6.4.

    Suspensión de vista pública señalada para el: _____

☒ Solicitud de anotación de rebeldía a la parte apelada.

☐ Otro: _____

2) La(s) razón(es) para solicitar la orden es (son) la(s) siguientes:
Al amparo de reglamento Procesal Section 2.8 inciso i y siguiente. La parte apelada no ha gestado a otra Solicitud Prorroga dentro del Termino establecido

**POR TODO LO CUAL,** respetuosamente solicito de esta Honorable Comisión Apelativa que se expida orden concediendo lo solicitado, y cualquier otro asunto que en este derecho proceda.

CERTIFICO que estoy enviando en esta misma fecha copia de esta moción a la otra parte a su dirección de récord, utilizando el siguiente mecanismo:

Revisado en Septiembre de 2007

⌐ correo regular   ⊠ correo certificado con acuse de recibo   ⌐ personalmente

⌐ Otro: _____

RESPETUOSAMENTE SOMETIDO

En _Guayama_ . Puerto Rico a _C.A.S.P._ .

_____
FIRMA DEL APELANTE

Dirección: _HC 63 REV 3216 Patillas_
_P.R. 00123_
Teléfono: _(787) 595-7384_   Facsimile: _____

31 de enero de 2023

**Antonio López Figueroa**
Comisionado
Negociado Policía de Puerto Rico

**Lcda. Karilyn Díaz León**
Presidenta
Junta de Exámenes

**Agte. Jonathan Vazquez Rodriguez,36097**
División Patrullas Carreteras Guayama

## REVISION EXAMEN PARA EL RANGO DE SARGENTO

El día 17 de diciembre de 2022, tome el exámen para ascenso al rango de Sargento en la Universidad Interamericana de Ponce Salón E-227

En dicho exámen obtuve una puntuación de 55 preguntas contestadas correctamente.

Solicito muy respetuosamente Según lo establece la Orden General Cap-500-504 'Titulada junta de Examenes de Ascenso:' se me permita revisar el mismo ya que muchos compañeros recibieron un segundo correo electrónico donde se le otorgaron (6) puntos adicionales; al momento no he recibido correo alguno brindandome dichos puntos adicionales.
Espero su pronta respuesta para que se me permita revisar el exámen administrado
OUTLOOK. jvazquez17@policia.pr.gov
**TELEFONO:787-595-7334**

 GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE SEGURIDAD PUBLICA
Negociado de la Policía de Puerto Rico

ALEXIS TORRES
SECRETARIO

ANTONIO LÓPEZ FIGUEROA
COMISIONADO

OC-1-6-222

6 de marzo de 2023

Agte. Jonathan Vázquez Rodríguez
Placa Núm. 36097
Div. Patrullas Carreteras
Área de Guayama

Estimado(a) Agente Vázquez Rodríguez:

Hacemos referencia a su comunicación, en la cual solicita revisión de su examen, según se indica en el Artículo V, Inciso H de la Orden General Capítulo 500 Sección 504, "Junta de Exámenes de Ascenso". Esto luego de haber tomado el examen de ascenso al Rango de Sargento, conforme a la Convocatoria 2022-2, emitida el 30 de septiembre de 2022.

Por lo expuesto, se le cita a comparecer el día **viernes, 10 de marzo de 2023**, hora **1:45 p.m., en el Cuartel General, Piso 9, Superintendencia Auxiliar de Servicios Gerenciales**.

La revisión de la prueba de selección múltiple consistirá en mostrar la contestación correcta. El método de evaluación y formulación del examen no será materia de discusión, revisión, ni evaluación, tampoco se permitirá en este proceso, la impugnación de preguntas.

Se le informa, además, que deberá hacer entrega de su arma de reglamento en la División de Vigilancia, la cual se regirá por lo dispuesto en la Orden General Capítulo 600 Sección 618 "Uso y Manejo de las Armas de Fuego".

De usted no estar de acuerdo con el resultado del proceso de revisión, podrá acudir a la Comisión Apelativa del Servicios Público (CASP), en un término de treinta (30) días.

De requerir información adicional podrá comunicarse a la extensión 2970, Junta de Exámenes de Ascenso.

Cordialmente,

Lcda. Karilyn Díaz León
Presidenta
Junta de Exámenes de Ascenso

Saludos

El Dia 10 MARZO 2023 fui citado
Para la Revision del examen de Sargento
en el Cuartel General Piso 9. Sup. Auxiliar
Servicios Generales con el Sr. Juan C. Cestero
el Cual me mostro el examen y no me
otorgo ningun Punto.

Atte. Jonathan Vazque Rdrigue- 36097



GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE SEGURIDAD PÚBLICA
Negociado de la Policía de Puerto Rico

ALEXIS TORRES RIOS
SECRETARIO

ANTONIO LOPEZ FIGUEROA
COMISIONADO

SASG-NRH-1-473

25 de mayo de 2023

Agte. Jonathan Vázquez Rodríguez
Placa Núm. 36097
Email: JVazquez17@policia.pr.gov

**REVISIÓN DE PUNTUACIÓN EXAMEN DE ASCENSO A SARGENTO**

Estimado(a) agente Vázquez Rodríguez:

Usted fue citado el 10 de marzo de 2023, conforme a la Orden General 500-504, titulada, "Junta de Exámenes de Ascenso", para revisión de la puntuación obtenida en el examen de ascenso al Rango de Sargento mediante Convocatoria 2022-2.

Como resultado de dicho proceso, le notifico que su puntuación final es de 55 tras evaluar la hoja de contestaciones, la hoja con el reporte de corrección y la hoja de intención de preguntas.

De no estar de acuerdo, podrá apelar ante la Comisión Apelativa del Servicio Público (C.A.S.P.), dentro del término de treinta (30) días calendario, contados a partir de la notificación de esta comunicación. La dirección física de C.A.S.P. es: Calle Vela, número 6, Tercer Piso, Hato Rey, P.R. 00918. La dirección postal es la siguiente: P.O. Box 41149, San Juan, P.R. 00940-1149.

Además, deberá notificar el escrito de apelación al Negociado de la Policía de Puerto Rico, por conducto de la Oficina de Asuntos Legales, ubicada en el Cuartel General, personalmente o a través de correo a la siguiente dirección: P.O. Box 71200, San Juan P.R. 00936-8700.

Lcda. Karilyn Díaz León
Presidenta Junta

ESTADO LIBRE ASOCIADO DE PUERTO RICO
COMISION APELATIVA DEL SERVICIO PUBLICO

ANGEL E  MARQUEZ FUENTES              CASO NUM –

     Apelante

          VS

POLICIA DE PUERTO RICO              Materia:  IMPUGNACION EXAMEN
     Apelada                                    ASCENSO A SARGENTO

CASP OCT 17'2312:29PM

## MOCION INFORMATIVA ASUMIENDO REPRESENTACION LEGAL Y SOLICITUD DE CONSOLIDACION

### A LA HONORABLE COMISION:

Comparece la parte Apelante a través del Abogado que suscribe y muy respetuosamente **EXPONE, ALEGA Y SOLICITA**:

1.  Que se informa que en este caso la parte apelante  nos ha contratado recientemente para que asumamos su representación  legal antes este Foro,  ESTE ANTERIORMENE HABIA RADICADO ESTA APELACION POR DERECHO PR0PIO,EL  13 DE JUNIO 2023.

2.  -Que  se solicita de la Honorable  Comisión nos autorice para representarle en este caso  Y  ADEMAS  SE SOLICITA QUE ESTE CASO SEA CONSOLIDADO  CON EL CASO  2023-06-0759  EDGARDO RIVERA MARTINEZ  Y OTROS 56 VS POLICIA PR POR TRATARSE DE LA MISMA CONTROVERSIA.

**POR LOS FUNDAMENTOS EXPUESTOS**, SE SOLICITA SE DECLARE HA LUGAR ESTA PETICION

**CERTIFICO: Que copia de este escrito fue remitida A LA  LCDA NASIRA ABDULRAHAMAN SOLER , Y  al  LCDO ALEXANDER MEDINA MELENDEZ AL PO Box 71200, San Juan, Puerto Rico 00936, HOY 15 DE OCTUBRE DE 2023 .Y AL APELANTE .A HC-02 B0X 10002, VIEQUES PR 00765 TEL 787 243-6061**

LCDO. JOSE F. AVILES LAMBERTY
COLEGIADO 8047  Y   RUA 6670
MANSIONES DE SAN MARTIN 17

SAN JUAN, PR 00924-45866
Tels.    (787) 406-9066/

ESTADO LIBRE ASOCIADO DE PUERTO RICO
COMISION APELATIVA DEL SERVICIO PUBLICO

EMMANUEL PINERO RODRIGUEZ          CASO- NUM

     Apelante
     VS
POLICIA DE PUERTO RICO                    MATERIA: IMPUGNACION EXAMEN
     Apelada                                        ASCENSO A SARGENTO

## MOCION INFORMATIVA ASUMIENDO REPRESENTACION LEGAL Y SOLICITUD DE CONSOLIDACION

### A LA HONORABLE COMISION:

Comparece la parte Apelante a través del Abogado que suscribe y muy respetuosamente **EXPONE, ALEGA Y SOLICITA:**

1. Que se informa que en este caso la parte apelante nos ha contratado recientemente para que asumamos su representación legal antes este Foro, ESTE ANTERIORMENE HABIA RADICADO ESTA APELACION POR DERECHO PR0PIO,DENTRO DEL TERMINO JURISDICIONAL. 22 JUNIO 23,

2. -Que se solicita de la Honorable Comisión nos autorice para representarle en este caso Y ADEMAS SE SOLICITA QUE ESTE CASO SEA CONSOLIDADO CON EL CASO 2023-06-0759 EDGARDO RIVERA MARTINEZ Y OTROS 56 VS POLICIA PR POR TRATARSE DE LA MISMA CONTROVERSIA.

**POR LOS FUNDAMENTOS EXPUESTOS**, SE SOLICITA SE DECLARE HA LUGAR ESTA PETICION

**CERTIFICO: Que copia de este escrito fue remitida A LA LCDA NASIRA ABDULRAHAMAN SOLER , Y al LCDO ALEXANDER MEDINA MELENDEZ AL PO Box 71200, San Juan, Puerto Rico 00936, HOY 16 DE OCTUBRE DE 2023 .Y AL APELANTE .A CALLE 430, BLOQUE 153,CASA 16 ,VILLA CAROLINA PR 00985 TEL 903-0643.**

LCDO. JOSE F. AVILES LAMBERTY
COLEGIADO 8047 Y RUA 6670
MANSIONES DE SAN MARTIN 17

ESTADO LIBRE ASOCIADO DE PUERTO RICO
COMISION APELATIVA
DEL SERVICIO PUBLICO

EMMANUEL PINERO RODRIGUEZ 32484
APELANTE

V.

CASO NUM:
SOBRE: IMPUGNACION EXAMEN ASCENSO
SARGENTO

NEGOCIADO DE LA POLICIA DE PUERTO RICO

APELACION

A LA HONORABLE COMISION:

Comparece la parte Apelante por derecho propio y muy respetuosamente EXPONE, ALEGA, Y SOLICITA:

1. Que el apelante trabaja para la Policía de Puerto Rico y ocupa el puesto de agente de carrera con carácter permanente, no soy unionado y no ejerzo derecho a sindicalizarme y no estoy en una unidad apropiada ni sujeto a un convenio colectivo.

2. Que al radicar este caso  informo no  tener otros recursos ante este Foro por otras acciones realizadas por la apelada, no tengo recursos ante un foro superior por estos hechos radicados ni pendientes.

3. Que la dirección postal del apelante es: Calle 430, Bloque  153 Casa 16 Villa Carolina, Carolina, P.R. 00985. Teléfono  (787) 903-0643

4. Que el apelante radica esta apelación por entender que tiene una legítima causa de acción, que existe una real controversia que adjudicar, que este es el foro competente con jurisdicción primaria para entender y conforme a su deber ministerial, en primera instancia  se me debe brindar la oportunidad de tener la vista pública que autoriza la ley en un tiempo prudente y razonable.

5. Que la acción que se impugna está sostenida en una acción arbitraria, irrazonable y en violación al debido proceso de ley realizada en la agencia en mi contra.  Que se impugnan varias preguntas del examen de ascenso al rango de sargento efectuado el 17 de diciembre de 2022, por haberse incluído un sin nùmero de preguntas mal formuladas, que al tratarse de seleccionar la  respuesta corrrecta, existía la posibilidad de tener más de una contestación, cuyo efecto de medición era incorrecto, con errores en la redacción de la manera en que estaba formulada, carentes de información que permitiera una respuesta adecuada a la  materia que se examinaba con materias no incluída en el folleto informativo y la convocatoria del exámen, que son impugnables ante este foro, por  lo que también se impugan el trabajo hecho por la Junta de Exámenes de Ascensos, la cual preparó un exámen de acenso plagado de errores en muchas de las preguntas presentadas. Que no está conforme a lo incluido en el folleto informativo y convocatoria. Se sometió en primera instancia la revisión e impugnación, la cual no fue considerada, por lo que se recurre ante este foro para que asuma la jurisdicción en este caso y emita la Revisión de lugar, ya que no se ha cumplido con el debido  proceso de ley y la jurisprudencia aplicable.

6. Que lo actuado por la agencia al ofrecerse un exámen que no cumple con los requisitos de medición objetiva, le priva al peticionario de su oportunidad de ascenso y desarrollo profesional.

7. Que en 19 de diciembre de 2022, recibí mediante correo electrónico primera notificación con los resultados del exámen. Exhibit 1

8. En 27 de enero de 2023, recibí notificación de la Junta de Exámenes para ascenso de la Policía, en la cual se indica que se concedió nueva puntuación luego de un proceso evaluativo ordinario para todos los examinados. Exhibit 2.

9. De la notificación del 27 de enero de 2023, por aún no tener la puntuación necesaria para aprobar el exámen al rango de ascenso, se procedió nuevamente según las instrucciones, a solicitar revisión de las puntaciones obtenidas en 31 de enero de 2023, conforme a la Orden General 500-504. Exhibit 3.

10. El 1 de junio de 2023, mediante correo electrónico recibo los resultados de la revisión sobre la puntuación obtenida en el examen la cual fue de 52 y en la cual se advierte del derecho a apelar tal determinación ante este Honorable Foro. Exhibit 4

11. Que habiéndose ha agotado el remedio administrativo ante la agencia y a este apelante no le resta otra acción que radicar esta apelación.

CERTIFICO: Que se estará notificando personalmente copia de este escrito a la parte apelante: Negociado de la Policía de Puerto Rico, Oficina de Asuntos legales P.O. Box 71200, Juan, P.R. 00936-8700.

POR TODO LO CUAL, solicito que se declare ha lugar la presente apelación con aquellos pronunciamientos que en derecho procedan.

Respetuosamente sometido, hoy 22 de junio de 2023, en San Juan, Puerto Rico.

Emmanuel Piñero Rodriguez
Calle 430, Bloque 153 Casa 16
Villa Carolina, Carolina, P.R. 00985.
Telefono (787) 903-0643
Orienip1981@gmail.com

12:39    .ıll LTE

# AGENTE Pineiro Rodriguez Emmanuel

Placa: 32484
Área: AREA POLICIACA BAYAMON
Superintendencia: SUP AUXILIAR
OPERACIONES ESPECIALIZADAS

Estimado (a): AGENTE

El 17/Dec/2022, se administró la prueba escrita para ascenso al rango de Sargento a tenor con la Convocatoria 2022-2.

A esos efectos, el 19 de diciembre de 2022, a usted se le notificó la nota obtenida. No obstante, tras un proceso evaluativo ordinario por parte de la Junta de Examenes de Ascenso de Sargento a Capitán (Junta), de conformidad con la Orden General 500-504, titulada: *Junta de Exámenes de Ascenso'*, le notifico que su puntuación final es de **52**. Para aprobar el examen, es

Responder

Buscar          Calendario



GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE SEGURIDAD PUBLICA
Negociado de la Policia de Puerto Rico

ALEXIS TORRES
SECRETARIO

ANTONIO LÓPEZ FIGUEROA
COMISIONADO

31 de enero de 2023

Junta de Exámenes de Ascenso
Oficina del Comisionado
Cuartel General

Agte. Emmanuel Piñeiro Rodríguez 32484
Agente,
Sup. Auxiliar
Operaciones Especializadas
Área de Bayamón

**SOLICITUD DE REVISION EXAMEN DE ASCENSO AL RANGO DE SARGENTO DEL NPPR**.

Haciendo referencia al asunto, le informo que el sábado, 17 de diciembre de 2022, el Negociado de la Policía de PR suministro el examen para ascenso al rango de Sargento. El centro que me fue asignado para tomar el examen fue en la Universidad Interamericana, Recinto Región Metro, siendo asignado al salón 617. No obstante, el día 27 de enero de 2023, a través del correo oficial Outlook recibí una notificación donde informan que la puntuación obtenida fue de un total de 52 preguntas correctas. Razón por la cual no aprobé el examen ya que necesitaba 56 preguntas correctas.

Por lo antes expuesto, le solicito la debida revisión del examen. Dicha solicitud es conforme a lo establecido en la Orden General 500, Sección 504, titulada 'Junta de exámenes de ascenso". Cualquier información adicional,  epineiro@policia.pr.gov o 787-903-0643.



GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE SEGURIDAD PÚBLICA
Negociado de la Policía de Puerto Rico

**ALEXIS TORRES RIOS**
SECRETARIO

**ANTONIO LOPEZ FIGUEROA**
COMISIONADO

SASG-NRH-1-440

25 de mayo de 2023

Agte. Emmanuel Piñero Rodríguez
Placa Núm. 32484
Email: Epineiro@policia.pr.gov

## REVISIÓN DE PUNTUACIÓN EXAMEN DE ASCENSO A SARGENTO

Estimado(a) agente Piñeiro Rodríguez:

Usted fue citado el 17 de febrero de 2023, conforme a la Orden General 500-504, titulada, "Junta de Examenes de Ascenso", para revisión de la puntuación obtenida en el examen de ascenso al Rango de Sargento mediante Convocatoria 2022-2.

Como resultado de dicho proceso, le notifico que su puntuación final es de 52 tras evaluar la hoja de contestaciones, la hoja con el reporte de corrección y la hoja de intención de preguntas.

De no estar de acuerdo, podrá apelar ante la Comisión Apelativa del Servicio Público (C.A.S.P.), dentro del término de treinta (30) días calendario, contados a partir de la notificación de esta comunicación. La dirección física de C.A.S.P. es: Calle Vela, número 6, Tercer Piso, Hato Rey, P.R. 00918. La dirección postal es la siguiente: P.O. Box 41149, San Juan, P.R. 00940-1149.

Además, deberá notificar el escrito de apelación al Negociado de la Policía de Puerto Rico, por conducto de la Oficina de Asuntos Legales, ubicada en el Cuartel General, personalmente o a través de correo a la siguiente dirección: P.O. Box 71200, San Juan P.R. 00936-8700.

Lcda. Karilyn Díaz León
Presidenta Junta



Notificación Revisión Ascenso

Priscilla Arguelles Martinez <PArguelles@policia.pr.gov>
Jue 06/01/2023 3:03 PM
Para:Emmanuel Pineiro Rodriguez <Epineiro@policia.pr.gov>
CC:Alida I Lara Nieves <ALara@policia.pr.gov>

1 archivos adjuntos (228 KB)
AGTE. EMMANUEL PIÑERO RODRIGUEZ.pdf;

*Cdte. Priscilla Arguelles*
*#38248*

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**COMISION APELATIVA**
**DEL SERVICIO PUBLICO**

EMMANUEL PINERO RODRIGUEZ 32484
APELANTE

V.

CASO NUM:
SOBRE: IMPUGNACION EXAMEN ASCENSO
SARGENTO

NEGOCIADO DE LA POLICIA DE PUERTO RICO

**MOCION SOBRE NOTIFICACION DE ESCRITO DE APELACION**

A LA HONORABLE COMISION:

Comparece la parte Apelante por derecho propio y muy respetuosamente EXPONE, ALEGA, Y SOLICITA:

1. Que en _22_ de junio de 2023, fue notificada la parte apelada personalmente del escrito de apelación de epígrafe.   Exhibit ¡

    **CERTIFICO:** Que se estará notificando copia de este escrito a la parte apelada: Negociado de la Policía de Puerto Rico, Oficina de Asuntos legales, PO Box 71200, San Juan, P.R.  00936-8700.

    Respetuosamente sometido, hoy _22_ de junio de  2023, en San Juan, Puerto Rico.

    Emmanuel Piñero Rodriguez
    Calle 430, Bloque 153 Casa 16
    Villa Carolina, Carolina, P.R. 00985.
    Telefono  (787) 903-0643
    Orienip1981@gmail.com

Generated: Oct 30, 2023 4:10PM                                                                 Page 1/1



## U.S. District Court

### United States District Court

CASH PAYMENTS                                                      Receipt Date: Oct 30, 2023 4:10PM

Rcpt. No: 108857                    Trans. Date: Oct 30, 2023 4:10PM                 Cashier ID: #AR

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|---------------------|-----|-------|-----|
| 104 | Cert of Document/Transcript of JGMT | | 2 | 11.00 | 22.00 |
| 601 | Electronic Printing Fee | | 20 | 0.10 | 2.00 |

| CD | Tender | | Amt |
|----|--------|--|-----|
| CA | Cash | | $24.00 |
| | | Total Due Prior to Payment: | $24.00 |
| | | Total Tendered: | $24.00 |
| | | Total Cash Received: | $24.00 |
| | | Cash Change Amount: | $0.00 |

Comments: CERTIFIED COPIES FOR CASE 12-2039

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

    Plaintiff,

         v.

COMMONWEALTH OF PUERTO RICO, *et al.*,

    Defendants.

Civil No. 12-2039 (FAB)

## ORDER ON PROMOTIONS TO THE RANK OF SERGEANT

Having considered the position of the parties, the Court Monitor, and the Special Master at the January 19, 2023 status conference, and having been fully advised on the premises, the Court FINDS that:

1. The Commonwealth defendants established a Promotions Board in January 2022 to develop and administer a competitive written examination for promotions to the rank of sergeant as required by Paragraph 17 of the Agreement for the Sustainable Reform of the Puerto Rico Police Department ("Agreement"), Docket No. 60, to address the lack of first-line supervisors at the Puerto Rico Police Bureau (PRPB). The Commonwealth defendants identified the need for 506 new sergeants in their Updated Staffing Plan under Paragraph 13, dated October 31, 2022, to meet the staffing and supervision requirements of the Agreement.

Civil No. 12-2039 (FAB)                                                              2

2.    On September 30, 2022, the PRPB Commissioner issued an updated version of General Order 500-504 to specify the authority and responsibilities of the Promotions Board and to guide the development of the sergeants examination.    On the same date, September 30, 2022, the PRPB Commissioner issued Promotions Announcement #2022-2, notifying PRPB officers of the eligibility requirements for promotion to the rank of sergeant, the examination date and time, and other details about the promotion process.    The announcement was the first significant promotions initiative undertaken by PRPB since 2015, when the last major round of promotions occurred to fill the ranks of first-line supervisors. During this time, in accordance with the Agreement, many changes have been made to update policies and procedures that depend on the availability, good judgment, and critical decision-making of sergeants for proper implementation.

3.    Promotions Announcement #2022-2 set the examination date for December 17, 2022.    Those candidates who were duly excused for verified reasons by the Promotions Board to take the examination on an alternate date, such as candidates on official duty outside of Puerto Rico or on military leave, were allowed to sit for the exam on another date.    Promotions Announcement #2022-2 set the passing score at 70%, requiring that eligible candidates correctly answer 56 of the 80 questions on the examination.    An informative

Civil No. 12-2039 (FAB)                                                3

bulletin issued with Promotions Announcement #2022-2 outlined the
subject-matter areas to be covered by the examination.  One of the
eligibility requirements listed in Promotions Announcement #2022-2
was that candidates receive 40 hours of supervisor training prior
to performing their duties as sergeants, in accordance with
Paragraph 141 of the Agreement.

    4.  By the close of the application period, October 21, 2022,
PRPB received approximately 700 applications.    Pursuant to
approved policy, PRPB extended the application deadline to
October 31, 2022.    Ultimately, 1,701 candidates submitted
applications, of which 1,627 candidates were deemed eligible for
promotion by the Promotions Board.

    5.  The Promotions Board developed a question bank with
approximately 183 questions covering approximately 62 subject
areas for the sergeants examination, in consultation with an
outside firm specializing in standardized testing.  On December 2,
2022, two members of the Court Monitor's Office reviewed the
questions developed by the Promotions Board and found that most
questions were appropriate and related to the duties and
responsibilities of PRPB sergeants.    It made several
recommendations to the Promotions Board, including avoiding
questions that were not related to the core duties of sergeants
(e.g. memorizing control numbers of PRPB forms), or that applied

Civil No. 12-2039 (FAB)                                                          4

to other ranks.   Following the review by the Court Monitor's
Office, the Promotions Board selected 80 questions for the final
multiple-choice examination.

6.   On December 17, 2022, the Promotions Board administered
the sergeants examination at four testing sites:   the Police
Academy in Gurabo and three campuses of the Inter-American
University in San Juan, Ponce, and Aguadilla.   Of the 1,627
eligible candidates, 1,414 took the examination.   The Promotions
Board, members of the Court Monitor's Office, sworn PRPB personnel,
and community groups were present at each of the testing sites to
observe the test administration.   The Court Monitor reported that
the test administration was well-organized and executed
appropriately.

7.   Once the examinations were scored, the Promotions Board
found that 184 candidates passed the examination with a score of
70%.   On the day of the examination, however, the Promotions Board
convened and reviewed Questions 8 and 62 after many candidates at
each of the testing sites raised questions and concerns about those
two questions.   The Promotions Board determined that the questions
lacked details that were necessary to answer correctly, and voted
unanimously to adjudicate the questions and grant them to all
candidates.   The Promotions Board also found that 95% of the
candidates incorrectly answered Question 8 and that 93% of

Civil No. 12-2039 (FAB)                                                    5

candidates incorrectly answered Question 62.  Adjudicating and granting these two questions increased the number of candidates passing the examination with a score of 70% to 298.

8.    On December 28, 2022, the Promotions Board met to review the overall test results, and to examine whether the questions administered on December 17 could be improved for use in future examinations.  The review was also intended to identify confusing or ambiguous questions that could be adjudicated for the current examination.    The Promotions Board agreed to review those questions that were answered incorrectly by at least 70% of the candidates.  This approach yielded 13 questions for review in addition to Questions 8 and 62, which the Board had adjudicated on the date of the examination.

9.    Based on its post-test review, the Promotions Board found flaws in four of the 13 questions reviewed – Questions 4, 7, 26, and 69.  As a result, the Promotions Board agreed to recommend the adjudication of the four questions and grant credit to all candidates based on the following rationale:

   •    Question 4 (answered incorrectly by 91% of the candidates) – the question was not related to the core duties of sergeants because it tested the candidates' recall of PRPB form numbers.

Civil No. 12-2039 (FAB)                                                    6

- Question 7 (answered incorrectly by 76% of the candidates) – the question lacked details that are essential to answering it correctly.

- Question 26 (answered incorrectly by 73% of the candidates) – the question was not related to the core duties of sergeants because it tested the candidates' recall of PRPB form numbers.

- Question 69 (answered incorrectly by 97% of the candidates) – the answers included confusing language that made it possible for more than one answer to be correct.

10. Following instructions from the Court, the Court Monitor reviewed the scoring decisions and recommendations of the Promotions Board. On January 5, 2023, the Monitor requested specific documents and information to supplement earlier productions by the Commonwealth, including a copy of the six questions adjudicated by the Promotions Board. In a memorandum dated January 11, 2023, the Monitor concluded that the Promotions Board complied with approved PRPB policy and the consent decree. The Monitor also concluded that the Promotions Board's decision to adjudicate Questions 8 and 62 on the date of the examination and subsequent recommendation to adjudicate Questions 4, 7, 26, and 69 were justified and appropriate. The United States and the Special

Civil No. 12-2039 (FAB)                                                    7

Master had access to the materials reviewed by the Monitor and concurrent with the Monitor's conclusions.

11.   The Commonwealth defendants reported that 562 candidates passed the sergeants examination with a score of at least 70% once credit was granted for the six questions adjudicated by the Promotions Board.

12.   During the week of January 16, 2023, the Court Monitor's Office reviewed the updated training curriculum developed by the PRPB Training Academy, and on January 20, 2023, submitted comments and feedback to PRPB.   PRPB addressed the Court Monitor's comments and began providing supervisor training to the first group of eligible candidates who passed the sergeants examination on January 23, 2023.

Accordingly, the Court APPROVES the adjudication of Questions 4, 7, 8, 26, 62 and 69 and GRANTS credit for those questions to those candidates who took the December 17, 2022 sergeants examination, as recommended by the Promotions Board, and agreed upon by the Parties, the Court Monitor, and the Special Master.

It is further ORDERED that the Commonwealth defendants take the following steps to proceed with the promotions process:

1.   The Promotions Board shall complete the final scoring of the sergeants examination and other qualifying factors, including

Civil No. 12-2039 (FAB)                                                                      8

training, educational achievement, experience, and veteran's preference, in accordance with Promotions Announcement #2022-2, approved PRPB policy and the consent decree.  The Promotions Board shall grant credit only for Questions 4, 7, 8, 26, 62 and 69, as applicable, to all candidates who took the December 17, 2022, sergeants examination, applying the established passing score of 70%.  The Promotions Board shall also proceed to select an alternate examination to those eligible candidates who were duly excused from taking the examination on December 17, 2022, drawing from questions in the questions bank that were developed by the Promotions Board and reviewed by the Court Monitor's Office, but not including any of the 80 questions contained in the December 17 examination.

2.    Once all necessary scoring is complete, the Promotions Board shall produce and publish a final eligibility list ranked in order from highest to lowest.

3.    PRPB shall continue providing supervisor training to all eligible candidates who passed the sergeants examination using the curriculum reviewed by the Court Monitor's Office, and shall apply the results of the post-training tests to the final scores of all eligible candidates.

4.    As suggested by the Court Monitor following the January 19, 2023, status conference, PRPB shall develop and

Civil No. 12-2039 (FAB)                                                    9

implement a job aide or toolkit within 60 days of the date of this

Order to assist new sergeants in carrying out essential duties and

responsibilities in the field to include the following topics:

responding to critical incidents, documenting and reviewing use of

force, handling civilian complaints, responding to allegations of

sexual harassment and employee misconduct, responding to domestic

violence and sexual assault, and referring officers to employee

assistance programs and services.  The Court Monitor's Office and

the United States shall review and approve the job aide or toolkit

in accordance with Paragraph 229 of the Agreement before the job

aide or toolkit is disseminated to PRPB sergeants and implemented.

        IT IS SO ORDERED.

        San Juan, Puerto Rico, January 27, 2023.


                            s/ Francisco A. Besosa
                            FRANCISCO A. BESOSA
                            SENIOR UNITED STATES DISTRICT JUDGE


Certified to be a true & exact copy of the document
or an authorized electronic docket entry on file.
ADA I. GARCÍA-RIVERA
CLERK OF COURT
U.S. District Court for the District of Puerto Rico

By: _____
                            Deputy Clerk

Date: _____10-30-2023_____

RECIBIDO
NOV 0 3 2023
OFICINA DEL COMISIONADO

EN EL DISTRITO DE LOS ESTADOS UNIDOS COORT PARA EL DISTRICT o PUERTO RICO Civil No. 12-2039 (FAB)

ORDEN DE ASCENSO AL GRADO DE SARGENTO Habiendo considerado la posición de las partes, el Monitor de la Corte y el Auxiliar Judicial en la conferencia de estado del 19 de enero de 2023, y habiendo sido plenamente asesorado sobre las premisas, la Corte ENCUENTRA que: Los demandados del Estado Libre Asociado establecieron un Ascensos en enero de 2022 para desarrollar y administrar un examen escrito para ascensos al rango de sargento según lo requerido por el Párrafo 17 del Acuerdo para la Reforma Sostenible del Departamento de Policía de Puerto Rico ("Acuerdo"), Expediente No. 60, para atender la falta de supervisores de primera línea en el Negociado de la Policía de Puerto Rico (PRPB). Los demandados del Estado Libre Asociado identificaron la necesidad de 506 nuevos sargentos en su Plan de Dotación de Personal Actualizado bajo el Párrafo 13, con fecha del 31 de octubre de 2022, para cumplir con los requisitos de dotación de personal y supervisión del Acuerdo.

Civil No, 12-2039 (FAS)

El 30 de septiembre de 2022, el Comisionado de la PRPB emitió una versión actualizada de la Orden General 500-504 para especificar la autoridad y las responsabilidades de la Junta de Ascensos y para guiar el desarrollo del examen de sargentos, En la misma fecha, 30 de septiembre de 2022, el Comisionado de la PRPB emitió el Anuncio de Ascensos 12022-2, notificando a los oficiales de la PRPB los requisitos de elegibilidad para el ascenso al rango de sargento, El examen fecha y hora, y otros detalles sobre el proceso de promoción. El anuncio fue la primera iniciativa significativa de ascensos emprendida por PRPB desde 2015, cuando se produjo la última gran ronda de ascensos para llenar las filas de supervisores de primera línea. Durante este tiempo, de acuerdo con el Acuerdo, se han realizado muchos cambios para actualizar las políticas y procedimientos que dependen de la disponibilidad, el buen juicio y la toma de decisiones críticas de los sargentos para su correcta implementación. El Anuncio de Promociones 12022-2 fijó la fecha del examen para el 17 de diciembre de 2022. A los candidatos que fueron debidamente excusados por razones verificadas por la Junta de Ascensos para tomar el examen en una fecha alterna, como los candidatos en servicio oficial fuera de Puerto Rico o en licencia militar, se les permitió presentarse al examen en otra fecha. El Anuncio de Promociones J2022-2 estableció el puntaje de aprobación en 70%, requiriendo que los candidatos elegibles respondan correctamente 56 de las 80 preguntas del examen. Un informativo

Civil No. 12-2039 (FAB)

boletín emitido con el Anuncio de Promociones 12022-2 describía las áreas temáticas que se cubrirían en el examen. Uno de los requisitos de elegibilidad enumerados en el Anuncio de Ascensos 12022-2 fue que los candidatos reciban 40 horas de capacitación como supervisores antes de desempeñar sus funciones como sargentos, de conformidad con el Párrafo 141 del Acuerdo. 4, Al cierre del período de solicitud, el 21 de octubre de 2022,

PRPB recibió aproximadamente 700 solicitudes. De conformidad con la política aprobada, la PRPB extendió el plazo de solicitud hasta el 31 de octubre de 2022. Finalmente, 1.701 candidatos presentaron solicitudes, de las cuales 1.627 se consideraron elegibles para el promoción por parte de la Junta de Promociones.

s. La Junta de Ascensos elaboró un banco de preguntas con aproximadamente 183 preguntas que abarcaban aproximadamente 62 áreas temáticas para el examen de sargentos, en consulta con un Empresa externa especializada en pruebas estandarizadas. el 2 de diciembre de 2022, dos miembros de la Oficina del Monitor de la Corte revisaron las preguntas desarrolladas por la Junta de Ascensos y encontraron que la mayoría de las preguntas eran apropiadas y estaban relacionadas con los deberes y responsabilidades de los sargentos de la PRPB. Hizo varias recomendaciones a la Junta de Ascensos, entre ellas evitar preguntas que no estuvieran relacionadas con los deberes básicos de los sargentos (por ejemplo, memorizar los números de control de los formularios de la PRPB), o que se aplicaran

Civil No. 12-2039 (FAB)

a otros rangos. Tras el examen realizado por la Oficina del Supervisor del Tribunal, la Junta de Ascensos seleccionó 80 preguntas para el examen final de opción múltiple. El 11 de diciembre de 2022, la Junta de Ascensos administró el examen de sargentos en cuatro sitios de prueba: la Academia de Policía en Gurabo y tres campus de la Universidad Interamericana en San Juan, Ponce y Aguadilla. De los 1.621 candidatos elegibles, 1.414 se presentaron al examen. La Junta de Promociones, los miembros de la Oficina del Monitor de la Corte, el personal juramentado de la PRPB y los grupos comunitarios estuvieron presentes en cada uno de los sitios de prueba para observar la administración de la prueba, El Monitor de la Corte informó que la administración de la prueba estuvo bien organizada y ejecutada adecuadamente. Una vez que se calificaron los exámenes, la Junta de Promociones encontró que 184 candidatos aprobaron el examen con una puntuación del 70%, Sin embargo, el día del examen, la Junta de Promociones convocó y revisó las preguntas 8 y 62 después de que muchos candidatos en cada uno de los sitios de prueba plantearan preguntas e inquietudes sobre ellas La Junta de Ascensos determinó que las preguntas carecía de detalles que eran necesarios para responder correctamente, y votó unánimemente para adjudicar las preguntas y concederlas a todos los candidatos. La Junta de Ascensos también encontró que el 95% de los candidatos respondieron incorrectamente a la pregunta 8 y que el 93% de los candidatos

Civil No. 12-2039 (FAB)

Los candidatos respondieron incorrectamente a la pregunta 62. La adjudicación y concesión de estas dos preguntas aumentó el número de candidatos que aprobaron el examen con una puntuación de 10\ a 298.

El 28 de diciembre de 2022, la Junta de Promociones se reunió para revisar los resultados generales de las pruebas y para examinar si las preguntas administradas el 11 de diciembre podrían mejorarse para su uso en futuros exámenes, La revisión también tenía la intención de identificar preguntas confusas o ambiguas que podrían adjudicarse para el actual

examen. La Junta de Ascensos acordó revisar aquellas preguntas que fueron respondidas incorrectamente por al menos 10\ de los candidatos. Este enfoque dio lugar a 13 preguntas para su examen, además de las preguntas 8 y 62, que la Junta había resuelto en la fecha del examen.

Con base en su revisión posterior a la prueba, la Junta de Promociones encontró fallas en cuatro de las 13 preguntas revisadas: preguntas 4, 1, 26 y 69. Como resultado, la Junta de Promociones acordó recomendar la adjudicación de las cuatro (4) preguntas y otorgar crédito a todos los candidatos sobre la base de la siguiente razón:

Pregunta 4 (respondida incorrectamente por el 91\ de los candidatos): la pregunta no estaba relacionada con los deberes básicos de los sargentos porque ponía a prueba el recuerdo de los candidatos de lós números de formulario de la PRPB.

Civil No. 12-2039 (fAB) 6

Pregunta 7 (respondida directamente por el 76% de los candidatos): la pregunta carecía de detalles que son esenciales para responderla correctamente.

Pregunta 26 (contestada incorrectamente por el 73\ de los candidatos) - la pregunta no estaba relacionada con los deberes básicos de los sargentos porque ponía a prueba el recuerdo de los candidatos de la forma FRPB nuz::bers.

Pregunta 69 (contestada incorrectamente por el 97% de los candidatos): las respuestas incluían un lenguaje confuso, ya que es posible que más de una respuesta sea correcta.

Siguiendo las instrucciones del Tribunal, el Monitor de la Corte revisó las decisiones de puntuación y las conclusiones de la Junta de Ascensos. El 5 de enero de 2023, el Monitor solicitó documentos e información específicos para suplementar producciones anteriores de tne Co.·,,ronwealtn, incluida una copia de las seis preguntas adjudicadas por la Junta de Promociones. En una C\emorandU!ll de fecha 11 de enero de 2023, el Monitor concluyó que la Junta de Promociones cumplió con la política de PRPB aprobada y el decreto de consentimiento.·El Monitor también llegó a la conclusión de que la decisión de la Junta de >Promoción de pronunciarse sobre las cuestiones 8 y 62 en la fecha de la examinación y la posterior recomendación de pronunciarse sobre las cuestiones 4, 7, 26 y 69 estaban justificadas y eran adecuadas. Los Estados Unidos y el Comité Especial

Civil No. 12-2039 (FABI

El Maestro tuvo acceso a los materiales examinados por el Supervisor y estuvo de acuerdo con sus conclusiones. Los demandados del Commonwealth informaron que 562 candidatos aprobaron el examen de sargentos con una puntuación de al menos 70\ una vez que se les otorgó crédito por las seis preguntas adjudicadas por la Junta de Ascensos. L2. Durante la semana del 16 de enero de 2023, la Oficina del Monitor del Tribunal revisó el plan de estudios de capacitación actualizado desarrollado por la Academia de Capacitación de la PRPB, y el 20 de enero de 2023, presentó comentarios y retroalimentación a la PRPB. La PRPB abordó los comentarios del Monitor de la Corte y comenzó a brindar capacitación de supervisor al primer grupo de candidatos elegibles que aprobaron el examen de sargentos el 23 de enero de 2023. En consecuencia, el Tribunal APRUEBA la adjudicación de las Preguntas 4, 7, 8, 26, 62 y 69 y OTORGA crédito por esas preguntas a aquellos candidatos que tomaron el examen de sargentos del 17 de diciembre de 2022, según lo

recomendado por la Junta de Ascensos y acordado por las Partes, el Monitor del Tribunal y el Auxiliar Judicial. Además, se ORDENA que los acusados del Estado Libre Asociado tomen Los siguientes pasos para continuar con el proceso de promociones: I. La Junta de Ascensos completará la puntuación final del examen de sargentos y otros factores de calificación, incluyendo

Civil No. 12-2039 IFAB)

capacitación, logros educativos, experiencia y preferencia de veteranos, de acuerdo con el Anuncio de Promociones 12022-2, la política de PRPB aprobada y el decreto de consentimiento. La Junta de Ascensos otorgará crédito solo por las preguntas 4, 7, 8, 26, 62 y 69, según corresponda, a todos los candidatos que tomaron el examen de sargento el 11 de diciembre de 2022, aplicando el puntaje de aprobación establecido de 10\. La Junta de Promociones también procederá a seleccionar un examen alternativo a aquellos candidatos elegibles que fueron debidamente excusados de tomar el examen el 11 de diciembre de 2022, a partir de las preguntas en el banco de preguntas que fueron desarrolladas por la Junta de Promociones y revisadas por la Oficina del Monitor del Tribunal, pero sin incluir ninguna de las 80 preguntas contenidas en el 17 de diciembre examen.

Una vez que se complete toda la puntuación necesaria, la Junta de Promociones producirá y publicará una lista final de elegibilidad clasificada en orden de mayor a menor.
La PRPB continuará brindando capacitación de supervisor a todos los candidatos elegibles que aprobaron el examen de sargentos utilizando el plan de estudios revisado por la Oficina del Monitor del Tribunal, y aplicará los resultados de las pruebas posteriores al entrenamiento a los puntajes finales de todos los candidatos elegibles.
Según lo sugerido por el Monitor de la Corte después de la conferencia de estado del 19 de enero de 2023, PRPB desarrollará y

Civil No. 12-2039 (FAS) 9

Implementar un ayudante de trabajo o un conjunto de herramientas dentro de los 60 días posteriores a la fecha de su Ordenación para ayudar a los nuevos sargentos a llevar a cabo deberes y responsabilidades esenciales en el campo para incluir los siguientes temas: respuesta a incidentes críticos, documentos. A continuación, se examina el uso de la fuerza, se manejan las quejas civiles, se responde a las denuncias de acoso sexual y mala conducta de los empleados, se responde a la violencia doméstica y la agresión sexual, y se remite a los oficiales a los programas y servicios de asistencia a los empleados. La Oficina del Supervisor de la Corte y los Estados Unidos revisarán y aprobarán el ayudante de trabajo o el conjunto de herramientas de conformidad con el párrafo 229 del Acuerdo antes del trabajo
El conjunto de herramientas se difunde entre los sargentos de la PRPB y se implementa.
ASÍ SE ORDENA.

San Juan, Puerto Rico, 21 de enero de 2023.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
JUEZ SUPERIOR DE DISTRITO DE LOS ESTADOS UNIDOS

DISTRITO DE LOS ESTADOS UNIDOS COUR1'
.-en TIIE Il1S1'RJCT DE PUERTO RICO

ACTA DE ACTUACIONES
IIEFOREJUIIGE FRANCISCO A. IIESOSA

AYUDANTE DE LA CORTE: Omar Plaguer-Mendoza TAQUÍGRAFO DE LA CORTE: Tracy Binder
INTÉRPRETE JUDICIAL: Sonia Crescioni INTÉRPRETE DE Demandados: Lynmar Vera
Fecha: 19 de enero de 2023

CIVIL NO, 12-2039 (FAB)

ESTADOS UNIDOS DE AMÉRICA

Demandante

v.

BIEN COMÚN DE PUERTO RICO, <I al.

Acusados.
Se llevó a cabo una audiencia de estado en persona según lo ordenado en ECF No. 2267. La audiencia
comenzó a las 9:38 a.m. y terminó a las 12:38 p.m.
Estuvieron presentes en la audiencia las siguientes personas:

El Monitor Federal John Romero y su equipo:

Samantha Rhinerson

Scott Cragg

Donald Gosslin

Rafael Ruiz
McnIngelie Serrano

Alan C. Youngs

Luis Hidalgo

Hipolito Castro

Javier González

Rita Watkins

Maestro Especial Dr. Alejandro Del Carmen y equipo:

Gilberto Balli, Asistente del Auxiliar Judicial

Gary A. Locffcrt, Segundo Auxiliar del Maestro Especial

Para el demandante Estados Unidos de América:

Abogado Litigante Luis Saucedo

Para los demandados, Estado Libre Asociado de Puerto Rico y el Negociado de la Policía de Puerto Rico:

Abogado: Gabriel A. Penagaricaoo.

Abogado Rafael E. Barreto-Sola

Oficina del Gobernador ("La Fortaleza")

María del Mar Ortiz, Esq., Consejera Especial del Gobernador

Enrique Volckers, Subjefe de Gabinete

Oficina de Administración y Presupuesto ("OMB")

a. Hccrian Martínez, Consejero Principal y enlace en asuntos de reforma policial

Servicio de Innovación y Tecnología de Puerto Rico ("PRITS")

a. Nanette Martínez-Ortiz, Oficial Interina de Información e Innovación ("CIIO") y Oficial de Tecnología ("CTO") del Estado Libre Asociado de Puerto Rico

2

Asesoría de Servicios Generales ("GSA")

a. Edgardo González, Administrador Auxiliar de Servicios a las Agencias

Oficina de Administración y Transformación de Recursos Humanos ("OATHR")

a. Gustavo Cartagen Director

Departamento de Seguridad Pública ("OPS")

Hon. Alexis Torres, Secretario de Gobierno, y representante del Gobernador para la reforma policial

Asuntos

Rafael Riviere, Secretario Adjunto

Arturo Garfer, Secretario Adjunto

Miguel E. Bermúdez Mangual, Asesor Especial, Oficina de Asuntos Federales

José Díaz, Director Ejecutivo, Oficina de Asuntos Federales

Oficina de la Policía de Puerto Rico ("PRPB")

Comisario Antonio López

Capitán Carlos Figueroa, entonces Director de la Oficina de Reforma

Juan Carlos Rivera, Director de la Oficina de TI

Ángel Díaz, Director Adjunto de la Oficina de TI

Teniente Rafael Meléndez Burgos, Director de Asuntos Internos (SARP)

Teniente Coronel Rolando Trinidad Hernández, actual Director de la Oficina de Reforma

Karilyn Díaz León, Esq., Presidenta de la Junta Examinadora de Promoción de PRPB

FOMB

a. Kevin Borja, Analista Asociado Senior en Asuntos de Seguridad Pública

Los siguientes temas incluidos en la Conferencia de Programación de Órdenes StatuS, ECF No. 2267

se discutieron:

Resumen del Informe CMR-7 El 15 de diciembre de 2022, el Monitor Federal presentó el Séptimo Informe, ECF No. 2264. El 16 de enero de 2023, el Estado Libre Asociado presentó la respuesta de la PRPB a la CMR-7 final del Monitor, ECF No. 2290. El Monitor proporcionó una breve descripción general del informe y resumió el cumplimiento general de las estadísticas de la PRPB al 30 de septiembre de 2022. El informe identificó once (11) áreas de mejora, mejora o reforma en la PRPB. I. Profesionalización; 2. Uso de la Fuerza (UOF); 3. Registros e incautaciones; 4. Igualdad ante la ley y no discriminación; 5. Reclutamiento, selección y contratación; 6. Políticas y procedimientos; 7. Capacitación; 8. Supervisión y Gestión; 9. Quejas civiles, investigaciones internas y medidas disciplinarias; 10. Participación comunitaria e información pública; y 11. Sistemas y Tecnología de la Información.

(i) El examen de sargento administrado el 17 de diciembre de 2022. El Commonwealth informó que un total de 1.414 candidatos se presentaron al examen para cubrir los 562 puestos disponibles para ser ascendidos a Sargento. Hay fondos disponibles para 506 puestos. La Sra. Karilyn Díaz León, Esq., Presidenta de la Junta de Examen de Promoción de PRPB, informó sobre cómo la junta creó una nueva política y cómo funcionó de acuerdo con la nueva política y cómo se calificó a los candidatos. Para mantener la transparencia, ni el Comisionado ni el Secretario estuvieron involucrados. De las 183 preguntas posibles, 80 estaban en el examen. La Junta determinó que 6 preguntas en los exámenes eran defectuosas o se consideraban "preguntas de memoria" y no fueron adjudicadas. El 70 por ciento era necesario para

4

Aprobar el examen. Un total de 562 candidatos aprobaron el examen y las 6 preguntas no fueron adjudicadas. Toe Monitor, según las instrucciones del Tribunal, revisó el desarrollo, la administración y la calificación del examen de la Junta. El Monitor también revisó y estuvo de acuerdo en que las 6 preguntas que la junta determinó que eran defectuosas eran realmente defectuosas. Además, la Oficina del Monitor determinó que las acciones de la Junta Directiva a lo largo del proceso fueron consistentes con la Política de la Oficina. El Comisionado L6pcz declaró que, para futuros exámenes, la Junta recomendó que las preguntas se discutieran primero con el Secretario y el Comisionado.  El comisionado López estuvo de acuerdo con el examen ya que

y en aras de la transparencia, que el Comisionado y el Secretario se mantengan separados de la Junta cuando se evalúen las preguntas y se determine que deben incluirse en el examen. El Secretario Torres se mostró de acuerdo con las recomendaciones formuladas por la

Que las 6 preguntas defectuosas no se consideren durante la calificación del examen, y acordó que las conclusiones de la Junta sobre el examen, y que para exámenes futuros, se informe al Comisionado y al Secretario antes de que se realice cualquier adjudicación. Los Estados Unidos también estuvieron de acuerdo en que no se resolvieran las 6 cuestiones erróneas. La Corte, después de haber escuchado los argumentos presentados en relación con este tema, ordenó a las partes que prepararan una moción conjunta con una propuesta de orden detallada para que la Corte dictara una orden

que no se resuelvan las 6 preguntas defectuosas.

iL El Plan de Dotación de Personal y Supervisión de la PRPB. La Mancomunidad informó que el plan de supervisión fue aprobado en abril de 2022, y que cubría su iniciativa más importante, los ascensos a Sargento. Hay un total de 6 iniciativas en curso, incluida la contratación de civiles para puestos administrativos que permiten a los oficiales trabajar en el campo. En

En esta área, el Estado Libre Asociado todavía tiene dificultades para clasificar esos puestos civiles, y es posible que se requiera tiempo para determinar si los posibles candidatos podrían competir para llenar esas vacantes.

iiL El Plan de Capacitación de PRPB. El Commonwealth informó que las partes han discutido la interconexión de la capacitación con los diferentes aspectos del decreto de consentimiento. El Plan de Capacitación fue presentado en forma de borrador el 22 de diciembre de 2022. A más tardar el 1 de febrero de 2023 se presentará un nuevo borrador que incorpore comentarios. Los Estados Unidos informaron de que habían recibido el proyecto. Se debe presentar un plan final al Tribunal dentro de los treinta (30) días posteriores a una vez que todas las partes hayan revisado el borrador final. Iv. El proyecto de plan de acción sobre tecnología de la información. El Commonwealth informó de que este tema ya se había tratado anteriormente. Los Estados Unidos indicaron que se habían identificado siete

(7) prioridades elevadas, de las cuales dos (2) redes de datos de arco y cobertura radioeléctrica. Que cada oficial tenga una radio que funcione correctamente para que los oficiales puedan comunicarse entre sí sigue siendo una prioridad. Además, también hay problemas con la cobertura de radio. Es necesario mejorar otras dos (2) iniciativas, la dotación de recursos y la capacitación en materia de tecnologías de la información, para aumentar la capacidad de la Oficina de Tecnología de la Información. La analítica, los informes y la madurez de RMS, la madurez del sistema de gestión de registros siguen siendo iniciativas.

Se espera que el Plan en cuanto a esas iniciativas esté listo para el 15 de marzo de 2023, y se espera que el Plan Final se presente a la Corte antes del 31 de marzo de 2023.

Programa de Distribución Equitativa: Los Estados Unidos informaron que este programa se encuentra actualmente suspendido mientras la oficina de la PRPB que administra el programa revisa la contabilidad, la presentación de informes y la administración de los fondos. EMLARS, la oficina dentro de

6

el Departamento de Justicia de los Estados Unidos, respondió que la PRPB aún no está en buen estado, pero se han hecho progresos. EMLARS visitará la Secretaría de Tesorería de Puerto Rico la próxima semana para determinar y resolver todos los asuntos pendientes 10 asegurar que la PRPB cumpla con el programa, para que vuelva a estar en buen estado. Al final del año fiscal, el 30 de junio de 2023, el saldo según lo presentado por EMLASRS es de $4.5 millones en el OOJ

y casi SJ millones en el Consejo de Tesorería de Puerto Rico La Oficina del Monitor y el Auxiliar Judicial serán invitados a participar en la reunión en el Departamento de Hacienda. El Consejo encargó a las partes que le informaran del resultado de la reunión.

D./nttgrity Auditorías. Como han señalado los Estados Unidos, la política está pendiente de servicio. Los Estados Unidos recibieron una fecha en la que la póliza estará disponible, y cuando estará disponible para que el Auxiliar Judicial pase por el proceso del Párrafo 229 para su revisión y aprobación por todas las partes.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**                Date: January 19, 2023

**BEFORE JUDGE FRANCISCO A. BESOSA**         **CIVIL NO. 12-2039 (FAB)**

COURTROOM DEPUTY: Omar Flaquer-Mendoza

COURT REPORTER: Tracy Binder

COURT INTERPRETER: Sonia Crescioni

INTERPRETER FOR Defendants: Lynmar Vera

**UNITED STATES OF AMERICA**

      Plaintiff,

v.

**COMMONWEALTH OF PUERTO RICO, et al.**

      Defendants.

An in-Person Status hearing held as ordered at ECF No. 2267. The hearing began at 9:38 a.m. and ended at 12:38 p.m.

The following persons were present at the hearing:

1. Federal Monitor John Romero and team:

   a. Samantha Rhinerson

   b. Scott Cragg

   c. Donald Gosslin

   d. Rafael Ruiz

1

e.  Merángelie Serrano

f.  Alan C. Youngs

g.  Luis Hidalgo

h.  Hipólito Castro

i.  Javier González

j.  Rita Watkins

2.  Special Master Dr. Alejandro Del Carmen and team:

    a.  Gilberto Balli, Assistant to Special Master

    b.  Gary A. Loeffert, Second Assistant Special Master

3.  For Plaintiff United States of America:

    a.  Trial Attorney Luis Saucedo

4. For Defendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau:

    a. Counsel Gabriel A. Peñagarícano.

    b. Counsel Rafael E. Barreto-Solá

5. Office of the Governor ("La Fortaleza")

    a. María Del Mar Ortiz, Esq., Special Counsel to the Governor

    b. Enrique Volckers, Deputy Chief of Staff

6. Office of Management and Budget ("OMB")

    a. Hecrián Martínez, Chief Counsel and liaison on police reform matters

7. Puerto Rico Innovation and Technology Service ("PRITS")

    a. Nanette Martínez-Ortiz, Acting Information, and Innovation Officer ("CIIO"), and Technology Officer ("CTO") for the Commonwealth of Puerto Rico

2

8. General Services Administration ("GSA")

   a. Edgardo González, Assistant Administrator for Service to the Agencies

9. Office for the Administration and Transformation of Human Resources ("OATHR")

   a. Gustavo Cartagena, Director

10. Department of Public Safety ("DPS")

   a. Hon. Alexis Torres, Secretary, and the Governor's representative for police reform matters

   b. Rafael Riviere, Deputy Secretary

   c. Arturo Garfer, Assistant Secretary

   d. Miguel E. Bermúdez Mangual, Special Advisor, Federal Affairs Office

   e. José Díaz, Executive Director, Federal Affairs Office

12. Puerto Rico Police Bureau ("PRPB")

   a. Commissioner Antonio López

   b. Captain Carlos Figueroa then Director, Reform Office

   c. Juan Carlos Rivera, IT Bureau Director

   d. Ángel Díaz, IT Bureau Deputy Director

   e. Lieutenant Rafael Meléndez Burgos, Director of Internal Affairs (SARP)

   f. Lieutenant Colonel Rolando Trinidad Hernández, Current Director of the Reform Office

   g. Karilyn Díaz León, Esq., Chair of the PRPB Promotion Examination Board

13. FOMB

   a. Kevin Borja, Senior Associate Analyst on Public Safety Matters

The following topics included in the Order Scheduling Status Conference, ECF No. 2267 were discussed:

A. *Overview of CMR-7 Report.* On December 15, 2022, the Federal Monitor submitted the Seventh Report, ECF No. 2264. On January 16, 2023, the Commonwealth submitted the PRPB's response to the Monitor's final CMR-7, ECF No. 2290. The Monitor provided a brief overview of the report, and summarized PRPB's overall status compliance as of September 30, 2022. The report identified eleven (11) areas for improvement, enhancement, or reform in PRPB. 1. Professionalization; 2. Use of Force (UOF); 3. Searches and Seizures; 4. Equal Protection and Non-Discrimination; 5. Recruitment, Selection and Hiring; 6. Policies and Procedures; 7. Training; 8. Supervision and Management; 9. Civilian Complaints, Internal Investigations, and Discipline; 10. Community Engagement and Public Information; and 11. Information Systems and Technology.

B. *(i) The Sergeant Exam Administered on December 17, 2022.* The Commonwealth informed that a total of 1,414 candidates took the exam to fill the 562 positions available to be promoted to Sergeant. Funding is available for 506 positions. Ms. Karilyn Díaz León, Esq., Chair of the PRPB Promotion Examination Board, informed on how the board created a new policy and how it worked in accordance with the new policy and how the candidates were graded. To maintain transparency, neither the Commissioner nor the Secretary were involved. Of 183 possible questions, 80 were on the exam. The Board determined that 6 questions in the exams were either flawed or considered "memory questions" and were not adjudicated. 70 percent was necessary to

4

pass the exam. A total of 562 candidates passed the exam with the 6 questions having not been adjudicated. The Monitor, as instructed by the Court, reviewed the Board's development, administration, and the scoring of the exam. The Monitor also reviewed and agreed that the 6 questions that the board determined were flawed were indeed flawed. In addition, the Monitor's Office determined that the Board's actions throughout the process were consistent with the Bureau's Policy. Commissioner López stated that for future exams, the Board recommended questions be first discussed with the Secretary and the Commissioner. Commissioner López agreed with the exam as given, and in the best interest of transparency, that the Commissioner and the Secretary be kept separated from the Board when questions are evaluated and determined to be included in the exam. Secretary Torres agreed with the recommendations made by the Board that the 6 flawed questions not be considered during the grading of the exam, and agreed that the Board findings of the exam, and that for future exams, the Commissioner and the Secretary be informed before any adjudication is made. The United States was also in agreement that the 6 flawed questions not be adjudicated. The Court, after having heard the arguments presented as to this topic, ordered the parties to prepare a joint motion with a proposed detailed order for the Court to enter an order that the 6 flawed questions not be adjudicated.

*ii. The PRPB Staffing and Supervision Plan.* The Commonwealth informed that the supervision plan was approved in April 2022, and that it covered its most important initiative, the promotions to Sergeant. There are 6 total initiatives in progress, including recruiting civilians for administrative positions to allow officers to work in the field. In

5

this area, the Commonwealth is still having difficulties to classify those civil positions, and time may be required to determine on how potential candidates would be able to compete to fill those vacancies.

*iii. The PRPB Training Plan*. The Commonwealth informed that parties have discussed the interconnection of training to the different aspects of the consent decree. The Training Plan was submitted in draft form on December 22, 2022. A new draft incorporating comments will be submitted no later than February 10, 2023. The United States informed that they have received the draft. A final plan should be presented to the Court within thirty (30) days thereafter once all parties have revised the final draft.

*iv. The Draft Information Technology Action Plan.* The Commonwealth informed that this topic has been previously covered. The United States indicated that seven (7) high priorities have been identified of which two (2) are data networks and radio coverage. That every single officer has a radio that properly works for the officers to be able to communicate with each other still remains a priority. In addition, there are also problems with radio coverage. Two (2) additional initiatives, IT resourcing and training, need to be improved to increase the capacity of the IT Bureau. Analytics, reporting and RMS Maturity, record management system maturity remain as initiatives. The Plan as to those initiatives is expected to be ready by March 15, 2023, and the Final Plan is expected to be submitted to the Court by March 31, 2023.

*C. Equitable Sharing Program:* The United States informed that this program is currently suspended while the office within the PRPB that manages the program reviews accounting, reporting and the management of the funds. EMLARS, the office within

6

the U.S. Department of Justice, reported that PRPB is not yet in good standing, but progress has been made. EMLARS personnel will visit the Puerto Rico Treasury Department next week to determine and resolve all pending issues to ensure that PRPB complies with the program, to get it back in good standing. By the end of fiscal year, June 30, 2023, the balance as reported by EMLASRS is $4.5 million in the DOJ account, and almost $3 million in the Puerto Rico Treasury account. The Monitor's Office and the Special Master will be invited to participate in the meeting at the Treasury Department. The Court instructed the parties to inform it of the result of the meeting.

**D.** *Integrity Audits.* As stated by the United States, the policy is still pending. The United States received a date when the policy will be available, and when it will be available to the Special Master to go through the Paragraph 229 process for review and approval by all the parties.

S/ Omar Flaquer-Mendoza
Omar Flaquer-Mendoza
Case Manager/Courtroom Deputy Clerk to
Hon. Francisco A. Besosa,
Senior U.S. District Judge

Certified to be a true & exact copy of the document
or an authorized electronic docket entry on file.
**ADA I. GARCÍA-RIVERA**
CLERK OF COURT
U.S. District Court for the District of Puerto Rico

By: _____
Deputy Clerk
Date: 10-30-2023

7