G&M Balli Services, LLC
5160 Royal Fern Circle
Tallahassee, Florida 32317

November 22 – December 21, 2023

INVOICE # 2023-12
ASSISTANT SPECIAL MASTER
DECEMBER 2023 INVOICE

Tasks Completed

| Hours | Description | Amounts |
|---|---|---|
| 9 | Drafted/reviewed/researched/translated numerous documents as needed; Discussed/edited documents related to orders of the Court, and the parties regarding recurring issues and OSM projects. | $1,350 |
| 12 | Drafted, reviewed, and responded to texts, emails and other documents and communications with respective parties, the OSM and the Court. | $1,800 |
| 13.5 | Zoom meetings and/or phone calls with OSM and other parties. | $2,025 |
| 27.5 | Meetings and Town Hall in San Juan & Caguas; 12/12-14/2023. | $4,125 |
| Travel Expense | American Airlines roundtrip economy fare Tallahassee, FL/San Juan, PR. | $858.90 |
| Travel Expense | Lodging 01/17 - 01/20, Government rate $195.00 per night plus tax and resort fees. | $865.80 |
| Travel Expense | Uber to/from Hotel in San Juan. | $28.28 |
| Travel Expense | Meals and Incidental expenses, 12/12 – 12/15/23, government rate $115.00/day, and travel days ¾ rate at $86.25/day. | $402.50 |
| Travel Expense | Parking at Airport in Tallahassee, FL. | $48.00 |
| Travel Expense | Mileage to/from airport in POV at .655 cents x 43 miles roundtrip. | $28.00 |
| 62 | | $11,531.48 |

Total Hours- 62                    Total Wages Due -   $11,531.48

I hereby certify the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master. I further certify I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

*Gilberto Balli*          *Alejandro del Carmen*          12/21/2023
Gilberto Balli                S/Alejandro del Carmen

*Parking*

# Receipt

980206121515502023
Fee Computer 6
Exit Plaza
Tallahassee International Airport
3300 Capital Circle SW
Tallahassee FL, 32310
Tallahassee Airport Parking Services

FeeComputer Number: 6
Entry Time: 12/12/2023 5:19 AM
Exit Time:  12/15/2023 3:50 PM
Duration:  3d 10h 31m
Op: Emma
Non-resetable tr #: 433104
Tran: 9802
Ticket Number:  43429

Long Term 2023 - $12         $    48.00

Total:                        $    48.00
MasterCard                    $    48.00
Last 4 Digits:                    5713
Manual Credit Transaction
Thank You
for parking with us
Please come again

Guest Folio



We wish to thank you for choosing La Concha, A Renaissance Resort. We strive for dazzling style and nonstop fun in a retro urban showcase of cool and edgy, Latino chic lifestyle, with passionate and soulful hospitality and service.

Got all that? Hope we lived up to it! And when you're back in town, we certainly expect to serve you again, call us anytime at 787-721-7500 / 1-888-236-2427!

|  |  |
|---|---|
| **INFORMATION INVOICE** | |
| ROOM | 0451 |
| ROOM TYPE | STCK |
| NO. OF GUEST | 1 |
| RATE | 16GOVA |
| MRW # | 091730952 |
| CLERK | CSANTOS |
| DATE | 15-DEC-23 |
| PAGE No. | 1 of 1 |

GUEST NAME

Gilberto Balli
5160 Royal Fern Cir
Tallahassee FL 32317
United States

ARRIVE 12-DEC-23    TIME 03:55    DEPART 15-DEC-23    TIME 06:54    FOLIO# 28139534

| DATE | DESCRIPTION | REFERENCE NUMBER | | CHARGES |
|---|---|---|---|---|
| 12-DEC-23 | Room Charges | | | 195.00 |
| 12-DEC-23 | Resort Fee | | | 65.00 |
| 12-DEC-23 | Room Tax | | | 28.60 |
| 13-DEC-23 | Room Charges | | | 195.00 |
| 13-DEC-23 | Resort Fee | | | 65.00 |
| 13-DEC-23 | Room Tax | | | 28.60 |
| 14-DEC-23 | Room Charges | | | 195.00 |
| 14-DEC-23 | Resort Fee | | | 65.00 |
| 14-DEC-23 | Room Tax | | | 28.60 |
| 15-DEC-23 | Visa Card | XXXXXXXXXXXX5472 | XX/XX | -865.80 |

Balance    USD    0.00

GUEST SIGNATURE _____

1077 Ashford Avenue, San Juan, Puerto Rico 00907 - T.787.721.7500 - F.787.977.4019 - LaConchaResort.com

Sunday, December 17, 2023 at 19:07:02 Eastern Standard Time

**Subject:** Your trip confirmation (TLH - SJU)
**Date:** Wednesday, October 25, 2023 at 3:02:05 PM Eastern Daylight Time
**From:** American Airlines
**To:** GBALLI@LIVE.COM

# American

Issued: October 25, 2023

# Your trip confirmation and receipt

We charged $858.90 to your card ending in 5713 for your ticket purchase.

You can check in via the American app 24 hours before your flight and get your mobile boarding pass.

**Record Locator: JNQLDI**

## Tuesday, December 12, 2023

**TLH**
Tallahassee
6:15 AM

AA 3586
Operated by Envoy Air
as American Eagle

**MIA**
Miami
7:39 AM

Seat: **8A**
Class: **Economy (V)**
Meals:

**MIA**
Miami
10:15 AM

AA 1613

1 of 6

## SJU
San Juan
1:57 PM

Seat: **8A**
Class: **Economy (V)**
Meals: **Refreshment**

○

### Friday, December 15, 2023

## SJU
San Juan
9:00 AM

**AA 2831**

○ ## CLT
Charlotte
11:52 AM

Seat: **8A**
Class: **Economy (S)**
Meals: **Food for purchase**

## CLT
Charlotte
2:13 PM

**AA 5738**

Operated by Piedmont Airlines as American Eagle

○ ## TLH
Tallahassee
3:54 PM

Seat: **4A**
Class: **Economy (S)**
Meals:

[ Manage your trip ]

# Earn 50,000 bonus miles
Plus great travel benefits. Terms Apply.

Learn more



## Your purchase

**Gilberto Balli - AAdvantage® #: 0K2\*\*\*\***

| | |
|---|---|
| New ticket (0012489268451) | $858.90 |
| [$789.00+ Taxes & carrier-imposed fees $69.90] | |

**Total cost**     **$858.90**

## Your payment

MasterCard (ending 5713)     $858.90

**Total paid**     **$858.90**

## Bag information

| Checked Bag (Airport) | | Checked Bag (Online*) | |
|---|---|---|---|
| 1st bag | No charge | 1st bag | No charge |
| 2nd bag | No charge | 2nd bag | No charge |

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 50 pounds or 23 kilograms

For information regarding American Airlines checked baggage policies, please visit: Bag and optional fees

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. Bag and optional fees
If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 4 hours) before departure.

### Carry-on bags

| | |
|---|---|
| 1st carry-on | Includes purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you. |

| | | |
|---|---|---|
|  | **Mastercard ····5713**<br>12/12/23 3:13 PM | $17.38 |

Switch Payment Method

Download PDF

# You rode with SANTOS

5.00 ★ Rating           Has passed a multi-step safety screen

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more >

**Comfort**    5.21 miles | 13 min

**2:26 PM**
Av Aeropuerto, Carolina, PR 00937, US

**2:39 PM**
1077 Ashford Ave, San Juan, PR 00907, US

2 of 4

Sunday, December 17, 2023 at 19:10:19 Eastern Standard Time

**Subject:** [Personal] Your Tuesday afternoon trip with Uber
**Date:** Tuesday, December 12, 2023 at 2:13:29 PM Eastern Standard Time
**From:** Uber Receipts
**To:** gballi@live.com

# Uber

Total **$17.38**
December 12, 2023

## Thanks for tipping, Gil

Here's your updated Tuesday afternoon ride receipt.



| Total | $17.38 |
|---|---|

| Trip fare | $11.17 |
|---|---|
| Subtotal | $11.17 |
| Booking Fee | $1.21 |
| Airport Fee | $3.00 |
| Tips | $2.00 |

**Payments**





Sunday, December 17, 2023 at 19:08:54 Eastern Standard Time

**Subject:** [Personal] Your Friday morning trip with Uber
**Date:** Friday, December 15, 2023 at 6:38:26 AM Eastern Standard Time
**From:** Uber Receipts
**To:** gballi@live.com

# Uber

Total **$10.90**
December 15, 2023

## Thanks for tipping, Gil

Here's your updated Friday morning ride receipt.



## Total       $10.90

| | |
|---|---|
| Trip fare | $8.34 |
| Subtotal | $8.34 |
| Booking Fee  | $0.56 |
| Tips | $2.00 |

**Payments**

Mastercard ····5713       $10.90

1 of 4

12/15/23 7:38 AM

Switch Payment Method

Download PDF

# You rode with CESAR

4.99 ★ Rating              Has passed a multi-step safety screen

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more >

UberX   5.52 miles | 9 min

**7:04 AM**
1077 Ashford Ave, San Juan, PR 00907, US

**7:14 AM**
Terminal C, Aeropuerto Internacional Luis Muñoz Marín (SJU), Carolina, PR 00979, US







# Google Maps

**5160 Royal Fern Circle, Tallahassee, FL to 5160 Royal Fern Circle, Tallahassee, FL**

Drive 43.1 miles, 56 min

Map data ©2023 Google    2 mi

🚗 via I-10 W and FL-263 S/Capital Cir NW    56 min
    43.1 miles

56 min without traffic

## Explore 5160 Royal Fern Circle, Tallahassee, FL

Restaurants    Hotels    Gas stations    Parking Lots    More