Del Carmen Consulting, LLC
3122 Westwood Drive
Arlington, Texas 76012

November 22, 2023 through December 21, 2023

INVOICE # SM2023-12     **TOTAL DUE $ 15,000.00**
SPECIAL MASTER
DECEMBER 2023 INVOICE

## Tasks Completed

Wrote, reviewed and responded to emails and all other documents/communication with respective parties and the Court.

Participated in conference calls with the Commonwealth Representatives and Court.

Held conference calls with the SM team members and PRPB personnel.

Coordinated meetings with OSM and parties relevant to compliance plan.

Reviewed filings, motions, and orders, and provided feedback on CMR.

Worked on review of documents sent by PRPB and Monitor's Office.

Reviewed, coordinated, and provided feedback to the Court on various matters.

Performed research and inquiries for the Court as requested.

Coordinated meetings on compliance and SM reform office plan, as requested by the Court.

Held meetings and interviews in Puerto Rico (12/13--12/15).

## Flat Rate Total Wages Due = $15,000.00

All travel expenses incurred during the trip to Puerto Rico (12/13/23—12/15/23) including airfare, lodging, meals, parking and transportation within the island, are being donated.

# TOTAL DUE = $ 15,000.00

**I hereby certify that the amount billed in this invoice is true and correct in my capacity as Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.**

*Alejandro del Carmen*
_____
   **Dr. Alejandro del Carmen**　　　　　　　　　　　　　　　　　　　**12/21/23**