GALOEFFERT, LLC
4805 East Lake Road
Sheffield Lake, Ohio 44054

November 22, 2023, through Dec 21, 2023

INVOICE # 2023-12                                       **TOTAL DUE $13,896.70**
ASSISTANT SPECIAL MASTER
December 2023 INVOICE

Tasks Completed

| Hours | Description | Total |
|---|---|---|
| 23 | Drafted/reviewed/researched/translated as necessary/discussed/reworked documents related to various orders of the Court, Parties, Auditor, and Monitor's Office exchanges regarding recurring issues and OSM projects including compliance plan, CMR-9, town hall meeting, integrity audits, and equitable sharing, to include orders and ad hoc taskings of the Court. | $3,450.00 |
| 17 | Drafted, reviewed, and responded to texts, emails, and all other documents/communications/telephone calls with respective parties, the OSM, Auditor, and Court. | $2,550.00 |
| 13 | Zoom meetings and/or conference calls with the parties. | $1,950.00 |
| 24 | Meetings/Community Town Hall in San Juan 12/13-15/2023 | $3,600.00 |
| Travel Expense | American Airlines Economy Fare Cleveland to San Juan | $567.40 |
| Travel Expense | United Airlines Economy Fare San Juan to Cleveland | $384.70 |
| Travel Expense | Lodging 12/12/23-12/15/23, Govt rate $195/night, tax $28.60/night and resort fee $65/night | $865.80 |
| Travel Expense | Meals and Incidental Expenses, 12/12/23-12/15/23, Govt rate $115.00/day, travel days ¾ rate at $86.25/day | $402.50 |
| Travel Expense | Parking Cleveland Airport $22.00/day | $88.00 |
| Travel Expense | UBER Trips – 12/12/23 Airport to hotel $38.30 | $38.30 |

Total Wages Due = $13,896.70

I hereby certify that the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

_Gary A. Loeffert_ (signature)          S/Alejandro del Carmen (signature)          12/21/2023

Gary A. Loeffert                          S/Alejandro del Carmen



AA RECORD LOCATOR: EOYWZJ               Get your boarding pass faster! Scan this barcode at any American Airlines Self-Service Machine.

## Cleveland to San Juan    1 Adult
### Tuesday December 12, 2023

| AA Record Locator | Reservation Name |
|---|---|
| **EOYWZJ** | **CLE/SJU** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Nov 20, 2023 |

**Total Paid:** $567.40 USD

| Flight | Depart | Arrive |
|---|---|---|
| American Airlines **1562** Create Notification | Cleveland (CLE) December 12, 2023 02:01 PM On time Scheduled Time: 01:01 PM Estimated Time: 12:26 PM Actual Time: Terminal:   Gate: C7  Travel Time : 1 h 40 m Class : Economy Seat : 9C | Charlotte (CLT) December 12, 2023 03:41 PM On time Scheduled Time: 02:41 PM Estimated Time: 02:41 PM Actual Time: Terminal:   Gate: C5 Baggage Area : D Booking Code : N Aircraft : Boeing 737-800 |
| American Airlines **2830** Create Notification | Charlotte (CLT) December 12, 2023 05:30 PM On time Scheduled Time: 04:30 PM Estimated Time: 03:45 PM Actual Time: Terminal:   Gate: C15  Travel Time : 3 h 34 m Class : Economy Seat : 11C | San Juan (SJU) December 12, 2023 10:04 PM On time Scheduled Time: 08:04 PM Estimated Time: 08:04 PM Actual Time: Terminal: C  Gate: C4 Baggage Area : Booking Code : N Aircraft : Airbus A321 |

**Fare Amount**

Adult
1 × $499.00 USD        $499.00 USD

**AAdvantage® Benefits**

Main Cabin Extra        $0.00 USD
Priority Access℠        $0.00 USD
Same-Day Standby        $0.00 USD

**Taxes & Carrier-Imposed Fees**

Taxes        $68.40 USD
Carrier-Imposed Fees        $0.00 USD

**Flight Subtotal**

$567.40 USD

## Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | EQUIV FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|---|
| LOEFFERT,GARY | 0012495183607 | ▇▇▇▇▇▇ | $499.00 USD | 0.00 USD | 68.40 | 567.40 |
| **Payment Type:** | Ticket Exchange -0012482862757 | | | | **Total** | **$567.40 USD** |

### Endorsements/Restrictions
NONREF/ NO VALUE AFTER FLT TIME USD241.00 NON-REFUNDABLE

### Terms and conditions:
If you've already begun travel, this receipt may only show portions of your trip not flown.

If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued, your ticket total may not include all taxes. Please contact Reservations for the correct total.

A summary of all the terms and conditions that apply to your travel are available on aa.com/conditionsofcarriage.

From: **United Airlines** Receipts@united.com
Subject: eTicket Itinerary and Receipt for Confirmation A0DQ77
Date: December 11, 2023 at 8:22 PM
To: ███████████████





Mon, Dec 11, 2023

## Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# A0DQ77

---

**Flight 1 of 2 UA2022**      Class: United Economy (S)

Fri, Dec 15, 2023     Fri, Dec 15, 2023
**08:15 AM**     **11:15 AM**
San Juan, PR, US (SJU)     Washington, DC, US (IAD)

**Flight 2 of 2 UA6034**     Class: United Economy (S)

Fri, Dec 15, 2023     Fri, Dec 15, 2023
**12:49 PM**     **02:15 PM**
Washington, DC, US (IAD)     Cleveland, OH, US (CLE)

Flight Operated by MESA AIRLINES DBA UNITED EXPRESS.

---

**Traveler Details**

LOEFFERT/GARYA
eTicket number: 0162348522160     Seats: SJU-IAD 21C
Frequent Flyer: ████████████     IAD-CLE 18C
Economy Plus Seat (0164260292395)     SJU-IAD

**Purchase Summary**

Method of payment:     Master Card ending in 5034
Date of purchase:     Tue, Dec 12, 2023

Airfare:     349.00

| | |
|---|---:|
| U.S. Transportation Tax: | 21.10 |
| September 11th Security Fee: | 5.60 |
| U.S. Passenger Facility Charge: | 9.00 |
| Total Per Passenger: | 384.70 USD |

**Total:** 384.70 USD

### Additional Purchase Summary

| | |
|---|---:|
| Method of payment: | Master Card ending in 5034 |
| Date of purchase: | Mon, Dec 11, 2023 |
| Economy Plus Seat (Reference Number: 0164260292395): | |

**Total:** 104.00 USD

### Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.
REFUNDABLE

### MileagePlus Accrual Details

Garya Loeffert

| Date | Flight | From/To | Award Miles | PQP | PQF |
|---|---|---|---|---|---|
| Fri, Dec 15, 2023 | 2022 | San Juan, PR, US (SJU) to Washington, DC, US (IAD) | 2065 | 295 | 1 |
| Fri, Dec 15, 2023 | 6034 | Washington, DC, US (IAD) to Cleveland, OH, US (CLE) | 385 | 55 | 1 |
| MileagePlus accrual totals: | | | 2450 | 350 | 2 |

### Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Fri, Dec 15, 2023 San Juan, PR, US (SJU - Luis Muñoz Marín) to Cleveland, OH, US (CLE) | 0.00 USD | 45.00 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |

Baggage check-in must occur with United or United Express, and you must have valid MileagePlus Premier® Silver membership at time of check-in to qualify for waiver of the service charge for the first checked bag (within specified size and weight limits).

### Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, frequent flyer status, and the selected itinerary. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program. Once travel has started, accruals will no longer display. You can always view your MileagePlus account for posted accrual.

- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown. Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.

International eTicket Reminders

Guest Folio



We wish to thank you for choosing La Concha, A Renaissance Resort. We strive for dazzling style and nonstop fun in a retro urban showcase of cool and edgy, Latino chic lifestyle, with passionate and soulful hospitality and service.

Got all that? Hope we lived up to it! And when you're back in town, we certainly expect to serve you again, call us anytime at 787-721-7500 / 1-888-236-2427!

INFORMATION INVOICE

GUEST NAME

Gary Loeffert

| | |
|---|---|
| ROOM | 0652 |
| ROOM TYPE | STNK |
| NO. OF GUEST | 1 |
| RATE | 16GOVA |
| MRW # | 634272603 |
| CLERK | CSANTOS |
| DATE | 15-DEC-23 |
| PAGE No. | 1 of 1 |

ARRIVE 12-DEC-23    TIME 09:03    DEPART 15-DEC-23    TIME 00:00    FOLIO# 28145224

| DATE | DESCRIPTION | REFERENCE NUMBER | | CHARGES |
|---|---|---|---|---|
| 12-DEC-23 | Room Charges | | | 195.00 |
| 12-DEC-23 | Resort Fee | | | 65.00 |
| 12-DEC-23 | Room Tax | | | 28.60 |
| 13-DEC-23 | Room Charges | | | 195.00 |
| 13-DEC-23 | Resort Fee | | | 65.00 |
| 13-DEC-23 | Room Tax | | | 28.60 |
| 14-DEC-23 | Room Charges | | | 195.00 |
| 14-DEC-23 | Resort Fee | | | 65.00 |
| 14-DEC-23 | Room Tax | | | 28.60 |
| 14-DEC-23 | Master Card / Euro Card | XXXXXXXXXXX5034 | XX/XX | -865.80 |

Balance    USD    0.00

GUEST SIGNATURE _____

1077 Ashford Avenue, San Juan, Puerto Rico 00907 - T.787.721.7500 - F.787.977.4019 - LaConchaResort.com

```
DECEMBER 15, 2023    2:24 PM

        95497 - STANDARD PARKING
             5300 RIVERSIDE DR
           CLEVELAND, OH 44135
              216-267-5030

COMP ID:SPRK         TERM ID:APCH9549735

CARD TYPE: MASTERCARD
APP NAME: MASTERCARD
AID: A0000000041010
TRAN TYPE: SALE
ACCOUNT#: ************5034 INSERT
EMV CREDIT

TOTAL AMOUNT              $    88.00

APPROVAL CODE:   03431C    STAN: 003015
BATCH NUMBER: 20

          ARQC - 76374FF704610B08

              CUSTOMER COPY

                 THANK YOU
```

**From:** Uber Receipts noreply@uber.com
**Subject:** [Personal] Your Tuesday evening trip with Uber
**Date:** December 12, 2023 at 9:29 PM
**To:** ████████████



# Uber

Total **$38.30**
December 12, 2023

## Thanks for tipping, Gary

Here's your updated Tuesday evening ride receipt.



## Total     $38.30

| | |
|---|---|
| Trip fare | $28.31 |
| Subtotal | $28.31 |
| Booking Fee | $0.61 |
| Airport Fee | $3.00 |
| Tips | $6.38 |

### Payments



Mastercard ····5034     $38.30
12/12/23 10:29 PM