Christopher Graham, dba

Diligens, LLC
EIN 87-1667996



December 21, 2023

INVOICE# 2023-09

Re: Professional Services 10/22/2023-12/21/2023

Case 3:12-cv-02039-FAB Document 2405 Filed 05/04/2023

| Date(s) | Hours | Description - Professional Services | Amount |
|---|---|---|---|
| 10/22/2023-12/21/203 | 9.25 | Consolidated total: Meetings and calls with parties, monitor staff, OSM re: protocol, financial matters, status, and progress. | $ 1,387.50 |
| 10/22/2023-12/21/203 | 7.75 | FY 2022 court ordered audit: review, correspondence, and analysis. | $ 1,162.50 |
| | | Total | $ 2,550.00 |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as the court-appointed Financial Oversight Officer. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

_____
Christopher Graham
12/21//2023

_____
Alejandro del Carmen, Ph.D.
12/21/23