**Spece**
1225 Juan Ponce de Leon
San Juan, PR  00907
787-417-7300
info@spece.com
www.spece.com

**Invoice  INV - 21001**



| BILL TO | | | |
|---|---|---|---|
| Office of the FPMPR LLC | DATE<br>02/01/2024 | PLEASE PAY<br>$2,579.20 | DUE DATE<br>02/01/2024 |

| MEMBERSHIP | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Membership:Private Office**<br>Private Office Suite - Office 15, $2,300.00, Feb 1, 2024 - Feb 29, 2024 | 1 | 2,300.00 | 2,300.00T |
| **Other Fees:One-off Fees**<br>Telephone Service, $60.00, Feb 1, 2024 - Feb 29, 2024 | 1 | 60.00 | 60.00T |
| **Other Fees:One-off Fees**<br>Garage Parking, $120.00, Feb 1, 2024 - Feb 29, 2024 | 1 | 120.00 | 120.00T |
| | SUBTOTAL | | 2,480.00 |
| | TAX (4%) | | 99.20 |
| | TOTAL | | 2,579.20 |
| | TOTAL DUE | | $2,579.20 |

THANK YOU.

ELEVATE YOUR BUSINESS

**Spece**
1225 Juan Ponce de Leon
San Juan, PR  00907
787-417-7300
info@spece.com
www.spece.com

**Invoice  INV - 21020**



**BILL TO**
Office of the FPMPR LLC

| | DATE | PLEASE PAY | DUE DATE |
|---|---|---|---|
| | 12/28/2023 | $673.92 | 12/31/2023 |

| MEMBERSHIP | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Event Rental:Conference Room**<br>Small Conference Room, $144.00, 1 x $144.00 / day (20% discount) - Dec 13, 2023 | 1 | 144.00 | 144.00T |
| **Event Rental:Conference Room**<br>Small Conference Room, $144.00, 1 x $144.00 / day (20% discount) - Dec 14, 2023 | 1 | 144.00 | 144.00T |
| **Event Rental:Conference Room**<br>Medium Conference Room, $120.00, 1 x $96.00 / hour (20% discount), 1 x $24.00 / hour (20% discount) - Dec 14, 2023 | 1 | 120.00 | 120.00T |
| **Event Rental:Conference Room**<br>Small Conference Room, $60.00, 3 x $20.00 / hour (20% discount) - Dec 12, 2023 | 3 | 20.00 | 60.00T |
| **Event Rental:Conference Room**<br>Medium Conference Room, $180.00, 1 x $180.00 / day (20% discount) - Dec 13, 2023 | 1 | 180.00 | 180.00T |

| | | |
|---|---|---|
| SUBTOTAL | | 648.00 |
| TAX (4%) | | 25.92 |
| TOTAL | | 673.92 |

**TOTAL DUE**    **$673.92**

**THANK YOU.**

ELEVATE YOUR BUSINESS

**Spece**
1225 Juan Ponce de Leon
San Juan, PR  00907
787-417-7300
info@spece.com
www.spece.com

Invoice  INV - 20940



| BILL TO | | | |
|---|---|---|---|
| Office of the FPMPR LLC | DATE<br>12/07/2023 | PLEASE PAY<br>$11.14 | DUE DATE<br>12/07/2023 |

| MEMBERSHIP | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Other Fees:One-off Fees**<br>Visitor Parking 11-23 | 1 | 10.71 | 10.71T |

|  |  |
|---|---|
| SUBTOTAL | 10.71 |
| TAX (4%) | 0.43 |
| TOTAL | 11.14 |
| TOTAL DUE | **$11.14** |

THANK YOU.

ELEVATE YOUR BUSINESS