# THE & GROUP LLC.

Las Ramblas
71 Calle Montjuic
Guaynabo , PR 00969

## INVOICE

INVOICE NUMBER: 124
INVOICE DATE: DECEMBER 31, 2023

Federal Police Monitor

San Juan, PR

Invoice for Javier B Gonzalez Professional Services as Administrative Director

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| DEC-01-23 | Administrative Director | Work with Team November Invoices (Travel and Labor), Town Hall Follow Up. | 4.00 | $125.00 | $500.00 |
| DEC-01-23 | Administrative Director | Office of the FPMPR Insurance Yearly Payment | | | $752.00 |
| DEC-01-23 | Administrative Director | FPM Office Documents Storage | | | $228.43 |
| DEC-04-23 | Administrative Director | Bi-weekly Team Meeting, Work with Team November Labor Invoices, Town Hall Follow up. | 5.00 | $125.00 | $625.00 |
| DEC-04-23 | Administrative Director | Office Vehicle Maintenance (SUV Lights). | | | $122.64 |
| DEC-05-23 | Administrative Director | Work with Team November Travel and Labor Invoices. | 4.00 | $125.00 | $500.00 |
| DEC-06-23 | Administrative Director | Visit Columbia University in Caguas as part of the Town Hall Meeting Coordination, Communications with the Monitor, Team Visit Coordination. | 3.50 | $125.00 | $437.50 |
| DEC-07-23 | Administrative Director | Weekly Executive Team Meeting, Focus groups follow up, Community Meeting at Mayaguez. Coordination of Team Visit. | 6.00 | $125.00 | $750.00 |
| DEC-08-23 | Administrative Director | Final review of Team November Invoices, Coordination of Team Visit, Town Hall Meeting follow up. | 3.50 | $125.00 | $437.50 |
| DEC-11-23 | Administrative Director | Team Visit, Meetings at PRPB, Team IDs | 8.00 | $125.00 | $1,000.00 |
| DEC-12-23 | Administrative Director | Team Field Visit to Bayamón, Coordination of Team Visit. | 5.00 | $125.00 | $625.00 |
| DEC-13-23 | Administrative Director | Team Visit Coordination, Meeting at the Academy, Pick up checks and deposit, | 8.00 | $125.00 | $1,000.00 |
| DEC-14-23 | Administrative Director | Team Visit, Meeting with the Monitor at DSP, Town Hall coordination and Meeting. | 10.00 | $125.00 | $1,250.00 |
| DEC-15-23 | Administrative Director | Team Visit Coordination, Focues Groups follow up. | 1.50 | $125.00 | $187.50 |
| DEC-16-23 | Administrative Director | Community Councils State Meeting in Ponce. | 5.00 | $125.00 | $625.00 |

INVOICE NUMBER: 124

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| DEC-16-23 | Administrative Director | FPM Office Adobe Account Monthly Payment | | | $47.98 |
| DEC-18-23 | Administrative Director | Review of documets sent by Team members, Team December Invoices. | 2.00 | $125.00 | $250.00 |
| DEC-19-23 | Administrative Director | Focus Groups Follow Up, Team Travel Expenses. | 2.50 | $125.00 | $312.50 |
| DEC-20-23 | Administrative Director | Communications with the Monitor, Work with Team December Travel Invoices | 2.00 | $125.00 | $250.00 |
| DEC-21-23 | Administrative Director | Communications with the Monitor, Work with Team Travel Invoices | 1.00 | $125.00 | $125.00 |
| DEC-22-23 | Administrative Director | Focus Groups follow up, Team December Travel Invoices | 1.50 | $125.00 | $187.50 |
| DEC-27-23 | Administrative Director | Work with Team November and December Travel Expenses Invoices, | 3.50 | $125.00 | $437.50 |
| DEC-28-23 | Administrative Director | Executive Team Weekly Meeting, 253 Meeting, Review of Team November and December travel invoices. | 4.50 | $125.00 | $562.50 |
| DEC-31-23 | Administrative Director | I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0.00 | $125.00 | $0.00 |
| | | Gasoline Expense | | | $250.00 |
| | | Total amount of this invoice | | | $11,463.55 |

MESSAGE

Javier B Gonzalez December 31, 2023



# PAYMENT COMPLETED

Keep the following information as evidence of payment made to Multinational Insurance Company

| CUSTOMER | POLICY | EMAIL | AMOUNT PAID |
|---|---|---|---|
| OFFICE OF THE FPMPR LLC | CLP0372039 | | $752.00 |

| TRANSACTION DATE | AUTHORIZATION NUMBER | PAYMENT METHOD | REFERENCE NUMBER |
|---|---|---|---|
| 11/16/2023 | 245096 | CARD | 297298 |

| DESCRIPTION |
|---|
| PAGO |



# Transaction Details
### Card Ending - 31000

Business Services - Insurance Services

# MULTINACIONAL INSURANCE

# $752.00

Nov 16, 2023

On your statement as MULTINATIONAL INSURASAN JUAN PR

## 1,504 Marriott Bonvoy Points



# Transaction Details

MULTINACIONAL INSURANCE

 (787) 523-7317

| Doing Business As | MULTINACIONAL INS… ∨ |
|---|---|
| Date Processed | Nov 17, 2023 |
| Transaction Reference Number | 3202332… ∨ |



**Southern Self Storage - Santurce**
**2 Calle Concepcion**
**San Juan, PR    00909-2508**
**(787) 339-2574**

# Payment Receipt

| | |
|---|---|
| **Date Printed** | December 1, 2023 |
| **Payment Date** | December 1, 2023 9:42 AM |
| **Unit** | 2705 |
| **Available Credit** | 0.00 |
| **Current Balance** | 0.00 |
| **Paid Thru** | December 31, 2023 |
| **Receipt Number** | 133297 |
| **By** | EC |

**Tenant**  Javier Gonzalez
**Company**
**Address**  Urb Los Ramblas    71 Calle Montjuic
**City, State, Zip**  Guaynabo    PR    00969

| Date | Unit | Description | Charge | Discount | Tax | Total | Payment | Method |
|---|---|---|---|---|---|---|---|---|
| 12/01/23 | 2705 | Rent 12/1-12/31 | 195.00 | 0.00 | 22.43 | 217.43 | 217.43 | AMEX |
| 12/01/23 | 2705 | iShield 12/1-12/31 | 11.00 | 0.00 | 0.00 | 11.00 | 11.00 | AMEX |

```
                    Taxes                              22.43
                    Payment (less tax)                206.00
                    Payment Subtotal                  228.43
                    Credits Applied                     0.00
                    Refunds Applied                     0.00
                    Total Applied to Account          228.43

                    Paid By                    AMEX *****1000
                    Paid Thru Date             December 31, 2023
                    Account Balance                     0.00
```

Transaction Type  Sale

Authorization  190974
Reference      80159809729

_____        _____
**Customer Signature            Date**        **Manager Signature            Date**

Forget about due dates and late charges by using **AutoPay**.  Each month your payment is automatically charged to your credit card on the due date.  This service is offered **FREE OF CHARGE**.  Just ask us for an AutoPay form to complete or go online at www.southernselfstoage.com sign up.

Get $25.00 credit on referrals!
  Ask your manager how and save money. Don't forget to visit us for boxes and moving supplies.  We are your one stop shop for all your moving needs.

To manage your account online visit www.southernselfstorage.com.



# Transaction Details
### Card Ending - 31000

Other - Miscellaneous

# SOUTHERN SELF STORAGE SAN JUAN

# $228.43

Dec 1, 2023

On your statement as Southern Self StoragSANTURCE PR

**456 Marriott Bonvoy Points**



# Transaction Details



SOUTHERN SELF STORAGE SAN JUAN

CALLE CONCEPCION #2
PDA 20
SANTURCE
PR
00909
PUERTO RICO



**LED SOLUTION**
Ave. Simón madera #319
SAN JUAN, PR 00924
(787) 406-2208

¡Gracias por elegir nos a nosotros!
Cajero: Aleyxa
04-dic.-2023 03:11:22

| | | |
|---|---|---|
| 1 | H9 PRO 20,000LM H16 | US$ 65,00 |
| 1 | G20 8,000LM H11 | US$ 44,99 |

**Subtotal** US$ 109,99

| | | |
|---|---|---|
| Mun | 1% | US$ 1,10 |
| State | 10.5% | US$ 11,55 |
| **Total Taxes** | | US$ 12,65 |

**Total** US$ 122,64

VENTA: EFECTIVO     US$ 122,64
Efectivo recibido   US$ 130,00
Cambio              US$ 7,36

Luces LED 3 meses de garantía con recibo y empaque. La música solo tiene 7 días de garantía.

EVNA7F55F942M

EP5EM2RJGHN62
A7F55F942M

er Privacy Policy
clover.com/privacy



# Transaction Details
## Card Ending - 12001

**Merchandise & Supplies - Mail Order**

# ADOBE ACROPRO SUBS ASAN JOSE CA

# $47.98

Dec 16, 2023

On your statement as ADOBE ACROPRO SUBS ASAN JOSE CA



## Transaction Details

ADOBE WEBSALES 800-833-6687

(800) 833-6687

http://www.adobe.com/

| Doing Business As | ADOBE WEBSALES 8... ⌄ |
|---|---|
| Date Processed | Dec 17, 2023 |
| Transaction Reference Number | 3202335... ⌄ |