

# Invoice

**Altai Atlantic Consulting LLC**
828 Snowden Hallowell Way, Alexandria VA 22314

**Date:** 01/01/24
**Invoice #:** 01-048

**To:** Office of the Federal Police Monitor of Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
Tel. 787-417-9098

| Fee Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|
| **Total Fees Payable For Services Rendered by Dr. David Levy** | 55.0 | 165 | **$9,075.00** |

### Work Performed in the Continental United States

| Date | Activity Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 12/1/23 | Communication re: CMR-9 comments & CMR-10 data | 1.0 | 165 | $165.00 |
| 12/1/23 | Misc. end-of-month admin for November | 1.0 | 165 | $165.00 |
| 12/2/23 | Validating PRPB response to CMR-10 data request 1.2 | 2.5 | 165 | $412.50 |
| 12/3/23 | Review and communicatino re: comments from parties on CMR-9 | 3.5 | 165 | $577.50 |
| 12/3/23 | Developing data validation tools | 1.0 | 165 | $165.00 |
| 12/4/23 | Biweekly team call & follow-up with Monitor's Romero and Youngs | 1.5 | 165 | $247.50 |
| 12/5/23 | Review and communication re: CMR-9 community policing | 0.5 | 165 | $82.50 |
| 12/7/23 | Preparation for Dec. 8th call with PRPB re: CMR-9 compliance data | 1.0 | 165 | $165.00 |
| 12/8/23 | Call with PRPB re: CMR-9 compliance data & follow-up | 2.5 | 165 | $412.50 |
| 12/9/23 | Review and communicatino re: CMR-9 SARP investigators training | 1.5 | 165 | $247.50 |
| 12/9/23 | Response to USDOJ methodology review & master data request revision | 3.0 | 165 | $495.00 |
| 12/10/23 | Review of CMR-9 supervision & professionalizaiton | 4.5 | 165 | $742.50 |
| 12/11/23 | Dashboards demonstrations & follow-up communication | 2.5 | 165 | $412.50 |
| 12/11/23 | Revision to final draft of CMR-9 professionalization & supervision | 5.0 | 165 | $825.00 |
| 12/11/23 | Review of USDOJ's proposed modifications to methodology | 1.0 | 165 | $165.00 |
| 12/12/23 | Methodology call with parties | 2.5 | 165 | $412.50 |
| 12/12/23 | Revision to final draft of CMR-9 professionalization & supervision | 0.5 | 165 | $82.50 |
| 12/14/23 | Managing in-service trainings & other data for CMR-10 | 1.5 | 165 | $247.50 |
| 12/16/23 | Revision to master data request based on methodology discussions. | 3.5 | 165 | $577.50 |
| 12/17/23 | Archiving CMR-9 Data | 2.5 | 165 | $412.50 |
| 12/19/23 | Communication re: data request methodology for internal investigations | 1.5 | 165 | $247.50 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 12/19/23 | Updated translations for master data request items | 1.0 | 165 | $165.00 |
| 12/22/23 | CMR-10 data request 2.1 | 4.0 | 165 | $660.00 |
| 12/31/23 | Revisions to weapons training data request method | 2.0 | 165 | $330.00 |
| 12/31/23 | Revised master data request date formulas on key items | 4.0 | 165 | $660.00 |
|  |  |  | 165 | $0.00 |
|  |  |  | 165 | $0.00 |
|  |  |  | 165 | $0.00 |
|  |  |  | 165 | $0.00 |
|  |  |  | 165 | $0.00 |
| Total |  | 55.0 |  | $9,075.00 |

**Total Fee Payable**   $9,075.00

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

**Dr. David Levy**

01/01/24
**Date**