# INVOICE

**DATE**
1/1/2024

**INVOICE NO**
#039

**Denise Rodriguez**
3003 San Sebastian St.
Mission, TX 78572
drodriguez_PRI@outlook.com

**INVOICE TO**
Puerto Rico Chief Federal Monitor

**INVOICE PERIOD**
December 1 - 31, 2023

## DUTIES AND RESPONSIBILITIES                                             TOTAL DUE $15,833.33

- Conducted monthly one-on-one meetings with subject matter experts
- Coordinated and conducted weekly Monitoring Executive Team meetings
- Coordinated and conducted biweekly meetings with the Parties
- Conducted biweekly meetings with Research Analyst
- Reviewed and approved the review of several policies submitted to the Monitor's Office by PRPB as per Paragraph 229 of the Agreement
- Worked with the Research Analyst to draft and finalize the schedule for the January site visit
- Worked with Administrative Director and Associate Monitor to finalize plan for December community meeting
- Participated in various meetings with the Parties to discuss PRPB's work with AHDatalytics
- Coordinated and oversaw the submission and receipt of various data requests CMR-10
- Participated in various calls with PRPB and Monitoring team members
- Worked with Team leadership to finalize CMR-9 and submit to Court
- Worked with website team to get the CMR-9 posted onto the website
- Participated in discussions with PRPB about the data requests for CMR-10
- Participated in discussions with Parties about their comments to CMR-9
- Coordinated the revisions and responses to these comments for the FPM team
- Participated in discussions with PRPB about scheduling biweekly meetings with each of the SMEs and worked with the FPM staff to identify the dates/times for these meetings
- Participated in December site visit
- Participated in discussions regarding the Monitoring Methodology

| | |
|---|---|
| Flat Rate Total Wages* | $15,833.33 |
| **Total Due** | **$ 15,833.33** |

*The total amount is a flat rate. The total monthly is $15,833.33 for an annualized amount of $190,000.00

*Denise Rodriguez* (signature)

**Denise Rodriguez, Chief Deputy Monitor**

December 31, 2023
Date

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.