# VIOTA & ASSOCIATES CPA LLC

**B5 CALLE TABONUCO, SUITE 216**
**PMB 292**
**GUAYNABO, PR 00968-3029**

## Invoice

INVOICE NUMBER: 20201693
DATE: DECEMBER 22, 2023

PUERTO RICO POLICE REFORM

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: CONSULTING FEES | | | |
| DEC-13-23 | CONSULTING FEES | Download invoices to Dropbox, Review Invoices, calculated withholdings, 11/30 invoices in Excel | 1.25 | $125.00 | $156.25 |
| DEC-14-23 | CONSULTING FEES | ACH Vendor payments for NOVEMBER Services and Luis Hidalgo check | 1.00 | $125.00 | $125.00 |
| DEC-15-23 | CONSULTING FEES | 2nd - ACH Vendor payments for NOVEMBER invoices<br>Professional Services withholding deposit | 0.50 | $125.00 | $62.50 |
| DEC-20-23 | CONSULTING FEES | Reconciliation 11/30 | 0.25 | $125.00 | $31.25 |
| DEC-22-23 | CONSULTING FEES | Invoices in Sage 11/30. Bank Reconciliation 11/30, Payments November & December | 2.00 | $125.00 | $250.00 |
| | | TOTAL: CONSULTING FEES | | | $625.00 |
| | | Total hours for this invoice | 5.00 | | |
| | | Total before tax | | | $625.00 |
| | | PR SALES TAX (IVU) | | | $0.00 |
| | | Total amount of this invoice | | | $625.00 |