**Name:** Donald S. Gosselin, d/b/a Gosselin Int'l Associates, division of MBG North Corp #1187
**Invoice Date** 12/31/23
**Invoice Peri** 1 DECE - 31 DEC 2023

| Date | Task(s) | Rate | Total Ho | Total Amount |
|---|---|---|---|---|
| 12/03/23 | Review Parties Objections to CMR9 | $ 165.00 | 2.75 | $ 453.75 |
| 12/04/23 | Review Special Master Correspondence | $ 165.00 | 2.25 | $ 371.25 |
| 12/08/23 | Review notional visit schedule/Comms with PRPB and Tea | $ 165.00 | 2.5 | $ 412.50 |
| 12/09/23 | Create new Database Tables | $ 165.00 | 4.25 | $ 701.25 |
| 12/10/23 | Database verification and testing | $ 165.00 | 1.75 | $ 288.75 |
| 12/11/23 | Field Work SJU | $ 165.00 | 8 | $ 1,320.00 |
| 12/12/23 | Field Work SJU | $ 165.00 | 8 | $ 1,320.00 |
| 12/13/23 | Field Work SJU | $ 165.00 | 8 | $ 1,320.00 |
| 12/14/23 | Field Work SJU | $ 165.00 | 8 | $ 1,320.00 |
| 12/15/23 | Comms with Team - Reporting | $ 165.00 | 3.25 | $ 536.25 |
| 12/18/23 | Review PRPB Documented Proposals/Comms with Team | $ 165.00 | 4 | $ 660.00 |
| 12/19/23 | Review PRPB Comms Non Punitive | $ 165.00 | 2.75 | $ 453.75 |
| 12/20/23 | Review PRPB changes in drug policy | $ 165.00 | 2.25 | $ 371.25 |
| 12/26/23 | Review Training Plan | $ 165.00 | 0.75 | $ 123.75 |
| 12/27/23 | Review Team Correspondence/PRPB Documentation/DSF | $ 165.00 | 1.5 | $ 247.50 |
| **TOTAL Labo** | | | **60.00** | **$ 9,900.00** |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the

**Signature:** DS Gosselin <signature>

**Date:** 12/31/23

**Commo and Coordination** consists of all writings and digital comms to/from Monitors, PRPB, USDOJ; Review compliance targets, document and data requests, logistics; scheduling, on-site planning & coordination, database development

**Data/Policy Analysis, Writing**
Data concerns CMR-8, Draft/review data requests, review special case, reporting on interviews, due process for promo candidates

**Field Work:** Research conducted in situ (SJU)

**Review Investigations:** Page by page analysis of SARP Investigations conducted (Phase I and Adjudicated (Phase II)