

**Al Youngs**
**5552 West Lakeridge Rd**
**Lakewood, CO 80227**

December 1 - December 31, 2023
Invoice No. 54
Member of Federal Monitor Team

| Date | Brief Description | Total Hours |
|------|-------------------|-------------|
|  | Reviewed and responded to emails and conference calls for the month of December. |  |
| 12/2 |  |  |
| 12/4 |  |  |
| 12/6 |  |  |
| 12/7 |  |  |
| 12/8 |  |  |
| 12/9 |  |  |
| 12/20 |  |  |
| 12/21 |  |  |
| 12/22 |  |  |
| 12/27 |  |  |
| 12/28 |  | 6.0 Hours |
| 12/3 |  |  |
| 12/4 |  |  |
| 12/5 |  |  |
| 12/6 | Several meetings and phone calls with Monitor and Deputy Monitor. |  |
| 12/7 |  |  |
| 12/8 |  |  |
| 12/9 |  |  |
| 12/18 |  |  |
| 12/19 |  |  |
| 12/20 |  |  |
| 12/30 |  | 3.0 Hours |
|  | **During site visit to Puerto Rico** |  |

| Date | Description | Hours |
|---|---|---|
| 12/11 | Met with Reform Unit: Reviewed site visit agenda Bi-weekly Document Production Meeting | |
| 12/11 | Non-punitive misdemeanors module demonstration | |
| 12/11 | Meeting with SAOC Lt. Col. Caseres. Discussed patrol supervision strategies and plans. | |
| 12/12 | Field visit to Bayamon. Discussions with Agents and Supervisor reference Field Supervision | |
| 12/13 | Interviews of random sample of Commanders, Supervisors and Officers to determine whether there is close and effective supervision, performance evaluations and training received. | |
| 12/13 | Reviewed Captain Promotions related material | |
| 12/13 | Meeting with Captain Alexander Acevedo. Discussed Recruitment, Selection, and Hiring programs | |
| 12/14 | Additional random sample interviews of Supervisors and Agents | |
| | | 27.0 Hours |
| 12/5 | Re-reviewed Paragragh 16 and 17 and prepared new document | 3.0 Hours |
| 12/6 | Re-reviewed Paragraph 13 | 1.0 Hours |
| 12/7 | Re-reviewed ACT 65 | 1.0 Hours |
| 12/16 | Reviewed list of possible incentives to keep PRPB employees | 2.0 Hours |
| 12/17 | Reviewed data report requests reference Captain's promotion | 2.0 Hours |
| 12/18 | Reviewed Non punitive discipline and cases | 2.0 Hours |
| 12/19 | Re-reviewed OG649 reference integrity audits | 2.0 Hours |
| 12/20 | Reviewed 2023 Code of Ethics and submitted comments | 2.0 Hours |
| 12/21 | Reviewed OG 617 and submitted comments | 2.0 Hours |
| 12/29 | Re-reviewed OG704 and submitted comments | 2.0 Hours |
| 12/30 | Reviewed Professionalization and Supervision and submitted talking points for Court Hearing | 3.0 Hours |
| 12/31 | Submitted Training recommendations | 2.0 Hours |

**TOTAL HOURS:**       **60.0**

Billable Hours: 60 Hours at a Rate of $165.00 Per Hour =        $9,900.00

**TOTAL:**        **$9,900.00**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_Alan C Young_
Signature

12/31/23
**Date**