# Rafael Ruiz Consulting

**12 Crestshire Dr.**
**Lawrence, MA 01843**

**PHONE: 6177599156   stodgo1971@yahoo.com   12 Crestshire Dr.**

## INVOICE

INVOICE NUMBER: 2023-12
INVOICE DATE: 12/31/2023

Federal Police Monitor for PR
VIG Tower, PH-924
1225 Ponce De Leon Ave.
San Juan, PR 00907

RAFAEL E. RUIZ CONSULTING

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---:|---:|---:|
| | | PROJECT: FPM work from Home | | | |
| 12/1/2023 | FPM work from Home | Review/prep report on PRPB GO's 622, 644 | 4.00 | $165.00 | $660.00 |
| 12/4/2023 | FPM work from Home | FPM Team Zoom meeting; Re-review/edit CMR-09 draft comments from Parties | 4.75 | $165.00 | $783.75 |
| 12/5/2023 | FPM work from Home | Re-review/edit CMR-09 draft, re Parties comments | 6.50 | $165.00 | $1,072.50 |
| 12/6/2023 | FPM work from Home | Re-review/edit CMR-09, re Parties comments | 5.00 | $165.00 | $825.00 |
| 12/20/2023 | FPM work from Home | Review "Reglamento Programs Detección de Sustancias Controladas | 2.00 | $165.00 | $330.00 |
| 12/21/2023 | FPM work from Home | Review "Reglamento Programs Detección de Sustancias Controladas | 2.00 | $165.00 | $330.00 |
| 12/28/2023 | FPM work from Home | Re-review PRPB GO 100-122 | 2.00 | $165.00 | $330.00 |
| 12/31/2023 | FPM work from Home | Emails, phone calls, texts among team members | 1.75 | $165.00 | $288.75 |
| | | TOTAL: FPM work from Home | | | $4,620.00 |
| | | PROJECT: FPM work from PR (Site Visits) | | | |
| 12/11/2023 | FPM work from PR (Site Visits) | FPM meant w/PRPB, USDOJ, re agenda; module presentations | 8.00 | $165.00 | $1,320.00 |
| 12/12/2023 | FPM work from PR (Site Visits) | FPM site visit, meetings and interviews of personnel | 8.00 | $165.00 | $1,320.00 |
| 12/12/2023 | FPM work from PR (Site Visits) | While at hotel in PR 7:30pm - 9:30pm: re-review/edit PRPB GO's 622, 627, 644 | 2.00 | $165.00 | $330.00 |
| 12/13/2023 | FPM work from PR (Site Visits) | FPM site visit: interviews, inspections | 8.00 | $165.00 | $1,320.00 |
| 12/14/2023 | FPM work from PR (Site Visits) | FPM site visit: interviews, inspections | 8.00 | $165.00 | $1,320.00 |
| | | TOTAL: FPM work from PR (Site Visits) | | | $5,610.00 |
| | | Total hours for this invoice | 62.00 | | |

| INVOICE BALANCE INFORMATION | |
|---|---|
| Total amount of this invoice | $10,230.00 |
| Current invoice balance | $10,230.00 |

| AMOUNT DUE ON THIS INVOICE: $10,230.00 |
|---|

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of the hours worked in my capacity as a member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*Rafael E. Ruiz*

Rafael E. Ruiz

Date: December 31, 2023