**INVOICE 0106 - LABOR FOR PROFESSIONAL SERVICES; DEC 1 - 31, 2023**
**RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC**

TO:    Federal Monitor
       Puerto Rico Police Department Consent Decree

Attached below please find the details for professional services rendered by Scott Cragg (Monitoring Core Team) for December 2023:

| Name: | Scott Cragg |
|---|---|
| **Invoice Date:** | 12/31/23 |
| **Invoice Period:** | December 1-31, 2023 |

| Date | Task(s) | Rate | Total Hours | Total Amount |
|---|---|---|---|---|
| 12/4/23 | Bi-weekly Monitors staff mtg.  Respond to PRPB to cancel planned Cyber Assessment threat briefing.  Correspond with Deputy Monitor on cyber mtg, Telcon with Fed Monitor on PRPB Comments regarding UoF. Review and comment on Commonwealth response to CMR-9, provide to Monitor, provide comments focused on data architecture. | $165.00 | 5.25 | $866.25 |
| 12/5/23 | Email correspondence with DoJ re; the RMS component document and consideration on lessons learned/to be applied to next version. Review related media reports involving PRPB.  Review and assess Gartner implementation considerations and recommendations from 11/29, Assess DoJ Responses, incorporate in Dec on-site interview plan. | $165.00 | 1.75 | $288.75 |
| 12/7/23 | Attend Gartner/PRPB RMS Weekly review, comment on data architecture and AHD position on RMS replacement.  Telcon with DoJ to review content and concerns raised during the mtg.  Weekly Gartner contract status review, follow up with the monitor to review issues. Prepare notes and interview focus for on-site visit and share with PRPB CIO. | $165.00 | 2.75 | $453.75 |
| 12/8/23 | Review IT Corrective Action Plan provided by PRPB.  Generate list of topis for review and collection of evidence | $165.00 | 4 | $660.00 |
| 12/9/23 | Continue review and markup of PRPB provided IT Corrective Action Plan, prepare for on-site interview o review compliance | $165.00 | 3.5 | $577.50 |
| 12/10/23 | Assess and reconcile AHD and DoJ concerns regarding ultimate replacement of GTE, review PRPB status report of IT Corrective Action Plan, amend invoicing per monitors office | $165.00 | 5.25 | $866.25 |
| 12/11/23 | on-site Puerto Rico | $165.00 | 8 | $1,320.00 |
| 12/12/23 | on-site Puerto Rico | $165.00 | 8 | $1,320.00 |
| 12/13/23 | on-site Puerto Rico | $165.00 | 8 | $1,320.00 |
| 12/15/23 | Per Monitor, collect expenses, prepare December Expense Invoice. review emails from Gartner on weekly status and coordination of Option Task 1C, AHD Scheduling, scan final submission CMR-9 submitted to the court, review Levy emails on archiving, review of proposed methodology changes per Luis Saucedo including final-final.  Clear Levy correspondence on archiving of pertinent materials. | $165.00 | 3 | $495.00 |

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 12/18/23 | Make flight travel arrangements for January On-site visit, align to on-site master schedule. | $165.00 | 0.5 | $82.50 |
| 12/19/23 | Participate in DoJ, PRPB, Gartner review of RMS Options 1C for continuation of critical RMS and PMO Support. | $165.00 | 0.5 | $82.50 |
| 12/20/23 | Review Gartner proposal from 12/15 -provided by R Castiglia | $165.00 | 1.5 | $247.50 |
| 12/21/23 | Periodic weekly status review with Gartner. | $165.00 | 0.5 | $82.50 |
| 12/26/23 | Review of PRPB training compliance proposal.  Propose recommendations for compliance and sustained compliance. Review of specific media reports provided by the Monitors Office. | $165.00 | 2.75 | $453.75 |
| 12/28/23 | Adjust schedule per Monitors changes.  Review monitors comments to training compliance, propose new language to establish minimums.  Begin drafting Monitors comments for status comments, 2 telcons with monitor, propose changes, re-draft and provide to Monitor.  Coordinate with Deputy monitor changes to the on-site agenda with regard to demonstrations. | $165.00 | 3.5 | $577.50 |
| 12/31/23 | Review of non-punitive data request as developed during 12/11 on-site demo, status request from D. Levy.  Finalize review of Gartner re-proposal for Option 1C support of PMO and RMS development.  Request mtg from Monitor to review Gartner proposal. Prepare December Invoice. | $165.00 | 3.25 | $536.25 |
| **TOTAL Labor** | | | **62** | **$10,230** |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

**Signature:**
**12/31/23**