| **Name:** | Rita J. Watkins |
|---|---|
| **Invoice Date:** | 12/31/2023 |
| **Invoice Period:** | December 1-31, 2023 |

| Date | Task(s) | Rate | Total Hours | Total Amount |
|---|---|---|---|---|
| 12/1/2023 | Telecons and emails from monitors and parties | $ 165.00 | 1 | $ 165.00 |
| 12/4/2023 | Team Meeting | $ 165.00 | 1 | $ 165.00 |
| 12/5/2023 | Meeting with monitor team member on CMR-9 comments from parties | $ 165.00 | 1 | $ 165.00 |
| 12/6/2023 | Write and respond to CMR-9 comments | $ 165.00 | 2 | $ 330.00 |
| 12/7/2023 | Write and respond to CMR-9 comments | $ 165.00 | 2 | $ 330.00 |
| 12/7/2023 | Review OG 644, OG 622 | $ 165.00 | 1 | $ 165.00 |
| 12/8/2023 | Telecon and emails with monitors and parties/on-site visit preperation-research | $ 165.00 | 2 | $ 330.00 |
| 12/11/2023 | On-site monitoring visit to PRPB | $ 165.00 | 8 | $ 1,320.00 |
| 12/12/2023 | On-site monitoring visit to PRPB | $ 165.00 | 8 | $ 1,320.00 |
| 12/13/2023 | On-site monitoring visit to PRPB | $ 165.00 | 8 | $ 1,320.00 |
| 12/14/2023 | On-site monitoring visit to PRPB/Townhall evening meeting | $ 165.00 | 12 | $ 1,980.00 |
| 12/16/2023 | Telecons and emails from monitors and parties/January site-visit prep | $ 165.00 | 1 | $ 165.00 |
| 12/19/2023 | Telecons and emails from monitors and parties/Reform office (Equal Pro/Non-Dis) | $ 165.00 | 1 | $ 165.00 |
| 12/20/2023 | Telecons and emails from monitors and parties/Review OG 701 | $ 165.00 | 2 | $ 330.00 |
| 12/29/2023 | Review OG 702, OG 704 | $ 165.00 | 2 | $ 330.00 |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| **TOTAL** | | | **52** | **$ 8,580.00** |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Signature: *Rita J. Watkins*     Date:     12/31/2023