

# INVOICE

22 Chalets de Santa Maria
San Juan, P.R. 00927
(787) 940-3090

DATE: 12/31/23
INVOICE #202312
FOR: FPMPR/TCA

**BILL TO:**

Office of the FPMPR, LLC
VIG Tower, PH 924
1225 Ponce de Leon Avenue
San Juan, P.R. 00907

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Zoom calls/Team meetings: | 0.50 | $165.00 | 82.5 |
| emails-texts/phone calls: Sam, Inigo, Dave, Denise, Steph., Scott, John, Claudia, CIC interview contacts: Bayamon, Carolina, Humacao, Clnl. Massari | 2.00 | $165.00 | 330 |
| 12/3/2023: Consolidated parties review and reply | 1.00 | $165.00 | $165.00 |
| 12/4/2023: Corrected consolidated parties Amended rcvd. reviewed-reply added | 0.50 | $165.00 | $82.50 |
| 12/6/2023: Community interviews selection & coord. GO 801 (CICs) Review and recommendations/memo | 2.75 | $165.00 | $453.75 |
| 12/7/2023: Community Encounter Las Piedras, GO 803 review PPRs 803.1, 803.2, 803.3, 803.4, 803.5, 803.6, 803.7, and memo | 8.00 | $165.00 | $1,320.00 |
| 12/8/2023: GO 805 PPRs 805.1 805.2 review/comments & memo. | 1.50 | $165.00 | $247.50 |
| 12/9/2023: Dec. On ground schedule and field interviews review pars 206-207/211-212 | 0.25 | $165.00 | $41.25 |
| 12/11/2023: PRPB meeting, demos. and MPRPB Interviews | 6.00 | $165.00 | $990.00 |
| 12/12/2023: Bayamon/Arecibo Field & Interviews | 8.00 | $165.00 | $1,320.00 |
| 12/13/2023: CIC Interviews | 4.50 | $165.00 | $742.50 |
| 12/14/2023: MPRPB Interviews & Townhall meeting Caguas | 8.00 | $165.00 | $1,320.00 |
| 12/18/2023: REA 803 syllabus, Curriculum content, Student Guide, Instructors' guide for agents, exec. level, Insp. Action plans revisions and responses | 2.50 | $165.00 | $412.50 |
|  |  |  | $0.00 |
|  | 45.50 |  | 7,507.5 |
|  |  | TOTAL | 7,507.5 |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities, or agencies.

Merangelie Serrano-Rios