

# Samantha Rhinerson

550 Amsonia Circle
Guyton, GA 31312
srhinerson99@outlook.com | 256-431-5324

| BILL TO | INVOICE # | DATE | DUE |
|---|---|---|---|
| Puerto Rico Chief Federal Monitor | 2023-12 | 12/31/2023 | 1/31/2024 |

| Date | Description | Hours | Rate | TOTAL |
|---|---|---|---|---|
| 12/01/2023 | 2.5 hours of CMR comment compilation and policy review facilitation | 2.50 | $100.00 | $250.00 |
| 12/03/2023 | 1.0 hour of policy review facilitation | 1.00 | $100.00 | $100.00 |
| 12/04/2023 | 1.0 hour of CMR Parties Comments review | 1.00 | $100.00 | $100.00 |
| 12/05/2023 | 1.0 of CMR Parties Comments review | 1.00 | $100.00 | $100.00 |
| 12/06/2023 | 1.0 hour of CMR Parties Comments review | 1.00 | $100.00 | $100.00 |
| 12/07/2023 | 1.0 hour of CMR Parties Comments review | 1.00 | $100.00 | $100.00 |
| 12/08/2023 | 2.0 hours of CMR Comments Meeting and policy review facilitation | 2.00 | $100.00 | $200.00 |
| 12/09/2023 | 1.0 hour of CMR review | 1.00 | $100.00 | $100.00 |
| 12/10/2023 | 1.0 hour of CMR review | 1.00 | $100.00 | $100.00 |
| 12/11/2023 | 1.0 hour of CMR review | 1.00 | $100.00 | $100.00 |
| 12/12/2023 | 1.0 hour of CMR review | 1.00 | $100.00 | $100.00 |
| 12/13/2023 | 1.0 hour of CMR review | 1.00 | $100.00 | $100.00 |
| 12/14/2023 | 1.0 hour of travel planning and policy review facilitation | 1.00 | $100.00 | $100.00 |
| 12/15/2023 | 1.0 hour of travel planning | 1.00 | $100.00 | $100.00 |
| 12/17/2023 | 1.0 hour of travel planning | 1.00 | $100.00 | $100.00 |
| 12/18/2023 | 1.0 hour of travel planning | 1.00 | $100.00 | $100.00 |
| 12/20/2023 | 1.0 hour of CMR data request | 1.00 | $100.00 | $100.00 |
| 12/21/2023 | 1.0 hour of policy review facilitation | 1.00 | $100.00 | $100.00 |
| 12/22/2023 | 1.0 hour of  policy review facilitation | 1.00 | $100.00 | $100.00 |
| 12/24/2023 | 1.0 hour of policy review facilitation | 1.00 | $100.00 | $100.00 |
| 12/26/2023 | 1.0 hour of  policy review facilitation | 1.00 | $100.00 | $100.00 |
| 12/27/2023 | 1.0 hour of 253 meeting planning and travel planning | 1.00 | $100.00 | $100.00 |
| 12/28/2023 | 1.0 hour of policy review facilitation and 253 Meeting Coordination | 1.00 | $100.00 | $100.00 |
| 12/31/2023 | 1.0 hour of Status Conference Talking Points prep and 253 Meeting Coordination | 1.00 | $100.00 | $100.00 |

**TOTAL** $2,650.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

