**Office of the FPMPR LLC**

**VIG Tower, PH – 924**

**1225 Ave. Juan Ponce de León**

**San Juan, PR 00907**
**Name:** Claudia Cámara-León **Supervisor:** Javier Gonzales, Esq.

## Work Timesheet (December 2023)

| Date | Task | Total Hours |
|---|---|---:|
| December 1, 2022 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| December 4, 2022 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| December 5, 2022 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| December 6, 2022 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| December 7, 2022 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| December 8, 2022 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| December 11, 2022 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |

| December 12, 2022 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 4.0 |

| Date | Task | Total Hours |
| --- | --- | --- |
| December 13, 2022 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| December 14, 2022 | Present at the office during working hours. Prepped and participated in the Caguas Town Hall meeting | 12.0 |
| December 15, 2022 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| December 18, 2022 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| December 19, 2022 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| December 20, 2022 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| December 21, 2022 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| December 22, 2022 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |

| December 26, 2022 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |

| Date | Task | Total Hours |
| --- | --- | --- |
| December 27, 2022 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| December 28, 2022 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| December 29, 2022 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |

**Total, 142 hours for $20 = $2,840**

I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

Signature,
Claudia S. Cámara León

_____