# Manuel A. Arroyo Rivera

P.o Box 8925 Santurce Puerto Rico 00910    Cel 787-364-8925

Email marroyorivera20@gmail.com

Invoice  Month December   2023                                                                                        Invoice #037

Federal Police Monitor   San Juan, PR

| Date | description | Hour | Rate | Amount |
|---|---|---|---|---|
| Deember- 7-2023 | community meeting in the municipality of Las Piedras, pick up office staff to attend the event | 8 | $25 | $200.00 |
| December-10-2023 | pick up the monitor and office staff from the airport and take them to the hotel | 9 | $25 | $225.00 |
| December-11-2023 | pick up the monitor and take them to different meetings of the day | 8 | $25 | $200.00 |
| December-12-2023 | pick up the monitor and take them to different meetings of the day | 8 | $25 | $200.00 |
| December-13-2023 | pick up the monitor and take them to different meetings of the day | 8 | $25 | $200.00 |
| December-14-2023 | Pick up the monitor and take them to the different meetings of the day, including going to the Town Hall in Caguas | 14 | $25 | $350.00 |
| December-15-2023 | Pick up the monitor and other equipment and take it to the airport | 5 | $25 | $125.00 |
| December | Gas expenses | | | $250.00 |
| | | | | Total $1,750.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |