**Name:** Hipolito Castro Jr
**Invoice Date:** 12/31/23
**Invoice Period:** 12/01/2023 to 12/31/2023

| Date | Task(s) | Rate | Total Hours | Total Amount |
|---|---|---|---|---|
| 12/1/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 2.00 | $ 300.00 |
| 12/4/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 2.00 | $ 300.00 |
| 12/5/23 | Data and Policy Analysis | $ 150.00 | 2 | $ 300.00 |
| 12/6/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 1.00 | $ 150.00 |
| 12/7/23 | Data and Policy Analysis | $ 150.00 | 2 | $ 300.00 |
| 12/9/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 1.00 | $ 150.00 |
| 12/11/23 | Site Visit | $ 150.00 | 8.00 | $ 1,200.00 |
| 12/12/23 | Site Visit | $ 150.00 | 8.00 | $ 1,200.00 |
| 12/13/23 | Site Visit | $ 150.00 | 8.00 | $ 1,200.00 |
| 12/14/23 | Site Visit | $ 150.00 | 8.00 | $ 1,200.00 |
| 12/15/23 | Data and Policy Analysis | $ 150.00 | 2.00 | $ 300.00 |
| 12/16/23 | Data and Policy Analysis | $ 150.00 | 1.00 | $ 150.00 |
| 12/18/23 | Data and Policy Analysis | $ 150.00 | 1.00 | $ 150.00 |
| 12/19/23 | Data and Policy Analysis | $ 150.00 | 1.00 | $ 150.00 |
| 12/20/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 1.00 | $ 150.00 |
| 12/21/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 2.00 | $ 300.00 |
| 12/22/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 1.00 | $ 150.00 |
| 12/24/23 | Data and Policy Analysis | $ 150.00 | 1.00 | $ 150.00 |
| 12/26/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 2.00 | $ 300.00 |
| 12/27/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 1.00 | $ 150.00 |
| 12/28/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150 | 1.00 | $ 150.00 |
| 12/30/23 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 1 | $ 150.00 |
| 12/01/23 to12/31 | Team meetings, call and emails | $150.00 | 3 | $ 450.00 |
| **TOTAL Labor** | | | **60.00** | **$9,000.00** |

| | |
|---|---|
| **Commo and Coordination** consists of all writings and digital comms to/from Monitors, PRPB, USDOJ.; Review compliance targets, document and data requests, logistics; scheduling, on-site planning & coordination, database development | |

| | | |
|---|---|---|
| **TOTAL** | $ | 9,000.00 |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Signature: *(signed)*  Date: 12/31/23

Hipolito Castro

| Data/Policy Analysis, Writing | Field Work: |
|---|---|
| Data concerns CMR-10, OG 310, OG 410, Draft data requests, review special case, DSP documents, reporting on interviews, due process for promo candidates | Research conducted in situ (SJU) |

Case 3:12-cv-02039-FAB    Document 2555-20    Filed 01/09/24    Page 4 of 4