**Stephanie Leon**  
*Paralegal*

1483 Ashford Avenue  
Apartment 901  
San Juan, PR 00907  
(832) 692-2475

**INVOICE**

**INVOICE: 2024-1**  
**DATE: 1/01/2024**

**TO:**  
Puerto Rico Chief Federal Monitor

**FOR:**  
Paralegal Services

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 12/05/2023 | -Prepare and send 253 notes to respective monitors<br>-1.2 data request validation | 1.25 | 90.00 | 112.50 |
| 12/06/2023 | -Message exchanges with Inigo Galanes<br>-Message exchanges with Monitor Denise Rodriguez | .25 | 90.00 | 22.50 |
| 12/07/2023 | -Drove to the Community site visit to assist Monitor Merangelie in Las Piedras (Humacao)<br>-Messaged Monitor DR feedback<br>-Organized notes | 5.25 | 90.00 | 472.50 |
| 12/08/2023 | -Zoom meeting regarding CMR-9 Discussion on Comments<br>-Internal zoom meeting with team members that attended the meeting<br>-Prepared notes regarding CMR-9 Discussion on Comments | 2.25 | 90.00 | 202.50 |
| 12/10/2023 | -Prepared notes regarding CMR-9 Discussion on Comments | 1.75 | 90.00 | 157.50 |
| 12/11/2023 | -Attend meetings at PRPB<br>-Organized notes of the day | 8.00 | 90.00 | 720.00 |
| 12/12/2023 | -Site visit to Bayamon/Naranjito to assist Monitor Rafael Ruiz<br>-Organized notes of the day<br>-Notes regarding CMR-9 Discussion on Comments<br>-Emailed notes to Monitors DR and JR | 8.50 | 90.00 | 765.00 |
| 12/13/2023 | -Attend meetings at PRPB to assist Monitor Rafael Ruiz<br>-Organized notes of the day<br>-1.2 data validation | 6.75 | 90.00 | 607.50 |
| 12/14/2023 | -Townhall meeting in Caguas | 6.00 | 90.00 | 540.00 |
| 12/19/2023 | -Translation of data request | 1.50 | 90.00 | 135.00 |
| 12/20/2023 | -Translation of CMR-9<br>-Read and prepared dates PRPB provided for Monitor Donald Gosselin and Rafael Ruiz/emailed the monitors and had a few email exchanges with each | 7.75 | 90.00 | 697.50 |
| 12/21/2023 | -Scanned/organized documents given by PRPB for Monitor Rafael Ruiz; created BOX folders<br>-Emailed Monitor Rafael Ruiz regarding the documents and BOX folders created with explanation<br>-1.2 data request validation | 4.50 | 90.00 | 405.00 |
| 12/27/2023 | -1.2 data validation | 1.25 | 90.00 | 112.50 |
| 12/28/2023 | -December 253 Meeting<br>-Internal meeting with Monitors Denise Rodriguez/John Romero and counsel Roberto Abesada<br>-1.2 data validation<br>-Extensive notes/transcript of 253 Meeting | 4.25 | 90.00 | 382.50 |
| 12/31/2023 | -Extensive notes/transcript of 253 Meeting | 2.75 | 90.00 | 247.50 |
| | | **TOTAL 62 HRS @ $90** | | **$5,580.00** |

*S/ STEPHANIE LEON*

**I HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN MY CAPACITY AS A MEMBER OF THE FEDERAL MONITORING TEAM. I FURTHER CERTIFY THAT I HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH, OR ANY OF ITS DEPARTMENTS, MUNICIPALITIES OR AGENCIES.**