**Inigo Galano**
*Staff Assistant*

**INVOICE**

ADDRESS
Aboy St 605 Apt 1
San Juan, PR, 00907

**INVOICE:** 2023-12
**DATE:** 01/01/2024

**TO:**
Puerto Rico Chief Federal Monitor

**FOR:**
Professional Services

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 12/01/2023 | -Organized documents in the office. | 7.0 | 20 | 140 |
| 12/04/2023 | -Read through comments from the parties and CMR-9 draft for my Subject Matter Experts.<br>-Assisted Alan Youngs in reviewing/answering comments from the parties on CMR-9 draft.<br>-Attended biweekly meeting.<br>-Call with Alan Youngs about the answers to the parties and review of CMR-9 draft.<br>-Organized Dec 7 visit to attend PRPB presentation.<br>-Sent calendar invites to PRPB and TCA personnel for Dec 7 meeting to discuss Caguas Town Hall.<br>-Read/sent emails.<br>-Organized documents in the office. | 7.0 | 20 | 140 |
| 12/05/2023 | -Organized documents in the office.<br>-Call with Alan Youngs about 2015 Captain promotion examination.<br>-Helped Alan Youngs with CMR-9 narrative.<br>-Zoom with Rita Watkins about comments from parties to CMR-9 draft.<br>-Responded to comments from parties to EqP and NonD. | 8.0 | 20 | 160 |
| 12/06/2023 | -Went to Caguas and looked at venue for Caguas Town Hall.<br>-Organized documents in the office. | 8.0 | 20 | 160 |
| 12/07/2023 | -Went to Humacao to assist PRPB presentation about child pornography and the state of the Reform.<br>-Attended meeting with PRPB personnel to discuss Caguas Town Hall.<br>-Read through Rita Watkins responses and CMR-9 draft.<br>-Assisted Alan Youngs with CMR-9 in paragraph 16-17, and paragraph 13.<br>-Organized documents in the office.<br>-Drafted final version for Alan Youngs in responses to comments. | 10.0 | 20 | 200 |
| 12/08/2023 | -Organized documents in the office.<br>-Read/sent emails.<br>-Call with Alan Youngs about responses to comments/CMR-9 changes. | 5.0 | 20 | 100 |
| 12/11/2023 | -Attended meetings in PRPB HQ.<br>-Attended interviews with Merangelie Serrano in the office. | 8.0 | 20 | 160 |
| 12/12/2023 | -Assisted meetings/interviews in Bayamon with team.<br>-Transcribed notes in the office. | 9.0 | 20 | 180 |

| Date | Description | Hours | Rate | Total |
|---|---|---|---|---|
| 12/13/2023 | -Attended meetings in SAEA and PRPB HQ.<br>-Attended interviews in the office with Alan Youngs and Hipolito Castro. | 9.0 | 20 | 180 |
| 12/14/2023 | -Attended interviews in the office with Alan Youngs and Hipolito Castro.<br>-Attended and assisted in the Town Hall Meeting. | 11.0 | 20 | 220 |
| 12/15/2023 | -Transcribed meeting notes.<br>-Sent Monitor training response worksheet for approval. | 7.0 | 20 | 140 |
| 12/18/2023 | -Sent worksheet for training to Monitors.<br>-Read/sent emails.<br>-Uploaded notes on BOX.<br>-Coordinated recurring calls with PRPB for 2024.<br>-Organized documents in the office. | 7.0 | 20 | 140 |
| 12/19/2023 | -Organized documents in the office.<br>-Coordinated recurring calls with PRPB for 2024.<br>-Received calls from Luis Hidalgo and Alan Youngs. | 7.0 | 20 | 140 |
| 12/20/2023 | -Organized documents in the office.<br>-Drafted worksheet comments for Alan Youngs.<br>-Coordinated recurring calls with PRPB for 2024.<br>-Read/sent emails. | 7.0 | 20 | 140 |
| 12/21/2023 | -Organized documents in the office. | 7.0 | 20 | 140 |
| 12/22/2023 | -Organized documents in the office.<br>-Finished agenda for 2024 recurring meetings with PRPB.<br>-Read/sent emails. | 6.5 | 20 | 130 |
| 12/27/2023 | -Organized documents in the office.<br>-Read/sent emails. | 7.0 | 20 | 140 |
| 12/29/2023 | -Organized documents in the office.<br>-Read/sent emails.<br>-Worked on comments for training worksheet. | 7.0 | 20 | 140 |
| | | **TOTAL 137.5 HRS @ $20 HR** | | **$2,750.00** |