IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**,<br><br>**v.**<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants.** | **Civil No.** 12-2039 (FAB) |

**ORDER**

The Invoices submitted by Del Carmen Consulting, LLC, TDPetrowski, LLC, and, Christopher Graham, d/b/a Diligens, LLC (Docket Nos. 2549, 2550 and 2552) are **NOTED** and **APPROVED** for payment.

The invoice from Galoeffert, LLC (Docket No. 2554) was adjusted to reduce a tip paid in excess of 20%, thus the amount of $13,895.98 is **APPROVED**.  Docket No. 2551 is **NOTED**.

The invoice from G&M Balli Services, LLC (Docket No. 2548) was adjusted to reduce a tip paid in excess of 20%, thus the amount of $11,531.15 is **APPROVED**.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, January 10, 2024.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE