**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff**<br><br>**v.**<br><br>**PUERTO RICO POLICE DEPARTMENT and COMMONWEALTH OF PUERTO RICO,**<br><br>**Defendants.** | **CIVIL NO. 12-cv-2039 (GAG)** |

**INFORMATIVE MOTION COMPLIANCE WITH ORDER**

**MAY IT PLEASE THE COURT:**

COME NOW, Codefendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau ("PRPB"), through the undersigned attorneys, and very respectfully state and pray:

1. On December 5, 2023, this Honorable Court issued Order at ECF No. 2538, noting the Commonwealth's motion submitting a plan tailored to address the remaining reform paragraphs then rated as non-compliant.  See ECF No. 2523.  In the Order, the Court mandated:

> It is imperative that specific responsible PRPB personnel, both a primary individual and a back-up individual, be identified for each line item in the Compliance Plan, no later than January 10, 2024.

2. The Commonwealth respectfully informs the Court that yesterday, January 10, 2024, it submitted to the parties an updated Compliance Plan Tracker in Excel format identifying the primary

and back-up individuals mandated by the Court.[1]

3.  Also, the Commonwealth respectfully informs that these individuals, sixty (60) in total, have been summoned to attend the upcoming January 25, 2024 status hearing, as mandated by the Court in the December 19, 2023 Scheduling Order issued at ECF No. 2546.

**WHEREFORE,** the Commonwealth of Puerto Rico respectfully requests that this Honorable Court take notice of the above and deem its Order at ECF No. 2538 as complied with.

**WE HEREBY CERTIFY** that on this same date, the forgoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel for Plaintiff and all participants of record.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, today, January 11, 2024.

**s/ GABRIEL A. PEÑAGARÍCANO**
USDC PR: 212911
gpenagaricano@me.com

**s/RAFAEL E. BARRETO SOLÁ**
USDC No. 211801
rbarreto@cnr.law

**CANCIO, NADAL & RIVERA, LLC**
PO Box 364966
San Juan, PR  00936-4966
Tel. (787) 767-9625

---

[1] As with the original Compliance Plan Tracker, the Commonwealth requested the Special Master and the Monitor to share with the Court the Excel updated Tracker, for the Court's easy reference.