IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff,**<br><br>**v.**<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants.** | **Civil No.** 12-2039 (FAB) |

**ORDER**

The Court previously ordered the Commonwealth to identify specific PRPB and related personnel responsible for each paragraph outlined in the current plan drafted to address the remaining reform paragraphs rated as non-compliant ("Compliance Plan"). See Docket Nos. 2467 and 2583. The motion submitted by the defendant in compliance with that order was recently NOTED. See Docket Nos. 2557 and 2558. The specific names of the PRPB and related personnel were not in the motion but were shared via e-mail with the plaintiff, the Monitor Team, and the Office of the Special Master.

The following individuals were identified by the defendant as the specific points of contact for the remaining non-compliant paragraphs in the Compliance Plan. All are ordered to attend the **January 25, 2024, afternoon status conference:**

Commissioner Antonio López

Civil No. 12-2039 (FAB)                                                  2

    Col. Rolando Trinidad

    Col. Juan Rodríguez

    Col. Juan Cáceres

    Col. Roberto Rivera

    Col. José Ramírez

    Col. Carlos Cruz

    Lt. Col. Eliezer Colón

    Lt. Col. Iris Colón

    Lt. Col. Wilson Lebrón

    Lt. Col. Ángel Viera

    Insp. Jesús Cruz

    Insp. Moisés Colón

    Insp. José Ortíz

    Insp. Ricardo Haddock

    Cpt. Alexander Acevedo

    Lt. Julio De Jesús

    Lt. Eliud Álvarez

    Lt. Aymée Alvarado

    Lt. Simara Torres

    Lt. José D. Sánchez

    Lt. Jaime Cosme

    Lt. Nilsa Morales

    Lt. Edgardo Lugo

Civil No. 12-2039 (FAB) 3

Lt. Jojanie Mulero

Lt. Eric Marrero

Sgt. Elsie Casillas

Sgt. Axel Valencia

Sgt. José Santiago

Sgt. Pablo González

Sgt. José Morales

Sgt. Mary Ortiz

Sgt. Thayra Negrón

Sgt. José Carballo

Sgt. Heriberto Díaz

Sgt. Luis Huertas

Agt. Ervin Zayas

Agt. Félix Colón

Agt. Omar Marrero

Agt. José De Jesús

Agt. Luis Meléndez

Dr. Juan Centeno

Dr. Juan Carlos Rivera

Atty. Esthermarie Torres

Rosángela Rosario

Michelle Moure

Angélica Rodríguez

Alba Sanjurjo

Jéssica Nieves

Ángel Díaz Camareno

Caonabo Vicente

Alberto Pérez

Antonio Ramos, PRITS

Ben Horwitz, AH-Datalytics

Rob Castigilia, Gartner

Javier Haynes, C2S

José Jaime, Codecom

Lydia Toledo, Claro

Ángel Mena, Intelusion

**IT IS SO ORDERED.**

San Juan, Puerto Rico, January 12, 2024.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE
