UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff<br><br>v.<br><br>**PUERTO RICO POLICE DEPARTMENT and COMMONWEALTH OF PUERTO RICO,**<br><br>Defendants. | CIVIL NO. 12-cv-2039 (GAG) |

**INFORMATIVE MOTION**

**MAY IT PLEASE THE COURT:**

COME NOW, Codefendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau ("PRPB"), through the undersigned attorneys, and very respectfully state and pray:

1. On November 3, 2023, the Commonwealth filed a Compliance Plan Summary at ECF No. 2523-1 in connection with a plan mandated by the Court tailored to address the remaining reform paragraphs of the Consent Decree then rated as non-compliant. The contents of the Compliance Plan Summary were agreed to by the parties and Court Officers in the case.

2. The Compliance Plan Summary was noted by the Court in its Order issued on December 6, 2023 at ECF No. 2538.

3. The Compliance Plan Summary contains, among other matters, accountability measures to help accelerate compliance in the case. Among the measures agreed by the parties is the following in

connection with the 90-day status reports of the implementation plans:

> The Commonwealth will provide one consolidated status report every 90 days, starting from the day the Court accepts the Compliance Plan. The status report will include an update of the Compliance Plan Tracker, the implementation of the additional accountability measures, and information related to other initiatives not already captured in the tracker.

See Compliance Plan Summary, ECF No. 2523-1, at page 8.

4. During subsequent discussions, the parties agreed that the Commonwealth would provide the first Consolidated Report by January 15, 2024.

5. The Commonwealth respectfully confirms that today it provided the parties with the draft of the first Consolidated Status Report for comments and recommendations. The Commonwealth will file the Report with the Court after discussion with the parties, on or before January 31, 2024.

**WHEREFORE**, the Commonwealth of Puerto Rico respectfully requests that this Honorable Court take notice of the above.

**WE HEREBY CERTIFY** that on this same date, the forgoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel for Plaintiff and all participants of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, today, January 15, 2024.

        **s/ GABRIEL A. PEÑAGARÍCANO**
        USDC PR: 212911
        gpenagaricano@me.com

        **s/RAFAEL E. BARRETO SOLÁ**
        USDC No. 211801
        rbarreto@cnr.law

        **CANCIO, NADAL & RIVERA, LLC**
        PO Box 364966
        San Juan, PR  00936-4966
        Tel. (787) 767-9625