## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**,<br><br>**v.**<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants.** | **Civil No.** 12-2039 (FAB) |

### ORDER

The "MOTION TO APPROVE AND DISBURSE FUNDS" submitted by the Office of the Federal Police Monitor for expenses incurred during the month of December 2023 (Docket No. 2555) is **NOTED and APPROVED** for payment.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, January 22, 2024.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE