Del Carmen Consulting, LLC
3122 Westwood Drive
Arlington, Texas 76012

December 22, 2023 through January 21, 2024

INVOICE # SM2024-1                 **TOTAL DUE $ 15,000.00**
SPECIAL MASTER
JANUARY 2024 INVOICE

## Tasks Completed

Wrote, reviewed and responded to emails and all other documents/communication with respective parties and the Court.

Participated in conference calls with the Commonwealth Representatives and Court.

Held conference calls with the SM team members and PRPB personnel.

Coordinated meetings with OSM and parties relevant to compliance plan.

Reviewed filings, motions, and orders, and provided feedback on CMR.

Worked on review of documents sent by PRPB and Monitor's Office.

Assisted the Court in upcoming status conference matters.

Coordinated with monitor's office on status conference agenda.

Reviewed, coordinated, and provided feedback to the Court on various matters.

Performed research and inquiries for the Court as requested.

Coordinated meetings on compliance and SM reform office plan, as requested by the Court.

Reviewed documents as instructed by the Court.

## Flat Rate Total Wages Due = $15,000.00

# TOTAL DUE = $ 15,000.00

**I hereby certify that the amount billed in this invoice is true and correct in my capacity as Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.**

*Alex del Carmen*
_____
    **Dr. Alejandro del Carmen**                                    **1/21/24**