G&M Balli Services, LLC
5160 Royal Fern Circle
Tallahassee, Florida 32317

December 22, 2023 – January 21, 2024

INVOICE # 2024-01
ASSISTANT SPECIAL MASTER
January 2024 INVOICE

Tasks Completed

| Hours | Description | Amounts |
|---|---|---|
| 20 | Drafted/reviewed/researched/translated documents as needed; Discussed/edited documents related to orders of the Court, and the parties regarding recurring issues and OSM projects, to include Integrity Audits, Implementation Plans, ESP/MLARS project, OG 2467 and others. | $3,000 |
| 18 | Drafted, reviewed, and responded to texts, emails and other documents and communications with the OSM, the Court, and respective parties, to include DPS. | $2700 |
| 15 | Zoom meetings and conference calls. | $2250 |
| Hrs. – 53 | | $7,950 |

Total Hours- 53                                     Total Wages Due -    $7,950

I hereby certify the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master.  I further certify I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

*Gilberto Balli*          *Alejandro del Carmen*          1/21/2024
Gilberto Balli             S/Alejandro del Carmen