GALOEFFERT, LLC
4805 East Lake Road
Sheffield Lake, Ohio 44054

December 22, 2023, through January 21, 2024

INVOICE # 2024-1　　　　　　　　　　　　　　　　　　　　　　　　**TOTAL DUE $10,950.00**
ASSISTANT SPECIAL MASTER
January 2024 INVOICE

Tasks Completed

| Hours | Description | Total |
|---|---|---|
| 44 | Drafted/reviewed/researched/translated as necessary/discussed/reworked documents related to various orders of the Court, Parties, Auditor, and Monitor's Office exchanges regarding recurring issues and OSM projects including compliance plan, CMR-9, integrity audits, equitable sharing, and spending plan, to include orders and ad hoc taskings of the Court. | $6,600.00 |
| 20 | Drafted, reviewed, and responded to texts, emails, and all other documents/communications/telephone calls with respective parties, the OSM, Financial Oversight Officer, and Court. | $3,000.00 |
| 9 | Zoom meetings and/or conference calls with the Court, Special Master, Auditor, and Parties. | $1,350.00 |

Total Wages Due = $10,950.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master.  I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

*Gary A. Loeffert*　　　　　*S/Alejandro del Carmen*　　　　01/21/2024
**Gary A. Loeffert**　　　　**S/Alejandro del Carmen**