# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, Plaintiff, v. **COMMONWEALTH OF PUERTO RICO, et al.**, Defendants. | CIVIL NO.: 12-cv-02039 |

## REQUEST FOR BRIEF EXTENSION OF TIME

**MAY IT PLEASE THE COURT:**

**COME NOW,** Codefendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau ("PRPB"), through the undersigned attorneys, and very respectfully state and pray:

1. On December 15, 2023, the Commonwealth filed "Informative Motion Regarding Public Access to Implementation Plans Restricted Filings" at ECF No. 2543. The Commonwealth informed the Court that as additional accountability measures the parties had identified and agreed as to over thirty (30) restricted filings that should be unrestricted for public viewing and requested a period of forty-five (45) days to file the documents open to the public, with the necessary redactions as agreed with the United States.

2. The Honorable Court issued Order on December 18, 2023 at ECF No. 2544 granting the Commonwealth's motion.

3. Despite a good faith reasonable effort, the Commonwealth has been unable to complete the page-by-page review of all the filings by today, in order to be in a position to either request that the restriction be removed, or make a determination as to what redactions are necessary, if any, as applicable. Some of the filings are over one hundred (100) pages long.

4. In addition, such a determination, in some instances, will require approval from the Commissioner of PRPB, Antonio López Figueroa. This approval is already in process.

5. As a result, the Commonwealth respectfully requests a brief period of fifteen (15) days to complete the review of the remaining filings, make the necessary redaction determinations, as applicable, and obtain the necessary approvals from Commissioner López Figueroa.

6. The Commonwealth is fully aware that the Honorable Court stated in its December 18, 2024 Order that no extensions would be allowed. However, the Commonwealth very respectfully requests the Court's approval as an exception, given that the review of the extensive filings is a painstaking process and because the brief extension does not alter the timing of so many other compliance processes that are at the same time in motion in the case.

Request for Brief Extension of Time
Civil No. 12-02039
Page 3 of 3

**WHEREFORE,** Defendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau, respectfully request this Honorable Court grant a brief period of fifteen (15) days, until February 15, 2024, to file the remaining documents open to the public, or with any necessary public safety redactions, as applicable, as agreed with the United States.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

In San Juan, Puerto Rico, today, January 31, 2024.

For Defendants COMMONWEALTH OF PUERTO RICO and PUERTO RICO POLICE BUREAU:

**CANCIO, NADAL & RIVERA, L.L.C.**
P.O. Box 364966
San Juan, Puerto Rico 00936-4966
403 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Tel. (787) 767-9625

**S/ RAFAEL BARRETO-SOLÁ**
USDC PR: 211801
rbarreto@cnr.law

**S/ GABRIEL A. PEÑAGARÍCANO**
USDC PR: 212911
gpenagaricano@me.com