```
Hearing set for 9:00 AM
Hearing started at 9:40 AM
Hearing ended at 2:53 PM
```

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**

**HONORABLE FRANCISCO A. BESOSA, SENIOR U.S. DISTRICT JUDGE**

COURTROOM DEPUTY: Migdalia Garcia-Cosme　　　Date: January 25, 2024
Court Reporter: Robin Dispenzieri　　　　　　　　Case No. 12-cv-02039 (FAB)
Court Interpreter: Sonia Crescioni; Commonwealth's Contracted Interpreter: Mayra Cardona

UNITED STATES OF AMERICA

　　　Plaintiff,

v.

COMMONWEALTH OF PUERTO RICO, et al.
　　　Defendants.

**The case was called for a Status Conference** in Courtroom 5, Old San Juan, as ordered at ECF No. 2546 (morning session) and ECF No. 2545 (afternoon session).

The following persons were present at the conference:
1. Marsha de Jesus – Substituting the Deputy Chief Counsel from the Office of the Governor
2. Enrique Völckers – Deputy Chief of Staff for Innovation and Technology, Office of the Governor
3. Hecrián Martínez – Chief Counsel, Office of Management and Budget ("OMB")
4. Zulma Canales – Director of Fiscal Compliance, Office of Management and Budget ("OMB")
5. Alberto Carrero – substituting for "Analyst" on Public Safety Matters, Financial Oversight and Management Board ("FOMB")
6. Antonio Ramos, substituting for the Acting Information and Innovation Officer ("CIIO") & Chief Technology Officer ("CTO") of Puerto Rico Innovation and Technology Service ("PRITS")
7. Edgardo González – Assistant Administrator for Service to the Agencies, General Services Administration ("GSA")
8. Gustavo Cartagena – Deputy Director, Office for the Administration and Transformation of Human Resources ("OATHR")

9. Hon. Alexis Torres – Secretary, Department of Public Safety ("DPS")
10. Arturo Garffer – Deputy Secretary for Operations and Intelligence, Department of Public Safety ("DPS")
11. Juan Carlos Puig – Consultant and former Treasury Secretary, Department of Public Safety ("DPS")
12. Martin Reyes- substituting for Special Advisor, Federal Affairs Office, Department of Public Safety ("DPS")
13. José Díaz – Executive Director, Federal Affairs Office, Department of Public Safety ("DPS")
14. Antonio López-Figueroa – Commissioner, Puerto Rico Police Bureau ("PRPB")
15. Colonel Rolando Trinidad – Office of the Reform, Puerto Rico Police Bureau ("PRPB")
16. Counsel Juan Carlos Rivera – IT Bureau Director, Puerto Rico Police Bureau ("PRPB")
17. Ángel Díaz – IT Bureau Deputy Director, Puerto Rico Police Bureau ("PRPB")
18. Gabriel Peñagarícano, Counsel for the Commonwealth of Puerto Rico
19. Rafael Barreto, Counsel for the Commonwealth of Puerto Rico
20. Luis Saucedo, Counsel for the United States Department of Justice
21. Jorge Castillo, Counsel for the United States Department of Justice
22. John Romero – Chief Federal Police Monitor, Federal Monitor's Office
23. Denise Rodríguez – Chief Deputy Police Monitor, Federal Monitor's Office
24. Roberto Abesada – General Counsel, Federal Monitor's Office
25. Luis Hidalgo - Associate Monitor, Federal Monitor's Office
26. Javier González - Administrative Director, Federal Monitor's Office
27. Scott P. Cragg - Federal Monitor, Federal Monitor's Office
28. Merangelie Serrano - Federal Monitor, Federal Monitor's Office
29. Rafael Ruiz - Federal Monitor, Federal Monitor's Office
30. Al Youngs - Federal Monitor, Federal Monitor's Office
31. Rita Watkins - Federal Monitor, Federal Monitor's Office
32. Donald Gosselin - Federal Monitor, Federal Monitor's Office
33. Stephanie León - Research Assistant, Federal Monitor's Office
34. Ben Horowithz, - Representative of AH Datalytics
35. Rebeca Osakwe - Representative of AH Datalytics
36. Dr. Alejandro del Carmen – Special Master, Office of the Special Master
37. Gary Loeffert – Assistant Special Master, Office of the Special Master
38. Gilberto Balli – Assistant Special Master, Office of the Special Master
39. Thomas Petrowski – Assistant Special Master, Office of the Special Master

The following matters were discussed at the status conference:

**Overview of the Monitor's Office CMR-9 Report:** Mr. John Romero, Chief Federal Police Monitor compared CMR9 and CMR7 and in the reports, and informed that the Puerto Rico Police Bureau ("PRPB") has demonstrated increased levels in compliance and provided details of each paragraph. Counsel Peñagarícano focused on the substantial compliance as the biggest changes achieved.

a. **Professionalization:** Colonel Trinidad explained the efforts made with universities, and incentives proposed for retention of staff along with recruitment plans, promotions, and exams review. Arguments from counsel Saucedo and counsel Peñagarícano were heard.
b. **Use of Force:** The monitor mentioned the considerable progress achieved but had concerns as to the commissioner's ability to complete evaluations on time. The status of the early intervention system (EIS) was discussed, and expansion to other regions has continued of the Crisis Intervention Teams.
c. **Searches and Seizures: Internal Controls and Accountability:** The monitor found meaningful progress in this area with the supervisor's guidance. The issues of storage, property and evidence rooms were also discussed.
d. **Equal Protection and Non-Discrimination:** Victim Center Practice was explained by Ms. Rita Watkins. The monitor explained that the National Incident Base Reporting System needs to be accurate to contribute in addressing hate crimes, gender violence, etc. The "NIBRS" reporting system was also discussed and the efforts to comply with it. Colonel Trinidad mentioned initiatives to review policies and procedures.
e. **Recruitment, Selection and Hiring:** Was discussed with the Professionalization section.
f. **Policies and Procedures:** The monitor informed that 51 policies and manuals were developed. Colonel Trinidad informed constant communication between the Monitor's office, the PRPB Commissioner, and Special Master to create a policy and a module.
g. **Training:** Although training plans have fallen behind, the Puerto Rico Police Bureau ("PRPB") has been making progress in this area.
h. **Supervision and Management:** An initiative of visiting NYPD to observe their system was discussed.
i. **Civilian Complaints, Internal Investigations, and Discipline:** Counsel Castillo stressed his concern on the delays in adjudicating misconduct complaints. Colonel Trinidad informed of the recruitment of attorneys made to address the backlog.
j. **Community Engagement and Public Information:** Monitor Romero mentioned the significant improvement achieved.
k. **Information Systems and Technology:** Monitor Romero mentioned some IT systems running up, but mentioned some arears that require attention, such as an IT correction plan, recruitment of IT personnel, verification of data accuracy, etc. The EMLARS (Money Laundering and Asset Recovery Section) program was also discussed.

The morning session concluded at 12:47 PM, and the afternoon session began at 2:28 PM. During the afternoon session, the specific responsible persons (points of contact) and their back-ups in charge of the specific tasks for the compliance areas in the Compliance Plan were present:

| | |
|---|---|
| Col. Rolando Trinidad | Sgt. José Morales |
| Col. Juan Rodríguez | Sgt. Mary Ortiz |
| Col. Juan Cáceres | Sgt. Thayra Negrón |
| Col. Roberto Rivera | Sgt. José Carballo |
| Col. José Ramírez | Sgt. Heriberto Díaz |
| Col. Carlos Cruz | Sgt. Luis Huertas |
| Lt. Col. Eliezer Colón | Agt. Ervin Zayas |
| Lt. Col. Iris Colón | Agt. Félix Colón |
| Lt. Col. Wilson Lebrón | Agt. Omar Marrero |
| Lt. Col. Ángel Viera | Agt. José De Jesús |
| Insp. Jesús Cruz | Agt. Luis Meléndez |
| Insp. Moisés Colón | Dr. Juan Centeno |
| Insp. José Ortíz | Dr. Juan Carlos Rivera |
| Insp. Ricardo Haddock | Atty. Esthermarie Torres |
| Cpt. Alexander Acevedo | Rosángela Rosario |
| Lt. Julio De Jesús | Michelle Moure |
| Lt. Eliud Álvarez | Angélica Rodríguez |
| Lt. Aymée Alvarado | Alba Sanjurjo |
| Lt. Simara Torres | Jéssica Nieves |
| Lt. José D. Sánchez | Ángel Díaz Camareno |
| Lt. Jaime Cosme | Caonabo Vicente |
| Lt. Nilsa Morales | Alberto Pérez |
| Lt. Edgardo Lugo | Antonio Ramos, PRITS |
| Lt. Jojanie Mulero | Ben Horwitz, AH-Datalytics |
| Lt. Eric Marrero | Rob Castigilia, Gartner |
| Sgt. Elsie Casillas | Javier Haynes, C2S |
| Sgt. Axel Valencia | José Jaime, Codecom |
| Sgt. José Santiago | Lydia Toledo, Claro |
| Sgt. Pablo González | Ángel Mena, Intelusion |

At the beginning, counsel Peñagarícano, counsel Saucedo, Monitor Romero, and Dr. Del Carmen were heard. The Court addressed them all, mentioning that the number of non-compliant paragraphs in the consent decree was reduced to 57, and the importance of each of the responsible persons completing the assigned tasks. The Court emphasized the importance on moving the reform forward as a team and encouraged them to make any suggestions as needed.

*S/ Migdalia Garcia-Cosme*
Courtroom Deputy Clerk