```
                  IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    **Plaintiff,**<br><br>          **v.**<br><br>**COMMONWEALTH OF PUERTO RICO,** *et al.***,**<br><br>    **Defendants.** | **Civil No. 12-2039 (FAB)** |

**ORDER**

The Court is aware that conversations are taking place between the Special Master, the Monitor, the Commonwealth, and the USDOJ regarding the selection of an academic institution to provide courses to PRPB sworn officers to obtain their associate or equivalent degree, as required by paragraph 118 of the Agreement for the Sustainable Reform of the Puerto Rico Police Department ("Agreement"). As indicated in paragraph 118 of the Agreement: "UCCJ [University College of Criminal Justice] will confer Associate or equivalent degrees recognized by nationally or regionally accredited institutions of higher learning in the continental United States."

The Court has not been notified whether an academic institution has been finally selected. Before any academic institution is formally and finally selected, its

representatives shall meet with the Office of the Special Master, the Commonwealth, the Monitoring Team, and USDOJ to present its curriculum and its plan on how its curriculum and plan would comply with the UCCJ and the pre-service education and training to candidates for sworn personnel positions in the PRPB. Only after the Special Master, the Monitor, the Commonwealth, and the USDOJ have evaluated the curriculum and plan and have assessed that the academic institution's curriculum and plan has an appropriate level of academic rigor, as required by paragraph 118 of the agreement, shall the institution be notified that it has formally and finally been selected. The Special Master shall lead the efforts to coordinate the meeting with the institution, and the review of the evaluation of the curriculum and plan.

The Court will make the final decision on this matter.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, February 07, 2024.

<u>s/ Francisco A. Besosa</u>
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE