**Spece**
1225 Juan Ponce de Leon
San Juan, PR  00907
787-417-7300
info@spece.com
www.spece.com

Invoice  INV - 21429



| BILL TO | | | |
|---|---|---|---|
| Office of the FPMPR LLC | DATE<br>03/01/2024 | PLEASE PAY<br>$2,579.20 | DUE DATE<br>03/01/2024 |

| MEMBERSHIP | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Membership:Private Office**<br>Private Office Suite - Office 15, $2,300.00, Mar 1, 2024 - Mar 31, 2024 | 1 | 2,300.00 | 2,300.00T |
| **Other Fees:One-off Fees**<br>Telephone Service, $60.00, Mar 1, 2024 - Mar 31, 2024 | 1 | 60.00 | 60.00T |
| **Other Fees:One-off Fees**<br>Garage Parking, $120.00, Mar 1, 2024 - Mar 31, 2024 | 1 | 120.00 | 120.00T |

SUBTOTAL  2,480.00
TAX (4%)  99.20
TOTAL  2,579.20

TOTAL DUE  **$2,579.20**

THANK YOU.

ELEVATE YOUR BUSINESS

**Spece**
1225 Juan Ponce de Leon
San Juan, PR  00907
787-417-7300
info@spece.com
www.spece.com

## Invoice  INV - 21428



| BILL TO | | | |
|---|---|---|---|
| Office of the FPMPR LLC | DATE<br>01/31/2024 | PLEASE PAY<br>$1,054.56 | DUE DATE<br>01/31/2024 |

| MEMBERSHIP | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Event Rental:Conference Room**<br>Small Conference Room, $100.00, 1 x $80.00 / hour (20% discount), 1 x $20.00 / hour (20% discount) - Jan 22, 2024 | 1 | 100.00 | 100.00T |
| **Event Rental:Conference Room**<br>Small Conference Room, $100.00, 1 x $80.00 / hour (20% discount), 1 x $20.00 / hour (20% discount) - Jan 24, 2024 | 1 | 100.00 | 100.00T |
| **Event Rental:Conference Room**<br>Medium Conference Room, $180.00, 1 x $180.00 / day (20% discount) - Jan 24, 2024 | 1 | 180.00 | 180.00T |
| **Event Rental:Conference Room**<br>XLarge Conference Room, $140.00, 1 x $40.00 / hour (20% discount), 1 x $100.00 / non-business hour - Jan 24, 2024 | 1 | 140.00 | 140.00T |
| **Event Rental:Conference Room**<br>Medium Conference Room, $108.00, 2 x $24.00 / hour (20% discount), 1 x $60.00 / non-business hour - Jan 23, 2024 | 1 | 108.00 | 108.00T |
| **Event Rental:Conference Room**<br>Small Conference Room, $70.00, 3.5 x $20.00 / hour (20% discount) - Jan 23, 2024 | 3.50 | 20.00 | 70.00T |
| **Event Rental:Conference Room**<br>Small Conference Room, $120.00, 1 x $80.00 / hour (20% discount), 2 x $20.00 / hour (20% discount) - Jan 24, 2024 | 1 | 120.00 | 120.00T |
| **Other Fees:One-off Fees**<br>Printing - B&W | 520 | 0.10 | 52.00T |
| **Event Rental:Conference Room**<br>Medium Conference Room, $144.00, 1 x $96.00 / hour (20% discount), 2 x $24.00 / hour (20% discount) - Jan 26, 2024 | 1 | 144.00 | 144.00T |

ELEVATE YOUR BUSINESS

| | |
|---|---|
| SUBTOTAL | 1,014.00 |
| TAX (4%) | 40.56 |
| TOTAL | 1,054.56 |
| TOTAL DUE | $1,054.56 |

THANK YOU.

ELEVATE YOUR BUSINESS