# THE & GROUP LLC.

Las Ramblas
71 Calle Montjuic
Guaynabo , PR 00969

## INVOICE

INVOICE NUMBER:  126
INVOICE DATE:  JANUARY 31, 2024

Federal Police Monitor

San Juan, PR

Invoice for Javier B Gonzalez Professional Services as Administrative Director

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| JAN-01-24 | Administrative Director | Office of the FPM Storage Monthly Fee | | | $228.43 |
| JAN-02-24 | Administrative Director | Work with Team December Labor Invoices | 2.50 | $125.00 | $312.50 |
| JAN-03-24 | Administrative Director | Work with Team December Labor Invoices, Review of communications. | 6.00 | $125.00 | $750.00 |
| JAN-04-24 | Administrative Director | Work with Team December Labor Invoices, Weekly Executive Tream Meeting | 2.00 | $125.00 | $250.00 |
| JAN-08-24 | Administrative Director | Bi weekly Meeting with PRPB and USDOJ, Final Review of Team December Labor Invoices. Focus Group Follow Up. | 3.00 | $125.00 | $375.00 |
| JAN-09-24 | Administrative Director | Communications with Team Members, Review of communications. | 1.50 | $125.00 | $187.50 |
| JAN-10-24 | Administrative Director | Work with Team Travel Invoices, Review of documents, Focus Groups follow up. | 2.00 | $125.00 | $250.00 |
| JAN-11-24 | Administrative Director | Weekly Executive Team Meeting, Focus Groups follow up. Communications with Team Members. | 1.50 | $125.00 | $187.50 |
| JAN-12-24 | Administrative Director | Review of communications sent by Team Members and citizens. | 1.00 | $125.00 | $125.00 |
| JAN-13-24 | Administrative Director | CICs Spokepersons State Meeting at PRPB Headquarters. | 2.50 | $125.00 | $312.50 |
| JAN-16-24 | Administrative Director | Focus Group Follow up, Communications with PRPB Officials. | 1.50 | $125.00 | $187.50 |
| JAN-16-24 | Administrative Director | Office of the TCA Acrobat Account | | | $47.98 |
| JAN-17-24 | Administrative Director | Interviews with PRPB Officials Follow Up, Communications with the Monitor and Team members. | 1.50 | $125.00 | $187.50 |
| JAN-18-24 | Administrative Director | Weekly Executive Team Meeting, PRPB Officials Interviews follow up, Coordination of Team Visit. | 2.50 | $125.00 | $312.50 |
| JAN-19-24 | Administrative Director | Coordination of Team Visit and review of documents sent by Team Members. | 1.00 | $125.00 | $125.00 |

INVOICE NUMBER: 126

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| JAN-22-24 | Administrative Director | Meetings at PRPB and at office, Coordination of Team Visit | 6.00 | $125.00 | $750.00 |
| JAN-23-24 | Administrative Director | Team Visit to Guayama, At office, Coordination of team Visit. | 7.00 | $125.00 | $875.00 |
| JAN-24-24 | Administrative Director | Coordination of Team Visit, Meetings and work with Administrative matters At Office. | 7.00 | $125.00 | $875.00 |
| JAN-24-24 | Administrative Director | December 2023 Town Hall Sign Language Translator (One of Two) | | | $150.00 |
| JAN-25-24 | Administrative Director | Status Conference and Hearing in Old San Juan Courthouse, Coordination of Team Visit. | 8.00 | $125.00 | $1,000.00 |
| JAN-25-24 | Administrative Director | December Town Hall Meeting Food and Drink (No Alcohol) | | | $1,460.00 |
| JAN-26-24 | Administrative Director | Follow up on Team travel expenses invoices , communications with team Members, | 1.50 | $125.00 | $187.50 |
| JAN-29-24 | Administrative Director | Work with Team Travel Expenses Invoices, Review of communications. | 2.00 | $125.00 | $250.00 |
| JAN-30-24 | Administrative Director | Town Hall Meeting Coordination, work with Team Travel Expenses Invoices | 2.50 | $125.00 | $312.50 |
| JAN-31-24 | Administrative Director | 253 Meeting. Communications with Team members, Town Hall meeting Coordination | 3.00 | $125.00 | $375.00 |
| JAN-31-24 | Administrative Director | I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0.00 | $125.00 | $0.00 |
| | | Gasoline Expense | | | $250.00 |
| | | Total amount of this invoice | | | $10,323.91 |

MESSAGE

Javier B Gonzalez January 31, 2024



**Southern Self Storage - Santurce**
**2 Calle Concepcion**
**San Juan, PR    00909-2508**
**(787) 339-2574**

# Payment Receipt

| | |
|---|---|
| **Date Printed** | January 2, 2024 |
| **Payment Date** | January 2, 2024 11:37 AM |
| **Unit** | 2705 |
| **Available Credit** | 0.00 |
| **Current Balance** | 0.00 |
| **Paid Thru** | January 31, 2024 |
| **Receipt Number** | 134430 |
| **By** | EC |

| | |
|---|---|
| **Tenant** | Javier Gonzalez |
| **Company** | |
| **Address** | Urb Los Ramblas    71 Calle Montjuic |
| **City, State, Zip** | Guaynabo    PR    00969 |

| Date | Unit | Description | Charge | Discount | Tax | Total | Payment | Method |
|---|---|---|---|---|---|---|---|---|
| 01/01/24 | 2705 | Rent 1/1-1/31 | 195.00 | 0.00 | 22.43 | 217.43 | 217.43 | AMEX |
| 01/01/24 | 2705 | iShield 1/1-1/31 | 11.00 | 0.00 | 0.00 | 11.00 | 11.00 | AMEX |

```
                        Taxes                           22.43
                        Payment (less tax)             206.00
                        Payment Subtotal               228.43
                        Credits Applied                  0.00
                        Refunds Applied                  0.00
                        Total Applied to Account       228.43

                        Paid By                   AMEX *****1000
                        Paid Thru Date            January 31, 2024
                        Account Balance                  0.00
```

Transaction Type  Sale

Authorization  125864
Reference      80208106055

_____        _____
**Customer Signature        Date**         **Manager Signature        Date**

Forget about due dates and late charges by using **AutoPay.**  Each month your payment is automatically charged to your credit card on the due date.  This service is offered **FREE OF CHARGE.**  Just ask us for an AutoPay form to complete or go online at www.southernselfstoage.com sign up.

Get $25.00 credit on referrals!
  Ask your manager how and save money. Don't forget to visit us for boxes and moving supplies.  We are your one stop shop for all your moving needs.

To manage your account online visit www.southernselfstorage.com.

# Transaction Details
## Card Ending - 31000

**Other - Miscellaneous**

# Southern Self StoragSANTURCE PR

# $228.43

Jan 2, 2024

On your statement as Southern Self StoragSANTURCE PR



# Transaction Details

SOUTHERN SELF STORAGE SAN JUAN

 (787) 339-2574

| Doing Business As | SOUTHERN SELF STO... ⌄ |
|---|---|

| Date Processed | Jan 3, 2024 |
|---|---|

| Transaction Reference Number | 3202400... ⌄ |
|---|---|

Company Name

## Office of the TCA

Billing Period

## 16-January-2024 PST – 15-February-2024 PST

Payment Method

## AMEX ending in 2001

Due on 16-January-2024 PST

## US$47.98 including tax

| PRODUCT | QUANTITY | SUBTOTAL |
|---|---|---|
| Acrobat Pro US$23.99/mo per license | 2 licenses | US$47.98/mo |

Subtotal: US$47.98/mo

Tax/VAT: US$0.00/mo

**Total: US$47.98/mo**

# Transaction Details
### Card Ending - 12001

Merchandise & Supplies - Mail Order

# ADOBE WEBSALES 800-833-6687

# $47.98

Jan 16, 2024

On your statement as ADOBE SYSTEMS Adobe SAN JOSE CA

**$0.48 Reward Dollars**



# Transaction Details

ADOBE WEBSALES 800-833-6687

(800) 833-6687

https://www.adobe.com/in/about-adobe/co...

| Doing Business As | ADOBE WEBSALES 8... ⌄ |
|---|---|
| Date Processed | Jan 17, 2024 |
| Transaction Reference Number | 3202401... ⌄ |

# INVOICE

Servicios de intérpretación de lenguaje de señas

**Michelle M Quiñones González**
Caguas PR,  00725
United States

7875164509

BILL TO
**Javier González**

Jgonzalez@fpmpr.org

| | |
|---|---|
| **Invoice Number:** | 2 |
| **Invoice Date:** | December 15, 2023 |
| **Payment Due:** | January 14, 2024 |
| **Amount Due (USD):** | **$150.00** |

| Services | Hours | Rate | Amount |
|---|---|---|---|
| **Servicio interpretación lenguaje de señas**<br>Monitor Federal: Reforma policíaca | 3 | $50.00 | $150.00 |

| | |
|---|---|
| **Subtotal:** | $150.00 |
| **Total:** | $150.00 |
| **Amount Due (USD):** | **$150.00** |

**Notes / Terms**

Pagos se podrán realizar a través de:

Depósito directo a cuenta de cheques First Bank 4200129043 ó via correo postal Villa de Rey 2 calle Carlomagno 2D6 Caguas PR 00725.

Pagos tendrán un plazo de 30 días. De extenderse, se aplicará un cargo adicional de $5.00 por cada semana de retraso.

A las órdenes siempre

# ATH Móvil - Javier Gonzalez te envió $150.00



¡Hola michelle!

Recibiste una transferencia **exitosamente**



**Cantidad:** $150.00

**Desde:** Javier Gonzalez - (787) 473-1515

**Fecha:** ene/24/2024, 04:08:03 PM

**Mensaje:** Town Hall Oficina Monitor Federal Dic 14

# Pan a Ladrillo

7874338828

**INVOICE**

INV0001

**DATE**

Dec 14, 2023

**DUE**

On Receipt

**BALANCE DUE**

USD $0.00

**BILL TO**

## Oficina del Monitor Federal de la Policía

Javier González

jgonzalez@fpmpr.org

| DESCRIPTION | RATE | QTY | AMOUNT |
| --- | ---: | ---: | ---: |
| 2 bandejas de sandwiches Cubano | $150.00 | 1 | $150.00 |
| 1 bandeja de sandwiches pavo asado | $75.00 | 1 | $75.00 |
| 2 bandejas de sandwiches jamón de pavo | $150.00 | 1 | $150.00 |
| 2 bandejas de sandwiches Guitarreño | $150.00 | 1 | $150.00 |
| 1 bandeja de sandwiches vegetariano | $75.00 | 1 | $75.00 |
| Bowls de frutas frescas | $75.00 | 1 | $75.00 |
| 3 bandejas de dulces surtidos | $165.00 | 1 | $165.00 |
| Leche caliente y café | $75.00 | 1 | $75.00 |
| Agua y refrescos | $200.00 | 1 | $200.00 |
| Personal, mesas, platos, manteles | $250.00 | 1 | $250.00 |

| | |
| --- | ---: |
| SUBTOTAL | $1,365.00 |
| TAX (7%) | $95.55 |

|  |  |
|---|---|
| **TOTAL** | $1,460.55 |
| **PAID** | -$1,460.55 |
|  | Jan 25, 2024 |
| **BALANCE DUE** | **USD $0.00** |

Muchas gracias.



# Transaction Details



## PANADERIA VILLA PALMERAS

### $1,460.00

1,460.00 total rewards points earned



**Pay over time**

## Transaction details

| | |
|---|---|
| Type | Sale |
| Transaction date | Jan 25, 2024 |
| Posted date | Jan 26, 2024 |

SAN JUAN, 000000915

📞 **(787) 425-0191**

| | |
|---|---|
| Description | PANADERIA VILLA PALMERAS |
| Merchant type | Bakeries |
| Method | Online, mail or phone |

**Category**
Food & drink ⌄

**Reference** 74998584025030027903061



FPMPR EXPENSE NOTE:

**The&Group January Invoice Note:**

**Date: January 31, 2024**

**Prepared by: Javier González**

**Notes regarding the January 2024 Expenses included:**

Town Hall Expense:
- Mr. Gonzalez expenses include the Office of the FPM Town Hall Food and Beverage payment (No Alcohol). Pan a Ladrillo Invoice is the same business as Panaderia Villa Palmeras. They waived the .55 cents on the Invoice.
- Also included is the Town Hall sign language translator invoice and payment for reimbursement.