

# Invoice

**Altai Atlantic Consulting LLC**
828 Snowden Hallowell Way, Alexandria VA 22314

**Date:** 01/31/24
**Invoice #:** 01-049

**To:** Office of the Federal Police Monitor of Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
Tel. 787-417-9098

| Fee Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|
| **Total Fees Payable For Services Rendered by Dr. David Levy** | 60.0 | 165 | **$9,900.00** |

## Work Performed in the Continental United States

| Date | Activity Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 1/1/24 | CMR-10 Data Request 2.1 Revisions | 2.0 | 165 | $330.00 |
| 1/1/24 | Misc. end of month admin for January 2023 | 1.0 | 165 | $165.00 |
| 1/4/24 | Communication re: data request & 2.1 & miscellaneous data sources | 2.0 | 165 | $330.00 |
| 1/6/24 | Non-punitive data analysis | 2.5 | 165 | $412.50 |
| 1/8/24 | Biweekly document and data production call with parties | 0.5 | 165 | $82.50 |
| 1/8/24 | Monthly call with Monitor Cragg | 0.5 | 165 | $82.50 |
| 1/9/24 | Reviewing PRPB response to samples from data request 1.2 | 2.5 | 165 | $412.50 |
| 1/14/24 | Document for court of all non-compliant paragraphs in CMR-9 | 5.5 | 165 | $907.50 |
| 1/15/24 | Call with PRPB re: Community Policing compliance strategy | 1.5 | 165 | $247.50 |
| 1/16/24 | Calls with PRPB re: Policy and Training compliance strategies | 1.5 | 165 | $247.50 |
| 1/21/24 | Review & communication re: administratively closed investigations data | 2.0 | 165 | $330.00 |
| 1/22/24 | January site visit: PRPB HQ visit & revision to document for court | 8.0 | 165 | $1,320.00 |
| 1/23/24 | January site visit: SARP & Inspections meetings; CMR-10 data request 2.2 | 8.0 | 165 | $1,320.00 |
| 1/24/24 | January site visit: Staffing/Professionalization meeting; data request 2.2 | 8.0 | 165 | $1,320.00 |
| 1/25/24 | January site visit: Status conference & communication re: request 2.2 | 8.0 | 165 | $1,320.00 |
| 1/26/24 | January site visit: Request 2.2 & training FPMPR assistants re: data tools | 4.0 | 165 | $660.00 |
| 1/29/24 | Monthly call with PRPB re: community policing and follow-up on data | 1.5 | 165 | $247.50 |
| 1/29/24 | Monthly call with PRPB re: Use of Force | 1.0 | 165 | $165.00 |
| | | | 165 | $0.00 |
| | | | 165 | $0.00 |
| | | | 165 | $0.00 |
| | | | 165 | $0.00 |
| | | | 165 | $0.00 |
| | | | 165 | $0.00 |

|  |  | 165 | $0.00 |
|---|---|---|---|
|  |  | 165 | $0.00 |
| Total |  | 60.0 | $9,900.00 |

**Total Fee Payable**  $9,900.00

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

*[signature]*

**Dr. David Levy**

01/31/24
**Date**