# INVOICE

| | | |
|---|---|---|
| **DATE** | **INVOICE NO** | **Denise Rodriguez** |
| 2/1/2024 | #040 | 3003 San Sebastian St. |
| | | Mission, TX 78572 |
| | | drodriguez_PRI@outlook.com |

**INVOICE TO**
Puerto Rico Chief Federal Monitor

**INVOICE PERIOD**
January 1 - 31, 2024

## DUTIES AND RESPONSIBILITIES                                TOTAL DUE $15,833.33

- Conducted monthly one-on-one meetings with subject matter experts
- Coordinated and conducted weekly Monitoring Executive Team meetings
- Coordinated and conducted biweekly document production meetings with the Parties
- Conducted biweekly meetings with Research Analyst
- Reviewed and approved the review of several policies submitted to the Monitor's Office by PRPB as per Paragraph 229 of the Agreement
- Worked with the Research Analyst to draft and finalize the schedule for the January site visit
- Coordinated and oversaw the submission and receipt of various data requests CMR-10
- Participated in various calls with PRPB and Monitoring team members
- Worked with website team to get the CMR-9 posted onto social media
- Participated in discussions with PRPB about the data requests for CMR-10
- Participated in discussions with PRPB about scheduling biweekly meetings with each of the SMEs and worked with the FPM staff to schedule the dates/times for these meetings
- Worked with the SMEs and the Monitor to prepare for the Status Conference
- Worked with the Research Analyst to update the compliance tracker
- Worked with the Data Analyst and PRPB to make changes to the data requests
- Participated in January site visit virtually
- Participated in discussions regarding the Monitoring Methodology and non-punitive supervisory module.
- Email and phone communication with SMEs to discuss and review progress on the IT corrective action plan and the staffing promotions
- Review and comment on the Reform Office Plan and provide comments to the Parties
- Review draft focus group survey reports delivered by IPSOS and provide comments

Flat Rate Total Wages*                                            $15,833.33
**Total Due**                                                      $ 15,833.33

*The total amount is a flat rate. The total monthly is $15,833.33 for an annualized amount of $190,000.00

*(signed)* Denise Rdz

**Denise Rodriguez, Chief Deputy Monitor**

**January 31, 2024**
**Date**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.