# Viota & Associates CPA LLC

(787) 296-9060 | mforteza@viotacpa.com

| | |
|---|---|
| Invoice #: | 202400007 |
| Invoice Date: | 01/30/2024 |
| Page | 1 of 1 |

Bill To:

**OFFICE OF THE FPM, LLC**
1225 AVENIDA JUAN PONCE DE LEON
SAN JUAN, PR  00907

| | |
|---|---:|
| Please pay by | 01/30/2024 |
| **Invoice Total** | **$500.00** |

For professional service rendered as follows:

Accounting Services - 4 hours @ $125/per hour

| Date | Staff | Activity | Hours | Units |
|---|---|---|---|---|
| 01/16/24 | Malave, Adianis | File Tax Return | 0.25 | |
| | Quarterly Return PS Q4 2023 | | | |
| 01/17/24 | Malave, Adianis | Accounting Services | 2.75 | |
| | Download invoices to Dropbox, Review Invoices, calculated withholdings, invoices in Excel and Sage, Bank Reconciliation, Posted Payments in Sage | | | |
| 01/25/24 | Forteza, Maria | Accounting Services | 0.50 | |
| | ACH VENDOR PAYMENTS - DECEMBER INVOICES 1 OF 2 | | | |
| 01/26/24 | Forteza, Maria | Accounting Services | 0.50 | |
| | ACH Vendor payment #2 & PS Withholding deposit | | | |

| | |
|---|---:|
| Total Amount | 500.00 |

| | |
|---|---:|
| **Invoice Total** | **$500.00** |

Additional information

Invoices are due upon receipt. Your prompt payment is appreciated.