**Name:** nald S. Gosselin, d/b/a Gosselin Int'l Associates, division of MBG North Cc #1189
**Invoice Date** 1/28/24
**Invoice Peric** Jan 1, 2024 - January 28, 2024

| Date | Task(s) | Rate | Total Ho | Total Amount |
|---|---|---|---|---|
| 01/02/24 | Comms/Coordination w/Team | $ 165.00 | 0.5 | $ 82.50 |
| 01/03/24 | Comms/Coordination w/Team | $ 165.00 | 1.5 | $ 247.50 |
| 01/06/24 | Comms/Coordination w/Team | $ 165.00 | 1.75 | $ 288.75 |
| 01/08/24 | Study Data Targets for P164 - Comms with Data Analyst | $ 165.00 | 4.5 | $ 742.50 |
| 01/09/24 | Review Agreement and refine inquiries to P164. Comms with team | $ 165.00 | 4 | $ 660.00 |
| 01/12/24 | Telcon | $ 165.00 | 1.75 | $ 288.75 |
| 01/17/24 | Telcon | $ 165.00 | 1.5 | $ 247.50 |
| 01/18/24 | Emails/comms with team | $ 165.00 | 2.25 | $ 371.25 |
| 01/20/24 | Review Materials | $ 165.00 | 2 | $ 330.00 |
| 01/21/24 | Comms/Coordination w/Team. Reorganize Meetings | $ 165.00 | 4.75 | $ 783.75 |
| 01/22/24 | Remote Interviews/Reporting | $ 165.00 | 3.5 | $ 577.50 |
| 01/23/24 | Field Work - SJU | $ 165.00 | 8 | $ 1,320.00 |
| 01/24/24 | Field Work - SJU | $ 165.00 | 8 | $ 1,320.00 |
| 01/25/24 | Field Work - SJU | $ 165.00 | 8 | $ 1,320.00 |
| 01/26/24 | Comms with Team/DOJ/PRPB | $ 165.00 | 2.5 | $ 412.50 |
| 01/27/24 | Review New Assessement materials/DOJ Opinion | $ 165.00 | 4 | $ 660.00 |
| 01/28/24 | Review New Assessement materials | $ 165.00 | 1.5 | $ 247.50 |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |

| | | | | |
|---|---|---|---|---|
| | $ 165.00 | | $ | - |
| | $ 165.00 | | $ | - |
| | $ 165.00 | | $ | - |
| | $ 165.00 | | $ | - |
| **TOTAL Labor** | | **60.00** | **$** | **9,900.00** |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual

**Signature:** DS Gosselin <signature>

**Date:** 1/28/24