

**Al Youngs**
**5552 West Lakeridge Rd**
**Lakewood, CO 80227**

January 1 - January 31, 2024
Invoice No. 55
Member of Federal Monitor Team

| Date | Brief Description | Total Hours |
|---|---|---|
|  | Reviewed and responded to emails and conference calls for the month of December. |  |
| 1/3 |  |  |
| 1/4 |  |  |
| 1/5 |  |  |
| 1/8 |  |  |
| 1/12 |  |  |
| 1/14 |  |  |
| 1/20 |  |  |
| 1/27 |  |  |
| 1/29 |  |  |
| 1/30 |  |  |
| 1/31 |  | 6.0 Hours |
| 1/4 |  |  |
| 1/5 |  |  |
| 1/6 |  |  |
| 1/8 | Several meetings and phone calls with Monitor and Deputy Monitor. |  |
| 1/11 |  |  |
| 1/15 |  |  |
| 1/18 |  |  |
| 1/19 |  |  |
| 1/30 |  |  |
| 1/31 |  | 3.0 Hours |
|  |  |  |

| | **During site visit to Puerto Rico** | |
|---|---|---|
| 1/22 | Met with Reform Unit: Reviewed site visit agenda Bi-weekly Document Production Meeting | |
| 1/22 | Tracking module demonstration | |
| 1/22 | Meeting with HR Director. Discussed performance evaluations, process, and training videos. | |
| 1/23 | Field visit to Guayama. Interviewed Supervisor and Agent selections. | |
| 1/24 | Meeting with SARP Inspector Ortiz. Discussed SARP reform progress. Discussed efforts related to inspections and yearly report. Discussed EIS related to SARP | |
| 1/24 | Meeting with Eily J. Molina Batista to discuss Paragraph 13. Implementation Plan Leads: Discussed Paragraph 13/Staffing Plan Implementation Plan updates and progress | |
| 1/24 | Meeting with Sgt. Brian Dees. Discussed Recruitment, Selection, and Hiring Progress. | |
| 1/25 | Status Conference Federal Court in Old San Juan. Meeting with Honorable Judge Besosa. | |
| | | 29.0 Hours |
| | | |
| 1/10 | Re-reviewed Paragraph 17 reference Captains promotion | 2.0 Hours |
| 1/11 | Re-reviewed Paragraph 16 | 2.0 Hours |
| 1/14 | Rr-reviewed ACT 65 | 2.0 Hours |
| 1/17 | Re-reviewed Non Punitive Discipline and Cases | 2.0 Hours |
| 1/18 | Re-reviewed Recruitment information and past CMRS | 1.0 Hours |
| 1/19 | Re-reviwed Professionalism and Supervision talking points for court hearing | 1.0 Hours |
| 1/20 | Re-reviewed Inspection Audits from PRPB | 1.0 Hours |
| 1/27 | Reviewed Paragraph 13 | 2.0 Hours |
| 1/28 | Re-reviewed list of possible incentives to keep PRPB employees | 2.0 Hours |
| 1/29 | Re-reviewed OG649 reference Integrity Audits | 1.0 Hours |
| 1/29 | Re-reviewed OG617 | 2.0 Hours |
| 1/30 | Re-reviewed OG704 and submitted comments | 2.0 Hours |
| 1/30 | Re-reviewed 2023 Code of Ethics and submitted comments | 2.0 Hours |

|  | **TOTAL HOURS:** | **60.0** |
|---|---|---|
| Billable Hours: 60 Hours at a Rate of $165.00 Per Hour = | | $9,900.00 |
| | **TOTAL:** | **$9,900.00** |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_Alan C Young_
**Signature**

_1/31/24_
**Date**