# Rafael Ruiz Consulting

12 Crestshire Dr.
Lawrence, MA 01843

PHONE: 6177599156   stodgo1971@yahoo.com   12 Crestshire Dr.

## INVOICE

INVOICE NUMBER: 2024-01
INVOICE DATE: 1/31/2024

Federal Police Monitor for PR
VIG Tower, PH-924
1225 Ponce De Leon Ave.
San Juan, PR 00907

RAFAEL E. RUIZ CONSULTING

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: FPM work from Home | | | |
| 1/2/2024 | FPM work from Home | Review Compliance in Training for FPM comments | 1.00 | $165.00 | $165.00 |
| 1/3/2024 | FPM work from Home | Prep CMR-09 talking points for January Court Hearing before Fed. Judge | 2.00 | $165.00 | $330.00 |
| 1/16/2024 | FPM work from Home | FPM Zoom meeting with PRPB Policies and Procedures Director, re follow-up and discuss non-compliant paragraphs | 1.25 | $165.00 | $206.25 |
| 1/17/2024 | FPM work from Home | Review GO 607 | 3.00 | $165.00 | $495.00 |
| 1/24/2024 | FPM work from Home | Emails, phone calls, messages among team members | 1.50 | $165.00 | $247.50 |
| 1/28/2024 | FPM work from Home | Review PRPB LPR (Plate reader) Regulation | 2.50 | $165.00 | $412.50 |
| 1/30/2024 | FPM work from Home | Review PPR-622.1 | 2.25 | $165.00 | $371.25 |
| 1/31/2024 | FPM work from Home | Review PRPB's Ampliacion NPPR Response CMR-10 Data Request 1.2 and Review of in-service training material, re GO 612 | 5.00 | $165.00 | $825.00 |
| | | TOTAL: FPM work from Home | | | $3,052.50 |
| | | PROJECT: FPM work from PR (Site Visits) | | | |
| 1/22/2024 | FPM work from PR (Site Visits) | Site visit to PR: interviews, inspections, module demo. | 8.00 | $165.00 | $1,320.00 |
| 1/23/2024 | FPM work from PR (Site Visits) | Site visit to PR: interviews, inspections. | 8.00 | $165.00 | $1,320.00 |
| 1/24/2024 | FPM work from PR (Site Visits) | Site visit to PR: interviews, inspections. | 8.00 | $165.00 | $1,320.00 |
| 1/25/2024 | FPM work from PR (Site Visits) | Fed. Court Hearing | 8.00 | $165.00 | $1,320.00 |
| | | TOTAL: FPM work from PR (Site Visits) | | | $5,280.00 |
| | | Total hours for this invoice | 50.50 | | |

| INVOICE BALANCE INFORMATION | |
|---|---|
| Total amount of this invoice | $8,332.50 |
| Current invoice balance | $8,332.50 |

| |
|---|
| AMOUNT DUE ON THIS INVOICE: $8,332.50 |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of the hours worked in my capacity as a member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_Rafael E. Ruiz_
Rafael E. Ruiz

Date: January 31, 2024