INVOICE 0106 - LABOR FOR PROFESSIONAL SERVICES; JAN 1-31, 2024
RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC

TO: Federal Monitor
Puerto Rico Police Department Consent Decree

Attached below please find the details for professional services rendered by Scott Cragg (Monitoring Core Team) for December 2024:

| | | | | |
|---|---|---|---|---|
| **Name:** | Scott Cragg | | | |
| **Invoice Date:** | 1/31/24 | | | |
| **Invoice Period:** | January 1-31, 2024 | | | |

| Date | Task(s) | Rate | Total Hours | Total Amount |
|---|---|---|---|---|
| 1/2/24 | Telcon with Monitor -review PRPB lack of contracting activity, travel and logistics changes | $165.00 | 0.75 | $123.75 |
| 1/3/24 | Finalize Federal Monitor talking points for the Jan 24 status conference. Crosswalk with CMR9 and other source documents/notes | $165.00 | 1.75 | $288.75 |
| 1/4/24 | Telcon with Monitor re; prepared statements before the Court in Jan. Comm with Gartner on status of contracting and scheduling of follow up mtgs. Review of Monitoring email communications, review of artifacts in Box archiving, data request to PRPB for non-punitive data, review of relevant media reports, review training data provided by PRPB. Plan and comm for demonstrations | $165.00 | 2.75 | $453.75 |
| 1/7/24 | Review of non-punitive data provided by PRPB and scan Levy data, coordinate reschedule of Gartner review | $165.00 | 0.75 | $123.75 |
| 1/8/24 | Review RMS Procurement Schedule with PRPB and Gartner, Monthly status, deliverable and task review with Deputy Monitor, Weekly management, and contract review with Gartner | $165.00 | 1.5 | $247.50 |
| 1/9/24 | Review non-punitive communications and positions from Monitors, review material in Box. Review key media reports provided by the Monitors office, | $165.00 | 1.75 | $288.75 |
| 1/10/24 | Review non-punitive comments from Monitors and Dave L. Correspond with deputy regarding periodic review scheduling with PRPB on IT. Review Gartner status report for Weekly review on 1/11 | $165.00 | 1.25 | $206.25 |
| 1/11/24 | Attend weekly Gartner/PRPB status rev concerning the RMS & PMO contracts. Provide real time comments, recommendations, concerns. Prepare written notification to the Federal Monitor of concerns, begin review of RMS | $165.00 | 3.75 | $618.75 |

1

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| | Requirements documents developed by Gartner for purposes of soliciting vendor solutions | | | |
| 1/12/24 | Continue review of RMS Acquisition materials - Attachments B, C, D, E, F, and G | $165.00 | 1.75 | $288.75 |
| 1/13/24 | Reviewing and clearing email correspondence and attachments concerning contract modifications on the RMS and PMO contract extensions - from Maria Del Mar, Jon Kashare, Luis Saucedo, Gabby Penagaricano | $165.00 | 1.5 | $247.50 |
| 1/15/24 | Telecon with Monitor to review status conference comments to the Court on PRPB Contracting.  In preparation for Status review before the Court on 1/25, continue cursory review of PRPB IT Status Report and Appendices dated 30 November 2023. | $165.00 | 3.25 | $536.25 |
| 1/18/24 | Attend Gartner status review of RMS RFP Release and schedule.  Preview status review materials provided by Gartner. Debrief Federal Monitor post meeting telcon. Weekly Contract review with Gartner - issues, concerns, escalations, Review and comment/recommend text for the GO on operational use of License Plate Readers | $165.00 | 2.75 | $453.75 |
| 1/19/24 | Per the Federal Monitors direction, prepare narrative IT Comments for presentation before the Court | $165.00 | 1.75 | $288.75 |
| 1/20/24 | In preparation for the IT status review before the court on 1/25, review the IT CAP submitted by the Commonwealth, continue editing of prepared statement on IT status before the Court, | $165.00 | 5.75 | $948.75 |
| 1/21/24 | Review latest/all versions of IT Corrective Action Plan Status provided by the Commonwealth | $165.00 | 2.75 | $453.75 |
| 1/22/24 | On-Site Puerto Rico | $165.00 | 8 | $1,320.00 |
| 1/23/24 | On-Site Puerto Rico | $165.00 | 8 | $1,320.00 |
| 1/24/24 | On-Site Puerto Rico | $165.00 | 8 | $1,320.00 |
| 1/24/24 | On-Site Puerto Rico | $165.00 | 8 | $1,320.00 |
| 1/27/24 | Review Inigo's notes on SA/DV interview and PRPB debrief during Jan On-site, make recommendations. Review media reports pertaining to the 1/25/24 Status Conference provided by the monitors offices, Draft Travel Expense Invoice, Pull references, Travel Planning for February On-Site Visit, Flight, Parking, Hotel reservations. | $165.00 | 1.5 | $247.50 |
| 1/28/24 | Finalize January on-site invoicing, Review and respond to Gartner WRT Commonwealth declination of PMO and RMS support extensions | $165.00 | 0.75 | $123.75 |
| 1/29/24 | Telcons with the Monitor to review 253 and the Bidders Conference for RMS, Attend the Bidders Conf for RMS, draft an email to Monitor and DoJ on my concerns wrt conduct of the Bidders Conference, coordinate with DoJ IT SME. Notify DoJ and Monitor of concerns, Review Saucedo memo regarding methodology changes, coordinate demo schedules with Deputy Monitor, review Monitors Paragraph compliance tally and PRPB submission of CMR8 compliance | $165.00 | 4.25 | $701.25 |

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 1/31/24 | Scan proposed edits - PPR-622.1, Clear outstanding email communications, prepare final labor invoice IAW Monitors process | $165.00 | 0.5 | $82.50 |
| **TOTAL Labor** | | | 72.75 | $12003.75 |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

**Signature:**

**Date:**   1/31/24

3