# INVOICE

**DATE:**
Feb. 1, 2024

**INVOICE #**
02-1-24

**CUSTOMER ID:**
United States of America v. Commonwealth of PR
Civil No. 12-2039 (FAB)

**TO:** FPMPR LLC
VIG Tower PH 924
1225 Ponce de Leon
San Juan, PR 00907

| SERVICE PROVIDER | JOB | FEES | INVOICE PERIOD |
|---|---|---|---|
| AB-AG LAW LLC | LEGAL SERVICES | MONTHLY FLAT FEE | Jan. 2024 |

**DESCRIPTION**

Review and respond to emails and calls from monitor team and/or counsel of record.

Review and analyze motions filed and orders issued. Communications with monitors related thereto.

Attend weekly meetings with the executive team.

Review and respond to legal consultations from Monitor and his team.

Prepare and attend biweekly meetings with the team.

Prepare and attend meetings with special master and the parties. Communications with monitors related thereto.

Meetings with paralegal and supervision of paralegal's work.

Work on invoices, calls with J. Gonzalez, and prepare and file motion for disbursement of funds.

Review and respond to memo from Lieutenant Requena.

Preparation for and attendance at status conference hearing.

Working on matters related to captains promotions exam.

Prepare for and attend 253 meeting.

**TOTAL INVOICE AMOUNT:  $16,000**

I HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN MY CAPACITY AS A MEMBER OF THE FEDERAL MONITORING TEAM.  I FURTHER CERTIFY THAT I HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH OF PUERTO RICO, OR ANY OF ITS DEPARTMENTS OR AGENCIES.

**MAKE ALL CHECKS PAYABLE TO AB-AG LAW LLC**
Thank you for your business!

**1357 ASHFORD AVE #2 -184 | SAN JUAN, PR 00907| PHONE: (787) 948-5131| EMAIL RABESADA@FPMPR.ORG**