**Name:** Rita J. Watkins
**Invoice Date:** 1/31/2024
**Invoice Period:** December 1-31, 2023

| Date | Task(s) | Rate | Total Hours | Total Amount |
|------|---------|------|-------------|--------------|
| 1/2/2024 | Telecons and emails from monitors and parties | $165.00 | 1 | $ 165.00 |
| 1/2/2024 | Status Conference Preparation - Talking Points | $165.00 | 3 | $ 495.00 |
| 1/2/2024 | Training Feedback on PRPB Training plan | $165.00 | 2 | $ 330.00 |
| 1/8/2024 | Reform office meeting scheduling | $165.00 | 3 | $ 495.00 |
| 1/9/2024 | Punitive Data Research | $165.00 | 1 | $ 165.00 |
| 1/12/2024 | Equal Pro/Non-Dis Reform Office Meeting | $165.00 | 1 | $ 165.00 |
| 1/15/2024 | Review OG 701, OG 154, OG 630, OG 607 | $165.00 | 4 | $ 660.00 |
| 1/16/2024 | Training Reform Office meeting | $165.00 | 1.5 | $ 247.50 |
| 1/18/2024 | Bi-monthly meeting with Deputy Monitor | $165.00 | 0.5 | $ 82.50 |
| 1/19/2024 | Telecons and emails with monitors and parties | $165.00 | 1 | $ 165.00 |
| 1/21/2024 | Review of OG 704 | $165.00 | 1 | $ 165.00 |
| 1/22/2024 | Training Focus Group Meeting | $165.00 | 2 | $ 330.00 |
| 1/23/2024 | Equal Pro/Non-Dis Reform Office Meeting | $165.00 | 2 | $ 330.00 |
| 1/23/2024 | Training Plan Update | $165.00 | 1.5 | $ 247.50 |
| 1/25/2024 | On-site visit | $165.00 | 8 | $ 1,320.00 |
| 1/26/2024 | Telecons and emails from monitors and parties | $165.00 | 1 | $ 165.00 |
| 1/30/2024 | Re-review PPR 622.1 | $165.00 | 1 | $ 165.00 |
| | | $165.00 | | $ - |
| | | $165.00 | | $ - |
| | | $165.00 | | $ - |
| | | $165.00 | | $ - |
| | | $165.00 | | $ - |
| | | $165.00 | | $ - |
| | | $165.00 | | $ - |
| | | $165.00 | | $ - |
| | | $165.00 | | $ - |
| | | $165.00 | | $ - |
| | | $165.00 | | $ - |
| **TOTAL** | | | **34.5** | **$ 5,692.50** |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

**Signature:** *Rita J. Watkins*     **Date:** 1/31/2024