# INVOICE



22 Chalets de Santa Maria
San Juan, P.R. 00927
(787) 940-3090

**BILL TO:**
**Office of the FPMPR, LLC**
VIG Tower, PH 924
1225 Ponce de Leon Avenue
San Juan, P.R. 00907

**DATE:** 1/31/2024
**INVOICE #** 2024001
**FOR:** FPMPR/TCA

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Zoom calls/Team meetings: 1/15, 1/29: PRPB focal meeting | 2.75 | $165.00 | $ 453.75 |
| emails-texts/phone calls:  Sam, Inigo, Denise, John, CIC: Caguas, Humacao, Ponce (3), Aibonito, CCS President (3), Claudia, CIC Bayamon, Rosangela Rosario PRPB Datalytics (4), CICPonce(1), Humacao, Sam/Denise/Dave, Rita, Inigo, Claudia; Ms. Lesbia Martinez,CCS (1);Sgt. Jose Carballo SAEA. | 6.75 | $165.00 | $ 1,113.75 |
| 01/1/2024: Compliance in training review and observations reply | 0.50 | $165.00 | $82.50 |
| 01/02/2024: Amended Training compliance review based on recently submitted report. | 1.50 | $165.00 | $247.50 |
| 01/03/2024: Compliance summary Report for Court hearing. | 2.50 | $165.00 | $412.50 |
| 01/13/2024: CIC Central meeting and workshop; Field observations' report; PRPB meeting Jan. 15th Prep. | 6.00 | $165.00 | $990.00 |
| 1/14/2024: Documents review: CIC work conducted in support of 208 and 212 as submitted by Sgt. Cruz Febo (7 documents). | 1.25 | $165.00 | $206.25 |
| 1/15/2024: CIC interviews coordination, invite letters; PRPB focus meeting | 2.50 | $165.00 | $412.50 |
| 1/16/2024: PRPM focal meetings notes review and clarifications (Box reply) | 0.50 | $165.00 | $82.50 |
| 1/21/2024: Field sched/interview sched. Reviwe & Set-up- | 0.25 | $165.00 | $41.25 |
| 1/22/2024: PRPB meeting/Demos. Interviews | 6.75 | $165.00 | $1,113.75 |
| 1/23/2024: Guayama field visit & MPRPB interviews | 6.50 | $165.00 | $1,072.50 |
| 1/24/2024: CIC members' Interviews | 8.00 | $165.00 | $1,320.00 |
| 1/25/2024: Status Conference FAB/OSJ | 7.00 | $165.00 | $1,155.00 |
| 1/29/2024: Prep for PRPB meeting: Non-compl. Pars. CMR8/methodology/data requests/agenda and notes; PRPB focal meeting-FPMPR debrief. | 3.25 | $165.00 | $536.25 |
|  | 56.00 |  | $ 9,240.00 |
|  |  | **TOTAL** | $ 9,240.00 |

**I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor.  I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities, or agencies.**


Merangelie Serrano-Rios