

## Samantha Rhinerson

550 Amsonia Circle
Guyton, GA 31312

srhinerson99@outlook.com | 256-431-5324

| BILL TO | INVOICE # | DATE | DUE |
|---|---|---|---|
| Puerto Rico Chief Federal Monitor | 2024-01 | 1/31/2024 | 2/29/2024 |

| Date | Description | Hours | Rate | TOTAL |
|---|---|---|---|---|
| 01/02/2024 | 1.0 hour of Status Conference Prep | 1.00 | $100.00 | $100.00 |
| 01/06/2024 | 1.0 hour of Status Conference Prep | 1.00 | $100.00 | $100.00 |
| 01/08/2024 | 1.0 hour of Status Conference Prep | 1.00 | $100.00 | $100.00 |
| 01/09/2024 | 1.0 hour of section meeting scheduling | 1.00 | $100.00 | $100.00 |
| 01/12/2024 | 1.0 hour of UOF Meeting and policy review facilitation | 1.00 | $100.00 | $100.00 |
| 01/16/2024 | 1.0 hour of policy review facilitation and travel planning | 1.00 | $100.00 | $100.00 |
| 01/17/2024 | 1.0 hour of policy review facilitation and call with John | 1.00 | $100.00 | $100.00 |
| 01/18/2024 | 1.0 hour of meeting with Denise and Status Conference Prep | 1.00 | $100.00 | $100.00 |
| 01/20/2024 | 1.0 hour of policy review facilitation | 1.00 | $100.00 | $100.00 |
| 01/21/2024 | 1.0 hour of policy review facilitation | 1.00 | $100.00 | $100.00 |
| 01/22/2024 | 1.0 hour of travel planning | 1.00 | $100.00 | $100.00 |
| 01/23/2024 | 2.0 hours of travel planning | 2.00 | $100.00 | $200.00 |
| 01/24/2024 | 1.0 hour of travel planning | 1.00 | $100.00 | $100.00 |
| 01/25/2024 | 1.0 hour of travel planning | 1.00 | $100.00 | $100.00 |
| 01/26/2024 | 1.0 hour of travel planning | 1.00 | $100.00 | $100.00 |
| 01/27/2024 | 1.0 hour of travel planning | 1.00 | $100.00 | $100.00 |
| 01/28/2024 | 1.0 hour of policy review facilitation | 1.00 | $100.00 | $100.00 |
| 01/29/2024 | 1.0 hour of policy review facilitation | 1.00 | $100.00 | $100.00 |
| 01/30/2024 | 1.0 hour of data request review | 1.00 | $100.00 | $100.00 |
| 01/31/2024 | 1.0 hour of policy review facilitation and travel planning | 1.00 | $100.00 | $100.00 |

**TOTAL** $2,100.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*thank you*