# Manuel A. Arroyo Rivera

P.o Box 8925 Santurce Puerto Rico 00910    Cel 787-364-8925

Email marroyorivera20@gmail.com

Invoice  Month January   2024                                                                                   Invoice #038

Federal Police Monitor   San Juan, PR

| Date | description | Hour | Rate | Amount |
|---|---|---|---|---|
| January-18-2024 | Pick up some boxes at the office and take them to the warehouse and bring others back to the office | 3 | $25 | $75.00 |
| January-21-2024 | pick up the monitor and office staff from the airport and take them to the hotel | 9 | $25 | $225.00 |
| January-22-2024 | pick up the monitor and take them to different meetings of the day | 8 | $25 | $200.00 |
| Januaryr-23-2024 | pick up the monitor and take them to different meetings of the day | 8 | $25 | $200.00 |
| January-24-2024 | pick up the monitor and take them to different meetings of the day | 8 | $25 | $200.00 |
| January-25-2024 | pick up the monitor and take them to different meetings of the day | 12 | $25 | $300.00 |
| January-26-2024 | Pick up the monitor and other Team Members and take it to the airport | 13 | $25 | $325.00 |
| January 29-2024 | Take the official vehicle to carwash | 2 | $25 | $50.00 |
| January | Gas expenses | | | $250.00 |
| | | | | |
| | | | | Total $1825.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |