**Name:** Hipolito Castro Jr
**Invoice Date:** 1/31/24
**Invoice Period:** 01/01/2024 to 01/31/2024

| Date | Task(s) | Rate | Total Hours | Total Amount |
|---|---|---|---|---|
| 1/2/24 | Data and Policy Analysis | $ 150.00 | 1.00 | $ 150.00 |
| 1/4/24 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 1.00 | $ 150.00 |
| 1/6/24 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 2.00 | $ 300.00 |
| 1/8/24 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 1 | $ 150.00 |
| 1/9/24 | Data and Policy Analysis | $ 150.00 | 2 | $ 300.00 |
| 1/10/24 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 2.00 | $ 300.00 |
| 1/12/24 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 1.00 | $ 150.00 |
| 1/15/24 | Data and Policy Analysis | $ 150.00 | 2.00 | $ 300.00 |
| 1/16/24 | commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 2.00 | $ 300.00 |
| 1/18/24 | data and Policy Analysis | $ 150.00 | 1.00 | $ 150.00 |
| 1/19/24 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 1.00 | $ 150.00 |
| 1/20/24 | data and Policy Analysis | $ 150.00 | 1.00 | $ 150.00 |
| 1/21/24 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 8.00 | $ 1,200.00 |
| 1/22/24 | Field Work Puerto Rico | $ 150.00 | 8.00 | $ 1,200.00 |
| 1/23/24 | field Work Puerto Rico | $ 150.00 | 8.00 | $ 1,200.00 |
| 1/24/24 | Field Work Puerto Rico | $ 150.00 | 8.00 | $ 1,200.00 |
| 1/25/24 | field Work Puerto Rico | $ 150.00 | 1.00 | $ 150.00 |
| 1/26/24 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 1.00 | $ 150.00 |
| 1/27/24 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 1.00 | $ 150.00 |
| 1/28/24 | data and Policy Analysis | $ 150.00 | 1.00 | $ 150.00 |
| 1/29/24 | Data and Policy Analysis | $ 150 | 1 | $ 150.00 |
| 1/30/24 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 1 | $ 150.00 |
| 1/31/24 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 3 | $ 450.00 |
| 01/01/2024 to 01, Team meetings, call and emails | | $150.00 | | |
| TOTAL Labor | | | 60.00 | $9,000.00 |

| | |
|---|---|
| **Commo and Coordination** consists of all writings and digital comms to/from Monitors, PRPB, USDOJ; Review compliance targets, document and data requests, logistics; scheduling, on-site planning & coordination, database development | |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

| TOTAL | $ | 9,000.00 |
|---|---|---|

Signature: _[signature]_

Hipolito Castro

Date: 1/31/24

**Data/Policy Analysis, Writing**
Data concerns CMR-9, OG 310, OG 410, Draft data requests, review special case, DSP documents, reporting on interviews, due process for promo candidates

**Field Work:** Research conducted in situ (SJU)