**Stephanie Leon**
*Paralegal*

**INVOICE**

1483 Ashford Avenue
Apartment 901
San Juan, PR 00907
(832) 692-2475

**INVOICE: 2024-2**
**DATE: 2/01/2024**

**TO:**
Puerto Rico Chief Federal Monitor

**FOR:**
Paralegal Services

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 01/02/2024 | -Wrote memorandum/ emailed Monitors John Romero and Denise Rodriguez<br>-Emailed December 253 notes to Monitors JR and DR and respective monitors | .75 | 90.00 | 67.50 |
| 01/09/2024 | -1.2 data request validation/ emailed it to David Levy and Monitor Denise Rodriguez | 2.75 | 90.00 | 247.50 |
| 01/12/2024 | -Assisted Monitor Rafael Ruiz in a zoom meeting to discuss searches and seizure<br>-Assisted Monitor Donald Gosselin in zoom meeting to discuss administrative complaints and internal investigations<br>-Organized/transcribed notes | 3.25 | 90.00 | 292.50 |
| 01/16/2024 | -Assisted Monitor Rafael Ruiz in a zoom meeting to discuss policies and procedures<br>-Organized/transcribed notes | 1.75 | 90.00 | 157.50 |
| 01/24/2024 | -Assisted Monitor Rafael Ruiz for Fajardo evidence room inspections (Morning: Fajardo and Ceiba; Afternoon: Rio Grande and Luquillo)<br>-Organized notes | 9.00 | 90.00 | 810.00 |
| 01/25/2024 | -Status Conference | 7.50 | 90.00 | 675.00 |
| 01/26/2024 | -Meeting with David Levy and Inigo Galanes demonstrating/teaching data request/samples | 2.00 | 90.00 | 180.00 |
| 01/29/2024 | -Spoke with Monitor Denise Rodriguez via phone<br>-Communicated with Monitor Donald Gosselin via messages<br>-Emailed PRPB regarding January 30 meeting | .50 | 90.00 | 45.00 |
| 01/31/2024 | -January 253 Meeting/transcribing notes | 4.25 | 90.00 | 382.50 |
| | **TOTAL 31.75 HRS @ $90** | | | **2,857.50** |

*S/ STEPHANIE LEON*

**I HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN MY CAPACITY AS A MEMBER OF THE FEDERAL MONITORING TEAM. I FURTHER CERTIFY THAT I HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH, OR ANY OF ITS DEPARTMENTS, MUNICIPALITIES OR AGENCIES.**