**Inigo Galanes**
*Staff Assistant*

**INVOICE**

ADDRESS
Aboy St 605 Apt 1
San Juan, PR, 00907

**INVOICE: 2024-01**
**DATE: 02/01/2024**

**TO:**
Puerto Rico Chief Federal Monitor

**FOR:**
Professional Services

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 01/02/2024 | -Organized documents in the office.<br>-Read/sent emails.<br>-Worked on Training worksheet. | 7.0 | 20 | 140 |
| 01/03/2024 | -Organized documents in the office.<br>-Read/sent emails.<br>-Worked on Training worksheet. | 7.0 | 20 | 140 |
| 01/04/2024 | -Organized documents in the office.<br>-Read/sent emails.<br>-Worked on Training worksheet. | 7.0 | 20 | 140 |
| 01/08/2024 | -Organized documents in the office.<br>-Scheduled recurring meetings for all monitors.<br>-Worked on Training worksheet. | 7.0 | 20 | 140 |
| 01/09/2024 | -Organized documents in the office.<br>-Edited recurring meetings.<br>-Sent Training worksheet to PRPB. | 7.0 | 20 | 140 |
| 01/10/2024 | -Visited FIU and SJ Command Area with Luis Hidalgo.<br>-Call with John Romero and Luis Hidalgo about FIU visit.<br>-Organized documents in the office.<br>-Uploaded documents to BOX.<br>-Read/sent emails.<br>-Edited recurring meetings. | 7.0 | 20 | 140 |
| 01/11/2024 | -Organized documents in the office.<br>-Started drafting SJ Town Hall flyer. | 7.0 | 20 | 140 |
| 01/12/2024 | -Organized documents in the office.<br>-Assisted Equal Protection recurring meeting with Rita Watkins.<br>-Accompanied Luis Hidalgo to West Hato Rey Command Area to prepare for Town Hall meeting.<br>-Drafted meeting notes and uploaded notes to BOX. | 7.0 | 20 | 140 |
| 01/15/2024 | -Attended Community Engagement recurring meeting. | 1.50 | 20 | 30 |
| 01/16/2024 | -Organized documents in the office.<br>-Transcribed Community Engagement meeting notes.<br>-Visited FIU with Luis Hidalgo.<br>-Began transcribing meeting notes. | 7.0 | 20 | 140 |
| 01/17/2024 | -Organized documents in the office.<br>-Finished transcribing and sent to John Romero.<br>-Call from John Romero to discuss FIU analysis. | 4.0 | 20 | 80 |

| Date | Tasks | Hours | Rate | Total |
|---|---|---|---|---|
| 01/18/2024 | -Organized documents in the office.<br>-Retrieved boxes from storage.<br>-Joined Zoom to discuss Community Engagement.<br>-Read/sent emails.<br>-Read Community Engagement paragraphs for CMR-8. | 7.0 | 20 | 140 |
| 01/19/2024 | -Organized documents in the office.<br>-Read/sent emails.<br>-Uploaded documents to Box.<br>-Translated UOF notes. | 7.0 | 20 | 140 |
| 01/22/2024 | -Attended meetings in PRPB HQ.<br>-Transcribed meeting notes. | 7.0 | 20 | 140 |
| 01/23/2024 | -Attended SAEA and SA/DV meetings with Rita Watkins.<br>-Transcribed notes and uploaded to Box.<br>-Read/sent emails.<br>-Organized documents in the office. | 7.0 | 20 | 140 |
| 01/24/2024 | -Attended meetings in PRPB HQ.<br>-Read/sent emails. | 7.0 | 20 | 140 |
| 01/25/2024 | -Attended status conference.<br>-Read/sent emails. | 7.0 | 20 | 140 |
| 01/26/2024 | -Transcribed notes from meetings.<br>-Answered call from Lcda. Esthermarie Torres.<br>-Attended lecture from David Levy with Stephanie Leon about data requests.<br>-Read/sent emails. | 7.0 | 20 | 140 |
| 01/29/2024 | -Call from Lcda. Esthermarie Torres regarding Feb 10 Cpt. Exam.<br>-Read/sent emails.<br>-Reviewed documents/data request in preparation for Community Engagement meeting.<br>-Attended community Engagement meeting.<br>-Uploaded documents to Box.<br>-Organized documents in the office. | 7.0 | 20 | 140 |
| 01/30/2024 | -Transcribed meeting notes.<br>-Call with Alan Youngs regarding Feb 10 Cpt. Exam.<br>-Organized documents in the office.<br>-Call with Lcda. Esthermarie Torres regarding file review of Feb 10 Cpt. Exam candidates. | 7.0 | 20 | 140 |
| 01/31/2024 | -Reviewed notes for Recruitment, Supervision, and Professionalization meeting.<br>-Attended Recruitment, Supervision, and Professionalization meeting.<br>-Read/sent emails. | 7.0 | 20 | 140 |
| | **TOTAL 138.5 HRS @ $20 HR** | | | **$2,770.00** |