### OFFICE OF THE FPMPR LLC
### 1225 AVE. JUAN PONCE DE LEON
### SAN JUAN, PR 00907

INVOICE

Date: June 30, 2022

TO:    PR POLICE REFORM

SAN JUAN, PUERTO RICO

Bank charges of July 1, 2021 to June 30, 2022                    $549.72

**After Five Days Return To:**
PO Box 9146
San Juan PR 00908-0146



**STATEMENT OF ACCOUNT**

| STATEMENT DATE |
| --- |
| 07/31/21 |

00001084  MFBPRR0802210159590R  3  100000000



OFFICE OF THE FPMPR LLC
PMB 292
B5 CALLE TABONUCO STE 216
GUAYNABO PR  00968-3022

**020-BUSINESS PLUS CORP**

0*  6609215250

| BEGINNING BALANCE | DEPOSITS / OTHER CREDITS | | CHECKS / OTHER DEBITS | | SERVICE CHARGES | ENDING BALANCE |
| --- | --- | --- | --- | --- | --- | --- |
| | NUMBER | AMOUNT CREDITED | NUMBER | AMOUNT DEBITED | | |
| 168,489.70 | 1 | 138185.59 | 10 | 303863.44 | .00 | 2,811.85 |

```
CHECKING ACCOUNT TRANSACTIONS
DEPOSITS AND OTHER CREDITS
  DATE...........AMOUNT..........DESCRIPTION

  07/21    138,185.59         DEPOSIT

OTHER DEBITS
  DATE...........AMOUNT..........DESCRIPTION

  07/06     91,328.85         ACH OFFSET
  07/07      6,322.92         ACH DB -070721-021502013045308
                              DEPT DE HACIENDA              PR TAX
  07/07     67,980.50         ACH OFFSET
  07/21         40.00         Cash Mgmt Fee
  07/21          5.00         AA FEE SUBJ TO IVU*
  07/21          0.53         IVU ESTATAL
  07/21          0.05         IVU MUNICIPAL
  07/23     98,343.37         ACH OFFSET
  07/26      5,290.15         ACH DB -072621-021502011417342
                              DEPT DE HACIENDA              PR TAX
  07/26     34,552.07         ACH OFFSET

* * * * * * * * * * * * DAILY BALANCE INFORMATION * * * * * * * * * * * * *
  DATE........BALANCE    DATE........BALANCE    DATE........BALANCE
  06/30    168,489.70    07/07      2,857.43    07/23     42,654.07
  07/06     77,160.85    07/21    140,997.44    07/26      2,811.85

        *
        *
        *
```



**After Five Days Return To:**
**PO Box 9146**
**San Juan PR 00908-0146**

**1 First Bank**

STATEMENT OF ACCOUNT

| STATEMENT DATE |
| --- |
| 08/31/21 |

00001617  MFBPRR0901210159590R 2  100000000



OFFICE OF THE FPMPR LLC
PMB 292
B5 CALLE TABONUCO STE 216
GUAYNABO PR  00968-3022

**020-BUSINESS PLUS CORP**

0*  6609215250

| BEGINNING BALANCE | DEPOSITS / OTHER CREDITS | | CHECKS / OTHER DEBITS | | SERVICE CHARGES | ENDING BALANCE |
| --- | --- | --- | --- | --- | --- | --- |
| | NUMBER | AMOUNT CREDITED | NUMBER | AMOUNT DEBITED | | |
| 2,811.85 | 1 | 151052.71 | 7 | 150434.59 | .00 | 3,429.97 |

```
CHECKING ACCOUNT TRANSACTIONS
DEPOSITS AND OTHER CREDITS
   DATE..........AMOUNT..........DESCRIPTION

  08/20   151,052.71          DEPOSIT

OTHER DEBITS
   DATE..........AMOUNT..........DESCRIPTION

  08/23    93,490.40          ACH OFFSET
  08/24     5,487.73          ACH DB -082421-021502013704217
                              DEPT DE HACIENDA              PR TAX
  08/24    51,405.59          ACH OFFSET
  08/31        40.00          Cash Mgmt Fee
  08/31         9.75          AA FEE SUBJ TO IVU*
  08/31         1.02          IVU ESTATAL
  08/31         0.10          IVU MUNICIPAL

* * * * * * * * * * * * DAILY BALANCE INFORMATION * * * * * * * * * * * *
   DATE........BALANCE    DATE........BALANCE    DATE........BALANCE
     07/31     2,811.85     08/23    60,374.16     08/31     3,429.97
     08/20   153,864.56     08/24     3,480.84

         *
         *
         *
```



After Five Days Return To:
PO Box 9146
San Juan PR 00908-0146



STATEMENT OF ACCOUNT

| STATEMENT DATE |
|---|
| 09/30/21 |

00000990  MFBPRR1001210159590R  4  100000000



OFFICE OF THE FPMPR LLC
PMB 292
B5 CALLE TABONUCO STE 216
GUAYNABO PR  00968-3022

020-BUSINESS PLUS CORP

0*  6609215250

| BEGINNING BALANCE | DEPOSITS / OTHER CREDITS | | CHECKS / OTHER DEBITS | | SERVICE CHARGES | ENDING BALANCE |
|---|---|---|---|---|---|---|
| | NUMBER | AMOUNT CREDITED | NUMBER | AMOUNT DEBITED | | |
| 3,429.97 | 1 | 159369.92 | 4 | 160038.92 | .00 | 2,760.97 |

```
CHECKING ACCOUNT TRANSACTIONS
DEPOSITS AND OTHER CREDITS
  DATE...........AMOUNT...........DESCRIPTION

  09/23    159,369.92           DEPOSIT

OTHER DEBITS
  DATE...........AMOUNT...........DESCRIPTION

  09/08       669.00           ACH OFFSET
  09/24     99,478.48          ACH OFFSET
  09/27      7,172.73          ACH DB -092721-021502017958509
                               DEPT DE HACIENDA              PR TAX
  09/27     52,718.71          ACH OFFSET

* * * * * * * * * * * * DAILY BALANCE INFORMATION * * * * * * * * * * * * *
  DATE.........BALANCE      DATE.........BALANCE      DATE.........BALANCE
  08/31    3,429.97         09/23    162,130.89       09/27      2,760.97
  09/08    2,760.97         09/24     62,652.41

      *
      *
      *
```



**After Five Days Return To:**
**PO Box 9146**
**San Juan PR 00908-0146**

**1 First Bank**

## STATEMENT OF ACCOUNT

| STATEMENT DATE |
|---|
| **10/31/21** |

00000452  MFBPRR1101210159590R  4  100000000


OFFICE OF THE FPMPR LLC
PMB 292
B5 CALLE TABONUCO STE 216
GUAYNABO PR  00968-3022

**020-BUSINESS PLUS CORP**

0*  6609215250

| BEGINNING BALANCE | DEPOSITS / OTHER CREDITS | | CHECKS / OTHER DEBITS | | SERVICE CHARGES | ENDING BALANCE |
|---|---|---|---|---|---|---|
| | NUMBER | AMOUNT CREDITED | NUMBER | AMOUNT DEBITED | | |
| 2,760.97 | 0 | .00 | 8 | → 91.72 | .00 | 2,669.25 |

```
CHECKING ACCOUNT TRANSACTIONS
OTHER DEBITS
   DATE..........AMOUNT..........DESCRIPTION

   10/08    →   40.00        Cash Mgmt Fee
   10/08    →    5.00        AA FEE SUBJ TO IVU*
   10/08    →    0.53        IVU ESTATAL
   10/08    →    0.05        IVU MUNICIPAL
   10/25    →   40.00        Cash Mgmt Fee
   10/25    →    5.50        AA FEE SUBJ TO IVU*
   10/25    →    0.58        IVU ESTATAL
   10/25    →    0.06        IVU MUNICIPAL

 * * * * * * * * * * * * DAILY BALANCE INFORMATION * * * * * * * * * * * * *
   DATE........BALANCE    DATE........BALANCE    DATE........BALANCE
   09/30    2,760.97    10/08    2,715.39    10/25    2,669.25

     *
     *
     *
```



**After Five Days Return To:**
**PO Box 9146**
**San Juan PR 00908-0146**

**1 First Bank**

## STATEMENT OF ACCOUNT

| STATEMENT DATE |
|:---:|
| **11/30/21** |

00000602  MFBPRR1201210641440R  4  100000000



OFFICE OF THE FPMPR LLC
PMB 292
B5 CALLE TABONUCO STE 216
GUAYNABO PR  00968-3022

**020-BUSINESS PLUS CORP**

0*  6609215250

| BEGINNING BALANCE | DEPOSITS / OTHER CREDITS | | CHECKS / OTHER DEBITS | | SERVICE CHARGES | ENDING BALANCE |
|---|---|---|---|---|---|---|
| | NUMBER | AMOUNT CREDITED | NUMBER | AMOUNT DEBITED | | |
| 2,669.25 | 1 | 226349.44 | 5 | 225322.90 | .00 | 3,695.79 |

```
CHECKING  ACCOUNT  TRANSACTIONS
DEPOSITS  AND  OTHER  CREDITS
  DATE...........AMOUNT...........DESCRIPTION

  11/04    226,349.44          DEPOSIT

OTHER DEBITS
  DATE...........AMOUNT...........DESCRIPTION

  11/05     97,716.12          ACH OFFSET
  11/08      7,564.23          ACH DB -110821-021502016177328
                               DEPT DE HACIENDA                PR TAX
  11/08     57,959.75          ACH OFFSET
  11/10     55,924.52          ACH OFFSET
  11/12      6,158.28          ACH DB -111221-021502018062181
                               DEPT DE HACIENDA                PR TAX

* * * * * * * * * * * * DAILY BALANCE INFORMATION * * * * * * * * * * * *
  DATE........BALANCE    DATE........BALANCE    DATE........BALANCE
  10/31     2,669.25     11/05    131,302.57    11/10      9,854.07
  11/04   229,018.69     11/08     65,778.59    11/12      3,695.79

        *
        *
        *
```



**After Five Days Return To:**
**PO Box 9146**
**San Juan PR 00908-0146**

**1 First Bank**

**STATEMENT OF ACCOUNT**

| STATEMENT DATE |
|:---:|
| **12/31/21** |

00000017  MFBPRR0103220628180R  4  100000000



OFFICE OF THE FPMPR LLC
PMB 292
B5 CALLE TABONUCO STE 216
GUAYNABO PR  00968-3022

**020-BUSINESS PLUS CORP**

0*  6609215250

| BEGINNING BALANCE | DEPOSITS / OTHER CREDITS | | CHECKS / OTHER DEBITS | | SERVICE CHARGES | ENDING BALANCE |
|---|---|---|---|---|---|---|
| | NUMBER | AMOUNT CREDITED | NUMBER | AMOUNT DEBITED | | |
| 3,695.79 | 2 | 312834.06 | 7 | 312874.06 | .00 | 3,655.79 |

```
CHECKING ACCOUNT TRANSACTIONS
DEPOSITS AND OTHER CREDITS
   DATE..........AMOUNT..........DESCRIPTION

   12/08      156,899.54          DEPOSIT
   12/22      155,934.52          DEPOSIT

OTHER DEBITS
   DATE..........AMOUNT..........DESCRIPTION

   12/01          40.00          Cash Mgmt Fee
   12/09      97,680.76          ACH OFFSET
   12/10       4,353.10          ACH DB -121021-021502011495393
                                 DEPT DE HACIENDA              PR TAX
   12/10      54,865.68          ACH OFFSET
   12/23      96,364.03          ACH OFFSET
   12/24       5,194.48          ACH DB -122421-021502017650464
                                 DEPT DE HACIENDA              PR TAX
   12/24      54,376.01          ACH OFFSET

* * * * * * * * * * * * DAILY BALANCE INFORMATION * * * * * * * * * * * * *
   DATE........BALANCE      DATE........BALANCE      DATE........BALANCE
   11/30       3,695.79     12/09      62,874.57     12/23      63,226.28
   12/01       3,655.79     12/10       3,655.79     12/24       3,655.79
   12/08     160,555.33     12/22     159,590.31

      *
      *
      *
```



**After Five Days Return To:**
**PO Box 9146**
**San Juan PR 00908-0146**

**1 First Bank**

**STATEMENT OF ACCOUNT**

| STATEMENT DATE |
| --- |
| 01/31/22 |

**020-BUSINESS PLUS CORP**

0*  6609215250

00001791  MFBPRR0201220954050R 2 100000000



OFFICE OF THE FPMPR LLC
PMB 292
B5 CALLE TABONUCO STE 216
GUAYNABO PR  00968-3022

| BEGINNING BALANCE | DEPOSITS / OTHER CREDITS | | CHECKS / OTHER DEBITS | | SERVICE CHARGES | ENDING BALANCE |
| --- | --- | --- | --- | --- | --- | --- |
| | NUMBER | AMOUNT CREDITED | NUMBER | AMOUNT DEBITED | | |
| 3,655.79 | 0 | .00 | 8 | → 96.18 | .00 | 3,559.61 |

```
CHECKING ACCOUNT TRANSACTIONS
OTHER DEBITS
  DATE...........AMOUNT...........DESCRIPTION

  01/07      →  40.00          Cash Mgmt Fee
  01/07      →   5.00          AA FEE SUBJ TO IVU*
  01/07      →   0.53          IVU ESTATAL
  01/07      →   0.05          IVU MUNICIPAL
  01/31      →  40.00          Cash Mgmt Fee
  01/31      →   9.50          AA FEE SUBJ TO IVU*
  01/31      →   1.00          IVU ESTATAL
  01/31      →   0.10          IVU MUNICIPAL

* * * * * * * * * * * * * DAILY BALANCE INFORMATION * * * * * * * * * * * * *
  DATE........BALANCE     DATE........BALANCE     DATE........BALANCE
  12/31      3,655.79     01/07      3,610.21     01/31      3,559.61

      *
      *
      *
```



**After Five Days Return To:**
**PO Box 9146**
**San Juan PR 00908-0146**



STATEMENT OF ACCOUNT

| STATEMENT DATE |
| --- |
| **02/28/22** |

00000092  MFBPRR0301220703150R  2  100000000



OFFICE OF THE FPMPR LLC
PMB 292
B5 CALLE TABONUCO STE 216
GUAYNABO PR  00968-3022

**020-BUSINESS PLUS CORP**

0*  6609215250

| BEGINNING BALANCE | DEPOSITS / OTHER CREDITS | | CHECKS / OTHER DEBITS | | SERVICE CHARGES | ENDING BALANCE |
| --- | --- | --- | --- | --- | --- | --- |
| | NUMBER | AMOUNT CREDITED | NUMBER | AMOUNT DEBITED | | |
| 3,559.61 | 2 | 311043.33 | 6 | 305906.97 | .00 | 8,695.97 |

```
CHECKING ACCOUNT TRANSACTIONS
DEPOSITS AND OTHER CREDITS
   DATE...........AMOUNT...........DESCRIPTION

   02/09      155,461.34          DEPOSIT
   02/24      155,581.99          DEPOSIT

OTHER DEBITS
   DATE...........AMOUNT...........DESCRIPTION

   02/10       90,097.12          ACH OFFSET
   02/11       59,348.61          ACH OFFSET
   02/15        6,015.61          ACH DB -021522-021502018910542
                                  DEPT DE HACIENDA              PR TAX
   02/18           40.00          Cash Mgmt Fee
   02/25       99,533.61          ACH OFFSET
   02/28       50,872.02          ACH OFFSET

 * * * * * * * * * * * DAILY BALANCE INFORMATION * * * * * * * * * * * *
   DATE.........BALANCE     DATE.........BALANCE     DATE.........BALANCE
    01/31       3,559.61     02/11       9,575.22     02/24     159,101.60
    02/09     159,020.95     02/15       3,559.61     02/25      59,567.99
    02/10      68,923.83     02/18       3,519.61     02/28       8,695.97

       *
       *
       *
```



**After Five Days Return To:**
**PO Box 9146**
**San Juan PR 00908-0146**



**STATEMENT OF ACCOUNT**

| STATEMENT DATE |
| --- |
| **03/31/22** |

00001156  MFBPRR0401220755350R  2  100000000

OFFICE OF THE FPMPR LLC
PMB 292
B5 CALLE TABONUCO STE 216
GUAYNABO PR  00968-3022

**020-BUSINESS PLUS CORP**

0*  6609215250

| BEGINNING BALANCE | DEPOSITS / OTHER CREDITS | | CHECKS / OTHER DEBITS | | SERVICE CHARGES | ENDING BALANCE |
| --- | --- | --- | --- | --- | --- | --- |
| | NUMBER | AMOUNT CREDITED | NUMBER | AMOUNT DEBITED | | |
| 8,695.97 | 1 | 162599.46 | 8 | 167826.69 | .00 | 3,468.74 |

```
CHECKING ACCOUNT TRANSACTIONS
DEPOSITS AND OTHER CREDITS
   DATE..........AMOUNT..........DESCRIPTION

   03/21      162,599.46         DEPOSIT

OTHER DEBITS
   DATE..........AMOUNT..........DESCRIPTION

   03/01        5,176.36         ACH DB -030122-021502015177562
                                 DEPT DE HACIENDA                  PR TAX
   03/21    →      40.00         Cash Mgmt Fee
   03/21    →       9.75         AA FEE SUBJ TO IVU*
   03/21    →       1.02         IVU ESTATAL
   03/21    →       0.10         IVU MUNICIPAL
   03/22       99,084.84         ACH OFFSET
   03/23       57,202.87         ACH OFFSET
   03/24        6,311.75         ACH DB -032422-021502015975228
                                 DEPT DE HACIENDA                  PR TAX

* * * * * * * * * * * * * DAILY BALANCE INFORMATION * * * * * * * * * * * * *
   DATE........BALANCE    DATE........BALANCE    DATE........BALANCE
   02/28      8,695.97    03/21      166,068.20  03/23      9,780.49
   03/01      3,519.61    03/22       66,983.36  03/24      3,468.74

            *
            *
            *
```



After Five Days Return To:
PO Box 9146
San Juan PR 00908-0146

1 First Bank

STATEMENT OF ACCOUNT

| STATEMENT DATE |
|---|
| 04/30/22 |

00000322 MFBPRR0502220948300R 2 100000000

OFFICE OF THE FPMPR LLC
PMB 292
B5 CALLE TABONUCO STE 216
GUAYNABO PR 00968-3022

020-BUSINESS PLUS CORP

0* 6609215250

| BEGINNING BALANCE | DEPOSITS / OTHER CREDITS | | CHECKS / OTHER DEBITS | | SERVICE CHARGES | ENDING BALANCE |
|---|---|---|---|---|---|---|
| | NUMBER | AMOUNT CREDITED | NUMBER | AMOUNT DEBITED | | |
| 3,468.74 | 0 | .00 | 4 | 45.30 | .00 | 3,423.44 |

CHECKING ACCOUNT TRANSACTIONS
OTHER DEBITS

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 04/27 | 40.00 | Cash Mgmt Fee |
| 04/27 | 4.75 | AA FEE SUBJ TO IVU* |
| 04/27 | 0.50 | IVU ESTATAL |
| 04/27 | 0.05 | IVU MUNICIPAL |

* * * * * * * * * * * * * * DAILY BALANCE INFORMATION * * * * * * * * * * * * * *

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 03/31 | 3,468.74 | 04/27 | 3,423.44 | | |

*
*
*



**After Five Days Return To:**
**PO Box 9146**
**San Juan PR 00908-0146**



### STATEMENT OF ACCOUNT

| STATEMENT DATE |
|---|
| **05/31/22** |

00000201 MFBPRR0601220753370R 3 100000000



OFFICE OF THE FPMPR LLC
PMB 292
B5 CALLE TABONUCO STE 216
GUAYNABO PR  00968-3022

**020-BUSINESS PLUS CORP**

1*  6609215250

| BEGINNING BALANCE | DEPOSITS / OTHER CREDITS | | CHECKS / OTHER DEBITS | | SERVICE CHARGES | ENDING BALANCE |
|---|---|---|---|---|---|---|
| | NUMBER | AMOUNT CREDITED | NUMBER | AMOUNT DEBITED | | |
| 3,423.44 | 2 | 315791.01 | 6 | 244129.15 | .00 | 75,085.30 |

```
CHECKING ACCOUNT TRANSACTIONS
DEPOSITS AND OTHER CREDITS
    DATE...........AMOUNT...........DESCRIPTION

    05/06      155,211.60          DEPOSIT-0000000159
    05/27      160,579.41          DEPOSIT

OTHER DEBITS
    DATE...........AMOUNT...........DESCRIPTION

    05/10       94,535.27          DEBIT MEMO
    05/10        5,434.25          ACH DB -051022-021502016231244
                                   DEPT DE HACIENDA              PR TAX
    05/10        1,500.00          ACH DB -051022-021502016231264
                                   DEPT DE HACIENDA              PR TAX
    05/10       44,892.08          ACH OFFSET
    05/16           40.00          Cash Mgmt Fee
    05/31       97,727.55          ACH OFFSET

* * * * * * * * * * * * DAILY BALANCE INFORMATION * * * * * * * * * * * * *
    DATE.........BALANCE     DATE.........BALANCE     DATE.........BALANCE
    04/30        3,423.44    05/10       12,273.44    05/27      172,812.85
    05/06      158,635.04    05/16       12,233.44    05/31       75,085.30

       *
       *
       *
```





**After Five Days Return To:**
**PO Box 9146**
**San Juan PR 00908-0146**



### STATEMENT OF ACCOUNT

| STATEMENT DATE |
|---|
| **06/30/22** |

00001646  MFBPRR0701220809520R  3  100000000



OFFICE OF THE FPMPR LLC
PMB 292
B5 CALLE TABONUCO STE 216
GUAYNABO PR  00968-3022

**020-BUSINESS PLUS CORP**

2*  6609215250

| BEGINNING BALANCE | DEPOSITS / OTHER CREDITS | | CHECKS / OTHER DEBITS | | SERVICE CHARGES | ENDING BALANCE |
|---|---|---|---|---|---|---|
| | NUMBER | AMOUNT CREDITED | NUMBER | AMOUNT DEBITED | | |
| 75,085.30 | 1 | 181393.96 | 12 | 241184.50 | .00 | 15,294.76 |

```
CHECKING ACCOUNT TRANSACTIONS
DEPOSITS AND OTHER CREDITS
  DATE..........AMOUNT..........DESCRIPTION

 06/27    181,393.96           DEPOSIT

CHECKS
 DATE....CHECK NO......AMOUNT              DATE....CHECK NO......AMOUNT

 06/22    5785    10,350.00         06/22    5786    10,350.00

OTHER DEBITS
  DATE..........AMOUNT..........DESCRIPTION

 06/01    48,394.44             ACH OFFSET
 06/02     1,807.42             ACH DB -060222-021502016541605
                                DEPT DE HACIENDA                    PR TAX
 06/22     2,300.00             ACH DB -062222-021502014922733
                                DEPT DE HACIENDA                    PR TAX
 06/28    96,131.25             ACH OFFSET
 06/29        40.00             Cash Mgmt Fee
 06/29         8.25             AA FEE SUBJ TO IVU*
 06/29    66,042.19             ACH OFFSET
 06/29         0.87             IVU ESTATAL
 06/29         0.08             IVU MUNICIPAL
 06/30     5,760.00             ACH DB -063022-021502018564145
                                DEPT DE HACIENDA                    PR TAX

 * * * * * * * * * * * * DAILY BALANCE INFORMATION * * * * * * * * * * * *
 DATE.........BALANCE    DATE.........BALANCE    DATE.........BALANCE
 05/31    75,085.30      06/22     1,883.44      06/29    21,054.76
 06/01    26,690.86      06/27    183,277.40     06/30    15,294.76
 06/02    24,883.44      06/28     87,146.15

     *
     *
     *
```





FPMPR EXPENSE NOTE:

**Office of the FPMPR LLC January Invoice Note:**

**Date: January 31, 2024**

**Prepared by: Javier González**

**Notes regarding the January 2024 Expenses included:**

Bank Charges Expense:
- Expenses include the Office of the FPMPR LLC  Bank Charges from July 1, 2021, to June 30, 2022. These charges have not been reimbursed to the FPMPR office account. (In May 2023 the charges reimbursed were from July 2022 to 2023).