Check Date: 05.Feb.2024                                   Check No. 00344521

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|
| MONITOR10 | 31.Ene.2024 | 24010818 | 304,527.01 | 0.00 | 304,527.01 |

| Vendor Number | Vendor Name | Total Discounts | |
|---|---|---|---|
| 660447416 | U S CLERK DISTRICT COURT OF THE DISTRICT | $0.00 | |

| Check Number | Date | Agency | | Total Paid Amount |
|---|---|---|---|---|
| 00344521 | 05.Feb.2024 | 00045 | | $304,527.01 |

---

Modelo SC 784
AGOSTO 2005

Ver al dorso para detalles de los mecanismos de seguridad / See reverse side for complete security features.

DEPARTAMENTO DE HACIENDA          BANCO POPULAR DE PUERTO RICO
PASEO COVADONGA 10
SAN JUAN, PR 00902                                  00344521

FECHA      05.Feb.2024                    IMPORTE      $304,527.01***

PAGUESE   ***TRESCIENTOS CUATRO MIL QUINIENTOS VEINTISIETE CON 01/100 DOLARES***

A LA          U S CLERK DISTRICT COURT OF THE DISTRICT
ORDEN DE   CLEMENTE RUIZ NAZARIO COURT HOUSE
              150 CHARDON AVE
              SAN JUAN, PR 00918

BANCO POPULAR. No es valido seis meses despues de su emision

SECRETARIO DE HACIENDA

⑈00344521⑈ ⑆021502011⑆ 030049458⑈