IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **COMMONWEALTH OF PUERTO RICO, et al.,** Defendants. | CIVIL NO.: 12-cv-02039 |

**INFORMATIVE MOTION REGARDING ACCESIBILITY MEASURE ON PUBLIC ACCESS TO RESTRICTED DOCUMENTS AND RELATED REQUESTS**

**MAY IT PLEASE THE COURT:**

   **COME NOW,** Codefendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau ("PRPB"), through the undersigned attorneys, and very respectfully state and pray:

   1.   Further to the motions filed at ECF Nos. 2523, 2543, and 2571, and the Orders of the Court at ECF Nos. 2538, 2544, and 2573, the Commonwealth of Puerto Rico informs and requests as follows:

   2.   The Commonwealth respectfully requests the Honorable Court to order the removal of the restriction to the following filings:

   ECF No. 2523
   ECF No. 2511

```
ECF No. 2506
ECF No. 2379
ECF No. 2344
ECF No. 2341
ECF No. 2324
ECF No. 2215
ECF No. 2177
ECF No. 2140
ECF No. 2114
ECF No. 2051
ECF No. 2047
ECF No. 2013
ECF No. 1997
ECF No. 1985
ECF No. 1980
ECF No. 1975
ECF No. 1974
ECF No. 1973
ECF No. 1971
ECF No. 1957
ECF No. 1956
```

3. The Commonwealth respectfully requests the Honorable Court to maintain the restriction to the following documents:

```
ECF No. 2305
ECF No. 2253
ECF No. 2237
ECF No. 2121
ECF No. 2023
```

The purpose of this request is to protect sensitive police information contained in these documents. The United States and the Commonwealth have agreed to revisit the public access to these documents a later time.

4. The Commonwealth respectfully requests the Honorable Court to accept the following three (3) redacted documents,

originally filed in restricted mode, which are now being filed without filing restrictions:

    ECF No. 2357-1.  Exhibit 1 herein.
    ECF No. 2357-4.  Exhibit 2 herein.
    ECF No. 2260.    Exhibit 3 herein.

5. The purpose of giving public access to these documents, as stated in the Compliance Plan Summary at ECF No. 2523, is to promote transparency and public accountability regarding this case.

6. Finally, the Commonwealth will file a separate motion regarding filings at ECF Nos. 2357, 2482 and 2131. These filings contain exhibits that fall in more than one category and the remedies to be requested can be better presented to the Court separately.

7. The Commonwealth has conferred today with the United States, who has no objection to the remedies requested herein.

**WHEREFORE**, Defendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau, respectfully request this Honorable Court to take notice of the above, order the removal of the restriction to the requested filings, maintain the restriction to the requested filings, and accept the redacted filings.

    **RESPECTFULLY SUBMITTED.**

    **I HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF

system which will send notification of such filing to all counsel of record.

In San Juan, Puerto Rico, today, February 15, 2024.

For Defendants COMMONWEALTH OF PUERTO RICO and PUERTO RICO POLICE BUREAU:

**CANCIO, NADAL & RIVERA, L.L.C.**
P.O. Box 364966
San Juan, Puerto Rico 00936-4966
403 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Tel. (787) 767-9625

**S/ RAFAEL BARRETO-SOLÁ**
USDC PR: 211801
rbarreto@cnr.law

**S/ GABRIEL A. PEÑAGARÍCANO**
USDC PR: 212911
gpenagaricano@me.com