# Current State Assessment Report

## Puerto Rico Police Bureau (PRPB) IT Strategic Planning

Prepared for the Monitor's Office
Version 1.0 September 2022
Revised v2.0 November 3, 2022
Revised v3.0 December 1, 2022
Engagement: 330067855



© 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates. This presentation, including all supporting materials, is proprietary to Gartner, Inc. and/or its affiliates and is for the sole internal use of the intended recipients. Because this presentation may contain information that is confidential, proprietary or otherwise legally protected, it may not be further copied, distributed or customers only displayed without the express written permission of Gartner, Inc. or its affiliates.



# Contents

## SECTION ONE

- Executive Summary………………………………………………………………………………………………02
- Key Findings…………………………………………………………………………………………………………10
- Initial Recommendations………………………………………………………………………………………23

## SECTION TWO

- Approach Summary………………………………………………………………………………………………27
- Operational Context ……………………………………………………………………………………………34
- Detailed Assessment Findings ……………………………………………………………………………40
- Next Steps………..………………………………………………………………………………………………126
- Appendix…………………………………………………………………………………………………………128

PRPB INTERNAL

1    © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**



**SECTION
ONE**

# Executive Summary



PRPB INTERNAL
2    © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

# Current State Assessment Report

This report contains the findings from **Gartner's assessment of PRPB's current state technology** practices, processes, capabilities and systems.

The focus of the assessment and the content of this document **directly serves the 'IT Needs Assessment' requirement** under the PRPB Consent Decree with DOJ.

This report also serves as an input to IT Strategic Planning activities to be conducted with the core engagement team in subsequent steps.



PRPB INTERNAL

3    © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

# Assessment Findings Summary

PRPB would benefit from several more sophisticated applications, such as a more comprehensive Records Management System (RMS), as well as some additional foundational IT services and infrastructure, management processes and IT organizational capabilities with an equal level of urgency within the scope of the IT Strategic Plan. Simply adding more technology is not the solution.

- PRPB's IT systems provide the basic functionality expected for a law enforcement agency of its size but with numerous, significant limitations across its applications, data and infrastructure. For example:

  - The GTE system lacks any form of overall solution architecture, effective data design, data strategy and means of storing data

  - User access to devices and applications licenses is limited, creating many operational inefficiencies

  - Field personnel are at risk due to a lack of direct access to basic situational awareness information

  - IT lifecycle issues associated with aging and antiquated technology creates further operational inefficiencies and risk

  - Significant constraints identified with networking and infrastructure effect system availability, operational productivity and officer risk

- Collectively, these issues inhibit operational efficiency, undermine confidence in data and analytics, obscure operational performance and interactions with the public, suboptimize technology investment and present risk to officer safety.

PRPB INTERNAL

4    © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

# Case Example: Accountability Systems

Gartner's **Police Accountability Framework** was used to identify specific areas requiring action for PRPB, with an emphasis on areas such as **Early Intervention System (EIS)**, **Complaints** handing and **Use of Force** reporting.

Key findings include:

- Expected systems are in place but have many constraints which limit their effectiveness (e.g., modal windows, lack of upfront edits leading to excessive supplements, etc.).

- The user base for accountability systems is very small (especially EIS) which limits the ability for those system to serve as catalysts for cultural operational change and increases officer mistrust in data about them but that is not visible by them.

- PRPB cannot rely on systems to comprehensively generate aggregate statistics and must therefore supplement system-generated information with manually managed records in tools such as Teams which is inefficient and reduces the ability to establish community trust based on reliable data.

- Operational challenges such as lack of personnel (e.g., Sergeants) to provide review and approval of UoF reports reduces the quality of data collected because such data is highly perishable - officer recollections of critical, high intensity events like a serious use of force often evolve over time and best practice is to capture as soon as possible after the incident.

During the subsequent development of the initiatives that will comprise the strategic plan, Gartner will use these findings to validate the completeness of the initiative inventory and to confirm relative priorities.

PRPB INTERNAL

5    © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

*Executive Summary*

# Sound Bites from Stakeholder Interviews



PRPB INTERNAL

6    © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner**

# Key Findings by Assessment Type



## Gartner IT Score™ Maturity



🟩 PRPB's overall IT Score Maturity is Level 2 (Enabling) which is generally in line, but lower, than peer group Law Enforcement Agencies (LEA) and State Government organizations.

🟨 Several indicators at Level 1 (Functional) and Level 3 (Contributing) were also identified in several domains.

🟨 Maturity needs exist across all domains, less so within the traditional 'keep the lights on' (Mode 1) IT functions but more so in areas associated with strategy, execution and performance optimization.

## IT Organizational Capabilities Maturity



🟥 Of the expected IT Organizational Capabilities within the framework – 50% of PRPB ITOCs are low maturity (embarking) and 30% are missing / absent.

🟨 Maturity opportunities that align with the identified strategic priorities include Data Management, IT Service Management, IT Performance Monitoring / Reporting, Risk Governance, Testing and Quality Assurance, Deployment and Organizational Change Management.

## Law Enforcement Systems Reference Framework



🟥 RMS capabilities are not effectively represented across GTE functions.

🟨 User access limitations create many operational inefficiencies (apps, devices).

🟥 Field personnel are at risk due to a lack of basic situational awareness information

🟥 Lifecycle maintenance challenges create operational inefficiencies and risk

🟥 Significant constraints identified associated with networking (LAN/WAN, Cellular) and infrastructure

## Police Accountability Framework



🟨 Expected systems are in place but have many constraints which limit their effectiveness (e.g., GTE).

🟥 PRPB cannot rely on systems to comprehensively generate aggregate statistics and supplement with manually managed records in tools such as Teams which is inefficient and reduces the ability to establish community trust based on reliable data.

🟥 Operational challenges such as lack of personnel reduces the quality of data collected because such data is highly perishable.

## IT Initiatives Triage Assessment



🟩 15 initiatives are currently on hold pending the outcomes of the IT Strategic Planning process.

🟥 GTE related initiatives should be reviewed (and potentially rescoped) with a strategic set of objectives in mind.

🟥 The scale and complexity of the PRPB IT initiatives portfolio is most likely too great for a Level 2 maturity IT organization to manage effectively and deliver appropriately, without investment in IT organizational capabilities and resources.

PRPB INTERNAL
© 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

Significance of Finding     Low     Medium    🟥 High

**Gartner**

Case 3:12-cv-02039-FAB Document 2537-1 Filed 02/05/24 Page 9 of 176

*Executive Summary*

# Identified PRPB Strategic Priorities

During the current state assessment, PRPB confirmed with Gartner the following **strategic priorities that will be used to guide the forming of its IT Strategy,** in delivering operational and technical improvements and enabling compliance with DOJ / Consent Decree requirements.

---

**Increase Officer Effectiveness**



- Provide Agents and all PRPB personnel with access to the applications, data and tools to perform their duties in the most appropriate, accurate, expedient and effective way possible.

**Increase Operational Efficiency**



- Realize operational benefits through enhancements delivered by the initiatives within the IT Strategy, be it through automation and streamlining of manual processes and paper-based work and user productivity gains achieved through integration and improved access to critical data and information.

**Improve Officer Safety**



- Provide PRPB field personnel with critical situational awareness and safety information and communication capabilities via direct access to information sources (e.g., DMV, NCIC, Warrants) and appropriate and reliable tools (e.g., radio handsets, mobile devices, account access, stable and performant networks).

**Improve Community Relationships**



- Continue improvement of PRPB's relationship with citizens and visitors through improvement to the availability, timeliness and accuracy of law enforcement related reporting and information sharing.

**Improve Systems Performance & Reliability**



- Overcome the functional limitations and and technical constraints associated with GTE / records management capabilities, data strategy and information management, disaster recovery, network performance and lifecycle refreshes.

PRPB INTERNAL

8   © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.



Case 3:12-cv-02039-FAB Document 2363-1 Filed 02/06/23 Page 10 of 76

*Executive Summary*

# Key Areas Recommended for Exploration During Strategic Planning

Gartner will assist the PRPB develop a concise **'Strategic Vision'** during next steps in the strategic planning process to serve as a basis for planning and prioritization. The **following topics have been identified as high priorities for consideration.**



## Business Model

### Users

- **Mobility.** Prioritize investment in capabilities to support delivery of remote data / information to key user groups such as Patrol and Investigators.

- **Video / Audio Recording.** Accelerate plans to complete the implementation of Body-Worn Cameras, re-introduce In-Car Video and deploy audio recording for interviews / investigations to support both Officers and the Public.

### Outcomes

- **Increased Officer Productivity and Operational Efficiency.** Validate user system access / availability and provide refresher training where necessary.

- **Improved Officer Safety.** Provide patrol personnel with direct access to situational awareness data, reducing the need to rely on indirect (radio) support.

### Priorities

- **User Training.** Review and prioritize IT software and hardware needs of the Academy as well as providing greater access to self-paced training materials.

- **Reliability.** Focus efforts on improving essential utilities, specifically internet connectivity and capacity and radio coverage.

## Technology Model

### Data & Analytics

- **Integration.** Focus on data management and integration between systems to overcome data silos and proactively address the proliferation of data sources in core systems and new devices.

- **Business Analytics and Reporting.** Expand the adoption of Power BI and enable Stakeholder self-sufficiency in their D&A needs.

### Applications

- **Basic System Access.** Overcome various operational inefficiencies reported by stakeholders through a reconciliation of system access against user needs.

- **RMS Strategy.** GTE related initiatives need to be reviewed and potentially rescoped with a more strategic set of objectives and requirements to guide the overall investment in the platform and/or replacement RMS capabilities.

### Infrastructure

- **Network.** Address capacity (bandwidth), speed and reliability issues reported consistently across PRPB regions which should have an immediate (positive) impact on operational productivity and performance.

- **Radio Coverage.** Address coverage issues reported in both urban and rural areas.

- **Interoperability.** Consider creating a dedicated radio channel to share police-fire-EMS radio communication.

## Operating Model

### IT Organization

- **Resourcing and Management.** Consider how best to reorganize or realign federated IT personnel to optimize team performance and service delivery.

- **IT Service Catalog.** Focus on formalizing the internal 'marketing' of IT services and policies to raise user awareness and optimize adoption.

### Governance

- **Federated IT Governance.** Leverage the success of recent COVID-19 related efforts to mature the governance and engagement plan of HQ IT and Regional PRPB IT teams.

### PPM & OCM

- **Communication.** Raise user awareness of what IT can and cannot provide by way of overall IT services and specific features / functions of specific applications which can be resolved through tactical training or other educational vehicles.

- **IT Org. Capabilities.** Prioritize maturity opportunities to align with the needs of the upcoming IT Strategy.

PRPB INTERNAL
9    © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**



**SECTION ONE**

# Key Findings



PRPB INTERNAL
10   © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

# Assessment Findings Summary

The **Current State Assessment (or 'IT Needs Assessment')** has been conducted using **Gartner's IT Strategy Planning Model**. This slide presents a summary of the **most important observations from Gartner's current state assessment** which are explored in greater detail throughout the document.

In summary, PRPB's applications provide the basic expected functional capabilities for a law enforcement agency. The **most significant challenges observed are associated with records management capabilities (GTE), infrastructure and networking, devices and hardware, data management and governance, user productivity and a range of low maturity IT organizational capabilities**. Collectively, these **inhibit operational efficiency and productivity, undermine confidence in data and analytics quality, obscure operational performance and interactions with the public, suboptimize technology investment, risk officer safety and reduce officer confidence in tools and capabilities**.

Although PRPB may benefit from several more sophisticated (functionally-rich) applications, such as a more comprehensive Records Management System (RMS), a range of more foundational IT services, management processes and IT organizational capabilities need maturing with an equal or even greater level of urgency.



**Business Model**

**Technology Model**

**Operating Model**

- Operational priorities identified include Increased Officer Productivity and Operational Efficiency, Improved Officer Safety and Improved Community Relationships which PRPB is striving to achieve today, with mixed results.

- Users generally report that inadequate training creates significant operational and productivity inefficiencies, corroborated by interviews with the training academy and a review of their IT asset / tool needs.

- Primary user IT concerns are associated with system availability, network performance and limited access to mobile data / applications.

- Desktop application functionality appears to meet basic user expectations (office applications) but with a range of significant limitations associated with RMS capabilities, data, integration and searching, based on direct observation and user feedback (primarily associated with GTE).

- Lack of mobile / remote application functionality / data is a constraint for productivity and a risk to officer safety.

- Data is difficult to search and locate across disparate silos, with user access challenges impedes the ability of systems to support police operations.

- GTE's data design and architecture presents a variety of significant risks and constraints both operationally and technically.

- Key infrastructure limitations are associated with network speed / bandwidth, limited wireless network coverage inside buildings and outside in open spaces, IT disaster recovery and out-of-lifecycle hardware.

- PRPB IT (Technology department) does not have the capabilities or resources to effectively manage its portfolio of IT services beyond basic ITSM processes (account provision, application provision, helpdesk support, etc.), limits IT effectiveness, user satisfaction and IT adoption.

- Additional work / activity driven by the ITSP may further exacerbate the IT department's capacity issue and potentially stretch already struggling resources and further limit IT organizational capabilities.

- IT resources follow a federated organizational model with a small central IT team that coordinates with regional IT resources directed by the regional commands. PRPB could consider alternative organizational approaches for managing IT resources which could be more efficient.

PRPB INTERNAL

11    © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

# Identification of Strategic Priorities

- Several key **operational priorities were established with PRPB leadership and PRPB IT (Technology department) during the current state assessment**, through a thorough review of PRPB's operational strategy, public facing documentation describing its mission and direct stakeholder interviews.

- Through the discovery stage, several key themes emerged consistently with leadership and front-line personnel alike which have been distilled into the following **five strategic priorities that will serve to guide the development of the IT Strategic Plan**.

- These Strategic Priorities are defined on the next slide and will **serve as directional guides for PRPB** and Gartner as the current state assessment outcomes lead into the forthcoming Visioning and strategic planning activities in Tasks 3 and 4 of this engagement.



**Increase Officer Effectiveness**   **Increase Operational Efficiency**   **Improve Officer Safety**   **Improve Community Relationships**   **Improve Systems Performance & Reliability**

PRPB INTERNAL

12   © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

# Identified PRPB Strategic Priorities

- A Public Safety and Justice organization's **operational objectives must inform IT strategic direction**. The value and output of IT efforts should be defined in operational (business) terms to help achieve consensus across the leadership team and the IT organization on what specifically the organization expects to achieve through strategic investment in IT, infrastructure and resources.
- **PRPB will align to these operational priorities in forming its IT Strategy** and in delivering operational and technical improvements and complying with DOJ / Consent Decree requirements.

---

**Increase Officer Effectiveness** 

- Provide Agents and all PRPB personnel with access to the applications, data and tools to perform their duties in the most appropriate, accurate, expedient and effective way possible.

**Increase Operational Efficiency** 

- Realize operational benefits through enhancements delivered by the initiatives within the IT Strategy, be it through automation and streamlining of manual processes and paper-based work and user productivity gains achieved through integration and improved access to critical data and information.

**Improve Officer Safety** 

- Provide PRPB field personnel with critical situational awareness and safety information and communication capabilities via direct access to information sources (e.g., DMV, NCIC, Warrants) and appropriate and reliable tools (e.g., radio handsets, mobile devices, account access, stable and performant networks).

**Improve Community Relationships** 

- Continue improvement of PRPB's relationship with citizens and visitors through improvement to the availability, timeliness and accuracy of law enforcement related reporting and information sharing.

**Improve Systems Performance & Reliability** 

- Overcome the functional limitations and and technical constraints associated with GTE / records management capabilities, data strategy and information management, disaster recovery, network performance and lifecycle refreshes.

---

PRPB INTERNAL

13    © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

# Strategic Priorities and IT Implications (continued)

- **Identified strategic priorities rely on a complex collection of systems, information sources and data exchanges, infrastructure, organizational capabilities and processes.** The figure below provides a high-level view of the relationship between PRPB's strategic priorities and PRPB IT in terms of technology and major IT organizational capabilities.

- Like every other public safety and justice organization with which Gartner has worked, **PRPB should consider more than just IT projects within its IT Strategic Plan.** We will explore associated IT-related initiatives and the alternative paths to achieving related outcomes for each with PRPB during the next stage of the engagement across domains such as IT service management, IT portfolio management, stakeholder engagement, resourcing, IT governance and IT organizational strategy.

**IDENTIFIED PRPB PRIORITIES**                    **SUMMARY IMPLICATIONS FOR PRPB IT**

**Increase Officer Effectiveness** 

**Increase Operational Efficiency** 

**Improve Officer Safety** 

**Improve Community Relationships** 

**Improve Systems Performance & Reliability** 

 

**Communications**
- Radio communication (coverage) improvements
- Radio device access for every officer
- Network capacity and performance (LAN) improvements
- Wireless networking at PRPB facilities (LAN) established

**IT Lifecycle Management**
- Software - Version refreshes on an appropriate schedule
- Hardware – Unit refreshes on an appropriate schedule

**Data and Information**
- Integration and reduction of silos (e.g., CAD, GTE Modules)
- Data entry, accuracy and quality (e.g., GTE forms)
- System access (User licensing / account reconciliation)

**Situational Awareness**
- Direct access to critical information for Officers (e.g., DMV)
- Informed precautions and decision making (e.g., Warrants)



**Stakeholder Engagement (IT Services Portfolio)**



**IT Organizational Maturity (BRM, OCM, PMO, EA, VM, etc.)**



**IT Governance**

PRPB INTERNAL

14   © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.



# Assessment Findings Highlights



### Gartner IT Score™ Maturity



🟩 PRPB's overall IT Score Maturity is Level 2 (Enabling) which is generally in line, but lower, than peer group Law Enforcement Agencies (LEA) and State Government organizations.

🟨 Several indicators at Level 1 (Functional) and Level 3 (Contributing) were also identified in several domains.

🟨 Maturity needs exist across all domains, less so within the traditional 'keep the lights on' (Mode 1) IT functions but more so in areas associated with strategy, execution and performance optimization.

### IT Organizational Capabilities Maturity



🟥 Of the expected IT Organizational Capabilities within the framework – 50% of PRPB ITOCs are low maturity (embarking) and 30% are missing / absent.

🟨 Maturity opportunities that align with the identified strategic priorities include Data Management, IT Service Management, IT Performance Monitoring / Reporting, Risk Governance, Testing and Quality Assurance, Deployment and Organizational Change Management.

### Law Enforcement Systems Reference Framework



🟥 RMS capabilities are not effectively represented across GTE functions.

🟨 User access limitations create many operational inefficiencies (apps, devices).

🟥 Field personnel are at risk due to a lack of basic situational awareness information

🟥 Lifecycle maintenance challenges create operational inefficiencies and risk

🟥 Significant constraints identified associated with networking (LAN/WAN, Cellular) and infrastructure

### Police Accountability Framework



🟨 Expected systems are in place but have many constraints which limit their effectiveness (e.g., GTE).

🟥 PRPB cannot rely on systems to comprehensively generate aggregate statistics and supplement with manually managed records in tools such as Teams which is inefficient and reduces the ability to establish community trust based on reliable data.

🟥 Operational challenges such as lack of personnel reduces the quality of data collected because such data is highly perishable.

### IT Initiatives Triage Assessment

🟩 15 initiatives are currently on hold pending the outcomes of the IT Strategic Planning process.

🟥 GTE related initiatives should be reviewed (and potentially rescoped) with a strategic set of objectives in mind.

🟥 The scale and complexity of the PRPB IT initiatives portfolio is most likely too great for a Level 2 maturity IT organization to manage effectively and deliver appropriately, without investment in IT organizational capabilities and resources.

 © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

PRPB INTERNAL

*Significance of Finding*  🟩 Low  🟨 Medium  🟥 High

**Gartner.**

# IT Score Maturity (Self-Assessment) Results

**PRPB's IT Score Maturity is observed to be operating within Level 2 (Enabling)** with several indicators in both Levels 1 (Functional) and 3 (Contributing).

Level 2 **maturity is generally aligned with other State and Local Government agencies** of similar size and complexity. **In several key domains PRPB's IT Score maturity is low representing challenges** with IT service management, IT decision making, IT resource planning and the ability to demonstrate the value of IT in operational terms. In PRPB's context, this level of maturity is in alignment with observations made during discovery, namely:

- The more mature areas are associated with 'Mode 1' IT, where there is a heavy focus on the operational management of IT, particularly application and infrastructure service provision. 'Mode 2' capabilities are less mature where capacity for innovation, architecture and IT service delivery enhancements is limited.

- The IT operating approach is often highly reactive and tactical rather than strategic, where IT must quickly respond to issues or last-minute requests from the business as opposed to having a more advisory role within Command Leadership that results in a more predictable prioritization of IT related work.

- Overall IT strategic vision and solution architecture is limited to functional silos, as opposed to more integrated platforms which is consistent with findings of limited integration, effective use of applications and data access challenges. This further exacerbates PRBP's ability to draw analytics or reliable reporting from existing systems and/or data sources.

Lower maturity areas in Level 2 organizations are typically constrained by limited resource capacity, funding and skills availability as opposed to the willingness or vision of the PRPB IT (Technologie). Detailed IT Score assessment results are presented later in the document, with a view into responses, maturity opportunities and resource references.



*Key Findings*

# IT Organizational Capabilities
*Best practice reference framework for assessing related groupings of skills, processes and tools*

Summary results and observations from the PRPB IT Organizational Capabilities assessment are presented below, leveraging the annotated Gartner reference framework depicted below. During the next stage of the engagement, Gartner and PRPB will explore those capabilities most directly relevant to the initiatives being scoped within the IT Strategic Plan. The objective is to ensure sufficient alignment between the PRPB IT (Technologie) (skills, resources, processes and tools) and the needs of the initiatives within the IT Strategic Plan, acknowledging that every ITO may need to be fully mature in every capability to meet IT/service demands.



The ability to measure and monitor the performance of IT organizational processes is a key enabler to the objective of pursuing continuous improvement and further maturing the PRPB's IT Score during the life of the forthcoming IT strategic plan.

The maturity of IT Management is key to ensuring appropriate design, delivery and integration of systems and data to support initiatives. This extends to business-as-usual management of IT services, provision and maintenance which are all areas noted in this report as having limitations, challenges or other concerns.

The maturity of Business Relationship Management, as a pillar of the ITO, is essential for being able to effectively advise the operation and facilitate the accurate translation and fulfilment of operational needs into appropriate solutions.

Managing IT Performance Metrics / Targets is important for being able to demonstrate the value of IT as well as measure the success of ITSPs.

Master Data Management and Governance are essential for successful initiatives such as RMS, EIS, BI / Analytics.

PRPB INTERNAL
17    © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

 Digressed  Missing  Embarking  Evolving   Established

# Current State Technology Summary
**Gartner Law Enforcement Systems Reference Framework and Findings**

Gartner applied its **Law Enforcement Systems (or 'Technology Capabilities') model** to assess the efficacy at PRPB of each layer of the model toward meeting operational objectives and strategic goals.

Needs are summarized using the annotation described in the model, with supporting findings presented in greater detail later in this report.

**Key findings indicate:**

- Basic RMS capabilities exist across a group of siloed application modules with limited integration within GTE
- GTE lacks any form of effective data design, data strategy, architecture and means of storing data
- User access (both device and account / licensing) is limited and creates many operational inefficiencies
- Field personnel are at risk due to a lack of basic situational awareness information
- PRPB sees the importance and value of Body-Worn Video and hopes the deployment of cameras is expedited
- Lifecycle challenges associated with devices and hardware create operational inefficiencies and risk
- Several systems are within 2 years of replacement age
- Significant constraints identified associated with networking and infrastructure



PRPB INTERNAL

18   © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

Gartner®

*Key Findings*

# Current State Technology Summary

- Gartner conducted a **survey of PRPB's systems to develop an IT Inventory** and a baseline understanding of the **current state technical landscape, aligned with Gartner's Reference Model and Categorized by Criticality**.

- Key observations include:

  - 57% of Mission Critical systems have only been in service since 2020, representing a significant amount of functional and technical change for the PRPB user community in recent years, for which users could benefit from having access to refresh training for (including CAD, RMS, UoF and WMS)

  - 68% of the overall PRPB systems and capabilities are perceived as mature (stable), of which 8 Mission Critical systems are due for contract renewal within 1 year (including Radio handsets, GIS and Time / Attendance)

- Further analysis of the PRPB IT Inventory is provided in the Assessment Findings section and in Appendix B.



**In Alignment with Gartner Reference Model**

- 6% Core Systems - Employee
- 10% Core Systems - Operational
- 31% Core Systems - Risk
- 10% Data / Services
- 27% Devices, Peripherals, Access
- 10% Infrastructure
- 6% IT Service Management

**By Criticality**

- 36% Mission Critical
- 24% Critical
- 13% Vital
- 7% Important
- 8% Infrastructure
- 5% IT Service Management
- 7% No information

**By Lifecycle Stage**

- 68% Mature
- 4% Early Mature
- 13% Fully implemented
- 15% Pre-Implemenation

PRPB INTERNAL
19   © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

*Key Findings*

# Current State Technology Summary

- Gartner worked with PRPB to develop a **comprehensive IT Systems Inventory of each of PRPB's major applications and related IT capabilities** by defining their *purpose, technology platform, integrations, vendor information, support model and perceived business / operational value and perceived technical fit* among other attributes.

- Of the fifty-one (51) identified systems[1] / capabilities, **twenty-one (21) are considered as Mission Critical**, eight **(8) of which are due for contract renewal** within one (1) year **and five (5) of which are only supported during standard business hours** (of which GIS and Radios should have out of hours support).



**Total Number of Systems / Capabilities**

**Renewal**

- 8 — ■ Within 1 Year
- 13 — ■ More than 1 year

**Support Hours for Mission Critical Systems**

- 5 — ■ Working Hours
- 16 — ■ 24 hours

21
30

■ Mission Critical  ■ Others

**Mission Critical Capabilities are due for renewal in 1 Year**

1. Disaster Recovery
2. Enterprise Content Management (ECM)
3. Geographic Information System (GIS)
4. Networks
5. Radios (Handheld)
6. Radios (other) Microwave Antenna and Communication Towers
7. Radios (Portable)
8. Time and Attendance

**Mission Critical Capabilities are only Supported during Business Hours**

1. Geographic Information System (GIS)
2. Radios (Handheld)
3. Radios (other) Microwave Antenna and Communication Towers
4. Radios Portable
5. Time and Attendance

PRPB INTERNAL

20   © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

# Police Accountability Assessment
## *Strategic focus areas critical to defining, analyzing and maturing accountability*

Gartner's **Police Accountability Framework** was used to identify specific areas requiring action for PRPB, with an emphasis on areas such as EIS, Complaints handing and Use of Force reporting.

**Key findings include:**

- Expected systems are in place but have many constraints which limit their effectiveness (e.g., modal windows, lack of upfront edits leading to excessive supplements, etc.).

- The user base for accountability systems, especially EIS, is very small which limits the ability for those system to serve as catalysts for cultural operational change and increases officer mistrust in data about them but that is not visible by them.

- PRPB cannot rely on systems to comprehensively generate aggregate statistics and must therefore supplement system-generated information with manually managed records in tools such as Teams which is inefficient and reduces the ability to establish community trust based on reliable data.

- Operational challenges such as lack of personnel (e.g., Sergeants) to provide review and approval of UoF reports which reduces the quality of data collected because such data is highly perishable - officer recollections of critical, high intensity events like a serious use of force often evolve over time and best practice is to capture as soon as possible after the incident.

During the subsequent development of the initiatives that will comprise the strategic plan, Gartner will use these findings to validate the completeness of the initiative inventory and to confirm relative priorities.

| INFORMATION & DATA | PROCESSES | CAPABILITIES | TOOLS & IT |
|---|---|---|---|
| **Operational Data** · Crime, Arrests, Citations, Stops, Calls for Service, K9, Pursuits Property Tracking, Social Media | **Officer Wellness** · Formalized programs to assure officer wellness and integrated risk avoidance as issues arise | **Analytics Platform** · Tools and data repositories to enable analysis of accountability trends and to exclude implicit bias | **Integration & Workflow** · Ability to link information and manage workflows across all relevant accountability systems |
| **Officer Data** · Training & Certifications, HR, Attendance, Commendations, Secondary Work, Injuries | **Intervention Management** · Ensuring officer & supervisor intervention activities are assigned, monitored and completed | **EIS, Performance Metrics** · Predefined and machine learning based algorithms to detect patterns of officer or organization misconduct | **Employee Systems** · Applications for Learning Mgmt., Workforce Mgmt., Commendations, Time & Attendance |
| **Risk Data** · Complaints, Uses of Force, Preventable Collisions, Claims & Lawsuits, Declined Prosecutions | **Internal Affairs** · Capture of complaints and other issues with managed and accountable adjudication processes | **Organizational Change Mgmt.** · Deliberate methods to ensure reform adoption and measure achievement of reform outcomes | **Risk Systems** · Applications for Use of Force, Internal Affairs, Pursuits; Access to National Officer Risk Repositories |
| **Deployment Data** · Assignments, Chain-of-Command, Supervisors, Partners, Rank History | **Employee Risk Management** · Supervisor roles actively participating in preventing issues and preserving officer careers | **Employee Level Access Control** · Ability to segment and audit information access by employee, by supervisor and relevant dimensions | **Operational Systems** · CAD, RMS, eCitations, Case Management, Property & Evidence, Equipment/Asset Check Out |
| **Data Categorization** · By Officer, By Supervisor, By Peer Group, By Contact and Officer Demographics | **Patrol and Investigations** · Establishing clear accountability for all operational activities for involved officers and the chain-of-command | **Data Governance** · Structures to ensure the accuracy and consistency of information across all police source systems | **Devices, Mobility, IoT** · Inclusion of information from body worn cameras, sensors and mobile devices in accountability processes |

*The color of each of the 20 domains indicates whether the assessment found that the described item requires prioritized action in the Strategic Plan (red), is partially supported today (amber) or is already established with corresponding lower priority actions in the Strategic Plan (green).*

PRPB INTERNAL
21    © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.



JS

# PRPB Initiatives Portfolio Summary

A dashboard view of PRPB's portfolio of thirty-one (31) existing IT initiatives is presented below and further explored in Appendix C. Gartner's initial prioritization recommendations, for consideration in parallel to the IT Strategic Planning effort are also presented for each initiative.

In summary, 15 of the initiatives have been scoped with their status currently on hold pending the outcomes of the IT Strategic Planning process. All of the initiatives are primarily Vendor-lead, where PRPB is providing contract management and project oversight, where the Vendors are providing project management, implementation and/or ongoing support and maintenance of the IT capabilities post-implementation.

Initiatives highlighted in red need to have their incomplete project documentation / controls remediated as a matter of priority, given the relative priority and complexity of each.

| Initiative | P | PS | SI | R | S | C | |
|---|---|---|---|---|---|---|---|
| Computer Aided Dispatch (CAD) | 1 | I | H | V | H | M | ▶ |
| Globally Totally Electronic (GTE) | 1 | I | H | V | H | A | ‖ |
| HR System (KRONOS) | 1 | C | H | V | OT | A | ▶ |
| Police Training Mgmt. System (PTMS) | 1 | P | H | V | H | I | ‖ |
| Internal Affairs (SARP) Module | 1 | I | H | V | OT | A | ▶▶ |
| Domestic Violence Module | 1 | I | H | V | OT | A | ▶ |
| Sexual Offences Module | 1 | I | H | V | OT | A | ▶ |
| Field Training Officer Program | 1 | P | H | V | H | U | ▶ |
| Online Courses | 2 | P | H | V | H | I | ▶ |
| Radio Recording (CODECOM) | 2 | P | M | V | H | A | ▶ |
| Use of Force - Radio Control Module | 2 | I | M | V | OT | A | ▶ |
| Use of Force (UOF) Module | 2 | I | H | V | OT | A | ▶ |
| Crime Info. Warehouse (CIW) | 2 | P | H | V | H | I | ▶ |
| Non-Punitive Misdemeanors Module | 2 | P | M | V | H | M | ‖ |
| Supervisor Module | 2 | P | H | V | H | M | ‖ |
| Tracking Module | 2 | P | M | V | H | M | ‖ |

| Initiative | P | PS | SI | R | S | C | |
|---|---|---|---|---|---|---|---|
| EIS Dashboard | 2 | P | H | V | H | I | ▶▶ |
| Specialized Units Module (STU's) | 2 | I | L | V | H | I | ▶▶ |
| Arrests and Searches Module | 2 | P | H | V | H | I | ▶ |
| Cadet Module | 2 | P | M | V | H | I | ▶ |
| NCIC System Integration | 2 | P | H | V | H | I | ▶ |
| NIBRS Certification (FBI) | 2 | P | H | V | H | I | ▶ |
| Evaluation System (PROMEDIA) | 3 | P | L | V | H | M | ▶ |
| Formal Community Partnerships Sys. | 3 | I | M | V | U | A | ‖ |
| Office of Legal Affairs (OAL) Module | 3 | I | M | V | OT | M | ▶ |
| Hate Crimes Module | 3 | I | M | V | OT | A | ▶ |
| Ops & Admin Inspections Module | 3 | I | L | V | OT | A | ▶ |
| Virtual Library | 3 | I | M | V | OT | I | ▶ |
| CertiWeb | 3 | I | M | V | OT | I | ▶ |
| Shooting Module (SHOOTER) | 3 | P | L | V | H | I | ‖ |
| Body Worn Cameras (BWC) | 3 | I | H | V | OT | I | ▶▶ |

| Legend | | | | |
|---|---|---|---|---|
| **P** = Priority | | 1 (Highest) | 2 | 3 (Lowest) |
| **PS** = Project Status | Unknown | Planning / Evaluation | Implementation | Closing (or In Production) |
| **SI** = Strategic Importance | Unknown | Low | Medium | High |
| **R** = Project Resources | Unknown | Internal | Vendor | |
| **S** = Project Schedule | Unknown | On Hold | Late | On-Track |
| **C** = Project Artifacts / Controls | Unknown | Incomplete | Minimum Threshold | Appropriate |

**Initial Gartner Recommendation**

| | | | |
|---|---|---|---|
| ■ | Stop / Cancel | ▶ | Continue Planning |
| ‖ | Hold for ITSP | ▶ | Continue |

© 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner**



**SECTION ONE**

# Initial Recommendations



PRPB INTERNAL
23   © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

# Key Areas for Consideration during Upcoming Strategic Planning

| | Topic | Description | Intended Outcomes | Possible Paths to Achieve |
|---|---|---|---|---|
| **Users** | **Mobility** | Prioritize investment in capabilities to support delivery of remote data / information to key user groups such as Patrol and Investigators. | ▪ Self-service capabilities (direct access to running DMV, NCIC and other searches).<br>▪ Direct access to data entry and editing capabilities such as CAD, GTE / RMS modules. | ▪ Additional mobile devices and increased access<br>▪ Application licensing provision<br>▪ User management reconciliation (role, functional needs, access / permissions status) |
| | **Video / Audio Recording** | Accelerate plans to complete the implementation of Body-Worn Cameras, re-introduce In-Car Video and deploy audio recording for interviews / investigations to support both Officers and the Public. This is perceived to be a critical capability by PRPB users for the future. | ▪ BWC devices for all field personnel (Agents)<br>▪ BWC training for all users<br>▪ Strategic plan for how best to adopt video from BWCs into technical architecture and operations | ▪ Tactical focus on completing BWC implementation to target user group(s)<br>▪ Longer term focus on enterprise content management and digital evidence management |
| **Outcomes** | **Increased Officer Productivity and Operational Efficiency** | Validate user system access / availability and provide refresher training where necessary. | ▪ Improved user productivity within existing applications<br>▪ Improved data accuracy through reduced risk of human error | ▪ User adoption / feedback surveys<br>▪ Online training strategy<br>▪ Mandatory and self-paced training plans |
| | **Improved Officer Safety** | Provide patrol personnel with direct access to situational awareness data, reducing the need to rely on indirect (radio) support. | ▪ Self-service search capabilities from mobile devices (direct access to running DMV, NCIC and other searches).<br>▪ Mobile dispatch information associated with incidents and assignments. | ▪ Additional mobile devices and increased access for appropriate users<br>▪ Mobile CAD client<br>▪ Mobile GIS / mapping capabilities<br>▪ License plate readers / automated DMV searching |
| **Priorities** | **User Training** | Review and prioritize IT software and hardware needs of the Academy as well as providing greater access to self-paced training materials. | ▪ Provision of appropriate, supported, technology and tools at the Training Academy to support the needs and through-put forecasts of new recruits as well as re-training / certification needs of other personnel. | ▪ Training growth / maturity strategy and forecast to support IT requests<br>▪ Training tools / assets upgrades and lifecycle refreshes |
| | **Reliability** | Focus efforts on improving essential utilities, specifically internet connectivity and capacity and radio coverage. | ▪ Greater system availability and uptime<br>▪ *See also next slide for "Networking" and "Radio Coverage".* | ▪ Enterprise Business Continuity and Disaster Recovery maturity investment plan<br>▪ *See also next slide for "Networking" and "Radio Coverage".* |

PRPB INTERNAL

24    © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

*Initial Recommendations*

# Key Areas for Consideration during Upcoming Strategic Planning

| | Topic | Description | Intended Outcomes | Possible Paths to Achieve |
|---|---|---|---|---|
| **Data & Analytics** | **Integration** | Focus on data management and integration between systems to overcome silos and proactively address the proliferation of data sources in core systems and new devices. | ▪ Streamlined / simplified searching for key data attributes across systems and data sources (e.g., Name, Data, Aliases, Locations, Vehicles, Record Types, | ▪ Enterprise search tool<br>▪ Integrated user application interface(s)<br>▪ Enterprise data warehouse<br>▪ Combined approach |
| | **Business Analytics & Reporting** | Expand the adoption of Power BI and enable Stakeholder self-sufficiency in their D&A needs. | ▪ Greater user self-sufficiency with reporting capabilities<br>▪ User productivity and overall operational productivity gains through user self-sufficiency | ▪ Online training / self-paced training<br>▪ User awareness communication campaigns (key features, did you know?)<br>▪ Combined approach |
| **Applications** | **Basic System Access** | Overcome various operational inefficiencies reported by stakeholders through a reconciliation of system access against user needs. | ▪ More direct access to application functionality for users, based on role needs and current limitations (e.g., running records searches, editing data in records) | ▪ User feedback survey on access needs<br>▪ Application licensing reconciliation and cost / benefit analysis<br>▪ Ongoing user account management policies |
| | **RMS Strategy** | GTE related initiatives need to be reviewed and potentially rescoped with a more strategic set of objectives and requirements to guide the overall investment in the platform and/or replacement RMS capabilities. | ▪ Industry-standard RMS capabilities<br>▪ Appropriate data strategy and effective information management strategy<br>▪ Master indices and business logic to drive data quality improvements and operational outcomes | ▪ Re-design or other more strategic development of exiting GTE application<br>▪ Implementation of formal / new RMS<br>▪ Additional back-end BI / Analytics capabilities<br>▪ Combined approach |
| **Infrastructure** | **Network** | Address capacity (bandwidth), speed and reliability issues reported consistently across PRPB regions which should have an immediate (positive) impact on operational productivity and performance. | ▪ Improvements to LAN, WAN wired networking<br>▪ Availability / access to Wireless LAN networking<br>▪ Improved cellular networking for field personnel | ▪ Network upgrade feasibility study and cost estimate<br>▪ Enterprise networking maturity investment plan<br>▪ FirstNet transition plan<br>▪ Combined approach |
| | **Radio Coverage** | Address coverage issues reported in both urban and rural areas. | ▪ Improvements to radio communications network | ▪ Radio upgrade feasibility study and cost estimate<br>▪ Enterprise radio communications maturity plan |
| | **Interoperability** | Consider creating a dedicated radio channel to share police-fire-EMS radio communication. | ▪ Dedicated radio channel(s) for joint agency / inter-agency communication | ▪ Reuse of existing radio channel(s)<br>▪ Voice over IP (VoIP) extension to FirstNet capabilities and transition plan |

PRPB INTERNAL

25   © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

Case 3:21-cv-02080-FAB Document 2539-1 Filed 02/05/24 Page 27 of 176

*Initial Recommendations*

# Key Areas for Consideration during Upcoming Strategic Planning

| | Topic | Description | Intended Outcomes | Possible Paths to Achieve |
|---|---|---|---|---|
| **IT Organization** | **Resourcing & Management** | Consider how best to reorganize or realign federated IT personnel to optimize team performance and service delivery. | ▪ More accurate view of current and forecast IT resource capacity to support ongoing planning<br>▪ Optimized IT operating model between centralized and regional IT personnel / teams to support the objectives of the IT Strategic Plan and beyond | ▪ Alternative IT organizational design / model<br>▪ Alternative IT governance approach<br>▪ Combined org / governance approach<br>▪ More mature IT organizational capabilities associated with workforce planning, demand management and monitoring |
| | **IT Service Catalog** | Focus on formalizing the internal 'marketing' of IT services and policies to raise user awareness and optimize adoption. | ▪ Definitive list of IT services available to PRPB operations via PRPB IT – directly, through 3rd parties, or via other means<br>▪ Specific guidance for PRPB users on how to establish, modify and/or cease IT services | ▪ Static online IT service catalog (such as a basic intranet page with information)<br>▪ Dynamic IT Service Management platform with partially or fully automated user support and service provision |
| | **IT Organizational Capabilities** | Prioritize maturity opportunities to align with the needs of the upcoming IT Strategy. | ▪ "Right-sized" IT organizational capabilities designed to appropriately support the needs of the IT Strategic Plan (initially) and beyond.<br>▪ Investment in people, processes and tools as needed, to supported established maturity targets | ▪ ITOC maturity plan<br>▪ Capabilities aligned with priorities and key challenges such as IT management, IT performance monitoring and reporting, Risk governance, Deployment, Quality Assurance. |
| **Governance** | **Federated IT Governance** | Leverage the success of recent COVID-19 related efforts to mature the governance and engagement plan of HQ IT and Regional PRPB IT teams. | ▪ "Right-sized" IT governance framework to optimize the communication and IT related decision making between centralized and regional IT personnel / teams to support the objectives of the IT Strategic Plan and beyond | ▪ Alternative IT governance approach<br>▪ Combined org / governance approach |
| **PPM & OCM** | **Communication** | Raise user awareness of what IT can and cannot provide by way of overall IT services and specific features / functions of specific applications which can be resolved through tactical training or other educational vehicles. | ▪ Streamlined user communication to provide appropriate awareness and education that drives adoption of tools / applications and increases potential of benefits realization from IT investments | ▪ More mature IT stakeholder communications strategy and engagement plan<br>▪ Regular user satisfaction surveys and other data collection to support continuous improvement of IT service management and IT service delivery |



PRPB INTERNAL

26    © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.





**SECTION TWO**

# Approach Summary

PRPB INTERNAL
© 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.



*Approach Summary*

# IT Strategic Planning Guiding Principles

Effective IT strategic planning directly supports an organization's operational/business goals. IT delivers value through enabling operations and the process to develop and deliver an IT strategy must link the two. IT strategies that fail to meet expectations frequently underestimate the connection between operations and IT.

## IT STRATEGIC PLANNING GUIDING PRINCIPLES

✓ Consistent, present leadership throughout the planning and execution process

✓ Inclusion and assessment of key stakeholders

✓ Communication with stakeholders to set and maintain expectations

✓ Objectively assess conditions and support candid evaluations

✓ Govern priorities based on business value and impact

✓ Align decisions and initiatives with resource availability

✓ Avoid legacy processes, embrace change

✓ Enable consistent, agile, long-term governance

✓ Over invest in organizational change management

**A Public Safety and Justice organization's operational objectives inform IT strategic direction. The value and output of IT efforts should be defined in operational (business) terms.**



PRPB INTERNAL
© 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

Gartner.

# PRPB IT Strategic Planning Approach Summary

| 1 Diagnosis and Direction | | 2 Strategic Actions | | 3 Execution |
|---|---|---|---|---|
| **Step 1**<br>Initiation and Project Management | **Step 2**<br>Current State Assessment | **Step 3**<br>Strategic Visioning | **Step 4**<br>Strategic Planning and Roadmap Development | **Step 5**<br>Final Strategic Plan/ Execution Briefing |
| *Week 1* | *Weeks 2 – 7* | *Weeks 8 – 13* | *Weeks 14 – 18* | *Weeks 19 – 20* |
| ▪ Initiate the project with project leads and key stakeholders to ensure alignment on the objectives, scope, approach, schedule and deliverables<br><br>▪ Conduct project initiation meeting<br><br>▪ Finalize approach, plan and schedule<br><br>▪ Confirm stakeholder participation and ITSP governance and decision-making model<br><br>▪ Submit background document request<br><br>▪ Prioritize systems for inclusion in scope<br><br>▪ Confirm schedule, participants & agendas for the initial wave of interviews & workshops<br><br>▪ Develop, facilitate weekly status report inclusive of activities, risk register and action log | ▪ Conduct leadership, operational unit level, technical and IT organizational stakeholder interviews<br><br>▪ Review relevant planned and in-flight projects<br><br>▪ Conduct operational observations<br><br>▪ Document findings considering operational capabilities, technology in place and conditions, IT organization and staffing, IT support processes, services and risks<br><br>▪ Identify opportunities for improvement and/or gaps that may be addressed by the IT strategy<br><br>▪ Conduct stakeholder briefing to discuss and confirm findings and analysis of needs; establish key strategic priorities<br><br>▪ Document future state objectives and guiding principles to serve as a basis for strategic planning | ▪ Conduct Strategic Visioning workshops with the IT leadership team and key stakeholders to:<br><br>▪ Explore and validate strategic drivers<br><br>▪ Confirm strategic priorities, objectives, measures for success and expected benefits<br><br>▪ Explore, define and prioritize high level stakeholder requirements<br><br>▪ Identify key initiatives and potential high level IT staffing models that will facilitate the delivery of defined outcomes and expected benefits; and alternatives approaches where multiple viable paths exist<br><br>▪ Formalize the above into a "Future State Vision" as a framework for the strategic plan evolved in Step 4 | ▪ Provide industry perspectives and discuss best practices to refine priorities and inform strategic initiatives<br><br>▪ Assess alternatives for key initiatives and potential high level IT staffing models where choices or different approaches exist<br><br>▪ Define strategic initiatives that support business objectives and priorities defined during previous steps<br><br>▪ Develop summary charters for each key initiative that describe objectives and outcomes, high level costs, resources required and summary timeframes<br><br>▪ Finalize initiative priorities<br><br>▪ Develop summary execution roadmap that consider initiative timeframes, dependencies and that supports the strategic vision and goals | ▪ Develop execution model summarizing tactical initiation activities<br><br>▪ Consolidate elements of previous steps into final draft report<br><br>▪ Conduct final report ITSP review with Project Team<br><br>▪ Develop executive briefing<br><br>▪ Deliver executive briefing to key stakeholders |
| ✓ Project Initiation Document (PID)<br>✓ Weekly Status Report | ✓ Initial Findings<br>**✓ Current State Assessment** | ❑ Future State Vision | ❑ Draft IT Assessment and Strategic Plan | ❑ Final IT Assessment and Strategic Plan |

© 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

*Approach Summary*

# Gartner's IT Strategy Planning Model

Findings in this report are organized by the categories defined in Gartner's IT Strategic Planning Model. The assessment process analyzed PRPB's current conditions that enable or constrain elements presented in the planning framework to help determine priorities and opportunities aligned with the PRPB's objectives.

*Gartner IT Strategic Planning Model*



The **PPD Business Model** reflects *what* outcomes will be created by IT

The **Technology Model** reflects the **systems** and **tools** used to create accountability

The **Operating Model** reflects *how* IT will achieve outcomes

**Users –** Who will use and/or benefit from the PRPB's applications and the ITSP (Leadership, management, end users, front line personnel, etc.)?

**Outcomes –** What outcomes will be achieved from the ITSP and what expectations are being satisfied (e.g., mission or business objectives)?

**Priorities –** What drivers and/or conditions define approaches or solutions to implementing new IT (e.g., citizen expectations, customer service, cost, complexity)?

**Data & Analytics –** What current and future data sources will be required, and what is the quality, reliability and availability of data?

**Applications –** What applications will PRPB need to maintain or implement to achieve the ITSP roadmap outcomes?

**Infrastructure –** What technologies and platforms will PRPB need to invest in to deliver ITSP capabilities and outcomes?

**IT Org Capabilities –** What skills, processes and tools are required? How much effort is required to undertake strategic initiatives?

**OCM –** How will ITSP associated change and benefits be managed and measured by PRPB and the community?

**Governance –** How will strategic IT investment and solution decisions be made to shape the ITSP?

PRPB INTERNAL
30    © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner**

# Findings Leveraging Gartner's Assessment Toolkit

Key **assessment frameworks within Gartner's IT strategic planning model have been leveraged** to guide discovery activities, conduct analysis from a variety of perspectives and frame the presentation of findings and initial conclusions.

Findings from these assessment frameworks are used as an input to the planning process. They provide a holistic view of PRPB's current state as a complement to direct observation by assessing critical police systems and infrastructure, IT organizational capabilities, key information/ data sources and priority initiatives. Findings and implications from these are integrated into our summary assessment to ensure the IT strategic plan and roadmap reflect actions and investment that address holistic needs (i.e., people, process, technology).

The following slides present summary level findings from each of the different frameworks. Supporting detail is then presented later in the document in subsequent sections.



| Gartner IT Score™ Maturity | IT Organizational Capabilities Maturity | Law Enforcement Systems Reference Framework | Police Accountability Framework | IT Initiatives Triage Assessment |
|---|---|---|---|---|
|  |  |  |  |  |
| *Compares self-reported IT capabilities maturity to industry best practices and benchmarks.* <br><br> *Objectively assesses current capabilities and identifies priority 'target' areas for change.* | *Assesses IT organizational maturity (skills, resources, processes and tools) to optimize alignment between an PRPB IT (Technologie) its IT Service objectives, (recognizing that organizations may not need to be fully mature in every capability area to meet service goals).* | *Assesses the efficacy of Law Enforcement systems and IT services in meeting operational objectives and strategic goals.* <br><br> *Needs are summarized by technology layers with annotation described in the reference framework.* | *Identifies areas requiring action for a law enforcement agency with a specific emphasis on accountability; such as Employee Wellness, Early Intervention and priority needs often associated with Consent Decrees.* | *Assesses portfolios of IT initiatives (program, projects and other structured work streams) considering relative priority, status, control attributes, strategic alignment of scope and intended outcomes.* |

PRPB INTERNAL

31    © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

# Development of Strategy through Informed Discovery

**This Current State Assessment comprises discovery findings from review of available background documentation and stakeholder interviews, Gartner's 'IT Score' assessment and identification of strategic priorities for consideration in the development of the PRPB's IT Strategy.**

As observations are documented, key themes begin to appear that may point to challenges, opportunities or needs that should be considered. Further analysis of the themes, in tandem with the IT Score assessment, leads to the establishment of strategic priorities that serve as inputs to the IT Strategy developed in the next task in the strategic planning process.



**Development of the Current State Assessment**

**Discovery Findings**

**Themes**

**Initial Opportunities & Recommendations**

*Observations collected from stakeholder interviews, documentation review, IT Score and other surveys.*

*Identification of common issues or opportunities that could drive or influence the development of the IT strategy.*

*Key opportunities for PRPB's focus during the upcoming Strategic Visioning activities, during the next stage of the project.*

PRPB INTERNAL

32    © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

# Next Steps

## Task 3: Strategic Visioning

- Schedule and conduct Visioning workshops and develop 5-Year Strategic Vision for mid-October

- Identify alternatives to support strategic outcomes or forming initiatives

- Build consensus on the Vision and scope of the IT strategy before then detailing the Strategic Plan and Roadmap in Task 4.

PRPB INTERNAL

33  © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**



**SECTION TWO**

# Operational Context



PRPB INTERNAL

34    © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

*Operational Context*

# PRPB Key Data Points

## Mission

*"At the Puerto Rico Police Bureau, we integrate the community to solve public safety problems through proactive prevention strategies in an equitable, respectful and prejudice-free manner."*

## Vision

*"Contribute to the development of a safer society, with a genuine commitment to combat crime in collaboration with the community, and thus improve the quality of life of all citizens equally."*

## Strategic Objectives

### The Citizen Service

- *Respond promptly to calls from citizens.*
- *Orient the citizen when going to a police station.*
- *Ensure the safety of the citizen.*
- *Work with good performance to improve the quality of life of the citizen.*
- *Provide cordial and respectful attention to the citizen and vice versa.*
- *Promote and intensify community participation in crime prevention.*
- *Provide services to citizens with easy access, and that the processes for obtaining these services are clear and understandable.*

### The Prevention of the Commission of Crimes

- *Work with a prevention plan aimed at sectorized preventive patrolling, according to the behavior of the crime using "Crime Mapping".*
- *Allocate resources according to needs.*
- *Respond promptly to citizen complaints.*

### Case Clearance

- *Attend and clarify cases to be filed in court.*
- *Coordinate with the Department of Justice and the Institute of Forensic Sciences; In this way, get the offender to recognize that there will be no impunity for his acts.*

**3.2m citizens**
**13 operational regions**
**5,324 square miles covered**


**11.8k Sworn Officers**
**700 Civilian Personnel**


**2.3m 9-1-1 calls for service p.a.**


**Crime rates are in decline**
**70% since 2012, 7% since 2021**


**Entered into Consent Decree with**
**DOJ in July 2013**


**$850m Operating Budget**
**$15.5m IT Budget (1.8%)**


PRPB INTERNAL
35   © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

*Operational Context*

# PRPB Sworn Resources by Location

- PRPB has a total of 11.8k sworn officers across the mainland of the commonwealth as well as 709 civilian staff. Officer deployment is relatively proportional to the crime rates of the policing areas. Given the ratio of sworn to civilian staff, there is a need to ensure a robust IT organization to support the relatively significant size of operational users.
- The deployment and management of IT aligns with this largely federated (regional) organizational model, whereby each region has its own IT support personnel who work closely to support their local operations but coordinate with centralized IT management at Police HQ.



Relative Crime by Policing Area (2022)    Relative #Sworn Officers by Policing Area

*Source: PRPB - INCIDENCIA CRIMINAL INFORMADA SISTEMA AUTOMATIZADO ESTADÍSTICO COMPUTARIZADO (SAEC) NIBRS AREAS MOSTRANDO RESULTADOS DESDE 1/1/22 HASTA 8/2/22*

**PRPB INTERNAL**

36   © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

# PRPB Operational Volumes / Statistics

- Crime statistics rose during 2010 through 2012, however overall, the crime rates have remained relatively stable over the last 20 years, observing reductions over the time period for certain crime types.

- Puerto Rico did not submit data to the National Use-of-Force Data Collection during the last 5 years.



**Rate of Violent Crime Offenses by Population**

*Rate per 100,000 people, by year*

PRPB INTERNAL

37   © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner**

*Operational Context*

# Puerto Rico 10-Year Crime Statistics Summary



| | 2012 | 2014 | 2016 | 2018 | 2020 | 2021 | Vs. 2020 | Vs. 2012 |
|---|---|---|---|---|---|---|---|---|
| Murders | 565 | 398 | 386 | 382 | 298 | 343 | *15.10%* | *-39.29%* |
| Human Trafficking | 0 | 1 | 0 | 0 | 1 | 0 | *-100.00%* | *0.00%* |
| Violations | 17 | 37 | 79 | 110 | 72 | 101 | *40.28%* | *494.12%* |
| Thefts | 3,597 | 3,052 | 1,934 | 1,364 | 690 | 584 | *-15.36%* | *-83.76%* |
| Aggrevated Assault | 1,612 | 1,429 | 2,127 | 1,901 | 1,979 | 2,130 | *7.63%* | *32.13%* |
| Scaling | 8,871 | 7,239 | 4,775 | 3,476 | 1,832 | 1,476 | *-19.43%* | *-83.36%* |
| Ilegal Appropriation | 16,820 | 16,823 | 13,879 | 9,484 | 5,115 | 4,574 | *-10.58%* | *-72.81%* |
| Stolen Vehicles | 3,295 | 2,596 | 2,241 | 2,129 | 1,231 | 1,190 | *-3.33%* | *-63.88%* |
| | | | | | | | *-7.31%* | *-70.10%* |

*Source: PRPB*

PRPB INTERNAL
38   © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.



# PRPB Employees / Personnel

- The number of sworn personnel has declined during the last 5 years, primarily male officers. Currently PRPB has a total of 11,800 sworn officers and 709 civilian personnel.

- Although crime rates have fallen during a similar time period, the importance of IT services and the demand for IT has increased through the proliferation of smart devices, remote data access and data / content management.



Source: DOJ.gov

PRPB INTERNAL
39   © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner**

**SECTION TWO**

# Detailed Assessment Findings



PRPB INTERNAL

40 © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner**

*Assessment Findings*

# PRPB Business ('Operational') Model – Users, Outcomes, Priorities

The **PRPB Business Model** reflects *what* outcomes will be created by IT



**Users –** Who will use and/or benefit from the PRPB's applications and the ITSP (Leadership, management, end users, front line personnel, etc.)?

**Outcomes –** What outcomes will be achieved from the ITSP and what expectations are being satisfied (e.g., mission / business objectives)?

**Priorities –** What drivers and/or conditions define approaches or solutions to implementing new IT (e.g., citizen expectations, customer service, public trust, cost, complexity)?

PRPB INTERNAL

41    © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

# PRPB Business ('Operational') Model – Users

**Users –** Who will use and/or benefit from the PRPB's applications and the ITSP (Leadership, management, end users, front line personnel etc.)?



| Observation | Implication for PRPB IT Strategy |
|---|---|
| ▪ Patrol Officers do not have direct access to situational awareness information or other mobile data in the field.<br><br>    ▪ Officers unable to run queries on people/vehicles during traffic stops.<br><br>        ▪ Do not have access to DMV or NCIC.<br><br>        ▪ Unaware if warrants exist on person stopped.<br><br>        ▪ Unaware if the vehicle is registered or reported as stolen.<br><br>        ▪ Must rely on radio operators to relay queried information.<br><br>            ▪ Radio operators must check multiple data sources, as systems are not integrated.<br><br>            ▪ Radio operators are not always available. Officers must wait for an operator to become available to run information queries.<br><br>    ▪ Some traffic units do not have electronic ticketing devices and are still using paper ticket books. | ▪ Process Inefficiencies – Officers must rely on a desk user via the radio to perform searches (e.g., DL/DMV searches). This is an inefficient use of the Officer's time to relay the information to a 3rd party to action the search on their behalf. It also presents an information management risk in that the Officer must memorize the information returned or spend time writing it down manually for reference.<br><br>▪ Officer Safety – Officers would have greater situational awareness, due to being informed of and prepared for possible warrant information on a person or vehicle information in which they may need to act upon.<br><br>▪ IT Strategy – The ITSP should consider how to provide Patrol units with mobile access to critical safety information and situational awareness. PRPB should consider the implications for upgraded or new hardware (e.g., laptops, mobile phones, electronic ticketing devices, etc.), increasing mobile access to data, increasing network connectivity and infrastructure, and training within the upcoming strategic planning task. |

PRPB INTERNAL

42   © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

*Assessment Findings*

# PRPB Business ('Operational') Model – Users (cont.)

**Users –** Who will use and/or benefit from the PRPB's applications and the ITSP (Leadership, management, end users, front line personnel etc.)?



| Observation | Implication for PRPB IT Strategy |
|---|---|
| ▪ Users do not have access to adequate training and inconsistent access to critical operational information systems.<br><br>   ▪ Some users reported that software functionality (GTE) is limited (user not able to enter certain data). However, it was subsequently identified that the software is functioning as expected but that the user did not know how to operate it properly.<br><br>   ▪ Patrol officers often do not have access to critical systems (e.g., DMV, NCIC). During a stop, they would need to radio into a desktop operator to run the check, then the information is relayed verbally over the radio to the officer to write it down, if needed. If additional information is needed, the process is repeated. In some instances, a radio operator is not available, and the process is elongated.<br><br>      ▪ Officers are also using their personal mobile phones to call and obtain information, since SSNs are not allowed to be broadcast over the radio.<br><br>         ▪ Personal mobile phone use is a policy violation.<br><br>   ▪ There are few officers who have access to NCIC. Field officers do not have access and must radio in for a search to be completed. | ▪ Current inabilities to utilize the software as intended leads to information management issues and inefficiencies.<br><br>   ▪ Inadequate training of available systems (such as GTE) leads to user error. Data entry takes a longer amount of time when users are not proficient with the system in which they are working.<br><br>   ▪ Reporting is not uniform if officers are not utilizing available system fields, leading to data inconsistency, unreliability and gaps in reporting.<br><br>▪ Personal mobile phone use introduces security and privacy risks.<br><br>▪ Greater risk for miscommunication or incorrect information exchange when the user requiring information is not directly conducting the searches themselves.<br><br>▪ PRPB should consider providing new training to all officers for critical systems in order to gain access and additional/refresher training on systems in which officers currently have access. Additional considerations include integration of systems for efficient searching, extend GTE data and the ability to run queries (DMV, NCIC) on mobile devices, providing new or upgraded hardware (e.g, laptops, mobile devices, etc.), and ensuring certifications remain up-to-date. |

**PRPB INTERNAL**

43   © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

*Assessment Findings*

# PRPB Business ('Operational') Model – Users (cont.)
## Sound Bites from Stakeholder Interviews

**Users –** Who will use and/or benefit from the PRPB's applications and the ITSP (Leadership, management, end users, front line personnel etc.)?





PRPB INTERNAL
44    © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

*Assessment Findings*

# PRPB Business ('Operational') Model – Outcomes

**Outcomes –** *What outcomes will be achieved from the ITSP and what expectations are being satisfied (e.g., mission / business objectives)?*



| Observation | Implication for PRPB IT Strategy |
|---|---|
| ▪ Puerto Rico and its Citizens expect PRPB to increase transparency into operational activities and improve its ability to hold its Officers and the Department accountable for their actions.<br><br>▪ PRPB must continue to build trust with the citizens through greater transparency and accountability and seemingly 'simple' capabilities such as being able to provide timely, accurate reporting and statistics to the public upon request, or as required.<br><br>    ▪ Citizens are able to access crime maps on PRPB's website, however, they do not have access to Use of Force statistics. Use of Force reporting is often delayed, incomplete and/or paper-based which makes aggregation of data difficult to manage and distribute. | ▪ PRPB needs to capture a multitude of data sources (GTE, CAD, etc.) and aggregate such data to create single integrated views of crimes or individual officers' conduct to determine trends and make decisions which promote public and officer safety, officer accountability and community trust.<br><br>    ▪ PRPB has reported that they are utilizing Dashboards created by AH-Datalytics to pull the information from multiple sources into once place. Validation of the data needs to be performed to ensure that PRPB can rely on this information in decision making.<br><br>▪ PRPB should consider demonstrating progress on improved accountability outcomes to the public, backed by objective and timely data measures (e.g., crime rate reduction, increased patrols, etc.). |

PRPB INTERNAL
45  © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

Case 3:12-cv-02039-FAB Document 2369-1 Filed 02/05/24 Page 47 of 176

*Assessment Findings*

# PRPB Business ('Operational') Model – Outcomes (cont.)

**Outcomes –** *What outcomes will be achieved from the ITSP and what expectations are being satisfied (e.g., mission objectives)?*



| Observation | Implication for PPD Operations |
|---|---|
| ▪ Partnerships between PRPB and the community continue to be increasingly important, as PRPB aims to gain cooperation and trust from the citizens.<br>▪ These partnerships, which address community issues, quality of life and other policing issues, must be performed collaboratively to satisfy the needs of all stakeholders.<br>▪ PRPB is utilizing the 'Policia Comunitaria' application, in which a police officer documents formal alliances, orientations and outreach activities. The community does not have access to the app. | ▪ PRPB needs the ability to communicate engagement activities with the broader community to promote awareness of ongoing initiatives and outcomes. Technology can be instrumental in such an engagement, by providing ease of access to information and initiatives, largely through self-service.<br>▪ PRPB needs to identify Key Performance Indicators, such as crime rate, crime resolution rate, safety in personal and public spaces, etc. to assess and measure policing activity outcomes including levels of community engagement. These KPIs will most likely come from several systems, such as RMS but could potentially be pulled directly from the CIW / data warehouse. This would need to be explored during strategic planning in terms of appropriateness and feasibility. |

**RESTRICTED**

46    © 2020 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner**

# PRPB Business ('Operational') Model – Priorities



**Priorities –** *What drivers or conditions define approaches or solutions to implementing new IT (e.g., citizen expectations, customer service, public trust, cost, complexity)?*

| Observation | Implication for PRPB IT Strategy |
|---|---|
| ▪ Increase Officer Productivity and Operational Efficiency – overcoming system performance issues, training limitations, system access and gaps in core applications functionality standard to other law enforcement agencies (such as RMS). | ▪ The implications of the identified priorities have many-to-many relationship, as depicted in the context model below. |
| ▪ Improve Officer Safety – overcoming limitation of the tools and information available to the officers on patrol and elsewhere in the field, such as vehicle history, DMV search results, other critical safety information. | |
| ▪ Improve Community Relationships – continuing to build on the outcomes delivered to date by the Reform activities and information produced through data capabilities associated with Use of Force and EIS. | |
| ▪ Improve systems performance and reliability – overcoming the problems and constraints reported across PRPB regions by the users and other personnel interviewed, such as network performance, lifecycle refreshes and data silos. | |

**IDENTIFIED PRPB PRIORITIES**

Increase Officer Effectiveness

Increase Operational Efficiency

Improve Officer Safety

Improve Community Relationships

Improve Systems Performance & Reliability

**SUMMARY IT IMPLICATIONS for PRPB**

**Communications**
- Radio communication (coverage) improvements
- Radio device access for every officer
- Network capacity and performance (LAN) improvements
- Wireless networking at PRPB facilities (LAN) established

**IT Lifecycle Management**
- Software - Version refreshes on an appropriate schedule
- Hardware – Unit refreshes on an appropriate schedule

**Data and Information**
- Integration and reduction of silos (e.g., CAD, GTE Modules)
- Data entry, accuracy and quality (e.g., GTE forms)
- System access (User licensing / account reconciliation)

**Situational Awareness**
- Direct access to critical information for Officers (e.g., DMV)
- Informed precautions and decision making (e.g., Warrants)


**Stakeholder Engagement**
(IT Services Portfolio)


**IT Organizational Maturity**
(BRM, OCM, PMO, EA, VM, etc.)


**IT Governance**

PRPB INTERNAL

47   © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner**

Case 3:21-cv-01024-FAB Document 2389-1 Filed 02/06/24 Page 49 of 176

*Assessment Findings*

# Technology Model – Data & Analytics, Applications, Infrastructure



**Data & Analytics –** What current and future data sources will be required, and what is the quality, reliability and availability of data?

**Applications –** What applications will PRPB need to maintain or implement to achieve the ITSP roadmap outcomes?

**Infrastructure –** What technologies and platforms will PRPB need to invest in to deliver ITSP capabilities and outcomes?

PRPB INTERNAL

48      © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner**

*Assessment Findings*

# Technology Model – Data & Analytics

**Data & Analytics –** *What current and future data sources will be required, and what is the quality, reliability and availability of data?*



| Observation | Implication for PRPB IT Strategy |
|---|---|
| ▪ PRPB's siloed approach to data collection and lack of integration impedes the ability to locate and collate related information. Officers are forced to search multiple systems (GTE, CAD, NCIC).<br>    ▪ Officers do not have complete access across all systems.<br>    ▪ PRPB reports that they are in the process of utilizing Azure integration.<br>▪ Some of the reported access challenges are not actually technical issues, like some of the users believe. Many are actually by design (by operational policy) and therefore in these cases this is more a training / awareness issue. | ▪ PRPB needs to consolidate and/or provide access to siloed data that is required to further support operations, enable data-driven decisions and satisfy public demand for information. PRPB is currently working on this.<br>▪ PRPB systems and data management processes need to support accelerated request processes (for system access) that historically take weeks or months to fulfill. PRPB should also consider training requirements (e.g., resources to provide training, officer time/schedule out of the field) prior to providing system access.<br>▪ Azure integration needs to be validated when complete, to ensure that users have access to all systems when completing a search and that data returned is reliable. |
| ▪ PRPB lacks a master data management strategy, which has led to multiple person or location master files of persons or locations and often with duplicate records for the same person. | ▪ PRPB should consider a master data management plan to ensure compliance with regulations and requirements, decrease inconsistent data and enable data-driven decisions across PRPB.<br>▪ Data management at the PRPB should include all data types (including unstructured content such as documents, images and video), applicable processes, standards, security, and systems to enable quality information to be produced, warehoused, connected, trusted, and leveraged effectively to meet PRPB objectives and demands of the community. |

PRPB INTERNAL
49   © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

*Assessment Findings*

# Technology Model – Data & Analytics (cont.)

**Data & Analytics –** *What current and future data sources will be required, and what is the quality, reliability and availability of data?*



| Observation | Implication for PRPB IT Strategy |
|---|---|
| ▪ PRPB leadership priorities include reducing crime and stopping victimization.  Access to real-time crime data can help optimize deployment and can be used to identify patterns that help to identify suspects.<br><br>  ▪ GIS allows officers, supervisors and command staff to filter statistics down to a very granular level. It is currently unclear how/if this information is being applied in decision making. | ▪ PRPB should consider evaluating the data sources that feed into GIS for completeness and accuracy, then utilize that data to enable decision making for crime reduction efforts. |
| ▪ PRPB cannot rely on the Use of Force system to comprehensively aggregate statistics.<br><br>  ▪ PRPB reports that they supplement system generated information with manually managed records in tools such as Teams.<br><br>  ▪ Lack of supervisors to provide review and approval of Use of Force reports results in reports not being completed in the allotted time frame. | ▪ The quality of the data collected is reduced.<br><br>  ▪ Use of Force data is highly perishable. Officer recollections of critical, high-intensity events often evolve over time. Data should be collected as soon as possible after the incident to ensure reliability.<br><br>▪ PRPB should continue to move from manual records to complete digital reporting. This is understood to already be an initiative that's underway.<br><br>▪ PRPB should also consider ensuring that officers and supervisors have mobile devices (e.g., laptops, tablets, etc.), as well as digital access to the Use of Force system, and increasing the number of supervisors in the field during a given shift. |

PRPB INTERNAL

50    © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner**

*Assessment Findings*

# Technology Model – Applications

**Applications –** *What applications will PRPB need to maintain or implement to achieve the ITSP roadmap outcomes?*



| General / Summary Observations | Implication for PRPB IT Strategy |
|---|---|
| ▪ PRPB provided baseline application information through an Application / IT Systems Inventory. 47 systems reported as being in use. 21 were mission critical, while 14 were reported as critical. | ▪ PRPB should consider evaluation of systems listed as critical/mission critical to determine if current functionality meets their current and future needs and sustainability, or if these systems need to be replaced. Replacement considerations include cost, procurement, implementation, resources, and integration.<br><br>▪ PRPB needs to validate the accuracy and completeness of information and the sources that are feeding into those respective systems. |
| ▪ 21 out of 51 identified systems / capabilities have Mission Critical importance status, of which 8 Mission Critical Capabilities are due for renewal in 1 Year and only 5 are supported during business hours. | ▪ Consider if any application rationalization is possible during strategic planning.<br><br>▪ Validate the suitability of support hours for mission critical applications. |

PRPB INTERNAL

51    © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.



# Technology Model – Applications

**Applications –** *What applications will PRPB need to maintain or implement to achieve the ITSP roadmap outcomes?*



| General / Summary Observations | Implication for PRPB IT Strategy |
|---|---|
| ▪ Recent progress has been made on a subset of data integration through core applications (CAD, RMS) integration with PRPB's recently implemented data warehouse. | ▪ Utilize the recent progress made with the data warehouse to construct a strategic applications architecture. The architecture will provide a roadmap and best practices for building new applications, in a repeatable manner. |
| ▪ Some instances of custom developed applications, for example the SITA application which Kronos custom built for PRPB as a police-centric user interfaces on top of its core Workforce Management platform. | ▪ Although SITA has been built using open standards / non-proprietary language it is still at risk of becoming obsolete at some point in the future should Kronos long no longer want to support it, in unison with their strategic workforce management solution portfolio.<br><br>    ▪ PRPB reports that they are currently in the process of an assessment to determine whether PRPB continues to modify SITA, or to create a new application. |

52   © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

# Technology Model – Applications

**21 out of 51 identified systems / capabilities have Mission Critical importance status**
**PRPB should consider if the current capabilities that are being renewed fit their current and future needs, or if they should be replaced**



**Total Number of Systems / Capabilities**

- 21
- 30

■ Mission Critical  ■ Others

**Renewal**

- 8
- 13

■ Within 1 Year  ■ More than 1 year

**Support Hours for Mission Critical Systems**

- 5
- 16

■ Working Hours  ■ 24 hours

**8 Mission Critical Capabilities are due for renewal in 1 Year**

1. Disaster Recovery
2. Enterprise Content Management (ECM)
3. Geographic Information System (GIS)
4. Networks
5. Radios (Handheld)
6. Radios (other) Microwave Antenna and Communication Towers
7. Radios (Portable)
8. Time and Attendance

**5 Mission Critical Capabilities are only Supported during business hours**

1. Geographic Information System (GIS)
2. Radios (Handheld)
3. Radios (other) Microwave Antenna and Communication Towers
4. Radios Portable
5. Time and Attendance

PRPB INTERNAL
© 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner**

*Assessment Findings*



# Technology Model – Applications
*A lot of technical change has been introduced since 2020 onwards*



**Install Date**

22

30

**Criticality**

7

12

11

■ Mission Critical
■ Critical
■ Other

**Support Hours**

15

15

■ Working Hours
■ 24 hours

■ 2020 onward
■ Before 2020

**12 Mission Critical Capabilities have been implemented within the last 2 years, for which many users could benefit from having access to refresh training:**

1. 9-1-1 Phone / Call Taking
2. Cloud-Based Computing and Data Storage
3. Computer Aided Dispatch (CAD)*
4. Disaster Recovery
5. Enterprise Content Management (ECM)
6. Geographic Information System (GIS)
7. Non-Punitive Offenses Module
8. Records Management System (RMS)*
9. Supervisor Module
10. Time and Attendance (if different to WMS)
11. Tracking Module
12. Use of Force

*NCIC and DMV searching related*

PRPB INTERNAL
54   © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**



# Technology Model – Applications
*Currently all systems provide high benefits, as reported by PRPB*

Most **systems reportedly provide high benefits** to the departments they support, such as PRPD work, PRPD Police Personnel.

**Business Value**

**Technical Fit**



- High   - Medium

- High   - Medium/Low

**However, 22% of the systems reportedly have medium or low technical fit.**

1. 9-1-1 Phone / Call Taking
2. Automatic Vehicle Location (AVL)
3. Business Intelligence & Analytics (BIA)
4. Computer Aided Dispatch (CAD)
5. Enterprise Content Management (ECM)
6. Geographic Information System (GIS)
7. Portals (External - Partners)
8. Portals (External - Public)
9. Records Management System (RMS)
10. Time and Attendance (if different to WMS)
11. Workforce Management System (WMS) / Scheduling and Rostering

Gartner recommends exploring how these low/medium fit solutions need to be prioritized in terms of replacing, upgrading, and/or improving them. Core systems should all be a better technical fit for any law enforcement agency.

PRPB INTERNAL

55   © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

# Technology Model – Applications Ecosystem
*Gartner Law Enforcement Systems Reference Model to Identify and Evaluate PRPB Technology*



Gartner applied its **Law Enforcement Systems (or 'Technology Capabilities') model** to assess the efficacy at PRPB of each layer of the model toward meeting operational objectives and strategic goals.

Needs are summarized using the annotation described in the model, with supporting findings presented in greater detail later in this report.

**Key findings indicate:**

- Basic RMS capabilities exist across a group of siloed application modules with limited integration within GTE

- GTE lacks any form of effective data design, data strategy, architecture and means of storing data. This is partly due to the tactical and incremental nature of its implementation.

- GTE related initiatives need to be reviewed and potentially rescoped with a more strategic set of objectives and requirements to guide the overall investment in the platform and/or replacement RMS capabilities.

- User access (both device and account / licensing) is limited and creates many operational inefficiencies

- Field personnel are at risk due to a lack of basic situational awareness information

- PRPB sees the importance and value of Body-Worn Video and hopes the deployment of cameras is expedited

- Lifecycle challenges associated with devices and hardware create operational inefficiencies and risk

- Several systems are within 2 years of replacement age

- Significant constraints identified associated with networking and infrastructure



PRPB INTERNAL

© 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

*Assessment Findings*



# Technology Model – Applications Ecosystem (cont.)
*Summary Findings of Technology Capabilities (continued)*

| Capability | Status | Observations | Implications / Identified Needs |
|---|---|---|---|
| **Devices, Peripherals and Access** | | | |
| **Radios** | 🟧 | ▪ Devices (handsets) are limited in that many officers do not have their own individual radio handsets | ▪ Contributes to officer safety concerns<br>▪ Limits inter-personnel communication and productivity |
| | 🟥 | ▪ Coverage limitations reported by users in both rural and urban areas | ▪ Contributes to officer safety concerns<br>▪ Limits inter-personnel communication and productivity |
| | 🟥 | ▪ Dispatchers are limited in the information they can provide to officers about mutual aid statuses. | ▪ Dispatchers resort to sending dispatch information via text message on personal devices to an officer's personal cell phones when the radio is inoperable or out of coverage |
| | 🟥 | ▪ No dedicated interoperable radio channels for PSJ collaboration / joint response coordination across police, fire and EMS | ▪ Contributes to officer safety concerns<br>▪ Officers responding to incidents do not benefit from having appropriate or timely situational awareness that could be provided by Fire/EMS partners. |
| **Video Systems** | 🟥 | ▪ No video monitoring in place at the Gun Range which is located off-site / physically disconnected from the Training Academy | ▪ Limits Training Academy's ability to monitor activity at the Gun Range<br>▪ Contributes to cadet safety concerns |
| | 🟥 | ▪ Body-Cameras have not yet been fully rolled out for field personnel; however the initiative has started. To date, 43 Agents have BWCs.<br>▪ In-car video was previously available in patrol vehicles (150 in-use in the transit units), but the technology aged, went out of support and was not replaced.<br>▪ Officers see the value in Body-Cams and Dash-Cams and welcome their future implementation | ▪ Contributes to officer safety concerns<br>▪ Strengthens the relationship between PRPB and the community by providing greater transparency during police operations |

PRPB INTERNAL
© 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.




- 🟥 Needs identified. No plan yet in place.
- 🟩 Current Capability Suitable. No significant needs identified.
- 🟨 Needs identified. Plan Confirmed.
- ⬜ Capability Does Not Exist. No Needs Identified.





# Technology Model – Applications Ecosystem (cont.)
## Summary Findings of Technology Capabilities (continued)

| Capability | Status | Observations | Implications / Identified Needs |
|---|---|---|---|
| **Devices, Peripherals and Access** | | | |
| **Sensors** | 🟥 | ▪ Manually operated red-light cameras are used to monitor violations which is a significant human / manual overhead. | ▪ Red-light violation monitoring could be performed by fixed cameras as opposed to it being a manual activity, which:<br>▪ Increases ability to identify / record violations.<br>▪ Enables officers to be released for higher priority duty assignments. |
| | 🟥 | ▪ Increased, integrated video surveillance capabilities needed in sensitive locations such as the Governor's building in Old San Juan where protests are held frequently. | ▪ Provides an efficient way to monitor activity and increases response time if officer assistance is needed. |
| **Mobile Devices** | 🟧 | ▪ Laptops in older police cars do not fit into the new police cars.<br>▪ Laptop mounts in police cars inhibit two-person patrols due to the passenger seat area being compromised | ▪ Creates operational deficiencies<br>▪ Limits the value of prior IT investments |
| | 🟥 | ▪ Many operational laptops are in need of lifecycle replacement. Issues reported by users include poor processor speed, storage limitations, outdated software versioning and poor battery / power performance | ▪ Limits user productivity (patrol, supervisors, trainers) |
| | 🟥 | ▪ Several user groups do not have access to laptops or other mobile devices | ▪ Inhibits the productivity of personnel who need to perform tasks outside of the office, such as investigators taking statements or other officers writing reports |
| | 🟥 | ▪ Wireless and cellular network limitations result in operational inefficiencies and/or users turning to their personal devices to support their performing routine duties. | ▪ Creates operational inefficiencies<br>▪ Introduces IT security / privacy risks |

PRPB INTERNAL

58    © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.




| | |
|---|---|
| 🟥 Needs identified. No plan yet in place. | 🟩 Current Capability Suitable. No significant needs identified. |
| 🟧 Needs identified. Plan Confirmed. | ⬜ Capability Does Not Exist. No Needs Identified. |



**Gartner**



*Assessment Findings*

# Technology Model – Applications Ecosystem (cont.)
## *Summary Findings of Technology Capabilities (continued)*

| Capability | Status | Observations | Implications / Identified Needs |
|---|---|---|---|
| **Devices, Peripherals and Access** | | | |
| **Mobile Devices (cont.)** | 🟥 | ▪ No wireless networking exists across PRPB locations / facilities, besides several private networks at Headquarters which have restricted use to a subset of personnel. | ▪ Limits user productivity (patrol, supervisors, trainers)<br>▪ Creates operational inefficiencies where mobile internet access could expedite work activities and improve collaboration. |
| **Desktop Devices** | 🟥 | ▪ Many desktop devices are in need of lifecycle replacement (some up to 7 years old or more). Issues reported by users include poor processor speed, storage limitations, outdated software versioning | ▪ Limits user productivity (patrol, supervisors, trainers) and creates operational inefficiencies when machines are slow<br>▪ Software applications don't receive routine or critical updates.<br>▪ Many users need to ask other users to perform tasks for them because their own machine has a limitation due to the age of the IT or applications supported. |
| | 🟥 | ▪ Slow and unreliable internet connectivity reported at all PRPB locations by all user groups. This is one of the primary complaints from the stakeholders interviewed. | ▪ Limits user productivity (patrol, supervisors, trainers)<br>▪ Creates operational inefficiencies<br>▪ Introduces operational risk due to tools / systems being unavailable or incapable of functioning correctly during down-time or slow periods |
| **Portals** | 🟩 | ▪ Citizens have access to limited self-service options, such as filing complaints, applications to weapons licenses, and viewing crime maps. | ▪ Many law enforcement agencies are leveraging self-service capabilities to divert non-emergency and non-essential work to virtual channel. PRPB could consider this for any number of routine law enforcement use cases such as minor crime reporting and licensing and permitting. |

PRPB INTERNAL

59   © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

 

| | |
|---|---|
| 🟥 Needs identified. No plan yet in place. | 🟩 Current Capability Suitable. No significant needs identified. |
| 🟨 Needs identified. Plan Confirmed. | ⬜ Capability Does Not Exist. No Needs Identified. |



# Technology Model – Applications Ecosystem (cont.)
## *Summary Findings of Technology Capabilities (continued)*



| Capability | Status | Observations | Implications / Identified Needs |
|---|---|---|---|
| **Operational Systems** | | | |
| **9-1-1** | 🟨 | ▪ 9-1-1 call receipt and transfers is a service provided outside of PRPB.<br>▪ ANI/ALI Phase 2 Wireless is not available all over the commonwealth. | ▪ Reduces the accuracy of identifying caller locations and dispatching where cellular position data isn't available for the CAD user. |
| **CAD** | 🟨 | ▪ CAD system appears to provides all of the essential functionality expected in a Dispatch environment, with several observations namely:<br>▪ AVL devices are not used consistently across the Department which has led to the CAD capability being ignored or turned off in the Dispatch centers | ▪ Further exploration of the CAD system against Gartner CAD reference model is required to further determine its suitability for law enforcement operations. |
| **RMS** | 🟥 | ▪ GTE system provides some basic data entry and records management capabilities expected from a modern RMS. However, robust RMS functionality, an effective data architecture and integrations are missing.<br>▪ GTE has been developed incrementally, incorporating now up to 54 reports / forms, without an overarching solution strategy that results in a more typical, enterprise RMS.<br>▪ Once entered, records can not be edited and need to be recreated, due to design limitations and constraints | ▪ GTE related initiatives need to be reviewed and potentially rescoped with a more strategic set of objectives and requirements to guide the overall investment in the platform and/or replacement RMS capabilities.<br>▪ Integrations between modules/applications would allow a more seamless path with reporting (from multiple databases) and system administration. This would also lessen user error when modifying applications and compiling statistics during reporting. |
| **eCitations** | 🟨 | ▪ eCitations is in the process of being rolled out but it is limited by the number of available mobile devices. | ▪ Consider eCitations in the broader evaluation of mobile computing needs during the next task. |
| **Case Mgmt.** | 🟨 | ▪ Basic case management functionality is provided by GTE. See RMS. | ▪ CMS needs should be considered as part of the broader discussion on RMS and the integration of GTE modules. |




Needs identified. No plan yet in place.   Current Capability Suitable. No significant needs identified.
Needs identified. Plan Confirmed.   Capability Does Not Exist. No Needs Identified.



# Technology Model – Applications Ecosystem (cont.)
*Summary Findings of Technology Capabilities (continued)*



| Capability | Status | Observations | Implications / Identified Needs |
|---|---|---|---|
| **Operational Systems** | | | |
| **Property & Evidence** | 🟥 | ▪ No system exists currently.<br>▪ Consider needs within the context of the RMS strategy. | ▪ Highly manual / paper-based processes associated with evidence<br>▪ Difficult to search and audit |
| **Equipment/ Asset Check Out** | 🟥 | ▪ No system exists currently. | |

PRPB INTERNAL
61    © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

 Needs identified. No plan yet in place.
Needs identified. Plan Confirmed.
 Current Capability Suitable. No significant needs identified.
Capability Does Not Exist. No Needs Identified.



# Technology Model – Applications Ecosystem (cont.)
*Summary Findings of Technology Capabilities (continued)*



| Capability | Status | Observations | Implications / Identified Needs |
|---|---|---|---|
| **Employee Systems** | | | |
| **Time & Attendance** | 🟩 | ▪ Kronos workforce management functionality (Workforce Manager Platform module) is meeting the expectations of the Department however not everyone has the ability to use the system yet, e.g., the Academy is still managing time with paper forms and email. | ▪ Inconsistent management of time across the department<br>▪ Contributes to inaccurate departmental data. |
| | 🟨 | ▪ Kronos is in the process of developing a new strategic solution stack (Dimension) which at some point could create a decision point for PRPB regarding the future of SITA | ▪ PRPB and UKG need to ensure there is ongoing alignment between SITA's roadmap and the strategic solution stack supported by UKG in the future, to identify any implications or needs for SITA's long-term viability. |
| | 🟩 | ▪ SITA (deployed in 2020 – custom built Kronos module for PRPB) provides workflow and administrative functions for employees and supervisors associated with time and attendance. | ▪ No issues reported. |
| **Payroll / ADP** | 🟩 | ▪ Subscription service provided by external vendor (ADP) | ▪ No issues reported. |
| **LMS** | 🟥 | ▪ K-9 unit has to manage weekly certifications and training forms using only paper. | ▪ Operational inefficiencies / limited productivity (Some cases require 3 years of certifications, all of which are on paper, that need to be found / collated and presented to the Court). |
| | 🟨 | ▪ Police Academy manages training performance in PTMS but there is no / limited workflow associated with it, e.g., to provide recertification reminders to personnel who need to re-up their training at any given interval | ▪ Risk of certifications expiring for personnel without their knowledge. Requires manual tracking of status and future training needs. |

PRPB INTERNAL
62   © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.




| | | | |
|---|---|---|---|
| 🟥 Needs identified. No plan yet in place. | | 🟩 Current Capability Suitable. No significant needs identified. | |
| 🟨 Needs identified. Plan Confirmed. | | ⬜ Capability Does Not Exist. No Needs Identified. | |





# Technology Model – Applications Ecosystem (cont.)
**Summary Findings of Technology Capabilities (continued)**

| Capability | Status | Observations | Implications / Identified Needs |
|---|---|---|---|
| **Risk Systems** | | | |
| **EIS** | | ▪ EIS system is reportedly a user friendly and easy-to-use application, validated by the demonstration provided to Gartner during the current state assessment.<br>▪ Application in use follows EIS architectural patterns that are established in other large police departments | ▪ Identify all source systems feeding into the EIS system and determine how complete is the data.<br>▪ Evaluate if its use is integrated into police operations decisions and its effectiveness. |
| **Use of Force** | | ▪ Separate GTE module, distinct from RMS.<br>▪ User interface appears efficient and user feedback on the application is generally positive. | ▪ Consider the long-term relationship between UOF, EIS and RMS. |

PRPB INTERNAL

63   © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.




Needs identified. No plan yet in place.     Current Capability Suitable. No significant needs identified.
Needs identified. Plan Confirmed.     Capability Does Not Exist. No Needs Identified.



# Technology Model – Applications Ecosystem (cont.)
## Summary Findings of Technology Capabilities (continued)



| Capability | Status | Observations | Implications / Identified Needs |
|---|---|---|---|
| **Data / Services** | | | |
| **GIS** | 🟩 | ▪ GIS is an effective tool in which officers can filter crime statistics down to a very granular level – e.g., type of crime, date/time, location, officer beat | ▪ Current capability is suitable. However, validate the data that is feeding GIS is accurate and complete. Determine the capacity to which this information is being used. |
| **AVL** | 🟥 | ▪ AVL was deployed but adoption was limited and now the technology is reported to be out of date and unsupported.<br>▪ CAD is available to use AVL data, which would have operational benefits, but it is not used. | ▪ Conduct retrospective on initial AVL deployment and consider reintroducing the new capability within the IT Strategic Plan. |
| **Business Intelligence / Analytics** | 🟨 | ▪ BI/A application is in the process of being implementing. Current solution is reportedly a user friendly and easy-to-use application, validated by the demonstration provided to Gartner during the current state assessment.<br>▪ Application functionality demonstrated appears to be comparable to that established in other large police departments | ▪ Evaluate if its use is integrated into police operations and its effectiveness.<br>▪ Address the issues associated with the manual processes and data aggregation needed to provide use of force reporting and other performance metrics. |
| **Enterprise Content Mgmt.** | 🟨 | ▪ PRPB has the following content management systems : Aquarium System and Perceptive Content<br>▪ *It is unclear how suitable these CM solutions will be for future digital evidence from devices such as body-worn cameras.* | ▪ Develop strategic needs and high-level requirements for ECM, then conduct a comparison against existing applications for fit/gap analysis. |
| **IT Security, Privacy** | 🟩 | ▪ PRPB has a range of IT-Sec tools and applications common to any modern IT organization across firewalls, intrusion detection, web filtering and anti-virus protection.<br>▪ Users often do not have access to the systems needed, so login account credentials are commonly shared among users. | ▪ None.<br>▪ Compromises account security and data security when credentials are shared or used for indirect purposes (helping other users). |

 Needs identified. No plan yet in place.
 Needs identified. Plan Confirmed.
Current Capability Suitable. No significant needs identified.
Capability Does Not Exist. No Needs Identified.



# Technology Model – Applications Ecosystem (cont.)
*Summary Findings of Technology Capabilities (continued)*



| Capability | Status | Observations | Implications / Identified Needs |
|---|---|---|---|
| **Infrastructure & IT Service Management** | | | |
| **Disaster Recovery** | | ▪ Only San Juan and Ponce have DR capabilities in the form of back-up generators.<br>▪ Beyond any inherent capabilities within the server technology, no formal IT DR capabilities are available for most PRPB applications.<br>▪ Partial DR is provided through Azure Recovery Services & Veeam Backup Replication for a subset of systems. | ▪ PRPB needs to ensure critical applications have disaster recovery and business continuity plans in place and regularly tested.<br>▪ As a priority, Radio, CAD and RMS should have DR improvements.<br>▪ Consider an enterprise ITDR strategy for all mission critical and vital applications. |
| **Networks (Wired)** | | ▪ PRPB users have reported consistently across the various commands / regions interviewed that networking capabilities present a significant issue to operational productivity and as far as officer safety concerns. Issues include network speed primarily (particularly during 'peak' business hours), network bandwidth and coverage (limited largely to fixed-line internet, limited to no WiFi access) | ▪ Users unable to efficiently complete their jobs / tasks.<br>▪ Officer safety is at risk if they are unable to communicate with anyone. |
| **Networks (Wireless)** | | ▪ FirstNet wireless networking will soon be provided to Patrol users. Testing is in progress and the capabilities are expected to go live before the end of 2022. Speed and performance are expected to be significantly superior to current mobile networking capabilities (mostly 3G today) | ▪ Confirm FirstNet schedule and communicate key messages to Patrol users – (e.g., awareness, education, timing, training)<br>▪ Explore possibility and implications of expanding FirstNet usage to other remote / mobile PRPB personnel (e.g., investigators) |
| **Mainframe Environment** | N/A | ▪ None identified. | ▪ Not applicable. |

PRPB INTERNAL

65   © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.




Needs identified. No plan yet in place.
Needs identified. Plan Confirmed.
Current Capability Suitable. No significant needs identified.
Capability Does Not Exist. No Needs Identified.



*Assessment Findings*

# Technology Model – Applications Ecosystem (cont.)
## *Summary Findings of Technology Capabilities (continued)*



| Capability | Status | Observations | Implications / Identified Needs |
|---|---|---|---|
| **Infrastructure & IT Service Management** | | | |
| **Data Centers / Facilities** | | ▪ Business continuity and IT disaster recovery are the primary limitations identified with PRPB's data centers and IT facilities. Many reportedly do not have redundant power supplies or generator-based emergency back-up power. | ▪ Presents significant risk to Business / Operational continuity as power failures have been reported as a common occurrence across Puerto Rico. |
| **IT Services Management** | | ▪ Helpdesk application appears to have all of the basic functionality expected of a typical solution for the environment.<br>▪ Support tiers / levels between PRPB and the Vendors across Levels 1, 2 and 3 are defined through policy and process. | ▪ None. |

PRPB INTERNAL

66    © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

| | |
|---|---|
| 🟥 Needs identified. No plan yet in place. | 🟩 Current Capability Suitable. No significant needs identified. |
| 🟨 Needs identified. Plan Confirmed. | ⬜ Capability Does Not Exist. No Needs Identified. |



*Assessment Findings*

# Technology Model – Applications Ecosystem (cont.)
## *A number of IT systems and capabilities reportedly need to be replaced within 1-2 years*



### Core Systems

- Core Systems that are due within 1-2 years:
- Cloud-Based Computing and Data Storage
- Time and Attendance*
- Workforce Management System (WMS) / Scheduling and Rostering

- Core Systems that have low technical fit:
- 9-1-1 Phone / Call Taking
- Case Management System (CMS)
- Computer Aided Dispatch (CAD)
- Records Management System (RMS)
- Time and Attendance (if different to WMS)
- Workforce Management System (WMS) / Scheduling and Rostering

### Data Capabilities

- Data Systems that are due within 1-2 years:
- Business Intelligence & Analytics (BIA)
- Enterprise Content Management (ECM)*
- Geographic Information System (GIS)
- IT Security / Privacy

- Data Systems that have low technical fit:
- Automatic Vehicle Location (AVL)
- Business Intelligence & Analytics (BIA)
- Enterprise Content Management (ECM)
- Geographic Information System (GIS)*

*\* Categorized as Mission Critical by PRPB*

### Infrastructure

- Infrastructure Systems that are due within 1-2 years:
- Disaster Recovery*
- Networks*

### Other Capabilities

- Other Capabilities that are due within 1-2 years:
- Helpdesk / Ticketing Tool(s)
- Mobile Devices (Smart Phones)
- Portals (External - Public)
- Project Management / PPM
- Radios (Handheld)*
- Radios (other) Microwave Antenna and communication Towers (21)*
- Radios (Portable)*
- Sensor
- Video Systems (Body Worn Cameras (BWC)

> During the next task Gartner and PRPB will explore the conditions of the renewal and replacement needs of these identified systems in greater detail, while considering their implications for the IT Strategic Plan in terms of prioritization, scope and cost.

PRPB INTERNAL

67  © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

# Technology Model – Infrastructure

*Infrastructure –* *What technologies and platforms will PRPB need to invest in to deliver ITSP capabilities and outcomes?*



| General / Summary Observations | Implication for PRPB IT Strategy |
|---|---|
| ▪ Certain areas on the island are dead zones, in which users are unable to communicate through Radio or Mobile phone service.<br><br>    ▪ PRPB has documented areas in which coverage problems exist but relies on field users to report such issues (Appendix D). | ▪ Officer Safety – If an officer needs assistance on a call, they are not able to reach anyone.<br><br>▪ Public Safety – If there is a citizen who needs assistance, neither the officer nor the citizen are able to contact anyone.<br><br>▪ PRPB is unaware of the total scope of coverage problems. Relying on field users to report lack of coverage is inconsistent as not everyone experiencing issues will report.<br><br>▪ PRPB needs to consider increasing infrastructure to provide coverage to known areas where problem coverage exists and to prioritize which areas (both rural and populated) that will receive repeaters to increase communication. PRPB should take into account procurement, cost, reliability and security during this process. |

68 © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

*Assessment Findings*

# Technology Model – Infrastructure (cont.)

*Infrastructure –* What technologies and platforms will PRPB need to invest in to deliver ITSP capabilities and outcomes?



| General / Summary Observations | Implication for PRPB IT Strategy |
|---|---|
| ▪ Internet is spotty or not available in some areas.<br><br>    ▪ Users are either not able to access the internet, or when they are able to log on to complete their work, the connections often gets dropped due to a network overload. | ▪ Increased network and internet availability with higher speeds enables work productivity more efficiently and effectively. Reduces operational risk when tools and systems are available.<br><br>▪ PRPB will need to consider cost, security and management when increasing their network availability. |
| ▪ Disaster Recovery is limited - only San Juan and Ponce have DR capabilities in the form of back-up generators.<br><br>▪ Beyond any inherent capabilities within the server technology, no formal IT DR capabilities are available for most PRPB applications.<br><br>▪ Partial DR is provided through Azure Recovery Services & Veeam Backup Replication for a subset of systems. | ▪ Consider formalizing an enterprise IT Disaster Recovery strategy as part of the strategic planning effort. Minimally, an enterprise approach for IT DR for mission critical systems, but if feasible / practical also critical and vital systems.<br><br>▪ Consider formalizing Business Continuity Planning (or Continuity of Operations Plans – COOP) as part of the strategic planning effort. Power-loss scenario planning at a minimum should be considered. |

PRPB INTERNAL<br>69  © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

Case 3:12-cv-02039-FAB Document 2358-1 Filed 02/06/24 Page 71 of 176

*Assessment Findings*

# Operating Model – IT Org Capabilities, Governance, OCM



**IT Org Capabilities –** What skills, processes and tools are required? How much effort is required to undertake strategic initiatives?

**Governance –** How will strategic IT investment and solution decisions be made to shape the ITSP?

**OCM –** How will ITSP associated change and benefits be managed and measured by PRPB for the agency and the community?

PRPB INTERNAL

70    © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner**

# Operating Model – IT Organizational Capabilities

**IT Org Capabilities –** *What skills, processes and tools are required? How much effort is required to undertake strategic initiatives?*



| Observation | Implication for PRPB IT Strategy |
|---|---|
| ▪ Using the bi-modal principles of IT service management (where Mode 1 organizations have mature capabilities associated with the IT domains that are more predictable and well-understood, Mode 2 organizations have capabilities associated with exploration to solve new problems and optimized for areas of uncertainty) – In law enforcement agencies, we typically expect IT departments to have a relatively mature set of Mode 1 capabilities with a mixture of Mode 2 capabilities at various levels of early maturity.<br><br>▪ Many Mode 1 capabilities appear to be absent / missing from the PRPB IT department as well as Mode 2, as demonstrated by the self-reported maturity results (see slide 72) including Gartner's observations from interviews and workshops. | ▪ PRPB IT's department does not have the capabilities or resources to effectively manage its existing portfolio of IT services beyond the basic processes associated with a small PRPB IT (Technology) – user account management, informal vendor management practices, reactive support / response to IT issues, limited near to medium term planning.<br><br>▪ The addition of any net-new IT services via the IT Strategy (e.g., new devices, systems and data) will only limit the effectiveness and capacity of the IT department further, without a significant investment in resources and/or training and/or vendor / service management support services. |
| ▪ There appears to be lack of communication between IT Operations and field users. Symptoms include field users reporting that they have gradually ceased asking for new capabilities, assuming their requests will go unfilled. Also, there is confusion within the user community about the availability of certain IT services and even functionality within certain applications. | ▪ Communication between IT and the users' needs to expand and become more comprehensive – consider IT to run like a business and as such it needs marketing to raise aware of products, services and the value it delivers to its customers. |

PRPB INTERNAL

71   © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**



# Operating Model – IT Organizational Capabilities
## IT Organizational Capabilities Maturity Ratings and Definitions

Relative proficiency ratings for each capability have been identified using the follow ratings and rating definitions.

**E3** **Established** — *Expressly part of committed responsibility with tangible results and recognition across the organization*; well-established people, repeatable processes, technologies, or information to support the capability with *high maturity* as required by ITS

**E2** *Evolving* — *Supported by some people, processes, technologies, or information along with some management support, with evolving and more regular maturity as required by ITS*

**E1** *Embarking* — *Capability is done on an ad-hoc or as needed basis; usually supported by embarking people, processes, technologies, or information with low maturity as required by TPS*

**M** *Missing* — *This capability is missing from the organization. This could be due to lack of resources, the capability is performed elsewhere in TPS, or a conscious decision to not perform this capability*

**D** *Digressed* — *This capability was performed previously and has either digressed from its original maturity state or is no longer being performed*

PRPB INTERNAL
72    © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner**



# Current Maturity of IT Organizational Capabilities
**IT Organizational Capabilities Maturity Reference Framework 2022**

| Strategy | Architecture | Sourcing & Vendor Management | Security & Risk | Management | Business Relationship Management | Product / Service Management | Innovation | Performance Management | Development | Deployment | Operations | Data Management |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Develop Digital Strategy | Manage Enterprise Architecture | Manage Sourcing Strategy | Set Policy & Standards | Manage & Analyze IT Financials | Learn & Align to Business Needs | Performance / Process Management | Ideation & Prioritization with Business | Understand Business Objectives & the Value of IT | Manage Business Requirements | Manage Release & Deployment | Perform Monitoring & Event Management | Capture & Organize Data |
| Develop Technology Strategy | Manage Business Architecture | Manage Purchasing & Procurement | Ensure Privacy | Manage & Optimize IT Workforce | Manage Business Demand | End-to-End Ownership of Platforms | Incubate & Champion | Manage IT Performance & Metrics / Targets | Incorporate User Experience | Perform Technology Change Management & Training | Perform Incident & Problem Management | Manage Data Quality & Access |
| Develop Services Strategy | Manage Solution Architecture | Manage Vendor & Supplier Relationships | Risk Governance | Manage Governance, Policy & Standards | Communicate Business Value of IT | End-to-End Ownership of Products / Services | Scaling Innovation | Integrate Performance with Review Process | Design & Develop Solutions with Waterfall | | Manage Service & Operations Center | Manage Data Governance |
| | Manage Information Architecture | | Manage Information Security | Manage IT Portfolios | Conceptualize New Business Capabilities | Service Brokerage | | | Design & Develop Solutions with Agile | | Manage & Maintain IT Assets & Licenses | Develop Insights through Analytics & Reporting |
| | Manage Domain Architecture | | Manage Identities & Access | Manage Project & Program Delivery | Manage Internal Business Relationships | | | | Manage Solution Quality & Testing | | Optimize IT Services & Support | Master Data Management |
| | | | Manage IT Business Continuity & Disaster Rec | Manage Knowledge, Information & Content | Manage Store Relationships | | | | | | Manage End-User Devices | |
| | | | Manage Security Operations | | | | | | | | | |

PRPB INTERNAL

73   © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

 **D** Digressed  **M** Missing  **E1** Embarking  **E2** Evolving  **E3** Established

**Gartner.**

Case 3:12-cv-02039-FAB   Document 2369-1   Filed 02/05/24   Page 75 of 176

*Assessment Findings*

# Operating Model – IT Organizational Capabilities
## IT Organizational Capabilities Maturity Reference Framework



The PRPB **Organizational (ITO) Capabilities assessment**, leveraging the annotated Gartner reference framework depicted below, identified several key capabilities that require further exploration in the next stage of the assessment. The objective is to **ensure sufficient alignment between the PRPB IT** (skills, resources, processes and tools) **and the needs of the initiatives within the IT Strategic Plan**, acknowledging that every ITO doesn't need to be fully mature in every capability.



The ability to **measure and monitor the performance of IT organizational processes is a key enabler** to the objective of pursuing continuous improvement and further maturing the PRPB's IT Score during the life of the forthcoming IT strategic plan.

The maturity of **IT Management** is key to ensuring appropriate design, delivery and integration of systems and data to support initiatives. This extends to business as usual management of IT services, provision and maintenance which are all areas noted in this report as having limitations, challenges or other concerns.

The maturity of **Business Relationship Management**, as a pillar of the ITO, is essential for being able to effectively advise the operation and facilitate the accurate translation and fulfilment of operational needs into appropriate solutions.

**Managing IT Performance Metrics / Targets** is important for being able to demonstrate the value of IT as well as measure the success of ITSPs.

**Master Data Management and Governance** are essential for successful initiatives such as RMS, EIS, BI / Analytics.

© 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

PRPB INTERNAL

    

D Digressed   M Missing   E1 Embarking   E2 Evolving   E3 Established

# Operating Model – Governance

**Governance –** *How will strategic IT investment and solution decisions be made to shape the ITSP?*



| Observation | Implication for PRPB IT Strategy |
|---|---|
| ▪ No formal IT Governance framework has been identified, but a basic engagement relationship between the central IT department and its regional counterparts at the different Command buildings exists. | ▪ Consider formalizing the IT governance framework in the next task, creating a more formal set of decision-making processes (or a 'playbook') that addresses the following IT management domains: IT Intake and Investment Planning, Standards and Architecture, Implementation and Delivery, IT Service Management. |
| ▪ Decision making is often reactive, as is a lot of the IT organization's activity, where resources are directed tactically to address immediate issues and little to no time is available to be spent on strategic activities. | ▪ Consider how best to optimize the operational relationships and working / activities of the centralized and regional IT resources.<br><br>▪ Different IT Organizational designs could be considered, which may change reporting relationships, but equally non-OD strategies such as IT governance practices could have the desired outcomes – greater collaboration and coordination, increased capacity for strategic activities over routine and tactical. |
| ▪ An executive committee has been formed to oversee and be accountable for the IT Strategic Planning efforts. Representatives from the PRPB command team and all of its internal departments are part of this committee. | ▪ Leverage the newly formed IT Strategy-oriented governance to be a starting point for a more formal enterprise IT governance framework. This new capability or 'way of working' can be implemented as part of the delivery of the IT Strategy and then transition into a business-as-usual / steady-state capability within the organization. |

 PRPB INTERNAL
© 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

Case 3:12-cv-02039-FAB Document 2369-1 Filed 02/05/24 Page 77 of 176

*Assessment Findings*

# Operating Model – Organizational Change Management

**OCM –** *How will ITSP associated change and benefits be managed and measured by PRPB and the community?*



| Observation | Implication for PRPB IT Strategy |
|---|---|
| ▪ No formal Organizational Change Management capabilities appear to exist within PRPB IT. Basic OCM activities such as stakeholder analysis and communications planning appear to be ad-hoc and inconsistent.<br><br>▪ There is no evidence of more mature OCM practices such as operational impact assessments, change management and readiness assessments, benefits realization planning and monitoring, change effectiveness studies or customer satisfaction surveys. | ▪ Consider OCM as a dedicated effort, or an initiative of its own, within the IT Strategic Plan.<br><br>▪ This new capability or 'way of working' can be implemented as part of the delivery of the IT Strategy and then transition into a business-as-usual / steady-state capability within the organization. |
| ▪ PRPB reported that a significant number of new recruits are poached by other law enforcement agencies once they have gone through their PRPB training. | ▪ There are no direct implications for the IT Strategy, but the finding is significant in that it puts a strain on the resources, capacity and funding for the training academy. |

© 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner**

**SECTION TWO**

# IT Score Assessment Summary



PRPB INTERNAL

77    © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

IT Score Results

# IT Maturity and IT Score Assessment
## Introduction

As a part of the Current State Assessment, using **Gartner's IT Enterprise Capability Maturity Model and Gartner's IT Score assessment tool**, Gartner has compared the PRPB's self-reported IT capabilities maturity to industry best practices and benchmarks.



- Responses to **self-assessment surveys** provided by Agency personnel

- Provides objective **definitions** for **capability maturity** in each assessment area

- Used to **objectively assess** current capabilities and **identify the right 'target' areas** for change

- The goal is to **align IT capability and maturity** with the **needs of the organization** not always to necessarily achieve the 'highest' level of maturity

PRPB INTERNAL

78    © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

IT Score Results

# IT Score Maturity Summary Results

**PRPB's IT Score Maturity is observed to be operating within Level 2 (Enabling)** with several indicators in both Levels 1 (Functional) and 3 (Contributing).

Level 2 **maturity is generally aligned with other State and Local Government agencies** of similar size and complexity. **In several key domains PRPB's IT Score maturity is low representing challenges** with IT service management, IT decision making, IT resource planning and the ability to demonstrate the value of IT in operational terms. In PRPB's context, this level of maturity is in alignment with observations made during discovery, namely:

- The more mature areas are associated with 'Mode 1' IT, where there is a heavy focus on the operational management of IT, particularly application and infrastructure service provision. 'Mode 2' capabilities are less mature where capacity for innovation, architecture and IT service delivery enhancements is limited.

- The IT operating approach is often highly reactive and tactical rather than strategic, where IT must quickly respond to issues or last-minute requests from the business as opposed to having a more advisory role within Command Leadership that results in a more predictable prioritization of IT related work.

- Overall IT strategic vision and solution architecture is limited to functional silos, as opposed to more integrated platforms which is consistent with findings of limited integration, effective use of applications and data access challenges. This further exacerbates PRBP's ability to draw analytics or reliable reporting from existing systems and/or data sources.

Lower maturity areas are in Level 2 organizations are typically constrained by limited resource capacity, funding and skills availability as opposed to the willingness or vision of the PRPB IT (Technologie). Detailed IT Score assessment results are presented later in the document, with a view into responses, maturity opportunities and resource references.



 PRPB INTERNAL
© 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

# Summary IT Score Maturity by Domain

IT Score Results

- IT score results are **used to develop recommendations** for maturing PRPB's IT organizational capabilities within the upcoming strategic planning activities.

- Detailed findings and analysis of the results can be found in the appendix.

- PRPB's **overall IT Score maturity is 2.**

- The following domains are equal to or above the Gartner Benchmark for a comparable organization (number of users, budget size, government entity):
  - CIO
  - Applications
  - Data & Analytics
  - Infrastructure
  - Portfolio & Program Management
  - Information Security

- The following domains are below the Gartner Benchmark for a comparable organization:
  - Enterprise Architecture & Innovation
  - Vendor Management



# IT Score for CIO

© 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates. This presentation, including all supporting materials, is proprietary to Gartner, Inc. and/or its affiliates and is for the sole internal use of the intended recipients. Because this presentation may contain information that is confidential, proprietary or otherwise legally protected, it may not be further copied, distributed or customerly displayed without the express written permission of Gartner, Inc. or its affiliates.

**Gartner**

IT Score Results

# IT Maturity and IT Score Assessment: Strategy and Execution
## Overall Maturity

Overall functional maturity is the average maturity of all activities assessed.

• Measured on a scale ranging from 1 (low) to 5 (high), maturity is an organization's performance relative to Gartner's best practice research. Maturity scores are refined with a (+) or (-) to indicate intermediate levels of maturity.

• The next page has individual maturity scores for each activity, allowing you to quickly identify strengths and opportunities for improving maturity.

### Overall Maturity



Benchmark = 2+

Number of respondents for this assessment = 1
Number of participating organizations in this benchmark = 55

**Benchmark Description:**
**Industry:** Government
**Org Size:** Gov't/PS/ED <5,000 Employees

PRPB INTERNAL
82   © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner**

IT Score Results

# IT Maturity and IT Score Assessment: Strategy and Execution
## Functional Maturity

| Engage Business Leadership & Stakeholders 3 | Perform Strategy & Planning 4- | Apply Technology Leadership & Innovate 2+ | Manage IT Governance 2 | Manage IT Finance 2- | Develop & Manage Talent 2- | Manage Performance 2+ | | |
|---|---|---|---|---|---|---|---|---|
| Market IT Capabilities 3 | Scope Strategy & Vision 4- | Apply Analysis & Innovate 3 | Allocate IT Decision Rights 1 | Prepare and Manage IT Budgets 1+ | Develop IT Workforce Strategy 2- | Define and Evolve IT Services 2 | | |
| Assess and Manage Business Demand 2+ | Develop Strategy 4+ | Optimize the IT Operating Model 4 | Operate IT Governance Framework 2 | Perform IT Financial Analysis 1 | Source Internal and External Talent 2+ | Measure IT Performance 2 | | |
| Establish IT Engagement Posture 3+ | Communicate Strategy 3+ | Leverage Technology 2+ | Manage IT Risk 3+ | Prioritize IT Investments 3- | Develop Skills and Competencies 1 | Communicate & Report IT Performance 3 | | |
| Contribute to Organizational Change 3+ | | Develop the Technology Roadmap 1 | | | | Act on Metrics for Improvement 1+ | | |
| Enable Business IT Capabilities 3 | | Hone IT Delivery Capability 3 | | | | Incentivize Achievement of Objectives 4 | | |
| | | Sustain and Evolve IT Culture 1 | | | | | | |
| | | | | | | | | |

Legend: ▢ High Maturity ▢ Medium Maturity ▢ Low Maturity ▢ Not Assessed    n = 1

**Maturity:** Measured on a scale ranging from 1 (Low) to 5 (High), maturity measures how advanced an organization's development is in a functional activity relative to Gartner's best practice research. Maturity scores are refined with a (+) or (-) to indicate intermediate levels of maturity.

© 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

IT Score Results

# IT Maturity and IT Score Assessment: Strategy and Execution
## Comparison of Maturity and Importance



**Lowest Maturity**
- Develop Skills and Competencies
- Perform IT Financial Analysis
- Allocate IT Decision Rights
- Sustain and Evolve IT Culture

**Highest Importance**
- Optimize the IT Operating Model
- Develop IT Workforce Strategy
- Source Internal and External Talent
- Market IT Capabilities

**Importance:** Measured on a scale ranging from 1 (Not Important) to 5 (Most Important), Importance measures how important each functional activity is to the overall effectiveness of your function in meeting its business objectives. Please refer to appendix section for scores.

© 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

IT Score Results

# IT Maturity and IT Score Assessment: Strategy and Execution
## High Priority Areas

The Activity Priority Index identifies where the function is less mature in activities of greater importance.



n = 1

| Highest Priority | Lowest Priority |
|---|---|
| • Develop IT Workforce Strategy<br>• Source Internal and External Talent<br>• Sustain and Evolve IT Culture and more activities | • Incentivize Achievement of Objectives<br>• Develop Strategy<br>• Communicate & Report IT Performance |

\* Activity Priority Index: Activity Priority Index (API) for an activity is computed as average importance minus maturity multiplied by its average importance. A higher Activity Priority Index score indicates a greater priority to the organization.

**Gartner**

# IT Score for Applications

© 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates. This presentation, including all supporting materials, is proprietary to Gartner, Inc. and/or its affiliates and is for the sole internal use of the intended recipients. Because this presentation may contain information that is confidential, proprietary or otherwise legally protected, it may not be further copied, distributed or customerly displayed without the express written permission of Gartner, Inc. or its affiliates.

**Gartner**

IT Score Results

# IT Maturity and IT Score Assessment: Applications
## Overall Maturity

Overall functional maturity is the average maturity of all activities assessed.

• Measured on a scale ranging from 1 (low) to 5 (high), maturity is an organization's performance relative to Gartner's best practice research. Maturity scores are refined with a (+) or (-) to indicate intermediate levels of maturity.

• The next page has individual maturity scores for each activity, allowing you to quickly identify strengths and opportunities for improving maturity.

### Overall Maturity



Benchmark = 2-

Number of respondents for this assessment = 1
Number of participating organizations in this benchmark = 24

**Benchmark Description:**
**Industry:** Government
**Org Size:** Gov't/PS/ED <5,000 Employees

PRPB INTERNAL
87    © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

IT Score Results

# IT Maturity and IT Score Assessment: Applications
## Functional Activity Maturity



**Legend** High Maturity    Medium Maturity    Low Maturity    Not Assessed    n = 1

**Maturity:** Measured on a scale ranging from 1 (Low) to 5 (High), maturity measures how advanced an organization's development is in a functional activity relative to Gartner's best practice research. Maturity scores are refined with a (+) or (-) to indicate intermediate levels of maturity.

PRPB INTERNAL
© 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

IT Score Results

# IT Maturity and IT Score Assessment: Applications
## Comparison of Maturity and Importance



n = 1

| Lowest Maturity | | Highest Importance | |
|---|---|---|---|
| • Measure Functional Performance | • Manage Test Process and Automation | • Rationalize and Modernize Applications | • Conduct Functional Strategic Planning |
| • Track Vendor Performance | • Establish Governance Model for Sourcing | • Establish Governance Model for Sourcing | • Manage the Delivery Methodology |

**Importance:** Measured on a scale ranging from 1 (Not Important) to 5 (Most Important), Importance measures how important each functional activity is to the overall effectiveness of your function in meeting its business objectives. Please refer to appendix section for scores.

© 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

89

**Gartner.**

IT Score Results

# IT Maturity and IT Score Assessment: Applications
## High Priority Areas

The Activity Priority Index identifies where the function is less mature in activities of greater importance.



n = 1

**Highest Priority**
- Measure Functional Performance
- Establish Governance Model for Sourcing
- Conduct Functional Strategic Planning

**Lowest Priority**
- Deliver the Integration Platform
- Manage Business Partnerships
- Create Vendor Relationship Plan and more activities

\* Activity Priority Index: Activity Priority Index (API) for an activity is computed as average importance minus maturity multiplied by its average importance. A higher Activity Priority Index score indicates a greater priority to the organization.

PRPB INTERNAL

90   © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

# IT Score for Data and Analytics

© 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates. This presentation, including all supporting materials, is proprietary to Gartner, Inc. and/or its affiliates and is for the sole internal use of the intended recipients. Because this presentation may contain information that is confidential, proprietary or otherwise legally protected, it may not be further copied, distributed or customersly displayed without the express written permission of Gartner, Inc. or its affiliates.

**Gartner**

IT Score Results

# IT Maturity and IT Score Assessment: Data and Analytics
## Overall Maturity

Overall functional maturity is the average maturity of all activities assessed.

• Measured on a scale ranging from 1 (low) to 5 (high), maturity is an organization's performance relative to Gartner's best practice research. Maturity scores are refined with a (+) or (-) to indicate intermediate levels of maturity.

• The next page has individual maturity scores for each activity, allowing you to quickly identify strengths and opportunities for improving maturity.

**Overall Maturity**



Benchmark = 2

Number of respondents for this assessment = 1
Number of participating organizations in this benchmark = 37

**Benchmark Description:**
**Industry:** Government
**Org Size:** Gov't/PS/ED <5,000 Employees

PRPB INTERNAL
92   © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

Gartner

IT Score Results

# IT Maturity and IT Score Assessment: Data and Analytics
**Functional Activity Maturity**

| Create the D&A Vision and Strategy 2+ | Manage the D&A Function 1+ | Align D&A to Business Outcomes 1+ | Develop the D&A Organization and Talent 2 | Create and Maintain Analytics Content 3- | Integrate and Manage Data 2+ | Govern Data & Analytics Assets 3 |
|---|---|---|---|---|---|---|
| Forge the Vision 3 | Prioritize Project Proposals 1 | Establish a KPI & Metrics Framework 1 | Plan Strategy to Develop Skills 3 | Create and Maintain Semantic Models 3 | Describe Data Assets 1 | Determine Which Assets Need Governance 3+ |
| Design the Strategic Plan 2 | Manage Projects 1 | Quantify the Value 1 | Recruit Talent 2 | Create and Maintain Enterprise Reports 4+ | Organize Data Assets 1 | Set Governance Policies 3 |
| Create the Functional Design 3+ | Monitor Portfolio Health 2 | Innovate the Business Model 2 | Develop Data Literacy 2 | Create and Maintain Visual Dashboards 3 | Integrate Data Assets 3- | Enforce Governance Policies 3 |
| Implement the Strategy 2- | | | | Create Advanced Analytics Models 1 | Share Data Assets 5 | Communicate Governance Policies 3 |

**Legend**  ☐ High Maturity  ▨ Medium Maturity  ■ Low Maturity  ☐ Not Assessed  n = 1

**Maturity: Measured on a scale ranging from 1 (Low) to 5 (High), maturity measures how advanced an organization's development is in a functional activity relative to Gartner's best practice research. Maturity scores are refined with a (+) or (-) to indicate intermediate levels of maturity.**

PRPB INTERNAL

© 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.



IT Score Results

# IT Maturity and IT Score Assessment: Data and Analytics
## Comparison of Maturity and Importance



■ Maturity  ● Importance  ——Functional Maturity Overall = 2+

n = 1

| Lowest Maturity | | Highest Importance | |
|---|---|---|---|
| • Organize Data Assets | • Create Advanced Analytics Models | • Forge the Vision | • Create and Maintain Visual Dashboards |
| • Describe Data Assets | • Quantify the Value | • Recruit Talent | • Design the Strategic Plan |

**Importance:** Measured on a scale ranging from 1 (Not Important) to 5 (Most Important). Importance measures how important each functional activity is to the overall effectiveness of your function in meeting its business objectives. Please refer to appendix section for scores.

PRPB INTERNAL

94  © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

IT Score Results

# IT Maturity and IT Score Assessment: Data and Analytics
## High Priority Areas

The Activity Priority Index identifies where the function is less mature in activities of greater importance.



n = 1

| Highest Priority | Lowest Priority |
|---|---|
| • Recruit Talent<br>• Prioritize Project Proposals<br>• Manage Projects and more activities | • Share Data Assets<br>• Create and Maintain Enterprise Reports<br>• Determine Which Assets Need Governance |

\* Activity Priority Index: Activity Priority Index (API) for an activity is computed as average importance minus maturity multiplied by its average importance. A higher Activity Priority Index score indicates a greater priority to the organization.

PRPB INTERNAL

95    © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

# IT Score for Enterprise Architecture & Technology Innovation

© 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates. This presentation, including all supporting materials, is proprietary to Gartner, Inc. and/or its affiliates and is for the sole internal use of the intended recipients. Because this presentation may contain information that is confidential, proprietary or otherwise legally protected, it may not be further copied, distributed or customerly displayed without the express written permission of Gartner, Inc. or its affiliates.

**Gartner**

IT Score Results

# IT Maturity and IT Score Assessment: EA & Technology Innovation
## Overall Maturity

Overall functional maturity is the average maturity of all activities assessed.

• Measured on a scale ranging from 1 (low) to 5 (high), maturity is an organization's performance relative to Gartner's best practice research. Maturity scores are refined with a (+) or (-) to indicate intermediate levels of maturity.

• The next page has individual maturity scores for each activity, allowing you to quickly identify strengths and opportunities for improving maturity.

### Overall Maturity



Benchmark = 2-

Number of respondents for this assessment = 1
Number of participating organizations in this benchmark = 21

**Benchmark Description:**
**Industry:** Government
**Org Size:** Gov't/PS/ED <5,000 Employees

PRPB INTERNAL
97    © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner**

IT Score Results

# IT Maturity and IT Score Assessment: EA and Technology Innovation
## Functional Activity Maturity

| Structure Business Strategy 2+ | Facilitate Innovation 1+ | Plan and Manage IT Portfolio 2 | Enable Solutions Delivery 1 | Establish EA Frameworks and Tools 1 | Manage EA 1+ | |
|---|---|---|---|---|---|---|
| Structure Business Engagement 1 | Evaluate Emerging Technologies & Trends 2 | Develop Future-State Architecture 3 | Support Solutions Design 2- | Develop EA Frameworks and Tools 1+ | Define Function Strategy 1+ | |
| Develop the Business Architecture 4 | Identify Innovation Opportunities 1+ | Define Current-State Architecture 3- | Guide Solutions Delivery 1 | Define Governance 1 | Manage EA Talent 1 | |
| Articulate Business Outcomes 1+ | Enable Innovation Initiatives 1+ | Design Strategic Plans 2 | Support Integration 1 | Manage Standards Compliance 1 | Measure and Manage Function Performance 1 | |
| Shape Investment Decisions 5- | | Develop and Maintain Roadmaps 1 | | | Manage Cross-Functional Relationships 3- | |
| Provide Internal Consulting Advice 1 | | Support Portfolio Modernization 2- | | | | |
| | | Enable Information Strategy 2 | | | | |
| | | | | | | |

**Legend**  ▢ High Maturity  ▢ Medium Maturity  ▢ Low Maturity  ▢ Not Assessed   n = 1

**Maturity:** Measured on a scale ranging from 1 (Low) to 5 (High), maturity measures how advanced an organization's development is in a functional activity relative to Gartner's best practice research. Maturity scores are refined with a (+) or (-) to indicate intermediate levels of maturity.



IT Score Results

# IT Maturity and IT Score Assessment: EA and Technology Innovation
## Comparison of Maturity and Importance



■ Maturity  ● Importance  — Functional Maturity Overall = 2-

n = 1

| Lowest Maturity | Highest Importance |
|---|---|
| • Measure and Manage Function Performance    • Manage Standards Compliance | • Design Strategic Plans    • Manage Standards Compliance |
| • Manage EA Talent    • Define Governance | • Enable Information Strategy    • Structure Business Engagement |

**Importance:** Measured on a scale ranging from 1 (Not Important) to 5 (Most Important), Importance measures how important each functional activity is to the overall effectiveness of your function in meeting its business objectives. Please refer to appendix section for scores.

**Gartner.**

IT Score Results

# IT Maturity and IT Score Assessment: EA and Technology Innovation
## High Priority Areas

The Activity Priority Index identifies where the function is less mature in activities of greater importance.



n = 1

| Highest Priority | Lowest Priority |
|---|---|
| • Manage Standards Compliance<br>• Design Strategic Plans<br>• Enable Information Strategy | • Shape Investment Decisions<br>• Develop the Business Architecture<br>• Define Current-State Architecture |

* Activity Priority Index: Activity Priority Index (API) for an activity is computed as average importance minus maturity multiplied by its average importance. A higher Activity Priority Index score indicates a greater priority to the organization.

PRPB INTERNAL
100  © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

# IT Score for Infrastructure and Operations

© 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates. This presentation, including all supporting materials, is proprietary to Gartner, Inc. and/or its affiliates and is for the sole internal use of the intended recipients. Because this presentation may contain information that is confidential, proprietary or otherwise legally protected, it may not be further copied, distributed or customerly displayed without the express written permission of Gartner, Inc. or its affiliates.

**Gartner**

IT Score Results

# IT Maturity and IT Score Assessment: Infrastructure and Operations
## Overall Maturity

Overall functional maturity is the average maturity of all activities assessed.

• Measured on a scale ranging from 1 (low) to 5 (high), maturity is an organization's performance relative to Gartner's best practice research. Maturity scores are refined with a (+) or (-) to indicate intermediate levels of maturity.

• The next page has individual maturity scores for each activity, allowing you to quickly identify strengths and opportunities for improving maturity.

**Overall Maturity**



Benchmark = 2+

Number of respondents for this assessment = 1
Number of participating organizations in this benchmark = 27

**Benchmark Description:**
**Industry:** Government
**Org Size:** Gov't/PS/ED <5,000 Employees

PRPB INTERNAL
102   © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

Gartner.

IT Score Results

# IT Maturity and IT Score Assessment: Infrastructure and Operations
**Functional Activity Maturity**



| Evaluate, Plan and Design 4 | Measure and Optimize 3+ | Transition and Operate IT Services 4 | Plan and Manage I&O Talent 2 | Manage the Function of I&O 3+ |
|---|---|---|---|---|
| Articulate Customer Needs 4+ | Measure Staff Performance and Needs 4+ | Transition Services 5 | Develop Workforce Strategy 2 | Develop I&O Strategy 3+ |
| Rationalize New Requests 4- | Monitor I&O Performance 3 | Support IT Services 4- | Attract and Hire Talent 1+ | Design Strategic Sourcing Approach 1+ |
| Establish Service-Level Expectations 4 | Align I&O Metrics With Business Goals 2- | Ensure Future Service Availability 3 | Develop Employee Skills and Competencies 3+ | Design and Evolve Organizational Models 2+ |
| Build a Business Case 4+ | Optimize IT Service Management Processes 4- | Provide Service Governance 5- | Manage Employee Performance 3 | Manage I&O Finance and Budgeting 4 |
| Design Solution Specifications 4 | Automate Operations 4+ | | Build Effective Teams and Culture 2 | Embed Security Into Solution Delivery 5 |
| | | | Manage Talent Retention and Career Growth 1+ | |

Legend  ▢ High Maturity  ▢ Medium Maturity  ▢ Low Maturity  ▢ Not Assessed  n = 1

Maturity: Measured on a scale ranging from 1 (Low) to 5 (High), maturity measures how advanced an organization's development is in a functional activity relative to Gartner's best practice research. Maturity scores are refined with a (+) or (-) to indicate intermediate levels of maturity.

PRPB INTERNAL
103  © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

IT Score Results

# IT Maturity and IT Score Assessment: Infrastructure and Operations
## Comparison of Maturity and Importance



**Lowest Maturity**
- Manage Talent Retention and Career Growth
- Design Strategic Sourcing Approach
- Attract and Hire Talent
- Align I&O Metrics With Business Goals

**Highest Importance**
- Optimize IT Service Management Processes
- Ensure Future Service Availability
- Embed Security Into Solution Delivery
- Rationalize New Requests

Importance: Measured on a scale ranging from 1 (Not Important) to 5 (Most Important), Importance measures how important each functional activity is to the overall effectiveness of your function in meeting its business objectives. Please refer to appendix section for scores.

PRPB INTERNAL

104    © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner**

IT Score Results

# IT Maturity and IT Score Assessment: Infrastructure and Operations
## High Priority Area

The Activity Priority Index identifies where the function is less mature in activities of greater importance.



n = 1

**Highest Priority**
- Manage Talent Retention and Career Growth
- Attract and Hire Talent
- Ensure Future Service Availability

**Lowest Priority**
- Transition Services
- Articulate Customer Needs
- Provide Service Governance

\* **Activity Priority Index:** Activity Priority Index (API) for an activity is computed as average importance minus maturity multiplied by its average importance. A higher Activity Priority Index score indicates a greater priority to the organization.

PRPB INTERNAL
105  © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner**

# IT Score for Program and Portfolio Management

© 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates. This presentation, including all supporting materials, is proprietary to Gartner, Inc. and/or its affiliates and is for the sole internal use of the intended recipients. Because this presentation may contain information that is confidential, proprietary or otherwise legally protected, it may not be further copied, distributed or customerly displayed without the express written permission of Gartner, Inc. or its affiliates.

**Gartner**

IT Score Results

# IT Maturity and IT Score Assessment: Program and Portfolio Management
## Overall Maturity

Overall functional maturity is the average maturity of all activities assessed.

• Measured on a scale ranging from 1 (low) to 5 (high), maturity is an organization's performance relative to Gartner's best practice research. Maturity scores are refined with a (+) or (-) to indicate intermediate levels of maturity.

• The next page has individual maturity scores for each activity, allowing you to quickly identify strengths and opportunities for improving maturity.

**Overall Maturity**



Benchmark = 2

Number of respondents for this assessment = 1
Number of participating organizations in this benchmark = 30

**Benchmark Description:**
**Industry:** Government
**Org Size:** Gov't/PS/ED <5,000 Employees

PRPB INTERNAL
107   © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.



IT Score Results

# IT Maturity and IT Score Assessment: Program and Portfolio Management
## Functional Maturity

| Partner With Stakeholders 5- | Steward Investment Portfolios 4 | Manage Frameworks and Standards 4- | Drive Transformation Initiatives 4+ | Enable Project and Product Management and Delivery Roles 4- | Manage the PPM Function 5- | | |
|---|---|---|---|---|---|---|---|
| Define a Stakeholder Management Approach 5 | Steward Investment Allocation 4 | Promote Delivery Methodologies 3+ | Define Programs 4 | Define PPM Roles 3 | Manage the Mandate of the PPM Function 5 | | |
| Engage Sponsors 4+ | Facilitate Portfolio Prioritization 4+ | Facilitate Multiple Methodology Delivery 3+ | Manage Programs 4 | Develop Skills and Competencies 3+ | Measure and Communicate PPM Performance 4 | | |
| Manage Vendors 5- | Manage Risks and Interdependencies 3 | Create Estimates for Initiatives 4+ | Enable Organizational Change Management 5 | Manage Career Paths | Leverage PPM-Enabling Technology 5 | | |
| | Select and Report Portfolio Metrics 4 | Select and Report Initiative Performance 3+ | Manage Troubled Initiatives 4+ | Equip Stakeholders to Manage Initiatives 5 | | | |
| | Manage Resources 5 | Track Costs of Initiatives | | Support Agile Delivery Teams 3+ | | | |
| | Measure and Manage Benefit Realization 5 | | | Manage Contractors 5 | | | |
| | | | | | | | |

Legend: ▢ High Maturity ▢ Medium Maturity ▢ Low Maturity ▢ Not Assessed n = 1

**Maturity: Measured on a scale ranging from 1 (Low) to 5 (High), maturity measures how advanced an organization's development is in a functional activity relative to Gartner's best practice research. Maturity scores are refined with a (+) or (-) to indicate intermediate levels of maturity.**

PRPB INTERNAL
108   © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**



# IT Maturity and IT Score Assessment: Program and Portfolio Management

**Comparison of Maturity and Importance**

IT Score Results

**Lowest Maturity**
- Define PPM Roles
- Manage Risks and Interdependencies
- Support Agile Delivery Teams
- Develop Skills and Competencies

**Highest Importance**
- Facilitate Portfolio Prioritization
- Select and Report Initiative Performance
- Enable Organizational Change Management
- Define a Stakeholder Management Approach

**Importance:** Measured on a scale ranging from 1 (Not Important) to 5 (Most Important), Importance measures how important each functional activity is to the overall effectiveness of your function in meeting its business objectives. Please refer to appendix section for scores.

© 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

Gartner.

IT Score Results

# IT Maturity and IT Score Assessment: Program and Portfolio Management

## High Priority Areas

The Activity Priority Index identifies where the function is less mature in activities of greater importance.



**n = 1**

| Highest Priority | Lowest Priority |
|---|---|
| • Select and Report Initiative Performance<br>• Manage Risks and Interdependencies<br>• Define PPM Roles | • Leverage PPM-Enabling Technology<br>• Manage the Mandate of the PPM Function<br>• Manage Contractors and more activities |

\* Activity Priority Index: Activity Priority Index (API) for an activity is computed as average importance minus maturity multiplied by its average importance. A higher Activity Priority Index score indicates a greater priority to the organization.

PRPB INTERNAL
110   © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner**

# IT Score for Information Security

© 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates. This presentation, including all supporting materials, is proprietary to Gartner, Inc. and/or its affiliates and is for the sole internal use of the intended recipients. Because this presentation may contain information that is confidential, proprietary or otherwise legally protected, it may not be further copied, distributed or customerly displayed without the express written permission of Gartner, Inc. or its affiliates.

**Gartner**

IT Score Results

# IT Maturity and IT Score Assessment: Information Security
## Overall Maturity

Overall functional maturity is the average maturity of all activities assessed.

• Measured on a scale ranging from 1 (low) to 5 (high), maturity is an organization's performance relative to Gartner's best practice research. Maturity scores are refined with a (+) or (-) to indicate intermediate levels of maturity.

• The next page has individual maturity scores for each activity, allowing you to quickly identify strengths and opportunities for improving maturity.

**Overall Maturity**



Benchmark = 2+

Number of respondents for this assessment = 1
Number of participating organizations in this benchmark = 55

**Benchmark Description:**
**Industry:** Government
**Org Size:** Gov't/PS/ED <5,000 Employees

PRPB INTERNAL
112   © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

IT Score Results

# IT Maturity and IT Score Assessment: Information Security
**Functional Activity Maturity**

| Engage and Support Stakeholders 5- | Manage the Function 4+ | Assess and Manage Risk 3- | Protect the Infrastructure 4- | Manage Operations 3 | Deliver Assurance 3 | Manage People and Workforce Strategy 3 | |
|---|---|---|---|---|---|---|---|
| Interact with CEO and Board 5 | Develop Strategy 4 | Define and Conduct Risk Assessments 3- | Secure Network Edges 3+ | Discover and Remediate Vulnerabilities 2+ | Support Privacy 3 | Conduct Workforce Planning 3 | |
| Foster Collaborative Risk Relationships 5 | Plan Budget | Develop Controls 3+ | Secure the Endpoints 4 | Manage Security Events 3 | Manage Compliance 1+ | Recruit Talent 3 | |
| Enable Business Decisions 4 | Organize Structure | Manage Third-Party Risk 3 | Secure Applications 3+ | Respond to Security Incidents 3+ | Support Audit 4 | Develop Skills 2+ | |
| Drive Ownership and Accountability 5 | Design Architecture 5 | Monitor Risks 2+ | Secure Data 4- | Identify and Track Threats 3+ | Assess Digital Transformation 4 | Manage Behavior and Culture 3+ | |
| | Manage Policy 4 | | | | | | |
| | Measure Performance | | | | | | |

**Legend**  ☐ High Maturity  ☐ Medium Maturity  ☐ Low Maturity  ☐ Not Assessed  n = 1

**Maturity:** Measured on a scale ranging from 1 (Low) to 5 (High), maturity measures how advanced an organization's development is in a functional activity relative to Gartner's best practice research. Maturity scores are refined with a (+) or (-) to indicate intermediate levels of maturity.

PRPB INTERNAL

 © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner**

IT Score Results

# IT Maturity and IT Score Assessment: Information Security
## Comparison of Maturity and Importance



**Lowest Maturity**
- Manage Compliance
- Develop Skills
- Discover and Remediate Vulnerabilities
- Monitor Risks

**Highest Importance**
- Develop Strategy
- Assess Digital Transformation
- Manage Behavior and Culture
- Interact With CEO and Board

**Importance:** Measured on a scale ranging from 1 (Not Important) to 5 (Most Important), Importance measures how important each functional activity is to the overall effectiveness of your function in meeting its business objectives. Please refer to appendix section for scores.

PRPB INTERNAL
114    © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

IT Score Results

# IT Maturity and IT Score Assessment: Information Security
## High Priority Areas

The Activity Priority Index identifies where the function is less mature in activities of greater importance.



n = 1

| Highest Priority | Lowest Priority |
|---|---|
| • Manage Compliance<br>• Manage Behavior and Culture<br>• Monitor Risks and more activities | • Design Architecture<br>• Drive Ownership and Accountability<br>• Foster Collaborative Risk Relationships and more activities |

* Activity Priority Index: Activity Priority Index (API) for an activity is computed as average importance minus maturity multiplied by its average importance. A higher Activity Priority Index score indicates a greater priority to the organization.

PRPB INTERNAL

115   © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner**

# IT Score for Vendor Management

© 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates. This presentation, including all supporting materials, is proprietary to Gartner, Inc. and/or its affiliates and is for the sole internal use of the intended recipients. Because this presentation may contain information that is confidential, proprietary or otherwise legally protected, it may not be further copied, distributed or customerly displayed without the express written permission of Gartner, Inc. or its affiliates.

**Gartner**

IT Score Results

# IT Maturity and IT Score Assessment: Vendor Management
## Overall Maturity

Overall functional maturity is the average maturity of all activities assessed.

• Measured on a scale ranging from 1 (low) to 5 (high), maturity is an organization's performance relative to Gartner's best practice research. Maturity scores are refined with a (+) or (-) to indicate intermediate levels of maturity.

• The next page has individual maturity scores for each activity, allowing you to quickly identify strengths and opportunities for improving maturity.

**Overall Maturity**



Benchmark = 2+

Number of respondents for this assessment = 1
Number of participating organizations in this benchmark = 37

**Benchmark Description:**
**Industry:** Government
**Org Size:** Gov't/PS/ED 5,000 - 50,000 Employees, Other

PRPB INTERNAL
117    © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner**

IT Score Results

# IT Maturity and IT Score Assessment: Vendor Management
## Functional Activity Maturity

| Manage the Function 1 | Partner With Stakeholders 1 | Manage Operations 2- | Develop and Manage Talent 2- |
|---|---|---|---|
| Manage Functional Strategy and Design 1 | Manage ITVM Business Partner Needs 1 | Manage IT Vendor Risk 1 | Manage Hiring Process for ITVM 1 |
| Establish IT Vendor Governance 1 | Drive Stakeholder Adoption of ITVM 1 | Manage IT Vendor Performance 2 | Assess and Review ITVM Talent 3 |
| Measure and Report Functional Performance 1 | | Manage IT Vendor Contracts 2 | Develop ITVM Skills and Competencies 1 |
| | | Segment IT Vendors 1 | |
| | | Manage IT Vendor Change 2+ | |

**Legend**  ▪ High Maturity  ▪ Medium Maturity  ▪ Low Maturity  ▢ Not Assessed  n = 1

**Maturity:** Measured on a scale ranging from 1 (Low) to 5 (High), maturity measures how advanced an organization's development is in a functional activity relative to Gartner's best practice research. Maturity scores are refined with a (+) or (-) to indicate intermediate levels of maturity.

**Gartner.**

IT Score Results

# IT Maturity and IT Score Assessment: Vendor Management
## Comparison of Maturity and Importance



**Lowest Maturity**
- Develop ITVM Skills and Competencies
- Manage Hiring Process for ITVM
- Segment IT Vendors
- Manage IT Vendor Risk

**Highest Importance**
- Manage Functional Strategy and Design
- Establish IT Vendor Governance
- Manage IT Vendor Contracts
- Manage ITVM Business Partner Needs

**Importance:** Measured on a scale ranging from 1 (Not Important) to 5 (Most Important), Importance measures how important each functional activity is to the overall effectiveness of your function in meeting its business objectives. Please refer to appendix section for scores.

119   © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

IT Score Results

# IT Maturity and IT Score Assessment: Vendor Management
## High Priority Areas

The Activity Priority Index identifies where the function is less mature in activities of greater importance.



n = 1

| Highest Priority | Lowest Priority |
|---|---|
| • Manage Functional Strategy and Design<br>• Establish IT Vendor Governance<br>• Manage IT Vendor Contracts | • Assess and Review ITVM Talent<br>• Manage IT Vendor Change<br>• Manage Hiring Process for ITVM and more activities |

**\* Activity Priority Index: Activity Priority Index (API) for an activity is computed as average importance minus maturity multiplied by its average importance. A higher Activity Priority Index score indicates a greater priority to the organization.**

PRPB INTERNAL
120   © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

# IT Score for Sourcing and Procurement

© 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates. This presentation, including all supporting materials, is proprietary to Gartner, Inc. and/or its affiliates and is for the sole internal use of the intended recipients. Because this presentation may contain information that is confidential, proprietary or otherwise legally protected, it may not be further copied, distributed or customerly displayed without the express written permission of Gartner, Inc. or its affiliates.

**Gartner**

IT Score Results

# IT Maturity and IT Score Assessment: Sourcing and Procurement
## Overall Maturity

Overall functional maturity is the average maturity of all activities assessed.

• Measured on a scale ranging from 1 (low) to 5 (high), maturity is an organization's performance relative to Gartner's best practice research. Maturity scores are refined with a (+) or (-) to indicate intermediate levels of maturity.

• The next page has individual maturity scores for each activity, allowing you to quickly identify strengths and opportunities for improving maturity.

**Overall Maturity**



Benchmark = 2+

Number of respondents for this assessment = 1
Number of participating organizations in this benchmark = 32

**Benchmark Description:**
**Industry:** Government
**Org Size:** Gov't/PS/ED 5,000 - 50,000 Employees, Other

© 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner**

IT Score Results

# IT Maturity and IT Score Assessment: Sourcing and Procurement
**Functional Activity Maturity**



| Manage the Function 1 | Engage Business and IT Stakeholders 3- | Manage Operations 2 | Develop and Manage Talent 1+ |
|---|---|---|---|
| Manage Objectives and Organization 1+ | Develop and Maintain Sourcing Strategy 2+ | Manage Vendor Spend Data | Attract and Hire Talent 2 |
| Develop and Maintain Policy 1 | Communicate Value Proposition 3+ | Manage IT Procurement Technology 1 | Assess and Review Talent 1 |
| Measure Performance and Value 1 | | Manage Acquisition Process 3 | Develop Skills and Competencies 1 |

**Legend**   High Maturity   Medium Maturity   Low Maturity   Not Assessed   n = 1

**Maturity: Measured on a scale ranging from 1 (Low) to 5 (High), maturity measures how advanced an organization's development is in a functional activity relative to Gartner's best practice research. Maturity scores are refined with a (+) or (-) to indicate intermediate levels of maturity.**

PRPB INTERNAL

123   © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

IT Score Results

# IT Maturity and IT Score Assessment: Sourcing and Procurement
## Comparison of Maturity and Importance



**Maturity** ● **Importance** —Functional Maturity Overall = 2-

n = 1

| Lowest Maturity | | Highest Importance | |
|---|---|---|---|
| • Develop Skills and Competencies | • Measure Performance and Value | • Develop and Maintain Policy | • Develop Skills and Competencies |
| • Assess and Review Talent | • Develop and Maintain Policy | • Manage IT Procurement Technology | • Manage Objectives and Organization |

**Importance:** Measured on a scale ranging from 1 (Not Important) to 5 (Most Important), Importance measures how important each functional activity is to the overall effectiveness of your function in meeting its business objectives. Please refer to appendix section for scores.

124 © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

IT Score Results

# IT Maturity and IT Score Assessment: Sourcing and Procurement
## High Priority Areas

The Activity Priority Index identifies where the function is less mature in activities of greater importance.



n = 1

| Highest Priority | Lowest Priority |
|---|---|
| • Develop and Maintain Policy<br>• Develop Skills and Competencies<br>• Manage IT Procurement Technology | • Communicate Value Proposition<br>• Manage Acquisition Process<br>• Develop and Maintain Sourcing Strategy |

* Activity Priority Index: Activity Priority Index (API) for an activity is computed as average importance minus maturity multiplied by its average importance. A higher Activity Priority Index score indicates a greater priority to the organization.

PRPB INTERNAL

125   © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

Introduction
Executive Summary
Operational Context
Assessment Findings
IT Score Results
**Next Steps**
Appendix



PRPB INTERNAL

© 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

Gartner.

*Next Steps*

# Actions and Upcoming Activities

## Current State Assessment

▪ Please provide any further feedback on this document

## Strategic Planning

▪ Prepare for the strategic visioning workshops with the PRPB Leadership Team

PRPB INTERNAL
127  © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**



**SECTION TWO**

# Appendix A:
## Architecture



PRPB INTERNAL

128  © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

# CAD & RMS (GTE) Architecture



129   © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

Case 3:12-cv-02039-FAB Document 2539-1 Filed 02/05/24 Page 131 of 176

*Appendix A*

# Crime Information Warehouse (CIW) Architecture: Original



130   © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

# Crime Information Warehouse (CIW) Architecture: Azure



**Gartner.**

# EIS Solution Architecture



PRPB INTERNAL

132   © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner**

SECTION
TWO

# Appendix B:
## IT Systems Inventory Statistics



PRPB INTERNAL

133 © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

Gartner.

# Overview: 51 PRPB IT Systems Identified

### Based on Reference Model



- Core Systems - Employee
- Core Systems - Operational
- Core Systems - Risk
- Data / Services
- Devices, Peripherals, Access
- Infrastructure
- IT Service Management

### Based on Criticality



- Critical
- Important
- Mission Critical
- No information
- Vital
- Infrastructure
- IT Service Management

PRPB INTERNAL
134  © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner**

# System Benefit and Technical Fit
*Currently all systems provide high benefits, as reported by PRPB*

**However, 22% of the systems have medium or low technical fit.**

**All systems provide high benefits to different departments such as PRPD work, PRPD Police Personnel**



**Business Value**

**Technical Fit**

1. 9-1-1 Phone / Call Taking
2. Automatic Vehicle Location (AVL)
3. Business Intelligence & Analytics (BIA)
4. Computer Aided Dispatch (CAD)
5. Enterprise Content Management (ECM)
6. Geographic Information System (GIS)
7. Portals (External - Partners)
8. Portals (External - Public)
9. Records Management System (RMS)
10. Time and Attendance (if different to WMS)
11. Workforce Management System (WMS) / Scheduling and Rostering

© 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

# System Lifecycle Stage and Technical Debt
*Most systems are mature and some have technical debt*



**Lifecycle Stage**

**Technical Debt**

**70% of the systems / capabilities are mature**

**2 out of 3 systems have low technical debt.**

- Early Mature
- Fully implemented
- Mature
- Pre-Implemenation

- Low
- Medium

PRPB INTERNAL
136 © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

Appendix B

# Core Systems



**Core Systems that are due within 2 years from now:**

1. **Cloud-Based Computing and Data Storage**
2. **Time and Attendance (if different to WMS)**
3. **Workforce Management System (WMS) / Scheduling and Rostering**

**Core Systems that have low technical fit:**

1. **9-1-1 Phone / Call Taking**
2. **Case Management System (CMS)**
3. **Computer Aided Dispatch (CAD)**
4. **Records Management System (RMS)**
5. **Time and Attendance (if different to WMS)**
6. **Workforce Management System (WMS) / Scheduling and Rostering**

**Gartner**

# Data / Services



**Criticality**
- Mission Critical
- Others

**Business Value**
- High

**Lifecycle Stage**
- Mature
- Pre-Implementation

**Technical Fit**
- Low
- Medium
- High

**Technical Debt**
- Low
- Medium

**Renewable Due**
- Within 1 Year
- Within 2 Years

**Data Systems that are due within 2 years from now:**

1. Business Intelligence & Analytics (BIA)
2. Enterprise Content Management (ECM)
3. Geographic Information System (GIS)
4. IT Security / Privacy

**Data Systems that have low technical fit:**

1. Automatic Vehicle Location (AVL)
2. Business Intelligence & Analytics (BIA)
3. Enterprise Content Management (ECM)
4. Geographic Information System (GIS)

**Gartner.**

# Infrastructure



**Criticality**

- Mission Critical
- Others

**Business Value**

- High
- Low

**Lifecycle Stage**

- Mature
- Pre-Implementation

**Technical Fit**

- High
- N/a

**Technical Debt**

- Medium
- Low

**Renewable Due**

- Within 1 Year
- N/a

**Infrastructure Systems that are due within 1 years from now:**

1. Disaster Recovery
2. Networks

PRPB INTERNAL

139  © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

*Appendix B*

# Sample Devices, IT Service Management and Others



**Criticality**

3 Mission Critical
15 Others

**Business Value**

18 High

**Lifecycle Stage**

3 Mature
15 Pre-Implementation

**Technical Fit**

2 High
14 Medium

**Technical Debt**

6 Low
10 Medium

**Renewable Due**

3 Within 1 Year
8 Within 2 Years

Sample Devices, IT Service Management Systems that are due within 1 years from now:

1. Helpdesk / Ticketing Tool(s)
2. Mobile Devices (Smart Phones)
3. Portals (External - Public)
4. Project Management / PPM
5. Radios (Handheld)
6. Radios (other) Microwave Antenna and communication Towers (21).
7. Radios (Portable)
8. Sensor
9. Video Systems (Body Worn Cameras (BWC))

**Gartner.**



**SECTION TWO**

## Appendix C:
## IT Initiatives Assessment Results

PRPB INTERNAL

141   © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

*Appendix C*

# Initiative Triage Assessment
**PRPB Project:** *Computer Aided Dispatch (CAD)*



**Initial Recommendation**

**Continue Planning**

| Project Phase | Implementation | Key Attributes | Budget Size | Schedule Duration | Delivery Approach |
|---|---|---|---|---|---|
| Project Priority | 1 | | $1,383,255 | TBD | Vendor (Intelutions) |

| Initiative Description |
|---|
| To register information related to complaints faster to be able to dispatch and manage the resources faster and with more agility. Also to allow report generation to get statistics and provide visibility of police interventions. |

| Triage Review | | | | | Comments |
|---|---|---|---|---|---|
| **Project Status** | Unknown | Planning | Executing | Closing (or Inactive) | • GTE $900k budget is associated and partially dependent on the CAD budget. |
| **Strategic Importance** | Unknown | Low | Medium | High | • Core mission system and valuable functionality being delivered. |
| **Project Resources** | Unknown | Under-Resourced | Suitable but at Risk | OK / No Issues | • None. |
| **Project Schedule** | Unknown | On-Hold | Late | On-Track | • Project planning and scheduling is pending, based on the completion of this IT Needs Assessment and the development of the PRPB IT Strategic Plan. |
| **Project Artifacts / Controls** | Unknown | Incomplete | Minimum Threshold | Appropriate | • Documentation availability reported by PRPB IT team, based on assessment framework and survey provided by Gartner during discovery. |

PRPB INTERNAL
142  © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner**

Case 3:12-cv-02039-FAB Document 2369-1 Filed 02/05/24 Page 144 of 176

Appendix C

# Initiative Triage Assessment
## PRPB Project: *Globally Totally Electronic (GTE)*

| Project Phase | Implementation |
|---|---|
| Project Priority | 1 |

**Key Attributes**

| Budget Size | Schedule Duration | Delivery Approach |
|---|---|---|
| $900,000 | TBD | Vendor (Intelutions) |

**Initial Recommendation**



**Continue Planning**

| Initiative Description |
|---|
| To provide an Information system to gather criminal and not criminal information using developed modular incident reports that will allow the MNPPR to complete information related to complaints started in the CAD system. Supervisors will be able to review those complaints and sign them electronically. For a faster completion of investigations and operations procedures performed by an Agent and a Supervisor. How to complete the complaint. |

| Triage Review | | | | | Comments |
|---|---|---|---|---|---|
| **Project Status** | Unknown | Planning | Executing | Closing (or Inactive) | • Budget of $900k is in addition to the $1.38m planned for CAD. |
| **Strategic Importance** | Unknown | Low | Medium | High | • Core mission system in the absence of a more formal / best practice RMS. |
| **Project Resources** | Unknown | Under-Resourced | Suitable but at Risk | OK / No Issues | • None. |
| **Project Schedule** | Unknown | On-Hold | Late | On-Track | • Project planning and scheduling is pending, based on the completion of this IT Needs Assessment and the development of the PRPB IT Strategic Plan. |
| **Project Artifacts / Controls** | Unknown | Incomplete | Minimum Threshold | Appropriate | • Documentation availability reported by PRPB IT team, based on assessment framework and survey provided by Gartner during discovery. |

© 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

*Appendix C*

# Initiative Triage Assessment
*PRPB Project:* *Human Resources System (KRONOS)*



**Initial Recommendation**

**Continue**

| Project Phase | In Production |
|---|---|
| Project Priority | 1 |

| Key Attributes | Budget Size | Schedule Duration | Delivery Approach |
|---|---|---|---|
| | $1,949,825 | 12 Months | Vendor (UKG) |

| Initiative Description |
|---|
| Develop and implement an information subsystem to maintain the records of NPPR employees. |

| Triage Review | | | | | Comments |
|---|---|---|---|---|---|
| **Project Status** | Unknown | Planning | Executing | Closing (or Inactive) | • None. |
| **Strategic Importance** | Unknown | Low | Medium | High | • Core mission system and valuable functionality being delivered. |
| **Project Resources** | Unknown | Under-Resourced | Suitable but at Risk | OK / No Issues | • None. |
| **Project Schedule** | Unknown | On-Hold | Late | On-Track | • None. |
| **Project Artifacts / Controls** | Unknown | Incomplete | Minimum Threshold | Appropriate | • Documentation availability reported by PRPB IT team, based on assessment framework and survey provided by Gartner during discovery. |

PRPB INTERNAL
144   © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

# Initiative Triage Assessment
### PRPB Project: Evaluation System (PROMEDIA)

**Initial Recommendation**



**Hold Pending IT Strategy**

| Project Phase | In Evaluation | | Key Attributes | Budget Size | Schedule Duration | Delivery Approach |
|---|---|---|---|---|---|---|
| Project Priority | 3 | | | $- N/A | TBD | Vendor (NTC) |

| Initiative Description |
|---|
| To develop and implement PPR 310.1 PPR 310.2 and PPR 310.3 forms through a web application for the MNPPR. Also develop desktop application for the "Evaluation and performance Division" so they can administer it. Develop metrics to evaluate the MNPPR. |

| Triage Review | | | | | Comments |
|---|---|---|---|---|---|
| **Project Status** | Unknown | Planning | Executing | Closing (or Inactive) | • No budget needed, per report from PRPB. |
| **Strategic Importance** | Unknown | Low | Medium | High | • None. |
| **Project Resources** | Unknown | Under-Resourced | Suitable but at Risk | OK / No Issues | • None. |
| **Project Schedule** | Unknown | On-Hold | Late | On-Track | • Project planning and scheduling is pending, based on the completion of this IT Needs Assessment and the development of the PRPB IT Strategic Plan. |
| **Project Artifacts / Controls** | Unknown | Incomplete | Minimum Threshold | Appropriate | • Documentation availability reported by PRPB IT team, based on assessment framework and survey provided by Gartner during discovery. |

145 © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

Appendix C

# Initiative Triage Assessment

*PRPB Project:* **Police Training Management System (PTMS)**



**Initial Recommendation**

**Hold Pending IT Strategy**

| Project Phase | In Evaluation | Key Attributes | Budget Size | Schedule Duration | Delivery Approach |
|---|---|---|---|---|---|
| Project Priority | 1 | | $- N/A | TBD | Vendor (NTC) |

| Initiative Description |
|---|
| Allowed to create a database that includes the entire employee per police zone. It will provide visibility of rules and processes for enrollment to each Police zone. Will allow to have an electronic record of training and the expedition of digital certifications. It will also provide schedules of availability for each course. |

| Triage Review | | | | | Comments |
|---|---|---|---|---|---|
| **Project Status** | Unknown | Planning | Executing | Closing (or Inactive) | • No budget needed, per report from PRPB. |
| **Strategic Importance** | Unknown | Low | Medium | High | • Critical operational system and directly related to PRPB's ability to meet Consent Decree requirements. |
| **Project Resources** | Unknown | Under-Resourced | Suitable but at Risk | OK / No Issues | • None. |
| **Project Schedule** | Unknown | On-Hold | Late | On-Track | • None. |
| **Project Artifacts / Controls** | Unknown | Incomplete | Minimum Threshold | Appropriate | • Documentation availability reported by PRPB IT team, based on assessment framework and survey provided by Gartner during discovery. |

© 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner**

*Appendix C*

# Initiative Triage Assessment
**PRPB Project: *Online Courses***

| Project Phase | Pending ITSP |
|---|---|
| Project Priority | 1 |

| Key Attributes | Budget Size | Schedule Duration | Delivery Approach |
|---|---|---|---|
| | $- N/A | TBD | Vendor (NTC) |

**Initial Recommendation**



**Continue Planning**

| Initiative Description |
|---|
| The project for the Online Courses seeks to promote learning, the development of skills and knowledge of all the regulations inherent to the Agency. They make the MNPPR a more productive entity and prepared for decision-making. |

| Triage Review | | | | | Comments |
|---|---|---|---|---|---|
| **Project Status** | Unknown | Planning | Executing | Closing (or Inactive) | • No budget needed, per report from PRPB. |
| **Strategic Importance** | Unknown | Low | Medium | High | • Critical operational system and directly related to PRPB's ability to meet Consent Decree requirements. |
| **Project Resources** | Unknown | Under-Resourced | Suitable but at Risk | OK / No Issues | • None. |
| **Project Schedule** | Unknown | On-Hold | Late | On-Track | • None. |
| **Project Artifacts / Controls** | Unknown | Incomplete | Minimum Threshold | Appropriate | • Documentation availability reported by PRPB IT team, based on assessment framework and survey provided by Gartner during discovery. |

PRPB INTERNAL
147   © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner**

Case 3:12-cv-02039-FAB   Document 2369-1   Filed 02/05/24   Page 149 of 176

*Appendix C*

# Initiative Triage Assessment
**PRPB Project:** *Radio Recording System (CODECOM)*



**Initial Recommendation**

**Continue**

| Project Phase | In Evaluation | Key Attributes | Budget Size | Schedule Duration | Delivery Approach |
|---|---|---|---|---|---|
| Project Priority | 2 | | $- N/A | TBD | Vendor (CODECOM) |

| Initiative Description |
|---|
| Information system or module to record and store digitally the communication that has been generated between the MNPPR through the communication channels of the Command Center and Radio Control. |

| Triage Review | | | | | Comments |
|---|---|---|---|---|---|
| **Project Status** | Unknown | Planning | Executing | Closing (or Inactive) | • No budget needed, per report from PRPB. |
| **Strategic Importance** | Unknown | Low | Medium | High | • None. |
| **Project Resources** | Unknown | Under-Resourced | Suitable but at Risk | OK / No Issues | • None. |
| **Project Schedule** | Unknown | On-Hold | Late | On-Track | • None. |
| **Project Artifacts / Controls** | Unknown | Incomplete | Minimum Threshold | Appropriate | • Documentation availability reported by PRPB IT team, based on assessment framework and survey provided by Gartner during discovery. |

PRPB INTERNAL

148   © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

*Appendix C*

# Initiative Triage Assessment

**PRPB Project:** *Formal Community Partnerships System*

| Initial Recommendation |
|:---:|
|  |
| **Hold Pending IT Strategy** |

| Project Phase | Implementation |
|---|---|
| Project Priority | 3 |

| Key Attributes | Budget Size | Schedule Duration | Delivery Approach |
|---|---|---|---|
| | $- N/A | TBD | Vendor (NTC) |

| Initiative Description |
|---|
| To develop an electronic record of each alliance per police zone. It will be a way to register decisions made by the NPPR for solutions provided for a specific objective. |

| Triage Review | | | | | Comments |
|---|---|---|---|---|---|
| **Project Status** | Unknown | Planning | Executing | Closing (or Inactive) | ▪ No budget needed, per report from PRPB. |
| **Strategic Importance** | Unknown | Low | Medium | High | ▪ Associated with PRPB's ability to meet Consent Decree requirements. |
| **Project Resources** | Unknown | Under-Resourced | Suitable but at Risk | OK / No Issues | ▪ None. |
| **Project Schedule** | Unknown | On-Hold | Late | On-Track | ▪ None. |
| **Project Artifacts / Controls** | Unknown | Incomplete | Minimum Threshold | Appropriate | ▪ Documentation availability reported by PRPB IT team, based on assessment framework and survey provided by Gartner during discovery. |

149   © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

*Appendix C*

# Initiative Triage Assessment
## *PRPB Project:* Internal Affairs (SARP) Module – also known as EIS



**Initial Recommendation**

**Continue**

| Project Phase | Implementation | Key Attributes | Budget Size | Schedule Duration | Delivery Approach |
|---|---|---|---|---|---|
| Project Priority | 1 | | $1,152,000 | 12 months | Vendor (C2S) |

| Initiative Description |
|---|
| The purpose of this module is to monitor investigations related to improper conduct by Agency rank and civilian personnel. |

| Triage Review | | | | | Comments |
|---|---|---|---|---|---|
| **Project Status** | Unknown | Planning | Executing | Closing (or Inactive) | • None. |
| **Strategic Importance** | Unknown | Low | Medium | High | • Critical operational system and directly related to PRPB's ability to meet Consent Decree requirements. |
| **Project Resources** | Unknown | Under-Resourced | Suitable but at Risk | OK / No Issues | • None. |
| **Project Schedule** | Unknown | On-Hold | Late | On-Track | • None. |
| **Project Artifacts / Controls** | Unknown | Incomplete | Minimum Threshold | Appropriate | • Documentation availability reported by PRPB IT team, based on assessment framework and survey provided by Gartner during discovery. |

PRPB INTERNAL
150   © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

*Appendix C*

# Initiative Triage Assessment
**PRPB Project:** *Office of Legal Affairs (OAL) Module*



Initial Recommendation

**Continue**

| Project Phase | Implementation | Key Attributes | Budget Size | Schedule Duration | Delivery Approach |
|---|---|---|---|---|---|
| Project Priority | 3 | | $- N/A | 12 months | Vendor (C2S) |

| Initiative Description |
|---|
| The purpose of this module is to handle the cases that are referred by SARP. |

| Triage Review | | | | | Comments |
|---|---|---|---|---|---|
| **Project Status** | Unknown | Planning | Executing | Closing (or Inactive) | • Project budget is included within the budget of the $1,152,000 for EIS, per report from PRPB. |
| **Strategic Importance** | Unknown | Low | Medium | High | • Associated with PRPB's ability to meet Consent Decree requirements. |
| **Project Resources** | Unknown | Under-Resourced | Suitable but at Risk | OK / No Issues | • None. |
| **Project Schedule** | Unknown | On-Hold | Late | On-Track | • None. |
| **Project Artifacts / Controls** | Unknown | Incomplete | Minimum Threshold | Appropriate | • Documentation availability reported by PRPB IT team, based on assessment framework and survey provided by Gartner during discovery. |

PRPB INTERNAL
151   © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

# Initiative Triage Assessment
**PRPB Project:** *Domestic Violence Module*

| | |
|---|---|
| **Project Phase** | Implementation |
| **Project Priority** | 1 |

| Key Attributes | Budget Size | Schedule Duration | Delivery Approach |
|---|---|---|---|
| | $- N/A | 12 months | Vendor (C2S) |

**Initial Recommendation**



**Continue**

| Initiative Description |
|---|
| The purpose of this module is to monitor investigations related to misconduct by Agency rank-and-file personnel. |

| Triage Review | | | | | Comments |
|---|---|---|---|---|---|
| **Project Status** | Unknown | Planning | Executing | Closing (or Inactive) | • Project budget is included within the budget of the $1,152,000 for EIS, per report from PRPB. |
| **Strategic Importance** | Unknown | Low | Medium | High | • Important operational capability and associated with PRPB's ability to meet Consent Decree requirements. |
| **Project Resources** | Unknown | Under-Resourced | Suitable but at Risk | OK / No Issues | • None. |
| **Project Schedule** | Unknown | On-Hold | Late | On-Track | • None. |
| **Project Artifacts / Controls** | Unknown | Incomplete | Minimum Threshold | Appropriate | • Documentation availability reported by PRPB IT team, based on assessment framework and survey provided by Gartner during discovery. |

PRPB INTERNAL
© 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner**

*Appendix C*

# Initiative Triage Assessment
*PRPB Project:* *Sexual Offences Module*



**Initial Recommendation**

**Continue**

| Project Phase | Implementation | Key Attributes | Budget Size | Schedule Duration | Delivery Approach |
|---|---|---|---|---|---|
| Project Priority | 1 | | $- N/A | 12 months | Vendor (C2S) |

| Initiative Description |
|---|
| The purpose of this module is for the registration and investigation of incidents related to Sexual Offenses (SD) of ranking and civilian personnel of the agency. |

| Triage Review | | | | | Comments |
|---|---|---|---|---|---|
| **Project Status** | Unknown | Planning | Executing | Closing (or Inactive) | • Project budget is included within the budget of the $1,152,000 for EIS, per report from PRPB. |
| **Strategic Importance** | Unknown | Low | Medium | High | • Important operational capability and associated with PRPB's ability to meet Consent Decree requirements. |
| **Project Resources** | Unknown | Under-Resourced | Suitable but at Risk | OK / No Issues | • None. |
| **Project Schedule** | Unknown | On-Hold | Late | On-Track | • None. |
| **Project Artifacts / Controls** | Unknown | Incomplete | Minimum Threshold | Appropriate | • Documentation availability reported by PRPB IT team, based on assessment framework and survey provided by Gartner during discovery. |

PRPB INTERNAL
153  © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner**

# Initiative Triage Assessment

*PRPB Project:* *Use of Force - Radio Control Module*



**Initial Recommendation**

**Continue**

| Project Phase | Implementation | | Key Attributes | Budget Size | Schedule Duration | Delivery Approach |
|---|---|---|---|---|---|---|
| Project Priority | 2 | | | $- N/A | 12 months | Vendor (C2S) |

| Initiative Description |
|---|
| Module for the registration of incidents related to Uses of Force carried out by the Agency's rank personnel. |

| Triage Review | | | | | Comments |
|---|---|---|---|---|---|
| **Project Status** | Unknown | Planning | Executing | Closing (or Inactive) | • Project budget is included within the budget of the $1,152,000 for EIS, per report from PRPB. |
| **Strategic Importance** | Unknown | Low | Medium | High | • Important operational capability and associated with PRPB's ability to meet Consent Decree requirements. |
| **Project Resources** | Unknown | Under-Resourced | Suitable but at Risk | OK / No Issues | • None. |
| **Project Schedule** | Unknown | On-Hold | Late | On-Track | • None. |
| **Project Artifacts / Controls** | Unknown | Incomplete | Minimum Threshold | Appropriate | • Documentation availability reported by PRPB IT team, based on assessment framework and survey provided by Gartner during discovery. |

**Gartner**

*Appendix C*

# Initiative Triage Assessment
*PRPB Project:* *Use of Force (UOF) Module*



**Initial Recommendation**

**Continue**

| Project Phase | Implementation | Key Attributes | Budget Size | Schedule Duration | Delivery Approach |
|---|---|---|---|---|---|
| Project Priority | 2 | | $- N/A | 12 months | Vendor (C2S) |

| Initiative Description |
|---|
| The purpose of this module is for the registration and investigation of incidents related to the use of force (UOF) of ranking and civilian personnel of the agency. |

| Triage Review | | | | | Comments |
|---|---|---|---|---|---|
| **Project Status** | Unknown | Planning | Executing | Closing (or Inactive) | • Project budget is included within the budget of the $1,152,000 for EIS, per report from PRPB. |
| **Strategic Importance** | Unknown | Low | Medium | High | • Important operational capability and directly related to PRPB's ability to meet Consent Decree requirements. |
| **Project Resources** | Unknown | Under-Resourced | Suitable but at Risk | OK / No Issues | • None. |
| **Project Schedule** | Unknown | On-Hold | Late | On-Track | • None. |
| **Project Artifacts / Controls** | Unknown | Incomplete | Minimum Threshold | Appropriate | • Documentation availability reported by PRPB IT team, based on assessment framework and survey provided by Gartner during discovery. |

PRPB INTERNAL
155  © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

*Appendix C*

# Initiative Triage Assessment
**PRPB Project:** *Hate Crimes Module*



**Initial Recommendation**

**Continue**

| Project Phase | Implementation | | Key Attributes | Budget Size | Schedule Duration | Delivery Approach |
|---|---|---|---|---|---|---|
| Project Priority | 3 | | | $- N/A | 12 months | Vendor (C2S) |

| | Initiative Description |
|---|---|
| The System provides functionality for the transactional management of complaints in the areas of Registration, Investigation and Analysis related to Hate Crimes. | |

| Triage Review | | | | | Comments |
|---|---|---|---|---|---|
| **Project Status** | Unknown | Planning | Executing | Closing (or Inactive) | • Project budget is included within the budget of the $1,152,000 for EIS, per report from PRPB. |
| **Strategic Importance** | Unknown | Low | Medium | High | • Important operational capability and associated with PRPB's ability to meet Consent Decree requirements. |
| **Project Resources** | Unknown | Under-Resourced | Suitable but at Risk | OK / No Issues | • None. |
| **Project Schedule** | Unknown | On-Hold | Late | On-Track | • None. |
| **Project Artifacts / Controls** | Unknown | Incomplete | Minimum Threshold | Appropriate | • Documentation availability reported by PRPB IT team, based on assessment framework and survey provided by Gartner during discovery. |

PRPB INTERNAL
156   © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner**

*Appendix C*

# Initiative Triage Assessment
*PRPB Project: Operational & Admin Inspections Module*

| | Initial Recommendation |
|---|---|
| |  |
| | **Continue** |

| Project Phase | Implementation | | Key Attributes | Budget Size | Schedule Duration | Delivery Approach |
|---|---|---|---|---|---|---|
| Project Priority | 3 | | | $- N/A | 12 months | Vendor (C2S) |

| Initiative Description |
|---|
| Module to perform audit functions to identify deficiencies, analyze causes and issue recommendations to implement effective corrective measures. |

| Triage Review | | | | | Comments |
|---|---|---|---|---|---|
| **Project Status** | Unknown | Planning | Executing | Closing (or Inactive) | • Project budget is included within the budget of the $1,152,000 for EIS, per report from PRPB. |
| **Strategic Importance** | Unknown | Low | Medium | High | • Important operational capability. |
| **Project Resources** | Unknown | Under-Resourced | Suitable but at Risk | OK / No Issues | • None. |
| **Project Schedule** | Unknown | On-Hold | Late | On-Track | • None. |
| **Project Artifacts / Controls** | Unknown | Incomplete | Minimum Threshold | Appropriate | • Documentation availability reported by PRPB IT team, based on assessment framework and survey provided by Gartner during discovery. |

PRPB INTERNAL
157  © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner**

# Initiative Triage Assessment
**PRPB Project: Virtual Library**



**Initial Recommendation**

**Continue**

| Project Phase | Implementation | | Key Attributes | Budget Size | Schedule Duration | Delivery Approach |
|---|---|---|---|---|---|---|
| Project Priority | 3 | | | $62,4000 | 12 months | Vendor (InTech) |

| Initiative Description |
|---|
| It is the module through which all policies, procedures and regulations governing all administrative and operational aspects will be published, indexed in such a way that NPPR employees and citizens can have access to this information. In addition, it will have the functionality so that citizens can submit comments and / or recommendations related to the information provided. |

| Triage Review | | | | | Comments |
|---|---|---|---|---|---|
| **Project Status** | Unknown | Planning | Executing | Closing (or Inactive) | ▪ None. |
| **Strategic Importance** | Unknown | Low | Medium | High | ▪ Important operational capability and associated with PRPB's ability to meet Consent Decree requirements. |
| **Project Resources** | Unknown | Under-Resourced | Suitable but at Risk | OK / No Issues | ▪ None. |
| **Project Schedule** | Unknown | On-Hold | Late | On-Track | ▪ None. |
| **Project Artifacts / Controls** | Unknown | Incomplete | Minimum Threshold | Appropriate | ▪ Documentation availability reported by PRPB IT team, based on assessment framework and survey provided by Gartner during discovery. |

158 © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner**

*Appendix C*

# Initiative Triage Assessment
*PRPB Project:* **CertiWeb**



**Initial Recommendation**

**Continue**

| Project Phase | **Implementation** | | Key Attributes | *Budget Size* | *Schedule Duration* | *Delivery Approach* |
|---|---|---|---|---|---|---|
| Project Priority | **3** | | | **$- N/A** | **12 months** | **Vendor (C2S)** |

## Initiative Description

Completely online application (Web-Based) that allows MNPPRs to access their training histories and certifications, once they enter the system with their user account and password (password) the information will be accessible to view and print.

| Triage Review | | | | | Comments |
|---|---|---|---|---|---|
| **Project Status** | Unknown | Planning | Executing | Closing (or Inactive) | • No budget needed, per report from PRPB. |
| **Strategic Importance** | Unknown | Low | Medium | High | • Important operational capability and associated with PRPB's ability to meet Consent Decree requirements. |
| **Project Resources** | Unknown | Under-Resourced | Suitable but at Risk | OK / No Issues | • None. |
| **Project Schedule** | Unknown | On-Hold | Late | On-Track | • None. |
| **Project Artifacts / Controls** | Unknown | Incomplete | Minimum Threshold | Appropriate | • Documentation availability reported by PRPB IT team, based on assessment framework and survey provided by Gartner during discovery. |

PRPB INTERNAL

159  © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner**

*Appendix C*

# Initiative Triage Assessment
*PRPB Project:* **Crime Info. Warehouse (CIW)**



**Initial Recommendation**

**Hold Pending IT Strategy**

| Project Phase | In Evaluation | | Key Attributes | Budget Size | Schedule Duration | Delivery Approach |
|---|---|---|---|---|---|---|
| Project Priority | 2 | | | $649,000 | TBD | Vendor (C2S) |

| Initiative Description |
|---|
| Crime Information Where House. For Integrating different database. |

| Triage Review | | | | | Comments |
|---|---|---|---|---|---|
| **Project Status** | Unknown | Planning | **Executing** | Closing (or Inactive) | • None. |
| **Strategic Importance** | Unknown | Low | Medium | **High** | • Critical operational capability and directly related to PRPB's ability to meet Consent Decree requirements. |
| **Project Resources** | **Unknown** | Under-Resourced | Suitable but at Risk | OK / No Issues | • None. |
| **Project Schedule** | Unknown | **On-Hold** | Late | On-Track | • None. |
| **Project Artifacts / Controls** | Unknown | **Incomplete** | Minimum Threshold | Appropriate | • Documentation availability reported by PRPB IT team, based on assessment framework and survey provided by Gartner during discovery. |

160  © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

*Appendix C*

# Initiative Triage Assessment
## PRPB Project: *Non-Punitive Misdemeanors Module*

| | | | |
|---|---|---|---|
| **Project Phase** | In Evaluation | |
| **Project Priority** | 2 | |

| Key Attributes | Budget Size | Schedule Duration | Delivery Approach |
|---|---|---|---|
| | $- N/A | TBD | Vendor (C2S) |

**Initial Recommendation**



**Hold Pending IT Strategy**

| Initiative Description |
|---|
| The purpose of this module is for the registration and investigation of incidents related to the Non-Punitive Offenses (FNP) of rank and civilian personnel of the agency. |

| Triage Review | | | | | Comments |
|---|---|---|---|---|---|
| **Project Status** | Unknown | Planning | Executing | Closing (or Inactive) | • Project budget is included within the budget of the $1,152,000 for EIS, per report from PRPB. |
| **Strategic Importance** | Unknown | Low | Medium | High | • Important operational capability and associated with PRPB's ability to meet Consent Decree requirements. |
| **Project Resources** | Unknown | Under-Resourced | Suitable but at Risk | OK / No Issues | • None. |
| **Project Schedule** | Unknown | On-Hold | Late | On-Track | • None. |
| **Project Artifacts / Controls** | Unknown | Incomplete | Minimum Threshold | Appropriate | • Documentation availability reported by PRPB IT team, based on assessment framework and survey provided by Gartner during discovery. |

PRPB INTERNAL
161   © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

*Appendix C*

# Initiative Triage Assessment
**PRPB Project:** *Supervisor Module*



**Initial Recommendation**

**Hold Pending IT Strategy**

| Project Phase | In Evaluation | Key Attributes | Budget Size | Schedule Duration | Delivery Approach |
|---|---|---|---|---|---|
| Project Priority | 2 | | $- N/A | TBD | Vendor (C2S) |

| Initiative Description |
|---|
| Module to support effective supervision and management of PRPB civilian and ranking personnel. |

| Triage Review | | | | | Comments |
|---|---|---|---|---|---|
| **Project Status** | Unknown | Planning | Executing | Closing (or Inactive) | • Project budget is included within the budget of the $1,152,000 for EIS, per report from PRPB. |
| **Strategic Importance** | Unknown | Low | Medium | High | • Important operational capability and associated with PRPB's ability to meet Consent Decree requirements. |
| **Project Resources** | Unknown | Under-Resourced | Suitable but at Risk | OK / No Issues | • None. |
| **Project Schedule** | Unknown | On-Hold | Late | On-Track | • None. |
| **Project Artifacts / Controls** | Unknown | Incomplete | Minimum Threshold | Appropriate | • Documentation availability reported by PRPB IT team, based on assessment framework and survey provided by Gartner during discovery. |

PRPB INTERNAL
162   © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

*Appendix C*

# Initiative Triage Assessment
*PRPB Project:* *Tracking Module*

<table>
<tr><td>**Project Phase**</td><td>In Evaluation</td></tr>
<tr><td>**Project Priority**</td><td>2</td></tr>
</table>

| Key Attributes | Budget Size | Schedule Duration | Delivery Approach |
|---|---|---|---|
| | $- N/A | TBD | Vendor (C2S) |

<strong>Initial Recommendation</strong>

<strong>Hold Pending IT Strategy</strong>

## Initiative Description

This module It will allow entering and documenting the follow-up of the corrective measures generated from investigations related to administrative complaints and non-punitive offenses.

| Triage Review | | | | | Comments |
|---|---|---|---|---|---|
| **Project Status** | Unknown | Planning | Executing | Closing (or Inactive) | • Project budget is included within the budget of the $1,152,000 for EIS, per report from PRPB. |
| **Strategic Importance** | Unknown | Low | Medium | High | • Important operational capability and associated with PRPB's ability to meet Consent Decree requirements. |
| **Project Resources** | Unknown | Under-Resourced | Suitable but at Risk | OK / No Issues | • None. |
| **Project Schedule** | Unknown | On-Hold | Late | On-Track | • None. |
| **Project Artifacts / Controls** | Unknown | Incomplete | Minimum Threshold | Appropriate | • Documentation availability reported by PRPB IT team, based on assessment framework and survey provided by Gartner during discovery. |

© 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

*Appendix C*

# Initiative Triage Assessment
*PRPB Project:* **EIS Dashboard**



**Initial Recommendation**

**Continue Planning**

| Project Phase | In Evaluation | | Key Attributes | Budget Size | Schedule Duration | Delivery Approach |
|---|---|---|---|---|---|---|
| Project Priority | 2 | | | $- N/A | TBD | Vendor (C2S) |

| **Initiative Description** |
|---|
| Purpose of promoting ethical and professional police practices, managing risks and responsibilities, evaluating the performance of Police employees in all ranks, divisions, shifts and components of the organization. |

| Triage Review | | | | | Comments |
|---|---|---|---|---|---|
| **Project Status** | Unknown | **Planning** | Executing | Closing (or Inactive) | • Project budget is included within the budget of the $1,152,000 for EIS, per report from PRPB. |
| **Strategic Importance** | Unknown | Low | Medium | **High** | • Important operational capability and directly associated with PRPB's ability to meet Consent Decree requirements. |
| **Project Resources** | **Unknown** | Under-Resourced | Suitable but at Risk | OK / No Issues | • None. |
| **Project Schedule** | Unknown | **On-Hold** | Late | On-Track | • None. |
| **Project Artifacts / Controls** | Unknown | **Incomplete** | Minimum Threshold | Appropriate | • Documentation availability reported by PRPB IT team, based on assessment framework and survey provided by Gartner during discovery. |

© 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

*Appendix C*

# Initiative Triage Assessment
**PRPB Project:** *Specialized Units Module (STU's)*



**Initial Recommendation**

**Continue**

| Project Phase | Implementation | Key Attributes | Budget Size | Schedule Duration | Delivery Approach |
|---|---|---|---|---|---|
| Project Priority | 2 | | $- N/A | TBD | Vendor (Intelutions) |

| Initiative Description |
|---|
| Module to collect and review monthly information on the activations and mobilizations of specialized tactical units (STU's) that will include operational plans and subsequent reports. |

| Triage Review | | | | | Comments |
|---|---|---|---|---|---|
| **Project Status** | Unknown | Planning | Executing | Closing (or Inactive) | • Project budget is included within the budget of the $1.38m for CAD, per report from PRPB. |
| **Strategic Importance** | Unknown | Low | Medium | High | • None. |
| **Project Resources** | Unknown | Under-Resourced | Suitable but at Risk | OK / No Issues | • None. |
| **Project Schedule** | Unknown | On-Hold | Late | On-Track | • None. |
| **Project Artifacts / Controls** | Unknown | Incomplete | Minimum Threshold | Appropriate | • Documentation availability reported by PRPB IT team, based on assessment framework and survey provided by Gartner during discovery. |

165  © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner**

*Appendix C*

# Initiative Triage Assessment
*PRPB Project:* *Arrests and Searches Module*

| Initial Recommendation |
|:---:|
|  |
| **Continue Planning** |

| Project Phase | In Evaluation | | Key Attributes | Budget Size | Schedule Duration | Delivery Approach |
|---|---|---|---|---|---|---|
| Project Priority | 2 | | | $- N/A | TBD | Vendor (Intelutions) |

| Initiative Description |
|---|
| Module to collect and review monthly incidents resulting in arrests and raids to carry out the reviews of such incidents. Similarly, document arrests in an electronic form, using as a reference the mechanized automatic dispatch system adopted by the Agency to electronically draft arrests, interventions and records. |

| Triage Review | | | | | Comments |
|---|---|---|---|---|---|
| **Project Status** | Unknown | Planning | Executing | Closing (or Inactive) | • Project budget is included within the budget of the $1.38m for CAD, per report from PRPB. |
| **Strategic Importance** | Unknown | Low | Medium | High | • Important operational capability and associated with PRPB's ability to meet Consent Decree requirements. |
| **Project Resources** | Unknown | Under-Resourced | Suitable but at Risk | OK / No Issues | • None. |
| **Project Schedule** | Unknown | On-Hold | Late | On-Track | • None. |
| **Project Artifacts / Controls** | Unknown | Incomplete | Minimum Threshold | Appropriate | • Documentation availability reported by PRPB IT team, based on assessment framework and survey provided by Gartner during discovery. |

© 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

# Initiative Triage Assessment

*PRPB Project:* *Shooting Module (SHOOTER)*



| Project Phase | In Evaluation | | Key Attributes | Budget Size | Schedule Duration | Delivery Approach |
|---|---|---|---|---|---|---|
| Project Priority | 3 | | | $- N/A | TBD | Vendor (NTC) |

| Initiative Description |
|---|
| Module that records the performance of the agent during the trainings relevant to the fulfillment of their functions, not only in terms of qualifications but also create records of the physical characteristics of the shooter in terms of the handling of weapons. For this, it is necessary to create the application with tools that allow the constant updating of the evaluation documents to adapt them to the needs and that facilitate the registration of the information. |

| Triage Review | | | | Comments |
|---|---|---|---|---|
| **Project Status** | Unknown | Planning | Executing | Closing (or Inactive) | ▪ No budget needed, per the report from PRPB. |
| **Strategic Importance** | Unknown | Low | Medium | High | ▪ None. |
| **Project Resources** | Unknown | Under-Resourced | Suitable but at Risk | OK / No Issues | ▪ None. |
| **Project Schedule** | Unknown | On-Hold | Late | On-Track | ▪ None. |
| **Project Artifacts / Controls** | Unknown | Incomplete | Minimum Threshold | Appropriate | ▪ Documentation availability reported by PRPB IT team, based on assessment framework and survey provided by Gartner during discovery. |

167   © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**

*Appendix C*

# Initiative Triage Assessment
**PRPB Project: *Cadet Module***



**Initial Recommendation**

**Continue Planning**

| Project Phase | In Evaluation | | Key Attributes | Budget Size | Schedule Duration | Delivery Approach |
|---|---|---|---|---|---|---|
| Project Priority | 2 | | | $- N/A | TBD | Vendor (NTC) |

| Initiative Description |
|---|
| The module allows to enter the PTMS System the information of the Cadets to register all the information of the trainings carried out, the completed trainings, the qualifications obtained and thus be able to issue the academic records, the histories and the certifications that lead to the graduation of the Cadet. |

| Triage Review | | | | | Comments |
|---|---|---|---|---|---|
| **Project Status** | Unknown | Planning | Executing | Closing (or Inactive) | • No budget needed, per the report from PRPB. |
| **Strategic Importance** | Unknown | Low | Medium | High | • Important operational capability and associated with PRPB's ability to meet Consent Decree requirements. |
| **Project Resources** | Unknown | Under-Resourced | Suitable but at Risk | OK / No Issues | • None. |
| **Project Schedule** | Unknown | On-Hold | Late | On-Track | • None. |
| **Project Artifacts / Controls** | Unknown | Incomplete | Minimum Threshold | Appropriate | • Documentation availability reported by PRPB IT team, based on assessment framework and survey provided by Gartner during discovery. |

168   © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner**

Case 3:12-cv-02039-FAB   Document 2369-1   Filed 02/05/24   Page 170 of 176

*Appendix C*

# Initiative Triage Assessment
### *PRPB Project:* *Body Worn Cameras (BWC)*



**Initial Recommendation**

**Continue**

| Project Phase | Implementation | | Key Attributes | Budget Size | Schedule Duration | Delivery Approach |
|---|---|---|---|---|---|---|
| Project Priority | 3 | | | $- N/A | TBD | Vendor (Axon) |

| Initiative Description |
|---|
| To achieve accountability in the NPPR and prevent confrontations. It will assist in completing complaints and incident resolution and provide transparency in the Puerto Rico Police Department Bureau. |

| Triage Review | | | | | Comments |
|---|---|---|---|---|---|
| **Project Status** | Unknown | Planning | Executing | Closing (or Inactive) | • No addition budget needed beyond the recent project costs, per the report from PRPB. |
| **Strategic Importance** | Unknown | Low | Medium | High | • Important operational capability and associated with PRPB's ability to meet Consent Decree requirements. |
| **Project Resources** | Unknown | Under-Resourced | Suitable but at Risk | OK / No Issues | • None. |
| **Project Schedule** | Unknown | On-Hold | Late | On-Track | • None. |
| **Project Artifacts / Controls** | Unknown | Incomplete | Minimum Threshold | Appropriate | • Documentation availability reported by PRPB IT team, based on assessment framework and survey provided by Gartner during discovery. |

PRPB INTERNAL
169   © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner**

*Appendix C*

# Initiative Triage Assessment
*PRPB Project:* *NCIC System Integration*



**Initial Recommendation**

**Continue**

| Project Phase | In Evaluation | Key Attributes | Budget Size | Schedule Duration | Delivery Approach |
|---|---|---|---|---|---|
| Project Priority | 2 | | $- N/A | TBD | Vendor (Intelutions) |

| Initiative Description |
|---|
| Integration of the required functionality between the Mobile CAD System and access to the Information System of the National Criminal Information Center (NCIC). |

| Triage Review | | | | | Comments |
|---|---|---|---|---|---|
| **Project Status** | Unknown | Planning | Executing | Closing (or Inactive) | • Project budget is included within the budget of the $1,152,000 for EIS, per report from PRPB. |
| **Strategic Importance** | Unknown | Low | Medium | High | • Important operational capability. |
| **Project Resources** | Unknown | Under-Resourced | Suitable but at Risk | OK / No Issues | • None. |
| **Project Schedule** | Unknown | On-Hold | Late | On-Track | • None. |
| **Project Artifacts / Controls** | Unknown | Incomplete | Minimum Threshold | Appropriate | • Documentation availability reported by PRPB IT team, based on assessment framework and survey provided by Gartner during discovery. |

 PRPB INTERNAL
© 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner**

*Appendix C*

# Initiative Triage Assessment
*PRPB Project:* *NIBRS Certification (FBI)*



**Initial Recommendation**

**Continue**

| Project Phase | In Evaluation | | Key Attributes | *Budget Size* | *Schedule Duration* | *Delivery Approach* |
|---|---|---|---|---|---|---|
| Project Priority | 2 | | | $- N/A | TBD | Vendor (Intelutions, C2S) |

| Initiative Description |
|---|
| Implement national incident reporting system (NIBRS) coding to improve the overall quality of crime data collected by the Agency. With this, capture details about each individual criminal incident, as well as about separate crimes within the same incident. |

| Triage Review | | | | | Comments |
|---|---|---|---|---|---|
| **Project Status** | Unknown | Planning | Executing | Closing (or Inactive) | • Project budget is included within the budget of the $1,152,000 for EIS and $1.38m for CAD, per report from PRPB. |
| **Strategic Importance** | Unknown | Low | Medium | High | • Important operational capability and associated with PRPB's ability to meet DOJ requirements. |
| **Project Resources** | Unknown | Under-Resourced | Suitable but at Risk | OK / No Issues | • None. |
| **Project Schedule** | Unknown | On-Hold | Late | On-Track | • None. |
| **Project Artifacts / Controls** | Unknown | Incomplete | Minimum Threshold | Appropriate | • Documentation availability reported by PRPB IT team, based on assessment framework and survey provided by Gartner during discovery. |

PRPB INTERNAL

171   © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.



*Appendix C*

# Initiative Triage Assessment
**PRPB Project:** *Field Training Officer Program*



**Initial Recommendation**

**Continue Planning**

| Project Phase | In Evaluation | | Key Attributes | Budget Size | Schedule Duration | Delivery Approach |
|---|---|---|---|---|---|---|
| Project Priority | 1 | | | $- N/A | TBD | Vendor (NTC) |

| Initiative Description |
|---|
| Information system to record all the data and information of the specialized unit that train new officers so that each officer is prepared to function as a solo patrol officer at the conclusion of their training cycle. |

| Triage Review | | | | | Comments |
|---|---|---|---|---|---|
| **Project Status** | Unknown | Planning | Executing | Closing (or Inactive) | • No budget needed, per the report from PRPB. |
| **Strategic Importance** | Unknown | Low | Medium | High | • Important operational capability and associated with PRPB's ability to meet Consent Decree requirements. |
| **Project Resources** | Unknown | Under-Resourced | Suitable but at Risk | OK / No Issues | • None. |
| **Project Schedule** | Unknown | On-Hold | Late | On-Track | • None. |
| **Project Artifacts / Controls** | Unknown | Incomplete | Minimum Threshold | Appropriate | • Documentation availability reported by PRPB IT team, based on assessment framework and survey provided by Gartner during discovery. |

PRPB INTERNAL
172   © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.





**SECTION TWO**

# Appendix D:
## Coverage Map



PRPB INTERNAL
173 © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**



Gartner.



# Gartner Contacts

**Jim McGrath**
Expert Partner
Gartner Consulting
Telephone: +1 917-767-9207
jim.mcgrath@gartner.com

**Sandra Edinger**
Associate Director
Gartner Consulting
Telephone: +1 903-505-4083
sandra.edinger@gartner.com

**Kartik Kalra**
Consultant
Gartner Consulting
Telephone: +91 124-650-0560
kartik.kalra@gartner.com

**Jon Kashare**
Senior Managing Partner
Gartner Consulting
Telephone: +1 917-882-3274
jonathan.kashare@gartner.com

**Joe Siegel**
Senior Managing Partner
Gartner Consulting
Telephone: +1 310-268-0900
joe.siegel@gartner.com

**John Fitzgerald**
Senior Managing Partner
Gartner Consulting
Telephone: +1 571-214-0623
john.fitzgerald@gartner.com



PRPB INTERNAL
175   © 2022 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

**Gartner.**