OFFICE OF THE FPMPR LLC.
B-5 Calle Tabonuco Suite 216 PMB 292
Guaynabo, Puerto Rico 00968

December 1, 2023

Travel Expenses by the members of the Office of the FPMPR LLC. For November 2023:

| NAME | AMOUNT | MONTH |
|---|---|---|
| 1. John Romero | $2,211.91 | November 2023 |
| 2. Donald S. Gosselin | $2,539.59 | November 2023 |
| 3. Al Youngs | $1,943.31 | November 2023 |
| 4. Scott Cragg | $2,382.33 | November 2023 |
| 5. Hipolito Castro Jr | $2,179.85 | November 2023 |
| **TOTAL:** | **$11,256.99** | November 2023 |
| | | |