

FPM TRAVEL REIMBURSEMENT COVER SHEET

Name: John Romero

Invoice number: 113T

Invoice date: November 20, 2023

Site visit travel dates: November 12-17, 2023

Total travel reimbursement amount   $2211.91

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_[signature: John J. Romero]_                                           November 20, 2023

Signature                                                                Date

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $751.80 | 1 | $751.80 |
| Baggage | $ | 0 | $0 |
| Ground Transportation (Uber/Lyft/Taxi) | | | $0 |
| Ground Transportation (Parking) | $ | 0 | $0 |
| Ground Transportation (Mileage) | $0.655 | 82 | $53.71 |
| Lodging | $154.78 | 5 | $773.90 |
| Per Diem (Travel Days) | $86.25 | 2 | $172.5 |
| Per Diem (Full Days) | $115.00 | 4 | $460.00 |
| Other: | | | |
| Total | | | $2211.91 |

**COURTYARD Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr John Romero
2301 Pacific Ave
Costa Mesa CA 92627
United States

Room: 0201
Room Type: KSTE
No. of Guests: 1
Rate: $ 125.00  Clerk: 8

Marriott Rewards #   756834271

CRS Number   92387965

Name:

Arrive: 11-12-23     Time: 12:04 PM     Depart: 11-17-23     Folio Number: 750905

| Date | Description | Charges | Credits |
|---|---|---|---|
| 11-12-23 | Package | 125.00 | |
| 11-12-23 | Destination Fee | 17.00 | |
| 11-12-23 | Government Tax | 12.78 | |
| 11-13-23 | COMEDOR- Guest Charge (Breakfast) | 4.95 | |
| 11-13-23 | Package | 125.00 | |
| 11-13-23 | Destination Fee | 17.00 | |
| 11-13-23 | Government Tax | 12.78 | |
| 11-14-23 | COMEDOR- Guest Charge (Breakfast) | 4.95 | |
| 11-14-23 | Package | 125.00 | |
| 11-14-23 | Destination Fee | 17.00 | |
| 11-14-23 | Government Tax | 12.78 | |
| 11-15-23 | COMEDOR- Guest Charge (Breakfast) | 4.95 | |
| 11-15-23 | Package | 125.00 | |
| 11-15-23 | Destination Fee | 17.00 | |
| 11-15-23 | Government Tax | 12.78 | |
| 11-16-23 | COMEDOR- Guest Charge (Breakfast) | 4.95 | |
| 11-16-23 | Package | 125.00 | |
| 11-16-23 | Destination Fee | 17.00 | |
| 11-16-23 | Government Tax | 12.78 | |
| 11-17-23 | COMEDOR- Guest Charge (Breakfast) | 4.95 | |
| 11-17-23 | Master Card / Euro Card | | 798.65 |
| | Card # XXXXXXXXXXX1805 | | |



**Gmail**

John Romero <jrrjjr.romero@gmail.com>

## Itinerary receipt notice
1 message

---

**JetBlue** <jetblueairways@email.jetblue.com>  Sat, Sep 9, 2023 at 2:08 PM
Reply-To: JetBlue <reply@email.jetblue.com>
To: jrrjjr.romero@gmail.com



## Your travel receipt.
Thanks for flying JetBlue!

## Travel Purchase

**Date of requested receipt:** 2023-09-09     **Record Locator:** GVWAGI

| | | | |
|---|---|---|---|
| **LAX** | **MCO** | Travel date | 2023-11-11T21:40:00 |
| | | Flight number | 0132 |
| **MCO** | **SJU** | Travel date | 2023-11-12T07:55:00 |
| | | Flight number | 1233 |
| **SJU** | **MCO** | Travel date | 2023-11-17T12:57:00 |
| | | Flight number | 1334 |
| **MCO** | **LAX** | Travel date | 2023-11-17T18:25:00 |
| | | Flight number | 0131 |

**Traveler(s)**     **Ticket number(s)**

ROMERO/JOHN J MR                                    2792133496992

Base fare:                                          $680.40 USD

| Taxes & fees breakdown: | AMOUNT | CURRENCY | PURPOSE - (CODE) |
|---|---|---|---|
| | $18.00 | USD | U.S. Passenger Facility Charge - (XF) |
| | $11.20 | USD | U.S. September 11th Security Fee - (AY) |
| | $42.20 | USD | U.S. Transportation Tax - (US2) |
| Taxes & fees total: | $71.40 | USD | |
| Base fare total: | $751.80 | | |

Payment(s):

Mastercard XXXXXXXXXXXX1805                          $751.80

# Total paid: $751.80 USD*

*includes all fares, taxes, fees and penalties less any amounts refunded

Flight Status  |  Bag Info  |  Airport Info

# Stay connected

 Download the JetBlue mobile app

   

Help

Business Travel

Privacy

About JetBlue

Please call 1-800-JETBLUE (1-800-538-2583) for additional assistance.

Positive identification required for airport check-in.

 **Gmail**  John Romero <jrrjjr.romero@gmail.com>

## JetBlue booking confirmation for JOHN J ROMERO - GVWAGI
1 message

**JetBlue Reservations** <jetblueairways@email.jetblue.com>  Sat, Sep 9, 2023 at 1:39 PM
Reply-To: JetBlue Reservations <reply@email.jetblue.com>
To: jrrjjr.romero@gmail.com

Check out the details for your trip on Sat, Nov 11

Français | Español

**jetBlue**

#3486580574

# You're all set to jet.

And, your continued loyalty is what keeps us flying high. Thanks again for being a Mosaic member.

# Your Flight Itinerary

## Your JetBlue confirmation code is GVWAGI

| LAX ▶ MCO | Flight 132 | Sat, Nov 11 | Sun, Nov 12 |
| jetBlue | | 9:40pm — 5:17am |
| | | Terminal: 5 | |

| MCO ▶ SJU | Flight 1233 | Sun, Nov 12 | Sun, Nov 12 |
| jetBlue | | 7:55am — 11:54am |
| | | Terminal: C | |

| SJU ▶ MCO | Flight 1334 | Fri, Nov 17 12:57pm Terminal: A | - | Fri, Nov 17 3:16pm |
|---|---|---|---|---|
| jetBlue | | | | |

| MCO ▶ LAX | Flight 131 | Fri, Nov 17 6:25pm Terminal: C | - | Fri, Nov 17 9:05pm |
|---|---|---|---|---|
| jetBlue | | | | |

**Get the latest** entry and travel requirements for your trip.

# Your Traveler Details

## JOHN J ROMERO

Los Angeles
**LAX**

Orlando
**MCO**

**TrueBlue Number:** 3486580574

**Ticket number:** 2792133496992

**Flight #** 132

**Fare:** Blue

**Seat:** 2C  EVEN MORE SPACE

**Notes:** Even More® Space

Manage my booking

Orlando
**MCO**

San Juan
**SJU**

**TrueBlue Number:** 3486580574

**Ticket number:** 2792133496992

**Flight #** 1233

**Fare:** Blue

**Seat:** 3C  EVEN MORE SPACE

**Notes:** Even More® Space

Manage my booking

San Juan
**SJU**

—

Orlando
**MCO**

**TrueBlue Number:** 3486580574

**Ticket number:** 2792133496992

**Flight #** 1334

**Fare:** Blue

**Seat:** 2C  EVEN MORE SPACE

**Notes:** Even More® Space

[Manage my booking]

Orlando
**MCO**

—

Los Angeles
**LAX**

**TrueBlue Number:** 3486580574

**Ticket number:** 2792133496992

**Flight #** 131

**Fare:** Blue

**Seat:** 2C  EVEN MORE SPACE

**Notes:** Even More® Space

[Manage my booking]

## Bag Allowance (per traveler)

**LAX ▶ SJU**

| Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|
| Free | Free | Free Mosaic Perk | Free Mosaic Perk |

**SJU ▶ LAX**

| Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|
| Free | Free | Free Mosaic Perk | Free Mosaic Perk |

**Size and weight limits apply. See full details on our Bag Info page** ▶

Free checked bag benefit for Mosaic members applies to JetBlue-operated flights only.

Additional charges may apply.

**Need to check more than 2 bags?** Additional bags can be added during check-in (starting 24 hours before departure) or at the airport.

## Payment Details

Master XXXXXXXXXXX1805

Purchase Date: Sep 9, 2023
Request full receipt

| | |
|---|---:|
| CREDIT_CARD | $751.80 |
| NONREF | $680.40 |
| Taxes & fees | $71.40 |
| **Total** | **$751.80 USD** |

## Change made easy.

Change or cancel flights, add extras like Even More® Space seats or pets, select or switch seats, update TrueBlue & Known Traveler numbers, and other traveler details—all in one place. Stay safe from fraud—use only jetblue.com or the JetBlue app to change or cancel your flights.

[Manage my booking]

**If your booking was made at least 7 days in advance:** You may cancel it within 24 hours for a full refund to your original form of payment, without a cancellation fee.

**JetBlue Change/Cancel Policy:** There is no fee to change (or cancel) Blue, Blue Extra, Blue Plus or Mint fares. Blue Basic fares are subject to a change/cancel fee of $100 for travel wholly within the U.S., Caribbean, Mexico or Central America, or $200 for all other routes.

Fare difference may apply and funds may be in the form of a JetBlue travel credit, valid for 12 months from original ticketing date. Booked before Mar 8, 2023? See details on expiration date here. As a Mosaic, same-day switches may be made

Job Report

Google Maps	2301 Pacific Ave, Costa Mesa, CA 92627 to lax terminal 5	**Drive 41.1 miles** 1 hr 3 min



Map data ©2021 Google  2 mi

## 2301 Pacific Ave
Costa Mesa, CA 92627

**Get on I-405 N from W Wilson St and Harbor Blvd**

13 min (4.3 mi)

1. Head south on Pacific Ave toward Sea Breeze Dr

   0.1 mi

2. Turn left onto W Wilson St
   ⓘ Pass by Taco Bell (on the left in 1.4 mi)

   1.4 mi

3. Use the left 2 lanes to turn left onto Harbor Blvd
   ⓘ Pass by Panda Express (on the right)

   2.2 mi

4. Use the right lane to merge onto I-405 N via the ramp to Long Beach

   0.6 mi

**Follow I-405 N to CA-1 N/S Sepulveda Blvd in Los Angeles. Take exit 1C from I-105 W**

33 min (35.1 mi)

5. Merge onto I-405 N

   16.6 mi

https://www.google.com/maps/dir/2301+Pacific+Ave,+Costa+Mesa,+CA+92627/lax+terminal+5/@33.8571495,-118.2873594,11z/am=t/data=!3m1!4b1!…  1/2



FPMPR TRAVEL EXPENSE NOTE:

**John Romero Travel Expense Invoices Note:**

**Date: November 30, 2023**

**Notes:**

Please note:

Travel Expenses:
- The Even More Space Note in the Airfare receipt is a free benefit from the Airline as a Mosaic Status Perk.