## Travel Breakout

Traveler: Donald S. Gosselin - NOV 12 - 15, 2023. Invoice #1183

| Expense | Unit Cost | Units | Column1 | Total | Column2 | Column3 |
|---|---|---|---|---|---|---|
| Airfare PTY-SJU-PTY/Coach 14 NOV | $ 1,024.80 | 1 | $ - | $ 1,024.80 | COPA PTY- SJU COACH | |
| Airfare SJU-PTY/Coach | $ - | 0 | | $ - | AA SJU-BOS COACH | |
| Airline Change Fee (incl tax) | $ - | 0 | | $ - | N/A | |
| Ground Transportation (Uber/Lyft/Taxi) | $ - | 0 | | $ 25.88 | Airport SJU/OFFICE/HOTEL | |
| Ground Transportation (Parking) | $ 15.55 | 0 | | $ - | Airport Parking Sun-Fri | |
| Ground POV Transport Home/Airfield/Home | $ 0.655 | 46 | | $ 30.13 | BASE/PTY/BASE | **75km = 46.6 miles PLEASE S** |
| Tolls /Use of Rental Vehicle/to-from Base | $9.95 | | WAIVED | $ - | MA/NH/ME/PTY Tolls | |
| Lodging | $ 167.00 | 4 | | $ 668.00 | DoD LOW season rate | |
| Per Diem (Travel Days) | $ 86.25 | 2 | | $ 172.50 | | |
| Per Diem (Full Days) | $ 115.00 | 3 | | $ 345.00 | | |
| Hotel TAX + Fees ($45.00 + $23.32) | $ 68.32 | 4 | | $ 273.28 | | |
| | | | | | | |
| **Total** | | | | **$ 2,539.59** | | |



## ELECTRONIC TICKET FOR DONALD GOSSELIN
31 Oct 2023

**Order ID**
**BFQT5O**

**Manage your Reservation**

Thank you for choosing Copa Airlines for your travel plans. Please read these important details about your reservation and itinerary.

## PASSENGER DETAILS

| Name | Frequent Flyer # | Star Alliance Status | Ticket Number |
|---|---|---|---|
| DONALD GOSSELIN | 233164538CM | Silver | 2302183705754 |

## FLIGHT ITINERARY:

### PANAMA CITY(PTY) - SAN JUAN(SJU) - Flight Number - CM 142 - Economy Class

| Departure | Arrival | Flight Details |
|---|---|---|
| Sunday November 12, 2023 | Sunday November 12, 2023 | Flight Duration: 2h 50m |
| 11:52 AM | 3:42 PM | Aircraft: 738 |
| PANAMA CITY(PTY) | SAN JUAN(SJU) | Flight Operated by: CopaAirlines |
| | | Seats Reserved: Yes - Reserve or Change Seats |

### SAN JUAN(SJU) - PANAMA CITY(PTY) - Flight Number - CM 143 - Economy Class

| Departure | Arrival | Flight Details |
|---|---|---|
| Thursday November 16, 2023 | Thursday November 16, 2023 | Flight Duration: 3h 5m |
| 5:41 PM | 7:46 PM | Aircraft: 738 |
| SAN JUAN(SJU) | PANAMA CITY(PTY) | Flight Operated by: CopaAirlines |
| | | Seats Reserved: Yes - Reserve or Change Seats |

## AIR TRANSPORTATION CHARGES

| Description | Rate |
|---|---|
| Ticket Fare DONALD GOSSELIN | 905.00 USD |
| PA | 63.40 |
| FZ | 20.00 |
| AH | 2.50 |

| | |
|---|---:|
| F3 | 6.00 |
| AY | 5.60 |
| XA | 3.83 |
| XY | 7.00 |
| YC | 6.97 |
| XF | 4.50 |
| Total | 1024.80 USD |

To know more about fare family details click here Copa.com

**PAYMENT METHOD:**

Credit Card                     VIXXXXXXXXXXXX4086              USD 1024.80
                                              Expiry Date:       0527
                                       Authorization Code:       031045

A non-refundable administrative fee will be charged per-person and added to the total ticket price upon purchase of your tickets at our Sales Offices, Airports and Reservations Centers. The fee doesnt apply for purchases made in Mexico. In some countries local taxes may apply to the fee. For more information about this administrative fee, please click here

It is the passenger's responsibility to ensure to obtain and comply with the travel requirements established by the authorities of the place of origin, transit and destination.Before boarding, Copa Airlines will verify that the passenger has the necessary immigration or health requirements for the place of origin and destination. Any passenger who provides false or misleading information regarding such requirements will be responsible for any expenses incurred or fines imposed on the airline for this reason.

Please review your baggage policy for information about your baggage allowance.

Your personal data will be processed in accordance with our privacy policy. For more details on how your personal data is collected, used and transferred, please visit Copa.com

**Travel policies**
**Terms and Conditions of this contract**
 **Contribute to environmental sustainability**

   **Need help?**                                              **Follow Us on  Social Media:**
         For inquiries about reservations, charges, status of your flight
         and more, please visit Copa.com                                    

This automated email has been sent to attygosselin@gmail.com  in order to provide you with  information about your trip.
Please do not reply to this email  using  the 'Reply' button. For assistance,  please contact our Reservation Center.
View our Privacy Policy.



| | |
|---|---|
| **From:** | **Uber Receipts** noreply@uber.com |
| **Subject:** | [Personal] Your Wednesday evening trip with Uber |
| **Date:** | November 15, 2023 at 17:17 |
| **To:** | attygosselin@gmail.com |



# Uber

Total **$7.97**
November 15, 2023

## Thanks for riding, Donald

We hope you enjoyed your ride this evening.



| Total | $7.97 |
|---|---|

| Trip fare | $7.46 |
|---|---|

| Subtotal | $7.46 |
|---|---|
| Booking Fee | $0.51 |

**Download PDF**

This is not a payment receipt. It is a trip summary to acknowledge the completion of the trip. You will receive a trip receipt when the payment is processed with payment information.

### You rode with Angel

5.00  Rating          Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.

Rate or tip

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ›

 UberX    2.82 miles | 9 min

**6:07 PM**

200 Convention Blvd, San Juan, PR 00907, US

**6:17 PM**

207 Calle Tanca, San Juan, PR 00901, US





Report lost item  ›

Contact support  ›

My trips  ›

Uber

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158

| | |
|---|---|
| **From:** | **Uber Receipts** noreply@uber.com |
| **Subject:** | [Personal] Your Sunday afternoon trip with Uber |
| **Date:** | November 12, 2023 at 15:28 |
| **To:** | attygosselin@gmail.com |



# Uber

Total **$17.91**
November 12, 2023

## Thanks for riding, Donald

We hope you enjoyed your ride this afternoon.



| Total | $17.91 |
|---|---|

| Trip fare | $14.23 |
|---|---|

| Subtotal | $14.23 |
|---|---|
| Booking Fee ❓ | $0.68 |
| Airport Fee | $3.00 |

[Download PDF]

This is not a payment receipt. It is a trip summary to acknowledge the completion of the trip. You will receive a trip receipt when the payment is processed with payment information.

**You rode with Gabriel**

4.97  Rating        Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.

**Rate or tip**

When you ride with Uber, your trips are insured in case of a covered accident.

**Learn more ›**

---

UberX   6.66 miles | 12 min

**4:15 PM**
Av Aeropuerto, Carolina, PR 00937, US

**4:28 PM**
200 Convention Blvd, San Juan, PR 00907, US





Report lost item  ›

Contact support  ›

My trips  ›

# Uber

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158



**SHERATON**
Puerto Rico
Resort & Casino

# INVOICE

| | |
|---|---|
| ROOM | 0615 |
| ROOM TYPE | EKNG |
| NO. OF GUESTS | 1 |
| RATE | 167 |
| CLERK | JCSAN264 |
| DATE | 11/16/23 |
| PAGE No. | 1 of 2 |
| REWARDS # | 839932555 |

Dr Donald Gosselin
12 Naomi St
Sebago ME 04029
United States

ARRIVE 11/12/23    TIME 04:36    DEPART 11/16/23    TIME 08:36    FOLIO# 4040979

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| 11/12/23 | Snack Shop Food - Lunch | | 5.05 |
| 11/12/23 | Snack Shop Beverage - Beer | | 1.84 |
| 11/12/23 | Snack Shop Sales Municipal Tax 1% - IVI | | 0.08 |
| 11/12/23 | Snack Shop Sales Tax 10.5%-IVU | | 0.19 |
| 11/12/23 | Snack Shop Reduced Tax 6%-IVU | | 0.30 |
| 11/12/23 | Gov/Military $45 Flat | | 167.00 |
| 11/12/23 | Resort Fee $45 Flat | | 45.00 |
| 11/12/23 | Room Occupancy Tax | | 23.32 |
| 11/13/23 | Tips - Restaurant | | 4.00 |
| 11/13/23 | Gov/Military $45 Flat | | 167.00 |
| 11/13/23 | Resort Fee $45 Flat | | 45.00 |
| 11/13/23 | Room Occupancy Tax | | 23.32 |
| 11/14/23 | Choices Rest. Food - Breakfast | | 1.00 |
| 11/14/23 | Tips - Restaurant | | 4.00 |
| 11/14/23 | Brkfst Choices 1% Tax | | 0.01 |
| 11/14/23 | Brkfst Choices Reduced Tax 6% | | 0.06 |
| 11/14/23 | SNACK SHOP FOOD DINNER | | 0.28 |
| 11/14/23 | Snack Shop Beverage - Wine | | 4.00 |
| 11/14/23 | Snack Shop Sales Municipal Tax 1% - IVI | | 0.04 |
| 11/14/23 | Snack Shop Sales Tax 10.5%-IVU | | 0.42 |
| 11/14/23 | Snack Shop Reduced Tax 6%-IVU | | 0.02 |

For billing questions or concerns, please let us know at SheratonPR.Folio@sheraton.com



# INVOICE

| | |
|---|---|
| ROOM | 0615 |
| ROOM TYPE | EKNG |
| NO. OF GUESTS | 1 |
| RATE | 167 |
| CLERK | JCSAN264 |
| DATE | 11/16/23 |
| PAGE No. | 2 of 2 |
| REWARDS # | 839932555 |

Dr Donald Gosselin
12 Naomi St
Sebago ME 04029
United States

ARRIVE 11/12/23    TIME 04:36    DEPART 11/16/23    TIME 08:36    FOLIO# 4040979

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| 11/14/23 | Gov/Military $45 Flat | | 167.00 |
| 11/14/23 | Resort Fee $45 Flat | | 45.00 |
| 11/14/23 | Room Occupancy Tax | | 23.32 |
| 11/15/23 | Choices Rest. Food - Breakfast | | 1.50 |
| 11/15/23 | Tips - Restaurant | | 4.00 |
| 11/15/23 | Brkfst Choices 1% Tax | | 0.02 |
| 11/15/23 | Brkfst Choices Reduced Tax 6% | | 0.09 |
| 11/15/23 | Gov/Military $45 Flat | | 167.00 |
| 11/15/23 | Resort Fee $45 Flat | | 45.00 |
| 11/15/23 | Room Occupancy Tax | | 23.32 |
| 11/16/23 | Visa Card | | -968.18 |

Balance    USD    0.00

For billing questions or concerns, please let us know at SheratonPR.Folio@sheraton.com