

## Office of the Technical Compliance Advisor
## Travel Reimbursement Form

Enter all required information below to obtain travel reimbursement. If spending did not occur in a category, please enter zeros. Zeros will likely need to be entered for one or more of the ground transportation options. The "Total" column of the table will update based on the information entered into the "Unit Cost" and "Units" columns. To update the "Total" column, click CTRL+A and then F9. Receipts for airfare, lodging, ground transportation, and PCR testing must be submitted with this form. Submit the Travel Reimbursement Form and accompanying receipts to Javier Gonzalez (Javier.benito@me.com) with the Chief Monitor (jrrjjr.romero@gmail.com) and/or his designee copied along with your monthly invoice.

**Traveler Name:  Alan C Youngs**
**Travel Start Date 11/12/23 Travel End Date: 11/16/23**
**Purpose of Travel: Puerto Rico**

| Travel Reimbursement | Unit Cost | Units | Total |
|---|---|---|---|
| **Airfare Denver to Puerto Rico** | $331.20 | 1 | $331.20 |
| **Airfare Puerto Rico to Denver** | $331.20 | 1 | $331.20 |
| **Baggage/Seat** | $30.00 | 1 | $30.00 |
| **Ground Transportation (Uber) to DIA** | $67.77 | 1 | $67.77  64.29 |
| **Ground Transportation (Taxi) from DIA** | $0.00 | 0 | $0.00 |
| **Ground Transportation (Taxi) to Hotel Marriott** | $0.00 | 1 | $25.00 |
| **Ground Transportation (Taxi) to Airport SJU** | $0.00 | 1 | $25.00 |
| **Ground Transportation (Parking)** | $0.00 | 0 | $0.00 |
| **Ground Transportation (Mileage)** | $0.655 | 0 | $0.00 |
| **Lodging** | $154.78 | 4 | $619.12 |
| **Per Diem (Travel Days)** | $86.25 | 2 | $172.50 |
| **Per Diem (Full Days)** | $115.00 | 3 | $345.00 |
| **Total** | | | **$1,946.79** |

VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

$ 1,943.31

# Uber

November 12, 2023

| | |
|---|---|
| **Total** | $67.17 *64.29* |

| | |
|---|---|
| Trip fare | $39.08 |

| | |
|---|---|
| Subtotal | $39.08 |
| Reservation Fee | $8.84 |
| Booking Fee | $4.96 |
| Denver International Airport Pickup/Drop-off Fee | $3.29 |
| Colorado Prearranged Ride Regulatory Fee | $0.31 |
| Tips | $11.29 |

## Payments

| | |
|---|---|
| VISA  Visa ••••3491  11/12/23 7:38 AM | $56.48 |
| VISA  Visa ••••3491  11/13/23 8:23 AM | $11.29 *7.81* |

**A temporary hold of $56.48 was placed on your payment method •••• 3491. This is not a charge and will be removed. It should disappear from your bank statement shortly.**

Visit the trip page for more information, including invoices (where available)

---

You rode with Maximino

UberX  32.38 miles | 41
min

6:56 AM | 5552 W Lakeridge Rd, Lakewood, CO 80227, US

7:37 AM | 8500 Pena Blvd, Denver, CO 80249, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

eTicket Itinerary and Receipt for Confirmation JQPW46

From:   United Airlines (receipts@united.com)

To:      alyoun@aol.com

Date:   Friday, September 29, 2023 at 11:04 PM MDT

Sat, Sep 30, 2023

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# JQPW46

Flight 1 of 1 UA1339                                                          Class: United Economy (L)

Sun, Nov 12, 2023                                                            Sun, Nov 12, 2023

## 09:50 AM                                                                    06:25 PM

Denver, CO, US (DEN)                                                    San Juan, PR, US (SJU)

## Traveler Details

YOUNGS/ALAN
eTicket number: **0162330863857**                               Seats: **DEN-SJU 14C**
Frequent Flyer: **UA-XXXXX152 Member**
First Checked Bag (0164242364806)                            **DEN-SJU**
Preferred Zone Seat (0164242364648)                          **DEN-SJU**

## Purchase Summary

Method of payment:                                                  **Visa ending in 3491**
Date of purchase:                                                      **Sat, Sep 30, 2023**

| Airfare: | **300.00** |
| U.S. Transportation Tax: | **21.10** |
| September 11th Security Fee: | **5.60** |
| U.S. Passenger Facility Charge: | **4.50** |

| Total Per Passenger: | **331.20 USD** |
|---|---|
| **Total:** | **331.20 USD** |

## Additional Purchase Summary

| Method of payment: | **Visa ending in 3491** |
|---|---|
| Date of purchase: | **Sat, Sep 30, 2023** |

| First Checked Bag (Reference Number: 0164242364806): | **30.00** |
|---|---|
| **Total:** | **30.00 USD** |

## Additional Purchase Summary

| Method of payment: | **Visa ending in 3491** |
|---|---|
| Date of purchase: | **Fri, Sep 29, 2023** |

| Preferred Zone Seat (Reference Number: 0164242364648): | **50.00** |
|---|---|
| **Total:**  removed seat charge from expense | **50.00 USD** |



report

**Fare Rules**

Additional charges may apply for changes in addition to any fare rules listed.

REFUNDABLE

**MileagePlus Accrual Details**

| Alan Youngs | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Sun, Nov 12, 2023 | 1339 | Denver, CO, US (DEN) to San Juan, PR, US (SJU) | 1500 | 300 | 1 |
| MileagePlus accrual totals: | | | 1500 | 300 | 1 |

**Baggage allowance and charges for this itinerary**

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Sun, Nov 12, 2023 Denver, CO, US (DEN) to San Juan, PR, US (SJU - Luis Muñoz Marín) | 0 USD | 45 USD | 50lbs(23kg) - 62in(157cm) | 50lbs(23kg) - 62in(157cm) |

**Important Information about MileagePlus Earning**

Accruals vary based on the terms and conditions of the traveler's frequent flyer program, frequent flyer status, and the selected itinerary. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program. Once travel has started, accruals will

no longer display. You can always view your MileagePlus account for posted accrual. You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown. Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.

## International eTicket Reminders

**Check-in Requirement -** Bags must be checked and boarding passes obtained at least 60 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be canceled if this condition is not met. **Boarding Requirement -** Passengers must be prepared to board at the departure gate with their boarding pass at least 30 minutes prior to scheduled departure. Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation. Bring this eTicket Receipt along with photo identification, proof of citizenship, passport and/or visa to the ticket lobby for check-in. The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger. The fare rules for your ticket may restrict your carry-on baggage allowance even further. For up to the minute flight information, sign-up for our Flight Status Updates or call 1-800-824-6200; in Spanish 1-800-426-5561. If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket. For the most current status of your reservation, go to our Flight Status page. Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules. International taxes and fees may be collected at your departure airport.

## Data Protection Notice

Your personal data will be processed in accordance with the applicable carrier's privacy policy and if your booking is made via a reservation system provider ("GDS"), with its privacy policy. These are available at http://www.iatatravelcenter.com/privacy or from the carrier or GDS directly. You should read this documentation, which applies to your booking and specifies, for example, how your personal data is collected, stored, used, disclosed and transferred

## Customer Care Contact Information

We welcome your compliments, comments or complaints regarding United or a United travel experience. You may contact us using our Customer Care form

## Hazardous materials

Federal law forbids the carriage of hazardous materials on board aircraft in your luggage or on your person. A violation can result in five years' imprisonment and penalties of $250,000 or more (49 U.S.C. 5124). Hazardous materials include explosives, compressed gases, flammable liquids and solids, oxidizers, poisons, corrosives and radioactive materials. Common examples of hazardous materials/dangerous goods include spare or loose lithium batteries, fireworks, strike-anywhere matches, aerosols, pesticides, bleach and corrosive materials. Additional information can be found on:

>   united.com restricted items page
>   FAA website Pack Safe page
>   TSA website Prohibited Items page

## Refunds Within 24 Hours

When you book and ticket a reservation through united.com, the United mobile app, the United Customer Contact Center, at our ticket counters or city ticket offices, or if you use MileagePlus® miles to book an award ticket, we will allow you to cancel the ticketed reservation without penalty and receive a 100 percent refund of the ticket price to the original form of payment if you cancel the reservation within 24 hours of purchase and if the reservation is made one week or more prior to scheduled flight departure.

## Disinsection Notice

Certain countries require that the passenger cabins of aircraft be treated with insecticides. For additional information and a list of those countries, please visit the U.S. Department of Transportation's disinsection website.

## IMPORTANT CONSUMER NOTICES

**Changes/Cancellations -** Most tickets, other than Basic Economy tickets or those for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean, may be changed to a different itinerary, or cancelled and the value of the ticket retained so that it can be applied to a new ticket, without a change fee. Such change or cancellation must be made prior to the scheduled departure time. Travelers making changes will be responsible for the fare difference if the new itinerary has a higher fare than the original ticketed itinerary. Regarding non-refundable tickets, if the new itinerary has a lower fare than the original ticketed itinerary, changes can be made without charge, but the traveler is not entitled to any residual value. United may, in its sole discretion, provide partial or full residual credit under certain circumstances. A change fee may apply for changes or cancellations made to tickets for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean. Policies concerning your ability to make reservation changes and cancellations and any fees associated with such changes can be found at Important travel notices | United Airlines.

**Notice of Baggage Liability Limitations -** For domestic travel between points within the United States (except for domestic portions of international journeys), United's liability for loss of, damage to, or delay in delivery of a customer's checked baggage is limited to $3,800 per ticketed customer unless a higher value is declared in advance and additional charges are paid (not applicable to wheelchairs or other assistive devices). For such travel, United assumes no liability for high value, fragile, perishable, or otherwise excluded items; excess valuation may not be declared on certain types of valuable articles. Further information may be obtained from the carrier. For international travel governed by the Warsaw Convention (including the domestic portions of the trip), maximum liability is approximately 640 USD per bag for checked baggage, and 400 USD per passenger for unchecked baggage. For international travel governed by the Montreal Convention (including the domestic portions of the trip), maximum liability is 1,288 SDRs per passenger for baggage, whether checked or unchecked. For baggage lost, delayed, or damaged in connection with domestic travel, United requires that customers provide preliminary notice within 24 hours after arrival of the flight on which the baggage was or was to be transported and submit a written claim within 45 days of the flight. For baggage damaged or delayed in connection with most international travel (including domestic portions of international journeys), the Montreal Convention and United require customers to provide carriers written notice as follows: (a) for damaged baggage, within seven days from the date of receipt of the damaged baggage; (b) for delayed baggage, within 21 days from the date the baggage should have been returned to the customer. Please refer to Rule 28 of United's Contract of Carriage for important information relating to baggage and other limitations of liability.

**Notice of Incorporated Terms -** Transportation is subject to the terms and conditions of United's Contract of Carriage, which are incorporated herein by reference. Incorporated terms may include, but are not limited to: 1. Limits on liability for personal injury or death of the customer, and for loss, damage, or delay of goods and baggage, including high value, fragile, perishable, or otherwise excluded items. 2. Claims restrictions, including time periods within which customers must file a claim or bring an action against the carrier. 3. Rights of the carrier to change terms of the contract. 4. Rules about reconfirmation of reservations, check-in times, and refusal to carry. 5. Rights of the carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of an alternate air carrier or aircraft, and rerouting. The full text of United's Contract of Carriage is available at united.com or you may request a copy at any United ticket counter. Passengers have the right, upon request at any location where United's tickets are sold within the United States, to receive free of charge by mail or other delivery service the full text of United's Contract of Carriage.

**Notice of Certain Terms -** If you have purchased a restricted ticket, depending on the rules applicable to the fare paid, one or more restrictions including, but not limited to, the following may apply to your travel: (1) the ticket may not be refundable but can be exchanged for a fee for another restricted fare ticket meeting all the rules/restrictions of the original ticket (including the payment of any difference in fares); (2) a fee may apply for changing/canceling reservations; or (3) select tickets may not be eligible for refunds or changes even for a fee; (4) select tickets have no residual value and cannot be applied towards the purchase of future travel; or (5) travel may be restricted to specific flights and/ or times and a minimum and/or maximum stay may be required. United reserves the right to refuse carriage to any person who has acquired a ticket in violation of any United tariffs, rules, or regulations, or in violation of any applicable national, federal, state, or local law, order, regulation, or ordinance. Notwithstanding the foregoing, you are entitled to a full refund if you cancel a ticket purchased at least a week prior to departure within 24 hours of purchase.

**Notice of Boarding Times -** For Domestic flights, customers must be at the boarding gate at least 15 minutes prior to scheduled departure. For International flights, customers must be at the boarding gate at least 30 minutes prior to scheduled departure. The time

limits provided by United in this Notice are minimum time requirements. Customer and baggage processing times may differ from airport to airport. Please visit united.com for information regarding airport-specific boarding times. It is the customer's responsibility to arrive at the airport with enough time to complete check-in, baggage, and security screening processes within these minimum time limits. Please be sure to check flight information monitors for the correct boarding gate and the departure time of your flight. Failure to be at the boarding gate by the required time could result in the loss of your seat without compensation, regardless of whether you are already checked in or have a confirmed seat and boarding pass.

**ADVICE TO INTERNATIONAL PASSENGERS ON LIMITATIONS OF LIABILITY** - Passengers embarking upon a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that the provisions of an international treaty (the Warsaw Convention, the 1999 Montreal Convention, or other treaty), as well as a carrier's own contract of carriage or tariff provisions, may be applicable to their entire journey, including any portion entirely within the countries of departure and destination. The applicable treaty governs and may limit the liability of carriers to passengers for death or personal injury, destruction or loss of, or damage to, baggage, and for delay of passengers and baggage

Additional protection can usually be obtained by purchasing insurance from a private company. Such insurance is not affected by any limitation of the carrier's liability under an international treaty. For further information please consult your airline or insurance company representative.

**Notice - Overbooking of Flights -** Airline flights may be overbooked, and there is a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for compensation of the airline's choosing. If there are not enough volunteers, the airline will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions, including failure to comply with the carrier's check-in deadlines, which are available upon request from the air carrier, persons, denied boarding involuntarily are entitled to compensation. The complete rules for the payment of compensation and each airline's boarding priorities are available at all airport ticket counters and boarding locations. *Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.*

Copyright © 2023 United Airlines, Inc. All Rights Reserved

**E-mail Information**
**Please do not reply to this message using the "reply" address.**
The information contained in this email is intended for the original recipient only.

View our Privacy Policy          View our Legal Notices



JQPW46   14C   **150**
UA 1339

**YOUNGS/ALAN**
UA-*****152

**Denver to San Juan**

| UA 1339 | GATE | BOARDING BEGINS | SEAT |
|---|---|---|---|

**DEN-SJU**

**Not Yet Assigned**

**9:10** AM

**14C**

BOARDING GROUP **5**

Sunday, November 12, 2023

Boarding ends:  9:35 AM
Flight departs:  9:50 AM
Flight arrives:   6:25 PM

Aisle
Economy

**Confirmation: JQPW46**
Ticket:          01623308638571

  A STAR ALLIANCE MEMBER

**Have you downloaded the United app?**
Check your flight status, track your checked baggage, watch movies and TV shows in flight directly on your device, and more.

Bag check must be completed no later than 45 minutes before departure. You must be at the boarding gate at least 15 minutes prior to departure. Failure to be at the boarding gate by the required time could result in the loss of your seat without compensation, regardless of whether you are already checked in or have a confirmed seat. Refer to United's Contract of Carriage at united.com for more information about United's terms and conditions.

## Get 25% back on inflight purchases

Save your United MileagePlus® Card as the primary form of payment to receive 25% back on inflight purchases made with your card.

Visit **United.com/snacktime** to learn more.



Not a Cardmember? Visit
**UnitedExplorerCard.com/snacktime**
to learn more.

**<u>EXPLANATION OF PAYMENT FOR SOUTHWEST FLIGHT ON 11/16/2023</u>**

I initially booked a flight to return to Denver on Southwest on 11/17/2023 and paid $481.20 on credit card ending in 7940.

I changed the 11/17/23 flight to 11/16/23 leaving on Southwest at 2:15pm and was charged $204.50 to credit card 7940.

I changed the 11/16/23 flight leaving on Southwest at 2:15pm to a flight leaving on 11/16/23 at 6:35am which reduced the fare to $331.20.  **Southwest used the funds already paid by me on credit card 7940 to pay for this flight.** Southwest refunded me the difference in what I had previously paid.

Original flight 11/17/23 cost $481.20 + $204.50 for 2:15pm flight = $685.70

$685.70 minus $331.20 for 11/16/23 flight at 6:35am = $354.50 I was credited back. ($204.50 credit to 7940 and a flight credit for $150)



A-List Preferred   Hi, Alan   514 points   **My Account**  |  **Log out**   Español 🌐

FLIGHT | HOTEL | CAR | VACATIONS   SPECIAL OFFERS   RAPID REWARDS®   🔍

# Thanks for flying with us!

✓ Price          ✓ Payment          ✓ Confirmation

✓ **Your flight is booked!**

We're sending you a confirmation email to the address below. If the email hasn't arrived in 2 minutes, check your junk or spam folder.
alyoun@aol.com

## Trip summary

🖨 **Print**

✈ **Flight**

CONFIRMATION #
**25VMES**

NOV 17
**SJU** ✈ **DEN**

FLIGHT TOTAL
**$481.20**

🚗 Add a car          Add a hotel





The perfect stay is moments away

Book now. Pay later!
**From $66.59*/day in Denver**

*Taxes and fees excl. Terms apply.

**Book now**

WHERE ARE YOU HEADED?
Denver

CHECK-IN    CHECK-OUT
11/17/2023  11/19/2023

Search ↗



# Earn 50,000 points.

**Learn more** ›

The account information is only an estimate for a specific point in time.
Please reference your Rapid Rewards® account for the most up-to-date information.

Your current balance:      514
+50,000 points:         50,000
Estimated total points:   54,114

## 11/17 - Denver



**Sit back and relax with Free Inflight Entertainment.***

**Learn more**

*Where available. Available only on WiFi-enabled aircraft. Limited-time offer.

NOV 17
# San Juan, PR *to* Denver, CO

Confirmation # **25VMES**

| PASSENGERS | EST. POINTS | EXTRAS | FARE |
|---|---|---|---|
| **Alan Youngs** | + 3,600 PTS | — | Wanna Get Away Plus |
| Rapid Rewards® Acct # 207895671   A-List Preferred | | | |
| Add Known Traveler # / Redress # › | | | |
| Special Assistance › | | | |


**Transfarency®: Defined**
Low fares. Nothing to hide. ↗


**Change fees don't fly with us**
Flexibility for your travel plans. ↗


**Pack with care**
Guidelines for carryon luggage. ↗

## Departing  11/17/23 Friday

**Wanna Get Away Plus**  $450.00
*(Passenger x1)*

| | | | | |
|---|---|---|---|---|
| DEPARTS | **6:35** AM | **SJU** San Juan, PR - SJU | FLIGHT **879**  SCHEDULED AIRCRAFT Boeing 737 MAX8 *Subject to change* | |
| ARRIVES | **8:45** AM | **TPA** Tampa, FL - TPA | TRAVEL TIME **3hr 10min** | |

stop 1: Tampa, FL - TPA                                    *no plane change*

| | | | | |
|---|---|---|---|---|
| DEPARTS | **9:30** AM | **TPA** Tampa, FL - TPA | FLIGHT **879** SCHEDULED AIRCRAFT Boeing 737 MAX8 *Subject to change* | |
| ARRIVES | **11:30** AM | **DEN** Denver, CO - DEN | TRAVEL TIME **4hr 0min** | SUBTOTAL **$450.00** |

Taxes & fees    $31.20

**Flight total**    **$481.20**

### Icon legend

WiFi available        Live TV available

### Helpful Information:

- Starting July 1, 2023 (12:00 a.m. CT), for Wanna Get Away® or Wanna Get Away Plus™ reward travel reservations (booked with points): If you do not cancel your reservation at least 10 minutes before the flight's original scheduled departure time, any points used for booking will be forfeited, along with any taxes and fees associated with your reward travel reservation. For Anytime or Business Select® reward travel reservations: the points used for booking will be redeposited to the purchaser's Rapid Rewards® account, and any taxes and fees associated with the reward travel reservation will be converted into a Transferable Flight Credit™ for future use.
- Please read the fare rules associated with this purchase.
- When booking with Rapid Rewards points, your points balance may not immediately update in your account.
- **REAL ID Requirement:** Do you have a **REAL ID**? Beginning May 7, 2025, you will need a state-issued **REAL ID** compliant license or identification card, or another acceptable form of ID (such as a U.S. Passport), to fly within the United States. Visit www.tsa.gov for a list of acceptable forms of ID and additional information regarding **REAL ID** requirement.

**Book your hotel with us and earn up to 10,000 points per night.**



WHERE ARE YOU HEADED?
**Denver**

CHECK-IN
**Fri, Nov 17, 2023**

CHECK-OUT
**Sun, Nov 19, 2023**

ROOMS **1**    ADULTS **1**    CHILDREN **0**

Payment summary

| PAYMENT INFORMATION | | | AMOUNT PAID |
|---|---|---|---|

 **Visa 7940**
XXXXXXXXXXXX7940
Expiration: 3/28

**CARD HOLDER**
**Alan Youngs**

**BILLING ADDRESS**
**5552 W Lakeridge Rd**
**Lakewood, CO US 80227**

$**481.20**

## Total charged

**You're all set for your upcoming trip.**

Get ready to enjoy two bags for the price of none*,
no fees to change your flight**, and some Southwest® love.

*First and second checked bags. Weight and size limits apply. **Fare difference may apply.



| | |
|---|---|
| SUBTOTAL | $450.00 |
| TAXES & FEES | $31.20 |
| **TOTAL DOLLARS** | $481.20 |

Show price breakdown

## Earn up to 1,800 Rapid Rewards® points.

Plus save up to 30% off base rates with Budget®.

Book car ›



**You've just landed a special offer of up to 45% off points!**

Lock it in before this deal flies away – and boost your points balance now!

**Buy points** ›



A-List Preferred    *Hi, Alan* 514 points    **My Account** | **Log out**    Español 🌐

**FLIGHT | HOTEL | CAR | VACATIONS    SPECIAL OFFERS    RAPID REWARDS®    🔍**

# Change flight: Step 5 of 5

✓ Change   ✓ Select flights   ✓ Price   ✓ Review   ✓ Confirmation

✅ **Your change is complete! No need to call to confirm.**

We're sending you a confirmation email to the address below. If the email hasn't arrived in 2 minutes, check your junk or spam folder.
alyoun@aol.com

## Trip summary

✈️ **Flight**



CONFIRMATION #
**25VMES**

DEPART
**11/16**    **SJU**   ✈   **DEN**
Thursday   2:15 PM        7:50 PM

PASSENGERS
**Alan Youngs**
**See more passenger details** ›

AMOUNT PAID
**$204.50**

| Go to My Account |

**$0**    **There was no fee to change your flight today.**

It's our way of saying thank you...today, and everyday.

---



**11/16 - Denver**

NOV 16
**San Juan, PR** *to* **Denver, CO**

**Confirmation #** 25VMES

| PASSENGERS | EXTRAS ℹ️ | FARE |
|---|---|---|
| **Alan Youngs** | | |
| Rapid Rewards® Acct # 207895671  A-List Preferred | | |

**Departing**   11/16/23 Thursday

✈️ DEPARTS   **2:15** PM   **SJU**       FLIGHT   **1839** 📶 + 🔋
                            San Juan, PR - SJU

ARRIVES   **4:05** PM   **FLL**       TRAVEL TIME
                            Fort Lauderdale, FL - FLL   **2hr 50min**

---

**Southwest**

**Thanks for choosing Southwest Airlines!**

Help us improve your experience on Southwest.com.

| Share feedback |

| No, thank you |

stop 1: Fort Lauderdale, FL - FLL



| | | | |
|---|---|---|---|
| DEPARTS | 5:20 PM | FLL<br>Fort Lauderdale, FL - FLL | FLIGHT<br>**949** 📶 + 📺 |
| ARRIVES | 7:50 PM | **DEN**<br>Denver, CO - DEN | TRAVEL TIME<br>**4hr 30**min |

**Icon legend**

📶 WiFi available   📺 Live TV available   EarlyBird Check-In®   Change planes

**Helpful Information:**

- Starting July 1, 2023 (12:00 a.m. CT), for Wanna Get Away® or Wanna Get Away Plus™ reward travel reservations (booked with points): If you do not cancel your reservation at least 10 minutes before the flight's original scheduled departure time, any points used for booking will be forfeited, along with any taxes and fees associated with your reward travel reservation. For Anytime or Business Select® reward travel reservations: the points used for booking will be redeposited to the purchaser's Rapid Rewards® account, and any taxes and fees associated with the reward travel reservation will be converted into a Transferable Flight Credit™ for future use.
- Please read the fare rules associated with this purchase.
- When booking with Rapid Rewards points, your points balance may not immediately update in your account.
- **REAL ID Requirement:** Do you have a **REAL ID**? Beginning May 7, 2025, you will need a state-issued **REAL ID** compliant license or identification card, or another acceptable form of ID (such as a U.S. Passport), to fly within the United States. Visit www.tsa.gov for a list of acceptable forms of ID and additional information regarding **REAL ID** requirement.

## Pricing & funds summary

| | | | | |
|---|---|---|---|---|
| VISA | **Visa 7940**<br>XXXXXXXXXXX7940<br>Expiration: 3/28 | CARD HOLDER<br>**Alan Youngs** | BILLING ADDRESS<br>**5552 W Lakeridge Rd<br>Lakewood, CO US 80227** | **$204.50** |

TOTAL PAID  **$204.50**

*Government taxes & fees included.*



**Thanks for choosing
Southwest Airlines!**

Help us improve your experience on Southwest.com.



FLIGHT | HOTEL | CAR | VACATIONS      SPECIAL OFFERS      RAPID REWARDS®      🔍

# Change flight: Step 5 of 5

✓ Change    ✓ Select flights    ✓ Price    ✓ Review    ✓ Confirmation

✅ **Your change is complete! No need to call to confirm.**

We're sending you a confirmation email to the address below. If the email hasn't arrived in 2 minutes, check your junk or spam folder.
alyoun@aol.com

## Trip summary

✈️ **Flight**

**CONFIRMATION #**
**25VMES**

**DEPART**
**11/16**    **SJU**    ✈    **DEN**
Thursday    6:35 AM         11:30 AM

**PASSENGERS**
**Alan Youngs**
**See more passenger details** ›

**TOTAL CREDIT**
**$354.50**

[ Go to My Account ]

**$0**

**There was no fee to change your flight today.**

It's our way of saying thank you...today, and everyday.

---

## 11/16 - Denver

**NOV 16**
**San Juan, PR** *to* **Denver, CO**

**Confirmation #** **25VMES**

| PASSENGERS | | EXTRAS | FARE |
|---|---|---|---|
| **Alan Youngs** | | — | Wanna Get Away Plus |
| Rapid Rewards® Acct # 207895671    A-List Preferred | | | |

## Departing   11/16/23 Thursday

**Wanna Get Away Plus**
*(Passenger x1)*

| | | |
|---|---|---|
| DEPARTS | **6:35** AM | **SJU** San Juan, PR - SJU |

FLIGHT
**879** 🛜 + 📺

| | | |
|---|---|---|
| ARRIVES | **8:45** AM | **TPA** Tampa, FL - TPA |

TRAVEL TIME
**3hr 10min**

*stop 1: Tampa, FL - TPA*            *no plane change*

| | | |
|---|---|---|
| DEPARTS | **9:30** AM | **TPA** Tampa, FL - TPA |

FLIGHT
**879** 🛜 + 📺

| | | |
|---|---|---|
| ARRIVES | **11:30** AM | **DEN** Denver, CO - DEN |

TRAVEL TIME
**4hr 0min**

---

**Icon legend**

🛜  WiFi available       📺  Live TV available

**Helpful Information:**

- Starting July 1, 2023 (12:00 a.m. CT), for Wanna Get Away® or Wanna Get Away Plus™ reward travel reservations (booked with points): If you do not cancel your reservation at least 10 minutes before the flight's original scheduled departure time, any points used for booking will be forfeited, along with any taxes and fees associated with your reward travel reservation. For Anytime or Business Select® reward travel reservations: the points used for booking will be redeposited to the purchaser's Rapid Rewards® account, and any taxes and fees associated with the reward travel reservation will be converted into a Transferable Flight Credit™ for future use.
- Please read the <u>fare rules</u> associated with this purchase.
- When booking with Rapid Rewards points, your points balance may not immediately update in your account.
- **REAL ID Requirement:** Do you have a **REAL ID**? Beginning May 7, 2025, you will need a state-issued **REAL ID** compliant license or identification card, or another acceptable form of ID (such as a U.S. Passport), to fly within the United States. Visit www.tsa.gov for a list of acceptable forms of ID and additional information regarding **REAL ID** requirement.

# Pricing & funds summary

 **Refund requested**
Refund will appear in the account used to purchase your flight.

$**204.50**
Refund requested

---

 **Flight credit held for future use**
Confirmation **#25VMES**

👥 *$150.00 can be transferred to another Rapid Rewards® member.*

*Note:* Hang on to this confirmation number — you'll need it to access these funds in the future.
<u>View travel funds</u> from this reservation to learn more about transfer eligibility and how the funds were divided.

$**150.00**
Funds held for future use

---

TOTAL CREDIT   $**354.50**

**Alan Youngs's 11/16 Denver trip (25VMES): Your change is confirmed.**

From: Southwest Airlines (southwestairlines@ifly.southwest.com)

To: alyoun@aol.com

Date: Thursday, November 9, 2023 at 09:31 AM MST

Here's your updated itinerary and trip receipt.
View our mobile site | View in browser

 **Southwest** Manage Flight | Flight Status | My Account



## Hi Alan,

We've confirmed the change to your trip. Below you'll find your updated itinerary, important travel information, and trip receipt, which includes refund details. See you onboard soon!

**NOVEMBER 16**

# SJU ✈ DEN

San Juan to Denver

Confirmation # **25VMES**                          Confirmation date: 11/09/2023

| PASSENGER | **Alan Youngs** |
| --- | --- |
| RAPID REWARDS # | 207895671 |
| TICKET # | 5262222112267 |
| EST. POINTS EARNED | 2,400 |

Rapid Rewards® points are only estimations.

## Your itinerary

**Flight:** Thursday, 11/16/2023    Est. Travel Time: **7h 55m**    Wanna Get Away Plus™

| FLIGHT # 0879 | DEPARTS **SJU 06:35**AM San Juan | ✈ | ARRIVES **DEN 11:30**AM Denver |
| --- | --- | --- | --- |

-                    Stop: Tampa no plane change

## Payment information

### Total cost

**Air - 25VMES**

| | | |
|---|---|---|
| Base Fare | $ | 300.00 |
| U.S. Transportation Tax | $ | 21.10 |
| U.S. 9/11 Security Fee | $ | 5.60 |
| U.S. Passenger Facility Chg | $ | 4.50 |
| **Total** | **$** | **331.20** |

See attached written explanation

### Payment

**Refund to:** Visa ending in 7940
Date: November 9, 2023
**Total Refund Amount: $204.50**

**Refund to:** Flight Credit
Date: November 9, 2023
**Total Refund Amount: $150.00**

**Transferable Flight Credit Amount: $150.00**

**Flight Credit Amount: $0.00**

**Credit from ticket:** #5262218296106 to
#5262222112267
Date: October 20, 2023

Your flight credit will be held under this flight's confirmation number.



**Fare rules:** If you decide to make a change to your current itinerary it may result in a fare increase.

Your ticket number: 5262222112267

## All your perks, all in one place. (Plus a few reminders.)

 **Wanna Get Away Plus™ fare:** Your two bags fly free® and no change or cancel fees. Plus same-day flight changes, 8X Rapid Rewards® points, and a Transferable Flight Credit that can be used for yourself or shared with someone else. Learn more

 Make sure you know when to arrive at your airport. Times vary by city.

 If your plans change, cancel your reservation at least 10 minutes before the original scheduled departure time of your flight to receive a Transferable Flight Credit™. If you don't cancel your reservation in time, your funds will be forfeited.

## Prepare for takeoff

Use our app to make changes to your trip, get a boarding pass, & more.

 

 

**Earn up to 1,800 Rapid Rewards® points.**

Plus save up to 30% off base rates with Budget®.

Book car >



## Earn up to 10,000 Rapid Rewards® points per night

Choose a hotel in Denver.

Book hotel >



**Have questions about your upcoming trip?**

Get all the answers before you leave for the airport.

Prepare now >

5262222112267: NONREF/NONTRANSFERABLE -BG WN SJU WN DEN300.00USD300.00END PD XF SJU4.5

SLA7P4Q

**If you do not plan to travel on your flight:** In accordance with Southwest's No-Show Policy, if you are not planning to travel on any portion of this itinerary, please cancel your reservation at least 10 minutes prior to the scheduled departure time of your flight. Any Customer who fails to cancel reservations for a Wanna Get Away® or Wanna Get Away Plus™ fare segment at least ten (10) minutes prior to the scheduled departure time and who does not board the flight will be considered a no-show, and all remaining unused Wanna Get Away or Wanna Get Away Plus funds will be forfeited. All remaining unused Business Select® or Anytime funds will be converted to a flight credit. If you no-show for your reward travel reservation, the points will be redeposited to the purchaser's Rapid Rewards® account. Any taxes and fees associated with your reward travel reservation will be held for future use in the form of a flight credit. **Starting July 1, 2023 (12:00 a.m. CT),** for Wanna Get Away® or Wanna Get Away Plus™ reward travel reservations (booked with points): If you do not cancel your reservation at least 10 minutes before the flight's original scheduled departure time, any points used for booking will be forfeited, along with any taxes and fees associated with your reward travel reservation. For Anytime or Business Select® reward travel reservations: the points used for booking will be redeposited to the purchaser's Rapid Rewards® account, and any taxes and fees associated with the reward travel reservation will be converted into a Transferable Flight Credit™ for future use.

**Prohibition on Multiple/Conflicting Reservations:** to promote seat availability for our Customers, Southwest® prohibits multiple reservations for the same Passenger departing from the same city on the same date, or any multiple reservations containing conflicting or overlapping itineraries (such as departures for the same Customer from multiple cities at the same time). Furthermore, without advance notice to the Passenger or purchaser, Southwest may cancel such reservations, or any other reservations that it believes, in its sole discretion, were made without intent to travel. With the exception of Southwest gift cards, funds from proactively canceled reservations by Southwest will be returned to the original form of payment. Reservations paid for with a Southwest gift card will have the amount applied from the gift card held as a flight credit for use by the Customer on a future Southwest Airlines® flight.

**Need help?**

**Contact us**

Customer service | FAQs

**Connect with us**

   

Mobile app



Get the mobile app

If you have purchased a refundable fare and choose not to travel, you must request your refund to the original payment for within 1 year of ticket issuance.

This is a post-only mailing from Southwest Airlines®. Please do not attempt to respond to this message. Your privacy is important to us. Please read our privacy policy.

See Southwest Airlines Co. Notice of Incorporation

Cualquier información publicitaria, promocional o de mercadotecnia contenida en este correo electrónico sólo será efectiva y únicamente será aplicable en los Estados Unidos de América.

Southwest Airlines
2702 Love Field Drive
Dallas, TX 75235
1-800-I-FLY-SWA (1-800-435-9792)

© Copyright 2023 Southwest Airlines Co. All Rights Reserved.

ISSUED BY AND VALID ONLY ON

# SOUTHWEST AIRLINES®    BOARDING PASS

RR

## YOUNGS/ALAN

FLIGHT **879**

DATE **NOV 16**

CONF.# **25VMES**

879 **SAN JUAN**
**DENVER**
**06:35 AM S**

207895671

**A-List Preferred**

**Wanna Get Away Plus**™

**Check monitors for gate number**

Boarding
Group

**A**

Boarding
Position

**17**

## BOARDING TIME
# 06:05 AM

PRIORITY BOARDING
PRIORITY & EXPRESS LANES

**Southwest**

**25VMES**

LN: YOUNGS
FN: ALAN
MN:

**17**

AWI-W10/CH.11

*fold here*

**COURTYARD®**
**Marriott.**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Alan Youngs
5552 W Lakeridge Rd
Lakewood CO 80227
United States

Room: 0907
Room Type: EKNG
No. of Guests: 1
Rate: $   125.00   Clerk: 9995

Marriott Rewards #   119330892

CRS Number  93853227

Name:

Arrive:   11-12-23          Time:  07:38 PM          Depart:  11-16-23          Folio Number:  744091

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 11-12-23 | COMEDOR- Guest Charge (Dinner) | 50.14 | |
| 11-12-23 | Package | 125.00 | |
| 11-12-23 | Destination Fee | 17.00 | |
| 11-12-23 | Government Tax | 12.78 | |
| 11-13-23 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 11-13-23 | Package | 125.00 | |
| 11-13-23 | Destination Fee | 17.00 | |
| 11-13-23 | Government Tax | 12.78 | |
| 11-14-23 | Package | 125.00 | |
| 11-14-23 | Destination Fee | 17.00 | |
| 11-14-23 | Government Tax | 12.78 | |
| 11-15-23 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 11-15-23 | Package | 125.00 | |
| 11-15-23 | Destination Fee | 17.00 | |
| 11-15-23 | Government Tax | 12.78 | |
| 11-16-23 | Visa Card | | 677.26 |
| | *Card #  XXXXXXXXXXXX7940* | | |

**COURTYARD**®
**Marriott**®

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Alan Youngs
5552 W Lakeridge Rd
Lakewood CO 80227
United States

Room: 0907
Room Type: EKNG
No. of Guests: 1
Rate: $ 125.00  Clerk: 9995

Marriott Rewards #    119330892

CRS Number  93853227

Name:

Arrive:  11-12-23          Time:  07:38 PM          Depart:  11-16-23          Folio Number:  744091

| Date | Description | | Charges | Credits |
|------|-------------|--|---------|---------|
| | | **Balance** | | **0.00 USD** |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

## TAXI RECEIPT

DATE 11/16/23

FROM MARRIOTT HOTEL

TO SAN JUAN AIRPORT

FARE $ 25

LUGGAGE $

TOTAL $ 25

Signature

### ::: Thank you for visiting Puerto Rico :::



FIXED RATES | TARIFAS FIJAS

FROM AIRPORT TO / DESDE EL AEROPUERTO
YOUR DESTINATION / HACIA SU DESTINO

AIRPORT MARRIOTT HOTEL

License plate / Tablilla:

Passengers / Personas:

|  |  | Base price Precio base |
|---|---|---|
| ZONE ZONA 2 | Isla Verde | $12 |
| ZONE ZONA 3 | Ocean Park Condado Miramar Santurce | $17 |
| ZONE ZONA 4 | Old San Juan & Piers | $21 |
| ZONE ZONA 5 | Convention Center Hyatt House Isla Grande Airport Sheraton Convention Center | $17 |

+ APPLICABLE RATES / CARGOS APLICABLES

$1  Luggage charge will apply to each additional item.
Aplica cargo por maleta a cada pieza adicional.

$0  Accesories for disabled person are free of charge.
Accesorios de personas impedidas son libre de costo.

$2  Extra charge for 6th-7th passenger
Cargo adicional por 6to-7mo pasajero

$1  Late night charge (10PM-6AM).
Cargo nocturno (10PM-6AM).

$3  Airport fee
Cargo del Aeropuerto

11/12/23

* PAY FARE TO DRIVER / PAGUE AL CONDUCTOR

COST PER TRIP, NO PER PERSON / COSTO POR VIAJE, NO POR PASAJERO

Rates approved by:
Tarifas aprobadas por:

METERED RATE WILL APPLY FOR AREAS BETWEEN AND BEYOND
TOURIST ZONES / TARIFA METRADA APLICARÁ ENTRE Y FUERA DE
ZONAS TURÍSTICAS

NTSP

TOLLS AND TIPS ARE NOT INCLUDED / PEAJES Y PROPINAS NO
ESTÁN INCLUIDOS

AREAS OF INTEREST / ÁREAS DE INTERÉS

$16 Coliseo José Miguel Agrelot

$20 Plaza Las Américas

$16 Plaza Carolina

$15 The Mall of San Juan

This is NOT a receipt, keep for your reference / Esto no es un recibo, manténgalo para su referencia.