# Office of the TCA - Travel Reimbursement Form



Traveler Name: Scott Cragg
Travel Dates: Nov 12-17 2023
Purpose of Travel: On-Site Monitoring

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare |  | 1 | $ 746.40 |
| Bags/Airport Shuttle tips-no receipt | $ 2.00 | 2 | $ 4.00 |
| Ground Transportation (Tolls) |  | 4 | $ 5.09 |
| Ground Transportation (Parking) | $ - | 1 | $ 83.00 |
| Ground Transportation (Mileage) | $ 0.655 | 182.8 | $ 119.73 |
| Cab/Uber | $ 17.71 | 1 | $ 17.71 |
| Lodging | $ 154.78 | 5 | $ 773.90 |
| Per Diem (Travel Days) 13 Aug, 17 Aug | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) Aug 14, 15, 16 | $ 115.00 | 4 | $ 460.00 |
| Total |  |  | $ 2,382.33 |

# AIRFARE & changes

| | | | | | | |
|---|---|---|---|---|---|---|
| ORIGINAL FARES | NNFDCG | Orlando to San Juan | 11/12/23 | $373.20 | PAID Jet Blue Card | Seat 3F (below) |
| | OUNDJR | San Juan to Orlando | 11/17/23 | $333.20 | PAID Jet Blue Card | Seat 5F (below) |

change fee 40

Change Fee - Benefit to the Commonwealth - Leave Early
Leave Early - Avoid Friday Time on Island / Save 8 hours x $165 = $1320
Total Savings to PR $1320 - 40 = $1280



jetBlue    BOARDING PASS    TSA Pre✓

CRAGG/SCOTT P
12 NOV 23

CONFIRMATION: NNFDCG
TICKET: 2792134066670

FLIGHT B6 1433
MCO → SJU
Orlando, FL    San Juan, PR

GATE 232 SUBJECT TO CHANGE
GROUP MOSAIC
SEAT 3F WINDOW

BOARDING 12:06 PM → DOORS CLOSE 12:26 PM → DEPARTS 12:41 PM → ARRIVES 4:42 PM

jetBlue    BOARDING PASS    TSA Pre✓

CRAGG/SCOTT P
17 NOV 23

CONFIRMATION: OUNDJR
TICKET: 2792138296823

FLIGHT B6 2734
SJU → MCO
San Juan, PR    Orlando, FL

GATE A2 SUBJECT TO CHANGE
GROUP MOSAIC
SEAT 5F WINDOW

BOARDING 10:35 AM → DOORS CLOSE 10:55 AM → DEPARTS 11:10 AM → ARRIVES 1:27 PM

*[Handwritten: PR  12 Nov - 15 No  NNFDCG  04NDJR]*

# Manage your trip

## 5 Upcoming trips



- Washington, DC DCA → Orlando, FL MCO — Code: HVHJQB — Active — Friday, September 22, 2023 — View *(crossed out)*
- Orlando → S... — Code: ... — Sund... — View
- ...R SJU → ..., FL MCO — ...DJR — ...November 15 — View

### Confirmation code
**NNFDCG**  (Ticketed)          Manage trip ▾

## Your flights

**Orlando → San Juan**          (Confirmed)

| Nov 12, 2023 | Nov 12, 2023 | |
|---|---|---|
| 12:41 pm → | 04:39 pm | 2 hrs 58 mins |
| Orlando | San Juan | Nonstop |
| | | Blue |

jetBlue B6 1433    A320   Operated by JetBlue

Details ▾

## Travelers

(A1) MR SCOTT P CRAGG   Adult

eTicket: 2792134066670     Frequent Flyer: B6-3363415311

Details ▾



## Upcoming flight = incoming deals.

Enjoy exclusive savings with Paisly since you booked a JetBlue flight—like up to 35% off cars and up to 20% off hotels. Plus, earn TrueBlue points on it all!

**Unlock savings now**

---

### Price Summary

| | |
|---|---|
| MCO → SJU | $342.00 ˄ |

**Departing** Nov 12, 2023, 12:41 pm

MCO → SJU

Adult x 1 — $342.00
- A1 - SCOTT CRAGG

| | |
|---|---|
| Seats | $0.00 ˄ |

Flight: MCO - SJU

(A1) Seat 12D — $0.00

| | |
|---|---|
| Taxes & Fees | $31.20 ˅ |

| | |
|---|---|
| Total | $373.20 |

**Payment details**

MasterCard        $373.20
XXXXXXXXXXXX7082

See applicable Fare restrictions

# SCOTT P CRAGG's Trip Confirmation

**Confirmation code**

OUNDJR

**Total paid**

$333.20

Includes taxes and fees

*ORIGINAL FARE* (handwritten, circled)

## Flight summary

San Juan, PR SJU › Orlando, FL MCO

Friday, November 17, 2023 – Friday, November 17, 2023

One-way
1 ADULT

## Flight details

# Departure | San Juan, PR > Orlando, FL

| 1 | Departure SJU | Fri, Nov 17, 2023 | 7:10pm |
| | | San Juan, PR | |

| 3 hrs 17 mins | AIRCRAFT A321 |

| | Arrival MCO | Fri, Nov 17, 2023 | 9:27pm |
| | | Orlando, FL | |

## Passenger details

1. **SCOTT P CRAGG's Trip Confirmation**

| 1 | B6 1134 | Seat: 20C | Seat assignment | eTicket: 2792135644769 |

# Payment details

| | |
|---|---|
| Fare | $302.00 |
| Seats | $0.00 |
| Extras | $0.00 |
| Fees | $0.00 |
| Taxes & Fees | $31.20 |
| Total paid | $333.20 |

©2023 JetBlue Airways



ORIGINAL FARE

# Confirmation

Your reservation has been successfully changed. Confirmation email will be sent shortly to SPCRAGG@VERIZON.NET.

Your booking has been created but there was an issue processing your flight extras. Please contact us for assistance.





Your flights

| San Juan → Orlando | CONFIRMED |
|---|---|

Nov 17, 2023    Nov 17, 2023
11:10 am → 01:27 pm      3 hrs 17 mins
San Juan    Orlando      Nonstop

jetBlue B6 2734    A320    Operated by JetBlue

Details ▼

## Travelers ∧

(A1) MR SCOTT P CRAGG    Adult

eTicket: 2792138296823      Frequent Flyer: B6-3363415311

Details ▼

## New fare & taxes

SJU → MCO      $342.00 ∧

Departing Nov 17, 2023, 11:10 am

SJU → MCO

Adult x 1

- A1 - SCOTT CRAGG

Seats      $0.00 ∧

Flight: SJU - MCO

(A1) Seat 11A      Free

Extras      $0.00 ∧



Flight: SJU – MCO

(A1) Priority Security — $0.00

Fees — $0.00

Taxes & Fees — $31.20     **FINAL FARE**

Total — **$373.20**

Payment details
MasterCard — $40.00
XXXXXXXXXXXX7082

**FLIGHT CHANGE ADJUSTMENT**

See applicable Fare restrictions

## Subject: Itinerary receipt notice



### Your travel receipt.
Thanks for flying JetBlue!

**Travel Purchase**

**Date of requested receipt:** 2023-07-22  **Record Locator:** OUNDJR

**SJU** → **MCO**  **Travel date** 2023-11-17T11:10:00
**Flight number** 2734

| Traveler(s) | Ticket number(s) |
|---|---|
| CRAGG/SCOTT P MR | 2792138296823 |

**Base fare:** $342.00 USD

| Taxes & fees breakdown: | AMOUNT | CURRENCY | PURPOSE - (CODE) |
|---|---|---|---|
|  | $4.50 | USD | U.S. Passenger Facility Charge - (XF) |
|  | $5.60 | USD | U.S. September 11th Security Fee - (AY) |
|  | $21.10 | USD | U.S. Transportation Tax - (US2) |
| **Taxes & fees total:** | $31.20 | USD |  |
| **Base fare total:** | **$373.20** |  |  |

| Exchange Fee(s): | TICKET NUMBER | DATE | AMOUNT |
|---|---|---|---|
|  | 2792138296823 | 2023-07-22 | $0.00 |

**Payment(s):**
Visa card XXXXXXXXXXXX6833        $163.20
Mastercard XXXXXXXXXXXX7082      $210.00

### Total paid: $373.20 USD*

*includes all fares, taxes, fees and penalties less any amounts refunded

Flight Status | Bag Info | Airport Info

**Stay connected**

Download the JetBlue mobile app

   

Help

# E-ZPass Virginia: Transaction History

Account Number: 236166  From: 10/23/2023  To: 11/22/2023

| Date Posted | Transaction | Receipt | Transponder / Plate | Agency | Entry Plaza | Exit Plaza | Entry Date and Time | Exit Date and Time | Plaza Facility | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/13/2023 | IAG TOLL INCOMING TRANSACTIONS | | 3829399 | CFX | | 394 | | 11/12/2023 10:40 AM | | -0.93 | 51.39 |
| 11/17/2023 | IAG TOLL INCOMING TRANSACTIONS | | 3829399 | FTE | | J47 | | 11/17/2023 2:24 PM | | -2.30 | 49.09 |
| 11/21/2023 | IAG TOLL INCOMING TRANSACTIONS | | AR14BK | CFX | | 328 | | 11/17/2023 2:07 PM | | -0.93 | 48.16 |
| 11/21/2023 | IAG TOLL INCOMING TRANSACTIONS | | AR14BK | CFX | | 301 | | 11/17/2023 2:14 PM | | -0.93 | 47.23 |



5.09

```
         Orlando Fast Park
         7870 N. Frontage Rd
           Orlando, 32812

   APS        11/17/23 13:56
   Cashier 20
   Receip  058749

   Short Term Parking
   Relax for Rewards
   FPP/89623013
   Orlando Fast Park
   11/12/23 10:54
   11/17/23 13:56
   Period 5d3h3'
                          $83.00

   Sub Total              $83.00
   TAX                     $0.00
                       -----------
   Total                  $83.00

   Payment Received
   TRX REF NUM: 3104
   CARD ENTRY: Chip Read
   AID: A0000000031010
   CRYP: E5E08CFC9A2827E1 40
   PAN: xxxxxxxxxxxx6833
   VISA CREDIT
   Sale 83.00 USD
   APPROVED 09701D



   Includes 6.5% Sales Tax
   and 10% Privilege Fee
```

[Personal] Your Sunday afternoon trip with Uber

From: Uber Receipts (noreply@uber.com)
To: spcragg@verizon.net
Date: Sunday, November 12, 2023 at 04:48 PM EST

# Uber

Total **$17.71**
November 12, 2023

## Thanks for tipping, scott

Here's your updated Sunday afternoon ride receipt.



## Total                                      $17.71

| | |
|---|---:|
| Trip fare | $12.37 |
| Subtotal | $12.37 |
| Booking Fee | $1.34 |
| Airport Fee | $3.00 |
| Tips | $1.00 |

**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Scott Cragg
13932 S Springs Dr
Clifton VA 20124
United States

Room: 0401
Room Type: KSTE
No. of Guests: 1
Rate: $ 125.00  Clerk: 8

Marriott Rewards #   797225828

CRS Number  91522581

Name:

Arrive:  11-12-23        Time:  05:22 PM        Depart:  11-17-23        Folio Number:  746116

| Date | Description | Charges | Credits |
| --- | --- | --- | --- |
| 11-12-23 | Package | 125.00 | |
| 11-12-23 | Destination Fee | 17.00 | |
| 11-12-23 | Government Tax | 12.78 | |
| 11-13-23 | Package | 125.00 | |
| 11-13-23 | Destination Fee | 17.00 | |
| 11-13-23 | Government Tax | 12.78 | |
| 11-14-23 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 11-14-23 | Package | 125.00 | |
| 11-14-23 | Destination Fee | 17.00 | |
| 11-14-23 | Government Tax | 12.78 | |
| 11-15-23 | Package | 125.00 | |
| 11-15-23 | Destination Fee | 17.00 | |
| 11-15-23 | Government Tax | 12.78 | |
| 11-16-23 | Comedor - Guest Charge | 4.00 | |
| 11-16-23 | Package | 125.00 | |
| 11-16-23 | Destination Fee | 17.00 | |
| 11-16-23 | Government Tax | 12.78 | |
| 11-17-23 | Visa Card | | 808.57 |
|  | Card # XXXXXXXXXXXX6833 | | |
| 11-17-23 | Visa Card | | -26.67 |
|  | Card # XXXXXXXXXXXX6833 | | |

*(handwritten annotation: 773⁹⁰ circled)*



FPMPR TRAVEL EXPENSE NOTE:

**Scott Cragg Travel Expense Invoices Note:**

**Date: November 30, 2023**

**Notes:**

Please note:

Travel Expenses:
- Mr. Cragg's changes to an earlier flight saved money for the Office of the FPMPR. Attached is the receipt for the flight from SJU to MCO with the proof of payment.
- If awarded, The Even More Space Note in the Airfare receipt is a free benefit from the Airline as a Mosaic Status Perk.