

FPM TRAVEL REIMBURSEMENT COVER SHEET

Name: *Hipolito Castro*

Invoice number:

Invoice date: *11/19/2023*

Site visit travel dates: *11/12 to 11/16 2023*

Total travel reimbursement amount (*see page 2 for details*): $ *2,179.85*

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.*

_____                    *11/19/2023*
Signature                                                          Date

## Travel Breakout

### Hipolito Castro 11/12 to 11/16 2023

| Expense | Unit Cost | Units | Column1 | Total | Column2 |
|---|---|---|---|---|---|
| Airfare | $ 621.40 | 1 | $ - | $ 621.40 | |
| Airfare taxes & fees | | | | $ - | |
| Baggage | | | | $ - | |
| Ground Transportation (Uber/Lyft/Taxi) | $ 20.00 | 1 | | $ 20.00 | |
| Ground Transportation (Parking) | $ 30.00 | 5 | | $ 150.00 | |
| Ground Transportation (POV Mileage)to PTY | $ 0.655 | 114 | | $ 74.67 | |
| Tolls | $ 11.19 | 2 | | $ 22.38 | |
| Lodging - | $ 154.78 | 5 | | $ 773.90 | |
| Per Diem (Travel Days) | $ 86.25 | 2 | | $ 172.50 | |
| Per Diem (Full Days) | $ 115.00 | 3 | | $ 345.00 | |
| Other: HOTEL TAX - | | | | | |
| Total | | | | $ 2,179.85 | |

 Gmail

**Hipolito Castro <hipolitocastrojr@gmail.com>**

---

### Your Flight Receipt - HIPOLITO CASTRO 28OCT23
1 message

---

**Delta Air Lines** <DeltaAirLines@t.delta.com>          Thu, Oct 19, 2023 at 12:06 AM
Reply-To: Transactional Email Reply Inbox <reply-330729-14_HTML-36682778-10982494-2177780@t.delta.com>
To: hipolitocastrojr@gmail.com

View as a Web Page





You're all set. If your plans change, you can make adjustments or cancel your itinerary on **My Trips** on the Fly Delta app or **delta.com** before your flight departs.

Have a great trip, and thank you for choosing Delta.

## Remember To Check Your Passport Expiration Date

Many countries require passports to be valid for at least six months from the date of return. You can also check passport eligibility and visa requirements with **Delta FlyReady**<sup>SM</sup> ahead of your trip. Don't forget to update your SkyMiles profile with your passport information for easy validation.

## Passenger Info

Name: HIPOLITO CASTRO
SkyMiles #9288156608
Silver

| FLIGHT | SEAT |
|---|---|
| DELTA 1961 | 17D |
| DELTA 1961 | 17D |

Visit delta.com or download the Fly Delta app to view, select or change your seat. If you purchased a Delta Comfort+<sup>TM</sup> seat or a Trip Extra, please visit My Trips to access a receipt of your purchase.

| Sat, 28OCT | DEPART | ARRIVE |
|---|---|---|
| DELTA 1961 Main Cabin (T) | NYC-KENNEDY 1:14pm | SAN JUAN, PUERTO RICO 5:08pm |

| Thu, 16NOV | DEPART | ARRIVE |
|---|---|---|
| DELTA 1961 Main Cabin (Q) | SAN JUAN, PUERTO RICO 5:55pm | NYC-KENNEDY 8:59pm |

Gmail - Your Flight Receipt - HIPOLITO CASTRO 28OCT23

MANAGE MY TRIP

## Flight Receipt

Ticket #: 0062182854359
Place of Issue:
Issue Date: 18OCT23
Expiration Date: 18OCT24

| METHOD OF PAYMENT | |
| --- | --- |
| AX***********1006 | **$621.40 USD** |

| CHARGES | |
| --- | --- |
| **Air Transportation Charges** | |
| Base Fare | $559.00 USD |
| **Taxes, Fees and Charges** | |
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $11.20 USD |
| United States - Transportation Tax (US) | $42.20 USD |
| United States - Passenger Facility Charge (XF) | $9.00 USD |
| **TICKET AMOUNT** | **$621.40 USD** |

## Checked Bag Allowance

The fees below are based on your original ticket purchase. Fees may be converted to local currency based on your departure airport. **If you qualify for free or discounted checked baggage**, this will be taken into account when you check in. Visit delta.com for details on baggage embargoes that may apply to your itinerary.

**Sat 28 Oct 2023**                                                  JFK-SJU

| CARRY ON | FIRST | SECOND |
|----------|-------|--------|
| FREE | FREE (70LBS/32KG) WAS: $30.00 USD | FREE (70LBS/32KG) WAS: $40.00 USD |

This trip is operated by Delta and the following carrier(s): . Visit delta.com for details on baggage embargoes that may apply to your itinerary. Also see other carrier's complete baggage information.

**Thu 16 Nov 2023**                                                  SJU-JFK

| CARRY ON | FIRST | SECOND |
|----------|-------|--------|
| FREE | FREE (70LBS/32KG) WAS: $30.00 USD | FREE (70LBS/32KG) WAS: $40.00 USD |

This trip is operated by Delta and the following carrier(s): . Visit delta.com for details on baggage embargoes that may apply to your itinerary. Also see other carrier's complete baggage information.

## Your Pre-Trip Checklist for Easier Travel



**Download
Our App**



**Visit Our
Help Center**



**Update Your
Contact**

Case 3:12-cv-02039-FAB          Document 2580-6     Filed 02/16/24      Page 7 of 16

**Track your checked bags, check your flight status, get your boarding pass, message us and more ›**

**Get all your travel questions answered with information on self-service tools, baggage, SkyMiles and more ›**

**Information**

**Make sure your information is updated on your SkyMiles profile for a more personalized experience and service. View my profile ›**

## Request Special Services

We are here to help. Complete our **Service Request Form** if you need extra assistance during your trip.

### Transportation of Hazardous Materials

Federal law forbids the carriage of hazardous materials aboard aircraft in your luggage or on your person. A violation can result in civil penalties. Examples include: Paints, aerosols, lighter fluid, fireworks, torch lighters, tear gases and compressed gas cartridges.

There are special exceptions for small quantities (up to 70 ounces total). For further information visit delta.com Restricted Items Section.

**▲ DELTA**

Help Center    •    Flight Deals    •    Earn Miles    •    Give Back

    

liability of carriers to passengers for death or personal injury, destruction or loss of, or damage to, baggage, and for delay of passengers and baggage.

Additional protection can usually be obtained by purchasing insurance from a private company. Such insurance is not affected by any limitation of the carrier's liability under an international treaty. For further information please consult your airline or insurance company representative.

**Conditions of Carriage**

Air transportation on Delta and the Delta Connection® carriers is subject to Delta's conditions of carriage. They include terms governing for example:

• Limits on our liability for personal injury or death of passengers, and for loss, damage of delay of goods and baggage.
• Claim restrictions including time periods within which you must file a claim or bring action against us.
• Our right to change terms of the contract.
• Check-in requirements and other rules established when we may refuse carriage.
• Our rights and limits of our liability for delay or failure to perform service including schedule change, substitution of alternative air carriers or aircraft, and rerouting.
• Our policy on overbooking flights, and your rights if we deny you boarding due to an oversold flight.

These terms are incorporated by reference into our contract with you. You may view these conditions of carriage on delta.com, or by requesting a copy from Delta.

You have received this email because you elected to receive your Electronic Ticket receipt sent to you via email. If you would like to take advantage of other Delta email programs featuring special fares, promotions, information and flight updates, please visit: delta.com/emailprograms or delta.com/notifications

This document establishes the creation of your electronic EMD(S) in our computer systems. It does not constitute a document of carriage. Where this document is issued for transportation or services other than passenger air transportation, specific terms and conditions may apply. These terms and conditions may be provided separately or may be obtained from the issuing agent.

Effective December 15, 2019, the Canada Air Passenger Protection Regulations may provide additional protections to passengers traveling to or from Canada:

*If you are denied boarding, your flight is cancelled or delayed for at least two hours, or your baggage is lost or damaged, you may be entitled to certain standards of treatment and compensation under the Air Passenger Protection Regulations. For more information about your passenger rights please contact your air carrier (www.delta.com/appr) or visit the Canadian Transportation Agency's website.*

*Si l'embarquement vous est refusé, ou si votre vol est annulé ou retardé d'au moins deux heures ou si vos bagages sont perdus ou endommagés, vous pourriez avoir droit au titre du Règlement sur la protection des passagers aériens, à certains avantages au titre des normes de traitement applicables et à une indemnité. Pour de plus amples renseignements sur vos droits, veuiliez communiquer avec votre transporteur aérien ( www.delta.com/appr) ou visiter le site Web de l'Office des transports du Canada.*

**COPYRIGHT INFORMATION**

This email message and its contents are copyrighted and are proprietary products of Delta Air Lines, Inc. Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium. is strictly prohibited.

This is a post only email (EMD+). Please do not respond to this message.

**PRIVACY POLICY**

Your privacy is important to us. Please review our Privacy Policy.



# FIXED RATES | TARIFAS FIJAS

FROM AIRPORT TO YOUR DESTINATION | DESDE EL AEROPUERTO HACIA SU DESTINO

**ΔTAXI**

License plate / Tablilla: 0101

Passengers / Personas:

| ZONE ZONA | | | Base price Precio base |
|---|---|---|---|
| 2 | Isla Verde | | $12 |
| 3 ✓ | Ocean Park Condado Miramar Santurce | | $17 |
| 4 | Old San Juan & Piers | | $21 |
| 5 | Convention Center Hyatt House Isla Grande Airport Sheraton Convention Center | | $17 |

## AREAS OF INTEREST / ÁREAS DE INTERÉS

| $16 | Coliseo José Miguel Agrelot | $20 | Plaza Las Américas |
|---|---|---|---|
| $16 | Plaza Carolina | $15 | The Mall of San Juan |

This is NOT a receipt, keep for your reference / Esto no es un recibo, manténgalo para su referencia.

$ 20

+ **APPLICABLE RATES / CARGOS APLICABLES**

| | | |
|---|---|---|
| 🧳 | $1 | Luggage charge will apply to each additional item. **Aplica cargo por maleta a cada pieza adicional.** |
| ♿ | $0 | Accesories for disabled person are free of charge. **Accesorios de personas impedidas son libre de costo.** |
| | $2 | Extra charge for 6th-7th passenger. **Cargo adicional por 6to-7mo pasajero.** |
| 🌙 | $1 | Late night charge (10PM-6AM). **Cargo nocturno (10PM-6AM).** |
| ✈ ✓ | $3 | Airport fee **Cargo del Aeropuerto** |

CASH

*   PAY FARE TO DRIVER / PAGUE AL CONDUCTOR

Rates approved by: Tarifas aprobadas por:

**NTSP**

COST PER TRIP, NO PER PERSON / COSTO POR VIAJE, NO POR PASAJERO

METERED RATE WILL APPLY FOR AREAS BETWEEN AND BEYOND TOURIST ZONES / TARIFA METRADA APLICARÁ ENTRE Y FUERA DE ZONAS TURÍSTICAS

TOLLS AND TIPS ARE NOT INCLUDED / PEAJES Y PROPINAS NO ESTÁN INCLUIDOS



# Manage Booking

Hipolito Castro ⌄

‹ Back to Dashboard

## Booking Ref: JFKL680016

### Your Details

**Parking Product:**      Long Term Parking
**Entry Date:**      10/28/2023 at 10:00 AM
**Exit Date:**      11/16/2023 at 10:00 PM

### Personal Details

**Name:**      Hipolito Castro
**Email:**      hipolitocastrojr@gmail.com
**Mobile Number:**      2034001890
**Address:**      06468
**License Plate Number:**      SA12704
**License Plate State:**      Connecticut

**Purpose of Travel:**      Business

### Your Booking

**Parking**
Long Term Parking      $600.00

### Total      $600.00

*5 Days - 30.00 a day*
*Total Claimed*
*150.00*

| Resend Confirmation |
| --- |

| Edit Details |
| --- |



ACCOUNT ENDING · 11006                                                                                           CARD MEMBER

Delta SkyMiles® Reserve Card                                                                                     HIPOLITO CASTRO

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| Oct 25 | **JFK AIRPORT DIALUP**<br>BUILDING 14 2ND<br>FLOOR<br><br>JAMAICA<br>NY<br>11430<br>https://www.jfkairport.com/ | **JFK PREBOOK 718-244-4444 NY**<br><br>Will appear on your Nov 22, 2023 statement as JFK<br>PREBOOK 718-244-4444 NY<br><br>CARD<br>HIPOLITO CASTRO<br><br>DELTA SKYMILES®<br>1X on Other purchases                          600<br><br>ADDITIONAL INFORMATION<br>A PARKING | $600.00 |

 Gmail

**Hipolito Castro <hipolitocastrojr@gmail.com>**

---

**(no subject)**
1 message

---

**Hipolito Castro <hipolitocastrojr@gmail.com>**                    Sat, Nov 26, 2022 at 11:59 AM
To: hipolitocastrojr@gmail.com



11:58                                                    LTE

# JFK                                                      ✕

## John F. Kennedy Internatio...
## International Airport · Jamaica, Que...

 1 hour 54 minutes

🎞 Tickets                                              • • •

HOURS          DISTANCE
Open           ⚲ 57 mi

      

## *E-ZPass®* **Payment Receipt for 10/28/2023**

Account Number :  2000175180885

Transaction Date : 10/28/2023

Transaction Id : 116775994418

Transaction Amount :  ($11.19)

Payment Type :  ETC

## *E-ZPass®* Payment Receipt for 11/16/2023

Account Number : 2000175180885

Transaction Date : 11/16/2023

Transaction Id : 116847001581

Transaction Amount : ($11.19)

Payment Type : ETC

# COURTYARD®
## Marriott.

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Hipolito Castro
64 Mustang Dr
Monroe CT 06468
United States

Room: 0501
Room Type: KSTE
No. of Guests: 1
Rate:  $  125.00  Clerk: 31
CRS Number  85948410

Marriott Rewards #    214246771

Name:

Arrive:  11-12-23          Time:  07:09 AM          Depart:  11-17-23          Folio Number:  750431

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 11-12-23 | Package | 125.00 | |
| 11-12-23 | Destination Fee | 17.00 | |
| 11-12-23 | Government Tax | 12.78 | |
| 11-13-23 | COMEDOR- Guest Charge (Breakfast) | 4.16 | |
| 11-13-23 | Package | 125.00 | |
| 11-13-23 | Destination Fee | 17.00 | |
| 11-13-23 | Government Tax | 12.78 | |
| 11-14-23 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |
| 11-14-23 | Valet Parking - Guest Charge | 17.94 | |
| 11-14-23 | Valet Parking- Sales Tax 11.5% | 2.06 | |
| 11-14-23 | Package | 125.00 | |
| 11-14-23 | Destination Fee | 17.00 | |
| 11-14-23 | Government Tax | 12.78 | |
| 11-15-23 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 11-15-23 | Valet Parking - Guest Charge | 17.94 | |
| 11-15-23 | Valet Parking- Sales Tax 11.5% | 2.06 | |
| 11-15-23 | Package | 125.00 | |
| 11-15-23 | Destination Fee | 17.00 | |
| 11-15-23 | Government Tax | 12.78 | |
| 11-16-23 | COMEDOR- Guest Charge (Breakfast) | 31.22 | |
| 11-16-23 | Package | 125.00 | |
| 11-16-23 | Destination Fee | 17.00 | |
| 11-16-23 | Government Tax | 12.78 | |
| 11-17-23 | American Express | 856.28 | |
| | Card # XXXXXXXXXXX1006 | | |

*-82.38*

Total 773.90

**COURTYARD**®
**Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Hipolito Castro
64 Mustang Dr
Monroe CT 06468
United States

Room: 0501
Room Type: KSTE
No. of Guests: 1
Rate: $  125.00  Clerk: 31
CRS Number  85948410

Marriott Rewards #    214246771

Name:

Arrive:  11-12-23          Time:  07:09 AM          Depart:  11-17-23          Folio Number:  750431

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| | | | |

Balance                                                                                   0.00 USD

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.