OFFICE OF THE FPMPR LLC.
B-5 Calle Tabonuco Suite 216 PMB 292
Guaynabo, Puerto Rico 00968

December 20, 2023

Travel Expenses by the members of the Office of the FPMPR LLC. for December 2023:

| NAME | AMOUNT | MONTH |
|---|---|---|
| 1. John Romero | $2,145.86 | December 2023 |
| 2. Denise Rodriguez | $2,466.61 | December 2023 |
| 3. Donald S. Gosselin | $2,449.74 | December 2023 |
| 4. Al Youngs | $2,038.96 | December 2023 |
| 5. Scott Cragg | $1,800.09 | December 2023 |
| 6. Hipolito Castro Jr | $2,092.35 | December 2023 |
| 7. Rita Watkins | $2,078.80 | December 2023 |
| 8. Rafael Ruiz | $1,465.24 | December 2023 |
| **TOTAL:** | $16,537.65 | December 2023 |
|  |  |  |