



FPM TRAVEL REIMBURSEMENT COVER SHEET

Name: John Romero

Invoice number: 114T

Invoice date: December 18, 2023

Site visit travel dates: December 10-15, 2023

**Total travel reimbursement amount $2145.86**

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.*

December 18, 2023

Signature Date

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| **Airfare** | $685.75 | 1 | $685.75 |
| **Baggage** | $ | 0 | $0 |
| **Ground Transportation (Uber/Lyft/Taxi)** | | | $0 |
| **Ground Transportation (Parking)** | $ | 0 | $0 |
| **Ground Transportation (Mileage)** | $0.655 | 82 | $53.71 |
| **Lodging** | $154.78 | 5 | $773.90 |
| **Per Diem (Travel Days)** | $86.25 | 2 | $172.5 |
| **Per Diem (Full Days)** | $115.00 | 4 | $ 460.00 |
| **Other:** | | | |
| **Total** | | | **$2145.86** |

COURTYARD
Marriott

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr John Romero
2301 Pacific Ave
Costa Mesa CA 92627
United States

Room: 0201
Room Type: KSTE
No. of Guests: 1
Rate: $ 125.00 Clerk: 143

Marriott Rewards # 756834271

CRS Number 84775390

Name:

Arrive: 12-10-23 Time: 01:12 PM Depart: 12-15-23 Folio Number: 753205

| Date | Description | Charges | Credits |
|---|---|---|---|
| 12-10-23 | Package | 125.00 | |
| 12-10-23 | Destination Fee | 17.00 | |
| 12-10-23 | Government Tax | 12.78 | |
| 12-11-23 | COMEDOR- Guest Charge (Breakfast) | 4.95 | |
| 12-11-23 | Package | 125.00 | |
| 12-11-23 | Destination Fee | 17.00 | |
| 12-11-23 | Government Tax | 12.78 | |
| 12-12-23 | COMEDOR- Guest Charge (Breakfast) | 4.95 | |
| 12-12-23 | Package | 125.00 | |
| 12-12-23 | Destination Fee | 17.00 | |
| 12-12-23 | Government Tax | 12.78 | |
| 12-13-23 | COMEDOR- Guest Charge (Breakfast) | 4.95 | |
| 12-13-23 | COMEDOR- Guest Charge (Dinner) | 72.00 | |
| 12-13-23 | Package | 125.00 | |
| 12-13-23 | Destination Fee | 17.00 | |
| 12-13-23 | Government Tax | 12.78 | |
| 12-14-23 | COMEDOR- Guest Charge (Breakfast) | 4.95 | |
| 12-14-23 | COMEDOR- Guest Charge (Dinner) | 41.00 | |
| 12-14-23 | Package | 125.00 | |
| 12-14-23 | Destination Fee | 17.00 | |
| 12-14-23 | Government Tax | 12.78 | |
| 12-15-23 | COMEDOR- Guest Charge (Breakfast) | 4.95 | |
| 12-15-23 | Master Card / Euro Card<br>*Card # XXXXXXXXXXXX1805* | | 911.65 |




John Romero <jrrjjr.romero@gmail.com>

**Itinerary receipt notice**

1 message

**JetBlue** <jetblueairways@email.jetblue.com>
Reply-To: JetBlue <reply@email.jetblue.com>
To: jrrjjr.romero@gmail.com

Fri, Sep 22, 2023 at 6:54 AM




# Your travel receipt.

Thanks for flying JetBlue!

## Travel Purchase

**Date of requested receipt: 2023-09-22** **Record Locator:** ERXXKC

| | | | |
|---|---|---|---|
| **LAX** | **FLL** | **Travel date** | 2023-12-09T23:15:00 |
| | | **Flight number** | 0200 |
| **FLL** | **SJU** | **Travel date** | 2023-12-10T09:20:00 |
| | | **Flight number** | 0253 |
| **SJU** | **MCO** | **Travel date** | 2023-12-15T12:27:00 |
| | | **Flight number** | 1334 |
| **MCO** | **LAX** | **Travel date** | 2023-12-15T18:15:00 |
| | | **Flight number** | 0131 |

**Traveler(s)** **Ticket number(s)**

**Base fare:** $614.35 USD

| **Taxes & fees breakdown:** | AMOUNT | CURRENCY | PURPOSE - (CODE) |
|---|---|---|---|
| | $18.00 | USD | U.S. Passenger Facility Charge - (XF) |
| | $11.20 | USD | U.S. September 11th Security Fee - (AY) |
| | $42.20 | USD | U.S. Transportation Tax - (US2) |
| **Taxes & fees total:** | $71.40 | USD | |
| **Base fare total:** | **$685.75** | | |

**Payment(s):**

Mastercard XXXXXXXXXXXX1805 $685.75

# Total paid: $685.75 USD*

*includes all fares, taxes, fees and penalties less any amounts refunded

Flight Status | Bag Info | Airport Info

## Stay connected









Help

Business Travel

Privacy

About JetBlue

Please call 1-800-JETBLUE (1-800-538-2583) for additional assistance.

Positive identification required for airport check-in.


Gmail

John Romero <jrrjjr.romero@gmail.com>

**JetBlue booking confirmation for JOHN J ROMERO - ERXXKC**
1 message

**JetBlue Reservations** <jetblueairways@email.jetblue.com> Fri, Sep 22, 2023 at 6:50 AM
Reply-To: JetBlue Reservations <reply@email.jetblue.com>
To: jrrjjr.romero@gmail.com

Check out the details for your trip on Sat, Dec 09

Français | Español

jetBlue

#3486580574

# You're all set to jet.

And, your continued loyalty is what keeps us flying high. Thanks again for being a Mosaic member.

# Your Flight Itinerary

## Your JetBlue confirmation code is ERXXKC

LAX ▶ FLL
jetBlue
**Flight 200**
Sat, Dec 09 **11:15pm** - Sun, Dec 10 **7:04am**
**Terminal:** 5

FLL ▶ SJU
jetBlue
**Flight 253**


Sun, Dec 10 **9:20am** - Sun, Dec 10 **12:59pm**
**Terminal:** 3

SJU ▶ MCO **Flight 1334**

jetBlue

Fri, Dec 15 **12:27pm** - Fri, Dec 15 **2:41pm**

**Terminal:** A

MCO ▶ LAX **Flight 131**

jetBlue



Fri, Dec 15 **6:15pm** - Fri, Dec 15 **8:58pm**

**Terminal:** C

**Get the latest** entry and travel requirements for your trip.

# Your Traveler Details

## JOHN J ROMERO

Los Angeles
**LAX**
—
Fort Lauderdale
**FLL**

**TrueBlue Number:** 3486580574

**Ticket number:** 2792134533395

**Flight #** 200

**Fare:** Blue

**Seat:** 7C EVEN MORE SPACE

**Notes:** Even More® Space

Manage my booking

Fort Lauderdale
**FLL**
—
San Juan
**SJU**

**TrueBlue Number:** 3486580574

**Ticket number:** 2792134533395

**Flight #** 253

**Fare:** Blue

**Seat:** 2C EVEN MORE SPACE

**Notes:** Even More® Space

Manage my booking



San Juan
**SJU**
—
Orlando
**MCO**

**TrueBlue Number:** 3486580574

**Ticket number:** 2792134533395

**Flight #** 1334

**Fare:** Blue

**Seat:** 4D EVEN MORE SPACE

**Notes:** Even More® Space

Manage my booking

Orlando
**MCO**
—
Los Angeles
**LAX**

**TrueBlue Number:** 3486580574

**Ticket number:** 2792134533395

**Flight #** 131

**Fare:** Blue

**Seat:** 2D EVEN MORE SPACE

**Notes:** Even More® Space

Manage my booking

## Bag Allowance (per traveler)

**LAX ▶ SJU**

| Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|
| Free | Free | Free Mosaic Perk | Free Mosaic Perk |

**SJU ▶ LAX**

| Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|
| Free | Free | Free Mosaic Perk | Free Mosaic Perk |

Size and weight limits apply. See full details on our Bag Info page ▶

Free checked bag benefit for Mosaic members applies to JetBlue-operated flights only.

Additional charges may apply.

**Need to check more than 2 bags?** Additional bags can be added during check-in (starting 24 hours before departure) or at the airport.

## Payment Details

| Master XXXXXXXXXXX1805 | CREDIT_CARD | $685.75 |
|---|---|---|
| | NONREF | $614.35 |
| **Purchase Date: Sep 22, 2023** | Taxes & fees | $71.40 |
| Request full receipt | **Total** | **$685.75 USD** |

## Change made easy.

Change or cancel flights, add extras like Even More® Space seats or pets, select or switch seats, update TrueBlue & Known Traveler numbers, and other traveler details–all in one place. Stay safe from fraud–use only jetblue.com or the JetBlue app to change or cancel your flights.

Manage my booking

**If your booking was made at least 7 days in advance:** You may cancel it within 24 hours for a full refund to your original form of payment, without a cancellation fee.

**JetBlue Change/Cancel Policy:** There is no fee to change (or cancel) Blue, Blue Extra, Blue Plus or Mint fares. Blue Basic fares are subject to a change/cancel fee of $100 for travel wholly within the U.S., Caribbean, Mexico or Central America, or $200 for all other routes.

Fare difference may apply and funds may be in the form of a JetBlue travel credit, valid for 12 months from original ticketing date. Booked before Mar 8, 2023? See details on expiration date here. As a Mosaic, same-day switches may be made

Google Maps 2301 Pacific Ave, Costa Mesa, CA 92627 to lax terminal 5







Map data ©2021 Google 2 mi

## 2301 Pacific Ave

Costa Mesa, CA 92627

### Get on I-405 N from W Wilson St and Harbor Blvd

13 min (4.3 mi)

1. Head south on Pacific Ave toward Sea Breeze Dr

0.1 mi

2. Turn left onto W Wilson St

   Pass by Taco Bell (on the left in 1.4 mi)

1.4 mi

3. Use the left 2 lanes to turn left onto Harbor Blvd

   Pass by Panda Express (on the right)

2.2 mi

4. Use the right lane to merge onto I-405 N via the ramp to Long Beach

0.6 mi

### Follow I-405 N to CA-1 N/S Sepulveda Blvd in Los Angeles. Take exit 1C from I-105 W

33 min (35.1 mi)

5. Merge onto I-405 N

16.6 mi




FPMPR TRAVEL EXPENSE NOTE:

**John Romero Travel Expense Invoices Note:**

**Date: December 30, 2023**

**Notes:**

Please note:

Travel Expenses:

- The Even More Space Note in the Airfare receipt is a free benefit from the Airline as a Mosaic Status Perk.