

FPM TRAVEL REIMBURSEMENT COVER SHEET

Name: Denise Rodriguez

Invoice number: #039-1

Invoice date: December 18, 2023

Site visit travel dates: December 10 – December 15

Total travel reimbursement amount (*see page 2 for details*): $ 2466.61

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.*

December 18, 2023

Signature                                                         Date



# Office of the Technical Compliance Advisor Travel Reimbursement Form

**Traveler Name: Denise Rodriguez**
**Travel Dates: December 10 - 15**
**Purpose of Travel: Site visit**

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 1,009.40 | 1 | $ 1,009.40 |
| Baggage | $ - | 0 | $ - |
| Uber from Airport to hotel* | $ 14.81 | 1 | $ 14.81 |
| Ground Transportation (Parking) | $ - | 0 | $ - |
| Ground Transportation (Mileage) | $ - | 0 | $ - |
| Lodging | $ 154.78 | 5 | $ 773.90 |
| | | | |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 4 | $ 460.00 |
| Airport parking | $ 6.00 | 6 | $ 36.00 |
| Total | | | $ 2,466.61 |

*FPM driver provided transportation from hotel to airport

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

**From:** Denise Rodriguez
**To:** Denise Rodriguez
**Subject:** Receipt
**Date:** Monday, December 18, 2023 8:53:49 AM



Denise Rodriguez
956-279-3097

**From:**     Denise Rodriguez
**To:**       DRodriguez_PRI@outlook.com
**Subject:**  Fwd: Your Sunday evening trip with Uber
**Date:**     Monday, December 18, 2023 8:59:57 AM

---

**From:** Uber Receipts <noreply@uber.com>
**Sent:** Sunday, December 10, 2023 9:48:47 PM
**To:** nicerdz@hotmail.com <nicerdz@hotmail.com>
**Subject:** Your Sunday evening trip with Uber



Total $14.81
December 10, 2023

# Thanks for riding, Denise

We hope you enjoyed your ride this evening.

# Total                                     $14.81

Trip fare                                   $10.66

Subtotal                                    $10.66

| | |
|---|---|
| Booking Fee ☐ | $1.15 |
| Airport Fee | $3.00 |

Payments



**Apple Pay American Express ••••9142**                                          $14.81
12/10/23 11:48 PM

Switch Payment Method

Download PDF

## You rode with Janiel

5.00 ☐ Rating

◯   Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.

Rate or tip

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more

Comfort    5.67 miles | 10 min

❚  11:38 PM
    Av Aeropuerto, Carolina, PR 00937, US

❚  11:48 PM

**From:**      United Airlines
**To:**           DRODRIGUEZ_PRI@OUTLOOK.COM
**Subject:**    eTicket Itinerary and Receipt for Confirmation E4E23H
**Date:**       Monday, November 20, 2023 9:16:19 AM

                                                                 Mon, Nov 20, 2023

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

## E4E23H

| Flight 1 of 4 UA6100 | Class: United Economy (Q) |
|---|---|
| Sun, Dec 10, 2023 | Sun, Dec 10, 2023 |
| **12:09 PM** | **01:33 PM** |
| McAllen, TX, US (MFE) | Houston, TX, US (IAH) |

Flight Operated by MESA AIRLINES DBA UNITED EXPRESS.

| Flight 2 of 4 UA701 | Class: United Economy (Q) |
|---|---|
| Sun, Dec 10, 2023 | Sun, Dec 10, 2023 |
| **03:05 PM** | **09:26 PM** |
| Houston, TX, US (IAH) | San Juan, PR, US (SJU) |

| Flight 3 of 4 UA1644 | Class: United Economy (Q) |
|---|---|
| Fri, Dec 15, 2023 | Fri, Dec 15, 2023 |
| **07:50 AM** | **10:55 AM** |
| San Juan, PR, US (SJU) | Houston, TX, US (IAH) |

| Flight 4 of 4 UA4355 | Class: United Economy (Q) |
|---|---|
| Fri, Dec 15, 2023 | Fri, Dec 15, 2023 |
| **12:05 PM** | **01:34 PM** |
| Houston, TX, US (IAH) | McAllen, TX, US (MFE) |

Flight Operated by COMMUTEAIR DBA UNITED EXPRESS.

## Traveler Details

RODRIGUEZ/DENISE

eTicket number: **0162343457653**

Frequent Flyer: **UA-XXXXX985 Premier Platinum**

Seats: **MFE-IAH 05F**
**IAH-SJU 11F**
**SJU-IAH 21L**
**IAH-MFE 03D**

## Purchase Summary

| | |
|---|---|
| Method of payment: | **American Express ending in 1002** |
| Date of purchase: | **Mon, Nov 20, 2023** |
| Airfare: | **938.00** |
| U.S. Transportation Tax: | **42.20** |
| September 11th Security Fee: | **11.20** |
| U.S. Passenger Facility Charge: | **18.00** |
| Total Per Passenger: | **1009.40 USD** |
| Total: | 1009.40 USD |

**Fare Rules**

Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT

Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

**MileagePlus Accrual Details**

| Denise Rodriguez | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Sun, Dec 10, 2023 | 6100 | McAllen, TX, US (MFE) to Houston, TX, US (IAH) | 576 | 64 | 1 |
| Sun, Dec 10, 2023 | 701 | Houston, TX, US (IAH) to San Juan, PR, US (SJU) | 3609 | 401 | 1 |
| Fri, Dec 15, 2023 | 1644 | San Juan, PR, US (SJU) to Houston, TX, US (IAH) | 3690 | 410 | 1 |
| Fri, Dec 15, 2023 | 4355 | Houston, TX, US (IAH) to McAllen, TX, US (MFE) | 585 | 65 | 1 |
| MileagePlus accrual totals: | | | 8460 | 940 | 4 |

**Baggage allowance and charges for this itinerary**

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Sun, Dec 10, 2023 McAllen, TX, US (MFE) to San Juan, PR, US (SJU - Luis Muñoz Marín) | 0 USD | 0 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |

**COURTYARD**
**Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Denise Rodriguez
3003 San Sebastian St
Mission TX 78572
United States

Marriott Rewards #   286891726

Name:

Room: 0814
Room Type: EKNG
No. of Guests: 1
Rate: $  125.00  Clerk: 1009
CRS Number  92998543

Arrive:   12-10-23            Time:  07:18 AM          Depart:  12-15-23          Folio Number:  753987

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 12-10-23 | Package | 125.00 | |
| 12-10-23 | Destination Fee | 17.00 | |
| 12-10-23 | Government Tax | 12.78 | |
| 12-11-23 | COMEDOR- Guest Charge (Breakfast) | 2.00 | |
| 12-11-23 | Package | 125.00 | |
| 12-11-23 | Destination Fee | 17.00 | |
| 12-11-23 | Government Tax | 12.78 | |
| 12-12-23 | COMEDOR- Guest Charge (Breakfast) | 1.00 | |
| 12-12-23 | Package | 125.00 | |
| 12-12-23 | Destination Fee | 17.00 | |
| 12-12-23 | Government Tax | 12.78 | |
| 12-13-23 | COMEDOR- Guest Charge (Dinner) | 70.02 | |
| 12-13-23 | Package | 125.00 | |
| 12-13-23 | Destination Fee | 17.00 | |
| 12-13-23 | Government Tax | 12.78 | |
| 12-14-23 | COMEDOR- Guest Charge (Dinner) | 55.18 | |
| 12-14-23 | Package | 125.00 | |
| 12-14-23 | Destination Fee | 17.00 | |
| 12-14-23 | Government Tax | 12.78 | |
| 12-15-23 | American Express | | 902.10 |
| | Card # XXXXXXXXXX1002 | | |