**Travel Breakout** — Traveler: Donald S. Gosselin - DEC 9 – 14, 2023, Invoice #1186

| Expense | Unit Cost | Units | Column1 | Total | Column2 | Column3 |
|---|---|---|---|---|---|---|
| Airfare PWM/SJU/PWM/Coach 9 - 14 DEC | 743.04 | 1 | 0 | 743.04 | AA PWM-SJU-PWM COACH | |
| Airfare SJU-PTY/Coach | 0 | 0 | | 0 | | |
| Airline Change Fee (incl tax) | 0 | 0 | | 0 | N/A | |
| Ground Transportation (Uber/Lyft/Taxi) | 0 | 0 | | | Airport SJU/OFFICE/HOTEL | |
| Ground Transportation (Parking) | 15.55 | 5 | | 77.75 | Airport Parking Sun-Fri | |
| Ground POV Transport Home/Airfield/Home | 0.655 | 70 | | 45.85 | HOME/AIRFIELD/HOME | |
| Tolls /Use of Rental Vehicle/to-from Base | $9.95 | | WAIVED | 0 | MA/NH/ME/PTY Tolls | |
| Lodging | 195 | 4 | | 780 | DoD HIGH season rate | |
| Per Diem (Travel Days) | 86.25 | 2 | | 172.5 | | |
| Per Diem (Full Days) | 115 | 3 | | 345 | | |
| Hotel TAX + Fees ($45.00 + $26.40) | 71.4 | 4 | | 285.6 | | |
| | | | | | | |
| **Total** | | | | **2,449.74** | | |

**From:** American Airlines <no-reply@info.email.aa.com>
**Subject:** Your trip confirmation (PWM - SJU)
**Date:** November 28, 2023 at 09:55
**To:** GOSSELIN.INTL@gmail.com GOSSELIN.INTL@GMAIL.COM





Issued: November 28, 2023

# Your trip confirmation and receipt

We charged $743.04 to your card ending in 2001 for your ticket purchase.

You can check in via the American app 24 hours before your flight and get your mobile boarding pass.

**Record Locator: HYJIBQ**

## Sunday, December 10, 2023

| | | |
|---|---|---|
| **PWM** Portland 6:40 AM | | AA 2882 |
| **CLT** Charlotte 9:28 AM | Seat: **15F** Class: **Economy (S)** Meals: | |

| | | |
|---|---|---|
| **CLT** Charlotte 11:09 AM | | AA 783 |
| **SJU** San Juan | Seat: **13A** Class: **Economy (S)** | |

| | |
|---|---|
| 3:46 PM | Meals: **Food for purchase** |

**Thursday, December 14, 2023**

| | |
|---|---|
| ✈ **SJU** <br> San Juan <br> 3:52 PM | AA 2433  |
| ○ **PHL** <br> Philadelphia <br> 6:57 PM | Seat: **16F** <br> Class: **Economy (O)** <br> Meals: **Food for purchase** |

| | |
|---|---|
| ✈ **PHL** <br> Philadelphia <br> 8:54 PM | **AA 5691** <br> Operated by Piedmont Airlines <br> as American Eagle |
| ○ **PWM** <br> Portland <br> 10:25 PM | Seat: **6A** <br> Class: **Economy (G)** <br> Meals: |

**Manage your trip**

# Earn 50,000 bonus miles

Plus great travel benefits. Terms Apply.

Learn more



## Your purchase

**Donald Gosselin - AAdvantage® #: 32A******

| | |
|---|---|
| New ticket (0012496774741) <br> [$673.14 + Taxes & carrier-imposed fees | $743.04 |

$69.90]

| | |
|---|---|
| **Total cost** | **$743.04** |

## Your payment

| | |
|---|---|
| AmericanExpress (ending 2001) | $743.04 |
| **Total paid** | **$743.04** |

Bag information

| Checked Bag (Airport) | | Checked Bag (Online*) | |
|---|---|---|---|
| 1st bag | No charge | 1st bag | No charge |
| 2nd bag | $40.00 | 2nd bag | $40.00 |

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 50 pounds or 23 kilograms

For information regarding American Airlines checked baggage policies, please visit: Bag and optional fees

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. Bag and optional fees
If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 4 hours) before departure.

Carry-on bags

| 1st carry-on | Includes purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you. |
|---|---|
| 2nd | Maximum dimensions not to exceed: 22" long x 14" wide x |

| | | |
|---|---|---|
| 2ⁿᵈ carry-on | | 9" tall (56 x 35 x 23 cm). |


Book a hotel »


Book a car »


Buy trip insurance »


AAVacations »








Contact us

Privacy policy

Download the American app

 

© American Airlines, Inc. All Rights Reserved.                

Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

If you have purchased a NON-REFUNDABLE fare, the itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has NO VALUE. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

You have up to 24 hours from the time of ticket purchase to receive a full refund if you booked at least 2 days before departure. Once canceled, your refund will be processed automatically. Refunds.

Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page.

The policy for traveling with Emotional Support and Service animals has changed. Visit Traveling with Service Animals for more information.

        

Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid, Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at

any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage link below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

For more on Canada passenger protection regulations visit aa.com/CanadaPassengers.

Please do not reply to this email address as it is not monitored. This email was sent to gosselin.intl@gmail.com.

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward this email to us with an explanation.

For all other questions about bookings or upcoming trips, visit our contact page. Contact American >

**one**world is a registered trademark of **one**world Alliance, LLC.

```
          PORTLAND JETPORT
          1001 WESTBROOK ST
          PORTLAND , ME 04102


PARKING @15.55/DAY                77.75




                         TOTAL: $77.75
```





**SHERATON**
Puerto Rico
Resort & Casino

INFORMATION INVOICE

| | |
|---|---|
| ROOM | 0745 |
| ROOM TYPE | EKNG |
| NO. OF GUESTS | 1 |
| RATE | 195 |
| CLERK | CALMO078 |
| DATE | 01/01/24 |
| PAGE No. | 1 of 2 |
| REWARDS # | 839932555 |

Dr Donald Gosselin
12 Naomi St
Sebago ME 04029
United States

ARRIVE 12/10/23    TIME 04:15    DEPART 12/14/23    TIME 12:00    FOLIO# 4069343

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| 12/10/23 | Room Charge | | 195.00 |
| 12/10/23 | Resort Fee $45 Flat | | 45.00 |
| 12/10/23 | Room Occupancy Tax | | 26.40 |
| 12/11/23 | Tips - Restaurant | Room# 0745 : CHECK# 1166213 | 5.00 |
| 12/11/23 | Pool Food - Dinner | Room# 0745 : CHECK# 1235306 | 5.24 |
| 12/11/23 | Pool Beverage - Beer | Room# 0745 : CHECK# 1235306 | 2.19 |
| 12/11/23 | Tips - Pool | Room# 0745 : CHECK# 1235306 | 5.54 |
| 12/11/23 | Pool Sales Municipal Tax 1% - IVU | Room# 0745 : CHECK# 1235306 | 0.08 |
| 12/11/23 | Pool Sales Tax 10.5%-IVU | Room# 0745 : CHECK# 1235306 | 0.23 |
| 12/11/23 | Pool Reduced Tax 6%-IVU | Room# 0745 : CHECK# 1235306 | 0.31 |
| 12/11/23 | Room Charge | | 195.00 |
| 12/11/23 | Resort Fee $45 Flat | | 45.00 |
| 12/11/23 | Room Occupancy Tax | | 26.40 |
| 12/12/23 | Tips - Restaurant | Room# 0745 : CHECK# 1166344 | 6.00 |
| 12/12/23 | Room Charge | | 195.00 |
| 12/12/23 | Resort Fee $45 Flat | | 45.00 |
| 12/12/23 | Room Occupancy Tax | | 26.40 |
| 12/13/23 | Tips - Restaurant | Room# 0745 : CHECK# 1166467 | 5.00 |
| 12/13/23 | Choices Rest. Food - Dinner | Room# 0745 : CHECK# 1166559 | 2.03 |
| 12/13/23 | Choices Rest. Beverage - Beer | Room# 0745 : CHECK# 1166559 | 0.90 |
| 12/13/23 | Tips - Restaurant | Room# 0745 : CHECK# 1166559 | 5.00 |

For billing questions or concerns, please let us know at SheratonPR.Folio@sheraton.com



INFORMATION INVOICE

| | |
|---|---|
| ROOM | 0745 |
| ROOM TYPE | EKNG |
| NO. OF GUESTS | 1 |
| RATE | 195 |
| CLERK | CALMO078 |
| DATE | 01/01/24 |
| PAGE No. | 2 of 2 |
| REWARDS # | 839932555 |

Dr Donald Gosselin
12 Naomi St
Sebago ME 04029
United States

ARRIVE 12/10/23     TIME 04:15     DEPART 12/14/23     TIME 12:00     FOLIO# 4069343

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| 12/13/23 | Choices Sales Municipal Tax 1% - IVU | Room# 0745 : CHECK# 1166559 | 0.04 |
| 12/13/23 | Choices Sales Tax 10.5%-IVU | Room# 0745 : CHECK# 1166559 | 0.09 |
| 12/13/23 | Choices Reduced Tax 6%-IVU | Room# 0745 : CHECK# 1166559 | 0.12 |
| 12/13/23 | Room Charge | | 195.00 |
| 12/13/23 | Resort Fee $45 Flat | | 45.00 |
| 12/13/23 | Room Occupancy Tax | | 26.40 |
| 12/14/23 | Visa Card | | -1,103.37 |
| | XXXXXXXXXXXX4086 | XX/XX | |

Balance     USD     0.00

For billing questions or concerns, please let us know at SheratonPR.Folio@sheraton.com