

## Office of the Technical Compliance Advisor
## Travel Reimbursement Form

Enter all required information below to obtain travel reimbursement. If spending did not occur in a category, please enter zeros. Zeros will likely need to be entered for one or more of the ground transportation options. The "Total" column of the table will update based on the information entered into the "Unit Cost" and "Units" columns. To update the "Total" column, click CTRL+A and then F9. Receipts for airfare, lodging, ground transportation, and PCR testing must be submitted with this form. Submit the Travel Reimbursement Form and accompanying receipts to Javier Gonzalez (Javier.benito@me.com) with the Chief Monitor (jrrjr.romero@gmail.com) and/or his designee copied along with your monthly invoice.

Traveler Name: Alan C Youngs
Travel Start Date 12/10/23 Travel End Date: 12/14/23
Purpose of Travel: Puerto Rico

| Travel Reimbursement | | | |
|---|---:|---:|---:|
| | Unit Cost | Units | Total |
| Airfare Denver to Puerto Rico | $391.20 | 1 | $391.20 |
| Airfare Puerto Rico to Denver | $335.70 | 1 | $335.70 |
| Baggage/Seat | $35.00 | 1 | $35.00 |
| Ground Transportation (Uber) to DIA | $68.79 | 1 | $68.79 66.42 |
| Ground Transportation (Taxi) from DIA | $74.02 | 1 | $74.02 |
| Ground Transportation (Taxi) to Hotel Marriott | $0.00 | 1 | $0.00 |
| Ground Transportation (Taxi) to Airport SJU | $0.00 | 1 | $0.00 |
| Ground Transportation (Parking) | $0.00 | 0 | $0.00 |
| Ground Transportation (Mileage) | $0.655 | 0 | $0.00 |
| Lodging | $154.78 | 4 | $619.12 |
| Per Diem (Travel Days) | $86.25 | 2 | $172.50 |
| Per Diem (Full Days) | $115.00 | 3 | $345.00 |
| Total | | | $2,041.33 |

VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

$2,038.96



| | | BQNV0W 22C | **185** |
|---|---|---|---|
| | | UA 1339 | |

**YOUNGS/ALAN**
UA-*****152



**Denver to San Juan**

| **UA 1339** | GATE | BOARDING BEGINS | SEAT | |
|---|---|---|---|---|
| **DEN-SJU** | **Not Yet Assigned** | **9:10** AM | **22C** | **BOARDING GROUP** <br> **5** |
| Sunday, December 10, 2023 | | Boarding ends: 9:35 AM <br> Flight departs: 9:50 AM <br> Flight arrives: 6:25 PM | Aisle <br> Economy | |

**Confirmation:** BQNV0W
Ticket:             01623418677893

 A STAR ALLIANCE MEMBER

**Have you downloaded the United app?**
Check your flight status, track your checked baggage, watch movies and TV shows in flight directly on your device, and more.

Bag check must be completed no later than 45 minutes before departure. You must be at the boarding gate at least 15 minutes prior to departure. Failure to be at the boarding gate by the required time could result in the loss of your seat without compensation, regardless of whether you are already checked in or have a confirmed seat. Refer to United's Contract of Carriage at united.com for more information about United's terms and conditions.



# Thanks Alan for choosing United!

## Confirmation number: BQNV0W



### Select your seat

Stretch your legs with extra room.

Starting from $154 per person

Add Economy Plus



### Faster service

Enjoy faster check-in and Priority Boarding with Premier Access.

Add Premier Access

### Add a bag

Pack your bags for your trip.

$35 per person

Add Extra Bag

1/2

# Flight details

Flight to San Juan

| DEPART | ARRIVE | FLIGHT INFO | |
|---|---|---|---|
| Sun, Dec 10, 2023 | Sun, Dec 10, 2023 | Flight | UA 1339 |
| 9:50 AM | 6:25 PM | Duration | 5h 35m |
| **DEN** | **SJU** | Aircraft | Boeing 737 MAX 9 |
| Denver, CO, US | San Juan, PR, US | Emissions | 230 kg $CO_2$ |
| | | Fare Class | United Economy (S) |
| | | Meal | Snacks for Purchase |

| | |
|---|---|
| Seats | 22C |

## Calculate bag charges

**Denver, CO → San Juan, PR**
December 10, 2023

| | |
|---|---|
| **FIRST BAG** | $35 |
| **SECOND BAG** | $45 |
| **WEIGHT PER BAG** | 50 lbs (23 kgs) |

These are estimates of additional bag service charges that may apply to your itinerary. Service charges may vary by traveler, depending on status or memberships. First and second bag service charges do not apply to active duty-members of the U.S. military and their accompanying dependents. For additional information, visit united.com/baggage.

## Purchase Summary

| | |
|---|---|
| > Fare | $360.00 |
| > Taxes and Fees | $31.20 |
| > Premium Add-Ons   *NOT INCLUDED ON EXPENSE REPORT* | $50.00 |
| **TOTAL** | **$441.20** |

Credit card payment: $441.20 (Visa **3491)

## Travelers

**Alan Youngs**

Date of Birth:
2/18/1947

Frequent flyer:
UA-*****152

Contact number:
+1 7202325812

Special seating accommodations

About carry-on and checked bags

Important travel information

Site Feedback

# Uber

December 10, 2023

**Total**  $~~$68.79~~ 66.42

| | |
|---|---|
| Trip fare | $38.18 |
| Subtotal | $38.18 |
| Reservation Fee | $12.00 |
| Booking Fee | $5.01 |
| Denver International Airport Pickup/Drop-off Fee | $3.29 |
| Colorado Prearranged Ride Regulatory Fee | $0.31 |
| Tips | $10.00 |

## Payments

VISA  Visa ••••3491  $58.79
12/10/23 7:36 AM

VISA  Visa ••••3491  $~~10.00~~ 7.63
12/14/23 3:53 PM

A temporary hold of $58.79 was placed on your payment method •••• 3491. This is not a charge and will be removed. It should disappear from your bank statement shortly.

Visit the trip page for more information, including invoices (where available)

You rode with William

UberX   32.37 miles | 34 min

7:01 AM | 5552 W Lakeridge Rd, Lakewood, CO 80227, US

7:36 AM | 8500 Pena Blvd, Denver, CO 80249, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

# CHASE ◯

Printed from Chase Personal Online

## CREDIT CARD (...7940)

**$35.00**
Sale

Dec 10, 2023
Transaction date

Dec 12, 2023
Posted date

UNITED 0164259907664

| | |
|---:|:---|
| Description | UNITED 0164259907664 |
| Also known as | United Airlines |
| Merchant type | UNITED AIRLINES |
| Method | Online, mail or phone |
| Card number | (...7940) |
| Category | Travel Baggage |

Rewards earned with this transaction

| | |
|:---|---:|
| +2X Pts other spend incl Grocery Gas Dining | 70 |
| Total Marriott Bonvoy® Points | 70 |

Transaction details may be preliminary or incomplete and may not match the transaction as it appears on your periodic statement, which is the official record of your account activity.

JPMorgan Chase Bank, N.A. Member FDIC     ©2023 JPMorgan Chase & Co.     Equal Housing Opportunity





A-List Preferred    Hi, Alan  7,086 points    My Account    Log out    Español



FLIGHT | HOTEL | CAR | VACATIONS    SPECIAL OFFERS    RAPID REWARDS®

# Thanks for flying with us!

## Trip summary



Flight

CONFIRMATION #
**3WGAZY**

DEC 14
SJU ✈ DEN

FLIGHT TOTAL
$**335.70**

## 12/14 - Denver

DEC 14
### San Juan, PR *to* Denver, CO

**Confirmation # 3WGAZY**

| PASSENGERS | EST. POINTS | EXTRAS | FARE |
|---|---|---|---|
| **Alan Youngs** | + 2,400 PTS | — | Wanna Get Away Plus |
| Rapid Rewards® Acct # 207895671    A-List Preferred | | | |

**Departing**    12/14/23 Thursday                                    Wanna Get Away Plus    $300.00
                                                                      (Passenger x1)

✈ DEPARTS    2:15 PM    **SJU**                    FLIGHT
                        San Juan, PR - SJU         1839  📶 + 💲

                                                   SCHEDULED AIRCRAFT
                                                   Boeing 737 MAX8
                                                   *Subject to change*

  ARRIVES    4:05 PM    **FLL**                    TRAVEL TIME
                        Fort Lauderdale, FL - FLL  **2**hr **50**min

            stop 1: Fort Lauderdale, FL - FLL                    

| | | | |
|---|---|---|---|
| **DEPARTS** 5:20 PM | FLL<br>Fort Lauderdale, FL - FLL | **FLIGHT**<br>949<br>**SCHEDULED AIRCRAFT**<br>Boeing 737 MAX8<br>*Subject to change* | |
| **ARRIVES** 7:50 PM | DEN<br>Denver, CO - DEN | **TRAVEL TIME**<br>4hr 30min | **SUBTOTAL**<br>$300.00 |

|  |  |
|---|---|
| Taxes & fees | $35.70 |
| **Flight total** | **$335.70** |

### Icon legend

- WiFi available
- Live TV available
- Change planes

### Helpful Information:

- Starting July 1, 2023 (12:00 a.m. CT), for Wanna Get Away® or Wanna Get Away Plus™ reward travel reservations (booked with points): If you do not cancel your reservation at least 10 minutes before the flight's original scheduled departure time, any points used for booking will be forfeited, along with any taxes and fees associated with your reward travel reservation. For Anytime or Business Select® reward travel reservations: the points used for booking will be redeposited to the purchaser's Rapid Rewards® account, and any taxes and fees associated with the reward travel reservation will be converted into a Transferable Flight Credit™ for future use.
- Please read the fare rules associated with this purchase.
- When booking with Rapid Rewards points, your points balance may not immediately update in your account.
- **REAL ID Requirement:** Do you have a **REAL ID**? Beginning May 7, 2025, you will need a state-issued **REAL ID** compliant license or identification card, or another acceptable form of ID (such as a U.S. Passport), to fly within the United States. Visit www.tsa.gov for a list of acceptable forms of ID and additional information regarding **REAL ID** requirement.

## Payment summary

| PAYMENT INFORMATION | | | AMOUNT PAID |
|---|---|---|---|
| **Visa 3491**<br>XXXXXXXXXXXX3491<br>Expiration: 7/27 | **CARD HOLDER**<br>Alan Youngs | **BILLING ADDRESS**<br>5552 W Lakeridge Rd<br>Lakewood, CO US 80227 | $335.70 |

## Total charged

| | |
|---|---|
| SUBTOTAL | $300.00 |
| TAXES & FEES | $35.70 |
| **TOTAL DOLLARS** | **$335.70** |

Show price breakdown

# Uber

December 14, 2023

| | |
|---|---|
| **Total** | **$74.02** |
| Trip fare | $64.05 |

| | |
|---|---|
| Subtotal | $64.05 |
| Booking Fee | $6.29 |
| Wait Time | $0.41 |
| Colorado Prearranged Ride Regulatory Fee | $0.31 |
| Denver International Airport Pickup/Drop-off Fee | $2.96 |

## Payments

**VISA** Visa ••••3491   $74.02
12/15/23 7:36 AM

Visit the trip page for more information, including invoices (where available)

You rode with Seyoum

UberX   33.02 miles | 51 min

8:44 PM | Gate C, Denver International Airport (DEN), Denver, CO 80249, US

9:35 PM | 5552 W Lakeridge Rd, Lakewood, CO 80227, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Alan Youngs
5552 W Lakeridge Rd
Lakewood CO 80227
United States

Room: 0907
Room Type: EKNG
No. of Guests: 1
Rate:  $  125.00   Clerk: 33

Marriott Rewards #   119330892

CRS Number   94770254

Name:

Arrive:  12-10-23        Time:  07:22 PM        Depart:  12-14-23        Folio Number:  746309

| Date | Description | Charges | Credits |
|---|---|---|---|
| 12-10-23 | Package | 125.00 | |
| 12-10-23 | Destination Fee | 17.00 | |
| 12-10-23 | Government Tax | 12.78 | |
| 12-11-23 | COMEDOR- Guest Charge (Breakfast) | 4.95 | |
| 12-11-23 | Package | 125.00 | |
| 12-11-23 | Destination Fee | 17.00 | |
| 12-11-23 | Government Tax | 12.78 | |
| 12-12-23 | COMEDOR- Guest Charge (Breakfast) | 4.95 | |
| 12-12-23 | Package | 125.00 | |
| 12-12-23 | Destination Fee | 17.00 | |
| 12-12-23 | Government Tax | 12.78 | |
| 12-13-23 | COMEDOR- Guest Charge (Breakfast) | 4.02 | |
| 12-13-23 | COMEDOR- Guest Charge (Dinner) | 58.52 | |
| 12-13-23 | Package | 125.00 | |
| 12-13-23 | Destination Fee | 17.00 | |
| 12-13-23 | Government Tax | 12.78 | |
| 12-14-23 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 12-14-23 | Visa Card | | 695.56 |

*Card #  XXXXXXXXXXX3491*

COURTYARD® Marriott

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Alan Youngs
5552 W Lakeridge Rd
Lakewood CO 80227
United States

Room: 0907
Room Type: EKNG
No. of Guests: 1
Rate: $ 125.00  Clerk: 33

Marriott Rewards #    119330892

CRS Number  94770254

Name:

Arrive:  12-10-23        Time:  07:22 PM        Depart:  12-14-23        Folio Number:  746309

| Date | Description | Charges | Credits |
|---|---|---|---|
| | Balance | | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.