# Office of the TCA - Travel Reimbursement Form



Traveler Name: Scott Cragg
Travel Dates: Dec 10-14, 2023
Purpose of Travel: On-Site Monitoring

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | | 1 | $ 466.40 |
| Bags/Airport Shuttle tips-no receipt | $ 2.00 | 2 | $ 4.00 |
| Ground Transportation (Tolls) | | 3 | $ 5.34 |
| Ground Transportation (Parking) | $ - | 1 | $ 68.00 |
| Ground Transportation (Mileage) | $ 0.655 | 182.8 | $ 119.73 |
| Lodging | $ 154.78 | 4 | $ 619.12 |
| Per Diem (Travel Days) 13 Aug, 17 Aug | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) Aug 14, 15, 16 | $ 115.00 | 3 | $ 345.00 |
| Total | | | $ 1,800.09 |

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

Itinerary receipt notice

From: JetBlue (jetblueairways@email.jetblue.com)
To: spcragg@verizon.net
Date: Friday, December 15, 2023 at 03:53 PM EST



# Your travel receipt.

Thanks for flying JetBlue!

## Travel Purchase

**Date of requested receipt: 2023-11-19**     **Record Locator:** LYDJQN

**MCO → SJU**     Travel date   2023-12-10T14:42:00
              Flight number 1133

**SJU → MCO**     Travel date   2023-12-14T11:10:00
              Flight number 2734

**Traveler(s)**     **Ticket number(s)**

**CRAGG/SCOTT P MR**     2792140482179

**Base fare:**     $404.00 USD

**Taxes & fees breakdown:**   AMOUNT   CURRENCY   PURPOSE - (CODE)

                              $9.00     USD        U.S. Passenger Facility

|   |   |   |   |
|---|---|---|---|
|   |   |   | Charge - (XF) |
|   | $11.20 | USD | U.S. September 11th Security Fee - (AY) |
|   | $42.20 | USD | U.S. Transportation Tax - (US2) |
| **Taxes & fees total:** | $62.40 | USD |   |
| **Base fare total:** | $466.40 |   |   |

| Exchange Fee(s): | TICKET NUMBER | DATE | AMOUNT |
|---|---|---|---|
|   | 2792140482179 | 2023-11-19 | $0.00 |

Payment(s):     ~~Mastercard XXXXXXXXXXXX7082~~    *PAYMENT CARD*     $466.40

**Total paid: $466.40 USD***

*includes all fares, taxes, fees and penalties less any amounts refunded

Flight Status   |   Bag Info   |   Airport Info

## Stay connected

 Download the JetBlue mobile app

   

Help

Business Travel

Privacy

About JetBlue

Please call 1-800-JETBLUE (1-800-538-2583) for additional assistance.

Positive identification required for airport check-in.

Notice:
Carriage and other service provided by the carrier are subject to conditions of carriage, which are hereby incorporated by reference. These conditions may be obtained from the issuing carrier. E-ticket Receipt total includes airfare, taxes, and fees applicable to air care, baggage fees, and Even

jetBlue  

CRAGG/SCOTT P
10 DEC 23

CONFIRMATION:
LYDJQN

BOARDING PASS    TSA Pre✓

TICKET:
2792140482179

FLIGHT B6 1133
MCO → SJU
Orlando, FL    San Juan, PR

GATE
231
SUBJECT
TO CHANGE

GROUP
MOSAIC

SEAT
10F
EXIT ROW
WINDOW

BOARDING    DOORS CLOSE    DEPARTS    ARRIVES
1:57 PM → 2:27 PM →    2:42 PM → 6:47 PM

jetBlue   

CRAGG/SCOTT P
14 DEC 23

CONFIRMATION:
LYDJQN

BOARDING PASS    TSA Pre✓

TICKET:
2792140482179

FLIGHT B6 2734
SJU → MCO
San Juan, PR    Orlando, FL

GATE
A3
SUBJECT
TO CHANGE

GROUP
MOSAIC

SEAT
2C
AISLE




BOARDING    DOORS CLOSE    DEPARTS    ARRIVES
10:35 AM → 10:55 AM →    11:10 AM → 1:27 PM

# E-ZPass Virginia: Transaction History

Account Number: 236166 From: 12/3/2023 To: 12/30/2023

| Date Posted | Transaction | Receipt | Transponder / Plate | Agency | Entry Plaza | Exit Plaza | Entry Date and Time | Exit Date and Time | Plaza Facility | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/10/2023 | IAG TOLL INCOMING TRANSACTIONS | | 3829399 | FTE | | B06 | | 12/10/2023 10:46 AM | | -2.11 | 45.12 |
| 12/14/2023 | IAG TOLL INCOMING TRANSACTIONS | | 3829399 | FTE | | J47 | | 12/14/2023 2:48 PM | | -2.30 | 42.82 |
| 12/15/2023 | IAG TOLL INCOMING TRANSACTIONS | | 3829399 | CFX | | 328 | | 12/14/2023 2:33 PM | | -0.93 | 41.89 |

```
Orlando Fast Park
7870 N. Frontage Rd
Orlando, 32812

MPS           12/14/23 14:22
Cashier 20
Receipt 068247

Short-Term Parking
Relax for Rewards
FPP/89623013
Orlando Fast Park
12/10/23 10:58
12/14/23 14:22
Period 4d3h25'
                      $68.00
Sub Total     $68.00
TAX            $0.00
              ----------
Total         $68.00

Payment Received
TRX REF NUM: 8961
CARD ENTRY: Chip Read
AID: A0000000031010
CRYP: 77920B9FC9C07F18 40
PAN: xxxxxxxxxxxx6833
VISA CREDIT
Sale 68.00 USD
APPROVED 09874D


Includes 6.5% Sales Tax
and 10% Privilege Fee
```

COURTYARD® Marriott

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Scott Cragg
13932 S Springs Dr
Clifton VA 20124
United States

Room: 0901
Room Type: KSTE
No. of Guests: 1
Rate: $ 125.00  Clerk: 1006

Marriott Rewards #    797225828

CRS Number  92796796

Name:

Arrive:  12-10-23    Time:  08:38 PM    Depart:  12-14-23    Folio Number:  753978

| Date | Description | Charges | Credits |
|---|---|---|---|
| 12-10-23 | Package | 125.00 | |
| 12-10-23 | Destination Fee | 17.00 | |
| 12-10-23 | Government Tax | 12.78 | |
| 12-11-23 | Comedor - Guest Charge | 4.00 | |
| 12-11-23 | Package | 125.00 | |
| 12-11-23 | Destination Fee | 17.00 | |
| 12-11-23 | Government Tax | 12.78 | |
| 12-12-23 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 12-12-23 | Package | 125.00 | |
| 12-12-23 | Destination Fee | 17.00 | |
| 12-12-23 | Government Tax | 12.78 | |
| 12-13-23 | COMEDOR- Guest Charge (Breakfast) | 13.97 | |
| 12-13-23 | COMEDOR- Guest Charge (Dinner) | 34.49 | |
| 12-13-23 | Package | 125.00 | |
| 12-13-23 | Destination Fee | 17.00 | |
| 12-13-23 | Government Tax | 12.78 | |
| 12-14-23 | COMEDOR- Guest Charge (Breakfast) | 15.04 | |
| 12-14-23 | Visa Card | | 690.62 |
| | Card # XXXXXXXXXXXX6833 | | |



FPMPR TRAVEL EXPENSE NOTE:

**Scott Cragg Travel Expense Invoices Note:**

**Date: December 30, 2023**

**Notes:**

Please note:

Travel Expenses:
- Mr. Cragg provided the boarding passes with the Seat assignment. The fare was Economy (Blue).
- If awarded, The Even More Space Note in the Airfare receipt is a free benefit from the Airline as a Mosaic Status Perk.