

**FPM TRAVEL REIMBURSEMENT COVER SHEET**

Name: Hipolito Castro

Invoice number:

Invoice date: 12/19/2023

Site visit travel dates: 12/10/2023 to 12/15/2023

Total travel reimbursement amount (see page 2 for details): $ 2,092.35

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.*

_____                    12/19/2023
**Signature**                                                                    **Date**

## Travel Breakout

### Hipolito Castro 12/10/2023 to 12/15/2023

| Expense | Unit Cost | Units | Column1 | Total | Column2 |
|---|---|---|---|---|---|
| Airfare | $ 426.40 | 1 | $ - | $ 426.40 | |
| Airfare taxes & fees | | | | $ - | |
| Baggage | | | | $ - | |
| Ground Transportation (Uber/Lyft/Taxi) | | | | $ - | |
| Ground Transportation (Parking) | $ 32.50 | 5 | | $ 162.50 | |
| Ground Transportation (POV Mileage) to PTY | $ 0.655 | 114 | | $ 74.67 | |
| Tolls | $ 11.19 | 2 | | $ 22.38 | |
| Lodging - | $ 154.78 | 5 | | $ 773.90 | |
| Per Diem (Travel Days) | $ 86.25 | 2 | | $ 172.50 | |
| Per Diem (Full Days) | $ 115.00 | 4 | | $ 460.00 | |
| Other: HOTEL TAX - | | | | | |
| **Total** | | | | **$ 2,092.35** | |

   Hipolito Castro <hipolitocastrojr@gmail.com>

## Your Flight Receipt - HIPOLITO CASTRO 10DEC23
1 message

**Delta Air Lines** <DeltaAirLines@t.delta.com>  Wed, Dec 20, 2023 at 12:09 PM
Reply-To: Transactional Email Reply Inbox <reply-361969-14_HTML-36682778-10982494-203438@t.delta.com>
To: Hipolitocastrojr@gmail.com

View as a Web Page

#9288156608
Silver Medallion®



CONFIRMATION #: HZ3Q7V



You're all set. If your plans change, you can make adjustments or cancel your itinerary on **My Trips** on the Fly Delta app or **delta.com** before your flight departs.

Have a great trip, and thank you for choosing Delta.

## Remember To Check Your Passport Expiration Date

Many countries require passports to be valid for at least six months from the date of return. You can also check passport eligibility and visa requirements with **Delta FlyReady**[SM] ahead of your trip. Don't forget to update your SkyMiles profile with your passport information for easy validation.

## Passenger Info

Name: HIPOLITO CASTRO
SkyMiles #9288156608

| FLIGHT | SEAT |
|---|---|
| DELTA 1961 | Select Seat |
| DELTA 1877 | Select Seat |

Visit delta.com or download the Fly Delta app to view, select or change your seat. If you purchased a Delta Comfort+[TM] seat or a Trip Extra, please visit My Trips to access a receipt of your purchase.

| Sun, 10DEC | DEPART | ARRIVE |
|---|---|---|
| DELTA 1961<br>Main Cabin (U) | NYC-KENNEDY<br>11:30am | SAN JUAN<br>4:28pm |

| Sat, 16DEC | DEPART | ARRIVE |
|---|---|---|
| DELTA 1877<br>Main Cabin (X) | SAN JUAN<br>1:54pm | NYC-KENNEDY<br>5:10pm |

MANAGE MY TRIP

## Flight Receipt

Ticket #: 0062192906306
Place of Issue:
Issue Date: 29NOV23
Expiration Date: 29NOV24

| METHOD OF PAYMENT | |
|---|---|
| AX***********1006 | $426.40 USD |

| CHARGES | |
|---|---|
| **Air Transportation Charges** | |
| Base Fare | $364.00 USD |
| **Taxes, Fees and Charges** | |
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $11.20 USD |
| United States - Transportation Tax (US) | $42.20 USD |
| United States - Passenger Facility Charge (XF) | $9.00 USD |
| **TICKET AMOUNT** | **$426.40 USD** |

```
JFK AIRPORT
LONG TERM PARKING
                               906
                            148239
EXIT                             0
RECEIPT:                         0
PERSONELL:
TRANSACTION:
EZPass          KAP0XXXXXX6306
NO:             12/30
CC VALID        03 009 0806306
SNR:            12.10.28 23:59
EXPIRES:        12.10.23 07:13
IN:             12.16.23 18:09
ENTRY:          HOURLY TICKET
P.AT:           227.50 USD
FEE:            227.50 USD
PAID:           ---------------
                227.50 USD
                  0.00 USD
NET:
GST   0%        SA12704
CAR:
6T 10:56
      TAXES INCLUDED
      THANK YOU FOR
       PARKING AT
       JFK AIRPORT
    HAVE A SAFE TRIP
```

227.50
 65.00
2 days - 162.50
Total



Hipolito Castro <hipolitocastrojr@gmail.com>

## (no subject)
1 message

**Hipolito Castro <hipolitocastrojr@gmail.com>**   Sat, Nov 26, 2022 at 11:59 AM
To: hipolitocastrojr@gmail.com











## E-ZPass® Payment Receipt for 12/09/2023

Account Number : 2000175180885
Transaction Date : 12/09/2023
Transaction Id : 116877811554
Transaction Amount : ($11.19)
Payment Type : ETC

## E-ZPass® Payment Receipt for 12/16/2023

Account Number : 2000175180885
Transaction Date : 12/16/2023
Transaction Id : 116889694768
Transaction Amount : ($11.19)
Payment Type : ETC

**COURTYARD**
**Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Hipolito Castro
64 Mustang Dr
Monroe CT 06468
United States

Room: 1101
Room Type: KSTE
No. of Guests: 1
Rate: $ 125.00  Clerk: 143

Marriott Rewards # 214246771

CRS Number 83647631

Name:

Arrive: 12-10-23     Time: 07:22 AM     Depart: 12-15-23     Folio Number: 753056

| Date | Description | Charges | Credits |
|---|---|---|---|
| 12-10-23 | Package | 125.00 | |
| 12-10-23 | Destination Fee | 17.00 | |
| 12-10-23 | Government Tax | 12.78 | |
| 12-11-23 | COMEDOR- Guest Charge (Breakfast) | 3.95 | |
| 12-11-23 | Package | 125.00 | |
| 12-11-23 | Destination Fee | 17.00 | |
| 12-11-23 | Government Tax | 12.78 | |
| 12-12-23 | COMEDOR- Guest Charge (Breakfast) | 4.95 | |
| 12-12-23 | Package | 125.00 | |
| 12-12-23 | Destination Fee | 17.00 | |
| 12-12-23 | Government Tax | 12.78 | |
| 12-13-23 | COMEDOR- Guest Charge (Breakfast) | 4.75 | |
| 12-13-23 | Package | 125.00 | |
| 12-13-23 | Destination Fee | 17.00 | |
| 12-13-23 | Government Tax | 12.78 | |
| 12-14-23 | COMEDOR- Guest Charge (Breakfast) | 4.02 | |
| 12-14-23 | COMEDOR- Guest Charge (Dinner) | 42.91 | |
| 12-14-23 | Valet Parking - Guest Charge | 17.94 | |
| 12-14-23 | Valet Parking- Sales Tax 11.5% | 2.06 | |
| 12-14-23 | Package | 125.00 | |
| 12-14-23 | Destination Fee | 17.00 | |
| 12-14-23 | Government Tax | 12.78 | |
| 12-15-23 | COMEDOR- Guest Charge (Breakfast) | 4.75 | |
| 12-15-23 | American Express | | 859.23 |
| | Card # XXXXXXXXXX1006 | | |

Total 773.90
- 85.33
773.90

**COURTYARD**
**Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Hipolito Castro
64 Mustang Dr
Monroe CT 06468
United States

Room: 1101
Room Type: KSTE
No. of Guests: 1
Rate: $ 125.00   Clerk: 143
CRS Number  83647631

Marriott Rewards #   214246771

Name:

Arrive:  12-10-23          Time:  07:22 AM          Depart: 12-15-23          Folio Number: 753056

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
|      |             Balance |         | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.