# Office of the TCA - Travel Reimbursement Form

**Name:** Rita J. Watkins
**Travel Dates:** December 10-15, 2023

**Purpose of Travel:** On-Site evaluation

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 572.40 | 1 | $ 572.40 |
| Baggage | $ - | 0 | $ - |
| Ground Transportation (Parking) | | | $ - |
| Ground Transportation (Shuttle) | | 1 | $ 100.00 |
| Ground Transportation (Mileage) | $ 0.625 | 0 | $ - |
| Lodging | $ 154.78 | 5 | $ 773.90 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 4 | $ 460.00 |
| Other: | $ - | 0 | $ - |
| **Total** | | | **$ 2,078.80** |

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Ms Rita Watkins
4746 Enchanted Oaks Dr
College Sta TX 77845
United States

Room: 0914
Room Type: EKNG
No. of Guests: 1
Rate: $ 125.00  Clerk: 1009

Marriott Rewards #   595896259

CRS Number  99631779

Name:

Arrive:  12-10-23          Time:  06:20 PM          Depart:  12-15-23          Folio Number:  751671

| Date | Description | Charges | Credits |
|---|---|---|---|
| 12-10-23 | Package | 125.00 | |
| 12-10-23 | Destination Fee | 17.00 | |
| 12-10-23 | Government Tax | 12.78 | |
| 12-11-23 | Package | 125.00 | |
| 12-11-23 | Destination Fee | 17.00 | |
| 12-11-23 | Government Tax | 12.78 | |
| 12-12-23 | Package | 125.00 | |
| 12-12-23 | Destination Fee | 17.00 | |
| 12-12-23 | Government Tax | 12.78 | |
| 12-13-23 | COMEDOR- Guest Charge (Dinner) | 43.93 | |
| 12-13-23 | Package | 125.00 | |
| 12-13-23 | Destination Fee | 17.00 | |
| 12-13-23 | Government Tax | 12.78 | |
| 12-14-23 | COMEDOR- Guest Charge (Breakfast) | 2.00 | |
| 12-14-23 | COMEDOR- Guest Charge (Dinner) | 27.88 | |
| 12-14-23 | Package | 125.00 | |
| 12-14-23 | Destination Fee | 17.00 | |
| 12-14-23 | Government Tax | 12.78 | |
| 12-15-23 | Master Card / Euro Card | | 847.71 |
| | Card # XXXXXXXXXXXX6220 | | |

**COURTYARD®**
**Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Ms Rita Watkins
4746 Enchanted Oaks Dr
College Sta TX 77845
United States

Room: 0914
Room Type: EKNG
No. of Guests: 1
Rate: $ 125.00  Clerk: 1009

Marriott Rewards #   595896259

CRS Number  99631779

Name:

Arrive:  12-10-23          Time:  06:20 PM          Depart:  12-15-23          Folio Number:  751671

| Date | Description | Charges | Credits |
|---|---|---|---|
|  |  | Balance | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today. Start earning points and elite status, plus enjoy exclusive member offers. Enroll today at the front desk.

**Watkins, Rita**
___

**From:** United Airlines <Receipts@united.com>
**Sent:** Monday, November 6, 2023 12:23 PM
**To:** Watkins, Rita
**Subject:** eTicket Itinerary and Receipt for Confirmation N4GGDG

**CAUTION:** The sender of this email is not from SHSU.
Any links or attachments may be dangerous. To report this email as suspicious, forward it to abuse@shsu.edu.



Mon, Nov 06, 2023

# Thank you for choosing United.
A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:
# N4GGDG

### Flight 1 of 2 UA1192                                         Class: United Economy (S)

Sun, Dec 10, 2023                                                Sun, Dec 10, 2023
**10:15 AM**                                                     **04:36 PM**
Houston, TX, US (IAH)                                            San Juan, PR, US (SJU)

### Flight 2 of 2 UA1644                                         Class: United Economy (L)

Fri, Dec 15, 2023                                                Fri, Dec 15, 2023
**07:50 AM**                                                     **10:55 AM**
San Juan, PR, US (SJU)                                           Houston, TX, US (IAH)

Traveler Details

WATKINS/RITAJANE

eTicket number: **0162340131810**                                Seats: **IAH-SJU 09D**
Frequent Flyer: **UA-XXXXX226 Premier Gold**                           **SJU-IAH 21F**

1

## Purchase Summary

| | |
|---|---|
| Method of payment: | Master Card ending in 6220 |
| Date of purchase: | Mon, Nov 06, 2023 |

| | |
|---|---|
| Airfare: | 510.00 |
| U.S. Transportation Tax: | 42.20 |
| September 11th Security Fee: | 11.20 |
| U.S. Passenger Facility Charge: | 9.00 |
| Total Per Passenger: | 572.40 USD |

**Total:** 572.40 USD

### Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT

Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

### MileagePlus Accrual Details

| Ritajane Watkins | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Sun, Dec 10, 2023 | 1192 | Houston, TX, US (IAH) to San Juan, PR, US (SJU) | 2520 | 315 | 1 |
| Fri, Dec 15, 2023 | 1644 | San Juan, PR, US (SJU) to Houston, TX, US (IAH) | 1560 | 195 | 1 |
| MileagePlus accrual totals: | | | 4080 | 510 | 2 |

### Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Sun, Dec 10, 2023<br>Houston, TX, US (IAH - Intercontinental) to San Juan, PR, US (SJU - Luis Muñoz Marín) | 0 USD | 0 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |
| Fri, Dec 15, 2023<br>San Juan, PR, US (SJU - Luis Muñoz Marín) to Houston, TX, US (IAH - Intercontinental) | 0 USD | 0 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |

Baggage check-in must occur with United or United Express, and United MileagePlus Premier® Gold membership must be valid at time of check-in to qualify for any applicable waiver of service charges for checked bags (within specified size and weight limits). Changes to the fare type purchased could result in increased baggage service charges. Based on your itinerary and selected cabin, service charges may be waived for one or more checked bags. See below for the charges for your 1st and 2nd checked bags. For additional baggage service charge information, select the "additional and other bag fees" box below.

### Important Information about MileagePlus Earning

2



Rita Watkins <drritawatkins@gmail.com>

# Ground Shuttle - Reservation Confirmation
1 message

**Ground Shuttle | Administrator** <reservations@groundshuttle.com>  Mon, Nov 6, 2023 at 12:40 PM
To: Rita Watkins <drritawatkins@gmail.com>



**PLEASE READ ALL PAGES OF THIS CONFIRMATION TO AVOID DELAYS AND MISUNDERSTANDINGS.**

Dear **Rita Watkins**,

Thank you for booking with us.

**(Order Total : $100.00).**

Your reservation details are as follows:

**Departure Trip From College Station To Houston**

| | |
|---|---|
| **Confirmation Number:** | COL-HOU-12-10-2023-06:00-3 |
| **Travel Date:** | 12/10/2023 |
| **Reservation Status:** | Reserved |
| **Pickup Location:** | Ground Shuttle Office |
| **Departure Time :** | 6:00 AM - Please be ready 15 minutes before departure time if being picked up at the Ground Shuttle office or at the Houston Airport. See details below. |
| **Dropoff Location:** | Bush International - IAH |
| **Estimated time of Arrival:** | 8:00 AM |
| **Number Of Adults:** | 1 |
| **Number Of Children under 7:** | 0 |

**Number Of additional Bags**

*Base fare allows one checked in suitcase and one carry-on*   0

**Return Trip From Houston To College Station**

| | |
|---|---|
| **Confirmation Number:** | HOU-COL-12-15-2023-12:15-2 |
| **Travel Date:** | 12/15/2023 |
| **Reservation Status:** | Reserved |

| | |
|---|---|
| **Pickup Location:** | Bush International - IAH |
| **Departure Time :** | 12:15 PM Please be ready 15 minutes before departure time if being picked up at the Ground Shuttle office or at the Houston Airport. See details below. |
| **Dropoff Location:** | Ground Shuttle Office |
| **Estimated time of Arrival:** | 2:15 PM |
| **Number Of Adults:** | 1 |
| **Number Of Childrens under 7:** | 0 |

**Number Of additional Bags**

*Base fare allows one checked in suitcase and one carry-on*   0

**General Information**

All departure times from College Station to Houston trips are from the Ground Shuttle Office located at 1450 Old Arrington Rd, College Station Tx 77845, we are right behind Casa Do Brasil Steakhouse. All estimated arrival times into College Station are to the Ground Shuttle Office.

We offer parking at our facility. The first 4 days of parking are free of charge and it is $3.25 per day after this. The parking spots in front of our building are for employees and 1 hour parking for customers only.

Base fare includes one checked in suitcase, one carry-on size bag and one personal item (purse, small laptop bag, etc). Additional pieces of luggage are $10 per piece if prepaid or $15 if paid to the driver. We will not guarantee additional luggage will be accommodated unless prepaid. Driver may refuse to lift excessively heavy pieces of luggage (approx. 50lbs or more). We do not have scales available so this decision is at the driver's discretion.Boxes are not allowed.

**Pick up Locations**

**Ground Shuttle Office -** 1450 Old Arrington Rd College Station Tx 77845. In front of the building under the awning.

**Bush Intercontinental Airport - Terminal C baggage claim.** Exit the baggage claim through **door C-105** and be on the look out for the shuttle. It will pick up either on the middle lanes or on the outside lanes. Unfortunately Airport security moves us around depending on traffic.

**Logistics**

**Trips to Houston:**

Please be there at the Ground Shuttle at least 15 minutes prior to the departure time so the driver has enough time to check everyone in.

Our scheduled arrival times into the airport are accurate. We schedule our arrival into IAH 2 hours after our departure time from The Ground Shuttle Office even though the travel time is closer to 1.5 hours. There are things during the route we cannot control like traffic, accidents, etc.

Please keep in mind we drop off at every terminal in IAH and we cannot guarantee you will always be the first one dropped off. We recommend you give yourself enough time based on your itinerary and airline requirements. If you are scheduled on a flight that departs IAH less than 1.5 hours after our scheduled arrival time we will not be responsible if you miss your flight.

Drop offs in **Bryan/CS** will be done, as best as possible, South to North if coming from Houston.

There will be no refunds if you cancel within 2 hour of trip. If you cancel prior to 72 hours, we will issue a 100% credit voucher to your Ground Shuttle account. If you cancel between 72 and 48 hours of shuttle departure time, you will receive a 75% credit voucher to your Ground Shuttle account. If you cancel between 48 and 24 hours, you will receive 50% credit voucher to your Ground Shuttle account. If you cancel between 24 and 2 hours, you will receive a 25% credit voucher. The Ground Shuttle credit vouchers will be handled automatically by the system and valid for one year from issuance date. These vouchers can be transferred to other users via a written request.

Please bring a valid picture ID or copy of your confirmation email in order to board the shuttle.

If you have questions, please contact us at 855-303-4415.

Thank you.

Best Regards,
GroundShuttle

## Order Information

| | |
|---|---|
| Description: | New Reservation(GS-IAH-SUN120231210 and IAH-GS-0320231215) |
| Invoice Number | 301247 |
| Customer ID | 123110 |

## Billing Information

Rita Watkins
4746 Enchanted Oaks Dr.
College Station, Texas 77845
United States
drritawatkins@gmail.com
979-777-0594

## Shipping Information

**Total: $100.00 (USD)**

## Payment Information

| | |
|---|---|
| Date/Time: | 6-Nov-2023 12:40:36 CST |
| Transaction ID: | 80121433712 |
| Payment Method: | MasterCard xxxx6220 |
| Transaction Type: | Purchase |
| Auth Code: | 01107P |

## Merchant Contact Information

GROUNDSHUTTLE.COM
College Station, TX 77845
US
accounting@groundshuttle.com

If a reservation is cancelled, your Ground Shuttle account will be credited according to the time of cancellation. Our system does not currently have the ability to refund your credit card account. All credits will expire after one year. Ground Shuttle credits are transferable upon request. Please contact us if you would like to transfer your credit to another passenger or make a reservation using another passenger's credit. We do require written documentation from credit holder before any balance can be transferred. Credit provided is based on time of cancellation as described below: 1. Canceled between 72 hours or more prior to the Trip - 100% credit voucher 2. Canceled between 72 hours prior to the Trip and 48 hours prior to the Trip - 75% credit voucher 3. Canceled between 48 hours prior to the Trip and 24 hours prior to the Trip - 50% credit voucher 4. Canceled between 24 hours prior to the Trip and 2 hours prior to the Trip - 25% credit voucher 5. Canceled less than 2 hours prior to the Trip or no cancellation - No credit voucher will be provided