## Office of the Technical Compliance Advisor Travel Reimbursement Form



Enter all required information below to obtain travel reimbursement. If spending did not occur in a category, please leave the field blank fields will likely be used for one or more of the ground transportation options. The "Total" column of the table will update based on the in entered into the "Unit Cost" and "Units" columns. Receipts for airfare, lodging, ground transportation, and PCR Testing must be submi this form. Submit the Travel Reimbursement Form and accompanying receipts to Javier Gonzalez (Javier.benito@me.com) with the C Monitor (jrrjjr.romero@gmail.com) and/or his designee copied with your monthly invoice.

Traveler Name: Rafael E. Ruiz
Travel Dates: December 10-15, 2023
Purpose of Travel: Site Visits, interviews, Presentations

### Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 431.40 | 1 | $ 431.40 |
| Baggage | | | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | $ 167.00 | 1 | $ 167.00 |
| Ground Transportation (Parking) | $ - | 5 | $ - |
| Ground Transportation (Mileage) | | | $ - |
| Lodging | $ 154.78 | 3 | $ 464.34 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 2 ~~3~~ | $ ~~345.00~~ 230.00 |
| PCR Testing | | 1 | $ - |
| Total | | | $ ~~1,580.24~~ |

$ 1,465.24

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

COURTYARD® Marriott

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Rafael Ruiz
12 Crestshire Dr
Lawrence MA 01843
United States

Room: 0506
Room Type: EKNG
No. of Guests: 1
Rate:  $  125.00   Clerk: 1006

Marriott Rewards #    232084256

CRS Number  93462443

Name:

Arrive:  12-11-23          Time:  05:02 AM          Depart:  12-14-23          Folio Number:  757764

| Date | Description | Charges | Credits |
|---|---|---|---|
| 12-11-23 | COMEDOR- Guest Charge (Breakfast) | 7.28 | |
| 12-11-23 | Package | 125.00 | |
| 12-11-23 | Destination Fee | 17.00 | |
| 12-11-23 | Government Tax | 12.78 | |
| 12-12-23 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |
| 12-12-23 | Package | 125.00 | |
| 12-12-23 | Destination Fee | 17.00 | |
| 12-12-23 | Government Tax | 12.78 | |
| 12-13-23 | Comedor - Guest Charge | 13.83 | |
| 12-13-23 | COMEDOR- Guest Charge (Dinner) | 81.58 | |
| 12-13-23 | Package | 125.00 | |
| 12-13-23 | Destination Fee | 17.00 | |
| 12-13-23 | Government Tax | 12.78 | |
| 12-14-23 | Comedor - Guest Charge | 7.28 | |
| 12-14-23 | American Express | | 577.31 |
| | Card #  XXXXXXXXXX4005 | | |

**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Rafael Ruiz
12 Crestshire Dr
Lawrence MA 01843
United States

Room: 0506
Room Type: EKNG
No. of Guests: 1
Rate:  $  125.00  Clerk: 1006

Marriott Rewards #    232084256

CRS Number  93462443

Name:

Arrive:  12-11-23          Time:  05:02 AM          Depart:  12-14-23          Folio Number:  757764

| Date | Description | Charges | Credits |
|---|---|---|---|
| | Balance | | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

**COURTYARD® Marriott**

| | |
|---|---|
| **From:** JetBlue Reservations  jetblueairways@email.jetblue.com 🚩 |  |
| **Subject:** JetBlue booking confirmation for RAFAEL E RUIZ - ESHXDI | |
| **Date:** November 19, 2023 at 1:24 PM | |
| **To:** stodgo1971@aol.com | |

Check out the details for your trip on Sun, Dec 10      Français  |  Español



## Your Flight Itinerary

### Your JetBlue confirmation code is ESHXDI

| BOS ▶ SJU  jetBlue | Flight 561 ✈ | Sun, Dec 10 **10:54pm** Terminal: C | — | Mon, Dec 11 **3:55am** |
|---|---|---|---|---|
| SJU ▶ BOS  jetBlue | Flight 362 🛬 | Thu, Dec 14 **7:30pm** Terminal: A | — | Thu, Dec 14 **10:46pm** |

**Get the latest** entry and travel requirements for your trip.

# Your Traveler Details

## RAFAEL E RUIZ

Boston
**BOS**

San Juan
**SJU**

**TrueBlue Number:** 3326688490

**Ticket number:** 2792138927484

**Flight #** 561

**Fare:** Blue

**Seat:** 12B

**Manage my booking**

---

San Juan
**SJU**

Boston
**BOS**

**TrueBlue Number:** 3326688490

**Ticket number:** 2792138927484

**Flight #** 362

**Fare:** Blue

**Seat:** 13D

**Manage my booking**

## Bag Allowance (per traveler)

BOS ▶ SJU

| Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|
| Free | Free | Free Mosaic Perk | Free Mosaic Perk |

**SJU ▶ BOS**

| Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|
| Free | Free | Free Mosaic Perk | Free Mosaic Perk |

**Size and weight limits apply. See full details on our Bag Info page** ▶

Free checked bag benefit for Mosaic members applies to JetBlue-operated flights only.

Additional charges may apply.

**Need to check more than 2 bags?** Additional bags can be added during check-in (starting 24 hours before departure) or at the airport.

## Payment Details

Master XXXXXXXXXXX9796

Purchase Date: **Nov 19, 2023**

**Request full receipt**

| | |
|---|---|
| CREDIT_CARD | $431.40 |
| NONREF | $369.00 |
| Taxes & fees | $62.40 |
| Total | **$431.40 USD** |

## Change made easy.

Change or cancel flights, add extras like Even More® Space seats or pets, select or

# FIXED RATES | TARIFAS FIJAS

**FROM AIRPORT TO YOUR DESTINATION** | **DESDE EL AEROPUERTO HACIA SU DESTINO**

License plate / Tablilla:
Passengers / Personas:

| | | Base price / Precio base |
|---|---|---|
| ☐ ZONE ZONA 2 | Isla Verde | $12 |
| ✓ ZONE ZONA 3 | Ocean Park / Condado / Miramar / Santurce | $17 |
| ☐ ZONE ZONA 4 | Old San Juan & Piers | $21 |
| ☐ ZONE ZONA 5 | Convention Center / Hyatt House / Isla Grande Airport / Sheraton / Convention Center | $17 |

## AREAS OF INTEREST / ÁREAS DE INTERÉS

- ☐ $16 Coliseo José Miguel Agrelot
- ☐ $20 Plaza Las Américas
- ☐ $16 Plaza Carolina
- ☐ $15 The Mall of San Juan

This is NOT a receipt, keep for your reference / Esto no es un recibo, manténgalo para su referencia.

## APPLICABLE RATES / CARGOS APLICABLES

| | | |
|---|---|---|
| 🧳 | $1 | Luggage charge will apply to each additional item. Aplica cargo por maleta a cada pieza adicional. |
| ♿ | $0 | Accesories for disabled person are free of charge. Accesorios de personas impedidas son libre de costo. |
| 👥 | $2 | Extra charge for 6th-7th passenger. Cargo adicional por 6to-7mo pasajero |
| 🌙 | $1 | Late night charge (10PM-6AM). Cargo nocturno (10PM-6AM). |
| ✈ | $3 | Airport fee / Cargo del Aeropuerto |

\* PAY FARE TO DRIVER / PAGUE AL CONDUCTOR

COST PER TRIP, NO PER PERSON / COSTO POR VIAJE, NO POR PASAJERO
METERED RATE WILL APPLY FOR AREAS BETWEEN AND BEYOND TOURIST ZONES / TARIFA METRADA APLICARÁ ENTRE Y FUERA DE ZONAS TURÍSTICAS
TOLLS AND TIPS ARE NOT INCLUDED / PEAJES Y PROPINAS NO ESTÁN INCLUIDOS

Rates approved by: / Tarifas aprobadas por: NTSP

ATAXI

Handwritten: $17

FOR RIDE FROM THE AIRPORT

| | |
|---|---|
| ACCOUNT | |
| PAYMENT | |
| BAL. DUE | |

☒ CASH ○ CHECK ○ MONEY ORDER ○ CREDIT CARD

FROM AIRPORT TO HOME

BY [signature]

3-11

**RECEIPT** DATE 12-10-23 No. 557215

RECEIVED FROM RAFAEL RUIZ $ 75

SEVENTY FIVE DOLLARS

○ FOR RENT
☒ FOR RIDE FROM HOME TO AIRPORT

| | |
|---|---|
| ACCOUNT | |
| PAYMENT | |
| BAL. DUE | |

○ CASH ○ CHECK ○ MONEY ORDER ○ CREDIT CARD

FROM HOME TO AIRPORT

BY [signature]

3-11

**RECEIPT** DATE 12/14/23 No. 557216

RECEIVED FROM RAFAEL RUIZ $ 75

SEVENTY FIVE DOLLARS

○ FOR RENT
☒ FOR RIDE FROM AIRPORT TO HOME

| | |
|---|---|
| ACCOUNT | |
| PAYMENT | |
| BAL. DUE | |

○ CASH ○ CHECK ○ MONEY ORDER ○ CREDIT CARD

FROM AIRPORT TO HOME

BY [signature]

3-11