# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO and the PUERTO RICO POLICE DEPARTMENT,<br><br>Defendants. | NO. 3:12-cv-2039 (FAB) |

### INFORMATIVE MOTION IN COMPLIANCE WITH ORDER AT ECF NO. 2572

**TO THE HON. FRANCISCO A. BESOSA, SENIOR U.S. DISTRICT JUDGE:**

NOW COMES, John Romero, in his capacity as Chief Federal Police Monitor, who respectfully, through the General Counsel of the Federal Police Monitor's Office ("Monitor's Office") informs:

1. The defendants filed their First Consolidated Status Report on January 31, 2024, as an attachment to an informative motion. See ECF No. 2570.

2. On February 1st the Honorable Court issued an order stating that the plaintiff, the Special Master, and the Monitor's Office "may respond to this informative motion no later than March 1, 2024." See ECF No. 2572.

3. After reviewing the First Consolidated Status Report, the Monitor's Office does not have anything to respond.

4. The Monitor's Office does inform the Honorable Court that it has been apprised of the Puerto Rico Police Bureau's status on each of the eleven areas covered by the consent decree through recurring meetings that are scheduled at least twice a month.

5. The Monitor's Office reserves the right during the recurring meetings with the defendants to inform them about any concerns and/or constructive feedback germane to their progress in the Police reform.

WHEREFORE, the Chief Federal Police Monitor, John Romero, respectfully requests that the Court take notice of the above and of his compliance with the order at ECF No. 2572.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 16th day of February 2024.

**I HEREBY CERTIFY** that on this same date a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which in turn notifies all counsel of record in the case.

s/Roberto Abesada-Agüet
USDC-PR No. 216706

General Counsel
FPMPR LLC
rabesada@fpmpr.org

1357 Ashford Avenue #2-184
San Juan, Puerto Rico 00907
(787) 948-5131
ra@abesada.com