IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants**. | **Civil No.** 12-2039 (FAB) |

**ORDER**

The Motion to Approve and Disburse Funds submitted by the Office of the Federal Police Monitor for travel expenses incurred during the month of November 2023 (Docket No. 2580) is **NOTED and APPROVED for payment.**

**IT IS SO ORDERED.**

San Juan, Puerto Rico, February 20, 2024.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE