G&M Balli Services, LLC
5160 Royal Fern Circle
Tallahassee, Florida 32317

January 22 – February 21, 2024

INVOICE # 2024-02
ASSISTANT SPECIAL MASTER
FEBRUARY 2024 INVOICE

Tasks Completed

| Hours | Description | Amounts |
|---|---|---|
| 11 | Drafted/reviewed/researched/translated numerous documents as needed; Discussed/edited documents related to orders of the Court, and the parties regarding recurring issues and OSM projects. | $1,650 |
| 14 | Drafted, reviewed, and responded to texts, emails and other documents and communications with respective parties, the OSM and the Court. | $2,100 |
| 17.5 | Zoom meetings and/or phone calls with OSM and other parties. | $2,625 |
| 27.5 | Meetings, to include status conference in San Juan; 01/23-26/2024. | $4,125 |
| Travel Expense | American Airlines roundtrip economy fare Tallahassee, FL/San Juan, PR. | $358.90 |
| Travel Expense | Lodging 01/23 - 01/26/2024, Government rate $195.00 per night plus tax and resort fees. | $865.80 |
| Travel Expense | Uber to/from Hotel in San Juan. | $49.04 |
| Travel Expense | Meals and Incidental expenses, 1/23 – 1/26/2024, government rate $115.00/day, and travel days ¾ rate at $86.25/day. | $402.50 |
| Travel Expense | Parking at Airport in Tallahassee, FL. | $48.00 |
| Travel Expense | Mileage to/from airport in POV at .655 cents x 43 miles roundtrip. | $28.00 |
| 70 | | $12,252.24 |

Total Hours- 70                     Total Wages Due -   $12,252.24

I hereby certify the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master.  I further certify I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

*Gilberto Balli*                   *Alejandro del Carmen*                   2/21/2024
Gilberto Balli                     S/Alejandro del Carmen

Guest Folio



We wish to thank you for choosing La Concha, A Renaissance Resort. We strive for dazzling style and nonstop fun in a retro urban showcase of cool and edgy, Latino chic lifestyle, with passionate and soulful hospitality and service.

Got all that? Hope we lived up to it! And when you're back in town, we certainly expect to serve you again, call us anytime at 787-721-7500 / 1-888-236-2427!

|  |  |
|---|---|
| INVOICE | |
| ROOM | 0905 |
| ROOM TYPE | JSTO |
| NO. OF GUEST | 1 |
| RATE | 16GOVA |
| MRW # | 091730952 |
| CLERK | ICOLODNER |
| DATE | 26-JAN-24 |
| PAGE No. | 1 of 1 |

GUEST NAME

Gilberto Balli
5160 Royal Fern Cir
Tallahassee FL 32317
United States

ARRIVE 23-JAN-24    TIME 06:22    DEPART 26-JAN-24    TIME 07:05    FOLIO# 28147095

| DATE | DESCRIPTION | REFERENCE NUMBER | | CHARGES |
|---|---|---|---|---|
| 23-JAN-24 | Room Charges | | | 195.00 |
| 23-JAN-24 | Resort Fee | | | 65.00 |
| 23-JAN-24 | Room Tax | | | 28.60 |
| 24-JAN-24 | Room Charges | | | 195.00 |
| 24-JAN-24 | Resort Fee | | | 65.00 |
| 24-JAN-24 | Room Tax | | | 28.60 |
| 25-JAN-24 | Room Charges | | | 195.00 |
| 25-JAN-24 | Resort Fee | | | 65.00 |
| 25-JAN-24 | Room Tax | | | 28.60 |
| 26-JAN-24 | Visa Card | XXXXXXXXXXXX5472 | XX/XX | -865.80 |

Balance          USD          0.00

GUEST SIGNATURE _____

1077 Ashford Avenue, San Juan, Puerto Rico 00907 - T.787.721.7500 - F.787.977.4019 - LaConchaResort.com

```
                    Receipt

0121070126152222024
Tallahassee International Airport
Tallahassee  Airport
Thanks for parking
at Tallahassee International Airport
Parking Lot
Operated by
Tallahassee Airport Parking Services

FeeComputer Number: 7
Entry Time: 1/23/2024 9:21 AM
Exit Time:  1/26/2024 3:22 PM
Duration: 3d  6h  1m
Op: kyle
Non-resetable tr #: 257941
Tran:  121
Ticket Number:  46214

Long Term 2023 - $12     $    48.00
-----------------------------------
Total:                   $    48.00
MasterCard               $    48.00
Last 4 Digits:           5713

Please come again
```

Monday, January 29, 2024 at 13:11:40 Eastern Standard Time

**Subject:** Your trip confirmation (TLH - SJU)
**Date:** Monday, December 18, 2023 at 6:03:30 PM Eastern Standard Time
**From:** American Airlines
**To:** GBALLI@LIVE.COM

American Airlines home



Issued: December 18, 2023

# Your trip confirmation and receipt

We charged $358.90 to your card ending in 5713 for your ticket purchase.

You can check in via the American app 24 hours before your flight and get your mobile boarding pass.

**Record Locator: DTXTLV**

## Tuesday, January 23, 2024

**TLH**
Tallahassee
10:31 AM

AA 3858
Operated by Envoy Air
as American Eagle

**MIA**
Miami
11:52 AM

Seat: **8A**
Class: **Economy (O)**
Meals:

**MIA**
Miami
1:58 PM

AA 967

1 of 7

| | |
|---|---|
| **SJU**<br>San Juan<br>5:30 PM | Seat: **17D**<br>Class: **Economy (O)**<br>Meals: **Refreshment** |

Friday, January 26, 2024

| | |
|---|---|
| **SJU**<br>San Juan<br>9:00 AM | AA 2831 |
| **CLT**<br>Charlotte<br>12:00 PM | Seat: **9D**<br>Class: **Economy (N)**<br>Meals: **Food for purchase** |
| **CLT**<br>Charlotte<br>1:45 PM | AA 5747<br>Operated by Piedmont Airlines<br>as American Eagle |
| **TLH**<br>Tallahassee<br>3:24 PM | Seat: **12A**<br>Class: **Economy (N)**<br>Meals: |

Manage your trip

# Earn 50,000 bonus miles

Plus great travel benefits. Terms Apply.

Learn more

## Your purchase

2 of 7

**Gilberto Balli - AAdvantage® #: 0K2******

| | |
|---|---|
| New ticket (0012101217897) [$289.00 + Taxes & carrier-imposed fees $69.90] | $358.90 |

**Total cost** $358.90

## Your payment

MasterCard (ending 5713)     $358.90

**Total paid** $358.90

## Bag information

| Checked Bag (Airport) | | Checked Bag (Online*) | |
|---|---|---|---|
| TLH - SJU | | TLH - SJU | |
| 1st bag | No charge | 1st bag | No charge |
| 2nd bag | No charge | 2nd bag | No charge |

TLH - SJU
Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 50 pounds or 23 kilograms

For information regarding American Airlines checked baggage policies, please visit: Bag and optional fees

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. Bag and optional fees
If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 4 hours) before departure.

Carry-on bags

3 of 7

| | |
|---:|:---|
| **1st carry-on** | Includes purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you. |
| **2nd carry-on** | Maximum dimensions not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm). |

Book a hotel »    Book a car »    Buy trip insurance »    AAVacations »

Monday, January 29, 2024 at 13:10:59 Eastern Standard Time

**Subject:** [Personal] Your Tuesday evening trip with Uber
**Date:** Tuesday, January 23, 2024 at 5:56:10 PM Eastern Standard Time
**From:** Uber Receipts
**To:** gballi@live.com

Total **$36.94**
January 23, 2024

# Thanks for tipping, Gil

Here's your updated Tuesday evening ride receipt.

| | |
|---|---|
| Total | $36.94 |

*handwritten: 33.94 minus tip*

| | |
|---|---|
| Trip fare | $30.24 |
| Subtotal | $30.24 |
| Booking Fee | $0.70 |
| Airport Fee | $3.00 |
| Tip | $3.00 |

1 of 4

## Payments

 **Mastercard ····5713** $36.94
1/23/24 6:55 PM

Switch Payment Method

Download PDF

# You rode with Roberto

**4.97**  Rating                Has passed a multi-step safety screen

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more >



UberX    5.24 miles | 10 min

**6:04 PM**
Av Aeropuerto, Carolina, PR 00937, US

**6:14 PM**
1077 Ashford Ave, San Juan, PR 00907, US

2 of 4





Report lost item ›          Contact support ›

My trips ›

Forgot password

Privacy

Terms

Uber Technologies
1725 3rd Street,
San Francisco,
California
94158

3 of 4

Monday, January 29, 2024 at 13:08:32 Eastern Standard Time

**Subject:** [Personal] Your Friday morning trip with Uber
**Date:** Friday, January 26, 2024 at 5:06:09 PM Eastern Standard Time
**From:** Uber Receipts
**To:** gballi@live.com

# Uber

Total **$15.10**
January 26, 2024

## Thanks for riding, Gil

We hope you enjoyed your ride this morning.



| Total | $15.10 |
|---|---|

Trip fare — $13.62

Subtotal — $13.62
Booking Fee — $1.48

**Payments**

 **Mastercard ····5713** — $15.10
1/26/24 6:05 PM

1 of 4

Switch Payment Method

Download PDF

# You rode with Eric

4.85  Rating          Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.

Rate or tip

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more >

**UberXL**   5.51 miles | 10 min

**7:09 AM**
1077 Ashford Ave, San Juan, PR 00907, US

**7:19 AM**
Av Aeropuerto, Carolina, PR 00937, US

2 of 4



