Del Carmen Consulting, LLC
3122 Westwood Drive
Arlington, Texas 76012

January 22, 2024 through February 21, 2024

INVOICE # SM2024-2  **TOTAL DUE $ 15,000.00**
SPECIAL MASTER
FEBRUARY 2024 INVOICE

## Tasks Completed

Wrote, reviewed and responded to emails and all other documents/communication with respective parties and the Court.

Participated in conference calls with the Commonwealth Representatives and Court.

Held conference calls with the SM team members and PRPB personnel.

Coordinated meetings with OSM and parties relevant to compliance plan.

Reviewed filings, motions, and orders, and provided feedback on CMR.

Worked on review of documents sent by PRPB and Monitor's Office.

Reviewed, coordinated, and provided feedback to the Court on various matters.

Performed research and inquiries for the Court as requested.

Participated in meetings relevant to integrity audits, as requested by the Court.

Held meetings, interviews and participated in Status Conference in Puerto Rico (1/23--1/26).

## Flat Rate Total Wages Due = $15,000.00

All travel expenses incurred during the trip to Puerto Rico (1/23/24—1/26/24) including airfare, lodging, meals, parking and transportation within the island, are being donated.

## TOTAL DUE = $ 15,000.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*Alex del Carmen*
_____
    **Dr. Alejandro del Carmen**　　　　　　　　　　　　　　　　　　　　**2/21/24**