Christopher Graham, dba

Diligens, LLC
EIN 87-1667996

February 21, 2024

INVOICE# 2024.1

Re: Professional Services 10/22/2023-12/21/2023

Case 3:12-cv-02039-FAB Document 2405 Filed 05/04/2023

| Date(s) | Hours | Description - Professional Services | Amount |
|---|---|---|---|
| 12/22/2023-02/21/2024 | 6.50 | Meetings and calls with parties, monitor staff, OSM re: monthly FY24 reports and financial matters. | $ 975.00 |
| 12/22/2023-02/21/2024 | 4.25 | Briefing materials for the Court | $ 637.50 |
| | | Total | $ 1,612.50 |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as the court-appointed Financial Oversight Officer. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

_____
Christopher
Graham 02/21/2024

_____
Alejandro del Carmen, Ph.D.
02/21/2024