**TDPetrowski, LLC**
**4010 Deep Valley Drive**
**Dallas, Texas 75244**

January 22, 2023 – February 21, 2024
INVOICE # ASM.TDP.2024-2                                   TOTAL DUE: **$9,167.37**
ASSISTANT SPECIAL MASTER
FEBRUARY INVOICE

**Tasks Completed**

| Hours | Description | Total |
|---|---|---|
| 10 | Draft/reviewed/researched/translated as necessary, discussed/reworked documents related to PRPD and DOJ, and Monitor's Office exchanges regarding recurring issues and OSM projects, including orders and ad hoc taskings of the Court. | $1,500 |
| 8 | Drafted, reviewed, translated, and responded to texts, emails, and all other documents/communications with respective parties, the Special Master, Assistant Special Masters, and the Court. | $1,200 |
| 9 | Zoom meetings and/or conference calls with the Court, the Monitoring Team, Office of Special Master, and the Parties. | $1,350 |
| 20 | Court hearing and meetings in San Juan 8/21/2022-8/24/2022 | $3,000 |
| Travel Expense | Air Fare Dallas to San Juan - Coach class roundtrip ticket (Note – a Business class ticket was purchased for $1336.90. A comparative Coach class invoice for $849.07.10 is attached) | $849.07 |
| Travel Expense | Three nights lodging, 1/23/2024 - 1/25/2024, Government rate of $195 per night plus fees and taxes. | $865.80 |
| Travel Expense | Meals and Incidental Expenses, 1/22/2024 - 1/25/2024, Govt rate $115.00/day, travel days ¾ rate at $86.25/day | $402.50 |

**Total Wages Due = $9,167.37**

**I hereby certify that the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under regular employment or a contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.**

_____                                        2/21/2024
**Thomas D. Petrowski**

s/ _Alejandro del Carmen_                                               2/21/2024
**Alejandro del Carmen**

Guest Folio



We wish to thank you for choosing La Concha, A Renaissance Resort. We strive for dazzling style and nonstop fun in a retro urban showcase of cool and edgy, Latino chic lifestyle, with passionate and soulful hospitality and service.

Got all that? Hope we lived up to it! And when you're back in town, we certainly expect to serve you again, call us anytime at 787-721-7500 / 1-888-236-2427!

INFORMATION INVOICE

| | |
|---|---|
| ROOM | 1072 |
| ROOM TYPE | TCAH |
| NO. OF GUEST | 1 |
| RATE | 16GOVA |
| MRW # | 269436848 |
| CLERK | CSANTOS |
| DATE | 26-JAN-24 |
| PAGE No. | 1 of 1 |

GUEST NAME

MR Thomas Petrowski
4010 Deep Valley Dr
Dallas TX 75244
United States

ARRIVE  23-JAN-24    TIME  04:09    DEPART  26-JAN-24    TIME  00:00    FOLIO#  28147100

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| 23-JAN-24 | Room Charges | | 195.00 |
| 23-JAN-24 | Resort Fee | | 65.00 |
| 23-JAN-24 | Room Tax | | 28.60 |
| 24-JAN-24 | Room Charges | | 195.00 |
| 24-JAN-24 | Resort Fee | | 65.00 |
| 24-JAN-24 | Room Tax | | 28.60 |
| 25-JAN-24 | Room Charges | | 195.00 |
| 25-JAN-24 | Resort Fee | | 65.00 |
| 25-JAN-24 | Room Tax | | 28.60 |

Balance                    USD                    865.80

On behalf of META GOOGLE HA, thank you for choosing LA CONCHA, A RENAISSANCE RESORT.

GUEST SIGNATURE _____

1077 Ashford Avenue, San Juan, Puerto Rico 00907 - T.787.721.7500 - F.787.977.4019 - LaConchaResort.com

 **Gmail**

## Trip on hold - DTXBTL
1 message

**American Airlines** <no-reply@info.email.aa.com>   Mon, Dec 18, 2023 at 4:54 PM
To:



Complete your booking

**Record Locator: DTXBTL**

Your requested trip is now **On Hold**. You must complete your booking by **December 19, 2023 11:59 PM Central Standard Time (CST)**.

Pay for your trip

**Tuesday, January 23, 2024**

| DFW | AA 417 |
| Dallas/Fort Worth | |
| 5:20 AM | |
| PHL | Seat: 13C |
| Philadelphia | Class: |
| 9:27 AM | Meals: Food for purchase |

| PHL | AA 2433 |
| Philadelphia | |
| 11:17 AM | |
| SJU | Seat: 16D |
| San Juan | Class: |
| 4:00 PM | Meals: Food for purchase |

**Friday, January 26, 2024**



Record Locator: DTXBTL

Your requested trip is now **On Hold**. You must complete your booking by **December 19, 2023 11:59 PM Central Standard Time (CST)**.

Pay for your trip

| | |
|---|---|
| SJU<br>San Juan<br>7:15 AM | AA 2805 |
| MIA<br>Miami<br>9:11 AM | Seat:<br>Class:<br>Meals: **Refreshment** |
| MIA<br>Miami<br>10:00 AM | AA 2863 |
| DFW<br>Dallas/Fort Worth<br>12:15 PM | Seat: 30J<br>Class:<br>Meals: **Refreshment** |

Thomas Petrowski - AAdvantage® #:

New ticket

**Total cost**  $849.07



Contact us
Privacy policy

**Download the American app**

 

© American Airlines, Inc. All Rights Reserved. 

Please do not reply to this email address as it is not monitored. This email was sent to tom.petrowski@gmail.com.

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward this email to us with an explanation.

For all other questions about bookings or upcoming trips, visit our contact page. Contact American >

**one**world is a registered trademark of **one**world Alliance, LLC.



# Your trip confirmation (DFW - SJU)
1 message

**American Airlines** <no-reply@info.email.aa.com>     Tue, Sep 19, 2023 at 3:43 PM
To:



Issued: September 19, 2023

### Your trip confirmation and receipt

We charged $1,336.90 to your card ending in 4151 for your ticket purchase.

You can check in via the American app 24 hours before your flight and get your mobile boarding pass.

**Record Locator:**

**Tuesday, January 23, 2024**

| | |
|---|---|
| **DFW** Dallas/Fort Worth 8:25 AM | **AA 2437** |
| **SJU** San Juan 2:56 PM | Seat: **3A** <br> Class: **Business (R)** <br> Meals: **Breakfast** |

**Friday, January 26, 2024**

| | |
|---|---|
| **SJU** San Juan 7:22 AM | **AA 2817** |
| **MIA** Miami 9:20 AM | Seat: **3A** <br> Class: **Business (R)** <br> Meals: **Breakfast** |

**Manage your trip**

**Record Locator: YSILMI**

✈ **MIA**
Miami
**11:40 AM**

**AA 2038**

**DFW**
Dallas/Fort Worth
**2:00 PM**

Seat: **3A**
Class: **Business (R)**
Meals: **Lunch**

**Manage your trip**

Earn 50,000 Bonus Miles
Plus great travel benefits. Terms Apply.
Learn more



## Your purchase

**Thomas Petrowski - AAdvantage® #:**

New ticket (0012480572953)                                    $1,336.90
[$1,270.00+ Taxes & carrier-imposed fees $66.90]

**Total cost**                                                 **$1,336.90**

## Your payment

MasterCard (ending ▮▮▮▮)                                       $1,336.90

Total paid                                                     $1,336.90

## Bag information

**Checked Bag (Airport)**

1st bag    No charge
2nd bag    No charge

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 70 pounds or 32 kilograms

For information regarding American Airlines checked baggage policies, please visit: **Bag and optional fees**

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. **Bag and optional fees**
If your flight is operated by a partner airline, see the **other airline's** website for carry-on and checked bag policies.

### Carry-on bags

| | |
|---|---|
| 1st carry-on | Includes purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you. |
| 2nd carry-on | Maximum dimensions not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm). |

   

Book a hotel »   Book a car »   Buy trip insurance »   AAVacations »





Contact us
Privacy policy

Download the American app

 

© American Airlines, Inc. All Rights Reserved.





full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage link below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

For more on Canada passenger protection regulations visit aa.com/CanadaPassengers.

Please do not reply to this email address as it is not monitored. This email was sent to tom.petrowski@gmail.com.

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward this email to us with an explanation.

For all other questions about bookings or upcoming trips, visit our contact page. Contact American >

**one**world is a registered trademark of **one**world Alliance, LLC.