GALOEFFERT, LLC
4805 East Lake Road
Sheffield Lake, Ohio 44054

January 22, 2024, through February 21, 2024

INVOICE # 2024-02                               **TOTAL DUE $14,249.43**
ASSISTANT SPECIAL MASTER
February 2024 INVOICE

Tasks Completed

| Hours | Description | Total |
|---|---|---|
| 23 | Drafted/reviewed/researched/translated as necessary/discussed/reworked documents related to various orders of the Court, Parties, Auditor, and Monitor's Office exchanges regarding recurring issues and OSM projects including compliance plan, NIBRS, CMR-9, integrity audits, and equitable sharing, to include orders and ad hoc taskings of the Court. | $3,450.00 |
| 17 | Drafted, reviewed, and responded to texts, emails, and all other documents/communications/telephone calls with respective parties, the OSM, Auditor, and Court. | $2,550.00 |
| 12 | Zoom meetings and/or conference calls with the parties. | $1,800.00 |
| 28 | Meetings/Status Conference in San Juan 01/23-26/2024 | $4,200.00 |
| Travel Expense | American Airlines Economy Airfare Cleveland to San Juan | $861.10 |
| Travel Expense | Lodging 01/23/24-01/26/23, Govt rate $195/night, tax $28.60/night and resort fee $65/night | $865.80 |
| Travel Expense | Meals and Incidental Expenses, 01/23/24-01/26/24, Govt rate $115.00/day, travel days ¾ rate at $86.25/day | $402.50 |
| Travel Expense | Parking Cleveland Airport $23.00/day | $92.00 |
| Travel Expense | UBER Trips – 01/23/24 airport to hotel $15.86, 01/23/24 hotel to Courthouse $12.17 | $28.03 |

Total Wages Due = $14,249.43

I hereby certify that the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

*Gary A. Loeffert*                *S/Alejandro del Carmen*                02/21/2024
Gary A. Loeffert                   S/Alejandro del Carmen

**From:** American Airlines no-reply@info.email.aa.com
**Subject:** Your trip confirmation (CLE - SJU)
**Date:** January 20, 2024 at 7:50 AM
**To:**



Issued: January 20, 2024

# Your trip confirmation and receipt

We charged $861.10 to your card ending in 5034 for your ticket purchase.

You can check in via the American app 24 hours before your flight and get your mobile boarding pass.

Confirmation code: **HVDWBA**

## Tuesday, January 23, 2024

**CLE**  AA 2887
Cleveland
6:03 AM

**MIA**  Seat: 16C
Miami  Class: Economy (N)
9:14 AM  Meals: Refreshment

**MIA**  AA 1613
Miami
10:00 AM

**SJU**  Seat: 24C
San Juan  Class: Economy (N)

| | |
|---|---|
| 1:36 PM | Meals: Refreshment |

### Friday, January 26, 2024

**SJU**  
San Juan  
9:00 AM

AA 2831

**CLT**  
Charlotte  
12:00 PM

Seat: 11C  
Class: Economy (M)  
Meals: Food for purchase

**CLT**  
Charlotte  
3:15 PM

AA 927

**CLE**  
Cleveland  
4:47 PM

Seat: 16C  
Class: Economy (M)  
Meals:

**Manage your trip**

## Earn 50,000 bonus miles
Plus great travel benefits. Terms Apply.  
Learn more



## Your purchase

**Gary Loeffert - AAdvantage® #:** 

New ticket (0012109341208)  
[$789.00 + Taxes & carrier-imposed fees $72.10]

$861.10

| Total cost | $861.10 |
|---|---|

## Your payment

| MasterCard (ending 5034) | $861.10 |
|---|---|
| **Total paid** | **$861.10** |

## Bag information

### Checked Bag (Airport)

CLE - SJU

| 1st bag | No charge |
|---|---|
| 2nd bag | No charge |

### Checked Bag (Online*)

CLE - SJU

| 1st bag | No charge |
|---|---|
| 2nd bag | No charge |

CLE - SJU
Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 50 pounds or 23 kilograms

For information regarding American Airlines checked baggage policies, please visit: Bag and optional fees

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. Bag and optional fees
If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 4 hours) before departure.

### Carry-on bags

| 1st carry-on | Includes purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you. |
|---|---|

Guest Folio



We wish to thank you for choosing La Concha, A Renaissance Resort. We strive for dazzling style and nonstop fun in a retro urban showcase of cool and edgy, Latino chic lifestyle, with passionate and soulful hospitality and service.

Got all that? Hope we lived up to it! And when you're back in town, we certainly expect to serve you again, call us anytime at 787-721-7500 / 1-888-236-2427!

INVOICE

| | |
|---|---|
| ROOM | 0504 |
| ROOM TYPE | JSTO |
| NO. OF GUEST | 1 |
| RATE | 16GOVA |
| MRW # | 634272603 |
| CLERK | ICOLODNER |
| DATE | 26-JAN-24 |
| PAGE No. | 1 of 1 |

GUEST NAME

Gary Loeffert

ARRIVE 23-JAN-24    TIME 01:47    DEPART 26-JAN-24    TIME 07:03    FOLIO# 28145225

| DATE | DESCRIPTION | REFERENCE NUMBER | | CHARGES |
|---|---|---|---|---|
| 23-JAN-24 | Room Charges | | | 195.00 |
| 23-JAN-24 | Resort Fee | | | 65.00 |
| 23-JAN-24 | Room Tax | | | 28.60 |
| 24-JAN-24 | Room Charges | | | 195.00 |
| 24-JAN-24 | Resort Fee | | | 65.00 |
| 24-JAN-24 | Room Tax | | | 28.60 |
| 25-JAN-24 | Room Charges | | | 195.00 |
| 25-JAN-24 | Resort Fee | | | 65.00 |
| 25-JAN-24 | Room Tax | | | 28.60 |
| 26-JAN-24 | Master Card / Euro Card | XXXXXXXXXXXX5034 | XX/XX | -865.80 |

Balance    USD    0.00

GUEST SIGNATURE _____

1077 Ashford Avenue, San Juan, Puerto Rico 00907 - T.787.721.7500 - F.787.977.4019 - LaConchaResort.com

```
              JANUARY 26, 2024   4:55 PM

               95497 - STANDARD PARKING
                  5300 RIVERSIDE DR
                  CLEVELAND, OH 44135
                     216-267-5030

     COMP ID:SPRK         TERM ID:APCH9549738

     CARD TYPE: MASTERCARD
     APP NAME: MASTERCARD
     AID: A0000000041010
     TRAN TYPE: SALE
     ACCOUNT#: ************5034 INSERT
     ENV CREDIT

     TOTAL AMOUNT               $    92.00


     APPROVAL CODE:   05848E     STAN: 004647
     BATCH NUMBER: 36

              ARQC - 7832D5B1C66E0229
                    CUSTOMER COPY

                      THANK YOU
```

**From:** Uber Receipts noreply@uber.com
**Subject:** [Personal] Your Tuesday afternoon trip with Uber
**Date:** January 23, 2024 at 12:45 PM
**To:**



# Uber

Total $15.86
January 23, 2024

## Thanks for riding, Gary

We hope you enjoyed your ride this afternoon.



## Total                                    $15.86

---

Trip fare                                   $11.60

---

Subtotal                                    $11.60

Booking Fee             $1.26

Airport Fee                                 $3.00

Download PDF

This is not a payment receipt. It is a trip summary to acknowledge the completion of the trip. You will receive a trip receipt when the payment is processed with payment information.

**You rode with Joel**

**From:** Uber Receipts noreply@uber.com
**Subject:** [Personal] Your Tuesday afternoon trip with Uber
**Date:** January 23, 2024 at 2:36 PM
**To:**



# Uber

Total **$12.17**
January 23, 2024

## Thanks for riding, Gary

We hope you enjoyed your ride this afternoon.



## Total                                $12.17

| Trip fare | $10.98 |
|---|---|

| Subtotal | $10.98 |
|---|---|
| Booking Fee | $1.19 |

Download PDF

This is not a payment receipt. It is a trip summary to acknowledge the completion of the trip. You will receive a trip receipt when the payment is processed with payment information.

**You rode with GUILLERMO**

5.00 ★ Rating        Has passed a multi-step safety screen