OFFICE OF THE FPMPR LLC.
B-5 Calle Tabonuco Suite 216 PMB 292
Guaynabo, Puerto Rico 00968

February 5, 2024

Travel Expenses by the members of the Office of the FPMPR LLC. for January 2024:

| NAME | AMOUNT | MONTH |
|---|---|---|
| 1. John Romero | $2,059.51 | January 2024 |
| 2. David Levy | $2,297.58 | January 2024 |
| 3. Donald S. Gosselin | $2,068.51 | January 2024 |
| 4. Al Youngs | $2,599.64 | January 2024 |
| 5. Scott Cragg | $1,993.55 | January 2024 |
| 6. Hipolito Castro Jr | $2,300.01 | January 2024 |
| 7. Rita Watkins | $1,225.76 | January 2024 |
| 8. Rafael Ruiz | $1,722.62 | January 2024 |
|  |  |  |
| **TOTAL:** | $16,267.18 | January 2024 |
|  |  |  |