

FPM TRAVEL REIMBURSEMENT COVER SHEET

Name: John Romero

Invoice number: 115T

Invoice date: January 28, 2024

Site visit travel dates: January 21-26, 2024

**Total travel reimbursement amount   $2,059.51**

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*[signed] John J. Romero*                                                          January 31, 2024

Signature                                                                                   Date

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $407.42 | 1 | $407.42 |
| Baggage | $ | 0 | $0 |
| Ground Transportation (Uber/Lyft/Taxi) | | | $0 |
| Ground Transportation (Parking) | $ | 0 | $0 |
| Ground Transportation (Mileage) | $0.67 | 82 | $54.94 |
| Lodging | $192.93 | 5 | $964.65 |
| Per Diem (Travel Days) | $86.25 | 2 | $172.50 |
| Per Diem (Full Days) | $115.00 | 4 | $460.00 |
| Other: | | | |
| Total | | | $2059.51 |

# COURTYARD® Marriott.

Courtyard by Marriott  
San Juan - Miramar

801 Ponce de Leon Ave.  
San Juan, PR. 00907  
T 787.721.7400  
F 787.723.0068

Mr John Romero  
2301 Pacific Ave  
Costa Mesa CA 92627  
United States

Room: 0501  
Room Type: KSTE  
No. of Guests: 1  
Rate:  $  160.00   Clerk: 8

Marriott Rewards #    756834271

CRS Number  94187147

Name:

Arrive:   01-21-24        Time:  11:24 AM        Depart: 01-26-24        Folio Number: 757799

| Date | Description | Charges | Credits |
|---|---|---|---|
| 01-21-24 | Package | 160.00 | |
| 01-21-24 | Destination Fee | 17.00 | |
| 01-21-24 | Government Tax | 15.93 | |
| 01-22-24 | COMEDOR- Guest Charge (Breakfast) | 4.95 | |
| 01-22-24 | Package | 160.00 | |
| 01-22-24 | Destination Fee | 17.00 | |
| 01-22-24 | Government Tax | 15.93 | |
| 01-23-24 | Comedor - Guest Charge | 4.95 | |
| 01-23-24 | Package | 160.00 | |
| 01-23-24 | Destination Fee | 17.00 | |
| 01-23-24 | Government Tax | 15.93 | |
| 01-24-24 | Package | 160.00 | |
| 01-24-24 | Destination Fee | 17.00 | |
| 01-24-24 | Government Tax | 15.93 | |
| 01-25-24 | Package | 160.00 | |
| 01-25-24 | Destination Fee | 17.00 | |
| 01-25-24 | Government Tax | 15.93 | |
| 01-26-24 | American Express | | 974.55 |
| | Card #  XXXXXXXXXXX1003 | | |

**COURTYARD**
**Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr John Romero
2301 Pacific Ave
Costa Mesa CA 92627
United States

Room: 0501
Room Type: KSTE
No. of Guests: 1
Rate: $ 160.00  Clerk: 8
CRS Number 94187147

Marriott Rewards # 756834271

Name:

Arrive: 01-21-24    Time: 11:24 AM    Depart: 01-26-24    Folio Number: 757799

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
|      | Balance     |         | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today. Start earning points and elite status, plus enjoy exclusive member offers. Enroll today at the front desk.

 Gmail

John Romero <jrrjjr.romero@gmail.com>

---

**JetBlue booking confirmation for JOHN J ROMERO - MLPPKE**
1 message

**JetBlue Reservations** <jetblueairways@email.jetblue.com>　　　　　　　　Sat, Nov 11, 2023 at 5:55 PM
Reply-To: JetBlue Reservations <reply@email.jetblue.com>
To: jrrjjr.romero@gmail.com

Check out the details for your trip on Sat, Jan 20　　　　　　　　Français | Español



#3486580574

# You're all set to jet.

And, your continued loyalty is what keeps us flying high. Thanks again for being a Mosaic member.

# Your Flight Itinerary

## Your JetBlue confirmation code is MLPPKE

| LAX ▶ MCO  jetBlue | **Flight 132** | ✈ | Sat, Jan 20  **9:50pm**  Terminal: 5 | — | Sun, Jan 21  **5:29am** |

| MCO ▶ SJU  jetBlue | **Flight 1233** | ✈ | Sun, Jan 21  **7:05am**  Terminal: C | — | Sun, Jan 21  **11:03am** |

| | | | | |
|---|---|---|---|---|
| SJU ▶ FLL  jetBlue | Flight 1754 | | Fri, Jan 26  3:51pm  Terminal: A | Fri, Jan 26  5:44pm |
| FLL ▶ LAX  jetBlue | Flight 2501 | | Fri, Jan 26  8:05pm  Terminal: 3 | Fri, Jan 26  11:17pm |

Get the latest entry and travel requirements for your trip.

# Your Traveler Details

## JOHN J ROMERO

Los Angeles
**LAX**

Orlando
**MCO**

**TrueBlue Number:** 3486580574

**Ticket number:** 2792138375832

**Flight #** 132

**Fare:** Blue

**Seat:** 2C  EVEN MORE SPACE

**Notes:** Even More® Space

Manage my booking

Orlando
**MCO**

San Juan
**SJU**

**TrueBlue Number:** 3486580574

**Ticket number:** 2792138375832

**Flight #** 1233

**Fare:** Blue

**Seat:** 3C  EVEN MORE SPACE

**Notes:** Even More® Space

Manage my booking

**San Juan**
**SJU**

Fort Lauderdale
**FLL**

**TrueBlue Number:** 3486580574

**Ticket number:** 2792138375832

**Flight #** 1754

**Fare:** Blue

**Seat:** 3D EVEN MORE SPACE

**Notes:** Even More® Space

Manage my booking

Fort Lauderdale
**FLL**

Los Angeles
**LAX**

**TrueBlue Number:** 3486580574

**Ticket number:** 2792138375832

**Flight #** 2501

**Fare:** Blue

**Seat:** 7C EVEN MORE SPACE

**Notes:** Even More® Space

Manage my booking

## Bag Allowance (per traveler)

### LAX ▶ SJU

| Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|
| Free | Free | Free Mosaic Perk | Free Mosaic Perk |

### SJU ▶ LAX

| Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|
| Free | Free | Free Mosaic Perk | Free Mosaic Perk |

Size and weight limits apply. See full details on our Bag Info page ▶

Free checked bag benefit for Mosaic members applies to JetBlue-operated flights only.

Additional charges may apply.

**Need to check more than 2 bags?** Additional bags can be added during check-in (starting 24 hours before departure) or at the airport.

## Payment Details

| | | |
|---|---|---|
| Master XXXXXXXXXXX1805 | CREDIT_CARD | $407.42 |
| | NONREF | $336.02 |
| **Purchase Date: Nov 11, 2023** | Taxes & fees | $71.40 |
| Request full receipt | Total | $407.42 USD |

## Change made easy.

Change or cancel flights, add extras like Even More® Space seats or pets, select or switch seats, update TrueBlue & Known Traveler numbers, and other traveler details–all in one place. Stay safe from fraud–use only jetblue.com or the JetBlue app to change or cancel your flights.

Manage my booking

**If your booking was made at least 7 days in advance:** You have 24 hours from the time booking was made to cancel your flight and receive a full refund to your original form of payment, without a cancellation fee.

**JetBlue Change/Cancel Policy:** There is no fee to change (or cancel) Blue, Blue Extra, Blue Plus or Mint fares. Blue Basic fares are subject to a change/cancel fee of $100 for travel wholly within the U.S., Caribbean, Mexico or Central America, or $200 for all other routes.

Fare difference may apply and funds may be in the form of a JetBlue travel credit, valid for 12 months from original ticketing date. Booked before Mar 8, 2023? See details on expiration date here. As a Mosaic, same-day switches may be made

 John Romero <jrrjjr.romero@gmail.com>

## Itinerary receipt notice

**JetBlue** <jetblueairways@email.jetblue.com>  Sat, Nov 11, 2023 at 9:10 PM
Reply-To: JetBlue <reply@email.jetblue.com>
To: jrrjjr.romero@gmail.com



# Your travel receipt.
Thanks for flying JetBlue!

## Travel Purchase

**Date of requested receipt:** 2023-11-11      **Record Locator:** MLPPKE

| From | To | | |
|---|---|---|---|
| **LAX** | **MCO** | Travel date | 2024-01-20T21:50:00 |
| | | Flight number | 0132 |
| **MCO** | **SJU** | Travel date | 2024-01-21T07:05:00 |
| | | Flight number | 1233 |
| **SJU** | **FLL** | Travel date | 2024-01-26T15:51:00 |
| | | Flight number | 1754 |
| **FLL** | **LAX** | Travel date | 2024-01-26T20:05:00 |
| | | Flight number | 0101 |

**Traveler(s)**                **Ticket number(s)**

ROMERO/JOHN J MR               2792138375832

**Base fare:**                 $336.02 USD

| Taxes & fees breakdown: | AMOUNT | CURRENCY | PURPOSE - (CODE) |
|---|---|---|---|
| | $18.00 | USD | U.S. Passenger Facility Charge - (XF) |
| | $11.20 | USD | U.S. September 11th Security Fee - (AY) |
| | $42.20 | USD | U.S. Transportation Tax - (US2) |
| **Taxes & fees total:** | $71.40 | USD | |

Base fare total: $407.42

**Payment(s):**

Mastercard XXXXXXXXXXXX1805     $407.42

# Total paid: $407.42 USD*

*includes all fares, taxes, fees and penalties less any amounts refunded

Flight Status  |  Bag Info  |  Airport Info

# Stay connected

 Download the JetBlue mobile app

   

Help

Business Travel

Privacy

About JetBlue

Please call 1-800-JETBLUE (1-800-538-2583) for additional assistance.

Positive identification required for airport check-in.

Notice:
Carriage and other service provided by the carrier are subject to conditions of carriage, which are hereby incorporated by reference. These conditions may be obtained from the issuing carrier. E-ticket Receipt total includes airfare, taxes, and fees applicable to air care, baggage fees, and Even More fees, as may be applicable.

John Romero

Google Maps  2301 Pacific Ave, Costa Mesa, CA 92627 to lax terminal 5    Drive 41.1 miles, 1 hr 3 min



Map data ©2021 Google   2 mi

## 2301 Pacific Ave
Costa Mesa, CA 92627

**Get on I-405 N from W Wilson St and Harbor Blvd**

13 min (4.3 mi)

1. Head south on Pacific Ave toward Sea Breeze Dr

    0.1 mi

2. Turn left onto W Wilson St
   - Pass by Taco Bell (on the left in 1.4 mi)

    1.4 mi

3. Use the left 2 lanes to turn left onto Harbor Blvd
   - Pass by Panda Express (on the right)

    2.2 mi

4. Use the right lane to merge onto I-405 N via the ramp to Long Beach

    0.6 mi

**Follow I-405 N to CA-1 N/S Sepulveda Blvd in Los Angeles. Take exit 1C from I-105 W**

33 min (35.1 mi)

5. Merge onto I-405 N

    16.6 mi



FPMPR TRAVEL EXPENSE NOTE:

**John Romero Travel Expense Invoices Note:**

**Date: January 31, 2024**

**Notes:**

Please note:

    Travel Expenses:
- The Even More Space Note in the Airfare receipt is a free benefit from the Airline as a Mosaic Status Perk.