

FPM TRAVEL REIMBURSEMENT COVER SHEET

Name: David Levy

Invoice number: 01-049T

Invoice date: 02/19/2024

Site visit travel dates: 01/21/2024-01/26/2024

Total travel reimbursement amount (*see page 2 for details*): $ **2,297.58**

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.*

_____                          02/19/2024
Signature                                                                              Date

# Office of the TCA - Travel Reimbursement Form

**Traveler Name: Every One** David Levy

**Travel days** 6

**Purpose of Travel:  On-Site** Site visit

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 340.40 | 1 | $ 340.40 |
| Baggage | $ - | 0 | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | $ 12.21 | 1 | $ 12.21 |
| Ground Transportation (Parking) | $ - | 0 | $ - |
| Ground Transportation (Mileage) | $ 0.67 | 7.8 | $ 5.22 |
| Lodging | $ 261.45 | 5 | $ 1,307.25 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 4 | $ 460.00 |
| tolls | $ - | 0 | $ - |
| Total | | | $ 2,297.58 |

 **Gmail**

David Levy <dplevy@gmail.com>

## Itinerary receipt notice
1 message

**JetBlue** <jetblueairways@email.jetblue.com>                    Tue, Jan 30, 2024 at 11:13 PM
Reply-To: JetBlue <reply@email.jetblue.com>
To: dplevy@gmail.com



## Your travel receipt.
Thanks for flying JetBlue!

## Travel Purchase

**Date of requested receipt: 2023-12-15**            **Record Locator:** SRERKJ

**DCA**        **SJU**        **Travel date**    2024-01-21T08:00:00
                              **Flight number**  1347

**SJU**        **DCA**        **Travel date**    2024-01-26T18:49:00
                              **Flight number**  1348

**Traveler(s)**                    **Ticket number(s)**

**LEVY/DAVID DR**                  2792140898246

| Base fare: | $278.00 USD |
|---|---|

| Taxes & fees breakdown: | AMOUNT | CURRENCY | PURPOSE - (CODE) |
|---|---|---|---|
| | $9.00 | USD | U.S. Passenger Facility Charge - (XF) |
| | $11.20 | USD | U.S. September 11th Security Fee - (AY) |
| | $42.20 | USD | U.S. Transportation Tax - (US2) |
| Taxes & fees total: | $62.40 | USD | |
| Base fare total: | **$340.40** | | |

**Payment(s):**

Visa card XXXXXXXXXXXX6929                    $340.40

# Fees

**LEVY DAVID**          Ticket number(s): 2794435198660

Date: 2023-12-15

| QTY | FEE TYPE | COST | TAX | TOTAL |
|---|---|---|---|---|
| 1 | SEAT ASSIGNMENT | $67.00 | $0.00 | $67.00 |
| 1 | SEAT ASSIGNMENT | $67.00 | $0.00 | $67.00 |

**Total:**     **$134.00 USD**

**Payment(s):**          Visa card XXXXXXXXXXXX6929          $134.00

# Total paid: $474.40 USD*

*includes all fares, taxes, fees and penalties less any amounts refunded

Gmail - JetBlue booking confirmation for DAVID LEVY - SRERKJ                                    2/12/24, 9:25 PM



David Levy <dplevy@gmail.com>

## JetBlue booking confirmation for DAVID LEVY - SRERKJ
1 message

**JetBlue Reservations** <jetblueairways@email.jetblue.com>    Fri, Dec 15, 2023 at 4:46 PM
Reply-To: JetBlue Reservations <reply@email.jetblue.com>
To: dplevy@gmail.com

Check out the details for your trip on Sun, Jan 21          Français  |  Español





# You're all
# set to jet.

Thanks for choosing JetBlue. Get ready to
enjoy the most legroom in coach*, free wi-fi &
entertainment, and free snacks & drinks.

# Your Flight Itinerary

## Your JetBlue confirmation code is SRERKJ

DCA ► SJU    **Flight 1347**        Sun, Jan 21    Sun, Jan 21
jetBlue                                                    **8:00am** - **12:43pm**
                                                           **Terminal:** 2



SJU ▶ DCA    **Flight 1348**    ✈    Fri, Jan 26    Fri, Jan 26
                                                    **6:49pm** - **9:59pm**
                                                    Terminal: A

Get the latest entry and travel requirements for your trip.

# Your Traveler Details

## DAVID LEVY

Washington
### DCA
─
San Juan
### SJU

**TrueBlue Number:** 3674678982

**Ticket number:** 2792140898246

**Flight #** 1347

**Fare:** Blue

**Seat:** 2D  EVEN MORE SPACE

**Notes:** Even More® Space    **Manage my booking**

San Juan
### SJU
─
Washington
### DCA

**TrueBlue Number:** 3674678982

**Ticket number:** 2792140898246

**Flight #** 1348

**Fare:** Blue

**Seat:** 2D  EVEN MORE SPACE

**Notes:** Even More® Space    **Manage my booking**

# Bag Allowance (per traveler)

## DCA ▶ SJU

| Personal Item | Carry-on | 1st Bag | 2nd Bag |
| --- | --- | --- | --- |
| Free | Free | From $30[*]<br>Up to 50 lbs<br>**Add bag now** | From $50[*]<br>Up to 50 lbs<br>**Add bag now** |

## SJU ▶ DCA

| Personal Item | Carry-on | 1st Bag | 2nd Bag |
| --- | --- | --- | --- |
| Free | Free | From $30[*]<br>Up to 50 lbs<br>**Add bag now** | From $50[*]<br>Up to 50 lbs<br>**Add bag now** |

**Size and weight limits apply. See full details on our Bag Info page** ▶

Additional charges may apply.

*The above prices reflect early pre-paid bag purchase available online now and until 24 hours before departure. Bag fees are higher during check-in. Visit our **Bag Info** page for details.

> **Need to check more than 2 bags?** Additional bags can be added during check-in (starting 24 hours before departure) or at the airport.

## Payment Details

Visa XXXXXXXXXXXX6929

**Purchase Date: Dec 15, 2023**

**Request full receipt**

| | |
|---|---:|
| CREDIT_CARD | $474.40 |
| NONREF | $278.00 |
| Extras | $134.00 |
| Taxes & fees | $62.40 |
| **Total** | **$474.40 USD** |

# Change made easy.

Change or cancel flights, add extras like Even More® Space seats or pets, select or switch seats, update TrueBlue & Known Traveler numbers, and other traveler details–all in one place. Stay safe from fraud–use only **jetblue.com** or the JetBlue app to change or cancel your flights.

**Manage my booking**

**If your booking was made at least 7 days in advance:** You have 24 hours from the time booking was made to cancel your flight and receive a full refund to your original form of payment, without a cancellation fee.

**JetBlue Change/Cancel Policy:** There is no fee to change (or cancel) Blue, Blue Extra, Blue Plus or Mint fares. Blue Basic fares are subject to a change/cancel fee of $100 for travel wholly within the U.S., Caribbean, Mexico or Central America, or $200 for all other routes.

Fare difference may apply and funds may be in the form of a JetBlue travel credit, valid for 12 months from original ticketing date. Booked before Mar 8, 2023? See details on expiration date **here.** Same-day switches may be made without a fare difference for $75. **Click here** for details on our change and cancel policies.



Re: Document calculation in a manner of $195 plus tax and lodging fee as follows:

- Base accommodation rate: $195 per day
- Resort fee: $45 per day
- Taxes recalculated based on a daily rate of $195 per day: $195 x 11% (PR room occuppancy tax rate for hotels with casinos) = $21.45 per day
- Total: $261.45 per day

**SHERATON**

Puerto Rico
Resort & Casino

## INFORMATION INVOICE

| | |
|---|---|
| ROOM | 1122 |
| ROOM TYPE | KING |
| NO. OF GUESTS | 1 |
| RATE | 227 |
| CLERK | GAMAR160 |
| DATE | 01/26/24 |
| PAGE No. | 1 of 2 |
| REWARDS # | 780861600 |

Mr David Levy
828 Snowden Hallowell Way
Alexandria VA 22314
United States

ARRIVE 01/21/24       TIME 01:07       DEPART 01/26/24       TIME 09:54       FOLIO# 4098025

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| 01/21/24 | Accommodation | | 227.00 |
| 01/21/24 | Resort Fee $45 Flat | | 45.00 |
| 01/21/24 | Room Occupancy Tax | | 26.40 |
| 01/22/24 | Accommodation | | 227.00 |
| 01/22/24 | Resort Fee $45 Flat | | 45.00 |
| 01/22/24 | Room Occupancy Tax | | 26.40 |
| 01/23/24 | Accommodation | | 227.00 |
| 01/23/24 | Resort Fee $45 Flat | | 45.00 |
| 01/23/24 | Room Occupancy Tax | | 26.40 |
| 01/24/24 | Accommodation | | 227.00 |
| 01/24/24 | Resort Fee $45 Flat | | 45.00 |
| 01/24/24 | Room Occupancy Tax | | 26.40 |
| 01/25/24 | Accommodation | | 227.00 |
| 01/25/24 | Resort Fee $45 Flat | | 45.00 |
| 01/25/24 | Room Occupancy Tax | | 26.40 |
| 01/26/24 | Visa Card | | -1,492.00 |

For billing questions or concerns, please let us know at SheratonPR.Folio@sheraton.com



**SHERATON**
Puerto Rico
Resort & Casino

## INFORMATION INVOICE

| | |
|---|---|
| ROOM | 1122 |
| ROOM TYPE | KING |
| NO. OF GUESTS | 1 |
| RATE | 227 |
| CLERK | GAMAR160 |
| DATE | 01/26/24 |
| PAGE No. | 2 of 2 |
| REWARDS # | 780861600 |

Mr David Levy
828 Snowden Hallowell Way
Alexandria VA 22314
United States

ARRIVE 01/21/24          TIME 01:07          DEPART 01/26/24          TIME 09:54          FOLIO# 4098025

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| | | Balance          USD | 0.00 |

Note: Daily lodging rate calculated based on a base rate of $195 plus tax and lodging fee as follows:

- Base accommodation rate: $195 per day
- Resort fee: $45 per day
- Taxes recalculated based on a daily rate of $195 per day: $195 x 11% (PR room occuppancy tax rate for hotels with casinos) = $21.45 per day
- Total: $261.45 per day

For billing questions or concerns, please let us know at SheratonPR.Folio@sheraton.com

**Google** Maps    Home (828 Snowden Hallowell Way) to Rental Car    Drive 3.9 miles, 8 min
Center Ronald Reagan Washington National Airport, 2400 Ronald Reagan
Washington National Airport Access Rd, Arlington, VA 22202



Map data ©2023 Google    2000 ft

**828 Snowden Hallowell Way**
Alexandria, VA 22314

↑   1.   Head south on Snowden Hallowell Way toward
            Madison St
        ⚠ Restricted usage road
                                                                    259 ft

↰   2.   Turn left at the 1st cross street onto Madison St
                                                                    469 ft

↰   3.   Turn left onto George Washington Mem Pkwy/N
            Washington St
        ℹ Continue to follow George Washington Mem Pkwy
        ⚠ Turn is not allowed Mon–Fri 7:00 – 9:00 AM
                                                                    3.0 mi

↱   4.   Take the exit toward Reagan Nat'l Arpt
                                                                    0.2 mi

↗   5.   Slight right onto W Entrance Rd
                                                                    0.3 mi

↰   6.   Turn left onto National Ave
        ℹ Destination will be on the left
                                                                    0.2 mi

**Rental Car Center Ronald Reagan Washington National Airport**
2400 Ronald Reagan Washington National Airport Access
Rd, Arlington, VA 22202

# Thanks for tipping, David

Here's your updated Thursday morning ride receipt.



# Total                                    $15.21

Trip fare                                                          $11.02

Subtotal                                                          $11.02

Booking Fee  ⑦                                                    $1.19

Tip                                                                $3.00

Payments

**Visa ••••1549**                                                 $15.21
1/25/24 8:50 AM

Switch Payment Method

Download PDF

## You rode with BETZAIDA

4.96 ★ Rating                    👤 Has passed a multi-step safety screen

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ❯

UberXL     2.95 miles | 11 min

■ 8:24 AM
200 Convention Blvd, San Juan, PR 00907, US

↧ 8:35 AM
Calle de San Justo & Calle del Recinto Sur, San Juan, PR 00901, US



Report lost item  ❯          Contact support  ❯

My trips  ❯

Note: Due to deadlines on the initial draft of CMR-10 data request 2.2, I had to travel separately to the courthouse for the January 25 status hearing.





FPMPR TRAVEL EXPENSE NOTE:

**David Levy Travel Expense Invoices Note:**

**Date: January 31, 2024**

**Notes:**

Please note:

Travel Expenses:
- Mr. Levy charged for the Hotel reimbursement the maximum allowed rate of $195.00 plus its correspondent taxes and fees.