| Travel Breakout | | | | | Traveler: Donald S. Gosselin | | Jan-24 | |
|---|---|---|---|---|---|---|---|---|
| Expense | Unit Cost | Units | Column1 | | Total | Column2 | | Column3 |
| Airfare INBOUND PTY-SJU/Coach | $ 617.55 | 1 | $ - | | $ 617.55 | COPA PWM-SJU COACH | | |
| Airfare OUTBOUND SJU-BOS/Coach | $ 187.30 | 1 | | | $ 187.30 | JETBLUE SJU-BOS COACH | | |
| Airline Change Fee (incl tax) | $ - | 0 | | | $ - | N/A | | |
| Ground Transportation (Uber/Lyft/Taxi) | $ 60.73 | 1 | | | $ 60.73 | Airport BOS/HOME BASE | | |
| Ground Transportation (Parking) | $ 15.55 | 0 | | | $ - | Airport Parking Sun-Fri | | |
| Ground POV Transport Home/Airfield/Home | $ 0.670 | 24 | | | $ 16.08 | HOME/AIRFIELD | | |
| Tolls /Use of Rental Vehicle/to-from Base | $9.95 | | WAIVED | | $ - | MA/NH/ME/PTY Tolls | | |
| Lodging | $ 195.00 | 3 | | | $ 585.00 | DoD HIGH season rate | | |
| Per Diem (Travel Days) | $ 86.25 | 2 | | | $ 172.50 | | | |
| Per Diem (Full Days) | $ 115.00 | 2 | | | $ 230.00 | | | |
| Hotel TAX + Fees ($45.00 + $26.40) | $ 66.45 | 3 | | | $ 199.35 | | | |
| | | | | | | | | |
| **Total** | | | | | **$ 2,068.51** | | | |

| | |
|---|---:|
| Total | 617.55USD |

To know more about fare family details click here Copa.com

### PAYMENT METHOD:

| | | |
|---|---|---:|
| CreditCard | VIXXXXXXXXXXXX8390 | 617.55USD |
| | Expiry Date: | 0326 |
| | Authorization Code: | 183514 |

A non-refundable administrative fee will be charged per-person and added to the total ticket price upon purchase of your tickets at our Sales Offices, Airports and Reservations Centers. In some countries local taxes may apply to the fee. For more information about this administrative fee, please click here

It is the passenger's responsibility to ensure to obtain and comply with the travel requirements established by the authorities of the place of origin, transit and destination. Before boarding, Copa Airlines will verify that the passenger has the necessary immigration or health requirements for the place of origin and destination. Any passenger who provides false or misleading information regarding such requirements will be responsible for any expenses incurred or fines imposed on the airline for this reason.

Please review your baggage policy for information about your baggage allowance.

Your personal data will be processed in accordance with our privacy policy. For more details on how your personal data is collected, used and transferred, please visit Copa.com

**Travel policies**
**Terms and Conditions of this contract**
 **Contribute to environmental sustainability**



**Need help?**
For inquiries about reservations, charges, status of your flight and more, please visit Copa.com

Follow Us on Social Media:

   

This automated email has been sent to gosselin.intl@gmail.com in order to provide you with information about your trip.
Please do not reply to this email using the 'Reply' button. For assistance, please contact our Reservation Center.
View our Privacy Policy.

**From:** JetBlue Reservations jetblueairways@email.jetblue.com
**Subject:** JetBlue booking confirmation for DONALD S GOSSELIN - IRXNYN
**Date:** January 12, 2024 at 11:38
**To:** gosselin.intl@gmail.com



Check out the details for your trip on Thu, Jan 25          Français  |  Español



TRUE**BLUE**
#3692678706

# You're all set to jet.

Thanks for choosing JetBlue. Get ready to enjoy the most legroom in coach*, free wi-fi & entertainment, and free snacks & drinks.

## Your Flight Itinerary

### Your JetBlue confirmation code is IRXNYN

| SJU ▶ BOS | Flight 362 |  | Thu, Jan 25<br>**8:24pm**<br>Terminal: A | Thu, Jan 25<br>**11:50pm** |

**Get the latest** entry and travel requirements for your trip.

## Your Traveler Details

## DONALD S GOSSELIN

San Juan
**SJU**

Boston
**BOS**

**TrueBlue Number:**
3692678706

**Ticket number:**
2792143110202

**Flight #** 362

**Fare:** Blue

**Seat:** [Select seat](#)

**Checked bags:** You've added one (1). As a reminder, up to one (1) additional checked bag may be added in advance **here.**

**Manage my booking**

## Bag Allowance (per traveler)

**SJU ▶ BOS**

| Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|
| Free | Free | From $35[*]<br>Up to 50 lbs<br>**Add bag now** | From $50[*]<br>Up to 50 lbs<br>**Add bag now** |

**Size and weight limits apply. See full details on our Bag Info page** ▶

Additional charges may apply.

*The above prices reflect early pre-paid bag purchase available online now and until 24 hours before departure. Bag fees are higher during check-in. Visit our **Bag Info** page for details.

**Need to check more than 2 bags?** Additional bags can be added during check-in (starting 24 hours before departure) or at the airport.

## Payment Details

Amex XXXXXXXXXXX2001

**Purchase Date: Jan 12, 2024**
[Request full receipt](#)

| | | |
|---|---|---|
| CREDIT_CARD | | $187.30 |
| NONREF | | $120.00 |
| Bags | | $35.00 |
| Taxes & fees | | $32.30 |
| **Total** | | **$187.30 USD** |

## Change made easy.

Change or cancel flights, add extras like Even More® Space seats or pets, select or switch seats, update TrueBlue & Known Traveler numbers, and other traveler details–all in one place. Stay safe from fraud–use only **jetblue.com** or the JetBlue app to change or cancel your flights.

**Manage my booking**

**If your booking was made at least 7 days in advance:** You have 24 hours from the time booking was made to cancel your flight and receive a full refund to your original form of payment, without a cancellation fee.

**JetBlue Change/Cancel Policy:** There is no fee to change (or cancel) Blue, Blue Extra, Blue Plus or Mint fares. Blue Basic fares are subject to a change/cancel fee of $100 for travel wholly within the U.S., Caribbean, Mexico or Central America, or $200 for all other routes.

Fare difference may apply and funds may be in the form of a JetBlue travel credit

Fare difference may apply and funds may be in the form of a JetBlue travel credit, valid for 12 months from original ticketing date. Booked before Mar 8, 2023? See details on expiration date **here.** Same-day switches may be made without a fare difference for $75. **Click here** for details on our change and cancel policies.

## More room, more vroom.

Get up to 7" more legroom, a fast lane to the TSA checkpoint (select cities), and early boarding—all the better to nab that overhead bin.

Add Even More Space





## Pack more points.

Get ready for your upcoming trip to Boston, MA (BOS) with a free checked bag when you apply and get approved for the JetBlue Plus Card.

Learn more

## Unlocked: deals on wheels.



Your flight has unlocked up to 35% off car rentals with Paisly by JetBlue. Plus, you can earn a trunkful of TrueBlue points.

Unlock my deals





| | |
|---|---|
| **From:** | **Uber Receipts** noreply@uber.com |
| **Subject:** | [Personal] Your Thursday evening trip with Uber |
| **Date:** | January 26, 2024 at 00:11 |
| **To:** | attygosselin@gmail.com |



# Uber

Total **$60.73**
January 25, 2024

## Thanks for riding, Donald

We hope you enjoyed your ride this evening.



## Total           $60.73

Trip fare           $51.63

**Subtotal**           **$51.63**

Sumner Callahan Tunnel Toll ❓           $2.65

Booking Fee ❓           $1.96

Wait Time ❓           $1.24

Airport Facility Charge           $3.25

**Download PDF**

This is not a payment receipt. It is a trip summary to acknowledge the completion of the trip. You will receive a trip receipt when the payment is processed with payment information.

# You rode with Ernest

**4.95 ★** Rating                Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.

**Rate or tip**

When you ride with Uber, your trips are insured in case of a covered accident.

**Learn more ›**

---

**UberX**    14.57 miles | 32 min

**11:38 PM**
Terminal Rd, Boston, MA
02128, US

**12:11 AM**
89 Stivaletta Dr, Dedham, MA
02026, US





Report lost item  ›           Contact support  ›

My trips  ›

# Uber

Forgot password

Privacy

Terms

Uber Technologies
1725 3rd Street,
San Francisco,
California
94158

# SHERATON
Puerto Rico
Resort & Casino

INVOICE

| | |
|---|---|
| ROOM | 0757 |
| ROOM TYPE | EQNN |
| NO. OF GUESTS | 1 |
| RATE | 227 |
| CLERK | EJCOT444 |
| DATE | 01/25/24 |
| PAGE No. | 1 of 2 |
| REWARDS # | 839932555 |

Dr Donald Gosselin
12 Naomi St
Sebago ME 04029
United States

ARRIVE 01/22/24    TIME 11:30    DEPART 01/25/24    TIME 11:48    FOLIO# 4075632

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| 01/22/24 | Accommodation | | 227.00 |
| 01/22/24 | Resort Fee $45 Flat | | 45.00 |
| 01/22/24 | Room Occupancy Tax | | 26.40 |
| 01/23/24 | SNACK SHOP FOOD DINNER | | 22.00 |
| 01/23/24 | Snack Shop Sales Municipal Tax 1% - IVI | | 0.22 |
| 01/23/24 | Snack Shop Reduced Tax 6%-IVU | | 1.32 |
| 01/23/24 | Accommodation | | 227.00 |
| 01/23/24 | Resort Fee $45 Flat | | 45.00 |
| 01/23/24 | Room Occupancy Tax | | 26.40 |
| 01/24/24 | Pool Beverage - Beer | | 2.55 |
| 01/24/24 | Tips - Pool | | 3.00 |
| 01/24/24 | Pool Sales Municipal Tax 1% - IVU | | 0.02 |
| 01/24/24 | Pool Sales Tax 10.5%-IVU | | 0.27 |
| 01/24/24 | Accommodation | | 227.00 |
| 01/24/24 | Resort Fee $45 Flat | | 45.00 |
| 01/24/24 | Room Occupancy Tax | | 26.40 |
| 01/25/24 | Visa Card | | -924.58 |

For billing questions or concerns, please let us know at SheratonPR.Folio@sheraton.com



**SHERATON**
Puerto Rico
Resort & Casino

INVOICE

| | |
|---|---|
| ROOM | 0757 |
| ROOM TYPE | EQNN |
| NO. OF GUESTS | 1 |
| RATE | 227 |
| CLERK | EJCOT444 |
| DATE | 01/25/24 |
| PAGE No. | 2 of 2 |
| REWARDS # | 839932555 |

Dr Donald Gosselin
12 Naomi St
Sebago ME 04029
United States

ARRIVE 01/22/24    TIME 11:30    DEPART 01/25/24    TIME 11:48    FOLIO# 4075632

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| | | Balance USD | 0.00 |

For billing questions or concerns, please let us know at SheratonPR.Folio@sheraton.com

## AFFIDAVIT OF DONALD S. GOSSELIN, ESQ.

Your affiant, Donald S. Gosselin, having been sworn, does hereby depose and say that,

1. I am the Federal Monitor overseeing the compliance efforts of the Commonwealth of Puerto Rico concerning the areas of Internal Investigations and Discipline in its Consent Decree with the Department of Justice.

2. During my regular duties, I travel to Puerto Rico at least ten times per year. During my most recent visit, my inbound flight was from my residence in Panama via Copa Airlines. My flight was scheduled originally for a 21 January departure but was rescheduled for the following day. Copa attributed the reschedule due to a lack of serviceable aircraft as all of its Boeing 737 Max-9 aircraft were grounded.

3. Copa Airlines offers a discount to Panamanian residents of retirement age. As a such a resident, the law grants a 25% discount on Copa airfares. In order to receive this discount, I book a standard coach airfare online with Copa, place the reservation on hold, call and wait for Copa's Call Center to answer, have the discount calculated and applied and finally make credit card payment of the new fare. This process can take between 15 – 30 minutes yet results in a lower cost to the taxpayers.

4. The original rate for my January COPA coach class ticket PTY-SJU was actually $796.55. My reduced rate for that same flight was $617.55. See receipts attached.

5. As a gold-level frequent flier with Copa Airlines, I am often upgraded to First Class or Business Class at no cost, as a courtesy extended to their best customers. Once such an upgrade has been made, Copa Airlines changes all of the references to the fare to "business class."

6. Shortly after I paid the reduced coach fare, I received notice from Copa of my complimentary upgrade to Business Class due to my status. After requesting a receipt from Copa for the original reduced fare of $617.55 paid to Copa, Copa stamped "Business Class" on the receipt to indicate that I had received my free upgrade as a Gold Level flier. (See Attachment)

I Donald Stephen Gosselin do hereby make oath that the foregoing statements are true, and those that are offered upon representation or belief, that I believe them to be true as well,

*[signature]*

8 FEB 2024



## ELECTRONIC TICKET FOR  DONALD GOSSELIN
13 Jan 2024

Order ID
**BNOSRP**

Manage your Reservation

Thank you for choosing Copa Airlines for your travel plans. Please read these important details about your reservation and itinerary.

## PASSENGER DETAILS

| Name | Frequent Flyer # | Star Alliance Status | Ticket Number |
|---|---|---|---|
| DONALD GOSSELIN | 233164538CM | Gold | 2302184529390 |

## FLIGHT ITINERARY:

**PANAMA CITY (PTY) - SAN JUAN (SJU) - Flight Number - CM450 - Business Class**

| Departure | Arrival | Flight Details |
|---|---|---|
| Monday January 22,2024 | Monday January 22,2024 | Flight Duration:02h48m |
| 06:46 PM | 10:34 PM | Aircraft: |
| PANAMA CITY (PTY) | SAN JUAN (SJU) | Flight Operated by:  |
| | | Seats Reserved: Yes - Reserve or Change Seats |

## AIR TRANSPORTATION CHARGES

| Description | Rate |
|---|---|
| Ticket Fare .DONALD GOSSELIN | 535.00USD |
| PA | 37.50 |
| FZ | 20.00 |
| AH | 1.25 |
| F3 | 6.00 |
| XA | 3.83 |
| XY | 7.00 |
| YC | 6.97 |



FPMPR TRAVEL EXPENSE NOTE:

**Donald Gosselin Travel Expense Invoices Note:**

**Date: January 31, 2024**

**Notes:**

Please note:

Travel Expenses:
- Mr. Gosselin charged for the Hotel reimbursement the maximum allowed rate of $195.00 plus its correspondent taxes and fees.

- Mr. Gosselin paid for a coach fare on his COPA Flight. The Business class seat was an upgrade provided by the airline because of his status as a frequent flyer. (Please see the document attached).