

# Office of the Technical Compliance Advisor
## Travel Reimbursement Form

Enter all required information below to obtain travel reimbursement. If spending did not occur in a category, please enter zeros. Zeros will likely need to be entered for one or more of the ground transportation options. The "Total" column of the table will update based on the information entered into the "Unit Cost" and "Units" columns. To update the "Total" column, click CTRL+A and then F9. Receipts for airfare, lodging, ground transportation, and PCR testing must be submitted with this form. Submit the Travel Reimbursement Form and accompanying receipts to Javier Gonzalez (Javier.benito@me.com) with the Chief Monitor (jrrjr.romero@gmail.com) and/or his designee copied along with your monthly invoice.

Traveler Name: Alan C Youngs
Travel Start Date 01-21-24 Travel End Date: 01-26-24
Purpose of Travel: Puerto Rico

| Travel Reimbursement | | | |
|---|---|---|---|
| | Unit Cost | Units | Total |
| Airfare Denver to Puerto Rico | $486.80 | 1 | $486.80 |
| Airfare Puerto Rico to Denver | $356.80 | 1 | $356.80 |
| Baggage/Seat | $0.00 | 1 | $0.00 |
| Ground Transportation (Uber) to DIA | $75.04 | 1 | ~~$75.04~~ 73.14 |
| Ground Transportation (Uber) from DIA | $62.49 | 1 | ~~$62.49~~ 60.75 |
| Ground Transportation (Taxi) to Hotel Marriott | $0.00 | 1 | $0.00 |
| Ground Transportation (Taxi) to Airport SJU | $25.00 | 1 | $25.00 |
| Ground Transportation (Parking) | $0.00 | 0 | $0.00 |
| Ground Transportation (Mileage) | $0.655 | 0 | $0.00 |
| Lodging | $192.93 | 5 | $964.65 |
| Per Diem (Travel Days) | $86.25 | 2 | $172.50 |
| Per Diem (Full Days) | $115.00 | 4 | $460.00 |
| Total | | | ~~$2,603.28~~ |

$2,599.64

VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

ISSUED BY AND VALID ONLY ON
**SOUTHWEST AIRLINES®**          BOARDING PASS          RR

# YOUNGS/ALAN

FLIGHT **3029**
DATE **JAN 21**          A-List
CONF.# **3NRQP2**        Wanna Get Away Plus™

| 3029 | DENVER |
| | ORLANDO |
| | 09:05 AM H |
| 2370 | ORLANDO |
| | SAN JUAN |
| | 05:30 PM |

Check monitors for gate number

207895671

Boarding Group

**A**

BOARDING TIME

**08:35 AM**

Boarding Position

**21**

PRIORITY BOARDING
PRIORITY & EXPRESS LANES

**Southwest®**

LN: YOUNGS
FN: ALAN
3NRQP2          MN:

21                                              AWI-W10/CH.12

*fold here*

ISSUED BY AND VALID ONLY ON
**SOUTHWEST AIRLINES®**     BOARDING PASS     RR

# YOUNGS/ALAN

FLIGHT **2370**
DATE **JAN 21**
CONF.# **3NRQP2**

2370  ORLANDO
      SAN JUAN
      05:30 PM H

A-List
Wanna Get Away Plus™
Check monitors for gate number

BOARDING TIME
**05:00 PM**

PRIORITY BOARDING
PRIORITY LANE

207895671

Boarding Group
**A**

Boarding Position
**17**

Southwest®

LN: YOUNGS
FN: ALAN
MN:

3NRQP2

17     AWI-W10/CH.12

*fold here*





A-List   *Hi, Alan*  4,102 points   My Account   |   Log out   Español

FLIGHT | HOTEL | CAR | VACATIONS        SPECIAL OFFERS    RAPID REWARDS®

**Credit card saved to account**
Your credit card has been added to your account.

# Thanks for flying with us!

**Trip summary**



Flight

CONFIRMATION #
**3NRQP2**

JAN 21
DEN ✈ SJU

FLIGHT TOTAL
**$486.80**

## 1/21 - San Juan

JAN 21
### Denver, CO *to* San Juan, PR

Confirmation # **3NRQP2**

| PASSENGERS | EST. POINTS | EXTRAS | FARE |
|---|---|---|---|
| **Alan Youngs**<br>Rapid Rewards® Acct # 207895671   A-List | + 3,600 PTS | — | Wanna Get Away Plus |

**Departing**  1/21/24 Sunday                              Wanna Get Away Plus    $450.00
                                                           (Passenger x1)

DEPARTS  **9:05** AM    **DEN**                FLIGHT
                        Denver, CO - DEN       **3029**  📶 + 💵
                                               SCHEDULED AIRCRAFT
                                               Boeing 737-700
                                               *Subject to change*

| ARRIVES | 2:30 PM | MCO<br>Orlando, FL - MCO | TRAVEL TIME<br>3hr 25min | |
|---|---|---|---|---|

stop 1: Orlando, FL - MCO 

| DEPARTS | 5:30 PM | MCO<br>Orlando, FL - MCO | FLIGHT<br>2370<br>SCHEDULED AIRCRAFT<br>Boeing 737 MAX8<br>*Subject to change* | |
|---|---|---|---|---|
| ARRIVES | 9:15 PM | SJU<br>San Juan, PR - SJU | TRAVEL TIME<br>2hr 45min | SUBTOTAL<br>$450.00 |

| | Taxes & fees | $36.80 |
|---|---|---|
| | **Flight total** | **$486.80** |

### Icon legend

WiFi available     Live TV available     Change planes

### Helpful Information:

- Starting July 1, 2023 (12:00 a.m. CT), for Wanna Get Away® or Wanna Get Away Plus™ reward travel reservations (booked with points): If you do not cancel your reservation at least 10 minutes before the flight's original scheduled departure time, any points used for booking will be forfeited, along with any taxes and fees associated with your reward travel reservation. For Anytime or Business Select® reward travel reservations: the points used for booking will be redeposited to the purchaser's Rapid Rewards® account, and any taxes and fees associated with the reward travel reservation will be converted into a Transferable Flight Credit™ for future use.
- Please read the fare rules associated with this purchase.
- When booking with Rapid Rewards points, your points balance may not immediately update in your account.
- **REAL ID Requirement:** Do you have a **REAL ID**? Beginning May 7, 2025, you will need a state-issued **REAL ID** compliant license or identification card, or another acceptable form of ID (such as a U.S. Passport), to fly within the United States. Visit www.tsa.gov for a list of acceptable forms of ID and additional information regarding **REAL ID** requirement.

## Payment summary

| PAYMENT INFORMATION | | | AMOUNT PAID |
|---|---|---|---|
| **American Express 1…**<br>XXXXXXXXXXX1001<br>Expiration: 12/28 | CARD HOLDER<br>**Alan Youngs** | BILLING ADDRESS<br>**5552 W Lakeridge Rd**<br>**Lakewood, CO US 80227** | $486.80 |

## Total charged

| | |
|---|---|
| SUBTOTAL | $450.00 |
| TAXES & FEES | $36.80 |
| TOTAL DOLLARS | $486.80 |

Show price breakdown

ISSUED BY AND VALID ONLY ON
**SOUTHWEST AIRLINES®**   BOARDING PASS   RR

# YOUNGS/ALAN

FLIGHT **2385**
DATE **JAN 26**
CONF.# **3NTW8C**

| 2385 | SAN JUAN |
| | ORLANDO |
| | 06:05 AM M |
| 4271 | ORLANDO |
| | DENVER |
| | 10:15 AM |

A-List

Wanna Get Away Plus™

Check monitors for gate number

BOARDING TIME

## 05:35 AM

PRIORITY BOARDING
PRIORITY & EXPRESS LANES

**Southwest®**

LN: YOUNGS
FN: ALAN
MN:

3NTW8C

207895671

Boarding Group

**A**

Boarding Position

**18**

18

AWI-W10/CH.12

*fold here*

ISSUED BY AND VALID ONLY ON
**SOUTHWEST AIRLINES®**

BOARDING PASS

RR

# YOUNGS/ALAN

FLIGHT **4271**
DATE **JAN 26**
CONF.# **3NTW8C**

4271  ORLANDO
      DENVER
      10:15 AM M

A-List

Wanna Get Away Plus™

Check monitors for gate number

BOARDING TIME

**09:45 AM**

PRIORITY BOARDING
PRIORITY LANE

207895671

Boarding Group

**A**

Boarding Position

**24**

**Southwest®**

3NTW8C

LN: YOUNGS
FN: ALAN
MN:

**24**

AWI-W10/CH.12

fold here



# Hi, Alan!

Rapid Rewards #207895671 | A-List through 12/31/24
Rapid Rewards Member since 2006   Profile Details >

**TRAVEL FUNDS AVAILABLE**
$19.28
View Details >

**POINTS AVAILABLE**
11,802
View Details >

# Past flight details

The receipt information below does not include any add ons during purchase, flight changes, flight cancellations, or in-flight purchases.

JAN 26                                                                           **Confirmation #3NTW8C**

 Denver, CO
San Juan, PR to Denver, CO

## Summary

| PASSENGER | POINTS EARNED | FARE TOTAL |
|---|---|---|
| Alan Youngs | +3,200 PTS | $356.80 |

## Pricing details

| ROUTING | DATE | FARE TYPE | POINTS EARNED | FARE |
|---|---|---|---|---|
| SJU to DEN | 1/26/24 | Wanna Get Away Plus | +3,200 PTS | $320.00 |
|  |  |  | Taxes & fees | $36.80 |
|  |  |  | Total | $356.80 |
|  |  |  | Total points earned | +3,200 PTS |

A-List   Hi, Alan  4,102 points   My Account  |  Log out   Español 

Southwest

FLIGHT | HOTEL | CAR | VACATIONS    SPECIAL OFFERS    RAPID REWARDS®

# Thanks for flying with us!

**Trip summary**



Flight

CONFIRMATION #
**3NTW8C**

JAN 25
SJU ✈ DEN

FLIGHT TOTAL
$**316.80**

## 1/25 - Denver

JAN 25
### San Juan, PR *to* Denver, CO

**Confirmation # 3NTW8C**

| PASSENGERS | EST. POINTS | EXTRAS | FARE |
|---|---|---|---|
| **Alan Youngs** | + 2,240 PTS | — | Wanna Get Away Plus |
| Rapid Rewards® Acct # 207895671   A-List | | | |



Departing   1/25/24 Thursday                                Wanna Get Away Plus        $280.00
                                                            (Passenger x1)

DEPARTS  2:55 PM   SJU                    FLIGHT
                   San Juan, PR - SJU     3295 📶 + 💵
                                          SCHEDULED AIRCRAFT
                                          Boeing 737 MAX8
                                          *Subject to change*

ARRIVES  5:10 PM   MCO                    TRAVEL TIME
                   Orlando, FL - MCO      **3**hr **15**min

         stop 1: Orlando, FL - MCO

| DEPARTS | 6:50 PM | MCO<br>Orlando, FL - MCO | FLIGHT<br>2953   |  |
|---|---|---|---|---|
|  |  |  | SCHEDULED AIRCRAFT<br>Boeing 737-700<br>Subject to change |  |
| ARRIVES | 9:00 PM | DEN<br>Denver, CO - DEN | TRAVEL TIME<br>4hr 10min | SUBTOTAL<br>$280.00 |

|  |  |
|---|---|
| Taxes & fees | $36.80 |
| Flight total | $316.80 |

**Icon legend**

 WiFi available      Live TV available     Change planes

**Helpful Information:**

- Starting July 1, 2023 (12:00 a.m. CT), for Wanna Get Away® or Wanna Get Away Plus™ reward travel reservations (booked with points): If you do not cancel your reservation at least 10 minutes before the flight's original scheduled departure time, any points used for booking will be forfeited, along with any taxes and fees associated with your reward travel reservation. For Anytime or Business Select® reward travel reservations: the points used for booking will be redeposited to the purchaser's Rapid Rewards® account, and any taxes and fees associated with the reward travel reservation will be converted into a Transferable Flight Credit™ for future use.
- Please read the fare rules associated with this purchase.
- When booking with Rapid Rewards points, your points balance may not immediately update in your account.
- **REAL ID Requirement:** Do you have a **REAL ID**? Beginning May 7, 2025, you will need a state-issued **REAL ID** compliant license or identification card, or another acceptable form of ID (such as a U.S. Passport), to fly within the United States. Visit www.tsa.gov for a list of acceptable forms of ID and additional information regarding **REAL ID** requirement.

# Payment summary

| PAYMENT INFORMATION | | | AMOUNT PAID |
|---|---|---|---|
|  American Express 1…<br>XXXXXXXXXXX1001<br>Expiration: 12/28 | CARD HOLDER<br>Alan Youngs | BILLING ADDRESS<br>5552 W Lakeridge Rd<br>Lakewood, CO US 80227 | $316.80 |

# Total charged

|  |  |
|---|---|
| SUBTOTAL | $280.00 |
| TAXES & FEES | $36.80 |
| **TOTAL DOLLARS** | $316.80 |

Show price breakdown

A-List   Hi, Alan   8,602 points   My Account   |   Log out   Español



FLIGHT | HOTEL | CAR | VACATIONS   SPECIAL OFFERS   RAPID REWARDS®

# Change flight: Step 5 of 5

Change    Select flights    Price    Review    Confirmation

## ✓ Your change is complete! No need to call to confirm.

We're sending you a confirmation email to the address below. If the email hasn't arrived in 2 minutes, check your junk or spam folder.
alyoun@aol.com

### Trip summary

 **Flight**

CONFIRMATION #
**3NTW8C**

| DEPART | | | |
|---|---|---|---|
| 1/26 | SJU | ✈ | DEN |
| Friday | 6:05 AM | | 12:30 PM |

PASSENGERS
**Alan Youngs**

See more passenger details ›

AMOUNT PAID
**$40.00**

[ Go to My Account ]

**$0**   There was no fee to change your flight today.

It's our way of saying thank you...today, and everyday.

---

## 1/26 - Denver

JAN 26
### San Juan, PR *to* Denver, CO

Confirmation # **3NTW8C**

| PASSENGERS | EXTRAS | FARE |
|---|---|---|
| Alan Youngs | — | Wanna Get Away Plus |
| Rapid Rewards® Acct # 207895671    A-List | | |

## Departing   1/26/24 Friday

Wanna Get Away Plus
*(Passenger x1)*

| | | | |
|---|---|---|---|
| DEPARTS | 6:05 AM | SJU<br>San Juan, PR - SJU | FLIGHT<br>2385 |
| ARRIVES | 8:20 AM | MCO<br>Orlando, FL - MCO | TRAVEL TIME<br>3hr 15min |

stop 1: Orlando, FL - MCO

| | | | |
|---|---|---|---|
| DEPARTS | 10:15 AM | MCO<br>Orlando, FL - MCO | FLIGHT<br>4271 |
| ARRIVES | 12:30 PM | DEN<br>Denver, CO - DEN | TRAVEL TIME<br>4hr 15min |

### Icon legend

WiFi available    Live TV available    Change planes

### Helpful Information:

- Starting July 1, 2023 (12:00 a.m. CT), for Wanna Get Away® or Wanna Get Away Plus™ reward travel reservations (booked with points): If you do not cancel your reservation at least 10 minutes before the flight's original scheduled departure time, any points used for booking will be forfeited, along with any taxes and fees associated with your reward travel reservation. For Anytime or Business Select® reward travel reservations: the points used for booking will be redeposited to the purchaser's Rapid Rewards® account, and any taxes and fees associated with the reward travel reservation will be converted into a Transferable Flight Credit™ for future use.
- Please read the fare rules associated with this purchase.
- When booking with Rapid Rewards points, your points balance may not immediately update in your account.
- **REAL ID Requirement:** Do you have a **REAL ID**? Beginning May 7, 2025, you will need a state-issued **REAL ID** compliant license or identification card, or another acceptable form of ID (such as a U.S. Passport), to fly within the United States. Visit www.tsa.gov for a list of acceptable forms of ID and additional information regarding **REAL ID** requirement.

## Pricing & funds summary

| American Express 1… | CARD HOLDER | BILLING ADDRESS | |
|---|---|---|---|
| XXXXXXXXXXX1001<br>Expiration: 12/28 | Alan Youngs | 5552 W Lakeridge Rd<br>Lakewood, CO US 80227 | $40.00 |

TOTAL PAID    $40.00

*Government taxes & fees included.*

**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Alan Youngs
5552 W Lakeridge Rd
Lakewood CO 80227
United States

Room: 0907
Room Type: EKNG
No. of Guests: 1
Rate: $ 160.00   Clerk: 1009

Marriott Rewards #   119330892

CRS Number   70201251

Name:

Arrive:  01-21-24    Time:  10:15 PM    Depart:  01-26-24    Folio Number:  758447

| Date | Description | Charges | Credits |
|---|---|---|---|
| 01-21-24 | Package | 160.00 | |
| 01-21-24 | Destination Fee | 17.00 | |
| 01-21-24 | Government Tax | 15.93 | |
| 01-22-24 | Comedor - Guest Charge | 4.00 | |
| 01-22-24 | Package | 160.00 | |
| 01-22-24 | Destination Fee | 17.00 | |
| 01-22-24 | Government Tax | 15.93 | |
| 01-23-24 | Comedor - Guest Charge | 7.21 | |
| 01-23-24 | Package | 160.00 | |
| 01-23-24 | Destination Fee | 17.00 | |
| 01-23-24 | Government Tax | 15.93 | |
| 01-24-24 | Comedor - Guest Charge | 4.00 | |
| 01-24-24 | Package | 160.00 | |
| 01-24-24 | Destination Fee | 17.00 | |
| 01-24-24 | Government Tax | 15.93 | |
| 01-25-24 | Package | 160.00 | |
| 01-25-24 | Destination Fee | 17.00 | |
| 01-25-24 | Government Tax | 15.93 | |
| 01-26-24 | American Express | | 979.86 |
| | *Card #  XXXXXXXXXX1001* | | |

**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Alan Youngs
5552 W Lakeridge Rd
Lakewood CO 80227
United States

Room: 0907
Room Type: EKNG
No. of Guests: 1
Rate:  $   160.00   Clerk: 1009

Marriott Rewards #   119330892

CRS Number  70201251

Name:

Arrive:  01-21-24          Time:  10:15 PM          Depart:  01-26-24          Folio Number:  758447

| Date | Description | Charges | Credits |
|---|---|---|---|
| | Balance | | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

# TAXI RECEIPT

TURISTICO    Puerto Rico

DATE 1/26/24

FROM  Marriot

TO  Airport SJU

FARE $  25—

LUGGAGE $ 

TOTAL $ 

_____
SIGNATURE

"THANK YOU FOR YOUR VISIT TO PUERTO RICO"

# Uber

January 21, 2024

**Total**  $~~$75.04~~ 73.14

Trip fare $39.44

Subtotal $39.44
Reservation Fee $17.00
Booking Fee $5.22
Denver International Airport Pickup/Drop-off Fee $3.29
Colorado Prearranged Ride Regulatory Fee $0.31
Tip $9.78

## Payments

VISA  Visa ••••3491
1/21/24 7:11 AM  $65.26

VISA  Visa ••••3491
1/26/24 1:29 PM  ~~$9.78~~ 7.88

Visit the trip page for more information, including invoices (where available)

You rode with BENJAMIN

UberX  33.01 miles | 40 min

6:30 AM | 5552 W Lakeridge Rd, Lakewood, CO 80227, US

7:10 AM | 8500 Pena Blvd, Denver, CO 80249, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

# Uber

January 26, 2024

**Total**  $62.49 60.75

Trip fare  $41.30

Subtotal  $41.30
Booking Fee  $7.00
Wait Time  $0.59
Denver International Airport Pickup/Drop-off Fee  $3.29
Colorado Prearranged Ride Regulatory Fee  $0.31
Tip  $10.00

## Payments

VISA  Visa ••••3491  $52.49
1/27/24 12:33 AM
VISA  Visa ••••3491  $10.00 8.26
1/28/24 1:10 PM

Visit the trip page for more information, including invoices (where available)

You rode with Tirusew

UberX   32.13 miles | 47 min

1:37 PM | Gate C, Denver International Airport (DEN), Denver, CO 80249, US

2:25 PM | 5552 W Lakeridge Rd, Lakewood, CO 80227, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.



FPMPR TRAVEL EXPENSE NOTE:

**Alan Young Travel Expense Invoices Note:**

**Date: January 31, 2024**

**Notes:**

Please note:

Travel Expenses:
- Mr. Youngs $40.00 payment was because he had to change departing flights to participate in the Status Conference afternoon session on January 25, 2024.