

JAN 2024

# Office of the TCA - Travel Reimbursement Form



Traveler Name: Scott Cragg
Travel Dates: Jan 21-26, 2024
Purpose of Travel: On-Site Monitoring

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare |  | 1 | $ 380.60 |
| Bags/Airport Shuttle tips-no receipt | $ 2.00 | 2 | $ 4.00 |
| Ground Transportation (Tolls) |  | 4 | $ 5.07 |
| Ground Transportation (Parking) | $ 15.00 | 5 | $ 75.00 |
| Ground Transportation (Mileage) | $ 0.670 | 182.8 | $ 122.48 |
| Lodging | $ 154.78 | 5 | $ 773.90 |
| Per Diem (Travel Days) 21 Jan, 26 Jan | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) 22-25 Jan | $ 115.00 | 4 | $ 460.00 |
| Total |  |  | $ 1,993.55 |

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

Itinerary receipt notice

From: JetBlue (jetblueairways@email.jetblue.com)
To:   spcragg@verizon.net
Date: Sunday, January 28, 2024 at 07:33 PM EST



*Your travel receipt.*
Thanks for flying JetBlue!

*FROM THE AIRLINE*

## Travel Purchase

**Date of requested receipt:** 2023-12-18       **Record Locator:** ONYHVS

**DCA → SJU**      Travel date    2024-01-21T08:00:00
                   Flight number  1347

**SJU → MCO**      Travel date    2024-01-26T10:30:00
                   Flight number  0464

**Traveler(s)**                    **Ticket number(s)**

CRAGG/SCOTT P MR                   2792142063021

**Base fare:**                     $316.00 USD

**Taxes & fees breakdown:**   AMOUNT    CURRENCY    PURPOSE - (CODE)

                              $9.00     USD         U.S. Passenger Facility

|  |  |  |  |
|---|---|---|---|
|  |  |  | Charge - (XF) |
|  | $11.20 | USD | U.S. September 11th Security Fee - (AY) |
|  | $44.40 | USD | U.S. Transportation Tax - (US2) |
| **Taxes & fees total:** | $64.60 | USD |  |
| **Base fare total:** | $380.60 |  |  |

| Exchange Fee(s): | TICKET NUMBER | DATE | AMOUNT |
|---|---|---|---|
|  | 2792142063021 | 2023-12-18 | $0.00 |

Payment(s):

Mastercard XXXXXXXXXXXX7082                              $380.60

# Total paid: $380.60 USD*

*includes all fares, taxes, fees and penalties less any amounts refunded

Flight Status  |  Bag Info  |  Airport Info

## Stay connected

Download the JetBlue mobile app

   

Help

Business Travel

Privacy

About JetBlue

Please call 1-800-JETBLUE (1-800-538-2583) for additional assistance.

Positive identification required for airport check-in.

Notice:
Carriage and other service provided by the carrier are subject to conditions of carriage, which are hereby incorporated by reference. These conditions may be obtained from the issuing carrier. E-ticket Receipt total includes airfare, taxes, and fees applicable to air care, baggage fees, and Even

BOARDING PASS FROM ORLAND TO SAN JUAN UNAVAILABLE, USED AN ELECTRONIC BOARDING PASS



jetBlue

BOARDING PASS   TSA Pre✓

CRAGG/SCOTT P
26 JAN 24

CONFIRMATION:
ONYHVS

TICKET:
2792142063021

FLIGHT B6 464

SJU → MCO
San Juan, PR   Orlando, FL

GATE
A4
SUBJECT TO CHANGE

GROUP
MOSAIC

SEAT
3C   AISLE

BOARDING     DOORS CLOSE     DEPARTS      ARRIVES
9:55 AM  →   10:15 AM    →   10:30 AM  →  12:45 PM

JetBlue booking confirmation for SCOTT P CRAGG - ONYHVS

From: JetBlue Reservations (jetblueairways@email.jetblue.com)

To: spcragg@verizon.net

Date: Thursday, January 18, 2024 at 08:22 AM EST

Check out the details for your trip on Sun, Jan 21

Français | Español



#3363415311

# You're all set to jet.

And, your continued loyalty is what keeps us flying high. Thanks again for being a Mosaic member.

# Your Flight Itinerary

## Your JetBlue confirmation code is ONYHVS

**DCA ▶ SJU**  jetBlue  **Flight 1347**  Sun, Jan 21  **8:00am** — Sun, Jan 21  **12:43pm**  Terminal: 2

**SJU ▶ MCO**  jetBlue  **Flight 464**  Fri, Jan 26  **10:30am** — Fri, Jan 26  **12:45pm**  Terminal: A

Get the latest entry and travel requirements for your trip.

# Your Traveler Details

## SCOTT P CRAGG

**Washington**
**DCA**

San Juan
**SJU**

TrueBlue Number: 3363415311

Ticket number: 2792142063021

Flight # 1347

Fare: Blue

Seat: 4C  EVEN MORE SPACE

**Notes:** Even More® Space

Manage my booking

---

San Juan
**SJU**

Orlando
**MCO**

TrueBlue Number: 3363415311

Ticket number: 2792142063021

Flight # 464

Fare: Blue

Seat: 3C  EVEN MORE SPACE

**Notes:** Priority security, Even More® Space

Manage my booking

## Bag Allowance (per traveler)

DCA ▶ SJU

| Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|
| Free | Free | Free Mosaic Perk | Free Mosaic Perk |

SJU ▶ MCO

| Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|
| Free | Free | Free Mosaic Perk | Free Mosaic Perk |

**Size and weight limits apply. See full details on our Bag Info page** ▶

Free checked bag benefit for Mosaic members applies to JetBlue-operated flights only.

Additional charges may apply.

> Need to check more than 2 bags? Additional bags can be added during check-in (starting 24 hours before departure) or at the airport.

## Payment Details

Purchase Date: Dec 18, 2023
Request full receipt

| | |
|---|---|
| CREDIT_CARD | $44.20 |
| USD316.00 NONREFUNDABLE NONREF | $316.00 |
| Taxes & fees | $64.60 |
| **Total** | **$380.60 USD** |

# E-ZPass Virginia: Transaction History

Account Number: 236166  From: 12/28/2023  To: 1/27/2024

| Date Posted | Transaction | Receipt | Transponder / Plate | Agency | Entry Plaza | Exit Plaza | Entry Date and Time | Exit Date and Time | Plaza Facility | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/17/2024 | IAG TOLL INCOMING TRANSACTIONS | | 3829399 | CFX | | 394 | | 1/16/2024 3:00 PM | | -0.93 | 37.76 |
| 1/26/2024 | IAG TOLL INCOMING TRANSACTIONS | | 3829399 | FTE | | J47 | | 1/26/2024 1:26 PM | | -2.30 | 35.46 |
| 1/27/2024 | IAG TOLL INCOMING TRANSACTIONS | | 3829399 | CFX | | 328 | | 1/26/2024 1:11 PM | | -0.93 | 34.53 |
| 1/27/2024 | IAG TOLL INCOMING TRANSACTIONS | | 3829399 | CFX | | 301 | | 1/26/2024 1:17 PM | | -0.93 | 33.60 |

**FastPark&Relax**

# Parking Receipt
January 26, 2024 at 1:00 pm

**LOCATION**

**Fast Park & Relax**

7870 N. Frontage Road Orlando, FL 32812

**PARKING DETAILS**

| | |
|---|---|
| Check-In: | January 16, 2024, 3:16 pm |
| Check-Out: | January 26, 2024, 1:00 pm |
| Period: | 9d 21h 44m |

**TRANSACTION SUMMARY**

| | |
|---|---|
| Gross Amount*: | $150.00 |
| Discounts: | $0.00 |
| Amount Paid: | $150.00 |

**PAYMENT INFORMATION**

**Credit Card**

January 26, 2024 at 1:00 pm

* Gross amount includes all applicable taxes and airport fees

*Handwritten note:* 21 JAN – 26 JAN, 5 DAYS @ $15, $75.00



Map data ©2023 Google

| | via I-4 W | 1 hr 26 min |
|---|---|---|
| 🚗 | Fastest route now due to traffic conditions<br>⚠ This route has tolls.<br>⚠ This route has restricted usage or private roads. | 87.6 miles |
| 🚗 | via I-4 W and FL-417 Toll | 1 hr 29 min<br>95.2 miles |
| 🚗 | via FL-11 S | 1 hr 48 min<br>92.1 miles |

**Explore nearby Fast Park & Relax MCO**

    
Restaurants   Hotels   Gas stations   Parking Lots   More

Home to Airport
87.6 mi

Airport to Home
95.2 m

Total miles
182.8

**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Scott Cragg
13932 S Springs Dr
Clifton VA 20124
United States

Room: 1101
Room Type: KSTE
No. of Guests: 1
Rate: $ 125.00  Clerk: 8

Marriott Rewards #   797225828

CRS Number  98208175

Name:

Arrive:  01-21-24          Time:  02:43 PM          Depart:  01-26-24          Folio Number: 758197

| Date | Description | Charges | Credits |
|---|---|---|---|
| 01-21-24 | Package | 125.00 | |
| 01-21-24 | Destination Fee | 17.00 | |
| 01-21-24 | Government Tax | 12.78 | |
| 01-22-24 | Comedor - Guest Charge | 4.00 | |
| 01-22-24 | Package | 125.00 | |
| 01-22-24 | Destination Fee | 17.00 | |
| 01-22-24 | Government Tax | 12.78 | |
| 01-23-24 | Package | 125.00 | |
| 01-23-24 | Destination Fee | 17.00 | |
| 01-23-24 | Government Tax | 12.78 | |
| 01-24-24 | Package | 125.00 | |
| 01-24-24 | Destination Fee | 17.00 | |
| 01-24-24 | Government Tax | 12.78 | |
| 01-25-24 | Package | 125.00 | |
| 01-25-24 | Destination Fee | 17.00 | |
| 01-25-24 | Government Tax | 12.78 | |
| 01-26-24 | Visa Card | | 777.90 |
| | Card # XXXXXXXXXXXX6833 | | |



FPMPR TRAVEL EXPENSE NOTE:

**Scott Cragg Travel Expense Invoices Note:**

**Date: January 31, 2024**

**Notes:**

Please note:

Travel Expenses:
- The Even More Space Note in the Airfare receipt is a free benefit from the Airline as a Mosaic Status Perk.