

FPM TRAVEL REIMBURSEMENT COVER SHEET

Name: Hipolito Castro

Invoice number: 01 2024

Invoice date: 01/29/2024

Site visit travel dates: 01/21/2024 to 01/26/2024

Total travel reimbursement amount (*see page 2 for details*): $ 2,300.01

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.*

_____     1/29/2024
Signature                                              Date

## Travel Breakout

### Hipolito Castro 12/10/2023 to 12/15/2023

| Expense | Unit Cost | Units | Column1 | Total | Column2 |
|---|---|---|---|---|---|
| Airfare | $ 404.60 | 1 | $ - | $ 404.60 | |
| Airfare taxes & fees | | | $ - | $ - | |
| Baggage | | | $ - | $ - | |
| Ground Transportation (Uber/Lyft/Taxi) | | | $ - | $ - | |
| Ground Transportation (Parking) | $ 33.25 | 6 | | $ 199.50 | |
| Ground Transportation (POV Mileage)to PTY | $ 0.670 | 114 | | $ 76.38 | |
| Tolls | $ 11.19 | 2 | | $ 22.38 | |
| Lodging - | $ 192.93 | 5 | | $ 964.65 | |
| Per Diem (Travel Days) | $ 86.25 | 2 | | $ 172.50 | |
| Per Diem (Full Days) | $ 115.00 | 4 | | $ 460.00 | |
| Other: HOTEL TAX - | | | | | |
| Total | | | | $ 2,300.01 | |

# M Gmail

Hipolito Castro <hipolitocastrojr@gmail.com>

## Your Flight Receipt - HIPOLITO CASTRO 17JAN24
1 message

**Delta Air Lines** <DeltaAirLines@t.delta.com>    Wed, Jan 3, 2024 at 6:22 PM
Reply-To: Transactional Email Reply Inbox <reply-361969-14_HTML-36682778-10982494-726777@t.delta.com>
To: hipolitocastrojr@gmail.com

View as a Web Page



#9288156608
Silver Medallion®

CONFIRMATION #: HS5FEM



THANK YOU FOR CHOOSING DELTA

You're all set. If your plans change, you can make adjustments or cancel your itinerary on **My Trips** on the Fly Delta app or **delta.com** before your flight departs.

Have a great trip, and thank you for choosing Delta.

## Remember To Check Your Passport Expiration Date

Many countries require passports to be valid for at least six months from the date of return. You can also check passport eligibility and visa requirements with **Delta FlyReady**[SM] ahead of your trip. Don't forget to update your SkyMiles profile with your passport information for easy validation.

## Passenger Info

Name: HIPOLITO CASTRO
SkyMiles #9288156608
Silver

| FLIGHT | SEAT |
|---|---|
| DELTA 1961 | 17D |
| DELTA 882 | 17D |

Visit delta.com or download the Fly Delta app to view, select or change your seat. If you purchased a Delta Comfort+[TM] seat or a Trip Extra, please visit My Trips to access a receipt of your purchase.

| Wed, 17JAN | DEPART | ARRIVE |
|---|---|---|
| DELTA 1961<br>Main Cabin (U) | NYC-KENNEDY<br>12:00N | SAN JUAN, PUERTO RICO<br>4:47pm |

| Fri, 26JAN | DEPART | ARRIVE |
|---|---|---|
| DELTA 882<br>Main Cabin (V) | SAN JUAN, PUERTO RICO<br>6:00pm | NYC-KENNEDY<br>9:15pm |

MANAGE MY TRIP

## Flight Receipt

Ticket #: 0062199089890
Place of Issue:
Issue Date: 03JAN24
Expiration Date: 03JAN25

| METHOD OF PAYMENT | |
|---|---|
| AX***********1006 | $404.60 USD |

| CHARGES | |
|---|---|
| Air Transportation Charges | |
| Base Fare | $340.00 USD |
| Taxes, Fees and Charges | |
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $11.20 USD |
| United States - Transportation Tax (US) | $44.40 USD |
| United States - Passenger Facility Charge (XF) | $9.00 USD |
| TICKET AMOUNT | $404.60 USD |



Menu     Log Out

Home     -11006

Stay on top of your credit. See your FICO® Score and Insights.

**Statement Balance** ⓘ
~~$6,195~~
Dec 23 - Jan 23

View Transactions

**Your Payment is Due on**
February 17
Minimum Payment Due ⓘ
~~$200~~

Make Payment

**Total Balance** ⓘ
~~$6,665~~
Balance Details

Available Credit ⓘ
~~$5,234~~

View Lending Options

**Recent Transactions** (Since Jan 24. Closing Feb 21)

View All

Pace out your payments with Plan It®. Create a Plan

| > Jan 26 | COURTYARD BY MARRIOTT SJ MIRAMAR | $1,041.71 |
| > ~~...~~ | ~~...~~ | ~~...~~ |
| > Jan 26 | JFK AIRPORT LOT | **$332.50** |

PDF Billing Statements

*Handwritten note:* At the time of payment, the Automatic teller did not had paper to provide a receipt. Also, no in person attendance available. From the 332.50 charged, only 6 days at 33.25 for a total of **199.50** are being claimed in the invoice.

Chat

*[signature]*

Menu

$332.50

Will appear on your Feb 21 statement as JFK LONG TERM LOT 9 JAMAICA NY

**Card:** HIPOLITO CASTRO - 11006

Don't recognize this charge?   Dispute This Charge

Log Out  -11006

**JFK AIRPORT LOT**

~~[address redacted]~~
~~LOS ANGELES~~
~~[redacted]~~
~~[redacted]~~

Visit Business

Show Additional Information

PDF Billing Statements

## Refer Friends, Get Rewarded

You can earn: **12,500** Bonus Miles for each eligible referral – up to 100,000 bonus miles per calendar year.

Refer Now

## Amex Offers & Benefits

View All  |  Map View

**Select**

Available (100)  ⌄

Showing 1-7 of 100

Chat

Program Terms

 **Gmail**                                                        Hipolito Castro <hipolitocastrojr@gmail.com>

### (no subject)
1 message

**Hipolito Castro** <hipolitocastrojr@gmail.com>                    Sat, Nov 26, 2022 at 11:59 AM
To: hipolitocastrojr@gmail.com







 

   

## E-ZPass® Payment Receipt for 01/17/2024

Account Number : 2000175180885

Transaction Date : 01/17/2024

Transaction Id : 116953619718

Transaction Amount : ($11.19)

Payment Type : ETC

## E-ZPass® Payment Receipt for 01/26/2024

Account Number : 2000175180885

Transaction Date : 01/26/2024

Transaction Id : 116973621453

Transaction Amount : ($11.19)

Payment Type : ETC

**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Hipolito Castro
64 Mustang Dr
Monroe CT 06468
United States

Room: 1006
Room Type: EKNG
No. of Guests: 1
Rate: $ 160.00   Clerk: 8
CRS Number  78168223

Marriott Rewards #   214246771

Name:

Arrive: 01-21-24      Time: 03:41 PM      Depart: 01-26-24      Folio Number: 763426

| Date | Description | Charges | Credits |
|---|---|---|---|
| 01-21-24 | Package | 160.00 | |
| 01-21-24 | Destination Fee | 17.00 | |
| 01-21-24 | Government Tax | 15.93 | |
| 01-22-24 | COMEDOR- Guest Charge (Breakfast) | 5.00 | |
| 01-22-24 | Package | 160.00 | |
| 01-22-24 | Destination Fee | 17.00 | |
| 01-22-24 | Government Tax | 15.93 | |
| 01-23-24 | Comedor - Guest Charge | 6.97 | |
| 01-23-24 | Package | 160.00 | |
| 01-23-24 | Destination Fee | 17.00 | |
| 01-23-24 | Government Tax | 15.93 | |
| 01-24-24 | Comedor - Guest Charge | 3.95 | |
| 01-24-24 | COMEDOR- Guest Charge (Lunch) | 22.19 | |
| 01-24-24 | Package | 160.00 | |
| 01-24-24 | Destination Fee | 17.00 | |
| 01-24-24 | Government Tax | 15.93 | |
| 01-25-24 | COMEDOR- Guest Charge (Breakfast) | 3.95 | |
| 01-25-24 | COMEDOR- Guest Charge (Dinner) | 35.00 | |
| 01-25-24 | Package | 160.00 | |
| 01-25-24 | Destination Fee | 17.00 | |
| 01-25-24 | Government Tax | 15.93 | |
| 01-26-24 | American Express | | 1,041.71 |
| | Card # XXXXXXXXXX1006 | | |

*Handwritten:*
1,041.71
− 77.06
Total 964.65

**COURTYARD® Marriott®**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Hipolito Castro
64 Mustang Dr
Monroe CT 06468
United States

Room: 1006
Room Type: EKNG
No. of Guests: 1
Rate: $ 160.00   Clerk: 8
CRS Number 78168223

Marriott Rewards # 214246771

Name:

Arrive: 01-21-24    Time: 03:41 PM    Depart: 01-26-24    Folio Number: 763426

| Date | Description | Charges | Credits |
|---|---|---|---|
|  | Balance |  | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today. Start earning points and elite status, plus enjoy exclusive member offers. Enroll today at the front desk.