# Office of the TCA - Travel Reimbursement Form

**Name:** **Rita J. Watkins**
**Travel Dates:** **January 24-26, 2024**

**Purpose of
Travel:**     **On-Site evaluation**

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| **Airfare** | $ 452.40 | 1 | $ 452.40 |
| **Baggage** | $ - | 0 | $ - |
| **Ground Transportation (Parking)** | | | $ - |
| **Ground Transportation (Shuttle)** | | 1 | $ 100.00 |
| **Ground Transportation (Mileage)** | $ 0.670 | 0 | $ - |
| **Lodging** | $ 192.93 | 2 | $ 385.86 |
| **Per Diem (Travel Days)** | $ 86.25 | 2 | $ 172.50 |
| **Per Diem (Full Days)** | $ 115.00 | 1 | $ 115.00 |
| **Other:** | $ - | 0 | $ - |
| **Total** | | | $ 1,225.76 |

**Watkins, Rita**

| | |
|---|---|
| **From:** | United Airlines <Receipts@united.com> |
| **Sent:** | Saturday, December 16, 2023 5:05 PM |
| **To:** | Watkins, Rita |
| **Subject:** | eTicket Itinerary and Receipt for Confirmation O5P35E |

<div style="background:yellow">

**CAUTION:**The sender of this email is not from SHSU.
Any links or attachments may be dangerous. To report this email as suspicious, forward it to
abuse@shsu.edu.

</div>



Sat, Dec 16, 2023

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# O5P35E

| Flight 1 of 2 UA1192 | Class: United Economy (L) |
|---|---|

| Wed, Jan 24, 2024 | Wed, Jan 24, 2024 |
|---|---|
| **10:15 AM** | **04:36 PM** |
| Houston, TX, US (IAH) | San Juan, PR, US (SJU) |

| Flight 2 of 2 UA1644 | Class: United Economy (L) |
|---|---|

| Fri, Jan 26, 2024 | Fri, Jan 26, 2024 |
|---|---|
| **07:50 AM** | **10:55 AM** |
| San Juan, PR, US (SJU) | Houston, TX, US (IAH) |

Traveler Details

WATKINS/RITAJANE

eTicket number: **0162349629267**
Frequent Flyer: **UA-XXXXX226 Premier Gold**

Seats: **IAH-SJU 11D**
**SJU-IAH 22F**

Purchase Summary

| | |
|---|---|
| Method of payment: | **Master Card ending in 6220** |
| Date of purchase: | **Sat, Dec 16, 2023** |

| | |
|---|---|
| Airfare: | **390.00** |
| U.S. Transportation Tax: | **42.20** |
| September 11th Security Fee: | **11.20** |
| U.S. Passenger Facility Charge: | **9.00** |

| | |
|---|---|
| Total Per Passenger: | **452.40 USD** |

# Total: **452.40 USD**

### Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.
NONREF/0VALUAFTDPT
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

### MileagePlus Accrual Details

| Ritajane Watkins | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Wed, Jan 24, 2024 | 1192 | Houston, TX, US (IAH) to San Juan, PR, US (SJU) | 1560 | 195 | 1 |
| Fri, Jan 26, 2024 | 1644 | San Juan, PR, US (SJU) to Houston, TX, US (IAH) | 1560 | 195 | 1 |
| MileagePlus accrual totals: | | | 3120 | 390 | 2 |

### Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Wed, Jan 24, 2024 Houston, TX, US (IAH - Intercontinental) to San Juan, PR, US (SJU - Luis Muñoz Marín) | 0.00 USD | 0.00 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |
| Fri, Jan 26, 2024 San Juan, PR, US (SJU - Luis Muñoz Marín) | 0.00 USD | 0.00 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |

**Watkins, Rita**

| | |
|---|---|
| **From:** | Rita Watkins <drritawatkins@gmail.com> |
| **Sent:** | Monday, January 29, 2024 10:51 AM |
| **To:** | Watkins, Rita |
| **Subject:** | Fwd: Transaction Receipt from GROUNDSHUTTLE.COM for $100.00 (USD) |

**CAUTION:** The sender of this email is not from SHSU.
Any links or attachments may be dangerous. To report this email as suspicious, forward it to abuse@shsu.edu.

Sent from my iPhone

Begin forwarded message:

> **From:** Auto-Receipt <noreply@mail.authorize.net>
> **Date:** December 27, 2023 at 1:23:59 PM CST
> **To:** Rita Watkins <drritawatkins@gmail.com>
> **Subject: Transaction Receipt from GROUNDSHUTTLE.COM for $100.00 (USD)**
> **Reply-To:** Ground Shuttle CS <reservations@groundshuttle.com>

**Order Information**

| | |
|---|---|
| Description: | New Reservation(GS-IAH-0120240124 and IAH-GS-0320240126) |
| Invoice Number | 305302 |
| Customer ID | 123110 |

**Billing Information**                    **Shipping Information**
Rita Watkins
4746 Enchanted Oaks Dr.
College Station, Texas 77845
United States
drritawatkins@gmail.com
979-777-0594

**Total: $100.00 (USD)**

**Payment Information**

| | |
|---|---|
| Date/Time: | 27-Dec-2023 13:23:57 CST |
| Transaction ID: | 80197937813 |
| Payment Method: | MasterCard xxxx6220 |
| Transaction Type: | Purchase |
| Auth Code: | 00743P |

**Merchant Contact Information**
GROUNDSHUTTLE.COM
College Station, TX 77845
US
accounting@groundshuttle.com
If a reservation is cancelled, your Ground Shuttle account will be credited according to the time of cancellation. Our system does not currently have the ability to refund your credit card account. All credits will expire after one year. Ground Shuttle credits are transferable upon request. Please contact

1

us if you would like to transfer your credit to another passenger or make a reservation using another passenger's credit. We do require written documentation from credit holder before any balance can be transferred. Credit provided is based on time of cancellation as described below: 1. Canceled between 72 hours or more prior to the Trip - 100% credit voucher 2. Canceled between 72 hours prior to the Trip and 48 hours prior to the Trip - 75% credit voucher 3. Canceled between 48 hours prior to the Trip and 24 hours prior to the Trip - 50% credit voucher 4. Canceled between 24 hours prior to the Trip and 2 hours prior to the Trip - 25% credit voucher 5. Canceled less than 2 hours prior to the Trip or no cancellation - No credit voucher will be provided

**COURTYARD**®
**Marriott**®

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Ms Rita Watkins
4746 Enchanted Oaks Dr
College Sta TX 77845
United States

Room: 0807
Room Type: EKNG
No. of Guests: 1
Rate: $  160.00  Clerk: 1009

Marriott Rewards #    595896259

CRS Number  99636299

Name:

Arrive:  01-24-24          Time:  05:40 PM          Depart: 01-26-24          Folio Number: 751672

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 01-24-24 | Package | 160.00 | |
| 01-24-24 | Destination Fee | 17.00 | |
| 01-24-24 | Government Tax | 15.93 | |
| 01-25-24 | Package | 160.00 | |
| 01-25-24 | Destination Fee | 17.00 | |
| 01-25-24 | Government Tax | 15.93 | |
| 01-26-24 | Master Card / Euro Card | | 385.86 |
| | *Card # XXXXXXXXXXXX6220* | | |
| | **Balance** | | **0.00 USD** |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.