# Rafael Ruiz Consulting

12 Crestshire Dr.
Lawrence, MA 01843

PHONE: 6177599156   stodgo1971@yahoo.com   12 Crestshire Dr.

**INVOICE**

INVOICE NUMBER: 2024-01A
INVOICE DATE: 1/31/2024

Federal Police Monitor for PR
VIG Tower, PH-924
1225 Ponce De Leon Ave.
San Juan, PR 00907

RAFAEL E. RUIZ CONSULTING

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 1/31/2024 | FPM-PR Expenses | PROJECT: FPM-PR Expenses | | | |
| | | Travel expenses: Flights, Ground transportation, Hotel Lodging | 0.00 | $0.00 | $1,205.12 |
| | | TOTAL: FPM-PR Expenses | | | $1,205.12 |
| 1/31/2024 | FPM-PRPB Per Diem Full Days Expenses | PROJECT: FPM-PRPB Per Diem Full Days Expenses | | | |
| | | Per Diem- 3 Full Days | 0.00 | $115.00 | $345.00 |
| | | TOTAL: FPM-PRPB Per Diem Full Days Expenses | | | $345.00 |
| 1/31/2024 | Per Diem Travel Days | PROJECT: Per Diem Travel Days | | | |
| | | Per Diem- 2 Travel Days | 0.00 | $86.25 | $172.50 |
| | | TOTAL: Per Diem Travel Days | | | $172.50 |

| INVOICE BALANCE INFORMATION | |
|---|---|
| Total amount of this invoice | $1,722.62 |
| Current invoice balance | $1,722.62 |

**AMOUNT DUE ON THIS INVOICE: $1,722.62**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of the hours worked in my capacity as a member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Rafael E. Ruiz                                                   Date: january 31, 2024

Page 1 of 1



# Office of the Technical Compliance Advisor Travel Reimbursement Form

Enter all required information below to obtain travel reimbursement. If spending did not occur in a category, please leave the field blank. Blank fields will likely be used for one or more of the ground transportation options. The "Total" column of the table will update based on the information entered into the "Unit Cost" and "Units" columns. Receipts for airfare, lodging, ground transportation, and PCR Testing must be submitted with this form. Submit the Travel Reimbursement Form and accompanying receipts to Javier Gonzalez (Javier.benito@me.com) with the Chief Monitor (jrrjjr.romero@gmail.com) and/or his designee copied with your monthly invoice.

**Traveler Name:** Rafael E. Ruiz
**Travel Dates:** January 21-25, 2024
**Purpose of Travel:** Site visit for interviews and system demos

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 336.40 | 1 | $ 336.40 |
| Baggage | | | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | $ 97.00 | 1 | $ 97.00 |
| Ground Transportation (Parking) | | | $ - |
| Ground Transportation (Mileage) | | | $ - |
| Lodging | $ 192.93 | 4 | $ 771.72 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 3 | $ 345.00 |
| PCR Testing | | | |
| Total | | | $ 1,722.62 |

**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Rafael Ruiz
12 Crestshire Dr
Lawrence MA 01843
United States

Room: 0301
Room Type: KSTE
No. of Guests: 1
Rate: $ 160.00  Clerk: 1006

Marriott Rewards #    232084256

CRS Number  85215505

Name:

Arrive:  01-18-24          Time:  09:35 AM          Depart:  01-25-24          Folio Number:  760212

| Date | Description | Charges | Credits |
|---|---|---|---|
| 01-18-24 | Package | 160.00 | |
| 01-18-24 | Destination Fee | 17.00 | |
| 01-18-24 | Government Tax | 15.93 | |
| 01-18-24 | COMEDOR- Guest Charge (Breakfast) | 38.04 | |
| 01-19-24 | Laundry - Dry Cleaning | 114.85 | |
| 01-19-24 | Package | 160.00 | |
| 01-19-24 | Destination Fee | 17.00 | |
| 01-19-24 | Government Tax | 15.93 | |
| 01-19-24 | COMEDOR- Guest Charge (Breakfast) | 25.75 | |
| 01-20-24 | Comedor - Guest Charge | 19.32 | |
| 01-20-24 | Package | 160.00 | |
| 01-20-24 | Destination Fee | 17.00 | |
| 01-20-24 | Government Tax | 15.93 | |
| 01-21-24 | Package | 160.00 | |
| 01-21-24 | Destination Fee | 17.00 | |
| 01-21-24 | Government Tax | 15.93 | |
| 01-22-24 | Package | 160.00 | |
| 01-22-24 | Destination Fee | 17.00 | |
| 01-22-24 | Government Tax | 15.93 | |
| 01-23-24 | COMEDOR- Guest Charge (Dinner) | 30.54 | |
| 01-23-24 | Package | 160.00 | |
| 01-23-24 | Destination Fee | 17.00 | |
| 01-23-24 | Government Tax | 15.93 | |
| 01-24-24 | COMEDOR- Guest Charge (Breakfast) | 7.28 | |
| 01-24-24 | Package | 160.00 | |
| 01-24-24 | Destination Fee | 17.00 | |

COURTYARD® Marriott

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Rafael Ruiz
12 Crestshire Dr
Lawrence MA 01843
United States

Room: 0301
Room Type: KSTE
No. of Guests: 1
Rate:  $   160.00   Clerk: 1006

Marriott Rewards #   232084256

CRS Number   85215505

Name:

Arrive:   01-18-24          Time:  09:35 AM          Depart:  01-25-24          Folio Number:  760212

| Date | Description | Charges | Credits |
|---|---|---|---|
| 01-24-24 | Government Tax | 15.93 | |
| 01-25-24 | American Express | | 1,586.29 |
|  | Card #  XXXXXXXXXXX4005 | | |
|  | **Balance** | | **0.00 USD** |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

| | |
|---|---|
| **From:** | JetBlue Reservations jetblueairways@email.jetblue.com 🚩 |
| **Subject:** | JetBlue booking confirmation for RAFAEL RUIZ - DXKXRX |
| **Date:** | December 27, 2023 at 4:17 PM |
| **To:** | stodgo1971@aol.com |



Check out the details for your trip on Thu, Jan 18       Français | Español

# jetBlue  MOSAIC #3326688490

## You're all set to jet.

And, your continued loyalty is what keeps us flying high. Thanks again for being a Mosaic member.

## Your Flight Itinerary

### Your JetBlue confirmation code is DXKXRX

| FLL ▶ SJU jetBlue | Flight 253 |  | Thu, Jan 18<br>**5:15am**<br>Terminal: 3 | Thu, Jan 18<br>**8:45am** |
|---|---|---|---|---|

**Get the latest** entry and travel requirements for your trip.

## Your Traveler Details

## RAFAEL RUIZ

Fort Lauderdale
**FLL**

San Juan
**SJU**

**TrueBlue Number:**
3326688490

**Ticket number:**
2792141656231

**Flight #** 253

**Fare:** Blue

**Seat:** 18D

Manage my booking

## ZOILA M GOMEZ

Fort Lauderdale
**FLL**

San Juan
**SJU**

**TrueBlue Number:**
2064242866

**Ticket number:**
2792141656232

**Flight #** 253

**Fare:** Blue

**Seat:** 18E

Manage my booking

## Bag Allowance (per traveler)

FLL ▶ SJU

| Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|
| Free | Free | Free Mosaic Perk | Free Mosaic Perk |

**Size and weight limits apply. See full details on our Bag Info page** ▶

Free checked bag benefit for Mosaic members applies to JetBlue-operated flights only.

Additional charges may apply.

*First checked bag free for JetBlue Plus/Business Cardmembers and up to 3 travel companions on JetBlue-operated flights only, and not codeshare or partner airline flights.

**Need to check more than 2 bags?** Additional bags can be added during check-in (starting 24 hours before departure) or at the airport.

## Payment Details

Master XXXXXXXXXXX9796

**Purchase Date: Dec 27, 2023**
**Request full receipt**

| | |
|---|---|
| CREDIT_CARD | $326.40 |
| NONREF | $264.00 |
| Taxes & fees | $62.40 |
| **Total** | **$326.40 USD** |

## Change made easy.

Change or cancel flights, add extras like Even More® Space seats or pets, select or switch seats, update TrueBlue & Known Traveler numbers, and other traveler details–all in one place. Stay safe from fraud–use only **jetblue.com** or the JetBlue app to change or cancel your flights.

**Manage my booking**

**From:** JetBlue Reservations jetblueairways@email.jetblue.com
**Subject:** JetBlue booking confirmation for RAFAEL E RUIZ - WUFQHQ
**Date:** December 27, 2023 at 4:34 PM
**To:** stodgo1971@aol.com



Check out the details for your trip on Thu, Jan 25    Français | Español



## Your Flight Itinerary

### Your JetBlue confirmation code is WUFQHQ

| SJU ▶ BOS | Flight 362 | Thu, Jan 25 **8:24pm** Terminal: A | Thu, Jan 25 **11:50pm** |



**Get the latest** entry and travel requirements for your trip.

## Your Traveler Details

# RAFAEL E RUIZ

San Juan
## SJU

Boston
## BOS

**TrueBlue Number:**
3326688490

**Ticket number:**
2792141657384

**Flight #** 362

**Fare:** Blue

**Seat:** 12D

**Manage my booking**

## Bag Allowance (per traveler)

SJU ▶ BOS

| Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|
| Free | Free | Free Mosaic Perk | Free Mosaic Perk |

[Size and weight limits apply. See full details on our Bag Info page ▶](#)

Free checked bag benefit for Mosaic members applies to JetBlue-operated flights only.

Additional charges may apply.

**Need to check more than 2 bags?** Additional bags can be added during check-in (starting 24 hours before departure) or at the airport.

## Payment Details

Master XXXXXXXXXXX9796

**Purchase Date: Dec 27, 2023**
[Request full receipt](#)

| | |
|---|---:|
| CREDIT_CARD | $173.20 |
| NONREF | $142.00 |
| Taxes & fees | $31.20 |
| **Total** | **$173.20 USD** |

## Change made easy.

Change or cancel flights, add extras like Even More® Space seats or pets, select or switch seats, update TrueBlue & Known Traveler numbers, and other traveler details–all in one place. Stay safe from fraud–use only **jetblue.com** or the JetBlue app to change or cancel your flights.

**Manage my booking**

**If your booking was made at least 7 days in advance:** You have 24 hours from the time booking was made to cancel your flight and receive a full refund to your original form of payment, without a cancellation fee.

**JetBlue Change/Cancel Policy:** There is no fee to change (or cancel) Blue, Blue Extra, Blue Plus or Mint fares. Blue Basic fares are subject to a change/cancel fee of $100 for travel wholly within the U.S., Caribbean, Mexico or Central America, or $200 for all other routes.

Fare difference may apply and funds may be in the form of a JetBlue travel credit, valid for 12 months from original ticketing date. Booked before Mar 8, 2023? See details on expiration date **here.** As a Mosaic, same-day switches may be made without a fee or fare difference. **Click here** for details on our change and cancel policies.

**More room, more vroom.**



**RECEIPT** DATE 0/25/24   No. 557217

RECEIVED FROM RAFAEL RUIZ   $ 75.00

SEVENTY FIVE _____ DOLLARS

☐ FOR RENT
☒ FOR  RIDE FROM AIRPORT TO HOME

| ACCOUNT | 75 00 |
| PAYMENT | |
| BAL. DUE | |

☐ CASH
☐ CHECK
☐ MONEY ORDER
☐ CREDIT CARD

FROM AIR PORT TO HOME

BY [signature]

3-11