### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants**. | **Civil No.** 12-2039 (FAB) |

### ORDER

The Invoices submitted by Del Carmen Consulting, LLC, Christopher Graham, d/b/a, TDPetrowski, LLC and Galoeffert,LLC, (Docket Nos. 2590, 2591, 2592 and 2593) are **NOTED and APPROVED for payment.**

The invoice from Gilberto Balli, G&M Balli Services, LLC (Docket No. 2589) was adjusted to the correct mileage rate of 0.67 per mile; thus the amount of $12,253.05 is **APPROVED.**

**IT IS SO ORDERED.**

San Juan, Puerto Rico, March 6, 2024.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE