# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff,**<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants.** | **Civil No.** 12-2039 (FAB) |

**ORDER**

The Motion to Approve and Disburse Funds submitted by the Office of the Federal Police Monitor for expenses incurred during the month of January 2024 (Docket No. 2595) is **NOTED and APPROVED for payment.**

**IT IS SO ORDERED.**

San Juan, Puerto Rico, March 11, 2024.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE