**Spece**
1225 Juan Ponce de Leon
San Juan, PR  00907
787-417-7300
info@spece.com
www.spece.com

**Invoice  INV - 21869**



| BILL TO | | | |
|---|---|---|---|
| Office of the FPMPR LLC | DATE<br>04/01/2024 | PLEASE PAY<br>$2,579.20 | DUE DATE<br>04/01/2024 |

| MEMBERSHIP | QTY | FEE | AMOUNT |
|---|---|---|---|
| **Private Office**<br>Private Office Suite - Office 15, $2,300.00, Apr 1, 2024 - Apr 30, 2024 | 1 | 2,300.00 | 2,300.00T |
| **One-off Fees**<br>Telephone Service, $60.00, Apr 1, 2024 - Apr 30, 2024 | 1 | 60.00 | 60.00T |
| **One-off Fees**<br>Garage Parking, $120.00, Apr 1, 2024 - Apr 30, 2024 | 1 | 120.00 | 120.00T |

|  | SUBTOTAL | 2,480.00 |
|---|---|---|
|  | TAX (4%) | 99.20 |
|  | TOTAL | 2,579.20 |
|  | **TOTAL DUE** | **$2,579.20** |

THANK YOU.

BUSINESS BEGINS HERE

**Spece**
1225 Juan Ponce de Leon
San Juan, PR  00907
787-417-7300
info@spece.com
www.spece.com

**Invoice  INV - 21751**



| BILL TO | | | |
|---|---|---|---|
| Office of the FPMPR LLC | DATE<br>01/31/2024 | PLEASE PAY<br>$17.17 | DUE DATE<br>01/31/2024 |

| MEMBERSHIP | QTY | FEE | AMOUNT |
|---|---|---|---|
| **One-off Fees**<br>Visitor Parking - January 2024 | 1 | 16.51 | 16.51T |
| | | SUBTOTAL | 16.51 |
| | | TAX (4%) | 0.66 |
| | | TOTAL | 17.17 |
| | | **TOTAL DUE** | **$17.17** |

THANK YOU.

BUSINESS BEGINS HERE

**Spece**
1225 Juan Ponce de Leon
San Juan, PR  00907
787-417-7300
info@spece.com
www.spece.com

Invoice  INV - 21868



| BILL TO | | | |
|---|---|---|---|
| Office of the FPMPR LLC | DATE<br>02/29/2024 | PLEASE PAY<br>$461.76 | DUE DATE<br>02/29/2024 |

| MEMBERSHIP | QTY | FEE | AMOUNT |
|---|---|---|---|
| **Conference Room**<br>Small Conference Room, $144.00, 1 x $144.00 / day (20% discount) - Feb 22, 2024 | 1 | 144.00 | 144.00T |
| **Conference Room**<br>Medium Conference Room, $180.00, 1 x $180.00 / day (20% discount) - Feb 22, 2024 | 1 | 180.00 | 180.00T |
| **Conference Room**<br>Medium Conference Room, $96.00, 1 x $96.00 / hour (20% discount) - Feb 21, 2024 | 1 | 96.00 | 96.00T |
| **Conference Room**<br>Medium Conference Room, $24.00, 1 x $24.00 / hour (20% discount) - Feb 28, 2024 | 1 | 24.00 | 24.00T |

|   |   |
|---|---|
| SUBTOTAL | 444.00 |
| TAX (4%) | 17.76 |
| TOTAL | 461.76 |

TOTAL DUE    $461.76

THANK YOU.

BUSINESS BEGINS HERE

**Spece**
1225 Juan Ponce de Leon
San Juan, PR  00907
787-417-7300
info@spece.com
www.spece.com

# Invoice  INV - 22191



| BILL TO | | | |
|---|---|---|---|
| Office of the FPMPR LLC | DATE<br>02/29/2024 | PLEASE PAY<br>$11.14 | DUE DATE<br>02/29/2024 |

| MEMBERSHIP | QTY | FEE | AMOUNT |
|---|---|---|---|
| **One-off Fees**<br>Visitor Parking - February 2024 | 1 | 10.71 | 10.71T |
| | SUBTOTAL | | 10.71 |
| | TAX (4%) | | 0.43 |
| | TOTAL | | 11.14 |
| | TOTAL DUE | | $11.14 |

THANK YOU.

BUSINESS BEGINS HERE

**Spece**
1225 Juan Ponce de Leon
San Juan, PR  00907
787-417-7300
info@spece.com
www.spece.com

## Invoice  INV - 21838



| BILL TO | DATE | PLEASE PAY | DUE DATE |
|---|---|---|---|
| Office of the FPMPR LLC | 02/19/2024 | **$57.93** | 02/19/2024 |

| MEMBERSHIP | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Other Fees:One-off Fees** <br> Printing - B&W | 557 | 0.10 | 55.70T |
| | | SUBTOTAL | 55.70 |
| | | TAX (4%) | 2.23 |
| | | TOTAL | 57.93 |
| | | **TOTAL DUE** | **$57.93** |
| | | | THANK YOU. |

ELEVATE YOUR BUSINESS