# THE & GROUP LLC.

Las Ramblas
71 Calle Montjuic
Guaynabo , PR 00969

## INVOICE

INVOICE NUMBER: 128
INVOICE DATE: FEBRUARY 29, 2024

Federal Police Monitor

San Juan, PR

Invoice for Javier B Gonzalez Professional Services as Administrative Director

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| FEB-01-24 | Administrative Director | Weekly Executive Team Meeting, Work with Team January Labor Invoices. | 2.00 | $125.00 | $250.00 |
| FEB-01-24 | Administrative Director | December Town Hall Sign Language Translator, (2 of 2) Ms. Paola Perez | | | $150.00 |
| FEB-01-24 | Administrative Director | Office of the FPMPR Monthly Storage Expense | | | $228.43 |
| FEB-02-24 | Administrative Director | Work with Team January Invoices | 4.00 | $125.00 | $500.00 |
| FEB-05-24 | Administrative Director | Bi-weekly meeting with the parties, Communications with the monitor, work with Team January Invoices. | 8.00 | $125.00 | $1,000.00 |
| FEB-06-24 | Administrative Director | Communications with Team members and Coronel Trinidad, Focus Group follow up, Work with FPM Team Travel Expenses | 2.50 | $125.00 | $312.50 |
| FEB-07-24 | Administrative Director | Work with Team Travel Expenses and town Hall Coordination. | 2.00 | $125.00 | $250.00 |
| FEB-08-24 | Administrative Director | Weekly Executive Team Meeting, Communications with he Monitor, Work with Office Budget. | 4.00 | $125.00 | $500.00 |
| FEB-09-24 | Administrative Director | Work with office 2023-2024 Budget Expenses, Communications with the Monitor and Team members, Team Town hall Meeting. Work with Team Travel expenses. | 5.50 | $125.00 | $687.50 |
| FEB-10-24 | Administrative Director | PRPB Captain Exam at the Academy. | 7.00 | $125.00 | $875.00 |
| FEB-12-24 | Administrative Director | Bi-weekly Team Meeting, Communications with the Monitor and Team Members, Work with Team Travel Expenses Invoices, | 3.50 | $125.00 | $437.50 |
| FEB-13-24 | Administrative Director | Final review and amendments to the Team January Labor Invoices, Focus Groups follow up, Communications with Team Members, Review of communications sent by USDOJ and Team Members, | 3.00 | $125.00 | $375.00 |
| FEB-14-24 | Administrative Director | Work with Team Travel Invoices, Coordination of Town Hall Meeting, Communications with the Monitor and Team Members. | 4.50 | $125.00 | $562.50 |

INVOICE NUMBER: 128

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| FEB-15-24 | Administrative Director | Weekly Executive Team Meeting, Town hall Meeting Coordination, Work with Team Travel Invoices, and Communications with the Monitor. | 4.00 | $125.00 | $500.00 |
| FEB-16-24 | Administrative Director | Town Hall Meeting Coordination, Communications with the Monitor and Team Members. | 2.50 | $125.00 | $312.50 |
| FEB-16-24 | Administrative Director | Office of the FPMPR Monthly Adobe/Acrobat Account Expense | | | $47.98 |
| FEB-19-24 | Administrative Director | PRPB 2023 Awards ceremony, Communications with he Monitor, Coordination of Team Visit | 4.00 | $125.00 | $500.00 |
| FEB-20-24 | Administrative Director | Coordination of Team Visit, Meetings at PRPB. | 7.00 | $125.00 | $875.00 |
| FEB-21-24 | Administrative Director | Coordination of Team Visit and meetings at PRPB Utuado Area | 7.00 | $125.00 | $875.00 |
| FEB-21-24 | Administrative Director | Office of the FPMPR yearly Box Subscription | | | $4,800.00 |
| FEB-22-24 | Administrative Director | Coordination of Team Visit, At the office, coordinating Team Interviews, communications with the Monitor and Team Members. | 8.00 | $125.00 | $1,000.00 |
| FEB-23-24 | Administrative Director | Visit PRPB Expo at Plaza Las Americas, Interviews follow up, Communications witht the Monitor and PRPB Officials. | 2.00 | $125.00 | $250.00 |
| FEB-26-24 | Administrative Director | By weekly Team Meeting, Coordination of Town Hall in San Juan, Communications with the Monitor and Team Members, | 3.50 | $125.00 | $437.50 |
| FEB-27-24 | Administrative Director | Focus Group follow up, Communications with the Monitor and Team Members, Review of communications. | 2.00 | $125.00 | $250.00 |
| FEB-28-24 | Administrative Director | Town Hall Coordination Meeting with PRPB, 253 Meeting, Communications with the Monitor and Team members, Conference call with the Monitor and Team Members | 4.00 | $125.00 | $500.00 |
| FEB-29-24 | Administrative Director | Executive Team Weekly Meeting, Communications with the Monitor and Team members, work with Team 2024-2025 Budget. | 2.50 | $125.00 | $312.50 |
| FEB-29-24 | Administrative Director | I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0.00 | $125.00 | $0.00 |
| | | Gasoline Expense | | | $250.00 |
| | | Total amount of this invoice | | | $17,038.91 |

INVOICE NUMBER: 128

| MESSAGE |
|---|
| Javier B Gonzalez February 29, 2024 |



# Paola N. Pérez Caraballo

Calle Reina #122 Urb. Los Montes
Dorado 00646
Puerto Rico
787-371-2587
paola.perezcaraballo@gmail.com

| | |
|---|---|
| Factura: | 90 |
| Amount Due: | $150.00 |
| Payment Due: | December 14, 2023 |
| Bill To: | **jgonzalez@fpmpr.org** |

| SERVICES | AMOUNT |
|---|---|
| Intérprete de Lenguaje de Señas<br>3 x $50.00 | $150.00 |
| **Total (USD):** | **$150.00** |

-Los métodos de pago aceptados son cheque, efectivo ("cash"), depósito directo, paypal y ATH Móvil al numero 787-371-2587.  *De extenderse de la fecha de pago, se cobrará un recargo de 25% del total de la factura.*



Hi Javier!

Your transfer was **completed**.



**Amount:** $150.00

**From ATH® Card:** THE&GROUP-x2391

**Sent to:** Paola Perez - (787) 371-2587

**Date:** feb/01/2024, 02:22:06 PM

**Message:** Pago Serv Intérprete Town Hall Policía



**Southern Self Storage - Santurce**
**2 Calle Concepcion**
**San Juan, PR    00909-2508**
**(787) 339-2574**

# Payment Receipt

| | |
|---|---|
| **Date Printed** | February 1, 2024 |
| **Payment Date** | February 1, 2024 10:53 AM |
| **Unit** | 2705 |
| **Available Credit** | 0.00 |
| **Current Balance** | 0.00 |
| **Paid Thru** | February 29, 2024 |
| **Receipt Number** | 135441 |
| **By** | IR |

| | |
|---|---|
| **Tenant** | Javier Gonzalez |
| **Company** | |
| **Address** | Urb Los Ramblas   71 Calle Montjuic |
| **City, State, Zip** | Guaynabo   PR   00969 |

| Date | Unit | Description | Charge | Discount | Tax | Total | Payment | Method |
|---|---|---|---|---|---|---|---|---|
| 02/01/24 | 2705 | Rent 2/1-2/29 | 195.00 | 0.00 | 22.43 | 217.43 | 217.43 | AMEX |
| 02/01/24 | 2705 | iShield 2/1-2/29 | 11.00 | 0.00 | 0.00 | 11.00 | 11.00 | AMEX |

| | |
|---|---|
| Taxes | 22.43 |
| Payment (less tax) | 206.00 |
| Payment Subtotal | 228.43 |
| Credits Applied | 0.00 |
| Refunds Applied | 0.00 |
| Total Applied to Account | 228.43 |
| Paid By | AMEX *****1000 |
| Paid Thru Date | February 29, 2024 |
| Account Balance | 0.00 |

Transaction Type  Sale

Authorization 198318
Reference     80254642546

_____     _____
**Customer Signature       Date**        **Manager Signature        Date**

Forget about due dates and late charges by using **AutoPay.**  Each month your payment is automatically charged to your credit card on the due date.  This service is offered **FREE OF CHARGE.**  Just ask us for an AutoPay form to complete or go online at www.southernselfstoage.com sign up.

Get $25.00 credit on referrals!
  Ask your manager how and save money. Don't forget to visit us for boxes and moving supplies.  We are your one stop shop for all your moving needs.

To manage your account online visit www.southernselfstorage.com.

# Transaction Details
### Card Ending - 31000

**Other - Miscellaneous**

# SOUTHERN SELF STORAGE SAN JUAN

# $228.43

Feb 1, 2024

On your statement as Southern Self StoragSANTURCE PR

## 456 Marriott Bonvoy Points



## Transaction Details

SOUTHERN SELF STORAGE SAN JUAN

 (787) 339-2574

| | |
|---|---|
| Doing Business As | SOUTHERN SELF STO... ⌄ |
| Date Processed | Feb 2, 2024 |
| Transaction Reference Number | 3202403... ⌄ |

## Adobe Order

AB03342500217CUS

## Company Name

Office of the TCA

## Billing Period

16-February-2024 PST – 15-March-2024 PDT

## Payment Method

AMEX ending in 2001

## Due on 16-February-2024 PST

**US$47.98** including tax

| PRODUCT | | QUANTITY | SUBTOTAL |
|---|---|---|---|
| | Acrobat Pro US$23.99/mo per license | 2 licenses | US$47.98/mo |

Subtotal: US$47.98/mo

Tax/VAT: US$0.00/mo

**Total: US$47.98/mo**



# Transaction Details
## Card Ending - 12001

Merchandise & Supplies - Mail Order

# ADOBE WEBSALES 800-833-6687

# $47.98

Feb 16, 2024

On your statement as ADOBE SYSTEMS Adobe SAN JOSE CA

**$0.48 Reward Dollars**



# Transaction Details

ADOBE WEBSALES 800-833-6687

 (800) 833-6687

 https://www.adobe.com/in/about-adobe/co...

Doing Business As

ADOBE WEBSALES 800-833-6687

Date Processed

Feb 17, 2024

Transaction Reference Number



**INVOICE**

INV11660744
PO Number:

**Sold To:**
*drodriguez@fpmpr.org*
Katarzyna Rogalska

**Bill To:**
*drodriguez@fpmpr.org*
Javier Gonzalez
Urb Las Ramblas
71 Calle Montjuic
Guayanabo Puerto Rico 00969
United States

Account Number: B01515026
Invoice Number: INV11660744
PO Number:

Invoice Date: 02/21/2024
Payment Due By: 02/21/2024
Payment Terms: Due Upon Receipt
Payment Method: CreditCard

| Service | Unit Price | Quantity | Subtotal | Tax | TOTAL |
|---|---|---|---|---|---|
| Business Plus Account Licenses<br>*Service Period: 02/21/2024-02/20/2025* | $300.00 | 16 | $4,800.00 | $0.00 | $4,800.00 |

| | |
|---|---|
| Invoice Subtotal: | $4,800.00 |
| Tax: | $0.00 |
| **Total:** | **$4,800.00** |
| Balance Due: | $0.00 |
| **Currency:** | **USD** |

| Payments and Adjustments | | | | |
|---|---|---|---|---|
| **Transaction Date** | **Transaction Number** | **Transaction Type** | **Notes** | **Applied Amount** |
| 02/21/2024 | P-12861829 | Payment | | ($4,800.00) |
| | | | **Balance Due:** | **$0.00** |

*Please note that failure to pay this invoice by the due date provided may result in suspension of services and the accrual of a late fee as outlined in the Box Service Agreement.*

---------------------------------------------------------------------------------------------------------------------------------

**Payments remitted without reference to relevant invoice number(s) will not be processed and will be returned.**

Need to Update your Credit Card?
Submit new billing information securely online at: **https://app.box.com/update**
(be sure to login as the Box administrator)

Account Number: B01515026
Invoice Date: 02/21/2024
Invoice Number: INV11660744
Payment Due Date: 02/21/2024
Total Amount Due: $0.00
Amount Enclosed: _____

**Copy of our W-9: billing.app.box.com/W-9**

**For additional Billing information or to pay via credit card, please visit our support site: support.box.com**

Box Inc. | 900 Jefferson Ave, Redwood City, CA 94063

2:42  



# Transaction Details
### Card Ending - 51001

---

**Merchandise & Supplies - Internet Purchase**

## Box, Inc

# $4,800.00

**Feb 21, 2024**

On your statement as BOX, INC. REDWOOD CITY CA

---

## 9,600 Membership Rewards® Points
## 2X at Blue Business Plus 2X





## Transaction Details

**Box, Inc**

 **(877) 729-4269**

 **http://box*box.net/**

---

**Doing Business As**

**Box, Inc**

---

**Date Processed**

**Feb 21, 2024**