

# Invoice

**Altai Atlantic Consulting LLC**
828 Snowden Hallowell Way, Alexandria VA 22314

**Date:** 02/29/24
**Invoice #:** 01-050

**To:** Office of the Federal Police Monitor of Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
Tel. 787-417-9098

| Fee Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|
| **Total Fees Payable For Services Rendered by Dr. David Levy** | 60.0 | 165 | **$9,900.00** |

## Work Performed in the Continental United States

| Date | Activity Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 2/1/24 | January end of month admin & site visit reimbursement forms | 1.5 | 165 | $247.50 |
| 2/1/24 | Follow-up communication re: UOF monthly meeting with PRPB | 1.0 | 165 | $165.00 |
| 2/3/24 | Developing master request item & box materials for Non-punitive data | 3.5 | 165 | $577.50 |
| 2/3/24 | Review of USDOJ methdology modification docs | 2.0 | 165 | $330.00 |
| 2/4/24 | Data request item for specialized unit transfers | 1.0 | 165 | $165.00 |
| 2/4/24 | Additional methodology suggestions | 4.0 | 165 | $660.00 |
| 2/5/24 | Calls with PRPB and Monitor Serrrano | 2.0 | 165 | $330.00 |
| 2/7/24 | Revision of community engagement interview sampleing | 3.0 | 165 | $495.00 |
| 2/8/24 | Revisions to master data request based on CMR-10 data request 2.2 | 4.5 | 165 | $742.50 |
| 2/11/24 | Supplemental data request for UOF and Community Engagement Items | 2.0 | 165 | $330.00 |
| 2/12/24 | Biweekly team meeting & monthly meeting with Monitor Ruiz | 1.5 | 165 | $247.50 |
| 2/12/24 | Meeting with PRPB to discuss Community Policing methods | 1.0 | 165 | $165.00 |
| 2/12/24 | Revision of January site visit reumbursement forms to comply with court | 1.0 | 165 | $165.00 |
| 2/14/24 | Monthly meeting with Monitor Gosselin and follow up on CMR-10 SARP dat | 2.0 | 165 | $330.00 |
| 2/15/24 | Calls with PRPB re: NIBRS, UOF, and civilian complaints | 2.0 | 165 | $330.00 |
| 2/16/24 | Calls with PRPB re: supervision and training | 2.5 | 165 | $412.50 |
| 2/18/24 | Communication re data with Monitors Watkins & Serrano | 2.0 | 165 | $330.00 |
| 2/19/24 | Revision of January site visit reumbursement forms to comply with court | 0.5 | 165 | $82.50 |
| 2/19/24 | Review of mid-period CMR-10 report on community engagement | 7.0 | 165 | $1,155.00 |
| 2/20/24 | Call-in to site vist meetings and IT demonstration | 3.5 | 165 | $577.50 |
| 2/20/24 | Data management in response to special items shared by PRPB | 1.0 | 165 | $165.00 |
| 2/25/24 | Data management for community policing | 4.0 | 165 | $660.00 |
| 2/26/24 | Biweekly team meeting & meeting with PRPB re: Community Policing | 2.0 | 165 | $330.00 |
| 2/27/24 | Call with PRPB re: equal protection | 1.5 | 165 | $247.50 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 2/28/24 | Calls with PRPB re: supervision & with Monitor Rodriguez re: methodology | 2.0 | 165 | $330.00 |
| 2/29/24 | Monthly call with Monitor Castro | 0.5 | 165 | $82.50 |
| 2/29/24 | Review of PRPB compliance plan tracker | 1.0 | 165 | $165.00 |
| 2/29/24 | End of month admin | 0.5 | 165 | $82.50 |
| Total | | 60.0 | | $9,900.00 |

**Total Fee Payable**   $9,900.00

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

*[signature]*

**Dr. David Levy**

02/29/24
**Date**