# INVOICE

| | | |
|---|---|---|
| **DATE**<br>3/1/2024 | **INVOICE NO**<br>#041 | **Denise Rodriguez**<br>3003 San Sebastian St.<br>Mission, TX 78572<br>drodriguez_PRI@outlook.com |

**INVOICE TO**
Puerto Rico Chief Federal Monitor

**INVOICE PERIOD**
February 1 - 29, 2024

**DUTIES AND RESPONSIBILITIES**  **TOTAL DUE $15,833.33**

- Conducted monthly one-on-one meetings with subject matter experts
- Coordinated and conducted weekly Monitoring Executive Team meetings
- Coordinated and conducted biweekly document production meetings with the Parties
- Conducted biweekly meetings with Research Analyst
- Reviewed and approved the review of several policies submitted to the Monitor's Office by PRPB as per Paragraph 229 of the Agreement
- Worked with the Research Analyst to draft and finalize the schedule for the February and March site visits
- Coordinated and oversaw the submission and receipt of various data requests CMR-10
- Participated in various calls with PRPB and Monitoring team members
- Participated in discussions with PRPB about the data requests for CMR-10
- Worked with the Research Analyst to update the compliance tracker
- Worked with the Data Analyst and PRPB to make changes to the data requests
- Participated in February site visit
- Participated in discussions regarding the Monitoring Methodology.
- Review draft focus group survey reports delivered by IPSOS and approved distribution to parties
- Drafted proposed revisions to the Community Engagement methodology
- Discussed and reviewed mid period status reports from the Monitors
- Reviewed the Commonwealths consolidated status report and not compliant paragraphs tracker
- Discussed with team preparations for the March FPM townhall meeting
- Reviewed and approved draft agenda and flyer re the townhall meeting
- Began coordination with NYPD and PRPB regarding a peer to peer site visit
- Reviewed the draft internal memo re the Commonwealth promotions to Captain

| | |
|---|---|
| Flat Rate Total Wages* | $15,833.33 |
| **Total Due** | **$ 15,833.33** |

*The total amount is a flat rate. The total monthly is $15,833.33 for an annualized amount of $190,000.00.

*[signature: Denise Rdz]*

**Denise Rodriguez, Chief Deputy Monitor**

March 1, 2024
Date

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.