# Viota & Associates CPA LLC

| Invoice #: | Invoice Date | Page |
|---|---|---|
| 202400080 | 02/29/2024 | 1 of 1 |

(787) 296-9060 | mforteza@viotacpa.com

Bill To:

**OFFICE OF THE FPM, LLC**
1225 AVENIDA JUAN PONCE DE LEON
SAN JUAN, PR  00907

| | |
|---|---|
| Please pay by | 02/29/2024 |
| **Invoice Total** | **$1,343.75** |

For professional service rendered as follows:

Accounting services - 10.75 hours @ $125 per hour

| Date | Staff | Activity | Hours | Units |
|---|---|---|---|---|
| 01/31/24 | Malave, Adianis | Accounting Services | 2.75 | |
| | Post Payments and Posted PS in PR Pay, review accoutning for preparation informative 480. | | | |
| 02/07/24 | Forteza, Maria | Accounting Services | 0.25 | |
| | File 480.6SP, 480.6C & 480.6A 2023 Informatives (36 forms) | | | |
| 02/07/24 | Malave, Adianis | File Tax Return | 1.25 | |
| | Preparation 480.6A, 480.6C and 480.6SP 2023 | | | |
| 02/08/24 | Forteza, Maria | Client Communications | 1.00 | |
| | Download Inforatives returns 2023 and send to Javier Gonzalez | | | |
| 02/12/24 | Forteza, Maria | Accounting Services | 0.25 | |
| | EMAIL 480.6C INFORMATIVE RETURNS (REQUESTED BY JAVIER) | | | |
| 02/20/24 | Forteza, Maria | Client Communications | 0.25 | |
| | Email Denise Rodriguez amended forms 480.6SP & 480.6C -2023 | | | |
| 02/20/24 | Malave, Adianis | Accounting Services | 1.25 | |
| | Download invoices to Dropbox, Review Invoices, calculated withholdings, invoices in Excel | | | |
| 02/26/24 | Forteza, Maria | Accounting Services | 1.50 | |
| | ACH Vendor payments January Services 1 of 2 transactions | | | |
| 02/27/24 | Malave, Adianis | Accounting Services | 1.25 | |
| | Download Travel Invoices to Dropbox, Review Travel Invoices, calculated withholdings, invoices in Excel | | | |
| 02/27/24 | Forteza, Maria | Accounting Services | 1.00 | |
| | Vendor Payments -January Invoices, PS withholding deposit and ACH for Trave Expenses 11/2023 and 12/2023 | | | |
| | | Total Amount | 1,343.75 | |

| | |
|---|---|
| **Invoice Total** | **$1,343.75** |

Additional information

Invoices are due upon receipt. Your prompt payment is appreciated.