**Name:** Donald S. Gosselin, d/b/a Gosselin Int'l Associates, division of MBG North Corp
**Invoice Date** 2/28/24
**Invoice Peri** 2/1/24

| Date | Task(s) | Rate | Total Ho | Total Amount |
|---|---|---|---|---|
| 02/01/24 | OG 649 Analyze | $ 165.00 | 1.75 | $ 288.75 |
| 02/02/24 | Read/Analyze PRPB correspondence | $ 165.00 | 2 | $ 330.00 |
| 02/08/24 | Comms with Team and Leadership, redraft OG 649 | $ 165.00 | 2.25 | $ 371.25 |
| 02/09/24 | Review Itinerary and Work plan for Feb, Comms with Team | $ 165.00 | 1.75 | $ 288.75 |
| 02/14/24 | Comms w/Team and leadership | $ 165.00 | 2.75 | $ 453.75 |
| 02/15/24 | Comms w/Team and leadership | $ 165.00 | 2.25 | $ 371.25 |
| 02/18/24 | Field Work SJU | $ 165.00 | 3 | $ 495.00 |
| 02/19/24 | Field Work SJU | $ 165.00 | 8 | $ 1,320.00 |
| 02/20/24 | Field Work SJU | $ 165.00 | 8 | $ 1,320.00 |
| 02/21/24 | Field Work SJU | $ 165.00 | 8 | $ 1,320.00 |
| 02/22/24 | Field Work SJU | $ 165.00 | 8 | $ 1,320.00 |
| 02/24/24 | Review Analyze Data | $ 165.00 | 2.25 | $ 371.25 |
| 02/25/24 | Review Analyze Data | $ 165.00 | 4 | $ 660.00 |
| 02/26/24 | Review Analyze Data | $ 165.00 | 1.5 | $ 247.50 |
| 02/27/24 | Review Analyze Data | $ 165.00 | 2.5 | $ 412.50 |
| 02/28/24 | Review Analyze Data | $ 165.00 | 2 | $ 330.00 |
| **TOTAL Labo** | | | **60.00** | **$ 9,900.00** |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the

**Signature:** DS Gosselin <signature>

**Date:** 3/1/24