

**Al Youngs**
**5552 West Lakeridge Rd**
**Lakewood, CO 80227**

February 1 to February 29, 2024
Invoice No. 56
Member of Federal Monitor Team

| Date | Brief Description | Total Hours |
|---|---|---|
| 2/2<br>2/5<br>2/6<br>2/7<br>2/9<br>2/11<br>2/12<br>2/14<br>2/15<br>2/16<br>2/26<br>2/27<br>2/28<br>2/28<br>2/29 | Reviewed and responded to emails and conference calls for the month of February | 6.0 Hours |
| 2/4<br>2/5<br>2/6<br>2/8<br>2/12<br>2/18<br>2/26<br>2/27<br>2/28 | Several meetings and phone calls with Monitor and Deputy Monitor. | 3.0 Hours |

| Date | Description | Hours |
|---|---|---|
| | **During site visit to Puerto Rico** | |
| 2/20 | Met with Reform Unit. Reviewed site agenda. Biweekly Document Production Meeting | |
| 2/20 | ProMedia Demonstration | |
| 2/20 | Vistied Protective Order Center (COPOP): Tour and Operational Demonstration of Procedures | |
| 2/21 | Visited Police Academy to review curriculum for Captain's training. | |
| 2/22 | Met with Recruitment Director Brian Dees. Discussed Recruitment, Slection and Hiring Progress | |
| 2/22 | Interviews of random sample of Commanders, Supervisors and Officers to determine whether there is close and effective supervision, performance evaluations and training receceived. | |
| 2/22 | Meeting with Highway Patrol staff and presentation | 24.0 Hours |
| | | |
| 2/4 | Reviewed DATA Request 2.2 | 2.0 Hours |
| 2/8 | Reviewed call for Lt. 1 Examination and approved | 2.0 Hours |
| 2/9 | Review and approve Anejo 617 | 2.0 Hours |
| 2/11 | Recurring meeting with Eily J. Molina reference PARA 136-140 | 1.0 Hours |
| 2/16 | Re-reviewed and approved OG503 | 2.0 Hours |
| 2/26 | Reviewed amended order by Judge | 1.0 Hours |
| 2/26 | Submitted mid-year report for CMR10 | 2.0 Hours |
| 2/27 | Reviewed presentation by Highway Patrol | 2.0 Hours |
| 2/27 | Reviewed materials reference Pro Media | 2.0 Hours |
| 2/28 | Re-reviewed and submitted OG213 | 2.0 Hours |
| 2/28 | Re-reviewed PARA 16 | 1.0 Hours |
| 2/28 | Re-reviewed PARA 17 | 1.0 Hours |
| 2/28 | Re-reviewed Inspection Audits from PRPB | 2.0 Hours |
| 2/28 | Recurring meeting with Eily J. Molina reference PARA 136-140 | 1.0 Hours |
| 2/29 | Reviewed OG305 | 1.0 Hours |
| 2/29 | Reviewed notes from 253 meeting | 1.0 Hours |
| 2/29 | Reviewed Consolidated Status Report | 2.0 Hours |

**TOTAL HOURS:** 60.0

Billable Hours: 60 Hours at a Rate of $165.00 Per Hour = $9,900.00

**TOTAL:** **$9,900.00**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_____
Signature

2/29/24
**Date**