# Rafael Ruiz Consulting

12 Crestshire Dr.
Lawrence, MA 01843

PHONE: 6177599156    stodgo1971@yahoo.com    12 Crestshire Dr.

## INVOICE

INVOICE NUMBER: 2024-02
INVOICE DATE: 2/29/2024

Federal Police Monitor for PR
VIG Tower, PH-924
1225 Ponce De Leon Ave.
San Juan, PR 00907

RAFAEL E. RUIZ CONSULTING

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: FPM work from Home | | | |
| 2/12/2024 | FPM work from Home | FPM Team biweekly Zoom meeting; FPM monthly meeting w/Dep Monitor | 1.50 | $165.00 | $247.50 |
| 2/13/2024 | FPM work from Home | Review PRPB Regulation on Plate Reader System and Device; download CMR-10 Midterm Data | 3.50 | $165.00 | $577.50 |
| 2/16/2024 | FPM work from Home | Work on/analyze CMR-10 Midterm Data | 7.00 | $165.00 | $1,155.00 |
| 2/19/2024 | FPM work from Home | Work on/analyze CMR-10 Midterm Data; Review PRPB PPR-126.2 | 6.50 | $165.00 | $1,072.50 |
| 2/20/2024 | FPM work from Home | By Zoom on FPM on-site meeting with PRPB/USDOJ Agenda; Also PROMEDIA Module presentation | 6.75 | $165.00 | $1,113.75 |
| 2/21/2024 | FPM work from Home | Work on/analyze CMR-10 Midterm Data | 6.00 | $165.00 | $990.00 |
| 2/22/2024 | FPM work from Home | Work on/analyze CMR-10 Midterm Data | 8.00 | $165.00 | $1,320.00 |
| 2/24/2024 | FPM work from Home | Work on/analyze CMR-10 Midterm Data | 6.00 | $165.00 | $990.00 |
| 2/25/2024 | FPM work from Home | Work on/analyze CMR-10 Midterm Data | 7.00 | $165.00 | $1,155.00 |
| 2/26/2024 | FPM work from Home | Work on/analyze CMR-10 Midterm Data; FPM Team Biweekly Zoom Meeting | 6.75 | $165.00 | $1,113.75 |
| 2/27/2024 | FPM work from Home | Work on/analyze CMR-10 Midterm Data; Prep Preliminary Midterm Report for Monitor/Judge | 2.50 | $165.00 | $412.50 |
| | | TOTAL: FPM work from Home | | | $10,147.50 |
| | | Total hours for this invoice | 61.50 | | |

| INVOICE BALANCE INFORMATION | |
|---|---|
| Total amount of this invoice | $10,147.50 |
| Current invoice balance | $10,147.50 |

| AMOUNT DUE ON THIS INVOICE: $10,147.50 |
|---|

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of the hours worked in my capacity as a member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_Rafael E. Ruiz_
Rafael E. Ruiz

Date: February 29, 2024