INVOICE 0108L - LABOR FOR PROFESSIONAL SERVICES; FEB 1-29, 2024
RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC

TO: Federal Monitor
Puerto Rico Police Department Consent Decree

Attached below please find the details for professional services rendered by Scott Cragg (Monitoring Core Team) for February 2024:

| | | | | |
|---|---|---|---|---|
| **Name:** | Scott Cragg | | | |
| **Invoice Date:** | 2/29/24 | | | |
| **Invoice Period:** | 29-Feb-24 | | | |

| Date | Task(s) | Rate | Total Hours | Total Amount |
|---|---|---|---|---|
| 2/1/24 | Attend PRPB/Gartner weekly status review for RMS and PMO | $165.00 | 0.5 | $82.50 |
| 2/2/24 | Review Monitor emails on GO's/Policy, coordinate mtg schedule with Deputy to review Demo management | $165.00 | 0.25 | $41.25 |
| 2/5/24 | Monthly status and monitoring review with Deputy Monitor, map on-site agenda changes | $165.00 | 1.25 | $206.25 |
| 2/8/24 | Clearing coordination emails from Monitors Office, Per Court request - resubmit invoices for November, December and January, Review Deputy Monitors correspondence with PRPB administrative evidence to AHD performance to be loaded to document archive. | $165.00 | 3.75 | $618.75 |
| 2/11/24 | Review Gartner status email and Commonwealth responses on RMS acquisition, prepare and determine review of 1A and 1B interview questions for BT, review full License Plate Reader Policy for IT concerns and respond to Monitor. Communicate with Monitor regarding RMS Down select schedule in April, Provided by the Monitors office - review of pertinent media articles regarding CIT, DV, EIS. | $165.00 | 4.5 | $742.50 |
| 2/12/24 | Bi-Weekly Monitors Staff Mtg, monthly progress review and methods discussion with Deputy Monitor, adjust for schedule planning changes for March on-site, clear emails amongst monitors, Revy Levy's 2.2 data request | $165.00 | 2.75 | $453.75 |
| 2/13/24 | Review PRITS Fiscal plan and DPS Fiscal plan for applicability to IT Corrective plan and action for IT Transformation | $165.00 | 0.75 | $123.75 |
| 2/15/24 | PRPB/Gartner weekly PMO/RMS status review, prep read of weekly report | $165.00 | 0.75 | $123.75 |
| 2/17/24 | Review notes and documents, prepare interview materials, questions and content for on-site interviews | $165.00 | 1.75 | $288.75 |
| 2/18/24 | Provide DOT RMS RFI as reference material for RMS Vendor selection to PRPB and DoJ, review content for use in RMS acquisition evaluation | $165.00 | 3.25 | $536.25 |

1

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 2/20/24 | On-Site Puerto Rico | $165.00 | 8 | $1,320.00 |
| 2/21/24 | On-Site Puerto Rico | $165.00 | 8 | $1,320.00 |
| 2/22/24 | Review IT CAP assessment materials provided by monitors Office, begin alignment of IT CAP Plan, Gartner Proposal for Support and Contract, and Commonwealth Consolidated Action Plan report.  Review 253 notations from Monitors office, record concerns for the record to be reported under CMR-10 and midpoint report. | $165.00 | 3.25 | $536.25 |
| 2/23/24 | Continue alignment review of IT Corrective Action Plan, Implementation Plan, Gartner Proposal versus IT methodologies, Consolidated Action plan Status Report, and Decree.  Will be used for contractual audit of Gartner and completion of IT CAP. | $165.00 | 3.75 | $618.75 |
| 2/25/24 | Review CMR-8 status responses from Commonwealth. Annotate IT sections and inform Monitors office of PRPB's lack of evidenced status, clear emails amongst monitors, review pertinent media reports provided by monitors office. Review Gartner weekly status report | $165.00 | 5.5 | $907.50 |
| 2/26/24 | Monitors bi-weekly status review, prepare Travel expense invoice per court standards, review Monitors guidance for midpoint progress review, begin draft of IT Midpoint status report per Federal Monitors Instructions | $165.00 | 4.5 | $742.50 |
| 2/27/24 | Complete preparation of IT Midpoint status report, provide to Monitor, cross reference against CMR-8 and CMR-9, Clear Monitors emails on assignments, policies approved, midterm reports, Review Promedia forms | $165.00 | 3.75 | $618.75 |
| 2/28/24 | Review applicable media reports provided by the monitors office on shot spotter and domestic abuse. Begin prep of 3.1 data call due in March, align for IT | $165.00 | 2.5 | $412.50 |
| 2/29/24 | In prep for Gartner Weekly status meeting with PRPB, pre-read Gartner weekly report.  Attend weekly status review between the PRPB and Gartner. Prepare final invoice | $165.00 | 1.25 | $206.25 |
| **TOTAL Labor** | | | **60** | **$9900** |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

**Signature:** _[signature]_

**Date:** 2/29/24