# INVOICE

**DATE:**
March 1, 2024

**INVOICE #**
03-1-24

**CUSTOMER ID:**
United States of America v. Commonwealth of PR
Civil No. 12-2039 (FAB)

**TO:** FPMPR LLC
VIG Tower PH 924
1225 Ponce de Leon
San Juan, PR 00907

| SERVICE PROVIDER | JOB | FEES | INVOICE PERIOD |
|---|---|---|---|
| AB-AG LAW LLC | LEGAL SERVICES | MONTHLY FLAT FEE | Feb. 2024 |

**DESCRIPTION**

Review and respond to emails and calls from monitor team and/or counsel of record.

Review and analyze motions filed and orders issued. Communications with monitors related thereto.

Attend meetings with the executive team.

Review and respond to legal consultations via email and phone from Monitor and his team.

Prepare and attend meetings with the team.

Communications with special master and/or the parties. Communications with monitors related thereto.

Meetings with paralegal and supervision of paralegal's work.

Work on invoices, calls with J. Gonzalez, and prepare and file motions for disbursement of funds.

Work related to captain promotion exams including meetings at PRPB, review of exam questions, files, draft memos to monitor, draft key points for monitors prior to exam.

Draft and revise informative motion in compliance with order at ECF 2572.

Attend Tuesday meeting at PRPB re: Monitor's on-site visit.

Attend and work on Capitan promotions issues during site-visit. Calls and emails related thereto. Prepare memos requested by the monitor. Work on further drafts requested. Draft and revise memorandum to lieutenants. Work on other related matters as instructed by the monitor and court.

**TOTAL INVOICE AMOUNT:  $16,000**

*[signature]*

I HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN MY CAPACITY AS A MEMBER OF THE FEDERAL MONITORING TEAM.  I FURTHER CERTIFY THAT I HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH OF PUERTO RICO, OR ANY OF ITS DEPARTMENTS OR AGENCIES.

**MAKE ALL CHECKS PAYABLE TO AB-AG LAW LLC**
Thank you for your business!

**1357 ASHFORD AVE #2 -184 | SAN JUAN, PR 00907| PHONE: (787) 948-5131| EMAIL RABESADA@FPMPR.ORG**

2