**Name:** Rita J. Watkins
**Invoice Date:** 2/29/2024
**Invoice Period:** February 1-29, 2024

| Date | Task(s) | Rate | Total Hours | Total Amount |
|---|---|---|---|---|
| 2/1/2024 | Telecons and emails from monitors and parties | $ 165.00 | 1 | $ 165.00 |
| 2/3/2024 | Curriculum review of IGPD 5011R - three courses | $ 165.00 | 3 | $ 495.00 |
| 2/9/2024 | Site visit preperation and training plan review | $ 165.00 | 1 | $ 165.00 |
| 2/12/2024 | Training coordinators interviews | $ 165.00 | 7 | $ 1,155.00 |
| 2/13/2024 | Training coordinators interviews/emails from monitors and parties | $ 165.00 | 7 | $ 1,155.00 |
| 2/14/2024 | Training coordinators interviews | $ 165.00 | 2.5 | $ 412.50 |
| 2/15/2024 | Equal Pro/Non-Dis Reform Office Meeting | $ 165.00 | 1 | $ 165.00 |
| 2/15/2024 | Training coordinators interviews | $ 165.00 | 2.5 | $ 412.50 |
| 2/16/2024 | Data review CMR-10 | $ 165.00 | 3 | $ 495.00 |
| 2/16/2024 | Training Reform Office Meeting | $ 165.00 | 1.5 | $ 247.50 |
| 2/18/2024 | Data review CMR-10 | $ 165.00 | 2 | $ 330.00 |
| 2/20/2024 | On-site visit | $ 165.00 | 8 | $ 1,320.00 |
| 2/21/2024 | On-site visit | $ 165.00 | 8 | $ 1,320.00 |
| 2/21/2024 | On-site visit | $ 165.00 | 8 | $ 1,320.00 |
| 2/24/2024 | Writing CMR-10 | $ 165.00 | 7 | $ 1,155.00 |
| 2/25/2024 | Writing CMR-10 | $ 165.00 | 5 | $ 825.00 |
| 2/27/2024 | Equal Pro/Non-Dis Reform Office Meeting | $ 165.00 | 1 | $ 165.00 |
| 2/28/2024 | Training Reform Office Meeting | $ 165.00 | 2 | $ 330.00 |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| TOTAL | | | 70.5 | $ 11,632.50 |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

**Signature:** *Rita J. Watkins*

**Date:** 2/29/2024