# INVOICE



22 Chalets de Santa Maria
San Juan, P.R. 00927
(787) 940-3090

**BILL TO:**
**Office of the FPMPR, LLC**
VIG Tower, PH 924
1225 Ponce de Leon Avenue
San Juan, P.R. 00907

**DATE:** 2/29/2024
**INVOICE #** 2024002
**FOR:** FPMPR/TCA

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Zoom calls/Team meetings: 2/5/- (1-1); 2/12:Team + AI for staffing & Recruitment GO 500 w/I CIC participation; PRPB focal meetings 2/12, 2/26 : Team &PRPB | 4.50 | $165.00 | $ 742.50 |
| emails-texts/phone calls: Denise, Inigo, Hidalgo, Dave, John, Sam, Reform Office | 2.00 | $165.00 | $ 330.00 |
| 02/01/2024: Consolidated Status Report review | 1.25 | $165.00 | $206.25 |
| 02/05/2024: Box review for Data request 2.2 & notes for discussion/USDOJ Comm. Engmt plan &FPMPR plan received/reviewed/potential questions to incorporate in Polo's interviews per Denise's request. | 1.50 | $165.00 | $247.50 |
| 02/06/2024: SAEA visit for Instructors training on supervisory validation processess | 7.00 | $165.00 | $1,155.00 |
| 2/7/2024: CIC interviews coord.calls & invites (Feb)/ Training-field observation report. | 2.50 | $165.00 | $412.50 |
| 2/8/2024:mid-period CIC annual report review w/notes/Alliance report publication review/links for community review/notes | 3.25 | $165.00 | $536.25 |
| 2/9/2024: public reports review/training records:sworn pers.data source 03A/par.213 notes | 3.75 | $165.00 | $618.75 |
| 02/11/2024: PRPB focal mtng minutes prep:review/notes for 2/12 discussion | 1.50 | $165.00 | $247.50 |
| 2/12/2024: Box: 2.043 data review | 5.50 | $165.00 | $907.50 |
| 2/15/2024: CIC interviews follow through conf./PRPB System for SARA implem. Conrols 2024-486,482,490,488 | 2.50 | $165.00 | $412.50 |
| 02/16/2024: Module system review Outreach: 24 control numbers random selection implementation practices/notes-issues commonalities/Formal Alliances's reports review (Oct-Jan.) | 3.25 | $165.00 | $536.25 |
| 02/17/2024: Data sources 1.106(a-e),-107-113, 2.105,2.110 reviewed per police area for pending docs receipt (oct-Jan) in prep for mid-period report | 5.00 | $165.00 | $825.00 |
| 02/19/2024: PRPB website for alliance report; comm.Pol. System for alliances reported review: Contol numbers 255,259, 257, 258, 251, 266, 276,282 + notes | 2.50 | $165.00 | $412.50 |
| 02/20/2024: PRPB meetings and demos. | 7.00 | $165.00 | $1,155.00 |
| 02/21/2024: Utuado Field visit/Interviews | 8.00 | $165.00 | $1,320.00 |
| 2/22/2024: CIC Interviews | 5.00 | $165.00 | $825.00 |
| 2/23/2024: SAEA docs reviewed CIC Training participants observers: Comm.Pol & UOF-attendance/ Civil Rights minutes review. Self-monitoring system access for 206-207 SARA mid period docs review. | 5.00 | $165.00 | $825.00 |
| 02/24/2024: PRPB's website: crime stats, comm.info.virtual library merge, public reports, notes for 217, 206-207, 209-213 (CIC report) notes/ full draft. For submission. | 7.50 | $165.00 | $1,237.50 |
| | 78.50 | | $12,952.50 |
| | | **TOTAL** | $12,952.50 |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities, or agencies.

Merangelie Serrano-Rios