

## Samantha Rhinerson
550 Amsonia Circle
Guyton, GA 31312
srhinerson99@outlook.com | 256-431-5324

| BILL TO | INVOICE # | DATE | DUE |
|---|---|---|---|
| Puerto Rico Chief Federal Monitor | 2024-02 | 2/29/2024 | 3/31/2024 |

| Date | Description | Hours | Rate | TOTAL |
|---|---|---|---|---|
| 02/02/2024 | 1.0 hour Meeting with Denise and travel planning | 1.00 | $100.00 | $100.00 |
| 02/04/2024 | 1.0 hour of 253 Meeting planning and data request response | 1.00 | $100.00 | $100.00 |
| 02/05/2024 | 2.0 hours of Meeting with Merangelie, travel planning, and policy review facilitation | 2.00 | $100.00 | $200.00 |
| 02/06/2024 | 1.0 hour of CMR template development | 1.00 | $100.00 | $100.00 |
| 02/07/2024 | 1.0 hour of CMR template development and meeting planning | 1.00 | $100.00 | $100.00 |
| 02/08/2024 | 1.0 hour of CMR template development | 1.00 | $100.00 | $100.00 |
| 02/09/2024 | 1.0 hour of policy review facilitation | 1.00 | $100.00 | $100.00 |
| 02/10/2024 | 1.0 hour of travel planning | 1.00 | $100.00 | $100.00 |
| 02/12/2024 | 1.0 hour of policy review facilitation | 1.00 | $100.00 | $100.00 |
| 02/13/2024 | 1.0 hour of CMR template development | 1.00 | $100.00 | $100.00 |
| 02/14/2024 | 1.0 hour of policy review facilitation | 1.00 | $100.00 | $100.00 |
| 02/15/2024 | 1.0 meeting with Denise | 1.00 | $100.00 | $100.00 |
| 02/16/2024 | 1.0 hour of policy review facilitation | 1.00 | $100.00 | $100.00 |
| 02/19/2024 | 1.5 hours of travel planning | 1.50 | $100.00 | $150.00 |
| 02/20/2024 | 1.0 hour of travel planning | 1.00 | $100.00 | $100.00 |
| 02/21/2024 | 1.0 hour of travel planning | 1.00 | $100.00 | $100.00 |
| 02/24/2024 | 1.5 hours of travel planning and policy review facilitaiton | 1.50 | $100.00 | $150.00 |
| 02/26/2024 | 1.0 hour of policy review facilitation and travel planning | 1.00 | $100.00 | $100.00 |
| 02/27/2024 | 1.0 hour of policy review facilitation and 253 Meeting planning | 1.00 | $100.00 | $100.00 |
| 02/28/2024 | 1.0 hour of travel planning | 1.00 | $100.00 | $100.00 |
| 02/29/2024 | 1.0 hour of meeting with Polo and travel planning | 1.00 | $100.00 | $100.00 |

**TOTAL** $2,300.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*thank you*