# Manuel A. Arroyo Rivera

P.o Box 8925 Santurce Puerto Rico 00910    Cel 787-364-8925

Email marroyorivera20@gmail.com

Invoice  Month February   2024                                                                                    Invoice #039

Federal Police Monitor   San Juan, PR

| Date | description | Hour | Rate | Amount |
|---|---|---|---|---|
| February-18-2024 | pick up the monitor and office staff from the airport and take them to the hotel | 3 | $25 | $75.00 |
| February'19-2024 | pick up the monitor and office staff from the airport and take them to the hotel | 11 | $25 | $275.00 |
| February-20-2024 | pick up the monitor and take them to different meetings of the day | 11 | $25 | $275.00 |
| Februaryr-21-2024 | pick up the monitor and take them to different meetings of the day | 12 | $25 | $300.00 |
| February-22-2024 | pick up the monitor and take them to different meetings of the day | 11 | $25 | $275.00 |
| February-23-2024 | Pick up staff at the hotel and take them to the airport | 7 | $25 | $175.00 |
|  |  |  |  |  |
|  |  |  |  |  |
| February | Gas expenses |  |  | $250.00 |
|  |  |  |  |  |
|  |  |  |  | Total $1625.00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |