Name: Hipolito Castro Jr
Invoice Date: 2/29/24
Invoice Period: 01/01/2024 to 21/29/2024

| Date | Task(s) | Rate | Total Hours | Total Amount |
|---|---|---|---|---|
| 2/2/24 | Data and Policy Analysis | $ 150.00 | 1.00 | $ 150.00 |
| 2/4/24 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 1.00 | 150.00 |
| 2/6/24 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 1.00 | 150.00 |
| 2/8/24 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 1 | 150.00 |
| 2/9/24 | Data and Policy Analysis | $ 150.00 | 1 | 150.00 |
| 2/10/24 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 1.00 | 150.00 |
| 2/13/24 | Zoom Interviews | $ 150.00 | 6.00 | 900.00 |
| 2/14/24 | Zoom Interviews | $ 150.00 | 6.00 | 900.00 |
| 2/15/24 | Zoom Interviews | $ 150.00 | 5.00 | 750.00 |
| 2/18/24 | data and Policy Analysis | $ 150.00 | 1.00 | 150.00 |
| 2/19/24 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 1.00 | 150.00 |
| 2/20/24 | Field Work Puerto Rico | $ 150.00 | 8.00 | 1,200.00 |
| 2/21/24 | Field Work Puerto Rico | $ 150.00 | 8.00 | 1,200.00 |
| 2/22/24 | Field Work Puerto Rico | $ 150.00 | 8.00 | 1,200.00 |
| 2/23/24 | Data and Policy Analysis | $ 150.00 | 1.00 | 150.00 |
| 2/24/24 | Data and Policy Analysis | $ 150.00 | 2.00 | 300.00 |
| 2/25/24 | data and Policy Analysis | $ 150.00 | 2.00 | 300.00 |
| 2/26/24 | Commo and coordination, Data and Policy Analysis/writing | $ 150.00 | 2.00 | 300.00 |
| 2/27/24 | Commo and coordination, Data and Policy Analysis/writing | $150.00 | 1.00 | 150.00 |
| 2/28/24 | data and Policy Analysis | $150.00 | 2.00 | 300.00 |
| 2/29/24 | Data and Policy Analysis | $150 | 1.00 | 150.00 |
| 02/01/2024 to 02, | Team meetings, call and emails | $150.00 | 5 | $ 450.00 |
| TOTAL Labor | | | 65.00 | $9,750.00 |

| TOTAL | $ | 9,750.00 |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

**Signature:**

Hipólito Castro

**Date:**

2/29/24

**Commo and Coordination** consists of all writings and digital comms to/from Monitors, PRPB, USDOJ; Review compliance targets, document and data requests, logistics; scheduling, on-site planning & coordination, database development

**Data/Policy Analysis, Writing**

Data concerns CMR-10, OG 310, OG 410, Draft data requests, review special case, DSP documents, reporting on interviews, due process for promo candidates

**Field Work:** Research conducted in situ (SJU)