**Stephanie Leon**  
*Paralegal*

1483 Ashford Avenue  
Apartment 901  
San Juan, PR 00907  
(832) 692-2475

**INVOICE**

**INVOICE: 2024-3**  
**DATE: 3/01/2024**

**TO:**  
Puerto Rico Chief Federal Monitor

**FOR:**  
Paralegal Services

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 02/11/2024 | -Transcribed/organized notes for monthly check-in meeting with Monitor Rafael Ruiz<br>-Checked/responded to emails<br>-Organized some documents in BOX | 3.25 | 90.00 | 292.50 |
| 02/12/2024 | -Transcribed/organized notes for monthly check-in meeting with Monitor Rafael Ruiz<br>-Emailed the notes to Monitors Denise Rodriguez and Rafael Ruiz<br>-Uploaded notes to BOX<br>-Checked/responded to emails<br>-Biweekly team call<br>-Monthly check-in meetings with Rafael Ruiz and Scott Cragg and Denise Rodriguez/notes<br>-Message exchanges with Monitor Rafael Ruiz | 6.25 | 90.00 | 562.50 |
| 02/13/2024 | -Transcribed/organized notes for monthly check-in meeting with Monitor Donald Gosselin<br>-Emailed notes to Monitors Denise Rodriguez and Donald Gosselin<br>-Uploaded notes to BOX<br>-Checked/responded to emails<br>-Message exchanges with Monitor Rafael Ruiz<br>-Worked on CMR-10 worksheet requested by Monitor Rafael Ruiz<br>-Phone call with David Levy | 3.25 | 90.00 | 292.50 |
| 02/14/2024 | -Message/phone call exchanges with Monitor Rafael Ruiz<br>-Phone call with Inigo Canales<br>-Email exchanges with David Levy<br>-Worked on CMR-10 worksheet and emailed to Rafael Ruiz<br>-Monthly check-in meeting with Monitors Donald Gosselin and Denise Rodriguez<br>-Organized notes/Checked and responded to emails | 2.75 | 90.00 | 247.50 |
| 02/15/2024 | -Message exchanges with Monitor Rafael Ruiz<br>-Message exchanges with Monitor Denise Rodriguez/zoom call<br>-Email exchanges with PRPB (Pablo G. Serrano) cancelling Search & Seizure Meeting<br>-Emailed PRPB (Esthermarie Torres Lopez) regarding the Policy and Procedure meeting on 2/16/2024<br>-Emailed PRPB asking for agenda for meeting regarding administrative complaints and internal investigations<br>-Assisted Monitor Donald Gosselin in zoom meeting to discuss administrative complaints and internal investigations<br>-Read notes from the meeting Rafael Ruiz had with Pablo Gonzalez Serrano (PRPB)/uploaded to BOX/sent to Rafael Ruiz<br>-CMR-10 2.2 data validation | 8.25 | 90.00 | 742.50 |
| 02/16/2024 | -Email exchanges with Esthermarie Torres Lopez<br>-Message exchanges with Monitors Denise Rodriguez and Rafael Ruiz<br>-Cancelled zoom meeting regarding policies and procedures/notified parties<br>-Extensive notes/transcript for January 253 Meeting<br>-CMR-10 2.2 Data Validation | 4.50 | 90.00 | 405.00 |
| 02/18/2024 | -Extensive notes/transcript for January 253 Meeting<br>-CMR-10 2.2 Data Validation<br>-Checked/responded to emails | 5.50 | 90.00 | 495.00 |
| 02/19/2024 | -Emailed 253 notes to Monitors Denise Rodriguez & John Romero<br>-Prepared and sent 253 notes to respective monitors<br>-Collected documents for Monitor Scott Cragg and emailed them<br>-Organized/transcribed notes for the February 15 meeting with PRPB and Monitor Donnie Gosselin/uploaded to BOX<br>-Checked/responded to emails<br>-Prepared for the site visit | 5.25 | 90.00 | 472.50 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 02/20/2024 | -Attend meetings at PRPB Headquarters<br>-Checked/responded to emails<br>-Organized the notes of the day<br>-CMR-10 2.2 Data Validation<br>-Assisted Monitor Rita Watkins with information regarding the 253 notes/prepared and sent her additional notes requested | 8.5 | 90.00 | 765.00 |
| 02/21/2024 | -Site visit in Utuado<br>-Organized the notes of the day<br>-Checked/responded to emails<br>-Communication exchanges with team members<br>-CMR-10 2.2 Data Validation | 9.00 | 90.00 | 810.00 |
| 02/22/2024 | -Message exchanges with Monitors Denise Rodriguez and Rafael Ruiz<br>-Emailed Sergeant Pablo Gonzalez Serrano requesting a meeting for Rafael Ruiz/email exchanges regarding the topic<br>-CMR-10 2.2 Data Validation | .75 | 90.00 | 67.50 |
| 02/26/2024 | -Sent out invitation for Meeting to Discuss Searches and Seizures<br>-Team biweekly meeting<br>-Checked/responded to emails<br>-CMR-10 2.2 Data Validation | 2.75 | 90.00 | 247.50 |
| 02/27/2024 | -Sent out email cancelling the meeting to discuss administrative complaints and internal investigations<br>-Communication exchange with team members/monitors<br>-Phone call and email exchanges with Joan Maldonado (PRPB) | .75 | 90.00 | 67.50 |
| 02/28/2024 | -February 253 Meeting<br>-Checked/responded to emails<br>-Communication exchanges with team members<br>-Coordinated meeting with Donald and PRPB regarding administrative complaints<br>-CMR-10 2.2 Data Validation | 2.75 | 90.00 | 247.50 |
| 02/29/2024 | -Extensive notes/transcript for February 253 Meeting and emailed to Monitors Denise Rodriguez & John Romero<br>-Prepared and sent 253 notes to respective monitors<br>-Prepared and sent 253 notes to Luis Saucedo (DOJ)<br>-Checked/responded to emails<br>-Communication exchange with David Levy<br>-Communication exchanges with team members<br>-Finished CMR-10 2.2 Data Validation/checked supplemental request | 8.00 | 90.00 | 720.00 |
| | **TOTAL 71.50 HRS @ $90** | | | **6,435.00** |

*S/ STEPHANIE LEON*

**I HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN MY CAPACITY AS A MEMBER OF THE FEDERAL MONITORING TEAM. I FURTHER CERTIFY THAT I HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH, OR ANY OF ITS DEPARTMENTS, MUNICIPALITIES OR AGENCIES.**