**Inigo Galano**
*Staff Assistant*

**INVOICE**

**ADDRESS**
Aboy St 605 Apt 1
San Juan, PR, 00907

**INVOICE: 2024-02**
**DATE: 03/01/2024**

**TO:**
Puerto Rico Chief Federal Monitor

**FOR:**
Professional Services

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 02/01/2024 | -Organized documents in the office.<br>-Sent calendar invite to Cpt review meeting<br>-Call from Luis Hidalgo regarding various tasks<br>-Call with Eliud Alvarez regarding FIU visit tomorrow<br>-Prepared worksheet from Cpt file review | 7.0 | 20 | 140 |
| 02/02/2024 | -Accompanied Luis Hidalgo to FIU<br>-Read/sent emails<br>-Reviewed self-monitoring modules | 4.0 | 20 | 80 |
| 02/05/2024 | -Reviewed data request 2.2 training materials<br>-Prepared materials for Cpt file review<br>-Attended monthly check-in with Merangelie<br>-Read/sent emails | 6.0 | 20 | 120 |
| 02/06/2024 | -Attended PRPB HQ to review Cpt exam and review candidate files<br>-Drafted report and sent to Roberto Abesada<br>-Answered calls from John Romero and Alan Youngs | 5.0 | 20 | 100 |
| 02/07/2024 | -Organized documents in the office<br>-Read/sent emails<br>-Uploaded documents to Box | 7.0 | 20 | 140 |
| 02/08/2024 | -Organized documents in the office.<br>-Zoom meetings and calls regarding the Feb 10 Captain Exam.<br>-Read/sent emails<br>-Read Memorandum for 2022 Captain Exam.<br>-Call with Lcda Esthermarie Torres | 4.0 | 20 | 80 |
| 02/09/2024 | -Uploaded documents on Box<br>-Organized documents in the office<br>-Read/sent emails | 7.0 | 20 | 140 |
| 02/10/2024 | -Attended SAEA with Javier Gonzalez to oversee Cpt. Exam<br>-Call/email with John Romero and Luis Hidalgo<br>-Emailed preliminary information to John Romero | 11.0 | 20 | 220 |
| 02/11/2024 | -Calls with Luis Hidalgo, Alan Youngs, and John Romero | 0.5 | 20 | 10 |
| 02/12/2024 | -Attended Promotional Board Meeting in PRPB HQ<br>-Attended Community Engagement Meeting<br>-Drafted Memorandum for Feb 10 and Feb 12 | 9.0 | 20 | 180 |
| 02/13/2024 | -Transcribed Community Engagement Notes<br>-Updated draft memo<br>-Attended some interviews for Rita Watkins | 7.0 | 20 | 140 |

| Date | Description | Hours | Rate | Total |
|---|---|---|---|---|
| 02/14/2024 | -Helped Rafa Ruiz and Stephanie Leon in worksheet<br>-Read/sent emails<br>-Helped Luis Hidalgo and John Romero with FRB and CFRB files | 7.0 | 20 | 140 |
| 02/15/2024 | -Went to PRPB to attend Cpt candidate revision<br>- Assisted Luis Hidalgo and John Romero with FRB and CFRB files | 8.5 | 20 | 170 |
| 02/16/2024 | -Attended Recruitment, Professionalization and Supervision recurring meeting<br>-Attended Training recurring meeting<br>-Call with Alan Youngs | 4.0 | 20 | 80 |
| 02/19/2024 | -Analyzed Inspections (2.038) for CMR-10 | 2.0 | 20 | 40 |
| 02/20/2024 | -Attended all PRPB HQ meetings. | 7.0 | 20 | 140 |
| 02/21/2024 | -Attended the Utuado site visit | 8.0 | 20 | 160 |
| 02/22/2024 | -Accompanied Rita Watkins to SAEA<br>-Accompanied Hipolito Castro and Alan Youngs for interviews in the office and meetings in PRPB HQ | 8.0 | 20 | 160 |
| 02/23/2024 | -Organized documents in the office<br>-Call with Merangelie Serrano about agenda item<br>-Read/sent emails<br>-Uploaded documents to Box | 7.0 | 20 | 140 |
| 02/26/2024 | -Assisted Alan Youngs in drafting report.<br>-Assisted biweekly meeting.<br>-Took notes for Community Engagement meeting.<br>-Read/sent emails/invites.<br>-Call with Luis Hidalgo to discuss San Juan Town Hall. | 8.5 | 20 | 170 |
| 02/27/2024 | -Transcribed meeting notes<br>-Organized documents in the office<br>-Attended EQP Meeting<br>-Read/sent emails<br>-Uploaded documents to Box<br>-Call from Rita Watkins, Alan Youngs, Sgt. Mary Ortiz Rolon | 8.0 | 20 | 160 |
| 02/28/2024 | -Organized documents in the office<br>-Attended Town Hall preparation meeting<br>-Attended training recurring call<br>-Attended supervision recurring call<br>-Read/sent emails<br>-Uploaded documents to Box<br>-Finished final draft of agenda and flyer and sent to John/Denise for approval | 8.5 | 20 | 170 |
| 02/29/2024 | -Transcribed meeting notes<br>-Organized documents in the office<br>-Edited agenda and flyer<br>-Attended Polo monthly meeting | 5.0 | 20 | 100 |
| | **TOTAL 149 HRS @ $20 HR** | | | **$2,980.00** |