## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff;<br><br>    v.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>                Defendants. | No. 12-cv-2039 (FAB) |

## MOTION FOR AN ORDER SETTING A BRIEFING SCHEDULE ON
## THE ORDER TO SHOW CAUSE AT ECF NO. 2594.

COMES NOW, Plaintiff, the United States of America, and respectfully requests that the Court set a briefing schedule on its order to show cause why the Commonwealth should not be permanently enjoined from enforcing settlement agreements that effectively gave certain individuals passing grades on the promotion exam for captain.  *See* Order, ECF No. 2588 (Feb. 23, 2024) *amended by* Order, ECF No. 2594 (Feb. 26, 2024) (hereinafter "Amended Order to Show Cause").  The Agreement for the Sustainable Reform of the Puerto Rico Police Department ("Agreement") requires the Commonwealth to ensure promotions within the Puerto Rico Police Bureau (PRPB) are based on fair and objective selection criteria, and gives the United States the right to seek enforcement the Agreement's provisions.  Agreement) ¶¶ 16-18, 295, ECF No. 60 (July 17, 2013.  A briefing schedule will provide a framework for the United States to respond to the Commonwealth's filing required by the Court's Amended Order to Show Cause.

The Amended Order to Show Cause requires the Commonwealth to show why the Court should not find that it is violating Paragraphs 16-18 of the Agreement.  Under those provisions, the Commonwealth must ensure PRPB's process for selecting captains is lawful, fair, and

objective, including the use of competitive written exams. *See* Agreement ¶¶ 16-18. As the Court noted, the Commonwealth settled appeals before the Commonwealth's Public Service Appeals Commission (CASP, by its Spanish acronym) filed by twelve PRPB lieutenants who took the 2015 captain promotion exam. *See* Amended Order to Show Cause 1-2. The settlements directly implicate the Commonwealth's compliance with Paragraphs 16-18 of the Agreement, which the Monitor noted in its most recent monitoring report. *See* Ninth Compliance Report from the Federal Monitor 18-19 (Dec. 14, 2023) (noting that the Monitor reduced the Commonwealth's compliance rating due to the settlements). The Court ordered the Commonwealth to show cause as to why it should not be permanently enjoined from enforcing those settlements. *See* Amended Order to Show Cause 6.

The United States seeks to ensure that it has an opportunity to be heard on the Commonwealth's compliance with the Agreement. The United States has a right to enforce the Agreement. *See* Agreement ¶ 295. Briefing from the United States will permit the United States to present its views on the Commonwealth's compliance and supplement the Monitor's report and the Commonwealth's filing, giving the Court with a more fulsome record to consider. To this end, the United States requests a modified briefing schedule—21 days to file its response brief and seven days for a reply from the Commonwealth. *See* D.P.R. Local Rule 7 (standard schedule for pleadings).

WHEREFORE, the United States respectfully requests that the Court issue a briefing schedule on its Order to Show Cause, ECF No. 2594, that provides the United States with 21 days to respond to the Commonwealth's submission, due on March 31, 2024, and that provides the Commonwealth with seven days to file a reply to the United States' response in accordance with the Local Rules.

I HEREBY CERTIFY that on this date I filed the foregoing pleading electronically through the CM/ECF system, which caused the parties, counsel of record, the Monitor, and the Special Master on the service list to be served by electronic means.

Respectfully submitted, this 15th day of March, 2024,

**STEVEN H. ROSENBAUM**
Chief, Special Litigation Section
Civil Rights Division

*s/ Jorge M. Castillo*
**TIMOTHY D. MYGATT**
Deputy Chief
**LUIS E. SAUCEDO** (G01613)
**JORGE CASTILLO** (G02912)
**KATHERINE CHAMBLEE-RYAN** (G03515)
Trial Attorneys
U.S. Department of Justice
Special Litigation Section
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Tel:  (202) 598-0482
Fax:  (202) 514-4883
luis.e.saucedo@usdoj.gov
jorge.castillo@usdoj.gov
katherine.chamblee-ryan@usdoj.gov

Attorneys for the United States