G&M Balli Services, LLC
5160 Royal Fern Circle
Tallahassee, Florida 32317

February 22 – March 21, 2024

INVOICE # 2024-03
ASSISTANT SPECIAL MASTER
March 2024 INVOICE

Tasks Completed

| Hours | Description | Amounts |
|---|---|---|
| 8 | Drafted/reviewed/researched/translated numerous documents as needed; Discussed/edited documents related to orders of the Court, and the parties regarding recurring issues and OSM projects. | $1,200 |
| 9 | Drafted, reviewed, and responded to texts, emails and other documents and communications with respective parties, the OSM and the Court. | $1,350 |
| 11 | Zoom meetings and/or phone calls with OSM and other parties. | $1,650 |
| 26 | In-person meetings/presentations with NOPD and PRPB in New Orleans, LA; 03/04-07/2024. | $3,900 |
| 18 | Researched and collaborated (emails/zoom/texts/phone calls) with parties and NOPD to develop an agenda and coordinate on-site visit in support of Integrity Tests to New Orleans, LA. | $2,700 |
| Travel Expense | Rental Car; travel from/to Tallahassee, FL/New Orleans, LA. NOTE: Due to airline flight cancellation within 8 hours of departure, a rental car was obtained. Cost of rental car was lower than flight. | $427.47 |
| Travel Expense | Lodging 03/04 - 03/07/2024, Government rate $184.00 per night plus tax. | $865.80 |
| Travel Expense | Fuel for rental car. | $110.34 |
| Travel Expense | Meals and Incidental expenses, 03/04 – 03/07/2024, government rate $74.00/day, and travel days ¾ rate at $55.50/day. | $259.00 |
| 72 | | $12,462.61 |

Total Hours- 72                    Total Wages Due -   $12,462.61

I hereby certify the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master.  I further certify I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

*Gilberto Balli*                    *Alejandro del Carmen*                    3/21/2024

Gilberto Balli                    S/Alejandro del Carmen

*1 - Gas*

```
BUC-EE'
20403 County Road 68
  Robertsdale   AL
   (979)-238-6390
Term  102
Appr : 76703Z


PUMP No.           16
GALLONS        10.660
PRICE/G        $2.879
TOTAL FUEL     $30.69
Regular
TOTAL SALE     $30.69
3/4/2024
```

*2 - Gas*

```
     BUC-EE'S
  20403 County Road 68
    Robertsdale   AL
    (979)-238-6390
  Term: 102
  Appr : 74362Z


  PUMP No.           12
  GALLONS        15.064
  PRICE/G        $2.919
  TOTAL FUEL     $43.97
  Regular
  TOTAL SALE     $43.97
```

*3 - Gas*

```
MARATHON PETRO181545
00000181545
3626 MAHAN DRIVE
TALLAHASSEE      , FL
03/07/2024 649428162
12:58:08 PM


XXXX XXXX XXXX 6236
M/C
INVOICE 125616
AUTH 00-55813Z
REF420080307241256


*** REPRINT *** REPRINT *** REPRINT ***
PUMP# 1

REGULAR      10.498G
PRICE/GAL     $3.399


FUEL TOTAL  $  35.68


           --------
    TOTAL = $  35.68
*** REPRINT *** REPRINT *** REPRINT ***


CREDIT      $  35.68


MASTERCARD
AID: A0000000041010
ARQC: 3CEC5F1420CECB3B
COMPLETION
Entry: TAP
Batch: 42 Seq Num: 8
         JOIN
```



**Residence Inn® New Orleans French Quarter Central Business District**
360 St. Charles Avenue, New Orleans, LA **P** 504.522.0360
**Marriott.com/MSYNF**

| | | |
|---|---|---|
| Gilberto Balli | Room: 702 | |
| 5160 Royal Fern Cir | Room Type: KSTE | |
| Tallahassee FL 32317-7496 | Number of Guests: 1 | |
| Fed Court | Rate: $184.00 | Clerk: CRH |

| Arrive: 04Mar24 | Time: 01:58PM | Depart: 07Mar24 | Time: 06:00AM | Folio Number: 67896 |
|---|---|---|---|---|

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 04Mar24 | Room Charge | 184.00 | |
| 04Mar24 | Stadium and Exhibit | 7.36 | |
| 04Mar24 | Orleans Parish Tax | 9.20 | |
| 04Mar24 | State Sales Tax | 10.03 | |
| 04Mar24 | Convention and Tourism Tax | 3.22 | |
| 04Mar24 | Occupancy Tax | 1.00 | |
| 05Mar24 | Room Charge | 184.00 | |
| 05Mar24 | Stadium and Exhibit | 7.36 | |
| 05Mar24 | Orleans Parish Tax | 9.20 | |
| 05Mar24 | State Sales Tax | 10.03 | |
| 05Mar24 | Convention and Tourism Tax | 3.22 | |
| 05Mar24 | Occupancy Tax | 1.00 | |
| 06Mar24 | Room Charge | 184.00 | |
| 06Mar24 | Stadium and Exhibit | 7.36 | |
| 06Mar24 | Orleans Parish Tax | 9.20 | |
| 06Mar24 | State Sales Tax | 10.03 | |
| 06Mar24 | Convention and Tourism Tax | 3.22 | |
| 06Mar24 | Occupancy Tax | 1.00 | |
| 07Mar24 | Visa | | 644.43 |

Card #: VIXXXXXXXXXXXX5472/XXXX
Card Type: VISA Card Entry: MANUAL Approval Code: 04423D

**BALANCE:**    **0.00**

**Marriott Bonvoy Account # XXXXX0952.** Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy account statement or your online statement for updated activity.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

To plan your next stay, visit ResidenceInn.com.





Rental Agreement # 3LHPPM

## Renter Information

**Renter Name**
GILBERTO BALLI

**Renter Address**
TALLAHASSEE, FL 32317
USA

## Vehicle Information

**GCHE**
**License #:** KCTD89
**State/Province:** FL
**Unit #:** 8DT6LT
**Vehicle #:** PC544827

**Vehicle Class Driven**
Standard SUV 5 door/Automatic/Air

**Vehicle Class Charged**
Standard SUV 5 door/Automatic/Air

**Odometer Mileage/Kilometers**

**Starting:** 36903    **Ending:** 37687

**Total:** 784

**Fuel**

**Starting:** 7/8    **Ending:** FULL

Thank you for renting
with Enterprise Rent-A-
Car

**We appreciate your business!**
This email was automatically generated
from an unattended mailbox, so please
do not reply to this e-mail.
If you have any questions about your
rental, please view our Frequently
Asked Questions or send us a secured
message by visiting our Support Center

## Trip Information

**Pickup**
Monday, March 4, 2024    7:53 AM
**TALLAHASSEE EAST**
3404 MAHAN DR
TALLAHASSEE, FL 32308-5667
USA

**Return**
Thursday, March 7, 2024    1:05 PM
**TALLAHASSEE EAST**
3404 MAHAN DR
TALLAHASSEE, FL 32308-5667
USA

## Renter Charges

| | | |
|---|---|---|
| **Rental Rate** | Time & Distance  4 Day at $101.99 / Day | $407.96 |
| **Add-Ons** | Discount (5.00%) | ($20.40) |
| **Mileage** | Unlimited Mileage | Included |
| **Taxes and Fees** | Sc Rec - Fl Surchg Recov ($2.00 / Day) | $8.00 |
| | Sales Tax (7.50%) | $29.83 |
| | Vehicle License Fee Recovery ($0.50 / Day) | $2.00 |
| | Fl Waste Tire & Battery Fee ($0.02 / Day) | $0.08 |

**Total**    **$427.47**

(Subject to audit)

Amount charged on March 7, 2024 to MASTERCARD    ($427.47)
(5713)
   APN: 4D617374657263617264
   AID: A0000000041010
   Verified: Signature
   Entry: Chip
   TSI: E800
**Amount Due**    **$0.00**