# United States District Court
## For the District of Puerto Rico

2024 MAR 25 PM 4:33
CLERK'S OFFICE USDC PR

RECEIVED AND FILED

**Edgardo Rivera Martinez y otros**
Plaintiff

Criminal/Civil No. **12-2039-FAB**

V.

**Negociado de Policia de Puerto Rico**
Defendant

**MOTION:** Notificacion de Presentacion de Documentos

Por la Presente Le Radico El Caso de la Reforma del Negociado de Policia de Puerto Rico, Le Notifico al juez Francisco Besosa Sobre Una Mocion Sobre Solicitud de Estado de los Procedimientos y Senalamiento Urgente. La misma Se Radico En la Comision Apelativa del Servicio Publico del Estado Libre Asociado de P.R., Donde Se le Solicita a Este Tribunal Federal La intervencia Para Este Caso, Relacionado al Examen Ascenso A Sargento, La Policia de Puerto Rico No A Contestado La Demanda.

Signature: *[signed]*
Name: Edgardo Rivera Martinez
Address: Calle Tizol, San Juan
Telephone: 787-392-0336
E-mail: edgardor69.48@gmail.com