**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**COMISION APELATIVA**
**DEL SERVICIO PUBLICO**


**EDGARDO RIVERA MARTINEZ Y OTROS**

        APELANTES               CASO NUM.:2023-06-0759

           VS                    SOBRE :IMPUGNACION

NEGOCIADO POLICIA DE PUERTO RICO      EXAMEN ASCENSO
APELADA                          **SARGENTO**

**MOCION SOBRE SOLICITUD   DE   ESTADO DE LOS PROCEDIMIENTOS**
**Y SENALAMIENTO URGENTE**
**A LA HONORABLE COMISION:**

Comparece la parte Apelante a través del abogado que suscribe y muy respetuosamente
**EXPONE, ALEGA, SOLICITA:**

1- **QUE ESTA APELACION SE RADICO EL 21 DE FEBRERO DE 2023  HA TRANSCURRIDO PRECISAMENTE UN AÑO DE SU RADICACION  Y AUN NOS ENCONTRAMOS EN ESPERA DE QUE EL CASO SEA CITADO PARA CELEBRACION  DE LA VISTA  DE LUGAR.**

2-Que se informa que todos los (56) Apelantes CUYOS NOMBRES APARECEN EN EL EXH I  DE ESTA APELACION  trabajaban para la POLICIA de PR y ocupan unos puestos de AGENTES de carrera, con carácter permanente, no SON unionados y no ejercen derecho a sindicalizarse y no están en una unidad apropiada ni sujetos a un convenio colectivo, QUE   TOMARON EL EXAMEN DE ASCENSO A LA CATEGORIA DE SARGENTO QUE FUE OFRECIDO POR LA POLICIA  EL 17 DE DICIEMBRE DE 2022 Y SE LES NOTIFICO QUE NO APROBARON EL MISMO. Y ESTAN EN ESPERA DE QUE EL CASO SEA VISTO PUES  LES URGE TENER SU DIA RN CORTE PARA PODER DEMOSTRAR  SUS ALEGACIONES.PODER ALCANZAR SUS ASCENSOS A LA CATEGORIA   QUE LE CORRESPONDE.YA LA POLICIA ANUNCIO QUE SE LLEVARAN  A CABOS NUEVOS EXAMENES DE ASCENSO A LA CATEGORIA DE TENIENTE II PROXIMAMENYTE , Y AL NO DISPONERSE SUS RECLAMOS EN ESTE CASO LES IMPIDE ESTA DILACION EN ADJUDICACION DE  ESTA APELACION, VERSE, LIMITANDO ASI SU DESARROLLO PROFESIONAL Y  SUS POPOSIBILIDADES DE PODER PARTICIPAR EN DICHOS EXAMENES

3- Que RADICAMOS ESTA APELACIONES ENMENDADAS luego de agotar todo el remedio administrativos.

4-QUE SE INFORMA ADEMAS   QUE MIENTRAS ESTE CASO ESTABA RADICADO EN ESTE FORO ,UNOS   AGENTES   LLEVARON UNA RECLAMACION AL TRIBUNAL FEDERAL ,DONDE NOS ENTERAMOS POR LAS NOTICIAS  Y LA PRENSA ESCRITA QUE UN MAGISTRADO FEDERAL HABIA ACOGIDO EL CASO Y EMITIDO UNA RESOLUCION DONDE RECONOCIA LA MAYOR PARTE DE LAS ALEGACIONES QUE SE FORMULAN ANTE ESTE FORO COMO CORRECTAS Y ORDENO OTORGAR 6 PREGUNTAS  DEL EXAMEN A FAVOR DE LAS PETCIONARIOS Y   DE AQUELLOS  QUE POR LA RESOLUCION DEL TRIBUNAL SE BENEFICIARAN,SE DESPRENDE DEL CASO QUE LA  EX DIRECTORA DE LA OFICINA LEGAL DE LA POLICIA Y PRESIDENTA DE LA JUNTA DE EXAMENES DE ASCENSO A LA MISMA VEZ  RECONOCIO  ANTE EL MAGISTRADO INSTRUCTOR QUE   ERA CORRECTO QUE LAS ALEGACIONES QUE EN ESTE CASO SE HACEN SOBRE EL EXAMEN Y DE LAS ACTUACIONES DE LO QUE SE LE IMPUTA   A LOS   QUE LO IMPLANTARON ERAN CORRECTA ,SEGÚN LO HABIAMOS INDICADOS ANTERIORMENTES EN LOS DOCUMENTOS RADICADOS Y QUE ESTOS

AGENTES QUE SE BENEFICIARON DE ESTA DECISION DEL TRIBUNAL FEDERAL PUEDEN COMPETIR PARA TOMAR LOS EXAMENES DE ASCENSO A LA CATEGORIA DE TENIENTE II ,NO ASI LOS AQUÍ APELAMNTES

5- QUE LA EX DIRECTORA DE LA OFICINA LEGAL Y PRESIDENTA DE LA JUNTA DE EXAMENES DE ASCENSO AL COMPARECER ANTE EL MAGISTRADO FEDERAL BESOS RECONICIO LA INCORRECCION DE LAS IMPUTACIONES QUE AQUI LEVANTAMOS SOBRE EL EXAMEN ,SU CONTENIDO ,SUS IRREGULADIDAES QUE INVOCAMOS Y QUE EN UN FORO DE MAYOR GERARQUIA A ESTE FUE ADJUDICADA NUESTRAS ALEGACIONES, Y ESE FUNCIONARIO NO LE INFORMO AL TRIBUNAL DE LA EXISTENCIA DE ESTE CASO ANTE EL FORO CON JURISDICCION PRIMARIA PARA ENTENDER Y DISPONER DE ESTA APELACION TENIENDO PLENO CONOCIMIENTO QUE ESTE CASO ESTABA ANTE ESTE FORO ESPECIALIZADO,NO PUSO EN CONOCIMIENTO DEL TRIBUNAL DE LA GRAVEDAD DE ESTE ASUNTO,Y EN EL ESTADO DE INDEFECCION OBJETIVA QUE SE ENCUENTRAN LOS APELANTES EN ESTE MOMENTO,VEA EXH-III, HECHO QUE DEBE CONSIDERAR ESTA HONORABLE COMISION EN SU DIA.

6-QUE, ESTA FUNCIONARIA YA NO TRABAJA EN LA POLICIA ,Y LA OFICINA ;LEGAL DE LA POLICIA Y . QUE LA JUNTA DE EXAMENES DE ASCENSOS Y SUS FUNCIONARIOS ,NO SE HAN DIGNADO EN CONTESTAR ESTA APELACION ANTE ESTE FORO Y ACUDEN AL TRBUNAL FEDERAL ACEPTAR NUESTRAS ALEGACIONES ,POR ELLO EL COMISIONADO RESCINDIO DE LOS SERVICIOS DE ESTA FUNCIONARIA, QUE PONE A ESTE FORO ANTE UNA SITUACION DELICADA PARA PARA EVALUAR ESTE CASO.

7- *QUE AL RADICAR ESTA APELACION HABIAN 125 APELANTES,Y QUE CON LA DETERMINACION DEL TRIBUNAL FEDERAL 69 DE ESTOS APELANTES SE ORDENO SU ASCENSO , Y ESTO NOS OBLIGO A RESOMETER A LA COMISION ESTOS DATOS CON LA PRUEBA QUE ACOMPANAMOS EN NUESTRAS APELACIONES ENMENDADAS RADICADAS ANTE ESTE FORO Y QUE FUERON OBJETO DE EVALUACION Y DISPOSICION, ESTA SITUACION PONE EN UN ESTADO DE INDEFENCION TOTAL A LOS RESTANTES APELANTES Y AL FORO. ,*

8 *QUE AL EVALUAR LOS MERITOS DE NUESTRO CASO ,LAS ALEGACIONES QUE SE FORMULAN EN ESTE CASO YA PROBADAS Y ADMITIDAS POR LA PRESIDENTA DE LA JUNTA DE EXAMENES DE ASCENSO Y DIRECTIORA DE LA OFICINA LEGAL DE LA POLICIA ANTE UN TRIBUNAL DE MAYOR GERARQUIA QUE LA COMISION ,NOS PREOCUPA COMO QUEDAN LOS PETICIONARIOS EN SU RECLAMOS ,SUS ALEGACIONES FUERON ACOGIDAS Y PROBADAS EN UN FORO DE MAYOR GERARQUIA , ES NECESARIO SE CITE ESTE CASO CON CARACTER INMEDIATO, LA POLICIA NO HA CONTESTADO ESTA APELACION SERA QUE HA ABANDONADO ESTE CASO ENTONCES ,,PROCEDE QUE SE DICTE SENTENCIA POR LAS ALEGACIONES YA RESUELTAS POR EL JUES BESOSA EN EL TRIBUNAL FEDERAL ,INVITAMOS AL JUSGADOR QUE SOLICITE LOS AUTOS DEL EXPEDIENTE DEL CASO A NIVEL FEDERAL ,PARA QUE VEA LA SERIEDA DE LO QUE ACONTECE, DEBE ORDENAR ESTA HORABLE COMISION DECLARAR HA LUGAR ESTA APELACION COMO MEDIDA CAUTELAR Y REMEDIATIVA DEL DANO QUE SE PRODUCE POR ACTUACIONES TAN DESMEDIDAS Y EN MENOS PRECIO DE LA AUTORIDAD QUE TIENE ESTA DISTIGUIDA COMISION EN CUMPLIMIENTO DE SUS DEBERES MINISTERIALES EN PRIMERA INSTANCIA COMO FORO ESPECIALIZADO CON JURISDICCION PRIMARIA PARA ENTENDER A NUESTRO MEJOR ENTENDER LOS CUALES RESPETAMOS. QUE COMO VERA LOS APELANTES EN ESTE CASO SE VEN SERIAMENTE AFECTADO PUES NO PODRAN TOMAR LOS EXAMENES A TENIENTE II, QUE LA POLICIA OFRECERA PROXIMAMENTE,PERJUDICANDOSE ASI SU DESARROLLO PROFECIONAR, QUE SOLICITAMOS POR ELLO DE ESTA HONORABLE COMISION ORDENE EL*

*SENALAMIENTO URGENTE PARA VISTA DE ESTE CASO.*

**EN MERITO DE TODO** *lo cual se solicita se declare ha lugar esta apelación con cualquier pronunciamiento        procedente.*

**CERTIFICO** *que copia de este escrito fue remitido por correo ordinario a la autoridad nominadora COR ANTONIO LOPEZ FIGUEROA  y a su representante* legal a su dirección en el record y/o mediante entrega personal y así se acredite  LCDO VICTOR MALDONADO MUNOZ,  PO BOX  71200  SJ  PR  00936. A LA LCDA NASIRA ABDULRAHAMAN SOLER  , A  LOS APELANTES  Y  AL    COR CARLOS HADOD ,PRESIDENTE    FUPO,   PO BOX 5261 CAROLINA PR 00934-5261

**Respetuosamente   sometido   HOY21   DE MARZO 2024   en   San Juan, Puerto Rico.**

LCDO JOSE F AVILES LAMBERTY
RUA 6670
COLEGIADO   NUM   8047
MANSIONES DE SAN MARTIN
SUITE #17
SAN JUAN, P.R.00924-4586
TEL (787)   370-3757
CEL. (787) 406-9066
**F.U.P.O.**   (787)   754-4990 / 4991

OFICINA ASUNTOS LEGALES

2024 MAR 21 PM 3: 59

EN EL DISTRITO DE LOS ESTADOS UNIDOS COORT PARA EL DISTRICT o PUERTO RICO Civil No. 12-2039 (FAB)

ORDEN DE ASCENSO AL GRADO DE SARGENTO Habiendo considerado la posición de las partes, el Monitor de la Corte y el Auxiliar Judicial en la conferencia de estado del 19 de enero de 2023, y habiendo sido plenamente asesorado sobre las premisas, la Corte ENCUENTRA que: Los demandados del Estado Libre Asociado establecieron un Ascensos en enero de 2022 para desarrollar y administrar un examen escrito para ascensos al rango de sargento según lo requerido por el Párrafo I7 del Acuerdo para la Reforma Sostenible del Departamento de Policía de Puerto Rico ("Acuerdo"), Expediente No. 60, para atender la falta de supervisores de primera línea en el Negociado de la Policía de Puerto Rico (PRPB). Los demandados del Estado Libre Asociado identificaron la necesidad de 506 nuevos sargentos en su Plan de Dotación de Personal Actualizado bajo el Párrafo 13, con fecha del 31 de octubre de 2022, para cumplir con los requisitos de dotación de personal y supervisión del Acuerdo.

Civil No, 12-2039 (FAS)

El 30 de septiembre de 2022, el Comisionado de la PRPB emitió una versión actualizada de la Orden General 500-504 para especificar la autoridad y las responsabilidades de la Junta de Ascensos y para guiar el desarrollo del exámen de sargentos, En la misma fecha, 30 de septiembre de 2022, el Comisionado de la PRPB emitió el Anuncio de Ascensos 12022-2, notificando a los oficiales de la PRPB los requisitos de elegibilidad para el ascenso al rango de sargento, El examen fecha y hora, y otros detalles sobre el proceso de promoción. El anuncio fue la primera iniciativa significativa de ascensos emprendida por PRPB desde 2015, cuando se produjo la última gran ronda de ascensos para llenar las filas de supervisores de primera línea. Durante este tiempo, de acuerdo con el Acuerdo, se han realizado muchos cambios para actualizar las políticas y procedimientos que dependen de la disponibilidad, el buen juicio y la toma de decisiones críticas de los sargentos para su correcta implementación. El Anuncio de Promociones 12022-2 fijó la fecha del examen para el 17 de diciembre de 2022. A los candidatos que fueron debidamente excusados por razones verificadas por la Junta de Ascensos para tomar el examen en una fecha alterna, como los candidatos en servicio oficial fuera de Puerto Rico o en licencia militar, se les permitió presentarse al examen en otra fecha. El Anuncio de Promociones J2022-2 estableció el puntaje de aprobación en 70%, requiriendo que los candidatos elegibles respondan correctamente 56 de las 80 preguntas del examen. Un informativo

Civil No. 12-2039 (FAB)

boletín emitido con el Anuncio de Promociones 12022-2 describía las áreas temáticas que se cubrirían en el examen. Uno de los requisitos de elegibilidad enumerados en el Anuncio de Ascensos 12022-2 fue que los candidatos reciban 40 horas de capacitación como supervisores antes de desempeñar sus funciones como sargentos, de conformidad con el Párrafo 141 del Acuerdo. 4, Al cierre del período de solicitud, el 21 de octubre de 2022,

PRPB recibió aproximadamente 700 solicitudes. De conformidad con la política aprobada, la PRPB extendió el plazo de solicitud hasta el 31 de octubre de 2022. Finalmente, 1.701 candidatos presentaron solicitudes, de las cuales 1.627 se consideraron elegibles para el promoción por parte de la Junta de Promociones.

s. La Junta de Ascensos elaboró un banco de preguntas con aproximadamente 183 preguntas que abarcaban aproximadamente 62 áreas temáticas para el examen de sargentos, en consulta con un Empresa externa especializada en pruebas estandarizadas. el 2 de diciembre de 2022, dos miembros de la Oficina del Monitor de la Corte revisaron las preguntas desarrolladas por la Junta de Ascensos y encontraron que la mayoría de las preguntas eran apropiadas y estaban relacionadas con los deberes y responsabilidades de los sargentos de la PRPB. Hizo varias recomendaciones a la Junta de Ascensos, entre ellas evitar preguntas que no estuvieran relacionadas con los deberes básicos de los sargentos (por ejemplo, memorizar los números de control de los formularios de la PRPB), o que se aplicaran

Civil No. 12-2039 (FAB)

a otros rangos. Tras el examen realizado por la Oficina del Supervisor del Tribunal, la Junta de Ascensos seleccionó 80 preguntas para el examen final de opción múltiple. El 11 de diciembre de 2022, la Junta de Ascensos administró el examen de sargentos en cuatro sitios de prueba: la Academia de Policía en Gurabo y tres campus de la Universidad Interamericana en San Juan, Ponce y Aguadilla. De los 1.621 candidatos elegibles, 1.414 se presentaron al examen. La Junta de Promociones, los miembros de la Oficina del Monitor de la Corte, el personal juramentado de la PRPB y los grupos comunitarios estuvieron presentes en cada uno de los sitios de prueba para observar la administración de la prueba, El Monitor de la Corte informó que la administración de la prueba estuvo bien organizada y ejecutada adecuadamente. Una vez que se calificaron los exámenes, la Junta de Promociones encontró que 184 candidatos aprobaron el examen con una puntuación del 70%, Sin embargo, el día del examen, la Junta de Promociones convocó y revisó las preguntas 8 y 62 después de que muchos candidatos en cada uno de los sitios de prueba plantearan preguntas e inquietudes sobre ellas La Junta de Ascensos determinó que las preguntas carecía de detalles que eran necesarios para responder correctamente, y votó unánimemente para adjudicar las preguntas y concederlas a todos los candidatos. La Junta de Ascensos también encontró que el 95% de los candidatos respondieron incorrectamente a la pregunta 8 y que el 93% de los candidatos

Civil No. 12-2039 (FAB)

Los candidatos respondieron incorrectamente a la pregunta 62. La adjudicación y concesión de estas dos preguntas aumentó el número de candidatos que aprobaron el examen con una puntuación de 10\ a 298.

El 28 de diciembre de 2022, la Junta de Promociones se reunió para revisar los resultados generales de las pruebas y para examinar si las preguntas administradas el 11 de diciembre podrían mejorarse para su uso en futuros exámenes, La revisión también tenía la intención de identificar preguntas confusas o ambiguas que podrían adjudicarse para el actual

examen. La Junta de Ascensos acordó revisar aquellas preguntas que fueron respondidas incorrectamente por al menos 10\ de los candidatos. Este enfoque dio lugar a 13 preguntas para su examen, además de las preguntas 8 y 62, que la Junta había resuelto en la fecha del examen.

Con base en su revisión posterior a la prueba, la Junta de Promociones encontró fallas en cuatro de las 13 preguntas revisadas: preguntas 4, 1, 26 y 69. Como resultado, la Junta de Promociones acordó recomendar la adjudicación de las cuatro (4) preguntas y otorgar crédito a todos los candidatos sobre la base de la siguiente razón:

Pregunta 4 (respondida incorrectamente por el 91\ de los candidatos): la pregunta no estaba relacionada con los deberes básicos de los sargentos porque ponía a prueba el recuerdo de los candidatos de los números de formulario de la PRPB.

Civil No. 12-2039 (fAB) 6

Pregunta 7 (respondida directamente por el 76% de los candidatos): la pregunta carecía de detalles que son esenciales para responderla correctamente.

Pregunta 26 (contestada incorrectamente por el 73\ de los candidatos) - la pregunta no estaba relacionada con los deberes básicos de los sargentos porque ponía a prueba el recuerdo de los candidatos de la forma FRPB nuz::bers.

Pregunta 69 (contestada incorrectamente por el 97% de los candidatos): las respuestas incluían un lenguaje confuso, ya que es posible que más de una respuesta sea correcta.

Siguiendo las instrucciones del Tribunal, el Monitor de la Corte revisó las decisiones de puntuación y las conclusiones de la Junta de Ascensos. El 5 de enero de 2023, el Monitor solicitó documentos e información específicos para suplementar producciones anteriores de tne Co.·,,ronwealtn, incluida una copia de las seis preguntas adjudicadas por la Junta de Promociones. En una C\emorandU!ll de fecha 11 de enero de 2023, el Monitor concluyó que la Junta de Promociones cumplió con la política de PRPB aprobada y el decreto de consentimiento. El Monitor también llegó a la conclusión de que la decisión de la Junta de >Promoción de pronunciarse sobre las cuestiones 8 y 62 en la fecha de la examinación y la posterior recomendación de pronunciarse sobre las cuestiones 4, 7, 26 y 69 estaban justificadas y eran adecuadas. Los Estados Unidos y el Comité Especial

Civil No. 12-2039 (FABI

El Maestro tuvo acceso a los materiales examinados por el Supervisor y estuvo de acuerdo con sus conclusiones. Los demandantes del Commonwealth informaron que 562 candidatos aprobaron el examen de sargentos con una puntuación de al menos 70\ una vez que se les otorgó crédito por las seis preguntas adjudicadas por la Junta de Ascensos. L2. Durante la semana del 16 de enero de 2023, la Oficina del Monitor del Tribunal revisó el plan de estudios de capacitación actualizado desarrollado por la Academia de Capacitación de la PRPB y, el 20 de enero de 2023, presentó comentarios y retroalimentación a la PRPB. La PRPB abordó los comentarios del Monitor de la Corte y comenzó a brindar capacitación de supervisor al primer grupo de candidatos elegibles que aprobaron el examen de sargentos el 23 de enero de 2023. En consecuencia, el Tribunal APRUEBA la adjudicación de las Preguntas 4, 7, 8, 26, 62 y 69 y OTORGA crédito por esas preguntas a aquellos candidatos que tomaron el examen de sargentos del 17 de diciembre de 2022, según lo

recomendado por la Junta de Ascensos y acordado por las Partes, el Monitor del Tribunal y el Auxiliar Judicial. Además, se ORDENA que los acusados del Estado Libre Asociado tomen Los siguientes pasos para continuar con el proceso de promociones: i. La Junta de Ascensos completará la puntuación final del examen de sargentos y otros factores de calificación, incluyendo

Civil No. 12-2039 IFAB)

capacitación, logros educativos, experiencia y preferencia de veteranos, de acuerdo con el Anuncio de Promociones 12022-2, la política de PRPB aprobada y el decreto de consentimiento. La Junta de Ascensos otorgará crédito solo por las preguntas 4, 7, 8, 26, 62 y 69, según corresponda, a todos los candidatos que tomaron el examen de sargento el 11 de diciembre de 2022, aplicando el puntaje de aprobación establecido de 10\. La Junta de Promociones también procederá a seleccionar un examen alternativo a aquellos candidatos elegibles que fueron debidamente excusados de tomar el examen el 11 de diciembre de 2022, a partir de las preguntas en el banco de preguntas que fueron desarrolladas por la Junta de Promociones y revisadas por la Oficina del Monitor del Tribunal, pero sin incluir ninguna de las 80 preguntas contenidas en el 17 de diciembre examen.

Una vez que se complete toda la puntuación necesaria, la Junta de Promociones producirá y publicará una lista final de elegibilidad clasificada en orden de mayor a menor.
La PRPB continuará brindando capacitación de supervisor a todos los candidatos elegibles que aprobaron el examen de sargentos utilizando el plan de estudios revisado por la Oficina del Monitor del Tribunal, y aplicará los resultados de las pruebas posteriores al entrenamiento a los puntajes finales de todos los candidatos elegibles.
Según lo sugerido por el Monitor de la Corte después de la conferencia de estado del 19 de enero de 2023, PRPB desarrollará y

Civil No. 12-2039 (FAS) 9

Implementar un ayudante de trabajo o un conjunto de herramientas dentro de los 60 días posteriores a la fecha de su Ordenación para ayudar a los nuevos sargentos a llevar a cabo deberes y responsabilidades esenciales en el campo para incluir los siguientes temas: respuesta a incidentes críticos, documentos. A continuación, se examina el uso de la fuerza, se manejan las quejas civiles, se responde a las denuncias de acoso sexual y mala conducta de los empleados, se responde a la violencia doméstica y la agresión sexual, y se remite a los oficiales a los programas y servicios de asistencia a los empleados. La Oficina del Supervisor de la Corte y los Estados Unidos revisarán y aprobarán el ayudante de trabajo o el conjunto de herramientas de conformidad con el párrafo 229 del Acuerdo antes del trabajo
El conjunto de herramientas se difunde entre los sargentos de la PRPB y se implementa.
ASÍ SE ORDENA.

San Juan, Puerto Rico, 21 de enero de 2023.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
JUEZ SUPERIOR DE DISTRITO DE LOS ESTADOS UNIDOS

DISTRITO DE LOS ESTADOS UNIDOS COUR1'
.-en TIIE Il1S1'RJCT DE PUERTO RICO

ACTA DE ACTUACIONES
IIEFOREJUlIGE FRANCISCO A. IIESOSA

AYUDANTE DE LA CORTE: Omar Plaguer-Mendoza TAQUÍGRAFO DE LA CORTE: Tracy Binder
INTÉRPRETE JUDICIAL: Sonia Crescioni INTÉRPRETE DE Demandados: Lynmar Vera
Fecha: 19 de enero de 2023

CIVIL NO, 12-2039 (FAB)

ESTADOS UNIDOS DE AMÉRICA

Demandante

v.

BIEN COMÚN DE PUERTO RICO, <l al.

Acusados.
Se llevó a cabo una audiencia de estado en persona según lo ordenado en ECF No. 2267. La audiencia
comenzó a las 9:38 a.m. y terminó a las 12:38 p.m.
Estuvieron presentes en la audiencia las siguientes personas:

El Monitor Federal John Romero y su equipo:

Samantha Rhinerson

Scott Cragg

Donald Gosslin

Rafael Ruiz
McnIngelie Serrano

Alan C. Youngs

Luis Hidalgo

Hipolito Castro

Javier González

Rita Watkins

Maestro Especial Dr. Alejandro Del Carmen y equipo:

Gilberto Balli, Asistente del Auxiliar Judicial

Gary A. Locffcrt, Segundo Auxiliar del Maestro Especial

Para el demandante Estados Unidos de América:

Abogado Litigante Luis Saucedo

Para los demandados, Estado Libre Asociado de Puerto Rico y el Negociado de la Policía de Puerto Rico:

Abogado: Gabriel A. Penagaricaoo.

Abogado Rafael E. Barreto-Sola

Oficina del Gobernador ("La Fortaleza")

María del Mar Ortiz, Esq., Consejera Especial del Gobernador

Enrique Volckers, Subjefe de Gabinete

Oficina de Administración y Presupuesto ("OMB")

a. Hccrian Martínez, Consejero Principal y enlace en asuntos de reforma policial

Servicio de Innovación y Tecnología de Puerto Rico ("PRITS")

a. Nanette Martínez-Ortiz, Oficial Interina de Información e Innovación ("CIIO") y Oficial de Tecnología ("CTO") del Estado Libre Asociado de Puerto Rico

2

Asesoría de Servicios Generales ("GSA")

a. Edgardo González, Administrador Auxiliar de Servicios a las Agencias

Oficina de Administración y Transformación de Recursos Humanos ("QATHR")

a. Gustavo Cartagen Director

Departamento de Seguridad Pública ("OPS")

Hon. Alexis Torres, Secretario de Gobierno, y representante del Gobernador para la reforma policial

Asuntos

Rafael Riviere, Secretario Adjunto

Arturo Garfer, Secretario Adjunto

Miguel E. Bermúdez Mangual, Asesor Especial, Oficina de Asuntos Federales

José Díaz, Director Ejecutivo, Oficina de Asuntos Federales

Oficina de la Policía de Puerto Rico ("PRPB")

Comisario Antonio López

Capitán Carlos Figueroa, entonces Director de la Oficina de Reforma

Juan Carlos Rivera, Director de la Oficina de TI

Ángel Díaz, Director Adjunto de la Oficina de TI

Teniente Rafael Meléndez Burgos, Director de Asuntos Internos (SARP)

Teniente Coronel Rolando Trinidad Hernández, actual Director de la Oficina de Reforma

Karilyn Díaz León, Esq., Presidenta de la Junta Examinadora de Promoción de PRPB

FOMB

a. Kevin Borja, Analista Asociado Senior en Asuntos de Seguridad Pública

Los siguientes temas incluidos en la Conferencia de Programación de Órdenes StatuS, ECF No. 2267

se discutieron:

Resumen del Informe CMR-7 El 15 de diciembre de 2022, el Monitor Federal presentó el Séptimo Informe, ECF No. 2264. El 16 de enero de 2023, el Estado Libre Asociado presentó la respuesta de la PRPB a la CMR-7 final del Monitor, ECF No. 2290. El Monitor proporcionó una breve descripción general del informe y resumió el cumplimiento general de las estadísticas de la PRPB al 30 de septiembre de 2022. El informe identificó once (11) áreas de mejora, mejora o reforma en la PRPB. l. Profesionalización; 2. Uso de la Fuerza (UOF); 3. Registros e incautaciones; 4. Igualdad ante la ley y no discriminación; 5. Reclutamiento, selección y contratación; 6. Políticas y procedimientos; 7. Capacitación; 8. Supervisión y Gestión; 9. Quejas civiles, investigaciones internas y medidas disciplinarias; 10. Participación comunitaria e información pública; y 11. Sistemas y Tecnología de la Información.

(i) El examen de sargento administrado el 17 de diciembre de 2022. El Commonwealth informó que un total de 1.414 candidatos se presentaron al examen para cubrir los 562 puestos disponibles para ser ascendidos a Sargento. Hay fondos disponibles para 506 puestos. La Sra. Karilyn Díaz León, Esq., Presidenta de la Junta de Examen de Promoción de PRPB, informó sobre cómo la junta creó una nueva política y cómo funcionó de acuerdo con la nueva política y cómo se calificó a los candidatos. Para mantener la transparencia, ni el Comisionado ni el Secretario estuvieron involucrados. De las 183 preguntas posibles, 80 estaban en el examen. La Junta determinó que 6 preguntas en los exámenes eran defectuosas o se consideraban "preguntas de memoria" y no fueron adjudicadas. El 70 por ciento era necesario para

4

Aprobar el examen. Un total de 562 candidatos aprobaron el examen y las 6 preguntas no fueron adjudicadas. Toe Monitor, según las instrucciones del Tribunal, revisó el desarrollo, la administración y la calificación del examen de la Junta. El Monitor también revisó y estuvo de acuerdo en que las 6 preguntas que la junta determinó que eran defectuosas eran realmente defectuosas. Además, la Oficina del Monitor determinó que las acciones de la Junta Directiva a lo largo del proceso fueron consistentes con la Política de la Oficina. El Comisionado L6pcz declaró que, para futuros exámenes, la Junta recomendó que las preguntas se discutieran primero con el Secretario y el Comisionado. El comisionado López estuvo de acuerdo con el examen ya que

y en aras de la transparencia, que el Comisionado y el Secretario se mantengan separados de la Junta cuando se evalúen las preguntas y se determine que deben incluirse en el examen. El Secretario Torres se mostró de acuerdo con las recomendaciones formuladas por la

Que las 6 preguntas defectuosas no se consideren durante la calificación del examen, y acordó que las conclusiones de la Junta sobre el examen, y que para exámenes futuros, se informe al Comisionado y al Secretario antes de que se realice cualquier adjudicación. Los Estados Unidos también estuvieron de acuerdo en que no se resolvieran las 6 cuestiones erróneas. La Corte, después de haber escuchado los argumentos presentados en relación con este tema, ordenó a las partes que prepararan una moción conjunta con una propuesta de orden detallada para que la Corte dictara una orden

que no se resuelvan las 6 preguntas defectuosas.

iL El Plan de Dotación de Personal y Supervisión de la PRPB. La Mancomunidad informó que el plan de supervisión fue aprobado en abril de 2022, y que cubría su iniciativa más importante, los ascensos a Sargento. Hay un total de 6 iniciativas en curso, incluida la contratación de civiles para puestos administrativos que permiten a los oficiales trabajar en el campo. En

En esta área, el Estado Libre Asociado todavía tiene dificultades para clasificar esos puestos civiles, y es posible que se requiera tiempo para determinar si los posibles candidatos podrían competir para llenar esas vacantes.

iiL El Plan de Capacitación de PRPB. El Commonwealth informó que las partes han discutido la interconexión de la capacitación con los diferentes aspectos del decreto de consentimiento. El Plan de Capacitación fue presentado en forma de borrador el 22 de diciembre de 2022. A más tardar el 1 de febrero de 2023 se presentará un nuevo borrador que incorpore comentarios. Los Estados Unidos informaron de que habían recibido el proyecto. Se debe presentar un plan final al Tribunal dentro de los treinta (30) días posteriores a una vez que todas las partes hayan revisado el borrador final. Iv. El proyecto de plan de acción sobre tecnología de la información. El Commonwealth informó de que este tema ya se había tratado anteriormente. Los Estados Unidos indicaron que se habían identificado siete

(7) prioridades elevadas, de las cuales dos (2) redes de datos de arco y cobertura radioeléctrica. Que cada oficial tenga una radio que funcione correctamente para que los oficiales puedan comunicarse entre sí sigue siendo una prioridad. Además, también hay problemas con la cobertura de radio. Es necesario mejorar otras dos (2) iniciativas, la dotación de recursos y la capacitación en materia de tecnologías de la información, para aumentar la capacidad de la Oficina de Tecnología de la Información. La analítica, los informes y la madurez de RMS, la madurez del sistema de gestión de registros siguen siendo iniciativas.

Se espera que el Plan en cuanto a esas iniciativas esté listo para el 15 de marzo de 2023, y se espera que el Plan Final se presente a la Corte antes del 31 de marzo de 2023.

Programa de Distribución Equitativa: Los Estados Unidos informaron que este programa se encuentra actualmente suspendido mientras la oficina de la PRPB que administra el programa revisa la contabilidad, la presentación de informes y la administración de los fondos. EMLARS, la oficina dentro de

6

el Departamento de Justicia de los Estados Unidos, respondió que la PRPB aún no está en buen estado, pero se han hecho progresos. EMLARS visitará la Secretaría de Tesorería de Puerto Rico la próxima semana para determinar y resolver todos los asuntos pendientes 10 asegurar que la PRPB cumpla con el programa, para que vuelva a estar en buen estado. Al final del año fiscal, el 30 de junio de 2023, el saldo según lo presentado por EMLASRS es de $4.5 millones en el OOJ

y casi SJ millones en el Consejo de Tesorería de Puerto Rico La Oficina del Monitor y el Auxiliar Judicial serán invitados a participar en la reunión en el Departamento de Hacienda. El Consejo encargó a las partes que le informaran del resultado de la reunión.

D./nttgrity Auditorías. Como han señalado los Estados Unidos, la política está pendiente de servicio. Los Estados Unidos recibieron una fecha en la que la póliza estará disponible, y cuando estará disponible para que el Auxiliar Judicial pase por el proceso del Párrafo 229 para su revisión y aprobación por todas las partes.

Generated: Oct 30, 2023 4:10PM

Page 1/1



# U.S. District Court

## United States District Court

CASH PAYMENTS

Receipt Date: Oct 30, 2023 4:10PM

Rcpt. No: 108857                    Trans. Date: Oct 30, 2023 4:10PM                    Cashier ID: #AR

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|---------------------|-----|-------|-----|
| 104 | Cert of Document/Transcript of JGMT | | 2 | 11.00 | 22.00 |
| 601 | Electronic Printing Fee | | 20 | 0.10 | 2.00 |

| CD | Tender | | | | Amt |
|----|--------|--|--|--|-----|
| CA | Cash | | | | $24.00 |

| | Amt |
|--|-----|
| Total Due Prior to Payment: | $24.00 |
| Total Tendered: | $24.00 |
| Total Cash Received: | $24.00 |
| Cash Change Amount: | $0.00 |

**Comments:** CERTIFIED COPIES FOR CASE 12-2039

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

    **Plaintiff,**

            **v.**

COMMONWEALTH OF PUERTO RICO, *et al.*,

    **Defendants.**

**Civil No.** 12-2039 (FAB)

## ORDER ON PROMOTIONS TO THE RANK OF SERGEANT

Having considered the position of the parties, the Court Monitor, and the Special Master at the January 19, 2023 status conference, and having been fully advised on the premises, the Court FINDS that:

1. The Commonwealth defendants established a Promotions Board in January 2022 to develop and administer a competitive written examination for promotions to the rank of sergeant as required by Paragraph 17 of the Agreement for the Sustainable Reform of the Puerto Rico Police Department ("Agreement"), Docket No. 60, to address the lack of first-line supervisors at the Puerto Rico Police Bureau (PRPB). The Commonwealth defendants identified the need for 506 new sergeants in their Updated Staffing Plan under Paragraph 13, dated October 31, 2022, to meet the staffing and supervision requirements of the Agreement.

Civil No. 12-2039 (FAB)                                                    2

2.    On September 30, 2022, the PRPB Commissioner issued an updated version of General Order 500-504 to specify the authority and responsibilities of the Promotions Board and to guide the development of the sergeants examination.    On the same date, September 30, 2022, the PRPB Commissioner issued Promotions Announcement #2022-2, notifying PRPB officers of the eligibility requirements for promotion to the rank of sergeant, the examination date and time, and other details about the promotion process.    The announcement was the first significant promotions initiative undertaken by PRPB since 2015, when the last major round of promotions occurred to fill the ranks of first-line supervisors. During this time, in accordance with the Agreement, many changes have been made to update policies and procedures that depend on the availability, good judgment, and critical decision-making of sergeants for proper implementation.

3.    Promotions Announcement #2022-2 set the examination date for December 17, 2022.    Those candidates who were duly excused for verified reasons by the Promotions Board to take the examination on an alternate date, such as candidates on official duty outside of Puerto Rico or on military leave, were allowed to sit for the exam on another date.    Promotions Announcement #2022-2 set the passing score at 70%, requiring that eligible candidates correctly answer 56 of the 80 questions on the examination.    An informative

Civil No. 12-2039 (FAB)                                                    3

bulletin issued with Promotions Announcement #2022-2 outlined the
subject-matter areas to be covered by the examination.  One of the
eligibility requirements listed in Promotions Announcement #2022-2
was that candidates receive 40 hours of supervisor training prior
to performing their duties as sergeants, in accordance with
Paragraph 141 of the Agreement.

    4.    By the close of the application period, October 21, 2022,
PRPB received approximately 700 applications.    Pursuant to
approved policy, PRPB extended the application deadline to
October 31, 2022.    Ultimately, 1,701 candidates submitted
applications, of which 1,627 candidates were deemed eligible for
promotion by the Promotions Board.

    5.    The Promotions Board developed a question bank with
approximately 183 questions covering approximately 62 subject
areas for the sergeants examination, in consultation with an
outside firm specializing in standardized testing.  On December 2,
2022, two members of the Court Monitor's Office reviewed the
questions developed by the Promotions Board and found that most
questions were appropriate and related to the duties and
responsibilities of PRPB sergeants.    It made several
recommendations to the Promotions Board, including avoiding
questions that were not related to the core duties of sergeants
(e.g. memorizing control numbers of PRPB forms), or that applied

Civil No. 12-2039 (FAB)                                              4

to other ranks.   Following the review by the Court Monitor's
Office, the Promotions Board selected 80 questions for the final
multiple-choice examination.

6.    On December 17, 2022, the Promotions Board administered
the sergeants examination at four testing sites:   the Police
Academy in Gurabo and three campuses of the Inter-American
University in San Juan, Ponce, and Aguadilla.   Of the 1,627
eligible candidates, 1,414 took the examination.   The Promotions
Board, members of the Court Monitor's Office, sworn PRPB personnel,
and community groups were present at each of the testing sites to
observe the test administration.   The Court Monitor reported that
the test administration was well-organized and executed
appropriately.

7.    Once the examinations were scored, the Promotions Board
found that 184 candidates passed the examination with a score of
70%.   On the day of the examination, however, the Promotions Board
convened and reviewed Questions 8 and 62 after many candidates at
each of the testing sites raised questions and concerns about those
two questions.   The Promotions Board determined that the questions
lacked details that were necessary to answer correctly, and voted
unanimously to adjudicate the questions and grant them to all
candidates.   The Promotions Board also found that 95% of the
candidates incorrectly answered Question 8 and that 93% of

Civil No. 12-2039 (FAB)                                                     5

candidates incorrectly answered Question 62.   Adjudicating and
granting these two questions increased the number of candidates
passing the examination with a score of 70% to 298.

    8.   On December 28, 2022, the Promotions Board met to review
the overall test results, and to examine whether the questions
administered on December 17 could be improved for use in future
examinations.   The review was also intended to identify confusing
or ambiguous questions that could be adjudicated for the current
examination.    The  Promotions  Board  agreed  to  review  those
questions that were answered incorrectly by at least 70% of the
candidates.   This approach yielded 13 questions for review in
addition to Questions 8 and 62, which the Board had adjudicated on
the date of the examination.

    9.   Based on its post-test review, the Promotions Board
found flaws in four of the 13 questions reviewed – Questions 4, 7,
26, and 69.  As a result, the Promotions Board agreed to recommend
the adjudication of the four questions and grant credit to all
candidates based on the following rationale:

    •    Question 4 (answered incorrectly by 91% of the
         candidates) – the question was not related to the core
         duties of sergeants because it tested the candidates'
         recall of PRPB form numbers.

Civil No. 12-2039 (FAB)                                                     6

- Question 7 (answered incorrectly by 76% of the candidates) – the question lacked details that are essential to answering it correctly.

- Question 26 (answered incorrectly by 73% of the candidates) – the question was not related to the core duties of sergeants because it tested the candidates' recall of PRPB form numbers.

- Question 69 (answered incorrectly by 97% of the candidates) – the answers included confusing language that made it possible for more than one answer to be correct.

10. Following instructions from the Court, the Court Monitor reviewed the scoring decisions and recommendations of the Promotions Board. On January 5, 2023, the Monitor requested specific documents and information to supplement earlier productions by the Commonwealth, including a copy of the six questions adjudicated by the Promotions Board. In a memorandum dated January 11, 2023, the Monitor concluded that the Promotions Board complied with approved PRPB policy and the consent decree. The Monitor also concluded that the Promotions Board's decision to adjudicate Questions 8 and 62 on the date of the examination and subsequent recommendation to adjudicate Questions 4, 7, 26, and 69 were justified and appropriate. The United States and the Special

Civil No. 12-2039 (FAB)                                                        7

Master had access to the materials reviewed by the Monitor and
concurred with the Monitor's conclusions.

11.  The Commonwealth defendants reported that 562 candidates
passed the sergeants examination with a score of at least 70% once
credit was granted for the six questions adjudicated by the
Promotions Board.

12.  During the week of January 16, 2023, the Court Monitor's
Office reviewed the updated training curriculum developed by the
PRPB Training Academy, and on January 20, 2023, submitted comments
and feedback to PRPB.  PRPB addressed the Court Monitor's comments
and began providing supervisor training to the first group of
eligible candidates who passed the sergeants examination on
January 23, 2023.

Accordingly, the Court APPROVES the adjudication of
Questions 4, 7, 8, 26, 62 and 69 and GRANTS credit for those
questions to those candidates who took the December 17, 2022
sergeants examination, as recommended by the Promotions Board, and
agreed upon by the Parties, the Court Monitor, and the Special
Master.

It is further ORDERED that the Commonwealth defendants take
the following steps to proceed with the promotions process:

1.  The Promotions Board shall complete the final scoring of
the sergeants examination and other qualifying factors, including

Civil No. 12-2039 (FAB)                                                    8

training, educational achievement, experience, and veteran's preference, in accordance with Promotions Announcement #2022-2, approved PRPB policy and the consent decree. The Promotions Board shall grant credit only for Questions 4, 7, 8, 26, 62 and 69, as applicable, to all candidates who took the December 17, 2022, sergeants examination, applying the established passing score of 70%. The Promotions Board shall also proceed to select an alternate examination to those eligible candidates who were duly excused from taking the examination on December 17, 2022, drawing from questions in the questions bank that were developed by the Promotions Board and reviewed by the Court Monitor's Office, but not including any of the 80 questions contained in the December 17 examination.

2.    Once all necessary scoring is complete, the Promotions Board shall produce and publish a final eligibility list ranked in order from highest to lowest.

3.    PRPB shall continue providing supervisor training to all eligible candidates who passed the sergeants examination using the curriculum reviewed by the Court Monitor's Office, and shall apply the results of the post-training tests to the final scores of all eligible candidates.

4.    As suggested by the Court Monitor following the January 19, 2023, status conference, PRPB shall develop and

Civil No. 12-2039 (FAB)                                                     9

implement a job aide or toolkit within 60 days of the date of this

Order to assist new sergeants in carrying out essential duties and

responsibilities in the field to include the following topics:

responding to critical incidents, documenting and reviewing use of

force, handling civilian complaints, responding to allegations of

sexual harassment and employee misconduct, responding to domestic

violence and sexual assault, and referring officers to employee

assistance programs and services.  The Court Monitor's Office and

the United States shall review and approve the job aide or toolkit

in accordance with Paragraph 229 of the Agreement before the job

aide or toolkit is disseminated to PRPB sergeants and implemented.

   **IT IS SO ORDERED.**

   San Juan, Puerto Rico, January 27, 2023.


                      s/ Francisco A. Besosa
                      FRANCISCO A. BESOSA
                      SENIOR UNITED STATES DISTRICT JUDGE


Certified to be a true & exact copy of the document
or an authorized electronic docket entry on file.
ADA I. GARCÍA-RIVERA
CLERK OF COURT
U.S. District Court for the District of Puerto Rico

By: _____
                              Deputy Clerk

Date: 10-30-2023