IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO, et al.,**<br><br>Defendants. | CIVIL NO.: 12-cv-02039 |

**MOTION SUBMITTING PARAGRAPH 261
SELF-ASSESSMENT REPORT**

**MAY IT PLEASE THE COURT:**

**COME NOW**, Codefendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau, through the undersigned attorneys, and very respectfully state and pray:

1. Pursuant to Paragraph 261 of the Consent Decree in the referenced case, the Commonwealth herein submits to the Honorable Court and parties its self-assessment report for the period ending March 30, 2024. See Exhibit 1.

2. This report delineates the steps taken by PRPB during the pertinent review period to implement the Consent Decree and PRPB's assessment of the status of its progress and responses to the prior Monitor's report.

**WHEREFORE,** Defendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau respectfully request this Honorable Court to take notice of the above.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

In San Juan, Puerto Rico, today, March 30, 2024.

**CANCIO, NADAL & RIVERA, L.L.C.**
P.O. Box 364966
San Juan, Puerto Rico  00936-4966
403 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Tel. (787) 767-9625


**S/ RAFAEL BARRETO-SOLÁ**
USDC PR: 211801
rbarreto@cnr.law


**S/ GABRIEL A. PEÑAGARÍCANO**
USDC PR: 212911
gpenagaricano@me.com