GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE SEGURIDAD PÚBLICA
Negociado de la Policía de Puerto Rico

ALEXIS TORRES
SECRETARY

ANTONIO LÓPEZ FIGUEROA
COMMISSIONER

# Self-Assessment Report

# Evaluation Period: October 2023 – March 2024

# Compliance with Paragraph 261

## Agreement for Sustainable Reform

## Puerto Rico Police Bureau

March 15, 2024




# Content

Introduction ................................................................................................... 3

Self-Assessment Report for the Agreement Compliance Areas ..................................... 4

  Professionalization ........................................................................................ 4

  Use of Force ............................................................................................... 9

  Searches and Seizures: Internal Controls and Accountability ............................... 12

  Equal Protection and Non-Discrimination ........................................................ 14

  Recruitment, Selection and Hiring ................................................................. 18

  Policies and Procedures .............................................................................. 20

  Training .................................................................................................. 27

  Supervision and Administration .................................................................... 30

  Civilian Complaints, Internal Investigations and Discipline ................................. 32

  Community Engagement and Public Information ................................................ 35

  Information Systems and Technology ............................................................. 39

Conclusion .................................................................................................. 45



# Introduction

Self-assessment Report of the Puerto Rico Police Bureau corresponding to the evaluation period from October 2023 to March 2024; in compliance with paragraph 261 of the Agreement for the Sustainable Reform of the Puerto Rico Police Bureau (PRPB). This report provides a comprehensive overview of the progress and achievements made during the semester in terms of compliance with the Reform Agreement.

During this period, the PRPB has conducted a series of key actions aimed at advancing compliance with the requirements established in the Agreement. This is done through the institution and implementation of Project Plans submitted to the Court, the holding of biweekly meetings with Federal Monitors, and the definition of additional tasks to support compliance, among other efforts. PRPB have demonstrated an unwavering commitment to continuous improvement and operational excellence.

The self-assessment report reflects PRPB's firm commitment to transparency and accountability, as well PRPB's determination to continue advancing our goals of compliance and excellence as a Bureau, serving Puerto Rico.



# Self-Assessment Report for the Agreement Compliance Areas

## Professionalization

PRPD shall develop processes and mechanisms that promote professional, ethical, and respectful policing services to effectively address Puerto Rico's public safety challenges; consistently and uniformly apply constitutional police practices; build public confidence; and strengthen its institutional structures. PRPD shall promote continuous performance improvement among all PRPD personnel that regularly identifies problems or challenges, assesses causal or contributing factors, and takes reasonable measures to achieve performance expectations in areas related to this Agreement.

**Steps taken during the review period for the implementation of the Agreement and its progress:**

1. The tasks defined for the implementation requirement 13 are in progress. The plan has four initiatives: (1) Recruitment, Incentive, Retention, and Career Development, (2) Civilization, (3) Resource Distribution, and (4) Supervisor Promotions. During the evaluation period, the following was achieved:

   a. Specifically, regarding the task of the Project Sub-Plan approved for the implementation of Law 65; On December 22, 2023, amendments to Regulation No. 4216 "Puerto Rico Police Personnel Regulations" were submitted to the Department of State for publication. This, to address the implementation of Law 65-2021, which amended Articles 1.02, 1.11 and 2.07 of Law 20-2017, as amended, known as the "Law of the Department of Public Safety of Puerto Rico", in order to authorize the entry of any person eighteen (18) years of age or older to the Puerto Rico Police Bureau, among other safeguards.

   In response to Federal Court Order (2575), a meeting was held with the parties and the prospective selected university, on March 4, 2024, to discuss the curriculum and overall implementation process. Subsequently, the parties requested additional information for evaluation, which was submitted on March 13, 2024. PRPB is currently awaiting the outcome of the parties' evaluation in order to



execute the process of notifying the participating universities. This, in such a way that PRPB can finalize the agreement, start with the contracting phase and establish a start date.

b.  The Puerto Rico Department of Public Safety and the Puerto Rico Police Bureau defined the Project Sub-Plan to implement viable strategies that contribute to the incentive, retention, and professional development of Police Members. These strategies have a projected implementation date of December 2024. The following initiatives are listed for implementation:

   i.   Increased toll incentives.
   ii.  Incentives for the purchase of uniforms.
   iii. Increased health plan contributions.
   iv.  Increase the employee's contribution percentage to the 106 Plan.

c.  Civilization: The Puerto Rico Police Bureau developed the first phase of an automated system to manage civilization. This phase of the system was promoted to production on December 31, 2023, after the Human Resources Bureau completed the test cycles. This system provides a functionality to update the list of Police Members who perform administrative functions in the Puerto Rico Police Bureau and the positions to be recruited. The system includes a form to detail the functions performed by each Member of the Police. The immediate supervisor will complete this form so that the employee can later confirm the information. The Classification Division will conduct an audit process for forms that yield inconsistent information. This form was implemented on January 15, 2024. The preliminary results establishes that 700 Members of the Police are performing administrative functions. A total of 686 employees are being evaluated to determine the final number of police officers who are performing administrative functions.

The second phase of the civilization system is under development, which will make possible to document the match of the recruited civilian personnel with the released Police Members to operational duties. This phase will also document other related processes, such as: The transition process and training between civilians and members of the police;  the implementation of the change management workshop, provided by the Psychology Division, for



each released Police Member; the follow-up process carried out by the Assistant Superintendent of Professional Responsibility, which will help certify that Police Members released through the civilization process continue in operational duties.

To complete the recruitment of 111 civilian positions to free up 111 members of the Police who perform administrative duties, it is reported that the Department of Public Safety, with the PRPB's Human Resources Bureau, resumed the recruitment effort. It is reported that 74 civilians have been recruited, resulting in the release of 35 members of the Police. The remaining release is in process.

It is mentioned that 17 jobs classes are currently in the process of being recruited. For these job classes, 1,614 applications have been received. 41% (660) of the applications received were qualified, resulting in the selection of 173 candidates. Among these candidates, 76 were appointed, 22 are set to be appointed soon, and 58 are currently in the process of background checks. 17 candidates declined after the offer.

To reach the stated goal of recruiting an additional 1,000 civilian resources to free up 1,000 police officers (500 by August 2024 and 500 by June 2025), transitional staff were hired to form a team dedicated to the recruitment process. As of October 30, 2023, the team consisted of 6 HR Analysts and 2 Administrative Employees. In addition to this, the Department of Public Safety signed the Manual of Procedures for Recruiting Candidates to Replace Police Officers in Administrative Functions, which details the procedures to be followed for the recruitment of civilian personnel. On November 14, 2023, the Department of Public Safety received authorization from the Office of Administrative and Human Resources Transformation (OATRH) to publish the necessary job calls for the recruitment of the 1,000 civilians.

Regarding to the institution of the Medical Board, the Department of Public Safety solicited proposals from several candidates to serve on the Medical Board. DSP is currently in the process of interviews.

d. Resource Distribution: AH Datalytics defined and developed Dashboards to monitor the distribution of personnel in critical units.



The dashboards include the Distribution of Staffing Requirements for Critical Units, the Estimated Retirement Projection, the Supervisory Ratio for Field Operations Police Stations, and the PRPB Employee List.

The data and functionalities necessary to update the personnel needs in the Critical Units were updated in the system. Currently, the Personnel Redeployment Committee is evaluating the boards to conduct the Monitoring exercises that could result in the Distribution of Resources to the balance of critical units.

On November 27, 2023, the Puerto Rico Police Bureau successfully automated the transfer process, allowing employees to request transfers through the automated SITA system. Subsequently, on January 30, 2023, the second phase of automation was implemented, so that the transfer requested by the employee is formalized and goes through the corresponding approval flow. In the monitoring process, the system presented more than 650 transactions requesting transfers between the Superintendencies SAOC, SAOC, SAOE and SARP.

e. Supervisor Promotions: On December 5, 2023, the Department of Public Safety certified the availability of funds for the First Lieutenant and Captain promotions. Later, the Promotion to Captain exam was held. This in the month of February 2024. 102 First Lieutenants aspired of which 100 took the exam; 90 passed the exam, but after the review processes this amounted to 92 approved candidates. The Supervisory training before assuming the new rank was also conducted in February 2024.

Currently, the Promotion Board is working with the next rank to be promoted: First Lieutenant, preparing the exam questions. The Notice for Examination was issued on February 20, 2024. So far, 403 applicants have applied. The exam date is scheduled for May 4, 2024.

2. On December 12, 2023, the parties met to discuss the methodology of paragraph 21. The USDOJ circulated a proposal with modifications to the methodology. The parties are currently in the process of reviewing the proposed draft for eventual submission to the Court for approval.



3. On February 21, 2024, General Order Chapter 200, Section 213, entitled, "Professional Career," was referred to the parties for review. This, in order to channel compliance with paragraph 21.

4. In January 2024, biweekly meetings were instituted between the Office of Reform and the Office of the Federal Monitor for the purpose of discussing the status of each paragraph of the Agreement, defining the actions necessary to achieve compliance, and jointly bringing the Bureau into substantial compliance.



## Use of Force

PRPD officers shall use force in accordance with the rights, privileges, and immunities secured or protected by the Constitution or laws of the United States and the Commonwealth of Puerto Rico and shall prohibit the use of unreasonable force. PRPD shall develop policies and procedures that enable officers to rely primarily on non-force techniques to effectively police; use force only when necessary; and de-escalate the use of force at the earliest possible moment.

**Steps taken during the review period for the implementation of the Agreement and its progress:**

1. On November 3, 2023, the "Compliance Plan Tracker" was submitted to the Federal Court, covering 62 non-compliant paragraphs corresponding to CMR8. The "Compliance Plan Tracker" defines specific tasks to bring paragraphs to substantial compliance. It includes 4 paragraphs from the Use of Force Area. These are: 42, 49, 51 and 57. The implementation of the defined tasks are in progress.

   a. In support of the compliance for paragraph 42, as of January 1, 2024, a new form for the Performance Evaluation of Police Members was implemented, which integrates the use of force as part of the evaluation criteria. 10,913 Rank System employees were evaluated as of today. For 585 employees the evaluation process is pending. For this the Human Resources Bureau is determining the next steps.

   b. In support of the compliance for paragraph 51, on January 31, 2024, the monitor shared with the Office of Reform (on a virtual meeting), that the parties agreed on an interim determination regarding the deadlines for FIU, to conclude its administrative investigations within a period of 60 calendar days. Prior to their final implementation, these changes will be evaluated through CRM-10 and CRM-11. These decisions were considered for the development of the FIU module and the improvements to the self-monitoring system, both of which are in the testing phase according to the dates of the plan.

   c. In support of the compliance for paragraph 57, in January 2024, the implementation of the CIT expansion plan began for the 13 Police areas, managing to recruit 18 new officers for the Caguas area. During the period covered by this report, the following areas are in



the process of expansion: Aguadilla, Mayagüez, Utuado, Aibonito, Guayama, Fajardo, Ponce and Humacao.

2. In support of the compliance for paragraph 52: In November 2023, a curriculum was developed and approved for the training of the Commissioner's Use of Force and Use of Force Boards in the areas. Training began on March 4, 2024, with the aim of covering the 13 Police areas by the end of March 2024.

3. On December 12, 2023, the parties met to discuss the methodology of paragraphs 41, 49 and 51. The USDOJ circulated a proposal with modifications to the methodology. The parties are currently in the process of reviewing the proposed draft for eventual submission to the Court for approval.

4. As of December 30, 2023, the PRPB trained 10,676 (98%) Police Members in Use of Force. This is part of the annual in-service training, which maintains compliance with paragraphs 53 and 55. Additionally, in January 2024, the annual in-service training began with the Use of Force training (2,895 – 26%) integrating the technological component.

5. As of December 30, 2023, the PRPB trained and re-trained 100% of the Police Members assigned to the Crisis Intervention Team. This is part of the compliance with paragraph 56.

6. As of December 30, 2023, the PRPB trained and re-trained 100% of Police Members assigned to SWAT and DOT Units. This is part of the training of the specialized units.

7. In January 2024, biweekly meetings were instituted between the Office of Reform and the Office of the Federal Monitor for the purpose of discussing the status of each paragraph of the Agreement, defining the actions necessary to achieve compliance, and jointly bringing the Bureau into substantial compliance.

8. In support of the compliance for paragraph 54: From January 2024 to the date of this report, for the Regulatory Shooting training, it is reported that 2,013 (18%) members of the police were trained in Day Shooting and 858 (8%) in Night Shooting.



9.  In support of the compliance for paragraph 52: On February 7, 2024, the Commissioner's Use of Force Review Board presented the process to stabilize the backlog for the review of Use of Force investigation cases referred by FIU since 2020. This backlog amounts to 254 cases. To address this backlog, the Board defined an operational action plan to respond to such cases. From December 2023 to the date of this report, 46% of cases (118) were completed. On the other hand, on February 8, 2024, PPR forms 502.7 and 502.8 were developed in the Use of Force module to streamline the documentation effort by the Use of Force Board, both forms are expected to be promoted to production environment by March 2024. Both processes seek to stabilize the backlog and maximize operational efforts by the SFRB.

10. In support of the compliance for paragraph 48, on February 26, 2024, the CIC multi-thematic trainings for FIU were implemented, which are projected to culminate during the month of March 2024.

**Response to concerns raised in previous Monitor reports:**

1.  The Puerto Rico Police Bureau, in the status report submitted to the Court for September 30, 2023, confirmed that 94% of the population had completed the annual training on the Use of Force. We request that it be taken into consideration for the evaluation of the use-of-force training paragraphs.



## Searches and Seizures: Internal Controls and Accountability

PRPD shall ensure that all investigatory stops, searches, and arrests are conducted in accordance with the rights, privileges, or immunities secured or protected by the Constitution and laws of the United States and the Commonwealth of Puerto Rico. PRPD shall ensure that investigatory stops, searches, and arrests are conducted as part of effective crime prevention strategies that are consistent with community priorities for enforcement.

**Steps taken during the review period for the implementation of the Agreement and its progress:**

1. As of December 30, 2023, PRPB trained 10,794 (99%) Police Members in Searches and Seizures and 10,804 (99%) in Arrests and Citations. This is part of the annual in-service training, which advances compliance with paragraphs 78 and 79.

2. The tasks defined for the implementation Plan to comply with Searches and Seizures Paragraphs 58 - 79 are in progress. During the evaluation period, the following was achieved:

   a. Improvements were defined to be made in forms 126.2 "Complaint Card" and 621.1 "Incident Report". The improvements identified will help PRPB streamline the collection of information from searches and seizures, specifically what is required in paragraph 60. The information extracted from the GTE forms will be graphed to determine significant trends to identify and correct deficiencies. Both forms were shared with the Office of the Federal Monitor for approval, which was granted. It is important to note that the forms are being updated in the GTE automated system, for which they are projected to be in production environment by the end of March.

   a. Expert resources were identified in the Auxiliary Superintendencies of Field Operations, Criminal Investigations and Special Operations for the institution of the Design Committee, which will allow the updating of the training curricula including the technological component.

   b. As of February 2024, the Reform Office is designing an Information Bulletin aimed for all Members of the Police, on how to correctly articulate the probable cause. This bulletin will be disseminated by



the end of the month (March 2024), through Info Access, which must be discussed Prior to the Shift or in the Monthly Meetings.

    c.   The Office of Reform began drafting the Monitoring Plan for Compliance and Sustainability of the Searches and Seizures Plan. Compliance Paragraphs 58-79.

    d.   Regarding the pilot project that conducts physical inspections of files at the work units, during the evaluation period, approximately forty files corresponding to Searches and Searches in the Northern Region were inspected. Inspections are intended to validate compliance with current policies and procedures.

3.  In January 2024, biweekly meetings were instituted between the Office of Reform and the Office of the Federal Monitor for the purpose of discussing the status of each paragraph of the Agreement, defining the actions necessary to achieve compliance, and jointly bringing the Bureau into substantial compliance.

**Response to concerns raised in previous Monitor reports:**

1.  Regarding the evaluation of paragraph 72, it is established that PRPB received a legal opinion from the PR Department of Justice that establishes that the Fifth Amendment rights of citizens are not being violated by signing Form 636.1.



Equal Protection and Non-Discrimination

PRPD shall ensure that police services are delivered equitably, respectfully, and free of unlawful bias, in a manner that promotes broad community engagement and supports effective crime prevention. In conducting its activities, PRPD shall ensure that members of the public receive equal protection of the law, without bias based on race, color, ethnicity, national origin, religion, gender, disability, sexual orientation, gender identity, gender expression, or political ideology or affiliation, and in accordance with the rights, privileges, or immunities secured or protected by the Constitution and laws of the United States and the Commonwealth of Puerto Rico.

**Steps taken during the review period for the implementation of the Agreement and its progress:**

1. As of December 30, 2023, PRPB trained 10,775 (99%) Police Members in Equal Protection and Non-Discrimination. This is part of the annual in-service training, which continues compliance with paragraphs 81 and 90.

   It is important to mention that PRPB began the implementation of the Collaboration Agreement between the PRPB, the Office of Human Resources Administration and Transformation (OATRH) and the University of Puerto Rico Bayamón Campus (UPR-Bayamón); for the development of virtual training that will be implemented in the first half of 2024, such as the Equal Protection and Non-Discrimination training.

4. As of December 30, 2023, PRPB trained 81% and re-trained 96% of Police Members assigned to Domestic Violence Units. This is part of the training of specialized units, which supports compliance with paragraphs 93 and 94.

5. As of December 30, 2023, PRPB trained 75% and re-trained 86% of the Police Members assigned to the Sexual Assault Units. This is part of the training of the specialized units, which supports compliance with paragraphs 93, 94 and 96.

6. Improvements to be made were defined in forms 126.2 "Complaint Card", 621.1 "Incident Report" and 621.2 "Report of Other Services". The identified improvements will help PRPB optimize the collection of demographic information from stakeholders. This for the creation of statistical databases. It is important to know that the forms are being updated in the GTE automated system. Compliance paragraph 83.



7. The REA 501 <u>Cadet Aspiring Recruitment</u> Training is under review for implementation. The review is projected to be completed in March 2024 to continue compliance with Paragraph 84.

8. A meeting with the NIBRS team was scheduled for March 27, 2024. This will detail the technological requirements that the PRPB needs to obtain the certification and to submit the reports to the FBI. Once the details are obtained, the next steps will be defined.

9. Hate Crime.
    a. Policies and Procedures: Revised Chapter 600 Section 630 policy on **Identification and Investigation of Hate Crimes and Incidents.** This policy is awaiting signature by the PRPB Commissioner.

    b. Technological aspects: Hate Crime Module. After the evaluation of the current module, all the improvements that were recommended according to hate crime investigations were sent to the Technology Division and the C2S Company. The units have documented their hate crime cases in the current module. This to obtain reliable data and maintain transparency about these types of cases. The Hate Crime platform is in its development phase and will be delivered for testing to the working unit before March 22, 2024. The module will be used for agents of Assaults, Sexual Crimes, Property Crimes, Homicides and Robberies. Community Relations Coordinators will have access to the module to enter their participation in terms of their Work Plan, quality of support and prevention to affected communities. Within the hate crime module, femicides and trans femicides based on gender will be documented. The management of cases and statistics on cases of femicide and transfeminism protected under Law No. 40-2021 will be conducted. There will be an interface between the Hate Crime, Domestic Violence, Sex Crimes and SARP modules. An email identified as [crimendeodio@policía.pr.gov](mailto:crimendeodio@policía.pr.gov) was created. The purpose of the email is for the citizens to report incidents or situations motivated by prejudice. The hate crime module will have a referral tray for SARP and the Office of Psychology and Social Work. Currently, the Assistant Superintendent of Education and Training is in the process of setting up a design committee to outline the training that will impact all Police members. The Datalytics team is developing the Hate Crime statistics. In addition, a booklet on hate crime was designed for public dissemination for guidance and prevention. This is in graphic development.



10. During the period covered by this report, it was shown that PRPB has conducted over 14 activities, island wide, which focus on the dissemination of information on immigration laws. These activities are documented in the Community Policing Module.

11. The general order Chapter 600 Section 624 on Transgender and Transsexual Interaction was revised in December 2023 and started effectiveness on January 15, 2023.

12. The PRPB created a dashboard within the Self-Monitoring Section where complaints received related to incidents in Youth Institutions are displayed. This measures the compliance with the 5-day notification to the relevant agencies as outlined in the Agreement. A Microsoft FORMS template was created with the core information to obtain the dates of receipt of information and the notifications to the Department of Justice and the Department of the Family. Notifications to both agencies are through a created email identified as: incidentesinstjuveniles@Policía.pr.gov. This process is currently in place, and they channel compliance with paragraph 92.

13. The tasks defined for the implementation of the Sexual Assault and Domestic Violence Plan are in progress. During the evaluation period, the following was achieved:

    a. Review and publication of General Orders within the scope of the plan: 118, 622, 627 and 644.
    b. Definition of requirements for the improvement of the sexual assault, domestic violence and hate crime modules. These requirements were approved by the work units and their development began.
    c. The Assistant Superintendent of Education and Training began the process of establishing the Design Committee with expert resources to update the training curriculum.
    d. The Sub-Project Plan was created for the creation and/or redesign of Interview Rooms for victims of sexual assault and/or domestic violence in the thirteen police areas. This began its execution; it is currently in the process of contracting the firms that will manage the project.
    e. The Sub-Project Plan was created for the integration of the Employee Assistance Program with the Domestic Violence and Sexual Assault Units. This began its execution by impacting the units with the Vicarious Trauma subject.



f.  The Reform Office began drafting the Monitoring Plan for the compliance and sustainability of the Sexual Assault and Domestic Violence Plan.

14. In January 2024, biweekly meetings were instituted between the Office of Reform and the Office of the Federal Monitor for the purpose of discussing the status of each paragraph of the Agreement, defining the actions necessary to achieve compliance, and jointly bringing the Bureau into substantial compliance.

**Response to concerns raised in previous Monitor reports:**

1. Related to paragraph 83, it was in partial compliance until CMR-8 (from 2019 to 2022), due to the collection of information, however, in CMR-9 it became non-compliant. We request that the compliance of the paragraph be reviewed. PRPB understands that the same operational processes have been implemented on a consistent basis. This to maintain paragraph compliance.

2. Related to paragraphs 85, 86 and 98, in CMR 9 we were assessed with Non-Compliance status, even though we have the policy implemented and one of the objectives was net. Therefore, we request reevaluation of the paragraph to Partial Compliance, according to the evaluation parameters that have been previously used.



Recruitment, Selection and Hiring

PRPD shall develop a comprehensive recruitment and hiring program that successfully attracts and hires qualified individuals. PRPD shall develop a recruitment policy and program that establishes clear guidance and objectives for recruiting police officers and clearly and transparently allocates responsibilities for recruitment efforts.

**Steps taken during the review period for the implementation of the Agreement and its progress:**

1. Specifically, regarding the task of the Project Sub-Plan approved for the implementation of Law 65; On December 22, 2023, amendments to Regulation No. 4216 "Puerto Rico Police Personnel Regulations" were submitted to the Department of State for publication. This, to address the implementation of Law 65-2021, which amended Articles 1.02, 1.11 and 2.07 of Law 20-2017, as amended, known as the "Law of the Department of Public Safety of Puerto Rico", in order to authorize the entry of any person eighteen (18) years of age or older to the Puerto Rico Police Bureau,  among other safeguards.

   In response to the Federal Court Order (2575), a meeting was held with the parties and the prospective selected university, on March 4, 2024, to discuss the curriculum and overall implementation process. Subsequently, the parties requested additional information for evaluation, which was submitted on March 13, 2024. PRPB is currently awaiting the outcome of the parties' evaluation to execute the process of notifying the participating universities. This, in such a way that the PRPB can finalize the agreement, start with the contracting phase, and establish a start date.

2. On March 1, 2024, the Promotion Committee for the Recruitment of Aspiring Cadets was updated. The next meeting is scheduled for April 2, 2024.

   Promotion Committee for the Recruitment of Aspiring Cadets

   - Sergeant. Brian P. Deese Cortés #8-36145, Recruitment Division Director, President.
   - Lt. Colonel. Angel L. Viera Mendoza #2-15479, Education and Training Assistant Commissioner.



- Colonel. Roberto Rivera Miranda #1-13305, Criminal Investigations Assistant Commissioner.
- Colonel. Rolando Trinidad Hernandez #1-21368, Reform Office Director.
- Lt. Colonel. Iris J. Colón Santiago # 2-14066, Community Relations Bureau Director
- Ms. Michelle Moure Torres, Human Resources Bureau Interim Manager
- Sergeant. Axel Valencia Figueroa # 8-24403, Press Office Director
- Ms. Yahaira Pérez Román, Commissioner Office.
- Dr. María del Pilar Rodríguez Vélez, spokesperson for the Central Citizen Interaction Committee.

3. On March 14, 2024, the Recruitment Division updated the Strategic Recruitment Plan (draft). The plan defines the efforts that are being implemented to attract qualified applicants. The Plan was shared with the Spokespersons of the Citizen Interaction Committee to receive recommended strategies to attract a diverse group of applicants. This draft will be discussed at the meeting with the Promotion Committee for the Recruitment of Aspiring Cadets set for April 2, 2024. Compliance with paragraphs 102 and 103.

4. In January 2024, biweekly meetings were instituted between the Office of Reform and the Office of the Federal Monitor for the purpose of discussing the status of each paragraph of the Agreement, defining the actions necessary to achieve compliance, and jointly bringing the Bureau into substantial compliance.



## Policies and Procedures

Policies and procedures shall reflect and express PRPD's core values and priorities and provide clear guidance to ensure that officers and civilian employees lawfully, effectively, and ethically serve the community. PRPD shall develop comprehensive and agency-wide policies and procedures to ensure consistency with, and full implementation of, each requirement of this Agreement. These policies and procedures shall define terms clearly, comply with applicable law, and comport with accepted policing practice. PRPD shall apply policies uniformly and hold officers accountable for complying with policies and advancing PRPD's core values and priorities.

**Steps taken during the review period for the implementation of the Agreement and its progress:**

1. In December 2023, the PRPB completed the development of the Info Access module. This module provides the Police Member the opportunity to receive and read the Bureau's Policies and Procedures (general orders, regulations, manuals, protocols, among other official communication). Info Access will help to ensure that the shared documents are received and read by relevant staff. At the same time, Info Access will document the action by measuring compliance with the consumption of the shared documentation.

   On March 1, 2024, a statement was issued via Reforma Informa urging the use of technological tools (Info Access) as of 3/1/2024. The Reform Office is developing tutorials to support Supervisors in the effective execution of the task.

   All the above advances the implementation of paragraphs 114 and 115.

2. Policies and Procedures from October 1, 2023, to February 29, 2024

   <u>Signed by the Commissioner</u>

   October 2023

   - General Order Chapter 100, Section 145, entitled: "Maritime Surveillance Division" was passed on October 11 and effective October 31, 2023.
   - General Order Chapter 300, Section 308, entitled: "Employee Assistance Program (PAE)" was approved on October 11, 2023, and effective October 31, 2023.



- General Order Chapter 400, Section 412, entitled: "Audio Recordings" was passed on October 11, 2023, and effective October 31, 2023.

  December 2023

- General Order Chapter 600, Section 623, entitled: "Police Pursuits" was passed on December 1, 2023, and effective December 15, 2023.

- General Order Chapter 600, Section 624, entitled: "Interaction with Transgender and Transsexual Persons" was passed on December 1, 2023, and effective December 15, 2023.

- General Order Chapter 600, Section 626, entitled: "Intervention with Foreign Persons" was passed on December 1, 2023, and effective December 15, 2023.

- Administrative Order 2023-004 to Expand the Scope of General Order 300-304, Rules and Procedures for the Annual Nomination, Selection and Award of Outstanding Employees in the Puerto Rico Police Force.

- Information Exchange Protocol for the Feedback of Components of the Criminal Justice System of Puerto Rico.

  January 2024

- General Order Chapter 100, Section 118, entitled: "Division of Gender-Based Violence and Youth Affairs" was passed on January 3, 2024, and effective January 15, 2024.

- General Order Chapter 600, Section 622, entitled: "Investigation of Incidents of Sexual Offenses and Child Abuse" was passed on January 3, 2024, and effective January 15, 2024.

- General Order Chapter 600, Section 627, entitled: "Investigation of Domestic Violence Incidents" was passed on January 3, 2024, and effective January 15, 2024.

- General Order Chapter 600, Section 644, entitled: "Investigation of Employee Domestic Violence" was passed on January 3, 2024, and January 15, 2024.



- Administration Order 2024-04 Operational Guidelines for the Care of Victims of Domestic Violence in Police Facilities on January 31, 2024.

    February 2024

- General Order Chapter 100, Section 114, entitled: "Auxiliary Superintendence in Professional Liability" was approved on February 5, 2024, and effective February 15, 2024.

- On February 21, 2024, the Call for Information Brochures, and Annexes to the Lieutenant I Exam were published.


3. Progress of Policies submitted to the Monitor and DOJ for review and/or approval memorandum.

- October 2, 2023, General Order Chapter 600, Section 615, entitled: Police Pursuits, was referred to the parties for a memorandum of approval." On October 23, 2023, a memorandum of approval was received from the Monitor.

- On October 6, 2023, General Order Chapter 600, Section 615, entitled: "Arrests and Citations" with Exhibits A and B, Forms: PPR-615.1 through PPR-615.10, was forwarded to the parties. On October 23, 2023, comments were received from the Monitor.

- October 10, 2023, General Order Chapter 600, Section 619, entitled, "Vehicular Interventions," was referred to the parties for review. On October 23, 2023, comments were received from the Monitor.

- October 10, 2023, General Order Chapter 100, Section 108, entitled: "Auxiliary Superintendence in Education and Training," was referred to the parties for review. On October 23, 2023, comments were received from the Monitor.

- October 10, 2023, General Order Chapter 700, Section 704, entitled: "Meetings and Newsletters" and its forms: PPR-7041, PPR-704.2, PPR-704.3, were referred to the parties for review. On October 23, 2023, comments were received from the Monitor. On January 2, 2024, comments were received from the Monitor. On January 31, 2024, a memorandum of approval was received from the Monitor. Pending signature.

- October 10, 2023, General Order Chapter 700, Section 703, entitled: "Training and Retraining" with Exhibits I, II, III and its forms: PPR-703.1, PPR-703.2, was referred to the parties for review. On February 26, 2024, a memorandum of approval was sent to the parties for request. On October 23, 2023, comments were received from the Monitor.

- On October 12, 2023, the SAEA Student Internal Regulations were sent to the parties for review. On October 23, 2023, comments were received from the Monitor.

- October 12, 2023, General Order Chapter 700, Section 702, entitled: "Preservice Training Program" and its forms: PPR-702.1 through PPR-702.17, were referred to the parties for review. On October 23, 2023, comments were received from the Monitor.

- On October 13, 2023, the Regulations to amend Section 12.2 of Article 12 of Regulation No. 4216 of May 4, 1981, as amended, known as the Personnel Regulations of the Puerto Rico Police, were referred to the parties for review. On October 23, 2023, comments were received from the Monitor. On October 27, 2023, it was referred to the parties for a request for an approval memorandum. On November 3, 2023, it was again referred to the parties for a request for an approval memorandum.

- November 22, 2023, General Order Chapter 600, Section 630, entitled: "Identification and Investigation of Hate Crimes and Incidents. On January 12, 2024, it was referred to the parties for review. On January 31, 2024, a memorandum of approval was received from the Monitor. Pending signature.

- November 22, 2023, General Order Chapter 100, Section 154, entitled: "Protective Order Processing Operations Center (COPOP)" and its forms: PPR-154.1 PPR-154.2, were referred to the parties. On January 12, 2024, General Order Chapter 100, Section 154, entitled: "Protective Order Processing and Operations Center," was referred to the parties for review. On January 31, 2024, a memorandum of approval was received from the Monitor. Pending signature.

- December 1, 2023, General Order Chapter 800, Section 801, entitled: "Citizen Interaction Committees," was referred to the parties. On 15 December 2023, comments were received from the Monitor.



- December 1, 2023, General Order Chapter 800, Section 803, entitled: "Community Policing" and its forms: PPR-803.1 through PPR-803.7, were referred to the parties. On 15 December 2023, comments were received from the Monitor.

- On December 1, 2023, General Order Chapter 800, Section 805, entitled: "Community Outreach and Public Information Program" and its forms: PPR-805.1, PPR-805.2, were referred to the parties. On 15 December 2023, comments were received from the Monitor.

- On December 1, 2023, General Order Chapter 100, Section 105, entitled, "Bureau of Stolen Vehicle Investigations," was referred to the parties. On 15 December 2023, comments were received from the Monitor. On December 19, 2023, it was referred to the parties for a request for an approval memorandum. On January 2, 2024, a memorandum of approval was received from the Monitor.

- December 11, 2023, General Order Chapter 700, Section 701, entitled: "Field Training Program. On 26 December 2023, comments were received from the Monitor. On January 31, 2024, the Monitor's approval memorandum was received at the OG. On February 26, 2024, the following forms were sent to the parties for review: PPR-701.1, PPR-701.2. On January 12, 2024, the OG was referred to the parties for a memorandum of approval. Pending signature.

- December 14, 2023, General Order Chapter 600, Section 617, entitled: "Code of Ethics" and Schedule I, were referred to the parties. On 26 December 2023, comments were received from the Monitor. On 22 January 2024, it was referred to the parties. On 31 January 2024, the Monitor's comment was received in Annex I. On February 5, 2024, the Schedule I form was submitted for approval memorandum request.

- On December 14, 2023, the Regulations for the Detention of Controlled Substances Program were sent to the parties. On 26 December 2023, comments were received from the Monitor.

- December 21, 2023, General Order Chapter 700, Section 704, entitled, "Monthly Meetings and Newsletters," was referred to the parties for a memorandum of approval. On January 19, 2024, it was referred to the parties for a request for an approval memorandum.

- December 21, 2023, General Order Chapter 700, Section 702, entitled: "Pre-Service Training Program," was referred to the parties. On January 2, 2024,



a memorandum of approval was received from the Monitor. Pending signature.

- On January 11, 2024, the Regulations to regulate the Use and Management of the Tablet Reading System by NPMPs were sent to the parties. On 31 January 2024, comments were received from the Monitor. On February 5, 2024, it was referred to the parties for a request for an approval memorandum. On February 26, 2024, the Monitor's approval memorandum was received. On February 29, 204, it was referred to the DSP, for further processing.

- January 12, 2024, General Order Chapter 600, Section 607, entitled: "Investigation of Incidents of Sex Crimes Committed by PRPB Employees," was referred to the parties for review. On January 31, 2024, a memorandum of approval was received from the Monitor. Pending signature.

- January 19, 2024, Form PPR-502.3, entitled: "Review of Field Investigations of Use of Force Incidents" and PPR-502.4, entitled: "Final Determination of the Incident," were forwarded to the parties for review.

- January 29, 2024, General Order Chapter 600, Section 628, entitled: Crisis Intervention, was referred to the parties for review.

- January 29, 2024, Forms PPR-113.1 to PPR-113.12 were sent to the parties. On February 11, 2024, a memorandum of approval was received from the Monitor.

- January 31, 2024, General Order Chapter 600, Section 649, entitled: "Integrity Test," was referred to the parties for review. On 3 November 2023, comments were received from the Monitor. On 11 February 2024, comments were received from the Monitor.

- February 9, 2024, General Order Chapter 500, Section 503, entitled: "Specialized Tactics Division Evaluation Board and its forms: PPR-503.1 through 503.4. On February 26, 2024, a memorandum of approval was received from the Monitor.

- February 9, 2024, Form PPR-126.2, entitled: "Complaint Card," was sent to the parties for review. February 26, 2024, approval memorandum was received from the Monitor.



- February 21, 2024, General Order Chapter 200, Section 213, entitled, "Professional Career," was referred to the parties for review.

- February 21, 2024, General Order Chapter 300, Section 305, entitled, "Rank System Transfer Transactions," was referred to the parties for review.

- February 26, 2024, General Order Chapter 100, Section 108, entitled: "Auxiliary Superintendence in Education and Training," was sent to the parties for a memorandum of approval.

4. In January 2024, biweekly meetings were instituted between the Office of Reform and the Office of the Federal Monitor for the purpose of discussing the status of each paragraph of the Agreement, defining the actions necessary to achieve compliance, and jointly bringing the Bureau into substantial compliance.



## Training

PRPD shall ensure that every PRPD officer and employee receives effective and comprehensive training that ensures they understand their responsibilities, the scope of their authority, and PRPD policy, and are able to fulfill these responsibilities and police effectively. Qualified trainers and instructors shall deliver instruction through accepted methods and techniques that are approved by UCCJ and are designed to achieve clear and articulated learning objectives. Trainers and instructors shall utilize accepted evaluation methods approved by UCCJ to assess proficiency and competency.

**Steps taken during the review period for the implementation of the Agreement and its progress:**

1. The PRPB, with the guidance of Monitor Rita Watkins, is developing the training needs analysis tool as part of the implementation of paragraph 118.

2. As of December 30, 2023, the PRPB trained 10,585 (97%) Police Members in the annual 40-hour in-service training. This is in the courses of Use of Force, Searches and Seizures, Arrests and Citations, Equal Protection and Non-Discrimination, Community Policing and Equal Employment Opportunity. The foregoing follows paragraph 129. Additionally, in January 2024, annual in-service training began with the Use of Force (2,895 – 26%) and Community Police (2,767 – 25%) trainings integrating the technological component.

3. PRPB developed a document detailing the training requirement for the eleven areas of compliance with the Agreement. This document defines the population, periodicity, modality, and provider for each training. It is under review by the parties. With this document, PRPB proceeded to design the training track required by paragraph 129. The training track was approved by Monitor Rita Watkins, communicating that it complies with the requirement.

4. In December 2023, PRPB completed the development of the Monthly Meetings module with the purpose of documenting in a centralized and automated way the monthly meetings that support the training and qualification of all Members of the Police. This, as part of the fulfilment of the objectives of paragraph 132. On March 1, 2024, an official communication was issued via Reforma Informa urging the use of technological tools as of 3/1/2024. The Reform Office is developing tutorials to support Supervisors in the effective execution of the task.



5.  PRPB began the implementation of the Collaboration Agreement between the PRPB, the Office of Human Resources Administration and Transformation (OATRH) and the University of Puerto Rico Bayamón Campus (UPR-Bayamon); for the development of virtual training that will be implemented in the first half of 2024, such as the Equal Protection and Non-Discrimination training and the CIT Dispatchers training.

6.  Regarding the Police Training Management System (PTMS), improvements were made to the system to address urgent needs related to training compliance reporting. We also continued to collect requirements to start the development of the new platform. This channels compliance with paragraphs 133 and 134.

7.  PRPB continues with the implementation of the Training Sustainability Plan and the Annual In-Service Training Supplemental Plan approved by the parties, submitted to the Court in March 2023. As part of the plan, is reported that the equipment delivered to the Assistant Superintendence in Education and Training to continue the compliance with the Agreement is the following:

| Item | Delivery Date | Quantity | Purpose |
|---|---|---|---|
| Compact Vehicles | 10/6/2023 | 22 | Training Coordinators |
| Confidential Vehicles | 10/19/2023 | 2 | Training |
| Laptop | 12/12/2023 | 25 | Training |
| (Desktops) [12th] Generation Intel Core i9-12900 | 9/8/2023 | 87 | Equipment Upgrade |
| Dell 27 Monitors P2722H 68.6cm "27") | 9/8/2023 | 87 | Equipment Upgrade |
| APC Backups Pro BX1000M-LM60 U–S - AC 120–V - 600 Watt – 1000 Battery Back UPS 1000VA Contract 20-299C | 9/8/2023 | 87 | Equipment Upgrade |

In the requisition process are training equipment, emergency equipment, office equipment and supplies, technology equipment, medical equipment, equipment for facilities and data infrastructure.



8.  In January 2024, biweekly meetings were instituted between the Office of Reform and the Office of the Federal Monitor for the purpose of discussing the status of each paragraph of the Agreement, defining the actions necessary to

achieve compliance, and jointly bringing the Bureau into substantial compliance.

**Response to concerns raised in previous Monitor reports:**

1. At CMR-9, objective five of paragraph 127 was not assessed. In a virtual meeting with Monitor Rita Watkins, held on 02/16/2024, the Monitor stated that objective #5 should be marked as Accomplished. That it understands that in CMR-10 will be correctly.



## Supervision and Administration

PRPD shall ensure that an adequate number of qualified first-line supervisors are deployed in the field to allow supervisors to provide close and effective supervision to each officer under the supervisor's direct command, to provide officers with the direction and guidance necessary to improve and develop as police officers, and to identify, correct, and prevent misconduct.  PRPD shall develop policies for supervision that set out clear requirements for supervisors and are consistent with accepted policing practices.

**Steps taken during the review period for the implementation of the Agreement and its progress:**

1. On November 3, 2023, the "*Compliance Plan Tracker*" was submitted to the Federal Court, covering 62 non-compliant paragraphs corresponding to CMR8. The "*Compliance Plan Tracker*" defines specific tasks to bring paragraphs to substantial compliance. It includes fourteen paragraphs from the Supervision and Administration Area. These are: 135-140, 147-153 and 157. The implementation of the defined tasks is in progress.

2. During the evaluation period and as part of the Paragraph 13 Implementation Plan, AH Datalytics developed dashboards to visualize the distribution of front-line supervisors resulting in the measurement of the ratio between supervisors and supervisees. This action supports compliance with paragraph 137.

3. As of December 30, 2023, PRPB trained 2,274 (97%) Supervisors (Sergeant to Colonel Ranks) in Equal Employment Opportunity. This is part of the annual in-service training, which maintains sustained compliance with paragraph 144.

4. In January 2024, biweekly meetings were instituted between the Office of Reform and the Office of the Federal Monitor for the purpose of discussing the status of each paragraph of the Agreement, defining the actions necessary to achieve compliance, and jointly bringing the Bureau into substantial compliance.

5. The updated performance evaluation following OG 310 was implemented on January 1, 2024. To this end, in the month of December, all employees were informed about the deployment of the performance evaluation and the duties of each one. Mandatory roll call training was also conducted for the entire population, including supervisors. As of January 3, 2024, 11,143



employees had taken the disseminated roll call training. Currently, 10,913 employees were evaluated because of the implementation. For 585 employees the evaluation process is pending. For this the Human Resources Bureau is determining the next steps. This effort advances the implementation of paragraphs 145 and 146.

6. On January 31, 2024, General Order Chapter 600, Section 649, entitled, "Integrity Test," was referred to the parties for review. On November 3, 2023, comments were received from the Monitor. On 11 February 2024, comments were received from the Monitor. In March 2024, PRPB officials traveled to the New Orleans Police Department with the intention of reviewing the integrity audit processes, to continue the development of the policies and procedures applied to the PRPB. Compliance paragraph 157.

7. As of February 2024, the Reform Office is designing an Informative Bulletin aimed at the ranks of Sergeant to Colonel on the Duties of the Supervisor. This Newsletter will be disseminated by the end of March 2024, through Info Access, which must be discussed Prior to the Shift or in the Monthly Meetings. This is to continue compliance with paragraphs 136 – 140.

8. On February 19, 2024, 5 resources were designated to be part of the Unit that will administer the early intervention system. This follows paragraph 149. This unit will be attached to the Reform Office.

9. On March 13, 2024, the C2S company presented an updated version of the Early Intervention System (EIS) for implementation. At the same time, the PRPB continues to look for viable alternatives that will allow compliance with this requirement, as part of the Information Systems Corrective Action Plan. Compliance paragraphs 147 – 153.

**Response to concerns raised in previous Monitor reports:**

1. A review of the methodology in paragraphs 136 - 140 is requested, specifically the form of evaluation for the compliance target number 6. This is to define an objective measure that will allow PRPB to demonstrate compliance. Currently, the objective seeks perception, which results from the impression of each interviewee.

2. We request the re-evaluation of paragraph 156. PRPB understands that it should be substantial compliance following the compliance methodology under paragraph 154.



## Civilian Complaints, Internal Investigations and Discipline

PRPD shall ensure that all allegations of officer misconduct are received and are fully and fairly investigated; that all investigative findings are supported by a preponderance of the evidence; and that all officers who commit misconduct are held accountable pursuant to a disciplinary system that is fair and consistent. PRPD shall develop policies and practices for the intake, investigation, and adjudication of misconduct complaints against PRPD officers. These policies and practices shall comply with applicable law and comport with accepted policing practices and shall include the requirements set out below.

**Steps taken during the review period for the implementation of the Agreement and its progress:**

1. On November 3, 2023, the "Compliance Plan Tracker" was submitted to the Federal Court, covering 62 non-compliant paragraphs corresponding to WRC8. The "Compliance Plan Tracker" defines specific tasks to bring paragraphs to substantial compliance. It includes seven paragraphs from the Area of Administrative Complaints, Internal Investigations and Discipline. These are: 168, 173, 179, 182, 189, 196 and 202. The implementation of the defined tasks is in progress.

   a. In support of the compliance for paragraphs 168, 173 and 179, the analysis, design, development, and initial phase of testing for SARP's automated systems was completed, fulfilling the tasks planned for this period as planned. In the coming period, it is planned to implement the changes in production environment and conduct resource training.

   b. Technical documentation was initiated and approved; it will lead us to make improvements in the automated systems. This to make sure the administrative investigations and criminal investigations, involving members of the Police, are conducted in parallel.

   c. It is identified that all Supervisors are trained in the courses applicable to paragraph 202: Burnout and Employee Assistance Program. Therefore, the pending training to comply with the requirement of paragraph 202 was resumed. 1,541 Supervisors will be trained in the Vicarious Trauma course by June 30, 2024.



d.   On December 12, 2023, the parties met to discuss the methodology of paragraph 179. The USDOJ circulated a proposal to modify the methodology. The parties are currently in the process of reviewing the proposed draft for eventual submission to the Court for approval.

e.   As of December 30, 2023, PRPB trained 98% and re-trained 100% of the Police Members assigned to the Auxiliary Superintendence in Professional Responsibility, in the course of REA 114 and REA 114R. This is part of the specialized units training, which supports compliance with paragraphs 177, 194 and 196.

f.   In support of the compliance for paragraph 179, on February 7, 2024, staff was added to expedite the final review of the investigation.

2.   In support of the compliance for paragraph 179, on December 15, 2023, the Commonwealth confirmed to the parties that, as agreed on November 3, 2023, 8 attorneys were assigned to work in the Office of Legal Affairs to help reduce the backlog in the review and adjudication process of administrative investigations completed by SARP. Subsequently, the Reform Office, with the Director of the Office of Legal Affairs, defined the work plan to meet the agreed percentages of 75% by June 30, 2024, and 95% by September 30, 2024. As part of the plan, a total of 779 complaints were identified in arrears for the period between 2005 and 2023. As of today, the Office of Legal Affairs has completed total of 290 cases, which represents 37% of the total number of complaints in arrears. The workload was work by seven attorneys.

3.   In January 2024, biweekly meetings were instituted between the Office of Reform and the Office of the Federal Monitor for the purpose of discussing the status of each paragraph of the Agreement, defining the actions necessary to achieve compliance, and jointly bringing the Bureau into substantial compliance.



**Response to concerns raised in previous Monitor reports:**

1. It is requested to apply progress to the following paragraphs considering that the training objective with REA 114 and REA 114R were met: 160, 163, 164, 166, 177, 194, 197, 198, 200, 201.



## Community Engagement and Public Information

PRPD shall create robust community relationships and engage constructively with the community to ensure collaborative problem-solving, ethical, and bias-free policing, and more effective crime prevention. PRPD shall integrate community and problem-oriented policing principles into its management, policies and procedures, recruitment, training, personnel evaluations, tactics, deployment of resources, and systems of accountability. PRPD shall engage the public in the reform process through the dissemination of public information on a regular basis.

**Steps taken during the review period for the implementation of the Agreement and its progress:**

1. On November 3, 2023, the "Compliance Plan Tracker" was submitted to the Federal Court, covering 62 non-compliant paragraphs corresponding to CMR8. The "Compliance Plan Tracker" defines specific tasks to bring paragraphs to substantial compliance. It includes eight paragraphs from the Area of Community Engagement and Public Information. These are: 208, 211, 212, 213, 214, 215, 216 and 217. The implementation of the defined tasks is in progress.

2. In support of the compliance for paragraph 208, on October 5, 2023, a control and monitoring process was established through the self-monitoring created by the company AH Datalytics. With this, the quality of the data in the Community Police System is being analyze, supporting the supervision process.

3. In support of the compliance for paragraph 215, on December 14, 2023, a "Town Hall Meeting" was held in the Municipality of Caguas, coordinated by the Office of the Federal Monitor in collaboration with the PRPB. In the meeting there was participation of citizens and various sectors of the communities, including the participation of community leaders, members of the Citizen Interaction Committee, Community Safety Councils, local government, federal agencies, community-based organizations and FE, and the media, among others.

4. As of December 30, 2023, PRPB trained 10,775 (99%) Police Members in Community Policing. This is part of the annual in-service training, which channels compliance with paragraph 205. This includes the correct use of the Community Policing System and its five (5) modules. Additionally, in January 2024, the annual in-service training began with the training of



Community Policing (2,767 – 25%) integrating the technological component. Instructors were trained for this purpose.

5. In support of the compliance for paragraphs 214-217, on December 30, 2023, the Community Outreach and Public Information Program was designed and developed with the participation and integration of PRPB press staff.

6. In support of the compliance for paragraph 217, the Crime Statistics were published on December 30, 2023. Use of up-to-date, published, and transparent statistics through a systematic process.

7. In January 2024, biweekly meetings were instituted between the Office of Reform and the Office of the Federal Monitor for the purpose of discussing the status of each paragraph of the Agreement, defining the actions necessary to achieve compliance, and jointly bringing the Bureau into substantial compliance.

8. In support of the compliance for paragraph 211, members of the Citizen Interaction Committees were trained and certified on January 13, 2024, through the Multi-Thematic. They were also given the corresponding IDs to perform their duties.

9. In support of the compliance for paragraph 213, an orientation session was held on January 13, 2024, for members of the Citizen Interaction Committees, with the aim of enabling them to present recommendations on policy, recruitment, and training.

10. In support of the compliance for paragraph 208, on January 26, 2024, the training curricula was revised by SAEA to ensure that it includes the S.A.R.A. Problem Solving Model and the use and management of the Community Police Automated System.

11. In support of the compliance for paragraphs 205-206, on January 29, 2024, the structure of Community Police Coordinators in the thirteen (13) Police Areas, was designed and implemented. The purpose of the structure is to provide direct assistance in each Police area, to institutionalize and monitor the work of the Compliance Area. Also, the structure supports the follow-up of the work and the monitoring of the documentation presented in the modules of the Community Police System. This is to keep the Area Commanders and the Central Coordinator of Community Police informed



about the activities conducted in their areas; monitor and provide recommendations to improve the quality of the data in the modules and support the information requirement process. The above among other related functions.

Below is a breakdown of the structure:

- 1 Central Community Police Coordinator

- 3 coordinators per Police Area (Officer, Sergeant, and Agent)

- 1 Central Facilitator of Central Citizen Interaction Committees

- 1 facilitator of Citizen Interaction Committees by Police Area

- 1 facilitator per Precinct, District and Specialized Units

- 1 Press Office agent per Police Area

12. In support of the compliance for paragraph 216, the following reports were published on the PRPB website on January 30, 2024, as required:

    a. Paragraph 213. Citizen Interaction Committee Annual Report 2023
    b. Paragraph 208. PRPB Alliances Annual Report

13. In support of the compliance for paragraphs 214 and 215, on January 30, 2024, the dates of the Community Meetings and Conversations for the year 2024 were published in the PRPB Virtual Library Calendar as established in the Agreement.

14. In support of the compliance for paragraphs 205-217, on February 12, 2024, in a virtual meeting with the monitor, the need to review the methodology was identified and agreed upon. It is currently in the proposal analysis phase by the monitor's team.

15. In support of the compliance for paragraphs 205-206. On February 13, 2024, the selection and appointment of the Central Community Policing Coordinator approved by the PRPB Commissioner was achieved, in compliance with General Order 803.



**Response to concerns raised in previous Monitor reports:**

1.  Consideration is requested to raise paragraphs 208 and 213 to partial compliance because of the publication of the reports that was conducted in accordance with the requirements of the objectives.



## Information Systems and Technology

PRPD shall establish information systems and utilize technology to support the implementation of this Agreement in an efficient and effective manner.

**Steps taken during the review period for the implementation of the Agreement and its progress:**

1. Public Reports: The Puerto Rico Police Bureau (PRPB) updated the Bureau's website. Significant improvements were made to the format, with a new image and functionality that is more interactive and easier to navigate. In addition, the reporting area was redirected to the following address: https://Policía.pr.gov/estadisticas

2. Implementation of the Technology Corrective Action Plan: For the evaluation period, the following was achieved:

    a. Governance: The Puerto Rico Police Bureau in conjunction with the Department of Public Safety managed the hiring of several companies that will support the implementation of the initiatives required in the PRPB's Technology Corrective Action Plan, in February 2024.

    b. RMS: The functional and technical requirements for the acquisition and implementation of the RMS were documented. In addition, the document with the request for proposals (RFP) for the acquisition of the RMS was published on January 15, 2024.

    c. Technology Team for the Academy: The Technology and Communications Bureau distributed technology equipment to meet the needs of the Academy. In addition, training centers were set up in the police areas and the headquarters to comply with the offer of training that includes technological components such as systems and/or modules that help and support the administrative, operational, and investigative tasks of the Bureau.

    d. Data Communications Network: the Communications Division, together with the Technology Division, implemented improvements in the PRPB's Corporate Network in terms of security and bandwidth expansion in the Police Areas of Bayamón, San Juan, Carolina, Caguas, Fajardo, Humacao and Guayama.



    e. Resources and Technology Personnel: The Puerto Rico Police Bureau and the Department of Public Safety began hiring for the civilization project in technology, hiring personnel who will replace the personnel of rank in the Police Areas such as Technology Coordinators and Information Systems Technicians. In addition, to comply with the requirements of the Corrective Action Plan, the following personnel were hired:

        i. Network Engineer
        ii. Project Managers
        iii. Solutions Architect
        iv. Business Analyst
        v. Information Systems Security Officer

    f. Mobility and Personal Security: The Puerto Rico Police Bureau hired the integration architect, and the technological innovation work team for the Technology and Communications Bureau was established.

    g. Other Technology Projects: PRPB implemented the new performance evaluation system (PROMEDIA) for Police members.

3. AH-Datalytics: As part of the data analytics initiative included in the PRPB Corrective Action Plan, AH Datalytics (AHD) has created analytical tools and implemented data-driven strategies, approaches, and management systems to support compliance with the Reform Agreement, resulting in an agency capable of self-monitoring, identify and improve the services to the community.

The following is a summary of the work done by AH Datalytics (AHD) for the reporting period:



| Dashboard | Description | Date |
|---|---|---|
| Administrative Complaints Statistics (Public Version, Spanish and English) | This Dashboard presents the statistics of Administrative Complaints created since 01/01/2019. The data elements include the classification of the complaint received, the type of complainant, the mode of receipt, the status of the complaint, and comparison of the current year with years prior to the same date.<br><br>**Paragraphs related to the Agreement:** 173, 176, 179, 188, 243 (d) | October 2023 |
| Community Policing: Formal Alliances & Informal | This Dashboard helps supervisors, administrators, and managers at different hierarchical levels to monitor the implementation, compliance, and follow-up of collaborative work through partnerships with government agencies, community-based organizations, the private sector, other law enforcement agencies, the media, educational organizations, and the beneficiary communities themselves.<br><br>**Paragraphs related to the Agreement**: 205-217. | October 2023 |
| Community Policing: Orientations and Approaches | This Dashboard helps supervisors, administrators, and managers at different hierarchical levels to monitor the implementation, compliance, and follow-up of community orientation and outreach initiatives. These initiatives provide the PRPB with the opportunity to approach and interact with communities, provide space and time to inform the services being provided and provide prevention, education, and information to the public and the tools necessary to effectively respond to crime incidence in the community and improve the quality of life.<br><br>**Paragraphs related to the Agreement**: 205-217 | October 2023 |
| Community Policing: Quality Issues | This Dashboard helps supervisors, administrators, and managers at different hierarchical levels to monitor the implementation, compliance, and follow-up of quality-of-life issues identified in communities.<br>These initiatives provide the PRPB with coordinating and developing efforts to address factors that may influence or encourage criminal activity or that contribute to the perception of insecurity in communities.<br><br>**Paragraphs related to the Agreement**: 205-217 | October 2023 |
| Community Policing: S.A.R.A. Project | This Dashboard helps supervisors, administrators, and managers at different hierarchical levels to monitor the implementation, compliance, and follow-up of SARA Projects in communities.<br><br>**Paragraphs related to the Agreement**: 205-217 | October 2023 |

| Dashboard | Description | Date |
|---|---|---|
| Community Policing Statistics | This Dashboard presents the statistics of the initiatives conducted in the communities.<br><br>**Paragraphs related to the Agreement**: 205-217. | November 2023 |
| Reform Stat | This Dashboard shows the PRPB's compliance with your Consent Decree over time, by section and subsection. This is an internal tool to assist the Reform Office in managing the implementation and enforcement of the Consent Decree and communicating progress to stakeholders.<br><br>**Paragraphs related to the Agreement**: All | November 2023 |
| Resource Need (Paragraph 13) | This Dashboard collaborates with the Action Plan on Requirement 13 of the Agreement. The main objective is to visualize the need and distribution of the Bureau's staff.<br><br>**Paragraphs related to the Agreement:** 13, 81, 135-140, 205-206 | December 2023 |
| Youth Institutions | This Dashboard provides details of incidents related to abuse and maltreatment originating in juvenile correctional institutions.<br><br>**Paragraphs related to the Agreement**: 92. | January 2024 |
| Use of Force and CFRB Investigations | This Dashboard presents statistics and details of incidents where there was use of force. Specifically, incidents that FIU (Use of Force Investigation Unit) and the Commissioner's UDF Review Board (CFRB) investigate within the time stipulated in the Reform Agreement.<br><br>**Paragraphs related to the Agreement**: 51-52 | January 2024 |
| SITA Task Data Quality | This Dashboard collaborates with the Action Plan on Requirement 13 of the Agreement. The main objective is to visualize the quality of the data used to visualize the need and distribution of the Bureau's personnel.<br><br>**Paragraphs related to the Agreement**: 13, 81, 135-140, 205-206 | February 2024 |
| Adjudication Statistics | This Dashboard presents detailed information on compliance with the Reform Agreement related to the Adjudication of Administrative Complaints created since 01/01/2019.<br><br>**Paragraphs related to the Agreement**: 173, 176, 179, 188, 243 (d) | February 2024 |

| Dashboard | Description | Date |
|---|---|---|
| Foul Statistics Non-Punitive | This Dashboard presents the statistics of Non-Punitive Offenses awarded to Members of the Puerto Rico Police Bureau (MPRPB).<br><br>**Paragraphs related to the Agreement**: 164, 201 | February 2024 |
| Detail Fouls Non-Punitive | This Dashboard shows detailed information on Non-Punitive Offenses awarded to Members of the Puerto Rico Police Bureau (MPRPB).<br><br>**Paragraphs related to the Agreement**: 164, 201 | March 2024 |

4. NCIC: A succession plan was activated; it was designated Sergeant Figueroa as the TAC Leader. In addition, two new resources were added to the section of the TAC at the central level. Personnel were designated as NCIC Coordinator and Assistant Coordinator in each of the thirteen police areas. SAEA will identify three resources that will be trained by the FBI, then PRPB will proceed with the selection of personnel who will be trained and certified by the FBI. Also, SAEA will identify the personnel that will be part of the training design committee. The following staff will attend the DES INS Instructor Development course from Monday, March 18, 2024, to Monday, March 25, 2024, at SAEA Academy in Gurabo:

Aibonito Command Area
• Agte. Roberto Ortiz Gutierrez license badge 26484
• Agte. Dennisse V. Rodríguez Collazo badge 30077 (WILL NOT ATTEND HAS THE 2017 COURSE)

Aguadilla Command Area
• Agte. Areliz Acevedo Guerrero license badge 28712
• Agte. Ismael Díaz Rivera license badge 29126

Arecibo Command Area
• Agte. Víctor M. Cruz Olivo license badge 23689
• Agte. José L. Gerena Quiñones badge 26323

Bayamón Command Area
• Agte. Gerardo Torres Figueroa badge 22079
• Agte. Daniel Vázquez Vázquez license badge 28603

Caguas Command Area
• Agte. Jose E. Gonzalez Rivera badge 23852
• Agte. Mayra Montañez Noel license badge 26939
Carolina Command Area



• Agte. Carlos M. Espada Mateo badge 25676 (WILL NOT ATTEND HAS THE 2016 COURSE)
• Agte. Miguel A. Corahanis Vélez badge 30402

Fajardo Command Area
• Agte. Imara Rivera Piñero license badge 34056
• Agte. Viviana L. Dones Pérez license badge 34680

Guayama Command Area
•Sergeant. Marangeli Meléndez Rivera 8-28080 (WILL NOT ATTEND THE HAS 2016 COURSE)
• Agte. Luis F. Vázquez Surén 26112 (WILL NOT ATTEND HAS THE 2014 COURSE)

Humacao Command Area
• Agte. Lizzy I. Rivera Ramirez license badge 25363
•Agte. Santos J. García Estrada license badge 27129 (WILL NOT ATTEND HAS THE 2016 COURSE)

Mayagüez Command Area
• Agte. Héctor I. Pérez Rojas, license badge 22559
• Agte. Radames Ponce Bracero badge 27288

Ponce Command Area
• Agte. Pedro Rodríguez Colón badge 16850
• Agte. Angel Anaya Gonzalez badge 30939

San Juan Command Area
• Agte. Josué D. Rivera Morales badge 28285
• Agte. Eddie W. Ortiz Rodriguez badge 31999

Utuado Command Area
•Sergeant. Gabriel Nieves Ayala 8-28544
• Agte. Javier Andújar Vázquez 25944

Terminal Agency Coordinator (TAC) Section
•Sergeant. Stephanie Figueroa Gomez 8-36487
•Sergeant. Luis E. Beltrán Santiago 8-36549
• Agte. Glamaris Fuentes Acevedo 35416



Police Members assigned to NCIC: 29

• Police Members Trained with DES INS: 05

• Police Members cited per course: 24

## Conclusion

Based on the data collected in the Self-assessment Report presented for the evaluation period, it is evident that the Puerto Rico Police Bureau is making positive progress in the direction of compliance with the Sustainable Reform Agreement. This, through key actions such as the institution and implementation of the Project Plans submitted to the Court, the biweekly meetings with the Federal Monitors and the definition of additional tasks that support compliance with the requirements, among others. These affirmative steps not only reinforce PRPB's commitment to excellence, but also strengthen PRPB's position to meet future challenges effectively. PRPB will continue to evaluate and improve the operational execution by aligning it with regulatory standards and best practices, thereby ensuring continued progress toward the goals of compliance and excellence, as a Bureau in service to Puerto Rico.

