G&M Balli Services, LLC
5160 Royal Fern Circle
Tallahassee, Florida 32317

February 22 – March 21, 2024

INVOICE # 2024-03
ASSISTANT SPECIAL MASTER
March 2024 INVOICE

Tasks Completed

| Hours | Description | Amounts |
|---|---|---|
| 8 | Drafted/reviewed/researched/translated numerous documents as needed; Discussed/edited documents related to orders of the Court, and the parties regarding recurring issues and OSM projects. | $1,200 |
| 9 | Drafted, reviewed, and responded to texts, emails and other documents and communications with respective parties, the OSM and the Court. | $1,350 |
| 11 | Zoom meetings and/or phone calls with OSM and other parties. | $1,650 |
| 26 | In-person meetings/presentations with NOPD and PRPB in New Orleans, LA; 03/04-07/2024. | $3,900 |
| 18 | Researched and collaborated (emails/zoom/texts/phone calls) with parties and NOPD to develop an agenda and coordinate on-site visit in support of Integrity Tests to New Orleans, LA. | $2,700 |
| Travel Expense | Rental Car; travel from/to Tallahassee, FL/New Orleans, LA. NOTE: Due to airline flight cancellation w/in 8 hrs of departure, a rental car was obtained. Cost of rental car was less than flight ($737.20). | $427.47 |
| Travel Expense | Lodging 03/04 - 03/07/2024, Government rate $184.00 per night plus tax. | $644.43 |
| Travel Expense | Fuel for rental car. | $110.34 |
| Travel Expense | Meals and Incidental expenses, 03/04 – 03/07/2024, government rate $74.00/day, and travel days ¾ rate at $55.50/day. | $259.00 |
| 72 |  | $12,241.24 |

Total Hours- 72                    Total Wages Due -   $12,241.24

I hereby certify the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master. I further certify I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

*Gilberto Balli*            *Alejandro del Carmen*            4/01/2024
Gilberto Balli              S/Alejandro del Carmen

Monday, April 1, 2024 at 15:48:37 Eastern Daylight Time

**Subject:** Your trip confirmation (TLH - MSY)
**Date:** Friday, February 23, 2024 at 4:03:03 PM Eastern Standard Time
**From:** American Airlines
**To:** GBALLI@LIVE.COM

American Airlines home



Issued: February 23, 2024

# Your trip confirmation and receipt

We charged $737.20 to your card ending in 5713 for your ticket purchase.

You can check in via the American app 24 hours before your flight and get your mobile boarding pass.

Confirmation code: **JYRSLU**

## Monday, March 4, 2024

**TLH**
Tallahassee
6:15 AM

AA 3586
Operated by Envoy Air
as American Eagle

**MIA**
Miami
7:38 AM

Seat: **8C**
Class: **Economy (G)**
Meals:

**MIA**
Miami
9:14 AM

AA 4170
Operated by Envoy Air
as American Eagle

1 of 7

**MSY**
New Orleans
10:28 AM

Seat: **11A**
Class: **Economy (G)**
Meals:

Thursday, March 7, 2024

**MSY**
New Orleans
7:00 AM

AA 1470

**DFW**
Dallas/Fort Worth
8:48 AM

Seat: **19D**
Class: **Economy (G)**
Meals:

**DFW**
Dallas/Fort Worth
10:27 AM

AA 3651
Operated by Envoy Air as American Eagle

**TLH**
Tallahassee
1:42 PM

Seat: **10D**
Class: **Economy (G)**
Meals:

Manage your trip

# Earn 50,000 bonus miles

Plus great travel benefits. Terms Apply.

Learn more

## Your purchase

**Gilberto Balli - AAdvantage® #: 0K2\*\*\*\***

New ticket (0012118831283) $737.20
[$640.00 + Taxes & carrier-imposed fees $97.20]

**Total cost** $737.20

## Your payment

MasterCard (ending 5713) $737.20

**Total paid** $737.20

## Bag information

| Checked Bag (Airport) | | Checked Bag (Online*) | |
|---|---|---|---|
| TLH - MSY | | TLH - MSY | |
| 1st bag | No charge | 1st bag | No charge |
| 2nd bag | No charge | 2nd bag | No charge |

TLH - MSY
Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 50 pounds or 23 kilograms

For information regarding American Airlines checked baggage policies, please visit: Bag and optional fees

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. Bag and optional fees
If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 4 hours) before departure.

Carry-on bags (American Airlines)

Monday, April 1, 2024 at 15:46:19 Eastern Daylight Time

**Subject:** Trip Cancellation
**Date:** Sunday, March 3, 2024 at 11:15:33 PM Eastern Standard Time
**From:** American Airlines
**To:** gballi@live.com





Confirmation code: **JYRSLU**

**Your trip was canceled on March 03, 2024 at 10:07 PM (CT).**

Keep in mind, if you:

- Canceled within 24 hours of initial ticket purchase, and at least 2 days before departure, we'll process your refund automatically.

- Booked with AAdvantage® miles, and your trip is eligible, we'll reinstate your miles automatically. Check your account.

- Didn't book directly with American, contact your travel agency or original booking source to rebook.

*For eligible AAdvantage® members who canceled a Basic Economy ticket, you may receive a partial refund in the form of a travel credit. Learn about cancellations and changes

## GILBERTO BALLI

Ticket number: 0012121437277

## GILBERTO BALLI

Ticket number: 0012118831283

**For other canceled trips, you have remaining credit to use on future travel.**

**Flight Credit**: You can look up your Flight Credit on aa.com with your ticket number or view credit in your AAdvantage® account if you're an AAdvantage® member. Keep this email which includes your ticket number needed when you're ready to rebook.

**Trip Credit**: If applicable, you will receive a separate email with your Trip Credit details.

Contact us

Privacy policy

Download the American app




2 of 3

© 2024 American Airlines, Inc. All Rights Reserved.



Please do not reply to this email address as it is not monitored. This email was sent to gballi@live.com.

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward this email to us with an explanation.

For all other questions about bookings or upcoming trips, visit our contact page. Contact American >

oneworld is a registered trademark of oneworld Alliance, LLC.

**1 - Gas**

```
BUC-EE
20403 County Road 68
   Robertsdale  AL
     (979)-238-6390
Te     :02
Ap   : 76703Z


PUMP No.              16
GALLONS           10.660
PRICE/G           $2.879
TOTAL FUEL        $30.69
Regular
TOTAL SALE        $30.69
3/4/2024
```

**2 - Gas**

```
BUC-EE'S
20403 County Road 68
   Robertsdale  AL
     (979)-238-6390
Term: 102
Appr : 74362Z


PUMP No.              12
GALLONS           15.064
PRICE/G           $2.919
TOTAL FUEL        $43.97
Regular
TOTAL SALE        $43.97
```

**3 - Gas**

```
MARATHON PETRO181545
00000181545
3626 MAHAN DRIVE
TALLAHASSEE      , FL
03/07/2024 649428162
12:58:08 PM

XXXX XXXX XXXX 6236
M/C
INVOICE 125616
AUTH 00-55813Z
REF420080307241256

*** REPRINT *** REPRINT *** REPRINT ***
PUMP# 1

REGULAR        10.498G
PRICE/GAL       $3.399

FUEL TOTAL  $  35.68

           --------
       TOTAL = $ 35.68
*** REPRINT *** REPRINT *** REPRINT ***

CREDIT      $  35.68

MASTERCARD
AID: A0000000041010
ARQC: 3CEC5F1420CECB3B
COMPLETION
Entry: TAP
Batch: 42 Seq Num: 8
              JOIN
```



**Residence Inn® New Orleans French Quarter Central Business District**
360 St. Charles Avenue, New Orleans, LA  P 504.522.0360
**Marriott.com/MSYNF**

| | | |
|---|---|---|
| Gilberto Balli | Room: 702 | |
| 5160 Royal Fern Cir | Room Type: KSTE | |
| Tallahassee FL 32317-7496 | Number of Guests: 1 | |
| Fed Court | Rate: $184.00 | Clerk: CRH |
| Arrive: 04Mar24   Time: 01:58PM | Depart: 07Mar24   Time: 06:00AM | Folio Number: 67896 |

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 04Mar24 | Room Charge | 184.00 | |
| 04Mar24 | Stadium and Exhibit | 7.36 | |
| 04Mar24 | Orleans Parish Tax | 9.20 | |
| 04Mar24 | State Sales Tax | 10.03 | |
| 04Mar24 | Convention and Tourism Tax | 3.22 | |
| 04Mar24 | Occupancy Tax | 1.00 | |
| 05Mar24 | Room Charge | 184.00 | |
| 05Mar24 | Stadium and Exhibit | 7.36 | |
| 05Mar24 | Orleans Parish Tax | 9.20 | |
| 05Mar24 | State Sales Tax | 10.03 | |
| 05Mar24 | Convention and Tourism Tax | 3.22 | |
| 05Mar24 | Occupancy Tax | 1.00 | |
| 06Mar24 | Room Charge | 184.00 | |
| 06Mar24 | Stadium and Exhibit | 7.36 | |
| 06Mar24 | Orleans Parish Tax | 9.20 | |
| 06Mar24 | State Sales Tax | 10.03 | |
| 06Mar24 | Convention and Tourism Tax | 3.22 | |
| 06Mar24 | Occupancy Tax | 1.00 | |
| 07Mar24 | Visa | | 644.43 |

Card #: VIXXXXXXXXXXXX5472/XXXX
Card Type: VISA Card Entry: MANUAL Approval Code: 04423D

**BALANCE:**    0.00

**Marriott Bonvoy Account # XXXXX0952.** Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy account statement or your online statement for updated activity.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

To plan your next stay, visit ResidenceInn.com.



**Rental Agreement #** 3LHPPM

## Renter Information

**Renter Name**
GILBERTO BALLI

**Renter Address**
TALLAHASSEE, FL 32317
USA

## Trip Information

| Pickup | Return |
|---|---|
| Monday, March 4, 2024    7:53 AM | Thursday, March 7, 2024    1:05 PM |
| TALLAHASSEE EAST | TALLAHASSEE EAST |
| 3404 MAHAN DR | 3404 MAHAN DR |
| TALLAHASSEE, FL 32308-5667 | TALLAHASSEE, FL 32308-5667 |
| USA | USA |

## Vehicle Information

**GCHE**

**License #:** KCTD89
**State/Province:** FL
**Unit #:** 8DT6LT
**Vehicle #:** PC544827

**Vehicle Class Driven**
Standard SUV 5 door/Automatic/Air

**Vehicle Class Charged**
Standard SUV 5 door/Automatic/Air

**Odometer Mileage/Kilometers**

**Starting:** 36903    **Ending:** 37687

**Total:** 784

**Fuel**

**Starting:** 7/8    **Ending:** FULL

## Renter Charges

| | | |
|---|---|---:|
| **Rental Rate** | Time & Distance  4 Day at $101.99 / Day | $407.96 |
| **Add-Ons** | Discount (5.00%) | ($20.40) |
| **Mileage** | Unlimited Mileage | Included |
| **Taxes and Fees** | Sc Rec - Fl Surchg Recov ($2.00 / Day) | $8.00 |
| | Sales Tax (7.50%) | $29.83 |
| | Vehicle License Fee Recovery ($0.50 / Day) | $2.00 |
| | Fl Waste Tire & Battery Fee ($0.02 / Day) | $0.08 |
| **Total** | | **$427.47** |

(Subject to audit)

Amount charged on March 7, 2024 to MASTERCARD (5713)    ($427.47)
  APN: 4D6173746572263617264
  AID: A0000000041010
  Verified: Signature
  Entry: Chip
  TSI: E800

**Amount Due**    **$0.00**

Thank you for renting with Enterprise Rent-A-Car

**We appreciate your business!**

This email was automatically generated from an unattended mailbox, so please do not reply to this e-mail.

If you have any questions about your rental, please view our Frequently Asked Questions or send us a secured message by visiting our Support Center