OFFICE OF THE FPMPR LLC.
B-5 Calle Tabonuco Suite 216 PMB 292
Guaynabo, Puerto Rico 00968

March 4, 2024

Travel Expenses by the members of the Office of the FPMPR LLC. for February 2024:

| NAME | AMOUNT | MONTH |
|---|---|---|
| 1. John Romero | $1,840.58 | February 2024 |
| 2. Denise Rodriguez | $2,093.70 | February 2024 |
| 3. Donald S. Gosselin | $2,728.90 | February 2024 |
| 4. Al Youngs | $1,884.97 | February 2024 |
| 5. Scott Cragg | $1,327.75 | February 2024 |
| 6. Hipolito Castro Jr | $2,680.58 | February 2024 |
| 7. Rita Watkins | $1,847.82 | February 2024 |
|  |  |  |
| **TOTAL:** | **$14,404.30** | February 2024 |
|  |  |  |