

FPM TRAVEL REIMBURSEMENT COVER SHEET

Name: John Romero

Invoice number: 116T

Invoice date: February 24, 2024

Site visit travel dates: February 19-23, 2024

**Total travel reimbursement amount**  $1,840.58

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_signature: John Romero_                                              February 24, 2024

Signature                                                              Date

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $496.42 | 1 | $496.42 |
| Baggage | $ | 0 | $0 |
| Ground Transportation (Uber/Lyft/Taxi) |  |  | $0 |
| Ground Transportation (Parking) | $ | 0 | $0 |
| Ground Transportation (Mileage) | $0.67 | 82 | $54.94 |
| Lodging | $192.93 | 4 | $771.72 |
| Per Diem (Travel Days) | $86.25 | 2 | $172.50 |
| Per Diem (Full Days) | $115.00 | 3 | $345.00 |
| Other: |  |  |  |
| Total |  |  | $1,840.58 |

# COURTYARD
## Marriott

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR 00907
T 787.721.7400
F 787.723.0068

Mr John Romero
2301 Pacific Ave
Costa Mesa CA 92627
United States

Room: 0701
Room Type: KSTE
No. of Guests: 1
Rate: $ 160.00   Clerk: 9996

Marriott Rewards #   756834271

CRS Number   95096801

Name:

Arrive:  02-19-24       Time:  02:25 PM       Depart:  02-23-24       Folio Number:  765498

| Date | Description | Charges | Credits |
|---|---|---|---|
| 02-19-24 | Package | 160.00 | |
| 02-19-24 | Destination Fee | 17.00 | |
| 02-19-24 | Government Tax | 15.93 | |
| 02-20-24 | COMEDOR- Guest Charge (Breakfast) | 4.95 | |
| 02-20-24 | Package | 160.00 | |
| 02-20-24 | Destination Fee | 17.00 | |
| 02-20-24 | Government Tax | 15.93 | |
| 02-21-24 | COMEDOR- Guest Charge (Breakfast) | 4.95 | |
| 02-21-24 | Package | 160.00 | |
| 02-21-24 | Destination Fee | 17.00 | |
| 02-21-24 | Government Tax | 15.93 | |
| 02-22-24 | COMEDOR- Guest Charge (Breakfast) | 4.95 | |
| 02-22-24 | Package | 160.00 | |
| 02-22-24 | Destination Fee | 17.00 | |
| 02-22-24 | Government Tax | 15.93 | |
| 02-23-24 | COMEDOR- Guest Charge (Breakfast) | 4.95 | |
| 02-23-24 | American Express | | 791.52 |
| | Card #  XXXXXXXXXXX1003 | | |

**COURTYARD**
**Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR 00907
T 787.721.7400
F 787.723.0068

Mr John Romero
2301 Pacific Ave
Costa Mesa CA 92627
United States

Room: 0701
Room Type: KSTE
No. of Guests: 1
Rate: $ 160.00   Clerk: 9996

Marriott Rewards #   756834271

CRS Number   95096801

Name:

Arrive: 02-19-24        Time: 02:25 PM        Depart: 02-23-24        Folio Number: 765498

| Date | Description | Charges | Credits |
|---|---|---|---|
| | Balance | | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today. Start earning points and elite status, plus enjoy exclusive member offers. Enroll today at the front desk.

*Feb 24* (handwritten)


# Gmail

John Romero <jrrjjr.romero@gmail.com>

## JetBlue booking confirmation for JOHN J ROMERO - MMQYKN
1 message

**JetBlue Reservations** <jetblueairways@email.jetblue.com>  
Reply-To: JetBlue Reservations <reply@email.jetblue.com>  
To: jrrjjr.romero@gmail.com

Sat, Nov 11, 2023 at 9:05 PM

Check out the details for your trip on Sun, Feb 18

Français | Español

**jetBlue**

#3486580574

# You're all set to jet.

And, your continued loyalty is what keeps us flying high. Thanks again for being a Mosaic member.

# Your Flight Itinerary

## Your JetBlue confirmation code is MMQYKN

| LAX ▶ FLL | Flight 700 | | Sun, Feb 18 | Mon, Feb 19 |
| jetBlue | | ✈ | 11:59pm — 7:50am |
| | | | Terminal: 5 | |

| FLL ▶ SJU | Flight 253 | | Mon, Feb 19 | Mon, Feb 19 |
| jetBlue | | ✈ | 10:00am — 1:35pm |
| | | | Terminal: 3 | |

SJU ▶ FLL  **Flight 1754**
jetBlue

Fri, Feb 23
**5:08pm** — **7:01pm**
Terminal: A

FLL ▶ LAX  **Flight 2501**
jetBlue

Fri, Feb 23
**8:49pm** — **11:58pm**
Terminal: 3

Get the latest entry and travel requirements for your trip.

# Your Traveler Details

## JOHN J ROMERO

Los Angeles
**LAX**

Fort Lauderdale
**FLL**

**TrueBlue Number:** 3486580574

**Ticket number:** 2792138383629

**Flight #** 700

**Fare:** Blue

**Seat:** 7C EVEN MORE SPACE

**Notes:** Even More® Space

Manage my booking

Fort Lauderdale
**FLL**

San Juan
**SJU**

**TrueBlue Number:** 3486580574

**Ticket number:** 2792138383629

**Flight #** 253

**Fare:** Blue

**Seat:** 2C EVEN MORE SPACE

**Notes:** Even More® Space

Manage my booking



**San Juan**
**SJU**

Fort Lauderdale
**FLL**

TrueBlue Number: 3486580574

Ticket number: 2792138383629

Flight # 1754

Fare: Blue

Seat: 3D EVEN MORE SPACE

Notes: Even More® Space

Manage my booking

Fort Lauderdale
**FLL**

Los Angeles
**LAX**

TrueBlue Number: 3486580574

Ticket number: 2792138383629

Flight # 2501

Fare: Blue

Seat: 7C EVEN MORE SPACE

Notes: Even More® Space

Manage my booking

# Bag Allowance (per traveler)

**LAX ▶ SJU**

| Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|
| Free | Free | Free Mosaic Perk | Free Mosaic Perk |

**SJU ▶ LAX**

| Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|
| Free | Free | Free Mosaic Perk | Free Mosaic Perk |

Size and weight limits apply. See full details on our Bag Info page.

Free checked bag benefit for Mosaic members applies to JetBlue-operated flights only.

Additional charges may apply.

**Need to check more than 2 bags?** Additional bags can be added during check-in (starting 24 hours before departure) or at the airport.

## Payment Details

Master XXXXXXXXXXX1805

**Purchase Date:** Nov 11, 2023
Request full receipt

| | |
|---|---|
| CREDIT_CARD | $496.42 |
| NONREF | $425.02 |
| Taxes & fees | $71.40 |
| **Total** | **$496.42 USD** |

## Change made easy.

Change or cancel flights, add extras like Even More® Space seats or pets, select or switch seats, update TrueBlue & Known Traveler numbers, and other traveler details–all in one place. Stay safe from fraud–use only jetblue.com or the JetBlue app to change or cancel your flights.

**Manage my booking**

**If your booking was made at least 7 days in advance:** You have 24 hours from the time booking was made to cancel your flight and receive a full refund to your original form of payment, without a cancellation fee.

**JetBlue Change/Cancel Policy:** There is no fee to change (or cancel) Blue, Blue Extra, Blue Plus or Mint fares. Blue Basic fares are subject to a change/cancel fee of $100 for travel wholly within the U.S., Caribbean, Mexico or Central America, or $200 for all other routes.

Fare difference may apply and funds may be in the form of a JetBlue travel credit, valid for 12 months from original ticketing date. Booked before Mar 8, 2023? See details on expiration date here. As a Mosaic, same-day switches may be made

 Gmail John Romero <jrrjjr.romero@gmail.com>

## Itinerary receipt notice

JetBlue <jetblueairways@email.jetblue.com>  
Reply-To: JetBlue <reply@email.jetblue.com>  
To: jrrjjr.romero@gmail.com

Sat, Nov 11, 2023 at 9:18 PM



# Your travel receipt.

Thanks for flying JetBlue!

## Travel Purchase

**Date of requested receipt:** 2023-11-11         **Record Locator:** MMQYKN

| | | | |
|---|---|---|---|
| **LAX** | **FLL** | Travel date | 2024-02-18T23:59:00 |
| | | Flight number | 0700 |
| **FLL** | **SJU** | Travel date | 2024-02-19T10:00:00 |
| | | Flight number | 0253 |
| **SJU** | **FLL** | Travel date | 2024-02-23T17:08:00 |
| | | Flight number | 1754 |
| **FLL** | **LAX** | Travel date | 2024-02-23T20:49:00 |
| | | Flight number | 2501 |

**Traveler(s)**                             **Ticket number(s)**

ROMERO/JOHN J MR                     2792138383629

Base fare: $425.02 USD

| Taxes & fees breakdown: | AMOUNT | CURRENCY | PURPOSE - (CODE) |
|---|---|---|---|
| | $18.00 | USD | U.S. Passenger Facility Charge - (XF) |
| | $11.20 | USD | U.S. September 11th Security Fee - (AY) |
| | $42.20 | USD | U.S. Transportation Tax - (US2) |
| Taxes & fees total: | $71.40 | USD | |
| Base fare total: | $496.42 | | |

Payment(s):

Mastercard XXXXXXXXXXXX1805　　　　　$496.42

# Total paid: $496.42 USD*

*includes all fares, taxes, fees and penalties less any amounts refunded

Flight Status　|　Bag Info　|　Airport Info

# Stay connected

Download the JetBlue mobile app

Help

Business Travel

Privacy

About JetBlue

Please call 1-800-JETBLUE (1-800-538-2583) for additional assistance.

Positive identification required for airport check-in.

Notice:

Carriage and other service provided by the carrier are subject to conditions of carriage, which are hereby incorporated by reference. These conditions may be obtained from the issuing carrier. E-ticket

John Ropero

**Google Maps**  2301 Pacific Ave, Costa Mesa, CA 92627 to lax terminal 5

Drive **41.1 miles**, 1 hr 3 min



Map data ©2021 Google  2 mi

## 2301 Pacific Ave
Costa Mesa, CA 92627

**Get on I-405 N from W Wilson St and Harbor Blvd**

13 min (4.3 mi)

1. Head south on Pacific Ave toward Sea Breeze Dr
   0.1 mi

2. Turn left onto W Wilson St
   Pass by Taco Bell (on the left in 1.4 mi)
   1.4 mi

3. Use the left 2 lanes to turn left onto Harbor Blvd
   Pass by Panda Express (on the right)
   2.2 mi

4. Use the right lane to merge onto I-405 N via the ramp to Long Beach
   0.6 mi

**Follow I-405 N to CA-1 N/S Sepulveda Blvd in Los Angeles. Take exit 1C from I-105 W**

33 min (35.1 mi)

5. Merge onto I-405 N
   16.6 mi

https://www.google.com/maps/dir/2301+Pacific+Ave,+Costa+Mesa,+CA+92627/lax+terminal+5/@33.8571495,-118.2873594,11z/am=t/data=!3m1!4b1!...  1/2



FPMPR TRAVEL EXPENSE NOTE:

**John Romero Travel Expense Invoices Note:**

**Date: February 28, 2024**

**Notes:**

Please note:

    Travel Expenses:
- The Even More Space Note in the Airfare receipt is a free benefit from the Airline as a Mosaic Status Perk.