

FPM TRAVEL REIMBURSEMENT COVER SHEET

Name: Denise Rodriguez

Invoice number: #041-1

Invoice date: February 27, 2024

Site visit travel dates: February 19 – February 23

Total travel reimbursement amount (*see page 2 for details*): $ 2093.70

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies*.

*Denise Rodriguez* (signature)

February 27, 2024

Signature                                                                                       Date



# Office of the Technical Compliance Advisor Travel Reimbursement Form

**Traveler Name: Denise Rodriguez**
**Travel Dates: February 19 - 23**
**Purpose of Travel: Site visit**

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare* | $ 480.60 | 1 | $ 480.60 |
| Baggage | $ - | 0 | $ - |
| Uber from Airport to hotel | $ - | 0 | $ - |
| Ground Transportation (Parking) | $ - | 0 | $ - |
| Ground Transportation (Mileage) | $ - | 0 | $ - |
| Lodging** | $ 266.40 | 4 | $ 1,065.60 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 3 | $ 345.00 |
| Airport parking | $ 6.00 | 5 | $ 30.00 |
| Total | | | $ 2,093.70 |

*I was to travel in January (see ticket number 0162353424371). Ticket was updated to account for a change in the travel dates due to a doctor's appointment (see ticket number 0162353379523). Ticket was cancelled and resissued for February as I got covid - travel credits from previous tickets listed here were used (see ticket number 0162358734851).

**Lodging is at govt rate 195/night plus taxes and fees, see receipt

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

**SHERATON**
Puerto Rico
Resort & Casino

INFORMATION INVOICE

| | |
|---|---|
| ROOM | 0627 |
| ROOM TYPE | BAYV |
| NO. OF GUESTS | 1 |
| RATE | 195 |
| CLERK | JKROS219 |
| DATE | 02/27/24 |
| PAGE No. | 1 of 2 |
| REWARDS # | 286891726 |

Ms Denise Rodriguez
3003 San Sebastian St
Mission TX 78572
United States

ARRIVE 02/19/24     TIME 04:10     DEPART 02/23/24     TIME 07:47     FOLIO# 4105701

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| 02/19/24 | Room Charge | | 195.00 |
| 02/19/24 | Resort Fee $45 Flat | | 45.00 |
| 02/19/24 | Room Occupancy Tax | | 26.40 |
| 02/20/24 | Room Charge | | 195.00 |
| 02/20/24 | Resort Fee $45 Flat | | 45.00 |
| 02/20/24 | Room Occupancy Tax | | 26.40 |
| 02/21/24 | Room Charge | | 195.00 |
| 02/21/24 | Resort Fee $45 Flat | | 45.00 |
| 02/21/24 | Room Occupancy Tax | | 26.40 |
| 02/22/24 | Room Charge | | 195.00 |
| 02/22/24 | Resort Fee $45 Flat | | 45.00 |
| 02/22/24 | Room Occupancy Tax | | 26.40 |
| 02/23/24 | American Express XXXXXXXXXXX1002 | XX/XX | -1,065.60 |

For billing questions or concerns, please let us know at SheratonPR.Folio@sheraton.com

# SHERATON
Puerto Rico
Resort & Casino

## INFORMATION INVOICE

| | |
|---|---|
| ROOM | 0627 |
| ROOM TYPE | BAYV |
| NO. OF GUESTS | 1 |
| RATE | 195 |
| CLERK | JKROS219 |
| DATE | 02/27/24 |
| PAGE No. | 2 of 2 |
| REWARDS # | 286891726 |

Ms Denise Rodriguez
3003 San Sebastian St
Mission TX 78572
United States

ARRIVE 02/19/24    TIME 04:10    DEPART 02/23/24    TIME 07:47    FOLIO# 4105701

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| | | Balance USD | 0.00 |

For billing questions or concerns, please let us know at SheratonPR.Folio@sheraton.com

```
CITY OF MCALLEN, TEXAS
 2500 S BICENTENNIAL BLVD
     MCALLEN 78503 TX
       (956)682-9101

02/23/2024                    14:22:15
Terminal ID No.:              75462064

Credit Sale

Transaction #:                      13
Card Type:                        AMEX
Account:               ***********1002
Entry:                            Chip
Amount:                     USD$30.00

Ref. Number:             405419665302
Global UID:
  124018247620240223142215 4967
Auth. Code:                     861320

Batch #:                            70
Response:            APPROVAL 861320


Mode:                           Issuer
AID:                  A000000025010801
APPLAB:            AMERICAN EXPRESS

              CUSTOMER COPY
```

| | |
|---|---|
| **From:** | United Airlines |
| **To:** | Denise Rodriguez |
| **Subject:** | eTicket Itinerary and Receipt for Confirmation C92R6P |
| **Date:** | Tuesday, February 27, 2024 12:19:04 PM |



Tue, Feb 27, 2024

## Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# C92R6P

### Flight 1 of 4 UA6100 — Class: United Economy (T)

Mon, Feb 19, 2024
**12:11 PM**
McAllen, TX, US (MFE)

Mon, Feb 19, 2024
**01:40 PM**
Houston, TX, US (IAH)

Flight Operated by MESA AIRLINES DBA UNITED EXPRESS.

### Flight 2 of 4 UA701 — Class: United Economy (T)

Mon, Feb 19, 2024
**03:05 PM**
Houston, TX, US (IAH)

Mon, Feb 19, 2024
**09:26 PM**
San Juan, PR, US (SJU)

### Flight 3 of 4 UA1644 — Class: United Economy (L)

Fri, Feb 23, 2024
**07:50 AM**
San Juan, PR, US (SJU)

Fri, Feb 23, 2024
**10:50 AM**
Houston, TX, US (IAH)

### Flight 4 of 4 UA1457 — Class: United First (PZ)

Fri, Feb 23, 2024
**11:55 AM**
Houston, TX, US (IAH)

Fri, Feb 23, 2024
**01:18 PM**
McAllen, TX, US (MFE)

### Traveler Details

RODRIGUEZ/DENISE

| | |
|---|---|
| eTicket number: **0162358734851** | Seats: **MFE-IAH -----** |
| Frequent Flyer: **UA-XXXXX985 Premier Gold** | **IAH-SJU -----** |
| | **SJU-IAH 11A** |
| | **IAH-MFE 01B** |

## Purchase Summary

| | |
|---|---|
| Method of payment: | **Miscellaneous Document** |
| Date of purchase: | **Mon, Jan 22, 2024** |
| Airfare: | **407.00** |
| U.S. Transportation Tax: | **44.40** |
| September 11th Security Fee: | **11.20** |
| U.S. Passenger Facility Charge: | **18.00** |
| Total Per Passenger: | **480.60 USD** |
| Total: | 480.60 USD |

**Payment Info**

Remaining value of your previous ticket numbers 0162353424371 was applied to this purchase.

**Fare Rules**

Additional charges may apply for changes in addition to any fare rules listed.
NONREF/0VALUAFTDPT
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

**MileagePlus Accrual Details**

| Denise Rodriguez | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Mon, Feb 19, 2024 | 6100 | McAllen, TX, US (MFE) to Houston, TX, US (IAH) | 248 | 31 | 1 |
| Mon, Feb 19, 2024 | 701 | Houston, TX, US (IAH) to San Juan, PR, US (SJU) | 1528 | 191 | 1 |
| Fri, Feb 23, 2024 | 1644 | San Juan, PR, US (SJU) to Houston, TX, US (IAH) | 1288 | 161 | 1 |
| Fri, Feb 23, 2024 | 1457 | Houston, TX, US (IAH) to McAllen, TX, US (MFE) | 208 | 26 | 1 |
| MileagePlus accrual totals: | | | 3272 | 409 | 4 |

**Baggage allowance and charges for this itinerary**

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Mon, Feb 19, 2024<br>McAllen, TX, US (MFE)<br>to San Juan, PR, US (SJU - Luis Muñoz Marín) | 0.00 USD | 0.00 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |
| Fri, Feb 23, 2024 | | | | |

| | |
|---|---|
| **From:** | United Airlines |
| **To:** | DRODRIGUEZ_PRI@OUTLOOK.COM |
| **Subject:** | eTicket Itinerary and Receipt for Confirmation C92R6P |
| **Date:** | Thursday, January 4, 2024 1:44:09 PM |



Thu, Jan 04, 2024

## Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# C92R6P

| Flight 1 of 4 UA2384 | Class: United Economy (T) |
|---|---|
| Tue, Jan 23, 2024 | Tue, Jan 23, 2024 |
| 07:13 AM | 08:33 AM |
| McAllen, TX, US (MFE) | Houston, TX, US (IAH) |

| Flight 2 of 4 UA1192 | Class: United Economy (T) |
|---|---|
| Tue, Jan 23, 2024 | Tue, Jan 23, 2024 |
| 10:15 AM | 04:36 PM |
| Houston, TX, US (IAH) | San Juan, PR, US (SJU) |

| Flight 3 of 4 UA1644 | Class: United Economy (L) |
|---|---|
| Fri, Jan 26, 2024 | Fri, Jan 26, 2024 |
| 07:50 AM | 10:55 AM |
| San Juan, PR, US (SJU) | Houston, TX, US (IAH) |

| Flight 4 of 4 UA6029 | Class: United Economy (L) |
|---|---|
| Fri, Jan 26, 2024 | Fri, Jan 26, 2024 |
| 12:02 PM | 01:30 PM |
| Houston, TX, US (IAH) | McAllen, TX, US (MFE) |

Flight Operated by MESA AIRLINES DBA UNITED EXPRESS.

| Traveler Details |
|---|

RODRIGUEZ/DENISE

| | |
|---|---|
| eTicket number: **0162353424371** | Seats: **MFE-IAH 10F** |
| Frequent Flyer: **UA-XXXXX985 Premier Platinum** | **IAH-SJU 10F** |
| | **SJU-IAH 22L** |
| | **IAH-MFE 06F** |

## Purchase Summary

| | |
|---|---|
| Method of payment: | **Miscellaneous Document** |
| | **American Express ending in 1002** |
| Date of purchase: | **Thu, Jan 04, 2024** |
| Airfare: | **426.00** |
| U.S. Transportation Tax: | **44.40** |
| September 11th Security Fee: | **11.20** |
| U.S. Passenger Facility Charge: | **18.00** |
| Total Per Passenger: | **499.60 USD** |
| Total: | 499.60 USD |

## Payment Info

Remaining value of your previous ticket numbers 0162353379523 was applied to this purchase.

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.
NONREF/0VALUAFTDPT
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

## MileagePlus Accrual Details

| Denise Rodriguez | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Tue, Jan 23, 2024 | 2384 | McAllen, TX, US (MFE) to Houston, TX, US (IAH) | 297 | 33 | 1 |
| Tue, Jan 23, 2024 | 1192 | Houston, TX, US (IAH) to San Juan, PR, US (SJU) | 1872 | 208 | 1 |
| Fri, Jan 26, 2024 | 1644 | San Juan, PR, US (SJU) to Houston, TX, US (IAH) | 1449 | 161 | 1 |
| Fri, Jan 26, 2024 | 6029 | Houston, TX, US (IAH) to McAllen, TX, US (MFE) | 234 | 26 | 1 |
| MileagePlus accrual totals: | | | 3852 | 428 | 4 |

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Tue, Jan 23, 2024 McAllen, TX, US (MFE) to San Juan, PR, US (SJU - Luis Muñoz | 0.00 USD | 0.00 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |

| | |
|---|---|
| **From:** | United Airlines |
| **To:** | DRODRIGUEZ_PRI@OUTLOOK.COM |
| **Subject:** | eTicket Itinerary and Receipt for Confirmation C92R6P |
| **Date:** | Thursday, January 4, 2024 11:19:41 AM |



Thu, Jan 04, 2024

## Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# C92R6P

### Flight 1 of 4 UA2384 — Class: United Economy (T)

Sun, Jan 21, 2024  
**07:13 AM**  
McAllen, TX, US (MFE)

Sun, Jan 21, 2024  
**08:33 AM**  
Houston, TX, US (IAH)

### Flight 2 of 4 UA1192 — Class: United Economy (T)

Sun, Jan 21, 2024  
**10:15 AM**  
Houston, TX, US (IAH)

Sun, Jan 21, 2024  
**04:36 PM**  
San Juan, PR, US (SJU)

### Flight 3 of 4 UA1644 — Class: United Economy (L)

Fri, Jan 26, 2024  
**07:50 AM**  
San Juan, PR, US (SJU)

Fri, Jan 26, 2024  
**10:55 AM**  
Houston, TX, US (IAH)

### Flight 4 of 4 UA6029 — Class: United Economy (L)

Fri, Jan 26, 2024  
**12:02 PM**  
Houston, TX, US (IAH)

Fri, Jan 26, 2024  
**01:30 PM**  
McAllen, TX, US (MFE)

Flight Operated by MESA AIRLINES DBA UNITED EXPRESS.

### Traveler Details

RODRIGUEZ/DENISE

eTicket number: **0162353379523**  
Frequent Flyer: **UA-XXXXX985 Premier Platinum**

Seats: **MFE-IAH 10F**  
**IAH-SJU 11F**  
**SJU-IAH 22L**  
**IAH-MFE 06F**

## Purchase Summary

| | |
|---|---|
| Method of payment: | **American Express ending in 1002** |
| Date of purchase: | **Thu, Jan 04, 2024** |

| | |
|---|---|
| Airfare: | **443.00** |
| U.S. Transportation Tax: | **44.40** |
| September 11th Security Fee: | **11.20** |
| U.S. Passenger Facility Charge: | **18.00** |

| | |
|---|---|
| Total Per Passenger: | **516.60 USD** |

| | |
|---|---|
| Total: | 516.60 USD |

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.
NONREF/0VALUAFTDPT
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

## MileagePlus Accrual Details

| Denise Rodriguez | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Sun, Jan 21, 2024 | 2384 | McAllen, TX, US (MFE) to Houston, TX, US (IAH) | 315 | 35 | 1 |
| Sun, Jan 21, 2024 | 1192 | Houston, TX, US (IAH) to San Juan, PR, US (SJU) | 2007 | 223 | 1 |
| Fri, Jan 26, 2024 | 1644 | San Juan, PR, US (SJU) to Houston, TX, US (IAH) | 1449 | 161 | 1 |
| Fri, Jan 26, 2024 | 6029 | Houston, TX, US (IAH) to McAllen, TX, US (MFE) | 234 | 26 | 1 |
| MileagePlus accrual totals: | | | 4005 | 445 | 4 |

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Sun, Jan 21, 2024<br>McAllen, TX, US (MFE)<br>to San Juan, PR, US (SJU - Luis Muñoz Marín) | 0.00 USD | 0.00 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |
| Fri, Jan 26, 2024<br>San Juan, PR, US (SJU - Luis Muñoz Marín) | 0.00 USD | 0.00 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |