# Travel Breakout

**Traveler: Donald S. Gosselin — FEBRUARY TRAVEL.**

| Expense | Unit Cost | Uni | Column | Total | Column2 | Column3 |
|---|---|---|---|---|---|---|
| Airfare INBOUND PTY-BOG/Coach 18 FEB | $ 153.85 | 1 | $ - | $ 153.85 | COPA PWM-SJU COACH | |
| Airfare INBOUND BOG-SJU/Coach 18 FEB | $ 444.60 | 1 | | $ 444.60 | Avianca | |
| Airfare OUTBOUND SJU-PTY/Coach 22 FEB | $ 547.35 | 1 | | $ 547.35 | COPA | |
| Ground Transportation (Uber/Lyft/Taxi) 22 FEB | $ - | 0 | | $ - | Hotel to Office | |
| Ground Transportation (Parking) | $ - | 0 | | $ - | Airport Parking Sun-Fri | |
| Ground Transport Home/Airfield/Home (RT) | $ 0.670 | 0 | | $ - | HOME/AIRFIELD/HOME **Round Trip** | |
| Tolls /Use of Rental Vehicle/to-from Base | $9.95 | | WAIVED | $ - | MA/NH/ME/PTY Tolls | |
| Lodging | $ 195.00 | 4 | | $ 780.00 | DoD HIGH season rate | |
| Per Diem (Travel Days) | $ 86.25 | 2 | | $ 172.50 | | |
| Per Diem (Full Days) | $ 115.00 | 3 | | $ 345.00 | | |
| Hotel TAX + Fees ($45.00 + $26.40) | $ 71.40 | 4 | | $ 285.60 | | |
| | | | | | | |
| **Total** | | | | **$ 2,728.90** | | |



---

# BOLETO ELECTRÓNICO POR DONALD GOSSELIN

13 febrero 2024

| Id de Orden | Administrar su Reserva |
|---|---|
| **AATS4V** | |

Gracias por preferir a Copa Airlines para realizar su viaje. Encuentre a continuación los detalles de su reserva e itinerario.

## DETALLES DEL PASAJERO

| Nombre | # de Viajero Frecuente | Nivel Star Alliance | Número de Boleto |
|---|---|---|---|
| DONALD GOSSELIN | 233164538CM | Gold | 2302184952019 |

## ITINERARIO DE VUELO:

**PANAMA CITY(PTY) - BOGOTA(BOG) - Número de Vuelo- CM 332 - Economy Class**

 Salida
Domingo Febrero 18, 2024
9:22 AM
PANAMA CITY(PTY)

 Llegada
Domingo Febrero 18, 2024
11:02 AM
BOGOTA(BOG)

Detalles del vuelo
Duración del vuelo:1h 40m
Aeronave:73G

Vuelo operado por: CopaAirlines

Asientos Reservados: Si- Reservar o Cambiar de asientos.

---

## CARGOS DE TRANSPORTE AÉREO

| Descripción | tarifa |
|---|---|
| Ticket Fare DONALD GOSSELIN | 80.00 USD |
| JS | 15.00 |
| AH | 1.25 |
| F3 | 12.00 |
| FZ | 40.00 |
| PA | 5.60 |
| Total | 153.85 USD |

Para ver más sobre los detalles de la tarifa familiar, haga clic aquí Copa.com

**FORMA DE PAGO:**

| | | |
|---|---|---|
| Tarjeta de crédito | AXXXXXXXXXXXX2001 | USD 153.85 |
| | Fecha de caducidad: | 1224 |
| | Código de Autorización: | 000021 |

Se cobrará una tarifa administrativa no reembolsable por persona y se agregará al precio total del boleto al comprar sus boletos en nuestras oficinas de ventas, aeropuertos y centros de reserva. En algunos países, los impuestos locales pueden aplicar a la tarifa. Para obtener más información sobre esta tarifa administrativa, haga clic en  aqui

Es responsabilidad del pasajero asegurarse de obtener y cumplir con los requisitos de viaje  establecidos por las autoridades del lugar de origen, tránsito y destino. Antes de embarcar, Copa Airlines verificará que el pasajero cuente con los requisitos migratorios o sanitarios necesarios para el lugar de origen y de destino. Todo pasajero que proporcione información falsa o engañosa sobre dichos requisitos será responsable de los gastos incurridos o multas impuestas a la aerolínea por este motivo.

Favor de revisar la política de equipaje para obtener información sobre su equipaje permitido.

La ley federal en los Estados Unidos prohíbe el transporte de materiales peligrosos a bordo de las aeronaves en su equipaje o en su persona. Una violación puede resultar en cinco años de prisión y sanciones. Los materiales peligrosos incluyen explosivos, gases comprimidos, líquidos y sólidos inflamables, oxidantes, venenos, corrosivos y materiales radiactivos. Ejemplos: pinturas, líquido para encendedores, fuegos artificiales. Hay excepciones especiales para pequeñas cantidades (hasta 70 onzas en total) de medicamentos y de artículos de baño transportados en el equipaje y ciertos artículos para fumar transportados por la persona. Para mayor información visite copaair.com.



**¿Necesita ayuda?**
Para obtener información sobre reservas, cargos, estado de su vuelo y más, visite Copa.com

**Síganos en las Redes Sociales:**

   

Este correo electrónico ha sido enviado automáticamente a attygosselin@gmail.com  para proporcionarle información sobre su viaje.
Por favor no responda a este correo electrónico con el botón 'Responder'. Para obtener ayuda, póngase en contacto con nuestro Centro de Reservas.
Revise nuestra política de privacidad.



**Passenger**: Gosselin Donald (ADT)
**Booking ref**: 3QHZ9E
**Ticket number**: 202 2478846607
**Passenger Unique ID**:

**Issuing office**:
AVIANCAONLINE COTIZACION Y EMISION, AVENIDA EL DORADO # 59 - 15, SAN SALVADOR
**Telephone**: 5877700
**Date**: 13Feb2024

# ELECTRONIC TICKET RECEIPT

*At check-in, you must show a photo ID.*

| From | To | Flight | Departure | Arrival | Last check-in |
|---|---|---|---|---|---|
| **BOGOTA** EL DORADO INTL<br>Terminal: 1 | **SAN JUAN** LUIS MUNOZ MARIN INTL<br>Terminal: D | AV258 | **12:25**<br>18Feb2024 | **16:20**<br>18Feb2024 | |
| **Fare**: CLASSIC<br>**Seat**: 02D<br>**Baggage** (4): 1PC | **Operated by**: AVIANCA<br>**Marketed by**: AVIANCA<br>**Booking status** (1): OK<br>**Frequent flyer number**: 233164538 | | | **NVB** (2): 18Feb2024<br>**NVA** (3): 18Feb2024<br>**Duration**: 02:55 | |

**(1) OK = Confirmed** (2) NVB = **Not valid before** (3) NVA = **Not valid after** (4) **Each passenger can check in a specific amount of baggage at no extra cost as indicated above in the column baggage.**

**ELECTRONIC TICKET REMARKS**

BAGGAGE INFORMATION

*Please visit* https://www.avianca.com/co/en/before-your-trip/prepare-your-baggage/checked/
*Carry-on and additional bag fees will be higher at airport counter and gate,*
*we recommend you purchase them in advance.*
*If your ticket fare is XS or basic, remember that your fare does not include a carry-on bag.*

Baggage Policy

BOGSJU

| | | |
|---|---|---|
| **1st Checked Bag**: | Free of Charge | UPTO50LB 23KG AND62LI 158LCM |
| **2nd Checked Bag**: | 220.00USD | UPTO50LB 23KG AND62LI 158LCM |

**CARRY-ON BAG:**
BOGSJU: MAX  1PC     Free of Charge          CARRY10KG 22LBUPTO 45LI 115LCM

LB = Weight In Pounds, KG = Weight In Kilos, LI = Linear Inches, LCM = Linear Centimeters, MAX = Maximum Allowed, PC = Number of Pieces
Baggage allowance and charges are provided for information only. Additional discounts may apply depending on advance purchase or Flyer-specific factors (e.g. Frequent flyer status, military, Credit card used for purchase, early purchase over the internet, etc.). Most carriers' e-tickets have expiration dates and conditions of use. Check the carrier's fare rules for more information.

| | | | |
|---|---|---|---|
| **Fare Calculation**: BOG AV SJU Q77.00 216.00NUC293.00END ROE1.00 | | **Fare**: | USD 293.00 |
| **Form of payment**: | CC AX XXXXXXXXXXX2001<br>XXXX 000038 | **Taxes**: | USD 47.00CO<br>USD 31.10DG |
| **Endorsements**: /C1 NON REFUNDABLE/ CHANGES RESTRICTED/ RESTRICTIONS APPLY -BG AV | | | USD 55.70YS<br>USD 3.83XA<br>USD 7.00XY<br>USD 6.97YC |
| | | **Total Amount**: | **USD 444.60** |

The carriage of certain hazardous materials, like aerosols, fireworks, and flammable liquids, aboard the aircraft is forbidden. If you do not understand these restrictions, further information may be obtained from your airline.

# ELECTRONIC MISCELLANEOUS DOCUMENT RECEIPT (EMD)

**Document Number**: 202 4086038160  
**In connection with**: 202 2478846607  

**Booking ref**: 3QHZ9E  
**Date**: 13Feb2024

| Coupon | Service | Date |
|---|---|---|
| 1 | Pre Reserve Seat Chargeable | 18Feb2024 |

**From**: **BOGOTA** EL DORADO INTL       **To**: **SAN JUAN** LUIS MUNOZ MARIN INTL       **Flight**: AV258  
**Seat**: 02D  
Non-refundable  
**Remarks**           Characteristics: A O

**Fare Calculation**: BOG AV SJU42.00USD42.00END         **Fare**:                       USD 42.00  
**Form of payment**:       CC AX XXXXXXXXXXX2001 XXXX    **Tax and Other charges**:     USD 8.00 YS  
                          000038                         **Total Amount**:              **USD 50.00**

# LEGAL AND PASSENGER NOTICES

CARRIAGE AND OTHER SERVICES PROVIDED BY THE CARRIER ARE SUBJECT TO CONDITIONS OF CARRIAGE, WHICH ARE HEREBY INCORPORATED BY REFERENCE. THESE CONDITIONS MAY BE OBTAINED FROM THE ISSUING CARRIER. THE ITINERARY/RECEIPT CONSTITUTES THE PASSENGER TICKET FOR THE PURPOSES OF ARTICLE 3 OF THE WARSAW CONVENTION, EXCEPT WHERE THE CARRIER DELIVERS TO THE PASSENGER ANOTHER DOCUMENT COMPLYING WITH THE REQUIREMENTS OF ARTICLE 3. PASSENGERS ON A JOURNEY INVOLVING AN ULTIMATE DESTINATION OR A STOP IN A COUNTRY OTHER THAN THE COUNTRY OF DEPARTURE ARE ADVISED THAT INTERNATIONAL TREATIES KNOWN AS THE MONTREAL CONVENTION, OR ITS PREDECESSOR, THE WARSAW CONVENTION, INCLUDING ITS AMENDMENTS (THE WARSAW CONVENTION SYSTEM), MAY APPLY TO THE ENTIRE JOURNEY, INCLUDING ANY PORTION THEREOF WITHIN A COUNTRY. FOR SUCH PASSENGERS, THE APPLICABLE TREATY, INCLUDING SPECIAL CONTRACTS OF CARRIAGE EMBODIED IN ANY APPLICABLE TARIFFS, GOVERNS AND MAY LIMIT THE LIABILITY OF THE CARRIER. THESE CONVENTIONS GOVERN AND MAY LIMIT THE LIABILITY OF AIR CARRIERS FOR DEATH OR BODILY INJURY OR LOSS OF OR DAMAGE TO BAGGAGE, AND FOR DELAY. THE CARRIAGE OF CERTAIN HAZARDOUS MATERIALS, LIKE AEROSOLS, FIREWORKS, AND FLAMMABLE LIQUIDS, ABOARD THE AIRCRAFT IS FORBIDDEN. IF YOU DO NOT UNDERSTAND THESE RESTRICTIONS, FURTHER INFORMATION MAY BE OBTAINED FROM YOUR AIRLINE. DATA PROTECTION NOTICE: YOUR PERSONAL DATA WILL BE PROCESSED IN ACCORDANCE WITH THE APPLICABLE CARRIER'S PRIVACY POLICY AND, IF YOUR BOOKING IS MADE VIA A RESERVATION SYSTEM PROVIDER ( GDS ), WITH ITS PRIVACY POLICY. THESE ARE AVAILABLE AT http://www.iatatravelcenter.com/privacy OR FROM THE CARRIER OR GDS DIRECTLY. YOU SHOULD READ THIS DOCUMENTATION, WHICH APPLIES TO YOUR BOOKING AND SPECIFIES, FOR EXAMPLE, HOW YOUR PERSONAL DATA IS COLLECTED, STORED, USED, DISCLOSED AND TRANSFERRED.(APPLICABLE FOR INTERLINE CARRIAGE

NIT: 0614-291139-002-9

Carriage and other services provided by the carrier are subject to conditions of carriage, which are hereby incorporated by reference. These conditions may be obtained from the issuing carrier.




19:45  5G



# Transaction Details
### Card Ending - 04007

**Travel - Airline**

# AVIANCA.COM SAN JOSE SA

# $494.60

Feb 13, 2024

On your statement as AVIANCA.COM SAN JOSE SA



Split It



Plan It®

### Plan It®



Divide this transaction into monthly payments for a fixed monthly fee.

Create a Plan

## Transaction Details

AVIANCA.COM                    -|-

**Doing Business As**

AVIANCA.COM                    -|-

**Date Processed**

Feb 15, 2024



## ELECTRONIC TICKET FOR DONALD GOSSELIN
13 Feb 2024

**Order ID**

**AAZ0TG**

 **Manage your Reservation**

Thank you for choosing Copa Airlines for your travel plans. Please read these important details about your reservation and itinerary.

### PASSENGER DETAILS

| Name | Frequent Flyer # | Star Alliance Status | Ticket Number |
|---|---|---|---|
| DONALD GOSSELIN | 233164538CM | Gold | 2302184952403 |

### FLIGHT ITINERARY:

**SAN JUAN(SJU) - PANAMA CITY(PTY) - Flight Number - CM 143 - Economy Class**

| Departure | Arrival | Flight Details |
|---|---|---|
| Thursday February 22, 2024<br>5:42 PM<br>SAN JUAN(SJU) | Thursday February 22, 2024<br>7:46 PM<br>PANAMA CITY(PTY) | Flight Duration: 3h 4m<br>Aircraft: 738<br>Flight Operated by: CopaAirlines<br>Seats Reserved: Yes - Reserve or Change Seats |

### AIR TRANSPORTATION CHARGES

| Description | Rate |
|---|---|
| Ticket Fare DONALD GOSSELIN | 536.00 USD |
| AH | 1.25 |
| AY | 5.60 |
| XF | 4.50 |
| Total | 547.35 USD |

To know more about fare family details click here Copa.com

**PAYMENT METHOD:**

| Credit Card | AXXXXXXXXXXX2001 | USD 547.35 |
|---|---|---|
| | Expiry Date: | 1224 |

Authorization Code:     000072

A non-refundable administrative fee will be charged per-person and added to the total ticket price upon purchase of your tickets at our Sales Offices, Airports and Reservations Centers. In some countries local taxes may apply to the fee. For more information about this administrative fee, please click  here

It is the passenger's responsibility to ensure to obtain and comply with the travel requirements established by the authorities of the place of origin, transit and destination.Before boarding, Copa Airlines will verify that the passenger has the necessary immigration or health requirements for the place of origin and destination. Any passenger who provides false or misleading information regarding such requirements will be responsible for any expenses incurred or fines imposed on the airline for this reason.

Please review your baggage policy for information about your baggage allowance.

Your personal data will be processed in accordance with our privacy policy. For more details on how your personal data is collected, used and transferred, please visit Copa.com

**Travel policies**
**Terms and Conditions of this contract**
 **Contribute to environmental sustainability**



**Need help?**
For inquiries about reservations, charges, status of your flight and more, please visit Copa.com

**Follow Us on  Social Media:**

  

This automated email has been sent to attygosselin@gmail.com  in order to provide you with  information about your trip.
 Please do not reply to this email  using  the 'Reply' button. For assistance,  please contact our Reservation Center.
View our Privacy Policy.



# INVOICE

| | |
|---|---|
| ROOM | 0815 |
| ROOM TYPE | EKNG |
| NO. OF GUESTS | 2 |
| RATE | 195 |
| CLERK | EJCOT444 |
| DATE | 02/22/24 |
| PAGE No. | 1 of 2 |
| REWARDS # | 839932555 |

Dr Donald Gosselin
12 Naomi St
Sebago ME 04029
United States

ARRIVE 02/18/24    TIME 05:45    DEPART 02/22/24    TIME 08:30    FOLIO# 4080940

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| 02/18/24 | Room Charge | | 195.00 |
| 02/18/24 | Resort Fee $45 Flat | | 45.00 |
| 02/18/24 | Room Occupancy Tax | | 26.40 |
| 02/19/24 | Room Service Food - Dinner | Room# 0815 : CHECK# 1156385 | 22.50 |
| 02/19/24 | Room Service - Delivery Charge | Room# 0815 : CHECK# 1156385 | 5.00 |
| 02/19/24 | Tips - Room Service | Room# 0815 : CHECK# 1156385 | 3.00 |
| 02/19/24 | Room Service Sales Municipal Tax 1% - I | Room# 0815 : CHECK# 1156385 | 0.28 |
| 02/19/24 | Room Service Sales Tax 10.5%-IVU | Room# 0815 : CHECK# 1156385 | 0.53 |
| 02/19/24 | Room Service Reduced Tax 6%-IVU | Room# 0815 : CHECK# 1156385 | 1.35 |
| 02/19/24 | Choices Rest. Food - Breakfast | Room# 0815 : CHECK# 1163468 | 7.28 |
| 02/19/24 | Tips - Restaurant | Room# 0815 : CHECK# 1163468 | 5.00 |
| 02/19/24 | Brkfst Choices 1% Tax | Room# 0815 : CHECK# 1163468 | 0.07 |
| 02/19/24 | Brkfst Choices Reduced Tax 6% | Room# 0815 : CHECK# 1163468 | 0.44 |
| 02/19/24 | Choices Rest. Food - Breakfast | Room# 0815 : CHECK# 1163468 | -7.28 |
| 02/19/24 | Tips - Restaurant | Room# 0815 : CHECK# 1163468 | -5.00 |
| 02/19/24 | Brkfst Choices 1% Tax | Room# 0815 : CHECK# 1163468 | -0.07 |
| 02/19/24 | Brkfst Choices Reduced Tax 6% | Room# 0815 : CHECK# 1163468 | -0.44 |
| 02/19/24 | Choices Rest. Food - Breakfast | Room# 0815 : CHECK# 1163468 | 7.00 |
| 02/19/24 | Tips - Restaurant | Room# 0815 : CHECK# 1163468 | 5.00 |
| 02/19/24 | Brkfst Choices 1% Tax | Room# 0815 : CHECK# 1163468 | 0.07 |
| 02/19/24 | Brkfst Choices Reduced Tax 6% | Room# 0815 : CHECK# 1163468 | 0.42 |

For billing questions or concerns, please let us know at SheratonPR.Folio@sheraton.com

# SHERATON
Puerto Rico
Resort & Casino

INVOICE

| | |
|---|---|
| ROOM | 0815 |
| ROOM TYPE | EKNG |
| NO. OF GUESTS | 2 |
| RATE | 195 |
| CLERK | EJCOT444 |
| DATE | 02/22/24 |
| PAGE No. | 2 of 2 |
| REWARDS # | 839932555 |

Dr Donald Gosselin
12 Naomi St
Sebago ME 04029
United States

ARRIVE 02/18/24   TIME 05:45   DEPART 02/22/24   TIME 08:30   FOLIO# 4080940

| DATE | DESCRIPTION | REFERENCE NUMBER | CHARGES |
|---|---|---|---|
| 02/19/24 | Room Charge | | 195.00 |
| 02/19/24 | Resort Fee $45 Flat | | 45.00 |
| 02/19/24 | Room Occupancy Tax | | 26.40 |
| 02/20/24 | Tips - Restaurant | Room# 0815 : CHECK# 1163539 | 4.00 |
| 02/20/24 | Room Charge | | 195.00 |
| 02/20/24 | Resort Fee $45 Flat | | 45.00 |
| 02/20/24 | Room Occupancy Tax | | 26.40 |
| 02/21/24 | Room Charge | | 195.00 |
| 02/21/24 | Resort Fee $45 Flat | | 45.00 |
| 02/21/24 | Room Occupancy Tax | | 26.40 |
| 02/22/24 | Visa Card | | -1,114.75 |
| | XXXXXXXXXXXX4086 | XX/XX | |

Balance    USD    0.00

For billing questions or concerns, please let us know at SheratonPR.Folio@sheraton.com



FPMPR TRAVEL EXPENSE NOTE:

**Donald Gosselin February 2024 Travel Expense Invoices Note:**

**Date: March 1, 2024**

**Notes:**

Please note:

Travel Expenses:
- Mr. Gosselin made the flight arrangements from Panama through Bogota, Colombia to save money to the Office. Attached please find the ticket receipt.