

FPM TRAVEL REIMBURSEMENT COVER SHEET

Name: Alan C Youngs

Invoice number: 55

Invoice date: February 26, 2024

Site visit travel dates:  02/19/24 to 02/23/24

Total travel reimbursement amount (*see page 2 for details*): $1,884.97

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.*

_____
Signature

02/26/24
**Date**



# Office of the Technical Compliance Advisor
# Travel Reimbursement Form

Enter all required information below to obtain travel reimbursement. If spending did not occur in a category, please enter zeros. Zeros will likely need to be entered for one or more of the ground transportation options. The "Total" column of the table will update based on the information entered into the "Unit Cost" and "Units" columns. To update the "Total" column, click CTRL+A and then F9. Receipts for airfare, lodging, ground transportation, and PCR testing must be submitted with this form. Submit the Travel Reimbursement Form and accompanying receipts to Javier Gonzalez (Javier.benito@me.com) with the Chief Monitor (jrrjjr.romero@gmail.com) and/or his designee copied along with your monthly invoice.

**Traveler Name:  Alan C Youngs**
**Travel Start Date 02-19-24 Travel End Date: 02-23-24**
**Purpose of Travel: Puerto Rico**

| Travel Reimbursement | | | |
|---|---:|---:|---:|
| | Unit Cost | Units | Total |
| **Airfare Denver to Puerto Rico** | $396.80 | 1 | $396.80 |
| **Airfare Puerto Rico toTampa** | $132.30 | 1 | $132.30 |
| **Baggage/Seat** | $0.00 | 1 | $0.00 |
| **Ground Transportation (Uber) to DIA** | $66.65 | 1 | $66.65 |
| **Ground Transportation (Uber) from DIA** | $0.00 | 0 | $0.00 |
| **Ground Transportation (Taxi) to Hotel Marriott** | $0.00 | 0 | $0.00 |
| **Ground Transportation (Taxi) to Airport SJU** | $0.00 | 0 | $0.00 |
| **Ground Transportation (Parking)** | $0.00 | 0 | $0.00 |
| **Ground Transportation (Mileage)** | $0.655 | 0 | $0.00 |
| **Lodging** | $192.93 | 4 | $771.72 |
| **Per Diem (Travel Days)** | $86.25 | 2 | $172.50 |
| **Per Diem (Full Days)** | $115.00 | 3 | $345.00 |
| **Total** | | | **$1,884.97** |

VIG Tower, PH – 924                                                                                           .

1225 Ave. Juan Ponce de Leon

San Juan, PR 00907

787-417-9098

ISSUED BY AND VALID ONLY ON
**SOUTHWEST AIRLINES®**       BOARDING PASS       RR

# YOUNGS/ALAN

FLIGHT **3029**

DATE **FEB 19**       A-List

CONF.# **4229V4**       Wanna Get Away Plus™

| | | |
|---|---|---|
| 3029 | DENVER | |
| | ORLANDO | |
| | 09:05 AM O | |
| 2401 | ORLANDO | |
| | SAN JUAN | |
| | 05:50 PM | |

Check monitors for gate number

207895671

Boarding Group

**A**

BOARDING TIME

## 08:35 AM

Boarding Position

**25**

PRIORITY BOARDING
PRIORITY & EXPRESS LANES

**Southwest®**

LN: YOUNGS
FN: ALAN
**4229V4**       MN:

**25**       AWI-W10/CH.12

*fold here*

ISSUED BY AND VALID ONLY ON
**SOUTHWEST AIRLINES®**   BOARDING PASS

RR

# YOUNGS/ALAN

FLIGHT **2401**
DATE **FEB 19**
CONF.# **4229V4**

2401   ORLANDO
       SAN JUAN
       05:50 PM O

A-List

Wanna Get Away Plus™

Check monitors for gate number

207895671

Boarding Group

**A**

Boarding Position

**20**

BOARDING TIME
**05:20 PM**

PRIORITY BOARDING
PRIORITY LANE

**Southwest**

LN: YOUNGS
FN: ALAN
MN:

**4229V4**

**20**                                   AWI-W10/CH.12

*fold here*


A-List    Hi, Alan    11,802 points    My Account    Log out    Español


FLIGHT | HOTEL | CAR | VACATIONS    SPECIAL OFFERS    RAPID REWARDS®

# Thanks for flying with us!

## Trip summary

**Flight**

CONFIRMATION #
**4229V4**

FEB 19
**DEN** ✈ **SJU**

FLIGHT TOTAL
$**396.80**

---

## 2/19 - San Juan

FEB 19
### Denver, CO *to* San Juan, PR

**Confirmation # 4229V4**

| PASSENGERS | EST. POINTS | EXTRAS | FARE |
|---|---|---|---|
| **Alan Youngs**<br>Rapid Rewards® Acct # 207895671   A-List | + 2,880 PTS | — | Wanna Get Away Plus |

### Departing   2/19/24 Monday

| | DEPARTS | 9:05 AM | DEN<br>Denver, CO - DEN | FLIGHT<br>302... |
|---|---|---|---|---|
| | ARRIVES | 2:40 PM | MCO<br>Orlando, FL - MCO | TRAV<br>3hr |

stop 1: Orlando, FL - MCO



**Thanks for choosing Southwest Airlines!**

Help us improve your experience on Southwest.com.

[ Share feedback ]

[ No, thank you ]

| | | | |
|---|---|---|---|
| **DEPARTS** | **5:50** PM | **MCO**<br>Orlando, FL - MCO | **FLIGHT**<br>2401  + <br>**SCHEDULED AIRCRAFT**<br>Boeing 737 MAX8<br>*Subject to change* |
| **ARRIVES** | **9:35** PM | **SJU**<br>San Juan, PR - SJU | **TRAVEL TIME**<br>2hr 45min |

**SUBTOTAL**
$ **360.00**

Taxes & fees $36.80

Flight total $ **396.80**

### Icon legend

 WiFi available     Live TV available     Change planes

### Helpful Information:

- Starting July 1, 2023 (12:00 a.m. CT), for Wanna Get Away® or Wanna Get Away Plus™ reward travel reservations (booked with points): If you do not cancel your reservation at least 10 minutes before the flight's original scheduled departure time, any points used for booking will be forfeited, along with any taxes and fees associated with your reward travel reservation. For Anytime or Business Select® reward travel reservations: the points used for booking will be redeposited to the purchaser's Rapid Rewards® account, and any taxes and fees associated with the reward travel reservation will be converted into a Transferable Flight Credit™ for future use.
- Please read the fare rules associated with this purchase.
- When booking with Rapid Rewards points, your points balance may not immediately update in your account.
- **REAL ID Requirement:** Do you have a **REAL ID**? Beginning May 7, 2025, you will need a state-issued **REAL ID** compliant license or identification card, or another acceptable form of ID (such as a U.S. Passport), to fly within the United States. Visit www.tsa.gov for a list of acceptable forms of ID and additional information regarding **REAL ID** requirement.

## Payment summary

| PAYMENT INFORMATION | | | AMOUNT PAID |
|---|---|---|---|
| **Visa 3491**<br>XXXXXXXXXXXX3491<br>Expiration: 7/27 | **CARD HOLDER**<br>Alan Youngs | **BILLING ADDRESS**<br>5552 W Lakeridge Rd<br>Lakewood, CO US 80227 | $ **396.80** |

## Total charged



**ISSUED BY AND VALID ONLY ON**
# SOUTHWEST AIRLINES®

BOARDING PASS

RR

# YOUNGS/ALAN

FLIGHT **769**
DATE **FEB 23**
CONF.# **2EN5NK**

769  **SAN JUAN**
     **TAMPA**
     **08:00 AM D**

**A-List**

**Wanna Get Away Plus**™

**Check monitors for gate number**

BOARDING TIME
## 07:30 AM

PRIORITY BOARDING
PRIORITY & EXPRESS LANES

207895671

Boarding Group
**A**

Boarding Position
**21**

Southwest®

LN: YOUNGS
FN: ALAN
MN:

2EN5NK

21

AWI-W10/CH.12

*fold here*

 A-List   Hi, Alan   11,802 points   My Account  |  Log out   Español 

   FLIGHT | HOTEL | CAR | VACATIONS   SPECIAL OFFERS   RAPID REWARDS®

# Thanks for flying with us!

**Trip summary**



Flight

CONFIRMATION #
**2EN5NK**

FEB 23
SJU ✈ TPA

FLIGHT TOTAL
$**132.30**

---

## 2/23 - Tampa

FEB 23
### San Juan, PR *to* Tampa, FL

**Confirmation # 2EN5NK**

| PASSENGERS | EST. POINTS | EXTRAS | FARE |
|---|---|---|---|
| **Alan Youngs**<br>Rapid Rewards® Acct # 207895671   A-List | + 800 PTS | — | Wanna Get Away Plus |

**Departing**  2/23/24 Friday                                    Wanna Get Away Plus        $100.00
                                                                 *(Passenger x1)*

DEPARTS   **8:00** AM   **SJU**           FLIGHT
                        San Juan, PR - SJU   769 

                                           SCHEDULED AIRCRAFT
                                           Boeing 737-700
                                           *Subject to change*

          Nonstop

ARRIVES   **10:15** AM  **TPA**           TRAVEL TIME                    SUBTOTAL
                        Tampa, FL - TPA   **3**hr **15**min              $**100.00**

| | |
|---|---|
| Taxes & fees | $32.30 |
| **Flight total** | **$132.30** |

**Icon legend**

 WiFi available     Live TV available

**Helpful Information:**

- Starting July 1, 2023 (12:00 a.m. CT), for Wanna Get Away® or Wanna Get Away Plus™ reward travel reservations (booked with points): If you do not cancel your reservation at least 10 minutes before the flight's original scheduled departure time, any points used for booking will be forfeited, along with any taxes and fees associated with your reward travel reservation. For Anytime or Business Select® reward travel reservations: the points used for booking will be redeposited to the purchaser's Rapid Rewards® account, and any taxes and fees associated with the reward travel reservation will be converted into a Transferable Flight Credit™ for future use.
- Please read the fare rules associated with this purchase.
- When booking with Rapid Rewards points, your points balance may not immediately update in your account.
- **REAL ID Requirement:** Do you have a **REAL ID**? Beginning May 7, 2025, you will need a state-issued **REAL ID** compliant license or identification card, or another acceptable form of ID (such as a U.S. Passport), to fly within the United States. Visit www.tsa.gov for a list of acceptable forms of ID and additional information regarding **REAL ID** requirement.

## Payment summary

| PAYMENT INFORMATION | | | AMOUNT PAID |
|---|---|---|---|
|  **American Express 1…**<br>XXXXXXXXXXX1001<br>Expiration: 12/28 | **CARD HOLDER**<br>Alan Youngs | **BILLING ADDRESS**<br>5552 W Lakeridge Rd<br>Lakewood, CO US 80227 | $132.30 |

## Total charged

| | |
|---|---|
| SUBTOTAL | $100.00 |
| TAXES & FEES | $32.30 |
| **TOTAL DOLLARS** | **$132.30** |

Show price breakdown

COURTYARD® Marriott

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Alan Youngs
5552 W Lakeridge Rd
Lakewood CO 80227
United States

Room: 0907
Room Type: EKNG
No. of Guests: 1
Rate:  $   160.00   Clerk: 31

Marriott Rewards #   119330892

CRS Number   70212798

Name:

Arrive:  02-19-24        Time:  10:22 PM        Depart:  02-23-24        Folio Number: 758449

| Date | Description | Charges | Credits |
|---|---|---|---|
| 02-19-24 | Package | 160.00 | |
| 02-19-24 | Destination Fee | 17.00 | |
| 02-19-24 | Government Tax | 15.93 | |
| 02-20-24 | Comedor - Guest Charge | 4.00 | |
| 02-20-24 | Package | 160.00 | |
| 02-20-24 | Destination Fee | 17.00 | |
| 02-20-24 | Government Tax | 15.93 | |
| 02-21-24 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 02-21-24 | Package | 160.00 | |
| 02-21-24 | Destination Fee | 17.00 | |
| 02-21-24 | Government Tax | 15.93 | |
| 02-22-24 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 02-22-24 | Package | 160.00 | |
| 02-22-24 | Destination Fee | 17.00 | |
| 02-22-24 | Government Tax | 15.93 | |
| 02-23-24 | Visa Card | | 783.72 |

*Card #  XXXXXXXXXXXX3491*

**COURTYARD®**
**Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Alan Youngs
5552 W Lakeridge Rd
Lakewood CO 80227
United States

Room: 0907
Room Type: EKNG
No. of Guests: 1
Rate:  $   160.00   Clerk: 31

Marriott Rewards #   119330892

CRS Number  70212798

Name:

Arrive:  02-19-24         Time:  10:22 PM         Depart:  02-23-24         Folio Number:  758449

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
|      | Balance     |         | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

# Uber

February 19, 2024

Total

$66.55

| | |
|---|---|
| Trip fare | $40.06 |

| | |
|---|---|
| Subtotal | $40.06 |
| Reservation Fee | $17.00 |
| Booking Fee | $5.89 |
| Colorado Prearranged Ride Regulatory Fee | $0.31 |
| Denver International Airport Pickup/Drop-off Fee | $3.29 |

## Payments

**VISA** Visa ••••3491  $66.55
2/19/24 7:07 AM

Visit the trip page for more information, including invoices (where available)

---

You rode with JESUS

UberX    32.99 miles | 40 min

■ 6:24 AM | 5552 W Lakeridge Rd, Lakewood, CO 80227, US

■ 7:04 AM | 8500 Pena Blvd, Denver, CO 80249, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.