INVOICE 0108 – TRAVEL EXPENSE FOR ON-SITE PROFESSIONAL SERVICES; FEB 19, 2024, THROUGH FEB 21, 2024. RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC.

2/26/24

TO:   Federal Monitor
      Puerto Rico Police Department Consent Decree

This invoice for travel expenses incurred during on-site visit to PRPB rendered by Crystal Reef LLC (Monitoring Core Team) for February 2024.

*[signature: Scott Cragg]*

## Office of the TCA - Travel Reimbursement Form

**Traveler Name:** Scott Cragg
**Travel Dates:** Feb 19-21, 2024
**Purpose of Travel:** On-Site Monitoring

### Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | | 1 | $553.60 |
| Bags/Airport Shuttle tips-no receipt | $2.00 | 2 | $4.00 |
| Ground Transportation (Tolls) | $0.93 | 2 | $1.86 |
| Ground Transportation (Parking) | $15.00 | 3 | $45.00 |
| Ground Transportation (Mileage) | $0.670 | 188.4 | $126.23 |
| Lodging | $154.78 | 2 | $309.56 |
| Per Diem (Travel Days) 21 Jan, 26 Jan | $86.25 | 2 | $172.50 |
| Per Diem (Full Days) 22-25 Jan | $115.00 | 1 | $115.00 |
| Total | | | $1,327.75 |

1

Itinerary receipt notice

From: JetBlue (jetblueairways@email.jetblue.com)

To: spcragg@verizon.net

Date: Monday, February 26, 2024 at 10:11 PM EST



## Your travel receipt.
### Thanks for flying JetBlue!

## Travel Purchase

**Date of requested receipt:** 2024-01-22          **Record Locator:** NSJAJY

| | | |
|---|---|---|
| **MCO** | **SJU** | Travel date 2024-02-19T12:02:00<br>Flight number 1133 |
| **SJU** | **MCO** | Travel date 2024-02-21T16:40:00<br>Flight number 1134 |

**Traveler(s)**                    **Ticket number(s)**

CRAGG/SCOTT P MR              2792143959418

**Base fare:**                    $489.00 USD

**Taxes & fees breakdown:**   AMOUNT   CURRENCY   PURPOSE - (CODE)

                              $9.00    USD        U.S. Passenger Facility

|  |  |  |  |
|---|---|---|---|
|  |  |  | Charge - (XF) |
|  | $11.20 | USD | U.S. September 11th Security Fee - (AY) |
|  | $44.40 | USD | U.S. Transportation Tax - (US2) |
| **Taxes & fees total:** | $64.60 | USD |  |
| **Base fare total:** | $553.60 |  |  |

**Payment(s):**

Mastercard XXXXXXXXXXXX7082          $553.60

Total paid: $553.60 USD*

*includes all fares, taxes, fees and penalties less any amounts refunded

Flight Status  |  Bag Info  |  Airport Info

## Stay connected

 Download the JetBlue mobile app

   

Help

Business Travel

Privacy

About JetBlue

Please call 1-800-JETBLUE (1-800-538-2583) for additional assistance.

Positive identification required for airport check-in.

Notice:
Carriage and other service provided by the carrier are subject to conditions of carriage, which are hereby incorporated by reference. These conditions may be obtained from the issuing carrier. E-ticket Receipt total includes airfare, taxes, and fees applicable to air care, baggage fees, and Even More fees, as may be applicable.

JetBlue booking confirmation for SCOTT P CRAGG - NSJAJY

From: JetBlue Reservations (jetblueairways@email.jetblue.com)

To: spcragg@verizon.net

Date: Monday, January 22, 2024 at 02:05 PM EST

---

Check out the details for your trip on Mon, Feb 19

**jetBlue**

Français | Español

#3363415311

# You're all set to jet.

And, your continued loyalty is what keeps us flying high. Thanks again for being a Mosaic member.

# Your Flight Itinerary

## Your JetBlue confirmation code is NSJAJY

| MCO ▶ SJU | Flight 1133 | Mon, Feb 19 12:02pm Terminal: C | — | Mon, Feb 19 3:54pm |

| SJU ▶ MCO | Flight 1134 | Wed, Feb 21 4:40pm Terminal: A | — | Wed, Feb 21 7:02pm |

Get the latest entry and travel requirements for your trip.

# Your Traveler Details

## SCOTT P CRAGG

Orlando
**MCO**

San Juan
**SJU**

TrueBlue Number: 3363415311

Ticket number: 2792143959418

Flight # 1133

**Fare: Blue Basic** *(circled in red)*

Seat: 10C EVEN MORE SPACE

Notes: Even More® Space

[Manage my booking]

San Juan
**SJU**

Orlando
**MCO**

TrueBlue Number: 3363415311

Ticket number: 2792143959418

Flight # 1134

**Fare: Blue Basic** *(circled in red)*

Seat: 4C EVEN MORE SPACE

Notes: Even More® Space

[Manage my booking]

## Bag Allowance (per traveler)

MCO ▶ SJU

|  | Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|---|
|  | Free | Not allowed with this fare | Free Mosaic Perk | Free Mosaic Perk |

SJU ▶ MCO

|  | Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|---|
|  | Free | Not allowed with this fare | Free Mosaic Perk | Free Mosaic Perk |

**Size and weight limits apply. See full details on our Bag Info page** ▶

Free checked bag benefit for Mosaic members applies to JetBlue-operated flights only.

Blue Basic fares are limited to one personal item that fits under the seat in front of you. Additional or larger items brought to the gate will need to be checked for a fee. Details at **link.**.

Additional charges may apply.

> **Need to check more than 2 bags?** Additional bags can be added during check-in (starting 24 hours before departure) or at the airport.

## Payment Details

Master XXXXXXXXXXX7082

Purchase Date: Jan 22, 2024
Request full receipt

| | |
|---|---|
| CREDIT_CARD | $553.60 |
| NONREF | $489.00 |
| Taxes & fees | $64.60 |
| Total | $553.60 USD |

# E-ZPass Virginia: Transaction History

**Account Number:** 236166 **From:** 2/16/2024 **To:** 2/26/2024

| Date Posted | Transaction | Receipt | Transponder / Plate | Agency | Entry Plaza | Exit Plaza | Entry Date and Time | Exit Date and Time | Plaza Facility | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/20/2024 | IAG TOLL INCOMING TRANSACTIONS | | 3829399 | CFX | | 394 | | 2/19/2024 10:17 AM | | -0.93 | 32.67 |
| 2/22/2024 | IAG TOLL INCOMING TRANSACTIONS | | 3829399 | CFX | | 393 | | 2/21/2024 8:40 PM | | -0.93 | 31.74 |



$1.86



**Google Maps** — 219 S Riverwalk Dr to Fast Park & Relax MCO — Drive 94.2 miles, 1 hr 29 min

AIRPORT PARKING FEE ↓

188.4 miles Roadtrip

```
Orlando Fast Park
7870 N. Frontage Rd
Orlando, 32812

MPS          02/21/24 20:14
Cashier 17
Receipt 089454

Short-Term Parking
Relax for Rewards
FPP/89623013
Orlando Fast Park
02/19/24 10:28
02/21/24 20:14
Period 2d9h47'

Sub Total              $45.00
TAX                     $0.00
                      -------
Total                  $45.00

Payment Received
TRX REF NUM: 21830
CARD ENTRY: Chip Read
AID: A0000000031010
CRYP: 0BD9D3285D1E0778 40
PAN: xxxxxxxxxxxx6833
VISA CREDIT
Sale 45.00 USD
APPROVED 05226D

Includes 6.5% Sales Tax
and 10% Privilege Fee
```



**COURTYARD**® Courtyard by Marriott San Juan - Miramar

801 Ponce de León Ave.
San Juan, PR 00907
T 787.721.7400
F 787.723.0068

Mr Scott Cragg
13932 S Springs Dr
Clifton VA 20124
United States

Marriott Rewards # 797225828
Name:

Arrive: 02-19-24   Time: 04:14 PM   Depart: 02-21-24

Room: 0506
Room Type: EKNG
No. of Guests: 1
Rate: $ 125.00   Clerk: 8
CRS Number 95109739

Folio Number: 765501

| Date | Description | Charges | Credits |
|---|---|---|---|
| 02-19-24 | Package | 125.00 | |
| 02-19-24 | Destination Fee | 17.00 | |
| 02-19-24 | Government Tax | 12.78 | |
| 02-20-24 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 02-20-24 | Package | 125.00 | |
| 02-20-24 | Destination Fee | 17.00 | |
| 02-20-24 | Government Tax | 12.78 | |
| 02-21-24 | Comedor - Guest Charge | 4.00 | |
| 02-21-24 | Visa Card | | 317.56 |
| | Card # XXXXXXXXXXXX6833 | | |

Balance   0.00 USD

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today. Start earning points and elite status, plus enjoy exclusive member offers. Enroll today at the front desk.



FPMPR TRAVEL EXPENSE NOTE:

**Scott Cragg Travel Expense Invoices Note:**

**Date: February 28, 2024**

**Notes:**

Please note:

Travel Expenses:
- The Even More Space Note in the Airfare receipt is a free benefit from the Airline as a Mosaic Status Perk.