

FPM TRAVEL REIMBURSEMENT COVER SHEET

Name: Hipolito Castro

Invoice number: 2024-2

Invoice date: 2/26/24

Site visit travel dates: 2/19/24 to 2/23/24

Total travel reimbursement amount (*see page 2 for details*): $ 2,680.58

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.*

_____   2/26/24
Signature                                                                Date

## Travel Breakout

### Hipolito Castro 02/19/24 to 02/23/24

| Expense | Unit Cost | Units | Column1 | Total | Column2 |
|---|---|---|---|---|---|
| Airfare | $ 1,152.60 | 1 | $ - | $ 1,152.60 | |
| Airfare taxes & fees | | | $ - | $ - | |
| Baggage | | | $ - | $ - | |
| Ground Transportation (Uber/Lyft/Taxi) | $ 28.00 | 5 | | $ 140.00 | |
| Ground Transportation (Parking) | $ 0.670 | 114 | | $ 76.38 | |
| Ground Transportation (POV Mileage) to PTY | | | | $ - | |
| Tolls | $ 11.19 | 2 | | $ 22.38 | |
| Lodging - | $ 192.93 | 4 | | $ 771.72 | |
| Per Diem (Travel Days) | $ 86.25 | 2 | | $ 172.50 | |
| Per Diem (Full Days) | $ 115.00 | 3 | | $ 345.00 | |
| Other: HOTEL TAX - | | | | | |
| Total | | | | $ 2,680.58 | |



Hipolito Castro <hipolitocastrojr@gmail.com>

---

## Your Flight Receipt - HIPOLITO CASTRO 19FEB24
1 message

**Delta Air Lines** <DeltaAirLines@t.delta.com>  Mon, Feb 5, 2024 at 9:46 AM
Reply-To: Transactional Email Reply Inbox <reply-371139-14_HTML-36682778-10982494-704468@t.delta.com>
To: hipolitocastrojr@gmail.com

View as a Web Page



#9288156608
Silver Medallion®

CONFIRMATION #: GMJDP5



You're all set. If your plans change, you can make adjustments or cancel your itinerary on **My Trips** on the Fly Delta app or **delta.com** before your flight departs.

As a reminder, please check the expiration date of your passport in your SkyMiles profile. Many countries require passports to be valid at least six

months from the date of return. You can also check passport eligibility and visa requirements with **Delta FlyReady**<sup>SM</sup> ahead of your trip.

Have a great trip, and thank you for choosing Delta.

## Remember To Check Your Passport Expiration Date

Many countries require passports to be valid for at least six months from the date of return. You can also check passport eligibility and visa requirements with **Delta FlyReady**<sup>SM</sup> ahead of your trip. Don't forget to update your SkyMiles profile with your passport information for easy validation.

## Passenger Info

Name: HIPOLITO CASTRO
SkyMiles #9288156608
Silver

| FLIGHT | SEAT |
|---|---|
| DELTA 1859 | 15D |
| DELTA 1854 | 17D |

Visit delta.com or download the Fly Delta app to view, select or change your seat. If you purchased a Delta Comfort+<sup>TM</sup> seat or a Trip Extra, please visit My Trips to access a receipt of your purchase.

| Mon, 19FEB | DEPART | ARRIVE |
|---|---|---|
| DELTA 1859<br>Main Cabin (B) | NYC-KENNEDY<br>6:00pm | SAN JUAN, PUERTO RICO<br>10:52pm |

| Sat, 24FEB | DEPART | ARRIVE |
|---|---|---|
| DELTA 1854<br>Main Cabin (H) | SAN JUAN, PUERTO RICO<br>7:21am | NYC-KENNEDY<br>10:28am |

MANAGE MY TRIP

## Flight Receipt

Ticket #: 0062208242428
Place of Issue:
Issue Date: 05FEB24
Expiration Date: 05FEB25

| METHOD OF PAYMENT | |
|---|---|
| AX***********1006 | $1142.60 USD |

| CHARGES | |
|---|---|
| Air Transportation Charges | |
| Base Fare | $1078.00 USD |
| Taxes, Fees and Charges | |
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $11.20 USD |
| United States - Transportation Tax (US) | $44.40 USD |
| United States - Passenger Facility Charge (XF) | $9.00 USD |
| TICKET AMOUNT | $1142.60 USD |

*(handwritten)* 1,152.60

*(handwritten)* Returning day was changed to 2/23/2024. Only an additional 10.00 was added see attached final receipt.

*(signature)*

## Checked Bag Allowance

The fees below are based on your original ticket purchase. Fees may be converted to local currency based on your departure airport. **If you qualify for free or discounted checked baggage**, this will be taken into account when you check in. Visit delta.com for details on baggage embargoes that may apply to your itinerary.

**Mon 19 Feb 2024**                                                                 **JFK-SJU**

| CARRY ON | FIRST | SECOND |
|---|---|---|
| FREE | FREE (70LBS/32KG) WAS: ~~$30.00~~ ~~USD~~ ~~OR 3,000 miles~~ | FREE (70LBS/32KG) WAS: ~~$40.00~~ ~~USD~~ ~~OR 4,000 miles~~ |

This trip is operated by Delta and the following carrier(s): . Visit delta.com for details on **baggage embargoes** that may apply to your itinerary. Also see other carrier's complete **baggage information**.

**Sat 24 Feb 2024**                                                                 **SJU-JFK**

| CARRY ON | FIRST | SECOND |
|---|---|---|
| FREE | FREE (70LBS/32KG) WAS: ~~$30.00~~ ~~USD~~ ~~OR 3,000 miles~~ | FREE (70LBS/32KG) WAS: ~~$40.00~~ ~~USD~~ ~~OR 4,000 miles~~ |

This trip is operated by Delta and the following carrier(s): . Visit delta.com for details on **baggage embargoes** that may apply to your itinerary. Also see other carrier's complete **baggage information**.

## Your Pre-Trip Checklist for Easier Travel





months from the date of return. You can also check passport eligibility and visa requirements with **Delta FlyReady**[SM] ahead of your trip.

Have a great trip, and thank you for choosing Delta.

### Remember To Check Your Passport Expiration Date

Many countries require passports to be valid for at least six months from the date of return. You can also check passport eligibility and visa requirements with **Delta FlyReady**[SM] ahead of your trip. Don't forget to update your SkyMiles profile with your passport information for easy validation.

### Passenger Info

Name: HIPOLITO CASTRO
SkyMiles #9288156608
Silver

| FLIGHT | SEAT |
|---|---|
| DELTA 1854 | 16D |

Visit delta.com or download the Fly Delta app to view, select or change your seat. If you purchased a Delta Comfort+[TM] seat or a Trip Extra, please visit My Trips to access a receipt of your purchase.

| Fri, 23FEB | DEPART | ARRIVE |
|---|---|---|
| DELTA 1854<br>Main Cabin (Q) | SAN JUAN, PUERTO RICO<br>7:21am | NYC-KENNEDY<br>10:28am |

| METHOD OF PAYMENT | |
|---|---|
| AX**********1006 | $10.00 USD |

| ECREDITS APPLIED | |
|---|---|
| eCredits Number | 0062208242428 |
| Passenger Name | HIPOLITO CASTRO |
| Amount Applied | 1142.60 USD |
| Applied to Ticket Number | 0062212657807 |

| CHARGES | |
|---|---|
| Air Transportation Charges | |
| Base Fare | $1088.00 USD |
| Taxes, Fees and Charges | |
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $11.20 USD |
| United States - Transportation Tax (US) | $44.40 USD |
| United States - Passenger Facility Charge (XF) | $9.00 USD |
| TICKET AMOUNT | $1152.60 USD |

Fare Difference - $10.00 USD
Taxes, Fees & Charges - $0.00 USD
Service Charge - $0.00 USD
**Total Charged - $10.00 USD**

```
            JFK AIRPORT
         LONG TERM PARKING

EXIT                            906
RECEIPT:                     154762
PERSONELL:                        0
TRANSACTION:                      0
EZPass
NO:                 KAP0XXXXXX6306
CC VALID            12/30
SNR:                03 009 0806306
EXPIRES:            02.19.29 23:59
IN:                 02.19.24 15:08
ENTRY:              02.23.24 11:06
P.AT:                 HOURLY TICKET
FEE:                     140.00 USD
PAID:                    140.00 USD
---------------------
                         140.00 USD
NET:                       0.00 USD
GST   0%
CAR:                        SA12704
3T 19:58
       TAXES INCLUDED
       THANK YOU FOR
        PARKING AT
        JFK AIRPORT
     HAVE A SAFE TRIP
```

 **Gmail**                                               Hipolito Castro <hipolitocastrojr@gmail.com>

**(no subject)**
1 message

Hipolito Castro <hipolitocastrojr@gmail.com>                    Sat, Nov 26, 2022 at 11:59 AM
To: hipolitocastrojr@gmail.com



# JFK
### John F. Kennedy Internatio...
International Airport · Jamaica, Que...

🚗 **1 hour 54 minutes**

 Tickets   •••

**HOURS**        **DISTANCE**
Open             ↳ 57 mi

         

## E-ZPass® Payment Receipt for 02/19/2024

Account Number : 2000175180885
Transaction Date : 02/19/2024
Transaction Id : 117022773580
Transaction Amount : ($11.19)
Payment Type : ETC

## E-ZPass® Payment Receipt for 02/23/2024

Account Number : 2000175180885
Transaction Date : 02/23/2024
Transaction Id : 117033285978
Transaction Amount : $140.00
Payment Type : VISA

# COURTYARD® Marriott

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Hipolito Castro
64 Mustang Dr
Monroe CT 06468
United States

Room: 0706
Room Type: EKNG
No. of Guests: 1
Rate: $ 160.00  Clerk: 1009
CRS Number  83903026

Marriott Rewards #  214246771

Name:

Arrive:  02-19-24        Time: 11:31 PM        Depart: 02-24-24        Folio Number: 767672

| Date | Description | Charges | Credits |
|---|---|---|---|
| 02-19-24 | Package | 160.00 | |
| 02-19-24 | Destination Fee | 17.00 | |
| 02-19-24 | Government Tax | 15.93 | |
| 02-20-24 | COMEDOR- Guest Charge (Breakfast) | 3.95 | |
| 02-20-24 | Package | 160.00 | |
| 02-20-24 | Destination Fee | 17.00 | |
| 02-20-24 | Government Tax | 15.93 | |
| 02-21-24 | Package | 160.00 | |
| 02-21-24 | Destination Fee | 17.00 | |
| 02-21-24 | Government Tax | 15.93 | |
| 02-22-24 | COMEDOR- Guest Charge (Breakfast) | 3.30 | |
| 02-22-24 | Package | 160.00 | |
| 02-22-24 | Destination Fee | 17.00 | |
| 02-22-24 | Government Tax | 15.93 | |
| 02-23-24 | American Express | | 778.97 |
| | Card # XXXXXXXXXX1006 | | |

- 7.25

Total  764.65
771.72

**COURTYARD®**
**Marriott.**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Hipolito Castro
64 Mustang Dr
Monroe CT 06468
United States

Room: 0706
Room Type: EKNG
No. of Guests: 1
Rate: $ 160.00  Clerk: 1009

Marriott Rewards #   214246771

CRS Number  83903026

Name:

Arrive:  02-19-24          Time:  11:31 PM          Depart:  02-24-24          Folio Number:  767672

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
|      | Balance     |         | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today. Start earning points and elite status, plus enjoy exclusive member offers. Enroll today at the front desk.

## *E-ZPass®* **Payment Receipt for 02/23/2024**

Account Number : 2000175180885

Transaction Date : 02/23/2024

Transaction Id : 117031898311

Transaction Amount : ($11.19)

Payment Type : ETC