# Office of the TCA - Travel Reimbursement Form

**Name:** Rita J. Watkins
**Travel Dates:** February 19-23, 2024

**Purpose of Travel:** On-Site evaluation

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 454.60 | 1 | $ 454.60 |
| Baggage | $ - | 0 | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | | | $ - |
| Ground Transportation (Parking) | $ 104.00 | 1 | $ 104.00 |
| Ground Transportation (Mileage) | 0.655 | 0 | $ - |
| Lodging | $ 192.93 | 4 | $ 771.72 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 3 | $ 345.00 |
| Other: | $ - | 0 | $ - |
| Total | | | $ 1,847.82 |

**Watkins, Rita**

| | |
|---|---|
| **From:** | United Airlines <Receipts@united.com> |
| **Sent:** | Thursday, January 25, 2024 4:52 PM |
| **To:** | Watkins, Rita |
| **Subject:** | eTicket Itinerary and Receipt for Confirmation FPCMJK |
| **Follow Up Flag:** | Flag for follow up |
| **Flag Status:** | Flagged |

**CAUTION:** The sender of this email is not from SHSU. Any links or attachments may be dangerous. To report this email as suspicious, forward it to abuse@shsu.edu.



Thu, Jan 25, 2024

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# FPCMJK

---

**Flight 1 of 2 UA1192**  —  Class: United Economy (L)

Mon, Feb 19, 2024
**10:15 AM**
Houston, TX, US (IAH)

Mon, Feb 19, 2024
**04:36 PM**
San Juan, PR, US (SJU)

---

**Flight 2 of 2 UA1644**  —  Class: United Economy (L)

Fri, Feb 23, 2024
**07:50 AM**
San Juan, PR, US (SJU)

Fri, Feb 23, 2024
**10:55 AM**
Houston, TX, US (IAH)

1

## Traveler Details

WATKINS/RITAJANE

eTicket number: **0162359600439**  
Frequent Flyer: **UA-XXXXX226 Premier Gold**

Seats: **IAH-SJU 12C**  
**SJU-IAH 22F**

## Purchase Summary

| | |
|---|---|
| Method of payment: | Master Card ending in 6220 |
| Date of purchase: | Thu, Jan 25, 2024 |

| | |
|---|---|
| Airfare: | 390.00 |
| U.S. Transportation Tax: | 44.40 |
| September 11th Security Fee: | 11.20 |
| U.S. Passenger Facility Charge: | 9.00 |
| Total Per Passenger: | 454.60 USD |

**Total:** 454.60 USD

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.
NONREF/0VALUAFTDPT
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

## MileagePlus Accrual Details

Ritajane Watkins

| Date | Flight | From/To | Award Miles | PQP | PQF |
|---|---|---|---|---|---|
| Mon, Feb 19, 2024 | 1192 | Houston, TX, US (IAH) to San Juan, PR, US (SJU) | 1560 | 195 | 1 |
| Fri, Feb 23, 2024 | 1644 | San Juan, PR, US (SJU) to Houston, TX, US (IAH) | 1560 | 195 | 1 |
| MileagePlus accrual totals: | | | 3120 | 390 | 2 |

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Mon, Feb 19, 2024 Houston, TX, US (IAH - Intercontinental) | 0.00 USD | 0.00 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |


# Gmail

Rita Watkins <drritawatkins@gmail.com>

## Transaction Receipt from GROUNDSHUTTLE.COM for $104.00 (USD)
1 message

**Auto-Receipt** <noreply@mail.authorize.net>  
Reply-To: Ground Shuttle CS <reservations@groundshuttle.com>  
To: Rita Watkins <drritawatkins@gmail.com>

Fri, Feb 9, 2024 at 2:28 PM

| | |
|---|---|
| Description: | New Reservation(GS-IAH-0120240219 and IAH-GS-0320240223) |
| Invoice Number | 309573 |
| Customer ID | 123110 |

**Billing Information**  
Rita Watkins

**Shipping Information**

College Station, Texas 77845  
United States

979-777-0594

**Total: $104.00 (USD)**

| | |
|---|---|
| Date/Time: | 9-Feb-2024 14:28:14 CST |
| Transaction ID: | 80270131682 |
| Payment Method: | MasterCard xxxx6220 |
| Transaction Type: | Purchase |
| Auth Code: | 04444P |

College Station, TX 77845  
US

If a reservation is cancelled, your Ground Shuttle account will be credited according to the time of cancellation. Our system does not currently have the ability to refund your credit card account. All credits will expire after one year. Ground Shuttle credits are transferable upon request. Please contact us if you would like to transfer your credit to another passenger or make a reservation using another passenger's credit. We do require written documentation from credit holder before any balance can be transferred. Credit provided is based on time of cancellation as described below: 1. Canceled between 72 hours or more prior to the Trip - 100% credit voucher 2. Canceled between 72 hours prior to the Trip and 48 hours prior to the Trip - 75% credit voucher 3. Canceled between 48 hours prior to the Trip and 24 hours prior to the Trip - 50% credit voucher 4. Canceled between 24 hours prior to the Trip and 2 hours prior to the Trip - 25% credit voucher 5. Canceled less than 2 hours prior to the Trip or no cancellation - No credit voucher will be provided

Gmail                                                                 Rita Watkins <drritawatkins@gmail.com>

# Ground Shuttle - Reservation Confirmation
1 message

**Ground Shuttle | Administrator** <reservations@groundshuttle.com>        Fri, Feb 9, 2024 at 2:28 PM
To: Rita Watkins <drritawatkins@gmail.com>



**PLEASE READ ALL PAGES OF THIS CONFIRMATION TO AVOID DELAYS AND MISUNDERSTANDINGS.**

Dear **Rita Watkins,**

Thank you for booking with us.

**(Order Total : $104.00).**

Your reservation details are as follows:

### Departure Trip From College Station To Houston

| | |
|---|---|
| Confirmation Number: | COL-HOU-02-19-2024-05:30-3 |
| Travel Date: | 2/19/2024 |
| Reservation Status: | Reserved |
| Pickup Location: | Ground Shuttle Office |
| Departure Time : | 5:30 AM - Please be ready 15 minutes before departure time if being picked up at the Ground Shuttle office or at the Houston Airport. See details below. |
| Dropoff Location: | Bush International - IAH |
| Estimated time of Arrival: | 7:30 AM |
| Number Of Adults: | 1 |
| Number Of Children under 7: | 0 |
| Number Of additional Bags  *Base fare allows one checked in suitcase and one carry-on* | 0 |

### Return Trip From Houston To College Station

| | |
|---|---|
| Confirmation Number: | HOU-COL-02-23-2024-12:15-2 |
| Travel Date: | 2/23/2024 |
| Reservation Status: | Reserved |

| | |
|---|---|
| **Pickup Location:** | Bush International - IAH |
| **Departure Time :** | 12:15 PM Please be ready 15 minutes before departure time if being picked up at the Ground Shuttle office or at the Houston Airport. See details below. |
| **Dropoff Location:** | Ground Shuttle Office |
| **Estimated time of Arrival:** | 2:15 PM |
| **Number Of Adults:** | 1 |
| **Number Of Childrens under 7:** | 0 |

**Number Of additional Bags**

*Base fare allows one checked in suitcase and one carry-on*   0

**General Information**

All departure times from College Station to Houston trips are from the Ground Shuttle Office located at                                              , we are right behind Casa Do Brasil Steakhouse. All estimated arrival times into College Station are to the Ground Shuttle Office.

We offer parking at our facility. The first 4 days of parking are free of charge and it is $4.00 per day after this. The parking spots in front of our building are for employees and 1 hour parking for customers only.

Base fare includes one checked in suitcase, one carry-on size bag and one personal item (purse, small laptop bag, etc). Additional pieces of luggage are $10 per piece if prepaid or $15 if paid to the driver. We will not guarantee additional luggage will be accommodated unless prepaid. Driver may refuse to lift excessively heavy pieces of luggage (approx. 50lbs or more). We do not have scales available so this decision is at the driver's discretion. Boxes are not allowed.

**Pick up Locations**

**Ground Shuttle Office -**                                                                       . In front of the building under the awning.

**Bush Intercontinental Airport - Terminal C baggage claim.** Exit the baggage claim through **door C-105** and be on the look out for the shuttle. It will pick up either on the middle lanes or on the outside lanes. Unfortunately Airport security moves us around depending on traffic.

**Logistics**

**Trips to Houston:**

Please be there at the Ground Shuttle at least 15 minutes prior to the departure time so the driver has enough time to check everyone in.

**COURTYARD® Marriott.**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Ms Rita Watkins
4746 Enchanted Oaks Dr
College Sta TX 77845
United States

Room: 0914
Room Type: EKNG
No. of Guests: 1
Rate: $ 160.00   Clerk: 1009

Marriott Rewards #   595896259

CRS Number  95106587

Name:

Arrive: 02-19-24         Time: 04:59 PM         Depart: 02-23-24         Folio Number: 765499

| Date | Description | Charges | Credits |
| --- | --- | --- | --- |
| 02-19-24 | Package | 160.00 | |
| 02-19-24 | Destination Fee | 17.00 | |
| 02-19-24 | Government Tax | 15.93 | |
| 02-20-24 | Package | 160.00 | |
| 02-20-24 | Destination Fee | 17.00 | |
| 02-20-24 | Government Tax | 15.93 | |
| 02-21-24 | Package | 160.00 | |
| 02-21-24 | Destination Fee | 17.00 | |
| 02-21-24 | Government Tax | 15.93 | |
| 02-22-24 | Package | 160.00 | |
| 02-22-24 | Destination Fee | 17.00 | |
| 02-22-24 | Government Tax | 15.93 | |
| 02-23-24 | Master Card / Euro Card | | 771.72 |
| | Card # XXXXXXXXXXXX6220 | | |

**Balance**                                                            0.00 USD

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today. Start earning points and elite status, plus enjoy exclusive member offers. Enroll today at the front desk.