OFFICE OF THE FPMPR LLC.
B-5 Calle Tabonuco Suite 216 PMB 292
Guaynabo, Puerto Rico 00968

April 1, 2024

Professional services rendered by the members of the Office of the FPMPR LLC. For March 2024:

| NAME | AMOUNT | MONTH |
|---|---|---|
| 1. John Romero | $17,916.66 | March 2024 |
| 2. Spece | $ 3,148.34 | March 2024 |
| 3. The & Group LLC (Javier González) | $11,270.07 | March 2024 |
| 4. Altai Atlantic Consulting LLC (Dr. David Levy) | $ 9,900.00 | March 2024 |
| 5. Denise Rodriguez | $15,833.33 | March 2024 |
| 6. Viota & Associates CPA LLC | $ 550.00 | March 2024 |
| 7. Donald S. Gosselin | $ 9,900.00 | March 2024 |
| 8. Al Youngs | $12,540.00 | March 2024 |
| 9. Rafael E. Ruiz | $10,065.00 | March 2024 |
| 10. Scott Cragg | $10,106.25 | March 2024 |
| 11. AB - AG Law LLC (Lcdo. Roberto Abesada) | $16,000.00 | March 2024 |
| 12. Rita J. Watkins | $ 9,652.50 | March 2024 |
| 13. M Serrano LLC | $ 9,776.25 | March 2024 |
| 14. HQ Consulting LLC | $11,500.00 | March 2024 |
| 15. Korber Group | $ 1,323.16 | March 2024 |
| 16. Samantha Rhinerson | $ 1,150.00 | March 2024 |
| 17. Claudia Cámara | $ 2,740.00 | March 2024 |
| 18. Manuel Arroyo | $ 2,250.00 | March 2024 |
| 19. Hipolito Castro Jr | $ 9,900.00 | March 2024 |
| 20. Stephanie Leon | $ 4,410.00 | March 2024 |
| 21. Iñigo Galanes | $ 2,510.00 | March 2024 |
| 22. Ipsos | $66,731.60 | March 2024 |
| 23. Extasis Inc. | $ 350.00 | March 2024 |
| 24. Pan a Ladrillo | $ 1,460.55 | March 2024 |
| **TOTAL:** | **$240,983.71** | March 2024 |