Spece
1225 Juan Ponce de Leon
San Juan, PR  00907
787-417-7300
info@spece.com
www.spece.com

Invoice  INV - 22299



| BILL TO | | | |
|---|---|---|---|
| Office of the FPMPR LLC | DATE<br>05/01/2024 | PLEASE PAY<br>$2,579.20 | DUE DATE<br>05/01/2024 |

| MEMBERSHIP | QTY | FEE | AMOUNT |
|---|---|---|---|
| **Private Office**<br>Private Office Suite - Office 15, $2,300.00, May 1, 2024 - May 31, 2024 | 1 | 2,300.00 | 2,300.00T |
| **One-off Fees**<br>Telephone Service, $60.00, May 1, 2024 - May 31, 2024 | 1 | 60.00 | 60.00T |
| **One-off Fees**<br>Garage Parking, $120.00, May 1, 2024 - May 31, 2024 | 1 | 120.00 | 120.00T |

|  |  |
|---|---|
| SUBTOTAL | 2,480.00 |
| TAX (4%) | 99.20 |
| TOTAL | 2,579.20 |
| TOTAL DUE | $2,579.20 |

THANK YOU.

BUSINESS BEGINS HERE

**Spece**
1225 Juan Ponce de Leon
San Juan, PR  00907
787-417-7300
info@spece.com
www.spece.com

**Invoice  INV - 22298**



| BILL TO | | | |
|---|---|---|---|
| Office of the FPMPR LLC | DATE<br>03/31/2024 | PLEASE PAY<br>$569.14 | DUE DATE<br>03/31/2024 |

| MEMBERSHIP | QTY | FEE | AMOUNT |
|---|---|---|---|
| **One-off Fees**<br>Printing - B&W | 310 | 0.10 | 31.00T |
| **One-off Fees**<br>Printing - Color | 5 | 0.25 | 1.25T |
| **One-off Fees**<br>Printing - B&W | 150 | 0.10 | 15.00T |
| **Conference Room**<br>Small Conference Room, $80.00, 1 x $80.00 / hour (20% discount) - Mar 20, 2024 | 1 | 80.00 | 80.00T |
| **Conference Room**<br>Medium Conference Room, $180.00, 1 x $180.00 / day (20% discount) - Mar 21, 2024 | 1 | 180.00 | 180.00T |
| **Conference Room**<br>Small Conference Room, $144.00, 1 x $144.00 / day (20% discount) - Mar 21, 2024 | 1 | 144.00 | 144.00T |
| **Conference Room**<br>Medium Conference Room, $96.00, 1 x $96.00 / hour (20% discount) - Mar 19, 2024 | 1 | 96.00 | 96.00T |

SUBTOTAL 547.25
TAX (4%) 21.89
TOTAL 569.14

TOTAL DUE     $569.14

THANK YOU.

BUSINESS BEGINS HERE