# THE & GROUP LLC.

Las Ramblas
71 Calle Montjuic
Guaynabo , PR 00969

## INVOICE

INVOICE NUMBER: 130
INVOICE DATE: MARCH 31, 2024

Federal Police Monitor

San Juan, PR

Invoice for Javier B Gonzalez Professional Services as Administrative Director

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| MAR-01-24 | Administrative Director | Work with Team February Travel Expenses Invoices, Communications with Team members, Town hall Follow Up. | 5.00 | $125.00 | $625.00 |
| MAR-01-24 | Administrative Director | Office of the FPM Storage Monthly Fee | | | $228.43 |
| MAR-02-24 | Administrative Director | PRPB Community Counsels State Meeting in Aguadilla. Work with Team February Invoices. | 6.00 | $125.00 | $750.00 |
| MAR-04-24 | Administrative Director | Bi weekly Meeting with PRPB, Work with Team February Invoices, Review of communications. | 5.50 | $125.00 | $687.50 |
| MAR-05-24 | Administrative Director | Work with Team February Invoices, Communications with Team members, Town Hall Coordination, | 4.50 | $125.00 | $562.50 |
| MAR-06-24 | Administrative Director | Communications with Team Members, Team February Invoices. | 2.50 | $125.00 | $312.50 |
| MAR-06-24 | Administrative Director | Printing of Town Hall Meeting Flyers that were distributed to different San Juan precincts. | | | $99.01 |
| MAR-07-24 | Administrative Director | Town Hall Coordination Meeting with PRPB, Communications with Team Members. | 2.00 | $125.00 | $250.00 |
| MAR-08-24 | Administrative Director | Town Hall Meeting Follow up, International Womens Day Protests. | 5.00 | $125.00 | $625.00 |
| MAR-08-24 | Administrative Director | Town Hall Meeting Flyers that were distributed to different San Juan precincts. | | | $122.65 |
| MAR-09-24 | Administrative Director | CIC's Spokepersons State Meeting in Patillas. (Guayama Area). | 5.00 | $125.00 | $625.00 |
| MAR-11-24 | Administrative Director | CIC's and Community Council Sate Spokepersons Meetings Notes | 1.00 | $125.00 | $125.00 |
| MAR-12-24 | Administrative Director | Communications with Team Memebrs, Town Hall Coordination | 1.50 | $125.00 | $187.50 |
| MAR-13-24 | Administrative Director | Work with Team February Expenses Invoices, Town Hall Coordination, Focus Groups Follow Up | 3.50 | $125.00 | $437.50 |
| MAR-13-24 | Administrative Director | Town Hall Meeting Flyers that were distributed to different San Juan precincts. | | | $334.50 |

INVOICE NUMBER: 130

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| MAR-14-24 | Administrative Director | Weekly Executive Team Meeting, Work with Office Budget with the Monitor, Town Hall Coordination. Focus Groups follow up. | 4.50 | $125.00 | $562.50 |
| MAR-15-24 | Administrative Director | Team Visit Coordination, Communications with he Monitor and Team members, Town Hall Coordination. | 2.00 | $125.00 | $250.00 |
| MAR-16-24 | Administrative Director | Office of the TCA Adobe Acrobat Pro Monthly Fee. | | | $47.98 |
| MAR-18-24 | Administrative Director | Meetings at PRPB, Team Visit Coordination, Town Hall Coordination | 5.00 | $125.00 | $625.00 |
| MAR-19-24 | Administrative Director | Team Visit to Fajardo, Town Hall Coordination, Team Visit Coordination | 8.00 | $125.00 | $1,000.00 |
| MAR-20-24 | Administrative Director | Town Hall Coordination and Meeting, Coordination of Team Visit. | 8.00 | $125.00 | $1,000.00 |
| MAR-21-24 | Administrative Director | Coordination of Team Visit | 1.50 | $125.00 | $187.50 |
| MAR-22-24 | Administrative Director | Work with Team February Travel Invoices corrections. Communications with he Monitor, Coordination of Team Visit | 2.50 | $125.00 | $312.50 |
| MAR-25-24 | Administrative Director | Team Travel Invoices Follow-Up, Focus group and PRPB Members interviews follow Up. Team March Travel Invoices. | 2.00 | $125.00 | $250.00 |
| MAR-26-24 | Administrative Director | 253 Meeting, Review of Communications. March Travel Invoices. | 2.50 | $125.00 | $312.50 |
| MAR-28-24 | Administrative Director | Work with Team March Travel Invoices. | 4.00 | $125.00 | $500.00 |
| MAR-31-24 | Administrative Director | I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0.00 | $125.00 | $0.00 |
| | | Gasoline Expense | | | $250.00 |
| | | Total amount of this invoice | | | $11,270.07 |

MESSAGE

Javier B Gonzalez, March 31, 2024



1:16

# Transaction Details
## Card Ending - 31000

**Business Services - Office Supplies**

# SOUTHERN SELF STORAGE SAN JUAN

# $228.43

Feb 29, 2024

`Pending`

This is a Pending Transaction. Pending Transactions are purchases or Card pre-authorizations that are yet to appear on your Account balance.



# Transaction Details

SOUTHERN SELF STORAGE SAN JUAN

 (787) 339-2574

**Doing Business As**

SOUTHERN SELF STORAGE SAN JUAN

Adobe Order

AB03342500217CUS

Company Name

Office of the TCA

Billing Period

16-March-2024 PDT – 15-April-2024 PDT

Payment Method

AMEX ending in 2001

Due on 16-March-2024 PDT

US$47.98 including tax

| PRODUCT | QUANTITY | SUBTOTAL |
|---|---|---|
| Acrobat Pro US$23.99/mo per license | 2 licenses | US$47.98/mo |

Subtotal: US$47.98/mo

Tax/VAT: US$0.00/mo

Total: US$47.98/mo

# Transaction Details
### Card Ending - 12001

## Merchandise & Supplies - Mail Order

# ADOBE WEBSALES 800-833-6687

# $47.98

## Mar 16, 2024

On your statement as ADOBE SYSTEMS Adobe SAN JOSE CA

---



You'll be able to see Rewards information for an eligible charge within 5 days of the charge posting to your account. Please check back later.

## Transaction Details

**ADOBE WEBSALES 800-833-6687**

  (800) 833-6687

  https://www.adobe.com/in/about-adobe/co...

## Doing Business As
**ADOBE WEBSALES 800-833-6687**

## Date Processed
**Mar 17, 2024**




```
         OFFICE DEPOT
           officeMax
      CAROLINA - (787) 701-2900
         03/06/2024  10:01 AM

           VPVT93UPQYQY58EEE

SALE        6648-2-5220-1054059-24.1.1
7417181 SupplyDonation          1.00 E
            Subtotal:           1.00

Order Management Invoice # 3551607700019
Approval Code: 133596
------
114318  JDA GMILL ORDE        99.01 E
              Total:          100.01
        Debit Card 4460:      100.01

AUTH CODE 608988
TDS Chip Read
AID A0000000031010    VISA DEBITO
TVR 8000048000
CVS PIN Verified

  CONTROL:      H17DA-A2ZE9
  OD
        MANUEL ARROYO 56*****255

Shop online at www.officedepot.com
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
         WE WANT TO HEAR FROM YOU!
       Visit survey.officedepot.com
       and enter the survey code below
              G6TW A911 644T
         or scan the below QR code
```



```
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

   Office Depot is proud to partner with
            Round It Up America
     For purposes of this donation

     Please use Tax ID 45-2258715

   For more information, please visit
          www.rounditupamerica.org
```

# Office DEPOT
# OfficeMax

CAROLINA - (787) 701-2900
03/08/2024   10:36 AM
********** REPRINT **********
Reprint Transaction # 66480308240046020



SALE            6648-4-6019-283889-24 1 1
        Subtotal:              122.65

Order Management Invoice # 3585557570014

------------------------------------------
114318  JDA GMILL ORDE              122.65 E
        Total:                      122.65
        Debit Card 4460:            122.65

AUTH CODE 892837
TDS Chip Read
AID A0000000031010    56495341204445424954
TVR 8000048000
CVS PIN Verified

    CONTROL:         WZB1S-HQ6KM
    OD
        Member #: 56*****255

**********************************************
Shop online at www.officedepot.com
**********************************************
    WE WANT TO HEAR FROM YOU!
    Visit survey.officedepot.com
    and enter the survey code below
            16TW WX2H CE3S
    or scan the below QR code



**********************************************



```
Office DEPOT
OfficeMax
CAROLINA - (787) 701-2900
03/13/2024  9:54 AM

VPVT53UP6Y35E8MEE

SALE        6648-1-5888-1054059-24 1 1
    Subtotal:                    334.50

Order Management Invoice # 3593398300013
Approval Code: 999999
------------------------------------
------
114318   JDA GMILL ORDE         334.50 E
             Total:             334.50
       Debit Card 4460:         334.50

AUTH CODE 239376
TDS Contactless
AID A0000000031010    VISA DEBITO
TVR 0000000000
CVS PIN Verified


    CONTROL:        FWVVD-GB56X
    OD
           MANUEL ARROYO 56*****255

Shop online at www.officedepot.com
************************************
        WE WANT TO HEAR FROM YOU!
       Visit survey.officedepot.com
       and enter the survey code below
             K6TY BF67 COGN
         or scan the below QR code
```