

# Invoice

**Altai Atlantic Consulting LLC**

828 Snowden Hallowell Way, Alexandria VA 22314

**Date:** 03/31/24
**Invoice #:** 01-051

**To:** Office of the Federal Police Monitor of Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
Tel. 787-417-9098

| Fee Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|
| **Total Fees Payable For Services Rendered by Dr. David Levy** | 60.0 | 165 | **$9,900.00** |

## Work Performed in the Continental United States

| Date | Activity Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 3/3/24 | Revision and preparing translations for CMR-10 data request 3.1 | 2.0 | 165 | $330.00 |
| 3/4/24 | Communication re: data request 3.1 and Civilian Complaints | 2.0 | 165 | $330.00 |
| 3/5/24 | Monthly internal FPMPR call re: community policing | 1.0 | 165 | $165.00 |
| 3/6/24 | CMR-10, data request 3.1 | 2.5 | 165 | $412.50 |
| 3/9/24 | Periodic validation of master data request against court-approved methodology | 4.0 | 165 | $660.00 |
| 3/11/24 | Status call with PRPB re: community engagement | 1.0 | 165 | $165.00 |
| 3/14/24 | Monthly call re: supervision and recruitment | 0.5 | 165 | $82.50 |
| 3/15/24 | Status call with PRPB re: civilian complaints | 1.0 | 165 | $165.00 |
| 3/16/24 | Review of data provided by PRPB for 2nd data request | 0.5 | 165 | $82.50 |
| 3/17/24 | Email backlog and misc. preparation for site visit | 2.0 | 165 | $330.00 |
| 3/18/24 | March site visit: Meetings at PRPB HQ | 8.0 | 165 | $1,320.00 |
| 3/19/24 | March site visit: Review of CMR-10 drafts & response to data questions from PRPB | 8.0 | 165 | $1,320.00 |
| 3/20/24 | March site visit: Meetings at PRPB HQ and work with Monitor Watkins | 8.0 | 165 | $1,320.00 |
| 3/21/24 | March site visit: Work with monitor Gosselin and review of CMR-10 drafts | 8.0 | 165 | $1,320.00 |
| 3/26/24 | Post-site visit admin | 1.0 | 165 | $165.00 |
| 3/26/24 | Communication re: policies and procedures and PTMS | 2.0 | 165 | $330.00 |
| 3/27/24 | Revision to CMR-10 recruitment and supervision sections | 3.5 | 165 | $577.50 |
| 3/30/24 | Revision to CMR-10 Community engagement section | 4.5 | 165 | $742.50 |
| 3/31/24 | End of month admin | 0.5 | 165 | $82.50 |
| | | | 165 | $0.00 |

|  |  | 165 | $0.00 |
|--|--|--|--|
|  |  | 165 | $0.00 |
|  |  | 165 | $0.00 |
| Total |  | 60.0 | $9,900.00 |

**Total Fee Payable**   $9,900.00

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

*[signature]*

**Dr. David Levy**

03/31/24

**Date**