# INVOICE

| | | |
|---|---|---|
| **DATE** | **INVOICE NO** | **Denise Rodriguez** |
| 4/1/2024 | #042 | 3003 San Sebastian St. |
| | | Mission, TX 78572 |
| | | drodriguez_PRI@outlook.com |

**INVOICE TO**
Puerto Rico Chief Federal Monitor

**INVOICE PERIOD**
March 1 – 31, 2024

**DUTIES AND RESPONSIBILITIES**                                                **TOTAL DUE $15,833.33**

- Conducted monthly one-on-one meetings with subject matter experts
- Coordinated and conducted weekly Monitoring Executive Team meetings
- Coordinated and conducted biweekly document production meetings with the Parties
- Conducted biweekly meetings with Research Analyst
- Participated in biweekly meetings with staff and PRPB reform staff assigned to each section
- Reviewed and approved the review of several policies submitted to the Monitor's Office by PRPB as per Paragraph 229 of the Agreement
- Worked with the Research Analyst to draft and finalize the schedule for the March and April/May site visits
- Coordinated and oversaw the submission and receipt of various data requests CMR-10
- Participated in various calls with PRPB and Monitoring team members
- Participated in discussions with PRPB about the data requests for CMR-10 and the Community Engagement methodology
- Worked with the Data Analyst and PRPB to make changes to the data requests
- Participated in March site visit
- Review draft focus group survey reports delivered by IPSOS and approved distribution to parties
- Drafted proposed revisions to the Community Engagement methodology
- Reviewed and finalized mid period status reports from the Monitors
- Reviewed the Commonwealths consolidated status report and not compliant paragraphs tracker
- Finalized preparations for the March FPM townhall meeting
- Reviewed and approved final agenda and flyer re the townhall meeting
- Continued coordination with NYPD and PRPB regarding a peer to peer site visit
- Reviewed materials related to the Academy Training/Associates Degree proposed training delivery

| | |
|---|---|
| Flat Rate Total Wages* | $15,833.33 |
| **Total Due** | **$ 15,833.33** |

*The total amount is a flat rate. The total monthly is $15,833.33 for an annualized amount of $190,000.00.

*(signature)*

Denise Rodriguez, Chief Deputy Monitor

April 1, 2024
Date

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.