# Viota & Associates CPA LLC

| Invoice #: | Invoice Date | Page |
|---|---|---|
| 202400152 | 03/27/2024 | 1 of 1 |

(787) 296-9060 | mforteza@viotacpa.com

Bill To:

**OFFICE OF THE FPM, LLC**
1225 AVENIDA JUAN PONCE DE LEON
SAN JUAN, PR  00907

Please pay by: 03/27/2024
**Invoice Total: $550.00**

For professional service rendered as follows:

### Accounting Services - 2 hours @ $125 per hour

| Date | Staff | Activity | Hours | Units |
|---|---|---|---|---|
| 03/15/24 | Malave, Adianis | Accounting Services | 1.50 | |
| | | Download Services Invoices to Dropbox, Review Services Invoices and Travel Expenses, calculated withholdings, invoices in Excel | | |
| 03/15/24 | Forteza, Maria | Accounting Services | 0.50 | |
| | | ACH Vendor payments - Expenses January 2024 | | |
| | | Total Amount | | 250.00 |

### Annual Fee Paid to the PR Department of State

| Date | Staff | Activity | Hours | Units |
|---|---|---|---|---|
| 03/13/24 | Forteza, Maria | Annual Fee Paid to the PR Department of State | | 1.00 |
| | | Total Amount | | 150.00 |

### Preparation of the Annual Report to the PR Department of State

| Date | Staff | Activity | Hours | Units |
|---|---|---|---|---|
| 03/27/24 | Viota, Manuel | Preparation of the Annual Report to the PR Department of State | | |
| | | Total Amount | | 150.00 |

**Invoice Total: $550.00**

Additional information
Invoices are due upon receipt. Your prompt payment is appreciated.



# Payment Receipt



| | |
|---|---|
| **Receipt Number:** 28498260 | **Receipt Date:** 13-Mar-2024 10:32 PM |

| Filer | Filer Email Address |
|---|---|
| VIOTA , MANUEL | infoviotacpa@gmail.com |

| Service | | | Fee |
|---|---|---|---|
| **(432409) OFFICE OF THE FPMPR  LLC** | | | |
| 2023 Annual Fee | | | $150.00 |

| Payment Method | Payer Name | Reference | Amount |
|---|---|---|---|
| Credit Card | VIOTA , MANUEL | 80330650400 | $150.00 |
| | | **Total Payment** | **$150.00** |

**Disclaimer:** Any transaction provided through this service is considered final. Changes, refunds and/or claims for the issuance of any document issued through this service are not accepted. Claims for any other reason must be made within thirty (30) days from the date of receipt.

| | Page 1 of 1 |
|---|---|
| **Payment Receipt** | |
| **Receipt Number:** 28498260 | **Receipt Date:** 13-Mar-2024 10:32 PM |