**Name:** Donald S. Gosselin, d/b/a Gosselin Int'l Associates, division of MBG North Corp #1193
**Invoice Date** 4/1/24
**Invoice Peri** Mar 1 - Mar 31 2024

| Date | Task(s) | Rate | Total Ho | Total Amount |
|---|---|---|---|---|
| 3/1/24 | Review Trip/Correct Agenda | $ 165.00 | 1.75 | $ 288.75 |
| 3/2/24 | Review Trip Plan/Correct Agenda/Comms with Monitors | $ 165.00 | 3.5 | $ 577.50 |
| 3/7/24 | Read Reports/Analysis | $ 165.00 | 3 | $ 495.00 |
| 3/8/24 | Transfer Complaint - Read/Analyze/report | $ 165.00 | 4.25 | $ 701.25 |
| 3/9/24 | Read/Analyze Cases | $ 165.00 | 4 | $ 660.00 |
| 3/10/24 | Team Comms/Analyze Cases | $ 165.00 | 4.75 | $ 783.75 |
| 3/18/24 | In-Country SJU | $ 165.00 | 8 | $ 1,320.00 |
| 3/19/24 | In-Country SJU | $ 165.00 | 8 | $ 1,320.00 |
| 3/20/24 | In-Country SJU | $ 165.00 | 8 | $ 1,320.00 |
| 3/21/24 | In-Country SJU | $ 165.00 | 8 | $ 1,320.00 |
| 3/22/24 | Email correpsondence | $ 165.00 | 0.75 | $ 123.75 |
| 3/23/24 | Ping database, produce reports of interviewees | $ 165.00 | 1 | $ 165.00 |
| 3/30/24 | Read reports - Analysis | $ 165.00 | 2.75 | $ 453.75 |
| 3/31/24 | Read reports - Analysis | $ 165.00 | 2.25 | $ 371.25 |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |

| | | | | |
|---|---|---|---|---|
| | $ 165.00 | | $ | - |
| **TOTAL Labo** | | **60.00** | **$** | **9,900.00** |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the

**Signature:** **Date:** 4/1/24

DS Gosselin <signature>

**Commo and Coordination** consists of all writings and digital comms to/from Monitors, PRPB, USDOJ; Review compliance targets, document and data requests, logistics; scheduling, on-site planning & coordination, database development

**Data/Policy Analysis, Writing**
Data concerns CMR-8, Draft/review data requests, review special case, reporting on interviews, due process for promo candidates

**Field Work:**
Research conducted in situ (SJU)

**Review Investigations:** Page by page analysis of SARP Investigations conducted (Phase I and Adjudicated (Phase II)

**Travel Breakout** **Traveler: Donald S. Gosselin - MARCH 2024 TRAVEL.**

| Expense | Unit Cost | Units | Column1 | Total | Column2 | Column3 |
|---|---|---|---|---|---|---|
| Airfare R/T PTY-SJU Coach 17-21 MAR 2024 | $ 1,442.10 | 1 | $ - | $ 1,442.10 | COPA PTY-SJU COACH | |
| | $ - | 1 | | $ - | JETBLUE SJU-BOS COACH | |
| | $ - | 1 | | $ - | N/A | |
| | $ - | 1 | | $ - | Hotel to Office | |
| | | 0 | | $ - | Airport Parking Sun-Fri | |
| Ground Transport Home/Airfield/Home (RT) | $ 0.670 | 48 | | $ 32.16 | HOME/AIRFIELD/HOME **Round Trip** | |
| Tolls /Use of Rental Vehicle/to-from Base | $9.95 | | *WAIVED* | $ - | MA/NH/ME/PTY Tolls | |
| Lodging | $ 160.00 | 4 | | $ 640.00 | | |
| Per Diem (Travel Days) | $ 86.25 | 2 | | $ 172.50 | | |
| Per Diem (Full Days) | $ 115.00 | 2 | | $ 230.00 | | |
| Hotel TAX + Fees ($17.00 + $15.93) | $ 32.93 | 4 | | $ 131.72 | | |
| | | | | | | |
| **Total** | | | | **$ 2,648.48** | | |