

**Al Youngs**
**5552 West Lakeridge Rd**
**Lakewood, CO 80227**

March 4 to March 7, 2024
Invoice No. 59
Member of Federal Monitor Team

| Date | Brief Description | Total Hours |
|---|---|---|
| 3/4 to 3/7 | New Orleans Peer to Peer site visit | 16.0 Hours |

**TOTAL HOURS:**  16.0

Billable Hours: 16 Hours at a Rate of $165.00 Per Hour =   $2,640.00
**TOTAL:**  **$2,640.00**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_Alan C Youngs_
Signature

3/31/24
Date



**Al Youngs**
**5552 West Lakeridge Rd**
**Lakewood, CO 80227**

March 1 to March 31, 2024
Invoice No. 58
Member of Federal Monitor Team

| Date | Brief Description | Total Hours |
|---|---|---|
| 3/1 | Reviewed and responded to emails and conference calls for the month of March | |
| 3/2 | | |
| 3/3 | | |
| 3/8 | | |
| 3/9 | | |
| 3/11 | | |
| 3/12 | | |
| 3/14 | | |
| 3/15 | | |
| 3/16 | | |
| 3/26 | | |
| 3/28 | | |
| 3/29 | | |
| 3/30 | | |
| | | 6.0 Hours |
| 3/1 | Several meetings and phone calls with Monitor and Deputy Monitor. | |
| 3/2 | | |
| 3/3 | | |
| 3/8 | | |
| 3/9 | | |
| 3/12 | | |
| 3/14 | | |
| 3/26 | | |
| 3/27 | | |
| 3/28 | | |
| 3/30 | | |
| | | 3.0 Hours |

| Date | Activity | Hours |
|---|---|---|
| | **During site visit to Puerto Rico** | |
| 3/18 | Met with Reform Unit. Reviewed site visit agenda. Biweekly Document Production Meeting | |
| 3/18 | EIS Demonstration | |
| 3/18 | Met with Director of Operations and Patrol, Cesares. Discussed patrol supervision strategies and plans. | |
| 3/19 | Field visit to Fajardo Area Command-Interviewed Supervision and Management selections | |
| 3/20 | Met with HR Director. Discussed Performance Evaluation Process | |
| 3/20 | Supervision and Management Interviews-Interviews of random sample of commanders, supervisors, and officers to determine whether there is close and effective supervision. Other questions were asked about EIS and other Supervisory tools, Supervisory ratios, Performance Evaluations, and Traning received. | |
| 3/20 | Town Hall Meeting | |
| 3/21 | Meeting with SARP Inspector Ortiz-Discussed SARP reform progress, efforts related to Inspections and yearly report and EIS related to SARP | |
| 3/21 | Met with Captain Alex Acevedo reference Paragraph 13 Implemetation Plan Leads, updates and progress | 27.0 Hours |
| | | |
| 3/1 | Re-reviewed Recruitment information and past CMRs | 2.0 Hours |
| 3/12 | Re-reviewed Supervision information and past CMRs | 2.0 Hours |
| 3/16 | Prepared Draft Supervision CMR10 | 3.0 Hours |
| 3/16 | Prepared draft Recruitment CMR10 | 3.0 Hours |
| 3/23 | Re-reviewed DATA Request 2.2 | 1.5 Hours |
| 3/24 | Re-reviewed ACT65 | 1.5 Hours |
| 3/25 | Re-reviewed training materials reference Pro-media | 2.0 Hours |
| 3/26 | Re-reviewed PARA 16 and 17 | 2.0 Hours |
| 3/26 | Re-reviewed Inspection audits | 2.0 Hours |
| 3/29 | Reviewed Convocatoria for PRPB 1st Lieutenant | 1.0 Hours |
| 3/31 | Re-reviewed OG213 and related PPR for approval | 2.0 Hours |
| 3/31 | Reviewed PRPB self assessment report | 2.0 Hours |

**TOTAL HOURS:** 60.0

Billable Hours: 60 Hours at a Rate of $165.00 Per Hour = $9,900.00

**TOTAL:** **$9,900.00**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_Alan C. Young_
Signature

3/31/24
**Date**