# Rafael Ruiz Consulting

12 Crestshire Dr.
Lawrence, MA 01843

PHONE: 6177599156    stodgo1971@yahoo.com    12 Crestshire Dr.

## INVOICE

INVOICE NUMBER: 2024-03
INVOICE DATE: 3/31/2024

Federal Police Monitor for PR
VIG Tower, PH-924
1225 Ponce De Leon Ave.
San Juan, PR 00907

RAFAEL E. RUIZ CONSULTING

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: FPM work from Home | | | |
| 3/1/2024 | FPM work from Home | FPM meeting with PRPB Search/Seizure Coordinator and Project Manager. | 1.25 | $165.00 | $206.25 |
| 3/6/2024 | FPM work from Home | Analyze CMR-10 data and prep midterm draft | 8.00 | $165.00 | $1,320.00 |
| 3/7/2024 | FPM work from Home | Analyze CMR-10 data and prep midterm draft | 7.00 | $165.00 | $1,155.00 |
| 3/8/2024 | FPM work from Home | Analyze CMR-10 data and prep midterm draft | 8.50 | $165.00 | $1,402.50 |
| 3/9/2024 | FPM work from Home | Analyze CMR-10 data and prep midterm draft | 6.50 | $165.00 | $1,072.50 |
| 3/10/2024 | FPM work from Home | Analyze CMR-10 data and prep midterm draft; Review DSP Gen Orders (plate reader, body cam) | 7.25 | $165.00 | $1,196.25 |
| 3/11/2024 | FPM work from Home | Analyze CMR-10 data and prep midterm draft; FPM meeting with PRPB S&S Coordinator and Project Manager | 7.25 | $165.00 | $1,196.25 |
| 3/12/2024 | FPM work from Home | Analyze CMR-10 data and prep midterm draft | 7.00 | $165.00 | $1,155.00 |
| 3/13/2024 | FPM work from Home | Analyze CMR-10 data and prep midterm draft | 2.00 | $165.00 | $330.00 |
| 3/16/2024 | FPM work from Home | Analyze CMR-10 data and prep midterm draft | 3.00 | $165.00 | $495.00 |
| 3/18/2024 | FPM work from Home | Meeting via Zoom Team at PRPB re week's agenda; EIS Module presentation | 1.75 | $165.00 | $288.75 |
| 3/27/2024 | FPM work from Home | FPM Zoom meeting with PRPB Policies & Procedures Director | 0.25 | $165.00 | $41.25 |
| 3/31/2024 | FPM work from Home | FPM Team emails, texts, phone calls | 1.25 | $165.00 | $206.25 |
| | | TOTAL: FPM work from Home | | | $10,065.00 |
| | | Total hours for this invoice | 61.00 | | |

| INVOICE BALANCE INFORMATION | |
|---|---|
| Total amount of this invoice | $10,065.00 |
| Current invoice balance | $10,065.00 |

| AMOUNT DUE ON THIS INVOICE: $10,065.00 |
|---|

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of the hours worked in my capacity as a member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Rafael E. Ruiz

Dare: March 31, 2024