INVOICE 0109L - LABOR FOR PROFESSIONAL SERVICES; MAR 1-31, 2024
RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC

TO: Federal Monitor
Puerto Rico Police Department Consent Decree

Attached below please find the details for professional services rendered by Scott Cragg (Monitoring Core Team) for March 2024:

| | |
|---|---|
| Name: | Scott Cragg |
| Invoice Date: | 3/31/24 |
| Invoice Period: | 3/1-31/24 |

| Date | Task(s) | Rate | Total Hours | Total Amount |
|---|---|---|---|---|
| 3/2/24 | Review Artifacts forwarded by Monitors Office, clear emails from monitors office, review 253 minutes, review March on site agenda and block schedules | $165.00 | 1.25 | $206.25 |
| 3/4/24 | Review and make recommendation to final draft of Mid-Point progress report for the Court | $165.00 | 0.25 | $41.25 |
| 3/5/24 | Continue reconciliation of Decree, Methodologies, IT Needs Assessment. IT Strategic Plan | $165.00 | 1.5 | $247.50 |
| 3/6/24 | Email comms with monitors off on PRPB on-site visit to NYPD, clear emails on changes to on-site schedule for March, Review Security Camara Regulation and make recommendation for revision of responsibilities | $165.00 | 1.75 | $288.75 |
| 3/7/24 | Attend Gartner RMS/PMO Weekly Status Review, Attend AHD Monthly status review, review General Order on the Fusion center, make recommendations to the Federal Monitor, review regulation for security camera operations and make recommendation to Federal Monitor. Scan Data call 3.1 from D. Levy | $165.00 | 2.75 | $453.75 |
| 3/12/24 | Review Reforma visit to NYPD re; RMS and GTE ops. Consider options for agenda, schedule planning and changes, Gartner weekly mtg changes and rescheduling | $165.00 | 0.75 | $123.75 |
| 3/16/24 | Complete contract compliance reconciliation of Gartner proposal and contract in prep for Vendor RMS Responses. Review Gartner weekly status report for use during on-site review | $165.00 | 3.5 | $577.50 |
| 3/18/24 | On Site | $165.00 | 8 | $1,320.00 |
| 3/19/24 | On SIte | $165.00 | 8 | $1,320.00 |
| 3/20/24 | On Site | $165.00 | 8 | $1,320.00 |
| 3/21/24 | Gartner Weekly Status Mtg to the Parties, Pre-read status report. In preparation for RMS Vendor review and selection currently and on 14 April, continue review of artifacts (Gartner IT Assessment), Travel logistics and reservations for 4/15 on-site vendor review | $165.00 | 4.75 | $783.75 |
| 3/23/24 | Travel planning and reservations for 4/15 on site visit for RMS Vendor review, reserve air, parking, and hotel, prepare March travel | $165.00 | 4.5 | $742.50 |

1

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| | invoice and submit, review regulations submitted via email by monitors office. Continue drafting CMR-10 | | | |
| 3/25/24 | Continue drafting of cmr 10, Review of EIS background materials from Monitors Office | $165.00 | 2.5 | $412.50 |
| 3/26/24 | review of staff data call for IT, recommend edits and revisions for completeness, review of relevant media reports concerning PRPB issues. | $165.00 | 0.75 | $123.75 |
| 3/27/24 | Attend FBI briefing to PRPB on the NIBR system and Process. Clear email correspondence on IT Staffing data calls. Clear email conversation between the Monitors Office and DoJ regarding NIBRS mtg of 3/27 and questions raised by the PRPB. | $165.00 | 2.5 | $412.50 |
| 3/28/24 | Continue drafting of cmr 10 | $165.00 | 5 | $825.00 |
| 3/29/24 | Continue drafting of cmr 10 | $165.00 | 0.75 | $123.75 |
| 3/30/24 | Continue drafting of cmr 10 | $165.00 | 4.5 | $742.50 |
| 3/31/24 | prepare invoice (labor) | $165.00 | 0.25 | $41.25 |
| **TOTAL Labor** | | | **61.25** | **$10,106.25** |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

**Signature:** *[signature]*

**Date:** 3/31/24

2