| Name: | Rita J. Watkins | | | |
|---|---|---|---|---|
| Invoice Date: | 3/31/2024 | | | |
| Invoice Period: | March 1-31, 2024 | | | |

| Date | Task(s) | Rate | Total Hours | Total Amount |
|---|---|---|---|---|
| 3/1/2024 | Telecons and emails from monitors and parties | $ 165.00 | 1 | $ 165.00 |
| 3/1/2024 | Review OG 703, OG 701, PPR 701.1, PPR 701.2 | $ 165.00 | 2 | $ 330.00 |
| 3/4/2024 | Associates Degree RFP Meeting with parties | $ 165.00 | 1 | $ 165.00 |
| 3/5/2024 | Review OG 108/Associates Degree parties meeting | $ 165.00 | 2 | $ 330.00 |
| 3/10/2024 | DSP fusion center and surveillance program/work group prep EP&ND | $ 165.00 | 2 | $ 330.00 |
| 3/11/2024 | Work group Meeting EP&ND | $ 165.00 | 1.5 | $ 247.50 |
| 3/13/2024 | Bi-month meeting/CMR-10 draft update | $ 165.00 | 0.5 | $ 82.50 |
| 3/14/2024 | Review college credit materials | $ 165.00 | 4 | $ 660.00 |
| 3/15/2024 | Writing CMR-10 | $ 165.00 | 3 | $ 495.00 |
| 3/16/2024 | Writing CMR-10 | $ 165.00 | 2 | $ 330.00 |
| 3/18/2024 | On-site visit | $ 165.00 | 8 | $ 1,320.00 |
| 3/19/2024 | On-site visit | $ 165.00 | 8 | $ 1,320.00 |
| 3/20/2024 | On-site visit/Town hall meeting | $ 165.00 | 12 | $ 1,980.00 |
| 3/21/2024 | On-site visit | $ 165.00 | 8 | $ 1,320.00 |
| 3/26/2024 | Telecons and emails from monitors and parties | $ 165.00 | 1 | $ 165.00 |
| 3/27/2024 | NIBRS Meeting with FBI and parties | $ 165.00 | 1.5 | $ 247.50 |
| 3/28/2024 | Telecons and emails from monitors and parties | $ 165.00 | 1 | $ 165.00 |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| **TOTAL** | | | **58.5** | **$ 9,652.50** |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Signature: *Rita J. Watkins*          Date: 3/31/2024