

# INVOICE

22 Chalets de Santa Maria
San Juan, P.R. 00927
(787) 940-3090

**DATE:** 3/31/2024
**INVOICE #** 2024003
**FOR:** FPMPR/TCA

**BILL TO:**
**Office of the FPMPR, LLC**
VIG Tower, PH 924
1225 Ponce de Leon Avenue
San Juan, P.R. 00907

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Zoom calls/Team meetings: 3/5, 3/11 PRPB focal meeting | 2.25 | $165.00 | $ 371.25 |
| emails-texts/phone calls:  Sam, John, Denise, field interviews invite, Claudia, Javi | 3.50 | $165.00 | $ 577.50 |
| 03/04/2-024: Mid period summary review | 0.25 | $165.00 | $41.25 |
| 03/11/2024: Meeting minutes review & prep for focal meeting w/PRPB | 0.75 | $165.00 | $123.75 |
| 03/12/2024: Civilian interview invite letters+coord. | 2.25 | $165.00 | $371.25 |
| 03/13/2024: CMR10 Intro comm. Pol.& public info..period policies recs. reviewed, Systems review: PRPB's website, Virtual lib., Self Monitoring/ crime stats, Monitor's comm. interactions notes for draft. | 4.25 | $165.00 | $701.25 |
| 03/14/2024: Control nos. 14682, 14149,13533,12970,12473 reviewed in support of open meetings for par 214 compl. +draft/ par. 215 partial draft | 4.25 | $165.00 | $701.25 |
| 03/15/2024: pars. 206-213 assessment drafts | 6.00 | $165.00 | $990.00 |
| 3/16/2024: pars. 206-213 patways draft | 5.50 | $165.00 | $907.50 |
| 03/17/2024:Field visit schedulee/interviews review;  pars. 214-216 final assessment & pathways/ USDOJ impl. Plan & PRPB pathways plan review in support of pars 214-217/Final draft | 4.50 | $165.00 | $742.50 |
| 03/18/2024: PRB meeting & EIS demo. | 5.00 | $165.00 | $825.00 |
| 03/19/2024: PRPB Interviews | 4.75 | $165.00 | $783.75 |
| 03/20/2024: PRPB/CIC Interviews & Townhall meeting | 8.00 | $165.00 | $1,320.00 |
| 03/21/2024: PRPB Interviews Monitor's Office | 8.00 | $165.00 | $1,320.00 |
| | 59.25 | | $ 9,776.25 |
| | | **TOTAL** | $ 9,776.25 |

**I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor.  I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities, or agencies.**



Merangelie Serrano-Rios