# H & Q Consulting, LLC

314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo.ramirez@outlook.com

March 31, 2024

Office of the Technical Compliance Advisor
VIG Tower, Penthouse
1225 Ponce de León Ave
San Juan, PR 00907

INVOICE LGH 2024-03
ASSOCIATE FEDERAL MONITOR
FLAT RATE TOTAL DUE – March 31, 2024

|  |  |
|---|---|
| FLAT RATE | $11,500.00 |
| **Total Due** | **$11,500.00** |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as Associate Federal Monitor. I further certify that I have not received any income, compensation or payment for services rendered under regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

The detailed description of the billable hours is in the ensuing page(s).

_____
Luis G. Hidalgo

## H & Q Consulting, LLC
314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo.ramirez@outlook.com

**Duties and Responsibilities as Associate Federal Monitor**
Generated, received, reviewed, and/or responded to emails/texts/telephone calls (March 1-31) from members of the Monitor Team.
Generated, received, reviewed, and/or responded to emails/texts/telephone calls (March 1-31) from the PRPB, Department of Public Safety and the Office of the Governor.
Participated in various Zoom/Microsoft Teams meetings with the Monitor Team, Special Master Team, United States Department of Justice, Department of Public Safety, and/or the Puerto Rico Police Bureau.
Monitored media coverage of issues of relevance to the Monitor Team.
Coordinated or assisted in the coordination and/or re-scheduling of meetings with various units and offices of the PRPB and/or Counsels to the Commonwealth.
Assisted in the drafting, review and/or revision of documents prepared by the Monitor Team, and/or other parties to the Agreement.
Review and comment on laws and/or information provided in relation to these, which may impact PRPB's compliance with the Agreement.
Represented the Monitor Team at meetings with the Director of the Reform Unit, and/or with other units or offices within the PRPB.
Assisted members of the Monitor Team re: coordination of meetings, telephone calls, drafting and review of documents, as well as other matters.
Served as liaison between the Department of Public Safety, PRPB, Office of the Governor, and/or the Monitor Team.
Provided presence at the Monitor's Office to meet with general public, and/or community leaders, and/or answer calls to that effect.
Continued with the coordination of the Town Hall Community Meeting that was held in San Juan on March 20, 2024.
Supervised and provided support in some delegated matters to Staff Assistant to the Office, Íñigo Galanes.
Participated in the March 253 Meeting.

**Site Visit to Puerto Rico – March 18 - 21, 2024**
Assisted to various meetings with the PRPB, USDOJ and/or OSM.
Meeting with CIT coordinator and team.
Field Visit to Fajardo.
Meeting with Fajardo Area FRB and DOT Unit.
Meeting with FIU.
Participated at the FPM San Juan Area Town Hall Meeting.
Participated at the USDOJ United Against Hate Meeting.