

**Samantha Rhinerson**
550 Amsonia Circle
Guyton, GA 31312
srhinerson99@outlook.com | 256-431-5324

| BILL TO | INVOICE # | DATE | DUE |
|---|---|---|---|
| Puerto Rico Chief Federal Monitor | 2024-03 | 3/31/2024 | 4/30/2024 |

| Date | Description | Hours | Rate | TOTAL |
|---|---|---|---|---|
| 03/01/2024 | 1.0 hour of travel planning | 1.00 | $100.00 | $100.00 |
| 03/02/2024 | 1.0 hour of policy review facilitation | 1.00 | $100.00 | $100.00 |
| 03/04/2024 | 1.0 hour of travel planning | 1.00 | $100.00 | $100.00 |
| 03/05/2024 | 1.0 hour of Meeting with Meranglie and travel planning | 1.00 | $100.00 | $100.00 |
| 03/10/2024 | 1.0 hour of policy review facilitation | 1.00 | $100.00 | $100.00 |
| 03/14/2024 | 1.0 hour of policy review facilitation | 1.00 | $100.00 | $100.00 |
| 03/18/2024 | 1.0 hour of policy review facilitation and CMR review | 1.00 | $100.00 | $100.00 |
| 03/23/2024 | 1.5 hour of travel planning and policy review facilitation | 1.50 | $100.00 | $150.00 |
| 03/25/2024 | 1.0 hour of 253 Meeting facilitation and policy review facilitation | 1.00 | $100.00 | $100.00 |
| 03/27/2024 | 1.0 hour of policy review facilitation | 1.00 | $100.00 | $100.00 |
| 03/29/2024 | 1.0 hour of meetig with Denise and interview exclusion list prep | 1.00 | $100.00 | $100.00 |

**TOTAL** $1,150.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*thank you*