**Office of the FPMPR LLC**

**VIG Tower, PH – 924**

**1225 Ave. Juan Ponce de León**

**San Juan, PR 00907**
**Name:** Claudia Cámara-León **Supervisor:** Javier Gonzales, Esq.

## Work Timesheet (March 2024)

| Date | Task | Total Hours |
|---|---|---|
| March 1, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| March 4, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| March 5, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| March 6, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| March 7, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| March 8, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| March 11, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |

| | | | |
|---|---|---|---|
| March 12, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | | 7.0 |
| March 13, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | | 7.0 |
| March 14, 2024 | Present at the office during morning working hours. Office duties: taking calls and checking voicemails, etc. Worked the afternoon from home: Answered community calls, assisted with scheduling area meetings, assisted members by forwarding information. | | 6.0 |
| March 15, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | | 7.0 |
| March 18, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. Assisted the monitoring team during their visit. | | 7.0 |
| March 19, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. Assisted the monitoring team during their visit. | | 7.0 |
| March 20, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. Assisted the monitoring team during their visit. Prepared and participated in the San Juan Townhall Meeting. | | 12.0 |

| March 21, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. Assisted the monitoring team during their visit. | 7.0 |
| --- | --- | --- |
| March 22, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. Assisted the monitoring team during their visit. | 7.0 |
| March 25, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| March 26, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| March 27, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |

**Total, 137 hours for $20 = $2,740**

I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

Signature,
Claudia S. Cámara León

_____