# Manuel A. Arroyo Rivera

P.o Box 8925 Santurce Puerto Rico 00910     Cel 787-364-8925

Email marroyorivera20@gmail.com

Invoice  Month March   2024                                                                                   Invoice #040

Federal Police Monitor   San Juan, PR

| Date | description | Hour | Rate | Amount |
|---|---|---|---|---|
| March-6-2024 | Print Town Hall invitations at office max and deliver them to the Manuel A. Perez residential precinct | 3 | $25 | $75.00 |
| March- 8-2024 | Print Town Hall invitations at office max and deliver them to the Eleonor Roosevelt precinct, to Sergeant Bermudez. | 3 | $25 | $75.00 |
| March-13-2024 | Print Town Hall invitations at office max and deliver them to Luis Hidalgo in the office and at the headquarters, to Edna de Leon. pick up check at court and deposit it | 5 | $25 | $125.00 |
| March-17-2024 | Pick up the monitor's office staff at different times at the airport and take them to your hotel. | 12 | $25 | $300.00 |
| March18-2024 | pick up the monitor and take them to different meetings of the day | 11 | $25 | $275.00 |
| March-19-2024 | pick up the monitor and take them to different meetings of the day | 8 | $25 | $200.00 |
| March-20-2024 | pick up the monitors and take them to the different meetings of the day, including the Town Hall in the afternoon and evening | 15 | $25 | $375.00 |
| March-21-2024 | pick up the monitor and take them to different meetings of the day | 13 | $25 | $325.00 |
| March-22-2024 | Pick up staff at the hotel and take them to the airport | 10 | $25 | $250.00 |
| March | Gas expenses | | | $250.00 |
| | | | | Total $2,250.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |