Name: Hipolito Castro Jr
Invoice Date: 3/31/24
Invoice Period: 1 March 2024 - 31 March 2024

| Date | Task(s) | Rate | Total Hours | Total Amount |
|---|---|---|---|---|
| 3/1/24 | CMR-10 Commo and coordination, Data and Policy Analysis/writing | $ 165.00 | 1.00 | $ 165.00 |
| 3/2/24 | CMR-10 | $ 165.00 | 2.00 | $ 330.00 |
| 3/3/24 | CMR-10 | $ 165.00 | 2.00 | $ 330.00 |
| 3/5/24 | commo and coordination, Data and Policy Analysis/writing | $ 165.00 | 1 | $ 165.00 |
| 3/9/24 | Commo and coordination, Data and Policy Analysis/writing | $ 165.00 | 1 | $ 165.00 |
| 3/10/24 | CMR-10 | $ 165.00 | 3.00 | $ 495.00 |
| 3/11/24 | CMR-10 | $ 165.00 | 1.00 | $ 165.00 |
| 3/12/24 | CMR-10 | $ 165.00 | 2.00 | $ 330.00 |
| 3/16/24 | CMR-10 | $ 165.00 | 2.00 | $ 330.00 |
| 3/17/24 | CMR-10 | $ 165.00 | 2.00 | $ 330.00 |
| 3/18/24 | Field work Puerto Rico | $ 165.00 | 8.00 | $ 1,320.00 |
| 3/19/24 | Field work Puerto Rico | $ 165.00 | 8.00 | $ 1,320.00 |
| 3/20/24 | field work Puerto Rico | $ 165.00 | 8.00 | $ 1,320.00 |
| 3/21/24 | field work Puerto Rico | $ 165.00 | 8.00 | $ 1,320.00 |
| 3/22/24 | CMR-10 | $ 165.00 | 1.00 | $ 165.00 |
| 3/26/24 | Data and Policy Analysis | $ 165.00 | 1.00 | $ 165.00 |
| 3/27/24 | Commo and coordination, Data and Policy Analysis/writing | $ 165.00 | 2.00 | $ 330.00 |
| 3/28/24 | CMR-10 | $ 165.00 | 1.00 | $ 165.00 |
| 3/29/24 | Commo and coordination, Data and Policy Analysis/writing | $ 165.00 | 1.00 | $ 165.00 |
| 3/30/24 | CMR-10 | $ 165.00 | 1.00 | $ 165.00 |
| 3/31/24 | CMR-10 | $ 165.00 | 1.00 | $ 165.00 |
| 03/01/2024 to 03/03, Calls, meetings | | $ 165.00 | 3 | $ 495.00 |
| TOTAL Labor | | | 60.00 | $ 9,900.00 |

| | |
|---|---|
| TOTAL | $ 9,900.00 |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Signature:

*[signature]*

Hipolito Castro

Date: 3/31/24

**Commo and Coordination** consists of all writings and digital comms to/from Monitors, PRPB, USDOJ; Review compliance targets, document and data requests, logistics; scheduling, on-site planning & coordination, database development

**Data/Policy Analysis, Writing**
Data concerns CMR-10 and 9, OG 310, OG 410, Draft data requests, review special case, DSP documents, reporting on interviews, due process for promo candidates

**Field Work:** Research conducted in situ (SJU)