**Stephanie Leon**  
*Paralegal*

1483 Ashford Avenue  
Apartment 901  
San Juan, PR 00907  
(832) 692-2475

**INVOICE**

**INVOICE: 2024-4**  
**DATE: 4/01/2024**

**TO:**  
Puerto Rico Chief Federal Monitor

**FOR:**  
Paralegal Services

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 03/01/2024 | -Communication exchanges/phone call with Sergeant Pablo Gonzalez Serrano (PRPB)<br>-Communication exchanges with Monitor Rafael Ruiz<br>-Assisted Monitor Rafael Ruiz to discuss Searches and Seizures<br>-Emailed CMR-10 2.2 Data Validation to David Levy<br>-Organized notes | 4.75 | 90.00 | 427.50 |
| 03/04/2024 | -Assisted Monitor Donald Gosselin with meeting to discuss administrative complaints and internal investigations<br>-Translation for Data request 3.1 | 4.25 | 90.00 | 382.50 |
| 03/05/24 | -Sent data request 3.1 translation to David<br>-Read/responded to emails | 1.50 | 90.00 | 135.00 |
| 03/11/2024 | -Communication exchanges with team members/monitors<br>-Email with Joan Maldonado (PRPB)<br>-Read/responded to emails<br>-Organized meetings<br>-Organized notes | 1.75 | 90.00 | 157.50 |
| 03/15/2024 | -Communication exchanges with team members/monitors<br>-Assisted Monitor Donald Gosselin with meeting to discuss administrative complaints and internal investigations/organized notes | 2.75 | 90.00 | 247.50 |
| 03/18/2024 | -Attend meetings at PRPB Headquarters<br>-Organized the notes of the day | 8.00 | 90.00 | 720.00 |
| 03/19/2024 | -Site visit in Fajardo with team members<br>-Organized the notes of the day<br>-Communication exchanges with team members | 8.00 | 90.00 | 720.00 |
| 03/20/2024 | -Attend meetings at PRPB Headquarters<br>-Town hall meeting at Inter American University metro campus | 8.00 | 90.00 | 720.00 |
| 03/22/2024 | -Communication exchanges with team members/monitors<br>-Calls with team members and monitors<br>-Emailed attorney Esthermarie Torres from PRPB<br>-Read/responded to emails | 1.50 | 90.00 | 135.00 |
| 03/25/2024 | -Communication exchanges with team members/monitors<br>-Email exchanges with attorney Esthermarie Torres from PRPB<br>-Created calendar invites/Organized meetings<br>-Organized notes | 1.75 | 90.00 | 157.50 |
| 03/26/2024 | -March 253 Meeting<br>-Assisted with the promotion's meeting/notes<br>-Assisted Monitor Rafael Ruiz for meeting to discuss Policies and Procedures<br>-Communication exchanges with team members/monitors<br>-Organized notes | 4.50 | 90.00 | 405.00 |
| 03/30/2024 | -Communication exchanges with team members/monitors<br>-Read self-assessment report<br>-Read/responded to emails | 2.25 | 90.00 | 202.50 |
| | | **TOTAL 49 HRS @ $90** | | **$4,410.00** |

*S/ STEPHANIE LEON* **I HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN MY CAPACITY AS A MEMBER OF THE FEDERAL MONITORING TEAM. I FURTHER CERTIFY THAT I HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH, OR ANY OF ITS DEPARTMENTS, MUNICIPALITIES OR AGENCIES.**