**Inigo Galanes**
*Staff Assistant*

INVOICE

ADDRESS
Aboy St 605 Apt 1
San Juan, PR, 00907

**INVOICE:** 2024-03
**DATE:** 04/01/2024

**TO:**
Puerto Rico Chief Federal Monitor

**FOR:**
Professional Services

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 03/01/2024 | -Organized documents in the office.<br>-Coordinated trip to NOLA | 7.0 | 20 | 140 |
| 03/05/2024 | -Attended meetings with NOPD | 8.0 | 20 | 160 |
| 03/06/2024 | -Attended meetings with NOPD | 8.0 | 20 | 160 |
| 03/07/2024 | -Attended meeting to coordinate Town Hall | 1.0 | 20 | 20 |
| 03/11/2024 | -Organized documents in the office<br>-Read Community Engagement content in preparation for meeting | 7.0 | 20 | 140 |
| 03/12/2024 | -Attended EQP and Communication meetings<br>-Transcribed notes and uploaded them to Box<br>-Call from Alan Youngs regarding CMR-10 data<br>-Sent email to Alan Youngs with CMR-10 data<br>-Read/sent emails | 6.0 | 20 | 120 |
| 03/13/2024 | -Organized documents in the office<br>-Attended scheduled meetings with Scott, Rita, John, and Denise<br>-Call from Alan Youngs regarding CMR-10 data<br>-Drafted paragraph 158 report for Alan Youngs | 7.0 | 20 | 140 |
| 03/14/2024 | -Organized documents in the office | 7.0 | 20 | 140 |
| 03/15/2024 | -Organized documents in the office | 7.0 | 20 | 140 |
| 03/18/2024 | -Attended meetings in PRPB HQ | 8.0 | 20 | 160 |
| 03/19/2024 | -Attended meetings in PRPB HQ | 9.0 | 20 | 180 |
| 03/20/2024 | -Attended meetings in PRPB HQ and SAEA<br>-Attended Town Hall Meeting | 12.0 | 20 | 240 |
| 03/21/2024 | -Attended meetings in PRPB HQ | 8.0 | 20 | 160 |
| 03/22/2024 | -Transcribed notes<br>-Drafted CMR-10 reports | 7.0 | 20 | 140 |

| Date | Description | Hours | Rate | Total |
|---|---|---|---|---|
| 03/25/2024 | -Uploaded documents to Box.<br>-Organized documents in the office. | 7.0 | 20 | 140 |
| 03/26/2024 | -Retrieved documents from storage.<br>-Calls with Lcda. Esthermarie Torres.<br>-Call with Sgt. Mary Ortiz.<br>-Read/sent emails. | 7.0 | 20 | 140 |
| 03/27/2024 | -Attended NIBRS meeting.<br>-Organized documents in the office.<br>-Transcribed meeting notes. | 7.0 | 20 | 140 |
| 03/28/2024 | -Call with Alan Youngs<br>-Read CMR-10 drafts for Supervision and Recruitment. | 2.0 | 20 | 40 |
| 03/29/2024 | -Call with Alan Youngs regarding CMR-10 drafts for Supervision and Recruitment. | 0.5 | 20 | 10 |
| | **TOTAL 125.5 HRS @ $20 HR** | | | **$2,510.00** |

*S/ INIGO GALANES*

I HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN MY CAPACITY AS A MEMBER OF THE FEDERAL MONITORING TEAM. I FURTHER CERTIFY THAT I HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH, OR ANY OF ITS DEPARTMENTS, MUNICIPALITIES OR AGENCIES.