

**Ipsos, Inc.**

463 Fernando Calder St.
San Juan, Puerto Rico
00918
Puerto Rico

**I N V O I C E  NO - 24000026**

| | |
|---|---|
| Payment Terms : | 30 days net |
| Due Date : | 27/04/2024 |
| Invoice Date : | **27/03/2024** |
| | ( 1/1 ) |

TECHNICAL COMPLIANCE ADVISOR
OFFICE OF THE TCA
VIG TOWER, PH - 924
1225 AVE. JUAN PONCE DE LEON
SAN JUAN
00907
Puerto Rico

| | |
|---|---|
| Company | : Ipsos, Inc. (Puerto Rico) [12030] |
| Federal ID | : 660454909 |
| End Client | : 14336175 |
| Sales Order | : 23000077 S2 |
| Accounting Contact | : Claribeth.zayas@ipsos.com |

| | |
|---|---|
| Purchase Order Number | : |
| Client Contact | : JAVIER GONZALEZ |
| Client Tel | : 787 417-9098 |
| Client Email | : javier.benito@me.com |

| JOB NUMBER | SALES REF. | DESCRIPTION | TOTAL | |
|---|---|---|---|---|
| 2303363301 12152 | A. trabanco muñoz, Roxana Tel +17877538370 roxana.trabanco@ipsos.com | Final Billing TCA Qualitative Assessment | 64,165.00 | USD |

| | |
|---|---|
| Total Budget Research | 128,330.00 |
| Already Billed | 64,165.00 |
| Percentage Billed on this Invoice | 50.00% |

| | | |
|---|---|---|
| **Invoice Subtotal** | 64,165.00 | **USD** |
| **IVU Special Tax  4.000 %** | 2,566.60 | **USD** |
| **Total  Amount Due** | 66,731.60 | **USD** |

Please reference the invoice number with your payment.
Overdue accounts charged at 1.5% interest per month.
" The Above is a Corporate Address Only.  Please See Below for the Remit Payment Address"

**Remit Payment to**

*IPSOS, INC. (PUERTO RICO)*
463 Fernando Calder St.
San Juan, Puerto Rico
00918
Puerto Rico

**Wire Payment to**

| | |
|---|---|
| ABA No | : 221571415 |
| Swift Code | : OBPRPRSJXXX |
| Account Number | : 1960715573 |
| Bank Name | : Oriental Bank |
| Bank Address | : Hato Rey |
| | Torre Oriental |
| | 254 Ave. Muñoz Rivera |
| | San Juan |
| | Puerto Rico |

Certified Correct,

Tel+ 1.787.753.8370
Fax+ 1.787.754.1614

Claribet Zayas
Director of Finance
and Administration