# Invoice

Attention: Javier González
Title: Producer
Company Name: FPMPR
Guaynabo, P.R.
**Date:** 3/27/24

Extasis, Inc.
35 Camino Azucenas
Sabanera del Río
Gurabo, PR  00778
**T** 787-249-6789
**F** 787-703-1921
wiso@extasismusic.com
facebook.com/ExtasisMusic

PROJECT: "TOWN HALL MEETING", INTER METRO
PROJECT DESCRIPTION: **SOUND SYSTEM**
DATE: **3/20/24**
P.O. NUMBER: N/A
INVOICE NUMBER: N/A
TERMS: UPON DELIVERY

| Description | Quantity | Unit Price | Cost |
|---|---|---|---|
| Sound System - w/2 wireless mics | | | |
| **INTER METRO** | | | 350.00 |
| | | | |
| | | | |
| | | | |
| | | Tax  N/A | 00.00 |
| | | **Total** | **$350.00** |

NOTES: PAYABLE TO: **LUIS E. VÉLEZ**