# Pan a Ladrillo

7874338828

**INVOICE**
INV0002

**DATE**
Mar 20, 2024

**DUE**
On Receipt

**BALANCE DUE**
USD $1,460.55

---

**BILL TO**

## Oficina del Monitor Federal de la Policía

Javier González

jgonzalez@fpmpr.org

| DESCRIPTION | RATE | QTY | AMOUNT |
|---|---:|---:|---:|
| 2 bandejas de sandwiches Cubano | $150.00 | 1 | $150.00 |
| 1 bandeja de sandwiches pavo asado | $75.00 | 1 | $75.00 |
| 2 bandejas de sandwiches jamón de pavo | $150.00 | 1 | $150.00 |
| 2 bandejas de sandwiches Guitarreño | $150.00 | 1 | $150.00 |
| 1 bandeja de sandwiches vegetariano | $75.00 | 1 | $75.00 |
| Bowls de frutas frescas | $75.00 | 1 | $75.00 |
| 3 bandejas de dulces surtidos | $165.00 | 1 | $165.00 |
| Leche caliente y café | $75.00 | 1 | $75.00 |
| Agua y refrescos | $200.00 | 1 | $200.00 |
| Personal, mesas, platos, manteles | $250.00 | 1 | $250.00 |

| | |
|---|---:|
| **SUBTOTAL** | $1,365.00 |
| **TAX (7%)** | $95.55 |

| | |
|---|---:|
| TOTAL | $1,460.55 |
| **BALANCE DUE** | **USD $1,460.55** |

Muchas gracias.



FPMPR EXPENSE NOTE:

**Pan a Ladrillo March Invoice Note:**

**Date: April 1, 2024**

**Prepared by: Javier González**

**Notes regarding the March 2024 Labor Invoices:**

Town Hall Expense:
- Invoices include the Office of the FPM Town Hall Food and Beverage expense. (No Alcohol). Pan a Ladrillo was the supplier.