### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO and the PUERTO RICO POLICE DEPARTMENT,<br><br>  Defendants. | NO. 3:12-cv-2039 (FAB) |

### INFORMATIVE MOTION IN COMPLIANCE WITH ORDER AT ECF. NO. 2618

**TO THE HON. FRANCISCO A. BESOSA, SENIOR U.S. DISTRICT JUDGE:**

NOW COMES, John Romero, in his capacity as Chief Federal Police Monitor, who respectfully, through the General Counsel of the Federal Police Monitor's Office ("Monitor's Office") states and prays in compliance with the Court's order at ECF No. 2618 as follows:

1. The defendants filed a motion informing and enclosing the Puerto Rico Police Bureau's ("PRPB") self-assessment for the period ending March 30, 2024. See ECF No. 2607.

2. The Court ordered the plaintiff, the Special Master, and the Monitor to respond to the foregoing informative motion by April 23, 2024. See ECF No. 2618.

3. The Monitor currently does not have any comments on PRPB's self-assessment report. The Monitor's office is aware of the contents therein following its biweekly meetings and site visits. The Monitor will provide the relevant comments about PRPB's progress and compliance with the consent decree in its upcoming CMR-10 report.

WHEREFORE, the Chief Federal Police Monitor, John Romero, respectfully requests that the Court take notice of the above and of his compliance with the Court's order at ECF No 2618.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 16th day of April 2024.

**I HEREBY CERTIFY** that on this same date a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which in turn notifies all counsel of record in the case.

s/Roberto Abesada-Agüet
USDC-PR No. 216706

General Counsel
FPMPR LLC
rabesada@fpmpr.org

1357 Ashford Avenue #2-184
San Juan, Puerto Rico 00907
(787) 948-5131
ra@abesada.com
