### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO and the PUERTO RICO POLICE DEPARTMENT,<br><br>Defendants. | NO. 3:12-cv-2039 (FAB) |

## MOTION TO RESTRICT ECF NO. 2626

**TO THE HON. FRANCISCO A. BESOSA, SENIOR U.S. DISTRICT JUDGE:**

NOW COMES, John Romero, in his capacity as Chief Federal Police Monitor, who respectfully, through the General Counsel of the Federal Police Monitor's Office ("Monitor's Office") states and prays:

1. Today the Monitor's Office filed at ECF No. 2626 a motion in compliance with the order at ECF No. 2617.

2. Since the Monitor's Office motion is in response to a restrictively filed motion filed by the defendants, it is respectfully requested that the Court allow this motion to be restricted to the parties only pursuant to Standing Order No. 9.

WHEREFORE, the Chief Federal Police Monitor, John Romero, respectfully requests that the Court take notice of the above and grant this motion to restrict ECF No. 2626.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 16th day of April 2024.

**I HEREBY CERTIFY** that on this same date a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which in turn notifies all counsel of record in the case.

s/Roberto Abesada-Agüet
USDC-PR No. 216706

General Counsel
FPMPR LLC
rabesada@fpmpr.org

1357 Ashford Avenue #2-184
San Juan, Puerto Rico 00907
(787) 948-5131
ra@abesada.com
