IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff,**<br><br>**v.**<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants.** | **Civil No.** 12-2039 (FAB) |

**ORDER SCHEDULING STATUS CONFERENCE**

A Status Conference is scheduled to be held on **Thursday, June 27, 2024, at 9:00 a.m.** Attendees will be advised later of the specific courtroom to be used.

1.  The following topics will be discussed at the status conference:

    A.  Overview of the Monitor's Office CMR-10 Report.

    B.  Update on the Commonwealth Information Technology Corrective Action Plan and its implementation.

    C.  Update on the Commonwealth's Staffing Plan and its implementation.

    D.  Update on Commonwealth's Reform funding levels and fiscal year 2024 spending.

    E.  Discussion of the associate degree curriculum after the selection Ana G. Méndez University. A representative of Ana

Civil No. 12-2039 (FAB)                                                  2

G. Méndez should appear at the hearing to explain the curriculum and its implementation strategy.

    F.    Any other relevant matter the parties need to bring to the Court's attention.

  2.  The following persons shall attend the status conference:

**Office of the Governor ("La Fortaleza")**

    María del Mar Ortiz – Deputy Chief Counsel

**Office of Management and Budget ("OMB")**

    Hecrián Martínez – Chief Counsel

    Zulma Canales – Director of Fiscal Compliance

**Financial Oversight and Management Board ("FOMB")**

    Amaury Rodríguez – "Analyst" on Public Safety Matters

**Puerto Rico Innovation and Technology Service ("PRITS")**

    Antonio Ramos-Guardiola – Acting Information and Innovation Officer ("CIIO") & Chief Technology Officer ("CTO")

**General Services Administration ("GSA")**

    Edgardo González – Assistant Administrator for Service to the Agencies

**Office for the Administration and Transformation of Human Resources ("OATHR")**

    Gustavo Cartagena – Deputy Director

Civil No. 12-2039 (FAB)                                                 3

### Department of Public Safety ("DPS")

Hon. Alexis Torres – Secretary

Juan Carlos Puig – Consultant and former Treasury Secretary

Miguel E. Bermúdez-Mangual- Special Advisor, Federal Affairs Office

José Díaz – Executive Director, Federal Affairs Office

Miguel Candelario - General Counsel

Juan Carlos Rivera -IT

### Puerto Rico Police Bureau ("PRPB")

Antonio López-Figueroa – Commissioner

Colonel Rolando Trinidad – Office of the Reform

Ángel Díaz– IT Bureau Director

Lieutenant Colonel Rafael Meléndez Burgos - Director of Internal Affairs (SARP)

Ben Horwitz - representative of AH Datalytics

### Counsel for the Commonwealth of Puerto Rico

Gabriel Peñagarícano

Rafael Barreto

### Representative of Ana G. Méndez University

To be named

**United States Department of Justice**

    Luis Saucedo, Esq. and any other representative from the Department of Justice deemed necessary to attend

**Federal Monitor's Office**

    John Romero – Chief Monitor

    Denise Rodríguez – Deputy Chief Monitor

    Roberto Abesada-Agüet – General Counsel

    Luis Hidalgo - Associate Monitor

    Javier González - Administrative Director

    Scott P. Cragg - Federal Monitor

    Merángelie Serrano - Federal Monitor

    Rafael Ruiz - Federal Monitor

    Al Youngs - Federal Monitor

    Hipólito Castro - Federal Monitor

    Rita Watkins - Federal Monitor

    Stephanie León - Research Assistant

**Office of the Special Master**

    Dr. Alejandro del Carmen – Special Master

    Gary Loeffert – Assistant Special Master

    Gilberto Balli – Assistant Special Master

    Thomas Petrowski – Assistant Special Master

**Financial Oversight Officer**

    Christopher Graham – Financial Oversight Officer

**IT IS SO ORDERED.**

San Juan, Puerto Rico, April 22, 2024.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE
