IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO and the PUERTO RICO POLICE DEPARTMENT,<br><br>Defendants. | NO. 3:12-cv-2039 (FAB) |

## MOTION TO APPROVE AND DISBURSE FUNDS

**TO THE HON. FRANCISCO A. BESOSA, SENIOR U.S. DISTRICT JUDGE:**

**NOW COMES,** John Romero, as Chief Federal Monitor, who respectfully, through the General Counsel of the FPMPR LLC., states and prays as follows:

1. On June 29, 2023, the Monitor's Office and Gartner, Inc. ("Gartner"), executed a second contract, with the consent of the parties.

2. Under the contract, Gartner is responsible for providing PRPB with RMS and PMO implementation support.

3. Attached to the present document is an invoice issued by Gartner to FPMPR LLC for the first phase of such support in the amount of $180,000. Also attached is the contract and investment summary approved by the parties which includes the initial $180,000 fee.

4. The Monitor's court-approved budget covers the foregoing expense.

5. Javier González, administrator of the Monitor's Office, will pick up and check once it is ready and send it out to Gartner for payment.

**WHEREFORE,** it is respectfully requested that the Honorable Court approve the enclosed invoice and issue a check in the amount of **$180,000** to Gartner, Inc.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 23rd day of April 2024.

**I HEREBY CERTIFY** that on this same date a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which in turn notifies all counsel of record in the case.

s/Roberto Abesada-Agüet
USDC-PR No. 216706

General Counsel
FPMPR LLC
rabesada@fpmpr.org

1357 Ashford Avenue #2-184
San Juan, Puerto Rico 00907
(787) 948-5131
ra@abesada.com
