*Investment Summary*

# Deliverables and Fees

## INVESTMENT SUMMARY

Gartner will conduct the Consulting steps outlined in this Statement of Work for a **firm-fixed price of $660,000 (optional items are not included in this total)**. Gartner will bill for the professional fees at the conclusion of each milestone upon PRPB acceptance of the deliverable(s) for that milestone.

Expenses are included in the proposed professional fees (any and all applicable taxes are in addition to stated fees and expenses).

| Phase | Task(s) | Duration | Price Range |
|---|---|---|---|
| **PMO: Tasks 1A – 1B** | ▪ PMO Definition<br>▪ PMO Build and Transition | 8 weeks | $180,000 |
| **PMO: Task 1C** (*optional*) | ▪ Ongoing PMO Advisory Support | Initial 60 days<br>Ongoing (monthly) | $40,000<br>$15,000 |
| **RMS: Tasks 2A – 2C** | ▪ Procurement Planning<br>▪ Requirements Development<br>▪ Bid Package / RFP Development Support | 10 weeks | $280,000 |
| **RMS: Tasks 2D – 2E** | ▪ Evaluation and Selection<br>▪ Contract Development Support | 6-9 months | $200,000 |
| **Implementation Support: Tasks 3A – 3C** (*optional*) | ▪ Delivery Management Assurance<br>▪ Business Change Assurance<br>▪ Technical Assurance | Ongoing (monthly) | $40,000 - $60,000 |
| | | **Total Cost (total does not include items listed as optional)** | **$660,000** |

## INVOICES

All invoices are payable net 30 days from receipt of invoice. While we do not itemize billing for professional services, we agree and will comply with any reasonable requests for records substantiating our invoices. If PRPB requires a purchase order (PO) number, please specify the PO number in the Authorization section and forward a copy of the PO, with this agreement, to name/address or fax of appropriate individual. Ensure that the PO includes all labor and travel expenses quoted in this Statement of Work. Any pre-printed terms on the PO that are in addition to or in contradiction of the terms of this agreement shall be inapplicable.

31   © 2023 Gartner, Inc. and/or its affiliates. All rights reserved. Gartner is a registered trademark of Gartner, Inc. and its affiliates.

Gartner