**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | |
| Plaintiff, | CIVIL NO. 12-2039 (FAB) |
| v. | |
| **COMMONWEALTH OF PUERTO RICO**, et al., | |
| Defendants. | |

## JOINT MOTION SUBMITTING PROPOSED STIPULATED ORDER TO RESOLVE THE ORDER TO SHOW CAUSE AT DOCKET 2594

COME NOW, Plaintiff, the United States of America, and Defendants, the Commonwealth of Puerto Rico and the Puerto Rico Police Bureau (collectively, "the Parties"), and respectfully submit the attached Proposed Stipulated Order to resolve this Court's Order to Show Cause in its Amended Order Enjoining Participation in Training Program and Taking Exam for Promotion to Captain ("Order to Show Cause"), ECF No. 2594.[1]

1.  Based on the Court Monitor's Ninth Report, ECF No. 2541-1, and for the reasons in the Order to Show Cause, ECF No 2594, this Court should find that the Commonwealth violated Paragraphs 16 and 17 of the Consent Decree, ECF No. 60, when it settled administrative appeals filed by twelve lieutenants of the Puerto Rico Police Bureau (PRPB) who did not pass a promotion examination for captain in 2015.

---

[1]  On February 26, 2024, the Court amended its original Order Enjoining Participation in Training Program and Taking Exam for Promotion to Captain, ECF No. 2588, issued on February 23, 2024.

2.   Rather than permanently enjoin the Commonwealth from enforcing the settlement agreements, which would effectively bar the lieutenants from promoting under the 2015 examination, the Parties respectfully request that the Court approve and enter the alternate curative measures in the Proposed Stipulated Order.

3.   The Parties negotiated the alternate curative measures with the assistance of the Court Monitor and the Special Master following the Order to Show Cause to propose an appropriate remedy consistent with this Court's equitable powers and Paragraph 294 of the Consent Decree, ECF No. 60.  The alternate curative measures include:

(a) ensuring that the twelve lieutenants can perform satisfactorily if the Commonwealth executes the settlement agreements and promotes them to the rank of captain by requiring the Commonwealth to implement safeguards consisting of additional training and enhanced supervision;

(b) preventing similar violations and coercing compliance by conferring supplementary authority to the Monitor to assess the Commonwealth's decisions to alter points or passing scores on future promotion examinations for the next two years or as otherwise directed by the Court; and,

(c) any other relief deemed just and proper by the Court.

**WHEREFORE**, the Parties respectfully request that the Court issue the attached Proposed Stipulated Order requiring alternate curative measures to compel compliance and ensure that the twelve candidates at issue in the Order to Show Cause are able to perform satisfactorily as required by the Consent Decree.

**WE HEREBY CERTIFY** that today we have electronically filed this document with the Clerk of the Court for the District of Puerto Rico using the CM/ECF system, which will send a copy and notification of filing to the Monitor, the Special Master, and all counsel of record.

**RESPECTFULLY SUBMITTED** this 23rd day of April, 2024,

For Plaintiff UNITED STATES OF AMERICA:

**STEVEN H. ROSENBAUM**
Chief, Special Litigation Section

*s/Luis E. Saucedo*
**TIMOTHY D. MYGATT**
Deputy Chief
**LUIS E. SAUCEDO** (G01613)
**JORGE CASTILLO** (G02912)
**KATHERINE CHAMBLEE-RYAN** (G03515)
Trial Attorneys
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 598-0482
Fax: (202) 514-4883
luis.e.saucedo@usdoj.gov
jorge.castillo@usdoj.gov
katherine.chamblee-ryan@usdoj.gov

For Defendants COMMONWEALTH OF PUERTO RICO, ET AL.:

**CANCIO, NADAL & RIVERA, L.L.C.**
P.O. Box 364966
San Juan, Puerto Rico 00936-4966
403 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Tel. (787) 767-9625

*s/Rafael Barreto-Solá*
**RAFAEL BARRETO-SOLÁ**
USDC PR:  211801
rbarreto@cnr.law

*s/Gabriel A. Peñagarícano*
**GABRIEL A. PEÑAGARÍCANO**
USDC PR: 212911
gpenagaricano@me.com