Christopher Graham, dba

Diligens, LLC
EIN 87-1667996



April 21, 2024

INVOICE# 2024.2

Re: Professional Services 02/22/2024 – 04/21/2024

Case 3:12-cv-02039-FAB Document 2405 Filed 05/04/2023

| Date(s) | Hours | Description - Professional Services | Amount |
|---|---|---|---|
| 02/22/2024-04/21/2024 | 8.25 | Cummaltive calls and meetings, including 253, with parties. | $ 1,237.50 |
| 02/22/2024-04/21/2024 | 15.50 | Review, analysis, and response re: monhtly reports, reform communications, filings, other | $ 2,325.00 |
| 02/22/2024-04/21/2024 | 1.50 | Administrative, planning, and invoices | $   225.00 |
| Total | 25.25 | | $ 3,787.50 |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as the court-appointed Financial Oversight Officer. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

_____
Christopher
Graham 04/21/2024

*Alejandro del Carmen*
_____
Alejandro del Carmen, Ph.D.
04/21/2024