G&M Balli Services, LLC
5160 Royal Fern Circle
Tallahassee, Florida 32317

March 22 – April 21, 2024

INVOICE # 2024-04
ASSISTANT SPECIAL MASTER
April 2024 INVOICE

Tasks Completed

| Hours | Description | Amounts |
|---|---|---|
| 23 | Drafted/reviewed/researched/translated documents as needed; Discussed/edited documents related to orders of the Court, and the parties regarding recurring issues and OSM projects. | $3,450 |
| 21 | Drafted, reviewed, and responded to texts, emails and other documents and communications with the parties. | $3,150 |
| 19 | Zoom meetings and/or phone calls with OSM and other parties. | $2,850 |
| 63 | | $9,450 |

Total Hours-63               Total Wages Due -    $9,450

I hereby certify the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master.  I further certify I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

*Gilberto Balli*              *Alejandro del Carmen*              4/21/2024
Gilberto Balli                 S/Alejandro del Carmen