**TDPetrowski, LLC**
**4010 Deep Valley Drive**
**Dallas, Texas 75244**

March 22, 2023 – April 21, 2024
INVOICE # ASM.TDP.2024-4                                    **TOTAL DUE:  $6,450**
ASSISTANT SPECIAL MASTER
APRIL INVOICE

**Tasks Completed**

| Hours | Description | Total |
|---|---|---|
| 17 | Draft/reviewed/researched/translated as necessary, discussed/reworked documents related to PRPD and DOJ, and Monitor's Office exchanges regarding recurring issues and OSM projects, including orders and ad hoc taskings of the Court. | $2,550 |
| 12 | Drafted, reviewed, translated, and responded to texts, emails, and all other documents/communications with respective parties, the Special Master, Assistant Special Masters, and the Court. | $1,800 |
| 14 | Zoom meetings and/or conference calls with the Court, the Monitoring Team, Office of Special Master, and the Parties. | $2,100 |

**Total Wages Due = $6,450**

**I hereby certify that the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under regular employment or a contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.**

_[signature]_                                                                                                  **4/21/2024**
**Thomas D. Petrowski**

 s/ _Alejandro del Carmen_                                                                   **4/21/2024**
**Alejandro del Carmen**