OFFICE OF THE FPMPR LLC.
B-5 Calle Tabonuco Suite 216 PMB 292
Guaynabo, Puerto Rico 00968

March 28, 2024

Travel Expenses by the members of the Office of the FPMPR LLC. for March 2024:

| NAME | AMOUNT | MONTH |
|---|---|---|
| 1. John Romero | $2,521.73 | March 2024 |
| 2. Denise Rodriguez | $1,943.82 | March 2024 |
| 3. Donald S. Gosselin | $2,648.48 | March 2024 |
| 4. Al Youngs | $4,228.00 | March 2024 |
| 5. Scott Cragg | $2,081.53 | March 2024 |
| 6. Hipolito Castro Jr | $2,404.01 | March 2024 |
| 7. Rita Watkins | $2,365.75 | March 2024 |
| 8. David Levy | $2,033.88 | March 2024 |
| 9. Iñigo Galanes | $1,027.89 | March 2024 |
| **TOTAL:** | **$21,255.09** | March 2024 |
| | | |