

FPM TRAVEL REIMBURSEMENT COVER SHEET

Name: Denise Rodriguez

Invoice number: #042-1

Invoice date: March 27, 2024

Site visit travel dates: March 17 – March 21

Total travel reimbursement amount (*see page 2 for details*): $ 1943.82

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies*.

*Denise Rodriguez* (signature)

March 27, 2024

Signature                                                                                        Date



# Office of the Technical Compliance Advisor Travel Reimbursement Form

**Traveler Name: Denise Rodriguez**
**Travel Dates: March 18 - 21**
**Purpose of Travel: Site visit**

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare* | $ 624.60 | 1 | $ 624.60 |
| Baggage | $ - | 0 | $ - |
| Uber from Airport to hotel | $ - | 0 | $ - |
| Ground Transportation (Parking) | $ - | 0 | $ - |
| Ground Transportation (Mileage) | $ - | 0 | $ - |
| Lodging | $ 192.93 | 4 | $ 771.72 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 3 | $ 345.00 |
| Airport parking | $ 6.00 | 5 | $ 30.00 |
| Total | | | $ 1,943.82 |

*Previous ticket purchase credit used in the amount of 526.60 (see ticket confirmaton HGB8CY) towards this trip's airfare ticket (see ticket confirmation O1FX62) plus an additional $98.00 - total airfare was $624.60.

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

```
Republic Parking System-McAllen Intl Airport
              2500 Bicentennial Blvd
                 McAllen, TX 78503


F/C #01                   A Payment No.00033576
T/D #03                        Ticket No.053294
Cashier                                  ID #35
Entry Time              3/17/2024 (Sun) 11:03
Paid Time               3/21/2024 (Thu) 15:01
Parking Time                     4 Days   3:58
Parking Fee             Rate B           $30.00


AMEX
   Account #           *******************1002
   Slip #                                02679
   Auth Code                            569084
CREDIT CARD AMOUNT                      $30.00
Cash Amount                              $0.00
---------------------------------------------
Total                                   $30.00
              Please drive carefully
                 956-213-8561
```

**COURTYARD® Marriott.**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Denise Rodriguez
3003 San Sebastian St
Mission TX 78572
United States

Room: 0306
Room Type: EKNG
No. of Guests: 1
Rate: $ 160.00   Clerk: 1009

Marriott Rewards #   286891726

CRS Number  95661732

Name:

Arrive:  03-17-24          Time:  09:06 PM          Depart:  03-21-24          Folio Number:  770951

| Date | Description | Charges | Credits |
|---|---|---|---|
| 03-17-24 | Package | 160.00 | |
| 03-17-24 | Destination Fee | 17.00 | |
| 03-17-24 | Government Tax | 15.93 | |
| 03-18-24 | Package | 160.00 | |
| 03-18-24 | Destination Fee | 17.00 | |
| 03-18-24 | Government Tax | 15.93 | |
| 03-19-24 | COMEDOR- Guest Charge (Breakfast) | 2.00 | |
| 03-19-24 | Package | 160.00 | |
| 03-19-24 | Destination Fee | 17.00 | |
| 03-19-24 | Government Tax | 15.93 | |
| 03-20-24 | COMEDOR- Guest Charge (Dinner) | 39.69 | |
| 03-20-24 | Package | 160.00 | |
| 03-20-24 | Destination Fee | 17.00 | |
| 03-20-24 | Government Tax | 15.93 | |
| 03-21-24 | American Express | | 813.41 |
| | Card # XXXXXXXXXXX1002 | | |

| | |
|---|---|
| **From:** | Denise Rodriguez |
| **To:** | Denise Rodriguez |
| **Subject:** | FW: eTicket Itinerary and Receipt for Confirmation O1FX62 |
| **Date:** | Wednesday, February 28, 2024 10:41:10 AM |

Denise Rodriguez
Police Reform and Innovation, LLC
956-279-3097

**From:** United Airlines <Receipts@united.com>
**Sent:** Wednesday, February 28, 2024 9:22 AM
**To:** DRODRIGUEZ_PRI@OUTLOOK.COM
**Subject:** eTicket Itinerary and Receipt for Confirmation O1FX62

Wed, Feb 28, 2024

## Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# O1FX62

| Flight 1 of 4 UA4328 | Class: United Economy (T) |
|---|---|
| Sun, Mar 17, 2024 | Sun, Mar 17, 2024 |
| 12:00 PM | 01:31 PM |
| McAllen, TX, US (MFE) | Houston, TX, US (IAH) |

Flight Operated by COMMUTEAIR DBA UNITED EXPRESS.

| Flight 2 of 4 UA701 | Class: United Economy (T) |
|---|---|
| Sun, Mar 17, 2024 | Sun, Mar 17, 2024 |
| 03:05 PM | 08:26 PM |
| Houston, TX, US (IAH) | San Juan, PR, US (SJU) |

| Flight 3 of 4 UA1644 | Class: United Economy (S) |
|---|---|
| Thu, Mar 21, 2024 | Thu, Mar 21, 2024 |

| | |
|---|---|
| **06:50 AM** <br> San Juan, PR, US (SJU) | **10:50 AM** <br> Houston, TX, US (IAH) |

| Flight 4 of 4 UA1457 | Class: United Economy (S) |
|---|---|

| | |
|---|---|
| Thu, Mar 21, 2024 <br> **11:55 AM** <br> Houston, TX, US (IAH) | Thu, Mar 21, 2024 <br> **01:18 PM** <br> McAllen, TX, US (MFE) |

## Traveler Details

RODRIGUEZ/DENISE
eTicket number: **0162368406529**
Frequent Flyer: **UA-XXXXX985 Premier Gold**

Seats: **MFE-IAH 04A**
**IAH-SJU 10F**
**SJU-IAH 10A**
**IAH-MFE 10F**

## Purchase Summary

| | |
|---|---|
| Method of payment: | **American Express ending in 1002** <br> **Future flight credit: 526.60 USD** <br> **Confirmation #: HGB8CY** |
| Date of purchase: | **Wed, Feb 28, 2024** |

| | |
|---|---|
| Airfare: | **551.00** |
| U.S. Transportation Tax: | **44.40** |
| September 11th Security Fee: | **11.20** |
| U.S. Passenger Facility Charge: | **18.00** |

| | |
|---|---|
| Total Per Passenger: | **624.60 USD** |

| | |
|---|---|
| Future flight credit applied: | **-526.60 USD** |

| **Total:** | **98.00 USD** |
|---|---|

## Additional Collection

An additional amount of **98.00 USD** for the difference in fare was charged to American Express ending in 1002 on Wed, Feb 28, 2024.

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.
NONREF/0VALUAFTDPT
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

## MileagePlus Accrual Details

| Denise Rodriguez |
|---|

| | |
|---|---|
| **From:** | Denise Rodriguez |
| **To:** | Denise Rodriguez |
| **Subject:** | Fwd: eTicket Itinerary and Receipt for Confirmation HGB8CY |
| **Date:** | Wednesday, February 28, 2024 9:18:33 AM |

**Denise Rodriguez**
Police Reform and Innovation, LLC
956-279-3097
drodriguez_PRI@outlook.com

**From:** United Airlines <Receipts@united.com>
**Sent:** Wednesday, May 24, 2023 4:51:52 PM
**To:** DRODRIGUEZ_PRI@OUTLOOK.COM <DRODRIGUEZ_PRI@OUTLOOK.COM>
**Subject:** eTicket Itinerary and Receipt for Confirmation HGB8CY



Wed, May 24, 2023

## Thank you for choosing United.
A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# HGB8CY

| Flight 1 of 4 UA4833 | Class: United Economy (U) |
|---|---|
| Sun, Jun 04, 2023 | Sun, Jun 04, 2023 |
| **12:03 PM** | **01:25 PM** |
| McAllen, TX, US (MFE) | Houston, TX, US (IAH) |

Flight Operated by Commuteair dba United Express.

| Flight 2 of 4 UA1969 | Class: United Economy (V) |
|---|---|
| Sun, Jun 04, 2023 | Sun, Jun 04, 2023 |
| **02:47 PM** | **04:24 PM** |
| Houston, TX, US (IAH) | Denver, CO, US (DEN) |

| Flight 3 of 4 UA489 | Class: United Economy (Q) |
|---|---|
| Tue, Jun 06, 2023 | Tue, Jun 06, 2023 |
| **03:30 PM** | **06:56 PM** |

Denver, CO, US (DEN) | Houston, TX, US (IAH)

| Flight 4 of 4 UA2277 | Class: United Economy (Q) |
|---|---|

| Tue, Jun 06, 2023 | Tue, Jun 06, 2023 |
|---|---|
| **07:51 PM** | **09:06 PM** |
| Houston, TX, US (IAH) | McAllen, TX, US (MFE) |

## Traveler Details

RODRIGUEZ/DENISE

| | |
|---|---|
| eTicket number: **0162489266710** | Seats: **MFE-IAH 05A** |
| Frequent Flyer: **UA-XXXXX985 Premier Platinum** | **IAH-DEN 17E** |
| | **DEN-IAH 10A** |
| | **IAH-MFE 10F** |

## Purchase Summary

| | |
|---|---|
| Method of payment: | **American Express ending in 1002** |
| | **Future flight credit: 264.70 USD** |
| | **Confirmation #: MHH0Z1** |
| Date of purchase: | **Wed, May 24, 2023** |

| | |
|---|---|
| Airfare: | **855.81** |
| U.S. Transportation Tax: | **64.19** |
| U.S. Flight Segment Tax: | **19.20** |
| September 11th Security Fee: | **11.20** |
| U.S. Passenger Facility Charge: | **18.00** |
| Total Per Passenger: | **968.40 USD** |
| Future flight credit applied: | **-264.70 USD** |
| Total: | 703.70 USD |

## Additional Collection

An additional amount of **703.70 USD** for the difference in fare was charged to American Express ending in 1002 on Wed, May 24, 2023.

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.
NONREF/0VALUAFTDPT
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

## MileagePlus Accrual Details

| Denise Rodriguez | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |



FPMPR TRAVEL EXPENSE NOTE:

**Denise Rodriguez Travel Expense Invoices Note:**

**Date: April 29, 2024**

Please note:

Travel Expenses:

- Deputy Monitor Rodriguez bought ticket number 0162489266710 with Confirmation # HGB8CY on Wednesday, May 24, 2023. The total amount was $968.40, she used $264.70 from a previous ticket and paid $703.70. This ticket was later canceled, and part of the $703.70 credit ($526.60) was used to pay for ticket number: 0162368406529 with Confirmation # O1FX62 used for the Team visit to Puerto Rico on March 2024. (She used part of the credit on another flight and only had the $526.60 available, so she paid the 98.00 dollars balance).


-