## Travel Breakout

**Traveler: Donald S. Gosselin - MARCH 2024 TRAVEL.**

| Expense | Unit Cost | Unit | Column | Total | Column2 | Column3 |
|---|---|---|---|---|---|---|
| Airfare R/T PTY-SJU Coach 17-21 MAR 2024 | $ 1,442.10 | 1 | $ - | $ 1,442.10 | COPA PTY-SJU COACH | |
| | $ - | 1 | | $ - | JETBLUE SJU-BOS COACH | |
| | $ - | 1 | | $ - | N/A | |
| | $ - | 1 | | $ - | Hotel to Office | |
| | | 0 | | $ - | Airport Parking Sun-Fri | |
| Ground Transport Home/Airfield/Home (RT) | $ 0.670 | 48 | | $ 32.16 | HOME/AIRFIELD/HOME **Round Trip** | |
| Tolls /Use of Rental Vehicle/to-from Base | $9.95 | | *WAIVED* | $ - | MA/NH/ME/PTY Tolls | |
| Lodging | $ 160.00 | 4 | | $ 640.00 | | |
| Per Diem (Travel Days) | $ 86.25 | 2 | | $ 172.50 | | |
| Per Diem (Full Days) | $ 115.00 | 2 | | $ 230.00 | | |
| Hotel TAX + Fees ($17.00 + $15.93) | $ 32.93 | 4 | | $ 131.72 | | |
| **Total** | | | | **$2,648.48** | | |



# BOLETO ELECTRÓNICO POR  DONALD GOSSELIN

06 marzo 2024

| Id de Orden | Administrar su Reserva |
|---|---|
| **BTIFD4** | |

Gracias por preferir a Copa Airlines para realizar su viaje. Encuentre a continuación los detalles de su reserva e itinerario.

## DETALLES DEL PASAJERO

| Nombre | # de Viajero Frecuente | Nivel Star Alliance | Número de Boleto |
|---|---|---|---|
| DONALD GOSSELIN | 233164538CM | Gold | 2302185233065 |

## ITINERARIO DE VUELO:

**PANAMA CITY(PTY) - SAN JUAN(SJU) - Número de Vuelo- CM 142 - Economy Class**

| Salida | Llegada | Detalles del vuelo |
|---|---|---|
| Domingo  Marzo 17, 2024 | Domingo  Marzo 17, 2024 | Duración del vuelo:2h 47m |
| 12:18 PM | 4:05 PM | Aeronave:738 |
| PANAMA CITY(PTY) | SAN JUAN(SJU) | Vuelo operado por:  |

Asientos Reservados: Si-  Reservar o Cambiar de asientos.

**SAN JUAN(SJU) - PANAMA CITY(PTY) - Número de Vuelo- CM 143 - Economy Class**

| Salida | Llegada | Detalles del vuelo |
|---|---|---|
| Jueves  Marzo 21, 2024 | Jueves  Marzo 21, 2024 | Duración del vuelo:3h 4m |
| 5:42 PM | 7:46 PM | Aeronave:738 |
| SAN JUAN(SJU) | PANAMA CITY(PTY) | Vuelo operado por: |

Asientos Reservados: Si-  Reservar o Cambiar de asientos.

## CARGOS DE TRANSPORTE AÉREO

| Descripción | tarifa |
|---|---|
| Ticket Fare DONALD GOSSELIN | 1295.00 USD |
| PA | 90.70 |
| FZ | 20.00 |

| | |
|---|---:|
| AH | 2.50 |
| F3 | 6.00 |
| AY | 5.60 |
| XA | 3.83 |
| XY | 7.00 |
| YC | 6.97 |
| XF | 4.50 |
| Total | 1442.10 USD |

Para ver más sobre los detalles de la tarifa familiar, haga clic aquí Copa.com

**FORMA DE PAGO:**

| Tarjeta de crédito | VIXXXXXXXXXXXX8390 | USD 1442.10 |
| | Fecha de caducidad: | 0326 |
| | Código de Autorización: | 014508 |

Se cobrará una tarifa administrativa no reembolsable por persona y se agregará al precio total del boleto al comprar sus boletos en nuestras oficinas de ventas, aeropuertos y centros de reserva. En algunos países, los impuestos locales pueden aplicar a la tarifa. Para obtener más información sobre esta tarifa administrativa, haga clic en aqui

Es responsabilidad del pasajero asegurarse de obtener y cumplir con los requisitos de viaje establecidos por las autoridades del lugar de origen, tránsito y destino. Antes de embarcar, Copa Airlines verificará que el pasajero cuente con los requisitos migratorios o sanitarios necesarios para el lugar de origen y de destino. Todo pasajero que proporcione información falsa o engañosa sobre dichos requisitos será responsable de los gastos incurridos o multas impuestas a la aerolínea por este motivo.

Favor de revisar la política de equipaje para obtener información sobre su equipaje permitido.

Sus datos personales se procesarán de acuerdo con nuestra política de privacidad. Para más detalles de cómo se recopilan, utilizan y transfieren sus datos personales, por favor ingrese a Copa.com

**Políticas de viaje.**
**Términos y Condiciones de este contrato.**
**Contribuir a la sustentabilidad ambiental**



**¿Necesita ayuda?**
Para obtener información sobre reservas, cargos, estado de su vuelo y más, visite Copa.com

**Síganos en las Redes Sociales:**

  

Este correo electrónico ha sido enviado automáticamente a attygosselin@gmail.com para proporcionarle información sobre su viaje.
Por favor no responda a este correo electrónico con el botón 'Responder'. Para obtener ayuda, póngase en contacto con nuestro Centro de Reservas.

**COURTYARD® Marriott.**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Dr Donald Gosselin
12 Naomi St
Sebago ME 04029
United States

Room: 1107
Room Type: EKNG
No. of Guests: 1
Rate: $ 160.00  Clerk: 9995

Marriott Rewards #   839932555

CRS Number  96822101

Name:

Arrive:  03-17-24       Time:  04:58 PM       Depart:  03-21-24       Folio Number:  773101

| Date | Description | Charges | Credits |
|---|---|---|---|
| 03-17-24 | Package | 160.00 | |
| 03-17-24 | Destination Fee | 17.00 | |
| 03-17-24 | Government Tax | 15.93 | |
| 03-18-24 | COMEDOR- Guest Charge (Breakfast) | 2.80 | |
| 03-18-24 | Package | 160.00 | |
| 03-18-24 | Destination Fee | 17.00 | |
| 03-18-24 | Government Tax | 15.93 | |
| 03-19-24 | COMEDOR- Guest Charge (Breakfast) | 2.80 | |
| 03-19-24 | Package | 160.00 | |
| 03-19-24 | Destination Fee | 17.00 | |
| 03-19-24 | Government Tax | 15.93 | |
| 03-20-24 | Package | 160.00 | |
| 03-20-24 | Destination Fee | 17.00 | |
| 03-20-24 | Government Tax | 15.93 | |
| 03-21-24 | Visa Card | | 777.32 |

*Card #  XXXXXXXXXXXX4086*

**COURTYARD®**
**Marriott.**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Dr Donald Gosselin
12 Naomi St
Sebago ME 04029
United States

Room: 1107
Room Type: EKNG
No. of Guests: 1
Rate: $ 160.00   Clerk: 9995

Marriott Rewards #   839932555

CRS Number  96822101

Name:

Arrive:  03-17-24          Time:  04:58 PM          Depart:  03-21-24          Folio Number:  773101

| Date | Description | Charges | Credits |
|---|---|---|---|
| | Balance | | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.



FPMPR TRAVEL EXPENSE NOTE:

**Donald Gosselin March 2024 Travel Expense Invoices Note:**

**Date: March 30, 2024**

**Notes:**

Please note:

Travel Expenses:
- Mr. Gosselin waived one full day of per diem.