

FPM TRAVEL REIMBURSEMENT COVER SHEET

Name: Alan C Youngs

Invoice number: 56

Invoice date: March 13, 2024

Site visit travel dates: 03/04/24 to 03/07/24

Total travel reimbursement amount (*see page 2 for details*): $~~1,896.51~~ $1,753.01

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.*

_____
Signature

3/13/24
**Date**



# Office of the Technical Compliance Advisor
## Travel Reimbursement Form

Enter all required information below to obtain travel reimbursement. If spending did not occur in a category, please enter zeros. Zeros will likely need to be entered for one or more of the ground transportation options. The "Total" column of the table will update based on the information entered into the "Unit Cost" and "Units" columns. To update the "Total" column, click CTRL+A and then F9. Receipts for airfare, lodging, ground transportation, and PCR testing must be submitted with this form. Submit the Travel Reimbursement Form and accompanying receipts to Javier Gonzalez (Javier.benito@me.com) with the Chief Monitor (jrrjjr.romero@gmail.com) and/or his designee copied along with your monthly invoice.

**Traveler Name: Alan C Youngs**
**Travel Start Date 03-04-24 Travel End Date:03-07-24**
**Purpose of Travel: ~~Puerto Rico~~** Joint visit with PRPB To New Orleans

| Travel Reimbursement | Unit Cost | Units | Total |
|---|---|---|---|
| **Airfare Fort Myers FL to New Orleans** | $368.60 | 1 | $368.60 |
| **Airfare New Orleans to Denver** | $246.98 | 1 | $246.98 |
| **Baggage/Seat** | $0.00 | 1 | $0.00 |
| **Ground Transport (Taxi) FL Home to Ft. Myers Airport** | $60.00 | 1 | $60.00 |
| **Ground Transport (Taxi) New Orleans Airport to Hotel** | $38.00 | 1 | $38.00 |
| **Ground Transport (Taxi) to Hotel to New Orleans Airport** | $38.00 | 1 | $38.00 |
| **Ground Transport (Taxi) to Denver Airport to Home** | $98.00 | 1 | $98.00 |
| **Ground Transportation (Parking)** | $0.00 | 0 | $0.00 |
| **Ground Transportation (Mileage)** | $0.655 | 0 | $0.00 |
| **Lodging** | $214.81 | 3 | $644.43 |
| **Per Diem (Travel Days)** $55.50 | ~~$86.25~~ | 2 | ~~$172.50~~ $111.00 |
| **Per Diem (Full Days)** $74.00 | ~~$115.00~~ | 2 | ~~$230.00~~ $148.00 |
| **Total** | | | ~~$1,896.51~~ |

$1,753.01

VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098



**Date of Purchase:** Feb 17, 2024

# Fort Myers, FL ▶ New Orleans, LA

Passenger Information

**ALAN CHARLES YOUNGS**
**SkyMiles#:** 9415874495

Confirmation Number: **HI9UKU**
Ticket Number: **0062211018780**

## FLIGHT

| Date and Flight | Status | Class | Seat/Cabin |
|---|---|---|---|
| RSW ▶ ATL \| Mon 04Mar2024 \| DL 447 \| | OPEN | Q | |
| ATL ▶ MSY \| Mon 04Mar2024 \| DL 2783 \| | OPEN | Q | |

## DETAILED CHARGES

Air Transportation Charges
Base Fare:                                                                                          $320.00    USD

Taxes, Fees and Charges

| | | |
|---|---|---|
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $5.60 | USD |
| United States - Transportation Tax (US) | $24.00 | USD |
| United States - Passenger Facility Charge (XF) | $9.00 | USD |
| United States - Flight Segment Tax (ZP) | $10.00 | USD |
| **Total Price:** | **$368.60** | **USD** |

Paid with American Express ending 1001                                                  $368.60    USD

## KEY OF TERMS

| | |
|---|---|
| # - Arrival date different than departure date | F - Food available for purchase |
| ** - Check-in required | L - Lunch |
| ***- Multiple meals | LV - Departs |
| *$$ - Multiple seats | M - Movie |
| AR - Arrives | R - Refreshments, complimentary |
| B - Breakfast | S - Snack |
| C - Bagels / Beverages | T - Cold meal |
| D - Dinner | V - Snacks for sale |

Check your flight information online at delta.com or call the Delta Flightline at 800.325.1999.
Baggage and check-in requirements vary by airport and airline, so please check with the operating carrier on your ticket.
Please review Delta's check-in requirements and baggage guidelines for details.
You must be checked in and at the gate at least 15 minutes before your scheduled departure time for travel inside the United States.
You must be checked in and at the gate at least 45 minutes before your scheduled departure time for international travel.
For tips on flying safely with laptops, cell phones, and other battery-powered devices, please visit http://SafeTravel.dot.gov
Do you have comments about service? Please email us to share them.

NON-REFUNDABLE / CHANGE FEE
When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply and are displayed in the sections below.

This ticket is non-refundable unless issued as a fully refundable fare. Any change to your itinerary may require payment of a change fee and increased fare. If you do not show up for any flight in your itinerary without notifying Delta or canceling/changing your flight prior to departure, Delta may cancel the reservation for all remaining flights in the itinerary, and the ticket will have no remaining value.

All Preferred, Delta Comfort+℠, First Class, Delta Premium Select, and Delta One seat purchases are non-refundable.

**TERMS & CONDITIONS**

Air transportation on Delta and the Delta Connection® carriers is subject to Delta's conditions of carriage. They include terms governing for example:

Limits on our liability for personal injury or death of passengers, and for loss, damage of delay of goods and baggage.

Claim restrictions including time periods within which you must file a claim or bring action against us.

Our right to change terms of the contract.

Check-in requirements and other rules established when we may refuse carriage.

Our rights and limits of our liability for delay of failure to perform service, including schedule change, substitution of alternative air carriers or aircraft, and rerouting.

Our policy on overbooking flights, and your rights if we deny you boarding due to an oversold flight.

These terms are incorporated by reference into our contract with you. You may view these conditions of carriage on delta.com, or by requesting a copy from Delta.

You have received this email because you elected to receive your Electronic Ticket receipt sent to you via email. If you would like to take advantage of other Delta email programs featuring special fare, promotions, information and flight updates, please visit delta.com/emailprograms or flight notifications.

**COPYRIGHT INFORMATION**

This email message and its contents are copyrighted and are proprietary products of Delta Air Lines, Inc. Delta Blvd. P.O. Box 20706 Atlanta, GA 30320-6001. Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium, is strictly prohibited.

© 2020 Delta Air Lines, Inc. All rights reserved.

Search for a topic...    🔍

**Popular Topics:**    Help Center     Delta Discover Map     eCredits

| **ABOUT DELTA** | **CUSTOMER SERVICE** | **SITE SUPPORT** | **POLICIES** |
|---|---|---|---|
| About Us | Help Center | Login Help | Customer Commitment |
| Careers | Message Us | Site Map | Tarmac Delay Plan |
| News Hub | Comment/Complaint | Browser Compatibility | Legal |
| Investor Relations | | Accessibility | Sustainability |
| Business Travel | | Booking Information | Contract of Carriage |
| Travel Agents | | | Cookies, Privacy & Security |
| Mobile App | | | Human Trafficking Statement (PDF) |

Feedback

↗ This link opens another site in a new window that may not follow the same accessibility policies as Delta Air Lines.

© 2024 Delta Air Lines, Inc.    |    Travel may be on other airlines.

Terms and conditions apply to all offers and SkyMiles benefits. See specific offer for details, and visit SkyMiles Membership Guide & Program Rules




 United States - English    |    Español



If your travel plans change, please contact Delta. Gate assignments and departure times are subject to change, please check the airport monitors for the most up-to-date flight and gate information. We recommend you arrive at the airport 75 minutes prior to departure for travel within U.S. and 3 hours prior to departure for international flights. It is your responsibility to arrive at the airport with sufficient time to complete baggage check and security clearance.

Feedback



If your travel plans change, please contact Delta. Gate assignments and departure times are subject to change, please check the airport monitors for the most up-to-date flight and gate information. We recommend you arrive at the airport 75 minutes prior to departure for travel within U.S. and 3 hours prior to departure for international flights. It is your responsibility to arrive at the airport with sufficient time to complete baggage check and security clearance.

Feedback

Thank you for choosing the Residence Inn New Orleans French Quarter Area/Central Business District for your recent stay.

As requested, below is a billing summary or adjustment for your stay. **If you have questions about your bill**, please contact us at (504) 522-0360 or ri.msynf.gm@marriott.com.

Make another reservation on Marriott.com >>

Marriott Bonvoy™ members may receive this email automatically after every stay.

Modify your email preferences >>

Summary of Your Stay

| | |
|---|---|
| Hotel: Residence Inn New Orleans French Quarter Area/Central Business District<br>360 St. Charles Avenue<br>New Orleans, Louisiana 70130<br>USA<br>(504) 522-0360 | Guest: ALAN/MR YOUNGS<br>LEISURE<br>5552 W LAKERIDGE RD<br>LAKEWOOD, CO 80227-3907<br>USA |

Dates of stay: Mar 04, 2024 - Mar 07, 2024
Guest number: 68517
Marriott Bonvoy™ number: XXXXX0892

Room number: 810
Group number:

| Date | Description | Reference | Charges | Credits |
|------|-------------|-----------|---------|---------|
| 03/04/24 | Room Charge | J1810 | 184.00 | |
| 03/04/24 | Stadium and Exhibit | T6810 | 7.36 | |
| 03/04/24 | Orleans Parish Tax | T8810 | 9.20 | |
| 03/04/24 | State Sales Tax | T1810 | 10.03 | |
| 03/04/24 | Convention and Tourism Tax | T5810 | 3.22 | |
| 03/04/24 | Occupancy Tax | T2810 | 1.00 | |
| 03/05/24 | Room Charge | J1810 | 184.00 | |
| 03/05/24 | Stadium and Exhibit | T6810 | 7.36 | |
| 03/05/24 | Orleans Parish Tax | T8810 | 9.20 | |
| 03/05/24 | State Sales Tax | T1810 | 10.03 | |
| 03/05/24 | Convention and Tourism Tax | T5810 | 3.22 | |
| 03/05/24 | Occupancy Tax | T2810 | 1.00 | |
| 03/06/24 | Room Charge | J1810 | 184.00 | |
| 03/06/24 | Stadium and Exhibit | T6810 | 7.36 | |
| 03/06/24 | Orleans Parish Tax | T8810 | 9.20 | |
| 03/06/24 | State Sales Tax | T1810 | 10.03 | |
| 03/06/24 | Convention and Tourism Tax | T5810 | 3.22 | |
| 03/06/24 | Occupancy Tax | T2810 | 1.00 | |
| 03/07/24 | Payment - Visa XXXXXXXXXXXX7940 | VI07:06AM | | 644.43 |

**Total balance**                                    **0.00** USD

Important Information

Do Not Reply to this Email
This email is an auto-generated message. Replies to automated messages are not monitored. If you have any questions please contact the hotel directly at (504) 522-0360.

Why Have I Received this Email?
You have received this email because you requested during your stay to receive an electronic version of your bill by email.

Availability
Electronic versions of your hotel bill, available by email from our over 2,300 participating properties in the Marriott family of hotels in the USA and Canada,

are emailed to you within 72 hours of check-out. These email messages reflect changes made to your bill up to 11pm on your day of departure. Any adjustments after that time may not be shown.

If you have received this email in error, please notify us.

Learn more about eFolio, receiving your hotel bills by email.

Authenticity of Bills
Marriott retains official records of all charges and credits to your account and will honor only those records.

Privacy
Your privacy is important to Marriott. For full details of our privacy policy, please visit our Privacy Statement.

Credit of Marriott Bonvoy™ Points
After a stay, it may take up to 7 days for Marriott Bonvoy™ points to be credited to your account.

Terms of Use::Privacy Statement(c)1996-2012 Marriott International, Inc. All rights reserved. Marriott proprietary information. Operated by InterMountain Management, L.L.C. under license from Marriott International, Inc. or one of its affiliates.

# CHASE ⬡

Printed from Chase Personal Online

---

## CREDIT CARD (...7940)

**$60.00**
Sale

Mar 4, 2024
Transaction date

Mar 6, 2024
Posted date

PICKARDS AIRPORT SERVICE

CAPE CORAL, FL
000033909

---

| | |
|---:|:---|
| Description | PICKARDS AIRPORT SERVICE |
| Also known as | Pickards Airport Svc LLC |
| Merchant type | Transportation services |
| Method | In person |
| Card number | (...7940) |
| Category | Travel |
| Memo | FL Home to Ft Myers Airport |

---

Rewards earned with this transaction

| +2X Pts other spend incl Grocery Gas Dining | 120 |
|:---|---:|

| Total Marriott Bonvoy® Points | 120 |
|:---|---:|

---

Transaction details may be preliminary or incomplete and may not match the transaction as it appears on your periodic statement, which is the official record of your account activity.

---

JPMorgan Chase Bank, N.A. Member FDIC          ©2024 JPMorgan Chase & Co.          Equal Housing Opportunity

ISSUED BY AND VALID ONLY ON
## SOUTHWEST AIRLINES®      BOARDING PASS

RR

# YOUNGS/ALAN

FLIGHT **6301**
DATE **MAR 07**          A-List
CONF.# **25HZ6Q**        **Wanna Get Away Plus**TM
                         **Check monitors for gate number**
6301  **NEW ORLEANS**
      **DENVER**
      **09:55 AM M**      BOARDING TIME

                         **09:25 AM**

207895671

Boarding
Group

**A**

Boarding
Position

**21**

PRIORITY BOARDING
PRIORITY & EXPRESS LANES

**Southwest.**

LN: YOUNGS
FN: ALAN
MN:

25HZ6Q

21

AWI-W10/CH.12

*fold here*

A-List  *Hi, Alan*  15,402 points   **My Account**  |  **Log out**     Español 🌐



FLIGHT | HOTEL | CAR | VACATIONS     SPECIAL OFFERS     RAPID REWARDS®     🔍

# Thanks for flying with us!

## Trip summary



✈ **Flight**

CONFIRMATION #
**25HZ6Q**

MAR 7
**MSY** ✈ **DEN**

FLIGHT TOTAL
**$246.98**

---

## 3/7 - Denver

MAR 7
### New Orleans, LA *to* Denver, CO

**Confirmation # 25HZ6Q**



| PASSENGERS | EST. POINTS | EXTRAS | FARE |
|---|---|---|---|
| **Alan Youngs**<br>Rapid Rewards® Acct # 207895671   A-List | + 1,726 PTS | — | Wanna Get Away Plus |

### Departing 3/7/24 Thursday

Wanna Get Away Plus  $215.70
*(Passenger x1)*

| | | | | |
|---|---|---|---|---|
| ✈ DEPARTS | **9:55** AM | **MSY**<br>New Orleans, LA - MSY | FLIGHT<br>**6301** 📶 + 🅿<br>SCHEDULED AIRCRAFT<br>Boeing 737-700<br>*Subject to change* | |
| | *Nonstop* | | | |
| ✈ ARRIVES | **11:50** AM | **DEN**<br>Denver, CO - DEN | TRAVEL TIME<br>**2hr 55**min | SUBTOTAL<br>**$215.70** |

|  | **Taxes & fees** | $31.28 |
|---|---|---|
|  | **Flight total** | **$ 246.98** |

**Icon legend**

 WiFi available       Live TV available

**Helpful Information:**

- Starting July 1, 2023 (12:00 a.m. CT), for Wanna Get Away® or Wanna Get Away Plus™ reward travel reservations (booked with points): If you do not cancel your reservation at least 10 minutes before the flight's original scheduled departure time, any points used for booking will be forfeited, along with any taxes and fees associated with your reward travel reservation. For Anytime or Business Select® reward travel reservations: the points used for booking will be redeposited to the purchaser's Rapid Rewards® account, and any taxes and fees associated with the reward travel reservation will be converted into a Transferable Flight Credit™ for future use.
- Please read the fare rules associated with this purchase.
- When booking with Rapid Rewards points, your points balance may not immediately update in your account.
- **REAL ID Requirement:** Do you have a **REAL ID**? Beginning May 7, 2025, you will need a state-issued **REAL ID** compliant license or identification card, or another acceptable form of ID (such as a U.S. Passport), to fly within the United States. Visit www.tsa.gov for a list of acceptable forms of ID and additional information regarding **REAL ID** requirement.

## Payment summary

| PAYMENT INFORMATION | | | AMOUNT PAID |
|---|---|---|---|
|  **American Express 1…**<br>XXXXXXXXXX1001<br>Expiration: 12/28 | CARD HOLDER<br>**Alan Youngs** | BILLING ADDRESS<br>**5552 W Lakeridge Rd**<br>**Lakewood, CO US 80227** | **$246.98** |

## Total charged

| | |
|---|---|
| SUBTOTAL | $215.70 |
| TAXES & FEES | $31.28 |
| **TOTAL DOLLARS** | **$246.98** |

Show price breakdown

**PASSENGER'S RECEIPT**

**TAXICAB FARE**

Telephone #_____

New ORLEANS AIRPORT
CAB COMPANY
TO Renaissance Hotel
CPNC #

3/4 _____ 20 24
Date

Amount of Fare  $_____
Other Charges   $_____
Total...............  $ 38

Driver's Name _____

**PASSENGER'S RECEIPT**

**TAXICAB FARE**

Telephone #_____

RENAISSANCE HOTEL
CAB COMPANY
TO NewORLEANS AIRPORT
CPNC #

3/7 _____ 20 24
Date

Amount of Fare  $_____
Other Charges   $_____
Total...............  $ 38

Driver's Name _____

**GREEN TAXI COPORATION DBA ALL CITIES TAXI**
1016 S Joliet St Suite 20, Aurora Co 80012  •  E-mail: coallcitiestaxi@gmail.com
**720- 440- 7000**

Fare$...... 98
From... DENVER AIRPORT .TO.. HOME
Date....... 3/7/24
Driver.............................

Cab#.............................

Thank you for your Business

www.coallcitiestaxi.com



FPM TRAVEL REIMBURSEMENT COVER SHEET

Name: Alan C Youngs

Invoice number: 57

Invoice date: March 26, 2024

Site visit travel dates: 03/17/24 to 03/21/24

Total travel reimbursement amount (*see page 2 for details*): $2,474.99

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.*


_____
Signature

3/26/24
_____
**Date**



# Office of the Technical Compliance Advisor
# Travel Reimbursement Form

Enter all required information below to obtain travel reimbursement. If spending did not occur in a category, please enter zeros. Zeros will likely need to be entered for one or more of the ground transportation options. The "Total" column of the table will update based on the information entered into the "Unit Cost" and "Units" columns. To update the "Total" column, click CTRL+A and then F9. Receipts for airfare, lodging, ground transportation, and PCR testing must be submitted with this form. Submit the Travel Reimbursement Form and accompanying receipts to Javier Gonzalez (Javier.benito@me.com) with the Chief Monitor (jrrjjr.romero@gmail.com) and/or his designee copied along with your monthly invoice.

**Traveler Name:  Alan C Youngs**
**Travel Start Date 03-17-24 Travel End Date:03-21-24**
**Purpose of Travel: Puerto Rico**

| Travel Reimbursement | | | |
|---|---|---|---|
| | **Unit Cost** | **Units** | **Total** |
| **Airfare Denver to Puerto Rico** | $686.80 | 1 | $686.80 |
| **Airfare Puerto Rico to Florida** | $436.30 | 1 | $436.30 |
| **Baggage/Seat** | $0.00 | 1 | $0.00 |
| **Ground Transport (Uber) Home to Denver Airport** | $62.67 | 1 | $62.67 |
| **Ground Transportation (Parking)** | $0.00 | 0 | $0.00 |
| **Ground Transportation (Mileage)** | $0.655 | 0 | $0.00 |
| **Lodging** | $192.93 | 4 | $771.72 |
| **Per Diem (Travel Days)** | $86.25 | 2 | $172.50 |
| **Per Diem (Full Days)** | $115.00 | 3 | $345.00 |
| **Total** | | | **$2,474.99** |

VIG Tower, PH – 924

1225 Ave. Juan Ponce de Leon

San Juan, PR 00907

787-417-9098



ISSUED BY AND VALID ONLY ON

# SOUTHWEST AIRLINES®    BOARDING PASS

RR

## YOUNGS/ALAN

FLIGHT **2397**

DATE **MAR 17**    **A-List**

CONF.# **3YSA5C**    **Anytime**

2397  **DENVER**
      **ORLANDO**    **Check monitors for gate number**
      **10:20 AM Y**
755   **ORLANDO**
      **SAN JUAN**    **BOARDING TIME**
      **04:50 PM**
                      # 09:50 AM

207895671

Boarding
Group

# A

Boarding
Position

**Southwest**    PRIORITY BOARDING
                 PRIORITY & EXPRESS LANES

3YSA5C

LN: YOUNGS
FN: ALAN
MN:

**EarlyBird Check-In®**
(if applicable)

33                                              AWI-W10/CH.12

*fold here*



ISSUED BY AND VALID ONLY ON

# SOUTHWEST AIRLINES®     BOARDING PASS

RR

## YOUNGS/ALAN

FLIGHT **755**

DATE **MAR 17**          **A-List**

CONF.# **3YSA5C**        **Anytime**

755  ORLANDO
     SAN JUAN          **Check monitors for gate number**
     04:50 PM Y

207895671

Boarding
Group

**A**

**BOARDING TIME**

## 04:20 PM

Boarding
Position

**19**

PRIORITY BOARDING
PRIORITY LANE

**Southwest.**

LN: YOUNGS
FN: ALAN
MN:

**EarlyBird Check-In®**
(if applicable)

**3YSA5C**

**19**                                                          AWI-W10/CH.12

*fold here*

A-List   *Hi, Alan*   16,402 points   **My Account**  |  **Log out**    Español 

**Southwest**

FLIGHT | HOTEL | CAR | VACATIONS    SPECIAL OFFERS    RAPID REWARDS®    🔍

# Thanks for flying with us!

## Trip summary



✈ **Flight**

CONFIRMATION #
**3YSA5C**

MAR 17
**DEN** ✈ **SJU**

FLIGHT TOTAL
**$686.80**

---



## 3/17 - San Juan

MAR 17
### Denver, CO *to* San Juan, PR

Confirmation # **3YSA5C**

| PASSENGERS | EST. POINTS | EXTRAS ⓘ | FARE |
|---|---|---|---|
| Alan Youngs | + 6,500 PTS | | Anytime |
| Rapid Rewards® Acct # 207895671   A-List | | | |

### Departing   3/17/24 Sunday

**Anytime**
*(Passenger x1)*                                           $650.00

| | DEPARTS | 10:20 AM | DEN | FLIGHT |
|---|---|---|---|---|
| | | | Denver, CO - DEN | 2397 📶 + 📱 |

SCHEDULED AIRCRAFT
Boeing 737-800
*Subject to change*

ARRIVES   3:55 PM   **MCO**
Orlando, FL - MCO

TRAVEL TIME
**3hr 35min**

*stop 1: Orlando, FL - MCO*

| DEPARTS | 4:50 PM | MCO<br>Orlando, FL - MCO | FLIGHT<br>755 <br>SCHEDULED AIRCRAFT<br>Boeing 737-800<br>*Subject to change* | |
| ARRIVES | 7:35 PM | SJU<br>San Juan, PR - SJU | TRAVEL TIME<br>2hr 45min | SUBTOTAL<br>**$650.00** |

| | | | Taxes & fees | $36.80 |
| | | | **Flight total** | **$686.80** |

**Icon legend**

 WiFi available     Live TV available     EarlyBird Check-In®    Change planes

**Helpful Information:**

- Starting July 1, 2023 (12:00 a.m. CT), for Wanna Get Away® or Wanna Get Away Plus™ reward travel reservations (booked with points): If you do not cancel your reservation at least 10 minutes before the flight's original scheduled departure time, any points used for booking will be forfeited, along with any taxes and fees associated with your reward travel reservation. For Anytime or Business Select® reward travel reservations: the points used for booking will be redeposited to the purchaser's Rapid Rewards® account, and any taxes and fees associated with the reward travel reservation will be converted into a Transferable Flight Credit™ for future use.
- Please read the fare rules associated with this purchase.
- When booking with Rapid Rewards points, your points balance may not immediately update in your account.
- **REAL ID Requirement:** Do you have a **REAL ID**? Beginning May 7, 2025, you will need a state-issued **REAL ID** compliant license or identification card, or another acceptable form of ID (such as a U.S. Passport), to fly within the United States. Visit www.tsa.gov for a list of acceptable forms of ID and additional information regarding **REAL ID** requirement.

## Payment summary

| PAYMENT INFORMATION | | | | AMOUNT PAID |
| --- | --- | --- | --- | --- |
|  American Express 1…<br>XXXXXXXXXX1001<br>Expiration: 12/28 | CARD HOLDER<br>**Alan Youngs** | | BILLING ADDRESS<br>**5552 W Lakeridge Rd<br>Lakewood, CO US 80227** | **$686.80** |

## Total charged

| | |
| --- | --- |
| SUBTOTAL | $650.00 |
| TAXES & FEES | $36.80 |
| **TOTAL DOLLARS** | **$686.80** |

Show price breakdown

ISSUED BY AND VALID ONLY ON

# SOUTHWEST AIRLINES®    BOARDING PASS

RR

# YOUNGS/ALAN

FLIGHT **1833**

DATE **MAR 21**    **A-List**

CONF.# **3Z3RJ4**    **Business Select®**

1833    SAN JUAN    Check monitors for gate number
FORT LAUDERDALE
03:15 PM L

207895671

Boarding
Group

**A**

Boarding
Position

**12**

## BOARDING TIME

# 02:45 PM

PRIORITY BOARDING A1-A15
PRIORITY & EXPRESS LANES

**Southwest.**

LN: YOUNGS
FN: ALAN
MN:

3Z3RJ4

**12**    AWI-W10/CH.12

*fold here*



A-List   Hi, Alan   26,684 points   **My Account**  |  Log out      Español 🌐

FLIGHT | HOTEL | CAR | VACATIONS     SPECIAL OFFERS     RAPID REWARDS®     🔍

# Thanks for flying with us!

## Trip summary



✈️ **Flight**

CONFIRMATION #
**3Z3RJ4**

MAR 21
**SJU ✈ FLL**

FLIGHT TOTAL
**$436.30**



## 3/21 - Fort Lauderdale

MAR 21
### San Juan, PR *to* Fort Lauderdale, FL

**Confirmation #** 3Z3RJ4

| PASSENGERS | EST. POINTS | EXTRAS ℹ️ | FARE |
|---|---|---|---|
| **Alan Youngs**<br>Rapid Rewards® Acct # 207895671   A-List | + 4,040 ᴾᵀˢ | | Anytime |

| **Departing** 3/21/24 Thursday | | **Anytime**<br>*(Passenger x1)* | $404.00 |
|---|---|---|---|
| ✈ DEPARTS **3:15** PM | **SJU**<br>San Juan, PR - SJU | **FLIGHT**<br>**1833** 📶 + 📱<br>SCHEDULED AIRCRAFT<br>Boeing 737-800<br>*Subject to change* | |
| *Nonstop* | | | |
| ✈ ARRIVES **6:10** PM | **FLL**<br>Fort Lauderdale, FL - FLL | **TRAVEL TIME**<br>**2hr 55min** | SUBTOTAL<br>**$404.00** |

|  | |
|---|---|
| **Taxes & fees** | $32.30 |
| **Flight total** | $ **436.30** |

**Icon legend**

 WiFi available           Live TV available           EarlyBird Check-In®

**Helpful Information:**

- Starting July 1, 2023 (12:00 a.m. CT), for Wanna Get Away® or Wanna Get Away Plus™ reward travel reservations (booked with points): If you do not cancel your reservation at least 10 minutes before the flight's original scheduled departure time, any points used for booking will be forfeited, along with any taxes and fees associated with your reward travel reservation. For Anytime or Business Select® reward travel reservations: the points used for booking will be redeposited to the purchaser's Rapid Rewards® account, and any taxes and fees associated with the reward travel reservation will be converted into a Transferable Flight Credit™ for future use.
- Please read the **fare rules** associated with this purchase.
- When booking with Rapid Rewards points, your points balance may not immediately update in your account.
- **REAL ID Requirement:** Do you have a **REAL ID**? Beginning May 7, 2025, you will need a state-issued **REAL ID** compliant license or identification card, or another acceptable form of ID (such as a U.S. Passport), to fly within the United States. Visit www.tsa.gov for a list of acceptable forms of ID and additional information regarding **REAL ID** requirement.

## Payment summary

| PAYMENT INFORMATION | | | AMOUNT PAID |
|---|---|---|---|
| **American Express 1...** XXXXXXXXXX1001 Expiration: 12/28 | CARD HOLDER **Alan Youngs** | BILLING ADDRESS **5552 W Lakeridge Rd** **Lakewood, CO US 80227** | $ **436.30** |

## Total charged

| | |
|---|---|
| SUBTOTAL | $404.00 |
| TAXES & FEES | $32.30 |
| **TOTAL DOLLARS** | $ **436.30** |

Show price breakdown

# Uber

March 17, 2024

Total                                                                                    $62.67

| | |
|---|---|
| Trip fare | $41.69 |

| | |
|---|---|
| Subtotal | $41.69 |
| Reservation Fee | $12.00 |
| Booking Fee | $5.38 |
| Colorado Prearranged Ride Regulatory Fee | $0.31 |
| Denver International Airport Pickup/Drop-off Fee | $3.29 |

## Payments

VISA  **Visa ••••3491**
3/17/24 8:38 AM                                                          $62.67

Visit the trip page for more information, including invoices (where available)

You rode with BASIT

UberX     37.92 miles | 48 min

7:49 AM | 5552 W Lakeridge Rd, Lakewood, CO 80227, US

8:37 AM | 8500 Pena Blvd, Denver, CO 80249, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

**COURTYARD**®
**Marriott**®

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Alan Youngs
5552 W Lakeridge Rd
Lakewood CO 80227
United States

Room: 0907
Room Type: EKNG
No. of Guests: 1
Rate: $  160.00  Clerk: 33

Marriott Rewards #    119330892

CRS Number  91157617

Name:

Arrive:  03-17-24          Time:  05:33 PM          Depart:  03-21-24          Folio Number:  770795

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 03-17-24 | Package | 160.00 | |
| 03-17-24 | Destination Fee | 17.00 | |
| 03-17-24 | Government Tax | 15.93 | |
| 03-18-24 | Comedor - Guest Charge | 4.00 | |
| 03-18-24 | Package | 160.00 | |
| 03-18-24 | Destination Fee | 17.00 | |
| 03-18-24 | Government Tax | 15.93 | |
| 03-19-24 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 03-19-24 | Package | 160.00 | |
| 03-19-24 | Destination Fee | 17.00 | |
| 03-19-24 | Government Tax | 15.93 | |
| 03-20-24 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 03-20-24 | COMEDOR- Guest Charge (Dinner) | 19.73 | |
| 03-20-24 | Package | 160.00 | |
| 03-20-24 | Destination Fee | 17.00 | |
| 03-20-24 | Government Tax | 15.93 | |
| 03-21-24 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 03-21-24 | Visa Card | | 807.45 |

*Card #  XXXXXXXXXXXX3491*

**COURTYARD**®
**Marriott.**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Alan Youngs
5552 W Lakeridge Rd
Lakewood CO 80227
United States

Room: 0907
Room Type: EKNG
No. of Guests: 1
Rate: $  160.00  Clerk: 33

Marriott Rewards #    119330892

CRS Number  91157617

Name:

Arrive:  03-17-24          Time:  05:33 PM          Depart:  03-21-24          Folio Number:  770795

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| | | **Balance** | **0.00 USD** |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.