# Office of the TCA - Travel Reimbursement Form



**Traveler Name:** Scott Cragg
**Travel Dates:** Mar 17-21, 2024
**Purpose of Travel:** On-Site Monitoring

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | | 1 | $ 593.60 |
| Bags/Airport Shuttle tips-no receipt | $ 2.00 | 2 | $ 4.00 |
| Ground Transportation (Tolls) | | 4 | $ 5.09 |
| Ground Transportation (Parking) | $ 15.00 | 5 | $ 67.08 |
| Ground Transportation (Mileage) | $ 0.670 | 182.9 | $ 122.54 |
| Lodging | $ ~~196.93~~ 192.934 | 4 | $ ~~787.72~~ $771.72 |
| Per Diem (Travel Days) 21 Jan, 26 Jan | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) 22-25 Jan | $ 115.00 | 3 | $ 345.00 |
| Total | | | $ ~~2,097.53~~ $2,081.53 |

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

JetBlue booking confirmation for SCOTT P CRAGG - LHIWNI

From: JetBlue Reservations (jetblueairways@email.jetblue.com)
To: spcragg@verizon.net
Date: Monday, January 29, 2024 at 03:28 PM EST

Check out the details for your trip on Sun, Mar 17



Français | Español

#3363415311

# You're all set to jet.

And, your continued loyalty is what keeps us flying high. Thanks again for being a Mosaic member.

# Your Flight Itinerary

## Your JetBlue confirmation code is LHIWNI

MCO ▶ SJU   Flight 1133   Sun, Mar 17   Sun, Mar 17
jetBlue                   12:02pm   -   2:53pm
                          Terminal: C

SJU ▶ MCO   Flight 934    Thu, Mar 21   Thu, Mar 21
jetBlue                   10:16am   -   1:33pm
                          Terminal: A

Get the latest entry and travel requirements for your trip.

# Your Traveler Details

## SCOTT P CRAGG

Orlando
**MCO**

San Juan
**SJU**

TrueBlue Number: 3363415311

Ticket number: 2792144517744

Flight # 1133

Fare: Blue Basic

Seat: 2C EVEN MORE SPACE

Notes: Even More® Space

[Manage my booking]

---

San Juan
**SJU**

Orlando
**MCO**

TrueBlue Number: 3363415311

Ticket number: 2792144517744

Flight # 934

Fare: Blue Basic

Seat: 3C EVEN MORE SPACE

Notes: Even More® Space

[Manage my booking]

## Bag Allowance (per traveler)

MCO ▶ SJU

| Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|
| Free | Not allowed with this fare | Free Mosaic Perk | Free Mosaic Perk |

SJU ▶ MCO

| Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|
| Free | Not allowed with this fare | Free Mosaic Perk | Free Mosaic Perk |

**Size and weight limits apply. See full details on our Bag Info page** ▶

Free checked bag benefit for Mosaic members applies to JetBlue-operated flights only.

Blue Basic fares are limited to one personal item that fits under the seat in front of you. Additional or larger items brought to the gate will need to be checked for a fee. Details at **link.**.

Additional charges may apply.

> **Need to check more than 2 bags?** Additional bags can be added during check-in (starting 24 hours before departure) or at the airport.

## Payment Details

Master XXXXXXXXXXX7082

Purchase Date: Jan 29, 2024
**Request full receipt**

| | |
|---|---|
| CREDIT_CARD | $593.60 |
| NONREF | $529.00 |
| Taxes & fees | $64.60 |
| Total | $593.60 USD |

jetBlue      BOARDING PASS   TSA Pre✓

CRAGG/SCOTT P
21 MAR 24

CONFIRMATION: LHIWNI

TICKET: 2792144517744

FLIGHT B6 934
SJU → MCO
San Juan,PR    Orlando,FL

GATE A3
SUBJECT TO CHANGE

GROUP MOSAIC

SEAT 3C   AISLE

BOARDING 9:41 AM → DOORS CLOSE 10:01 AM → DEPARTS 10:16 AM → ARRIVES 1:33 PM

---

jetBlue    BOARDING PASS   TSA Pre✓

CRAGG/SCOTT P
17 MAR 24

CONFIRMATION: LHIWNI

TICKET: 2792144517744

FLIGHT B6 1133
MCO → SJU
Orlando,FL    San Juan,PR

GATE 237
SUBJECT TO CHANGE

GROUP MOSAIC

SEAT 2C   AISLE

BOARDING 11:27 AM → DOORS CLOSE 11:47 AM → DEPARTS 12:02 PM → ARRIVES 2:53 PM

---

FasTPark

Fast Park
MCO
7870 N. Frontage Road
Orlando, Florida 32812
(407) 251-7555

Date: 1:34 PM 21 Mar 2024
Receipt #: 454038929
Ticket #: 10009174
Arrived: 10:39 AM 17 Mar 2024
Departed: 1:34 PM 21 Mar 2024
Total Duration: 4 days 2 hrs 54 mins
Parking Fee: $56.68
Subtotal: $56.68
State Tax: $3.78
County Tax: $0.32
Airport Fee: $6.30
**Total: $67.08**
Payment Method: Visa 6833

Powered By FLASH

# E-ZPass Virginia: Transaction History

Account Number: 236166  From: 3/13/2024  To: 3/23/2024

| Date Posted | Transaction | Receipt | Transponder / Plate | Agency | Entry Plaza | Exit Plaza | Entry Date and Time | Exit Date and Time | Plaza Facility | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/18/2024 | IAG TOLL INCOMING TRANSACTIONS | | 3829399 | CFX | | 394 | | 3/17/2024 10:25 AM | | -0.93 | 29.88 |
| 3/21/2024 | IAG TOLL INCOMING TRANSACTIONS | | 3829399 | FTE | | J47 | | 3/21/2024 2:00 PM | | -2.30 | 27.58 |
| 3/22/2024 | IAG TOLL INCOMING TRANSACTIONS | | 3829399 | CFX | | 328 | | 3/21/2024 1:44 PM | | -0.93 | 26.65 |
| 3/22/2024 | IAG TOLL INCOMING TRANSACTIONS | | 3829399 | CFX | | 301 | | 3/21/2024 1:51 PM | | -0.93 | 25.72 |

Google Maps   219 S Riverwalk Dr to Fast Park & Relax MCO   Drive 87.6 miles, 1 hr 25 min



To 87.6 miles

Home 95.3 miles

___

TOTAL 182.9 Mi

**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Scott Cragg
13932 S Springs Dr
Clifton VA 20124
United States

Marriott Rewards #    797225828
Name:

Arrive:  03-17-24              Time:  03:26 PM            Depart: 03-21-24

Room: 0301
Room Type: KSTE
No. of Guests: 1
Rate: $  160.00  Clerk: 8
CRS Number  95111053

Folio Number: 765502

| Date | Description | Charges | Credits |
|---|---|---|---|
| 03-17-24 | Package | 160.00 | |
| 03-17-24 | Destination Fee | 17.00 | |
| 03-17-24 | Government Tax | 15.93 | |
| 03-18-24 | Comedor - Guest Charge | 4.00 | |
| 03-18-24 | Package | 160.00 | |
| 03-18-24 | Destination Fee | 17.00 | |
| 03-18-24 | Government Tax | 15.93 | |
| 03-19-24 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 03-19-24 | Package | 160.00 | |
| 03-19-24 | Destination Fee | 17.00 | |
| 03-19-24 | Government Tax | 15.93 | |
| 03-20-24 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 03-20-24 | Package | 160.00 | |
| 03-20-24 | Destination Fee | 17.00 | |
| 03-20-24 | Government Tax | 15.93 | |
| 03-21-24 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 03-21-24 | Visa Card | | 787.72 |
| | Card # XXXXXXXXXXXX6833 | | |



FPMPR TRAVEL EXPENSE NOTE:

**Scott Cragg Travel Expense Invoices Note:**

**Date: March 30, 2024**

**Notes:**

Please note:

Travel Expenses:

- The Even More Space Note in the Airfare receipt is a free benefit from the Airline as a Mosaic Status Perk.