

FPM TRAVEL REIMBURSEMENT COVER SHEET

Name: Hipolito Castro Jr

Invoice number:

Invoice date: 3/05/2024

Site visit travel dates: 03/17/2024 to 03/22/2024

Total travel reimbursement amount (see page 2 for details): $ 2,404.01

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.*

_____     3/25/2024
Signature                                           Date

## Travel Breakout

### Hipolito Castro 02/19/24 to 02/23/24

| Expense | Unit Cost | Units | Column1 | Total | Column2 |
|---|---|---|---|---|---|
| Airfare | $ 515.60 | 1 | $ - | $ 515.60 | |
| Airfare taxes & fees | | | | $ - | |
| Baggage | | | | $ - | |
| Ground Transportation (Uber/Lyft/Taxi) | | | | $ - | |
| Ground Transportation (Parking) | $ 192.50 | 1 | | $ 192.50 | |
| Ground Transportation (POV Mileage) to PTY | $ 0.670 | 114 | | $ 76.38 | |
| Tolls | $ 11.19 | 2 | | $ 22.38 | |
| Lodging - | $ 192.93 | 5 | | $ 964.65 | |
| Per Diem (Travel Days) | $ 86.25 | 2 | | $ 172.50 | |
| Per Diem (Full Days) | $ 115.00 | 4 | | $ 460.00 | |
| Other: HOTEL TAX - | | | | | |
| **Total** | | | | **$ 2,404.01** | |



Hipolito Castro <hipolitocastrojr@gmail.com>

---

**Your Flight Receipt - HIPOLITO CASTRO 17MAR24**
1 message

---

**Delta Air Lines** <DeltaAirLines@t.delta.com>   Thu, Jan 4, 2024 at 1:02 PM
Reply-To: Transactional Email Reply Inbox <reply-361969-14_HTML-36682778-10982494-757131@t.delta.com>
To: hipolitocastrojr@gmail.com

View as a Web Page

**▲ DELTA**

#9288156608
Silver Medallion®



CONFIRMATION #: JP38BP

THANK YOU FOR CHOOSING DELTA

You're all set. If your plans change, you can make adjustments or cancel your itinerary on **My Trips** on the Fly Delta app or **delta.com** before your flight departs.

Have a great trip, and thank you for choosing Delta.

## Remember To Check Your Passport Expiration Date

Many countries require passports to be valid for at least six months from the date of return. You can also check passport eligibility and visa requirements with **Delta FlyReady**<sup>SM</sup> ahead of your trip. Don't forget to update your SkyMiles profile with your passport information for easy validation.

## Passenger Info

Name: HIPOLITO CASTRO
SkyMiles #9288156608
Silver

| FLIGHT | SEAT |
| --- | --- |
| DELTA 1859 | 15D |
| DELTA 1661 | 16D |

Visit delta.com or download the Fly Delta app to view, select or change your seat. If you purchased a Delta Comfort+<sup>TM</sup> seat or a Trip Extra, please visit My Trips to access a receipt of your purchase.

| Sun, 17MAR | DEPART | ARRIVE |
| --- | --- | --- |
| DELTA 1859<br>Main Cabin (T) | NYC-KENNEDY<br>6:20pm | SAN JUAN, PUERTO RICO<br>10:15pm |

| Fri, 22MAR | DEPART | ARRIVE |
| --- | --- | --- |
| DELTA 1661<br>Main Cabin (L) | SAN JUAN, PUERTO RICO<br>5:15pm | NYC-KENNEDY<br>9:29pm |

MANAGE MY TRIP

## Flight Receipt

Ticket #: 0062200639561
Place of Issue:
Issue Date: 04JAN24
Expiration Date: 04JAN25

| METHOD OF PAYMENT | |
|---|---|
| AX***********1006 | $515.60 USD |

| CHARGES | |
|---|---|
| Air Transportation Charges | |
| Base Fare | $451.00 USD |
| Taxes, Fees and Charges | |
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $11.20 USD |
| United States - Transportation Tax (US) | $44.40 USD |
| United States - Passenger Facility Charge (XF) | $9.00 USD |
| TICKET AMOUNT | $515.60 USD |

## Checked Bag Allowance

The fees below are based on your original ticket purchase. Fees may be converted to local currency based on your departure airport. **If you qualify for free or discounted checked baggage**, this will be taken into account when you check in. Visit delta.com for details on baggage embargoes that may apply to your itinerary.

**Sun 17 Mar 2024**                                                    **JFK-SJU**

| CARRY ON | FIRST | SECOND |
|---|---|---|
| FREE | FREE (70LBS/32KG) WAS: $30.00 USD OR 3,000 miles | FREE (70LBS/32KG) WAS: $40.00 USD OR 4,000 miles |

This trip is operated by Delta and the following carrier(s): . Visit delta.com for details on **baggage embargoes** that may apply to your itinerary. Also see other carrier's complete **baggage information**.

**Sun 17 Mar 2024**                                                    **JFK-SJU**

| DL0DF | DL0DF | CARRY ON |
|---|---|---|
| $0.0 USD (70LBS/32KG) | $0.0 USD (70LBS/32KG) | FREE |

This trip is operated by Delta and the following carrier(s): . Visit delta.com for details on **baggage embargoes** that may apply to your itinerary. Also see other carrier's complete **baggage information**.

**Fri 22 Mar 2024**                                                    **SJU-JFK**

| CARRY ON | FIRST | SECOND |
|---|---|---|
| FREE | FREE (70LBS/32KG) WAS: $30.00 USD OR 3,000 miles | FREE (70LBS/32KG) WAS: $40.00 USD OR 4,000 miles |

This trip is operated by Delta and the following carrier(s): . Visit delta.com for details on **baggage embargoes** that may apply to your itinerary. Also see other carrier's complete **baggage information**.

**Fri 22 Mar 2024**                                                    **SJU-JFK**

| DL0DF | DL0DF | CARRY ON |
|---|---|---|
| $0.0 USD (70LBS/32KG) | $0.0 USD (70LBS/32KG) | FREE |

```
           JFK AIRPORT
        LONG TERM PARKING
                              908
EXIT                       146033
RECEIPT:                        0
PERSONELL:                  82485
TRANSACTION:
                     03 901 0056564
SNR:             03.17.24 14:38
IN:              03.22.24 22:14
ENTRY:           HOURLY TICKET
P.AT:                 192.50 USD
FEE:                  192.50 USD
PAID:
------------------
                      192.50 USD
NET:                    0.00 USD
GST  0%              SA12704
CAR:
ST 7:36
      CARDHOLDER COPY
                      ********
MID                      ****4843
TERM                        22:14
03/22/24
TRAN 082485
CARD  ................1006
AMERICAN EXPRESS
ICC
SALE CREDIT
AID      A0000000025010801
TC       4B70810D2597AA8A
AUTH CODE                 804820
AMOUNT                   $192.50
TOTAL                    $192.50
     No Cardholder
       verification
  (00) APPROVED

    Your account will be
    debited with the above
           am

       TAXES INCLUDED
       THANK YOU FOR
        PARKING AT
        JFK AIRPORT
       HAVE A SAFE TRIP
```

32.08

11:58  .ıll LTE

# JFK

John F. Kennedy Internatio...
International Airport · Jamaica, Que...

🚗 **1 hour 54 minutes**

🎟️ Tickets  •••

**HOURS**  **DISTANCE**
Open  ⤳ 57 mi

      

## E-ZPass® Payment Receipt for 03/17/2024

Account Number : 2000175180885
Transaction Date : 03/17/2024
Transaction Id : 117082386420
Transaction Amount : ($11.19)
Payment Type : ETC

## *E-ZPass®* Payment Receipt for 03/22/2024

Account Number : 2000175180885
Transaction Date : 03/22/2024
Transaction Id : 117095574567
Transaction Amount : ($11.19)
Payment Type : ETC

# COURTYARD® Marriott

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Hipolito Castro
64 Mustang Dr
Monroe CT 06468
United States

Room: 0507
Room Type: EKNG
No. of Guests: 1
Rate:  $  160.00  Clerk: 8

Marriott Rewards #   214246771

CRS Number   94371572

Name:

Arrive:   03-17-24          Time:  10:32 PM          Depart:  03-22-24          Folio Number:  770908

| Date | Description | Charges | Credits |
|---|---|---|---|
| 03-17-24 | Package | 160.00 | |
| 03-17-24 | Destination Fee | 17.00 | |
| 03-17-24 | Government Tax | 15.93 | |
| 03-18-24 | COMEDOR- Guest Charge (Breakfast) | 3.95 | |
| 03-18-24 | Package | 160.00 | |
| 03-18-24 | Destination Fee | 17.00 | |
| 03-18-24 | Government Tax | 15.93 | |
| 03-19-24 | COMEDOR- Guest Charge (Breakfast) | 3.95 | |
| 03-19-24 | Package | 160.00 | |
| 03-19-24 | Destination Fee | 17.00 | |
| 03-19-24 | Government Tax | 15.93 | |
| 03-20-24 | COMEDOR- Guest Charge (Breakfast) | 3.95 | |
| 03-20-24 | Package | 160.00 | |
| 03-20-24 | Destination Fee | 17.00 | |
| 03-20-24 | Government Tax | 15.93 | |
| 03-21-24 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |
| 03-21-24 | Package | 160.00 | |
| 03-21-24 | Destination Fee | 17.00 | |
| 03-21-24 | Government Tax | 15.93 | |

**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Hipolito Castro
64 Mustang Dr
Monroe CT 06468
United States

Marriott Rewards # 214246771

Name:

Room: 0507
Room Type: EKNG
No. of Guests: 1
Rate: $ 160.00  Clerk: 8
CRS Number 94371572

Arrive: 03-17-24     Time: 10:32 PM     Depart: 03-22-24     Folio Number: 770908

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
|      | Balance     |         | 979.50 USD |

*handwritten:* − 14.85
*handwritten circled:* 964.65

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today. Start earning points and elite status, plus enjoy exclusive member offers. Enroll today at the front desk.