

# Office of the TCA - Travel Reimbursement Form

**Name:** Rita J. Watkins
**Travel Dates:** March 17-22, 2024

**Purpose of Travel:** On-Site evaluation

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 664.60 | 1 | $ 664.60 |
| Baggage | $ - | 0 | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | | | $ - |
| Ground Transportation (Parking) | $ 104.00 | 1 | $ 104.00 |
| Ground Transportation (Mileage) | 0.655 | 0 | $ - |
| Lodging | $ 192.93 | 5 | $ 964.65 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 4 | $ 460.00 |
| Other: | $ - | 0 | $ - |
| Total | | | $ 2,365.75 |

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

**Watkins, Rita**

---

**From:** United Airlines <Receipts@united.com>
**Sent:** Friday, February 9, 2024 2:15 PM
**To:** Watkins, Rita
**Subject:** eTicket Itinerary and Receipt for Confirmation PSSVY3

**CAUTION:** The sender of this email is not from SHSU. Any links or attachments may be dangerous. To report this email as suspicious, forward it to abuse@shsu.edu.



Fri, Feb 09, 2024

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Get ready for your trip:** visit _____, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# PSSVY3

---

**Flight 1 of 2 UA1192**                                                  Class: United Economy (L)

Sun, Mar 17, 2024                                                          Sun, Mar 17, 2024
**10:15 AM**                                                               **03:36 PM**
Houston, TX, US (IAH)                                                      San Juan, PR, US (SJU)

**Flight 2 of 2 UA1644**                                                  Class: United Economy (S)

Fri, Mar 22, 2024                                                          Fri, Mar 22, 2024
**06:50 AM**                                                               **10:50 AM**
San Juan, PR, US (SJU)                                                     Houston, TX, US (IAH)

---

Traveler Details

WATKINS/RITAJANE

1

eTicket number: **0162363597552**  
Frequent Flyer: **UA-XXXXX226 Premier Gold**

Seats: **IAH-SJU 09D**  
**SJU-IAH 12D**

Purchase Summary

| | |
|---|---|
| Method of payment: | **Master Card ending in 6220** |
| Date of purchase: | **Fri, Feb 09, 2024** |

| | |
|---|---|
| Airfare: | 600.00 |
| U.S. Transportation Tax: | 44.40 |
| September 11th Security Fee: | 11.20 |
| U.S. Passenger Facility Charge: | 9.00 |
| Total Per Passenger: | 664.60 USD |

**Total:** **664.60 USD**

## Fare Rules
Additional charges may apply for changes in addition to any fare rules listed.
REFUNDABLE

## MileagePlus Accrual Details

| Ritajane Watkins | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Sun, Mar 17, 2024 | 1192 | Houston, TX, US (IAH) to San Juan, PR, US (SJU) | 1920 | 240 | 1 |
| Fri, Mar 22, 2024 | 1644 | San Juan, PR, US (SJU) to Houston, TX, US (IAH) | 2880 | 360 | 1 |
| MileagePlus accrual totals: | | | 4800 | 600 | 2 |

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Sun, Mar 17, 2024<br>Houston, TX, US (IAH - Intercontinental) to San Juan, PR, US (SJU - Luis Muñoz Marín) | 0.00 USD | 0.00 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |
| Fri, Mar 22, 2024<br>San Juan, PR, US (SJU - Luis Muñoz Marín) | 0.00 USD | 0.00 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |

**From:** Auto-Receipt noreply@mail.authorize.net
**Subject:** Transaction Receipt from GROUNDSHUTTLE.COM for $104.00 (USD)
**Date:** Mar 4, 2024 at 12:49:24 PM
**To:** Rita Watkins drritawatkins@gmail.com

### Order Information

| | |
|---|---|
| Description: | New Reservation(GS-IAH-SUN120240317 and IAH-GS-0320240322) |
| Invoice Number | 311230 |
| Customer ID | 123110 |

### Billing Information

Rita Watkins
4746 Enchanted Oaks Dr.
College Station, Texas 77845
United States
drritawatkins@gmail.com
979-777-0594

**Shipping Information**

**Total: $104.00 (USD)**

### Payment Information

| | |
|---|---|
| Date/Time: | 4-Mar-2024 12:49:23 CST |
| Transaction ID: | 80313017641 |
| Payment Method: | MasterCard xxxx6220 |
| Transaction Type: | Purchase |
| Auth Code: | 07709P |

### Merchant Contact Information

GROUNDSHUTTLE.COM
College Station, TX 77845
US
accounting@groundshuttle.com

If a reservation is cancelled, your Ground Shuttle account will be credited according to the time of cancellation. Our system does not currently have the ability to refund your credit card account. All credits will expire after one year. Ground Shuttle credits are transferable upon request. Please contact us if you would like to transfer your credit to another passenger or make a reservation using another passenger's credit. We do require written documentation from credit holder before any balance can be transferred. Credit provided is based on time of cancellation as described below: 1. Canceled between 72 hours or more prior to the Trip - 100% credit voucher 2. Canceled between 72 hours prior to the Trip and 48 hours prior to the Trip - 75% credit voucher 3. Canceled between 48 hours prior to the Trip and 24 hours prior to the Trip - 50% credit voucher 4. Canceled between 24 hours prior to the Trip and 2 hours prior to the Trip - 25% credit voucher 5. Canceled less than 2 hours prior to the Trip or no cancellation - No credit voucher will be provided

From: **Ground Shuttle | Administrator** reservations@groundshuttle.com
Subject: **Ground Shuttle - Reservation Confirmation**
Date: **Mar 4, 2024 at 12:49:30 PM**
To: **Rita Watkins** drritawatkins@gmail.com



**PLEASE READ ALL PAGES OF THIS CONFIRMATION TO AVOID DELAYS AND MISUNDERSTANDINGS.**

Dear **Rita Watkins,**

Thank you for booking with us.

**(Order Total : $104.00).**

Your reservation details are as follows:

**Departure Trip From College Station To Houston**

| | |
|---|---|
| **Confirmation Number:** | COL-HOU-03-17-2024-06:00-9 |
| **Travel Date:** | 3/17/2024 |
| **Reservation Status:** | Reserved |
| **Pickup Location:** | Ground Shuttle Office |
| **Departure Time :** | 6:00 AM - Please be ready 15 minutes before departure time if being picked up at the Ground Shuttle office or at the Houston Airport. See details below. |
| **Dropoff Location:** | Bush International - IAH |
| **Estimated time of Arrival:** | 8:00 AM |
| **Number Of Adults:** | 1 |

| | |
|---|---|
| Adults: | |
| Number Of Children under 7: | 0 |
| Number Of additional Bags | |
| Base fare allows one checked in suitcase and one carry-on | 0 |

### Return Trip From Houston To College Station

| | |
|---|---|
| Confirmation Number: | HOU-COL-03-22-2024-12:15-1 |
| Travel Date: | 3/22/2024 |
| Reservation Status: | Reserved |
| Pickup Location: | Bush International - IAH |
| Departure Time : | 12:15 PM Please be ready 15 minutes before departure time if being picked up at the Ground Shuttle office or at the Houston Airport. See details below. |
| Dropoff Location: | Ground Shuttle Office |
| Estimated time of Arrival: | 2:15 PM |
| Number Of Adults: | 1 |
| Number Of Childrens under 7: | 0 |
| Number Of additional Bags | |
| Base fare allows one checked in suitcase and one carry-on | 0 |

**COURTYARD® Marriott.**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Ms Rita Watkins
4746 Enchanted Oaks Dr
College Sta TX 77845
United States

Room: 0906
Room Type: EKNG
No. of Guests: 1
Rate: $ 160.00  Clerk: 1009

Marriott Rewards # 595896259

CRS Number 95108218

Name:

Arrive: 03-17-24          Time: 05:34 PM          Depart: 03-22-24          Folio Number: 765500

| Date | Description | Charges | Credits |
|---|---|---|---|
| 03-17-24 | Package | 160.00 | |
| 03-17-24 | Destination Fee | 17.00 | |
| 03-17-24 | Government Tax | 15.93 | |
| 03-18-24 | Package | 160.00 | |
| 03-18-24 | Destination Fee | 17.00 | |
| 03-18-24 | Government Tax | 15.93 | |
| 03-19-24 | COMEDOR- Guest Charge (Breakfast) | 1.00 | |
| 03-19-24 | COMEDOR- Guest Charge (Breakfast) | 5.55 | |
| 03-19-24 | Package | 160.00 | |
| 03-19-24 | Destination Fee | 17.00 | |
| 03-19-24 | Government Tax | 15.93 | |
| 03-20-24 | COMEDOR- Guest Charge (Breakfast) | 2.00 | |
| 03-20-24 | COMEDOR- Guest Charge (Dinner) | 38.64 | |
| 03-20-24 | Package | 160.00 | |
| 03-20-24 | Destination Fee | 17.00 | |
| 03-20-24 | Government Tax | 15.93 | |
| 03-21-24 | Package | 160.00 | |
| 03-21-24 | Destination Fee | 17.00 | |
| 03-21-24 | Government Tax | 15.93 | |
| 03-22-24 | Master Card / Euro Card | | 1,011.84 |
| | Card # XXXXXXXXXXXX6220 | | |

**COURTYARD®**
**Marriott.**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Ms Rita Watkins
4746 Enchanted Oaks Dr
College Sta TX 77845
United States

Room: 0906
Room Type: EKNG
No. of Guests: 1
Rate: $ 160.00  Clerk: 1009

Marriott Rewards #  595896259

CRS Number  95108218

Name:

Arrive:  03-17-24        Time:  05:34 PM        Depart:  03-22-24        Folio Number:  765500

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
|      | Balance     |         | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.