

**FPM TRAVEL REIMBURSEMENT COVER SHEET**

Name: David Levy

Invoice number: 01-051T

Invoice date: 03/26/2024

Site visit travel dates: 03/17/2024-03/21/2024

Total travel reimbursement amount (*see page 2 for details*): $ ~~$2,039.10~~ $2,033.88

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.*

_____    03/26/2024
**Signature**                                                                                  **Date**

# Office of the TCA - Travel Reimbursement Form



**Traveler Name:**
Every One    David Levy

**Travel days**    5

**Purpose of Travel:** On-Site    Site visit

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 484.60 | 1 | $ 484.60 |
| Baggage | $ - | 0 | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | $ 7.54 | 1 | $ 7.54 |
| Ground Transportation (Uber/Lyft/Taxi) | $ 4.44 | 1 | $ 4.44 |
| Ground Transportation (Mileage) | $ 0.67 | 7.8 | $ ~~5.22~~ 0 |
| Lodging | $ 254.95 | 4 | $ 1,019.80 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 3 | $ 345.00 |
| tolls | $ - | 0 | $ - |
| **Total** | | | **$ 2,039.10** |

*$ 2,033.88*

# INFORMATION INVOICE



300 CONVENTION BOULEVARD, SAN JUAN 00907 PUERTO RICO

| | | | | | |
|---|---|---|---|---|---|
| *Guest Name* | **David Levy** | | | *Page No.* | 1 / 1 |
| *Address* | **828 Snowden Hallowell Way** | | | | |
| *City* | **Alexandria** | *Country:* | United States | | |
| *Company* | | *Arrival* | 03-17-24 | *Conf No.* | 89135759 |
| | | *Departure* | 03-21-24 | *Room No.* | 0412 |
| | | *Rate* | USD 195.00 | *Pax* | 1 |

| Date | | Description | Debits | Credits |
|---|---|---|---:|---:|
| 03-17-24 | 1 | Accommodations 2531361 | 195.00 | |
| 03-17-24 | 1 | Development Fee | 3.90 | |
| 03-17-24 | 1 | Destination Fee | 35.00 | |
| 03-17-24 | 1 | Occupancy Tax 9% | 21.05 | |
| 03-18-24 | 1 | Accommodations 2532673 | 195.00 | |
| 03-18-24 | 1 | Development Fee | 3.90 | |
| 03-18-24 | 1 | Destination Fee | 35.00 | |
| 03-18-24 | 1 | Occupancy Tax 9% | 21.05 | |
| 03-19-24 | 1 | Accommodations 2535413 | 195.00 | |
| 03-19-24 | 1 | Development Fee | 3.90 | |
| 03-19-24 | 1 | Destination Fee | 35.00 | |
| 03-19-24 | 1 | Occupancy Tax 9% | 21.05 | |
| 03-20-24 | 1 | Accommodations 2538018 | 195.00 | |
| 03-20-24 | 1 | Development Fee | 3.90 | |
| 03-20-24 | 1 | Destination Fee | 35.00 | |
| 03-20-24 | 1 | Occupancy Tax 9% | 21.05 | |
| 03-21-24 | 1 | Visa Card | | 1,019.80 |

Hey! Thanks for choosing Aloft! It was great to have you. Attached is a record of all the fun you had on your stay! And as our way of saying thanks, we invite you to join up or sign in to earn points on your travels with our new Marriott Bonvoy loyalty program. If you have any questions or comments, please do not hesitate to contact any of our talent members at the hotel for immediate assistance. We love hearing from our guests and look forward to welcoming you back to live the #AloftLive life very soon!

| | | |
|---|---:|---:|
| | 1,019.80 USD | 1,019.80 USD |
| Balance | | 0.00 USD |

Credit Card Type: VA  Approval Code: 00290G
Credit Card No.: XXXXXXXXXXXX6929

Signature



David Levy <dplevy@gmail.com>

# Itinerary receipt notice
1 message

**JetBlue** <jetblueairways@email.jetblue.com>                          Mon, Mar 25, 2024 at 11:47 PM
Reply-To: JetBlue <reply@email.jetblue.com>
To: dplevy@gmail.com



## Your travel receipt.
Thanks for flying JetBlue!

## Travel Purchase

**Date of requested receipt: 2024-02-22**          **Record Locator:** GZUJNH

| DCA | SJU | **Travel date** | 2024-03-17T08:00:00 |
|---|---|---|---|
|   |   | **Flight number** | 1347 |
| SJU | DCA | **Travel date** | 2024-03-21T17:54:00 |
|   |   | **Flight number** | 1348 |

**Traveler(s)**                          **Ticket number(s)**

LEVY/DAVID DR                            2792146642151

| | **Base fare:** | | $420.00 USD | |
|---|---|---|---|---|
| | **Taxes & fees breakdown:** | AMOUNT | CURRENCY | PURPOSE - (CODE) |
| | | $9.00 | USD | U.S. Passenger Facility Charge - (XF) |
| | | $11.20 | USD | U.S. September 11th Security Fee - (AY) |
| | | $44.40 | USD | U.S. Transportation Tax - (US2) |
| | **Taxes & fees total:** | $64.60 | USD | |
| | **Base fare total:** | **$484.60** | | |

**Payment(s):**

Visa card XXXXXXXXXXXX6929                                               $484.60

# Fees

**LEVY DAVID**              Ticket number(s): 2794439501205
                            Date: 2024-02-22

| QTY | FEE TYPE | COST | TAX | TOTAL |
|---|---|---|---|---|
| 1 | SEAT ASSIGNMENT | $89.00 | $0.00 | $89.00 |
| 1 | SEAT ASSIGNMENT | $89.00 | $0.00 | $89.00 |

**Total:**       **$178.00 USD**

**Payment(s):**         Visa card XXXXXXXXXXXX6929                       $178.00

# Total paid: $662.60 USD*

*includes all fares, taxes, fees and penalties less any amounts refunded

Flight Status   |   Bag Info   |   Airport Info

# Stay connected

 **Download the JetBlue mobile app**

   

Help

Business Travel

Privacy

About JetBlue

Please call 1-800-JETBLUE (1-800-538-2583) for additional assistance.

Positive identification required for airport check-in.

Notice:
Carriage and other service provided by the carrier are subject to conditions of carriage, which are hereby incorporated by reference. These conditions may be obtained from the issuing carrier. E-ticket Receipt total includes airfare, taxes, and fees applicable to air care, baggage fees, and Even More fees, as may be applicable.

   David Levy <dplevy@gmail.com>

---

# JetBlue booking confirmation for DAVID LEVY - GZUJNH

**JetBlue Reservations** <jetblueairways@email.jetblue.com>   Thu, Feb 22, 2024 at 5:12 PM
Reply-To: JetBlue Reservations <reply@email.jetblue.com>
To: dplevy@gmail.com

Check out the details for your trip on Sun, Mar 17    Français  |  Español



TRUEBLUE
#3674678982

## You're all set to jet.

Thanks for choosing JetBlue. Get ready to enjoy the most legroom in coach*, free wi-fi & entertainment, and free snacks & drinks.

## Your Flight Itinerary

### Your JetBlue confirmation code is GZUJNH

DCA ▶ SJU    **Flight 1347**     Sun, Mar 17       Sun, Mar 17
                              **8:00am**    -   **11:43am**
                                                  **Terminal:** 2

**SJU** ▶ **DCA**   **Flight 1348**      Thu, Mar 21  —  Thu, Mar 21
**5:54pm**        **9:59pm**
Terminal: A

Get the latest entry and travel requirements for your trip.

# Your Traveler Details

## DAVID LEVY

Washington
**DCA**

San Juan
**SJU**

**TrueBlue Number:** 3674678982

**Ticket number:** 2792146642151

**Flight #** 1347

**Fare:** Blue

**Seat:** 2D  EVEN MORE SPACE

**Notes:** Even More® Space        **Manage my booking**

San Juan
**SJU**

Washington
**DCA**

**TrueBlue Number:** 3674678982

**Ticket number:** 2792146642151

**Flight #** 1348

**Fare:** Blue

**Seat:** 3D  EVEN MORE SPACE

**Notes:** Even More® Space        **Manage my booking**

## Bag Allowance (per traveler)

### DCA ▶ SJU

| Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|
| Free | Free | From $35$^*$ Up to 50 lbs [Add bag now] | From $50$^*$ Up to 50 lbs [Add bag now] |

### SJU ▶ DCA

| Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|
| Free | Free | From $35$^*$ Up to 50 lbs [Add bag now] | From $50$^*$ Up to 50 lbs [Add bag now] |

**Size and weight limits apply. See full details on our Bag Info page** ▶

Additional charges may apply.

*The above prices reflect early pre-paid bag purchase available online now and until 24 hours before departure. Bag fees are higher during check-in. Visit our **Bag Info** page for details.

**Need to check more than 2 bags?** Additional bags can be added during check-in (starting 24 hours before departure) or at the airport.

## Payment Details

**Visa XXXXXXXXXXX6929**

**Purchase Date: Feb 22, 2024**
**Request full receipt**

| | |
|---|---:|
| CREDIT_CARD | $662.60 |
| NONREF | $420.00 |
| Extras | $178.00 |
| Taxes & fees | $64.60 |
| **Total** | **$662.60 USD** |

## Change made easy.

Change or cancel flights, add extras like Even More® Space seats or pets, select or switch seats, update TrueBlue & Known Traveler numbers, and other traveler details–all in one place. Stay safe from fraud–use only **jetblue.com** or the JetBlue app to change or cancel your flights.

**Manage my booking**

**If your booking was made at least 7 days in advance:** You have 24 hours from the time booking was made to cancel your flight and receive a full refund to your original form of payment, without a cancellation fee.

**JetBlue Change/Cancel Policy:** There is no fee to change (or cancel) Blue, Blue Extra, Blue Plus or Mint fares. Blue Basic fares are subject to a change/cancel fee of $100 for travel wholly within the U.S., Caribbean, Mexico or Central America, or $200 for all other routes.

Fare difference may apply and funds may be in the form of a JetBlue travel credit, valid for 12 months from original ticketing date. Booked before Mar 8, 2023? See details on expiration date **here.** Same-day switches may be made without a fare difference for $75. **Click here** for details on our change and cancel policies.

# Thanks for tipping, David

Here's your updated Tuesday morning ride receipt.



## Total                                                                              $10.54

| | |
|---|---|
| Trip fare | $6.60 |
| Subtotal | $6.60 |
| Booking Fee  | $0.94 |
| Tip | $3.00 |

NOTE: Tip not included in calculation on reimbursement form; Uber was necessary as other transport options were occupied transporting team members to Fajardo field visit.

Payments

**VISA**  **Visa ····1549**                                                                           $10.54
           3/19/24 9:33 AM

[Switch Payment Method](#)

[Download PDF](#)

## You rode with Hector

4.99 ★ Rating          👤 Has passed a multi-step safety screen

When you ride with Uber, your trips are insured in case of a covered accident.

[Learn more ›](#)

UberXL    1.97 miles | 6 min

■ 9:16 AM

[250 Blvd Centro de Convenciones, San Juan, PR 00907](#), US

9:22 AM

[1225 Avenida Ponce de León, San Juan, PR 00907](#), US



Report lost item  ›            Contact support  ›

My trips  ›



# Thanks for tipping, David

Here's your updated Thursday morning ride receipt.



## Total                                                                                       $5.44

| | |
|---|---|
| Trip fare | $4.05 |
| Subtotal | $4.05 |
| Booking Fee | $0.39 |
| Tip | $1.00 |

NOTE: Tip not included in calculation on reimbursement form; Uber was necessary as other transport options were occupied transporting team members to PRPB HQ.

Payments

| | | |
|---|---|---|
| VISA | **Visa ····1549**<br>3/21/24 10:31 AM | $5.44 |

[Switch Payment Method](#)

[Download PDF](#)

## You rode with Jose

4.98  Rating           Has passed a multi-step safety screen

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ›

UberX    2.16 miles | 8 min

■ 9:24 AM
250 Blvd Centro de Convenciones, San Juan, PR 00907, US

9:33 AM
1225 Avenida Ponce de León, San Juan, PR 00907, US



Report lost item  ›    Contact support  ›

My trips  ›

