

FPM TRAVEL REIMBURSEMENT COVER SHEET

Name: INIGO GALANES

Invoice number:

Invoice date: April 1, 2024

Site visit travel dates: MARCH 4-7, 2024

Total travel reimbursement amount (*see page 2 for details*): $1,027.89.

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.*

| INIGO GALANES | MARCH 31, 2024 |
|---|---|
| Signature | Date |

# Office of the Technical Compliance Advisor Travel Reimbursement Form



Enter all required information below to obtain travel reimbursement. If spending did not occur in a category, please leave the field blank. Blank fields will likely be used for one or more of the ground transportation options. The "Total" column of the table will update based on the information entered into the "Unit Cost" and "Units" columns. Receipts for airfare, lodging, and ground transportation must be submitted with this form. Submit the Travel Reimbursement Form and accompanying receipts to Javier Gonzalez (Jgonzalez@fpmpr.org) with the Chief Monitor (jromeror@fpmpr.org) and/or his designee copied with your monthly invoice.

**Traveler Name:**
**Travel Dates:**
**Purpose of Travel:**

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $  - | 1 | $  512.10 |
| Baggage | $  - | 1 | $  35.00 |
| Ground Transportation (Uber/Lyft/Taxi) | $  - | 4 | $  221.79 |
| Ground Transportation (Parking) | $  - | 0 | $  - |
| Ground Transportation (Mileage) | $  - | 0 | $  - |
| Lodging | $  - | 0 | $  - |
| Per Diem (Travel Days) | $  - | 2 | $  111.00 |
| Per Diem (Full Days) | $  - | 2 | $  148.00 |
| Total | | | $  1,027.89 |

*[use this box to add explanations for any changes or discrepencies between what you are seeking reimbursement for and what is noted in your reciepts - please delete this text prior to submitting]*

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

**From:** **American Airlines** no-reply@info.email.aa.com
**Subject:** Your trip confirmation (SJU - MSY)
**Date:** March 1, 2024 at 16:26
**To:** INIGOPR107@gmail.com INIGOPR107@GMAIL.COM



Issued: March 1, 2024

# Your trip confirmation and receipt

We charged $512.10 to your card ending in 5815 for your ticket purchase.

You can check in via the American app 24 hours before your flight and get your mobile boarding pass.

Confirmation code: **SCIECQ**

### Monday, March 4, 2024

| | |
|---|---|
| **SJU** | **AA 783** |
| San Juan | |
| **4:38 PM** | |
| | |
| **CLT** | Seat: |
| Charlotte | Class: **Economy (B)** |
| **7:34 PM** | Meals: **Food for purchase** |

| | |
|---|---|
| **CLT** | **AA 1943** |
| Charlotte | |
| **8:47 PM** | |
| | |
| **MSY** | Seat: |
| | Class: **Economy (B)** |

New Orleans
9:54 PM

Class: Economy (B)
Meals:

## Sunday, March 10, 2024



**MSY**

AA 386

New Orleans
6:42 AM

**MIA**

Seat:
Class: Economy (B)
Meals:

Miami
9:35 AM

**MIA**

AA 1329

Miami
12:25 PM

**SJU**

Seat:
Class: Economy (B)
Meals: Refreshment

San Juan
3:12 PM

**Manage your trip**

## Your purchase

**Inigo Galanes - AAdvantage® #: E31****

New ticket (0012120884328)                                    $512.10
[$440.00 + Taxes & carrier-imposed fees
$72.10]

---

**Total cost**                                               **$512.10**

## Your payment

Discover (ending 5815)                                    $512.10

**Total paid**                                        **$512.10**

## Bag information

| Checked Bag (Airport) | | Checked Bag (Online*) | |
|---|---|---|---|
| SJU - MSY | | SJU - MSY | |
| 1st bag | $40.00 | 1st bag | $35.00 |
| 2nd bag | $45.00 | 2nd bag | $45.00 |
| SJU - MSY | | | |

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 50 pounds or 23 kilograms

For information regarding American Airlines checked baggage policies, please visit: Bag and optional fees

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. Bag and optional fees

If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 4 hours) before departure.

Carry-on bags (American Airlines)

| 1st carry-on | Includes purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you. |
|---|---|
| 2nd carry-on | Maximum dimensions not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm). |

   

Book a hotel »        Book a car »        Buy trip insurance »        AAVacations »





Contact us

Privacy policy

Download the American app

 

© 2024 American Airlines, Inc. All Rights Reserved.



Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

If you have purchased a NON-REFUNDABLE fare, the itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has NO VALUE. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

You have up to 24 hours from the time of ticket purchase to receive a full refund if you booked at least 2 days before departure. Once canceled, your refund will be processed automatically. Refunds.

Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page.

The policy for traveling with Emotional Support and Service animals has changed. Visit Traveling with Service Animals for more information.

       

Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid, Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage link below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

For more on Canada passenger protection regulations visit aa.com/CanadaPassengers.

Please do not reply to this email address as it is not monitored. This email was sent to inigopr107@gmail.com.

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward this email to us with an explanation.

For all other questions about bookings or upcoming trips, visit our contact page. Contact American >

**one**world is a registered trademark of **one**world Alliance, LLC.

**From:** **American Airlines** no-reply@info.email.aa.com
**Subject:** Your purchase receipt - SCIECQ
**Date:** March 9, 2024 at 15:32
**To:** INIGOPR107@gmail.com INIGOPR107@GMAIL.COM



Issued: March 9, 2024

# Your receipt

We charged $35.00 to the card linked to Apple Pay.

You can check in via the American app 24 hours before your flight and get your mobile boarding pass.

Confirmation code: **SCIECQ**

## Your purchase

**Inigo Galanes**
Join the AAdvantage® Program
Checked Bag (MSY-SJU)                                    $35.00
Document #: (0014429867032)

| | |
|---|---|
| **Total cost** | **$35.00** |

## Your payment

Apple Pay Discover                                         $35.00

| | |
|---|---|
| **Total paid** | **$35.00** |

   



Book a hotel »



Book a car »



Buy trip insurance »



AAVacations »

Contact us

Privacy policy

**Download the American app**





© 2024 American Airlines, Inc. All Rights Reserved.



Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

Please do not reply to this email address as it is not monitored. This email was sent to inigopr107@gmail.com.

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward this email to us with an explanation.

For all other questions about bookings or upcoming trips, visit our contact page. Contact American >

**one**world is a registered trademark of **one**world Alliance, LLC.

**From:** **Uber Receipts** noreply@uber.com
**Subject:** Your Sunday morning trip with Uber
**Date:** March 10, 2024 at 05:48
**To:** inigogalanes@outlook.com

---

## Uber

Total **$94.79**
March 10, 2024

# Thanks for riding, Inigo

We hope you enjoyed your ride
this morning.



# Total                          $94.79

> Your upfront price has been adjusted due to unanticipated tolls or surcharges on this trip. Please see the receipt breakdown for details.

| | |
|---|---|
| Trip fare | $82.55 |
| **Subtotal** | **$82.55** |
| Booking Fee ❓ | $10.72 |
| Wait Time ❓ | $0.80 |
| State Assessment Fee | $0.22 |
| City of New Orleans per trip fee | $0.50 |

City of New Orleans per trip fee                                    $0.50

---

**Payments**

 **Discover ••••5815**                                    $94.79
3/10/24 4:48 AM

Trip ID: 6b7abdfc-77aa-499e-b66f-2bc8f349ffa1

**Switch Payment Method**

**Download PDF**

# You rode with Christina

**4.98** ★ Rating                     Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.

**Rate or tip**

License Plate: 174BYC

When you ride with Uber, your trips are insured in case of a covered accident.

**Learn more ❯**

---

**UberX**    15.63 miles | 21 min

**4:26 AM**
7700 Maple St, New Orleans,
LA 70118, US

**4:48 AM**

Level 3, Louis Armstrong
New Orleans International
Airport (MSY), Kenner, LA
70062, US



**Report lost item  ❯**

**Contact support  ❯**

**My trips  ❯**

Uber



Forgot password

Privacy

Terms

Uber Technologies
1725 3rd Street,
San Francisco,
California
94158

**From:** **Uber Receipts** noreply@uber.com
**Subject:** Your Wednesday morning trip with Uber
**Date:** March 6, 2024 at 10:17
**To:** inigogalanes@outlook.com

# Uber

Total **$22.93**
March 6, 2024

# Thanks for riding, Inigo

We hope you enjoyed your ride
this morning.



# Total                                      # $22.93

| Trip fare | $13.16 |
|---|---|

| **Subtotal** | **$13.16** |
|---|---|
| Booking Fee ⓘ | $9.14 |
| State Assessment Fee | $0.13 |
| City of New Orleans per trip fee | $0.50 |

## Payments

 **Discover ••••5815**                          $22.93
3/6/24 8:17 AM

Trip ID: 0db26a98-69ad-4624-8944-e2eee3c3d131

**Switch Payment Method**

**Download PDF**

# You rode with KENTRELL

**5.00** ★ Rating                Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.

**Rate or tip**

License Plate: 468FWW

When you ride with Uber, your trips are insured in case of a covered accident.

**Learn more ›**

---

**UberX**     5.27 miles | 23 min

■ **7:53 AM**
   7700 Maple St, New Orleans,
   LA 70118, US

■ **8:16 AM**
   360 Saint Charles Ave, New
   Orleans, LA 70130, US



**Report lost item** ›          **Contact support** ›

**My trips** ›

# Uber

Forgot password

Privacy

Terms

Uber Technologies
1725 3rd Street,
San Francisco,
California

California
94158

**From:** **Uber Receipts** noreply@uber.com
**Subject:** Your Tuesday morning trip with Uber
**Date:** March 5, 2024 at 10:22
**To:** inigogalanes@outlook.com

# Uber

Total **$43.99**
March 5, 2024

# Thanks for riding, Inigo

We hope you enjoyed your ride
this morning.



# Total                                   $43.99

Trip fare                                                    $34.00

**Subtotal**                                                 **$34.00**

Booking Fee  ⓘ                                               $9.36

State Assessment Fee                                         $0.13

City of New Orleans per trip fee                             $0.50

**Payments**

 **Discover ••••5815**                   $43.99
3/5/24 8:22 AM

Trip ID: 86478987-eab7-4285-99fb-a74d82725c89

**Switch Payment Method**

**Download PDF**

# You rode with Brandon

**4.92** ★ Rating  Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.

**Rate or tip**

License Plate: 337FOA

When you ride with Uber, your trips are insured in case of a covered accident.

**Learn more ❯**

---

**UberX**    5.23 miles | 21 min

**8:00 AM**

7700 Maple St, New Orleans, LA 70118, US

**8:21 AM**

360 Saint Charles Ave, New Orleans, LA 70130, US



**Report lost item** ❯          **Contact support** ❯

**My trips** ❯

# Uber

Forgot password

Privacy

Terms

Uber Technologies
1725 3rd Street,
San Francisco,
California

California
94158

**From:** **Uber Receipts** noreply@uber.com
**Subject:** Your Monday evening trip with Uber
**Date:** March 5, 2024 at 00:36
**To:** inigogalanes@outlook.com

## Uber

Total **$60.08**
March 4, 2024

# Thanks for riding, Inigo

We hope you enjoyed your ride
this evening.



# Total                    $60.08

Good news - you've been refunded a portion of your original upfront price on this trip
because of a change to the anticipated route.

| | |
|---|---|
| Trip fare | $48.97 |
| **Subtotal** | **$48.97** |
| Booking Fee ❓ | $9.54 |
| MSY Airport Surcharge | $4.00 |
| State Assessment Fee | $0.23 |
| City of Kenner per trip pickup fee | $0.50 |

City of Kenner per trip pickup fee                          $0.50

Promotion                                                  -$3.16

---

## Payments

 **Discover ••••5815**                  $60.08
3/4/24 10:35 PM

Trip ID: 523a84bb-f2d3-47db-9eb3-636b9df96442

**Switch Payment Method**

**Download PDF**

## You rode with Kd

**4.83 ★** Rating                    👤 Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.

**Rate or tip**

License Plate: AH68JS

When you ride with Uber, your trips are insured in case of a covered accident.

**Learn more ❯**

---

**UberX**    14.99 miles | 19 min

**10:15 PM**

1 Terminal Dr, Kenner, LA
70062, US

**10:35 PM**

7423 Zimpel St, New Orleans,
LA 70118, US



Report lost item ❯            Contact support ❯

My trips ❯

Uber



Forgot password

Privacy

Terms

Uber Technologies
1725 3rd Street,
San Francisco,
California
94158



FPMPR TRAVEL EXPENSE NOTE:

**Iñigo Galanes Travel Expense Invoices Note:**

**Date: March 30, 2024**

**Notes:**

Please note:

Travel Expenses:
- Mr. Galanes had no hotel expense. (stay at a friend's home).