**Spece**
1225 Juan Ponce de Leon
San Juan, PR  00907
787-417-7300
info@spece.com
www.spece.com

**Invoice  INV - 22715**



| BILL TO | | | |
|---|---|---|---|
| Office of the FPMPR LLC | DATE<br>06/01/2024 | PLEASE PAY<br>$2,579.20 | DUE DATE<br>06/01/2024 |

| MEMBERSHIP | QTY | FEE | AMOUNT |
|---|---|---|---|
| **Private Office**<br>Private Office Suite - Office 15, $2,300.00, Jun 1, 2024 - Jun 30, 2024 | 1 | 2,300.00 | 2,300.00T |
| **One-off Fees**<br>Telephone Service, $60.00, Jun 1, 2024 - Jun 30, 2024 | 1 | 60.00 | 60.00T |
| **One-off Fees**<br>Garage Parking, $120.00, Jun 1, 2024 - Jun 30, 2024 | 1 | 120.00 | 120.00T |
| | SUBTOTAL | | 2,480.00 |
| | TAX (4%) | | 99.20 |
| | TOTAL | | 2,579.20 |
| | TOTAL DUE | | **$2,579.20** |

THANK YOU.

BUSINESS BEGINS HERE

**Spece**
1225 Juan Ponce de Leon
San Juan, PR  00907
787-417-7300
info@spece.com
www.spece.com

**Invoice  INV - 22711**



**BILL TO**
Office of the FPMPR LLC

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 04/30/2024 | $249.60 | 04/30/2024 |

| MEMBERSHIP | QTY | FEE | AMOUNT |
|---|---|---|---|
| **Conference Room** <br> XLarge Conference Room, $80.00, 2 x $40.00 / hour (20% discount) - Apr 23, 2024 | 2 | 40.00 | 80.00T |
| **Conference Room** <br> Small Conference Room, $80.00, 1 x $80.00 / hour (20% discount) - Apr 30, 2024 | 2 | 80.00 | 160.00T |

|  |  |
|---|---|
| SUBTOTAL | 240.00 |
| TAX (4%) | 9.60 |
| TOTAL | 249.60 |

TOTAL DUE    $249.60

THANK YOU.

BUSINESS BEGINS HERE

**Spece**
1225 Juan Ponce de Leon
San Juan, PR  00907
787-417-7300
info@spece.com
www.spece.com

**Invoice  INV - 22637**



| BILL TO | | | |
|---|---|---|---|
| Office of the FPMPR LLC | DATE<br>03/31/2024 | PLEASE PAY<br>$19.96 | DUE DATE<br>03/31/2024 |

| MEMBERSHIP | QTY | FEE | AMOUNT |
|---|---|---|---|
| **One-off Fees**<br>Visitor Parking - March 2024 | 1 | 19.19 | 19.19T |
| | | SUBTOTAL | 19.19 |
| | | TAX (4%) | 0.77 |
| | | TOTAL | 19.96 |
| | | **TOTAL DUE** | **$19.96** |

THANK YOU.

BUSINESS BEGINS HERE