# THE & GROUP LLC.

Las Ramblas
71 Calle Montjuic
Guaynabo , PR 00969

## INVOICE

INVOICE NUMBER: 132
INVOICE DATE: APRIL 30, 2024

Federal Police Monitor

San Juan, PR

Invoice for Javier B Gonzalez Professional Services as Administrative Director

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| APR-01-24 | Administrative Director | Biweekly Meeting with PRPB, Work wit Team March Invoices. | 3.00 | $125.00 | $375.00 |
| APR-01-24 | Administrative Director | Office of the FPMPR Storage Monthly Fee. | | | $228.43 |
| APR-02-24 | Administrative Director | Work with Team March Travel Invoices, Work with Team 2023-2024 Expenses, | 3.50 | $125.00 | $437.50 |
| APR-03-24 | Administrative Director | Work with Team March Invoices, Communications with the Monitor, Focus Groupos follow-up. | 5.00 | $125.00 | $625.00 |
| APR-04-24 | Administrative Director | Communications with the Monitor, Work with Team 2023-2024 Expenses, Work with Team February and March Travel Invoices. | 4.00 | $125.00 | $500.00 |
| APR-05-24 | Administrative Director | Review of Office 2024-2025 Budget, Various communications with the Monitor. | 4.00 | $125.00 | $500.00 |
| APR-08-24 | Administrative Director | Communications with the Monitor and Team Members, Pick up the February Professional Services Payment and Deposit it. Work with Aguadilla Town Hall coordination. | 4.50 | $125.00 | $562.50 |
| APR-09-24 | Administrative Director | Communications with Administrative assistant and Team Members at the Office, review of Communications. Work with administrative matters. | 2.50 | $125.00 | $312.50 |
| APR-10-24 | Administrative Director | Communications with Team Members, Communication with Citizen, Work with Team March Travel Expenses. | 4.00 | $125.00 | $500.00 |
| APR-11-24 | Administrative Director | Weekly executive Team meeting,work with Team travel invoices. | 3.00 | $125.00 | $375.00 |
| APR-12-24 | Administrative Director | Focus groups follow up, Town Hall follow up, Communications with CPA. Deposit travel expenses payment. | 3.50 | $125.00 | $437.50 |
| APR-15-24 | Administrative Director | Biweekly meeting with PRPB, Special Master and USDOJ, Focus group follow up, communications with Team members. | 2.50 | $125.00 | $312.50 |
| APR-16-24 | Administrative Director | Office of the FPMPR Adobe Account Monthly Payment | | | $47.98 |

INVOICE NUMBER: 132

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| APR-17-24 | Administrative Director | Final review of March Travel Expenses Invoices, Communications with Team Memebrs, Work with Administrative matters. Review of communications. | 4.00 | $125.00 | $500.00 |
| APR-17-24 | Administrative Director | Office of the FPMPR Official Vehicle Maintenance Expense. (Toyota Highlander 2015). | | | $183.98 |
| APR-18-24 | Administrative Director | Weekly executive Team Meeting, Focus groups follow-up, and Review of communications sent by Team Members. | 2.00 | $125.00 | $250.00 |
| APR-19-24 | Administrative Director | Communications with Team Members, review of communications. | 1.00 | $125.00 | $125.00 |
| APR-22-24 | Administrative Director | Communications with the Monitor and Team Members, Work with Administrative matters, | 2.50 | $125.00 | $312.50 |
| APR-22-24 | Administrative Director | Sign Language Translation Services for the March Town Hall | | | $210.00 |
| APR-23-24 | Administrative Director | Meeting at the Office with Dallas Police Department Chief and Special Master, Focus Group follow up, communications with Team members. | 3.50 | $125.00 | $437.50 |
| APR-24-24 | Administrative Director | Coordination of Team Visit, Communications with Team Members, Review of communications. | 2.00 | $125.00 | $250.00 |
| APR-25-24 | Administrative Director | Weekly Executive Team Meeting, PRPB Community Activity.Communications with the Monitor. | 4.00 | $125.00 | $500.00 |
| APR-25-24 | Administrative Director | Sign Language Transaltion Services for the March Town Hall | | | $227.50 |
| APR-26-24 | Administrative Director | Communications with the Monitor and PRPB, Coordination of Team Visit. | 1.50 | $125.00 | $187.50 |
| APR-27-24 | Administrative Director | State Community Councils Meeting in Las Piedras, Comunications with the Monitor. | 4.00 | $125.00 | $500.00 |
| APR-29-24 | Administrative Director | Team Visit, Promotions to Captain ceremony, Meetings at the Office. | 8.00 | $125.00 | $1,000.00 |
| APR-30-24 | Administrative Director | Team Visit Meetings, 253 meeting, Coordination of Team visit. | 8.00 | $125.00 | $1,000.00 |
| APR-30-24 | Administrative Director | I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0.00 | $125.00 | $0.00 |
| | | Gasoline Expense | | | $250.00 |
| | | Total amount of this invoice | | | $11,147.89 |

INVOICE NUMBER: 132

| MESSAGE |
|---|
| Javier B Gonzalez April 30, 2024 |

# Transaction Details
### Card Ending - 31000

**Business Services - Office Supplies**

# Southern Self StoragSANTURCE PR

# $228.43

Mar 31, 2024

On your statement as Southern Self StoragSANTURCE PR



## Transaction Details

SOUTHERN SELF STORAGE SAN JUAN

 (787) 339-2574

**Doing Business As**

SOUTHERN SELF STORAGE SAN JUAN

**Date Processed**

Apr 1, 2024

**Transaction Reference Number**

320240920739263048

# Here's a quick look at your invoice:

**Adobe Order**

AB03342500217CUS

**Company Name**

Office of the TCA

**Billing Period**

16-April-2024 PDT – 15-May-2024 PDT

**Payment Method**

AMEX ending in 2001

**Due on 16-April-2024 PDT**

US$47.98 including tax

| PRODUCT | QUANTITY | SUBTOTAL |
|---|---|---|
| Acrobat Pro US$23.99/mo per license | 2 licenses | US$47.98/mo |

Subtotal: US$47.98/mo

Tax/VAT: US$0.00/mo

**Total: US$47.98/mo**

Case 3:12-cv-02039-FAB    Document 2651-4    Filed 05/10/24   Page 6 of 12



# Transaction Details
### Card Ending - 12001

**Merchandise & Supplies - Mail Order**

# ADOBE WEBSALES 800-833-6687

# $47.98

**Apr 16, 2024**

On your statement as ADOBE Adobe Systems SAN JOSE CA

**$0.48 Reward Dollars**



## Transaction Details

**ADOBE WEBSALES 800-833-6687**

📞 **(800) 833-6687**

🖥 **https://www.adobe.com/in/about-adobe/co...**

**Doing Business As**

**ADOBE WEBSALES 800-833-6687**

**Date Processed**

**Apr 17, 2024**

**Transaction Reference Number**


# DIAZ SERVICE STATION

CALLE PARANA ESQ, WESER
RIO PIEDRAS HGTS
SAN JUAN PR 00926

# Invoice

| Date | Invoice # |
|---|---|
| 4/17/2024 | 12884 |

**Bill To**

MONITOR FEDERAL
TOYOTA HIGHLANDER 2015
TAB-IVU-032

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | ACEITE Y FILTRO SINT | 75.00 | 75.00T |
| 1 | LAVADO DE CAJA Y BRILLO | 90.00 | 90.00T |
|  | Sales Tax | 11.50% | 18.98 |

**Total** $183.98

# Invoice

**DIAZ SERVICE STATION**
CALLE PARANA ESQ, WESER
RIO PIEDRAS HGTS
SAN JUAN PR 00926

| Date | Invoice # |
|---|---|
| 4/17/2024 | 12884 |

**Bill To**
MONITOR FEDERAL
TOYOTA HIGHLANDER 2015
TAB-IVU-032

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | ACEITE Y FILTRO SINT | 75.00 | 75.00 |
| 1 | LAVADO DE CAJA Y BRILLO | 90.00 | 90.00 |
|  | Sales Tax | 11.50% | 18.98 |

**Total** $183.98

---

ATH

PUMA - DIAZ SERVICES ST
RIO PIEDRAS HEIGHTS C/PARANA ESQ WESSER
SAN JUAN

DATE        TIME          HOST
Apr 24.24   17:10:15      ATH2
BATCH       TERMINAL ID   MERCHANT ID
000011      xxxx2375      xxxxxxxx4787

SALE

AMEX    xxxxxxxxxxxx2001 (C)

AUTH. CODE: 842642    INVOICE: 000355
                      TRACE  : 000021

AMOUNT:            $    183.98
STATE TAX:         $      0.00
REDUCED STATE TAX: $      0.00
MUNICIPAL TAX:     $      0.00
TOTAL    :         $    183.98

CONTROL: 2YP5W-SY5LX
ET

AMERICAN EXPRESS
AID: A000000025010801 AC: 5458B5E5233702E0
UN: BA239D44 TVR: 0000000000 TSI: F800

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

CUSTOMER COPY

# $210.00
## Due on April 22, 2024



## Michelle M Quiñones González
Caguas PR 00725
United States
7875164509

Invoice Number: 17

Summary: Servicios de interpretación de lengua de señas

Amount Due: $210.00

Payment Due: April 22, 2024

Bill To: **Javier González** ⌄

| SERVICES | AMOUNT |
|---|---|
| 20 marzo 2024<br>3.5  x $60.00 | $210.00 ⌄ |

| Total (USD): | $210.00 |
|---|---|



Hi Javier!

Your transfer was **completed**.



**Amount:** $210.00

**From ATH® Card:** THE&GROUP-x2391

**Sent to:** michelle quinones - (787) 516-4509

**Date:** abr/22/2024, 07:58:02 AM

**Message:** Serv. Lenguaje de señas Town Hall TCA



# YENITZA L. RIVERA

## FACTURA

Para: Javier González
Email: Jgonzalez@fpmpr.org

Por servicios de interpretación en lenguaje de señas.
Fecha de entrega: jueves 21 de marzo de 2024

Dirección: Villas De Castro calle 23 CC-8 Caguas PR 00725

Email:

yeni.interpretepr@gmail.com

PH: 787-587-9309

Banco Pupular: 785056358

| Descripción | Cantidad | Precio Costo por unidad | |
|---|---|---|---|
| I. Vista Pública Comunitaria en Universidad Interamericana  II. Miércoles 20 de marzo de 2024  III. 5:00-8:30pm | 3.5 | $65.00 | $227.50 |

Subtotal $227.50

**Total: $227.50**

**Total a pagar: $0**

**Pago recibido jueves 25 de abril 2024 a las 10:47am**

*SALDO*



Hi Javier!

Your transfer was **completed**.



**Amount:** $227.50

**From ATH® Card:** THE&GROUP-x2391

**Sent to:** Yenitza Rivera - (787) 587-9309

**Date:** abr/25/2024, 10:47:47 AM

**Message:** Servicios Prestados Town Hall Meeting

Thanks,

**ATH Móvil**