

# Invoice

**Altai Atlantic Consulting LLC**
828 Snowden Hallowell Way, Alexandria VA 22314

**Date:** 04/30/24
**Invoice #:** 01-052

**To:** Office of the Federal Police Monitor of Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
Tel. 787-417-9098

| Fee Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|
| **Total Fees Payable For Services Rendered by Dr. David Levy** | 60.0 | 165 | **$9,900.00** |

## Work Performed in the Continental United States

| Date | Activity Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 4/1/24 | Document and data production call with PRPB | 0.5 | 165 | $82.50 |
| 4/2/24 | Assistance with taining and internal investigations data for CMR-10 | 1.0 | 165 | $165.00 |
| 4/3/24 | Meeting with PRPB re: internal investigations & follow-up communication | 1.0 | 165 | $165.00 |
| 4/3/24 | CMR-11 Data request 1.1 | 5.0 | 165 | $825.00 |
| 4/4/24 | Meeting with PRPB re: PTMS | 1.5 | 165 | $247.50 |
| 4/6/24 | Developing box.com folders for CMR-11 | 2.0 | 165 | $330.00 |
| 4/6/24 | Box.com data cleaning for CMR-10 | 1.5 | 165 | $247.50 |
| 4/6/24 | Creating box.com folders for CMR-11 | 3.5 | 165 | $577.50 |
| 4/7/24 | CMR-10 Data request 3.2: samples | 3.5 | 165 | $577.50 |
| 4/7/24 | CMR-10 Data request 3.2: samples | 5.5 | 165 | $907.50 |
| 4/8/24 | CMR-10 Data request 3.2: samples | 4.0 | 165 | $660.00 |
| 4/8/24 | Call with Monitor Cragg re: IT data request methodology | 0.5 | 165 | $82.50 |
| 4/11/24 | Monthly calls with Monitors Youngs and Castro | 1.5 | 165 | $247.50 |
| 4/12/24 | Commincation with monitor Gosselin re: SARP intake data | 1.0 | 165 | $165.00 |
| 4/13/24 | Review of CMR-10 sections 5, 8 & 10 | 2.0 | 165 | $330.00 |
| 4/14/24 | Misc. data maintenance and email backlog | 1.0 | 165 | $165.00 |
| 4/14/24 | Review of CMR-10 sections 9 & 10 | 2.5 | 165 | $412.50 |
| 4/15/24 | Data call with PRPB and resulting updated samples for SARP intake module | 1.5 | 165 | $247.50 |
| 4/16/24 | Samples of sworn personnel for interviews & site visits | 3.5 | 165 | $577.50 |
| 4/17/24 | Crosswalk of past SARP interviewees and current personnel | 2.5 | 165 | $412.50 |
| 4/20/24 | Review and communication re: SARP intake module data | 2.0 | 165 | $330.00 |
| 4/21/24 | Review and communication re: FIU investigation data | 1.0 | 165 | $165.00 |
| 4/28/24 | Review of revised CMR-10 section 10 | 3.0 | 165 | $495.00 |
| 4/28/24 | CMR-11 Data request 1.2 | 3.0 | 165 | $495.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 4/29/24 | Zoom meeting and IT demonstration for April/May site visit | 1.5 | 165 | $247.50 |
| 4/29/24 | CMR-11 Data request 1.2 personnel unit/precinct samples | 4.0 | 165 | $660.00 |
| 4/30/24 | April end of month admin | 0.5 | 165 | $82.50 |
|  |  |  | 165 | $0.00 |
| Total |  | 60.0 |  | $9,900.00 |

**Total Fee Payable** $9,900.00

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

*[signature]*

**Dr. David Levy**

04/30/24
**Date**