# INVOICE

**DATE**
5/1/2024

**INVOICE NO**
#043

**Denise Rodriguez**
3003 San Sebastian St.
Mission, TX 78572
denise@innovatepolicing.com

**INVOICE TO**
Puerto Rico Chief Federal Monitor

**INVOICE PERIOD**
April 1 - 30, 2024

**DUTIES AND RESPONSIBILITIES**                                      **TOTAL DUE $15,833.33**

- Conducted monthly one-on-one meetings with subject matter experts
- Coordinated and conducted weekly Monitoring Executive Team meetings
- Coordinated and conducted biweekly document production meetings with the Parties
- Conducted biweekly meetings with Research Analyst
- Participated in biweekly meetings with staff and PRPB reform staff assigned to each section
- Reviewed and approved the review of several policies submitted to the Monitor's Office by PRPB as per Paragraph 229 of the Agreement
- Worked with the Research Analyst to draft and finalize the schedule for the April/May site visit
- Coordinated and oversaw the submission and receipt of various data requests for CMR-10 and CMR-11
- Participated in various calls with PRPB and Monitoring team members
- Worked with the Data Analyst and PRPB to make changes to the data requests
- Participated in April/May site visit
- Review draft focus group survey reports delivered by IPSOS and approved distribution to parties
- Reviewed, edited, and commented on the CMR-10 reports from the Monitors
- Reviewed the Commonwealths consolidated status report and not compliant paragraphs tracker
- Continued coordination with NYPD and PRPB regarding a peer to peer site visit
- Participated on calls with AHDatalytics and the parties re status updates
- Participated on calls with the parties to discuss promotions process
- Participated on calls with FPM executive team to discuss promotions review/monitoring process

Flat Rate Total Wages*                                               $15,833.33
**Total Due**                                                        $ 15,833.33

*The total amount is a flat rate. The total monthly is $15,833.33 for an annualized amount of $190,000.00

_Denise Rodriguez_                                                   May 1, 2024

**Denise Rodriguez, Chief Deputy Monitor**                           Date

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.*