# Viota & Associates CPA LLC

Invoice #: 202400267  
Invoice Date: 04/29/2024  
Page: 1 of 1

(787) 296-9060 | mforteza@viotacpa.com

Bill To:

**OFFICE OF THE FPM, LLC**  
1225 AVENIDA JUAN PONCE DE LEON  
SAN JUAN, PR  00907

Please pay by: 04/29/2024  
**Invoice Total: $1,031.25**

For professional service rendered as follows:

Accounting Services - 8.25 hours @ 125 per hour

| Date | Staff | Activity | Hours | Units |
|---|---|---|---|---|
| 04/09/24 | Forteza, Maria | Accounting Services | 0.75 | |
| | | ACH Vendor Payment - February services (1 of 2) | | |
| 04/10/24 | Forteza, Maria | | 0.75 | |
| | | Vendor ACH payments 2 of 2. Professional Services withholding deposit. | | |
| 04/16/24 | Forteza, Maria | Accounting Services | 0.50 | |
| | | ACH Vendor payments - February 2024 Expenses | | |
| 04/16/24 | Roque, Andrea | Preparation | 0.25 | |
| | | Quarterly Return - Professional Services 03/31/2024 | | |
| 04/16/24 | Malave, Adianis | Accounting Services | 6.00 | |
| | | Download Services and Travel Invoices to Dropbox , Review Services Invoices and Travel Expenses, calculated withholdings, invoices in Excel and Sage, Bank Reconciliation January, February and March 2024. | | |

Total Amount: 1,031.25

**Invoice Total: $1,031.25**

Additional information  
Invoices are due upon receipt. Your prompt payment is appreciated.