**Name:** Donald S. Gosselin, d/b/a Gosselin Int'l Associates, division of MBG North Corp
**Invoice Date** 5/7/24
**Invoice Peri** April 1 2024 - April 30 2024

| Date | Task(s) | Rate | Total Ho | Total Amount |
|---|---|---|---|---|
| 04/01/24 | Review PRPB Progress Report/Comms with Team | $ 165.00 | 2 | $ 330.00 |
| 04/02/24 | Internal Team comms, Case Reviews Research | $ 165.00 | 4.75 | $ 783.75 |
| 04/03/24 | Telcon with PRPB and Team | $ 165.00 | 1.5 | $ 247.50 |
| 04/05/24 | Comms with Team | $ 165.00 | 2.25 | $ 371.25 |
| 04/07/24 | Comms with Team | $ 165.00 | 3.5 | $ 577.50 |
| 04/12/24 | Telcons with PRPB/SARP | $ 165.00 | 1.5 | $ 247.50 |
| 04/13/24 | Emails/Team Comms | $ 165.00 | 1 | $ 165.00 |
| 04/14/24 | Emails/Team Comms/RQ for CMR-11/Review Data | $ 165.00 | 2.25 | $ 371.25 |
| 04/15/24 | Emails/Review Data/Report writing | $ 165.00 | 3.5 | $ 577.50 |
| 04/18/24 | Restructure/Recheck target interview list | $ 165.00 | 2.75 | $ 453.75 |
| 04/22/24 | Emails/Team Comms | $ 165.00 | 1.5 | $ 247.50 |
| 04/23/24 | Review Case Data | $ 165.00 | 3.5 | $ 577.50 |
| 04/24/24 | Review Case Data | $ 165.00 | 3.25 | $ 536.25 |
| 04/25/24 | Review Case Data | $ 165.00 | 5 | $ 825.00 |
| 04/26/24 | Review Case Data | $ 165.00 | 3 | $ 495.00 |
| 04/27/24 | Review Case Data | $ 165.00 | 2.75 | $ 453.75 |
| 04/29/24 | In-Country SJU | $ 165.00 | 8 | $ 1,320.00 |
| 04/30/24 | In-Country SJU | $ 165.00 | 8 | $ 1,320.00 |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |

| **TOTAL Labo** | **60.00** | **$ 9,900.00** |
|---|---|---|

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the

**Signature:** DS Gosselin <signature>

**Date:** 5/1/24