

**Al Youngs**
**5552 West Lakeridge Rd**
**Lakewood, CO 80227**

April 1 to April 30, 2024
Invoice No. 60
Member of Federal Monitor Team

| Date | Brief Description | Total Hours |
|---|---|---|
| 4/2 4/3 4/5 4/8 4/10 4/13 4/16 4/17 4/18 4/19 4/20 4/22 4/24 4/26 4/27 | Reviewed and responded to emails and conference calls for the month of April | 7.0 Hours |
| 4/1 4/3 4/4 4/8 4/9 4/11 4/12 4/17 4/22 4/24 4/26 | Several meetings and phone calls with Monitor and Deputy Monitor. | 3.0 Hours |

| Date | Description | Hours |
|---|---|---|
| 4/3 | Reviewed emails and documents reference exam for LT1 | 2.0 Hours |
| 4/3 | Rereview OG213 and related PPRs and submitted comments | 3.0 Hours |
| 4/4 | Reviewed new Inspections Data | 3.0 Hours |
| 4/8 | Reviewed notes from 253 meeting | 1.0 Hours |
| 4/9 | Reviewed Box PRPB data production | 2.0 Hours |
| 4/11 | Reviewed past PRPB documents and new motion reference Law65 and Academy/Associates Degree | 1.0 Hours |
| 4/12 | Review of candidates who did not qualify to take LT1 examination | 1.0 Hours |
| 4/12 | Rereview OG503 | 1.0 Hours |
| 4/13 | Rereview Paragraph 16 | 1.0 Hours |
| 4/13 | Rereview Paragraph 17 | 1.0 Hours |
| 4/17 | Reviewed 3rd data list request | 2.0 Hours |
| 4/17 | Reviewed motions filed with Federal Court by Monitor's Office | 1.0 Hours |
| 4/18 | Reviewed announcement for 1st Lieutenant Examination | 2.0 Hours |
| 4/19 | Rereviewed CMR-9 Recruitment | 2.0 Hours |
| 4/19 | Reviewed comments on Supervision by Deputy Monitor | 2.0 Hours |
| 4/19 | Reviewed comments on Supervision by David Levy | 2.0 Hours |
| 4/19 | Reviewed comments reference 1st Lieutenant exam and test questions by Monitor Legal Advisor | 1.0 Hours |
| 4/20 | Reviewed all inspections submitted by PRPB | 4.0 Hours |
| 4/20 | Reviewed Box PRPB data production | 2.0 Hours |
| 4/24 | Reviewed comments by Deputy Monitor and David Levy on Recruitment | 3.0 Hours |
| 4/25 | Reviewed documents sent by Eily Molina | 3.0 Hours |
| 4/25 | Reviewed consolidated 90 days status report by PRPB | 3.0 Hours |
| 4/26 | Reviewed CMR-6, 8 on Recruitment | 3.0 Hours |
| 4/26 | Reviewed comments and requests by DOJ | 2.0 Hours |
| 4/27 | Reviewed Box PRPB data production | 2.0 Hours |

**TOTAL HOURS:**     **60.0**

Billable Hours: 60 Hours at a Rate of $165.00 Per Hour =     $9,900.00

**TOTAL:**     **$9,900.00**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_Alan C Young_
**Signature**

_4/30/24_
**Date**