# Rafael Ruiz Consulting

12 Crestshire Dr.
Lawrence, MA 01843

PHONE: 6177599156    stodgo1971@yahoo.com    12 Crestshire Dr.

## INVOICE

INVOICE NUMBER: 2024-04
INVOICE DATE: 4/29/2024

Federal Police Monitor for PR
VIG Tower, PH-924
1225 Ponce De Leon Ave.
San Juan, PR 00907

RAFAEL E. RUIZ CONSULTING

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: FPM work from Home | | | |
| 4/10/2024 | FPM work from Home | Prep April visit agenda and review Jan-March arrest stats | 1.25 | $165.00 | $206.25 |
| 4/22/2024 | FPM work from Home | Download CMR-10 data/prep spreadsheet; record data | 9.00 | $165.00 | $1,485.00 |
| 4/23/2024 | FPM work from Home | Record CMR-10 sample data on spreadsheet | 9.00 | $165.00 | $1,485.00 |
| 4/24/2024 | FPM work from Home | Record CMR-10 sample data on spreadsheet | 6.00 | $165.00 | $990.00 |
| 4/25/2024 | FPM work from Home | Record CMR-10 sample data on spreadsheet | 7.00 | $165.00 | $1,155.00 |
| 4/26/2024 | FPM work from Home | Record CMR-10 sample data on spreadsheet | 6.50 | $165.00 | $1,072.50 |
| 4/27/2024 | FPM work from Home | Record CMR-10 sample data on spreadsheet | 6.50 | $165.00 | $1,072.50 |
| 4/28/2024 | FPM work from Home | Record CMR-10 sample data on spreadsheet | 5.00 | $165.00 | $825.00 |
| 4/30/2024 | FPM work from Home | Emails, then calls, messages among FPM team members | 2.00 | $165.00 | $330.00 |
| | | TOTAL: FPM work from Home | | | $8,621.25 |
| | | PROJECT: FPM work from PR (Site Visits) | | | |
| 4/29/2024 | FPM work from PR (Site Visits) | Site visit to PR for modules presentations, interviews, and inspections. | 8.00 | $165.00 | $1,320.00 |
| | | TOTAL: FPM work from PR (Site Visits) | | | $1,320.00 |
| | | Total hours for this invoice | 60.25 | | |

| INVOICE BALANCE INFORMATION | |
|---|---|
| Total amount of this invoice | $9,941.25 |
| Current invoice balance | $9,941.25 |

AMOUNT DUE ON THIS INVOICE: $9,941.25

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of the hours worked in my capacity as a member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Rafael E Ruiz

Date: April 29, 2024