INVOICE 0110L - LABOR FOR PROFESSIONAL SERVICES; APR 1-30, 2024
RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC

TO: Federal Monitor
Puerto Rico Police Department Consent Decree

Attached below please find the details for professional services rendered by Scott Cragg (Monitoring Core Team) for April 2024:

| | | |
|---|---|---|
| Name: | Scott Cragg | |
| Invoice Date: | 5/4/24 | |
| Invoice Period: | 4/1-30/24 | |

| Date | Task(s) | Rate | Total Hours | Total Amount |
|---|---|---|---|---|
| 4/1/24 | Attend Gartner Weekly status review with PRPB, clear NIBRS emails between monitors and DoJ, Review NIBR notes and details from FBI debrief on NIBRS Compliance including contact emails from special master's representative. | $165.00 | 2 | $330.00 |
| 4/2/24 | Continue drafting and editing of CMR-10 for IT | $165.00 | 3.25 | $536.25 |
| 4/3/24 | Review relevant media reports provided by Monitors Office | $165.00 | 0.75 | $123.75 |
| 4/4/24 | Attend PRPB/Gartner weekly status review for RMS Selection and PMO Standup, Monthly status review with AHD on data and dashboards | $165.00 | 1 | $165.00 |
| 4/5/24 | Review of PRPB PMO implementation with the Commonwealth and DoJ, debrief with Monitor and DoJ, clear email correspondence on demo planning, review NIBRS materials, CMR-11 data call 1.1 | $165.00 | 3.75 | $618.75 |
| 4/7/24 | Continue drafting CMR-10 report, review of correspondence amongst monitors concerning demonstrations and concerns | $165.00 | 2.5 | $412.50 |
| 4/8/24 | Meet with Levy to review IT Data extract methodologies for IT to more discretely record and track actions and responses using RFA's, RFI's. Review of 253 minutes for March and their applicability to PMO development and staffing challenges | $165.00 | 1 | $165.00 |
| 4/10/24 | Prepare and submit Draft CMR-10 for IT Narrative. Make flight reservations for April on-site monitoring | $165.00 | 2.75 | $453.75 |
| 4/11/24 | Attend PRPB/Gartner weekly status review for RMS Selection and PMO Standup, finalize paragraph sections for draft IT assessment for CMR-10 | $165.00 | 3.25 | $536.25 |
| 4/12/24 | In preparation for Preliminary RMS Vendor review - Complete Alignment of Decree, Gartner - Current Assessment, RMS/PMO Contract, Commonwealth Consolidated Status Report #1 dtd Jan 15, 2024 | $165.00 | 2.5 | $412.50 |
| 4/14/24 | Review PRPB Self-Assessment. Coordinate schedule and meeting changes with Juan Carlos and Angel D. Correct and plan for On-site RMS Demo's week of 29 April | $165.00 | 4 | $660.00 |
| 4/15/24 | On-Site PRPB for Vendor Selection Workshop with PRPB and Gartner | $165.00 | 8 | $1,320.00 |
| 4/19/24 | Aggregate Data Call requests, review, and sort against Commonwealth Self-Assessment report | $165.00 | 1 | $165.00 |

| Date | Description | Rate | Hours | Total |
|---|---|---|---|---|
| 4/20/24 | Continue compiling Data request, review, and extract from Commonwealth Self-Assessment | $165.00 | 3 | $495.00 |
| 4/21/24 | Complete Iteration 1 of the IT data Call for CMR-11, baselined against the Commonwealths CMR-10 Self Report on Progress.  Clear emails and forward to David Levy for coordination or adaptation to CMR-11 Data Call | $165.00 | 3 | $495.00 |
| 4/22/24 | clear Monitors emails, map on-site schedule, reconcile RMS demo dates, review AHD, PRPB and Gartner inputs, Review Levy Data Request CMR-10/3.2 | $165.00 | 1.75 | $288.75 |
| 4/25/24 | Adjust for on-site schedule changes and Master Schedule, clear email correspondence from monitor(s), rebook flights to adjust for Commonwealth change to RMS Vendor Demos. Attend PRPB/Gartner weekly status review for RMS/PMO, make recommendations for in person demo formats. | $165.00 | 1.5 | $247.50 |
| 4/27/24 | Review DoJ Castillo comments to the Commonwealth on Training artifacts needed, review Molina correspondence on training recorded in Box, review Garicano response, Review of relevant media reports from the Monitors Office, clear correspondence, and guidance | $165.00 | 1.5 | $247.50 |
| 4/28/24 | Review Final License Plate Reader Policy/General Order and Executive Summary | $165.00 | 0.75 | $123.75 |
| 4/29/24 | On-site | $165.00 | 8 | $1,320.00 |
| 4/30/24 | On-site | $165.00 | 8 | $1,320.00 |
| **TOTAL Labor** | | | 63.25 | $10,436.25 |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

**Signature:** *[signature]*

**Date:** 5/5/24

2