# INVOICE

**DATE:**
May 1, 2024

**INVOICE #**
05-1-24

**CUSTOMER ID:**
United States of America v. Commonwealth of PR
Civil No. 12-2039 (FAB)

**TO:** FPMPR LLC
VIG Tower PH 924
1225 Ponce de Leon
San Juan, PR 00907

| SERVICE PROVIDER | JOB | FEES | INVOICE PERIOD |
|---|---|---|---|
| AB-AG LAW LLC | LEGAL SERVICES | MONTHLY FLAT FEE | April 2024 |

**DESCRIPTION**

Review and respond to emails and calls from monitor team and/or counsel of record.

Review self-assessment report.

Review and analyze motions filed and orders issued. Communications with monitors related thereto.

Review and respond to legal consultations via email and phone from Monitor and his team.

Prepare and attend meetings with the team.

Communications with special master and/or the parties. Communications with monitors related thereto.

Meetings with paralegal and supervision of paralegal's work.

Work on invoices, calls with J. Gonzalez, and prepare and file motions for disbursement of funds.

Review and analyze UAGM and police academy matters and hold meetings and communications related thereto.

Meeting at PRPB to review exam questions for lieutenant promotions exam. Preparation of memo to Monitor.

Review and analyze motion to show cause and exhibits on 2015 captains' promotions of independent committee and provide feedback to the monitor.

Work on various motions and memos requested by the monitor and the court. Communications with parties and monitor related thereto and special master.

Review and analyze pro se filing on sergeant's exam matter and prepare internal memo to monitor regarding the same.

Prepare for and attend 253 meeting.

Draft and revise cease and demand communication to O. Marin.

**TOTAL INVOICE AMOUNT: $16,000**

**I HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN MY CAPACITY AS A MEMBER OF THE FEDERAL MONITORING TEAM. I FURTHER CERTIFY THAT I HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH OF PUERTO RICO, OR ANY OF ITS DEPARTMENTS OR AGENCIES.**

**MAKE ALL CHECKS PAYABLE TO AB-AG LAW LLC**

Thank you for your business!

**1357 ASHFORD AVE #2 -184 | SAN JUAN, PR 00907| PHONE: (787) 948-5131| EMAIL RABESADA@FPMPR.ORG**