| | | | | |
|---|---|---|---|---|
| **Name:** | Rita J. Watkins | | | |
| **Invoice Date:** | 4/30/2024 | | | |
| **Invoice Period:** | April 1-30, 2024 | | | |

| Date | Task(s) | Rate | Total Hours | Total Amount |
|---|---|---|---|---|
| 4/1/2024 | Telecons and emails from monitors and parties | $ 165.00 | 1 | $ 165.00 |
| 4/3/2024 | Review PRPB self-assessment and provided written comments | $ 165.00 | 2 | $ 330.00 |
| 4/4/2024 | Training file audit meeting on file content in PTMS | $ 165.00 | 2 | $ 330.00 |
| 4/4/2024 | Write on CMR-10/2nd draft writing - Training | $ 165.00 | 2 | $ 330.00 |
| 4/5/2024 | Write on CMR-10/2nd draft writing - Training | $ 165.00 | 2.5 | $ 412.50 |
| 4/6/2024 | Write on CMR-10/2nd draft writing - Training | $ 165.00 | 3 | $ 495.00 |
| 4/7/2024 | Write on CMR-10/2nd draft writing - Training | $ 165.00 | 5.5 | $ 907.50 |
| 4/8/2024 | Write on CMR-10/2nd draft writing - Equal Prot. And Non-Discr. | $ 165.00 | 3 | $ 495.00 |
| 4/9/2024 | Write on CMR-10/2nd draft writing - Equal Prot. And Non-Discr. | $ 165.00 | 7.5 | $ 1,237.50 |
| 4/22/2024 | Write on CMR-10 Edits on Training | $ 165.00 | 3 | $ 495.00 |
| 4/23/2024 | CMR-10 data review | $ 165.00 | 3 | $ 495.00 |
| 4/27/2024 | Write CMR-10 Training and EP&ND | $ 165.00 | 3 | $ 495.00 |
| 4/27/2024 | Telecons and emails from monitors and parties | $ 165.00 | 1 | $ 165.00 |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| **TOTAL** | | | **38.5** | **$ 6,352.50** |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

**Signature:** *Rita J. Watkins*     **Date:**    4/30/2024