# INVOICE



22 Chalets de Santa Maria
San Juan, P.R. 00927
(787) 940-3090

**BILL TO:**
Office of the FPMPR, LLC
VIG Tower, PH 924
1225 Ponce de Leon Avenue
San Juan, P.R. 00907

04/20/2024:
PRPR

**DATE:** 4/30/2024
**INVOICE #** 2024004
**FOR:** FPMPR/TCA

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Zoom calls/Team meetings: 4/15, 4/22 meetings cancelled. |  | $165.00 | $ - |
| emails-texts/phone calls: Denise, John, Dr. Rodriguez, Al, Rita, Dave | 2.75 | $165.00 | $ 453.75 |
| 04/03/2024: CMR10 Dave/Denise's edits review/crime stats on web for report tempering/NIBRS requirements reviewed. | 2.50 | $165.00 | $412.50 |
| 04/04/2024: PRPB's self monitoring module review for reporting period through March 31, 2924 for all SARA models, alliances, outreach (docs.) incl. all superintendencies +notes | 4.25 | $165.00 | $701.25 |
| 04/06/2024:Box review for data submission 3rd quart. Pars. 211-CIC training,pol. Area resources, Par. 212, 214-216 ;data source 2. 087 | 3.50 | $165.00 | $577.50 |
| 04/07/2024: Par. 205 CIC into Recruitment modified; partial edits: 206-207 added info. 217 on hate crimes for edits. | 3.25 | $165.00 | $536.25 |
| 04/08/2024: Initiatives class./outcomes search for Controls: 11964, 11995, 12001, 12091, 12683, 12684-85, 12693 | 2.25 | $165.00 | $371.25 |
| 04/09/2024: Par 208 alliance Report (removed from website). Pars. 209-212 final edits | 1.50 | $165.00 | $247.50 |
| 04/10/2024: par. 217 edits/addtl. Info for review. PRPB' self-assessment Monitor's reply report per Denise's request. | 2.75 | $165.00 | $453.75 |
| 04/14/2024: Self assessment compliance notes in prep. for meeting 2/15/2024: Engagement plan, Press Office integration & Open meetings | 0.25 | $165.00 | $41.25 |
| 04/17/2024: Steph's data validation review per Dave's email | 0.25 | $165.00 | $41.25 |
| 04/20/2024: PRPB Consolidated 90-day Report review+notes for edits into CMR10 draft. | 2.75 | $165.00 | $453.75 |
| 04/21/2024 Data3.038 review: notes spread sheet docs in support of SARA models:N/A submission-notes to FPMPR | 3.25 | $165.00 | $536.25 |
| 04/22/2024: edits for CMR10: evidence submitted for pars-206-207 review+ Controls 2024-490, 495-96, 2024-488, 486, 482-483, 2024-474, controls 15794, 15783-84, 15992, 15779, 16457, 17695;Data 3.043 outreach review, Pars 209-213 | 8.5 | $165.00 | $1,402.50 |
| 04/23/2024: Box data 3.112, PRPB's last quarter submission, pars 213-216, self-monitoring module review, Virtual library and PRPB's website for draft+ edits. | 3.00 | $165.00 | $495.00 |
| 04/27/2024: CMR10 (2nd draft) final draft review +edits | 1.00 | $165.00 | $165.00 |
|  | 41.75 |  | $ 6,888.75 |
|  |  | **TOTAL** | $ 6,888.75 |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities, or agencies.


Merangelie Serrano-Rios