

**Korber Group Inc**
P.O. Box 8919
Ponce, PR 00732

Tel. (787) 590-6191
E-mail: billing@korbergroup.com
www.korbergroup.com

# Invoice

# INV-006052

**Balance Due**
**$1,150.00**

Bill To
**OFFICE OF THE FPMPR LLC**
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907

| Invoice Date : | 04/23/2024 |
| Terms : | Due on Receipt |
| Due Date : | 04/23/2024 |

| # | Item & Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 1 | RECURRING MONTHLY SERVICES<br>Services pursuant to STATEMENT OF WORK NUMBER 4<br>to Information Technology Master Services Agreement | 1.00 | 900.00 | 900.00 |
| 2 | RECURRING MONTHLY SERVICES<br>Services pursuant to STATEMENT OF WORK NUMBER 7<br>to Information Technology Master Services Agreement | 1.00 | 250.00 | 250.00 |

|  | Sub Total | 1,150.00 |
|---|---|---|
|  | **Total** | **$1,150.00** |
|  | **Balance Due** | **$1,150.00** |

¡Gracias por su patrocinio! Thank you for your business!
We appreciate having you as our Client.

La empresa Korber Group Inc está clasificada como un Agente No Retenedor del Impuesto sobre Ventas y Uso ("IVU"). No taxes are included in this invoice.



**Korber Group Inc**
P.O. Box 8919
Ponce, PR 00732

Tel. (787) 590-6191
E-mail: billing@korbergroup.com
www.korbergroup.com

# Invoice

# INV-006053

**Balance Due**
**$173.16**

Bill To
**OFFICE OF THE FPMPR LLC**
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907

| Invoice Date : | 04/29/2024 |
| Terms : | Due on Receipt |
| Due Date : | 04/29/2024 |

| # | Item & Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 1 | Reimbursable Expenses<br>Invoice: E0100RKILJ<br>Exchange Online<br>(Plan 1 - 19 Licenses)<br>04/02/2024 | 1.00 | 89.20 | 89.20 |
| 2 | Reimbursable Expenses<br>Invoice: 251942061<br>Zoom One Pro<br>Invoice Number:<br>04/09/2024 | 1.00 | 63.96 | 63.96 |
| 3 | Reimbursable Expenses<br>Invoice: MC19327981<br>Mailchimp<br>04/17/2024 | 1.00 | 20.00 | 20.00 |

|  |  |
|---|---|
| Sub Total | 173.16 |
| **Total** | **$173.16** |
| **Balance Due** | **$173.16** |

¡Gracias por su patrocinio! Thank you for your business!
We appreciate having you as our Client.

La empresa Korber Group Inc está clasificada como un Agente No Retenedor del Impuesto sobre Ventas y Uso ("IVU"). No taxes are included in this invoice. All services Subject to Terms of Service and related policies, available at http://www.korbergroup.com/legal

# Microsoft

# Invoice

April 2024
Invoice Date: 02/04/2024
Invoice Number: E0100RKILJ
Due Date: 02/04/2024

**89.20 USD**

**Sold-To**
OFFICE OF THE TCA PUERTO RICO
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan  00907
Puerto Rico

**Bill-To**
OFFICE OF THE TCA PUERTO RICO

**Service Usage Address**
OFFICE OF THE TCA PUERTO RICO
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan  00907
Puerto Rico

## Billing Summary

| | |
|---|---|
| Charges: | 80.00 |
| Discounts: | 0.00 |
| Credits: | 0.00 |
| Tax: | 9.20 |
| **Total:** | **89.20** |

## Order Details

| | |
|---|---|
| Product: | Online Services |
| Customer PO Number: | |
| Order Number: | 409b7360-1a29-442a-a9f2-4a86a770a773 |
| Billing Period: | 02/03/2024 - 01/04/2024 |
| Due Date: | 02/04/2024 |

**Payment Instructions:** Please DO NOT PAY. You will be charged the amount due through your selected method of payment.

## Support

This invoice does not include prior unpaid balances. To view total order balance and prior invoices visit the Admin Center and click Billing>Bills.

Need help? https://aka.ms/Office365Billing

1/2

Microsoft Corporation, One Microsoft Way, Redmond, WA 98052, United States
Seller Merchant ID 91-1144442

# Microsoft

# Invoice

April 2024
Invoice Date: 02/04/2024
Invoice Number: E0100RKILJ
Due Date: 02/04/2024

**89.20 USD**

2/2

## Exchange Online (Plan 1)

**Formula for charges**

Licenses in service period X Monthly (or Yearly) price per license X (Days in service period /Total in service period) = Charge

## New charges

These are your charges for the next billing period for your current number of licenses.

| Service period | Details | Licenses in service period | Monthly price/license | Days in service period | Charges | Discounts | Credits | Subtotal | Tax % | Tax | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/04/2024 - 30/04/2024 | Monthly subscription charges | 20 | 4.00 | 30 | 80.00 | 0.00 | 0.00 | 80.00 | 11.50 % | 9.20 | 89.20 |
| Subtotal | | | | | 80.00 | 0.00 | 0.00 | 80.00 | | 9.20 | 89.20 |
| **Grand Total** | | | | | **80.00** | **0.00** | **0.00** | **80.00** | | **9.20** | **89.20** |

Microsoft Corporation, One Microsoft Way, Redmond, WA 98052, United States
Seller Merchant ID 91-1144442

# Invoice

Zoom Video Communications Inc.
55 Almaden Blvd, 6th Floor
San Jose, CA 95113

| | |
|---:|:---|
| Invoice Date: | Apr 9, 2024 |
| Invoice #: | INV251942061 |
| Payment Terms: | Due Upon Receipt |
| Due Date: | Apr 9, 2024 |
| Account Number: | 7002014083 |
| Currency: | USD |
| Payment Method: | AmericanExpress ***********1006 |
| Account Information: | |

Federal Employer ID Number: 61-1648780

Purchase Order Number:

Tax Exempt Certificate ID:

[Zoom W-9](#)

**Sold To Address:** it@fpmpr.org

**Bill To Address:** it@fpmpr.org

# Charge Details

| Charge Description | Subscription Period | Subtotal | Taxes, Fees & Surcharges | Total |
|---|---|---|---|---|
| Charge Name: Zoom One Pro - Discount<br><br>Discount: 20.00%<br>*Notes: Proration credit for products are applied at MSRP, hence you see this prorated discount charge to provide net credit.* | Apr 9, 2024 - May 8, 2024 | $-15.99 | $0.00 | *$-15.99* |
| Charge Name: Zoom One Pro Monthly<br><br>Quantity: 5<br>Unit Price: $15.99 | Apr 9, 2024 - May 8, 2024 | $79.95 | $0.00 | *$79.95* |
| | | | Subtotal | **$63.96** |

| | | |
|---|---|---|
| Total (Including Taxes, Fees & Surcharges) | | $63.96 |
| Invoice Balance | | $0.00 |

## Taxes, Fees & Surcharge Details

| Charge Name | Tax, Fee or Surcharge Name | Jurisdiction | Charge Amount | Tax, Fee or Surcharge Amount |
|---|---|---|---|---|
| | | | Total of Taxes, Fees & Surcharges | $0.00 |

## Transactions

| | Invoice Total | $63.96 |
|---|---|---|

| Transaction Date | Transaction Number | Transaction Type | Description | Applied Amount |
|---|---|---|---|---|
| Apr 9, 2024 | P-294501598 | Payment | | $-63.96 |
| | | | Invoice Balance | $0.00 |

Need help understanding your invoice?   **Click here**

Zoom One is rebranding to Zoom Workplace! This new name does not impact your services. Please note ZoomIQ for Sales is now called Zoom Revenue Accelerator. Your Services will remain the same and this name change does not change your current subscription pricing.

This plan includes products with monthly and/or yearly subscription periods. The subscription period for each plan, and the total charge, $63.96 (plus applicable taxes and regulatory fees), per subscription period for that product are set out above in the Charge Details section. Unless you cancel, your subscription(s) will auto-renew each subscription period and each subscription period thereafter, at the price(s) listed above (plus any taxes and regulatory fees applicable at the time of renewal) and your payment method on file at zoom.us/billing will be charged. You can cancel auto-renewal anytime, but you must cancel by the last day of your current subscription period to avoid being charged for the next subscription period. You will not be able to cancel your "base plan" (Zoom Meetings, Zoom Phone, or Zoom Rooms) without first canceling all other subscriptions in your plan. If you cancel, you will not receive a refund for the remainder of your then-current subscription period. You can cancel by navigating to zoom.us/billing and clicking "Cancel Subscription," clicking through the prompts, and then

*clicking to confirm cancellation. Should Zoom change its pricing, it will provide you with notice, and you may be charged the new price for subsequent subscription.*

Zoom Phone services provided by Zoom Voice Communications, Inc. Rates, terms and conditions for Zoom Phone services are set by Zoom Voice Communications, Inc

# Mailchimp Invoice MC19327981

## Issued to
social@fpmpr.org

### Billing statement

## Issued by
Mailchimp

c/o The Rocket Science Group, LLC

675 Ponce de Leon Ave NE

Suite 5000

Atlanta, GA 30308

[www.mailchimp.com](www.mailchimp.com)

Tax ID: US EIN 58-2554149

## Details
**Order #** MC19327981

**Date Paid:** April 17, 2024

05:47 AM Puerto Rico

---

**Standard plan** $20.00

500 contacts

---

**Intuit Assist for Mailchimp*** $0.00

AI-powered marketing

---

**Paid** via **Amex** ending in **1006** which expires **07/2024**   $20.00

on April 17, 2024

---

| Balance as of April 17, 2024 | $0.00 |
|---|---|

\* Intuit Assist functionality (beta) is available to certain users with Premium, Standard and Legacy

plans in select countries in English only. Access to Intuit Assist is available at no additional cost at this time. Pricing, terms, conditions, special features and service options are subject to change without notice. Availability of features and functionality varies by plan type. Features may be broadly available soon but represents no obligation and should not be relied on in making a purchasing decision. For details, please view Mailchimp's various [plans and pricing](#).

If a refund is required, it will be issued in the purchase currency for the amount of the original charge. Sales Tax was not applied to this purchase.

[Looking for our W-9?](#)

[Looking for our United States Residency Certificate?](#)