

## Samantha Rhinerson

550 Amsonia Circle
Guyton, GA 31312
srhinerson99@outlook.com | 256-431-5324

| BILL TO | INVOICE # | DATE | DUE |
|---|---|---|---|
| Puerto Rico Chief Federal Monitor | 2024-04 | 4/30/2024 | 5/31/2024 |

| Date | Description | Hours | Rate | TOTAL |
|---|---|---|---|---|
| 04/04/2024 | 3.0 hours of CMR review and travel planning | 3.00 | $100.00 | $300.00 |
| 04/05/2024 | 1.0 hour of policy review facilitation and CMR review | 1.00 | $100.00 | $100.00 |
| 04/06/2024 | 1.0 hour of travel planning | 1.00 | $100.00 | $100.00 |
| 04/07/2024 | 1.0 hour of travel planning | 1.00 | $100.00 | $100.00 |
| 04/09/2024 | 1.0 hour of travel planning | 1.00 | $100.00 | $100.00 |
| 04/10/2024 | 1.0 hour of travel planning | 1.00 | $100.00 | $100.00 |
| 04/11/2024 | 1.0 hour of meetings with Denise and Polo and travel planning | 1.00 | $100.00 | $100.00 |
| 04/12/2024 | 1.0 hour of travel planning | 1.00 | $100.00 | $100.00 |
| 04/16/2024 | 2.0 hours of travel planning | 2.00 | $100.00 | $200.00 |
| 04/18/2024 | 1.0 hour of CMR review | 1.00 | $100.00 | $100.00 |
| 04/19/2024 | 1.0 hour of CMR review | 1.00 | $100.00 | $100.00 |
| 04/21/2024 | 1.0 hour of CMR review | 1.00 | $100.00 | $100.00 |
| 04/22/2024 | 1.0 hour of CMR review | 1.00 | $100.00 | $100.00 |
| 04/27/2024 | 1.0 hour of policy review facilitation | 1.00 | $100.00 | $100.00 |
| 04/28/2024 | 1.0 hour of travel planning and CMR review | 1.00 | $100.00 | $100.00 |
| 04/29/2024 | 1.0 hour of CMR review | 1.00 | $100.00 | $100.00 |

**TOTAL** $1,900.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*thank you*