**Office of the FPMPR LLC**

**VIG Tower, PH – 924**

**1225 Ave. Juan Ponce de León**

**San Juan, PR 00907**
**Name:** Claudia Cámara-León **Supervisor:** Javier Gonzales, Esq.

## Work Timesheet (April 2024)

| Date | Task | Total Hours |
|---|---|---|
| April 1, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| April 2, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| April 3, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| April 4, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| April 5, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| April 8, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| April 9, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |

| April 10, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
|---|---|---|
| April 11, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| April 12, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| April 15, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| April 16, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| April 17, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| April 18, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| April 19, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| April 22, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |

| April 23, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| --- | --- | --- |
| April 24, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| April 25, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| April 26, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| April 29, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. Assisted the monitoring team during their visit. | 7.0 |
| April 30, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. Assisted the monitoring team during their visit. | 7.0 |

**Total, 154 hours for $20 = $3,080**

I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

Signature,
Claudia S. Cámara León

_____