# Manuel A. Arroyo Rivera

P.o Box 8925 Santurce Puerto Rico 00910    Cel 787-364-8925

Email marroyorivera20@gmail.com

Invoice  Month April   2024                                                                Invoice #041

Federal Police Monitor   San Juan, PR

| Date | description | Hour | Rate | Amount |
| --- | --- | --- | --- | --- |
| April-9-2024 | Take the vehicle for its oil and filter change maintenance, among others. | 3 | $25 | $75.00 |
| April- 14-2024 | Pick up Sccot at the airport and take him to the hotel | 3 | $25 | $75.00 |
| April-17-2024 | make arrangements for the official office vehicle, in the metro office park facilities | 5 | $25 | $125.00 |
| April 18-2024 | Pick up the vehicle at the mechanic after its maintenance and take it to the office parking lot. | 2 | $25 | $50.00 |
| April-28-2024 | Pick up the monitors at the airport at different times and take them to their corresponding hotel | 10 | $25 | $250.00 |
| April29-2024 | pick up the monitor and take them to different meetings of the day | 11 | $25 | $275.00 |
| April-30-2024 | pick up the monitor and take them to different meetings of the day | 8 | $25 | $200.00 |
| April | Gas expenses | | | $250.00 |
| | | | | |
| | | | | Total $1,300.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |