**Stephanie Leon**
*Paralegal*

1483 Ashford Avenue
Apartment 901
San Juan, PR 00907
(832) 692-2475

**INVOICE**

**INVOICE: 2024-5**
**DATE: 5/01/2024**

**TO:**
Puerto Rico Chief Federal Monitor

**FOR:**
Paralegal Services

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 04/01/2024 | -Various communication exchanges (phone, text, emails) with team members/monitors<br>-Phone call/text communication with Joan Maldonado (PRPB)<br>-Re-scheduling agendas<br>-Email exchanges with Habib Massari (PRPB)<br>-Read/responded to emails<br>-Organized notes | 2.50 | 90.00 | 225.00 |
| 04/02/2024 | -Various communication exchanges with Claudia Camara regarding the new scheduling between Monitors and PRPB<br>-Read/responded to emails<br>-Verified agendas of my assigned monitors | 1.25 | 90.00 | 112.50 |
| 04/03/2024 | -Assisted Monitor Donald Gosselin with meeting to discuss administrative complaints and internal investigations with PRPB<br>-Internal meeting with Monitor Donald Gosselin and David Levy<br>-Read/responded to emails<br>-Various communication exchanges (phone, text, emails) with team members/monitors | 3.50 | 90.00 | 315.00 |
| 04/04/2024 | -Communication exchanges with team members<br>-Transcript/notes of Sergeant meeting | 2.25 | 90.00 | 202.50 |
| 04/05/2024 | -Transcript/notes of Sergeant meeting | 1.75 | 90.00 | 157.50 |
| 04/06/2024 | -Transcript/notes of Sergeant meeting<br>-Emailed to Monitors John Romero and Denise Rodriguez | .75 | 90.00 | 67.50 |
| 04/07/2024 | -Transcript/notes of March 253 meeting<br>-Emailed notes to monitors John Romero and Denise Rodriguez<br>-Email exchanges with team members and Monitor Scott Cragg | 2.75 | 90.00 | 247.50 |
| 04/08/2204 | -Prepared notes for individual monitors and emailed them<br>-Zoom meeting with Monitor Scott Cragg and David Levy<br>-Read/responded to emails | 1.75 | 90.00 | 157.50 |
| 04/19/2024 | -Proposed order on Captain Promotion Exam meetings on Proposed order on Captain Promotion Exam meetings<br>-Extensive notes/transcript<br>-Read/responded to emails | 1.50 | 90.00 | 135.00 |
| 04/30/2024 | -April 253 Meeting<br>-Read/responded to emails<br>-Communication exchanges with team members<br>Extensive notes/transcript | 2.50 | 90.00 | 225.00 |
|  |  | **TOTAL 20.50 HRS @ $90** | | **$1,845.00** |

*S/ STEPHANIE LEON* I HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN MY CAPACITY AS A MEMBER OF THE FEDERAL MONITORING TEAM. I FURTHER CERTIFY THAT I HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH, OR ANY OF ITS DEPARTMENTS, MUNICIPALITIES OR AGENCIES.