**Inigo Galanes**
*Staff Assistant*

INVOICE

ADDRESS
Aboy St 605 Apt 1
San Juan, PR, 00907

INVOICE: 2024-04
DATE: 01/05/2024

**TO:**
Puerto Rico Chief Federal Monitor

**FOR:**
Professional Services

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 04/01/2024 | -Coordinated preliminary agenda for recurring meetings<br>-Coordinated SAEA visit<br>-Drafted texts for Alan Youngs in Supervision | 7.0 | 20 | 140 |
| 04/02/2024 | -Coordinated and sent agenda for recurring meetings<br>-Reviewed PRPB status report | 7.0 | 20 | 140 |
| 04/03/2024 | -Organized documents in the office<br>-Assisted Alan Youngs with Supervision report<br>-Coordinated 1st Lt exam and file review | 7.0 | 20 | 140 |
| 04/04/2024 | -Organized documents in the office<br>-Assisted Alan Youngs with Recruitment report<br>-Attended SAEA for meeting | 7.0 | 20 | 140 |
| 04/05/2024 | -Assisted Alan Youngs with CMR-10 drafts and data analysis<br>-Assisted Rita Watkins with CMR-10 drafts and data analysis<br>-Organized new recurring meetings schedule<br>-Read/sent emails | 7.0 | 20 | 140 |
| 04/06/2024 | -Call with Alan Youngs about CMR-10 | 0.5 | 20 | 10 |
| 04/08/2024 | -Read through EQP CMR-10 draft for Rita Watkins<br>-Read through preliminary CMR-10 Polo Castro report for Supervision<br>-Organized documents in the office<br>-Finalized recurring meeting schedule | 7.0 | 20 | 140 |
| 04/09/2024 | -Call with Alan Youngs to finalize CMR-10 drafts<br>-Call with Sgt. Deese about Recruitment<br>-Uploaded documents to Box<br>-Organized documents in the office<br>-Read through EQP Draft and responded to Rita Watkins with observations | 7.0 | 20 | 140 |
| 04/10/2024 | -Organized documents in the office<br>-Attended FIU with Luis Hidalgo<br>-Read/sent emails | 6.0 | 20 | 120 |
| 04/11/2024 | -Attended meetings with Hipolito Castro and Alan Youngs<br>-Call with Alan Youngs prior to meeting<br>-Call with Lcda Esthermarie Torres | 2.0 | 20 | 40 |
| 04/12/2024 | -Organized documents in the office<br>-Read/sent emails<br>-Uploaded documents to Box | 7.0 | 20 | 140 |
| 04/15/2024 | -Retrieved box and uniform from storage<br>-Organized documents in the office<br>-Calls with John Romero and Luis Hidalgo about SARP visit<br>-Reviewed Training/EQP data | 7.0 | 20 | 140 |
| 04/16/2024 | -Reviewed Training/EQP data<br>-Organized documents in the office<br>-Attended FIU and SAOC with Luis Hidalgo | 7.0 | 20 | 140 |

| Date | Description | Hours | Rate | Total |
|---|---|---|---|---|
| 04/17/2024 | -Reviewed 1st Lt exam alongside Roberto Abesada and Luis Hidalgo<br>-Attended SAOC, FIU, and OAL with Luis Hidalgo<br>-Call with John Romero | 9.5 | 20 | 190 |
| 04/18/2024 | -Reviewed Community Engagement draft<br>-Reviewed Training draft | 4.0 | 20 | 80 |
| 04/20/2024 | -Reviewed FRB/CFRB Data<br>-Call with Luis Hidalgo and John Romero | 3.0 | 20 | 40 |
| 04/21/2024 | -Added information to CFRB worksheet and sent to John Romero/Luis Hidalgo<br>-Call with Alan Youngs about CMR-10 3.2 | 1.5 | 20 | 30 |
| 04/22/2024 | -Drafted assessments in Supervision draft for Alan Youngs<br>-Call with Alan Youngs about Supervision draft<br>-Zoom meeting with Luis Hidalgo and John Romero | 7.0 | 20 | 140 |
| 04/23/2024 | -Drafted assessments in Recruitment draft for Alan Youngs<br>-Reviewed Training draft for Rita Watkins | 7.0 | 20 | 140 |
| 04/24/2024 | -Edited Recruitment draft for Alan Youngs | 7.0 | 20 | 140 |
| 04/25/2024 | -Call with Alan Youngs about recruitment and Supervision drafts<br>-Call from Sgt. Rodriguez about data requests<br>-Read/sent emails<br>-Organized documents in the office | 7.0 | 20 | 140 |
| 04/26/2024 | -Organized documents in the office<br>-Edited data for John Romero | 8.0 | 20 | 160 |
| 04/27/2024 | -Call with Luis Hidalgo<br>-Looked through Box | 0.5 | 20 | 10 |
| 04/28/2024 | -Call with Alan Youngs about Recruitment draft<br>-Reviewed Community engagement draft | 4.0 | 20 | 80 |
| 04/29/2024 | -Attended scheduled meetings | 8.0 | 20 | 160 |
| 04/30/2024 | -Attended scheduled meetings. | 8.0 | 20 | 160 |
| | **TOTAL 153.0 HRS @ $20 HR** | | | **$3,060.00** |

*S/ INIGO GALANES*

**I HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN MY CAPACITY AS A MEMBER OF THE FEDERAL MONITORING TEAM. I FURTHER CERTIFY THAT I HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH, OR ANY OF ITS DEPARTMENTS, MUNICIPALITIES OR AGENCIES.**