## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants**. | **Civil No.** 12-2039 (FAB) |

**ORDER**

The Office of the Special Master and the Monitor's Office have each proposed budgets for Fiscal Year 2025. The parties have indicated, via e-mail, that they have no objections to the proposed budgets. The Court finds the budgets reasonable and necessary; these budgets can be increased at any time during the upcoming fiscal year if the Court finds it to be in the best interests of the reform case. The budget for the Office of the Special Master shall remain at $507,000, but for Fiscal Year 2025, $50,000 of that budget will come from previously unused funds.

Accordingly, the Commonwealth is **ORDERED** to deposit $2,416,369.88 for the Monitor's Office and $457,000 for the Office of the Special Master with the Court **no later than June 28, 2024.**

**IT IS SO ORDERED.**

San Juan, Puerto Rico, May 16, 2024.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE
