IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

    **Plaintiff**,

              **v.**              **Civil No.** 12-2039 (FAB)

COMMONWEALTH OF PUERTO RICO, *et al.*,

    **Defendants.**

## ORDER AMENDING APRIL 22, 2024 ORDER
## SCHEDULING STATUS CONFERENCE

On April 22, 2024, this Court issued an order that a Status Conference was scheduled for Thursday, June 27, 2024, at 9:00 a.m.  The order also identified persons who shall attend the Status Conference.  See Docket No. 2634.  That order of the Court regarding the Status Conference is amended as follows:

In additional to the persons identified in the Court's April 22, 2024 order, the following persons shall attend the Status Conference to provide an update on their efforts to complete corrective measures in support of the Equitable Sharing Program:

**Department of Public Safety ("DPS")**

    Lumary Ojeda – Director, Budget Division of DPS/PRPB

    Martín Reyes-Jusino – Special Assistant to the Secretary, DPS

Civil No. 12-2039 (FAB)                                                    2

**The Puerto Rico Department of Treasury ("Hacienda")**

> Cecilia Robles Kakiuchi – Supervisor, Treasury Bureau of Public Finance Area

> Brenda Vásquez - Executive Officer, Treasury Bureau of Public Finance Area

**IT IS SO ORDERED.**

San Juan, Puerto Rico, May 17, 2024.


                                    s/ Francisco A. Besosa
                                    FRANCISCO A. BESOSA
                                    SENIOR UNITED STATES DISTRICT JUDGE