**Gartner**

Gartner Inc.
13200 Paul J Doherty Parkway
Ft. Myers, FL 33913

Remittance: CashApplications@gartner.com
E-mail: CFS@gartner.com

# Invoice

Bill-to:

John Romero
Office of the FPMR LLC
FPMPR LLC
VIG Tower PH-924,
1225 Ave. Juan Ponce de León,
San Juan, PR 00907

P.O. No :
Client Tax Id :

Invoice No : 1229768
Date : 04/01/2024
Client : 19468204

| Description | Amount |
|---|---|
| **Gartner Services: 330083384**<br>RMS and PMO Implementation Support<br><br>RMS: Tasks 2A  2C | 280,000.00 |
| **Total Amount Due** | **USD    280,000.00** |

**Terms: 30 Days from Invoice Date**

**Wire/ACH Payments To:**
JP Morgan Chase Bank, NA
270 Park Ave, New York, NY 10017
Account Name: Gartner
Account No. 910-2-761252
ABA no: 021000021
Swift: CHASUS33

Federal Tax ID: 04-3099750
Any terms and conditions contained in a PO issued by client will not apply, and will be superseded by client's Gartner contract.
Please reference your invoice number when remitting payment

If you receive instructions to change Gartner payment instructions, please contact our Treasury department at treasury@gartner.com to confirm the details.

Original