### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff,**<br><br>**v.**<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants.** | **Civil No.** 12-2039 (FAB) |

**ORDER**

The "MOTION TO APPROVE AND DISBURSE FUNDS" submitted by Chief Federal Monitor John Romero, through the general counsel of the Office of the Federal Police Monitor (FPMPR LLC), for the payment of services rendered by Gartner, Inc. (Docket No. 2654) is **NOTED** and **APPROVED** for payment.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, May 28, 2024.

                                          s/ Francisco A. Besosa
                                          FRANCISCO A. BESOSA
                                          SENIOR UNITED STATES DISTRICT JUDGE