### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants**. | **Civil No.** 12-2039 (FAB) |

### ORDER

The Invoices submitted by Del Carmen Consulting, LLC, G&M Balli Services, LLC, TDPetrowski, LLC, and Galoeffert, LLC, (Docket Nos. 2655, 2656, 2657 and 2658) are **NOTED** and **APPROVED** for payment.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, May 28, 2024.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE