**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| **Plaintiff,** | |
| **v.** | **Civil No.** 12-2039 (FAB) |
| COMMONWEALTH OF PUERTO RICO, *et al.,* | |
| **Defendants.** | |

**ORDER**

Christopher Graham, the Financial Oversight Officer (FOO) appointed by this Court on May 4, 2023 (see Docket No. 2405), has submitted his budget for Fiscal Year (FY) 2025 requesting the budget remain at $78,000. The parties have indicated, via e-mail, that they have no objection to the proposed budget, and the Court finds the budget reasonable and necessary to support the range of oversight and reporting described in the Order. A portion of FY 2024 funding ($63,931.40) remains unspent and should be applied to the FY 2025 budget.

Therefore, the Commonwealth is ordered to deposit with the Court $14,068.60 in FY 2025 funds to fully fund the FOO's duties in FY 2025.

Civil No. 12-2039 (FAB)                                                    2

**IT IS SO ORDERED.**

San Juan, Puerto Rico, June 4, 2024.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE