United States District Court
For the District of Puerto Rico

RECEIVED AND FILED
CLERK'S OFFICE USDC PR

2024 MAY 22 PM 4:20

Edgardo Rivera Martinez
Plaintiff

V.

Negociado de Policia de Puerto Rico
Defendant

Criminal/Civil No. 12-2039 FAB

22/mayo/2024

MOTION: Notificacion de Presentacion de Documentos Relacionado a Examen de Sargento, El mismo ofrecido el Dia 17 de Diciembre de 2022, Este Caso Radicado En Este Tribunal Federal Distrito de Puerto Rico, En La Sala del Juez Francisco Besosa, Hoy 21 de mayo de 2024 Se Le Hace Entrega de mocion Informativa Conjunta a La Honorable Comisión Apelativa del Servicio Publico EN el 21 de mayo de 2024 Donde Fue Entregada y Certificada Como Recibida.

Signature: [signed]
Name: Edgardo Rivera Martinez
Address: Calle Tizol #53 Rio Piedra P.R. 00925 SAN JUAN
Telephone: 787-392-0336
E-mail: edgardor69.48@gmail.com