CASP 21 MAY'24 PM 2:58

**GOBIERNO DE PUERTO RICO**
**COMISIÓN APELATIVA DEL SERVICIO PÚBLICO**
**SAN JUAN, PUERTO RICO**
www.casp.pr.gov

2024 MAY 21 PM 3:54

| | |
|---|---|
| **EDGARDO RIVERA MARTÍNEZ Y OTROS 66**<br>Apelantes<br><br>Vs.<br><br>**POLICÍA DE PUERTO RICO**<br>Apelada | **CASO NUM.: 2023-06-0759**<br><br>SOBRE:<br><br>**IMPUGNACIÓN EXAMEN DE ASCENSO** |

## MOCIÓN INFORMATIVA CONJUNTA

**A LA HONORABLE COMISIÓN APELATIVA DEL SERVICIO PÚBLICO:**

Comparecen las partes de epígrafe, Edgardo Rivera Martínez y Otros; y el Negociado de la Policía de Puerto Rico, mediante una comparecencia conjunta de los abogados que suscriben, y quienes muy respetuosamente EXPONEN, ALEGAN y SOLICITAN:

1. El 28 de abril de 2024, la Parte Apelante presentó una Moción Informativa y Solicitud de Señalamiento Urgente.
2. Que las Partes de epígrafe han sostenido conversaciones en torno a las impugnaciones presentadas y se encuentran dilucidando posibles remedios que atiendan la controversia que ha sido planteada a este Honorable Foro.
3. Ante la realidad fáctica de que el Negociado de la Policía de Puerto Rico se encuentra en una fase de cumplimiento en el caso de la Reforma Sostenible de la Policía, el Departamento de Seguridad Pública (DSP) ha presentado el asunto para la consideración de nuestros representantes legales del caso federal y que pueda ser discutido con las partes de dicho pleito (Monitor Federal y Departamento de Justicia Federal); de modo que se pueda proceder con la revisión de las preguntas cuestionadas por los apelantes.
4. En virtud de lo antes mencionado, y en ánimo de economía procesal, solicitamos que se nos pueda conceder una prórroga de treinta (30) días sin emitir un señalamiento de vista; de modo que las partes culminemos conversaciones y podamos informar a esta Comisión si se ha alcanzado a algún acuerdo que disponga de la controversia o se procede en el trámite ordinario de apelación.

**POR TODO LO CUAL,** se solicita muy respetuosamente de la Comisión Apelativa del Servicio Público que declare HA LUGAR la presente moción conjunta, y en su consecuencia conceda una prórroga de treinta (30) días sin emitir señalamiento de vista para poder culminar las conversaciones entre las partes e informar el resultado de las mismas y/o emita cualquier otro pronunciamiento que en derecho proceda.



RECIBIDO
CORREO DE LA FORTALEZA
MAY 21 2024
Hora: 3:40pm

**RESPETUOSAMENTE SOMETIDO.**

En San Juan, Puerto Rico, a 21 de mayo de 2024.

**LCDO. JOSÉ F. AVILÉS LAMBERTY**
**Parte Apelante**
Abogado RUA 6670
Colegiado Núm. 8047
Mansiones de San Martín
Suite #17
San Juan, PR 00924-4586
Cel. (787)406-9066

**DEPARTAMENTO DE SEGURIDAD PÚBLICA**
**NEGOCIADO DE LA POLICÍA**
**Parte Apelada**
OFICINA DE ASUNTOS LEGALES
235 Ave. Arterial Hostos, Capital Center, Torre Norte
Hato Rey, PR 00918
T. 787.903-5602

Lcdo. Alexander Medina Meléndez
Lcda. Aida de la Rosa Abreu
Lcda. Nazihra Abdulrahman Soler
Lcdo. Victor Maldonado Mercado

**LCDO. MIGUEL A. CANDELARIO PIÑEIRO**
Director Ejecutivo Oficina Asuntos Legales
Ext. 6026
RUA 16,524
mcandelario@dsp.pr.gov

## Candidatos Ascenso

| Nombre | Placa | Lugar de Trabajo | Puntuacion | Telefono |
|---|---|---|---|---|
| 1. Hector Cintron Negron | 21058 | Registro Armas Humacao | 55 | 787-477-7363 |
| 2. Harry J. Diaz Marrero | 35861 | LAP Bayamon | 55 | 787-273-6987 |
| 3. Antonio Velazquez Diaz | 31818 | Inteligencia Humacao | 55 | 939-475-3966 |
| 4. Xiomara Colon Aponte | 35880 | UM Carolina | 55 | 787-674-5468 |
| 5. Glory Mar Rivera Rodriguez | | Precinto 207 Sabana Hoyos Arecibo | 55 | 787-548-0008 |
| 6. Ivette Yulfo Bertin | 33309 | UM Aguadilla | 55 | 939-263-5826 |
| 7. Juan C. Fuentes Casillas | 36216 | Carolina Sur | 54 | 787-983-2602 |
| 8. Damaris Claudio Gonzalez | 33307 | Dtto. San Lorenzo | 54 | 787-503-2190 |
| 9. Waldemar Torres Castillo | 28210 | Comandancia Aguadilla | 54 | 787-718-6323 |
| 10. Edgardo Rivera Martinez | 25979 | Transito Humacao | 53 | 939-208-8374 |
| 11. Miguel Ramos Rodriguez | 35725 | Arresto San Juan | 53 | 787-414-8012 |
| 12. Elvin J. Rodriguez Gonzalez | 35017 | CIC Aguadilla | 53 | 787-459-3105 |
| 13. Inyemar Camacho Hernandez | 28390 | Cuartel General | 53 | 787-605-6438 |
| 14. Jessica Torres Torres | 36423 | Distrito Moca | 52 | 787-244-1676 |
| 15. Carlos J. Beltran Cortes | 19117 | Distrito Moca | 52 | 939-292-2008 |
| 16. Juan C. Monet Rondon | 36088 | VEH. HUR. Mayaguez | 52 | 787-404-7381 |
| 17. Manuel Soto Tirado | 31182 | DTTO Aguada | 52 | 787-367-3279 |
| 18. Emanuel Ayala Acevedo | 33366 | Dtto. Ciales | 51 | 787-685-9099 |
| 19. Juan P. Ortiz Sanchez | 36759 | UM Bayamon | 51 | 787-648-8881 |
| 20. Carmen M. Milagros Martinez | 27963 | Carolina Sur | 51 | 787-630-0505 |
| 21. Luis Lopez Oviedo | 37110 | Precinto Loiza | 51 | 787-668-8952 |
| 22. Edgar J. Garcia Fernandez | 36868 | LAP Bayamon | 51 | 787-374-8728 |
| 23. Edna De Leon Reina | 25686 | Cuartel General | 51 | 787-368-0836 |
| 24. Idelfonso Carrion Vega | 36260 | UM Carolina | 51 | 787-237-5509 |
| 25. Antonio Hernandez Melendez | 36222 | Transito Bayamon | 51 | 787-933-1991 |
| 26. Eliezmary Baez Tirado | 37054 | Distrito Levittown | 51 | 939-403-3824 |
| 27. Daniel Davila Santa | 27716 | Dtto Juncos | 50 | 787-753-7073 |
| 28. Karelyn Velez Ortiz | 37030 | Precinto Loiza | 50 | 939-216-3933 |
| 29. Madeline Gonzalez Rodriguez | 33475 | Dtto Juncos | 50 | 939-218-8019 |
| 30. Xiomara Maldonado Serrano | 36694 | LAP Bayamon | 50 | 939-247-8850 |
| 31. Keyla M. Rivera Benitez | 37080 | Dtto. Gurabo | 50 | 787-963-5396 |
| 32. Caxandra Otero González | 29218 | Comand. Bayamon | 50 | 787-345-8281 |
| 33. Luis G. Rios Camacho | 35760 | CIC Fajardo | 50 | 787-238-4046 |
| 34. Ivan Jr. Rivera Rosado | 35559 | Distrito Peñuelas | 50 | 787-420-7526 |
| 35. Marlyn Garcia Rosado | 35986 | Oficina Reforma | 50 | 787-381-1187 |
| 36. Enitza Lebron Matos | 35896 | Distrito San Lorenzo | 50 | 787-449-2699 |
| 37. Larito Lopez Jimenez | 35767 | Precinto Utuado | 49 | 787-315-5080 |
| 38. Agustin Rivera Rodríguez | 27840 | Veh. Hurt. Carolina | 49 | 787-327-1088 |
| 39. Jose A. Rodríguez Rivera | 17193 | Transito Carolina | 49 | 787-632-5370 |
| 40. Jose Miguel Pérez Bermúdez | 24074 | SARP Central | 49 | 787-461-9122 |
| 41. Gloria L. Rivera Marcano | 26251 | SARP Bayamón | 49 | 787-674-9770 |
| 42. Rosa I. Acevedo Medina | 20899 | Dtto. Juncos | 49 | 787-212-4168 |
| 43. Liz Angelica Quiñones Negron | 31224 | Dtto. Orocovis | 49 | 787-359-3745 |
| 44. Marco Morales Batista | 33929 | Dtto. Utuado | 49 | 787-207-6298 |
| 45. Ivette De Jesus Lopez | 36853 | Dtto. Loiza | 49 | 787-710-3270 |
| 46. Wilfredo Burgos Moyett | 37873 | Prec. 311 Bayamón | 49 | 787-718-6323 |
| 47. Cristian Centeno Rodríguez | 35595 | Carolina Sur | 49 | 787-243-3628 |
| 48. David Beauchamp | 29815 | 162 Rio Piedras | 49 | 939-232-3561 |
| 49. Luz Ocasio Vazquez | 28188 | Carolina Sur | 49 | 939-244-2169 |
| 50. Richard Ortiz Oyola | 29600 | Precinto Loiza | 49 | 787-691-0084 |
| 51. Jose D. Sanchez Cruz | 27218 | Dtto. Guayama | 49 | 787-399-2817 |
| 52. Ulises Villanueva Muñiz | 28695 | Ofic. Tribunal San Juan | 49 | 787-466-3323 |
| 53. Jose T. Flores Orellana | 35499 | Dtto. Caguas | 49 | 787-662-7649 |
| 54. Widalys Villalongo Cruz | 33875 | Veh. Hurtado Carolina | 49 | 787-690-0649 |
| 55. Rafael Santos Martinez | 22395 | 162 Rio Piedras | 49 | 787-396-6956 |
| 56. Abimael J. Colon Arroyo | 31757 | Inteligencia Ponce | 49 | 787-630-2591 |
| 57. Miguel A. Torres Fojo | 29261 | Distrito Barceloneta | 49 | 787-328-3372 |
| 58. Jose Santos Gomez | 34038 | FURA Piñones | 49 | 787-925-8795 |

## Candidatos Ascenso

| # | Nombre | ID | Ubicación | Edad | Teléfono |
|---|---|---|---|---|---|
| 59. | Rafael A. Rodriguez Reyes | 31704 | Division SAR | 49 | 787-381-3530 |
| 60. | Marisol Cruzado Nieves | 29318 | Oficina Enlace Tribunal San Juan | 49 | 787-225-7016 |
| 61. | Saul Valentin Ayala | 32765 | 162 precinto Rio Piedras | 49 | 787-624-3189 |
| 62. | Angel D. Ortiz Velazquez | 36481 | Distrito Gurabo | 48 | 939-388-2586 |
| 63. | Luis A. Yulfo Beltran | 33215 | Maritima Aguadilla | 47 | 787-235-3949 |
| 64. | Marilu Coss Flores | 30564 | DTTO San Lorenzo | 47 | 787-214-2371 |
| 65. | Adiemarie Rodriguez Joubert | 36440 | FURA San Juan | 44 | 787-342-1976 |
| 66. | Jeniffer Cartagena Ramos | 32448 | Strike Force Arecibo | 43 | 787-969-1266 |
| 67. | Rafael A. Cabrera Ramos | 20101 | Autopista Ceiba | 42 | 787-218-7242 |



**GOBIERNO DE PUERTO RICO**
DEPARTAMENTO DE SEGURIDAD PÚBLICA

ALEXIS TORRES
SECRETARIO

### CERTIFICACIÓN DE COMPARECENCIA

CERTIFICO que, en el día de hoy, el Agte. Edgardo Rivera compareció a una reunión en la Oficina de Asuntos Legales del Departamento de Seguridad Pública en donde fue entrevistado por este servidor como parte de unas conversaciones sobre procesos apelativos pendientes. El agente Rivera estuvo en el Departamento desde 2:00pm hasta 4:50pm.

En San Juan, Puerto Rico a 17 de mayo de 2024.

Lcdo. Miguel Candelario Piñeiro
Director Ejecutivo
Oficina de Asuntos Legales
Departamento de Seguridad Pública

Autorizado por la Oficina del Contralor Electoral OCE-SA-2024-01062

CAPITAL CENTER II | 235 AVE ARTERIAL HOSTOS STE 103 | HATO REY PR 00918

787.903.5602    www.dsp.pr.gov

