OFFICE OF THE FPMPR LLC.
B-5 Calle Tabonuco Suite 216 PMB 292
Guaynabo, Puerto Rico 00968

June 3, 2024

Professional services rendered by the members of the Office of the FPMPR LLC. For May 2024:

| NAME | AMOUNT | MONTH |
| --- | --- | --- |
| 1.  John Romero | $17,916.66 | May 2024 |
| 2.  Spece | $ 2,579.20 | May 2024 |
| 3.  The & Group LLC (Javier González) | $12,411.96 | May 2024 |
| 4.  Altai Atlantic Consulting LLC (Dr. David Levy) | $ 9,652.50 | May 2024 |
| 5.  Denise Rodriguez | $15,833.33 | May 2024 |
| 6.  Viota & Associates CPA LLC | $     500.00 | May 2024 |
| 7.  Donald S. Gosselin | $ 9,900.00 | May 2024 |
| 8.  Al Youngs | $ 9,900.00 | May 2024 |
| 9.  Rafael E. Ruiz | $ 8,745.00 | May 2024 |
| 10. Scott Cragg | $ 9,446.25 | May 2024 |
| 11. AB - AG Law LLC (Lcdo. Roberto Abesada) | $16,000.00 | May 2024 |
| 12. Rita J. Watkins | $ 7,012.50 | May 2024 |
| 13. M Serrano LLC | $ 2,310.00 | May 2024 |
| 14. HQ Consulting LLC | $11,500.00 | May 2024 |
| 15. Korber Group | $ 1,323.16 | May 2024 |
| 16. Samantha Rhinerson | $ 3,250.00 | May 2024 |
| 17. Claudia Cámara | $ 3,070.00 | May 2024 |
| 18. Manuel Arroyo | $ 1,150.00 | May 2024 |
| 19. Hipolito Castro Jr | $ 9,570.00 | May 2024 |
| 20. Stephanie Leon | $ 4,545.00 | May 2024 |
| 21. Iñigo Galanes | $ 1,485.00 | May 2024 |
| **TOTAL:** | **$158,100.56** | May 2024 |