# INVOICE

**Spece**
1225 Juan Ponce de Leon
San Juan, PR 00907

info@spece.com
787-417-7300
www.spece.com



## Office of the FPMPR LLC

**Bill to**
Office of the FPMPR LLC

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Invoice details**

Invoice no.: INV - 23446
Invoice date: 07/01/2024
Due date: 07/01/2024

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|------|--------------------|-------------|-----|------|--------|
| 1. | | **Private Office** | Private Office Suite - Office 15, $2,300.00, Jul 1, 2024 - Jul 31, 2024 | 1 | $2,300.00 | $2,300.00 |
| 2. | | **One-off Fees** | Telephone Service, $60.00, Jul 1, 2024 - Jul 31, 2024 | 1 | $60.00 | $60.00 |
| 3. | | **One-off Fees** | Garage Parking, $120.00, Jul 1, 2024 - Jul 31, 2024 | 1 | $120.00 | $120.00 |

|  |  |
|--|--|
| Subtotal | $2,480.00 |
| Sales tax | $99.20 |
| **Total** | **$2,579.20** |