# THE & GROUP LLC.

Las Ramblas
71 Calle Montjuic
Guaynabo , PR 00969

## INVOICE

INVOICE NUMBER: 134
INVOICE DATE: MAY 31, 2024

Federal Police Monitor

San Juan, PR

Invoice for Javier B Gonzalez Professional Services as Administrative Director

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| MAY-01-24 | Administrative Director | Team Visit, May 1 Demonstrations, Coordination of Team Visit | 8.00 | $125.00 | $1,000.00 |
| MAY-01-24 | Administrative Director | Office of the TCA monthly storage payment. | | | $228.43 |
| MAY-02-24 | Administrative Director | Team Visit, Meetings with the Monitor (SWAT, DOT), Meeting with USDOJ and PRPB, Coordination of Team Visit | 8.00 | $125.00 | $1,000.00 |
| MAY-03-24 | Administrative Director | Work with Team April Invoices and communications with the Monitor and Team members. | 4.00 | $125.00 | $500.00 |
| MAY-04-24 | Administrative Director | Promotion Exam at the Academy | 5.00 | $125.00 | $625.00 |
| MAY-06-24 | Administrative Director | Promotion Exam at the Academy (Test Correction). Communications with the Monitor. | 8.00 | $125.00 | $1,000.00 |
| MAY-07-24 | Administrative Director | Work with Administrative Matters, Work with Team April Invoices. Communications with the Court Clerk's office, Communications with CPA. | 5.50 | $125.00 | $687.50 |
| MAY-09-24 | Administrative Director | Executive Team meeting, PRPB Interviews follow up, Communications with Team members, Team April Invoices. | 3.50 | $125.00 | $437.50 |
| MAY-10-24 | Administrative Director | Work with administrative matters and final review of April Invoices. Coordination of meeting with PRPB and Community Members. | 3.00 | $125.00 | $375.00 |
| MAY-11-24 | Administrative Director | CICs Central Committee Meeting at Humacao | 4.00 | $125.00 | $500.00 |
| MAY-13-24 | Administrative Director | Biweekly Meeting with PRPB, USDOJ, and Special Master, Meeting with Dominican Community Organization, | 4.00 | $125.00 | $500.00 |
| MAY-14-24 | Administrative Director | Town Hall Meeting Coordination (Visit Hotel in Aguadilla). Community Meeting in San Juan. | 8.00 | $125.00 | $1,000.00 |
| MAY-15-24 | Administrative Director | Work with Team Travel Expenses Invoices, Communications with Team Members, Review of communications sent to the Office. | 3.50 | $125.00 | $437.50 |
| MAY-16-24 | Administrative Director | Weekly Executive Team Meeting, Work with Team Travel Expenses, Town Hall Meeting Coordination. | 4.50 | $125.00 | $562.50 |

INVOICE NUMBER: 134

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| MAY-16-24 | Administrative Director | Office of the TCA Adobe Account | | | $47.98 |
| MAY-17-24 | Administrative Director | Town Hall Meeting Coordination, Communications with Team Memebrs. Review of Communications. | 2.50 | $125.00 | $312.50 |
| MAY-20-24 | Administrative Director | Bi weekly Team Meeting, Communications witht the Monitor, and Review of communications sent to the office email. | 2.00 | $125.00 | $250.00 |
| MAY-21-24 | Administrative Director | Focus group and PRPB Interviews follow up, Review of communications to the office email by citizens. | 1.50 | $125.00 | $187.50 |
| MAY-23-24 | Administrative Director | Weekly Executive Team Meeting and communications with the Monitor and Team Members. | 2.00 | $125.00 | $250.00 |
| MAY-24-24 | Administrative Director | Communications with the Monitor, PRPB Officers and Team members. | 1.50 | $125.00 | $187.50 |
| MAY-25-24 | Administrative Director | Community Counsels activity in Hatillo, Communications with he Monitor. | 4.50 | $125.00 | $562.50 |
| MAY-28-24 | Administrative Director | 253 Meeting, Communications with the Monitor and Team members. | 2.00 | $125.00 | $250.00 |
| MAY-29-24 | Administrative Director | Communications with the Monitor. | 0.50 | $125.00 | $62.50 |
| MAY-30-24 | Administrative Director | Executive Team weekly Meeting, Communications with Team members, Town Hall follow up, Caguas area CIC Community Meeting in Cidra. | 4.50 | $125.00 | $562.50 |
| MAY-31-24 | Administrative Director | I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0.00 | $125.00 | $0.00 |
| MAY-31-24 | Administrative Director | Aguadilla Town Hall Meeting Promotional Flyers to be distributed around PRPB area precincts. | | | $635.55 |
| | | Gasoline Expense | | | $250.00 |
| | | Total amount of this invoice | | | $12,411.96 |

MESSAGE

Javier B Gonzalez May 31, 2024

# Transaction Details
### Card Ending - 31000

**Business Services - Office Supplies**

# Southern Self StoragSANTURCE PR

# $228.43

May 1, 2024

On your statement as Southern Self StoragSANTURCE PR



## Transaction Details

SOUTHERN SELF STORAGE SAN JUAN

 (787) 339-2574

**Doing Business As**

SOUTHERN SELF STORAGE SAN JUAN

**Date Processed**

May 2, 2024

**Transaction Reference Number**

320241230518746837

# Transaction Details
## Card Ending - 12001

**Merchandise & Supplies - Mail Order**

# ADOBE WEBSALES 800-833-6687

# $47.98

May 16, 2024

On your statement as ADOBE Adobe Systems SAN JOSE CA

---

**$0.48 Reward Dollars**



# Transaction Details

ADOBE WEBSALES 800-833-6687

  (800) 833-6687

  https://www.adobe.com/in/about-adobe/co...

**Doing Business As**

ADOBE WEBSALES 800-833-6687

**Date Processed**

May 17, 2024

# Office DEPOT
# OfficeMax

SAN JUAN - (787) 294-0300
05/31/2024   8:53 AM



VPVT533PU4Y66E4EE

SALE          6667-5-5814-987573-24.4.2
         Subtotal:           635.55

Order Management Invoice # 3698129680011
Approval Code: 999999
------------------------------------------
-----
114318   JDA GMILL ORDE        635.55 E
              Total:           635.55
     Discover Card 5815:       635.55

AUTH CODE 03161R
TDS Chip Read
AID A0000001523010    Discover Credit
TVR 0080008000
CVS No Signature Required
------------------------------------------
CONTROL:        23MSW-6N9X1
   OD
Shop online at www.officedepot.com
******************************************
     WE WANT TO HEAR FROM YOU!
      Visit survey.officedepot.com
      and enter the survey code below
            16VN B7K3 4P6D
        or scan the below QR code



******************************************