

# Invoice

**Altai Atlantic Consulting LLC**

828 Snowden Hallowell Way, Alexandria VA 22314

**Date:** 06/02/24
**Invoice #:** 01-053

**To:** Office of the Federal Police Monitor of Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
Tel. 787-417-9098

| Fee Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|
| **Total Fees Payable For Services Rendered by Dr. David Levy** | 58.5 | 165 | **$9,652.50** |

### Work Performed in the Continental United States

| Date | Activity Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 5/1/24 | CMR-11 Data request 1.2 | 6.0 | 165 | $990.00 |
| 5/2/24 | CMR-11 Data request 1.2 Supplemental samples with new data | 4.5 | 165 | $742.50 |
| 5/4/24 | Review of PRPB self-assessment report and FPMPR comments matrix | 4.0 | 165 | $660.00 |
| 5/5/24 | Memo on updates to data request sequence and timeline | 5.5 | 165 | $907.50 |
| 5/10/24 | Mics. Communication re: data for CMRs 10 & 11 | 2.5 | 165 | $412.50 |
| 5/13/24 | Biweekly call - FPM & PRPB : Document Production | 0.5 | 165 | $82.50 |
| 5/13/24 | CMR-10 Methodology Appendix | 5.5 | 165 | $907.50 |
| 5/17/24 | CMR-11 Community policing and internal investigations data support | 3.0 | 165 | $495.00 |
| 5/19/24 | Review and proposal of methodology related to paragraphs 218-220 | 4.0 | 165 | $660.00 |
| 5/20/24 | Biweekly team call | 0.5 | 165 | $82.50 |
| 5/20/24 | Communication re: Memo on updates to data request sequence and timeline | 3.0 | 165 | $495.00 |
| 5/22/24 | Communication re: community alliance data and samples | 2.5 | 165 | $412.50 |
| 5/25/24 | Review/revision of master data request language, esp. for interview items | 5.5 | 165 | $907.50 |
| 5/26/24 | Data request maintenance guidance | 6.0 | 165 | $990.00 |
| 5/29/24 | Communication re: community alliance data and samples | 0.5 | 165 | $82.50 |
| 5/29/24 | CMR-11 Data request 2.1 | 2.0 | 165 | $330.00 |
| 5/30/24 | Cleaning data provided by PRPB for request 1.2 | 2.0 | 165 | $330.00 |
| 5/31/24 | Mic. End of month admin | 1.0 | 165 | $165.00 |
|  |  |  | 165 | $0.00 |
|  |  |  | 165 | $0.00 |
|  |  |  | 165 | $0.00 |

|       |       | 165  | $0.00     |
|-------|-------|------|-----------|
| Total |       | 58.5 | $9,652.50 |

**Total Fee Payable**    **$9,652.50**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

*[signature]*

**Dr. David Levy**

06/02/24

**Date**