# INVOICE

| | | |
|---|---|---|
| **DATE** | **INVOICE NO** | **Denise Rodriguez** |
| 6/1/2024 | #044 | 3003 San Sebastian St. |
| | | Mission, TX 78572 |
| | | denise@innovatepolicing.com |

**INVOICE TO**
Puerto Rico Chief Federal Monitor

**INVOICE PERIOD**
May 1 - 31, 2024

**DUTIES AND RESPONSIBILITIES**                                                       **TOTAL DUE $15,833.33**

- Conducted monthly one-on-one meetings with subject matter experts
- Coordinated and conducted weekly Monitoring Executive Team meetings
- Coordinated and conducted biweekly document production meetings with the Parties
- Conducted biweekly meetings with Research Analyst
- Participated in biweekly meetings with staff and PRPB reform staff assigned to each section
- Reviewed and approved the review of several policies submitted to the Monitor's Office by PRPB as per Paragraph 229 of the Agreement
- Worked with the Research Analyst to draft and finalize the schedule for the June site visit
- Coordinated and oversaw the submission and receipt of various data requests for CMR-11
- Participated in various calls with PRPB and Monitoring team members
- Worked with the Data Analyst and PRPB to make changes to the data requests
- Participated in April/May site visit
- Review final drafts of focus group reports delivered by IPSOS and approved distribution to parties
- Finalized the draft CMR-10 report which was delivered to the parties
- Continued coordination with NYPD and PRPB regarding a peer to peer site visit
- Participated on calls with AHDatalytics and the parties re status updates
- Participated on calls with the parties to discuss promotions process
- Participated on calls with FPM executive team to discuss promotions review/monitoring process
- Reviewed and provided response to the Parties comments on CMR-10 draft
- Reviewed final changes to the community policing methodology.

Flat Rate Total Wages*                                                                                  $15,833.33
**Total Due**                                                                                            $ 15,833.33

*The total amount is a flat rate. The total monthly is $15,833.33 for an annualized amount of $190,000.00

_Denise Rodriguez_                                                                                        June 1, 2024
**Denise Rodriguez, Chief Deputy Monitor**                                                                Date

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.