# Viota & Associates CPA LLC

| Invoice #: | Invoice Date | Page |
|---|---|---|
| 202400343 | 05/31/2024 | 1 of 1 |

(787) 296-9060 | mforteza@viotacpa.com

Bill To:

**OFFICE OF THE FPM, LLC**
1225 AVENIDA JUAN PONCE DE LEON
SAN JUAN, PR  00907

| | |
|---|---|
| Please pay by | 05/31/2024 |
| Invoice Total | $500.00 |

For professional service rendered as follows:

Accounting Services - 4.00 hours @ 125 per hour

| Date | Staff | Activity | Hours | Units |
|---|---|---|---|---|
| 05/07/24 | Forteza, Maria | Prepare checks to: US Clerk (return check for March services) and Check to HQ Consulting (Jose Hidalgo) | 0.25 | |
| 05/08/24 | Forteza, Maria | ACH Vendor payments - March Services and travel expenses | 1.00 | |
| 05/09/24 | Forteza, Maria | ACH Vendor payments 2nd + PS withholding deposit | 0.50 | |
| 05/13/24 | Forteza, Maria | Process ACH payment - IPSOS | 0.25 | |
| 05/24/24 | Forteza, Maria | ACH Pan a Ladrillo (Samuel Bezares) | 0.25 | |
| 05/31/24 | Malave, Adianis | Accounting Services — Download Services Invoices to Dropbox, Review Services Invoices, calculated withholdings, invoices in Excel, Post invoices in and Sage, Bank Reconciliation | 1.75 | |

| | Total Amount | 500.00 |
|---|---|---|
| | **Invoice Total** | **$500.00** |

Additional information

Invoices are due upon receipt. Your prompt payment is appreciated.