| | |
|---|---|
| **Name:** | Donald S. Gosselin, d/b/a Gosselin Int'l Associates, division of MBG North Corp#1193 |
| **Invoice Date** | 5/31/24 |
| **Invoice Period** | 1 - 31 MAY 2024 |

| Date | Task(s) | Rate | Hours | Amount |
|---|---|---|---|---|
| 05/01/24 | In-Country SJU | $ 165.00 | 8 | $ 1,320.00 |
| 05/02/24 | In-Country SJU | $ 165.00 | 8 | $ 1,320.00 |
| 05/05/24 | Coordination, travel booking, convos with PRPB | $ 165.00 | 1.5 | $ 247.50 |
| 05/06/24 | Review Proposed June Site visit/comments | $ 165.00 | 2.5 | $ 412.50 |
| 05/07/24 | Complete Draft of CMR-10 | $ 165.00 | 8 | $ 1,320.00 |
| 05/10/24 | Telcon with Chief | $ 165.00 | 0.25 | $ 41.25 |
| 05/14/24 | Clear up CMR10/Sam/John/Denise calls/texts/email | $ 165.00 | 4 | $ 660.00 |
| 05/15/24 | TC prep and execution with NPPR Team | $ 165.00 | 1.5 | $ 247.50 |
| 05/16/24 | Review Draft CMR-10, edits, rewrite, multiple team comm | $ 165.00 | 8 | $ 1,320.00 |
| 05/17/24 | Cross June check trip activities and interviewees/goals | $ 165.00 | 3 | $ 495.00 |
| 05/19/24 | Check CMR-10 entirely, write email to bosses | $ 165.00 | 3.5 | $ 577.50 |
| 05/20/21 | Anon Complaint to SARP, drug testing, analysis, multiple c | $ 165.00 | 6 | $ 990.00 |
| 05/28/24 | Reread CMR-10 draft, prepare JR briefing memo | $ 165.00 | 3 | $ 495.00 |
| 05/29/24 | Monitor Database maintenance | $ 165.00 | 2.75 | $ 453.75 |
| **TOTAL Labor** | | | **60** | **$ 9,900.00** |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

**Signature:**     \<Donald S. Gosselin\> signature          **Date:**     5/31/24