

**Al Youngs**
**5552 West Lakeridge Rd**
**Lakewood, CO 80227**

May 1 to May 31, 2024
Invoice No. 61
Member of Federal Monitor Team

| Date | Brief Description | Total Hours |
|---|---|---|
| 5/4<br>5/5<br>5/8<br>5/11<br>5/13<br>5/16<br>5/17<br>5/18<br>5/19<br>5/24<br>5/26<br>5/28 | Reviewed and responded to emails and conference calls for the month of May | 7.0 Hours |
| 5/6<br>5/7<br>5/8<br>5/9<br>5/11<br>5/14<br>5/17<br>5/24<br>5/29<br>5/30<br>5/31 | Several meetings and phone calls with Monitor and Deputy Monitor. | 3.0 Hours |
| 5/3 | Reviewed emails and documents reference exam for LT1 | 2.0 Hours |

| Date | Description | Hours |
|---|---|---|
| 5/4 | Reviewed all Inspections Data | 3.0 Hours |
| 5/8 | Review Box PRPB data production | 2.0 Hours |
| 5/12 | Reworked Paragraph 16 and 17 | 3.0 Hours |
| 5/13 | Additional rework of Paragraph 16 and 17 | 1.0 Hours |
| 5/13 | Reviewed OG213 and related PPR's and submitted comments to prepare for meeting with Eily Molina | 2.0 Hours |
| 5/14 | Zoom call with Eily Molina and Captain Acevedo | 1.0 Hours |
| 5/15 | Rereviewed data list requests | 2.0 Hours |
| 5/16 | Reviewed announcement for LT1 | 2.0 Hours |
| 5/17 | Submitted training recommendations for Leiutenants and Captains | 3.0 Hours |
| 5/18 | Rereviewed list of candidates who did not qualify to take LT1 examination | 1.0 Hours |
| 5/19 | Reviewed qualifications of candidates who qualified to take LT1 examination | 2.0 Hours |
| 5/19 | Reviewed Box PRPB data production | 3.0 Hours |
| 5/19 | Reviewed motions filed with Federal Court by Monitor's Office | 1.0 Hours |
| 5/20 | Submitted CMR-10 comments to Federal Judge for Joh Romero's June Presentation | 3.0 Hours |
| 5/20 | Reviewed qualifications and training for Promotional Board | 2.0 Hours |
| 5/29 | Reviewed correspondence by Roberto and Tom Petrowski | 2.0 Hours |
| 5/29 | Reviewed Box PRPB data production | 3.5 Hours |
| 5/29 | Rereviewed CMR-6, 8 on recruitment | 2.0 Hours |
| 5/30 | Reviewed notes from 253 meeting | 1.0 Hours |
| 5/30 | Rereviewed Recruitment, Supervision, and Professionalization documents for CMR-10 | 3.5 Hours |
| 5/31 | Rereviewed consolidated 90 days status report by PRPB | 3.0 Hours |
| 5/31 | Rereviewed comments reference LT1 examination and test questions by legal advisor | 2.0 Hours |

**TOTAL HOURS:**      **60.0**

Billable Hours: 60 Hours at a Rate of $165.00 Per Hour =    $9,900.00

**TOTAL:**    **$9,900.00**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_____  
Signature

5/31/24  
**Date**