# Rafael Ruiz Consulting

**12 Crestshire Dr.**
**Lawrence, MA 01843**

**PHONE: 6177599156    stodgo1971@yahoo.com    12 Crestshire Dr.**

## INVOICE

INVOICE NUMBER: 2024-05
INVOICE DATE: 5/31/2024

Federal Police Monitor for PR
VIG Tower, PH-924
1225 Ponce De Leon Ave.
San Juan, PR 00907

RAFAEL E. RUIZ CONSULTING

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---:|---:|---:|
| | | PROJECT: FPM work from Home | | | |
| 5/3/2024 | FPM work from Home | Analyze/Prep CMR-10 1st Draft | 9.00 | $165.00 | $1,485.00 |
| 5/4/2024 | FPM work from Home | Analyze/Prep CMR-10 1st Draft | 13.50 | $165.00 | $2,227.50 |
| 5/14/2024 | FPM work from Home | Zoom meeting with PRPB S&S project managers | 0.75 | $165.00 | $123.75 |
| 5/14/2024 | FPM work from Home | Zoom meeting with PRPB Policies and Procedures Project managers | 0.75 | $165.00 | $123.75 |
| 5/20/2024 | FPM work from Home | FPM Team biweekly meeting | 0.50 | $165.00 | $82.50 |
| 5/27/2024 | FPM work from Home | Prep CMR-10 S&S Section summary report for Fed Court Hearing | 3.50 | $165.00 | $577.50 |
| | | TOTAL: FPM work from Home | | | $4,620.00 |
| | | PROJECT: FPM work from PR (Site Visits) | | | |
| 4/29/2024 | FPM work from PR (Site Visits) | Prepare CMR-10 Draft (work while at hotel 8:30pm-10:30pm) | 2.00 | $165.00 | $330.00 |
| 4/30/2024 | FPM work from PR (Site Visits) | Site visit to PR: Interviews, inspections | 8.00 | $165.00 | $1,320.00 |
| 4/30/2024 | FPM work from PR (Site Visits) | Work on CMR-10 1st Draft (worked at hotel 8:30pm-10:45pm) | 2.25 | $165.00 | $371.25 |
| 5/1/2024 | FPM work from PR (Site Visits) | Analyze/Prep CMR-10 1st Draft | 8.00 | $165.00 | $1,320.00 |
| 5/1/2024 | FPM work from PR (Site Visits) | Analyze/Prep CMR-10 1st Draft (work from hotel 7:30pm-10:45pm) | 3.25 | $165.00 | $536.25 |
| 5/2/2024 | FPM work from PR (Site Visits) | Analyze/Prep CMR-10 1st Draft (Work while at airport in PR 5:00pm-6:30pm) | 1.50 | $165.00 | $247.50 |
| | | TOTAL: FPM work from PR (Site Visits) | | | $4,125.00 |
| | | Total hours for this invoice | 53.00 | | |

| INVOICE BALANCE INFORMATION | |
|---|---:|
| Total amount of this invoice | $8,745.00 |

| INVOICE BALANCE INFORMATION (Cont'd.) | |
|---|---|
| Current invoice balance | $8,745.00 |

| |
|---|
| AMOUNT DUE ON THIS INVOICE: $8,745.00 |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of the hours worked in my capacity as a member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_Rafael E. Ruiz_
Rafael E. Ruiz

Date: 5/31/24