INVOICE 0111L - LABOR FOR PROFESSIONAL SERVICES; MAY 1-31, 2024
RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC

TO: Federal Monitor
Puerto Rico Police Department Consent Decree

Attached below please find the details for professional services rendered by Scott Cragg (Monitoring Core Team) for May 2024:

| | | | | |
|---|---|---|---|---|
| Name: | Scott Cragg | | | |
| Invoice Date: | 5/31/24 | | | |
| Invoice Period: | 5/1-31/24 | | | |

| Date | Task(s) | Rate | Total Hours | Total Amount |
|---|---|---|---|---|
| 5/1/24 | On-site | $165.00 | 8 | $1,320.00 |
| 5/2/24 | On-site | $165.00 | 8 | $1,320.00 |
| 5/4/24 | Prepare Invoice April Labor, Prepare Invoice April Expenses x 2, collect and request all receipts, continue revision of monitoring data call registry | $165.00 | 2.5 | $412.50 |
| 5/6/24 | Review IT Organizational Diagram and Staffing provided by Penagaricano on 4/12 via email, compare and crosswalk with PRPB CIO email WRT BT staffing from 11/7/23, prep a data call element to map personnel to the organization, review emails and PPR 411.1 | $165.00 | 4 | $660.00 |
| 5/9/24 | Review NYPD on-site visit planning with Monitor. Clear email correspondence with Deputy monitors on AHD monthly and Gartner status update on PMO and RMS coverage, attend AHD monthly status review, attend Gartner status review RMS and PMO, clear email review of DoJ assessment of RMS Vendor demos, review Commonwealth commitment to contract with Gartner for option phases. provide email response to Commonwealth Attorney. Review Gartner weekly status report. | $165.00 | 2.25 | $371.25 |
| 5/10/24 | Coordinate with Community Policing monitor on compliance level of Community Policing Module and data following Dialog with AHD and PRPB | $165.00 | 0.25 | $41.25 |
| 5/12/24 | Finalize review of Commonwealth's Oct 23-March 24 Self-Assessment Report, crosswalk with April 23-Sep 23 (18th Status Report) for consistency. Review NIBRS materials provided by Special Masters office on 4/1/24 | $165.00 | 2.25 | $371.25 |
| 5/14/24 | Review M. Serrano assessment of Community Policing Module following AHD monthly report notification of PRPB's claim that the Community Policing Module is Fully Compliant. The monitor's position is that the Module is non-functioning as intended and the data is incomplete. | $165.00 | 0.25 | $41.25 |
| 5/16/24 | Review of CMR-10 version provided to the Commonwealth to ensure accuracy and version control. Clear emails from monitors on CMR-10 | $165.00 | 1 | $165.00 |

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 5/20/24 | Bi-Weekly Team Mtg with the Monitor, review monitor provided background from DOJ concerning grants for statistical analysis initiatives, multiple failed attempts to register into PRPB Service Integration Portal. Prepare data call RFI's and RFP's for CMR-11, Review Levy proposed method for collecting and requesting data from PRPB, review data calls to consider alternative methods for monitoring | $165.00 | 4.25 | $701.25 |
| 5/21/24 | Complete migration of on-site monitoring observations and notations into IT Data call tracker | $165.00 | 2.5 | $412.50 |
| 5/23/24 | Attend Gartner Weekly Status review with PRPB on RMS, review on-site scheduling planning, coordinate final onsite schedule June, | $165.00 | 1.5 | $247.50 |
| 5/26/24 | Review Gartner weekly report, contact Gartner on 2nd round of RMS on-site demonstrations. Review media reports provided by Monitors Office. Begin draft of Federal Monitors IT Talking Points for the June status Conference. | $165.00 | 2.25 | $371.25 |
| 5/28/24 | Review Gartner related emails on RMS Prep/questions for vendors, scheduling on-site, review consolidated list of questions for applicability, coordinate with DoJ on attendance. Reschedule and rebook all travel reservations in June to accommodate PRPB RMS Demo changes | $165.00 | 5.5 | $907.50 |
| 5/29/24 | Review correspondence/positions between DoJ, the Commonwealth regarding RMS Demonstrations. Review and reconcile/accept TCA on-site invites. Finalize travel changes for On-site RMS demos. Review Gartner weekly status report, review CMR-10 in prep for making final edits | $165.00 | 3.75 | $618.75 |
| 5/30/24 | Attend Gartner weekly with the Commonwealth, review Weekly report, rebook travel following rescheduling decision made for RMS demonstrations. Review materials coordinating RMS Demo's, examine Gartner provided templates, review Commonwealth draft invitations to vendors. | $165.00 | 4.5 | $742.50 |
| 5/31/24 | Review and respond to correspondence Gartner, deputy monitor, scheduling of demos, attendee lists. Complete first iteration of Master List IT Data Calls/RFI. Forward to David Levy for review. Complete Labor Invoicing May 2024. | $165.00 | 4.5 | $742.50 |
| **TOTAL Labor** | | | **57.25** | **$9,446.25** |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

**Signature:** *[signature]*

**Date:** 5/31/24