# INVOICE

**DATE:**
June 1, 2024

**INVOICE #**
06-1-24

**CUSTOMER ID:**
United States of America v. Commonwealth of PR
Civil No. 12-2039 (FAB)

**TO:** FPMPR LLC
VIG Tower PH 924
1225 Ponce de Leon
San Juan, PR 00907

| SERVICE PROVIDER | JOB | FEES | INVOICE PERIOD |
|---|---|---|---|
| AB-AG LAW LLC | LEGAL SERVICES | MONTHLY FLAT FEE | May 2024 |

**DESCRIPTION**

Review and respond to emails and calls from monitor team and/or counsel of record.

Review and analyze motions filed and orders issued. Communications with monitors related thereto.

Review and respond to legal consultations via email and phone from Monitor and his team.

Prepare and attend meetings with the team.

Communications with special master and/or the parties. Communications with monitors related thereto.

Meetings with paralegal and supervision of paralegal's work.

Work on invoices, calls with J. Gonzalez, and prepare and file motions for disbursement of funds.

Work on Gartner invoice, motion, and other Gartner related matters.

Meeting at PRPB to review lieutenant candidate files.

Revisions to checklist of compliance items related to civil contempt order. Communications with special master and monitor regarding the same.

Review anonymous letter to court. Communications with monitor related thereto.

Meeting with monitor and special master about civil contempt order and next steps.

Revise court order compliance plan and communications with OSM.

Meeting at PRPB to revise exam questions for candidates who will take the exam on 5/28.

Prepare for and attend 253 meeting.

Review comments from the parties re: draft CMR-10.

Working on Gartner matters and contract amendment and scope of work.

**TOTAL INVOICE AMOUNT: $16,000**

I HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN MY CAPACITY AS A MEMBER OF THE FEDERAL MONITORING TEAM. I FURTHER CERTIFY THAT I HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH OF PUERTO RICO, OR ANY OF ITS DEPARTMENTS OR AGENCIES.

**MAKE ALL CHECKS PAYABLE TO AB-AG LAW LLC**
Thank you for your business!

**1357 ASHFORD AVE #2 -184 | SAN JUAN, PR 00907 | PHONE: (787) 948-5131 | EMAIL RABESADA@FPMPR.ORG**

2