| Name: | Rita J. Watkins |
|---|---|
| Invoice Date: | 5/31/2024 |
| Invoice Period: | May 1-31, 2024 |

| Date | Task(s) | Rate | Total Hours | Total Amount |
|---|---|---|---|---|
| 5/1/2024 | On-site visit and work | $ 165.00 | 8 | $ 1,320.00 |
| 5/2/2024 | On-site visit and work | $ 165.00 | 8 | $ 1,320.00 |
| 5/4/2024 | Write on CMR-10/edits | $ 165.00 | 2 | $ 330.00 |
| 5/6/2024 | Telecons and emails from monitors and parties | $ 165.00 | 2 | $ 330.00 |
| 5/7/2024 | Review PPR's:118/701 | $ 165.00 | 3 | $ 495.00 |
| 5/14/2024 | CMR-10 talking points preperation | $ 165.00 | 2 | $ 330.00 |
| 5/14/2024 | Telecons and emails from monitors and parties | $ 165.00 | 1 | $ 165.00 |
| 5/15/2024 | Review Captain's Curriculum Course (80 hours) | $ 165.00 | 4 | $ 660.00 |
| 5/15/2024 | Review Lieutenant's Curriculum Course (40 hours) | $ 165.00 | 3 | $ 495.00 |
| 5/17/2024 | Review IGPD 6012R | $ 165.00 | 4 | $ 660.00 |
| 5/20/2024 | Team meeting | $ 165.00 | 1 | $ 165.00 |
| 5/27/2024 | Reviewed talking points and forwarded | $ 165.00 | 0.5 | $ 82.50 |
| 5/27/2024 | Reviewed OG 627 - Investigation of DV Incidents | $ 165.00 | 1 | $ 165.00 |
| 5/29/2024 | Reviewed PPR's: 701 (FTO), OG 100.154 (COPOP), PPR 118.1, OG 630 (Hate Crimes) | $ 165.00 | 3 | $ 495.00 |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| **TOTAL** | | | **42.5** | **$ 7,012.50** |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Signature: *Rita J. Watkins*    Date: 5/31/2024