# INVOICE

22 Chalets de Santa Maria
San Juan, P.R. 00927
(787) 940-3090

**DATE:** 5/31/2024
**INVOICE #** 2024005
**FOR:** FPMPR/TCA

**BILL TO:**
**Office of the FPMPR, LLC**
VIG Tower, PH 924
1225 Ponce de Leon Avenue
San Juan, P.R. 00907

04/20/2024: PRPB

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Zoom calls/Team meetings: 5/13-PRPB focal meeting, 5/20-Team | 2.25 | $165.00 | $ 371.25 |
| emails-texts/phone calls: Denise, Claudia, Javi, Scott, Denise, Sam, Dave, Lt. Acevedo | 3.25 | $165.00 | $ 536.25 |
| 05/15/2024: Dave's final draft (CMR10) Reviewed/amended with tracked changes | 1.00 | $165.00 | $165.00 |
| 05/21/2024: CMR10 status conferece Talk points draft | 2.50 | $165.00 | $412.50 |
| 05/22/2024: Data 1.107 and 1.108 reviewed for June's interview scheduling/sort out issues and reply | 1.50 | $165.00 | $247.50 |
| 05/24/2024: PRPB's meeting- Inigo's minutes review/amend/clarify/send | 1.00 | $165.00 | $165.00 |
| 05/30/2024: 1.107 & 1.108 PRPB's amended submission review & interview selection/CMR Memo, Draft sections and Exec. Summary reviewed for DOJ's comments. | 2.50 | $165.00 | $412.50 |
| | 14.00 | | $ 2,310.00 |
| | | TOTAL | $ 2,310.00 |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities, or agencies.

Merangelie Serrano-Rios