

## Samantha Rhinerson
550 Amsonia Circle
Guyton, GA 31312
srhinerson99@outlook.com | 256-431-5324

| BILL TO | INVOICE # | DATE | DUE |
|---|---|---|---|
| Puerto Rico Chief Federal Monitor | 2024-05 | 5/31/2024 | 6/30/2024 |

| Date | Description | Hours | Rate | TOTAL |
|---|---|---|---|---|
| 05/01/2024 | 0.5 hour of CMR review and data request review | 0.50 | $100.00 | $50.00 |
| 05/02/2024 | 1.5 hour of travel planning and CMR review | 1.50 | $100.00 | $150.00 |
| 05/03/2024 | 1.5 hours of travel planning and CMR review | 1.50 | $100.00 | $150.00 |
| 05/04/2024 | 0.5 hour of travel planning and CMR review | 0.50 | $100.00 | $50.00 |
| 05/06/2024 | 2.0 hours of travel planning and CMR review | 2.00 | $100.00 | $200.00 |
| 05/07/2024 | 3.0 hours of CMR review | 3.00 | $100.00 | $300.00 |
| 05/08/2024 | 3.0 hours of CMR review and policy review facilitation | 3.00 | $100.00 | $300.00 |
| 05/09/2024 | 2.5 hours of CMR reivew and policy review facilitation | 2.50 | $100.00 | $250.00 |
| 05/10/2024 | 3.0 hours of CMR review | 3.00 | $100.00 | $300.00 |
| 05/11/2024 | 6.0 hours of CMR review | 6.00 | $100.00 | $600.00 |
| 05/13/2024 | 1.5 hours of travel planning | 1.50 | $100.00 | $150.00 |
| 05/14/2024 | 1.5 hours of CMR review | 1.50 | $100.00 | $150.00 |
| 05/15/2024 | 0.5 hour of travel planning | 0.50 | $100.00 | $50.00 |
| 05/16/2024 | 0.5 hour of travel planning | 0.50 | $100.00 | $50.00 |
| 05/20/2024 | 0.5 hour of travel planning | 0.50 | $100.00 | $50.00 |
| 05/21/2024 | 0.5 hour of memo development | 0.50 | $100.00 | $50.00 |
| 05/22/2024 | 0.5 hour of travel planning | 0.50 | $100.00 | $50.00 |
| 05/23/2024 | 1.5 hours of travel planning and policy review facilitation | 1.50 | $100.00 | $150.00 |
| 05/24/2024 | 0.5 hour of travel planning | 0.50 | $100.00 | $50.00 |
| 05/28/2024 | 0.5 hour of 253 meeting planning | 0.50 | $100.00 | $50.00 |
| 05/30/2024 | 1.0 hour of CMR comment compilation and policy review facilitation | 1.00 | $100.00 | $100.00 |

**TOTAL** $3,250.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.