**Office of the FPMPR LLC**

**VIG Tower, PH – 924**

**1225 Ave. Juan Ponce de León**

**San Juan, PR 00907**
**Name:** Claudia Cámara-León **Supervisor:** Javier Gonzales, Esq.

## Work Timesheet (May 2024)

| Date | Task | Total Hours |
|---|---|---|
| May 1, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. Assisted the monitoring team during their visit. | 7.0 |
| May 2, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. Assisted the monitoring team during their visit. | 7.0 |
| May 3, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| May 6, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| May 7, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| May 8, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| May 9, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |

| | | |
|---|---|---|
| May 10, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| May 13, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 6.5 |
| May 14, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| May 15, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| May 16, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| May 17, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| May 20, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| May 21, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| May 22, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |

| Date | Description | | Hours |
|---|---|---|---|
| May 23, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | | 7.0 |
| May 24, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | | 7.0 |
| May 28, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | | 7.0 |
| May 29, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | | 7.0 |
| May 30, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | | 7.0 |
| May 31, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | | 7.0 |

**Total, 153.5 hours for $20 = $3,070**

I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

Signature,
Claudia S. Cámara León

_____