# Manuel A. Arroyo Rivera

P.o Box 8925 Santurce Puerto Rico 00910    Cel 787-364-8925

Email marroyorivera20@gmail.com

Invoice  Month May  2024                                                                           Invoice #042

Federal Police Monitor   San Juan, PR

| Date | description | Hour | Rate | Amount |
|---|---|---|---|---|
| May-1-2024 | pick up the monitor and take them to different meetings of the day | 10 | $25 | $250.00 |
| May-2-2024 | pick up the monitor and take them to different meetings of the day | 10 | $25 | $250.00 |
| May-3-2024 | pick up the monitors at the hotel and take them to the airport | 8 | $25 | $200.00 |
| May-6-2024 | pick up check at the court and deposit it in the bank | 2 | $25 | $50.00 |
| May-7-2024 | pick up check at the court and deposit it in the bank | 2 | $25 | $50.00 |
| May-8-2024 | pick up the document and take it to the Viota office | 2 | $25 | $50.00 |
| May-9-2024 | Pick up Gartner check and mail it | 2 | $25 | $50.00 |
| May | Gas expenses | | | $250.00 |
| | | | | |
| | | | | Total $1,150.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |