| Name: | Hipolito Castro Jr |
|---|---|
| Invoice Date: | 5/31/24 |
| Invoice Period: | 05/01/2024 to 05/31/2024 |

| Date | Task(s) | Rate | Total Hours | Total Amount |
|---|---|---|---|---|
| 5/1/24 | Data and Policy Analysis | $ 165.00 | 2.00 | $ 330.00 |
| 5/2/24 | Commo and coordination | $ 165.00 | 3.00 | $ 495.00 |
| 5/3/24 | Data anc terviewes | $ 165.00 | 3.00 | $ 495.00 |
| 5/6/24 | Commo and coordination, Data and Policy Analysis/writing | $ 165.00 | 3 | $ 495.00 |
| 5/7/24 | Zoom interviewes | $ 165.00 | 6 | $ 990.00 |
| 5/10/24 | CMR-10 | $ 165.00 | 3.00 | $ 495.00 |
| 5/14/24 | Field Work, Puerto Rico | $ 165.00 | 2.00 | $ 330.00 |
| 5/16/24 | Commo and coordination, Data and Policy Analysis/writing | $ 165.00 | 2.00 | $ 330.00 |
| 5/17/24 | Commo and coordination, Data and Policy Analysis/writing | $ 165.00 | 3.00 | $ 495.00 |
| 5/18/24 | Data and Policy Analysis | $ 165.00 | 2.00 | $ 330.00 |
| 5/20/24 | Commo and coordination, Data and Policy Analysis/writing | $ 165.00 | 3.00 | $ 495.00 |
| 5/21/24 | Data and Policy Analysis | $ 165.00 | 3.00 | $ 495.00 |
| 5/23/24 | Commo and coordination, Data and Policy Analysis/writing | $ 165.00 | 2.00 | $ 330.00 |
| 5/24/24 | CMR-10 | $ 165.00 | 3.00 | $ 495.00 |
| 5/27/24 | Data and Policy Analysis | $165 | 2.00 | $ 330.00 |
| 5/28/24 | Data and Policy Analysis | $165.00 | 2.00 | $ 330.00 |
| 5/29/24 | Data and Policy Analysis | $165.00 | 2.00 | $ 330.00 |
| 5/30/24 | CMR-10 | $ 165.00 | 3.00 | $ 495.00 |
| 5/31/24 | Data and Policy Analysis | $165.00 | 2.00 | $ 330.00 |
| 05/01/2024 to 05 | Zoom meetings, emails and calls | $165.00 | 7 | $1,155.00 |

| TOTAL Labor | 58.00 | $ | 9,570.00 |
|---|---|---|---|
| **TOTAL** | | $ | 9,570.00 |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

**Signature:**                                                                 **Date:**

Hipolito Castro                                         5/31/24

**Commo and Coordination** consists of all writings and digital comms to/from Monitors, PRPB, USDOJ; Review compliance targets, document and data requests, logistics; scheduling, on-site planning & coordination, database development

**Data/Policy
Analysis, Writing**
Data concerns
CMR-10, OG 310,
OG 410, Draft
data requests,
review special
case, DSP
documents,
reporting on
interviews, due
process for
promo
candidates

**Field Work:**
Research
conducted in situ
(SJU)