**Stephanie Leon**  
*Paralegal*

1483 Ashford Avenue  
Apartment 901  
San Juan, PR 00907  
(832) 692-2475

INVOICE

INVOICE: 2024-6  
DATE: 6/01/2024

**TO:**  
Puerto Rico Chief Federal Monitor

**FOR:**  
Paralegal Services

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 05/01/2024 | -Read/responded emails<br>-Communication with Monitor Rafael Ruiz<br>-Emailed Attorney Esthermarie Lopez Torres to schedule a meeting (PRPB)<br>-Data Validation for CMR-10 3.2 | 2.25 | 90.00 | 202.50 |
| 05/03/2024 | -Read emails<br>-Read Order Finding the Commonwealth Defendants in Civil Contempt and Establishing Immediate Oversight<br>-Created worksheet/checklist of the Order<br>-Sent checklist to counsel Roberto Abesada<br>-Edited the checklist<br>-Data Validation CMR-10 3.2 | 5.25 | 90.00 | 472.50 |
| 05/05/2024 | -Read/responded emails<br>-Communication with team members<br>-Sent follow-up email to Attorney Esthermarie Lopez Torres (PRPB)<br>-Meeting regarding court ordered tasks relating to 12 lieutenants<br>-Data Validation CMR-10 3.2 | 2.50 | 90.00 | 225.00 |
| 05/08/2024 | -Read/edited Monitors Donald Gosselin and Rafael Ruiz's CMR-10 drafts<br>-Viewed and crossed check the compliance ratings against those in the previous reporting period for Monitor Donald Gosselin and Rafale Ruiz | 6.50 | 90.00 | 585.00 |
| 05/09/2024 | -Email exchanges with Monitor Denise Rodriguez<br>-Incorporated Monitor's comments to the CMR-10 drafts<br>-Emailed Samantha Rhinerson the edited drafts<br>-Communication with team members<br>-Data Validation CMR-10 3.2<br>-Extensive notes/transcript April 253 Notes | 5.75 | 90.00 | 517.50 |
| 05/10/2024 | -Read/responded emails<br>-Communication with team members<br>-Spoke with Attorney Esthermarie Lopez Torres (PRPB) | .25 | 90.00 | 22.50 |
| 05/11/2024 | -Data Validation CMR-10 3.2<br>-Sent Data to David Levy<br>-Communication with team members | 4.00 | 90.00 | 360.00 |
| 05/13/2024 | -Emailed and two phone calls with Sergeant Pablo Gonzalez (PRPB)<br>-Emailed Attorney Esthermarie Lopez Torres (PRPB) regarding 05/14/2024 meeting<br>-Communication with Monitor Rafael via phone call and emails<br>-Extensive notes/transcript April 253 Notes | 3.75 | 90.00 | 337.50 |
| 05/14/2024 | -Meeting to discuss Policies and Procedures with PRPB<br>-Meeting to discuss Search and Seizures with PRPB<br>-Communication with team members<br>-Emailed Joan Maldonado (PRPB) requesting an agenda for 05/15/2024 meeting<br>-Emailed Monitor Donald Gosselin | 3.50 | 90.00 | 315.00 |
| 05/15/2024 | -Emailed April 253 to Monitors John Romero and Denise Rodriguez<br>-Read emails from PRPBP<br>-Communication with team members<br>-Assisted Tom Petrowski with a table regarding the promotions<br>-Read notes sent by Claudia Camara regarding Donald Gosselin's meeting with PRPB; forwarded to monitor Denise Rodriguez | 2.00 | 90.00 | 180.00 |
| 05/16/2024 | -Read notes of 05/14/2024 meeting sent by PRPB (Aimee Cruz Montalvo)<br>-Read final versions of Monitors drafts<br>-Read emails by Gaby P. regarding physical impairment (PRPB counsel) | 2.25 | 90.00 | 202.50 |
| 05/20/2024 | -Read emails<br>-Read Biweekly agenda/Biweekly team meeting | 1.25 | 90.00 | 112.50 |
| 05/28/2024 | -May 253 Meeting<br>-Extensive notes/transcript of May 253 Meeting<br>-Read emails | 2.25 | 90.00 | 202.50 |
| 05/30/2024 | -Extensive notes/transcript of May 253 Meeting<br>-Emailed May 253 Notes to Monitors John Romero and Denise Rodriguez<br>-Prepared/emailed notes to receptive Monitors<br>-Read/responded to emails<br>-Communications with David Levy<br>-Revised BOX for requested data production of CMR-11 1.2<br>-CMR-11 1.2 Data Validation | 6.75 | 90.00 | 607.50 |
| 05/31/2024 | -CMR-11 1.2 Data Validation<br>-Emailed PRPB (Joan Maldonado; Esthermarie Torres; Pablo Gonzalez) regarding Monitors Rafael and Donnie's meetings for next week | 2.25 | 90.00 | 202.50 |
| | | **TOTAL 50.5 HRS @ $90** | | **$4,545.00** |

*S/ STEPHANIE LEON* **I HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN MY CAPACITY AS A MEMBER OF THE FEDERAL MONITORING TEAM. I FURTHER CERTIFY THAT I HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH, OR ANY OF ITS DEPARTMENTS, MUNICIPALITIES OR AGENCIES.**