**Inigo Galanes**
*Staff Assistant*

**INVOICE**

ADDRESS
Aboy St 605 Apt 1
San Juan, PR, 00907

INVOICE: 00012
DATE: 05/31/2024

**TO:**
Puerto Rico Chief Federal Monitor

**FOR:**
Professional Services

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 05/01/2024 | -Organized documents in the office<br>-Call with Luis Hidalgo<br>-Call with Cpt. Acevedo<br>-Read/sent emails | 7.0 | 20 | 140 |
| 05/02/2024 | -Organized documents in the office<br>-Call from Alan Youngs<br>-Call from Rafael Perez Torres<br>-Read/sent emails | 7.0 | 20 | 140 |
| 05/03/2024 | -Organized documents in the office<br>-Call from Alan Youngs | 7.0 | 20 | 140 |
| 05/04/2024 | -Attended 1st Lt examination<br>-Calls with Luis Hidalgo to assist on Memorandum<br>-Calls with John Romero | 6.0 | 20 | 120 |
| 05/05/2024 | -Calls with Luis Hidalgo | 0.5 | 20 | 10 |
| 05/06/2024 | -Attended 1st Lt exam corrections | 5.0 | 20 | 100 |
| 05/07/2024 | -Calls with Cpt. Acevedo, Eily Molina, Claudia Camara, and Hipolito Castro | 0.5 | 20 | 10 |
| 05/12/2024 | -Calls with Alan Youngs | 0.5 | 20 | 10 |
| 05/13/2024 | -Attended Community Engagement Meeting | 1.5 | 20 | 30 |
| 05/14/2024 | -Attended Recruitment/Professionalization/Supervision, Equal Protection, and Training Meetings | 2.25 | 20 | 45 |
| 05/24/2024 | -Read/sent emails<br>-Coordinated Supervision recurring meetings<br>-Uploaded documents to Box<br>-Organized documents in the office<br>-Call from Lt. Acevedo, Luis Hidalgo, John Romero<br>-UOF analysis for John Romero | 7.0 | 20 | 140 |
| 05/28/2024 | -Attended 1st Lt and Sgt exam revisions, and 1st Lt examination<br>-Drafted memorandum | 9.0 | 20 | 180 |
| 05/29/2024 | -Organized documents in the office<br>-Call from Luis Hidalgo<br>-Sent draft Town Hall Meeting flyer | 7.0 | 20 | 140 |
| 05/30/2024 | -Call from Luis Hidalgo, John Romero, Joan Maldonado<br>-Sent final Town Hall Meeting flyer<br>-CMR-10 par. 46 and 52 analysis for John Romero | 7.0 | 20 | 140 |

| | | | | |
|---|---|---|---|---|
| 05/31/2024 | -Printed copies of Town Hall flyer<br>-Uploaded documents to Box<br>-Organized documents in the office | 7.0 | 20 | 140 |
| | | **TOTAL 74.25 HRS @ $20 HR** | | **$1,485.00** |

*S/ INIGO GALANES*

**I HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN MY CAPACITY AS A MEMBER OF THE FEDERAL MONITORING TEAM. I FURTHER CERTIFY THAT I HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH, OR ANY OF ITS DEPARTMENTS, MUNICIPALITIES OR AGENCIES.**