## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO, et al.,**<br><br>Defendants. | CIVIL NO.: 12-cv-02039 |

### INFORMATIVE MOTION REGARDING PROMOTION ANNOUNCEMENT TO SECOND LIEUTENANT

**MAY IT PLEASE THE COURT:**

**COME NOW,** Codefendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau, through the undersigned attorneys, and very respectfully state and pray:

1. The purpose of this motion is to inform the Honorable Court of a development in connection with the most recent promotion announcement to second lieutenant posted by PRPB.

2. During the month of April 2024, the Commonwealth requested comments from the parties to a draft official promotion announcement to the rank of second lieutenant. The Monitor submitted comments on April 23, 2024.

3. The parties never held a conference to discuss the comments made by the Monitor.

4. On June 6, 2024, PRPB issued the official promotion announcement number 2024-2 for the rank of second lieutenant via communication number OS-1-4-199.[1]

5. On June 10, 2024, the Department of Public Safety (DSP), through Secretary Alexis Torres, issued communication number DSP-08-2024-219, to Commissioner Antonio López Figueroa, whereby it canceled promotion announcement 2024-2.[2]  In its directive, the DSP indicated that the announcement could be issued at a later date, after the comments of the Monitor be fully discussed by all parties in this case and a consensus is reached.

6. The parties are already in the process of coordinating a meeting to discuss the Monitor's comments.  The Commonwealth understands that the meeting will take place within the next two weeks.

7. The Commonwealth considers it important to keep the Court fully abreast of any significant development concerning promotions at PRPB for the sake of full transparency and in the spirit of the April 26, 2024 Order of the Court at ECF No. 2644.

---

[1] The Commonwealth does not include the announcement as it is in the Spanish language.  The document is in the process of being translated.
[2] The Commonwealth does not include the DSP's communication as it is in the Spanish language. The document is in the process of being translated.

**WHEREFORE,** Defendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau respectfully request this Honorable Court to take notice of the above.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

In San Juan, Puerto Rico, today, June 11, 2024.

**CANCIO, NADAL & RIVERA, L.L.C.**
P.O. Box 364966
San Juan, Puerto Rico 00936-4966
403 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Tel. (787) 767-9625

**S/ RAFAEL BARRETO-SOLÁ**
USDC PR: 211801
rbarreto@cnr.law

**S/ GABRIEL A. PEÑAGARÍCANO**
USDC PR: 212911
gpenagaricano@me.com