### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> COMMONWEALTH OF PUERTO RICO and the PUERTO RICO POLICE DEPARTMENT, <br><br> Defendants. | NO. 3:12-cv-2039 (FAB) |

### MOTION SUBMITTING THE TENTH COMPLIANCE REPORT FROM THE FEDERAL MONITOR

**TO THE HON. FRANCISCO A. BESOSA, SENIOR U.S. DISTRICT JUDGE:**

NOW COMES, John Romero, in his capacity as Chief Federal Police Monitor, who respectfully, through the General Counsel of the Federal Police Monitor's Office ("Monitor's Office") submits as Exhibit 1 the tenth report covering the period from October 2023 to March 2024, pursuant to paragraph 251 of the "Agreement for the Sustainable Reform of the Puerto Rico Police Department" dated July 17, 2013 (ECF No. 57-1) ("Agreement"). As Exhibit 2, the Monitor's Office encloses the Executive Summary of this tenth report.

The Monitor's Office respectfully informs that, pursuant to paragraph 252 of the Agreement, it received and considered the comments from the parties prior to finalizing this report. The parties now have thirty days under paragraph 252 to file responses to this report.

WHEREFORE, the Chief Federal Police Monitor, John Romero, respectfully requests that the Court take notice of the above and of his compliance under paragraph 251 of the Agreement.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 15th day of June 2024.

**I HEREBY CERTIFY** that on this same date a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which in turn notifies all counsel of record in the case.

        s/Roberto Abesada-Agüet
        USDC-PR No. 216706

        General Counsel
        FPMPR LLC
        rabesada@fpmpr.org

        1357 Ashford Avenue #2-184
        San Juan, Puerto Rico 00907
        (787) 948-5131
        ra@abesada.com