Christopher Graham, dba

Diligens, LLC
EIN 87-1667996



June 21, 2024

INVOICE# 2024.3

Re: Professional Services 04/22/2024 – 06/21/2024

Case 3:12-cv-02039-FAB Document 2405 Filed 05/04/2023

| Date(s) | Hours | Description - Professional Services | Amount |
|---|---|---|---|
| 04/22/2024-06/21/2024 | 5.5 | Cumulative calls and meetings, including 253 meetings, with parties. | $ 825.00 |
| 04/22/2024-06/21/2024 | 13.25 | Review, analysis, and response re: monthly reports, communications, filings, other correspondence. | $ 1,987.50 |
| 04/22/2024-06/21/2024 | 1.50 | Administrative, planning, and invoices | $ 225.00 |
| Total | 25.25 | | $ 3,037.50 |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as the court-appointed Financial Oversight Officer. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

_____
Christopher
Graham 06/21/2024

*Alejandro del Carmen*
Alejandro del Carmen, Ph.D.
06/21/2024