GALOEFFERT, LLC
4805 East Lake Road
Sheffield Lake, Ohio 44054

May 22, 2024 - June 21, 2024

INVOICE # 2024-6 **TOTAL DUE $9,150.00**
ASSISTANT SPECIAL MASTER
June 2024 INVOICE

Tasks Completed

| Hours | Description | Total |
|---|---|---|
| 29 | Drafted/reviewed/researched/translated as necessary/discussed/reworked documents related to various orders of the Court, Parties, Auditor, and Monitor's Office exchanges regarding recurring issues and OSM projects including NIBRS, PRPB promotions, integrity audits, equitable sharing, status conference preparation, CMR-10, and plan to accelerate reform, to include orders and ad hoc taskings of the Court. | $4,350.00 |
| 20 | Drafted, reviewed, and responded to texts, emails, and all other documents/communications/telephone calls with respective parties, the OSM, Financial Oversight Officer, and Court. | $3,000.00 |
| 12 | Zoom meetings and/or conference calls with the Court, Special Master, Auditor, and Parties. | $1,800.00 |

Total Wages Due = $9,150.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

*Gary A. Loeffert*     *S/Alejandro del Carmen*     **06/21/2024**
**Gary A. Loeffert**     **S/Alejandro del Carmen**