G&M Balli Services, LLC
5160 Royal Fern Circle
Tallahassee, Florida 32317

May 22 – June 21, 2024

INVOICE # 2024-06
ASSISTANT SPECIAL MASTER
June 2024 INVOICE

Tasks Completed

| Hours | Description | Amounts |
| --- | --- | --- |
| 23 | Drafted/reviewed/researched/translated documents as needed; Discussed/edited documents related to orders of the Court, and the parties regarding recurring issues and OSM projects. | $3,450 |
| 20 | Drafted, reviewed, and responded to texts, emails and other documents and communications with the parties. | $3,000 |
| 18 | Zoom meetings and/or phone calls with OSM and other parties. | $2,700 |
| 61 | | $9,150 |

Total Hours- 61                Total Wages Due -    $9,150

I hereby certify the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master.  I further certify I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

*Gilberto Balli*          *Alejandro del Carmen*          6/21/2024
Gilberto Balli            S/Alejandro del Carmen