IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO, <u>et al.</u>,**<br><br>Defendants. | CIVIL NO.:  12-cv-02039 |

### INFORMATIVE MOTION REGARDING THE JUNE 27, 2024 STATUS HEARING AND REQUEST FOR ORDER

**MAY IT PLEASE THE COURT:**

   **COME NOW,** Codefendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau ("PRPB"), through the undersigned attorneys, and very respectfully state and pray:

   1.   On April 22, 2024, this Honorable Court issued 'Order Scheduling Status Conference' in the above captioned case at Docket 2634.  The hearing is scheduled for June 27, 2024, at 9:00am.

   2.   The Court mandated the appearance of PRPB Commissioner, Col. Antonio López Figueroa.  Commissioner López Figueroa will not be able to attend the hearing, as he is required to attend a critical medical appointment in connection with a recent accident at his home last week.

3. The Commonwealth of Puerto Rico respectfully requests the Honorable Court to excuse the attendance of Commissioner López Figueroa from the June 27th hearing.

**WHEREFORE,** Defendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau respectfully requests the Court to take notice of the above and to issue an Order excusing the attendance of Commissioner López Figueroa from the June 27th status hearing.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

In San Juan, Puerto Rico, today, June 26, 2024.

**CANCIO, NADAL & RIVERA, L.L.C.**
P.O. Box 364966
San Juan, Puerto Rico 00936-4966
403 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Tel. (787) 767-9625

**S/ RAFAEL BARRETO-SOLÁ**
USDC PR: 211801
rbarreto@cnr.law

**S/ GABRIEL A. PEÑAGARÍCANO**
USDC PR: 212911
gpenagaricano@me.com