# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **COMMONWEALTH OF PUERTO RICO**, et al., <br><br> Defendants. | CIVIL NO. 12-2039 (FAB) |

### JOINT MOTION SUBMITTING APPROVED BUDGET PROPOSALS FROM THE COURT MONITOR, SPECIAL MASTER, AND FINANCIAL OVERSIGHT OFFICER FOR FISCAL YEAR 2025

COME NOW, Plaintiff, the United States of America, and Defendants, the Commonwealth of Puerto Rico and the Puerto Rico Police Bureau (collectively, "the Parties"), and respectfully submit the approved budget proposals from the Court Monitor, Special Master, and Financial Oversight Officer (collectively, "the Court's Officers") for Fiscal Year 2025, in compliance with the Stipulated Orders at Docket Nos. 139 and 1152.

1. On April 8, 2024, the Court Monitor submitted a proposed budget to the Parties to fund the operations of the Office of the Court Monitor for Fiscal Year 2025, in accordance with the Agreement for the Sustainable Reform of the Puerto Rico Police Department ("Agreement"), Dkt. No. 60, and the Stipulated Order of June 26, 2014, Dkt. No. 139 (regulating the budget process for the Court Monitor). The proposed budget requested $2,535,540, a slight increase of 2% from the current fiscal year budget. Consistent with prior years, the Court Monitor proposed to roll over all unspent funds to the new fiscal year, estimated at $119,170.12, to offset the amount that must be deposited by the Commonwealth. A copy of the Court Monitor's proposed budget is attached hereto as Exhibit A.

2. On April 17, 2024, the Special Master submitted a proposed budget to the Parties to fund the operations of the Office of the Special Master for Fiscal Year 2025, in accordance with the Stipulated Order of March 18, 2019, Dkt. No. 1152 (regulating the budget process for the Special Master). The budget proposal requested $507,000, the same budget amount as the current fiscal year, to cover the fees and expenses of the Special Master and three assistant special masters. Consistent with prior years, the Special Master proposed to roll over $50,000 in unspent funds to the new fiscal year to offset the amount that must be deposited by the Commonwealth. A copy of the Special Master's proposed budget is attached hereto as Exhibit B.

3. The Special Master also submitted a proposed budget to fund the operations of the Financial Oversight Officer for Fiscal Year 2025 on April 17, 2024, pursuant to the Order of May 4, 2023, Dkt. No. 2405 (instructing the Special Master to administratively oversee the Financial Oversight Officer and requiring a separate court account to pay the Financial Oversight Officer's fees and expenses). The proposed budget requested $78,000, a 24% reduction from the current fiscal year budget of $102,000. The Financial Oversight Officer proposed to roll over all unspent funds to the new fiscal year, estimated at $63,931.40, to offset the amount that must be deposited by the Commonwealth. A copy of the Financial Oversight Officer's proposed budget is attached hereto as Exhibit C.

4. The Parties reviewed the proposed budgets for the Court's Officers for Fiscal Year 2025 and raised no objections. Accordingly, the Court approved the proposed budgets as "reasonable and necessary" in Orders issued on May 16, 2024, Dkt. No. 2652, and June 4, 2024, Dkt. No. 2662. Specifically, based on the estimated surplus amounts in the proposed budgets for Fiscal Year 2024, the Court ordered the Commonwealth to deposit $2,416,369.88, to fund the

Office of the Court Monitor; $457,000, to fund the Office of the Special Master; and $14,068.60, to fund the Financial Oversight Officer by June 28, 2024. *Id.*

    5. The Parties respectfully submit the approved budget proposals for the Court's Officers for Fiscal Year 2025, in compliance with the Stipulated Orders at Docket Nos. 139 and 1152. These Stipulated Orders require that the Parties file agreed-upon budgets for the Court's Officers before the start of each operating budget period. Stipulated Order at ¶ 16, Dkt. No. 139; Stipulation at ¶ 28, Dkt. No. 1148 (approved and entered as an Order by Dkt. No. 1152). These requirements promote transparency and permit the public to access the budgets and projected expenditures of the Court's Officers.

**WHEREFORE**, the Parties respectfully request that the Court take notice of the budget proposals prepared by the Court's Officers for Fiscal Year 2025, which have been reviewed by the Parties and approved by this Court.

**WE HEREBY CERTIFY** that today we have electronically filed the foregoing document with the Clerk of the Court for the District of Puerto Rico using the CM/ECF system, which will send a copy and notification of filing to the Monitor, the Special Master, and all counsel of record.

**RESPECTFULLY SUBMITTED** this 26th day of June, 2024,

| For Plaintiff UNITED STATES OF AMERICA: | For Defendants COMMONWEALTH OF PUERTO RICO, ET AL.: |
|---|---|
| **STEVEN H. ROSENBAUM**<br>Chief, Special Litigation Section<br><br>*s/Luis E. Saucedo*<br>**TIMOTHY D. MYGATT**<br>Deputy Chief<br>**LUIS E. SAUCEDO** (G01613)<br>**JORGE CASTILLO** (G02912)<br>**KATHERINE CHAMBLEE-RYAN** (G03515)<br>Trial Attorneys<br>U.S. Department of Justice<br>Civil Rights Division<br>Special Litigation Section<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530<br>Telephone: (202) 598-0482<br>Fax: (202) 514-4883<br>luis.e.saucedo@usdoj.gov<br>jorge.castillo@usdoj.gov<br>katherine.chamblee-ryan@usdoj.gov | **CANCIO, NADAL & RIVERA, L.L.C.**<br>P.O. Box 364966<br>San Juan, Puerto Rico 00936-4966<br>403 Muñoz Rivera Avenue<br>San Juan, Puerto Rico 00918<br>Tel. (787) 767-9625<br><br>*s/Rafael Barreto-Solá*<br>**RAFAEL BARRETO-SOLÁ**<br>USDC PR:  211801<br>rbarreto@cnr.law<br><br>*s/Gabriel A. Peñagarícano*<br>**GABRIEL A. PEÑAGARÍCANO**<br>USDC PR: 212911<br>gpenagaricano@me.com |