

# M E M O R A N D U M

| | | |
|---|---|---|
| **To** | : | Rafael Barreto, counsel for the Commonwealth of Puerto Rico<br>Gabriel Peñagarícano, counsel for the Commonwealth of Puerto Rico<br>Luis E. Saucedo, counsel for the United States of America<br>Jorge Castillo, counsel for the United States of America |
| **CC** | : | Dr. Alejandro del Carmen, Gary Loeffert, Tom Petrowski, Gil Balli. |
| **Date** | : | April 8, 2024 |
| **From** | : | John Romero, Chief Federal Monitor<br>Denise Rodriguez, Deputy Monitor |
| **Re** | : | *United States of America v. Commonwealth of Puerto Rico*,<br>Civil No. 12-2039 (FAB); Budget 2024-2025 |

On June 26, 2014, the United States of America, and the Commonwealth of Puerto Rico (collectively the "Parties") filed a "Stipulation and [Proposed] Order for the Establishment of the TCA Office and the Payment of TCA Expenses" (ECF No. 139).

Pursuant to this stipulation, the Monitor's Office is supposed to prepare and submit a proposed annual budget running from July 1st to June 30 of the subsequent year. This proposed budget must be submitted to the parties at least sixty days prior to the conclusion of each budget year for approval. The stipulation further states that:

> The Parties and the TCA agree to discuss and negotiate the proposed annual budget in good faith to ensure that the TCA has sufficient and necessary resources to carry out his duties under the Agreement. The agreed-upon budget shall be filed with the Court through an informative motion before the start of each operating budget period. If the Parties and the TCA are unable to agree on an annual budget,



any Party or the TCA may request this Court to resolve the matter. The Court's resolution shall be binding on all Parties.[1]

In compliance with the foregoing, the TCA hereby submits to the Parties its proposed budget for Fiscal Year 2024-2025.

The Monitor's Office court ordered budget as per ECF No. 2412 for Fiscal Year 2023/2024 was $2,489,940. During said fiscal year, Monitor's Office estimates it will spend approximately $2,370,769.88 of its current budget.

The Monitor's Office has submitted for the Fiscal Year 2024–2025 a budget of $2,535,540. As agreed with the parties as in previous fiscal years, any unspent funds from the previous year shall roll over to the next fiscal year and subtracted from the amount the Commonwealth must fund for Fiscal Year (2024-2025). The Monitor's Office estimates that $119,170,12 will be unspent in the 2023-2024 budget. Thus, this amount may be subtracted from the requested amount needed. The Commonwealth of Puerto Rico would then have to judicially deposit $2,416,369.88 to fund the 2024-2025 Monitor's Office budget.

---

[1] See ECF No. 139 at 5, ¶ 16.

**Office of the FPMPR LLC**
**Proposed Budget**
**Fiscal Year ending June 30, 2025**

| PROPOSED REGULAR BUDGET | Amount |
|---|---:|
| **Professional Services** | $ 2,031,400 |
| **Team (SME) Travel Expenses** | 190,000.00 |
| **Office** | 77,640.00 |
| **Vehicle** | 16,500.00 |
| **Travel (Unspecified travel if necessary for PR based personnel)** | 5,000.00 |
| **Conferences, Conventions and Meetings** | 5,000.00 |
| **Town Halls** | 10,000.00 |
| **Survey, Qualitative and Quantitative Assessment** | 135,000.00 |
| **Special Projects Related to Monitoring** | <u>65,000.00</u> |
| **Total** | **$ 2,535,540.00** |

**Office of the
FPMPR LLC
Annual Budget
Worksheet for
Fiscal Year
2024-2025**

|  |  | Annual Budget |
|---|---|---:|
| **Professional Services** | | |
| | John Romero (Chief Monitor) | 215,000.00 |
| | Denise Rodriguez (Deputy Monitor) | 190,000.00 |
| | Rafael Ruiz (Subject Matter Expert) | 118,800.00 |
| | Al Youngs (Subject Matter Expert) | 118,800.00 |
| | Scott Cragg (Subject Matter Expert) | 118,800.00 |
| | Donnie Gosselin (Subject Matter Expert) | 118,800.00 |
| | Rita Watkins (Subject Matter Expert) | 118,800.00 |
| | David Levy (Statistical Analysis) | 118,800.00 |
| | Merangelie Serrano (Subject Matter Expert) | 118,800.00 |
| | Luis Hidalgo (Associate Monitor) | 138,000.00 |
| | Samantha Rhinerson (Research & Analysis) | 60,000.00 |
| | Stephanie Leon (Paralegal) | 60,000.00 |
| | Javier Gonzalez (Administrative Director) | 96,000.00 |
| | Hipolito Castro, JR (Subject Matter Expert) | 118,800.00 |
| | Inigo Galenes (Research) | 40,000.00 |
| | Manuel Arroyo (Administrative Assistant) | 24,000.00 |
| | Roberto Abesada Esq. (Chief Legal Counsel) | 192,000.00 |
| | Viota & Associates CPA | 24,000.00 |
| | Claudia Camara (Administrative Assistant) | 42,000.00 |
| | **Total professional services** | $ 2,031,400 |
| **Travel Expenses** | | |
| | **Core Monitoring Team** | $ 190,000.00 |
| **Office** | | |
| | Petty Cash | 1,200.00 |
| | Rent | 28,704.00 |
| | Supplies | 3,000.00 |
| | Maintenance / Copier | 1,800.00 |
| | Telephone & Communications | 1,800.00 |
| | Insurance | 3,000.00 |
| | Internet | 1,200.00 |
| | Website | 17,496.00 |
| | Rent of Meeting Rooms | 12,000.00 |
| | Subscriptions (Adobe, Box, etc.) | 6,000.00 |
| | Parking | 1,440.00 |
| | **Total office** | $ 77,640.00 |
| **Vehicle** | | |
| | Gasoline | 6,000.00 |
| | Tolls | 600.00 |
| | Insurance | 3,000.00 |
| | Registration | 900.00 |
| | Maintenance | 6,000.00 |

|  | | | |
|---|---|---:|---:|
| | **Total vehicles** | $ | 16,500.00 |
| **Others** | | | |
| | Travel (Puerto Rico based team members) | | 5,000.00 |
| | Conference, conventions & meetings | | 5,000.00 |
| | Town Halls | | 10,000.00 |
| | Survey, qualitative and quantitative assessment | | 135,000.00 |
| | Special projects related to monitoring. | | 65,000.00 |
| | **TOTAL** | | **220,000.00** |

# Calculations

| | |
|---|---|
| Budget for Fiscal Year 2023-2024 | **$2,489,940.00** |
| Budget Funds spent from July/2023 through March/2024 (9 months) | $1,772,769.98 |
| Estimated expenditure for remaining 3 months April – June | $598,000.00 |
| Total estimate of spent funds for fiscal year 2023/2024 | **$2,370,769.88** |
| Estimated unspent funds for fiscal year 2023/2024 | **$119,170.12** |

**Note: The Monitor's Office proposed budget for Fiscal Year 2024-2025 is $2,535,540. Applying the unspent funds ($119,170.12) towards the next fiscal year as has been agreed upon with the Parties in previous years, the Commonwealth will need to fund and deposit with the Court $2,416,369.88.**