**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO, et al.,**<br><br>Defendants. | **CIVIL NO.: 12-cv-02039** |

## INFORMATIVE MOTION FOR DEPOSIT OF FUNDS

**TO THE HONORABLE COURT:**

**COMES NOW,** Codefendant Commonwealth of Puerto Rico, through the undersigned attorneys, and very respectfully state and pray:

1. Pursuant to Order of this Honorable Court dated May 16, 2024, at ECF No. 2652, the Commonwealth was ordered to deposit on or before June 28, 2024, with the Clerk of the Court, the following amounts: (1) 2,416,369.88 for the Monitor's operating budget for FY 2024-2025; and (2) $457,000.00 for the Special Master's operating budget, for FY 2024-2025.

2. Today defendants will deposit with the Clerk of the Court check number 00346741 in the amount of $2,416,369.88 for the Monitor's budget and check number 00346742 in the amount of $457,000.00 for the Special Master's budget, for FY 2024-2025. See Exhibit 1.

3. Also, pursuant to Order dated June 4, 2024, at ECF No.

2662, the Commonwealth will deposit today check number 00347812 in the amount of $14,068.60, regarding the Financial Oversight Officer's budget for FY 2024-2025.  See Exhibit 2

**WHEREFORE,** codefendant Commonwealth of Puerto Rico respectfully requests the Court to take notice of the above.

**RESPECTFULLY SUBMITTED.**

**WE HEREBY CERTIFY:** That today we have electronically filed the foregoing document with the Clerk of the Court for the District of Puerto Rico, using the CM/ECF system which will send a copy and notification of filing to all counsel of record.

In San Juan, Puerto Rico, this _28th day of June, 2024.

**CANCIO, NADAL & RIVERA, L.L.C.**
P.O. Box 364966
San Juan, Puerto Rico 00936-4966
403 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Tel. (787) 767-9625

**S/ RAFAEL BARRETO-SOLÁ**
USDC PR: 211801
rbarreto@cnr.law

**S/ GABRIEL A. PEÑAGARÍCANO**
USDC PR: 212911
gpenagaricano@me.com