S2010

Check Date: 10.Jun.2024  Check No. 00346741

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|
| MONITOR11 | 06.Jun.2024 | 24011707 | 2,416,369.88 | 0.00 | 2,416,369.88 |

| Vendor Number | Vendor Name | | Total Discounts | |
|---|---|---|---|---|
| 660447416 | U S CLERK DISTRICT COURT OF THE DISTRICT | | $0.00 | |
| **Check Number** | **Date** | **Agency** | | **Total Paid Amount** |
| 00346741 | 10.Jun.2024 | 00045 | | $2,416,369.88 |

---

Ver al dorso para detalles de los mecanismos de seguridad / See reverse side for complete security features.

Modelo SC 784
AGOSTO 2005



DEPARTAMENTO DE HACIENDA
PASEO COVADONGA 10
SAN JUAN, PR 00902

BANCO POPULAR DE PUERTO RICO

00346741

FECHA   10.Jun.2024                              IMPORTE    $2,416,369.88***

PAGUESE  ***DOS MILLONES CUATROCIENTOS DIECISEIS MIL TRESCIENTOS SESENTA Y NUEVE CON 88/100 DOLARES***

A LA
ORDEN DE

U S CLERK DISTRICT COURT OF THE DISTRICT
CLEMENTE RUIZ NAZARIO COURT HOUSE
150 CHARDON AVE
SAN JUAN, PR 00918

BANCO POPULAR®  No es valido seis meses despues de su emision

SECRETARIO DE HACIENDA

⑁00346741⑁ ⑆021502011⑆ 030049458⑁





ESTADO LIBRE ASOCIADO DE PUERTO RICO
**DEPARTAMENTO DE HACIENDA**
PO BOX 9024140
SAN JUAN, PR 00902-4140

ADDRESS SERVICE REQUESTED

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE PAID
SAN JUAN, P.R
PERMIT NO. 1130

00346741        H        00045

5-DIGIT   00918

U S CLERK DISTRICT COURT OF THE DISTRICT
CLEMENTE RUIZ NAZARIO COURT HOUSE
150 CHARDON AVE
SAN JUAN, PR 00918