S2010

**Check Date:** 10.Jun.2024

**Check No.** 00346742

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|
| MONITOR12 | 06.Jun.2024 | 24011708 | 457,000.00 | 0.00 | 457,000.00 |

| Vendor Number | Vendor Name | | Total Discounts | |
|---|---|---|---|---|
| 660447416 | U S CLERK DISTRICT COURT OF THE DISTRICT | | $0.00 | |

| Check Number | Date | Agency | | Total Paid Amount |
|---|---|---|---|---|
| 00346742 | 10.Jun.2024 | 00045 | | $457,000.00 |

🔒 Ver al dorso para detalles de los mecanismos de seguridad / See reverse side for complete security features.

Modelo SC 784
AGOSTO 2005
GOBIERNO DE PUERTO RICO · HACIENDA ·

**DEPARTAMENTO DE HACIENDA**
PASEO COVADONGA 10
SAN JUAN,PR 00902

**BANCO POPULAR DE PUERTO RICO**

00346742

**FECHA** 10.Jun.2024

**IMPORTE** $457,000.00***

**PAGUESE** ***CUATROCIENTOS CINCUENTA Y SIETE MIL CON 00/100 DOLARES***

A LA
ORDEN DE

**U S CLERK DISTRICT COURT OF THE DISTRICT**
CLEMENTE RUIZ NAZARIO COURT HOUSE
15O CHARDON AVE
SAN JUAN, PR 00918

**BANCO POPULAR.** No es valido seis meses despues de su emision

SECRETARIO DE HACIENDA

⑅"003467 42⑅ ⑇:0 2150 20 ⑆⑆: 030049458⑅

H296230LL



ESTADO LIBRE ASOCIADO DE PUERTO RICO
**DEPARTAMENTO DE HACIENDA**
PO BOX 9024140
SAN JUAN, PR 00902-4140

ADDRESS SERVICE REQUESTED

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE PAID
SAN JUAN, P.R
PERMIT NO. 1130

00346742        H        00045

IIIₗₗₗIₗₗₗᵢₗₗₗₗᵢₗₗₗₗₗIIIₗₗₗₗᵢₗₗᵢII
5-DIGIT    00918

U S CLERK DISTRICT COURT OF THE DISTRICT
CLEMENTE RUIZ NAZARIO COURT HOUSE
I5O CHARDON AVE
SAN JUAN, PR 00918

---

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Logo color Rosa impreso con tinta que responde al calor.

Sujeto entre el dedo pulgar y el dedo índice o respire sobre el logo. El logo desaparecerá y aparecerá progresivamente.



Pink color logo will respond to warmth.

Hold between thumb and forefinger or breathe on it. The logo will fade and reappear.

H296230LL

The security features listed below, as well as those not listed, exceed industry guidelines.
Security Features:

• Chemical Protection Paper
• Micro Printing - "MP"
• Security Mark
• Fluorescent Fibers
• Check Security Screen
• Void Pantograph

Results of check alteration:

• When chemically altered, the area treated will appear as brown stain or spot.
• Small type in signature line under endorsement area, subscribed by two points line and is unreadable if altered or photocopied.
• Reflective, while opaque ink is not readable at an angle when held to light and does not fluoresce when placed under ultraviolet light source.
• Visible only under ultraviolet light.
• Cannot be photocopied or scanned.
• When the words "Original Document" on the back of the check.
• When check is photo copied "VOID" word will appear.

Las siguientes características de seguridad y otras (no mencionadas) exceden los estándares de la industria.
Características de Seguridad:

• Semioleado a Químicos
• Micro impresión - "MP"
• Marca De Seguridad
• Fibras Florescentes
• Retícula de Seguridad
• Void Pantograph

Apariencia del documento se fuese alterado:

• Decoloración, manchas o puntos aparecerán en la área expuesta al químico.
• Texto microscópico en la línea de la firma bajo el endoso, caja colocadas por la intima línea de puntos y es ilegible si es alterado o fotocopiado.
• Reflexivo, tinta opaca blanca no es legible cuando se mantiene en un ángulo a la luz y no fluorescente cuando es colocada bajo la fuente de luz ultravioleta.
• Visibles solamente con luz ultravioleta.
• No pueden ser fotocopiadas.
• Ausencia de las palabras "Original Document" en el dorso del cheque.
• Cuando es copiado debe aparecer la palabra VOID en el frente del cheque.

"FEDERAL RESERVE BOARD OF GOVERNORS REG. CC"