# United States District Court
## For the District of Puerto Rico

**Edgardo Rivera Martinez**
Plaintiff

V.

**Negociado de Policia de Puerto Rico**
Defendant

Criminal/Civil No. 12-2039 FAB
2/Julio/2024

RECEIVED AND FILED
CLERK'S OFFICE USDC PR

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
OSJ '24 JUL 2 PM 4:36

MOTION: Notificacion de Presentacion de Documentos Relacionado a Examen de Sargento, El mismo Ofrecido el Dia 17 de Diciembre de 2022, Este Caso Radicado En Este Tribunal Federal Distrito de Puerto Rico, En la Sala del Juez Francisco Besosa, Hoy 2 julio 2024, Se le Hace Entrega de Una Segunda II Mocion Informativa Conjunta a la Honorable Comision Apelativa del Servicio Publico y al Negociado de la Policia de Puerto Rico y al Departamento de Seguridad Publica Donde Fue Entregada y Certificado Como Recibido En San Juan Puerto Rico.

Signature: Edgardo Rivera Martinez
Name: Edgardo Rivera Martinez
Address: Calle Tizol #53 Rio Piedras PR 00925 San Juan
Telephone: 787-392-0336
E-mail: edgardor69.48@gmail.com