OFFICE OF THE FPMPR LLC.
B-5 Calle Tabonuco Suite 216 PMB 292
Guaynabo, Puerto Rico 00968

May 13, 2024

Travel Expenses by the members of the Office of the FPMPR LLC. for April/May 2024:

| NAME | AMOUNT | MONTH |
|---|---|---|
| 1. John Romero | $2,107.71 | April/May 2024 |
| 2. Denise Rodriguez | $2,541.75 | April/May 2024 |
| 3. Donald S. Gosselin | $3,108.43 | April/May 2024 |
| 4. Scott Cragg | $3,446.95 | April/May 2024 |
| 5. Rita Watkins | $1,424.89 | April/May 2024 |
| 6. Rafael Ruiz | $1,580.52 | April/May 2024 |
|  |  |  |
| **TOTAL:** | **$14,210.25** | April/May 2024 |
|  |  |  |