# FPM TRAVEL REIMBURSEMENT COVER SHEET

Name: John Romero

Invoice number: 118 T

Invoice date: May 4, 2024

Site visit travel dates: April 28 – May 3, 2024

Total travel reimbursement amount  $2,107.71

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.



May 4, 2024

Signature | Date

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $455.62 | 1 | $455.62 |
| Baggage | $ | 0 | $0 |
| Ground Transportation (Uber/Lyft/Taxi) | | | $0 |
| Ground Transportation (Parking) | $ | 0 | $0 |
| Ground Transportation (Mileage) | $0.67 | 82 | $54.94 |
| Lodging | $192.93 | 5 | $964.65 |
| Per Diem (Travel Days) | $86.25 | 2 | $172.50 |
| Per Diem (Full Days) | $115.00 | 4 | $ 460.00 |
| Other: | | | |
| Total | | | $2,107.71 |

**COURTYARD**
**Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr John Romero
2301 Pacific Ave
Costa Mesa CA 92627
United States

Room: 0701
Room Type: KSTE
No. of Guests: 1
Rate: $ 160.00   Clerk: 9996
CRS Number  72118692

Marriott Rewards #   756834271

Name:

Arrive:  04-28-24          Time:  12:26 PM          Depart:  05-03-24          Folio Number:  777382

| Date | Description | Charges | Credits |
|---|---|---|---|
| 04-28-24 | Package | 160.00 | |
| 04-28-24 | Destination Fee | 17.00 | |
| 04-28-24 | Government Tax | 15.93 | |
| 04-29-24 | Package | 160.00 | |
| 04-29-24 | Destination Fee | 17.00 | |
| 04-29-24 | Government Tax | 15.93 | |
| 04-30-24 | COMEDOR- Guest Charge (Breakfast) | 3.95 | |
| 04-30-24 | Package | 160.00 | |
| 04-30-24 | Destination Fee | 17.00 | |
| 04-30-24 | Government Tax | 15.93 | |
| 05-01-24 | COMEDOR- Guest Charge (Breakfast) | 3.95 | |
| 05-01-24 | Package | 160.00 | |
| 05-01-24 | Destination Fee | 17.00 | |
| 05-01-24 | Government Tax | 15.93 | |
| 05-02-24 | COMEDOR- Guest Charge (Breakfast) | 4.95 | |
| 05-02-24 | Package | 160.00 | |
| 05-02-24 | Destination Fee | 17.00 | |
| 05-02-24 | Government Tax | 15.93 | |
| 05-03-24 | COMEDOR- Guest Charge (Breakfast) | 4.95 | |
| 05-03-24 | American Express | | 982.45 |
| | Card # XXXXXXXXXX1003 | | |

**COURTYARD®**
**Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave
San Juan, PR 00907
T 787.721.7400
F 787.723.0068

Mr John Romero
2301 Pacific Ave
Costa Mesa CA 92627
United States

Room: 0701
Room Type: KSTE
No. of Guests: 1
Rate: $ 160.00   Clerk: 9996
CRS Number  72118692

Marriott Rewards #   756834271

Name:

Arrive:  04-28-24        Time: 12:26 PM        Depart: 05-03-24        Folio Number: 777382

| Date | Description | Charges | Credits |
|---|---|---|---|
| | Balance | | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

3/23/24, 10:22 AM
Case 3:12-cv-02039-FAB   Document 2687-2   Filed 07/03/24   Page 4 of 11
Gmail - Itinerary receipt notice

 **Gmail**   John Romero <jrrjjr.romero@gmail.com>

## Itinerary receipt notice
1 message

**JetBlue** <jetblueairways@email.jetblue.com>   Sat, Mar 23, 2024 at 10:22 AM
Reply-To: JetBlue <reply@email.jetblue.com>
To: jrrjjr.romero@gmail.com



## Your travel receipt.
Thanks for flying JetBlue!

## Travel Purchase

**Date of requested receipt: 2024-03-23**     **Record Locator:** JIFTZZ

| From | To | | |
|------|-----|---|---|
| LAX | FLL | Travel date | 2024-04-27T21:15:00 |
|     |     | Flight number | 0700 |
| FLL | SJU | Travel date | 2024-04-28T09:34:00 |
|     |     | Flight number | 0253 |
| SJU | FLL | Travel date | 2024-05-03T13:35:00 |
|     |     | Flight number | 1454 |
| FLL | LAX | Travel date | 2024-05-03T20:01:00 |
|     |     | Flight number | 2501 |

**Traveler(s)**     **Ticket number(s)**

ROMERO/JOHN J MR     2792149241493

| Base fare: | | | $382.02 USD |
|---|---|---|---|
| **Taxes & fees breakdown:** | AMOUNT | CURRENCY | PURPOSE - (CODE) |
| | $18.00 | USD | U.S. Passenger Facility Charge - (XF) |
| | $11.20 | USD | U.S. September 11th Security Fee - (AY) |
| | $44.40 | USD | U.S. Transportation Tax - (US2) |
| Taxes & fees total: | $73.60 | USD | |
| **Base fare total:** | **$455.62** | | |

Payment(s):

Mastercard XXXXXXXXXXXX1805      $455.62

## Total paid: $455.62 USD*

*includes all fares, taxes, fees and penalties less any amounts refunded

Flight Status | Bag Info | Airport Info

## Stay connected

 Download the JetBlue mobile app

   

Help

Business Travel

Privacy

About JetBlue

Please call 1-800-JETBLUE (1-800-538-2583) for additional assistance.

Positive identification required for airport check-in.

Notice:
Carriage and other service provided by the carrier are subject to conditions of carriage, which are hereby incorporated by reference. These conditions may be obtained from the issuing carrier. E-ticket

 Gmail

John Romero <jrrjjr.romero@gmail.com>

## JetBlue booking confirmation for JOHN J ROMERO - JIFTZZ
1 message

**JetBlue Reservations** <jetblueairways@email.jetblue.com>  
Reply-To: JetBlue Reservations <reply@email.jetblue.com>  
To: jrrjjr.romero@gmail.com

Sat, Mar 23, 2024 at 10:20 AM

Check out the details for your trip on Sat, Apr 27

Français | Español

**jetBlue**

#3486580574

# You're all set to jet.

And, your continued loyalty is what keeps us flying high. Thanks again for being a Mosaic member.

## Your Flight Itinerary

### Your JetBlue confirmation code is JIFTZZ

| LAX ▶ FLL  jetBlue | Flight 700 | Sat, Apr 27  9:15pm  Terminal: 5 | — | Sun, Apr 28  5:10am |

| FLL ▶ SJU  jetBlue | Flight 253 | Sun, Apr 28  9:34am  Terminal: 3 | — | Sun, Apr 28  12:10pm |

| SJU ▶ FLL | Flight 1454 | 🛬 | Fri, May 03 **1:35pm** Terminal: A | — | Fri, May 03 **4:30pm** |
|---|---|---|---|---|---|
| **jetBlue** | | | | | |
| FLL ▶ LAX | Flight 2501 | 🛬 | Fri, May 03 **8:01pm** Terminal: 3 | — | Fri, May 03 **10:49pm** |
| **jetBlue** | | | | | |

Get the latest entry and travel requirements for your trip.

# Your Traveler Details

## JOHN J ROMERO

Los Angeles
**LAX**

Fort Lauderdale
**FLL**

TrueBlue Number: 3486580574

Ticket number: 2792149241493

Flight # 700

Fare: Blue

Seat: 8C  EVEN MORE SPACE

**Notes:** Even More® Space

[ Manage my booking ]

Fort Lauderdale
**FLL**

San Juan
**SJU**

TrueBlue Number: 3486580574

Ticket number: 2792149241493

Flight # 253

Fare: Blue

Seat: 2D  EVEN MORE SPACE

**Notes:** Even More® Space

[ Manage my booking ]

3/23/24, 10:21 AM                                Gmail - JetBlue booking confirmation for JOHN J ROMERO - JIFTZZ

**San Juan**
**SJU**

**Fort Lauderdale**
**FLL**

**TrueBlue Number:** 3486580574

**Ticket number:** 2792149241493

**Flight #** 1454

**Fare:** Blue

**Seat:** 3D  EVEN MORE SPACE

**Notes:** Even More® Space

[Manage my booking]

**Fort Lauderdale**
**FLL**

**Los Angeles**
**LAX**

**TrueBlue Number:** 3486580574

**Ticket number:** 2792149241493

**Flight #** 2501

**Fare:** Blue

**Seat:** 9C  EVEN MORE SPACE

**Notes:** Even More® Space

[Manage my booking]

## Bag Allowance (per traveler)

**LAX ▶ SJU**

| Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|
| Free | Free | Free Mosaic Perk | Free Mosaic Perk |

**SJU ▶ LAX**

| Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|
| Free | Free | Free Mosaic Perk | Free Mosaic Perk |

**Size and weight limits apply. See full details on our Bag Info page** ▶

Free checked bag benefit for Mosaic members applies to JetBlue-operated flights only.

Additional charges may apply.

**Need to check more than 2 bags?** Additional bags can be added during check-in (starting 24 hours before departure) or at the airport.

## Payment Details

Master XXXXXXXXXXX1805

**Purchase Date: Mar 23, 2024**
Request full receipt

| | |
|---|---|
| CREDIT_CARD | $455.62 |
| NONREF | $382.02 |
| Taxes & fees | $73.60 |
| **Total** | **$455.62 USD** |

## Change made easy.

Change or cancel flights, add extras like Even More® Space seats or pets, select or switch seats, update TrueBlue & Known Traveler numbers, and other traveler details–all in one place. Stay safe from fraud–use only jetblue.com or the JetBlue app to change or cancel your flights.

Manage my booking

**If your booking was made at least 7 days in advance:** You have 24 hours from the time booking was made to cancel your flight and receive a full refund to your original form of payment, without a cancellation fee.

**JetBlue Change/Cancel Policy:** There is no fee to change (or cancel) Blue, Blue Extra, Blue Plus or Mint fares. Blue Basic fares cannot be changed and are subject to a cancel fee of $100 for travel wholly within the U.S., Caribbean, Mexico or Central America, or $200 for all other routes.

Fare difference may apply and funds may be in the form of a JetBlue travel credit, valid for 12 months from original ticketing date. As a Mosaic, same-day switches

*Julio Rivera*

# Google Maps  2301 Pacific Ave, Costa Mesa, CA 92627 to lax terminal 5

**Drive 41.1 miles, 1 hr 3 min**



Map data ©2021 Google   2 mi

## 2301 Pacific Ave
Costa Mesa, CA 92627

**Get on I-405 N from W Wilson St and Harbor Blvd**

13 min (4.3 mi)

1. ↑ Head south on Pacific Ave toward Sea Breeze Dr

   0.1 mi

2. ↰ Turn left onto W Wilson St
   ⓘ Pass by Taco Bell (on the left in 1.4 mi)

   1.4 mi

3. ↰ Use the left 2 lanes to turn left onto Harbor Blvd
   ⓘ Pass by Panda Express (on the right)

   2.2 mi

4. 🚶 Use the right lane to merge onto I-405 N via the ramp to Long Beach

   0.6 mi

**Follow I-405 N to CA-1 N/S Sepulveda Blvd in Los Angeles. Take exit 1C from I-105 W**

33 min (35.1 mi)

5. 🚶 Merge onto I-405 N

   16.6 mi

https://www.google.com/maps/dir/2301+Pacific+Ave,+Costa+Mesa,+CA+92627/lax+terminal+5/@33.8571495,-118.2873594,11z/am=t/data=!3m1!4b1!…  1/2



FPMPR TRAVEL EXPENSE NOTE:

**John Romero Travel Expense Invoices Note:**

**Date: May 4, 2024**

**Notes:**

Please note:

Travel Expenses:
- The Even More Space Note in the Airfare receipt is a free benefit from the Airline as a Mosaic Status Perk.