

FPM TRAVEL REIMBURSEMENT COVER SHEET

Name: Denise Rodriguez

Invoice number: #043-1

Invoice date: May 10, 2024

Site visit travel dates: April 28 – May 03

Total travel reimbursement amount (*see page 2 for details*): $ 2541.75

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies*.

*Denise Rdz.*                                                              May 10, 2024

Signature                                                                         Date



# Office of the Technical Compliance Advisor Travel Reimbursement Form

**Traveler Name:** Denise Rodriguez
**Travel Dates:** April 28-May 3
**Purpose of Travel:** Site visit

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare* | $ 908.60 | 1 | $ 908.60 |
| Baggage | $ - | 0 | $ - |
| Uber from Airport to hotel | $ - | 0 | $ - |
| Ground Transportation (Parking) | $ - | 0 | $ - |
| Ground Transportation (Mileage) | $ - | 0 | $ - |
| Lodging | $ 192.93 | 5 | $ 964.65 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 4 | $ 460.00 |
| Airport parking | $ 6.00 | 6 | $ 36.00 |
| Total | | | $ 2,541.75 |

*Previous ticket purchase credit used in the amount of 328.80 (see ticket confirmaton P6YQ2T) towards this first leg of the trip's airfare ticket (see ticket confirmation MZDQ0S).

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

| | |
|---|---|
| **From:** | United Airlines |
| **To:** | DRODRIGUEZ_PRI@OUTLOOK.COM |
| **Subject:** | eTicket Itinerary and Receipt for Confirmation MZDQ0S |
| **Date:** | Thursday, March 21, 2024 5:08:34 AM |



Thu, Mar 21, 2024

## Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# MZDQ0S

### Flight 1 of 2 UA4284 — Class: United Economy (S)

Sun, Apr 28, 2024  
**12:00 PM**  
McAllen, TX, US (MFE)

Sun, Apr 28, 2024  
**01:26 PM**  
Houston, TX, US (IAH)

Flight Operated by COMMUTEAIR DBA UNITED EXPRESS.

### Flight 2 of 2 UA1914 — Class: United Economy (S)

Sun, Apr 28, 2024  
**03:05 PM**  
Houston, TX, US (IAH)

Sun, Apr 28, 2024  
**08:38 PM**  
San Juan, PR, US (SJU)

### Traveler Details

**RODRIGUEZ/DENISE**  
eTicket number: **0162374507239**  
Frequent Flyer: **UA-XXXXX985 Premier Gold**

Seats: **MFE-IAH 18A**  
**IAH-SJU 10F**

### Purchase Summary

| | |
|---|---|
| Method of payment: | **Future flight credit: 328.80 USD** |
| | **Confirmation #: P6YQ2T** |
| Date of purchase: | Thu, Mar 21, 2024 |

| | |
|---|---|
| Airfare: | 292.00 |
| U.S. Transportation Tax: | 22.20 |
| Passenger Civil Aviation Security Service Fee: | **5.60** |

| | |
|---|---:|
| U.S. Passenger Facility Charge: | 9.00 |
| Total Per Passenger: | **328.80 USD** |
| Future flight credit applied: | **-328.80 USD** |
| Total: | 0.00 USD |
| **Total Credit:** | **115.90 USD** |

**Future flight credit details**

DENISE RODRIGUEZ — 115.90 USD

An email with your future flight credit details, including how to redeem or check credit balance, will be sent to: drodriguez_PRI@outlook.com. Learn more about travel credits

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.
NONREF/0VALUAFTDPT
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

## MileagePlus Accrual Details

| Denise Rodriguez | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Sun, Apr 28, 2024 | 4284 | McAllen, TX, US (MFE) to Houston, TX, US (IAH) | 320 | 40 | 1 |
| Sun, Apr 28, 2024 | 1914 | Houston, TX, US (IAH) to San Juan, PR, US (SJU) | 2024 | 253 | 1 |
| MileagePlus accrual totals: | | | 2344 | 293 | 2 |

## Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, frequent flyer status, and the selected itinerary. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program. Once travel has started, accruals will no longer display. You can always view your MileagePlus account for posted accrual.
- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown. Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.

## International eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 60 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be canceled if this condition is not met.
- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 30 minutes prior to scheduled departure.
- Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.
- Bring this eTicket Receipt along with photo identification, proof of citizenship, passport and/or visa to the ticket lobby for check-in.
- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger. The fare rules for your ticket may restrict your carry-on baggage allowance even further.
- For up to the minute flight information, sign-up for our Flight Status Updates or call 1-800-824-6200; in Spanish 1-800-426-5561.
- If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.
- For the most current status of your reservation, go to our Flight Status page.

| | |
|---|---|
| **From:** | United Airlines |
| **To:** | DRODRIGUEZ_PRI@OUTLOOK.COM |
| **Subject:** | eTicket Itinerary and Receipt for Confirmation LQ6J0L |
| **Date:** | Thursday, May 2, 2024 5:27:42 PM |



Thu, May 02, 2024

## Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# LQ6J0L

| Flight 1 of 2 UA1644 | Class: United Economy (H) |
|---|---|
| Fri, May 03, 2024 | Fri, May 03, 2024 |
| **07:00 AM** | **10:51 AM** |
| San Juan, PR, US (SJU) | Houston, TX, US (IAH) |

| Flight 2 of 2 UA6133 | Class: United Economy (H) |
|---|---|
| Fri, May 03, 2024 | Fri, May 03, 2024 |
| **02:36 PM** | **04:00 PM** |
| Houston, TX, US (IAH) | McAllen, TX, US (MFE) |

Flight Operated by MESA AIRLINES DBA UNITED EXPRESS.

### Traveler Details

**RODRIGUEZ/DENISE**

| | |
|---|---|
| eTicket number: **0162385375992** | Seats: **SJU-IAH 20F** |
| Frequent Flyer: **UA-XXXXX985 Premier Gold** | **IAH-MFE 07F** |

### Purchase Summary

| | |
|---|---|
| Method of payment: | **American Express ending in 1002** |
| Date of purchase: | **Thu, May 02, 2024** |

| | |
|---|---|
| Airfare: | 543.00 |
| U.S. Transportation Tax: | 22.20 |
| Passenger Civil Aviation Security Service Fee: | 5.60 |

| | |
|---|---:|
| U.S. Passenger Facility Charge: | 9.00 |
| Total Per Passenger: | **579.80 USD** |
| Total: | 579.80 USD |

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.
NONREF/0VALUAFTDPT
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

## MileagePlus Accrual Details

| Denise Rodriguez | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Fri, May 03, 2024 | 1644 | San Juan, PR, US (SJU) to Houston, TX, US (IAH) | 3760 | 470 | 1 |
| Fri, May 03, 2024 | 6133 | Houston, TX, US (IAH) to McAllen, TX, US (MFE) | 592 | 74 | 1 |
| MileagePlus accrual totals: | | | 4352 | 544 | 2 |

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Fri, May 03, 2024<br>San Juan, PR, US (SJU - Luis Muñoz Marín)<br>to McAllen, TX, US (MFE) | 0.00 USD | 0.00 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |

Baggage check-in must occur with United or United Express, and United MileagePlus Premier® Gold membership must be valid at time of check-in to qualify for any applicable waiver of service charges for checked bags (within specified size and weight limits). Changes to the fare type purchased could result in increased baggage service charges. Based on your itinerary and selected cabin, service charges may be waived for one or more checked bags. See below for the charges for your 1st and 2nd checked bags. For additional baggage service charge information, select the "additional and other bag fees" box below.

## Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, frequent flyer status, and the selected itinerary. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program. Once travel has started, accruals will no longer display. You can always view your MileagePlus account for posted accrual.
- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown. Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.

## International eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 60 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be canceled if this condition is not met.
- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 30 minutes prior to scheduled departure.
- Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.
- Bring this eTicket Receipt along with photo identification, proof of citizenship, passport and/or visa to the ticket lobby for check-in.
- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger. The fare rules for your ticket may restrict your carry-on baggage allowance even further.
- For up to the minute flight information, sign-up for our Flight Status Updates or call 1-800-824-6200; in Spanish 1-800-426-5561.

| | |
|---|---|
| **From:** | United Airlines |
| **To:** | DRODRIGUEZ_PRI@OUTLOOK.COM |
| **Subject:** | eTicket Itinerary and Receipt for Confirmation P6YQ2T |
| **Date:** | Wednesday, July 19, 2023 10:33:01 AM |



Wed, Jul 19, 2023

## Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# P6YQ2T

### Flight 1 of 2 UA668                                            Class: United Economy (S)

Sun, Aug 20, 2023                                   Sun, Aug 20, 2023
**03:00 PM**                                        **06:48 PM**
San Juan, PR, US (SJU)                              Houston, TX, US (IAH)

### Flight 2 of 2 UA1346                                           Class: United Economy (S)

Sun, Aug 20, 2023                                   Sun, Aug 20, 2023
**07:48 PM**                                        **09:03 PM**
Houston, TX, US (IAH)                               McAllen, TX, US (MFE)

### Traveler Details

**RODRIGUEZ/DENISE**
eTicket number: **0162313412365**                                Seats: **SJU-IAH 11F**
Frequent Flyer: **UA-XXXXX985 Premier Platinum**                        **IAH-MFE 11F**

[redacted]
[redacted]                                                        Seats: **SJU-IAH 11E**
                                                                        **IAH-MFE 11E**

### Purchase Summary

| | |
|---|---|
| Method of payment: | **American Express ending in 1002** |
| Date of purchase: | **Wed, Jul 19, 2023** |
| Airfare: | **409.00** |

| | |
|---|---:|
| U.S. Transportation Tax: | **21.10** |
| September 11th Security Fee: | **5.60** |
| U.S. Passenger Facility Charge: | **9.00** |
| Total Per Passenger: | **444.70 USD** |
| Total: | 889.40 USD |

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.
NONREF/0VALUAFTDPT
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

## MileagePlus Accrual Details

| Denise Rodriguez | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Sun, Aug 20, 2023 | 668 | San Juan, PR, US (SJU) to Houston, TX, US (IAH) | 3186 | 354 | 1 |
| Sun, Aug 20, 2023 | 1346 | Houston, TX, US (IAH) to McAllen, TX, US (MFE) | 504 | 56 | 1 |
| MileagePlus accrual totals: | | | 3690 | 410 | 2 |

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Sun, Aug 20, 2023<br>San Juan, PR, US (SJU - Luis Muñoz Marín)<br>to McAllen, TX, US (MFE) | 0 USD | 0 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |

Baggage check-in must occur with United or United Express, and you must have valid MileagePlus Premier® Platinum membership at time of check-in to qualify for waiver of service charges for up to three checked bags (within specified size and weight limits).

## Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, frequent flyer status, and the selected itinerary. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program. Once travel has started, accruals will no longer display. You can always view your MileagePlus account for posted accrual.
- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown. Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.

## International eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 60 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be canceled if this condition is not met.
- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 30 minutes prior to scheduled departure.
- Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.
- Bring this eTicket Receipt along with photo identification, proof of citizenship, passport and/or visa to the ticket lobby for check-in.
- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger. The fare rules for your ticket may restrict your carry-on baggage allowance even further.
- For up to the minute flight information, sign-up for our Flight Status Updates or call 1-800-824-6200; in Spanish 1-800-426-5561.
- If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing

```
Republic Parking System-McAllen Intl Airport
            2500 Bicentennial Blvd
              McAllen, TX 78503


F/C #01                    A Payment No.00046956
T/D #03                         Ticket No.060876
Cashier                                    ID #4
Entry Time              4/28/2024 (Sun) 10:15
Paid Time                5/3/2024 (Fri) 16:05
Parking Time                    5 Days   5:50
Parking Fee            Rate B          $36.00

VISA
   Account #      ******************1542
   Slip #                               06148
   Auth Code                           287134
CREDIT CARD AMOUNT                     $36.00
Cash Amount                             $0.00
================================================
Total                                  $36.00
            Please drive carefully
                 956-213-8561
```

**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Denise Rodriguez
3003 San Sebastian St
Mission TX 78572
United States

Room: 0706
Room Type: EKNG
No. of Guests: 1
Rate: $ 160.00  Clerk: 9996

Marriott Rewards #   286891726

CRS Number  71590820

Name:

Arrive:  04-28-24       Time:  08:40 PM       Depart:  05-03-24       Folio Number:  782755

| Date | Description | Charges | Credits |
|---|---|---|---|
| 04-28-24 | Package | 160.00 | |
| 04-28-24 | Destination Fee | 17.00 | |
| 04-28-24 | Government Tax | 15.93 | |
| 04-29-24 | Package | 160.00 | |
| 04-29-24 | Destination Fee | 17.00 | |
| 04-29-24 | Government Tax | 15.93 | |
| 04-30-24 | Package | 160.00 | |
| 04-30-24 | Destination Fee | 17.00 | |
| 04-30-24 | Government Tax | 15.93 | |
| 05-01-24 | Comedor - Guest Charge | 5.55 | |
| 05-01-24 | Package | 160.00 | |
| 05-01-24 | Destination Fee | 17.00 | |
| 05-01-24 | Government Tax | 15.93 | |
| 05-02-24 | Comedor - Guest Charge | 5.55 | |
| 05-02-24 | COMEDOR- Guest Charge (Dinner) | 72.02 | |
| 05-02-24 | Package | 160.00 | |
| 05-02-24 | Destination Fee | 17.00 | |
| 05-02-24 | Government Tax | 15.93 | |
| 05-03-24 | Comedor - Guest Charge | 4.75 | |
| 05-03-24 | American Express | | 1,052.52 |

*Card #  XXXXXXXXXXX1002*

**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Denise Rodriguez
3003 San Sebastian St
Mission TX 78572
United States

Room: 0706
Room Type: EKNG
No. of Guests: 1
Rate: $ 160.00   Clerk: 9996

Marriott Rewards #   286891726

CRS Number   71590820

Name:

Arrive:  04-28-24         Time:  08:40 PM         Depart:  05-03-24         Folio Number:  782755

| Date | Description | Charges | Credits |
|---|---|---|---|
|  |  | Balance | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.