# Office of the TCA - Travel Reimbursement Form

**Traveler Name: Scott Cragg**
**Travel Dates: APR 14-15, 2024**
**Purpose of Travel:  On-Site Monitoring**

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | | 1 | $ 700.60 |
| Bags/Airport Shuttle  tips-no receipt | $ 2.00 | 2 | $ 4.00 |
| Ground Transportation (Tolls) | | 4 | $ 5.09 |
| Ground Transportation (Parking) | $ 14.83 | 2 | $ 29.66 |
| Ground Transportation (Mileage) | $ 0.670 | 182.9 | $ 122.54 |
| Lodging | $ 192.93 | 1 | $ 192.93 |
| Uber to Airport | $ 19.81 | 1 | $ 19.81 |
| Per Diem (Travel Days) 14-15 Apr | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 0 | $ - |
| Total | | | $ 1,247.13 |



1st ON-SITE TRIP APRIL RMS Selection

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

# Your Traveler Details

## SCOTT P CRAGG

San Juan

**SJU**

Washington

**DCA**

**TrueBlue Number:**
3363415311

**Ticket number:**
2792149279746

**Flight #** 1348

**Fare:** Blue

**Seat:** 4C EVEN MORE

**Notes:** Even More® Space

**Manage my booking**

## Bag Allowance (per traveler)

**SJU ▶ DCA**

| Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|
| Free | Free | Free Mosaic Perk | Free Mosaic Perk |

**Size and weight limits apply. See full details on our Bag Info page** ▶

Free checked bag benefit for Mosaic members applies to JetBlue-operated flights only.

Additional charges may apply.

**Need to check more than 2 bags?** Additional bags can be added during check-in (starting 24 hours before departure) or at the airport.



## Payment Details

Master XXXXXXXXXX7082

**Purchase Date: Mar 23, 2024**

Request full receipt

| | |
|---|---|
| CREDIT_CARD | $204.30 |
| NONREF | $172.00 |
| Taxes & fees | $32.30 |
| **Total** | **$204.30 USD** |

## Change made easy.

Change or cancel flights, add extras like Even More® Space seats or pets, select or switch seats, update TrueBlue & Known Traveler numbers, and other traveler details–all in one place. Stay safe from fraud–use only jetblue.com or the JetBlue app to change or cancel your flights.

Manage my booking

**If your booking was made at least 7 days in advance:** You have 24 hours from the time booking was made to cancel your flight and receive a full refund to your original form of payment, without a cancellation fee.

**JetBlue Change/Cancel Policy:** There is no fee to change (or cancel) Blue, Blue Extra, Blue Plus or Mint fares. Blue Basic fares cannot be changed and are subject to a cancel fee of $100 for travel wholly within the U.S., Caribbean, Mexico or Central America, or $200 for all other routes.

Fare difference may apply and funds may be in the form of a JetBlue travel credit, valid for 12 months from original ticketing date. As a Mosaic, same-day switches may be made without a fee or fare difference. **Click here** for details on our change and cancel policies.

# Your Traveler Details

## SCOTT P CRAGG

Orlando
**MCO**

San Juan
**SJU**

**TrueBlue Number:**
3363415311

**Ticket number:**
2792149279344

**Flight #** 1133

**Fare:** Blue

**Seat:** 3A EVEN MORE

**Notes:** Even More® Space

Manage my booking

## Bag Allowance (per traveler)

**MCO** ▶ **SJU**

| Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|
| Free | Free | Free Mosaic Perk | Free Mosaic Perk |

**Size and weight limits apply. See full details on our Bag Info page** ▶

Free checked bag benefit for Mosaic members applies to JetBlue-operated flights only.

Additional charges may apply.

**Need to check more than 2 bags?** Additional bags can be added during check-in (starting 24 hours before departure) or at the airport.

## Payment Details

**Master XXXXXXXXXXX7082**

| | |
|---|---|
| CREDIT_CARD | $496.30 |
| NONREF | $464.00 |
| Taxes & fees | $32.30 |

**Purchase Date: Mar 23, 2024**

**Request full receipt**

**Total**     **$496.30 USD**

---

**jetBlue**

CRAGG/SCOTT P
14 APR 24



FLIGHT B6 1133

MCO ➔ SJU

Orlando,FL          San Juan,PR

CONFIRMATION:
MMLCGR

GATE **238A**     GROUP **MOSAIC 3A**     SEAT

BOARDING 10:35 AM ➔ DOORS CLOSE 11:05 AM ➔ DEPARTS 11:20 AM

TICKET: 2792:19279344

BOARDING

---

**jetBlue**

CRAGG/SCOTT P
15 APR 24



FLIGHT B6 954

SJU ➔ FLL

San Juan,PR         Fort Lauderdale
,FL

CONFIRMATION:
APTHKA

GATE **A1**     GROUP **MOSAIC 3C**     SEAT

BOARDING 5:25 AM ➔ DOORS CLOSE 5:45 AM ➔ DEPARTS 6:00 AM

TICKET: 27921509...

BOARD

---

**jetBlue**     BOARDING PASS     TSA Pre✓

CRAGG/SCOTT P  
15 APR 24

CONFIRMATION:
APTHKA

TICKET:
2792150988172



FLIGHT B6 1280

FLL ➔ DCA

Fort Lauderdale     Washington Nati
,FL                onal,DC

GATE **G10**
SUBJECT
TO CHANGE

GROUP **MOSAIC**

SEAT **2A**     WINDOW

BOARDING 9:20 AM ➔ DOORS CLOSE 9:40 AM ➔ DEPARTS 9:55 AM ➔ ARRIVES 12:25 PM

# E-ZPass Virginia: Transaction History

**Account Number:** 236166  **From:** 4/5/2024  **To:** 5/5/2024

| Date Posted | Transaction | Receipt | Transponder / Plate | Agency | Entry Plaza | Exit Plaza | Entry Date and Time | Exit Date and Time | Plaza Facility | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/15/2024 | IAG TOLL INCOMING TRANSACTIONS | | 3829399 | CFX | | 394 | | 4/14/2024 9:35 AM | | -0.93 | 24.79 |
| 4/18/2024 | IAG TOLL INCOMING TRANSACTIONS | | 3829399 | FTE | | J47 | | 4/18/2024 3:34 PM | | -2.30 | 22.49 |
| 4/19/2024 | IAG TOLL INCOMING TRANSACTIONS | | 3829399 | CFX | | 328 | | 4/18/2024 3:18 PM | | -0.93 | 21.56 |
| 4/19/2024 | IAG TOLL INCOMING TRANSACTIONS | | 3829399 | CFX | | 301 | | 4/18/2024 3:24 PM | | -0.93 | 20.63 |
| 4/29/2024 | IAG TOLL INCOMING TRANSACTIONS | | 3829399 | CFX | | 394 | | 4/28/2024 9:32 AM | | -0.93 | 19.70 |
| 4/29/2024 | CREDIT CARD PAYMENT | | 0 | | | | | | | 70.00 | 89.70 |
| 5/3/2024 | IAG TOLL INCOMING TRANSACTIONS | | 3829399 | FTE | | J47 | | 5/3/2024 1:26 PM | | -2.30 | 87.40 |
| 5/4/2024 | IAG TOLL INCOMING TRANSACTIONS | | 3829399 | CFX | | 328 | | 5/3/2024 1:10 PM | | -0.93 | 86.47 |
| 5/4/2024 | IAG TOLL INCOMING TRANSACTIONS | | 3829399 | CFX | | 301 | | 5/3/2024 1:16 PM | | -0.93 | 85.54 |

**FastPark&Relax**

## Parking Receipt

April 18, 2024

**Orlando**
7870 N. Frontage Road
Orlando, FL 32812

PARKING DETAILS

| | |
|---|---|
| **Check-In:** | April 14, 2024 |
| **Check-Out:** | April 18, 2024 |
| **Period:** | 4d 5h 19m |

TRANSACTION SUMMARY

| | |
|---|---|
| Parking Fee: | $62.68 |
| Airport Fee: | $6.96 |
| County Tax: | $0.35 |
| State Tax: | $4.18 |
| Total: | $74.17 |

*2 DAYS 14-15 APR $29.66* (handwritten)

Contact Us    Privacy Policy    Terms & Conditions

Please do not reply to this email. This is a system-generated email. Replies will not be read or forwarded for handling.
© 2016 Parking Company of America. To unsubscribe from this service please edit your notification preferences here.

# Google Maps

Home (219 S Riverwalk Dr) to Fast Park & Relax MCO, 7870 N Frontage Rd, Orlando, FL 32812



Map data ©2024

**COURTYARD®**
**Marriott®**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Scott Cragg
13932 S Springs Dr
Clifton VA 20124
United States

Room: 0301
Room Type: KSTE
No. of Guests: 1
Rate:  $   160.00  Clerk: 34

Marriott Rewards #    797225828

CRS Number  71968454

Name:

Arrive:  04-14-24          Time:  02:53 PM          Depart:  04-15-24          Folio Number:  779651

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 04-14-24 | Package | 160.00 | |
| 04-14-24 | Destination Fee | 17.00 | |
| 04-14-24 | Government Tax | 15.93 | |
| | Balance | | 192.93 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

[Personal] Your Monday morning trip with Uber

From:    Uber Receipts (noreply@uber.com)

To:      spcragg@verizon.net

Date:    Monday, April 15, 2024 at 05:31 AM EDT

# Uber

Total **$19.81**
April 15, 2024

# Thanks for tipping, scott

Here's your updated Monday
morning ride receipt.

# Total                                    $19.81

Trip fare                                   $15.68

**Subtotal**                                $15.68

Booking Fee ?                               $1.13

Tip                                         $3.00

**Payments**

## Office of the TCA - Travel Reimbursement Form

**Traveler Name:** Scott Cragg
**Travel Dates:** APR 28 - May 3, 2024
**Purpose of Travel:** On-Site Monitoring

### Travel Reimbursement

| Expense | Unit Cost | Units | Total | |
|---|---|---|---|---|
| Airfare | | 1 | $ | 386.60 |
| Bags/Airport Shuttle  tips-no receipt | $   2.00 | 2 | $ | 4.00 |
| Ground Transportation (Tolls) | | 4 | $ | 5.09 |
| Ground Transportation (Parking) | $  14.07 | 6 | $ | 84.44 |
| Ground Transportation (Mileage) | $   0.670 | 182.9 | $ | 122.54 |
| Lodging | $ 192.93 | 5 | $ | 964.65 |
| Per Diem (Travel Days) 28 Apr, 3 May | $  86.25 | 2 | $ | 172.50 |
| Per Diem (Full Days) 29 Apr - 2 May | $ 115.00 | 4 | $ | 460.00 |
| Total | | | $ | 2,199.82 |



2ND ON-SITE TRIP APRIL

Get the latest entry and travel requirements for your trip.

# Your Traveler Details

**SCOTT P CRAGG**

Orlando

**MCO**

San Juan

**SJU**

**TrueBlue Number:** 3363415311

**Ticket number:** 2792151840243

**Flight #** 1133

**Fare:** Blue

**Seat:** 2C  EVEN MORE

**Notes:** Even More® Space

Manage my booking

San Juan

**SJU**

Orlando

**MCO**

**TrueBlue Number:** 3363415311

**Ticket number:** 2792151840243

**Flight #** 1334

**Fare:** Blue

**Seat:** 5D  EVEN MORE

**Notes:** Priority security, Even More® Space

Manage my booking

# Bag Allowance (per traveler)

**MCO** ▶ **SJU**

| Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|
| Free | Free | Free Mosaic Perk | Free Mosaic Perk |

### SJU ▶ MCO

| Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|
| Free | Free | Free Mosaic Perk | Free Mosaic Perk |

**Size and weight limits apply. See full details on our Bag Info page** ▶

Free checked bag benefit for Mosaic members applies to JetBlue-operated flights only.

Additional charges may apply.

**Need to check more than 2 bags?** Additional bags can be added during check-in (starting 24 hours before departure) or at the airport.

## Payment Details

XXXXXXXXXXX3831

**Purchase Date: Apr 9, 2024**

**Request full receipt**

| | |
|---|---|
| TRAVEL_BANK | $-27.00 |
| USD349.00 NONREFUNDABLE NONREF | $322.00 |
| Taxes & fees | $64.60 |
| **Total** | **$386.60 USD** |

jetBlue  

BOARDING PASS

TSA Pre✓

CRAGG/SCOTT P 

28 APR 24

CONFIRMATION:
DQUGFY

TICKET:
2792151840243

| FLIGHT B6 1133 | GATE | GROUP | SEAT | |
|---|---|---|---|---|
| **MCO** ➡ **SJU** | **230** | **MOSAIC** | **2C** | AISLE |
| Orlando,FL    San Juan,PR | SUBJECT TO CHANGE | | | |

BOARDING   DOORS CLOSE   DEPARTS   ARRIVES
10:41 AM➡ 11:01 AM  ➡  11:16 AM ➡ 2:11 PM

---

jetBlue  

BOARDING PASS

TSA Pre✓

CRAGG/SCOTT P 

03 MAY 24

CONFIRMATION:
DQUGFY

TICKET:
2792151840243

| FLIGHT B6 1334 | GATE | GROUP | SEAT | |
|---|---|---|---|---|
| **SJU** ➡ **MCO** | **A5** | **MOSAIC** | **5D** | AISLE |
| San Juan,PR    Orlando,FL | SUBJECT TO CHANGE | | | |

BOARDING   DOORS CLOSE   DEPARTS   ARRIVES
8:42 AM ➡ 9:02 AM  ➡  9:17 AM ➡ 12:37 PM

---




**FasPark**

Fast Park
MCO
7870 N. Frontage Road
Orlando, Florida 32812
(407) 251-7555

Date:   12:51 PM 03 May 2024
Receipt #:   4718734473
Ticket #:   10025046
Departed:   9:46 AM 28 Apr 2024
Arrived:   12:51 PM 03 May 2024
Total Duration:   5 days 3 hrs 5 mins
Parking Fee:   $71.35
Subtotal:   $71.35
State Tax   $4.76
County Tax   $0.40
Airport Fee   $7.93
**Total:**   **$84.44**
Payment Method:   Visa 6833

Powered By
**FLASH**



# E-ZPass Virginia: Transaction History

**Account Number:** 236166  **From:** 4/5/2024  **To:** 5/5/2024

| Date Posted | Transaction | Receipt | Transponder / Plate | Agency | Entry Plaza | Exit Plaza | Entry Date and Time | Exit Date and Time | Plaza Facility | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/15/2024 | IAG TOLL INCOMING TRANSACTIONS | | 3829399 | CFX | | 394 | | 4/14/2024 9:35 AM | | -0.93 | 24.79 |
| 4/18/2024 | IAG TOLL INCOMING TRANSACTIONS | | 3829399 | FTE | | J47 | | 4/18/2024 3:34 PM | | -2.30 | 22.49 |
| 4/19/2024 | IAG TOLL INCOMING TRANSACTIONS | | 3829399 | CFX | | 328 | | 4/18/2024 3:18 PM | | -0.93 | 21.56 |
| 4/19/2024 | IAG TOLL INCOMING TRANSACTIONS | | 3829399 | CFX | | 301 | | 4/19/2024 3:24 PM | | -0.93 | 20.63 |
| 4/29/2024 | IAG TOLL INCOMING TRANSACTIONS | | 3829399 | CFX | | 394 | | 4/28/2024 9:32 AM | | -0.93 | 19.70 |
| 4/29/2024 | CREDIT CARD PAYMENT | 0 | | | | | | | | 70.00 | 89.70 |
| 5/3/2024 | IAG TOLL INCOMING TRANSACTIONS | | 3829399 | FTE | | J47 | | 5/3/2024 1:26 PM | | -2.30 | 87.40 |
| 5/4/2024 | IAG TOLL INCOMING TRANSACTIONS | | 3829399 | CFX | | 328 | | 5/3/2024 1:10 PM | | -0.93 | 86.47 |
| 5/4/2024 | IAG TOLL INCOMING TRANSACTIONS | | 3829399 | CFX | | 301 | | 5/3/2024 1:16 PM | | -0.93 | 85.54 |

# Google Maps

Home (219 S Riverwalk Dr) to Fast Park &
Relax MCO, 7870 N Frontage Rd, Orlando, FL 32812

Driv



Map data ©2024

# COURTYARD®
## Marriott®

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Scott Cragg
13932 S Springs Dr
Clifton VA 20124
United States

Room: 0301
Room Type: KSTE
No. of Guests: 1
Rate:  $   160.00  Clerk: 8
CRS Number  71973452

Marriott Rewards #    797225828

Name:

Arrive:  04-28-24          Time:  02:39 PM          Depart:  05-03-24          Folio Number:  779652

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 04-28-24 | Package | 160.00 | |
| 04-28-24 | Destination Fee | 17.00 | |
| 04-28-24 | Government Tax | 15.93 | |
| 04-29-24 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 04-29-24 | Package | 160.00 | |
| 04-29-24 | Destination Fee | 17.00 | |
| 04-29-24 | Government Tax | 15.93 | |
| 04-30-24 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 04-30-24 | Package | 160.00 | |
| 04-30-24 | Destination Fee | 17.00 | |
| 04-30-24 | Government Tax | 15.93 | |
| 05-01-24 | Package | 160.00 | |
| 05-01-24 | Destination Fee | 17.00 | |
| 05-01-24 | Government Tax | 15.93 | |
| 05-02-24 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 05-02-24 | COMEDOR- Guest Charge (Dinner) | 29.61 | |
| 05-02-24 | Package | 160.00 | |
| 05-02-24 | Destination Fee | 17.00 | |
| 05-02-24 | Government Tax | 15.93 | |
| 05-03-24 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 05-03-24 | Visa Card | | |
| | Card # XXXXXXXXXXXX6833 | 1,010.26 | |

$964 65





# You're all set to jet.

And, your continued loyalty is what keeps us flying high. Thanks again for being a Mosaic member.

# Your Flight Itinerary

## Your JetBlue confirmation code is DQUGFY



MCO                                     **Flight 1133**

SJU

| Sun, Apr 28 | | Sun, Apr 28 |
| **11:16am** | - | **2:11pm** |
| Terminal: C | | |

SJU                                     **Flight 1334**

MCO

| Thu, May 02 | | Thu, May 02 |
| **9:17am** | - | **12:37pm** |
| Terminal: A | | |

Get the latest entry and travel requirements for your trip.

# Your Traveler Details



## SCOTT P CRAGG

Orlando
### MCO

San Juan
### SJU

Orlando                          San Juan

# Your Traveler Details



**SCOTT P CRAGG**

Orlando
## MCO

San Juan
## SJU

Orlando       San Juan
## MCO     SJU

**TrueBlue Number:**
3363415311

**Ticket number:**
2792150595724

**Flight #** 1133

**Fare:** Blue

**Seat:** 2C

**Notes:** Even More® Space

---

San Juan
## SJU

Orlando
## MCO

San Juan       Orlando
## SJU     MCO

**TrueBlue Number:**
3363415311

**Ticket number:**
2792150595724

**Flight #** 1334

**Fare:** Blue

**Seat:** 2D

**Notes:** Even More® Space

**Bag Allowance (per traveler)**

**MCO**



**SJU**

| Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|
| Free | Free | Free Mosaic Perk | Free Mosaic Perk |

**SJU**

**MCO**

| Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|
| Free | Free | Free Mosaic Perk | Free Mosaic Perk |

**Size and weight limits apply. See full details on our Bag Info page**

Free checked bag benefit for Mosaic members applies to JetBlue-operated flights only.

Additional charges may apply.

**Need to check more than 2 bags?** Additional bags can be added during check-in (starting 24 hours before departure) or at the airport.

**Payment Details**

Master XXXXXXXXXX7082

**Purchase Date: Apr 9, 2024**
**Request full receipt**

| CREDIT_CARD | $413.60 |
|---|---|
| NONREF | $349.00 |
| Taxes & fees | $64.60 |
| **Total** | **$413.60 USD** |

# Change made easy.

Change or cancel flights, add extras like Even More® Space seats or pets, select or switch seats, update TrueBlue & Known Traveler numbers, and other traveler details– all in one place. Stay safe from fraud–use only jetblue.com or the JetBlue app to change or cancel your flights.

**If your booking was made at least 7 days in advance:** You have 24 hours from the time booking was made to cancel your flight and receive a full refund to your original form of payment, without a cancellation fee.

**JetBlue Change/Cancel Policy:** There is no fee to change (or cancel) Blue, Blue Extra, Blue Plus or Mint fares. Blue Basic fares cannot be changed and are subject to a cancel fee of $100 for travel wholly within the U.S., Caribbean, Mexico or



FPMPR TRAVEL EXPENSE NOTE:

**Scott Cragg Travel Expense Invoices Note:**

**Date: May 4, 2024**

**Notes:**

Please note:

Travel Expenses:
- The Even More Space Note in the Airfare receipt is a free benefit from the Airline as a Mosaic Status Perk.
- Mr. Cragg had two different visits during April and May.
- Attached is the receipt for the Travel Bank used on the second visit.