## Office of the TCA - Travel Reimbursement Form

**Name:** Rita J. Watkins

**Travel Dates:** April 30 - May 3, 2024

**Purpose of Travel:** On-Site evaluation

### Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | 454.6 | 1 | 454.6 |
| Baggage | 0 | 0 | 0 |
| Ground Transportation (Uber/Lyft/Taxi) | | | 0 |
| Ground Transportation (Parking) | 104 | 1 | 104 |
| Ground Transportation (Mileage) | 0.655 | 0 | 0 |
| Lodging | 192.93 | 3 | 578.79 |
| Per Diem (Travel Days) | 86.25 | 2 | 172.5 |
| Per Diem (Full Days) | 115 | 1 | 115 |
| Other: | 0 | 0 | 0 |
| **Total** | | | **1,424.89** |

*Rita J Watkins* 5/4/2024

**From:** United Airlines Receipts@united.com
**Subject:** eTicket Itinerary and Receipt for Confirmation E20JRJ
**Date:** Mar 24, 2024 at 8:56:09 AM

**CAUTION:** The sender of this email is not from SHSU. Any links or attachments may be dangerous. To report this email as suspicious, forward it to abuse@shsu.edu.



Sun, Mar 24, 2024

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

## E20JRJ

### Flight 1 of 2 UA1192
Class: United Economy (L)

| Tue, Apr 30, 2024 | Tue, Apr 30, 2024 |
|---|---|
| **10:09 AM** | **03:42 PM** |
| Houston, TX, US (IAH) | San Juan, PR, US (SJU) |

### Flight 2 of 2 UA1644
Class: United Economy (L)

| Fri, May 03, 2024 | Fri, May 03, 2024 |
|---|---|
| **07:00 AM** | **10:51 AM** |
| San Juan, PR, US (SJU) | Houston, TX, US (IAH) |

### Traveler Details

**WATKINS/RITAJANE**
eTicket number: 0162375280875
Frequent Flyer: UA-XXXXX226 Premier Gold

Seats: IAH-SJU 09C
SJU-IAH 09C

### Purchase Summary

| | |
|---|---|
| Method of payment: | Master Card ending in 6220 |
| Date of purchase: | Sun, Mar 24, 2024 |

| | |
|---|---|
| Airfare: | 390.00 |
| U.S. Transportation Tax: | 44.40 |
| Passenger Civil Aviation Security Service Fee: | 11.20 |
| U.S. Passenger Facility Charge: | 9.00 |

| | |
|---|---:|
| Total Per Passenger: | 454.60 USD |
| **Total:** | **454.60 USD** |

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.
NONREF/0VALUAFTDPT
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

## MileagePlus Accrual Details

| Ritajane Watkins | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Tue, Apr 30, 2024 | 1192 | Houston, TX, US (IAH) to San Juan, PR, US (SJU) | 1560 | 195 | 1 |
| Fri, May 03, 2024 | 1644 | San Juan, PR, US (SJU) to Houston, TX, US (IAH) | 1560 | 195 | 1 |
| MileagePlus accrual totals: | | | 3120 | 390 | 2 |

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Tue, Apr 30, 2024 Houston, TX, US (IAH - Intercontinental) to San Juan, PR, US (SJU - Luis Muñoz Marín) | 0.00 USD | 0.00 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |
| Fri, May 03, 2024 San Juan, PR, US (SJU - Luis Muñoz Marín) to Houston, TX, US (IAH - Intercontinental) | 0.00 USD | 0.00 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |

Baggage check-in must occur with United or United Express, and United MileagePlus Premier® Gold membership must be valid at time of check-in to qualify for any applicable waiver of service charges for checked bags (within specified size and weight limits). Changes to the fare type purchased could result in increased baggage service charges. Based on your itinerary and selected cabin, service charges may be waived for one or more checked bags. See below for the charges for your 1st and 2nd checked bags. For additional baggage service charge information, select the "additional and other bag fees" box below.

## Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, frequent flyer status, and the selected itinerary. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program. Once travel has started, accruals will no longer display. You can always view your MileagePlus account for posted accrual.
- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown. Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.

## International eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 60 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be canceled if this condition is not met.
- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 30 minutes prior to scheduled departure.
- Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.

 Gmail                                                                Rita Watkins <drritawatkins@gmail.com>

# Transaction Receipt from GROUNDSHUTTLE.COM for $104.00 (USD)

**Auto-Receipt** <noreply@mail.authorize.net>                              Wed, Apr 24, 2024 at 10:31 PM
Reply-To: Ground Shuttle CS <reservations@groundshuttle.com>
To: Rita Watkins <drritawatkins@gmail.com>

### Order Information
| | |
|---|---|
| Description: | New Reservation(GS-IAH-0220240430 and IAH-GS-0320240503) |
| Invoice Number | 315217 |
| Customer ID | 123110 |

**Billing Information**                    **Shipping Information**
Rita Watkins
4746 Enchanted Oaks Dr.
College Station, Texas 77845
United States
drritawatkins@gmail.com
979-777-0594

**Total: $104.00 (USD)**

### Payment Information
| | |
|---|---|
| Date/Time: | 24-Apr-2024 22:31:46 CDT |
| Transaction ID: | 80410644829 |
| Payment Method: | MasterCard xxxx6220 |
| Transaction Type: | Purchase |
| Auth Code: | 04407P |

### Merchant Contact Information
GROUNDSHUTTLE.COM
College Station, TX 77845
US

accounting@groundshuttle.com

If a reservation is cancelled, your Ground Shuttle account will be credited according to the time of cancellation. Our system does not currently have the ability to refund your credit card account. All credits will expire after one year. Ground Shuttle credits are transferable upon request. Please contact us if you would like to transfer your credit to another passenger or make a reservation using another passenger's credit. We do require written documentation from credit holder before any balance can be transferred. Credit provided is based on time of cancellation as described below: 1. Canceled between 72 hours or more prior to the Trip - 100% credit voucher 2. Canceled between 72 hours prior to the Trip and 48 hours prior to the Trip - 75% credit voucher 3. Canceled between 48 hours prior to the Trip and 24 hours prior to the Trip - 50% credit voucher 4. Canceled between 24 hours prior to the Trip and 2 hours prior to the Trip - 25% credit voucher 5. Canceled less than 2 hours prior to the Trip or no cancellation - No credit voucher will be provided

 Gmail

Rita Watkins <drritawatkins@gmail.com>

## Ground Shuttle - Reservation Confirmation

**Ground Shuttle | Administrator** <reservations@groundshuttle.com>
To: Rita Watkins <drritawatkins@gmail.com>

Wed, Apr 24, 2024 at 10:31 PM



Let us do the driving!

**PLEASE READ ALL PAGES OF THIS CONFIRMATION TO AVOID DELAYS AND MISUNDERSTANDINGS.**

Dear **Rita Watkins,**

Thank you for booking with us.

**(Order Total : $104.00).**

Your reservation details are as follows:

### Departure Trip From College Station To Houston

| | |
|---|---|
| **Confirmation Number:** | COL-HOU-04-30-2024-07:00-4 |
| **Travel Date:** | 4/30/2024 |
| **Reservation Status:** | Reserved |
| **Pickup Location:** | Ground Shuttle Office |
| **Departure Time :** | 7:00 AM - Please be ready 15 minutes before departure time if being picked up at the Ground Shuttle office or at the Houston Airport. See details below. |
| **Dropoff Location:** | Bush International - IAH |
| **Estimated time of Arrival:** | 9:00 AM |
| **Number Of Adults:** | 1 |
| **Number Of Children under 7:** | 0 |
| **Number Of additional Bags** *Base fare allows one checked in suitcase and one carry-on* | 0 |

### Return Trip From Houston To College Station

| | |
|---|---|
| **Confirmation Number:** | HOU-COL-05-03-2024-12:15-5 |
| **Travel Date:** | 5/3/2024 |
| **Reservation Status:** | Reserved |
| **Pickup Location:** | Bush International - IAH |

| | |
|---|---|
| **Departure Time :** | 12:15 PM Please be ready 15 minutes before departure time if being picked up at the Ground Shuttle office or at the Houston Airport. See details below. |
| **Dropoff Location:** | Ground Shuttle Office |
| **Estimated time of Arrival:** | 2:15 PM |
| **Number Of Adults:** | 1 |
| **Number Of Childrens under 7:** | 0 |
| **Number Of additional Bags** *Base fare allows one checked in suitcase and one carry-on* | 0 |

## General Information

All departure times from College Station to Houston trips are from the Ground Shuttle Office located at 1450 Old Arrington Rd, College Station Tx 77845, we are right behind Casa Do Brasil Steakhouse. All estimated arrival times into College Station are to the Ground Shuttle Office.

We offer parking at our facility. The first 4 days of parking are free of charge and it is $4.00 per day after this. The parking spots in front of our building are for employees and 1 hour parking for customers only.

Base fare includes one checked in suitcase, one carry-on size bag and one personal item (purse, small laptop bag, etc). Additional pieces of luggage are $10 per piece if prepaid or $15 if paid to the driver. We will not guarantee additional luggage will be accommodated unless prepaid. Driver may refuse to lift excessively heavy pieces of luggage (approx. 50lbs or more). We do not have scales available so this decision is at the driver's discretion. Boxes are not allowed.

## Pick up Locations

**Ground Shuttle Office -** 1450 Old Arrington Rd College Station Tx 77845. In front of the building under the awning.

**Bush Intercontinental Airport - Terminal C baggage claim.** Exit the baggage claim through **door C-105** and be on the look out for the shuttle. It will pick up either on the middle lanes or on the outside lanes. Unfortunately Airport security moves us around depending on traffic.

## Logistics

## Trips to Houston:

Please be there at the Ground Shuttle at least 15 minutes prior to the departure time so the driver has enough time to check everyone in.

**COURTYARD® Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Ms Rita Watkins
4746 Enchanted Oaks Dr
College Sta TX 77845
United States

Room: 0514
Room Type: EKNG
No. of Guests: 1
Rate: $ 160.00  Clerk: 8

Marriott Rewards #   595896259

CRS Number  89712545

Name:

Arrive:  04-30-24          Time:  07:18 AM          Depart:  05-03-24          Folio Number:  783680

| Date | Description | Charges | Credits |
|---|---|---|---|
| 04-30-24 | Package | 160.00 | |
| 04-30-24 | Destination Fee | 17.00 | |
| 04-30-24 | Government Tax | 15.93 | |
| 05-01-24 | Package | 160.00 | |
| 05-01-24 | Destination Fee | 17.00 | |
| 05-01-24 | Government Tax | 15.93 | |
| 05-02-24 | COMEDOR- Guest Charge (Dinner) | 61.19 | |
| 05-02-24 | Package | 160.00 | |
| 05-02-24 | Destination Fee | 17.00 | |
| 05-02-24 | Government Tax | 15.93 | |
| 05-03-24 | Master Card / Euro Card | | 639.98 |
| | Card # XXXXXXXXXXXX6220 | | |

**Balance**   0.00 USD

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today. Start earning points and elite status, plus enjoy exclusive member offers. Enroll today at the front desk.