# Rafael Ruiz Consulting

12 Crestshire Dr.
Lawrence, MA 01843

PHONE: 6177599156   stodgo1971@yahoo.com   12 Crestshire Dr.

## INVOICE

INVOICE NUMBER: 2024-05A
INVOICE DATE: 5/11/2024

Federal Police Monitor for PR
VIG Tower, PH-924
1225 Ponce De Leon Ave.
San Juan, PR 00907

RAFAEL E. RUIZ CONSULTING

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 5/2/2024 | FPM-PR Expenses | PROJECT: FPM-PR Expenses | | | |
| | | PR Travel expenses: Lodging, airfare, ground transportation, per diem. | 0.00 | $0.00 | $1,580.52 |
| | | TOTAL: FPM-PR Expenses | | | $1,580.52 |

| INVOICE BALANCE INFORMATION | |
|---|---|
| Total amount of this invoice | $1,580.52 |
| Current invoice balance | $1,580.52 |

| AMOUNT DUE ON THIS INVOICE: $1,580.52 |
|---|

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of the hours worked in my capacity as a member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_Rafael E Ruiz_

Rafael E. Ruiz                                              Date: May 11, 2024



# Office of the Technical Compliance Advisor Travel Reimbursement Form

Enter all required information below to obtain travel reimbursement. If spending did not occur in a category, please leave the field blank. Blank fields will likely be used for one or more of the ground transportation options. The "Total" column of the table will update based on the information entered into the "Unit Cost" and "Units" columns. Receipts for airfare, lodging, ground transportation, and PCR Testing must be submitted with this form. Submit the Travel Reimbursement Form and accompanying receipts to Javier Gonzalez (Javier.benito@me.com) with the Chief Monitor (jrrjjr.romero@gmail.com) and/or his designee copied with your monthly invoice.

**Traveler Name:** Rafael E. Ruiz
**Travel Dates:** 4/28/24 to 5/02/24
**Purpose of Travel:** Interviews, site inspections, and Module presentations

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 191.30 | 1 | $ 191.30 |
| Baggage | $ - | 0 | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | $ 100.00 | 1 | $ 100.00 |
| Ground Transportation (Parking) | $ - | 5 | $ - |
| Ground Transportation (Mileage) | $ 0.56 | | $ - |
| Lodging | $ 192.93 | 4 | $ 771.72 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 3 | $ 345.00 |
| PCR Testing | $ - | 0 | $ - |
| Total | | | $ 1,580.52 |

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

Check out the details for your trip on Thu, May 02          Français | Español




#3326688490

# You're all set to jet.

And, your continued loyalty is what keeps us flying high. Thanks again for being a Mosaic member.

## Your Flight Itinerary

### Your JetBlue confirmation code is GROLON

SJU  BOS                    **Flight 62**



| Thu, May 02 | | Thu, May 02 |
| **6:55pm** | **-** | **11:04pm** |
| Terminal: A | | |

**Get the latest** entry and travel requirements for your trip.

# Your Traveler Details

### RAFAEL E RUIZ

San Juan
## SJU

Boston
## BOS

**TrueBlue Number:**
3326688490

**Ticket number:**
2792150851672

**Flight #** 62

**Fare:** Blue

**Seat: 8D**

[Manage my booking]

## Bag Allowance (per traveler)

**SJU** ▶ **BOS**

| Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|
| Free | Free | Free Mosaic Perk | Free Mosaic Perk |

[Size and weight limits apply. See full details on our Bag Info page](#) ▶

Free checked bag benefit for Mosaic members applies to JetBlue-operated flights only.

Additional charges may apply.

> **Need to check more than 2 bags?** Additional bags can be added during check-in (starting 24 hours before departure) or at the airport.

## Payment Details

Master XXXXXXXXXXX9796

**Purchase Date: Apr 12, 2024**
[Request full receipt](#)

| | |
|---|---|
| CREDIT_CARD | $191.30 |
| NONREF | $159.00 |
| Taxes & fees | $32.30 |
| **Total** | **$191.30 USD** |

## Change made easy.

Change or cancel flights, add extras like Even More® Space seats or pets, select or switch seats, update TrueBlue & Known Traveler numbers, and other traveler details–all in one place. Stay safe from fraud–use only **jetblue.com** or the JetBlue app to change or cancel your flights.

[Manage my booking]

**If your booking was made at least 7 days in advance:** You have 24 hours from the time booking was made to cancel your flight and receive a full refund to your original form of payment, without a cancellation fee.

**JetBlue Change/Cancel Policy:** There is no fee to change (or cancel) Blue, Blue Extra, Blue Plus or Mint fares. Blue Basic fares cannot be changed and are subject to a cancel fee of $100 for travel wholly within the U.S., Caribbean, Mexico or Central America, or $200 for all other routes.

Fare difference may apply and funds may be in the form of a JetBlue travel credit, valid for 12

**COURTYARD** Marriott

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Rafael Ruiz
12 Crestshire Dr
Lawrence MA 01843
United States

Room: 0601
Room Type: KSTE
No. of Guests: 1
Rate: $ 160.00  Clerk: 34

Marriott Rewards #   232084256

CRS Number  95177822

Name:

Arrive:  04-28-24          Time:  07:53 PM          Depart:  05-02-24          Folio Number:  780954

| Date | Description | Charges | Credits |
|---|---|---|---|
| 04-28-24 | Package | 160.00 | |
| 04-28-24 | Destination Fee | 17.00 | |
| 04-28-24 | Government Tax | 15.93 | |
| 04-29-24 | Package | 160.00 | |
| 04-29-24 | Destination Fee | 17.00 | |
| 04-29-24 | Government Tax | 15.93 | |
| 04-30-24 | Package | 160.00 | |
| 04-30-24 | Destination Fee | 17.00 | |
| 04-30-24 | Government Tax | 15.93 | |
| 05-01-24 | Package | 160.00 | |
| 05-01-24 | Destination Fee | 17.00 | |
| 05-01-24 | Government Tax | 15.93 | |
| 05-02-24 | American Express | | 771.72 |

Card #  XXXXXXXXXXX4005

**Balance**                                                              **0.00 USD**

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

# Printable Receipts

Receipt # _____

Date: __05/02/2024__

Amount Received $ ____$100____

[X] Cash
[ ] Check, No. _____
[ ] Money Order, No. _____

For: __Logan Airport pick up to Home__

Money Received by: __Jean Carlos Diaz__



FPMPR TRAVEL EXPENSE NOTE:

**Rafael Ruiz Travel Expense Invoices Note:**

**Date: May 2, 2024**

**Notes:**

Please note:

　Travel Expenses:

- Mr. Ruiz waived the Friday, April 26 Boston to SJ plane ticket.