```
Hearing set for 9:00 AM
Hearing started at 9:26 AM
Hearing ended at 1:02 PM
```

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**

**HONORABLE FRANCISCO A. BESOSA, SENIOR U.S. DISTRICT JUDGE**

COURTROOM DEPUTY: Migdalia García-Cosme			Date: June 27, 2024
Court Reporter: Lisa O'Brien					Case No. 12-cv-02039 (FAB)
Court Interpreter: Iris Ramírez, Maria Ceballos; Commonwealth's Contracted Interpreter: José Luis Rosado-Santiago

UNITED STATES OF AMERICA

    Plaintiff,

v.

COMMONWEALTH OF PUERTO RICO, et al.

    Defendants.

**The case was called for a Status Conference** in Courtroom 5, Old San Juan, as ordered at dockets No. 2634 and 2653.

The following persons were present at the conference:
1. María del Mar Ortiz – Deputy Chief Counsel from the Office of the Governor
2. Hecrián Martínez – Chief Counsel, Office of Management and Budget ("OMB")
3. Gabriel Vélez – substituting for "Analyst" on Public Safety Matters, Financial Oversight and Management Board ("FOMB")
4. Alberto Carrero – Manager, Financial Oversight and Management Board ("FOMB")
5. Edgardo González – Assistant Administrator for Service to the Agencies, General Services Administration ("GSA")
6. Hon. Alexis Torres – Secretary, Department of Public Safety ("DPS")
7. Juan Carlos Puig – Consultant and former Treasury Secretary, Department of Public Safety ("DPS")
8. Martín Reyes – Special Assistant and substituting for Special Advisor, Federal Affairs Office, Department of Public Safety ("DPS")
9. Miguel Candelario – General Counsel, Department of Public Safety ("DPS")
10. Juan Carlos Rivera – IT, Department of Public Safety ("DPS")
11. Colonel Carlos Juan Rodríguez – Associate Commissioner, Puerto Rico Police Bureau ("PRPB")

12. Colonel Rolando Trinidad – Office of the Reform, Puerto Rico Police Bureau ("PRPB")
13. Ángel Díaz – IT Bureau Deputy Director, Puerto Rico Police Bureau ("PRPB")
14. Ben Horowithz – Representative of AH Datalytics
15. Gabriel Peñagarícano – Counsel for the Commonwealth of Puerto Rico
16. Rafael Barreto – Counsel for the Commonwealth of Puerto Rico
17. Karen Estrada – Program Director, Ana G. Méndez University
18. Flor Vázquez – Associate VP, License and Accreditation, Ana G. Méndez University
19. Luis Saucedo – Counsel for the United States Department of Justice
20. Mildred Duprey de Robles - Community Relations Services, United States Department of Justice
21. Frank Fernández – Consultant, United States Department of Justice
22. John Romero – Chief Federal Police Monitor, Federal Monitor's Office
23. Denise Rodríguez – Chief Deputy Police Monitor, Federal Monitor's Office
24. Roberto Abesada – General Counsel, Federal Monitor's Office
25. Luis Hidalgo – Associate Monitor, Federal Monitor's Office
26. Javier González – Administrative Director, Federal Monitor's Office
27. Scott P. Cragg – Federal Monitor, Federal Monitor's Office
28. Merángelie Serrano – Federal Monitor, Federal Monitor's Office
29. Al Youngs – Federal Monitor, Federal Monitor's Office
30. Hipólito Castro – Federal Monitor, Federal Monitor's Office
31. Stephanie León – Research Assistant, Federal Monitor's Office
32. Dr. Alejandro del Carmen – Special Master, Office of the Special Master
33. Gilberto Balli – Assistant Special Master, Office of the Special Master
34. Thomas Petrowski – Assistant Special Master, Office of the Special Master
35. Christopher Graham – Financial Oversight Officer
36. Lumary Ojeda – Director, Budget Division of DPS/PRPB
37. Martín Reyes-Jusino – Special Assistant to the Secretary, DPS
38. Cecilia Robles Kakiuchi – Supervisor, Bureau of Public Finance Area, Puerto Rico Department of Treasury ("Hacienda")
39. Brenda Vásquez - Executive Officer, Bureau of Public Finance Area, Puerto Rico Department of Treasury ("Hacienda")
40. José Rodríguez – Member of the Community, Leader of Dominican Committee for Civil Acts
41. Pedro Julio Serrano – Member of the Community, President of Puerto Rico for All

The following matters were discussed at the status conference:

**Overview of the Monitor's Office CMR-10 Report (docket No. 2669):** Mr. John Romero, Chief Federal Police Monitor compared CMR10, CMR 9 and CMR8 to describe compliance levels and improvements, and informed that the Puerto Rico Police Bureau ("PRPB") has demonstrated significant increase in compliance and provided details of each paragraph of the Consent Decree. Counsel Peñagarícano focused on the improvements achieved. Arguments from counsel Saucedo, counsel Peñagarícano, Colonel Trinidad and Dr. Del Carmen were heard for each section.
    a. **Professionalization:** Monitor Romero reassessed paragraphs 16 and 17

to non-compliant. Counsel Peñagarícano explained that a draft of a new exam was prepared to be taken by the 12 applicants prior to their promotion. Those applicants will be frequently evaluated and trained prior to assuming their new duties as captains.

b. **Use of Force:** No paragraphs were rated as non-compliant. The monitor mentioned that the large backlog of cases was eliminated by the Commissioner Force Review Board (CFRB), but the evaluations of the FIU investigations are not within policy timelines. Firearms training was also discussed by Monitor Romero.

c. **Searches and Seizures:** Monitor Romero mentioned two paragraphs rated as non-compliant. He stated that although most searches and arrests are being properly documented and reviewed by supervisors, PRPB needs to establish reliable systems to track all search warrants.

d. **Equal Protection and Non-Discrimination:** Monitor Romero informed that three paragraphs were rated as not compliant as opposed to four in CMR-8. Progress was noticeable in training and in case documentation. Juvenile case reporting significantly improved. PRPB effectively recruited members from the LGBTQ community. The monitor explained that PRPB needs to keep record of hate crimes and document interactions with transsexuals or transgenders. Mr. Balli's comments regarding NIBRS were also heard. The National Incident Base Reporting System (NIBRS) and the Record Management System (RMS) were also discussed and the efforts to improve both for the benefit of the community. Mr. Pedro Julio Serrano, advocate of the LGBTQ+ community addressed the Court and his concerns were heard.

e. **Recruitment, Selection and Hiring:** Partial compliance rating remains the same. Three hundred new recruits will be added this year. Job fairs and orientations were held. Ana G. Méndez University was selected to help with the associate degree program for those candidates who do not have a degree.

f. **Training:** Monitor Romero stated that the PRPB has made significant progress in its training efforts.

g. **Supervision and Management:** Auditing protocols continue to be substantially compliant, PRPB showed progress, but it must develop an early identification system as a priority. Monitor Romero also discussed the integrity audits.

h. **Civilian Complaints, Internal Investigations, and Discipline:** Monitor Romero highlighted the significant progress PRPB has made in reducing the large backlog of adjudications, and recommended the newly hired attorneys be made permanent. The parties described the SARP functions in handling civilian complaints.

i. **Community Engagement and Public Information:** Monitor Romero mentioned the significant improvement achieved, such as the implementation of training in community policing for PRPB personnel, and securing community interaction. Monitor Romero suggested problem solving initiatives and outreach activities for education, awareness, and

      prevention.

j. **Information Systems and Technology:** Expert Monitor Scott Crag described the progress achieved in records management and system replacement. He mentioned that NIBRS and crime reporting must be brought into compliance. Counsel Peñagarícano informed of the intention to contract a vendor to implement the RMS, conduct the training and get it operational. He also mentioned the mobility initiative, the radio coverage, among other initiatives important to the PRPB. Colonel Trinidad informed of the efforts in hiring an expert in communications to work with the AH Analytics team and the Benchmark team to complete implementation of the IT initiatives.

k. **Equitable Sharing Program (ESP):** Mr. Bali addressed the Court as to this topic, to explain the substantial gap regarding communication between the Commonwealth and MLARS. Alexis Torres, Secretary of the Department of Public Safety, informed that they were able to produce documents but couldn't find some receipts, and confirmed that they are willing to deduct the amount related to those receipts in order to move forward.

Before concluding, the Court instructed the parties to meet and determine if an order is needed to facilitate progression of the ESP process. Counsel Saucedo disagreed with some of the representations made in open court by Mr. Peñagarícano. The Court ordered Dr. Del Carmen to take the lead and meet with Mr. Peñagarícano, who will represent both the DPS and the PRPB, with Monitor Romero, and with Mr. Salcedo, to determine what can be done to get MLARS to decide what they want.

                                                    *S/ Migdalia Garcia-Cosme*
                                                    Courtroom Deputy Clerk