**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA,

     Plaintiff,

     v.

COMMONWEALTH OF PUERTO RICO and the PUERTO RICO POLICE DEPARTMENT,

     Defendants.

NO. 3:12-cv-2039 (FAB)

## **MOTION TO APPROVE AND DISBURSE FUNDS**

**TO THE HON. FRANCISCO A. BESOSA, SENIOR U.S. DISTRICT JUDGE:**

     **NOW COMES,** Javier González, as Administrative Director on behalf of the Office of the Federal Police Monitor ("FPMPR LLC"), who respectfully, through the General Counsel of the FPMPR LLC., states and prays as follows:

1. Attached to the present document are the invoices for professional services rendered by the members of the Office of the FPMPR LLC.

2. The Office of the FPMPR LLC respectfully requests that the professional fees and operational expenses of the office detailed in the attached invoices be approved and a check be issued in the amount of **$166,074.47** for the month of **June 2024.**  The reimbursable expenses of certain professionals will be filed in a separate docket entry.

3. The Office of the FPMPR LLC nor any of its members has received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments or agencies.

4. No additional payment for professional fees and operational expenses will be made. We certify that all professional fees and operational expenses in the enclosed invoices are fair and accurate; the services have been provided and have not been paid.

5. All professional fees and operational expenses have been allocated within the Office of the FPMPR LLC's previously approved budget and are necessary to the Federal Police Monitor's mission. All allotments are contained and foreseen, abiding strictly to the assigned budget provided by the parties and approved by this court.

**WHEREFORE,** it is respectfully requested that the Honorable Court approve the above-mentioned expenses and issue a check in the amount of **$166,074.47** for the month of **June 2024**.

Javier González, Administrative Director of the Office of the FPMPR LLC, hereby certifies that the above information is true, correct, and accurate; and that the requested amount will be deposited in the Office of the FPMPR LLC commercial account.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 12th day of July 2024.

**I HEREBY CERTIFY** that on this same date a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which in turn notifies all counsel of record in the case.

s/Roberto Abesada-Agüet
USDC-PR No. 216706

General Counsel
FPMPR LLC
rabesada@fpmpr.org

1357 Ashford Avenue #2-184
San Juan, Puerto Rico 00907
(787) 948-5131
ra@abesada.com