OFFICE OF THE FPMPR LLC.
B-5 Calle Tabonuco Suite 216 PMB 292
Guaynabo, Puerto Rico 00968

July 1, 2024

Professional services rendered by the members of the Office of the FPMPR LLC. For June 2024:

| NAME | AMOUNT | MONTH |
| --- | --- | --- |
| 1. John Romero | $17,916.66 | June 2024 |
| 2. Spece | $ 2,579.20 | June 2024 |
| 3. The & Group LLC (Javier González) | $10,655.87 | June 2024 |
| 4. Altai Atlantic Consulting LLC (Dr. David Levy) | $ 9,900.00 | June 2024 |
| 5. Denise Rodriguez | $15,833.33 | June 2024 |
| 6. Viota & Associates CPA LLC | $ 1,250.00 | June 2024 |
| 7. Donald S. Gosselin | $ 9,900.00 | June 2024 |
| 8. Al Youngs | $ 9,900.00 | June 2024 |
| 9. Rafael E. Ruiz | $ 5,610.00 | June 2024 |
| 10. Scott Cragg | $15,056.25 | June 2024 |
| 11. AB - AG Law LLC (Lcdo. Roberto Abesada) | $16,000.00 | June 2024 |
| 12. Rita J. Watkins | $ 5,610.00 | June 2024 |
| 13. M Serrano LLC | $ 7,260.00 | June 2024 |
| 14. HQ Consulting LLC | $11,500.00 | June 2024 |
| 15. Korber Group | $ 1,323.16 | June 2024 |
| 16. Samantha Rhinerson | $ 2,550.00 | June 2024 |
| 17. Claudia Cámara | $ 2,790.00 | June 2024 |
| 18. Manuel Arroyo | $ 3,400.00 | June 2024 |
| 19. Hipolito Castro Jr | $ 9,735.00 | June 2024 |
| 20. Stephanie Leon | $ 5,175.00 | June 2024 |
| 21. Iñigo Galanes | $ 2,130.00 | June 2024 |
| **TOTAL:** | **$166,074.47** | June 2024 |