**Spece**
1225 Juan Ponce de Leon
San Juan, PR  00907
+17874177300
info@spece.com
www.spece.com

**Invoice  INV - 23564**



| BILL TO | | | |
|---|---|---|---|
| Office of the FPMPR LLC | DATE<br>08/01/2024 | **PLEASE PAY**<br>**$2,579.20** | DUE DATE<br>08/01/2024 |

| MEMBERSHIP | QTY | FEE | AMOUNT |
|---|---|---|---|
| **Private Office**<br>Private Office Suite - Office 15, $2,300.00, Aug 1, 2024 - Aug 31, 2024 | 1 | 2,300.00 | 2,300.00T |
| **One-off Fees**<br>Telephone Service, $60.00, Aug 1, 2024 - Aug 31, 2024 | 1 | 60.00 | 60.00T |
| **One-off Fees**<br>Garage Parking, $120.00, Aug 1, 2024 - Aug 31, 2024 | 1 | 120.00 | 120.00T |

|  | |
|---|---|
| SUBTOTAL | 2,480.00 |
| TAX (4%) | 99.20 |
| TOTAL | 2,579.20 |

| TOTAL DUE | **$2,579.20** |
|---|---|

THANK YOU.

BUSINESS BEGINS HERE