# THE & GROUP LLC.

Las Ramblas
71 Calle Montjuic
Guaynabo , PR 00969

## INVOICE

INVOICE NUMBER: 136
INVOICE DATE: JUNE 30, 2024

Federal Police Monitor

San Juan, PR

Invoice for Javier B Gonzalez Professional Services as Administrative Director

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| JUN-01-24 | Administrative Director | Office of the FPMPR Monthly Storage Fee | | | $232.89 |
| JUN-03-24 | Administrative Director | Bi-weekly Team Meeting, Communications with Team members, Work with Team Labor May Invoices. | 4.00 | $125.00 | $500.00 |
| JUN-04-24 | Administrative Director | Work with Team May Labor Invoices, Work with Administrative matters. | 6.00 | $125.00 | $750.00 |
| JUN-05-24 | Administrative Director | Communications with the Monitor and Team members, Communications with PRPB, and Coordination of meetings. | 3.00 | $125.00 | $375.00 |
| JUN-06-24 | Administrative Director | Work with Team May Expenses Invoices, Survey Follow-Up, Meeting with Community Leaders at the Office. Weekly Meeting with Executive Team. | 5.00 | $125.00 | $625.00 |
| JUN-07-24 | Administrative Director | Communications with the Monitor, Communications with PRPB Officials, Work with May Expenses Invoice. | 3.50 | $125.00 | $437.50 |
| JUN-10-24 | Administrative Director | Review of communications, Communications with Team Members, | 2.50 | $125.00 | $312.50 |
| JUN-11-24 | Administrative Director | Communications with PRPB officials, Communications with the Monitor and Team Members. | 2.00 | $125.00 | $250.00 |
| JUN-12-24 | Administrative Director | Work with Administrative Matters, Communications with the Monitor, | 3.00 | $125.00 | $375.00 |
| JUN-13-24 | Administrative Director | Review of communications, Weekly Executive Team Meeting, | 1.50 | $125.00 | $187.50 |
| JUN-14-24 | Administrative Director | Review of May Expenses Invoices, Monitoring of LUMA Protests. | 3.50 | $125.00 | $437.50 |
| JUN-16-24 | Administrative Director | Office of the FPMPR Adobe Account Monthly Fee | | | $47.98 |
| JUN-17-24 | Administrative Director | Review of documents, work with administrative matters. | 3.00 | $125.00 | $375.00 |
| JUN-18-24 | Administrative Director | 253 Meeting, Communications with Team Members | 2.50 | $125.00 | $312.50 |
| JUN-19-24 | Administrative Director | Work with Administrative Matters, Review of Communications. | 1.50 | $125.00 | $187.50 |

INVOICE NUMBER: 136

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| JUN-20-24 | Administrative Director | Weekly Executive Team Meeting, Community Meeting in Caguas. | 4.00 | $125.00 | $500.00 |
| JUN-21-24 | Administrative Director | Community Meeting in Guayama. Review of Communications | 5.00 | $125.00 | $625.00 |
| JUN-24-24 | Administrative Director | Team Visit, meetings at PRPB, Final review of Team May Expenses Invoices, Coordination of Team Visit. | 8.00 | $125.00 | $1,000.00 |
| JUN-25-24 | Administrative Director | Team Visit to Caguas, Coordination of Team Visit | 6.00 | $125.00 | $750.00 |
| JUN-26-24 | Administrative Director | Team Visit, meetings at PRPB and office. Coordination of Team visit. | 8.00 | $125.00 | $1,000.00 |
| JUN-27-24 | Administrative Director | Team Visit, Status Conference, Meeting with the Monitor, Coordination of Visit | 8.00 | $125.00 | $1,000.00 |
| JUN-28-24 | Administrative Director | Review of communications, Coordination of Team visit, and Communications with he Monitor. | 1.00 | $125.00 | $125.00 |
| JUN-30-24 | Administrative Director | I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0.00 | $125.00 | $0.00 |
|  |  | Gasoline Expense |  |  | $250.00 |
|  |  | Total amount of this invoice |  |  | $10,655.87 |

MESSAGE

Javier B Gonzalez June 30, 2024



| Southern Self Storage - 3513 Santurce | Payment |
|---|---|
| Receipt | |
| 2 Calle Concepcion | |
| San Juan, PR 00909 | |
| (787)339-2574 | |

| | | | |
|---|---|---|---|
| **Tenant** | Gonzalez, Javier | **Date Printed** | 06/01/2024 |
| **Company** | | **Payment Date** | 06/01/2024 |
| **Address** | Urb Los Ramblas  71 Calle Montjuic | **Unit** | 2705 |
| **City, State, Zip** | Guaynabo, PR 00969 | **Available Credit** | |
| | | **Current Balance** | $$0.00 |
| | | **Receipt Number** | 240601132014534 |
| | | **By** | Manager |

| Unit # | Description | From Date | To Date | Amt. | Disc | Tax | Total | Paid | Allowance | Bal. | Payments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2705 | Rent Charged | 06/01/2024 | 06/30/2024 | $199.00 | $0.00 | $22.89 | $221.89 | $0.00 | $0.00 | $221.89 | $221.89 |
| 2705 | Insurance | 06/01/2024 | 06/30/2024 | $11.00 | $0.00 | $0.00 | $11.00 | $0.00 | $0.00 | $11.00 | $11.00 |
| | | | | | | | $232.89 | $0.00 | $0.00 | $232.89 | $232.89 |

| | |
|---|---|
| Total Due | $232.89 |
| Total Allowance | $0.00 |
| Total Paid by Cash | $0.00 |
| Change Amount | $0.00 |
| Total Paid by Check | $0.00 |
| Total Paid by Credit Card | $232.89 |
| Total Paid by ACH | $0.00 |
| Balance Due | $0.00 |

**I agree to pay the above amount according to Card Issuer Agreement (Merchant Agreement if Credit Voucher)**

| X | X |
|---|---|
| **Signature of the Customer** | **Signature of the Manager** |

Forget about due dates and late charges by using **AutoPay**. This service is offered **FREE OF CHARGE**. Just ask us for an AutoPay form to complete or go online at www.southernselfstoage.com sign up.
Get $25.00 credit on referrals!
Ask your manager how and save money. Don't forget to visit us for boxes and moving supplies.  We are your one stop shop for all your moving needs.
To manage your account online visit www.southernselfstorage.com.

# Transaction Details
## Card Ending - 31000

Business Services - Office Supplies

## Southern Self StoragSANTURCE PR

# $232.89

Jun 1, 2024

On your statement as Southern Self StoragSANTURCE PR



## Transaction Details

SOUTHERN SELF STORAGE SAN JUAN

 (787) 339-2574

**Doing Business As**

SOUTHERN SELF STORAGE SAN JUAN

**Date Processed**

Jun 2, 2024

**Transaction Reference Number**

320241540321078543



# Transaction Details
## Card Ending - 12001

Merchandise & Supplies - Mail Order

## ADOBE WEBSALES 800-833-6687

# $47.98

Jun 16, 2024

On your statement as ADOBE Adobe Systems SAN JOSE CA

**$0.48 Reward Dollars**



## Transaction Details

ADOBE WEBSALES 800-833-6687

 **(800) 833-6687**

 https://www.adobe.com/in/about-adobe/co...

Doing Business As

ADOBE WEBSALES 800-833-6687

Date Processed

Jun 17, 2024

Transaction Reference Number