

# Invoice

**Altai Atlantic Consulting LLC**
828 Snowden Hallowell Way, Alexandria VA 22314

**Date:** 07/01/24
**Invoice #:** 01-054

**To:** Office of the Federal Police Monitor of Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
Tel. 787-417-9098

| Fee Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|
| **Total Fees Payable For Services Rendered by Dr. David Levy** | 60.0 | 165 | **$9,900.00** |

**Work Performed in the Continental United States**

| Date | Activity Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 6/3/24 | Biweekly team call | 1.0 | 165 | $165.00 |
| 6/3/24 | Monthly call with PRPB re: community policing and public outreach | 1.0 | 165 | $165.00 |
| 6/5/24 | Validation of PRPB response to data request 1.2 | 1.5 | 165 | $247.50 |
| 6/5/24 | CMR-11 Data request 2.1 | 3.0 | 165 | $495.00 |
| 6/5/24 | Review of Phase I SARP investigation samples for CMR-10 | 1.0 | 165 | $165.00 |
| 6/6/24 | Communication with Monitors re: data reqeusts & PRPB comments on CMR-10 | 1.5 | 165 | $247.50 |
| 6/6/24 | Memo for revised data request timeline | 2.0 | 165 | $330.00 |
| 6/7/24 | Memo for revised data request timeline | 3.5 | 165 | $577.50 |
| 6/10/24 | Biweekly data call with PRPB & calls with monitors regarding CMR-10 comments | 2.5 | 165 | $412.50 |
| 6/11/24 | Communication re: CMR-10 comments | 1.5 | 165 | $247.50 |
| 6/17/24 | June Site visit: meeting coordination & review of data with monitor Gosselin | 8.0 | 165 | $1,320.00 |
| 6/18/24 | June Site visit: meetings with OAL & SARP; team collaboration on related method | 8.0 | 165 | $1,320.00 |
| 6/19/24 | June Site visit: master data request revisions & Box assistance for monitor Gosselin | 8.0 | 165 | $1,320.00 |
| 6/20/24 | June Site visit: meeting w/ SARP; archiving CMR-10 data; misc. data maintenance | 8.0 | 165 | $1,320.00 |
| 6/21/24 | June Site visit: travel reimbursement forms & review of SARP tracking numbers | 3.0 | 165 | $495.00 |
| 6/24/24 | Video meetings with PRPR in support of Monitoring team site visit | 2.0 | 165 | $330.00 |
| 6/24/24 | Adding reference sample workbooks to all relevant data production folders | 1.5 | 165 | $247.50 |
| 6/26/24 | Review of revised community policing monitoring methodology | 0.5 | 165 | $82.50 |
| 6/29/24 | Review of Monitor Cragg's IT data request log for CMR-11 | 1.0 | 165 | $165.00 |
| 6/30/24 | Email back log and misc. end of month admin | 1.5 | 165 | $247.50 |
|  |  |  | 165 | $0.00 |

|  |  |  | 165 | $0.00 |
|--|--|--|--|--|
|  |  |  | 165 | $0.00 |
|  |  |  | 165 | $0.00 |
|  |  |  | 165 | $0.00 |
|  |  |  | 165 | $0.00 |
| Total |  | 60.0 |  | $9,900.00 |

**Total Fee Payable**    $9,900.00

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

**Dr. David Levy**

07/01/24
**Date**