# INVOICE

| | | |
|---|---|---|
| **DATE** | **INVOICE NO** | **Denise Rodriguez** |
| 7/1/2024 | #045 | 3003 San Sebastian St. |
| | | Mission, TX 78572 |
| | | denise@innovatepolicing.com |

**INVOICE TO**
Puerto Rico Chief Federal Monitor

**INVOICE PERIOD**
June 1 - 30, 2024

## DUTIES AND RESPONSIBILITIES                                       TOTAL DUE $15,833.33

- Conducted monthly one-on-one meetings with subject matter experts
- Coordinated and conducted weekly Monitoring Executive Team meetings
- Coordinated and conducted biweekly document production meetings with the Parties
- Conducted biweekly meetings with Research Analyst
- Participated in biweekly meetings with staff and PRPB reform staff assigned to each section
- Reviewed and approved the review of several policies submitted to the Monitor's Office by PRPB as per Paragraph 229 of the Agreement
- Worked with the Research Analyst to draft and finalize the schedule for the July site visit
- Worked with NYPD to draft and finalize the peer to peer site visit agenda
- Coordinated and oversaw the submission and receipt of various data requests for CMR-11
- Participated in various calls with PRPB and Monitoring team members
- Worked with the Data Analyst and PRPB to make changes to the data requests
- Participated in June site visit
- Worked with IT team to post the IPSOS reports on website and social media.
- Finalized the draft CMR-10 report which was submitted to the court
- Continued coordination with NYPD and PRPB regarding a peer to peer site visit
- Participated on calls with AHDatalytics and the parties re status updates
- Participated on calls with FPM executive team to discuss promotions review/monitoring process
- Finalized changes to the community policing methodology.
- Participated in June 253 Meeting
- Participated in discussions with parties about reform budget and reform personnel continuity

| | |
|---|---|
| Flat Rate Total Wages* | $15,833.33 |
| **Total Due** | **$ 15,833.33** |

*The total amount is a flat rate. The total monthly is $15,833.33 for an annualized amount of $190,000.00

*Denise Rdz* (signature)

_____                    July 1, 2024
Denise Rodriguez, Chief Deputy Monitor              Date

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.*