# Viota & Associates CPA LLC

(787) 296-9060 | mforteza@viotacpa.com

| | |
|---|---|
| Invoice #: | 202400446 |
| Invoice Date: | 06/26/2024 |
| Page: | 1 of 1 |

**Bill To:**

**OFFICE OF THE FPM, LLC**
1225 AVENIDA JUAN PONCE DE LEON
SAN JUAN, PR  00907

| | |
|---|---|
| Please pay by | 06/26/2024 |
| Invoice Total | $1,250.00 |

For professional service rendered as follows:

Accounting Services - 10.00 hours @125 per hour

| Date | Staff | Activity | Hours | Units |
|---|---|---|---|---|
| 06/04/24 | Forteza, Maria | Accounting Services | 0.25 | |
| | Prepare check Luis Hidalgo. | | | |
| 06/04/24 | Malave, Adianis | Accounting Services | 0.75 | |
| | Download Services Invoices to Dropbox, Review Services Invoices, calculated withholdings, invoices in Excel | | | |
| 06/05/24 | Forteza, Maria | Accounting Services | 1.00 | |
| | ACH Vendor payments - Apri services (1 of 2) | | | |
| 06/05/24 | Malave, Adianis | Accounting Services | 4.00 | |
| | Review Services Invoices, calculated withholdings, invoices in Excel and Sage, Post Payment Bank Reconciliation, Post Services in PR Pay | | | |
| 06/06/24 | Forteza, Maria | | 0.50 | |
| | 2nd Vendor payments and Professional Services withholding deposit | | | |
| 06/14/24 | Malave, Adianis | Accounting Services | 1.50 | |
| | Download Services Invoices to Dropbox, Review Services Invoices, calculated withholdings, invoices in Excel and Sage | | | |
| 06/14/24 | Forteza, Maria | | 1.25 | |
| | ACH vendor payments - May services (1 of 2) | | | |
| 06/17/24 | Forteza, Maria | | 0.75 | |
| | ACH Vendor payments (2 of 2) + Professional Services withholding deposit. - May Services | | | |

Total Amount  1,250.00

Invoice Total  $1,250.00

**Additional information**

Invoices are due upon receipt. Your prompt payment is appreciated.