**Name:** Donald S. Gosselin, d/b/a Gosselin Int'l Associates, division of MBG North Corp #1198
**Invoice Date** 7/1/24
**Invoice Peri** June 1 - 30 2024

| Date | Task(s) | Rate | Total Ho | Total Amount |
|---|---|---|---|---|
| 06/01/24 | CMR-10 email review | $ 165.00 | 1.5 | $ 247.50 |
| 06/02/24 | PRPB comms/research | $ 165.00 | 1.75 | $ 288.75 |
| 06/03/24 | Database changes/refine | $ 165.00 | 2.5 | $ 412.50 |
| 06/04/24 | Analyze comments, correct scrivener's errors | $ 165.00 | 3 | $ 495.00 |
| 06/05/24 | Analyze comments, rewrite of CMR-10, multi email | $ 165.00 | 4.5 | $ 742.50 |
| 06/06/24 | Data request modifications | $ 165.00 | 3.5 | $ 577.50 |
| 06/13/24 | Refine schedule - team comms | $ 165.00 | 1.5 | $ 247.50 |
| 06/14/24 | Refine schedule | $ 165.00 | 2.5 | $ 412.50 |
| 06/17/24 | In-Country SJU | $ 165.00 | 8 | $ 1,320.00 |
| 06/18/24 | In-Country SJU | $ 165.00 | 8 | $ 1,320.00 |
| 06/19/24 | In-Country SJU | $ 165.00 | 8 | $ 1,320.00 |
| 06/20/24 | In-Country SJU | $ 165.00 | 8 | $ 1,320.00 |
| 06/21/24 | Comms/multiple email | $ 165.00 | 3 | $ 495.00 |
| 06/22/24 | Database work | $ 165.00 | 2.5 | $ 412.50 |
| 06/26/24 | Team Comms | $ 165.00 | 1.75 | $ 288.75 |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |

| | | | | |
|---|---|---|---|---|
| | $ 165.00 | | $ | - |
| **TOTAL Labor** | | **60.00** | **$** | **9,900.00** |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the

**Signature:** DS Gosselin <signature>

**Date:** 7/1/24

**Commo and Coordination** consists of all writings and digital comms to/from Monitors, PRPB, USDOJ; Review compliance targets, document and data requests, logistics; scheduling, on-site planning & coordination, database development

**Data/Policy Analysis, Writing**
Data concerns CMR-8, Draft/review data requests, review special case, reporting on interviews, due process for promo candidates

**Field Work:**
Research conducted in situ (SJU)

**Review Investigations:** Page by page analysis of SARP Investigations conducted (Phase I and Adjudicated (Phase II)