

**Al Youngs**
**5552 West Lakeridge Rd**
**Lakewood, CO 80227**

June 1 - June 30, 2024
Invoice No. 62
Member of Federal Monitor Team

| Date | Brief Description | Total Hours |
|---|---|---|
| 6/1, 6/2, 6/3, 6/4, 6/7, 6/11, 6/12, 6/14, 6/15, 6/16, 6/22, 6/29, 6/30 | Reviewed and responded to emails and conference calls for the month of June | 7.0 Hours |
| 6/1, 6/2, 6/3, 6/4, 6/6, 6/8, 6/11, 6/12, 6/13, 6/14, 6/15, 6/16, 6/20, 6/30 | Several meetings and phone calls with Monitor and Deputy Monitor. | 3.0 Hours |

|  | **During site visit to Puerto Rico** |  |
|---|---|---|
| 6/24 | Met with Reform Unit. Reviewed site visit agenda. Document production meeting. |  |
| 6/24 | Meeting with Professionalization/Recruitment Working Group, Sra. Eily J. Molina Batista. Discussed paragraph coompliance status, Interview Sample, Scheduling and Data Requests |  |
| 6/24 | Supervision and Management Interviews of random sample of commanders, supervisors, and officers to determine whether there is close and effective supervision. Interviewees were asked questions about their use of EIS and other supervisory tools, supervisory ratios, performance evaluations, and training received. |  |
| 6/25 | Field visit to Caguas. Promotional candidate interviews. Interview of purposive sample of PRPB promotional candidates |  |
| 6/26 | Meeting with HR Director. Discussed Performance evaluation process |  |
| 6/26 | Meeting with LT. Melendez, Integrity Audits |  |
| 6/26 | Promotional candidate interviews. Interview of purposive sample of promotional candidates |  |
| 6/27 | Status Conference | 27.0 Hours |
| 6/3 | Rereviewed Professionalization and past CMRs | 2.0 Hours |
| 6/4 | Zoom call with Eily Molina | 1.0 Hours |
| 6/7 | Rereviewed Recruitment information and past CMRs | 2.0 Hours |
| 6/9 | Rereviewed Supervision information and past CMRs | 2.0 Hours |
| 6/11 | Reviewed Training materials reference Pro-Media | 2.0 Hours |
| 6/16 | Reviewed Final Supervision CMR10 | 2.0 Hours |
| 6/17 | Reviewed Final Recruitment CMR10 | 2.0 Hours |
| 6/18 | Rereviewed ACT 65 | 2.0 Hours |
| 6/19 | Reviewed PARA 16 and 17 CMR10 | 1.0 Hours |
| 6/20 | Reviewed Convocatoria for Captains and PRPB 1st Lieutentants | 2.0 Hours |
| 6/21 | Provided training recommendations for PRPB 1st Lieutenants and reviewed Captains recommendations | 2.0 Hours |
| 6/22 | Rereviewed Inspections Audits | 2.0 Hours |
| 6/22 | Reviewed Data requests for CMR11 | 1.0 Hours |

**TOTAL HOURS:**     **60.0**

Billable Hours: 60 Hours at a Rate of $165.00 Per Hour =     $9,900.00

**TOTAL:**     **$9,900.00**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_Alan C Young_
**Signature**

_6/30/24_
**Date**