# Rafael Ruiz Consulting

12 Crestshire Dr.
Lawrence, MA 01843

PHONE: 6177599156   stodgo1971@yahoo.com   12 Crestshire Dr.

## INVOICE

INVOICE NUMBER: 2024-06
INVOICE DATE: 6/30/2024

Federal Police Monitor for PR
VIG Tower, PH-924
1225 Ponce De Leon Ave.
San Juan, PR 00907

RAFAEL E. RUIZ CONSULTING

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: FPM work from Home | | | |
| 6/3/2024 | FPM work from Home | FPM Team biweekly meeting | 1.00 | $165.00 | $165.00 |
| 6/4/2024 | FPM work from Home | Zoom meeting with PRPB S&S Project managers | 0.50 | $165.00 | $82.50 |
| 6/4/2024 | FPM work from Home | Zoom meeting with PRPB Policies and Procedures project managers | 0.50 | $165.00 | $82.50 |
| 6/6/2024 | FPM work from Home | Respond to Parties' comments on CMR-10 Draft | 4.00 | $165.00 | $660.00 |
| 6/23/2024 | FPM work from Home | Search/prep locations for July FPM site visit to PRPB | 2.00 | $165.00 | $330.00 |
| | | TOTAL: FPM work from Home | | | $1,320.00 |
| | | PROJECT: FPM work from PR (Site Visits) | | | |
| 6/24/2024 | FPM work from PR (Site Visits) | Site visit to PRPB for interviews, inspections, and IT module presentations | 8.00 | $165.00 | $1,320.00 |
| 6/25/2024 | FPM work from PR (Site Visits) | Site visit to PRPB for interviews, inspections, and IT module presentations | 8.00 | $165.00 | $1,320.00 |
| 6/26/2024 | FPM work from PR (Site Visits) | Site visit to PRPB for interviews, inspections, and IT module presentations | 8.00 | $165.00 | $1,320.00 |
| 6/30/2024 | FPM work from PR (Site Visits) | Phone calls, emails, and messages among FPM team members and from/to PRPB Reform Office | 2.00 | $165.00 | $330.00 |
| | | TOTAL: FPM work from PR (Site Visits) | | | $4,290.00 |
| | | Total hours for this invoice | 34.00 | | |

| INVOICE BALANCE INFORMATION | |
|---|---|
| Total amount of this invoice | $5,610.00 |
| Current invoice balance | $5,610.00 |

AMOUNT DUE ON THIS INVOICE: $5,610.00

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of the hours worked in my capacity as a member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Rafael E. Ruiz   *[signature]*   Date: June 30, 2024