INVOICE 0112L - LABOR FOR PROFESSIONAL SERVICES; JUNE 1-30, 2024
RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC

TO: Federal Monitor
Puerto Rico Police Department Consent Decree

Attached below please find the details for professional services rendered by Scott Cragg (Monitoring Core Team) for June 2024:

| | | |
|---|---|---|
| Name: | Scott Cragg | |
| Invoice Date: | 7/2/24 | |
| Invoice Period: | 6/1-30/24 | |

| Date | Task(s) | Rate | Total Hours | Total Amount |
|---|---|---|---|---|
| 6/3/24 | Attend Fed Monitors Bi-Weekly Status Meeting to review election, action items, report writing. Review coordinating email responses between DoJ, PRPB and Gartner in preparation for the RMS Demo's, complete IT Talking points for the Federal Monitor for delivery to the Court, review media reports provided by Monitors Office | $165.00 | 4.25 | $701.25 |
| 6/4/24 | NYPD Collaboration visit - reservations, review the Parties Consolidated comments to Draft CMR-10 report | $165.00 | 2.5 | $412.50 |
| 6/5/24 | Complete review of Parties comments concerning CMR-10, assess edits/revisions, provide recommendation to the Monitor | $165.00 | 1.75 | $288.75 |
| 6/6/24 | Attend AHD Monthly status review with the Parties. Attend Gartner weekly status review on RMS and PMO. Meet with Gartner PM for periodic review of contractual performance. Coordinate travel and expensing invoice with Javier G, provide backup documents. begin NYPD Travel search, review monitor email correspondence, outreach to Training monitor on PTMS. | $165.00 | 3.25 | $536.25 |
| 6/7/24 | Finalize CMR-10 Draft, submit to FPM, clear email, review Gartner status report of 6/6, search travel arrangements for NYPD joint on-site with PRPB | $165.00 | 2 | $330.00 |
| 6/8/24 | Finalize travel logistics NYPD, Review DoJ opinion and recommended actions related to ORI issuance | $165.00 | 1.5 | $247.50 |
| 6/9/24 | Review Levy Data call 11.2.1 and 11.1.2 for content and accuracy, reconcile for outstanding IT related data call deliverables | $165.00 | 2.25 | $371.25 |
| 6/10/24 | On-site PR | $165.00 | 8 | $1,320.00 |
| 6/11/24 | On-site PR | $165.00 | 8 | $1,320.00 |
| 6/12/24 | On-site PR | $165.00 | 8 | $1,320.00 |
| 6/13/24 | Attend Gartner PMO/RMS Weekly review with the parties, Attend weekly contract review with Gartner | $165.00 | 2 | $330.00 |
| 6/14/24 | Review DoJ Comments and recommendations on ORI assignments for NIBRS, review Gartner synopsis of agent comments to vendor demos, review Gartner status report for 6/13, Compile information - begin drafting statement to the court (6/27) on IT Status | $165.00 | 5.25 | $866.25 |

1

| Date | Description | Rate | Hours | Total |
|---|---|---|---|---|
| 6/20/24 | Attend Gartner Weekly review of RMS and PMO Status, Review email correspondence from Gartner, PRPB and Monitors Office, Review of media reports provided by the monitors office, review monitors office scheduling correspondence for July, review PRPB and Gartner communications on timely release of reports for consideration and prep. Continue draft of Statement to the court | $165.00 | 4.75 | $783.75 |
| 6/21/24 | Finalize prepared statement to the Court, complete review of Gartner weekly status report | $165.00 | 3.25 | $536.25 |
| 6/24/24 | On-site PR | $165.00 | 8 | $1,320.00 |
| 6/25/24 | On-site PR | $165.00 | 8 | $1,320.00 |
| 6/26/24 | On-site PR | $165.00 | 8 | $1,320.00 |
| 6/27/24 | On-site PR | $165.00 | 8 | $1,320.00 |
| 6/29/24 | Clear monitor correspondence emails - NYPD logistics, DoJ Court Order on continuation of contracts | $165.00 | 1 | $165.00 |
| 6/30/24 | Prepare Travel and Labor Invoices | $165.00 | 1.5 | $247.50 |
| **TOTAL Labor** | | | **91.25** | **$15,056.25** |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

**Signature:** *[signature]*

**Date:** 7/2/24