# INVOICE

**DATE:**
July 1, 2024

**INVOICE #**
07-1-24

**CUSTOMER ID:**
United States of America v. Commonwealth of PR
Civil No. 12-2039 (FAB)

**TO:**
FPMPR LLC
VIG Tower PH 924
1225 Ponce de Leon
San Juan, PR 00907

| SERVICE PROVIDER | JOB | FEES | INVOICE PERIOD |
|---|---|---|---|
| AB-AG LAW LLC | LEGAL SERVICES | MONTHLY FLAT FEE | June 2024 |

**DESCRIPTION**

Review and respond to emails and calls from monitor team and/or counsel of record.

Review and analyze motions filed and orders issued. Communications with monitors related thereto.

Review and respond to legal consultations via email and phone from Monitor and his team.

Prepare and attend meetings with the team.

Communications with special master and/or the parties. Communications with monitors related thereto.

Meetings with paralegal and supervision of paralegal's work.

Work on invoices, calls with J. Gonzalez, and prepare and file motions for disbursement of funds.

Work on Gartner related matters.

Draft and revise memo to judge re: Gartner.

Draft and revise memo to lieutenant S. Padilla.

Videocall with PRPB to review lieutenant exam for June 17 exam.

Prepare for and attend 253 meeting.

Working on different matters and memos as per request of monitor and judge.

Review comments from the parties re: draft CMR-10.

Revise translations requested including executive summary of CMR-10.

Attending site visit meetings.

Plan, prepare, and attend status conference hearing.

TOTAL INVOICE AMOUNT:  $16,000

I HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN MY CAPACITY AS A MEMBER OF THE FEDERAL MONITORING TEAM.  I FURTHER CERTIFY THAT I HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH OF PUERTO RICO, OR ANY OF ITS DEPARTMENTS OR AGENCIES.

MAKE ALL CHECKS PAYABLE TO AB-AG LAW LLC
Thank you for your business!

1357 ASHFORD AVE #2 -184 | SAN JUAN, PR 00907| PHONE: (787) 948-5131| EMAIL RABESADA@FPMPR.ORG

2