| Name: | Rita J. Watkins | | | |
|---|---|---|---|---|
| **Invoice Date:** | 6/30/2024 | | | |
| **Invoice Period:** | June 1-30, 2024 | | | |

| Date | Task(s) | Rate | Total Hours | Total Amount |
|---|---|---|---|---|
| 6/3/2024 | Team meeting | $ 165.00 | 1 | $ 165.00 |
| 6/4/2024 | CMR-10 edits/re-writing | $ 165.00 | 6 | $ 990.00 |
| 6/6/2024 | Equal Prot. & ND/edits. Email repsonses to training questions. | $ 165.00 | 4 | $ 660.00 |
| 6/10/2024 | Curriculum review of New Captains training | $ 165.00 | 2 | $ 330.00 |
| 6/11/2024 | Telecons and emails from monitors and parties | $ 165.00 | 1 | $ 165.00 |
| 6/13/2024 | Curriculum review of New Lieutenants training | $ 165.00 | 3.5 | $ 577.50 |
| 6/13/2024 | Hate Crime Module Demonstration by PRPB | $ 165.00 | 1 | $ 165.00 |
| 6/19/2024 | Telecons and emails from monitors and parties | $ 165.00 | 1 | $ 165.00 |
| 6/22/2024 | Initiate inquiry to juvenile attack in Villalba facility | $ 165.00 | 1 | $ 165.00 |
| 6/24/2024 | Site visit meeting and Community Policing Module Demo | $ 165.00 | 4 | $ 660.00 |
| 6/25/2024 | Equal Prot. & Non.Disc. workgroup meeting/Investigator Int. Prep. | $ 165.00 | 2 | $ 330.00 |
| 6/25/2024 | Training workgroup meeting | $ 165.00 | 0.5 | $ 82.50 |
| 6/26/2024 | DV/SA investigators interviews | $ 165.00 | 7 | $ 1,155.00 |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| **TOTAL** | | | 34 | $ 5,610.00 |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

**Signature:** *Rita J. Watkins*          **Date:** 6/30/2024