# INVOICE



22 Chalets de Santa Maria
San Juan, P.R. 00927
(787) 940-3090

**DATE:** 6/30/2024
**INVOICE #** 2024006
**FOR:** FPMPR/TCA

**BILL TO:**
Office of the FPMPR, LLC
VIG Tower, PH 924
1225 Ponce de Leon Avenue
San Juan, P.R. 00907

04/20/2024: PRPB

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Zoom calls/Team meetings: 06/03/2024- Team & PRPB | 1.75 | $165.00 | $ 288.75 |
| emails-texts/phone calls: Denise, Dave, Rita, Rafa, Inigo, Claudia, John. | 1.50 | $165.00 | $ 247.50 |
| 06/02/2024: Consolidated parties review/issues addressed. Box review 1.2 1.106(d) in support of findings. | 2.50 | $165.00 | $412.50 |
| 06/03/2024: addtl. Selection for 1.107 and 1.108 for intended interviewees total per Dave's latest email. | 0.25 | $165.00 | $41.25 |
| 06/06/2024: Training compl. reports for 95% verif. (Rita/Dave/docs.) Reports 90-day cons. Report, data sources, Certification Box & others review for CMR edits | 1.00 | $165.00 | $165.00 |
| 06/07/2024: CMR final review & edits. | 2.00 | $165.00 | $330.00 |
| 06/13/2024: PRPB Hate Crimes Module demo. | 1.00 | $165.00 | $165.00 |
| 06/18/24: Safety Councils' Internal regulations training: Carolina, P.R. | 7.50 | $165.00 | $1,237.50 |
| 06/24/2024: PRPB meeting/demo/Interviews FPMPR | 7.50 | $165.00 | $1,237.50 |
| 06/25/2024: Field Interviews Caguas | 6.00 | $165.00 | $990.00 |
| 06/26/2024: PRPB focal meeting HQRs/Personnel Interviews FPMPR | 7.50 | $165.00 | $1,237.50 |
| 06/27/2024: Status Conference OSJ | 5.50 | $165.00 | $907.50 |
|  |  |  | $0.00 |
|  |  |  | $0.00 |
|  | 44.00 |  | $ 7,260.00 |

**TOTAL** $ 7,260.00

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities, or agencies.


Merangelie Serrano-Rios