

### Samantha Rhinerson

550 Amsonia Circle
Guyton, GA 31312
srhinerson99@outlook.com | 256-431-5324

| BILL TO | INVOICE # | DATE | DUE |
|---|---|---|---|
| Puerto Rico Chief Federal Monitor | 2024-06 | 6/30/2024 | 7/31/2024 |

| Date | Description | Hours | Rate | TOTAL |
|---|---|---|---|---|
| 06/01/2024 | 1.5 hours of CMR comment compilation | 1.50 | $100.00 | $150.00 |
| 06/03/2024 | 1.0 hour of 253 Meeting planning | 1.00 | $100.00 | $100.00 |
| 06/04/2024 | 1.5 hours of CMR updates | 1.50 | $100.00 | $150.00 |
| 06/05/2024 | 1.0 hour of 253 Meeting planning | 1.00 | $100.00 | $100.00 |
| 06/06/2024 | 1.5 hours of CMR updates and meeting with Denise | 1.50 | $100.00 | $150.00 |
| 06/07/2024 | 1.0 hour of CMR updates | 1.00 | $100.00 | $100.00 |
| 06/08/2024 | 2.0 hours of CMR updates | 2.00 | $100.00 | $200.00 |
| 06/09/2024 | 2.5 hours of CMR updates | 2.50 | $100.00 | $250.00 |
| 06/11/2024 | 1.5 hours of CMR updates | 1.50 | $100.00 | $150.00 |
| 06/12/2024 | 1.0 hour of training review memo development and 253 Meeting planning | 1.00 | $100.00 | $100.00 |
| 06/13/2024 | 1.0 hour of CMR updates | 1.00 | $100.00 | $100.00 |
| 06/14/2024 | 1..0 hour of CMR updates and travel planning | 1.00 | $100.00 | $100.00 |
| 06/16/2024 | 1.0 hour of memo development | 1.00 | $100.00 | $100.00 |
| 06/17/2024 | 1.0 hour of 253 Meeting planning | 1.00 | $100.00 | $100.00 |
| 06/20/2024 | 1.0 hour of travel planning | 1.00 | $100.00 | $100.00 |
| 06/21/2024 | 1.0 hour of travel planning | 1.00 | $100.00 | $100.00 |
| 06/24/2024 | 1.0 Dynamic Spanish Table Creation | 1.00 | $100.00 | $100.00 |
| 06/25/2024 | 1.0 Dynamic Spanish Table Creation | 1.00 | $100.00 | $100.00 |
| 06/27/2024 | 1.0 hour of travel planning | 1.00 | $100.00 | $100.00 |
| 06/28/2024 | 1.0 hour of travel planning | 1.00 | $100.00 | $100.00 |
| 06/29/2024 | 1.0 hour of travel planning | 1.00 | $100.00 | $100.00 |

**TOTAL** $2,550.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*thank you*