**Office of the FPMPR LLC**

**VIG Tower, PH – 924**

**1225 Ave. Juan Ponce de León**

**San Juan, PR 00907**
**Name:** Claudia Cámara-León **Supervisor:** Javier Gonzales, Esq.

## Work Timesheet (June 2024)

| Date | Task | Total Hours |
|---|---|---|
| June 3, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| June 4, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| June 5, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| June 6, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| June 7, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| June 10, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| June 11, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |

| | | |
|---|---|---|
| June 12, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| June 13, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| June 14, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 6.5 |
| June 17, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. Assisted the monitor Donald Gosselin during his visit and interviews. | 7.0 |
| June 18, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. Assisted the monitor Donald Gosselin during his visit and interviews. | 7.0 |
| June 19, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. Assisted the monitor Donald Gosselin during his visit and interviews. | 7.0 |
| June 20, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. Assisted the monitor Donald Gosselin during his visit and interviews. | 7.0 |
| June 21, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |

| | | | |
|---|---|---|---|
| June 24, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. Assisted the monitoring team during their visit. | | 7.0 |
| June 25, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. Assisted the monitoring team during their visit. | | 7.0 |
| June 26, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. Assisted the monitoring team during their visit. | | 7.0 |
| June 27, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | | 7.0 |
| June 28, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | | 7.0 |

**Total, 139.5 hours for $20 = $2,790**

I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

Signature,
Claudia S. Cámara León

_____