# Manuel A. Arroyo Rivera

P.o Box 8925 Santurce Puerto Rico 00910     Cel 787-364-8925

Email marroyorivera20@gmail.com

Invoice  Month June 2024                                                                                       Invoice #044

Federal Police Monitor   San Juan, PR

| Date | description | Hour | Rate | Amount |
|---|---|---|---|---|
| June-9-2024 | Pick up Scott at the airport and take him to the hotel | 2 | $25 | $50.00 |
| June-10-14-2024 | Pick up Scott monitor and take it to the different meetings of the day. | 8 | $25 | $200.00 |
| June-11-2024 | Pick up Scott monitor and take it to the different meetings of the day. | 8 | $25 | $200.00 |
| June-12-2024 | pick up Scott monitor and take it to the different meetings of the day and to the airport | 8 | $25 | $200.00 |
| June-16-2024 | Pick up the Doonie and David monitor at the airport and take them to the hotel | 8 | $25 | $200.00 |
| June-17-2024 | Pick up monitor Doonie and David at the hotel and take them to the day's meetings, and return them to the hotel. | 8 | $25 | $200.00 |
| June 18-2024 | Pick up monitor Doonie and David at the hotel and take them to the day's meetings, and return them to the hotel. | 8 | $25 | $200.00 |
| June-19-2024 | Pick up monitor Doonie and David at the hotel and take them to the day's meetings, and return them to the hotel. | 10 | $25 | $250.00 |
| June-20-2024 | Pick up instructor Doonie and David at the hotel, take them to the day's meetings and return them to the hotel. and Doonie to the airport | 8 | $25 | $200.00 |
| June-21-2024 | Pick up David and take him to the hotel | 1 | $25 | $25 |
| June-23-2024 | Pick up the monitors at different times at the airport and take them to the hotel. | 13 | $25 | $325.00 |
| June-24-2024 | pick up the monitors and take them to different meetings during the day and then back to their hotel | 10 | $25 | $250.00 |
| June-25-2024 | pick up the monitors and take them to different meetings during the day and then back to their hotel | 8 | $25 | $200.00 |
| June-26-2024 | pick up the monitors and take them to different meetings during the day and then back to their hotel | 10 | $25 | $250.00 |
| June-27-2024 | pick up the monitors and take them to different meetings during the day and then back to their hotel | 8 | $25 | $200.00 |
| June-28-2024 | Pick up the monitor and take him to the airport | 2 | $25 | $50.00 |
| June | gasoline and toll costs | | | $400.00 |

|  |  |  | Total $3400.00 |
|---|---|---|---|
|  |  |  |  |