Name: Hipolito Castro Jr
Invoice Date: 7/1/24
Invoice Period: 06/01/2024 to 06/30/2024

| Date | Task(s) | Rate | Total Hours | Total Amount |
|---|---|---|---|---|
| 6/1/24 | CMR-10 | $ 165.00 | 2.00 | $ 330.00 |
| 6/2/24 | Data and Policy Analysis | $ 165.00 | 1.00 | $ 165.00 |
| 6/3/24 | Data and Policy Analysis | $ 165.00 | 2.00 | $ 330.00 |
| 6/5/24 | Commo and coordination, Data and Policy Analysis/writing | $ 165.00 | 2 | $ 330.00 |
| 6/9/24 | Commo and coordination, Data and Policy Analysis/writing | $ 165.00 | 1 | $ 165.00 |
| 6/10/24 | Commo and coordination, Data and Policy Analysis/writing | $ 165.00 | 2.00 | $ 330.00 |
| 6/11/24 | Commo and coordination, Data and Policy Analysis/writing | $ 165.00 | 2.00 | $ 330.00 |
| 6/12/24 | Commo and coordination, Data and Policy Analysis/writing | $ 165.00 | 2.00 | $ 330.00 |
| 6/16/24 | Commo and coordination, Data and Policy Analysis/writing | $ 165.00 | 1.00 | $ 165.00 |
| 6/17/24 | Data and Policy Analysis | $ 165.00 | 1.00 | $ 165.00 |
| 6/18/24 | data and Policy Analysis | $ 165.00 | 1.00 | $ 165.00 |
| 6/19/24 | Commo and coordination, Data and Policy Analysis/writing | $ 165.00 | 1.00 | $ 165.00 |
| 6/22/24 | Commo and coordination, Data and Policy Analysis/writing | $ 165.00 | 1.00 | $ 165.00 |
| 6/23/24 | Commo and coordination, Data and Policy Analysis/writing | $ 165.00 | 2.00 | $ 330.00 |
| 6/24/24 | Field Work, Puerto Rico | $ 165.00 | 8.00 | $ 1,320.00 |
| 6/25/24 | Field Work, Puerto Rico | $ 165.00 | 8.00 | $ 1,320.00 |
| 6/26/24 | Field Work, Puerto Rico | $ 165.00 | 8.00 | $ 1,320.00 |
| 6/27/24 | Field Work, Puerto Rico | $ 165.00 | 8.00 | $ 1,320.00 |
| 6/29/24 | Data and Policy Analysis | $ 165.00 | 1.00 | $ 165.00 |
| 06/01/2024 to 06, Meetings, calls, emails, texts. | | $ 165.00 | 5 | $ 825.00 |
| TOTAL Labor | | | 59.00 | $ 9,735.00 |

| | |
|---|---|
| TOTAL | $ 9,735.00 |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Signature: *(signed)* Hipolito Castro

Date: 7/1/24

**Commo and Coordination** consists of all writings and digital comms to/from Monitors, PRPB, USDOJ; Review compliance targets, document and data requests, logistics; scheduling, on-site planning & coordination, database development

**Data/Policy Analysis, Writing**
Data concerns CMR-10, OG 310, OG 410, Draft data requests, review special case, DSP documents, reporting on interviews, due process for promo candidates

**Field Work:** Research conducted in situ (SJU)