**Stephanie Leon**
*Paralegal*

INVOICE

1483 Ashford Avenue
Apartment 901
San Juan, PR 00907
(832) 692-2475

INVOICE: 2024-7
DATE: 7/01/2024

**TO:**
Puerto Rico Chief Federal Monitor

**FOR:**
Paralegal Services

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 06/03/2024 | -Read/responded emails<br>-Biweekly team meeting<br>-Communication exchanges with team members | 1.50 | 90.00 | 135.00 |
| 06/04/2024 | -Read/responded emails<br>-Communication exchanges with Monitor Rafael Ruiz<br>-Assisted Monitor Rafael Ruiz to discuss Searches and Seizures and Policies and Procedures with PRPB | 2.25 | 90.00 | 202.50 |
| 06/05/2024 | -Read/responded emails<br>-Assisted Monitor Donald Gosselin with meeting to discuss administrative complaints and internal investigations with PRPB<br>-Communication exchanges with team members | 3.00 | 90.00 | 270.00 |
| 06/18/2024 | -Communication exchanges with Monitor Donald Gosselin and David Levy<br>-Communication exchanges with team members<br>-June 253 meeting | 2.75 | 90.00 | 247.50 |
| 06/20/2024 | -Assist Monitor Donald Gosselin in meetings at Monitor's Office<br>-Communication exchanges with team members<br>-Translation of CMR-10 summary<br>-CMR-10 translation edits | 8.00 | 90.00 | 720.00 |
| 06/21/2024 | -Communication exchanges with team members<br>-Read/responded emails<br>-Translation of CMR-10 Summary<br>-Transcribed June 253 Notes | 5.50 | 90.00 | 495.00 |
| 06/24/2024 | -Attend meetings at PRPB Headquarters<br>-Organized the notes of the day<br>-Communication exchanges with team members<br>-CMR-10 translation edits | 8.00 | 90.00 | 720.00 |
| 06/25/2024 | -Field visit with team members in Caguas<br>-Communication exchanges with team members<br>-CMR-10 translation edits/sent to Monitors<br>-Organized the notes of the day | 8.00 | 90.00 | 720.00 |
| 06/26/2024 | -Attend meetings at PRPB to assist Monitor Rafael Ruiz<br>-Communication exchanges with team members<br>-Transcribed June 253 Notes | 8.00 | 90.00 | 720.00 |
| 06/27/2024 | -Status conference<br>-Communication exchanges with team members | 6.00 | 90.00 | 540.00 |
| 06/28/2024 | -Communication exchanges with team members<br>-Transcribed June 253 Notes<br>-Read/responded emails<br>-Revised Monitor Rafael Ruiz' interview list and emailed to team member | 4.50 | 90.00 | 405.00 |
| | | **TOTAL 57.5 HRS @ $90** | | **$5,175.00** |

*S/ STEPHANIE LEON* I HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN MY CAPACITY AS A MEMBER OF THE FEDERAL MONITORING TEAM. I FURTHER CERTIFY THAT I HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH, OR ANY OF ITS DEPARTMENTS, MUNICIPALITIES OR AGENCIES.