**Inigo Galanes**
*Staff Assistant*

**INVOICE**

ADDRESS
Aboy St 605 Apt 1
San Juan, PR, 00907

INVOICE: 00012
DATE: 07/01/2024

**TO:**
Puerto Rico Chief Federal Monitor

**FOR:**
Professional Services

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 06/03/2024 | -Organized documents in the office<br>-Attended Community Engagement Meeting<br>-Call with Joan Maldonado, Luis Hidalgo, Alan Youngs, and John Romero<br>-Reviewed FRB files | 7.0 | 20 | 140 |
| 06/04/2024 | -Attended Supervision, Recruitment/Professionalization, Training, and EQP Meetings<br>-Read/sent emails<br>-Transcribed meeting notes | 7.0 | 20 | 140 |
| 06/05/2024 | -Attended 1st Lt revisions<br>-Call with Alan Youngs, John Romero, Luis Hidalgo | 3.5 | 20 | 70 |
| 06/06/2024 | -Read/sent emails.<br>-Reviewed Box documents | 5.0 | 20 | 100 |
| 06/07/2024 | -Reviewed Data Request 2.1<br>-Call with Alan Youngs<br>-Organized documents in the office | 6.0 | 20 | 120 |
| 06/10/2024 | -Organized documents in the office<br>-Calls with Commander Nazario, Alan Youngs<br>-Organized documents in the office | 7.0 | 20 | 140 |
| 06/13/2024 | -Attended Hate Crime module presentation | 1.0 | 20 | 20 |
| 06/17/2024 | -Organized documents in the office<br>-Transcribed meeting notes<br>-Uploaded documents to Box<br>-Call with Alba Sanjurjo, John Romero, and Commander Massari | 7.0 | 20 | 140 |
| 06/18/2024 | -Organized documents in the office<br>-Reviewed complaints policy and notes<br>-Attended PRPB HQ to meet with Inspector Ortiz and Victor Maldonado | 7.0 | 20 | 140 |
| 06/19/2024 | -Organized documents in the office<br>-Reviewed data request language | 7.0 | 20 | 140 |
| 06/20/2024 | -Attended meeting with Inspector Ortiz and Col. Ramirez<br>-Organized documents in the office<br>-Read/sent emails<br>-Jurisdiction analysis for Donald Gosselin | 8.0 | 20 | 160 |
| 06/21/2024 | -Organized documents in the office | 7.0 | 20 | 140 |
| 06/24/2024 | -Attended meetings at PRPB HQ | 8.0 | 20 | 160 |
| 06/25/2024 | -Attended meetings with Rita Watkins<br>-Read/sent emails<br>-Organized documents in the office | 7.0 | 20 | 140 |

| Date | Description | Hours | Rate | Total |
|---|---|---|---|---|
| 06/26/2024 | -Attended meetings in PRPB HQ and the Monitor's Office | 7.0 | 20 | 140 |
| 06/27/2024 | -Attended Status Conference | 5.0 | 20 | 100 |
| 06/28/2024 | -Organized documents in the office | 7.0 | 20 | 140 |
| | **TOTAL 106.5 HRS @ $20 HR** | | | **$2,130.00** |

*S/ INIGO GALANES*

**I HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN MY CAPACITY AS A MEMBER OF THE FEDERAL MONITORING TEAM. I FURTHER CERTIFY THAT I HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH, OR ANY OF ITS DEPARTMENTS, MUNICIPALITIES OR AGENCIES.**