IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **COMMONWEALTH OF PUERTO RICO, et al.,** Defendants. | CIVIL NO.: 12-cv-02039 |

### INFORMATIVE MOTION SUBMITTING PRPB'S RESPONSE TO CMR-10

**MAY IT PLEASE THE COURT:**

**COME NOW,** Codefendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau, through the undersigned attorneys, and very respectfully state and pray:

1. Pursuant to Paragraph 252 of the Consent Decree in this case, Docket 60, codefendants herein submit its response to CMR-10 at ECF No. 2669.

**WHEREFORE,** Defendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau respectfully request this Honorable Court to take notice of the above.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF

system which will send notification of such filing to all counsel of record.

In San Juan, Puerto Rico, this 15th day of July, 2024.

**CANCIO, NADAL & RIVERA, L.L.C.**
P.O. Box 364966
San Juan, Puerto Rico  00936-4966
403 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Tel. (787) 767-9625

**S/ RAFAEL BARRETO-SOLÁ**
USDC PR: 211801
rbarreto@cnr.law

**S/ GABRIEL A. PEÑAGARÍCANO**
USDC PR: 212911
gpenagaricano@me.com