United States District Court
For the District of Puerto Rico

Edgardo Rivera Martinez
Plaintiff

V.

Negociado de Policia de Puerto Rico
Defendant

Criminal/Civil No. 12-2039-FAB

15/Julio/2024

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2024 JUL 15 PM 4:37

MOTION: Notificacion de Presentacion de Documentos Relacionado A Examen de Sargento, El Mismo Ofrecido el dia 17 de diciembre de 2022, Este Caso Fue Presentado en Este Tribunal Federal Distrito de PR, En la Sala de Juez Francisco Besosa, Hoy 15 de Julio de 2024 Se le Hace Entrega de mocion Informativa de Una Solicitud de Senalamiento Urgente En la Comision Apelativa del Servicio Publico, Este Caso guarda Relacion con la Reforma de PPR El dia 9 de julio de 2024 En el (DSP) Se Sostuvo Una Reunion Con el Ledo. Gabriel A Peñagaricano Este Representa la Reforma PPR Es Importante Unos Eventos que Marcan que Este Tribunal Tenga Una Intervencion de, Para Este Caso.

Signature: [signature]
Name: Edgardo Rivera Martinez
Address: Calle Ti20I #53 Rio Piedra, San Juan
Telephone: 787-392-0336
E-mail: edgardor69.48@gmail.com