ESTADO LIBRE ASOCIADO DE PUERTO RICO
COMISION APELATIVA
DEL SERVICIO PUBLICO

| | |
|---|---|
| EDGARDO RIVERA MARTINEZ Y OTROS 66 <br><br> APELANTES <br><br> POLICIA DE PUERTO RICO <br><br> APELADA | CASO - 2023-06-0759 <br><br> SOBRE -IMPUGNACIO EXAMEN ASCENSO SARGENTO |

## TERCERA MOCION INFORMATIVA Y SOLICITUD DE SENALAMIENTO URGENTE

**A LA HONORABLE COMISION;**

Comparece LOS APELANTES a través del Abogado que suscribe y muy respetuosamente **EXPONE, ALEGA Y SOLICITA:**

1-QUE EN NUESTRO ESCRITO ANTERIOR LE INFORMAMOS A ESTE HONORABLE FORO QUE LA PARTES ESTABAMOS CONSIDERANDO UN ACUERDO TRANSACCIONAL Y EN EL DIA DE AYER CELEBRAMOS NUESTRA ULTIMA REUNION BUSCANDO UNA SOLUCION A LA COTROVERSIA DE ESTA APELACION .SIN TENER EXISTO . EN BASE A LO ANTES INFORMADO NO QUEDA OTRA ALTERNATIVA QUE ESTE DISTINGUIDO FORO SENALE LA VISTA CORRESPONDIENTE.

2- QUE ESTE CASO FUE RADICADO POR LA APELADA OFRECER UN EXAMEN DE ASCENSO A LA CATEGORIA DE SARGENTO ,CON MULTIPLES DEFECTOS EN LAS PREGUNTAS SOMETIDAS , DONDE EL APELANTE AL IGUAL QUE MUCHOS DE LOS AGENTES QUE TOMARON EL EXAMEN AL IGUAL QUE NOSOTROS RADICARON ANTE ESTE FORO APELACIONES IMPUGNANDO EL EXAMEN Y LOS RESULTADOS OBTENIDOS ,

3-- QUE ESTE ASUNTO SOBRE LAS DEFICIENCIAS ENCONTRADAS POR LOS AGENTES QUE TOMARON EL EXAMEN FUE LLEVADO ANTE ELTRIBUNAL FEDERAL SALA DEL HON JUEZ FRANCISCO BESOSA ,QUIEN EL 21 DE ENERO DEL 2023 EVALUO EL MISMO Y PASO JUICIO SOBRE NUESTRAS ALEGACIONES PLANTEADAS EN ESTE CASO, ASUMIENDO JURISDICCION PRIMARIA EN LA CONTROVERSIA AQUI PLANTEADAS AUN ESTANDO RADICADO ESTE CASO EN ESTE FORO CASP Y EMITIENDO UNA ORDEN EXPEDITA QUE BENEFICIO DE INMEDIATO A MUCHOS DE LOS AGENTES ENVUELTOS QUE NOS OBLIGO A ENMENDAR LA APELACION ORIGINAL RADICADA,. CUYA RESOLUCION ES ESPECIFICA QUE REFLEJA PARTE DEL TRACTO DE LO SUCEDIDO CON LAS GESTIONES QUE HEMOS HECHO PARA RESOLVER ESTA CONTROVERSIA,.. .

4-- QUE ANTE LA INNACCION DE LA DIVISION LEGAL DE LA POLICIA PARA ATENDER ESTE ASUNTO MEDULAR QUE AFECTA EL DESARROLLO PROFECIONAL DE LA PRIMERA LINEA DE MANDO DE LA POLICIA QUE CORRESPONDE AL RANGO DE SARGENTO ,EL SR SECRETARIO DEL DEPARTAMENTO DE SEGURIDAD PUBLICA NOS RECIBIO EFICIENTEMENTE AL IGUAL LO HA HECHO EL HON GOBERNADOR DE PR LCDO PEDRO PIERLUISI URRUTIA ,Y ADEMAS AL HON JUEZ FEDERAL FRANCISCO BESOSA , VEA SU RESOLUCION DICTADA QUE DEBERA SER EVALUADA POR ESTE DISTINGUIDO FORO DONDE ESTA RADICADO ESTE CASO CON JURISDDICCION PRIMARIA.,

5-Que además EXPRESAMOS QUE LOS APELANTES tienen sumo interés en que este SU caso radicado sobre Impugnación de Ascenso ante este Foro sea atendido de conformidad a su Reglamento vigente, Y NOS REAFIRMAMOS EN QUE EXISTE

UN PRINCIPIO CONSTITUCIONAL A SER OIDO ,A TENER SU DIA EN CORTE EN FORMA RAPIDA Y JUSTA, ello sin renunciar a los derechos que les asisten.

6-Que este caso fue radicado por entender LOS APELANTES TIENEN UNA LEGITIMA CAUSA DE ACCION por la cual se ha afectado su derecho de Ascender y Y PODER TOMAR LOS EXAMENES A LOS RANGOS SUPERIORES INMEDIATOS QUE POR NO ASCENDERSE CON PRONTITUD ESTA APELACION SE ESTAN VIENDO AFECTADOS ,LOS EXAMENES AL RANGO SUPERIOR DE TENIENTE II QUE ,PROXIMAMENTE SERAN OFRECIDOS ,PODRAN LOS APELANTES SOLICITAR TOMARLOS ,QUE LO IMPIDE, .este foro puede proveer un remedio para ello.,VEA PERIODICO EL NUEVO DIA 27 ABRIL 2024.

7-Que esta apelación tiene alegaciones específicas, II Y V debidamente fundamentadas y que a base de la delegación conferida a esta Honorable Comisión, esta tiene la responsabilidad PRIMARIA para permitirle a la parte APELANTE la presentación de la prueba donde sostiene su petición y que siendo el foro competente debe cumplir con su prestación y darle la oportunidad de ser escuchado ,sobre la base constitucional de tener su dia en corte en un juicio rapido y justo COSA QUE EN ESTE CASO NO HA OCURRIDO AFECTANDOSE SU DESARROLLO PROFESIONAL.

8-Que EN esta apelación se ha agotado todo los medios para obtener de la Apelada una determinación COMFORME LO ESTABLECE EL DEBIDO PROCESO DE LEY Y NO HEMOS TENIDO SUERTE ,ESTA NOS HA OBLIGADO ACTUAR COMO PREVIAMENTE HEMOS INDICADO, pero han sido infructuosas las gestiones realizadas, esta se reitera en su posición de actuar contrario a derecho VEA RECIENTE PRONUNCIAMIENTO DEL TRIBUNAL FEDERAL SOBRE EL PROCESO DE ASCENSO EN LA POLICIA , ,, en perjuicio del empleado, ignorando sus reclamos y en violación al debido proceso de ley y a sus CONSTITUCIONALES..

9-Que con su proceder en la otorgación de este examen la Apelada se aparto de la ley y sus reglamentos , menoscaba los méritos del derecho del Apelante a ser ascendido, que afecta su progreso como empleado y afecta áreas esenciales al principio del mérito y esta Honorable Comisión tiene la ineludible obligación de otorgarle A LOS APELANTES una vista donde pueda defender sus derechos,VEA RESOLUCION DEL TRIBUNAL FEDERAL,SUPRA.

10-QUE HA TRANSCURRIDO YA DEMASIADO TIEMPO DESDE LA RADICACION DE ESTA APELACION ESPERANDO para que QUE LA COMISION señale esta vista y que LOS APELANTES HAN SIDO extremadamente paciente esperando su turno en el complicado calendario que tiene la Comisión para emitir sus señalamientos, QUE LES ESTA AFECTANDO INNECESAMAMENTE ,LA SOLUCION A ESTE SENALAMIENTO ES SENCILLA CITE LA VISTA EN FORMA ESPEDITA.,

1I QUE COMO SE DEMOSTRARA en este caso Si existe una legitima causa de acción, un agravio que surge que LOS APELANTES radiquen apelación que no debe desestimarse ni archivarse sin brindársele a la parte la oportunidad de presentar su caso , esta Honorable Comisión fue creada para brindar en un tiempo apropiado a las partes la oportunidad de presentar sus reclamos y objetivamente resolver dentro de un debido proceso de ley el caso.,LA COMISION NO ENTENDEMOS PORQUE NO ACOJE NUESTRAS SUPLICAS.

12 LOS APELANTES NO DUDAN - de la amplia discreción que tiene la Comisión para entender en los asuntos que son radicados por las partes, pero este caso ya lleva bastante tiempo esperando para que se celebre la vista a que tiene derecho el apelante Y LE ESTA AFECTANDO SUS DERECHOS COMO HEMOS EXPRESADO QUE DEMOSTRAREMOS.

> La vista pública adjudicativa es la fase inicial de todo proceso formal de adjudicación, Demetrio Fernández Quiñónez, derecho administrativo y Ley de procedimiento uniforme, 2da. Ed, Forum, 2001, a la pág. 155.

> La celebración de una vista es un derecho que tienen los litigantes ante todo foro administrativo. En toda vista adjudicativa a celebrarse deberá cumplirse con los siguientes requisitos: a) Ser pública, b) grabarse o estenografiarse, c) brindar a todas las partes la oportunidad de responder, presentar prueba y argumentar, d) conducir interrogatorios, e) someter evidencia en refutación, f) excluir de aquella evidencia que sea impertinente, inmaterial, repetitiva o inadmisible por fundamentos

constitucionales o legales basados en los privilegios evidenciarios reconocidos por los Tribunales de PR, g) el funcionario que presida la vista podrá tomar conocimiento oficial de todo aquello que pudiera ser objeto de conocimiento judicial, h) las partes tendrán la oportunidad de presentar propuestas de determinaciones de hechos y conclusiones de derecho, i) además de ser resuelto dentro del término de seis (6) meses donde su radicación, salvo circunstancias excepcionales, Ley de Procedimiento Uniforme, secc. 3-13, según enmendada, 3LPRA sección 2163.

Así mismo, el artículo 2m sección 2.9 del reglamento procesal de la Comisión Apelativa, dispone que en aquellas circunstancias donde existe controversia sobre hechos esenciales, la Comisión ordenará la celebración de una Vista Pública con citación a las partes para cumplir con las exigencias de un debido proceso de Ley, basta con que se celebre una vista durante el trámite procesal del caso, previo a la determinación final del Foro Administrativo; Ubarri Blanes vs. Junta Hípica, 96. DPR. 803 (1968). La Comisión tiene que permitirle a las partes a presentar su prueba donde sostenga sus alegaciones, argumentos y defensas, por existir una controversia, que le obliga a celebrar la Vista Pública.

Sería una clara violación a las exigencias del debido proceso de Ley el no proveer a la parte Apelante un proceso justo y equitativo, que le permitieran presentar su caso y demostrar la realidad fáctica y procesal de las alegaciones, así como tener la oportunidad básica de refutar los señalamientos presentados por la Apelada, siendo este una proceso administrativo enmarcado en las protecciones de los derechos y garantías Constitucionales como es el debido proceso de Ley, Rivera Santiago vs. Srio. De Hacienda, 119 DPR 265 (1987), Fernández Quiñónez, Supra.

13- ESPERAMOS QUE ESTA HONORABLE COMISION ORDENE EL SENALMIENTO URGENTE DE LA VISTA EN ESTE CASO DE MANERA QUE SE CUMPLAN CON LOS PRECEPTOS CONSTITUCIONALES A LOS CUALES TIENEN DERECHO LOS APELANTES QUE REPETIMOS ,DE TENER SU DIAS EN CORTE Y QUE ESTA ACCION OCURRA DE FORMA EXPEDITA EN LOS PROXIMOS DIAS , LA ESPERA YA HA SIDO DEMASIADO. POR FAVOR ATIENDA NUESTRA SUPLICA ,

**POR LOS FUNDAMENTOS EXPUESTOS**, debe esta Honorable Comisión ordenar celebración de la vista que la parte Peticionaria tiene derecho, estando este caso listo para entrar en sus méritos .

**CERTIFICO:** Que copia de este escrito fue remitido al HON GOBERNADO DE PR PEDRO PIERLUISSI URRUTIA ,LA FORTALEZA APTO 9020082 -SJ PR 00902-0082 ,AL SECRETARIO DEL DEPARTAMENTO DE SEGURIDAD PUBLICA, SR ALEXIS TORRES Y LCDO MIGUEL A CANDELARIO PINERRO DIRECTOR EJECUTIVO OFICINA ASUNTOS LEGALES DSEP, AVE 335 ALTERIAL HOSTO,CAPITAL CENTER ,TORRE NORTE SJ PR 00918, AL HON JOHN J ROMERO MONITOR FEDERAL OFIC VIC TOWER HP-924-1225,AVE JUAN PONCE DE LEON SJ PR 00907 , AL HON JUEZ FEDERAL FRANCISCO BESOSA TRIBUNAL FEDERAL SJ PR 00902 LCDO VICTOR MALDONADO DIRECTOR OFICINA LEGAL POLICIA PR ,PO BOX 71200,SJ PR 00936 AL COR CARLOS HADOCK PRESIDENTE DE FUPO, A LOS APELANTES. A SU DIRECCION EN EL RECORD.

Respetuosamente sometido, hoy 10 de JULIO de 2024, en San Juan, Puerto Rico.

LCDO. JOSE F. AVILES LAMBERTY
Abogado
RUA 6670
Colegiado Número 8047,
Mansiones de San Martín
Suite #17
San Juan, PR 00924-4586
Cel. (787) 406-9066