IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants.** | **Civil No.** 12-2039 (FAB) |

**ORDER**

The Motion to Approve and Disburse Funds submitted by the Office of the Federal Police Monitor ("FPMPR LLC") expenses incurred during the month of June 2024 (Docket No. 2689) was adjusted to correct the gasoline and tolls expenses on Manuel Arroyo's invoice to the authorized amount of $250.00, thus the amount of $165,924.47 is **APPROVED** for payment.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, July 16, 2024.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE