**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **COMMONWEALTH OF PUERTO RICO**, et al., <br><br> Defendants. | CIVIL NO. 12-2039 (FAB) |

**JOINT MOTION IN COMPLIANCE WITH THE COURT'S ORDER AT DOCKET 2672 REGARDING REFORM-RELATED ESSENTIAL PERSONNEL**

Plaintiff, the United States of America, and Defendants, the Commonwealth of Puerto Rico and the Puerto Rico Police Bureau (collectively, "the Parties") respectfully file this Joint Motion in Compliance with the Court's Order at Docket 2672 Regarding Reform-Related Essential Personnel ("Joint Motion")with the concurrence of the Monitor and Special Master.  On June 21, 2024, the Court instructed the Parties, Monitor, and Special Master to "meet and file by July 19, 2024, a joint motion identifying (1) the key [Puerto Rico Police Bureau (PRPB)]individuals who should remain in the case, and (2) those outside persons and vendors who should be retained in the case beyond the end of the current government administration." Order at 4, Dkt. 2672.  As set forth more fully below, the parties reached consensus on all but one of the individuals proposed by the Commonwealth as essential personnel. Attached as Exhibit A is the consensus list of agreed-upon personnel and contractors requested by the Court, and attached as Exhibit B is the list with the individual who is in dispute among the parties.

1. In its June 21 Order, the Court took judicial notice that the Puerto Rico administration will change in January 2025, regardless of which gubernatorial candidate wins the November

2024 general election because the current Governor lost the primary election in June 2024. *Id.* at 1. The Court also expressed its interest "that no delays, interruptions, or violations of orders occur if the contracts due to expire on June 30, 2024 are not renewed or extended, or because of a change in administration." *Id.* at 2. The Parties share the Court's interest in preventing compliance disruptions. The Parties believe that the implementation plans that have led to significant progress over the last year can serve as the cornerstone of the Parties' collective efforts to maintain continuity and ensure continued progress toward compliance with the Agreement for the Sustainable Reform of the Puerto Rico Police Bureau ("Agreement"), Dkt. 60.

2. In furtherance of the June 21 Order, the United States, Monitor, and Special Master reviewed the Commonwealth's list of reform-related contracts that were set to expire at the end of Fiscal Year 2024, or June 30, 2024, and agreed that all but one contract should be renewed for fiscal year 2025. The commonwealth explained that the project managers assigned under the expired contract will be replaced within 30 days. The United States reserves the right to raise the issue with the Court for resolution if, after 30 days, the Commonwealth has not replaced the project managers resulting in compliance delays or interruptions. The parties considered the list of reform-related contracts to identify the contractors who should remain as essential personnel beyond the start of the new Puerto Rico administration in January 2025, pursuant to the June 21 Order.

3. On July 2, 2024, the Parties, Monitor, and Special Master met to discuss a timetable to reach agreement on the list of essential personnel required by the June 21 Order. In accordance with the agreed-upon timetable, the Commonwealth produced an initial list of essential personnel on July 10, 2024; the Parties, Monitor, and Special Master met on July 11,

2024, to discuss the initial list and offer comments; and the Commonwealth produced a revised list on July 16, 2024. Following discussions, the parties have reached agreement on all, but one individual proposed by the Commonwealth. The individual serves as the DPS General Counsel. Exhibit A represents the consensus list of essential personnel agreed-upon by the parties, Monitor, and Special Master. Exhibit B represents the disputed list with the DPS General Counsel. The parties are prepared to brief the dispute for the Court's resolution if the Court wishes.

4. The June 21 Order states that the Court "will in due course enter a transition order prior to the upcoming elections" once it receives this Joint Motion. Order at 4, Dkt. 2672 (referring to the 2020 Transition Order, Dkt. 1614). Consistent with the Court's instructions at the June 27, 2024, status conference, the Parties intend to participate actively in preparing a proposed transition order for the Court's consideration. Accordingly, the Parties have agreed to work with the Monitor and Special Master to draft and file a proposed transition order by August 30, 2024, based on the transition orders entered in this case in 2016 and 2020. The proposed transition order would be tailored to the current state of compliance, leverage the consensus implementation plans that have resulted in increased compliance, and focus on maintaining continuity to minimize compliance delays and disruptions.

**WHEREFORE**, the Parties respectfully request that the Court take notice of the attached list of essential personnel and vendors that should be considered as part of a transition order that is designed to ensure continued progress toward compliance with the Agreement. The Parties also respectfully request that the Court take notice of the Parties' intention to work collaboratively with the Monitor and the Special Master to develop and file a proposed transition order by August 30, 2024, or as otherwise ordered by the Court.

**WE HEREBY CERTIFY** that today we have electronically filed the foregoing document with the Clerk of the Court for the District of Puerto Rico using the CM/ECF system, which will send a copy and notification of filing to the Monitor, the Special Master, and all counsel of record.

**RESPECTFULLY SUBMITTED** this 19th day of July, 2024,

For Plaintiff UNITED STATES OF AMERICA:

**STEVEN H. ROSENBAUM**
Chief, Special Litigation Section

*s/Luis E. Saucedo*
**TIMOTHY D. MYGATT**
Deputy Chief
**LUIS E. SAUCEDO** (G01613)
**JORGE CASTILLO** (G02912)
**KATHERINE CHAMBLEE-RYAN** (G03515)
Trial Attorneys
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 598-0482
Fax: (202) 514-4883
luis.e.saucedo@usdoj.gov
jorge.castillo@usdoj.gov
katherine.chamblee-ryan@usdoj.gov

For Defendants COMMONWEALTH OF PUERTO RICO, ET AL.:

**CANCIO, NADAL & RIVERA, L.L.C.**
P.O. Box 364966
San Juan, Puerto Rico 00936-4966
403 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Tel. (787) 767-9625

*Rafael Barreto-Solá*
**RAFAEL BARRETO-SOLÁ**
USDC PR: 211801
rbarreto@cnr.law

*Gabriel A. Peñagarícano*
**GABRIEL A. PEÑAGARÍCANO**
USDC PR: 212911
gpenagaricano@me.com