| NUM | NAME | BATCH NUMBER | DUTIES | STATUS |
|---|---|---|---|---|
| 1 | Col. Rolando Trinidad Hernández | 1-21368 | Director Reform Office | |
| 2 | Cmdr. Habib Massari Diaz | 3-16784 | Sub-Director Reform Office | |
| 3 | Capt. Julio E. De Jesús Rivera | 5-18173 | Technology Area Compliance Officer | |
| 4 | 2LT. Eliud Álvarez López | 7-22430 | Use of Force Area Compliance Officer | |
| 5 | 2LT Yamillette Acevedo Rodríguez | 7-31399 | In charge of monitoring and production of documents/Supervision and Administration Area Compliance Officer | |
| 6 | Sgt. María J. La Luz Rentas | 8-18111 | Training Area Compliance Officer | |
| 7 | Sgt. Pablo González Serrano | 8-24949 | Searches and Seizures Compliance Officer | |
| 8 | Sgt. Yanira Otero Rosa | 8-25378 | Monitoring and Production of Documents/Equal Protection Area Alternate Compliance Officer | |
| 9 | Sgt. Josué Floran Adorno | 8-34285 | Monitoring and Production of Documents/TrainingArea Alternate Compliance Officer | |
| 10 | Sgt. Mary D. Ortiz Rolón | 8-35228 | Equal Protection Area Compliance Officer | |

| NUM | NAME | BATCH NUMBER | DUTIES | STATUS |
|---|---|---|---|---|
| 11 | Sgt. Yanira Rodríguez Carmona | 8-36765 | Monitoring and Production of Documents/Uso of Force Area Alternate Compliance Officer | |
| 12 | Agt. Janet Cumba Berrios | 23515 | Audits/ Reform Office Plan | |
| 13 | Agt. Nancy González Cuba | 32972 | Monitoring and Production of Documents/Administrative Complaints Area Alternate Compliance Officer | |
| 14 | Agt. Ferdinand De Jesús Sella | 34595 | In charge of webpage and virtual library | |
| 15 | Agt. José A. De Jesús Martínez | 34848 | Administrtaive complaints Area Compliance Officer | |
| 16 | Agt. Zayra Y. Medina Ramos | 35867 | Administration and Procurement | |
| 17 | Agt. José M. Núñez Sierra | 36692 | Budget Officer | |
| 18 | Agt. Zulimary Hernández Colón | 37325 | Police Engagement Area Compliance Officer | |
| 19 | Esthermarie Torres López, Esq. | | Policies and Procedures Area Compliance Officer | Contractor |
| 20 | Miana Y. Rivera Mojica, Esq | | Policies and Procedures Area | Contractor |
| 21 | Betsy B. Matos Méndez, Esq | | Policies and Procedures Area | Contractor |

| NUM | NAME | BATCH NUMBER | DUTIES | STATUS |
|---|---|---|---|---|
| 22 | Ramón Cruz Alicea, Esq |  | Policies and Procedures Area | Contractor |
| 23 | Mrs. Eily Molina Batista |  | Portfolio Manager Reform Office | Contractor |
| 24 | Mrs. Joan Maldonado Martinez |  | Project Manager Use of Force, Community Engagement and Administrative Complaints Areas | Contractor |
| 25 | Ms. Lelimar Torres Albelo |  | Technology Advisor | Contractor |
| 26 | Mrs. Laura Fontanés |  | Portfolio Manager Reform Office - Technology Area | Contractor |
| 27 | Mr. Rosaly Rosa Vélez |  | Advisor Equal Protection, Policies and Procedures and Searches and Seizures Areas | Contractor |
| 28 | Robles & Associates LLC |  | Project Managers in various areas/Finance and Budget Officers | Contractor |
| 29 | Mrs, Ninoshka M. Nussa Mulero | Office Systems Technician | Handles communications with parties/updates "Reforma Informa and conoce y actualizate" |  |
| 30 | Insp. Lizette Quintana Morales | 4-13596 | Director North Region Audits/Reform Office Plan |  |
| 31 | 1LT Mary Bell Maldonado Ortiz | 6-16671 | Director North Region Audits/Reform Office Plan |  |

| NUM | NAME | BATCH NUMBER | DUTIES | STATUS |
|---|---|---|---|---|
| 32 | 2LT Juan C. Cartagena Crespo | 7-27065 | Director North Region Audits/Reform Office Plan | |
| 33 | Sgt. José A. Irizarry Molina | 8-21122 | Director North Region Audits/Reform Office Plan | |
| 34 | Sgt. Denisse I. Ortiz Ortiz | 8-32077 | Director North Region Audits/Reform Office Plan | |
| 35 | 2LT Omar Santos Catala | 7-28896 | Early Intervention System Analyst/Administration and Supervision Compliance Officer | |
| 36 | Sgt. Myriam Soto Velázquez | 8-22846 | Early Intervention System Analyst | |
| 37 | Agt. Juan R. Fuentes López | 31841 | Early Intervention System Analyst | |
| 38 | Agt. Yvonne Venereo Rivera | 31917 | Early Intervention System Analyst | |
| 39 | Agt. Marlyn García Rosado | 35986 | Early Intervention System Analyst | |
| 40 | LTC. Ángel Viera Mendoza | 2-15879 | Deputy Commissioner for Training/SAEA | |

| NUM | NAME | BATCH NUMBER | DUTIES | STATUS |
|---|---|---|---|---|
| 41 | Dra. Luz Torres Serrano | | Dean of Academic Matters/SAEA | |
| 42 | 2LT Nilsa Morales Espinell | 7-19559 | Curriculum/SAEA | |
| 43 | Mr. Orlando Rodriguez Pagan | | Curriculum/SAEA | Contractor |
| 44 | Dr. Juan Carlos Rivera Vázquez | DSP/PRPB | Director Technology Bureau | |
| 45 | Mr. Brian Medina Fragosa | DSP | In charge of purchase liason office at DSP | |
| 46 | Miguel Candelario Piñero, Esq | DSP | Executive Director - Legal Office DSP | |
| 47 | Mrs. Lumary Ojeda Ocasio | DSP | Budget Director - DSP | |
| 48 | Mrs. Maritza Torres López | DSP | Executive Director Fiscal Matters DSP | |
| 49 | Mrs. Sharysel Ayala Villegas | DSP | Interim Director Human Resources DSP | |
| 50 | Aeontech | | Network Engineer | Contractor |
| 51 | AHD Datalystic | | Data Analysis Consultants | Contractor |

| NUM | NAME | BATCH NUMBER | DUTIES | STATUS |
|---|---|---|---|---|
| 52 | Axon | | Electrical Control Device (ECD) Taser 10 | Contractor |
| 53 | C2S Consulting | | Maintenance of Hate Crimes, Sexual Crimes and Gender Violence applications modules. Crime Information warehouse. Manager Change Analysis | Contractor |
| 54 | Eclipse Management | | IT Plan Project Manager Ofice | |
| 55 | E3 Consulting | | IT Plan Project Manager Ofice | |
| 56 | V2A Consulting | | IT Plan Project Manager Ofice | |
| 57 | Ingellicom | | Solutions Architect and Software Developer (Software Development) | Contractor |
| 58 | Intellutions | | Mantenimineto CAD y GTE | Contractor |
| 59 | Interboro Systems Corporation | | Sofware Assurance and Maintenance License, Attendance Record and Human Resources | Contractor |
| 60 | InTwo | | Azure and Web Page and Virtual Library | Contractor |

| NUM | NAME | BATCH NUMBER | DUTIES | STATUS |
|---|---|---|---|---|
| 61 | Ana G. Méndez University |  | Academic Services/ Act 65 |  |