**TDPetrowski, LLC**
**4010 Deep Valley Drive**
**Dallas, Texas 75244**

June 22, 2024 – July 21, 2024
INVOICE # ASM.TDP.2024-7                              **TOTAL DUE:  $11,108.02**
ASSISTANT SPECIAL MASTER
JULY INVOICE

| Hours | Description | Total |
|---|---|---|
| 12 | Draft/reviewed/researched/translated as necessary, discussed/reworked documents related to PRPD and DOJ, and Monitor's Office exchanges regarding recurring issues and OSM projects, including orders and ad hoc taskings of the Court. | $1,800 |
| 16 | Drafted, reviewed, translated, and responded to texts, emails, and all other documents/communications with respective parties, the Special Master, Assistant Special Masters, and the Court. | $2,400 |
| 17 | Zoom meetings and/or conference calls with the Court, the Monitoring Team, Office of Special Master, and the Parties. | $2,550 |
| 16 | Court hearing and meetings in San Juan 6/27/2022-6/28/2022 | $2,400 |
| Travel Expense | Air Fare Dallas to San Juan - Coach class roundtrip ticket (Note – a business class ticket was purchased for $1209.60. A comparative Coach class invoice for $925.60 is attached) | $925.60 |
| Travel Expense | Three nights lodging, 6/26/2024 - 6/29/2024, below the Government rate of $245 per night plus fees and taxes. Note – due to an error and great inconvenience by the hotel I was comped a night and therefore submitting expenses only for two nights. | $462.16 |
| Travel Expense | Meals and Incidental Expenses, 6/26/2024 - 6/29/2024, Govt rate $148.00/day, travel days ¾ rate at $111/day | $518 |
| Travel Expense | Uber rides:<br>6/26/2024: AP to hotel ($13.91) and hotel to PRPBHQ ($11.97)<br>6/27/2024: hotel to Federal Courthouse ($10.93)<br>6/28/2024: hotel to AP ($15.45)<br>Note – tips were in excess of 20% and paid in cash.  No reimbursement for tips is claimed. | $52.26 |

**Total Wages Due = $11,108.02**

**I hereby certify that the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under regular employment or a contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.**

*Thomas J. Petrowski*                                                    **7/21/2024**
_____
**Thomas D. Petrowski**

s/  *Alejandro del Carmen*                                                **7/21/2024**
_____
**Alejandro del Carmen**



1369 Ashford Avenue
San Juan, , 00907, United States
Tel.: +1-787-827-7280 Fax: +1-787-289-7000 www.marriott.com/sjuac

AC Hotel
San Juan - Condado

Mr Thomas Petrowski
4010 Deep Valley Dr
Dallas TX 75244
United States

Habitación / Room:             0412

Confirmation / Confirmacion:    90863377

Tipo de habitación/Room Type :  EKNG

No. Huespedes/ No. of Guests :  1/0

Tarifa / Rate : 167            Agente / Clerk :129

| Llegada / Arrival | 06-26-24 | Hora / Time : | 16:02:00 | Salida / Departure : | 06-28-24 | Hora / Time | 00:00:00 | No. Folio : | |
|---|---|---|---|---|---|---|---|---|---|
| **Fecha / Date** | **Reference #** | | **Descripción / Description** | | | | **Cargos / Charges** | | **Creditos / Credits** |
| 06-26-24 | | | AC Kitchen Beer | | | | 23.41 | | |
| 06-26-24 | 99200 | | Room Charge | | | | 167.00 | | |
| 06-26-24 | 15101 | | Destination Fee | | | | 45.00 | | |
| 06-26-24 | 15105 | | Room Tax | | | | 19.08 | | |
| 06-27-24 | 99200 | | Room Charge | | | | 167.00 | | |
| 06-27-24 | 15101 | | Destination Fee | | | | 45.00 | | |
| 06-27-24 | 15105 | | Room Tax | | | | 19.08 | | |
| 06-28-24 | 90702 | | Master Card / Euro Card | | | | | | 485.57 |

No. de TC/Credit Card No. :     XXXXXXXXXXXX

Total :                485.57

Balance :                0.00

As a Marriott Bonvoy Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

Gmail - [Business] Your Wednesday morning trip with Uber

M Gmail

Tom Petrowski <t_____.com>

---

## [Business] Your Wednesday morning trip with Uber
4 messages

---

**Uber Receipts** <noreply@uber.com>         Wed, Jun 26, 2024 at 12:02 AM
To: _____.com

Uber

Total $13.91
June 26, 2024

# Thanks for riding, Tom

We hope you enjoyed your ride
this morning.



# Total          $13.91

| | |
|---|---|
| Trip fare | $9.84 |
| | |
| Subtotal | $9.84 |
| Booking Fee ❓ | $1.07 |
| Airport Fee | $3.00 |

Download PDF

This is not a payment receipt. It is a trip summary to acknowledge the completion of the trip. You will
receive a trip receipt when the payment is processed with payment information.

# You rode with Gustavo

4.96 ★ Rating

 Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.

Rate or tip

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ›

Comfort          4.94 miles | 9 min

■ 12:52 AM
Av Aeropuerto, Carolina, PR 00937, US

▮ 1:02 AM
1369 Ashford Ave, San Juan, PR 00907, US



Report lost item ›          Contact support ›          My trips ›

Forgot password

Privacy

Terms

Uber Technologies
1725 3rd Street,
San Francisco,
California
94158

---

**noreply@uber.com** <noreply@uber.com>                                          Wed, Jun 26, 2024 at 9:53 AM
To: ██████████ .com

# Uber

Total $11.97
June 26, 2024

# Thanks for riding, Tom

We hope you enjoyed your ride
this morning.



| Total | $11.97 |
|---|---|

| Trip fare | $10.80 |
|---|---|

| Subtotal | $10.80 |
|---|---|
| Booking Fee | $1.17 |

Download PDF

This is not a payment receipt. It is a trip summary to acknowledge the completion of the trip. You will
receive a trip receipt when the payment is processed with payment information.

# You rode with Cesar

4.99 ★ Rating           Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.

**Rate or tip**

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ›

Comfort          3.50 miles | 16 min

■ 10:36 AM
1077 Ashford Ave, San Juan, PR 00907, US

▮ 10:53 AM
601 Avenida Franklin Delano Roosevelt, San Juan, PR 00918-1137, US



Report lost item  ›          Contact support  ›          My trips  ›

Forgot password

Privacy

Terms

Uber Technologies
1725 3rd Street,
San Francisco,
California
94158

---

**Uber Receipts** <noreply@uber.com>
To: tom.petrowski@gmail.com

Wed, Jun 26, 2024 at 10:41 AM

## Uber

Total $13.91
June 26, 2024

# Thanks for riding, Tom

We hope you enjoyed your ride
this morning.



# Total                    $13.91

| | |
|---|---|
| Trip fare | $9.84 |
| Subtotal | $9.84 |
| Booking Fee ❓ | $1.07 |
| Airport Fee | $3.00 |

## Payments

 **Mastercard ••**▇▇                          $13.91
6/26/24 11:41 AM

Switch Payment Method

Download PDF

# You rode with Gustavo

4.97 ★ Rating                      Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.

| Rate or tip |
| --- |

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ›

Comfort     4.94 miles | 9 min

■     12:52 AM
Av Aeropuerto, Carolina, PR
00937, US

▮     1:02 AM
1369 Ashford Ave, San Juan,
PR 00907, US



Report lost item  ❯       Contact support  ❯       My trips  ❯

Forgot password               Uber Technologies

Privacy                             1725 3rd Street,
San Francisco,
Terms                              California
94158

**Uber Receipts** <noreply@uber.com>                   Wed, Jun 26, 2024 at 8:34 PM
To: ██████████████ .com

# Uber



## Thanks for riding, Tom

We hope you enjoyed your ride
this morning.

# Total                                    $11.97

Trip fare                                                      $10.80

Subtotal                                                     $10.80

Booking Fee  ?                                           $1.17

Payments

Mastercard ••                                          $11.97
6/26/24 9:34 PM

Switch Payment Method

Download PDF

## You rode with Cesar

4.99 ★ Rating                     Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.

Gmail - [Business] Your Wednesday morning trip with Uber



When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ›

Comfort    3.50 miles | 16 min

■  10:36 AM
   1077 Ashford Ave, San Juan, PR 00907, US

┃  10:53 AM
   601 Avenida Franklin Delano Roosevelt, San Juan, PR 00918-1137, US



Report lost item  ›          Contact support  ›              My trips  ›

Forgot password                    Uber Technologies
                                   1725 3rd Street,
Privacy                            San Francisco,

Terms

California
94158

 **Gmail**

**Tom Petrowski <███████@gmail.com>**

---

## [Business] Your Thursday afternoon trip with Uber
2 messages

---

**noreply@uber.com** <noreply@uber.com>
To: ██████████.com

Thu, Jun 27, 2024 at 1:06 PM

---

Uber

Total $10.93
June 27, 2024

# Thanks for riding, Tom

We hope you enjoyed your ride this afternoon.



# Total

# $10.93

| | |
|---|---|
| Trip fare | $9.86 |
| Subtotal | $9.86 |
| Booking Fee ❓ | $1.07 |

Download PDF

This is not a payment receipt. It is a trip summary to acknowledge the completion of the trip. You will receive a trip receipt when the payment is processed with payment information.

## You rode with Ricardo

5.00 ★ Rating

 Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.

Rate or tip

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ›

Comfort     3.90 miles | 10 min

■     1:55 PM
      259 Calle Recinto Sur, San
      Juan, PR 00901, US

▮     2:05 PM
      1369 Ashford Ave, San Juan,
      PR 00907, US



Report lost item  ›          Contact support  ›          My trips  ›

6/29/24, 3:19 PM
Case 3:12-cv-02039-FAB    Document 3699    Filed 07/24/24    Page 15 of 29
Uber Receipts – Your Thursday afternoon trip with Uber

Forgot password

Privacy

Terms

Uber Technologies
1725 3rd Street,
San Francisco,
California
94158

---

**Uber Receipts** <noreply@uber.com>
To: ████████████ .com

Thu, Jun 27, 2024 at 11:52 PM

# Uber

Total $10.93
June 27, 2024

## Thanks for riding, Tom

We hope you enjoyed your ride
this afternoon.



## Total                                    $10.93

Trip fare                                   $9.86

Subtotal                                    $9.86

Booking Fee  ❓                             $1.07

Payments

  **Mastercard ••**████            $10.93

6/28/24 12:51 AM

[Switch Payment Method](#)

[Download PDF](#)

## You rode with Ricardo

5.00 ★ Rating                                Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.

[ Rate or tip ]

When you ride with Uber, your trips are insured in case of a covered accident.

[Learn more ›](#)

Comfort        3.90 miles | 10 min

■  1:55 PM
   259 Calle Recinto Sur, San Juan, PR 00901, US

↓  2:05 PM
   1369 Ashford Ave, San Juan, PR 00907, US



Report lost item   ›                 Contact support   ›                 My trips   ›

Forgot password                              Uber Technologies

Privacy                                      1725 3rd Street,
                                             San Francisco,
Terms                                        California
                                             94158

 Gmail

**Tom Petrowski <​███████████.com>**

---

### [Business] Your Friday afternoon trip with Uber
2 messages

---

**Uber Receipts** <noreply@uber.com>           Fri, Jun 28, 2024 at 12:54 PM
To: ████████████████ com

<br>

## Uber

Total $15.45
June 28, 2024

# Thanks for riding, Tom

We hope you enjoyed your ride
this afternoon.



# Total             $15.45

| | |
|---|---:|
| Trip fare | $13.94 |
| Subtotal | $13.94 |
| Booking Fee ❓ | $1.51 |

Download PDF

This is not a payment receipt. It is a trip summary to acknowledge the completion of the trip. You will
receive a trip receipt when the payment is processed with payment information.

## You rode with Antonio

4.97 ★ Rating           Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.

Rate or tip

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ›

Comfort          5.85 miles | 13 min

■          1:40 PM
1369 Ashford Ave, San Juan, PR 00907, US

▮          1:54 PM
Terminal C, Aeropuerto Internacional Luis Muñoz Marín (SJU), Carolina, PR 00979, US



Report lost item  ›          Contact support  ›          My trips  ›

Forgot password

Privacy

Terms

Uber Technologies
1725 3rd Street,
San Francisco,
California
94158

---

**Uber Receipts** <noreply@uber.com>                           Fri, Jun 28, 2024 at 11:36 PM
To: ▮▮▮▮▮▮▮.com

# Uber

Total $15.45
June 28, 2024

# Thanks for riding, Tom

We hope you enjoyed your ride
this afternoon.



# Total                                            $15.45

Trip fare                                            $13.94

Subtotal                                             $13.94

Booking Fee ❓                                        $1.51

Payments

 **Mastercard** •• ▮▮▮         $15.45

6/29/24 12:36 AM

Switch Payment Method

Download PDF

## You rode with Antonio

4.97 ★ Rating                       Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.

| Rate or tip |
|---|

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ›

Comfort      5.85 miles | 13 min

■      1:40 PM
       1369 Ashford Ave, San Juan,
       PR 00907, US

⌐      1:54 PM
       Terminal C, Aeropuerto
       Internacional Luis Muñoz
       Marín (SJU), Carolina, PR
       00979, US



Case 3:12-cv-02039-FAB    Document 2699    Filed 07/24/24    Page 22 of 29

Report lost item  ›            Contact support  ›            My trips  ›

Forgot password                          Uber Technologies

Privacy                                   1725 3rd Street,
                                          San Francisco,
Terms                                     California
                                          94158

 Gmail

**Tom Petrowski** ███████████████

# Trip on hold - KDICMF
1 message

**American Airlines** <no-reply@info.email.aa.com>             Tue, Apr 16, 2024 at 10:55 AM
To: ███████████████████



Complete your booking

Confirmation code: **KDICMF**

Your requested trip is now **On Hold**. You must complete your booking
by **April 17, 2024 11:59 PM Central Daylight Time (CDT)**.

Pay for your trip

**Tuesday, June 25, 2024**

| | | |
|---|---|---|
| | **DFW**<br>Dallas/Fort Worth<br>**6:30 PM** | **AA 188** |
| | **SJU**<br>San Juan<br>**12:15 AM** | Seat: **19F**<br>Class:<br>Meals: **Food for purchase** |

⚠ Flight arrives Wednesday , June 26, 2024

**Friday, June 28, 2024**

| | | |
|---|---|---|
| | **SJU**<br>San Juan<br>**7:05 AM** | **AA 1591** |
| | **DFW**<br>Dallas/Fort Worth<br>**11:15 AM** | Seat: **19A**<br>Class:<br>Meals: **Food for purchase** |

Thomas Petrowski - AAdvantage® #: Y23****

New ticket

**Total cost**                                                    **$925.60**



Contact us
Privacy policy

**Download the American app**

 

© 2024 American Airlines, Inc. All Rights Reserved.           

Please do not reply to this email address as it is not monitored. This email was sent to
tom.petrowski@gmail.com.

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use
of the intended recipient. This message contains confidential and proprietary information of American
Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise
used by anyone other than the intended recipient. If you are not an intended recipient, do not read,
distribute, or take action in reliance upon this message. Do you think you received this email by
mistake? If so, please forward this email to us with an explanation.

For all other questions about bookings or upcoming trips, visit our contact page. Contact American >

**one**world is a registered trademark of **one**world Alliance, LLC.



**Tom Petrowski** ██████████████

---

## Your trip confirmation (DFW - SJU)
1 message

---

**American Airlines** <no-reply ███████████ ███████████
██████████████ com



Issued: April 16, 2024

Your trip confirmation and receipt

We charged $1,209.60 to your card ending in 2470 for your ticket purchase.

You can check in via the American app 24 hours before your flight and get your mobile boarding pass.



Confirmation code: **WXSEDP**

**Tuesday, June 25, 2024**

**DFW**
Dallas/Fort Worth
**6:30 PM**

**AA 188**

**SJU**
San Juan
**12:15 AM**

Seat:
Class: **Business (I)**
Meals: **Dinner**

⚠ Flight arrives Wednesday , June 26, 2024

**Friday, June 28, 2024**

**SJU**
San Juan
**7:05 AM**

**AA 1591**

**DFW**
Dallas/Fort Worth
**11:15 AM**

Seat:
Class: **Business (R)**
Meals: **Breakfast**

Confirmation code: **WXSEDP**

<div style="border:1px solid #ccc">

**Manage your trip**

</div>

Earn 15,000 bonus miles*
Plus no annual fee. Terms Apply.
Learn more



## Your purchase

**Thomas Petrowski**

Join the AAdvantage® Program

New ticket (0012133271598)                                        $1,209.60
[$1,145.00 + Taxes & carrier-imposed fees $64.60]

**Total cost**                                                   **$1,209.60**

## Your payment

MasterCard (ending ▮▮▮▮)                                          $1,209.60

Total paid                                                        $1,209.60

## Bag information

**Checked Bag (Airport)**

1st bag    No charge
2nd bag    No charge

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 70 pounds or 32 kilograms

For information regarding American Airlines checked baggage policies, please visit: Bag and optional fees

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. Bag and optional fees

If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

Carry-on bags (American Airlines)

| | |
|---|---|
| 1st carry-on | Includes purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you. |
| 2nd carry-on | Maximum dimensions not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm). |


Book a hotel »


Book a car »


Buy trip insurance »


AAVacations »







Contact us
Privacy policy

**Download the American app**




© 2024 American Airlines, Inc. All Rights Reserved.

*Offers may vary over time and this offer may not be available in other places where the card is offered. Offer available if you apply here on the day that this email was sent unless an offer expiration date is provided.

Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

If you have purchased a NON-REFUNDABLE fare, the itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has NO VALUE. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

You have up to 24 hours from the time of ticket purchase to receive a full refund if you booked at least 2 days before departure. Once canceled, your refund will be processed automatically. Refunds.

Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page.

The policy for traveling with Emotional Support and Service animals has changed. Visit Traveling with Service Animals for more information.



Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid, Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its

airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage link below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

For more on Canada passenger protection regulations visit aa.com/CanadaPassengers.

Please do not reply to this email address as it is not monitored. This email was sent to tom.petrowski@gmail.com.

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward this email to us with an explanation.

For all other questions about bookings or upcoming trips, visit our contact page. Contact American >

**one**world is a registered trademark of **one**world Alliance, LLC.