Christopher Graham, dba

Diligens, LLC
EIN 87-1667996



July 21, 2024

INVOICE# 2024.4

Re: Professional Services 06/22/2024 – 07/21/2024

Case 3:12-cv-02039-FAB Document 2405 Filed 05/04/2023

| Hours | | Professional Services/Description | | Total |
|---|---|---|---|---|
| 15.5 | June 26-July 21, 2024 | MLARS related analysis, meetings with the parties and OSM, reviews, documentation, and follow-up | $ | 2,325.00 |
| 23.25 | June 22-July 21, 2024 | Reform related financial reviews, analysis, meetings with the parties and OSM, documentation, and follow-up. | $ | 3,487.50 |
| 38.75 | | **Total labor** | $ | **5,812.50** |
| | | Direct Expenses | | |
| Travel Expense | 06/25-28/2024 | Frontier Airlines, Jacksonville to San Juan, R/T | $ | 586.06 |
| Travel Expense | 25-Jun-2024 | Personal vehicle mileage home to airport 51.5 miles@ .67 | $ | 34.51 |
| Travel Expense | 25-Jun-2024 | Uber SJ airport to hotel | $ | 11.29 |
| Travel Expense | 26-Jun-2024 | Uber hotel to PRPB | $ | 7.57 |
| Travel Expense | 26-Jun-2024 | Uber OSM meeting to hotel | $ | 5.23 |
| Travel Expense | 27-Jun-2024 | Uber hotel to Court | $ | 13.69 |
| Travel Expense | 28-Jun-2024 | Uber hotel to airport | $ | 18.61 |
| Travel Expense | 06/25-28/2024 | Lodging (3 nights) Govt rate $167/night | $ | 501.00 |
| Travel Expense | 06/25-28/2024 | Lodging (3 nights) Mandatory Fee $45/ night | $ | 135.00 |
| Travel Expense | 06/25-28/2024 | Lodging (3 nights) Room Tax @9% x hotel rate. | $ | 57.24 |
| Travel Expense | 06/25-28/2024 | Meals and Incidental Expenses- Govt rate $148/day, 2 full + 2 travel days @ ¾ rate @$111/day | $ | 518.00 |
| Travel Expense | 28-Jun-2024 | Personal vehicle mileage airport to home 51.5 miles@ .625 | $ | 34.51 |
| Travel Expense | 06/25-28/2024 | Parking Jacksonville Int. Airport | $ | 34.04 |
| | | **Total travel expense** | $ | **1,956.74** |
| | | **Invoice Total** | $ | **7,769.24** |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as the court-appointed Financial Oversight Officer. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

Christopher Graham 07/21/2024

Alejandro del Carmen, Ph.D.
07/21/2024

# PURCHASE SUMMARY

**AMOUNT PAID: $586.06**

**PASSENGERS**                                                    Subtotal: $0.00

### ADULT(S)

1- Christopher Graham
FRONTIER Miles<sup>sm</sup> #:90100872071

**BUNDLES**                                                       Subtotal: $308.00

### BUNDLE 2

Your Bundle Includes:
Checked Bag, Carry-on Bag, Assigned Seat, Priority Boarding, Flight Flexibility, Overweight Bag

**SERVICES**                                                      Subtotal: $0.00

### Self-Service

$0.00 | No Pre-Purchased Airport Agent Assistance

FREE - You have chosen Self-Service and will not need assistance from an airport agent. Please download our mobile app or visit flyfrontier.com.

If you prefer Agent Assistance at the airport ticket counter for things like checking in and printing your boarding pass, you may purchase that now. See exclusions.

Reminder, bags and seats cost more at the airport.

**SEATS**                                                         Subtotal: $49.00

### SEATS - JAX to SJU

1 - Christopher Graham
Seat Assignment: 4D

 Chris Graham <chrisinfla@gmail.com>

## Your Flight Confirmation Code HDV79G
1 message

**Frontier Airlines** <flights@emails.flyfrontier.com>    Tue, May 28, 2024 at 5:44 AM
Reply-To: Frontier Airlines <flights.email@flyfrontier.com>
To: chrisinfla@gmail.com


FRONTIER Low Fares Done Right

# PURCHASE CONFIRMATION
Thank you for your purchase with us!

Your flight confirmation code is:    **HDV79G**

You can check-in and retrieve your boarding pass 24 hours before your flight.

Need to update or cancel/change your flight?

**ACCESS YOUR BOOKING**

**FLIGHTS**    Subtotal: $229.06

**DEPARTING FLIGHT 3306**

**Jacksonville (JAX) to San Juan (SJU)**
Depart: 6/25/2024 9:32 AM | Arrive: 6/25/2024 12:37 PM
Journey Duration: 3 hr 5 min

**RETURNING FLIGHT 3305**

**San Juan (SJU) to Jacksonville (JAX)**
Depart: 6/28/2024 5:10 AM | Arrive: 6/28/2024 8:37 AM
Journey Duration: 3 hr 27 min

SEATS - SJU to JAX

1 - Christopher Graham

Seat Assignment: 2C

**BAGS**  Subtotal: $0.00

BAGS - JAX to SJU

1 - Christopher Graham

Carry-On + BoardFirst™ | Qty 1

Checked | Qty 1

41-50lbs Bag Weight Allowance | Qty 1

BAGS - SJU to JAX

1 - Christopher Graham

Carry-On + BoardFirst™ | Qty 1

Checked | Qty 1

41-50lbs Bag Weight Allowance | Qty 2

**LOOKING FOR TRAVEL INSURANCE?**
Protect your trip with Travel Guard™ travel insurance

 AIG Travel Insurance

**Be Prepared!**
**Pack a travel insurance plan.**

GET A QUOTE

## PASSENGER OPTIONS & EXTRAS DETAIL

**Christopher Graham**

BUNDLE 2                                  $308.00

Seat Assignment                           $49.00

## TAXES AND CARRIER IMPOSED FEES

Carrier Interface Charge *Non-Refundable*           $23.00
US Passenger Security Fee                           $5.60
Passenger Facility Charge JAX-SJU                   $4.50
Carrier Interface Charge *Non-Refundable*           $23.00
US Passenger Security Fee                           $5.60
Passenger Facility Charge SJU-JAX                   $4.50

## PURCHASE TOTAL

| | |
|---|---|
| Airfare | $118.46 |
| Options | $357.00 |
| Taxes and Carrier-Imposed Fees | $110.60 |
| **Grand Total** | **$586.06** |

## PAYMENT: VISA

| | |
|---|---|
| **Total** | **$445.96** |

| | |
|---|---|
| Payment Date | 04-16-2024 |
| Payment Type | VISA |
| ***Approved*** | XXXXXXXXXXXX8508 |

## PAYMENT: VISA

| | |
|---|---|
| **Total** | **$140.10** |

| | |
|---|---|
| Payment Date | 05-28-2024 |
| Payment Type | VISA |
| ***Approved*** | XXXXXXXXXXXX8508 |

**Rated Best Airline Card for Budget Travel by MONEY.com**

## EARN UP TO 60,000 BONUS MILES

Take to the skies with the FRONTIER Airlines World Mastercard® after qualifying account activity. Terms apply.

APPLY NOW

BOOK A FLIGHT        ONLINE DEALS        MANAGE TRAVEL


FRONTIER Low Fares Done Right



1369 Ashford Avenue
San Juan, , 00907, United States
Tel.: +1-787-827-7280 Fax: +1-787-289-7000 www.marriott.com/sjuac

AC Hotel
San Juan - Condado

Mr Christopher Graham
148 Turtle Bay Ln
Ponte Vedra FL 32082
United States

| | |
|---|---|
| Habitación / Room: | 0833 |
| Confirmation / Confirmacion: | 89910844 |
| Tipo de habitación/Room Type : | GEHK |
| No. Huespedes/ No. of Guests : | 1/0 |
| Tarifa / Rate : 167 | Agente / Clerk :123 |

| Llegada:/Arrival : | 06-25-24 | Hora :/Time : | 14:54:00 | Salida :/Departure : | 06-28-24 | Hora :/Time : | 09:11:00 | No. Folio : | 250880 |
|---|---|---|---|---|---|---|---|---|---|

| Fecha / Date | Reference # | Descripción / Description | Cargos / Charges | Creditos / Credits |
|---|---|---|---|---|
| 06-25-24 | 99200 | Room Charge | 167.00 | |
| 06-25-24 | 15101 | Destination Fee | 45.00 | |
| 06-25-24 | 15105 | Room Tax | 19.08 | |
| 06-26-24 | | AC Kitchen | 28.44 | |
| 06-26-24 | 99200 | Room Charge | 167.00 | |
| 06-26-24 | 15101 | Destination Fee | 45.00 | |
| 06-26-24 | 15105 | Room Tax | 19.08 | |
| 06-27-24 | 99200 | Room Charge | 167.00 | |
| 06-27-24 | 15101 | Destination Fee | 45.00 | |
| 06-27-24 | 15105 | Room Tax | 19.08 | |
| 06-28-24 | 90701 | Visa Card | | 721.68 |

| | | |
|---|---|---|
| No. de TC/Credit Card No. : | XXXXXXXXXXXX8508 | |
| Total : | | 721.68 |
| Balance : | | 0.00 |

As a Marriott Bonvoy Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.



Chris Graham <chrisinfla@gmail.com>

---

**Your Friday morning trip with Uber**
1 message

**Uber Receipts** <noreply@uber.com>  Fri, Jun 28, 2024 at 3:32 AM
To: chrisinfla@gmail.com

Total $18.61
June 28, 2024

## Thanks for riding, Chris

We hope you enjoyed your ride this morning.

| Total | $18.61 |

| Trip fare | $10.38 |
| Subtotal | $10.38 |
| Reservation Fee | $7.00 |
| Booking Fee | $1.23 |

**Payments**

Visa ••••8508   $18.61
6/28/24 3:32 AM

Switch Payment Method

Download PDF

### You rode with CHARBEL

4.99 Rating     Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.

[ Rate or tip ]

When you ride with Uber, your trips are insured in case of a covered accident.
Learn more ›

Comfort    5.41 miles | 11 min

3:20 AM

 Chris Graham <chrisinfla@gmail.com>

**Your Thursday morning trip with Uber**
1 message

**Uber Receipts** <noreply@uber.com>  Thu, Jun 27, 2024 at 8:19 AM
To: chrisinfla@gmail.com

Total $13.69
June 27, 2024

## Thanks for riding, Chris

We hope you enjoyed your ride this morning.

| | |
|---|---|
| Total | $13.69 |

| | |
|---|---|
| Trip fare | $12.46 |
| Subtotal | $12.46 |
| Booking Fee | $1.23 |

Download PDF

This is not a payment receipt. It is a trip summary to acknowledge the completion of the trip. You will receive a trip receipt when the payment is processed with payment information.

### You rode with MIGUEL

4.98 Rating          Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.



When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ›

 Gmail

Chris Graham <chrisinfla@gmail.com>

---

**Your Wednesday afternoon trip with Uber**
1 message

---

**noreply@uber.com** <noreply@uber.com>     Wed, Jun 26, 2024 at 3:32 PM
To: chrisinfla@gmail.com

Total $5.23
June 26, 2024

## Thanks for riding, Chris

We hope you enjoyed your ride this afternoon.

### Total $5.23

| | |
|---|---|
| Trip fare | $5.41 |
| Subtotal | $5.41 |
| Booking Fee | $0.40 |
| Promotion | -$0.58 |

[Download PDF]

This is not a payment receipt. It is a trip summary to acknowledge the completion of the trip. You will receive a trip receipt when the payment is processed with payment information.

### You rode with Juana

4.93 Rating     Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.

[Rate or tip]

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ›

UberX    0.63 miles | 3 min

3:29 PM
1077 Ashford Ave, San Juan, PR 00907, US

3:32 PM

 **Gmail**

**Chris Graham &lt;chrisinfla@gmail.com&gt;**

---

**Your Wednesday morning trip with Uber**
1 message

**Uber Receipts** &lt;noreply@uber.com&gt;　　　　　　　　　　　　　　　　　Wed, Jun 26, 2024 at 10:29 AM
To: chrisinfla@gmail.com

Total $7.57
June 26, 2024

## Thanks for riding, Chris

We hope you enjoyed your ride this morning.

| | |
|---|---|
| **Total** | **$7.57** |
| Trip fare | $10.51 |
| Subtotal | $10.51 |
| Booking Fee | $1.14 |
| Promotion | -$4.08 |

[Download PDF]

This is not a payment receipt. It is a trip summary to acknowledge the completion of the trip. You will receive a trip receipt when the payment is processed with payment information.

### You rode with EDWIN

4.92 Rating　　　　　　　　　Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.

[Rate or tip]

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ›

Comfort　　3.73 miles | 11 min

10:17 AM
1369 Ashford Ave, San Juan, PR 00907, US

10:28 AM

    Chris Graham <chrisinfla@gmail.com>

**Your Tuesday afternoon trip with Uber**
1 message

**Uber Receipts** <noreply@uber.com>    Tue, Jun 25, 2024 at 1:25 PM
To: chrisinfla@gmail.com

# Uber

Total $11.29
June 25, 2024

## Thanks for riding, Chris

We hope you enjoyed your ride this afternoon.



| Total | $11.29 |
|---|---|
| Trip fare | $10.87 |
| Subtotal | $10.87 |
| Airport Fee | $3.00 |
| Booking Fee | $1.18 |
| Promotion | -$3.76 |

Download PDF

This is not a payment receipt. It is a trip summary to acknowledge the completion of the trip. You will receive a trip receipt when the payment is processed with payment information.

### You rode with ALFREDO

5.00 ★ Rating    Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.

Rate or tip

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ›

Comfort    5.14 miles | 17 min

1:07 PM
Av Aeropuerto, Carolina, PR
00937, US

1:24 PM

# USAPARK

Thank you for parking with us!
904-741-2100
Coming soon we'll be credit card only
www.USAPARK.net

Earn Free Parking With Fast Pass
After signing up get credit for previous parking
stays @ www.usapark.net/acct-maint

Cashier: gwen
Transaction#: 989104
Receipt Date: 6/28/2024 8:53 AM

Entry: 6/25/2024 7:34 AM
Exit:  6/28/2024 8:52 AM

| | |
|---|---|
| Park Type: UnCovered | 8.95 |
| 3 days @ 7.99/day | 23.97 |
| 2 hours @ 2.50/hour | 5.00 |
| Parking Charge: | 28.97 |
| State Tax at 7.5%: | 2.17 |
| Airport Fee at 10.0%: | 2.90 |
| Total Amount: | 34.04 |
| Amount Paid: | 34.04 |
| Change Due: | 0.00 |
| Credit Card: Visa 8508 | 34.04 |
| Discount: reserve799 | -2.88 |
| License Plate #: | Z12AJT |

\* \* \* Thank You \* \* \*

You are not a Frequent Flyer.
Inquire with Cashier.