**G&M Balli Services, LLC**
5160 Royal Fern Circle
Tallahassee, Florida 32317

June 22 – July 21, 2024

INVOICE # 2024-07
ASSISTANT SPECIAL MASTER
JULY 2024 INVOICE

**Tasks Completed**

| Hours | Description | Amounts |
|---|---|---|
| 13 | Drafted/reviewed/researched/translated numerous documents as needed; Discussed/edited documents related to orders of the Court, and the parties regarding recurring issues and OSM projects. | $1,950 |
| 14 | Drafted, reviewed, and responded to texts, emails and other documents and communications with respective parties, the OSM and the Court. | $2,100 |
| 21 | Zoom meetings and/or phone calls with OSM and other parties. | $3,150 |
| 20 | Meetings, to include status conference in San Juan; 06/25-27/2024. | $3,000 |
| Travel Expense (SJ) | American Airlines roundtrip economy fare Tallahassee, FL/San Juan, PR. | $830.60 |
| Travel Expense (SJ) | Lodging 06/25 - 28/2024, Government rate $167.00 per night plus tax and resort fees. | $772.56 |
| Travel Expense (SJ) | Uber rides in San Juan. Note – tips were more than 20% and paid in cash. No reimbursement for tips is claimed. | $31.34 |
| Travel Expense (SJ) | Meals and Incidental expenses, 6/25 – 6/28/2024, government rate $148.00/day, and travel days ¾ rate at $111.00/day. | $518.00 |
| Travel Expense (SJ) | Parking at Airport in Tallahassee, FL. (San Juan trip) | $48.00 |
| Travel Expense (SJ & NY) | Mileage to/from airport in POV at .655 cents x 43 miles roundtrip x two separate trips (San Juan and New York). | $56.33 |
| 20 | Meetings with parties and NYPD in support of on-site visit in New York. 07/14-17/2024. | $3,000 |
| Travel Expense (NY) | American Airlines roundtrip economy fare Tallahassee, FL/New York. | $772.95 |
| Travel Expense (NY) | Lodging 07/14 - 17/2024, Government rate $225.00 per night plus tax. | $791.07 |
| Travel Expense (NY) | Uber rides in New York. Note – tips were more than 20% and paid in cash. No reimbursement for tips is claimed. | $149.34 |
| Travel Expense (NY) | Meals and Incidental expenses, 7/14 – 17/2024, government rate $79.00/day, and travel days ¾ rate at $59.25/day. | $276.50 |
| Travel Expense (NY) | Parking at Airport in Tallahassee, FL. (New York trip) | $52.00 |
| 88 Hours | | $17,498.69 |

Total Hours- 88               Total Wages Due -   $17,498.69

I hereby certify the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master.  I further certify I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

*Gilberto Balli*                    *Alejandro del Carmen*                    7/21/2024
Gilberto Balli                    S/Alejandro del Carmen

Monday, July 1, 2024 at 09:31:07 Eastern Daylight Time

**Subject:** Your trip confirmation (TLH - SJU)
**Date:** Thursday, April 18, 2024 at 11:57:41 AM Eastern Daylight Time
**From:** American Airlines
**To:** GBALLI@LIVE.COM

 American

Issued: April 18, 2024

# Your trip confirmation and receipt

We charged $830.60 to your card ending in 5713 for your ticket purchase.

You can check in via the American app 24 hours before your flight and get your mobile boarding pass.

Confirmation code: **EMISFT**

### Tuesday, June 25, 2024

| | | |
|---|---|---|
| ✈ | **TLH**<br>Tallahassee<br>**6:40 AM** | **AA 3831**<br>Operated by Envoy Air<br>as American Eagle |
| ○ | **CLT**<br>Charlotte<br>**8:15 AM** | Seat: **8C**<br>Class: **Economy (G)**<br>Meals: |
| | **CLT**<br>Charlotte<br>**11:14 AM** | **AA 2150** |

1 of 6

✈ **SJU**
San Juan
**2:59 PM**

Seat: **11C**
Class: **Economy (G)**
Meals: **Food for purchase**

○

**Friday, June 28, 2024**

✈ **SJU**
San Juan
**8:00 AM**

**AA 1847** 🛩

○ **CLT**
Charlotte
**11:45 AM**

Seat: **11C**
Class: **Economy (L)**
Meals: **Food for purchase**

✈ **CLT**
Charlotte
**1:33 PM**

**AA 5300**
Operated by PSA Airlines
as American Eagle

○ **TLH**
Tallahassee
**3:09 PM**

Seat: **8C**
Class: **Economy (L)**
Meals:

> **Manage your trip**

## Earn 50,000 bonus miles*

Plus great travel benefits. Terms Apply.

Learn more



## Your purchase

**Gilberto Balli - AAdvantage® #: 0K2\*\*\*\***

New ticket (0012133887426)                                      $830.60
[$760.00 + Taxes & carrier-imposed fees
$70.60]

**Total cost**                                                  **$830.60**

## Your payment

MasterCard (ending 5713)                                        $830.60

**Total paid**                                                  **$830.60**

## Bag information

## Checked Bag (Airport)                    Checked Bag (Online*)

1st bag          No charge                  1st bag      No charge

2nd bag          No charge                  2nd bag      No charge

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 50 pounds or 23 kilograms

For information regarding American Airlines checked baggage policies,
please visit: Bag and optional fees

Bag fees apply at each Check-in location. Additional allowances and/or
discounts may apply. Bag and optional fees

If your flight is operated by a partner airline, see the other airline's website
for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 4 hours) before
departure.

Carry-on bags (American Airlines)

Includes purse, briefcase, laptop bag, or similar item that

Guest Folio



We wish to thank you for choosing La Concha, A Renaissance Resort. We strive for dazzling style and nonstop fun in a retro urban showcase of cool and edgy, Latino chic lifestyle, with passionate and soulful hospitality and service.

Got all that? Hope we lived up to it! And when you're back in town, we certainly expect to serve you again, call us anytime at 787-721-7500 / 1-888-236-2427!

| | |
|---|---|
| **INFORMATION INVOICE** | |
| ROOM | 1208 |
| ROOM TYPE | VKHB |
| NO. OF GUEST | 1 |
| RATE | 16GOVB |
| MRW # | 091730952 |
| CLERK | ICOLODNER |
| DATE | 27-JUN-24 |
| PAGE No. | 1 of 1 |

GUEST NAME

Gilberto Balli
5160 Royal Fern Cir
Tallahassee FL 32317
United States

ARRIVE 25-JUN-24    TIME 03:43    DEPART 28-JUN-24    TIME 00:00    FOLIO# 28189870

| DATE | DESCRIPTION | REFERENCE NUMBER | | CHARGES |
|---|---|---|---|---|
| 25-JUN-24 | Room Charges | | | 167.00 |
| 25-JUN-24 | Resort Fee | | | 65.00 |
| 25-JUN-24 | Room Tax | | | 25.52 |
| 26-JUN-24 | Room Charges | | | 167.00 |
| 26-JUN-24 | Resort Fee | | | 65.00 |
| 26-JUN-24 | Room Tax | | | 25.52 |
| 27-JUN-24 | Room Charges | | | 167.00 |
| 27-JUN-24 | Resort Fee | | | 65.00 |
| 27-JUN-24 | Room Tax | | | 25.52 |
| 27-JUN-24 | Visa Card | XXXXXXXXXXXX5472 | XX/XX | -772.56 |

| | | |
|---|---|---|
| Balance | USD | 0.00 |

GUEST SIGNATURE _____

1077 Ashford Avenue, San Juan, Puerto Rico 00907 – T.787.721.7500 – F.787.977.4019 – LaConchaResort.com

**Subject:** [Personal] Your Tuesday afternoon trip with Uber
**Date:** Tuesday, June 25, 2024 at 3:38:42 PM Eastern Daylight Time
**From:** Uber Receipts
**To:** gballi@live.com

# Uber

Total **$10.96**
June 25, 2024

# Thanks for riding, Gil

We hope you enjoyed your ride
this afternoon.



# Total                              # $10.96

Trip fare                                          $11.42

Subtotal                                           **$11.42**

Booking Fee ❓                                        $1.24

Airport Fee                                          $3.00

Promotion                                          -$4.70

Download PDF

This is not a payment receipt. It is a trip summary to acknowledge the completion of the trip. You
will receive a trip receipt when the payment is processed with payment information.

# You rode with Juan

**4.98 ★** Rating  Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.

Rate or tip

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more >

Comfort    5.24 miles | 11 min

■ **3:26 PM**
Av Aeropuerto, Carolina, PR
00937, US

■ **3:38 PM**    *(Hotel)*
1077 Ashford Ave, San Juan,
PR 00907, US

**Subject:** [Personal] Your Friday morning trip with Uber
**Date:** Friday, June 28, 2024 at 5:21:39 PM Eastern Daylight Time
**From:** Uber Receipts
**To:** gballi@live.com



Total **$8.21**
June 28, 2024

# Thanks for riding, Gil

We hope you enjoyed your ride
this morning.



# Total                                       $8.21

Trip fare                                          $7.06

**Subtotal**                                       $7.06

Booking Fee                                        $1.15

**Payments**

**Mastercard ••••5713**                            $8.21

1 of 4

 6/28/24 5:21 PM

Switch Payment Method

Download PDF

# You rode with OMAR

**4.98**  Rating                    ☐  Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.



When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ›

Comfort    5.52 miles | 9 min

**6:23 AM**    *(Hotel)*

1077 Ashford Ave, San Juan, PR 00907, US

**6:32 AM**

Terminal C, Aeropuerto Internacional Luis Muñoz Marín (SJU), Carolina, PR 00979, US

**Monday, July 1, 2024 at 09:26:07 Eastern Daylight Time**

**Subject:** [Personal] Your Thursday afternoon trip with Uber
**Date:** Friday, June 28, 2024 at 12:52:16 AM Eastern Daylight Time
**From:** Uber Receipts
**To:** gballi@live.com



Total **$12.17**
June 27, 2024

# Thanks for riding, Gil

We hope you enjoyed your ride
this afternoon.



# Total                                    $12.17

Trip fare                                                    $10.98

**Subtotal**                                                 $10.98

Booking Fee                                                   $1.19

**Payments**

**Mastercard ••••5713**                                      $12.17

6/28/24 12:52 AM

Switch Payment Method

Download PDF

# You rode with Michael

**5.00**  Rating                    Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.

Rate or tip

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more >

Comfort    3.60 miles | 14 min

*Federal (Courthouse)*

**1:55 PM**

259 Calle Recinto Sur, San Juan, PR 00901, US

*(Hotel)*

**2:10 PM**

1077 Ashford Ave, San Juan, PR 00907, US

*New York Trip*

## Receipt

3300 Capital Cir SW
Tallahassee, FL 32310
(850) 891-7640

## Sale

Receipt Number:        503324796
Company:    City of Tallahassee
Location:
        Tallahassee International
                  Airport
Arrived:    14 Jul 2024 10:15 AM
Requested:  17 Jul 2024 03:16 PM
Paid:       17 Jul 2024 03:16 PM
Ticket Number:          10009015
Payment Method: MasterCard 5713
Approval Code:         3799462892
Valet Fee:              $52.00

We appreciate your business.
Thank you for parking with us.

*San Juan Trip*

## Receipt

3300 Capital Cir SW
Tallahassee, FL 32310
(850) 891-7640

## Sale

Receipt Number:        495559751
Company:    City of Tallahassee
Location:
        Tallahassee International
                  Airport
Arrived:    25 Jun 2024 05:48 AM
Requested:  28 Jun 2024 03:07 PM
Paid:       28 Jun 2024 03:07 PM
Ticket Number:              2061
Payment Method: MasterCard 5713
Approval Code:         374220865
Valet Fee:              $48.00

We appreciate your business.
Thank you for parking with us.

Thursday, July 18, 2024 at 15:33:24 Eastern Daylight Time

**Subject:** Your trip confirmation (TLH - LGA)
**Date:** Thursday, June 6, 2024 at 11:40:13 AM Eastern Daylight Time
**From:** American Airlines
**To:** gballi@live.com



Issued: June 6, 2024

# Your trip confirmation and receipt

We charged $772.95 to your card ending in 5713 for your ticket purchase.

You can check in via the American app 24 hours before your flight and get your mobile boarding pass.

Confirmation code: **KEUGBK**

**Sunday, July 14, 2024**

**TLH**
Tallahassee
**11:21 AM**

**AA 5525**
Operated by PSA Airlines
as American Eagle

**CLT**
Charlotte
**12:55 PM**

Seat: **8A**
Class: **Economy (S)**
Meals:

**CLT**
Charlotte
**2:41 PM**

**AA 1084**

**LGA**

New York La Guardia

**4:29 PM**

Seat: **16C**

Class: **Economy (S)**

Meals:

Wednesday, July 17, 2024

**LGA**

New York La Guardia

**10:10 AM**

AA 628

**CLT**

Charlotte

**12:27 PM**

Seat: **10C**

Class: **Economy (N)**

Meals:

**CLT**

Charlotte

**1:32 PM**

AA 5848

Operated by Piedmont Airlines
as American Eagle

**TLH**

Tallahassee

**3:13 PM**

Seat: **5A**

Class: **Economy (N)**

Meals:

**Manage your trip**

Earn 75,000 bonus miles*

Apply by 4/14/2024. Terms Apply.

Learn more



## Your purchase

**Gilberto Balli - AAdvantage® #: 0K2****

New ticket (0012148220650)                                              $772.95
[$673.26 + Taxes & carrier-imposed fees
$99.69]

**Total cost**                                                         **$772.95**

## Your payment

MasterCard (ending 5713)                                                $772.95

**Total paid**                                                         **$772.95**

## Bag information

## Checked Bag (Airport)                    ## Checked Bag (Online*)

1st bag          No charge                  1st bag          No charge

2nd bag          No charge                  2nd bag          No charge

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 50 pounds or 23 kilograms

For information regarding American Airlines checked baggage policies,
please visit: Bag and optional fees

Bag fees apply at each Check-in location. Additional allowances and/or
discounts may apply. Bag and optional fees

If your flight is operated by a partner airline, see the other airline's website
for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 4 hours) before
departure.

Carry-on bags (American Airlines)

Includes purse, briefcase, laptop bag, or similar item that



**Residence Inn®**
215 Pearl Street, New York, NY 10038 **P** 646.928.9980
**Marriott.com/NYCLR**

| | |
|---|---|
| Gilberto Balli | Room: 3305 |
| 5160 Royal Fern Cir | Room Type: STKT |
| Tallahassee FL 32317-7496 | Number of Guests: 1 |
| Office Of Tca Puerto Rico | Rate: $225.00     Clerk: HJA |

| | | | | |
|---|---|---|---|---|
| Arrive: 14Jul24 | Time: 07:04PM | Depart: 17Jul24 | Time: 07:17AM | Folio Number: 54234 |

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 13Jul24 | Advance Deposit | | 263.69 |
| 14Jul24 | Room Charge | 225.00 | |
| 14Jul24 | Occupancy Sales Tax | 4.00 | |
| 14Jul24 | State Occupancy Tax | 19.97 | |
| 14Jul24 | City Tax | 13.22 | |
| 14Jul24 | Convention and Tourism Tax | 1.50 | |
| 15Jul24 | Room Charge | 225.00 | |
| 15Jul24 | Occupancy Sales Tax | 4.00 | |
| 15Jul24 | State Occupancy Tax | 19.97 | |
| 15Jul24 | City Tax | 13.22 | |
| 15Jul24 | Convention and Tourism Tax | 1.50 | |
| 16Jul24 | Room Charge | 225.00 | |
| 16Jul24 | Occupancy Sales Tax | 4.00 | |
| 16Jul24 | State Occupancy Tax | 19.97 | |
| 16Jul24 | City Tax | 13.22 | |
| 16Jul24 | Convention and Tourism Tax | 1.50 | |
| 17Jul24 | Visa | | 527.38 |

*Card #: VIXXXXXXXXXXXX5472/XXXX*
*Card Type: VISA Card Entry: CHIP Approval Code: 09671D  App*
*Label: VISA CREDIT AID: A0000000031010*

791.07

**BALANCE:**     **0.00**

**Marriott Bonvoy Account # XXXXX0952.**  Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy account statement or your online statement for updated activity.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

To plan your next stay, visit ResidenceInn.com.

**Thursday, July 18, 2024 at 13:01:20 Eastern Daylight Time**

**Subject:** [Personal] Your Sunday evening trip with Uber
**Date:** Monday, July 15, 2024 at 5:23:16 AM Eastern Daylight Time
**From:** Uber Receipts
**To:** gballi@live.com

# Uber

Total **$74.93**
July 14, 2024

# Thanks for riding, Gil

We hope you enjoyed your ride this evening.



# Total                                    # $74.93

> Learn more about the government-mandated pricing rules, taxes, and fees that make trips in NYC more expensive.

| | |
|---|---:|
| Trip fare | $62.16 |
| **Subtotal** | **$62.16** |
| LGA Airport Surcharge | $2.50 |
| NY Congestion Fee ⓘ | $2.75 |

1 of 4

NY State Black Car Fund ⓘ                                    $1.78

Sales Tax ⓘ                                                 $5.74

## Payments

 **Mastercard ••••5713**                 $74.93
7/15/24 5:23 AM

Affiliated with UBER USA, LLC (B03404)

Dispatched by UBER USA, LLC (B03404)

To submit a complaint to the NYC TLC, please call 311.

Switch Payment Method

Download PDF

# You rode with SHERZOD

**4.97 ★ Rating**                    👤 Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.

Rate or tip

License Plate: T680141C

FHV License Number: 5638985

Driver's TLC License Number: 6011004

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ›

 **Comfort**    11.61 miles | 34 min

**6:27 PM**

Terminal B, Flushing, NY

11371, US

**7:02 PM**

215 Pearl St, New York, NY

10038-4916, US



Report lost item  ›

Contact support  ›

My trips  ›

**Subject:** [Personal] Your Wednesday morning trip with Uber
**Date:** Wednesday, July 17, 2024 at 6:20:02 PM Eastern Daylight Time
**From:** Uber Receipts
**To:** gballi@live.com

# Uber

Total **$74.41**
July 17, 2024

# Thanks for riding, Gil

We hope you enjoyed your ride
this morning.



# Total                                    $74.41

Learn more about the government-mandated pricing rules, taxes, and fees that make trips in NYC more expensive.

---

Trip fare                                                    $61.31

---

Subtotal                                                    $61.31

LGA Airport Surcharge                                          $2.50

NY Congestion Fee ⓘ                                            $2.75

1 of 4

Wait Time                                $0.38

Sales Tax                                $5.70

NY State Black Car Fund                  $1.77

**Payments**

**Mastercard ····5713**                                      $74.41
7/17/24 6:19 PM

Affiliated with UBER USA, LLC (B03404)

Dispatched by UBER USA, LLC (B03404)

To submit a complaint to the NYC TLC, please call 311.

Switch Payment Method

Download PDF

# You rode with Hector

**4.87 ★** Rating                    Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.

Rate or tip

License Plate: T700696C

FHV License Number: 5697040

Driver's TLC License Number: 5677712

When you ride with Uber, your trips are insured in case of a covered accident.

2 of 4

Learn more ›

**Comfort**    13.75 miles | 25 min

**7:24 AM**

215 Pearl St, New York, NY
10038-4916, US

**7:50 AM**

LaGuardia Airport (LGA),
Flushing, NY 11371, US



Report lost item ›        Contact support ›