| | |
|---|---|
| **From:** | Saucedo, Luis E (CRT) |
| **To:** | Gabriel A. Peñagarícano-Valdés; John J. Romero; Denise Rodriguez; Castillo, Jorge (CRT); Chamblee-Ryan, Katherine (CRT); Alejandro del Carmen; Tom Petrowski; Gary Loeffert; Gil Balli; Roberto Abesada-Agüet |
| **Cc:** | Rolando Trinidad Hernandez; Rafael Barreto-Sola; Habib D Massari Diaz |
| **Subject:** | RE: USA v. Commonwealth of PR, Civil No. 12-2039 - essential list/transition order |
| **Date:** | Friday, July 12, 2024 5:25:00 PM |
| **Attachments:** | image001.png<br>image002.png<br>image004.png |

Good afternoon, all,

We write to memorialize the discussion we had yesterday regarding the list of essential personnel who should remain in place following the change in administration in Puerto Rico, pursuant to the Court's Order of June 21, 2024, Dkt. 2672.  We appreciate everyone's participation.

Below is a list of the main points discussed during the meeting –

- The Commonwealth explained that the Reform Office Director prepared the initial list of essential personnel after consulting various sources.  The Commonwealth also explained that the standard used to determine whether an individual or entity is "essential" for purposes of the transition order was whether the nature of the job or duty requires an intensive or substantial ramp up (or learning curve) that, if not provided, would likely result in compliance delays or interruptions.



- ▪ ▮▮▮▮▮
  - ▮▮▮▮▮
  - ▮▮▮▮▮ There was discussion regarding the DPS General Counsel. The Commonwealth agreed to consider the issues raised by DOJ.
  - ▮▮▮▮▮
- ▮▮▮▮▮
- ▮▮▮▮▮
- ▮▮▮▮▮
- The Commonwealth agreed to circulate a revised document by **Tuesday, July 16, 2024**.

Please let us know if you have a different recollection of the points outlined above or we missed anything significant.

Best,

Luis

**Luis E. Saucedo | Senior Trial Attorney | U.S. Department of Justice**
Mobile: 202.598.0482 | luis.e.saucedo@usdoj.gov

---

**From:** Gabriel A. Peñagarícano-Valdés <gpenagaricano@cnr.law>
**Sent:** Wednesday, July 10, 2024 9:45 PM
**To:** John J. Romero <JRomero@fpmpr.org>; Denise Rodriguez <DRodriguez@fpmpr.org>; Saucedo, Luis E (CRT) <Luis.E.Saucedo@usdoj.gov>; Castillo, Jorge (CRT) <Jorge.Castillo@usdoj.gov>; Chamblee-Ryan, Katherine (CRT) <Katherine.Chamblee-Ryan@usdoj.gov>; Alejandro del Carmen <delcarmen@specialmasterpuertorico.com>; Tom Petrowski <petrowski@specialmasterpuertorico.com>; Gary Loeffert <gloeffert@specialmasterpuertorico.com>; Gil Balli <balli@specialmasterpuertorico.com>; Roberto

Abesada-Agüet <RAbesada@fpmpr.org>
**Cc:** Rolando Trinidad Hernandez <RTrinidad@policia.pr.gov>; Rafael Barreto-Sola <RBarreto@cnr.law>
**Subject:** [EXTERNAL] USA v. Commonwealth of PR, Civil No. 12-2039 - essential list/transition order

Dear all:

Good evening.

In furtherance of the Order of the Court dated June 21, 2024 at ECF No. 2672, and of our related July 2nd virtual conference, and in anticipation of our discussion tomorrow and the July 19th required joint filing, we share the enclosed list identifying key PRPB individuals who should remain in the case, and those outside persons and vendors who should be retained in the case beyond the end of the current government administration.

Best,
Gabriel

**Gabriel A. Peñagarícano-Valdés** | *Special of Counsel*
(787) 767-9625  gpenagaricano@cnr.law



**Cancio, Nadal & Rivera, L.L.C.**
*403 Muñoz Rivera Ave. | San Juan, P.R. 00918-3345*
*P.O. Box 364966 | San Juan, P.R. 00936-4966*
www.cnr.law

CONFIDENTIALITY NOTE: This communication contains information belonging to CANCIO, NADAL & RIVERA, L.L.C. which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of said information is strictly prohibited. If you have received this communication by error, please delete it from your computer and notify us immediately.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.