| | |
|---|---|
| **From:** | Saucedo, Luis E (CRT) |
| **To:** | Gabriel A. Peñagarícano-Valdés; Chamblee-Ryan, Katherine (CRT); Castillo, Jorge (CRT); John J. Romero; Denise Rodriguez; Alejandro del Carmen; Gary Loeffert; Tom Petrowski; Gil Balli; Chris Graham |
| **Cc:** | Rolando Trinidad Hernandez; Rafael Barreto-Sola |
| **Subject:** | RE: Personal Esencial 2024 16jul24 (002).xlsx |
| **Date:** | Thursday, July 18, 2024 2:07:00 PM |
| **Attachments:** | image001.png<br>image002.png<br>image004.png |

Good afternoon, all,

███████████████████████████████████████████████████████████████████████████████████████████████ We do not believe that ███████████, as DPS general counsel, should be on the list of essential personnel. The duties and role of that position are not connected directly to the Agreement or the compliance plan; the DPS general counsel position has not been deemed essential in the case in the past; and the encumbrance on the incoming administration is significant given the nature of the position's broad responsibilities at DPS and not outweighed by reform-related responsibilities.

We are available to discuss further to resolve the issue in time to file the joint motion tomorrow.  Please also let us know if you have any comments or edits on the draft joint motion.
We hope those who traveled had a productive visit and a safe return.
Best,
Luis

### Luis E. Saucedo | Senior Trial Attorney | U.S. Department of Justice
Mobile:  202.598.0482  |  luis.e.saucedo@usdoj.gov

**From:** Saucedo, Luis E (CRT)
**Sent:** Wednesday, July 17, 2024 1:15 PM
**To:** Gabriel A. Peñagarícano-Valdés <gpenagaricano@cnr.law>; Chamblee-Ryan, Katherine (CRT) <Katherine.Chamblee-Ryan@usdoj.gov>; Castillo, Jorge (CRT) <Jorge.Castillo@usdoj.gov>; John J. Romero <JRomero@fpmpr.org>; Denise Rodriguez <DRodriguez@fpmpr.org>; Alejandro del Carmen <delcarmen@specialmasterpuertorico.com>; Gary Loeffert <gloeffert@specialmasterpuertorico.com>; Tom Petrowski <petrowski@specialmasterpuertorico.com>; Gil Balli <balli@specialmasterpuertorico.com>; Chris Graham <diligensllc@gmail.com>
**Cc:** Rolando Trinidad Hernandez <RTrinidad@policia.pr.gov>; Rafael Barreto-Sola <RBarreto@cnr.law>
**Subject:** RE: Personal Esencial 2024 16jul24 (002).xlsx

Gabriel,

███████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
█████████████████████████████████████████████████
████████████████████████████████ We also plan to let you know shortly whether we have continuing concerns with the DPS general counsel's placement on the list.

Best,
Luis

**Luis E. Saucedo | Senior Trial Attorney | U.S. Department of Justice**
Mobile: 202.598.0482 | luis.e.saucedo@usdoj.gov

---

**From:** Saucedo, Luis E (CRT)
**Sent:** Wednesday, July 17, 2024 2:41 AM
**To:** Gabriel A. Peñagarícano-Valdés <gpenagaricano@cnr.law>; Chamblee-Ryan, Katherine (CRT) <Katherine.Chamblee-Ryan@usdoj.gov>; Castillo, Jorge (CRT) <Jorge.Castillo@usdoj.gov>; John J. Romero <JRomero@fpmpr.org>; Denise Rodriguez <DRodriguez@fpmpr.org>; Alejandro del Carmen <delcarmen@specialmasterpuertorico.com>; Gary Loeffert <gloeffert@specialmasterpuertorico.com>; Tom Petrowski <petrowski@specialmasterpuertorico.com>; Gil Balli <balli@specialmasterpuertorico.com>; Chris Graham <diligensllc@gmail.com>
**Cc:** Rolando Trinidad Hernandez <RTrinidad@policia.pr.gov>; Rafael Barreto-Sola <RBarreto@cnr.law>
**Subject:** RE: Personal Esencial 2024 16jul24 (002).xlsx

Thank you, Gabriel. We will review the revised list. If you have thoughts on the proposed joint motion, please let us know when you have a chance. Thank you.

**Luis E. Saucedo | Senior Trial Attorney | U.S. Department of Justice**
Mobile: 202.598.0482 | luis.e.saucedo@usdoj.gov

---

**From:** Gabriel A. Peñagarícano-Valdés <gpenagaricano@cnr.law>
**Sent:** Wednesday, July 17, 2024 2:19 AM
**To:** Saucedo, Luis E (CRT) <Luis.E.Saucedo@usdoj.gov>; Chamblee-Ryan, Katherine (CRT) <Katherine.Chamblee-Ryan@usdoj.gov>; Castillo, Jorge (CRT) <Jorge.Castillo@usdoj.gov>; John J. Romero <JRomero@fpmpr.org>; Denise Rodriguez <DRodriguez@fpmpr.org>; Alejandro del Carmen <delcarmen@specialmasterpuertorico.com>; Gary Loeffert <gloeffert@specialmasterpuertorico.com>; Tom Petrowski <petrowski@specialmasterpuertorico.com>; Gil Balli <balli@specialmasterpuertorico.com>; Chris Graham <diligensllc@gmail.com>
**Cc:** Rolando Trinidad Hernandez <RTrinidad@policia.pr.gov>; Rafael Barreto-Sola <RBarreto@cnr.law>
**Subject:** [EXTERNAL] Personal Esencial 2024 16jul24 (002).xlsx

Dear all:

As discussed, enclosed a revised list of essential personnel, pursuant to the Court's Order of June 21, 2024, ECF No. 2672.

Thank you,
Gabriel

**Gabriel A. Peñagarícano-Valdés** | *Special of Counsel*
(787) 767-9625  gpenagaricano@cnr.law



**Cancio, Nadal & Rivera, L.L.C.**
*403 Muñoz Rivera Ave. | San Juan, P.R. 00918-3345*
*P.O. Box 364966 | San Juan, P.R. 00936-4966*
www.cnr.law

CONFIDENTIALITY NOTE: This communication contains information belonging to CANCIO, NADAL & RIVERA, L.L.C. which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of said information is strictly prohibited. If you have received this communication by error, please delete it from your computer and notify us immediately.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.