**Spece**
1225 Juan Ponce de Leon
San Juan, PR  00907
+17874177300
info@spece.com
www.spece.com

Invoice  INV - 24016



| BILL TO | | | |
|---|---|---|---|
| Office of the FPMPR LLC | DATE 09/01/2024 | PLEASE PAY $2,579.20 | DUE DATE 09/01/2024 |

| MEMBERSHIP | QTY | FEE | AMOUNT |
|---|---|---|---|
| **Private Office** Private Office Suite - Office 15, $2,300.00, Sep 1, 2024 - Sep 30, 2024 | 1 | 2,300.00 | 2,300.00T |
| **One-off Fees** Telephone Service, $60.00, Sep 1, 2024 - Sep 30, 2024 | 1 | 60.00 | 60.00T |
| **One-off Fees** Garage Parking, $120.00, Sep 1, 2024 - Sep 30, 2024 | 1 | 120.00 | 120.00T |

SUBTOTAL 2,480.00
TAX (4%) 99.20
TOTAL 2,579.20

TOTAL DUE  $2,579.20

THANK YOU.

BUSINESS BEGINS HERE