# THE & GROUP LLC.

Las Ramblas
71 Calle Montjuic
Guaynabo , PR 00969

## INVOICE

INVOICE NUMBER: 138
INVOICE DATE: JULY 31, 2024

Federal Police Monitor

San Juan, PR

Invoice for Javier B Gonzalez Professional Services as Administrative Director

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| JUL-01-24 | Administrative Director | Work with Team June Labor Invoices, Zoom Meeting with NYPD. | 4.00 | $125.00 | $500.00 |
| JUL-01-24 | Administrative Director | Office of the FPM Monthly storage fee. | | | $232.89 |
| JUL-02-24 | Administrative Director | Work with Team June Labor Invoices, Communications with Team Members. | 3.50 | $125.00 | $437.50 |
| JUL-03-24 | Administrative Director | Work with Administrative Matters and Team June Invoices. | 3.50 | $125.00 | $437.50 |
| JUL-05-24 | Administrative Director | Work with Office Budget Expenses, Work with Team June Invoices. | 6.50 | $125.00 | $812.50 |
| JUL-08-24 | Administrative Director | By weekly meeting with the Parties, Work with Team Travel Invoices. Town Hall Meeting Coordination, Work with Administrative Matters. | 4.50 | $125.00 | $562.50 |
| JUL-09-24 | Administrative Director | Communications with the Monitor and PRPB officials, Work with Team Travel Expenses. | 4.00 | $125.00 | $500.00 |
| JUL-10-24 | Administrative Director | Work with Team June Travel Invoices, Communications with he Monitor, AEE Retirees manifestation in Hato Rey. | 3.50 | $125.00 | $437.50 |
| JUL-11-24 | Administrative Director | Work with Administrative matters, Work with Team June Travel Invoices, Communications with Team Members, Survey Follow Up. | 5.00 | $125.00 | $625.00 |
| JUL-12-24 | Administrative Director | Coordination of Team Visit, Communications with Team members, Work with Team June Travel Invoices. | 4.50 | $125.00 | $562.50 |
| JUL-13-24 | Administrative Director | CICs Central Spokespersons Meeting. | 3.00 | $125.00 | $375.00 |
| JUL-15-24 | Administrative Director | Team NYPD Visit, Meetings at 1 Police Plaza | 8.00 | $125.00 | $1,000.00 |
| JUL-16-24 | Administrative Director | NYPD Team Visit, Meetings with Internal Affairs Division. Work with June Travel Invoices | 7.00 | $125.00 | $875.00 |
| JUL-16-24 | Administrative Director | Office of the FPM Adobe account monthly fee. | | | $47.98 |
| JUL-17-24 | Administrative Director | NYPD Team Visit, Meetings at the Academy. | 8.00 | $125.00 | $1,000.00 |

INVOICE NUMBER: 138

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| JUL-18-24 | Administrative Director | Work with Team June Travel Invoices and Administrative Matters, | 2.00 | $125.00 | $250.00 |
| JUL-19-24 | Administrative Director | Survey Follow Up, Work with Community Meetings reports. | 2.50 | $125.00 | $312.50 |
| JUL-22-24 | Administrative Director | Bi Weekly documents production Meeting, Work with Administrative matters. | 2.00 | $125.00 | $250.00 |
| JUL-23-24 | Administrative Director | Town hall Meeting Coordination | 1.00 | $125.00 | $125.00 |
| JUL-24-24 | Administrative Director | Communications with the Monitor and PRPB Officials, communications with community leader. | 2.00 | $125.00 | $250.00 |
| JUL-25-24 | Administrative Director | Weekly Executive Team Meeting, Communications with Team members. | 1.00 | $125.00 | $125.00 |
| JUL-26-24 | Administrative Director | Review of communications | 1.00 | $125.00 | $125.00 |
| JUL-29-24 | Administrative Director | Team By weekly Meeting, Town Hall Coordination (Meeting at the Courtyard Hotel in Aguadilla with PRPB). | 6.50 | $125.00 | $812.50 |
| JUL-30-24 | Administrative Director | Meeting with Community Leader and Team Members, Work with Team June Travel Invoices. | 2.00 | $125.00 | $250.00 |
| JUL-31-24 | Administrative Director | 253 Meeting, Work with Team July Travel Expenses Invoices. | 5.00 | $125.00 | $625.00 |
| JUL-31-24 | Administrative Director | I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0.00 | $125.00 | $0.00 |
| | | Gasoline Expense | | | $250.00 |
| | | Total amount of this invoice | | | $11,780.87 |

MESSAGE

Javier B Gonzalez July 31, 2024i



**Southern Self Storage - 3513 Santurce**  
2 Calle Concepcion  
San Juan, PR 00909  
(787)339-2574

**Payment Receipt**

| | | | | |
|---|---|---|---|---|
| **Tenant** | Gonzalez, Javier | | **Date Printed** | 07/01/2024 |
| **Company** | | | **Payment Date** | 07/01/2024 |
| **Address** | Urb Los Ramblas  71 Calle Montjuic | | **Unit** | 2705 |
| **City, State, Zip** | Guaynabo, PR 00969 | | **Available Credit** | |
| | | | **Current Balance** | $$0.00 |
| | | | **Receipt Number** | 240701142040456 |
| | | | **By** | Manager |

| Unit # | Description | From Date | To Date | Amt. | Disc | Tax | Total | Paid | Allowance | Bal. | Payments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2705 | Rent Charged | 07/01/2024 | 07/31/2024 | $199.00 | $0.00 | $22.89 | $221.89 | $0.00 | $0.00 | $221.89 | $221.89 |
| 2705 | Insurance | 07/01/2024 | 07/31/2024 | $11.00 | $0.00 | $0.00 | $11.00 | $0.00 | $0.00 | $11.00 | $11.00 |
| | | | | | | | $232.89 | $0.00 | $0.00 | $232.89 | $232.89 |

| | |
|---|---:|
| Total Due | $232.89 |
| Total Allowance | $0.00 |
| Total Paid by Cash | $0.00 |
| Change Amount | $0.00 |
| Total Paid by Check | $0.00 |
| Total Paid by Credit Card | $232.89 |
| Total Paid by ACH | $0.00 |
| Balance Due | $0.00 |

**I agree to pay the above amount according to Card Issuer Agreement (Merchant Agreement if Credit Voucher)**

| X | X |
|---|---|
| **Signature of the Customer** | **Signature of the Manager** |

Forget about due dates and late charges by using **AutoPay**. This service is offered **FREE OF CHARGE**. Just ask us for an AutoPay form to complete or go online at www.southernselfstoage.com sign up.  
Get $25.00 credit on referrals!  
Ask your manager how and save money. Don't forget to visit us for boxes and moving supplies.  We are your one stop shop for all your moving needs.  
To manage your account online visit www.southernselfstorage.com.

# Transaction Details
Card Ending - 31000

Business Services - Office Supplies

# Southern Self StoragSANTURCE PR

# $232.89

Jul 1, 2024

On your statement as Southern Self StoragSANTURCE PR



**Split It**



**Plan It®**

### Plan It®

Divide this transaction into monthly payments for a fixed monthly fee.

**Create a Plan**

## Transaction Details

SOUTHERN SELF STORAGE SAN JUAN

📞 (787) 339-2574

### Doing Business As

SOUTHERN SELF STORAGE SAN JUAN

invoice:

Adobe Order

AB03342500217CUS

Company Name

Office of the TCA

Billing Period

16-July-2024 PDT – 15-August-2024 PDT

Payment Method

AMEX ending in 2001

Due on 16-July-2024 PDT

US$47.98 including tax

| PRODUCT | QUANTITY | SUBTOTAL |
|---|---|---|
| Acrobat Pro US$23.99/mo per license | 2 licenses | US$47.98/mo |

Subtotal: US$47.98/mo

Tax/VAT: US$0.00/mo

Total: US$47.98/mo



# Transaction Details
### Card Ending - 12001

Merchandise & Supplies - Mail Order

## ADOBE WEBSALES 800-833-6687

# $47.98

Jul 16, 2024

On your statement as ADOBE Adobe Systems SAN JOSE CA

**$0.48 Reward Dollars**



## Transaction Details

ADOBE WEBSALES 800-833-6687

 **(800) 833-6687**

 https://www.adobe.com/in/about-adobe/co...

### Doing Business As
ADOBE WEBSALES 800-833-6687

### Date Processed
Jul 17, 2024

### Transaction Reference Number