

# Invoice

**Altai Atlantic Consulting LLC**
828 Snowden Hallowell Way, Alexandria VA 22314

**Date:** 07/31/24
**Invoice #:** 01-055

**To:** Office of the Federal Police Monitor of Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
Tel. 787-417-9098

| Fee Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|
| **Total Fees Payable For Services Rendered by Dr. David Levy** | 60.0 | 165 | **$9,900.00** |

## Work Performed in the Continental United States

| Date | Activity Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 7/2/24 | Review of recent master data request edits ahead of CMR-11 request 2.2 | 3.0 | 165 | $495.00 |
| 7/6/24 | CMR-11 Data request 2.2: Gathering data & analysis of random drug testing | 4.5 | 165 | $742.50 |
| 7/7/24 | CMR-11 Data request 2.2: Gathering data & descriptive statistics for monitors | 4.5 | 165 | $742.50 |
| 7/8/24 | Call with Monitors Rodriguez & Serrano Re: community policing methodology | 1.5 | 165 | $247.50 |
| 7/8/24 | Biweekly document and data production call with PRPB | 0.5 | 165 | $82.50 |
| 7/8/24 | CMR-11 Data request 2.2: & Samples & descriptive statistics for Monitors | 4.0 | 165 | $660.00 |
| 7/9/24 | CMR-11 Data request 2.2: & Samples & descriptive statistics for Monitors | 2.0 | 165 | $330.00 |
| 7/9/24 | Revision to June travel invoice based on new rates | 0.5 | 165 | $82.50 |
| 7/10/24 | Monthly calls with monitors Watkins and Gosselin | 1.5 | 165 | $247.50 |
| 7/10/24 | CMR-11 Data request 2.2: & Samples & descriptive statistics for Monitors | 5.0 | 165 | $825.00 |
| 7/11/24 | Revised data request 2.2 in line with comments from PRPB | 1.0 | 165 | $165.00 |
| 7/12/24 | Adding data request 2.2 sample workbooks to data production folders | 1.5 | 165 | $247.50 |
| 7/14/24 | Communication with team re: data request 2.2 sample & Academy class 235 | 1.5 | 165 | $247.50 |
| 7/16/24 | Validation of querella & mobilization numbers for request 2.2 item 2.016b | 1.0 | 165 | $165.00 |
| 7/17/24 | Call with PRPB re: S.A.R.A. data request & monitoring methodology | 0.5 | 165 | $82.50 |
| 7/21/24 | Developed data source tracker for fully compliant paragraphs | 6.0 | 165 | $990.00 |
| 7/22/24 | Biweekly data call with PRPB | 0.5 | 165 | $82.50 |
| 7/22/24 | Analysis of data sources for fully compliant paragraphs | 4.5 | 165 | $742.50 |
| 7/23/24 | Misc. communication with team re: CMR-11 data | 1.0 | 165 | $165.00 |
| 7/26/24 | Review of PRPB status report and misc. data cleaning in box | 1.5 | 165 | $247.50 |
| 7/27/24 | Communication & data validation strategy for fully compliant paragraphs | 2.0 | 165 | $330.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 7/28/24 | Cataloguing trainings from PRPB compliance plan & data requests | 3.0 | 165 | $495.00 |
| 7/29/24 | Biweekly monitoring team call | 0.5 | 165 | $82.50 |
| 7/29/24 | Data request development for revised community policing methodology | 3.0 | 165 | $495.00 |
| 7/30/24 | Review of firearm training rate | 1.5 | 165 | $247.50 |
| 7/31/24 | Data request development for revised community policing methodology | 3.5 | 165 | $577.50 |
| 7/31/24 | Misc. end of month admin | 0.5 | 165 | $82.50 |
| Total | | 60.0 | | $9,900.00 |

**Total Fee Payable**   $9,900.00

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

**Dr. David Levy**

07/31/24
Date