# INVOICE

**DATE**
8/1/2024

**INVOICE NO**
#046

**Denise Rodriguez**
3003 San Sebastian St.
Mission, TX 78572
denise@innovatepolicing.com

**INVOICE TO**
Puerto Rico Chief Federal Monitor

**INVOICE PERIOD**
July 1 - 31, 2024

## DUTIES AND RESPONSIBILITIES                                TOTAL DUE $15,833.33

- Conducted monthly one-on-one meetings with subject matter experts
- Coordinated and conducted weekly Monitoring Executive Team meetings
- Coordinated and conducted biweekly document production meetings with the Parties
- Conducted biweekly meetings with Research Analyst
- Participated in biweekly meetings with staff and PRPB reform staff assigned to each section
- Reviewed and approved the review of several policies submitted to the Monitor's Office by PRPB as per Paragraph 229 of the Agreement
- Worked with the Research Analyst to draft and finalize the schedule for the July and August site visit
- Worked with NYPD to finalize the peer to peer site visit agenda, including a call with NYPD to discuss final logistics
- Coordinated and oversaw the submission and receipt of various data requests for CMR-11
- Participated in various calls with PRPB and Monitoring team members
- Worked with the Data Analyst and PRPB to make changes to the data requests
- Participated on calls with AHDatalytics and the parties re status updates
- Participated on calls with FPM executive team to discuss promotions review/monitoring process
- Finalized changes to the community policing methodology.
- Reviewed the proposal for the 2024-2025 IPSOS survey and made recommendations for revisions prior to sharing with Parties
- Participated in discussions with parties about reform budget, equitable sharing program, and reform personnel continuity

Flat Rate Total Wages*                                                          $15,833.33
**Total Due**                                                                    $ 15,833.33

*The total amount is a flat rate. The total monthly is $15,833.33 for an annualized amount of $190,000.00

_Denise Rodriguez_

**Denise Rodriguez, Chief Deputy Monitor**

August 1, 2024
Date

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.*