# Viota & Associates CPA LLC

| Invoice #: | Invoice Date | Page |
|---|---|---|
| 202400480 | 07/30/2024 | 1 of 1 |

(787) 296-9060 | mforteza@viotacpa.com

Bill To:

**OFFICE OF THE FPM, LLC**
1225 AVENIDA JUAN PONCE DE LEON
SAN JUAN, PR  00907

| | |
|---|---|
| Please pay by | 07/30/2024 |
| **Invoice Total** | **$468.75** |

For professional service rendered as follows:

Accounting Services - 3.75 hours @125 per hour

| Date | Staff | Activity | Hours | Units |
|---|---|---|---|---|
| 07/15/24 | Malave, Adianis | Preparation | 0.25 | |
| | | Quarterly Return Professional Services 2024 Q2 | | |
| 07/16/24 | Malave, Adianis | Accounting Services | 1.50 | |
| | | Download Services Invoices and Travel Invoices to Dropbox, Review Services Invoices and Travel Invoices, calculated withholdings, invoices in Excel | | |
| 07/17/24 | Forteza, Maria | | 0.50 | |
| | | ACH Vendor Payments -Travel Expenses | | |
| 07/22/24 | Forteza, Maria | | 1.00 | |
| | | ACH Vendor Payments - June 2024 Services. Profesional services withholding deposit 06-2024 services. | | |
| 07/23/24 | Forteza, Maria | | 0.50 | |
| | | ACH Vendor payments - 06/2024 Services (2 of 2) | | |

Total Amount   468.75

**Invoice Total**   $468.75

Additional information
Invoices are due upon receipt. Your prompt payment is appreciated.

# Viota & Associates CPA LLC

| | |
|---|---|
| Invoice #: | 202400194 |
| Invoice Date: | 04/23/2024 |
| Page | 1 of 1 |

(787) 296-9060 | mforteza@viotacpa.com

Bill To:

**OFFICE OF THE FPM, LLC**
1225 AVENIDA JUAN PONCE DE LEON
SAN JUAN, PR  00907

| | |
|---|---|
| Please pay by | 04/23/2024 |
| Invoice Total | $156.00 |

For professional service rendered as follows:

| Service | Amount |
|---|---|
| Preparation Business Volume Declaration for the year 2023 | 150.00 |

| | |
|---|---|
| Total Billed | $150.00 |
| Puerto Rico SUT | 6.00 |
| Invoice Total | $156.00 |

Additional information
Invoices are due upon receipt. Your prompt payment is appreciated.