| | | | | |
|---|---|---|---|---|
| Name: | Donald S. Gosselin, d/b/a Gosselin Int'l Associates, division of MBG North Corp #1199 | | | |
| Invoice Date | 7/26/24 | | | |
| Invoice Period | July 1 - 26, 2024 | | | |

| Date | Task(s) | Rate | Total Hours | Total Amount |
|---|---|---|---|---|
| 07/02/24 | Team Comms | $ 165.00 | 1.75 | $ 288.75 |
| 07/06/24 | Team Comms/review CMR-11 data production | $ 165.00 | 3 | $ 495.00 |
| 07/07/24 | Review P.200 data/comms with Team | $ 165.00 | 2.75 | $ 453.75 |
| 07/08/24 | Review data and consult with Team Members | $ 165.00 | 4 | $ 660.00 |
| 07/09/24 | Refine schedule for visit/reschedule flights/comms | $ 165.00 | 1.5 | $ 247.50 |
| 07/10/24 | Meeting | $ 165.00 | 1.5 | $ 247.50 |
| 07/12/24 | Review Data for CMR-11 and mid term | $ 165.00 | 3.5 | $ 577.50 |
| 07/13/24 | Review CMR-11 data for mid-term | $ 165.00 | 3 | $ 495.00 |
| 07/15/24 | Field Work - SJU | $ 165.00 | 8 | $ 1,320.00 |
| 07/16/24 | Field Work - SJU | $ 165.00 | 8 | $ 1,320.00 |
| 07/17/24 | Field Work - SJU | $ 165.00 | 8 | $ 1,320.00 |
| 07/18/24 | Review Commonwealth's Responses/ Comms with Team | $ 165.00 | 3.5 | $ 577.50 |
| 07/19/24 | Court Order/Discussion with Team Members | $ 165.00 | 2.25 | $ 371.25 |
| 07/20/24 | Comms w/DOJ & Team re news accounts of SARP | $ 165.00 | 2 | $ 330.00 |
| 07/23/24 | Review 2021-00997, in response to concerns/Team | $ 165.00 | 2 | $ 330.00 |
| 07/24/24 | Review Compliance Plans/Comms with Team Comms | $ 165.00 | 2.5 | $ 412.50 |
| 07/26/24 | Review Data for mid term | $ 165.00 | 2.75 | $ 453.75 |
| | | $ 165.00 | | $ - |
| **TOTAL Labor** | | | 60.00 | $ 9,900.00 |

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.*

**Signature:** *D.S. Gosselin, Esq. for MBG North*    **Date:** 7/26/24

**Commo and Coordination** consists of all writings and digital comms to/from Monitors, PRPB, USDOJ; Review compliance targets, document and data requests, logistics; scheduling, on-site planning & coordination, database development
**Data/Policy Analysis, Writing** Data concerns CMR,
**Field Work:** Research conducted in situ (SJU)
**Review Investigations:** Page by page analysis of SARP Investigations conducted (Phase I and Adjudicated (Phase II)