

**Al Youngs**
**5552 West Lakeridge Rd**
**Lakewood, CO 80227**

July 1 - July 31, 2024
Invoice No. 63
Member of Federal Monitor Team

| Date | Brief Description | Total Hours |
|---|---|---|
| | Reviewed and responded to emails and conference calls for the month of July | |
| 7/1 | | |
| 7/2 | | |
| 7/3 | | |
| 7/5 | | |
| 7/7 | | |
| 7/11 | | |
| 7/12 | | |
| 7/13 | | |
| 7/22 | | |
| 7/23 | | |
| 7/24 | | |
| 7/29 | | |
| 7/31 | | 7.0 Hours |
| 7/2 | | |
| 7/3 | | |
| 7/4 | | |
| 7/6 | | |
| 7/8 | | |
| 7/11 | | |
| 7/12 | Several meetings and phone calls with Monitor and Deputy Monitor. | |
| 7/13 | | |
| 7/22 | | |
| 7/24 | | |
| 7/26 | | |
| 7/29 | | |
| 7/30 | | 3.0 Hours |

|  | **NYPD and PRPB Peer to Peer Meeting** |  |
|---|---|---|
| 7/15 | Reviewed NYPD IT and Records | 8.0 Hours |
| 7/16 | Reviewed NYPD Integrity Unit and EIS | 8.0 Hours |
| 7/17 | Visted NYPD Training Academy | 8.0 Hours |
|  |  |  |
| 7/1 | Attended NYPD and PRPB Peer to Peer phone meeting | 1.0 Hours |
| 7/3 | Reviewed Box PRPB Data Production | 1.0 Hours |
| 7/5 | Reviewed Box PRPB Data Production | 1.0 Hours |
| 7/6 | Reviewed Professionalization and past CMRs | 2.0 Hours |
| 7/7 | Reviewed Recruitment and past CMRs | 2.0 Hours |
| 7/9 | Reviewed ACT 65 | 2.0 Hours |
| 7/12 | Reviewed Integrity Audits information | 2.0 Hours |
| 7/18 | Reviewed OG213 | 2.0 Hours |
| 7/20 | Reviewed OG307 | 2.0 Hours |
| 7/21 | Reviewed OG501 | 2.0 Hours |
| 7/21 | Reviewed Virtual courses | 1.0 Hours |
| 7/22 | Reviewed Report Class 235 | 2.0 Hours |
| 7/22 | Reviewed DATA requests for CMR11 | 1.0 Hours |
| 7/23 | Reviewed Capt training and training examination | 2.0 Hours |
| 7/24 | Reviewed Commonwealth response to compliance in training | 1.0 Hours |
| 7/28 | Reviewed 90 day consolidated status report | 2.0 Hours |

**TOTAL HOURS:** 60.0

Billable Hours: 60 Hours at a Rate of $165.00 Per Hour = $9,900.00

**TOTAL:** **$9,900.00**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_Alan C Young_
Signature

7/31/24
**Date**