# Rafael Ruiz Consulting

12 Crestshire Dr.
Lawrence, MA 01843

PHONE: 6177599156    stodgo1971@yahoo.com    12 Crestshire Dr.

## INVOICE

INVOICE NUMBER: 2024-07
INVOICE DATE: 8/1/2024

Federal Police Monitor for PR
VIG Tower, PH-924
1225 Ponce De Leon Ave.
San Juan, PR 00907

RAFAEL E. RUIZ CONSULTING

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: FPM work from Home | | | |
| 7/1/2024 | FPM work from Home | Review PRPB uploaded CMR-11 files and prep P&P midterm draft | 6.00 | $165.00 | $990.00 |
| 7/2/2024 | FPM work from Home | Review PRPB uploaded CMR-11 files and prep P&P midterm draft | 6.00 | $165.00 | $990.00 |
| 7/8/2024 | FPM work from Home | Review PRPB uploaded CMR-11 files and prep P&P/S&S midterm draft | 6.00 | $165.00 | $990.00 |
| 7/10/2024 | FPM work from Home | Review PRPB uploaded CMR-11 files and prep P&P/S&S midterm draft | 6.00 | $165.00 | $990.00 |
| | | TOTAL: FPM work from Home | | | $3,960.00 |
| | | PROJECT: FPM work from PR (Site Visits) | | | |
| 7/15/2024 | FPM work from PR (Site Visits) | Site visit to PR districts for interviews and inspections of Evidence Rooms | 6.00 | $165.00 | $990.00 |
| 7/16/2024 | FPM work from PR (Site Visits) | Site visit to PR districts for interviews and inspections of Evidence Rooms | 8.00 | $165.00 | $1,320.00 |
| 7/17/2024 | FPM work from PR (Site Visits) | Site visit to PR districts for interviews and inspections of Evidence Rooms | 8.00 | $165.00 | $1,320.00 |
| 7/29/2024 | FPM work from PR (Site Visits) | FPM Team biweekly Zoom meeting | 0.50 | $165.00 | $82.50 |
| 7/30/2024 | FPM work from PR (Site Visits) | Work on midterm data for CMR-11 draft | 6.00 | $165.00 | $990.00 |
| 7/31/2024 | FPM work from PR (Site Visits) | Prep worksheets with midterm CMR-11 data for S&S draft | 8.00 | $165.00 | $1,320.00 |
| 7/31/2024 | FPM work from PR (Site Visits) | Messages, emails, calls among FPM members and PRPB personnel | 1.00 | $165.00 | $165.00 |
| | | TOTAL: FPM work from PR (Site Visits) | | | $6,187.50 |
| | | Total hours for this invoice | 61.50 | | |

| INVOICE BALANCE INFORMATION | |
|---|---|
| Total amount of this invoice | $10,147.50 |
| Current invoice balance | $10,147.50 |

INVOICE NUMBER: 2024-07

| |
|---|
| AMOUNT DUE ON THIS INVOICE: $10,147.50 |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of the hours worked in my capacity as a member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_Rafael E. Ruiz_
Rafael E. Ruiz

Date: August 1, 2024