INVOICE 0113L - LABOR FOR PROFESSIONAL SERVICES; JULY 1-31, 2024
RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC

TO: Federal Monitor
Puerto Rico Police Department Consent Decree

Attached below please find the details for professional services rendered by Scott Cragg (Monitoring Core Team) for July 2024:

| | | | | |
|---|---|---|---|---|
| **Name:** | Scott Cragg | | | |
| **Invoice Date:** | 7/31/24 | | | |
| **Invoice Period:** | 7/1-31/24 | | | |

| Date | Task(s) | Rate | Total Hours | Total Amount |
|---|---|---|---|---|
| 7/1/24 | NYPD On-site, pre-planning mtg on scheduling and logistics, phone call with Monitor re Data Contracting concerns | $165.00 | 1 | $165.00 |
| 7/2/24 | Complete June Expenses, collate and validate, compile and distribute | $165.00 | 1.75 | $288.75 |
| 7/7/24 | review NYPD request for info, review NYPD trip logistics, review D Levy data review process, begin to stage CMR 11.2.1 and 11.1.2 data requests and reconstitution of IT data request in support of other (Non-IT) monitoring areas. Contract extension review. Review 6/27 Gartner weekly status review for progress | $165.00 | 5.25 | $866.25 |
| 7/10/24 | Correct June Expense Invoice per Monitor guidance, review and respond to D Levy re; data and process inconsistencies. independent review and reconciliation of data, review monitor, deputy monitor emails | $165.00 | 1.5 | $247.50 |
| 7/11/24 | Attend and participate - AHDatalytics monthly status meeting. Attend weekly PMO/RMS status mtg | $165.00 | 1.5 | $247.50 |
| 7/12/24 | Review Media reports provided by the Monitor, detail review of Gartner weekly status report | $165.00 | 1.25 | $206.25 |
| 7/14/24 | Review of PRPB Contract Status initiated by DoJ, adapt for on-site changes | $165.00 | 1.75 | $288.75 |
| 7/15/24 | On-site NYPD | $165.00 | 8 | $1,320.00 |
| 7/16/24 | On-site NYPD | $165.00 | 8 | $1,320.00 |
| 7/17/24 | On-site NYPD | $165.00 | 8 | $1,320.00 |
| 7/18/24 | Attend and participate Weekly Gartner PMO/RMS Status review, Attend Gartner 1 on 1 Contract execution review, comms with Monitor re; NYPD on-site and potential mtg with LAPD. | $165.00 | 2.25 | $371.25 |
| 7/20/24 | Prepare Travel substantiation at Administrative Monitors request, pull all documents and receipts for Court review, review Levy data call 11.2.2, PRPB corrective email, incorporate changes to Master IT data call | $165.00 | 5.5 | $907.50 |
| 7/21/24 | Schedule travel logistics for August on-site visit, Review Gartner status report details, adjust on-site interview categories | $165.00 | 1 | $165.00 |
| 7/22/24 | Continue travel audit per Monitors Office | $165.00 | 2 | $330.00 |

1

| Date | Description | Rate | Hours | Total |
|---|---|---|---|---|
| 7/23/24 | Finalize Travel audit, scan, resubmit. Review DoJ email on contractors, DoJ email on IT Action Plan revisions, Scan PRPB Comments to CMR-10, clear monitors office tasking emails and DoJ on training materials | $165.00 | 2.25 | $371.25 |
| 7/24/24 | Review RMS Selections, debrief Monitor, prepare NYPD Travel Expense Invoice | $165.00 | 2.75 | $453.75 |
| 7/25/24 | Review RMS notification, comm with Monitor on 253 meeting issues | $165.00 | 0.25 | $41.25 |
| 7/27/24 | Review and adapt on-site schedule, Review Levy plan logic for data mapping and evidence against full compliance. Crosswalk Levy Data Call 11.1 with Levy Data call 11.2.2 | $165.00 | 3.75 | $618.75 |
| 7/29/24 | Monitors Bi-Weekly Status Review | $165.00 | 0.5 | $82.50 |
| 7/30/24 | t and propose 253 IT topics in need of review to Monitor, comments for debrief | $165.00 | 1.25 | $206.25 |
| 7/31/24 | Prepare Labor Invoice, Participate in 253 Meeting | $165.00 | 2.5 | $412.50 |
| **TOTAL Labor** | | | **62** | **$10,230.00** |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

**Signature:** *[signature]*

**Date:** 7/31/24