| Name: | Rita J. Watkins |
|---|---|
| Invoice Date: | 7/31/2024 |
| Invoice Period: | July 1-31,2024 |

| Date | Task(s) | Rate | Total Hours | Total Amount |
|---|---|---|---|---|
| 7/1/2024 | Juvenile Reform Zoom meeting with Chief K. Tandy | $ 165.00 | 1 | $          165.00 |
| 7/1/2024 | NYPD Peer Zoom prep call | $ 165.00 | 1 | $          165.00 |
| 7/9/2024 | Telecons and emails from monitors and parties | $ 165.00 | 4 | $          660.00 |
| 7/10/2024 | CMR-11 data review, monthly call with Dep. Chief Monitor, Review of Transfer letter | $ 165.00 | 2.5 | $          412.50 |
| 7/11/2024 | Zoom interviews with RPRB-SA and DV Investigators | $ 165.00 | 8 | $        1,320.00 |
| 7/15/2024 | NYPD/PRPB peer information trip | $ 165.00 | 8 | $        1,320.00 |
| 7/16/2024 | NYPD/PRPB peer information trip | $ 165.00 | 8 | $        1,320.00 |
| 7/17/2024 | NYPD/PRPB peer information trip | $ 165.00 | 8 | $        1,320.00 |
| 7/22/2024 | Review Internal Regulations of Virtual Training Courses doc. | $ 165.00 | 1 | $          165.00 |
| 7/23/2024 | Review LT. Curriculum and feedback | $ 165.00 | 1 | $          165.00 |
| 7/25/2024 | Telecons and emails from monitors and parties | $ 165.00 | 1 | $          165.00 |
| 7/29/2024 | Teem Zoom meeting | $ 165.00 | 0.5 | $           82.50 |
| 7/29/2024 | Review PRPB Training Compliance report and feedback | $ 165.00 | 2 | $          330.00 |
| 7/29/2024 | CMR-11 data review on SA cases | $ 165.00 | 1.5 | $          247.50 |
| 7/30/2024 | Zoom call with LBGTQ+ community organizer | $ 165.00 | 1 | $          165.00 |
| 7/30/2024 | CMR-11 data review on SA cases | $ 165.00 | 1.5 | $          247.50 |
| 7/31/2024 | CMR-11 data review on SA cases | $ 165.00 | 2.5 | $          412.50 |
| 7/31/2024 | CMR-11 data review on DV cases | $ 165.00 | 1 | $          165.00 |
| | | $ 165.00 | | $            - |
| | | $ 165.00 | | $            - |
| | | $ 165.00 | | $            - |
| | | $ 165.00 | | $            - |
| | | $ 165.00 | | $            - |
| | | $ 165.00 | | $            - |
| | | $ 165.00 | | $            - |
| | | $ 165.00 | | $            - |
| | | $ 165.00 | | $            - |
| | | $ 165.00 | | $            - |
| TOTAL | | | 53.5 | $        8,827.50 |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Signature:     *Rita J. Watkins*                    Date:     7/31/2024