# INVOICE



22 Chalets de Santa Maria
San Juan, P.R. 00927
(787) 940-3090

**BILL TO:**
**Office of the FPMPR, LLC**
VIG Tower, PH 924
1225 Ponce de Leon Avenue
San Juan, P.R. 00907

DATE: 7/31/2024
INVOICE # 2024007
FOR: FPMPR/TCA

04/20/2024:
PRPB

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Zoom calls/Team meetings: 7/29/2024:Team | 0.50 | $165.00 | $ 82.50 |
| emails-texts/phone calls: Sam; Denise; John; Dave; PRPB; Sr. Jorge Lafosse (civilian interv.); Inigo; Agent Dorian Barreiro (Utuado CIC); comm. inquiry on PRPB's intervention (SWAT/DOT) at Suiza Dairy manifest, CIC Invites mailing (4), Sgt. Floran. | 2.00 | $165.00 | $ 330.00 |
| 07/04/2024: New methodology revision with comments for discussion 7/8/2024 | 1.50 | $165.00 | $247.50 |
| 7/08/2024: Newly roposed methodology walk through | 1.00 | $165.00 | $165.00 |
| 07/14/2024: Data request review & prep for PRPB meeting | 1.00 | $165.00 | $165.00 |
| 07/15/2024: Civilian interviews | 4.50 | $165.00 | $742.50 |
| 07/16/2024: CIC Interviews | 4.00 | $165.00 | $660.00 |
| 7/17/2024: PRPB meeting req. data production-Petition clarificationsfor 2.038(g)-prep. (.25hr.) & meeting (.75hr). | 1.00 | $165.00 | $165.00 |
| 7/29/2024:CIC August Interviews letter & Invite | 1.00 | $165.00 | $165.00 |
| 7/30/2024: PRPB 90-day compliance report review | 1.00 | $165.00 | $165.00 |
| | 17.50 | | $ 2,887.50 |
| | | TOTAL | $ 2,887.50 |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities, or agencies.

Merangelie Serrano-Rios