

## Samantha Rhinerson
550 Amsonia Circle
Guyton, GA 31312
srhinerson99@outlook.com | 256-431-5324

| BILL TO | INVOICE # | DATE | DUE |
|---|---|---|---|
| Puerto Rico Chief Federal Monitor | 2024-07 | 7/31/2024 | 8/31/2024 |

| Date | Description | Hours | Rate | TOTAL |
|---|---|---|---|---|
| 07/01/2024 | 1.0 hour of 253 Meeting planning | 1.00 | $100.00 | $100.00 |
| 07/02/2024 | 1.0 hour of travel planning | 1.00 | $100.00 | $100.00 |
| 07/05/2024 | 1.0 hour of travel planning | 1.00 | $100.00 | $100.00 |
| 07/08/2024 | 1.0 hour meeting with Merangelie and travel planning | 1.00 | $100.00 | $100.00 |
| 07/10/2024 | 1.0 hour of training review facilitation | 1.00 | $100.00 | $100.00 |
| 07/13/2024 | 1.0 hour of policy review facilitation and travel planning | 1.00 | $100.00 | $100.00 |
| 07/15/2024 | 1.0 hour of training review facilitation | 1.00 | $100.00 | $100.00 |
| 07/16/2024 | 1.0 hour of policy review facilitation | 1.00 | $100.00 | $100.00 |
| 07/17/2024 | 1.0 hour of training review facilitation | 1.00 | $100.00 | $100.00 |
| 07/19/2024 | 1.0 hour of travel planning | 1.00 | $100.00 | $100.00 |
| 07/20/2024 | 1.0 hour of travel planning | 1.00 | $100.00 | $100.00 |
| 07/21/2024 | 1.0 hour of travel planning | 1.00 | $100.00 | $100.00 |
| 07/22/2024 | 1.0 hour of travel planning | 1.00 | $100.00 | $100.00 |
| 07/23/2024 | 1.0 hour of training review facilitation | 1.00 | $100.00 | $100.00 |
| 07/24/2024 | 1.0 hour of training review facilitation | 1.00 | $100.00 | $100.00 |
| 07/25/2024 | 1.0 hour of travel planning | 1.00 | $100.00 | $100.00 |
| 07/26/2024 | 1.0 hour of policy review facilitation | 1.00 | $100.00 | $100.00 |
| 07/29/2024 | 1.0 hour of travel planning | 1.00 | $100.00 | $100.00 |
| 07/30/2024 | 1.0 hour of 253 Meeting planning | 1.00 | $100.00 | $100.00 |
| 07/31/2024 | 1.0 hour of 253 Meeting planning and policy review facilitation | 1.00 | $100.00 | $100.00 |

**TOTAL** $2,000.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*thank you*