# Manuel A. Arroyo Rivera

P.o Box 8925 Santurce Puerto Rico 00910     Cel 787-364-8925

Email marroyorivera20@gmail.com

Invoice  Month july  2024                                             Invoice #045

Federal Police Monitor   San Juan, PR


I hereby certify that the amount billed in this invoice is true and correct in my capacity as

Assisten Admin. I further certify that I have not received any income,

compensation or payment for services rendered under regular employment or

contractual relationship with the Commonwealth of Puerto Rico, or any of its

departments, municipalities or agencies.

The detailed description of the billable hours is in the ensuing page(s).


Duties and Responsibilities as Assistant Adm



During the month the following tasks were performed: picking up the different monitors at the airport and taking them to their hotels, taking them to the daily monitor meetings, collecting handouts for the Tow Hall and delivering them to the different locations assigned by my supervisors, picking up checks at the federal courthouse and going to the bank to deposit them, mailing correspondence, taking the monitors back to the airport at different departure times. Buying office supplies when necessary, looking for boxes in the warehouse when necessary.

Flat Rate  $2,000.00

Gasoline Expense $250.00

Total Due $2,250.00

_____          Manuel A. Arroyo Rivera