Name: Hipolito Castro Jr
Invoice Date: 8/1/24
Invoice Period: 07/01/2024 to 07/31/2024

| Date | Task(s) | Rate | Total Hours | Total Amount |
|---|---|---|---|---|
| 7/1/24 | Data and Policy Analysis | $ 165.00 | 1.00 | $ 165.00 |
| 7/2/24 | Data and Policy Analysis | $ 165.00 | 1.00 | $ 165.00 |
| 7/3/24 | Data and Policy Analysis | $ 165.00 | 1.00 | $ 165.00 |
| 7/5/24 | Commo and coordination, Data and Policy Analysis/writing | $ 165.00 | 1 | $ 165.00 |
| 7/9/24 | Commo and coordination, Data and Policy Analysis/writing | $ 165.00 | 1 | $ 165.00 |
| 7/10/24 | Commo and coordination, Data and Policy Analysis/writing | $ 165.00 | 1.00 | $ 165.00 |
| 7/11/24 | Commo and coordination, Data and Policy Analysis/writing | $ 165.00 | 1.00 | $ 165.00 |
| 7/15/24 | Field travel NY | $ 165.00 | 8.00 | $ 1,320.00 |
| 7/16/24 | Field travel NY | $ 165.00 | 8.00 | $ 1,320.00 |
| 7/17/24 | Field travel NY | $ 165.00 | 8.00 | $ 1,320.00 |
| 7/18/24 | data and Policy Analysis | $ 165.00 | 1.00 | $ 165.00 |
| 7/19/24 | Commo and coordination, Data and Policy Analysis/writing | $ 165.00 | 1.00 | $ 165.00 |
| 7/22/24 | Interviews | $ 165.00 | 8.00 | $ 1,320.00 |
| 7/23/24 | Interviews | $ 165.00 | 8.00 | $ 1,320.00 |
| 7/24/24 | Data and Policy Analysis | $ 165.00 | 1.00 | $ 165.00 |
| 7/25/24 | Data and Policy Analysis | $ 165.00 | 1.00 | $ 165.00 |
| 7/26/24 | CMR-11 | $ 165.00 | 2.00 | $ 330.00 |
| 7/27/24 | CMR-11 | $ 165.00 | 2.00 | $ 330.00 |
| 7/29/24 | Data and Policy Analysis | $ 165.00 | 1.00 | $ 165.00 |
| 07/01/2024 to 07/, Meetings, calls, emails, texts. | | $ 165.00 | 4 | $ 825.00 |

TOTAL Labor  60.00  $ 9,900.00

| | | |
|---|---|---|
| TOTAL | $ | 9,900.00 |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Signature:

Hipolito Castro

Date: 8/1/24

**Commo and Coordination** consists of all writings and digital comms to/from Monitors, PRPB, USDOJ; Review compliance targets, document and data requests, logistics; scheduling, on-site planning & coordination, database development

**Data/Policy Analysis, Writing**
Data concerns CMR-11, OG 310, OG 410, Draft data requests, review special case, DSP documents, reporting on interviews, due process for promo candidates

**Field Work:** Research conducted in situ (SJU)