**Stephanie Leon**
*Paralegal*

**INVOICE**

1483 Ashford Avenue
Apartment 901
San Juan, PR 00907
(832) 692-2475

**INVOICE: 2024-8**
**DATE: 8/01/2024**

**TO:**

Puerto Rico Chief Federal Monitor

**FOR:**

Paralegal Services

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-------------|-------|------|--------|
| 07/14/2024 | -Read/responded emails<br>-Communication exchanges with Monitor Rafael Ruiz | .25 | 90.00 | 22.50 |
| 07/19/2024 | -Read emails throughout the week | .75 | 90.00 | 67.50 |
| 07/24/2024 | -Read 90-day consolidated report | 1.25 | 90.00 | 112.50 |
| 07/26/2024 | -Read emails corresponding to July 253 meeting | .50 | 90.00 | 45.00 |
| 07/29/2024 | -Read/responded emails<br>-Biweekly team meeting<br>-Communication exchanges with team members | 1.00 | 90.00 | 90.00 |
| 07/31/2024 | -Prepare for 253 meeting<br>-July 253 meeting<br>-Communication with team members<br>-Read/responded emails | 2.50 | 90.00 | 225.00 |
| | **TOTAL 6.25 HRS @ $90** | | | **$562.50** |

*S/ STEPHANIE LEON* **I HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN MY CAPACITY AS A MEMBER OF THE FEDERAL MONITORING TEAM. I FURTHER CERTIFY THAT I HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH, OR ANY OF ITS DEPARTMENTS, MUNICIPALITIES OR AGENCIES.**