**Inigo Galanes**
*Researcher*

INVOICE

ADDRESS
Aboy St 605 Apt 1
San Juan, PR, 00907

INVOICE: 00012
DATE: 08/01/2024

**TO:**
Puerto Rico Chief Federal Monitor

**FOR:**
Professional Services

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 07/01/2024 | -Calls with Luis Hidalgo, Lt. Acevedo, Alan Youngs, Rita Watkins, and Javier Gonzalez<br>-Sent email and meeting agenda to Lt. Cosme and Sgt. Carrillo<br>-Sent email to David regarding Data request item 2.094<br>-Meeting with Rita Watkins and Correctional Monitor to discuss PRPB performance for Par. 92<br>-Meeting with NYPD for Peer-to-Peer visit | 5.0 | 40 | 200 |
| 07/03/2024 | -Printed Town Hall flyers<br>-Visited FIU and SWAT with Luis Hidalgo<br>-Transcribed notes and sent email | 7.0 | 40 | 280 |
| 07/04/2024 | -Call with John Romero regarding FIU numbers<br>-Exchanged emails between Luis Hidalgo and John Romero regarding FIU numbers, and coordinating visit to CIT, DOT and reform Office | 0.5 | 40 | 20 |
| 07/08/2024 | -Reviewed revised methodology and attended Community Engagement methodology meeting<br>-Call with John Romero regarding UOF numbers<br>-Call with Luis Hidalgo<br>-Call with Joan Maldonado regarding global UOF numbers (DR item 2.124)<br>-Call with Cpt. Cosme regarding FIU numbers<br>-Sent calendar items for Luis Hidalgo regarding CIT, DOT, and others | 6.0 | 40 | 240 |
| 07/10/2024 | -Attended meeting with Rita Watkins, Denise Rodriguez and<br>-Attended PRPB HQ to visit FIU, recruitment, and Reform Office and sent transcribed notes to John Romero and Luis Hidalgo<br>-Call from Alan Youngs and John Romero | 4.5 | 40 | 180 |
| 07/11/2024 | -Attended DOT Metro, transcribed notes, and sent to John Romero and Luis Hidalgo<br>-Calls with John Romero and Luis Hidalgo | 3.5 | 40 | 140 |
| 07/15/2024 | -Sent email to John Romero on FIU numbers<br>-Calls with Luis Hidalgo and Rita Watkins<br>-Responded to Kim Tandy for meeting date<br>-Attended meeting with Denise Rodriguez<br>-Sent meeting invitation for Community Engagement | 4.0 | 40 | 160 |
| 07/16/2024 | -Calls with Joan Maldonado, Merangelie Serrano, and David Levy to change meeting time<br>-Reviewed PRPB comments to CMR 10 | 1.0 | 40 | 40 |
| 07/17/2024 | -Attended Community Engagement Meeting | 0.5 | 40 | 20 |
| 07/18/2024 | -Transcribed community engagement meeting notes and sent through email | 1.0 | 40 | 40 |
| 07/19/2024 | -Call with Alan Youngs<br>-Gathered information in Box for Alan Youngs | 1.5 | 40 | 60 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 07/22/2024 | -Call with John Romero about mid-period FIU numbers<br>-Read emails from John Romero and Luis Hidalgo about FRB/CFRB cases and FIU mid-period numbers | 0.5 | 40 | 20 |
| 07/23/2024 | -Call with Luis Hidalgo about CIT visit and information<br>-Call with Hipolito Castro about promotions<br>-Call with Claudia Camara about speakers for Town Hall Meeting | 1.0 | 40 | 40 |
| 07/24/2024 | -Read Consolidated Status Report | 1.0 | 40 | 40 |
| 07/25/2024 | -Began a summary of professionalization in Consolidated Status Report for Alan Youngs | 1.5 | 40 | 60 |
| 07/26/2024 | -Sent invites for recurring meetings<br>-Sent final version of Consolidated Status report summary<br>-Sent email to Monitor's Office 253 attendees about Kim Tandy meeting<br>-Reviewed professionalization data | 3.0 | 40 | 120 |
| 07/29/2024 | -Attended biweekly meeting<br>-Reviewed Professionalization data in Box<br>-Assisted Alan Youngs in draft Professionalization mid-period report<br>-Call with Alan Youngs about Professionalization and Recruitment<br>-Call with Luis Hidalgo about Pedro Julio Serrano meeting | 4.0 | 40 | 160 |
| 07/30/2024 | -Reviewed Equal Protection, Training, Use of Force, and Community Engagement data<br>-Corroborated discrepancy in FIU numbers, and contacted Cpt. Cosme to fix issue<br>-Call with John Romero about FIU numbers<br>-Assisted Alan Youngs in drafting Recruitment mid-period report<br>-Attended meeting with Pedro Julio Serrano<br>-Call with John Romero about FRB and CFRB assessments | 5.0 | 40 | 200 |
| 07/31/2024 | -Call with Luis Hidalgo about FRB and CFRB sample<br>-Began assessment of FRB and CFRB files | 1.5 | 40 | 60 |
| | Office Expenses: Town Hall Flyers | | | 635.55 |
| | **TOTAL 52 HRS @ $40 HR** | | | **$2,715.55** |

*S/ INIGO GALANES*

**I HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN MY CAPACITY AS A MEMBER OF THE FEDERAL MONITORING TEAM. I FURTHER CERTIFY THAT I HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH, OR ANY OF ITS DEPARTMENTS, MUNICIPALITIES OR AGENCIES.**



## Office DEPOT OfficeMax

SAN JUAN - (787) 294-0300
07/03/2024  9:43 AM

VPVT63YPQ4Q6YEMWE

SALE            6667-5-8821-987573-24.4.2
       Subtotal:                  635.55

Order Management Invoice # 3683422460014
Approval Code: 999999

114318  JDA GMILL ORDE          635.55 E
              Total:             635.55
    Discover Card 6491:          635.55

AUTH CODE 00349R
TDS Contactless
AID A000000152301001 DISCOVER
TVR 8080008000
CVS No Signature Required

CONTROL:           84CRO-XY18S
OD
     INIGO GALEGAS 59*****652
Please create your online rewards
account at officedepot.com/rewards.
You must complete your account to
claim your rewards and view your
                         status.

Shop online at www.officedepot.com

WE WANT TO HEAR FROM YOU!
Visit survey.officedepot.com
and enter the survey code below
V6VY YJBM OM5T
or scan the below QR code