**OFFICE OF THE FPMPR, LLC**

# INVOICE

Invoice Number: 06302024-BankCharges
Invoice Date: Jun 30, 2024
Page: 1

*Duplicate*

Voice:
Fax:

| Bill To: | Ship to: |
|---|---|
| US DISTRIC COURT PUERTO RICO | US DISTRIC COURT PUERTO RICO |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| USDCPR | | Net 30 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | Airborne | | 7/30/24 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 1.00 | | BILLINGS - BANK CHARGES JULY 2023 - JUNE 2024 | 599.80 | 599.80 |

| | | |
|---|---|---|
| | Subtotal | 599.80 |
| | Sales Tax | |
| | Total Invoice Amount | 599.80 |
| Check/Credit Memo No: | Payment/Credit Applied | |
| | **TOTAL** | **599.80** |

## OFFICE OF THE FPMPR, LLC
## General Ledger
### For the Period From Jul 1, 2023 to Jun 30, 2024

| Account ID | Account Description | Date | Reference | Jrnl | Trans Description | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---|---|---|---|---|
| 8980 | Bank Charges | 7/1/23 | | | Beginning Balance | | | |
| 8980 | Bank Charges | 7/31/23 | GJ 07-01 | GENJ | BANK CHARGES- CASH MANAGEMENT FEE + IVU | 48.35 | | |
| 8980 | Bank Charges | 8/31/23 | GJ 08-03 | GENJ | BANK CHARGES- CASH MANAGEMENT FEE + IVU | 43.33 | | |
| 8980 | Bank Charges | 9/30/23 | GJ 09-01 | GENJ | BANK CHARGES- CASH MANAGEMENT FEE + IVU | 48.91 | | |
| 8980 | Bank Charges | 10/31/23 | GJ 10-01 | GENJ | BANK CHARGES- CASH MANAGEMENT FEE + IVU | 63.22 | | |
| 8980 | Bank Charges | 11/30/23 | GJ 11-01 | GENJ | BANK CHARGES- CASH MANAGEMENT FEE + IVU | 43.61 | | |
| 8980 | Bank Charges | 12/31/23 | GJ 12-01 | GENJ | BANK CHARGES- CASH MANAGEMENT FEE + IVU | 56.99 | | |
| 8980 | Bank Charges | 1/31/24 | GJ 01-01 | GENJ | BANK CHARGES- CASH MANAGEMENT FEE + IVU | 48.91 | | |
| 8980 | Bank Charges | 2/29/24 | GJ 02-01 | GENJ | BANK CHARGES- CASH MANAGEMENT FEE + IVU | 49.18 | | |
| 8980 | Bank Charges | 3/31/24 | GJ 03-01 | GENJ | BANK CHARGES- CASH MANAGEMENT FEE + IVU | 51.14 | | |
| 8980 | Bank Charges | 4/30/24 | GJ 04-01 | GENJ | BANK CHARGES- CASH MANAGEMENT FEE + IVU | 45.56 | | |
| 8980 | Bank Charges | 5/31/24 | GJ 05-01 | GENJ | BANK CHARGES- CASH MANAGEMENT FEE + IVU | 50.86 | | |
| 8980 | Bank Charges | 6/30/24 | GJ 06-01 | GENJ | BANK CHARGES- CASH MANAGEMENT FEE + IVU | 49.74 | | |
| 8980 | Bank Charges | | | | Change | 599.80 | | 599.80 |
| | | **6/30/24** | | | **Ending Balance** | | | **599.80** |

**After Five Days Return To:**
**PO Box 9146**
**San Juan PR 00908-0146**

**1First Bank**

## STATEMENT OF ACCOUNT

| STATEMENT DATE |
|---|
| 07/31/23 |

00001081  MFBPRR0802231436550R  2  100000000



OFFICE OF THE FPMPR LLC
PMB 292
B5 CALLE TABONUCO STE 216
GUAYNABO PR  00968-3022

**020-BUSINESS PLUS CORP**

0*  6609215250

| BEGINNING BALANCE | DEPOSITS / OTHER CREDITS | | CHECKS / OTHER DEBITS | | SERVICE CHARGES | ENDING BALANCE |
|---|---|---|---|---|---|---|
| | NUMBER | AMOUNT CREDITED | NUMBER | AMOUNT DEBITED | | |
| 4,111.09 | 0 | 0.00 | 7 | 48.35 | 0.00 | 4,062.74 |

**CHECKING ACCOUNT TRANSACTIONS**
**OTHER DEBITS**
  DATE...........AMOUNT...........DESCRIPTION

| 07/17 | 40.00 | Cash Mgmt Fee |
| 07/17 | 4.50 | AA FEE SUBJ TO IVU* |
| 07/17 | 0.47 | IVU ESTATAL |
| 07/17 | 0.05 | IVU MUNICIPAL |
| 07/31 | 2.99 | PAPER STATEMENT FEE* |
| 07/31 | 0.31 | IVU ESTATAL |
| 07/31 | 0.03 | IVU MUNICIPAL |

* * * * * * * * * * * * DAILY BALANCE INFORMATION * * * * * * * * * * * * *
  DATE.........BALANCE     DATE.........BALANCE     DATE.........BALANCE
  06/30      4,111.09      07/17      4,066.07      07/31      4,062.74

*
*
*



After Five Days Return To:
PO Box 9146
San Juan PR 00908-0146



## STATEMENT OF ACCOUNT

| STATEMENT DATE |
|---|
| 08/31/23 |

00000789 MFBPRR0901230611280R 3 100000000



OFFICE OF THE FPMPR LLC
PMB 292
B5 CALLE TABONUCO STE 216
GUAYNABO PR  00968-3022

**020-BUSINESS PLUS CORP**

1*  6609215250

| BEGINNING BALANCE | DEPOSITS / OTHER CREDITS | | CHECKS / OTHER DEBITS | | SERVICE CHARGES | ENDING BALANCE |
|---|---|---|---|---|---|---|
| | NUMBER | AMOUNT CREDITED | NUMBER | AMOUNT DEBITED | | |
| 4,062.74 | 1 | 167,181.89 | 8 | 167,225.22 | 0.00 | 4,019.41 |

**CHECKING ACCOUNT TRANSACTIONS**
**DEPOSITS AND OTHER CREDITS**
  DATE...........AMOUNT...........DESCRIPTION

  08/04     167,181.89          CHECK DEPOSIT-0000001301

**CHECKS**
  DATE....CHECK NO......AMOUNT         DATE....CHECK NO......AMOUNT

  08/08       112       10,350.00

**OTHER DEBITS**
  DATE...........AMOUNT...........DESCRIPTION

  08/07      98,214.89           ACH OFFSET
  08/08      48,330.99           ACH OFFSET
  08/09      10,286.01           ACH DEBIT -080923-021502015188056
                                 DEPT DE HACIENDA                PR TAX
  08/15         40.00            Cash Mgmt Fee
  08/31          2.99            PAPER STATEMENT FEE*
  08/31          0.31            IVU ESTATAL
  08/31          0.03            IVU MUNICIPAL

  * * * * * * * * * * * * * DAILY BALANCE INFORMATION * * * * * * * * * * * * *
   DATE.........BALANCE     DATE.........BALANCE     DATE.........BALANCE
   07/31       4,062.74     08/08      14,348.75     08/31       4,019.41
   08/04     171,244.63     08/09       4,062.74
   08/07      73,029.74     08/15       4,022.74

     *
     *
     *






**After Five Days Return To:**
**PO Box 9146**
**San Juan PR 00908-0146**

## STATEMENT OF ACCOUNT

| STATEMENT DATE |
|:-:|
| **09/30/23** |



00000549 MFBPRR1002230713210R 4 100000000

OFFICE OF THE FPMPR LLC
PMB 292
B5 CALLE TABONUCO STE 216
GUAYNABO PR  00968-3022

**020-BUSINESS PLUS CORP**

2*  6609215250

| BEGINNING BALANCE | DEPOSITS / OTHER CREDITS | | CHECKS / OTHER DEBITS | | SERVICE CHARGES | ENDING BALANCE |
|---|---|---|---|---|---|---|
| | NUMBER | AMOUNT CREDITED | NUMBER | AMOUNT DEBITED | | |
| 4,019.41 | 5 | 372,878.61 | 17 | 371,113.52 | 0.00 | 5,784.50 |

**CHECKING ACCOUNT TRANSACTIONS**
**DEPOSITS AND OTHER CREDITS**
 DATE...........AMOUNT...........DESCRIPTION

```
 09/07        20,207.99        CHECK DEPOSIT-0000000102
 09/12       165,290.06        CHECK DEPOSIT-0000000102
 09/18        20,959.45        CHECK DEPOSIT-0000000105
 09/21       164,607.11        CHECK DEPOSIT-0000000108
 09/28         1,814.00        ACH CREDIT-092823-221571478635867
                               RETURN SETTLE    A                 RTN-SETTLE
```

**CHECKS**
 DATE....CHECK NO......AMOUNT              DATE....CHECK NO......AMOUNT

```
 09/13        113      10,350.00           09/22        114      10,350.00
```

**OTHER DEBITS**
 DATE...........AMOUNT...........DESCRIPTION

```
 09/08        20,207.99        ACH OFFSET
 09/13        98,964.35        ACH OFFSET
 09/14        45,800.08        ACH OFFSET
 09/15        10,175.63        ACH DEBIT -091523-021502013320809
                               DEPT DE HACIENDA                    PR TAX
 09/15            40.00        Cash Mgmt Fee
 09/15             5.00        AA FEE SUBJ TO IVU*
 09/15             0.53        IVU ESTATAL
 09/15             0.05        IVU MUNICIPAL
 09/19        20,959.45        ACH OFFSET
 09/22        97,339.66        ACH OFFSET
 09/25        47,524.57        ACH OFFSET
 09/26         9,392.88        ACH DEBIT -092623-021502018341737
                               DEPT DE HACIENDA                    PR TAX
 09/29             2.99        PAPER STATEMENT FEE*
 09/29             0.31        IVU ESTATAL
 09/29             0.03        IVU MUNICIPAL
```



**After Five Days Return To:**
**PO Box 9146**
**San Juan PR 00908-0146**

**1 First Bank**

## STATEMENT OF ACCOUNT

| STATEMENT DATE |
|---|
| 10/31/23 |

**020-BUSINESS PLUS CORP**

1*  6609215250



00000836 MFBPRR1101230453450R 3 100000000

OFFICE OF THE FPMPR LLC
PMB 292
B5 CALLE TABONUCO STE 216
GUAYNABO PR  00968-3022

| BEGINNING BALANCE | DEPOSITS / OTHER CREDITS | | CHECKS / OTHER DEBITS | | SERVICE CHARGES | ENDING BALANCE |
|---|---|---|---|---|---|---|
| | NUMBER | AMOUNT CREDITED | NUMBER | AMOUNT DEBITED | | |
| 5,784.50 | 0 | 0.00 | 9 | 2,297.22 | 0.00 | 3,487.28 |

**CHECKING ACCOUNT TRANSACTIONS**
**CHECKS**
 DATE....CHECK NO......AMOUNT                    DATE....CHECK NO......AMOUNT

 10/03       115        420.00

**OTHER DEBITS**
 DATE..........AMOUNT..........DESCRIPTION

 10/18          44.00           Cash Mgmt Fee
 10/18          14.25           AA FEE SUBJ TO IVU*
 10/18       1,814.00           ACH OFFSET
 10/18           1.50           IVU ESTATAL
 10/18           0.14           IVU MUNICIPAL
 10/31           2.99           PAPER STATEMENT FEE*
 10/31           0.31           IVU ESTATAL
 10/31           0.03           IVU MUNICIPAL

* * * * * * * * * * * * * DAILY BALANCE INFORMATION * * * * * * * * * * * * *
   DATE.........BALANCE      DATE.........BALANCE      DATE.........BALANCE
   09/30       5,784.50      10/18       3,490.61
   10/03       5,364.50      10/31       3,487.28

   *
   *
   *





**After Five Days Return To:**
**PO Box 9146**
**San Juan PR 00908-0146**

## STATEMENT OF ACCOUNT

| STATEMENT DATE |
|---|
| 11/30/23 |



00001296 MFBPRR1201230449450R 4 100000000
OFFICE OF THE FPMPR LLC
PMB 292
B5 CALLE TABONUCO STE 216
GUAYNABO PR  00968-3022

**020-BUSINESS PLUS CORP**

2*  6609215250

| BEGINNING BALANCE | DEPOSITS / OTHER CREDITS | | CHECKS / OTHER DEBITS | | SERVICE CHARGES | ENDING BALANCE |
|---|---|---|---|---|---|---|
| | NUMBER | AMOUNT CREDITED | NUMBER | AMOUNT DEBITED | | |
| 3,487.28 | 3 | 426,146.94 | 15 | 426,086.88 | 0.00 | 3,547.34 |

**CHECKING ACCOUNT TRANSACTIONS**
**DEPOSITS AND OTHER CREDITS**
  DATE..........AMOUNT...........DESCRIPTION

```
 11/03      178,279.11          CHECK DEPOSIT-0000000102
 11/17       31,918.93          CHECK DEPOSIT-0000000102
 11/22      215,948.90          CHECK DEPOSIT-0000000108
```

**CHECKS**
  DATE....CHECK NO......AMOUNT                    DATE....CHECK NO......AMOUNT

```
 11/06       116       10,350.00                 11/27        117       10,350.00
```

**OTHER DEBITS**
  DATE..........AMOUNT...........DESCRIPTION

```
 11/06       91,952.43           ACH OFFSET
 11/08       65,398.66           ACH OFFSET
 11/10       10,474.35           ACH DEBIT -111023-021502010913309
                                 DEPT DE HACIENDA                        PR TAX
 11/17           40.00           Cash Mgmt Fee
 11/17            0.25           AA FEE SUBJ TO IVU*
 11/17            0.03           IVU ESTATAL
 11/20       31,918.93           ACH OFFSET
 11/27       99,237.06           ACH OFFSET
 11/28       97,777.56           ACH OFFSET
 11/29        8,584.28           ACH DEBIT -112923-021502010076573
                                 DEPT DE HACIENDA                        PR TAX
 11/30            2.99           PAPER STATEMENT FEE*
 11/30            0.31           IVU ESTATAL
 11/30            0.03           IVU MUNICIPAL
```



\* \* \* \* \* \* \* \* \* \* \* \* \* \* DAILY BALANCE INFORMATION \* \* \* \* \* \* \* \* \* \* \* \* \*
  DATE.........BALANCE      DATE.........BALANCE      DATE.........BALANCE

```
 10/31      3,487.28        11/10      3,590.95        11/27    109,912.51
 11/03    181,766.39        11/17     35,469.60        11/28     12,134.95
 11/06     79,463.96        11/20      3,550.67        11/29      3,550.67
 11/08     14,065.30        11/22    219,499.57        11/30      3,547.34
```

**1 First Bank**

After Five Days Return To:
PO Box 9146
San Juan PR 00908-0146

## STATEMENT OF ACCOUNT

| STATEMENT DATE |
|---|
| 12/31/23 |

00001274 MFBPRR0101240436390R 4 100000000

OFFICE OF THE FPMPR LLC
PMB 292
B5 CALLE TABONUCO STE 216
GUAYNABO PR  00968-3022

020-BUSINESS PLUS CORP

1*  6609215250

| BEGINNING BALANCE | DEPOSITS / OTHER CREDITS | | CHECKS / OTHER DEBITS | | SERVICE CHARGES | ENDING BALANCE |
|---|---|---|---|---|---|---|
| | NUMBER | AMOUNT CREDITED | NUMBER | AMOUNT DEBITED | | |
| 3,547.34 | 1 | 157,734.72 | 11 | 157,791.71 | 0.00 | 3,490.35 |

**CHECKING ACCOUNT TRANSACTIONS**
**DEPOSITS AND OTHER CREDITS**
  DATE...........AMOUNT...........DESCRIPTION

  12/13     157,734.72           CHECK DEPOSIT-0000000102

**CHECKS**
  DATE....CHECK NO......AMOUNT          DATE....CHECK NO......AMOUNT

  12/14        118       10,350.00

**OTHER DEBITS**
  DATE...........AMOUNT...........DESCRIPTION

  12/14     96,260.05            ACH OFFSET
  12/15     42,808.24            ACH OFFSET
  12/18      8,316.43            ACH DEBIT -121823-021502010121057
                                 DEPT DE HACIENDA              PR TAX
  12/18         40.00            Cash Mgmt Fee
  12/18         12.25            AA FEE SUBJ TO IVU*
  12/18          1.29            IVU ESTATAL
  12/18          0.12            IVU MUNICIPAL
  12/29          2.99            PAPER STATEMENT FEE*
  12/29          0.31            IVU ESTATAL
  12/29          0.03            IVU MUNICIPAL

* * * * * * * * * * * * DAILY BALANCE INFORMATION * * * * * * * * * * * * *
  DATE.........BALANCE     DATE.........BALANCE     DATE.........BALANCE
  11/30      3,547.34      12/14     54,672.01      12/18      3,493.68
  12/13    161,282.06      12/15     11,863.77      12/29      3,490.35

     *
     *
     *



After Five Days Return To:
PO Box 9146
San Juan PR 00908-0146

**1First Bank**

## STATEMENT OF ACCOUNT

| STATEMENT DATE |
|---|
| 01/31/24 |

00001212 FFBPRR0201240600250R 4 100000000

OFFICE OF THE FPMPR LLC
PMB 292
B5 CALLE TABONUCO STE 216
GUAYNABO PR  00968-3022

**020-BUSINESS PLUS CORP**

1*  6609215250

| BEGINNING BALANCE | DEPOSITS / OTHER CREDITS | | CHECKS / OTHER DEBITS | | SERVICE CHARGES | ENDING BALANCE |
|---|---|---|---|---|---|---|
|  | NUMBER | AMOUNT CREDITED | NUMBER | AMOUNT DEBITED | | |
| 3,490.35 | 1 | 168,268.46 | 11 | 168,317.37 | 0.00 | 3,441.44 |

**CHECKING ACCOUNT TRANSACTIONS**
**DEPOSITS AND OTHER CREDITS**
  DATE...........AMOUNT...........DESCRIPTION

  01/24       168,268.46          CHECK DEPOSIT-0000000108

**CHECKS**
  DATE....CHECK NO......AMOUNT           DATE....CHECK NO......AMOUNT

  01/25       119       10,400.00

**OTHER DEBITS**
  DATE...........AMOUNT...........DESCRIPTION

  01/17            40.00           **Cash Mgmt Fee**
  01/17             5.00           **AA FEE SUBJ TO IVU***
  01/17             0.53           **IVU ESTATAL**
  01/17             0.05           **IVU MUNICIPAL**
  01/25        97,405.59           ACH OFFSET
  01/26        51,357.24           ACH OFFSET
  01/29         9,105.63           ACH DEBIT -012924-021502010227481
                                   DEPT DE HACIENDA                PR TAX
  01/31             2.99           **PAPER STATEMENT FEE***
  01/31             0.31           **IVU ESTATAL**
  01/31             0.03           **IVU MUNICIPAL**

* * * * * * * * * * * * * DAILY BALANCE INFORMATION * * * * * * * * * * * * *
  DATE.........BALANCE    DATE.........BALANCE    DATE.........BALANCE
  12/31       3,490.35    01/25       63,907.64   01/31       3,441.44
  01/17       3,444.77    01/26       12,550.40
  01/24     171,713.23    01/29        3,444.77

  *
    *
      *



After Five Days Return To:
PO Box 9146
San Juan PR 00908-0146



## STATEMENT OF ACCOUNT

| STATEMENT DATE |
|---|
| 02/29/24 |



00000384 FFBPRR0301241144290R 4 100000000

OFFICE OF THE FPMPR LLC
PMB 292
B5 CALLE TABONUCO STE 216
GUAYNABO PR  00968-3022

020-BUSINESS PLUS CORP

1*  6609215250

| BEGINNING BALANCE | DEPOSITS / OTHER CREDITS | | CHECKS / OTHER DEBITS | | SERVICE CHARGES | ENDING BALANCE |
|---|---|---|---|---|---|---|
| | NUMBER | AMOUNT CREDITED | NUMBER | AMOUNT DEBITED | | |
| 3,441.44 | 1 | 191,836.43 | 12 | 191,335.89 | 0.00 | 3,941.98 |

**CHECKING ACCOUNT TRANSACTIONS**
**DEPOSITS AND OTHER CREDITS**
 DATE..........AMOUNT...........DESCRIPTION

  02/23       191,836.43          CHECK DEPOSIT-0000000108

**CHECKS**
 DATE....CHECK NO......AMOUNT              DATE....CHECK NO......AMOUNT

  02/26        120       10,400.00

**OTHER DEBITS**
 DATE..........AMOUNT...........DESCRIPTION

  02/20           40.00           Cash Mgmt Fee
  02/20            5.25           AA FEE SUBJ TO IVU*
  02/20            0.55           IVU ESTATAL
  02/20            0.05           IVU MUNICIPAL
  02/26       90,940.03           ACH OFFSET
  02/27       52,765.99           ACH OFFSET
  02/27       27,794.64           ACH OFFSET
  02/28        9,386.05           ACH DEBIT -022824-021502015945713
                                  DEPT DE HACIENDA            PR TAX
  02/29            2.99           PAPER STATEMENT FEE*
  02/29            0.31           IVU ESTATAL
  02/29            0.03           IVU MUNICIPAL

  * * * * * * * * * * * * DAILY BALANCE INFORMATION * * * * * * * * * * * * *
     DATE.........BALANCE    DATE.........BALANCE    DATE.........BALANCE
     01/31        3,441.44   02/26       93,891.99   02/29        3,941.98
     02/20        3,395.59   02/27       13,331.36
     02/23      195,232.02   02/28        3,945.31

  *
  *
  *





**After Five Days Return To:**
**PO Box 9146**
**San Juan PR 00908-0146**

## STATEMENT OF ACCOUNT

| STATEMENT DATE |
|---|
| 03/31/24 |

00000087 FFBPRR0401240450560R 2 100000000



OFFICE OF THE FPMPR LLC
PMB 292
B5 CALLE TABONUCO STE 216
GUAYNABO PR  00968-3022

**020-BUSINESS PLUS CORP**

0*  6609215250

| BEGINNING BALANCE | DEPOSITS / OTHER CREDITS | | CHECKS / OTHER DEBITS | | SERVICE CHARGES | ENDING BALANCE |
|---|---|---|---|---|---|---|
| | NUMBER | AMOUNT CREDITED | NUMBER | AMOUNT DEBITED | | |
| 3,941.98 | 1 | 16,267.18 | 8 | 16,318.32 | 0.00 | 3,890.84 |

**CHECKING ACCOUNT TRANSACTIONS**
**DEPOSITS AND OTHER CREDITS**
   DATE..........AMOUNT...........DESCRIPTION

   03/13        16,267.18         CHECK DEPOSIT-0000000108

**OTHER DEBITS**
   DATE..........AMOUNT...........DESCRIPTION

   03/15            40.00         Cash Mgmt Fee
   03/15             7.00         AA FEE SUBJ TO IVU*
   03/15             0.74         IVU ESTATAL
   03/15             0.07         IVU MUNICIPAL
   03/18        16,267.18         ACH OFFSET
   03/29             2.99         PAPER STATEMENT FEE*
   03/29             0.31         IVU ESTATAL
   03/29             0.03         IVU MUNICIPAL

* * * * * * * * * * * * * DAILY BALANCE INFORMATION * * * * * * * * * * * * *
   DATE.........BALANCE     DATE.........BALANCE     DATE.........BALANCE
   02/29        3,941.98    03/15       20,161.35    03/29        3,890.84
   03/13       20,209.16    03/18        3,894.17

   *
   *
   *



**After Five Days Return To:**
**PO Box 9146**
**San Juan PR 00908-0146**



## STATEMENT OF ACCOUNT

| STATEMENT DATE |
|---|
| 04/30/24 |

00001513 FFBPRR0501241014280R 3 100000000



OFFICE OF THE FPMPR LLC
PMB 292
B5 CALLE TABONUCO STE 216
GUAYNABO PR  00968-3022

**020-BUSINESS PLUS CORP**

1*  6609215250

| BEGINNING BALANCE | DEPOSITS / OTHER CREDITS | | CHECKS / OTHER DEBITS | | SERVICE CHARGES | ENDING BALANCE |
|---|---|---|---|---|---|---|
| | NUMBER | AMOUNT CREDITED | NUMBER | AMOUNT DEBITED | | |
| 3,890.84 | 2 | 198,849.81 | 12 | 198,895.37 | 0.00 | 3,845.28 |

```
CHECKING ACCOUNT TRANSACTIONS
DEPOSITS AND OTHER CREDITS
 DATE..........AMOUNT...........DESCRIPTION

 04/08      184,445.51          CHECK DEPOSIT-0000000102
 04/12       14,404.30          CHECK DEPOSIT-0000000102

CHECKS
 DATE....CHECK NO......AMOUNT            DATE....CHECK NO......AMOUNT

 04/10        121      10,350.00

OTHER DEBITS
 DATE..........AMOUNT...........DESCRIPTION

 04/09       91,794.51          ACH OFFSET
 04/10       72,392.74          ACH OFFSET
 04/11        9,908.26          ACH DEBIT -041124-021502018403946
                                DEPT DE HACIENDA                    PR TAX
 04/15           40.00          Cash Mgmt Fee
 04/15            2.00          AA FEE SUBJ TO IVU*
 04/15            0.21          IVU ESTATAL
 04/15            0.02          IVU MUNICIPAL
 04/16       14,404.30          ACH OFFSET
 04/30            2.99          PAPER STATEMENT FEE*
 04/30            0.31          IVU ESTATAL
 04/30            0.03          IVU MUNICIPAL

* * * * * * * * * * * * * * DAILY BALANCE INFORMATION * * * * * * * * * * * *
     DATE.........BALANCE     DATE.........BALANCE     DATE.........BALANCE
     03/31       3,890.84     04/10       13,799.10    04/15       18,252.91
     04/08     188,336.35     04/11        3,890.84    04/16        3,848.61
     04/09      96,541.84     04/12       18,295.14    04/30        3,845.28

      *
      *
      *
```



**After Five Days Return To:**
**PO Box 9146**
**San Juan PR 00908-0146**



## STATEMENT OF ACCOUNT

| STATEMENT DATE |
|---|
| 05/31/24 |

00001237 FFBPRR0603240613030R 4 100000000



OFFICE OF THE FPMPR LLC
PMB 292
B5 CALLE TABONUCO STE 216
GUAYNABO PR  00968-3022

**020-BUSINESS PLUS CORP**

2*  6609215250

| BEGINNING BALANCE | DEPOSITS / OTHER CREDITS | | CHECKS / OTHER DEBITS | | SERVICE CHARGES | ENDING BALANCE |
|---|---|---|---|---|---|---|
| | NUMBER | AMOUNT CREDITED | NUMBER | AMOUNT DEBITED | | |
| 3,845.28 | 4 | 510,222.51 | 14 | 510,437.99 | 0.00 | 3,629.80 |

**CHECKING ACCOUNT TRANSACTIONS**
**DEPOSITS AND OTHER CREDITS**
  DATE..........AMOUNT..........DESCRIPTION

```
  05/06     247,983.71       CHECK DEPOSIT-0000000102
  05/07     240,983.71       CHECK DEPOSIT-0000000102
  05/09      21,225.09       CHECK DEPOSIT-0000000102
  05/10          30.00       CREDIT MEMO
```

**CHECKS**
  DATE....CHECK NO......AMOUNT              DATE....CHECK NO......AMOUNT

```
  05/08      123     247,983.71             05/08      122      10,350.00
```

**OTHER DEBITS**
  DATE..........AMOUNT..........DESCRIPTION

```
  05/08      99,578.61       ACH OFFSET
  05/09      74,088.40       ACH OFFSET
  05/10      14,014.16       ACH DEBIT -051024-021502013947343
                             DEPT DE HACIENDA                    PR TAX
  05/13      62,911.70       ACH OFFSET
  05/17          40.00       Cash Mgmt Fee
  05/17           6.75       AA FEE SUBJ TO IVU*
  05/17           0.71       IVU ESTATAL
  05/17           0.07       IVU MUNICIPAL
  05/24       1,460.55       ACH OFFSET
  05/31           2.99       PAPER STATEMENT FEE*
  05/31           0.31       IVU ESTATAL
  05/31           0.03       IVU MUNICIPAL
```



* * * * * * * * * * * * * DAILY BALANCE INFORMATION * * * * * * * * * * * * *
  DATE.........BALANCE       DATE.........BALANCE       DATE.........BALANCE

```
  04/30       3,845.28       05/09      82,037.07       05/24       3,633.13
  05/06     251,828.99       05/10      68,052.91       05/31       3,629.80
  05/07     492,812.70       05/13       5,141.21
  05/08     134,900.38       05/17       5,093.68
```

After Five Days Return To:
PO Box 9146
San Juan PR 00908-0146



## STATEMENT OF ACCOUNT

| STATEMENT DATE |
|---|
| 06/30/24 |

00001856 FFBPRR0701240502100R 4 100000000



OFFICE OF THE FPMPR LLC
PMB 292
B5 CALLE TABONUCO STE 216
GUAYNABO PR  00968-3022

**020-BUSINESS PLUS CORP**

1*  6609215250

| BEGINNING BALANCE | DEPOSITS / OTHER CREDITS | | CHECKS / OTHER DEBITS | | SERVICE CHARGES | ENDING BALANCE |
|---|---|---|---|---|---|---|
| | NUMBER | AMOUNT CREDITED | NUMBER | AMOUNT DEBITED | | |
| 3,629.80 | 2 | 319,940.36 | 14 | 309,640.10 | 0.00 | 13,930.06 |

```
CHECKING ACCOUNT TRANSACTIONS
DEPOSITS AND OTHER CREDITS
  DATE..........AMOUNT...........DESCRIPTION

  06/04      161,839.80         CHECK DEPOSIT-0000000112
  06/12      158,100.56         CHECK DEPOSIT-0000000108

CHECKS
  DATE....CHECK NO......AMOUNT              DATE....CHECK NO......AMOUNT

  06/05        125      10,350.00

OTHER DEBITS
  DATE..........AMOUNT...........DESCRIPTION

  06/05       96,487.38          ACH OFFSET
  06/06       48,569.16          ACH OFFSET
  06/07        6,433.26          ACH DEBIT -060724-021502017748938
                                 DEPT DE HACIENDA                    PR TAX
  06/14       98,391.07          ACH OFFSET
  06/17           40.00          Cash Mgmt Fee
  06/17            5.75          AA FEE SUBJ TO IVU*
  06/17       41,768.74          ACH OFFSET
  06/17            0.60          IVU ESTATAL
  06/17            0.06          IVU MUNICIPAL
  06/18        7,590.75          ACH DEBIT -061824-021502012942332
                                 DEPT DE HACIENDA                    PR TAX
  06/28            2.99          PAPER STATEMENT FEE*
  06/28            0.31          IVU ESTATAL
  06/28            0.03          IVU MUNICIPAL

* * * * * * * * * * * * * DAILY BALANCE INFORMATION * * * * * * * * * * * *
  DATE.........BALANCE     DATE.........BALANCE     DATE.........BALANCE
  05/31       3,629.80     06/07       3,629.80     06/18      13,933.39
  06/04     165,469.60     06/12     161,730.36     06/28      13,930.06
  06/05      58,632.22     06/14      63,339.29
  06/06      10,063.06     06/17      21,524.14
```

