OFFICE OF THE FPMPR LLC.
B-5 Calle Tabonuco Suite 216 PMB 292
Guaynabo, Puerto Rico 00968

July 1, 2024

Travel Expenses by the members of the Office of the FPMPR LLC. for June 2024:

| NAME | AMOUNT | MONTH |
|---|---|---|
| 1. John Romero | $2,749.49 | June 2024 |
| 2. Denise Rodriguez | $2,395.47 | June 2024 |
| 3. Donald S. Gosselin | $2,233.06 | June 2024 |
| 4. Alan Youngs | $2,284.80 | June 2024 |
| 5. Scott Cragg | Pending | June 2024 |
| 6. David Levy | $2,417.56 | June 2024 |
| 7. Rafael Ruiz | $1,461.69 | June 2024 |
| 8. Hipólito Castro | $2,142.59 | June 2024 |
|  |  |  |
| **TOTAL:** | **$15,684.66** | June 2024 |
|  |  |  |