# FPM TRAVEL REIMBURSEMENT COVER SHEET

Name: John Romero

Invoice number: 120 T

Invoice date: June 30, 2024

Site visit travel dates: June 23-28, 2024

**Total travel reimbursement amount $2,749.49**

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.*



June 30, 2024

Signature                                                                                          Date

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
| --- | --- | --- | --- |
| Airfare | $1,061.90 | 1 | $1,061.90 |
| Baggage | $ | 0 | $0 |
| Ground Transportation (Uber/Lyft/Taxi) |  |  | $0 |
| Ground Transportation (Parking) | $ | 0 | $0 |
| Ground Transportation (Mileage) | $0.67 | 82 | $54.94 |
| 0 |  |  |  |
| Lodging | $192.93 | 5 | $964.65 |
| Per Diem (Travel Days) | $ 98.00 | 2 | $196.00 |
| Per Diem (Full Days) | $118.00 | 4 | $ 472.00 |
| Other: |  |  |  |
| Total |  |  | $2,749.49 |

 **Gmail**              John Romero <jrrjjr.romero@gmail.com>

## JetBlue booking confirmation for JOHN J ROMERO - LAXTGV
1 message

**JetBlue Reservations** <jetblueairways@email.jetblue.com>     Mon, Apr 15, 2024 at 4:39 PM
Reply-To: JetBlue Reservations <reply@email.jetblue.com>
To: jrrjjr.romero@gmail.com

Check out the details for your trip on Sat, Jun 22     Français | Español

**jetBlue**

#3486580574

# You're all set to jet.

And, your continued loyalty is what keeps us flying high. Thanks again for being a Mosaic member.

## Your Flight Itinerary

### Your JetBlue confirmation code is LAXTGV

| LAX ▶ MCO | Flight 132 | | Sat, Jun 22 | Sun, Jun 23 |
|---|---|---|---|---|
| jetBlue | | ✈ | 11:05pm  Terminal: 5 | – 7:00am |

| MCO ▶ SJU | Flight 1133 | | Sun, Jun 23 | Sun, Jun 23 |
|---|---|---|---|---|
| jetBlue | | ✈ | 10:25am  Terminal: C | – 1:25pm |

| SJU ▶ MCO  jetBlue | Flight 1634 | 🛬 | Fri, Jun 28  **2:50pm**  Terminal: A | — | Fri, Jun 28  **6:04pm** |
|---|---|---|---|---|---|
| MCO ▶ LAX  jetBlue | Flight 131 | 🛬 | Fri, Jun 28  **8:30pm**  Terminal: C | — | Fri, Jun 28  **10:34pm** |

Get the latest entry and travel requirements for your trip.

# Your Traveler Details

## JOHN J ROMERO

Los Angeles
**LAX**

Orlando
**MCO**

**TrueBlue Number:** 3486580574

**Ticket number:** 2792151071005

**Flight #** 132

**Fare:** Blue

**Seat:** 2C  EVEN MORE SPACE

**Notes:** Even More® Space

[Manage my booking]

Orlando
**MCO**

San Juan
**SJU**

**TrueBlue Number:** 3486580574

**Ticket number:** 2792151071005

**Flight #** 1133

**Fare:** Blue

**Seat:** 2C  EVEN MORE SPACE

**Notes:** Even More® Space

[Manage my booking]

San Juan
**SJU**

Orlando
**MCO**

**TrueBlue Number:** 3486580574

**Ticket number:** 2792151071005

**Flight #** 1634

**Fare:** Blue

**Seat:** 4C EVEN MORE SPACE

**Notes:** Even More® Space

Manage my booking

Orlando
**MCO**

Los Angeles
**LAX**

**TrueBlue Number:** 3486580574

**Ticket number:** 2792151071005

**Flight #** 131

**Fare:** Blue

**Seat:** 2C EVEN MORE SPACE

**Notes:** Even More® Space

Manage my booking

## Bag Allowance (per traveler)

LAX ▶ SJU

| Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|
| Free | Free | Free Mosaic Perk | Free Mosaic Perk |

SJU ▶ LAX

| Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|
| Free | Free | Free Mosaic Perk | Free Mosaic Perk |

Size and weight limits apply. See full details on our Bag Info page ▶

Free checked bag benefit for Mosaic members applies to JetBlue-operated flights only.

Additional charges may apply.

**Need to check more than 2 bags?** Additional bags can be added during check-in (starting 24 hours before departure) or at the airport.

## Payment Details

Master XXXXXXXXXXX1805

Purchase Date: Apr 15, 2024
Request full receipt

| | | |
|---|---|---|
| CREDIT_CARD | | $1,061.90 |
| NONREF | | $988.30 |
| Taxes & fees | | $73.60 |
| **Total** | | **$1,061.90 USD** |

## Change made easy.

Change or cancel flights, add extras like Even More® Space seats or pets, select or switch seats, update TrueBlue & Known Traveler numbers, and other traveler details—all in one place. Stay safe from fraud—use only jetblue.com or the JetBlue app to change or cancel your flights.

[Manage my booking]

**If your booking was made at least 7 days in advance:** You have 24 hours from the time booking was made to cancel your flight and receive a full refund to your original form of payment, without a cancellation fee.

**JetBlue Change/Cancel Policy:** There is no fee to change (or cancel) Blue, Blue Extra, Blue Plus or Mint fares. Blue Basic fares cannot be changed and are subject to a cancel fee of $100 for travel wholly within the U.S., Caribbean, Mexico or Central America, or $200 for all other routes.

Fare difference may apply and funds may be in the form of a JetBlue travel credit, valid for 12 months from original ticketing date. As a Mosaic, same-day switches



John Romero <jrrjjr.romero@gmail.com>

## Itinerary receipt notice

**JetBlue** <jetblueairways@email.jetblue.com>  
Reply-To: JetBlue <reply@email.jetblue.com>  
To: jrrjjr.romero@gmail.com

Mon, Apr 15, 2024 at 5:42 PM



## Your travel receipt.

Thanks for flying JetBlue!

## Travel Purchase

**Date of requested receipt: 2024-04-15**          **Record Locator:** LAXTGV

| | | | |
|---|---|---|---|
| **LAX** | **MCO** | Travel date | 2024-06-22T23:05:00 |
| | | Flight number | 0132 |
| **MCO** | **SJU** | Travel date | 2024-06-23T10:25:00 |
| | | Flight number | 1133 |
| **SJU** | **MCO** | Travel date | 2024-06-28T14:50:00 |
| | | Flight number | 1634 |
| **MCO** | **LAX** | Travel date | 2024-06-28T20:30:00 |
| | | Flight number | 0131 |

**Traveler(s)**                                          **Ticket number(s)**

**ROMERO/JOHN J MR**                            2792151071005

| | | | |
|---|---|---|---|
| **Base fare:** | | $988.30 USD | |
| **Taxes & fees breakdown:** | AMOUNT | CURRENCY | PURPOSE - (CODE) |
| | $18.00 | USD | U.S. Passenger Facility Charge - (XF) |
| | $11.20 | USD | U.S. September 11th Security Fee - (AY) |
| | $44.40 | USD | U.S. Transportation Tax - (US2) |
| **Taxes & fees total:** | $73.60 | USD | |
| **Base fare total:** | **$1,061.90** | | |
| **Payment(s):** | | | |
| | Mastercard XXXXXXXXXXXX1805 | | $1,061.90 |

## Total paid: $1,061.90 USD*

*includes all fares, taxes, fees and penalties less any amounts refunded

Flight Status  |  Bag Info  |  Airport Info

## Stay connected

 Download the JetBlue mobile app

   

Help

Business Travel

Privacy

About JetBlue

Please call 1-800-JETBLUE (1-800-538-2583) for additional assistance.

Positive identification required for airport check-in.

Notice:
Carriage and other service provided by the carrier are subject to conditions of carriage, which are hereby incorporated by reference. These conditions may be obtained from the issuing carrier. E-ticket

**COURTYARD**
**Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave
San Juan, PR 00907
T 787.721.7400
F 787.723.0068

Mr John Romero
2301 Pacific Ave
Costa Mesa CA 92627
United States

Room: 0901
Room Type: KSTE
No. of Guests: 1
Rate: $ 160.00  Clerk: 8

Marriott Rewards #   756834271

CRS Number  77951118

Name:

Arrive:  06-23-24             Time:  10:43 AM           Depart:  06-28-24            Folio Number: 784544

| Date | Description | Charges | Credits |
|---|---|---|---|
| 06-23-24 | COMEDOR- Guest Charge (Breakfast) | 4.95 | |
| 06-23-24 | Package | 160.00 | |
| 06-23-24 | Destination Fee | 17.00 | |
| 06-23-24 | Government Tax | 15.93 | |
| 06-24-24 | COMEDOR- Guest Charge (Breakfast) | 4.95 | |
| 06-24-24 | Package | 160.00 | |
| 06-24-24 | Destination Fee | 17.00 | |
| 06-24-24 | Government Tax | 15.93 | |
| 06-25-24 | COMEDOR- Guest Charge (Breakfast) | 4.95 | |
| 06-25-24 | Package | 160.00 | |
| 06-25-24 | Destination Fee | 17.00 | |
| 06-25-24 | Government Tax | 15.93 | |
| 06-26-24 | COMEDOR- Guest Charge (Breakfast) | 4.95 | |
| 06-26-24 | Package | 160.00 | |
| 06-26-24 | Destination Fee | 17.00 | |
| 06-26-24 | Government Tax | 15.93 | |
| 06-27-24 | Package | 160.00 | |
| 06-27-24 | Destination Fee | 17.00 | |
| 06-27-24 | Government Tax | 15.93 | |
| 06-28-24 | COMEDOR- Guest Charge (Breakfast) | 4.95 | |
| 06-28-24 | American Express | | 989.40 |
| | Card # XXXXXXXXXXX1003 | | |



FPMPR TRAVEL EXPENSE NOTE:

**John Romero Travel Expense Invoices Note:**

**Date: June 30, 2024**

**Notes:**

Please note:

- Travel Expenses:
  - The Even More Space Note in the Airfare receipt is a free benefit from the Airline as a Mosaic Status Perk.