

FPM TRAVEL REIMBURSEMENT COVER SHEET

Name: Denise Rodriguez

Invoice number: #045-1

Invoice date: July 01, 2024

Site visit travel dates: June 01 – June 31, 2024

Total travel reimbursement amount (*see page 2 for details*): $ 2395.47

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.*

| | |
|---|---|
| *Denise Rdz* | July 01, 2024 |
| Signature | Date |

# Office of the Technical Compliance Advisor Travel Reimbursement Form



**Traveler Name: Denise Rodriguez**
**Travel Dates: June 23-June 27**
**Purpose of Travel: Site visit**

## Travel Reimbursement

| Expense | Unit Cost | | Units | Total | |
|---|---|---|---|---|---|
| Airfare | $ | 1,174.55 | 1 | $ | 1,174.55 |
| Baggage | $ | - | 0 | $ | - |
| Uber from Airport to hotel | $ | - | 0 | $ | - |
| Ground Transportation (Parking) | $ | - | 0 | $ | - |
| Ground Transportation (Mileage) | $ | - | 0 | $ | - |
| Lodging | $ | 160.23 | 4 | $ | 640.92 |
| | | | | | |
| Per Diem (Travel Days) | $ | 98.00 | 2 | $ | 196.00 |
| Per Diem (Full Days) | $ | 118.00 | 3 | $ | 354.00 |
| Airport parking | $ | 6.00 | 5 | $ | 30.00 |
| Total | | | | $ | 2,395.47 |

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

**COURTYARD**®
**Marriott**®

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Ms Denise Rodriguez
3003 San Sebastian St
Mission TX 78572
United States

Marriott Rewards #    286891726

Name:

Room: 1014
Room Type: EKNG
No. of Guests: 1
Rate: $  130.00  Clerk: 36
CRS Number  92812958

Arrive:  06-23-24          Time:  09:07 PM          Depart:  06-27-24          Folio Number:  790597

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 06-23-24 | Package | 130.00 | |
| 06-23-24 | Destination Fee | 17.00 | |
| 06-23-24 | Government Tax | 13.23 | |
| 06-24-24 | Comedor - Guest Charge | 1.00 | |
| 06-24-24 | Package | 130.00 | |
| 06-24-24 | Destination Fee | 17.00 | |
| 06-24-24 | Government Tax | 13.23 | |
| 06-25-24 | COMEDOR- Guest Charge (Breakfast) | 3.00 | |
| 06-25-24 | Package | 130.00 | |
| 06-25-24 | Destination Fee | 17.00 | |
| 06-25-24 | Government Tax | 13.23 | |
| 06-26-24 | Package | 130.00 | |
| 06-26-24 | Destination Fee | 17.00 | |
| 06-26-24 | Government Tax | 13.23 | |
| 06-27-24 | Comedor - Guest Charge | 5.55 | |
| 06-27-24 | American Express | | 650.47 |
| | *Card #  XXXXXXXXXXX1002* | | |

**COURTYARD**®
**Marriott**®

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Ms Denise Rodriguez
3003 San Sebastian St
Mission TX 78572
United States

Room: 1014
Room Type: EKNG
No. of Guests:  1
Rate:  $    130.00  Clerk: 36

Marriott Rewards #     286891726

CRS Number  92812958

Name:

Arrive:  06-23-24          Time:  09:07 PM          Depart:  06-27-24          Folio Number:  790597

| Date | Description | | Charges | Credits |
|------|-------------|---|---------|---------|
| | | **Balance** | | **0.00 USD** |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.



INSERT THIS WAY

359 06/23 10:46 06/27 23:57 $30.00 1002

| | |
|---|---|
| **From:** | United Airlines |
| **To:** | DRODRIGUEZ_PRI@OUTLOOK.COM |
| **Subject:** | eTicket Itinerary and Receipt for Confirmation F6JP9H |
| **Date:** | Monday, June 3, 2024 1:00:03 PM |



Mon, Jun 03, 2024

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# F6JP9H

| Flight 1 of 4 UA4358 | Class: United Economy (Q) |
|---|---|
| Sun, Jun 23, 2024 | Sun, Jun 23, 2024 |
| 12:03 PM | 01:28 PM |
| McAllen, TX, US (MFE) | Houston, TX, US (IAH) |

Flight Operated by COMMUTEAIR DBA UNITED EXPRESS.

| Flight 2 of 4 UA1914 | Class: United Economy (Q) |
|---|---|
| Sun, Jun 23, 2024 | Sun, Jun 23, 2024 |
| 03:05 PM | 08:38 PM |
| Houston, TX, US (IAH) | San Juan, PR, US (SJU) |

| Flight 3 of 4 UA668 | Class: United Economy (Q) |
|---|---|
| Thu, Jun 27, 2024 | Thu, Jun 27, 2024 |
| 02:55 PM | 06:49 PM |
| San Juan, PR, US (SJU) | Houston, TX, US (IAH) |

| Flight 4 of 4 UA1663 | Class: United Economy (W) |
|---|---|
| Thu, Jun 27, 2024 | Thu, Jun 27, 2024 |
| 08:24 PM | 09:43 PM |
| Houston, TX, US (IAH) | McAllen, TX, US (MFE) |

Traveler Details

RODRIGUEZ/DENISE
eTicket number: **0162393978463**
Frequent Flyer: **UA-XXXXX985 Premier Gold**

Seats: **MFE-IAH 06A**
**IAH-SJU 11F**
**SJU-IAH 11F**
**IAH-MFE 10F**

## Purchase Summary

| | |
|---|---|
| Method of payment: | **American Express ending in 1002** |
| Date of purchase: | **Mon, Jun 03, 2024** |
| Airfare: | **1100.95** |
| U.S. Transportation Tax: | **44.40** |
| Passenger Civil Aviation Security Service Fee: | **11.20** |
| U.S. Passenger Facility Charge: | **18.00** |
| Total Per Passenger: | **1174.55 USD** |
| Total: | 1174.55 USD |

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT

Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

## MileagePlus Accrual Details

| Denise Rodriguez | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Sun, Jun 23, 2024 | 4358 | McAllen, TX, US (MFE) to Houston, TX, US (IAH) | 552 | 69 | 1 |
| Sun, Jun 23, 2024 | 1914 | Houston, TX, US (IAH) to San Juan, PR, US (SJU) | 3512 | 439 | 1 |
| Thu, Jun 27, 2024 | 668 | San Juan, PR, US (SJU) to Houston, TX, US (IAH) | 3320 | 415 | 1 |
| Thu, Jun 27, 2024 | 1663 | Houston, TX, US (IAH) to McAllen, TX, US (MFE) | 1432 | 179 | 1 |
| MileagePlus accrual totals: | | | 8816 | 1102 | 4 |

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Sun, Jun 23, 2024 McAllen, TX, US (MFE) to San Juan, PR, US (SJU - Luis Muñoz Marín) | 0.00 USD | 0.00 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |
| Thu, Jun 27, 2024 San Juan, PR, US (SJU - Luis Muñoz Marín) | 0.00 USD | 0.00 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |