## Travel Breakout

**Traveler: Donald S. Gosselin  - JUNE 2024 TRAVEL.**

| Expense | Unit Cost | Units | Column1 | Total | Column2 | Column3 |
|---|---|---|---|---|---|---|
| Airfare R/T PTY-SJU Coach 16-20 JUN 2024 | $ 585.30 | 1 | $ - | $ 585.30 | COPA PTY-SJU COACH | |
| | $ - | 1 | | $ - | | |
| | $ - | 1 | | $ - | | |
| | $ - | 1 | | $ - | | |
| | | 0 | | $ - | Airport Parking Sun-Fri | |
| Ground Transport Home/Airfield/Home (RT) | $ 0.670 | 48 | | $ 32.16 | HOME/AIRFIELD/HOME **Round Trip** | |
| Tolls /Use of Rental Vehicle/to-from Base | $9.95 | | WAIVED | $ - | MA/NH/ME/PTY Tolls | |
| Lodging | $ 195.00 | 4 | | $ 780.00 | DOD RATE $245/$217 | |
| Per Diem (Travel Days) DOD JUNE 2024 RATE | $ 98.00 | 2 | | $ 196.00 | DOD RATE eff 6/1/24 | |
| Per Diem (Full Days) DOD JUNE 2024 RATE | $ 118.00 | 3 | | $ 354.00 | DOD RATE eff 6/1/24 | |
| Hotel TAX + Fees  ($45.00 + $26.40) | $ 71.40 | 4 | | $ 285.60 | | |
| | | | | | | |
| **Total** | | | | **$ 2,233.06** | | |



## ELECTRONIC TICKET FOR  DONALD GOSSELIN
11 May 2024

| Order ID | Manage your Reservation |
|---|---|
| **AQQSA4** | |

Thank you for choosing Copa Airlines for your travel plans. Please read these important details about your reservation and itinerary.

## PASSENGER DETAILS

| Name | Frequent Flyer # | Star Alliance Status | Ticket Number |
|---|---|---|---|
| DONALD GOSSELIN | 233164538 | ConnectMiles | 2302185588418 |

## FLIGHT ITINERARY:

### Panama(PTY) - San Juan(SJU) - Flight Number - CM142 - Economy

| Departure | Arrival | Flight Details |
|---|---|---|
| Sunday June 16,2024 | Sunday June 16,2024 | Flight Duration:(02h 51m) |
| 12:09 PM | 4:00 PM | Aircraft: |
| Panama(PTY) | San Juan(SJU) | Flight Operated by:  |
| | | Seats Reserved: Yes - Reserve or Change Seats |

### San Juan(SJU) - Panama(PTY) - Flight Number - CM143 - Economy

| Departure | Arrival | Flight Details |
|---|---|---|
| Thursday June 20,2024 | Thursday June 20,2024 | Flight Duration:(02h 58m) |
| 5:22 PM | 7:20 PM | Aircraft: |
| San Juan(SJU) | Panama(PTY) | Flight Operated by:  |
| | | Seats Reserved: Yes - Reserve or Change Seats |

## AIR TRANSPORTATION CHARGES

| Description | Rate |
|---|---|
| Total | 585.3USD |
| AH | 2.5 |
| F3 | 12.0 |
| FZ | 40.0 |

| | |
|---|---:|
| PA | 32.9 |
| AY | 5.6 |
| XA | 3.83 |
| XY | 7.0 |
| YC | 6.97 |
| XF | 4.5 |

To know more about fare family details click here Copa.com

### PAYMENT METHOD:
CREDIT CARD                                                                 585.3USD

A non-refundable administrative fee will be charged per-person and added to the total ticket price upon purchase of your tickets at our Sales Offices, Airports and Reservations Centers. In some countries local taxes may apply to the fee. For more information about this administrative fee, please click  here

It is the passenger's responsibility to ensure to obtain and comply with the travel requirements established by the authorities of the place of origin, transit and destination.Before boarding, Copa Airlines will verify that the passenger has the necessary immigration or health requirements for the place of origin and destination. Any passenger who provides false or misleading information regarding such requirements will be responsible for any expenses incurred or fines imposed on the airline for this reason.

Please review your baggage policy for information about your baggage allowance.

Your personal data will be processed in accordance with our privacy policy. For more details on how your personal data is collected, used and transferred, please visit Copa.com

**Travel policies**
**Terms and Conditions of this contract**
 **Contribute to environmental sustainability**  



**Need help?**
For inquiries about reservations, charges, status of your flight and more, please visit Copa.com

**Follow Us on  Social Media:**

   

 This automated email has been sent to attygosselin@gmail.com  in order to provide you with  information about your trip.
 Please do not reply to this email  using  the 'Reply' button. For assistance,  please contact our Reservation Center.
 View our Privacy Policy.

INFORMATION INVOICE 

**SHERATON**
Puerto Rico
Resort & Casino

200 CONVENTION BOULEVARD, SAN JUAN  PUERTO RICO 00907

| | | | | | |
|---|---|---|---|---|---|
| *Guest Name* | **Donald Gosselin** | | | *Page No.* | 1 / 2 |
| *Address* | **12 Naomi St** | | | *Folio No.* | 4132453 |
| *City* | **Sebago** | *Country:* | United States | *Marriott Bonvoy No.* | 839932555 |
| | | *Arrival* | 06/16/24 | *Conf No.* | 88745969 |
| *Company* | Xxx | *Departure* | 06/20/24 | *Room No.* | 1123 |
| | | *Rate* | USD 195.00 | *Pax* | 1 |

| Date | | Description | Debits | Credits |
|---|---|---|---:|---:|
| 06/16/24 | 1 | Room Service Food - Dinner | 7.00 | |
| | | Room# 1123 : CHECK# 1152978 | | |
| 06/16/24 | 1 | Room Service - Delivery Charge | 5.00 | |
| | | Room# 1123 : CHECK# 1152978 | | |
| 06/16/24 | 1 | Tips - Room Service | 1.25 | |
| | | Room# 1123 : CHECK# 1152978 | | |
| 06/16/24 | 1 | Room Service Sales Municipal Tax 1% - IVU | 0.12 | |
| | | Room# 1123 : CHECK# 1152978 | | |
| 06/16/24 | 1 | Room Service Sales Tax 10.5%-IVU | 0.53 | |
| | | Room# 1123 : CHECK# 1152978 | | |
| 06/16/24 | 1 | Room Service Reduced Tax 6%-IVU | 0.42 | |
| | | Room# 1123 : CHECK# 1152978 | | |
| 06/16/24 | 1 | Room Charge | 195.00 | |
| 06/16/24 | 1 | Resort Fee $45 Flat | 45.00 | |
| 06/16/24 | 1 | Room Occupancy Tax | 26.40 | |
| 06/17/24 | 1 | Choices Rest. Food - Breakfast | 0.28 | |
| | | Room# 1123 : CHECK# 1163462 | | |
| 06/17/24 | 1 | Tips - Restaurant | 4.00 | |
| | | Room# 1123 : CHECK# 1163462 | | |
| 06/17/24 | 1 | Brkfst Choices Reduced Tax 6% | 0.02 | |
| | | Room# 1123 : CHECK# 1163462 | | |
| 06/17/24 | 1 | Room Charge | 195.00 | |
| 06/17/24 | 1 | Resort Fee $45 Flat | 45.00 | |
| 06/17/24 | 1 | Room Occupancy Tax | 26.40 | |
| 06/18/24 | 1 | Tips - Restaurant | 3.50 | |
| | | Room# 1123 : CHECK# 1163528 | | |
| 06/18/24 | 1 | Room Charge | 195.00 | |
| 06/18/24 | 1 | Resort Fee $45 Flat | 45.00 | |
| 06/18/24 | 1 | Room Occupancy Tax | 26.40 | |
| 06/19/24 | 1 | Choices Rest. Food - Breakfast | 3.00 | |
| | | Room# 1123 : CHECK# 1163593 | | |
| 06/19/24 | 1 | Tips - Restaurant | 4.00 | |
| | | Room# 1123 : CHECK# 1163593 | | |
| 06/19/24 | 1 | Brkfst Choices 1% Tax | 0.03 | |

INFORMATION INVOICE

200 CONVENTION BOULEVARD, SAN JUAN  PUERTO RICO 00907

| | | | | |
|---|---|---|---|---|
| Guest Name | **Donald Gosselin** | | Page No. | 2 / 2 |
| Address | **12 Naomi St** | | Folio No. | 4132453 |
| City | **Sebago** | Country: United States | Marriott Bonvoy No. | 839932555 |
| | | Arrival 06/16/24 | Conf No. | 88745969 |
| Company | Xxx | Departure 06/20/24 | Room No. | 1123 |
| | | Rate USD 195.00 | Pax | 1 |

| Date | | Description | Debits | Credits |
|---|---|---|---|---|
| | | Room# 1123 : CHECK# 1163593 | | |
| 06/19/24 | 1 | Brkfst Choices Reduced Tax 6% | 0.18 | |
| | | Room# 1123 : CHECK# 1163593 | | |
| 06/19/24 | 1 | Lobby Lounge Food - Dinner | 24.00 | |
| | | Room# 1123 : CHECK# 1254759 | | |
| 06/19/24 | 1 | Lobby Lounge Sales Municipal Tax 1% - IVU | 0.24 | |
| | | Room# 1123 : CHECK# 1254759 | | |
| 06/19/24 | 1 | Lobby Bar Reduced Tax 6%-IVU | 1.44 | |
| | | Room# 1123 : CHECK# 1254759 | | |
| 06/19/24 | 1 | Room Charge | 195.00 | |
| 06/19/24 | 1 | Resort Fee $45 Flat | 45.00 | |
| 06/19/24 | 1 | Room Occupancy Tax | 26.40 | |
| 06/20/24 | 1 | Tips - Restaurant | 3.00 | |
| | | Room# 1123 : CHECK# 1163650 | | |
| 06/20/24 | 1 | Visa Card | | 1,123.61 |

Thanks for choosing Sheraton Puerto Rico Resort & Casino.  It was great to have you. Attached is a record of your folio with charges during your stay.  If you have any questions or comments, please do not hesitate to contact our Guest Service team at the hotel for immediate assistance. We look forward to welcoming you back to our urban resort soon!

For billing questions or concerns, please let us know at SheratonPR.Folio@sheraton.com

**1,123.61** USD            **1,123.61** USD

Balance                      **0.00** USD

Credit Card Type:  VA           Approval Code:   016644
Credit Card No.:   XXXXXXXXXXXX4086

Signature

