

FPM TRAVEL REIMBURSEMENT COVER SHEET

Name: Alan C Youngs

Invoice number: 58

Invoice date: June 30, 2024

Site visit travel dates: 06/23/24 to 06/27/24

Total travel reimbursement amount (*see page 2 for details*): $2,284.80

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies*.

_____
Signature

06/30/24
**Date**



# Office of the Technical Compliance Advisor
# Travel Reimbursement Form

Enter all required information below to obtain travel reimbursement. If spending did not occur in a category, please enter zeros. Zeros will likely need to be entered for one or more of the ground transportation options. The "Total" column of the table will update based on the information entered into the "Unit Cost" and "Units" columns. To update the "Total" column, click CTRL+A and then F9. Receipts for airfare, lodging, ground transportation, and PCR testing must be submitted with this form. Submit the Travel Reimbursement Form and accompanying receipts to Javier Gonzalez (Javier.benito@me.com) with the Chief Monitor (jrrjjr.romero@gmail.com) and/or his designee copied along with your monthly invoice.

**Traveler Name:** Alan C Youngs
**Travel Start Date** 06-23-24 **Travel End Date:** 06-27-24
**Purpose of Travel:** Puerto Rico

| Travel Reimbursement | | | |
|---|---:|---:|---:|
| | Unit Cost | Units | Total |
| **Airfare Denver to Puerto Rico** | $446.80 | 1 | $446.80 |
| **Airfare Puerto Rico to Denver** | $356.80 | 1 | $356.80 |
| **Baggage/Seat** | $0.00 | 1 | $0.00 |
| **Ground Transport (Uber) Home to Denver Airport** | $79.52 | 1 | $79.52 |
| **Ground Transport (Uber) Denver Airport to Home** | $79.96 | 1 | $79.96 |
| Ground Transportation (Parking) | $0.00 | 0 | $0.00 |
| Ground Transportation (Mileage) | $0.655 | 0 | $0.00 |
| Lodging | $192.93 | 4 | $771.72 |
| Per Diem (Travel Days) | $98.00 | 2 | $196.00 |
| Per Diem (Full Days) | $118.00 | 3 | $354.00 |
| **Total** | | | **$2,284.80** |

VIG Tower, PH – 924   .
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098





**ISSUED BY AND VALID ONLY ON**
**SOUTHWEST AIRLINES®**   **BOARDING PASS**   RR

# YOUNGS/ALAN

FLIGHT **4699**
DATE **JUN 23**          A-List
CONF.# **4DFAXR**    **Wanna Get Away Plus**™

4699   ORLANDO          Check monitors for gate number
       SAN JUAN
       02:40 PM W

                     BOARDING TIME
                     ## 02:10 PM

                     PRIORITY BOARDING
                     PRIORITY LANE

**Southwest**
          LN: YOUNGS
          FN: ALAN
4DFAXR    MN:

207895671

Boarding Group

**A**

Boarding Position

**16**

16                              AWI-W10/CH.12

*fold here*



A-List  Hi, Alan  1,332 points  **My Account** | Log out  Español

FLIGHT | HOTEL | CAR | VACATIONS    SPECIAL OFFERS    RAPID REWARDS®

# Thanks for flying with us!

**Trip summary**

> ✈ **Flight**
>
> CONFIRMATION #
> **4DFAXR**
>
> JUN 23
> **DEN ✈ SJU**
>
> FLIGHT TOTAL
> **$446.80**

## 6/23 - San Juan

JUN 23
### Denver, CO *to* San Juan, PR

**Confirmation # 4DFAXR**

| PASSENGERS | EST. POINTS | EXTRAS | FARE |
|---|---|---|---|
| **Alan Youngs**<br>Rapid Rewards® Acct # 207895671   A-List | + 3,280 PTS | — | Wanna Get Away Plus |

**Departing**  6/23/24 Sunday                                    Wanna Get Away Plus    $410.00
                                                                  (Passenger x1)

✈ DEPARTS   **8:05** AM   **DEN**              FLIGHT
                          Denver, CO - DEN     2306  📶 + 💵
                                               SCHEDULED AIRCRAFT
                                               Boeing 737 MAX8
                                               *Subject to change*

  ARRIVES   **1:45** PM   **MCO**              TRAVEL TIME
                          Orlando, FL - MCO    **3**hr **40**min

          stop 1: Orlando, FL - MCO                  ✈✈

| | | | |
|---|---|---|---|
| **DEPARTS** | **2:40** PM | **MCO**<br>Orlando, FL - MCO | **FLIGHT**<br>4699 <br>**SCHEDULED AIRCRAFT**<br>Boeing 737 MAX8<br>*Subject to change* |
| **ARRIVES** | **5:35** PM | **SJU**<br>San Juan, PR - SJU | **TRAVEL TIME**<br>2hr 55min |

**SUBTOTAL**
$410.00

Taxes & fees $36.80

Flight total $446.80

### Icon legend

WiFi available     Live TV available     Change planes

### Helpful Information:

- Starting July 1, 2023 (12:00 a.m. CT), for Wanna Get Away® or Wanna Get Away Plus™ reward travel reservations (booked with points): If you do not cancel your reservation at least 10 minutes before the flight's original scheduled departure time, any points used for booking will be forfeited, along with any taxes and fees associated with your reward travel reservation. For Anytime or Business Select® reward travel reservations: the points used for booking will be redeposited to the purchaser's Rapid Rewards® account, and any taxes and fees associated with the reward travel reservation will be converted into a Transferable Flight Credit™ for future use.
- Please read the fare rules associated with this purchase.
- When booking with Rapid Rewards points, your points balance may not immediately update in your account.
- Cash + Points bookings will not earn Rapid Rewards points, tier qualifying points for A-List or A-List Preferred status, or Companion Pass qualifying points.
- **REAL ID Requirement:** Do you have a **REAL ID**? Beginning May 7, 2025, you will need a state-issued **REAL ID** compliant license or identification card, or another acceptable form of ID (such as a U.S. Passport), to fly within the United States. Visit www.tsa.gov for a list of acceptable forms of ID and additional information regarding **REAL ID** requirement.

## Payment summary

| PAYMENT INFORMATION | | | AMOUNT PAID |
|---|---|---|---|
| **Visa 3491**<br>XXXXXXXXXXXX3491<br>Expiration: 7/27 | **CARD HOLDER**<br>Alan Youngs | **BILLING ADDRESS**<br>5552 W Lakeridge Rd<br>Lakewood, CO US 80227 | $446.80 |

## Total charged

SUBTOTAL           $410.00
TAXES & FEES        $36.80
**TOTAL DOLLARS**   $446.80

Show price breakdown

# Uber

June 23, 2024

Here's your updated Sunday morning ride receipt.

**Total** $79.52

| | |
|---|---|
| Trip fare | $38.84 |

| | |
|---|---|
| Subtotal | $38.84 |
| Reservation Fee | $17.00 |
| Booking Fee | $6.83 |
| Denver International Airport Pickup/Drop-off Fee | $3.29 |
| Colorado Prearranged Ride Regulatory Fee | $0.31 |
| Tip | $13.25 |

## Payments

| | | |
|---|---|---|
| VISA | Visa ••••3491<br>6/23/24 6:23 AM | $66.27 |
| VISA | Visa ••••3491<br>6/24/24 9:24 AM | $13.25 |

Visit the trip page for more information, including invoices (where available)

You rode with ANDRES

UberX   32.97 miles | 38 min

5:44 AM | 5552 W Lakeridge Rd, Lakewood, CO 80227-3907, US

6:23 AM | 8500 Pena Blvd, Denver, CO 80249, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

A-List   *Hi, Alan*  7,924 points   **My Account** | **Log out**   Español



FLIGHT | HOTEL | CAR | VACATIONS    SPECIAL OFFERS    RAPID REWARDS®

# Thanks for flying with us!

**Trip summary**

**Flight**

CONFIRMATION #
**24X3FE**

JUN 27
**SJU ✈ DEN**

FLIGHT TOTAL
**$356.80**

## 6/27 - Denver

JUN 27
### San Juan, PR *to* Denver, CO

**Confirmation # 24X3FE**

| PASSENGERS | EST. POINTS | EXTRAS | FARE |
|---|---|---|---|
| **Alan Youngs** | + 2,560 PTS | — | Wanna Get Away Plus |
| Rapid Rewards® Acct # 207895671   A-List | | | |

**Departing**   6/27/24 Thursday                                                          Wanna Get Away Plus      $320.00
                                                                                          *(Passenger x1)*

DEPARTS   **2:10** PM   **SJU**                          FLIGHT
                        San Juan, PR - SJU               **5214** 🛜 + 💲

                                                         SCHEDULED AIRCRAFT
                                                         Boeing 737 MAX8
                                                         *Subject to change*

ARRIVES   **5:20** PM   **MCO**                          TRAVEL TIME
                        Orlando, FL - MCO                **3**hr **10**min

stop 1: Orlando, FL - MCO                                

| | | | |
|---|---|---|---|
| **DEPARTS** | **7:40** PM | **MCO**<br>Orlando, FL - MCO | **FLIGHT**<br>2174 <br>**SCHEDULED AIRCRAFT**<br>Boeing 737-800<br>*Subject to change* |
| **ARRIVES** | **10:00** PM | **DEN**<br>Denver, CO - DEN | **TRAVEL TIME**<br>**4**hr **20**min |

**SUBTOTAL**
$ **320.00**

Taxes & fees                                            $36.80

Flight total                              $ **356.80**

**Icon legend**

WiFi available         Live TV available          Change planes

**Helpful Information:**

- Starting July 1, 2023 (12:00 a.m. CT), for Wanna Get Away® or Wanna Get Away Plus™ reward travel reservations (booked with points): If you do not cancel your reservation at least 10 minutes before the flight's original scheduled departure time, any points used for booking will be forfeited, along with any taxes and fees associated with your reward travel reservation. For Anytime or Business Select® reward travel reservations: the points used for booking will be redeposited to the purchaser's Rapid Rewards® account, and any taxes and fees associated with the reward travel reservation will be converted into a Transferable Flight Credit™ for future use.
- Please read the fare rules associated with this purchase.
- When booking with Rapid Rewards points, your points balance may not immediately update in your account.
- Cash + Points bookings will not earn Rapid Rewards points, tier qualifying points for A-List or A-List Preferred status, or Companion Pass qualifying points.
- **REAL ID Requirement:** Do you have a **REAL ID**? Beginning May 7, 2025, you will need a state-issued **REAL ID** compliant license or identification card, or another acceptable form of ID (such as a U.S. Passport), to fly within the United States. Visit www.tsa.gov for a list of acceptable forms of ID and additional information regarding **REAL ID** requirement.

## Payment summary

| PAYMENT INFORMATION | | | AMOUNT PAID |
|---|---|---|---|
|  **Visa 3491**<br>XXXXXXXXXXXX3491<br>Expiration: 7/27 | **CARD HOLDER**<br>Alan Youngs | **BILLING ADDRESS**<br>5552 W Lakeridge Rd<br>Lakewood, CO US 80227 | $ **356.80** |

## Total charged

SUBTOTAL                     $320.00
TAXES & FEES                  $36.80
**TOTAL DOLLARS**       $**356.80**

Show price breakdown

# Uber

June 27, 2024

Here's your updated Thursday evening ride receipt.

| | |
|---|---|
| **Total** | **$79.96** |

| | |
|---|---|
| Trip fare | $59.27 |

| | |
|---|---|
| Subtotal | $59.27 |
| Booking Fee | $7.09 |
| Colorado Prearranged Ride Regulatory Fee | $0.31 |
| Denver International Airport Pickup/Drop-off Fee | $3.29 |
| Tip | $10.00 |

## Payments

| | | |
|---|---|---|
| VISA | Visa ••••3491<br>6/28/24 10:00 AM | $69.96 |
| VISA | Visa ••••3491<br>6/30/24 11:04 AM | $10.00 |

Visit the trip page for more information, including invoices (where available)

---

You rode with Abdifatah

UberX   32.15 miles | 41 min

■ **11:05 PM** | Gate C, Denver International Airport (DEN), Denver, CO 80249, US

■ **11:46 PM** | 5552 W Lakeridge Rd, Lakewood, CO 80227-3907, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.





COURTYARD® Marriott

Courtyard by Marriott  
San Juan - Miramar

801 Ponce de Leon Ave.  
San Juan, PR. 00907  
T 787.721.7400  
F 787.723.0068

Mr Alan Youngs  
5552 W Lakeridge Rd  
Lakewood CO 80227  
United States

Room: 0908  
Room Type: DBDB  
No. of Guests: 1  
Rate:  $  160.00   Clerk: 9995

Marriott Rewards #   119330892

CRS Number  98468986

Name:

Arrive:  06-23-24    Time:  06:24 PM    Depart:  06-27-24    Folio Number:  794333

| Date | Description | Charges | Credits |
|---|---|---|---|
| 06-23-24 | Package | 160.00 | |
| 06-23-24 | Destination Fee | 17.00 | |
| 06-23-24 | Government Tax | 15.93 | |
| 06-24-24 | Comedor - Guest Charge | 4.00 | |
| 06-24-24 | Package | 160.00 | |
| 06-24-24 | Destination Fee | 17.00 | |
| 06-24-24 | Government Tax | 15.93 | |
| 06-25-24 | COMEDOR- Guest Charge (Breakfast) | 4.95 | |
| 06-25-24 | Package | 160.00 | |
| 06-25-24 | Destination Fee | 17.00 | |
| 06-25-24 | Government Tax | 15.93 | |
| 06-26-24 | COMEDOR- Guest Charge (Breakfast) | 4.00 | |
| 06-26-24 | Package | 160.00 | |
| 06-26-24 | Destination Fee | 17.00 | |
| 06-26-24 | Government Tax | 15.93 | |
| 06-27-24 | Visa Card | | 784.67 |

*Card #  XXXXXXXXXXXX3491*

**COURTYARD**®
**Marriott**®

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Alan Youngs
5552 W Lakeridge Rd
Lakewood CO 80227
United States

Room: 0908
Room Type: DBDB
No. of Guests: 1
Rate:  $   160.00   Clerk: 9995

Marriott Rewards #   119330892

CRS Number  98468986

Name:

Arrive:  06-23-24          Time:  06:24 PM          Depart:  06-27-24          Folio Number:  794333

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
|      | Balance     |         | 0.00 USD |

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.