

FPM TRAVEL REIMBURSEMENT COVER SHEET

Name: David Levy

Invoice number: 01-054T

Invoice date: 06/24/2024

Site visit travel dates: 06/16/2024-06/21/2024

Total travel reimbursement amount (*see page 2 for details*): $ **2,417.56**

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies*.

| | |
|---|---|
| _signature_ | 06/24/2024 |
| Signature | Date |

# Office of the TCA - Travel Reimbursement Form

**Traveler Name:** David Levy

**Every One Travel days:** 6

**Purpose of Travel:** On-Site Site visit

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 460.60 | 1 | $ 460.60 |
| Baggage | $ - | 0 | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | $ 11.99 | 1 | $ 11.99 |
| Ground Transportation (Parking) | $ - | 0 | $ - |
| Ground Transportation (Mileage) | $ 0.67 | 7.8 | $ 5.22 |
| Lodging | $ 261.45 | 5 | $ 1,307.25 |
| Per Diem (Travel Days) | $ 86.25 | 2 | $ 172.50 |
| Per Diem (Full Days) | $ 115.00 | 4 | $ 460.00 |
| tolls | $ - | 0 | $ - |
| Total | | | $ 2,417.56 |

**SHERATON**
PUERTO RICO
Resort & Casino

200 CONVENTION BOULEVARD, SAN JUAN  PUERTO RICO 00907

| | | | | | |
|---|---|---|---|---|---|
| Guest Name | **David Levy** | | | Page No. | 1 / 1 |
| Address | **828 Snowden Hallowell Way** | | | Folio No. | 4126701 |
| City | **Alexandria** | Country: | United States | Marriott Bonvoy No. | 780861600 |
| | | Arrival | 06/16/24 | Conf No. | 83413801 |
| Company | | Departure | 06/21/24 | Room No. | 0650 |
| | | Rate | USD 245.00 | Pax | 1 |

| Date | | Description | Debits | Credits |
|---|---|---|---|---|
| 06/16/24 | 1 | Room Charge | 245.00 | |
| 06/16/24 | 1 | Resort Fee $45 Flat | 45.00 | |
| 06/16/24 | 1 | Room Occupancy Tax | 31.90 | |
| 06/17/24 | 1 | Room Charge | 245.00 | |
| 06/17/24 | 1 | Resort Fee $45 Flat | 45.00 | |
| 06/17/24 | 1 | Room Occupancy Tax | 31.90 | |
| 06/18/24 | 1 | Room Charge | 245.00 | |
| 06/18/24 | 1 | Resort Fee $45 Flat | 45.00 | |
| 06/18/24 | 1 | Room Occupancy Tax | 31.90 | |
| 06/19/24 | 1 | Room Charge | 245.00 | |
| 06/19/24 | 1 | Resort Fee $45 Flat | 45.00 | |
| 06/19/24 | 1 | Room Occupancy Tax | 31.90 | |
| 06/20/24 | 1 | Room Charge | 245.00 | |
| 06/20/24 | 1 | Resort Fee $45 Flat | 45.00 | |
| 06/20/24 | 1 | Room Occupancy Tax | 31.90 | |
| 06/21/24 | 1 | Visa Card | | 1,609.50 |

Note: Daily lodging rate calculated based on a base rate of $195 plus tax and lodging fee as follows:

- Base accommodation rate: $195 per day
- Resort fee: $45 per day
- Taxes recalculated based on a daily rate of $195 per day: $195 x 11% (PR room occupancy tax rate for hotels with casinos) = $21.45 per day
- Total daily rate: $261.45 per day
- Total for five days: $1307.25

Thanks for choosing Sheraton Puerto Rico Resort & Casino.  It was great to have you.  Attached is a record of your folio with charges during your stay.  If you have any questions or comments, please do not hesitate to contact our Guest Service team at the hotel for immediate assistance.  We look forward to welcoming you back to our urban resort soon!

For billing questions or concerns, please let us know at SheratonPR.Folio@sheraton.com

**1,609.50** USD          **1,609.50** USD

Balance                    **0.00** USD

| Credit Card Type: | VA | Approval Code: | 02683G |
|---|---|---|---|
| Credit Card No.: | XXXXXXXXXXXX6929 | | |

Signature

 David Levy <dplevy@gmail.com>

**Itinerary receipt notice**
1 message

**JetBlue** <jetblueairways@email.jetblue.com>                            Mon, Jun 24, 2024 at 12:14 AM
Reply-To: JetBlue <reply@email.jetblue.com>
To: dplevy@gmail.com



## Your travel receipt.
Thanks for flying JetBlue!

## Travel Purchase

**Date of requested receipt: 2024-05-05**      **Record Locator:** EYAYPR

| | | | |
|---|---|---|---|
| **DCA** | **SJU** | **Travel date** | 2024-06-16T08:15:00 |
| | | **Flight number** | 1347 |
| **SJU** | **DCA** | **Travel date** | 2024-06-21T17:13:00 |
| | | **Flight number** | 1348 |

**Traveler(s)**                                 **Ticket number(s)**

**LEVY/DAVID DR**                               2792152625541

| | | | |
|---|---|---|---|
| **Base fare:** | | $396.00 USD | |
| **Taxes & fees breakdown:** | AMOUNT | CURRENCY | PURPOSE - (CODE) |
| | $9.00 | USD | U.S. Passenger Facility Charge - (XF) |
| | $11.20 | USD | U.S. September 11th Security Fee - (AY) |
| | $44.40 | USD | U.S. Transportation Tax - (US2) |
| **Taxes & fees total:** | $64.60 | USD | |
| **Base fare total:** | **$460.60** | | |

**Payment(s):**

Visa card XXXXXXXXXXXX6929                                   $460.60

# Fees

**LEVY DAVID**          Ticket number(s): 2794444176595

                        Date: 2024-05-05

| QTY | FEE TYPE | COST | TAX | TOTAL |
|---|---|---|---|---|
| 1 | SEAT ASSIGNMENT | $99.00 | $0.00 | $99.00 |
| 1 | SEAT ASSIGNMENT | $99.00 | $0.00 | $99.00 |

**Total:**       **$198.00 USD**

**Payment(s):**          Visa card XXXXXXXXXXXX6929                $198.00

# Total paid: $658.60 USD*

*includes all fares, taxes, fees and penalties less any amounts refunded

Flight Status  |  Bag Info  |  Airport Info

# Stay connected

 **Download the JetBlue mobile app**

   

Help

Business Travel

Privacy

About JetBlue

Please call 1-800-JETBLUE (1-800-538-2583) for additional assistance.

Positive identification required for airport check-in.

Notice:
Carriage and other service provided by the carrier are subject to conditions of carriage, which are hereby incorporated by reference. These conditions may be obtained from the issuing carrier. E-ticket Receipt total includes airfare, taxes, and fees applicable to air care, baggage fees, and Even More fees, as may be applicable.

# Google Maps

**Home (828 Snowden Hallowell Way) to Rental Car Center Ronald Reagan Washington National Airport, 2400 Ronald Reagan Washington National Airport Access Rd, Arlington, VA 22202**

Drive 3.9 miles, 8 min



Map data ©2023 Google    2000 ft

**828 Snowden Hallowell Way**

Alexandria, VA 22314

1. Head south on Snowden Hallowell Way toward Madison St
   ⚠ Restricted usage road
   
   259 ft

2. Turn left at the 1st cross street onto Madison St
   
   469 ft

3. Turn left onto George Washington Mem Pkwy/N Washington St
   ℹ Continue to follow George Washington Mem Pkwy
   ⚠ Turn is not allowed Mon–Fri 7:00 – 9:00 AM
   
   3.0 mi

4. Take the exit toward Reagan Nat'l Arpt
   
   0.2 mi

5. Slight right onto W Entrance Rd
   
   0.3 mi

6. Turn left onto National Ave
   ℹ Destination will be on the left
   
   0.2 mi

**Rental Car Center Ronald Reagan Washington National Airport**

2400 Ronald Reagan Washington National Airport Access Rd, Arlington, VA 22202

                                                          David Levy &lt;dplevy@gmail.com&gt;

## Your Tuesday afternoon trip with Uber
2 messages

**Uber Receipts** &lt;noreply@uber.com&gt;                                         Tue, Jun 18, 2024 at 2:57 PM
To: dplevy@gmail.com

Note: FPMPR driver Manuel Arroyo was not available to provide transport from PRPB HQ to the TCA office; tip for driver not included in request for reimbursement.

**Uber**                                                    Total $11.99
                                                            June 18, 2024

# Thanks for riding, David

We hope you enjoyed your ride this afternoon.



## Total                                                    $11.99

| | |
|---|---|
| Trip fare | $11.41 |
| Subtotal | $11.41 |
| Booking Fee ❓ | $0.58 |

Download PDF

This is not a payment receipt. It is a trip summary to acknowledge the completion of the trip. You will receive a trip receipt when the payment is processed with payment information.

# You rode with NESTOR

4.93  Rating             Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.

Rate or tip

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ›

UberX     3.69 miles | 15 min

■ 2:41 PM
601 Ave Franklin Delano Roosevelt, San Juan, PR 00936, US

↓ 2:57 PM
1225 Avenida Ponce de León, San Juan, PR 00907-3919, US



Report lost item  ›	Contact support  ›

My trips  ›

Forgot password

Privacy

Terms

Uber Technologies
1725 3rd Street,
San Francisco,
California
94158

---

**Uber Receipts** <noreply@uber.com>	Tue, Jun 18, 2024 at 3:08 PM
To: dplevy@gmail.com

# Uber

Total $14.99
June 18, 2024

# Thanks for tipping, David

Here's your updated Tuesday afternoon ride receipt.



## Total $14.99

| | |
|---|---|
| Trip fare | $11.41 |
| Subtotal | $11.41 |
| Booking Fee ❓ | $0.58 |
| Tip | $3.00 |

Payments

| | | |
|---|---|---|
| VISA | Visa ••••1549<br>6/18/24 3:07 PM | $14.99 |

Switch Payment Method

Download PDF

## You rode with NESTOR

4.93 ★ Rating         Has passed a multi-step safety screen

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ›

UberX        3.69 miles | 15 min

■ 2:41 PM
601 Ave Franklin Delano Roosevelt, San Juan, PR 00936, US

2:57 PM
1225 Avenida Ponce de León, San Juan, PR 00907-3919, US



Report lost item  ›            Contact support  ›

My trips  ›

Forgot password

Privacy

Terms

Uber Technologies
1725 3rd Street,
San Francisco,
California
94158