# Rafael Ruiz Consulting

12 Crestshire Dr.
Lawrence, MA 01843

PHONE: 6177599156   stodgo1971@yahoo.com   12 Crestshire Dr.

## INVOICE

INVOICE NUMBER: 2024-06A
INVOICE DATE: 6/30/2024

Federal Police Monitor for PR
VIG Tower, PH-924
1225 Ponce De Leon Ave.
San Juan, PR 00907

RAFAEL E. RUIZ CONSULTING

| DATE | PROJECT | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: FPM-PR Expenses | | | |
| 6/23/2024 | FPM-PR Expenses | (Travel, hotel, and meals) PR Travel/ Ground Transportation 6/23/24 and 6/26/24 | 2.00 | $100.00 | $200.00 |
| 6/23/2024 | FPM-PR Expenses | (Travel, hotel, and meals) Marriott courtyard PR: 3 nights hotel | 3.00 | $160.23 | $480.69 |
| 6/23/2024 | FPM-PR Expenses | (Travel, hotel, and meals) Travel to/from PR: JetBlue Airfare | 1.00 | $327.00 | $327.00 |
| 6/23/2024 | FPM-PR Expenses | (Travel, hotel, and meals) Travel PR: Ground Transportation, taxi airport San Juan to Courtyard hotel | 1.00 | $22.00 | $22.00 |
| 6/23/2024 | FPM-PR Expenses | (Travel, hotel, and meals) Travel PR: Per Diem 2 travel days 6/23 and 6/26/2024 (meals) | 2.00 | $98.00 | $196.00 |
| 6/24/2024 | FPM-PR Expenses | (Travel, hotel, and meals) Travel PR; Per diem 2 full days 6/24/24 and 6/25/24 (meals) | 2.00 | $118.00 | $236.00 |
| | | TOTAL: FPM-PR Expenses | | | $1,461.69 |
| | | Total hours for this invoice | 0.00 | | |

| INVOICE BALANCE INFORMATION | |
|---|---|
| Total amount of this invoice | $1,461.69 |
| Current invoice balance | $1,461.69 |

**AMOUNT DUE ON THIS INVOICE: $1,461.69**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of the hours worked in my capacity as a member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*Rafael E. Ruiz*
Rafael E. Ruiz

Date: June 30, 2024



# Office of the Technical Compliance Advisor Travel Reimbursement Form

Enter all required information below to obtain travel reimbursement. If spending did not occur in a category, please leave the field blank; fields will likely be used for one or more of the ground transportation options. The "Total" column of the table will update based on the in[formation] entered into the "Unit Cost" and "Units" columns. Receipts for airfare, lodging, ground transportation, and PCR Testing must be submi[tted with] this form. Submit the Travel Reimbursement Form and accompanying receipts to Javier Gonzalez (Javier.benito@me.com) with the [TCA] Monitor (jrrjr.romero@gmail.com) and/or his designee copied with your monthly invoice.

**Traveler Name: Rafael E. Ruiz**
**Travel Dates: June 23-26, 2024**
**Purpose of Travel: Interviews/inspections**

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 327.00 | 1 | $ 327.00 |
| Baggage | | | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | $ 111.00 | 2 | $ 222.00 |
| Ground Transportation (Parking) | $ - | 5 | $ - |
| Ground Transportation (Mileage) | $ 0.56 | | $ - |
| Lodging | $ 160.23 | 3 | $ 480.69 |
| Per Diem (Travel Days) | $ 98.00 | 2 | $ 196.00 |
| Per Diem (Full Days) | $ 118.00 | 2 | $ 236.00 |
| PCR Testing | | | $ - |
| **Total** | | | **$ 1,461.69** |

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

**COURTYARD**
**Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Rafael Ruiz
12 Crestshire Dr
Lawrence MA 01843
United States

Room: 0701
Room Type: KSTE
No. of Guests: 1
Rate: $ 130.00  Clerk: 8

Marriott Rewards #   232084256

CRS Number  93160625

Name:

Arrive:  06-23-24          Time:  *12:38 AM          Depart:  06-26-24          Folio Number:  790617

| Date | Description | Charges | Credits |
|---|---|---|---|
| 06-23-24 | Package | 130.00 | |
| 06-23-24 | Destination Fee | 17.00 | |
| 06-23-24 | Government Tax | 13.23 | |
| 06-24-24 | Valet Parking - Guest Charge | 17.94 | |
| 06-24-24 | Valet Parking- Sales Tax 11.5% | 2.06 | |
| 06-24-24 | Package | 130.00 | |
| 06-24-24 | Destination Fee | 17.00 | |
| 06-24-24 | Government Tax | 13.23 | |
| 06-25-24 | Package | 130.00 | |
| 06-25-24 | Destination Fee | 17.00 | |
| 06-25-24 | Government Tax | 13.23 | |
| 06-26-24 | Master Card / Euro Card | | 500.69 |
| | Card #  XXXXXXXXXXXX9796 | | |

**Balance**                                            **0.00 USD**

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today. Start earning points and elite status, plus enjoy exclusive member offers. Enroll today at the front desk.

**From:** JetBlue Reservations jetblueairways@email.jetblue.com
**Subject:** JetBlue booking confirmation for RAFAEL E RUIZ - FCEEVV
**Date:** May 27, 2024 at 7:37 PM
**To:** stodgo1971@aol.com



Check out the details for your trip on Sun, Jun 23     Français | Español



MOSAIC
#3326688490

You're all set to jet.

And, your continued loyalty is what keeps us flying high. Thanks again for being a Mosaic member.

## Your Flight Itinerary

### Your JetBlue confirmation code is FCEEVV

| BOS ▶ SJU | Flight 561 | Sun, Jun 23 **7:54pm** Terminal: C | Sun, Jun 23 **11:59pm** |

| SJU ▶ BOS | Flight 732 | Wed, Jun 26 **4:25pm** Terminal: A | Wed, Jun 26 **8:35pm** |

**Get the latest** entry and travel requirements for your trip.

# Your Traveler Details

## RAFAEL E RUIZ

Boston
### BOS

San Juan
### SJU

**TrueBlue Number:** 3326688490

**Ticket number:** 2792154414964

**Flight #** 561

**Fare:** Blue

**Seat:** 11C

Manage my booking

---

San Juan
### SJU

Boston
### BOS

**TrueBlue Number:** 3326688490

**Ticket number:** 2792154414964

**Flight #** 732

**Fare:** Blue

**Seat:** 13D

Manage my booking

## Bag Allowance (per traveler)

BOS ▶ SJU

| Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|
| Free | | See full details on our Bag Info page. | |

**SJU ▶ BOS**

| Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|
| Free | | See full details on our Bag Info page. | |

**Size and weight limits apply. See full details on our Bag Info page** ▶

Free checked bag benefit for Mosaic members applies to JetBlue-operated flights only.

Additional charges may apply.

**Need to check more than 2 bags?** Additional bags can be added during check-in (starting 24 hours before departure) or at the airport.

## Payment Details

Master XXXXXXXXXXX9796
XXXXXXXXXX2024

**Purchase Date: May 27, 2024**
**Request full receipt**

| | |
|---|---:|
| CREDIT_CARD | $327.00 |
| TRAVEL_BANK | $55.60 |
| NONREF | $318.00 |
| Taxes & fees | $64.60 |
| **Total** | **$382.60 USD** |

## Change made easy.

**CASH RECEIPT**

Received From: Rafael Ruiz
Address: 
DATE: 06/23/2024
Dollars $: $100
For: Home pick up to Logan Airport

| Total Due | $100 | Cash | ✓ | |
|---|---|---|---|---|
| Amount Paid | $100 | Check | | |
| Balance Due | $0 | Money Order | | By Jean Carlos Diaz |

**CASH RECEIPT**

Received From: Rafael Ruiz
Date: 06/26/2024
Address: _____
Dollars $: $100
For: Airport pick up to Home Drop off

| Total Due | $100 | Cash | ✓ |
| Amount Paid | $100 | Check | |
| Balance Due | $0 | Money Order | |

By: Jean Carlos Diaz

# FIXED RATES | TARIFAS FIJAS

**FROM AIRPORT TO YOUR DESTINATION / DESDE EL AEROPUERTO HACIA SU DESTINO**

License plate / Tablilla: _Moy_

Passengers / Personas:

| | | Base price / Precio base |
|---|---|---|
| ☐ ZONE/ZONA 2 | Isla Verde | $12 |
| ☐ ZONE/ZONA 3 | Ocean Park, Condado, Miramar, Santurce | $17 |
| ☐ ZONE/ZONA 4 | Old San Juan & Piers | $21 |
| ☒ ZONE/ZONA 5 | Convention Center, Hyatt House, Isla Grande Airport, Sheraton Convention Center | $17 |

**AREAS OF INTEREST / ÁREAS DE INTERÉS**

- ☐ $16 Coliseo José Miguel Agrelot
- ☐ $20 Plaza Las Américas
- ☐ $16 Plaza Carolina
- ☐ $15 The Mall of San Juan

*This is NOT a receipt, keep for your reference / Esto no es un recibo, manténgalo para su referencia.*



\+ **APPLICABLE RATES / CARGOS APLICABLES**

$1 — Luggage charge will apply to each additional item. / Aplica cargo por maleta a cada pieza adicional. 

$0 — Accesories for disabled person are free of charge. / Accesorios de personas impedidas son libre de costo.

$2 — Extra charge for 6th-7th passenger. / Cargo adicional por 6to-7mo pasajero

$1 — Late night charge (10PM-6AM). / Cargo nocturno (10PM-6AM).

$3 — Airport fee / Cargo del Aeropuerto

\* PAY FARE TO DRIVER / PAGUE AL CONDUCTOR

COST PER TRIP, NO PER PERSON / COSTO POR VIAJE, NO POR PASAJERO

METERED RATE WILL APPLY FOR AREAS BETWEEN AND BEYOND TOURIST ZONES / TARIFA METRADA APLICARÁ ENTRE Y FUERA DE ZONAS TURÍSTICAS

TOLLS AND TIPS ARE NOT INCLUDED / PEAJES Y PROPINAS NO ESTÁN INCLUIDOS

Rates approved by: / Tarifas aprobadas por: NTSP

$17

6/23/24

A TAXI