## Travel Breakout — Hipolito Castro 06/23/2024 to 06/28/2024

| Expense | Unit Cost | Units | Column1 | Total | Column2 |
|---|---|---|---|---|---|
| Airfare | $ 580.60 | 1 | $ - | $ 580.60 | |
| Airfare taxes & fees | | | | $ - | |
| Baggage | | | | $ - | |
| Ground Transportation (Uber/Lyft/Taxi) | | | | $ - | |
| Ground Transportation (Parking) | $ 11.60 | 5 | | $ 58.00 | |
| Ground Transportation (POV Mileage) to PTY | $ 0.670 | 52 | | $ 34.84 | |
| Tolls | | 2 | | | |
| Lodging - | $ 160.23 | 5 | | $ 801.15 | |
| Per Diem (Travel Days) | $ 98.00 | 2 | | $ 196.00 | |
| Per Diem (Full Days) | $ 118.00 | 4 | | $ 472.00 | |
| Other: HOTEL TAX - | | | | | |
| | | | | | |
| **Total** | | | | **$ 2,142.59** | |

    Log in | Create account    Español

# Southwest

FLIGHT | HOTEL | CAR | VACATIONS    SPECIAL OFFERS    RAPID REWARDS®

# Your Reservation Details

Print    Email    Add to calendar



JUN 23 - 28

## Baltimore/Washington, MD *to* San Juan, PR

**Confirmation #** 3NJICF

**DAY OF TRAVEL CONTACT INFORMATION**
Text: (203) 400-1890

| PASSENGERS | EST. POINTS | EXTRAS | FARE |
|---|---|---|---|
| **Hipolito Castro**<br>Known Traveler # On file<br>Ticket # 5262299532462 | + 3,728 PTS | | Wanna Get Away Plus |

## Departing    6/23/24 Sunday

**DEPARTS**    **4:45** PM    **BWI**
Baltimore/Washington, MD - BWI

FLIGHT
4375

SCHEDULED AIRCRAFT
Boeing 737-800
*Subject to change*

TRAVEL TIME
**4**hr **5**min

Nonstop

**ARRIVES**    **8:50** PM    **SJU**
San Juan, PR - SJU

TRAVEL TIME
4hr 5min

## Returning    6/28/24 Friday

TRAVEL TIME
**4**hr **10**min

**DEPARTS**    **1:05** PM    **SJU**
San Juan, PR - SJU

FLIGHT
3660

SCHEDULED AIRCRAFT
Boeing 737 MAX8
*Subject to change*

Nonstop

## Payment information

| Total cost | | | Payment |
|---|---|---|---|
| **Air - 3NJICF** | | | Amer Express ending in 2004 |
| Base Fare | $ | 466.00 | Date: May 29, 2024 |
| U.S. Transportation Tax | $ | 44.40 | **Payment Amount: $530.60** |
| U.S. 9/11 Security Fee | $ | 11.20 | |
| U.S. Passenger Facility Chg | $ | 9.00 | Amer Express ending in 2004 |
| EarlyBird | $ | 50.00 | Date: May 29, 2024 |
| **Total** | **$** | **580.60** | **Payment Amount: $25.00** |
| | | | Amer Express ending in 2004 |
| | | | Date: May 29, 2024 |
| | | | **Payment Amount: $25.00** |

**Fare rules:** If you decide to make a change to your current itinerary it may result in a fare increase.

Your ticket number : 5262299532462

## All your perks, all in one place. (Plus a few reminders.)

 **Wanna Get Away Plus™ fare:** Your two bags fly free® and no change or cancel fees. Plus same-day flight changes, 8X Rapid Rewards® points, and a Transferable Flight Credit that can be used for yourself or shared with someone else. Learn more.

 Make sure you know when to arrive at your airport. Times vary by city.

 If your plans change, cancel your reservation at least 10 minutes before the original scheduled departure time of your flight to receive a Transferable Flight Credit™. If you don't cancel your reservation in time, your funds will be forfeited.

## Prepare for takeoff



Use our app to make changes to your trip, get a boarding pass, & more.





Earn up to 2,400 Rapid Rewards® points. **Budget®**
Plus save up to 30% off base rates with Budget®.
Book car >

  

## Earn up to 10,000 Rapid Rewards® points per night

Choose a hotel in San Juan.

## Have questions about your upcoming trip?

Get all the answers before you leave for the airport.

**Book hotel >**

**Prepare now >**

5262299532462: NONREF/NONTRANSFERABLE -BG WN BWI WN SJU220.00WN BWI246.00USD466.00END XF BWI4.5SJU4.5

GLNVP4Q
PLNUW4Q

**If you do not plan to travel on your flight:** In accordance with Southwest's No-Show Policy, if you are not planning to travel on any portion of this itinerary, please cancel your reservation at least 10 minutes prior to the scheduled departure time of your flight. Any Customer who fails to cancel reservations for a Wanna Get Away® or Wanna Get Away Plus™ fare segment at least ten (10) minutes prior to the scheduled departure time and who does not board the flight will be considered a no-show, and all remaining unused Wanna Get Away or Wanna Get Away Plus funds will be forfeited. All remaining unused Business Select® or Anytime funds will be converted to a flight credit. If you no-show for your reward travel reservation, the points will be redeposited to the purchaser's Rapid Rewards® account. Any taxes and fees associated with your reward travel reservation will be held for future use in the form of a flight credit. **Starting July 1, 2023 (12:00 a.m. CT),** for Wanna Get Away® or Wanna Get Away Plus™ reward travel reservations (booked with points): If you do not cancel your reservation at least 10 minutes before the flight's original scheduled departure time, any points used for booking will be forfeited, along with any taxes and fees associated with your reward travel reservation. For Anytime or Business Select® reward travel reservations: the points used for booking will be redeposited to the purchaser's Rapid Rewards® account, and any taxes and fees associated with the reward travel reservation will be converted into a Transferable Flight Credit™ for future use.

**Prohibition on Multiple/Conflicting Reservations:** to promote seat availability for our Customers, Southwest® prohibits multiple reservations for the same Passenger departing from the same city on the same date, or any multiple reservations containing conflicting or overlapping itineraries (such as departures for the same Customer from multiple cities at the same time). Furthermore, without advance notice to the Passenger or purchaser, Southwest may cancel such reservations, or any other reservations that it believes, in its sole discretion, were made without intent to travel. With the exception of Southwest gift cards, funds from proactively canceled reservations by Southwest will be returned to the original form of payment. Reservations paid for with a Southwest gift card will have the amount applied from the gift card held as a flight credit for use by the Customer on a future Southwest Airlines® flight.

**Need help?**
**Contact us**
Customer service | FAQs

**Connect with us**
   

**Mobile app**

Get the mobile app

If you have purchased a refundable fare and choose not to travel, you must request your refund to the original payment for within 1 year of ticket issuance.

This is a post-only mailing from Southwest Airlines®. Please do not attempt to respond to this message. Your privacy is important to us. Please read our privacy policy.

See Southwest Airlines Co. Notice of Incorporation

Cualquier información publicitaria, promocional o de mercadotecnia contenida en este correo electrónico sólo será efectiva y únicamente será aplicable en los Estados Unidos de América.

Southwest Airlines
2702 Love Field Drive
Dallas, TX 75235
1-800-I-FLY-SWA (1-800-435-9792)

© Copyright 2024 Southwest Airlines Co. All Rights Reserved.

```
              SP+ Parking
           BWI Marshall Airport
              Exit Lane: 74
            Tel: 800-468-6294
         Thank you for flying BWI!
         --------------- PAYMENT RECEIPT ---------------
         Printed     : 06/28/24 05:48 PM
         Receipt No. : 4219014-1595424782
         Ticket No.  : ************2004
         Operation   : Parking time to pay
         Entry       : 06/23/24 03:07 PM
         Curr. Payment: 06/28/24 05:48 PM
         Duration    : 5 d 2 h 40 m
         Details     : 58.00 USD  0.00 USD  (0%)
         Amount    :   58.00 USD
         ---------------- RECEIPT ----------------
         !92551 BWI ESP Lot
         !7000 Elm Rd
         !
         !*----------EFTPOS----------*
         !MERCHANT          *****25515
         !28 Jun 24 17:48
         !AMEX             CONTACTLESS
         !APP LABEL      AMERICAN EXPRESS
         !CARD            ***********2004
         !PAN SEQ Number          00
         !RRN              801365360391
         !AUTHORIZATION         002207
         !REFERENCE             053107
         !PURCHASE              USD58.00
         !TOTAL                 USD58.00
         !
         !          APPROVED
         !
         !  NO CARDHOLDER VERIFICATION
         !
         !

         Thank you for flying BWI!
         ----------------------------------------
```

58.00



**COURTYARD**
**Marriott**

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Hipolito Castro
64 Mustang Dr
Monroe CT 06468
United States

Room: 1106
Room Type: EKNG
No. of Guests: 1
Rate: $ 130.00   Clerk: 9995

Marriott Rewards #   214246771

CRS Number  76653675

Name:

Arrive:   06-23-24          Time:   07:27 PM          Depart:   06-30-24          Folio Number:   789756

| Date | Description | Charges | Credits |
|---|---|---|---|
| 06-23-24 | Package | 130.00 | |
| 06-23-24 | Destination Fee | 17.00 | |
| 06-23-24 | Government Tax | 13.23 | |
| 06-24-24 | COMEDOR- Guest Charge (Breakfast) | 5.00 | |
| 06-24-24 | Package | 130.00 | |
| 06-24-24 | Destination Fee | 17.00 | |
| 06-24-24 | Government Tax | 13.23 | |
| 06-25-24 | COMEDOR- Guest Charge (Breakfast) | 4.94 | |
| 06-25-24 | COMEDOR- Guest Charge (Breakfast) | 19.18 | |
| 06-25-24 | Package | 130.00 | |
| 06-25-24 | Destination Fee | 17.00 | |
| 06-25-24 | Government Tax | 13.23 | |
| 06-26-24 | COMEDOR- Guest Charge (Breakfast) | 3.95 | |
| 06-26-24 | COMEDOR- Guest Charge (Breakfast) | 33.36 | |
| 06-26-24 | Package | 130.00 | |
| 06-26-24 | Destination Fee | 17.00 | |
| 06-26-24 | Government Tax | 13.23 | |
| 06-27-24 | COMEDOR- Guest Charge (Breakfast) | 23.53 | |
| 06-27-24 | COMEDOR- Guest Charge (Breakfast) | 5.00 | |
| 06-27-24 | Package | 130.00 | |
| 06-27-24 | Destination Fee | 17.00 | |
| 06-27-24 | Government Tax | 13.23 | |
| 06-28-24 | COMEDOR- Guest Charge (Breakfast) | 5.00 | |
| 06-28-24 | Valet Parking - Guest Charge | 17.94 | |
| 06-28-24 | Valet Parking- Sales Tax 11.5% | 2.06 | |
| 06-28-24 | Package | 130.00 | |

**COURTYARD Marriott**

Courtyard by Marriott  
San Juan - Miramar

801 Ponce de Leon Ave.  
San Juan, PR. 00907  
T 787.721.7400  
F 787.723.0068

Hipolito Castro  
64 Mustang Dr  
Monroe CT 06468  
United States

Room: 1106  
Room Type: EKNG  
No. of Guests: 1  
Rate: $ 130.00  Clerk: 9995

Marriott Rewards #   214246771

CRS Number  76653675

Name:

Arrive:   06-23-24        Time:  07:27 PM        Depart:  06-30-24        Folio Number:  789756

| Date | Description | Charges | Credits |
|---|---|---|---|
| 06-28-24 | Destination Fee | 17.00 | |
| 06-28-24 | Government Tax | 13.23 | |
| 06-29-24 | COMEDOR- Guest Charge (Breakfast) | 5.00 | |
| 06-29-24 | Valet Parking - Guest Charge | 17.94 | |
| 06-29-24 | Valet Parking- Sales Tax 11.5% | 2.06 | |
| 06-29-24 | Package | 130.00 | |
| 06-29-24 | Destination Fee | 17.00 | |
| 06-29-24 | Government Tax | 13.23 | |
| 06-30-24 | American Express | | 1,294.05 |
| | Card # XXXXXXXXXX2004 | | |
| 07-01-24 | American Express | | -27.48 |
| | Card # XXXXXXXXXX2004 | | |

Balance                        0.00 USD

*Handwritten:*  
Credit - 1,294.05  
Parking - 27.48  
Tips/meals - 154.96  
2 Extra nights 320.46  
**801.15**

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today. Start earning points and elite status, plus enjoy exclusive member offers. Enroll today at the front desk.