### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO, et al.**,<br><br>Defendants. | CIVIL NO.: 12-cv-02039 |

**INFORMATIVE MOTION AND IN COMPLIANCE WITH ORDER AT ECF NO. 2708**

**MAY IT PLEASE THE COURT:**

    **COME NOW,** Codefendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau ("PRPB"), through the undersigned attorneys, and very respectfully state and pray:

    1.   On August 7, 2024, this Honorable Court issued Order at ECF No. 2708, mandating the Commonwealth to:

> No later than August 16, 2024, the Commonwealth shall explain <u>in detail</u> why the <u>current</u> DPS General Counsel is essential and why he should remain in this case during the transition period.

    2.   The United States, the Monitor and Special Master all oppose the designation of the current DSP's General Counsel as essential personnel during the transition period. <u>See</u> ECF Nos. 2707 and 2706, respectively.

3. Without addressing the merits of the designation of DSP's General Counsel as essential, and because of the unanimous opposition of plaintiff and Court Officers in this specific matter, the Commonwealth of Puerto Rico respectfully informs the Court that it withdraws its request to designate DSP's General Counsel as essential personnel. Therefore, Exhibit A of the July 19, 2024 Joint Motion, ECF No. 2697-1, represents the consensus list of essential personnel agreed-upon by the parties, Monitor, and Special Master. There is no longer a disputed list.

**WHEREFORE,** the Commonwealth of Puerto Rico respectfully requests the Honorable Court to take notice of the above deem its Order at ECF No. 2708 as complied with.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

In San Juan, Puerto Rico, this 16th day of August, 2024.

For Defendants COMMONWEALTH OF PUERTO RICO and PUERTO RICO POLICE BUREAU:

**CANCIO, NADAL & RIVERA, L.L.C.**
P.O. Box 364966
San Juan, Puerto Rico 00936-4966
403 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918

Informative Motion and in Compliance with Order
Civil No. 12-02039
Page 3 of 3

Tel. (787) 767-9625

**S/ RAFAEL BARRETO-SOLÁ**
USDC PR: 211801
rbarreto@cnr.law

**S/ GABRIEL A. PEÑAGARÍCANO**
USDC PR: 212911
gpenagaricano@me.com