# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | |
| Plaintiff, | CIVIL NO. 12-2039 (FAB) |
| v. | |
| **COMMONWEALTH OF PUERTO RICO**, et al., | |
| Defendants. | |

## JOINT MOTION SUBMITTING PROPOSED TRANSITION ORDER

Plaintiff, the United States of America, and Defendants, the Commonwealth of Puerto Rico and the Puerto Rico Police Bureau (collectively, "the Parties") respectfully file the attached Proposed Transition Order with the concurrence of the Monitor and Special Master. The Parties also re-submit the final list of agreed-upon essential personnel who should remain in their positions until June 30, 2025, consistent with the Proposed Transition Order.

1. On June 21, 2024, the Court instructed the Parties, Monitor, and Special Master to submit a list of essential personnel consisting of "(1) the key [Puerto Rico Police Bureau] individuals who should remain in the case, and (2) those outside persons and vendors who should be retained in the case beyond the end of the current government administration" by July 19, 2024. Order at 4, Dkt. 2672. The Court advised that it would "enter a transition order prior to the upcoming elections" once it received the Parties' list of essential personnel. *Id.*

2. On July 19, 2024, the Parties, Monitor, and Special Master filed a joint motion submitting a consensus list of Commonwealth personnel who are essential to the police reform

process as Exhibit A, Dkt. 2697-1, in compliance with the June 21 Order, Dkt. 2672.[1] The Parties also agreed to work collaboratively with the Monitor and Special Master to develop a proposed transition order and requested until August 30, 2024, to file the proposal. Jt. Mot. at 4, Dkt. 2697. On July 22, 2024, the Court noted the consensus list of essential personnel and granted the Parties' request to submit a proposed transition order by August 30, 2024. Dkt. 2698.

3. Under the leadership of the Monitor's general counsel, the Parties, Monitor, and Special Master have engaged in productive discussions and exchanges to develop the Proposed Transition Order. The Proposed Transition Order is based on the 2020 Transition Order, Dkt. 1614, and is tailored to the current status and needs of the case. The Parties also re-submit the consensus list of essential personnel, Exhibit A, which should be incorporated into the transition order.

**WHEREFORE**, the Parties respectfully request that the Court take notice of the Proposed Transition Order and list of essential personnel, which were developed collaboratively with the Monitor and Special Master.

**WE HEREBY CERTIFY** that today we have electronically filed the foregoing document with the Clerk of the Court for the District of Puerto Rico using the CM/ECF system, which will send a copy and notification of filing to the Monitor, the Special Master, and all counsel of record.

---

[1] The Parties also filed a second list of Commonwealth personnel as Exhibit B that included one Commonwealth official who was the subject of disagreement between the Parties. Following briefing from the Monitor and the United States, Dkts. 2706, 2707, the Commonwealth withdrew the disputed Commonwealth official from consideration on August 16, 2024, Dkt. 2715, nullifying the second list in Exhibit B.

**RESPECTFULLY SUBMITTED** this 30th day of August, 2024,

| For Plaintiff UNITED STATES OF AMERICA: | For Defendants COMMONWEALTH OF PUERTO RICO, ET AL.: |
|---|---|
| **STEVEN H. ROSENBAUM**<br>Chief, Special Litigation Section | **CANCIO, NADAL & RIVERA, L.L.C.**<br>P.O. Box 364966<br>San Juan, Puerto Rico 00936-4966<br>403 Muñoz Rivera Avenue<br>San Juan, Puerto Rico 00918<br>Tel. (787) 767-9625 |
| *s/Luis E. Saucedo*<br>**TIMOTHY D. MYGATT**<br>Deputy Chief<br>**LUIS E. SAUCEDO** (G01613)<br>**JORGE CASTILLO** (G02912)<br>**KATHERINE CHAMBLEE-RYAN** (G03515)<br>Trial Attorneys<br>U.S. Department of Justice<br>Civil Rights Division<br>Special Litigation Section<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530<br>Telephone: (202) 598-0482<br>Fax: (202) 514-4883<br>luis.e.saucedo@usdoj.gov<br>jorge.castillo@usdoj.gov<br>katherine.chamblee-ryan@usdoj.gov | *s/Rafael Barreto-Solá*<br>**RAFAEL BARRETO-SOLÁ**<br>USDC PR: 211801<br>rbarreto@cnr.law<br><br>*s/Gabriel A. Peñagarícano*<br>**GABRIEL A. PEÑAGARÍCANO**<br>USDC PR: 212911<br>gpenagaricano@me.com |

3