Spece
1225 Juan Ponce de Leon
San Juan, PR  00907
+17874177300
info@spece.com
www.spece.com

**Invoice  INV - 24765**



**BILL TO**
Office of the FPMPR LLC

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 10/01/2024 | **$2,579.20** | 10/01/2024 |

| MEMBERSHIP | QTY | FEE | AMOUNT |
|---|---|---|---|
| **Private Office**<br>Private Office Suite - Office 15, $2,300.00, Oct 1, 2024 - Oct 31, 2024 | 1 | 2,300.00 | 2,300.00T |
| **One-off Fees**<br>Telephone Service, $60.00, Oct 1, 2024 - Oct 31, 2024 | 1 | 60.00 | 60.00T |
| **One-off Fees**<br>Garage Parking, $120.00, Oct 1, 2024 - Oct 31, 2024 | 1 | 120.00 | 120.00T |

SUBTOTAL    2,480.00
TAX (4%)    99.20
TOTAL    2,579.20

TOTAL DUE    **$2,579.20**

THANK YOU.

BUSINESS BEGINS HERE

**Spece**
1225 Juan Ponce de Leon
San Juan, PR  00907
+17874177300
info@spece.com
www.spece.com

**Invoice  INV - 24367**



| BILL TO | | | |
|---|---|---|---|
| Office of the FPMPR LLC | DATE<br>08/08/2024 | PLEASE PAY<br>$20.43 | DUE DATE<br>08/08/2024 |

| MEMBERSHIP | QTY | FEE | AMOUNT |
|---|---|---|---|
| **One-off Fees**<br>Visitor Parking - July 2024 | 1 | 19.64 | 19.64T |

|  |  |
|---|---|
| SUBTOTAL | 19.64 |
| TAX (4%) | 0.79 |
| TOTAL | 20.43 |
| TOTAL DUE | $20.43 |

THANK YOU.

BUSINESS BEGINS HERE

**Spece**
1225 Juan Ponce de Leon
San Juan, PR  00907
+17874177300
info@spece.com
www.spece.com

Invoice  INV - 24445



| BILL TO | | | |
|---|---|---|---|
| Office of the FPMPR LLC | DATE 08/31/2024 | PLEASE PAY $734.24 | DUE DATE 08/31/2024 |

| MEMBERSHIP | QTY | FEE | AMOUNT |
|---|---|---|---|
| **Conference Room** XLarge Conference Room, $200.00, 1 x $200.00 / half day - Aug 21, 2024 | 1 | 200.00 | 200.00T |
| **Conference Room** Small Conference Room, $120.00, 1 x $80.00 / hour (20% discount), 2 x $20.00 / hour (20% discount) - Aug 22, 2024 | 1 | 120.00 | 120.00T |
| **Conference Room** Small Conference Room, $140.00, 1 x $80.00 / hour (20% discount), 3 x $20.00 / hour (20% discount) - Aug 21, 2024 | 1 | 140.00 | 140.00T |
| **Conference Room** Small Conference Room, $80.00, 1 x $80.00 / hour (20% discount) - Aug 19, 2024 | 1 | 80.00 | 80.00T |
| **Conference Room** Medium Conference Room, $96.00, 1 x $96.00 / hour (20% discount) - Aug 21, 2024 | 1 | 96.00 | 96.00T |
| **One-off Fees** Water Service (small) - | 1 | 10.00 | 10.00T |
| **Conference Room** XLarge Conference Room, $60.00, 1.5 x $40.00 / hour (20% discount) - Aug 22, 2024 | 1.50 | 40.00 | 60.00T |

SUBTOTAL  706.00
TAX (4%)  28.24
TOTAL  734.24

TOTAL DUE  $734.24

THANK YOU.

BUSINESS BEGINS HERE

**Spece**
1225 Juan Ponce de Leon
San Juan, PR  00907
+17874177300
info@spece.com
www.spece.com

**Invoice  INV - 24791**



| BILL TO | | | |
|---|---|---|---|
| Office of the FPMPR LLC | DATE<br>08/31/2024 | PLEASE PAY<br>$62.40 | DUE DATE<br>08/31/2024 |

| MEMBERSHIP | QTY | FEE | AMOUNT |
|---|---|---|---|
| **Conference Room**<br>XLarge Conference Room, $60.00, 1.5 x $40.00 / hour (20% discount) - Aug 28, 2024 | 1.50 | 40.00 | 60.00T |
| | SUBTOTAL | | 60.00 |
| | TAX (4%) | | 2.40 |
| | TOTAL | | 62.40 |
| | **TOTAL DUE** | | **$62.40** |

THANK YOU.

BUSINESS BEGINS HERE

**Spece**
1225 Juan Ponce de Leon
San Juan, PR  00907
+17874177300
info@spece.com
www.spece.com

Invoice  INV - 24812



| BILL TO<br>Office of the FPMPR LLC | DATE<br>08/31/2024 | PLEASE PAY<br>$22.78 | DUE DATE<br>08/31/2024 |
|---|---|---|---|

| MEMBERSHIP | QTY | FEE | AMOUNT |
|---|---|---|---|
| **One-off Fees**<br>Printing - B&W -  August 24 | 219 | 0.10 | 21.90T |
| SUBTOTAL | | | 21.90 |
| TAX (4%) | | | 0.88 |
| TOTAL | | | 22.78 |
| **TOTAL DUE** | | | **$22.78** |

THANK YOU.

BUSINESS BEGINS HERE