# THE & GROUP LLC.

Las Ramblas
71 Calle Montjuic
Guaynabo , PR 00969

## INVOICE

INVOICE NUMBER: 140
INVOICE DATE: AUGUST 31, 2024

Federal Police Monitor

San Juan, PR

Invoice for Javier B Gonzalez Professional Services as Administrative Director

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| AUG-01-24 | Administrative Director | Work with July travel Invoices, Executive Team Meeting. | 4.00 | $125.00 | $500.00 |
| AUG-01-24 | Administrative Director | Office of the FPM Monthly Storage Fee. | | | $232.89 |
| AUG-02-24 | Administrative Director | Work with July Travel and Labor Invoices. | 3.50 | $125.00 | $437.50 |
| AUG-05-24 | Administrative Director | Work with Team July Labor Invoices. | 4.00 | $125.00 | $500.00 |
| AUG-06-24 | Administrative Director | Work with July Team labor Invoices, | 3.00 | $125.00 | $375.00 |
| AUG-07-24 | Administrative Director | Work with Team travel Invoices. | 1.50 | $125.00 | $187.50 |
| AUG-08-24 | Administrative Director | Executive team weekly meeting, surveys follow up Communication with the Monitor. | 1.50 | $125.00 | $187.50 |
| AUG-09-24 | Administrative Director | Review of team travel invoices, | 1.50 | $125.00 | $187.50 |
| AUG-12-24 | Administrative Director | Team Bi-weekly Meeting, Survey follow up, coordination of Town hall | 2.50 | $125.00 | $312.50 |
| AUG-13-24 | Administrative Director | Team Visit Coordination, Invoices Court Follow Up, | 2.00 | $125.00 | $250.00 |
| AUG-14-24 | Administrative Director | Work with July Team Expenses, Communications with the Monitor, Coordination of Team visit. | 3.00 | $125.00 | $375.00 |
| AUG-15-24 | Administrative Director | Survey follow up and meeting coordination, Travel invoices follow up, Town hall coordination. Weekly executive team meeting. | 3.50 | $125.00 | $437.50 |
| AUG-16-24 | Administrative Director | Coordination of Team Visit, Review of documents. Town hall Coordination. | 3.00 | $125.00 | $375.00 |
| AUG-16-24 | Administrative Director | Office of the FPM Monthly Adobe Account Fee | | | $47.98 |
| AUG-19-24 | Administrative Director | Team Visit, Coordination Meeting with the parties, Module demonstration, Town hall Coordination, Communications with Team Members. | 6.00 | $125.00 | $750.00 |
| AUG-20-24 | Administrative Director | Town hall Meeting in Aguadilla, Coordination of Team Visit. | 7.00 | $125.00 | $875.00 |

INVOICE NUMBER: 140

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| AUG-20-24 | Administrative Director | Town Hall Meeting Hotel Payment (Includes Meeting Rooms, Food and Non alcoholic Beverage, Audiovisual) | | | $2,579.83 |
| AUG-21-24 | Administrative Director | Team Visit Coordination, Communications with the Monitor and Team Members, | 4.00 | $125.00 | $500.00 |
| AUG-22-24 | Administrative Director | Team Visits, meetings with the Monitor and team members. | 8.00 | $125.00 | $1,000.00 |
| AUG-23-24 | Administrative Director | Communications with the Monitor and Team members, Communications with citizens. Review of communications. | 2.50 | $125.00 | $312.50 |
| AUG-26-24 | Administrative Director | Work with Administrative matters, Communications with the Monitor, Review of communications , Survey follow-up. | 3.50 | $125.00 | $437.50 |
| AUG-27-24 | Administrative Director | Review of Team August Travel Expenses Invoices, Communications with the Monitor and Citizens | 3.50 | $125.00 | $437.50 |
| AUG-28-24 | Administrative Director | 253 Meeting, Work Team July travel Invoices. | 2.00 | $125.00 | $250.00 |
| AUG-29-24 | Administrative Director | Work with Travel Invoices, Executive Team Meeting, Community Meeting Coordination, | 4.50 | $125.00 | $562.50 |
| AUG-30-24 | Administrative Director | Work with Team Invoices, Meeting Coordination, and Communications with Team members. | 3.50 | $125.00 | $437.50 |
| AUG-31-24 | Administrative Director | Work with Team Invoices. | 2.50 | $125.00 | $312.50 |
| AUG-31-24 | Administrative Director | I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0.00 | $125.00 | $0.00 |
| AUG-31-24 | Administrative Director | Office of the FPM Vehicle Maintenance Expense | | | $228.58 |
| | | Gasoline Expense | | | $250.00 |
| | | Total amount of this invoice | | | $13,339.28 |

MESSAGE

Javier B Gonzalez August 31, 2024



**Southern Self Storage - 3513 Santurce**                                               **Payment Receipt**
2 Calle Concepcion
San Juan, PR 00909
(787)339-2574

| | | | | |
|---|---|---|---|---|
| **Tenant** | Gonzalez, Javier | | **Date Printed** | 08/01/2024 |
| **Company** | | | **Payment Date** | 08/01/2024 |
| **Address** | Urb Los Ramblas 71 Calle Montjuic | | **Unit** | 2705 |
| **City, State, Zip** | Guaynabo, PR 00969 | | **Available Credit** | |
| | | | **Current Balance** | $$0.00 |
| | | | **Receipt Number** | 240801134725661 |
| | | | **By** | Manager |

| Unit # | Description | From Date | To Date | Amt. | Disc | Tax | Total | Paid | Allowance | Bal. | Payments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2705 | Rent Charged | 08/01/2024 | 08/31/2024 | $199.00 | $0.00 | $22.89 | $221.89 | $0.00 | $0.00 | $221.89 | $221.89 |
| 2705 | Insurance | 08/01/2024 | 08/31/2024 | $11.00 | $0.00 | $0.00 | $11.00 | $0.00 | $0.00 | $11.00 | $11.00 |
| | | | | | | | $232.89 | $0.00 | $0.00 | $232.89 | $232.89 |

| | |
|---|---:|
| Total Due | $232.89 |
| Total Allowance | $0.00 |
| Total Paid by Cash | $0.00 |
| Change Amount | $0.00 |
| Total Paid by Check | $0.00 |
| Total Paid by Credit Card | $232.89 |
| Total Paid by ACH | $0.00 |
| Balance Due | $0.00 |

**I agree to pay the above amount according to Card Issuer Agreement (Merchant Agreement if Credit Voucher)**

| X | X |
|---|---|
| **Signature of the Customer** | **Signature of the Manager** |

Forget about due dates and late charges by using **AutoPay**. This service is offered **FREE OF CHARGE**. Just ask us for an AutoPay form to complete or go online at www.southernselfstoage.com sign up.
Get $25.00 credit on referrals!
Ask your manager how and save money. Don't forget to visit us for boxes and moving supplies.  We are your one stop shop for all your moving needs.
To manage your account online visit www.southernselfstorage.com.

Business Services - Office Supplies

# SOUTHERN SELF STORAGE SAN JUAN

# $232.89

Aug 1, 2024

On your statement as Southern Self StoragSANTURCE PR

## 466 Marriott Bonvoy Points



## Transaction Details

SOUTHERN SELF STORAGE SAN JUAN

 (787) 339-2574

## Doing Business As

SOUTHERN SELF STORAGE SAN JUAN

## Date Processed

Aug 2, 2024

## Transaction Reference Number

320242150904603024



# Transaction Details
## Card Ending - 12001

Merchandise & Supplies - Mail Order

# ADOBE WEBSALES 800-833-6687

# $47.98

Aug 16, 2024

On your statement as ADOBE Adobe Systems SAN JOSE CA

**$0.48 Reward Dollars**



# Transaction Details

ADOBE WEBSALES 800-833-6687

  (800) 833-6687

  https://www.adobe.com/in/about-adobe/co...

## Doing Business As
ADOBE WEBSALES 800-833-6687

## Date Processed
Aug 17, 2024

## Transaction Reference Number

# COURTYARD
## BY MARRIOTT
### AGUADILLA HOTEL AND CASINO

**Courtyard by Marriott Aguadilla**
787.658.0790
sales@bqnevents.com
www.bqnevents.com
200 W Parade Rd, Aguadilla, PR, United States of America 00603

# BANQUET EVENT ORDER

| | |
|---|---|
| **Account Name:** | |
| **Contact Person:** | Javier Gonzalez |
| **Phone:** | 787.473.1515 |
| **Email:** | javier.benito@me.com |
| **Booking Name:** | Monitor Federal de la Policía PR |
| **Venue Name:** | Grand Borinquen Ballroom (Courtyard by Marriott) |
| **Event Date:** | Tuesday, August 20, 2024 |
| **Start Time:** | Tuesday, August 20, 2024 |
| **End Time:** | 01:00 pm |
| | 06:00 |
| **Booked By:** | Nahir Ramos |
| **Venue Email:** | sales@bqnevents.com |
| **Venue Phone:** | 787.658.0790 |
| **Onsite** | |

# Courtyard by Marriott Aguadilla…

**Submit**

| Time | Event | Space | Exp. | Gtd. | Setup |
|---|---|---|---|---|---|
| Tue Aug 20, 2024 @ 1:00 PM - 6:00 PM | Monitor Federal de la Policía PR | Grand Borinquen Ballroom (Courtyard by Marriott) | 150 | 150 | Theater/Teatro |

| Item Name | Serving Time | Qty × Price | Line Total |
|---|---|---|---|
| Caribe Break | 1:00 PM | 150 × $12.95 | $1,942.50 (+FOOD SALES TAX) |

Freshly Brewed Puerto Rican Coffee
Assorted Sodas and water
Mini Sandwiches (jamón y queso)
Assorted Pastries

Dividir porción para 12 personas en el salón General Ramey a las 11:00am

| | | | |
|---|---|---|---|
| Grand Borinquen Ballroom Borinquen I, II, III | -- | 1 × $0.00 | $0.00 |

Room Set Up:
- 150 chairs theaters style
Entremeses en el Borinquen 3
Mesa de registro entregada del Borinquen 3

Pantalla de proyectar

| | | | |
|---|---|---|---|
| Services Fee 18% | -- | 1 × $349.65 | $349.65 (+OTHER SALES TAX) |
| Attendants Fee | -- | 1 × $100.00 | $100.00 (+OTHER SALES TAX) |

**Subtotal:** $2,392.15
**FOOD SALES TAX (7.0% on $1,942.50):** $135.97
**OTHER SALES TAX (11.5% on $449.65):** $51.71
**Amount Paid:** -$0.00
**Total Price:** $2,579.83

# Transaction Details
## Card Ending - 31000

**Travel - Lodging**

# COURTYARD BY MARRIOTT-AGUADILLA FD

# $2,579.83

Aug 20, 2024

On your statement as COURTYARD BY MARRIOTAguadillla PR

## 15,480 Marriott Bonvoy Points
### 6X at Marriott Bonvoy



## Transaction Details





## COURTYARD BY MARRIOTT-AGUADILLA FD

200 WEST PARADE
AGUADILLA
PR
00603
PUERTO RICO

# Invoice

**DIAZ SERVICE STATION**
CALLE PARANA ESQ, WESER
RIO PIEDRAS HGTS
SAN JUAN PR 00926

| Date | Invoice # |
|---|---|
| 8/9/2024 | 13459 |

**Bill To**

MONITOR FEDERAL
TOYOTA HIGHLANDER 2015
TAB-IVU-032

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | ACEITE Y FILTRO SINT | 75.00 | 75.00T |
| 1 | ARREGLO GOMA | 10.00 | 10.00T |
| 1 | LAVADO DE CAJA Y BRILLO | 90.00 | 90.00T |
| 1 | INSPECCION | 30.00 | 30.00T |
|  | Sales Tax | 11.50% | 23.58 |

**Total** $228.58

---

ATH

PUMA -PARANA 037
RIO PIEDRAS HEIGHTS C/PARANA ESQ WESSER
SAN JUAN

| DATE | TIME | HOST |
|---|---|---|
| Sep 05,24 | 09:35:40 | ATH2 |
| BATCH | TERMINAL ID | MERCHANT ID |
| 000034 | xxxx3692 | xxxxxxx7977 |

SALE

AMEX        xxxxxxxxxxxx6018

AUTH. CODE: 852129    INVOICE: 000727
                     TRACE  : 000070

TOTAL :  $    228.58

AMEX CREDIT                CONTACTLESS
AID: A000000025010901 AC: E0788E336D53D275
UN: 6AAC1704  TVR: 0080008000 TSI: E800

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

CUSTOMER COPY
Gracias Por su Patrocinio