

# Invoice

**Altai Atlantic Consulting LLC**
828 Snowden Hallowell Way, Alexandria VA 22314

**Date:** 09/01/24
**Invoice #:** 01-056

**To:** Office of the Federal Police Monitor of Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
Tel. 787-417-9098

| Fee Description | Total Hours | Hourly Rate | Amount |
| --- | --- | --- | --- |
| **Total Fees Payable For Services Rendered by Dr. David Levy** | 60.0 | 165 | **$9,900.00** |

**Work Performed in the Continental United States**

| Date | Activity Description | Total Hours | Hourly Rate | Amount |
| --- | --- | --- | --- | --- |
| 8/1/24 | Data request development for revised community policing methodology | 3.0 | 165 | $495.00 |
| 8/4/24 | Data request development for revised community policing methodology | 3.5 | 165 | $577.50 |
| 8/5/24 | Biweekly document and data production call with PRPB | 0.5 | 165 | $82.50 |
| 8/7/24 | Communication re: PRPB response to CMR-11 data request 2 | 1.0 | 165 | $165.00 |
| 8/8/24 | Data cleaning for PRPB response to CMR-11 data request 2 | 2.0 | 165 | $330.00 |
| 8/9/24 | Validated key samples and prepared validation report for the Parties. | 2.5 | 165 | $412.50 |
| 8/10/24 | Email backlog | 1.5 | 165 | $247.50 |
| 8/12/24 | Biweekly FPMPR team call | 1.0 | 165 | $165.00 |
| 8/13/24 | Data request development for revised community policing methodology | 2.0 | 165 | $330.00 |
| 8/13/24 | Review of PRPB reply to data request 2.2 validation | 1.0 | 165 | $165.00 |
| 8/14/24 | Review of FPMPR midterm review and USDOJ reply to PRPB compiance plan | 1.5 | 165 | $247.50 |
| 8/14/24 | Monthly checkins with monitors Watkins and Gosselin | 1.5 | 165 | $247.50 |
| 8/15/24 | Data request development for revised community policing methodology | 7.0 | 165 | $1,155.00 |
| 8/16/24 | Miscellaneous data management in Box | 2.0 | 165 | $330.00 |
| 8/17/24 | September site vist planning | 1.5 | 165 | $247.50 |
| 8/18/24 | Review and response to PRPB clarifications on CMR-11 data request 2.2 | 2.5 | 165 | $412.50 |
| 8/18/24 | Communication re: Equal Protection and Internal Investigations data | 1.5 | 165 | $247.50 |
| 8/19/24 | Site visit meeting with PRPB & SA/DV module demonstration | 2.0 | 165 | $330.00 |
| 8/19/24 | Review & communication re: paragraph 91 assessments | 1.5 | 165 | $247.50 |
| 8/20/24 | Review of method for SARP investigations for paragraph 12 - ethics violations | 1.0 | 165 | $165.00 |
| 8/21/24 | Assistance to PRPB with miscellaneous data uploads for CMR-11 | 1.5 | 165 | $247.50 |

| 8/25/24 | Misc. data review and development for monitors Romero, Youngs, and Gosselin | 2.5 | 165 | $412.50 |
|---|---|---|---|---|
| 8/27/24 | Follow-up with PRPB and data management re: ad hoc data request items | 1.5 | 165 | $247.50 |
| 8/28/24 | Revisions to data request 1 method to expedite interview scheduling | 4.5 | 165 | $742.50 |
| 8/29/24 | Call with PRPB and data management in Box | 2.5 | 165 | $412.50 |
| 8/30/24 | Translations and revisions to master data request items | 3.0 | 165 | $495.00 |
| 8/31/24 | Update to master data request date-range formulas for non-cumulative samples | 4.0 | 165 | $660.00 |
| 8/31/24 | Misc. end of month admin | 0.5 | 165 | $82.50 |
| Total | | 60.0 | | $9,900.00 |

**Total Fee Payable**    **$9,900.00**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

**Dr. David Levy**

09/01/24

**Date**