# INVOICE

**DATE**
9/1/2024

**INVOICE NO**
#047

**Denise Rodriguez**
3003 San Sebastian St.
Mission, TX 78572
denise@innovatepolicing.com

**INVOICE TO**
Puerto Rico Chief Federal Monitor

**INVOICE PERIOD**
August 1 - 31, 2024

## DUTIES AND RESPONSIBILITIES                                         TOTAL DUE $15,833.33

- Conducted monthly one-on-one meetings with subject matter experts
- Coordinated and conducted weekly Monitoring Executive Team meetings
- Coordinated and conducted biweekly document production meetings with the Parties
- Conducted biweekly meetings with Research Analyst
- Participated in biweekly meetings with staff and PRPB reform staff assigned to each section
- Reviewed and approved the review of several policies submitted to the Monitor's Office by PRPB as per Paragraph 229 of the Agreement
- Worked with the Research Analyst to draft and finalize the schedule for the August and September site visit
- Coordinated and oversaw the submission and receipt of various data requests for CMR-11
- Participated in various calls with PRPB and Monitoring team members
- Worked with the Data Analyst and PRPB to make changes to the data requests
- Participated on calls with FPM executive team to discuss communications from community members, transition order, and other topics and issues
- Reviewed comments on the changes to the community policing methodology.
- Reviewed the draft IPSOS surveys
- Reviewed mid period reports from each of the Monitors
- Reviewed final memo of the mid period status report to be shared with the Parties.
- Virtually attended the August site visit and community meeting

Flat Rate Total Wages*                                                                   $15,833.33
**Total Due**                                                                             $ 15,833.33

*The total amount is a flat rate. The total monthly is $15,833.33 for an annualized amount of $190,000.00

_Denise Rodriguez_ (signature)

**Denise Rodriguez, Chief Deputy Monitor**

September 1, 2024
Date

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.*