# Viota & Associates CPA LLC

| Invoice #: | Invoice Date | Page |
|---|---|---|
| 202400539 | 08/29/2024 | 1 of 1 |

(787) 296-9060 | mforteza@viotacpa.com

Bill To:

**OFFICE OF THE FPM, LLC**
1225 AVENIDA JUAN PONCE DE LEON
SAN JUAN, PR  00907

| | |
|---|---|
| Please pay by | 08/29/2024 |
| **Invoice Total** | **$781.25** |

For professional service rendered as follows:

Accounting Services - 6.25 hours @ $125

| Date | Staff | Activity | Hours | Units |
|---|---|---|---|---|
| 08/02/24 | Malave, Adianis | Accounting Services | 2.25 | |
| | Invoices in Sage and Posted Payment from June and July, Bank Reconciliation June and July | | | |
| 08/21/24 | Malave, Adianis | Accounting Services | 1.50 | |
| | Download Services Invoices and Travel Invoices to Dropbox, Review Services Invoices and Travel Invoices, calculated withholdings, invoices in Excel | | | |
| 08/22/24 | Forteza, Maria | Accounting Services | 1.00 | |
| | ACH Vendors - July Services 1 of 2 | | | |
| 08/23/24 | Forteza, Maria | Accounting Services | 1.00 | |
| | Vendor ACH payments (2nd) July Services and ACH travel expenses - June 2024. Professional Services withholding deposit | | | |
| 08/27/24 | Malave, Adianis | Accounting Services | 0.50 | |
| | Invoices in Sage from July | | | |
| | | Total Amount | 781.25 | |

| | |
|---|---|
| **Invoice Total** | **$781.25** |

Additional information
Invoices are due upon receipt. Your prompt payment is appreciated.

# Viota & Associates CPA LLC

| | Invoice #: | Invoice Date | Page |
|---|---|---|---|
| | 202400541 | 08/29/2024 | 1 of 1 |

(787) 296-9060  |  mforteza@viotacpa.com

Bill To:

**OFFICE OF THE FPM, LLC**
1225 AVENIDA JUAN PONCE DE LEON
SAN JUAN, PR  00907

| | |
|---|---|
| Please pay by | 08/29/2024 |
| Invoice Total | $1,000.00 |

### For professional service rendered as follows:

| Service | Amount |
|---|---|
| Preparation of the PR Incentive Tax Return for Exempt Businesses for the year ended 2024 | 1,000.00 |

| | |
|---|---|
| Invoice Total | $1,000.00 |

Additional information
Invoices are due upon receipt. Your prompt payment is appreciated.