| Name: | Donald S. Gosselin, d/b/a Gosselin Int'l Associates, division of MBG North Corp #2001 |
|---|---|
| Invoice Date | 9/1/24 |
| Invoice Period | July 27 - Aug 31, 2024 |

| Date | Task(s) | Rate | Total Hours | Total Amount |
|---|---|---|---|---|
| 07/29/24 | Review/Analyze CMR-11 Mid | $ 165.00 | 4 | $ 660.00 |
| 07/30/24 | Review/Analyze CMR-11 Mid | $ 165.00 | 7 | $ 1,155.00 |
| 08/01/24 | Review/Analyze CMR-11 Mid | $ 165.00 | 2.25 | $ 371.25 |
| 08/02/24 | Review/Analyze CMR-11 Mid | $ 165.00 | 1.75 | $ 288.75 |
| 08/05/24 | Review/Analyze/Draft CMR-11 Mid | $ 165.00 | 4 | $ 660.00 |
| 08/07/24 | Review/Analyze/Draft CMR-11 Mid | $ 165.00 | 2.5 | $ 412.50 |
| 08/08/24 | Review/Analyze/Draft CMR-11 Mid/Comms with Team | $ 165.00 | 3 | $ 495.00 |
| 08/09/24 | Review Targets/Methodology/Comms with Team | $ 165.00 | 6 | $ 990.00 |
| 08/12/24 | Complete Midterm report/Comms with Team | $ 165.00 | 2 | $ 330.00 |
| 08/13/24 | Review/Analyze CMR-11 data Comms with Team | $ 165.00 | 4.5 | $ 742.50 |
| 08/16/24 | Comms with Team/Site Visit Planning Review/Update | $ 165.00 | 4 | $ 660.00 |
| 08/19/24 | Comms w/PRPB/Team/Rechazada cases | $ 165.00 | 2 | $ 330.00 |
| 08/22/24 | Comms w/Team and Parties, Review Methodology | $ 165.00 | 1.5 | $ 247.50 |
| 08/23/24 | Comms with Monitor Team/Planning and Data Review | $ 165.00 | 3.25 | $ 536.25 |
| 08/26/24 | Team Telcon and Prep | $ 165.00 | 1.25 | $ 206.25 |
| 08/27/24 | Review PRPB Comms/Data/Analysis | $ 165.00 | 1.5 | $ 247.50 |
| 08/29/24 | Comms/Data Analysis | $ 165.00 | 2 | $ 330.00 |
| 08/30/24 | Data Analysis CMR-11 | $ 165.00 | 5 | $ 825.00 |
| 08/31/24 | Data Analysis CMR-11 | $165 | 2.5 | $ 412.50 |
| TOTAL Labor | | | 60.00 | $ 9,900.00 |

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.*

**Signature:** *D.S. Gosselin, Esq. for MBG North*   **Date:**   9/1/24

**Commo and Coordination** consists of all writings and digital comms to/from Monitors, PRPB, USDOJ; Review compliance targets, document and data requests, logistics; scheduling, on-site planning & coordination, database development
**Data/Policy Analysis, Writing** Data concerns CMR,
**Field Work:** Research conducted in situ (SJU)
**Review Investigations:** Page by page analysis of SARP Investigations conducted (Phase I and Adjudicated (Phase II)