**Al Youngs**
**5552 West Lakeridge Rd**
**Lakewood, CO 80227**

August 1 - August 31, 2024
Invoice No. 64
Member of Federal Monitor Team

| Date | Brief Description | Total Hours |
|---|---|---|
| | Reviewed and responded to emails and conference calls for the month of August. | |
| 8/1 | | |
| 8/3 | | |
| 8/5 | | |
| 8/7 | | |
| 8/8 | | |
| 8/12 | | |
| 8/14 | | |
| 8/15 | | |
| 8/16 | | |
| 8/23 | | |
| 8/29 | | |
| 8/30 | | 7.0 Hours |
| | | |
| 8/1 | | |
| 8/2 | | |
| 8/3 | | |
| 8/4 | | |
| 8/6 | | |
| 8/8 | | |
| 8/11 | | |
| 8/12 | Several meetings and phone calls with Monitor and Deputy Monitor. | |
| 8/14 | | |
| 8/23 | | |
| 8/24 | | |
| 8/26 | | |
| 8/29 | | 3.0 Hours |

| During Site Visit to Puerto Rico | | |
|---|---|---|
| 8/19 | Met with Reform Unit. Reviewed site visit agenda. Document Production Meeting. | |
| 8/19 | SA/DV Module demonstration | |
| 8/19 | Meeting with Professionalization/Recruitment working group, Eily J. Molina Batista. Discussed paragraph compliance status. Interview sample, scheduling and data requests | |
| 8/20 | FPM Town Hall Meeting | |
| 8/21 | Promotional candidate interviews. Interviews of purposive sample of PRPB promotional candidates | |
| 8/22 | Interviews of sample of PRPB promotional candidates | 27.0 Hours |
| | | |
| 8/2 | Reviewed PRPB Data Production | 1.0 Hours |
| 8/4 | Reviewed past CMR's reference Professionalization | 2.0 Hours |
| 8/5 | Submitted CMR-11 mid-period report | 2.0 Hours |
| 8/8 | Reviewed Virtual courses | 1.0 Hours |
| 8/10 | Reviewed OG213 | 2.0 Hours |
| 8/11 | Reviewed OG307 | 2.0 Hours |
| 8/12 | Rereviewed Data requests for CMR11 | 1.0 Hours |
| 8/14 | Rereviewed Captain training and examination | 1.0 Hours |
| 8/17 | Rereviewed Integrity Audits information | 2.0 Hours |
| 8/17 | Reviewed Box PRPB Data Production | 2.0 Hours |
| 8/25 | Reviewed past CMR's reference Recruitment | 2.0 Hours |
| 8/28 | Reviewed PARA13 | 2.0 Hours |
| 8/29 | Reviewed OG501 and submitted comments | 3.0 Hours |

**TOTAL HOURS: 60.0**

Billable Hours: 60 Hours at a Rate of $165.00 Per Hour = $9,900.00

**TOTAL: $9,900.00**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Alan C Youngs
Signature

8/31/24
**Date**