# Rafael Ruiz Consulting

12 Crestshire Dr.
Lawrence, MA 01843

PHONE: 6177599156   stodgo1971@yahoo.com   12 Crestshire Dr.

## INVOICE

INVOICE NUMBER: 2024-08
INVOICE DATE: 8/31/2024

Federal Police Monitor for PR
VIG Tower, PH-924
1225 Ponce De Leon Ave.
San Juan, PR 00907

RAFAEL E. RUIZ CONSULTING

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: FPM work from Home | | | |
| 8/1/2024 | FPM work from Home | Prep CMR-11 worksheets with PRPB midterm data | 9.00 | $165.00 | $1,485.00 |
| 8/2/2024 | FPM work from Home | Prep CMR-11 worksheets with PRPB midterm data | 9.50 | $165.00 | $1,567.50 |
| 8/3/2024 | FPM work from Home | Prep CMR-11 worksheets with PRPB midterm data | 5.50 | $165.00 | $907.50 |
| 8/4/2024 | FPM work from Home | Prep CMR-11 worksheets with PRPB midterm data | 7.00 | $165.00 | $1,155.00 |
| 8/5/2024 | FPM work from Home | Prep CMR-11 worksheets with PRPB midterm data | 7.00 | $165.00 | $1,155.00 |
| 8/6/2024 | FPM work from Home | FPM Zoom meeting w/PRPB Policies and Procedures managers | 0.50 | $165.00 | $82.50 |
| 8/6/2024 | FPM work from Home | Prep CMR-11 worksheets with PRPB midterm data | 4.50 | $165.00 | $742.50 |
| 8/7/2024 | FPM work from Home | Prep CMR-11 worksheets with PRPB midterm data | 8.50 | $165.00 | $1,402.50 |
| 8/7/2024 | FPM work from Home | Prep CMR-11 worksheets with PRPB midterm data | 8.50 | $165.00 | $1,402.50 |
| | | TOTAL: FPM work from Home | | | $9,900.00 |
| | | Total hours for this invoice | 60.00 | | |

| INVOICE BALANCE INFORMATION | |
|---|---|
| Total amount of this invoice | $9,900.00 |
| Current invoice balance | $9,900.00 |

### AMOUNT DUE ON THIS INVOICE: $9,900.00

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of the hours worked in my capacity as a member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*Rafael E. Ruiz*
Rafael E. Ruiz

Page 1 of 1

Date: 8/31/24