INVOICE 0114L - LABOR FOR PROFESSIONAL SERVICES; AUG 1-31, 2024
RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC

TO:   Federal Monitor
      Puerto Rico Police Department Consent Decree

Attached below please find the details for professional services rendered by Scott Cragg (Monitoring Core Team) for Aug 2024:

| | | | | |
|---|---|---|---|---|
| **Name:** | Scott Cragg | | | |
| **Invoice Date:** | 8/1/24 | | | |
| **Invoice Period:** | 8/1-31/24 | | | |

| Date | Task(s) | Rate | Total Hours | Total Amount |
|---|---|---|---|---|
| 8/1/24 | Attend and participate - Weekly status conference for RMS/PMO, Attend monthly AHD dashboard call | $165.00 | 1.5 | $247.50 |
| 8/6/24 | June travel expense invoice re write for the Court. Pull documents, draft reconciliation, line by line review of Gartner 8/1 RMS/PMO Status Report - add questions to on-site interview register, assess DoJ comments-Saucedo emails 7/31 & 8/1 | $165.00 | 4.75 | $783.75 |
| 8/8/24 | Finalize resubmission travel expense invoicing for the Court, clear emails from Monitor and staff, attend Gartner weekly status review RMS/PMO | $165.00 | 4.5 | $742.50 |
| 8/10/24 | Detailed review of Weekly status charts/plan and sched, annotate august on-site interview questions. Review of PRPB Consolidated Status Report #3 dtd July 15, 2024 | $165.00 | 1 | $165.00 |
| 8/12/24 | Attend Bi-Weekly Monitor review mtg, draft midpoint status report and cross-reference with draft consolidated reports from PRPB. | $165.00 | 2.75 | $453.75 |
| 8/14/24 | Review CMR-11 midpoint assessment for applicability across Decree Sections, review 253 minutes for accuracy, Doc review and archive cleanup | $165.00 | 2.5 | $412.50 |
| 8/15/24 | Review Commonwealth "un-responsive" comments to Training data Call - provide opinion to FM, add positions to Master IT data call, Attend and participate in Weekly Gartner status call for RMS and PMO. Bi-Weekly contract review with Gartner | $165.00 | 2.25 | $371.25 |
| 8/17/24 | Detailed review of Weekly PMO/RMS status materials (8/15), reconcile with plan | $165.00 | 0.25 | $41.25 |
| 8/18/24 | Travel Panning for September on-site, clear FPMPR status/prep/emails | $165.00 | 1.25 | $206.25 |
| 8/19/24 | On-Site PR | $165.00 | 8 | $1,320.00 |
| 8/20/24 | On-Site PR | $165.00 | 8 | $1,320.00 |
| 8/21/24 | On-Site PR | $165.00 | 8 | $1,320.00 |
| 8/22/24 | On-Site PR | $165.00 | 8 | $1,320.00 |
| 8/23/24 | Reconcile trip notes/on-site interviews, update Master Data Call Spreadsheet, map DoJ questions from 8/19 into master integrated IT data call plan, develop data call requests, GTE call between the Parties on the Master Integrated Plan versus the IT Corrective Action Plan | $165.00 | 3.5 | $577.50 |

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 8/26/24 | Review pertinent media reports provided by the monitors office, prepare Travel Expense Invoice, review IT CAP status versus on-site status review, Review DOJ comments on PRPB's 3rd consolidated status report, incorporate interview and data call elements in Master IT data call. | $165.00 | 3.75 | $618.75 |
| 8/27/24 | Develop Master IT Data Call Tally, incorporate questions and observations from May, June, July 2024, clear monitors emails, assess and incorporate 22 Aug MO/RMS weekly status report details. | $165.00 | 2.75 | $453.75 |
| 8/29/24 | Gartner weekly RMS/PMO update, debrief with Monitor | $165.00 | 1 | $165.00 |
| 8/30/24 | Review/organize CMR-11 Draft Report Writing and schedule, clear Data Call 11.2.2 guidance communications to monitoring team. Begin reconciliation of consolidated status reports 1, 2 and 3 | $165.00 | 1 | $165.00 |
| 8/31/24 | Finalize Invoice | $165.00 | 0.25 | $41.25 |
| **TOTAL Labor** | | | **65** | **$10,725.00** |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

**Signature:** _[signature]_

**Date:** 8/31/24

2