| Name: | Rita J. Watkins | | | | |
|---|---|---|---|---|---|
| **Invoice Date:** | 8//2024 | | | | |
| **Invoice Period:** | August 1-31,2024 | | | | |

| Date | Task(s) | Rate | Total Hours | Total Amount | |
|---|---|---|---|---|---|
| 8/1/2024 | CMR-11 Data Review of DV cases | $ 165.00 | 2 | $ | 330.00 |
| 8/5/2024 | Review of PRPB Virtual Course Development Agreement | $ 165.00 | 1 | $ | 165.00 |
| 8/5/2024 | Document Production meeting on Juvenile Cases | $ 165.00 | 1 | $ | 165.00 |
| 8/6/2024 | EP&ND Document Review and Working Group Meeting | $ 165.00 | 2.5 | $ | 412.50 |
| 8/6/2024 | Training Working Group Meeting | $ 165.00 | 0.5 | $ | 82.50 |
| 8/10/2024 | Mid-Period Report/Research and Write | $ 165.00 | 3 | $ | 495.00 |
| 8/14/2024 | Monthly Meeting with DCM | $ 165.00 | 0.5 | $ | 82.50 |
| 8/15/2024 | CMR-11 Data Review of DV cases | $ 165.00 | 3 | $ | 495.00 |
| 8/16/2024 | Telecons and emails from monitors and parties | $ 165.00 | 1 | $ | 165.00 |
| 8/16/2024 | CMR-11 Data Review of DV cases | $ 165.00 | 3 | $ | 495.00 |
| 8/19/2024 | Working Site Visit | $ 165.00 | 8 | $ | 1,320.00 |
| 8/20/2024 | Working Site Visit | $ 165.00 | 8 | $ | 1,320.00 |
| 8/21/2024 | Working Site Visit | $ 165.00 | 5 | $ | 825.00 |
| 8/23/2024 | Review Internal Regulations of Virtual Training Courses doc. | $ 165.00 | 1.5 | $ | 247.50 |
| 8/26/2024 | Team Meeting/Coordination for LBGTQ+ community organizer | $ 165.00 | 1 | $ | 165.00 |
| 8/27/2024 | Telecons and emails from monitors and parties | $ 165.00 | 1 | $ | 165.00 |
| 8/29/2024 | Team Meeting/Coordination for LBGTQ+ community organizer | $ 165.00 | 0.5 | $ | 82.50 |
| 8/30/2024 | CMR-11 data review and writing | $ 165.00 | 4 | $ | 660.00 |
| | | $ 165.00 | | $ | - |
| | | $ 165.00 | | $ | - |
| | | $ 165.00 | | $ | - |
| | | $ 165.00 | | $ | - |
| | | $ 165.00 | | $ | - |
| | | $ 165.00 | | $ | - |
| | | $ 165.00 | | $ | - |
| | | $ 165.00 | | $ | - |
| | | $ 165.00 | | $ | - |
| | | $ 165.00 | | $ | - |
| **TOTAL** | | | 46.5 | $ | 7,672.50 |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

**Signature:** *Rita J. Watkins*          **Date:** 8/31/2024