# INVOICE



22 Chalets de Santa Maria
San Juan, P.R. 00927
(787) 940-3090

**BILL TO:**
**Office of the FPMPR, LLC**
VIG Tower, PH 924
1225 Ponce de Leon Avenue
San Juan, P.R. 00907

**DATE:** 8/31/2024
**INVOICE #** 2024008
**FOR:** FPMPR/TCA

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Zoom calls/Team meetings: 08/05/2024- PRPB focal mtg.; 8/12/2024:Team; 8/26/2024: Team for Sept. meeting coordination for community meeting requested by comm. Organizations/Pedro Serrano & others; 08/29/2024: Sept. comm. meeting logistics discussion and agenda | 3.00 | $165.00 | $ 495.00 |
| emails-texts/phone calls: Denise, Dave, Claudia, John, Javi, Sam, Inigo, Rita, Hidalgo; Stephanie | 2.25 | $165.00 | $ 371.25 |
| 08/04/2024: Box review CMR11-pars. 205-206 for mid period report. | 1.50 | $165.00 | $247.50 |
| 08/05/24: box 207, 211 | 0.50 | $165.00 | $82.50 |
| 08/09/2024: Mid-period final report review +draft | 1.25 | $165.00 | $206.25 |
| 08/14/2024: Mid period final draft+amedmt.John's req. | 0.25 | $165.00 | $41.25 |
| 08/19/2024: PRPB meeting & MPRPB interviews | 5.75 | $165.00 | $948.75 |
| 08/20/2024: Field visit Aguadilla Jose De Diego School, Meeting w/LGBTQ/comm. and advocates + Townhall meeting (7:30 a.m-6:00 p.m) | 10.50 | $165.00 | $1,732.50 |
| 08/21/2024: Carolina Field visit (8:30-4:30 pm/no lunch) | 8.00 | $165.00 | $1,320.00 |
| 08/22/2024: PRPB meeting (focal) hdqtrs; CIC members' interviews TCA Office | 8.00 | $165.00 | $1,320.00 |
| 08/23/2024: OG801 CICs review, notes, recommendations & draft, PPRs 803.1 through PPR803.5. | 4.50 | $165.00 | $742.50 |
| 08/24/2024: 803 partial review; notes; PPR 803.5 referenced review. | 2.00 | $165.00 | $330.00 |
| 08/25/2024: (Additional policies) OG 803 completed review and draft; OG 805 review, PPR 805.1 & PPR805.2; review+notes, draft and complete FPMPR memo. | 6.00 | $165.00 | $990.00 |
| 08/31/2024: Report intro notes; par. 207 review for addtl. Data-only pictures, par. 211: reviewed partial data recvd./0 evidence on resources for CIC; stats reviewed on PRPB wbsite:0 on hate crimes to date; no access to self monitoring sharepoint for Controls suplem. data review other than submitted pictures; Sept. agenda review/notes to several items for amedment/review/reset. | 4.50 | $165.00 | $742.50 |
| | 58.00 | | $ 9,570.00 |

**TOTAL** $ 9,570.00

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities, or agencies.


Merangelie Serrano-Rios