

## Samantha Rhinerson
550 Amsonia Circle
Guyton, GA 31312
srhinerson99@outlook.com | 256-431-5324

| BILL TO | INVOICE # | DATE | DUE |
|---|---|---|---|
| Puerto Rico Chief Federal Monitor | 2024-08 | 8/31/2024 | 9/30/2024 |

| Date | Description | Hours | Rate | TOTAL |
|---|---|---|---|---|
| 08/05/2024 | 1.0 hour of 253 Meeting planning and policy review facilitation | 1.00 | $100.00 | $100.00 |
| 08/14/2024 | 1.0 hour of policy review facilitation | 1.00 | $100.00 | $100.00 |
| 08/15/2024 | 1.0 hour Meeting with Denise | 1.00 | $100.00 | $100.00 |
| 08/16/2024 | 1.0 hour of travel planning and policy review facilitation | 1.00 | $100.00 | $100.00 |
| 08/18/2024 | 1.0 hour of travel planning | 1.00 | $100.00 | $100.00 |
| 08/19/2024 | 2.0 hours of CMR template development | 2.00 | $100.00 | $200.00 |
| 08/20/2024 | 1.0 hour of travel planning and CMR template development | 1.00 | $100.00 | $100.00 |
| 08/21/2024 | 1.0 hour of travel planning and CMR template development | 1.00 | $100.00 | $100.00 |
| 08/22/2024 | 1.0 hour of travel planning and CMR template development | 1.00 | $100.00 | $100.00 |
| 08/23/2024 | 1.0 hour of travel planning | 1.00 | $100.00 | $100.00 |
| 08/25/2024 | 1.0 hour of travel planning | 1.00 | $100.00 | $100.00 |
| 08/26/2024 | 1.0 hour of travel planning | 1.00 | $100.00 | $100.00 |
| 08/27/2024 | 1.0 hour of travel planning | 1.00 | $100.00 | $100.00 |
| 08/29/2024 | 3.0 hours of travel planning, policy review facilitation, and meeting with Stephanie | 3.00 | $100.00 | $300.00 |
| 08/30/2024 | 1.0 hour of travel planning and meeting with Denise | 1.00 | $100.00 | $100.00 |

**TOTAL** $1,800.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*thank you*