# Manuel A. Arroyo Rivera

P.o Box 8925 Santurce Puerto Rico 00910    Cel 787-364-8925

Email marroyorivera20@gmail.com

Invoice  Month August 2024                                                                                           Invoice #046

Federal Police Monitor   San Juan, PR

I hereby certify that the amount billed on this invoice is true and correct in my capacity as

Administrative Assistant. I further certify that I have not received any income, compensation or payment for services rendered under regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

The detailed description of the billable hours is found on the following page(s).

Duties and responsibilities as Administrative Assistant

During the month the following tasks were performed: pick up the different monitors at the airport and take them to their hotels, take them to the daily monitor meetings, assist in the community meeting in Aguadilla, work in coordination and provide support, pick up checks at the federal court and go to the bank to deposit them, send correspondence, take the monitors back to the airport at different departure times. Buy office supplies, when necessary, look for boxes in the warehouse when necessary. take an official vehicle to estimate the problem with the front window, among others.

Flat Rate  $2,000

 Gasoline and toll charges $250

Total Due $2,250.00

_____                   Manuel A. Arroyo Rivera