**Name:** Hipolito Castro Jr
**Invoice Date:** 9/1/24
**Invoice Period:** 08/01/2024 to 08/31/2024

| Date | Task(s) | Rate | Total Hours | Total Amount |
|---|---|---|---|---|
| 8/1/24 | CMR-11 | $ 165.00 | 1.00 | $ 165.00 |
| 8/2/24 | Data and Policy Analysis | $ 165.00 | 1.00 | $ 165.00 |
| 8/3/24 | Data and Policy Analysis | $ 165.00 | 1.00 | $ 165.00 |
| 8/5/24 | Commo and coordination, Data and Policy Analysis/writing | $ 165.00 | 2 | $ 330.00 |
| 8/9/24 | CMR-11 | $ 165.00 | 2 | $ 330.00 |
| 8/10/24 | Commo and coordination, Data and Policy Analysis/writing | $ 165.00 | 2.00 | $ 330.00 |
| 8/11/24 | Commo and coordination, Data and Policy Analysis/writing | $ 165.00 | 2.00 | $ 330.00 |
| 8/12/24 | CMR-11 | $ 165.00 | 2.00 | $ 330.00 |
| 8/16/24 | Commo and coordination, Data and Policy Analysis/writing | $ 165.00 | 1.00 | $ 165.00 |
| 8/17/24 | Data and Policy Analysis | $ 165.00 | 1.00 | $ 165.00 |
| 8/18/24 | data and Policy Analysis | $ 165.00 | 1.00 | $ 165.00 |
| 8/19/24 | Field Work, Puerto Rico | $ 165.00 | 3.00 | $ 495.00 |
| 8/20/24 | Field Work, Puerto Rico | $ 165.00 | 8.00 | $ 1,320.00 |
| 8/21/24 | Field Work, Puerto Rico | $ 165.00 | 8.00 | $ 1,320.00 |
| 8/22/24 | Field Work, Puerto Rico | $ 165.00 | 8.00 | $ 1,320.00 |
| 8/25/24 | Data and Policy Analysis | $ 165.00 | 2.00 | $ 330.00 |
| 8/26/24 | CMR-11 | $ 165.00 | 2.00 | $ 330.00 |
| 8/27/24 | Data and Policy Analysis | $ 165.00 | 1.00 | $ 165.00 |
| 8/29/24 | CMR-11 | $ 165.00 | 2.00 | $ 330.00 |
| 8/30/24 | CMR-11 | $165.00 | 2.00 | $ 330.00 |
| 8/31/24 | CMR11 | $165.00 | 3.00 | $ 495.00 |
| 08/01/2024 to 06/ | Meetings, calls, emails, texts. | $ 165.00 | 5 | $ 825.00 |
| **TOTAL Labor** | | | 60.00 | $ 9,900.00 |

| | |
|---|---|
| **TOTAL** | $ 9,900.00 |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

**Signature:** *[signature]* **Date:** 9/1/24

Hipolito Castro

**Commo and Coordination** consists of all writings and digital comms to/from Monitors, PRPB, USDOJ; Review compliance targets, document and data requests, logistics; scheduling, on-site planning & coordination, database development

**Data/Policy Analysis, Writing**
Data concerns CMR-11, OG 310, OG 410, Draft data requests, review special case, DSP documents, reporting on interviews, due process for promo candidates

**Field Work:** Research conducted in situ (SJU)