**Stephanie Leon**
*Paralegal*

1483 Ashford Avenue
Apartment 901
San Juan, PR 00907
(832) 692-2475

**INVOICE**

INVOICE: 2024-9
DATE: 9/01/2024

**TO:**
Puerto Rico Chief Federal Monitor

**FOR:**
Paralegal Services

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 08/04/2024 | -Data validation for CMR-11 2.2<br>-Transcript/notes of July 253 meeting | 3.75 | 90.00 | 337.50 |
| 08/05/2024 | -Communication exchanges with Monitor Rafael Ruiz and Donald Gosselin<br>-Communication exchanges with team members<br>-Emailed PRPB members (Esthermarie Torres, Pablo Serrano, Joan Maldonado) to confirm and request agendas for Monitor's Rafael Ruiz's meetings on 8/06/24 and Monitor's Donald Gosselin 08/07/24 meeting<br>-Data validation for CMR-11 2.2 | 4.50 | 90.00 | 405.00 |
| 08/06/2024 | -Text message exchanges with Sergeant Pablo Serrano (PRPB)<br>-Communication with Monitor Rafael Ruiz<br>-Assisted Monitor Rafael Ruiz to discuss Searches and Seizures with Sergeant Pablo Serrano (PRPB)<br>-Assisted Monitor Rafael Ruiz for meeting to discuss Policies and Procedures with Attorney Esthermarie Torres (PRPB)<br>-Data validation for CMR-11 2.2<br>-Emailed data validation to David Levy and Monitor Denise Rodriguez | 6.50 | 90.00 | 585.00 |
| 08/07/20214 | -Assisted Monitor Donald Gosselin with meeting to discuss administrative complaints and internal investigations with PRPB<br>-Communication with team members<br>-Read/responded emails | 1.75 | 90.00 | 157.50 |
| 08/09/2024 | -Read/responded emails<br>-Call with David Levy<br>-Analyzed data request 2.103 | 1.75 | 90.00 | 157.50 |
| 08/10/2024 | -Transcript/notes of July 253 meeting<br>-Read/responded emails<br>-Communication with team members | 4.25 | 90.00 | 382.50 |
| 08/12/2024 | -Biweekly team meeting<br>-Read/responded to emails<br>-Communication with team members | 1.50 | 90.00 | 135.00 |
| 08/14/2024 | -Prepared for the meeting with David Levy and Donald Gosselin<br>-Zoom meeting with David Levy and Monitor Donald Gosselin and Denise Rodriguez<br>-Spoke with David Levy regarding data request feedback<br>-Read/responded to emails<br>-Verified data based on PRPB's feedback | 3.75 | 90.00 | 337.50 |
| 08/19/2024 | -Attend meetings at PRPB Headquarters<br>-Read/responded to emails | 4.50 | 90.00 | 405.00 |
| 08/20/2024 | -Townhall meeting in Aguadilla | 11.00 | 90.00 | 990.00 |
| 08/21/2024 | -Team field visit<br>-Read/responded to emails<br>-August 253 Notes | 8.00 | 90.00 | 720.00 |
| 08/28/2024 | -August 253 meeting<br>-Read/responded to emails | 2.25 | 90.00 | 202.50 |
| 08/29/2024 | -Meeting with PRPB, Denise Rodriguez, and David Levy<br>-Internal meeting with Samantha Rhinerson<br>-Read/responded to emails | 1.50 | 90.00 | 135.00 |
| 08/30/2024 | -Translation<br>-Read/responded to emails<br>-Worked on September site visit agenda<br>-August 253 Notes | 4.00 | 90.00 | 360.00 |
| | | **TOTAL 59 HRS @ $90** | | **$5,310.00** |

*S/ STEPHANIE LEON* I HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN MY CAPACITY AS A MEMBER OF THE FEDERAL MONITORING TEAM. I FURTHER CERTIFY THAT I HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH, OR ANY OF ITS DEPARTMENTS, MUNICIPALITIES OR AGENCIES.