**Inigo Galanes**
*Staff Assistant*

**INVOICE**

ADDRESS
Aboy St 605 Apt 1
San Juan, PR, 00907

INVOICE: 00012
DATE: 09/01/2024

**TO:**
Puerto Rico Chief Federal Monitor

**FOR:**
Professional Services

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 08/01/2024 | -Sent Alan Youngs Mid-Period assessment drafts<br>-Continued reviewing FRB and CFRB files<br>-Call with John Romero and Luis Hidalgo about FRB and CFRB assessment | 5.0 | 40 | 200 |
| 08/02/2024 | -Completed FRB and CFRB assessment with Luis Hidalgo<br>-Call with Alan Youngs<br>-Calls with John Romero and Luis Hidalgo about FRB and CFRB assessments | 5.0 | 40 | 200 |
| 08/04/2024 | -Reviewed UOF CMR-11 draft<br>-Calls with John Romero and Luis Hidalgo about UOF CMR-11 draft | 2.0 | 40 | 80 |
| 08/05/2024 | -Email exchange with Denise Rodriguez and Rita Watkins about PRPB Training<br>-Began Town Hall Meeting agenda<br>-Call with John Romero about FRB files<br>-Attended Community Engagement meeting<br>-Attended Biweekly document production meeting<br>-Call from Rita Watkins about Kim Tandy<br>-Bought name plates for Town Hall Meeting<br>-Began list for data mid-period data verification with Luis Hidalgo for John Romero<br>-Call with Alan Youngs about CMR-11 mid-period report<br>-Assisted Alan Youngs in writing mid-period report<br>-Bought office supplies | 6.0 | 40 | 240 |
| 08/06/2024 | -Attended Supervision, Professionalization, Equal Protection, and Training meetings<br>-Sent data corroboration list to Luis Hidalgo<br>-Exchanged e-mails with Rita Watkins and David Levy for Data Requests | 6.0 | 40 | 240 |
| 08/07/2024 | -Call with Luis Hidalgo about Town Hall Meeting<br>-Sent Town Hall Meeting invitations<br>-Call with Alan Youngs about CMR-11 mid-period report<br>-Read e-mails regarding documentation from PRPB on Training and Community Engagement | 3.0 | 40 | 120 |
| 08/08/2024 | -Call with Luis Hidalgo about UOF CMR-11 mid-period data<br>-Call with Claudia Camara about Town Hall Meeting registered speakers<br>-Prepared internal agenda for Town Hall Meeting | 2.5 | 40 | 100 |
| 08/09/2024 | -Call with Luis Hidalgo about UOF CMR-11 mid-period data<br>-Call with John Romero about UOF CMR-11 mid-period data<br>-Call with Joan Maldonado, Kelly Rivero, and Cpt. Cosme about UOF data<br>-Sent UOF data to John Romero | 5.0 | 40 | 200 |
| 08/12/2024 | -Updated document about UOF CMR-11 mid-period data and sent to John Romero<br>-Calls with John Romero and Luis Hidalgo about CMR-11 UOF data<br>-Attended biweekly FPM meeting<br>-Sent CFRB numbers and information to Joan Maldonado<br>-Updated final version of UOF data and sent to John Romero<br>-Uploaded documents to Box | 3.5 | 40 | 140 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 08/14/2024 | -Call with Luis Hidalgo about Town Hall Meeting<br>-Attended monthly check-in call with Rita Watkins | 1.5 | 40 | 60 |
| 08/16/2024 | -Call and email with Luis Hidalgo about Town Hall and Professionalization<br>-Sent internal agenda | 1.5 | 40 | 60 |
| 08/19/2024 | -Attended Training Meeting in PRPB HQ | 2.5 | 40 | 100 |
| 08/20/2024 | -Exchanged emails with John, Denise, and Rita about meeting with Carmen Malavé | 0.25 | 40 | 10 |
| 08/21/2024 | -Call with Rita Watkins about Paragraph 92<br>-Spoke with Kim Tandy and the Juvenile Institutions team about Paragraph 92 | 4.0 | 40 | 160 |
| 08/26/2024 | -Email with Atty. Peñagarícano about meeting with Carmen Malavé<br>-Calls with Rita Watkins abou Par. 92 and Alan Youngs about upcoming recurring meeting<br>-Call with Luis Hidalgo about CASP meeting | 1.25 | 40 | 50 |
| 08/28/2024 | -Exchanged emails with Denise Rodriguez and Rita Watkins about paragraph 92<br>-Met with Luis Hidalgo about CASP files | 3.5 | 40 | 140 |
| 08/30/2024 | -Calls with John Romero and Luis Hidalgo about CFRB files<br>-Cancelled recurring meetings | 1.75 | 40 | 70 |
| | | **TOTAL 54.25 HRS @ $40 HR** | | **$2,170.00** |

*S/ INIGO GALANES*

**I HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN MY CAPACITY AS A MEMBER OF THE FEDERAL MONITORING TEAM. I FURTHER CERTIFY THAT I HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH, OR ANY OF ITS DEPARTMENTS, MUNICIPALITIES OR AGENCIES.**