EIN:66-090-8460

# Ceiba Interpreters LLC

PO BOX 362153, San Juan PR 00936

Invoice #  2024-36

Invoice Date: 8/26/24

Phone: (787) 923-9551    ceibainterpreters@gmail.com



Bill To: Javier Gonzalez, Javier.benito@me.com

Invoice For: **ASL Interpretation para reunion comunidades y Monitor de la Policia**

| Item # | | Cantidad de horas | Precio por unidad | Numero de intérpretes | Price |
|---|---|---|---|---|---|
| 1 | Servicio de interpretacion a lengua de señas para reunion con Publico junto a Monitor de la Policia. Hotel Marrtiott Courtyard en Aguadilla 20 de agosto de 1 a 3 pm | 2.00 | $ 75.00 | $ 2.00 | $ 300.00 |
| 1 | Servicio extendido para inetrpretacion adicional de 3 a 4 pm. Un solo interprete | 1.0 | $ 75.00 | $ 1.00 | $ 75.00 |
| 1 | Cargo por tiempo de viaje desde SJ a Aguadilla 6 horas de viajes total | 1 | $ 375.00 | $ 1.00 | $ 375.00 |
| | | | | | $  - |
| | | | | | $  - |

"Bajo pena de nulidad absoluta certifico que ningún servidor público de la Universidad de Puerto Rico, Recinto de Río Piedras es parte o tiene algún interés las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para brindar los servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la Universidad. El importe de esta factura es justo y correcto. Los servicios han sido prestados y no han sido pagados."

| | | |
|---|---|---|
| Invoice Total | $ | 750.00 |
| Sales Tax | $ | - |
| **TOTAL** | $ | 750.00 |

*Make all checks payable to Ceiba Interpreters LLC.*

| Bluetide Puerto Rico Inc. | |
|---|---|
| | |
| | |
| | |
| | |
| Date | Hours |