IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    Plaintiff,<br><br>       v.<br><br>**COMMONWEALTH OF PUERTO RICO,** et al.,<br><br>    Defendants. | CIVIL NO. 12-2039 (FAB) |

**Informative Joint Motion in Compliance with Order at ECF. No. 2724**

Now comes Special Master Dr. Alejandro del Carmen and Chief Federal Police Monitor John Romero in compliance with the Court's order on September 3, 2024, where the Court indicated:

> No later than September 17, 2024 the parties, the Monitor, and the Special Master will inform the Court why the current counsel for the Commonwealth is not on the list of essential personnel to remain on the case. See Doc. No. 2724.

The Special Master and the Monitor respectfully inform that during the discussions of who should form part of the list of the essential personnel to remain on the case, the parties did not raise whether the Commonwealth's current counsel of record should be in the list.

The Special Master and Monitor have no objection to the Commonwealth's current counsel of record remaining on the list of reform-related essential personnel. See Doc No. 2672.

The Special Master certifies that the foregoing document was electronically filed with the Clerk of the Court for the District

Civil No. 12-2039 (FAB)                                                                 2

of Puerto Rico, using the CM/ECF system which will send a copy and notification of filing to the Monitor and all counsel of record.

**RESPECTFULLY SUBMITTED** this 13 day of September 2024,

  **ALEJANDRO DEL CARMEN**
  Special Master

  *s/Alejandro del Carmen*
  delcarmen@specialmasterpuertorico.com