# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMONWEALTH OF PUERTO RICO and the PUERTO RICO POLICE DEPARTMENT,<br><br>  Defendants. | NO. 3:12-cv-2039 (FAB) |

### MOTION SUBMITTING REVISED COMMUNITY ENGAGEMENT METHODOLOGY

**TO THE HON. FRANCISCO A. BESOSA, SENIOR U.S. DISTRICT JUDGE:**

John Romero, in his capacity as Chief Federal Police Monitor, with the consent of the parties and Dr. Alejandro Del Carmen, Special Master, hereby state and pray as follows:

1. On October 30, 2019, the parties, with the acquiescence of the Special Master and Federal Monitor, filed a joint motion submitting several methodologies, ECF No. 1363, including the one related to the area of Community Engagement. See Appendix C, ECF No. 1363-3.

2. The parties, the Special Master, and the Federal Monitor decided that it was proper and necessary to revise and amend the Community Engagement methodology. Thanks to a collective effort and collaboration, a newly revised methodology was created. Enclosed herewith as Exhibit A the Court will find the new Community Engagement methodology for the Court's approval.

3. The objective behind revising the Community Engagement methodology was to streamline the implementation and monitoring of the community engagement paragraphs of the Agreement and to better align them with general policing practices in agencies of similar size to PRPB.

2

WHEREFORE, the Chief Federal Police Monitor, John Romero, with the consent of the parties and Dr. Alejandro Del Carmen, Special Master, respectfully request that the Court take notice of the above and approve the enclosed Community Engagement Methodology.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 19th day of September 2024.

**I HEREBY CERTIFY** that on this same date a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which in turn notifies all counsel of record in the case.

s/Roberto Abesada-Agüet
USDC-PR No. 216706

General Counsel
FPMPR LLC
rabesada@fpmpr.org

1357 Ashford Avenue #2-184
San Juan, Puerto Rico 00907
(787) 948-5131
ra@abesada.com