**COMMUNITY ENGAGEMENT – COURT APPROVED METHODOLOGY (Revised as of September 18, 2024)**

| No. | Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency |
|---|---|---|---|---|
| 205 | PRPD shall create robust community relationships and engage constructively with the community to ensure collaborative problem-solving, ethical and bias-free policing, and more effective crime prevention. PRPD shall integrate community and problem oriented policing principles into its management, policies and procedures, recruitment, training, personnel evaluations, tactics, deployment of resources, and systems of accountability. PRPD shall engage the public in the reform process through the dissemination of public information on a regular basis. | Compliance will be determined on two separate but inter-dependent bases:<br>(1) the implementation of paragraphs 206 - 217, and<br><br>(2) the results of outcome assessments, pursuant to Paragraph 243 of the Agreement.<br><br>In addition, compliance will be determined on PRPD's ability to establish a department-wide community engagement strategy. This strategy should outline how the department will integrate community and problem-oriented policing principles into its management (Paragraph 140), policies and procedures (Paragraph 109), recruitment (Paragraph 102-103), training (Paragraphs 120, 123, 129), personnel evaluations (Paragraph 145), tactics, deployment of resources (Paragraph 13), and systems of accountability (Paragraph 159). The Plan should also outline PRPD's priorities for engagement | | |

| No. | Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency |
|---|---|---|---|---|
| | | with the community, according to Paragraphs 207, 214, 215. The Plan is assessed as part of paragraph 208. | | |
| 206 | PRPD shall reassess its staffing allocation and personnel deployment to ensure that they support community policing and problem-solving goals. PRPD shall employ a Scanning, Analysis, Response, and Assessment ("SARA") model to structure its problem-solving approach. | This paragraph will be assessed together with Paragraph 13 of the Agreement.

1. Content analysis of policies related to community policing and problem solving to determine if they incorporate the requirements of the paragraph.

2. Content analysis of training on community policing and problem solving to evaluate whether quality and content are in accordance with approved policy.

3. Document review to determine whether all members of PRPD are trained and certified in community policing and problem solving, including the SARA Model, to support community policing and problem solving goals. Review a random sample* of PRPD | 1. Policies incorporate all the requirements of Paragraph 206.

2. Community policing and problem solving trainings are consistent with approved policies.

3. 95% of sampled PRPD members are trained and certified in community policing and problem solving, including the SARA Model.

4. Staff allocation and personnel deployment plan are aligned with community policing and problem solving.

5. All PRPD Area Commands implement/conduct at least one SARA Model project per year. . | Annually |

| No. | Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency |
|---|---|---|---|---|
| | | personnel files to determine whether certifications validate training records. 4. Content analysis of staff allocation and personnel deployment plan to determinate if they support community policing and problem solving. 5. Document review and semi-structured interviews of relevant PRPD personnel within each PRPD Area Command and semi-structured interviews of community advocates/partners engaged in the SARA Model projects. | | |
| **207** | PRPD shall continue to conduct outreach to a broad cross-section of the community stakeholders to establish extensive problem-solving partnerships and develop cooperative strategies that build mutual respect and trusting relationships. | This paragraph will be assessed together with Paragraph 206, 214, and 215 of the Agreement. 1. Content analysis of policies related to community policing and community outreach to determine if they incorporate the requirements of the paragraph. 2. Content analysis of training on community partnerships and | 1. Policies incorporate all the requirements of Paragraph 207. 2. Community partnerships and problem-solving strategies trainings are consistent with approved policies. 3. 95% of sampled PRPD members are trained and certified | Annually. |

| No. | Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency |
|---|---|---|---|---|
| | | problem solving strategies to determine if training complies with approved policies.<br><br>3. Document review to determine whether all members of PRPD are trained and certified in community partnerships and problem solving strategies. Review a random sample* of PRPD personnel files to determine whether certifications validate training records.<br><br>4. Document review of the Area Specific Community Engagement Plan and Area specific Community Engagement Plans, quarterly status updates/reports, evaluation feedback reports or annual reports shared with the community, and other supporting material to demonstrate the conduct of the activities outlined in each of the Area specific community engagement plans.<br><br>5. Semi-structured interviews of PRPD personnel to determine involvement and awareness of department-wide community policing philosophy and activities, | in community partnerships and problem-solving strategies.<br><br>4. Area Specific Community Engagement Plans are updated annually and outline activities related to formal programs, structured problem-solving projects, and proactive community policing activities. The Plans should also include evaluation methods to determine the effectiveness of such activities in reaching a broad cross section of community stakeholders. .<br><br>5. Area specific annual reports documenting activities conducted related to its Community Engagement Plans. | |

| No. | Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency |
|---|---|---|---|---|
|  |  | and progress related to the implementation of the area specific community engagement plans.<br><br>6. Semi-structured interviews of community advocates/partners engaged in the activities/initiatives outlined in the annual community engagement plans. |  |  |
| 208 | PRPD shall develop and implement mechanisms to measure its community partnerships and problem-solving strategies and assess their effectiveness. PRPD shall prepare a publicly available report on at least an annual basis that details its community partnerships, meetings, and problem-solving activities, including specific problems addressed and steps taken by PRPD and the community toward their resolution. The report shall identify obstacles faced and recommendations for future improvement. | 1. Content analysis of PRPD's strategic community engagement plan to determine whether it incorporates the requirements of paragraph 205 and this paragraph.<br><br>2. Content analysis of PRPD's Formal Community Partnership module and related data to determine whether it measures community partnerships and problem-solving strategies and assesses their effectiveness.<br><br>3. Analysis of PRPD website to determine whether PRPD has made annual reports publicly available.<br><br>4. Content analysis of PPRB annual report to determine whether it details its community partnerships, meetings, and problem-solving | 1. Bureau wide community engagement strategic plan is developed and made publicly available.<br><br>2. Formal Community Partnership module incorporates all of the requirements Paragraph 208.<br><br>3. PRPD annual reports are made publicly available.<br><br>4. Annual report incorporates all of the requirements Paragraph 208. | Annually |

| No. | Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency |
|---|---|---|---|---|
| | | activities, including specific problems addressed and steps taken by PRPD and the community towards resolution, as well as to determine whether it identifies obstacles faced and recommendations for future improvement. | | |
| 209 | PRPD shall continue to maintain Community Interaction Councils ("CICs") jointly with community representatives to facilitate regular communication and cooperation between PRPD and community leaders at the local level. CICs shall meet, at a minimum, every three months. | 1. Content analysis of policies related to CICs to determine if they incorporate the requirements of the paragraph.<br><br>2. Document review and content analysis of CIC-generated documents to determine whether CICs meet at least every three months that include PRPD and community representatives. | 1. PPRB policies require it maintain the CIC and they meet at least every three months.<br><br>2. PRPD maintains CIC's as required by this Paragraph. | Annually |
| 210 | In conjunction with community representatives, PRPD shall develop a mechanism to select the members of the CICs, which shall include a representative cross section of community members and PRPD officers. | 1. Content analysis of policies and protocols to selecting CIC representatives to determine if they incorporate the requirements of the paragraph.<br><br>2. Content analysis of documents related to the selection process for CIC members, to ensure it complies with Paragraph 210. | 1. PPRB has developed a mechanism to select the members of the CICs in accordance with this Paragraph.<br><br>2. Selection process for CIC members complies with Paragraph 210 and relevant policies. | Annually |

| No. | Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency |
|---|---|---|---|---|
| 211 | PRPD shall allocate sufficient resources and authority to ensure that CICs possess the means, staffing, access, training, and mandate necessary to fulfill their mission and the requirements of this Agreement. The operating budget shall be revisited on an annual basis in consultation with the CICs. | 1. Content analysis of policies related to CICs to determine if they incorporate the requirements of the paragraph.<br><br>2. Content analysis of the CIC orientation course to instructors to evaluate quality and content in accordance with approved policies.<br><br>3. Document review to determine whether PRPD has offered an orientation to all CIC members.<br><br>4. Document review and semi-structured interviews of relevant PRPD personnel and CIC members to determine whether CICs possess the means, staffing, and access necessary to fulfill their mission and the requirements of this Agreement. | 1. Policies related to CICs incorporate the requirements of the paragraph.<br><br>2. CIC orientation course is consistent with approved policies.<br><br>3. PRPD makes CIC orientation available to all members of the CICs.<br><br>4. 85% of CICs possess the means, staffing, and access necessary to fulfill their mission and the requirements of this Agreement. | Annually as to Data Sources #1 and #2. Bi-annually as to all other Data Sources. |
| 212 | PRPD shall work closely with CICs to develop a comprehensive community policing approach that collaboratively identifies and implements strategies to address crime and safety issues. In order to foster this collaboration, PRPD shall share appropriate | 1. Document review of community policing plans and policies to determine if community policing approach was developed by PRPD working closely with CIC, in accordance with the requirements of the paragraph. | 1. PRPB developed a community policing approach working closely with CIC as per the requirements of the paragraph.<br><br>2. PRPB protects confidential and law enforcement sensitive | Annually as to Data Source #1. Bi-annually as to all other Data Sources. |

| No. | Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency |
|---|---|---|---|---|
| | information and documents with CICs, provided adequate safeguards are taken not to disclose confidential or otherwise law enforcement sensitive information. PRPD shall seek CIC assistance, counsel, recommendations, or participation in areas including:<br><br>a) reviewing and assessing the propriety and effectiveness of law enforcement priorities and related community policing strategies, materials, and training;<br><br>b) reviewing and assessing the propriety and effectiveness of PRPD policies on matters such as discriminatory policing, search and seizure, use of force, the civilian complaint process, and victim services;<br><br>c) reviewing and assessing concerns or recommendations about specific PRPD policing tactics and initiatives; | 2. Document review of information and documents shared by PRPD with CICs to determine if PRPD provided adequate safeguards to protect confidential or law enforcement sensitive information.<br><br>3. Document review and semi-structured interviews of relevant PRPD personnel and CIC members to determine whether PRPD sought assistance, counsel, recommendations, or participation from CIC with respect to Paragraph 212 (a) – (f). | information in documents and information it shares with the CICs. Every six months, PRPD sought assistance, counsel, recommendations or participation from the CICs, collectively, at least once in all areas specified by the Paragraph.<br><br>3. Every six months, PRPB sought assistance, counsel, recommendations or participation from the CICs, collectively, at least once in all areas specified by the Paragraph. | |

| No. | Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency |
|---|---|---|---|---|
| | d) providing information to the community and conveying feedback from the community to PRPD;<br><br>e) advising the Superintendent on recruiting a qualified, diverse workforce, and<br><br>f) advising the Superintendent on ways to provide data and information, including information about PRPD's compliance with this Agreement, to the public in a transparent and public-friendly format, to the greatest extent allowable by law. | | | |
| 213 | CICs shall memorialize their recommendations in an annual public report that shall be available in PRPD facilities and on the official web pages of the Commonwealth of Puerto Rico and the PRPD. The report shall include appropriate safeguards not to disclose confidential or otherwise law enforcement sensitive information and to protect sensitive personal or private information. | 1. Document review of public reports prepared by CICs to determine if it is published annually, available on web pages of the PRPD, and include recommendations.<br><br>2. Content analysis of report prepared by CICs to ensure that it protects confidential or otherwise law enforcement sensitive information and sensitive personal or private information. | 1. PRPD published the CICs annual public report with recommendations included are available on web pages of the PRPD.<br><br>2. All CICs annual reports do not disclose confidential or otherwise law enforcement sensitive information and it protects sensitive personal or private information. | Annually |

| No. | Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency |
|---|---|---|---|---|
| 214 | PRPD shall develop a Community Outreach and Public Information program in each of the former thirteen police regions or in other operational subdivisions with comparable geographic coverage. | This paragraph will be assessed with Paragraph 215. | | Annually |
| 215 | The Community Outreach and Public Information program shall require at least bi-annual open meetings for the first two years of this Agreement. During the meetings, PRPD officers from the police region and/or the Reform Unit shall inform the public about the requirements of this Agreement, PRPD's progress meeting these requirements, and address areas of community concern. At least one week before such meetings, PRPD shall widely publicize the meetings using print media, the Internet, and public service announcements on television or radio. | This paragraph will be assessed with Paragraphs 214 and 216.<br><br>1. Document review of Community Outreach and Public Information program to determine if it has been implemented in each of the former thirteen police regions or geographic equivalent.<br><br>2. Document review of random sample* of minutes of meetings or other pertinent documents to determine that open meetings were held bi-annually during the first two years of the Agreement. Then annually until the end of the Agreement.<br><br>3. Document review of the advertisements published by PRPD in print media, internet or public service announcements of meetings | 1. Community Outreach and Public Information programs/plans were developed in each of the former thirteen police regions or geographic equivalent. These may be included as part of the Area specific community engagement plans.<br><br>2. One open meeting was held annually at each Area until the end of the Agreement.<br><br>3. The annual meetings are widely publicized at least one week before such meeting.<br><br>4. In all the meetings that occurred during the reporting period reviewed, the public was informed of the requirements of this Agreement, PRPD's | Annually |

| No. | Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency |
|---|---|---|---|---|
| | | or other pertinent documents to determine that the meetings were widely publicized at least one week before.<br><br>4. Content analysis of a sample* of minutes of meetings or other documents memorializing content of the meetings to determine whether the public in attendance was advised about the requirements of this Agreement, PRPD's progress meeting these requirements, and addressed areas of community concern (i.e., the meeting agenda included community concerns and not only issues raised by the PRPD).<br><br>5. Content analysis of the sample* of Outcome Report of open meetings or other documents memorializing content of the meetings to ensure that the Community Outreach and Public Information meetings included summaries of all audits and reports completed pursuant to this Agreement and any policy changes made and other significant action taken as a result of this Agreement, | progress meeting these requirements, and addressed areas of community concern.<br><br>5. the Outcome Reports of open meetings reviewed comply with the parameters established by this Paragraph.<br><br>6. Sample of the meetings reviewed included public education on an individual's right to decline consent to voluntary searches, consistent with Paragraph 77 of this Agreement.<br><br>7. Community Outreach and Public Information program meetings comply with Paragraphs 214-216. | |

| No. | Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency |
|---|---|---|---|---|
|  |  | without disclosing sensitive information.<br><br>6. Content analysis of the sample\* of minutes or meetings or other documents memorializing content of the meetings to ensure public was advised of an individual's right to decline consent to voluntary searches, consistent with Paragraph 77 of this Agreement.<br><br>7. Site visit to Community Outreach and Public Information program meeting to determine whether it met the requirements of Paragraphs 214-216. |  |  |
| 216 | The Community Outreach and Public Information meetings shall, with appropriate safeguards to protect sensitive information, include summaries of all audits and reports completed pursuant to this Agreement and any policy changes made and other significant action taken as a result of this Agreement. The meetings shall also include public education on an individual's right to decline | This paragraph will be assessed together with Paragraph 215. |  | Annually |

| No. | Paragraph Text | Data Sources and Evaluation Methods | Compliance Targets/Thresholds | Monitoring Frequency |
|---|---|---|---|---|
| | consent to voluntary searches, consistent with Paragraph 77 of this Agreement. | | | |
| 217 | PRPD shall maintain and publicly disseminate accurate and updated crime statistics, including those related to hate crimes, on a monthly basis. | The portion of this paragraph that requires that PRPD maintain updated crime statistics will be assessed together with Paragraph 219 of the Agreement (Information Systems and Technology).<br><br>1. Review of PRPD website to ensure that crime statistics are being publicly disseminated on a monthly basis.<br><br>2. Review of mechanism adopted by PRPD to report hate crimes, which will be published in the website as they occur (if they occur). | 1. PRPD disseminates crime statistics to the public on a monthly basis.<br><br>2. PRPD includes hate crimes in its public dissemination of crime statistics. | Bi-annually |