Del Carmen Consulting, LLC<br>
3122 Westwood Drive<br>
Arlington, Texas 76012

August 22, 2024 through September 21, 2024

INVOICE # SM2024-9  **TOTAL DUE $ 15,000.00**
SPECIAL MASTER
SEPTEMBER 2024 INVOICE

## Tasks Completed

Wrote, reviewed, and responded to emails and all other documents/communication with respective parties and the Court.

Participated in conference calls with the Commonwealth Representatives and Court.

Hosted conference calls with the SM team members and PRPB personnel.

Coordinated and held meetings with OSM and parties.

Reviewed filings, motions, and orders, and provided feedback on CMR.

Worked on review of documents sent by PRPB and Monitor's Office.

Reviewed, coordinated, and provided feedback to the Court on various matters.

Responded to inquiries for the Court as requested.

Participated in meetings on status conference meeting and those requested by the Court.

Held meetings and participated in various engagements.

## Flat Rate Total Wages Due = $15,000.00

## TOTAL DUE = $ 15,000.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*Alex del Carmen*
_____
  Dr. Alejandro del Carmen        9/21/24