Christopher Graham, dba

Diligens, LLC

EIN 87-1667996

September 21, 2024

INVOICE# 2024.5

Re: Professional Services 07/22/2024 – 09/21/2024

Case 3:12-cv-02039-FAB Document 2405 Filed 05/04/2023

| Hours | Dates | Professional Services/Description | Total |
|---|---|---|---|
| 16.75 | July 22 - Sept 21, 2024 | MLARS/ESP related analysis, emails, and meetings with the parties. | $2,512.50 |
| 23.5 | July 22 - Sept 21, 2024 | Reform related FY 2024 financial reviews, analysis, meetings the parties. | $3,525.00 |
| 4.25 | July 22 - Sept 21, 2024 | Read, review, familiarization with correspondence, emails and orders re: general reform matters. Other Administrative. | $637.50 |
| 44.5 | | **Total** | **$6,675.00** |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as the court-appointed Financial Oversight Officer. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

_____
Christopher Graham 09/21/2024

*Alejandro del Carmen*
Alejandro del Carmen, Ph.D.
09/21/2024