### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMONWEALTH OF PUERTO RICO and the PUERTO RICO POLICE DEPARTMENT,<br><br>    Defendants. | NO. 3:12-cv-2039 (FAB) |

**MOTION TO APPROVE AND DISBURSE FUNDS FOR REIMBURSEMENT OF EXPENSES**

**TO THE HON. FRANCISCO A. BESOSA, SENIOR U.S. DISTRICT JUDGE:**

**NOW COMES,** Javier González, as Administrative Director on behalf of the Office of the Federal Police Monitor ("FPMPR LLC"), who respectfully, through the General Counsel of the FPMPR LLC., states and prays as follows:

1. Attached to the present document are the invoices for reimbursement of expenses of certain members of the Office of FPMPR LLC.

2. The Office of the FPMPR LLC respectfully requests that such expenses be reimbursed, and a check be issued in the amount of **$12,967.00** for the month of **July 2024**.

3. The Office of the FPMPR LLC nor any of its members has received any income, compensation, or payment for services rendered under regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments or agencies.

4. No additional payment for professional fees and operational expenses will be made. We certify that the enclosed invoices for expenses are fair and accurate and have not been paid.

5. All expenses have been allocated within the Office of the FPMPR LLC's previously approved budget and are necessary to the Federal Police Monitor's mission. All allotments are

contained and foreseen, abiding strictly to the assigned budget provided by the parties and approved by this court.

**WHEREFORE,** it is respectfully requested that the Honorable Court approve the above-mentioned expenses and issue a check in the amount of **$12,967.00** for the month of **July 2024**.

Javier González, Administrative Director of the Office of the FPMPR LLC, hereby certifies that the above information is true, correct, and accurate; and that the requested amount will be deposited in the Office of the FPMPR LLC commercial account.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 27th day of September 2024.

**I HEREBY CERTIFY** that on this same date a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which in turn notifies all counsel of record in the case.

S/Roberto Abesada-Agüet
USDC-PR No. 216706

General Counsel
FPMPR LLC
rabesada@fpmpr.org

1357 Ashford Ave. #2-184
San Juan, Puerto Rico 00907
(787) 948-5131
ra@abesada.com