OFFICE OF THE FPMPR LLC.
B-5 Calle Tabonuco Suite 216 PMB 292
Guaynabo, Puerto Rico 00968

August 1, 2024

Travel Expenses by the members of the Office of the FPMPR LLC. for July 2024:

| NAME | AMOUNT | MONTH |
|---|---|---|
| 1.  John Romero | $2,003.48 | July 2024 |
| 2.  Donald S. Gosselin | $2,397.62 | July 2024 |
| 3.  Alan Youngs | $2,247.56 | July 2024 |
| 4.  Rita Watkins | $2,202.00 | July 2024 |
| 5.  Rafael Ruiz | $1,208.29 | July 2024 |
| 6.  Hipólito Castro | $2,211.81 | July 2024 |
| 7.  Javier González | $ 696.24 | July 2024 |
| **TOTAL:** | ***$12,967.00*** | July 2024 |
|  |  |  |