# FPM TRAVEL REIMBURSEMENT COVER SHEET

Name: John Romero

Invoice number: 121 T

Invoice date: July 25, 2024

Site visit travel dates: June 14-18, 2024

**Total travel reimbursement amount** $2,003.48

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.



Signature

July 25, 2024

Date

## Travel Reimbursement   New York NYPD Visit

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $326.20 | 1 | $326.20 |
| Baggage | $ | 0 | $0 |
| Ground Transportation (Uber) | $111.89 | 1 | $111.89 |
| Ground Transportation (Uber) | $100.19 | 1 | $100.19 |
| Ground Transportation (Mileage) | $0.67 | 82 | $54.94 |
| Lodging | $263.69 | 4 | $1,054.76 |
| Per Diem (Travel Days) | $59.25 | 2 | $118.50 |
| Per Diem (Full Days) | $79.00 | 3 | $237.00 |
| Other: | | | |
| Total | | | $2,003.48 |

 Gmail                                                John Romero <jrrjjr.romero@gmail.com>

---

**JetBlue booking confirmation for JOHN J ROMERO - WSFQFP**
1 message

---

**JetBlue Reservations** <jetblueairways@email.jetblue.com>                  Mon, Jun 3, 2024 at 9:43 AM
Reply-To: JetBlue Reservations <reply@email.jetblue.com>
To: jrrjjr.romero@gmail.com

Check out the details for your trip on Sun, Jul 14                Français | Español

# jetBlue
#3486580574

## You're all set to jet.

And, your continued loyalty is what keeps us flying high. Thanks again for being a Mosaic member.

## Your Flight Itinerary

### Your JetBlue confirmation code is WSFQFP

LAX ▶ JFK    Flight 724       Sun, Jul 14         Sun, Jul 14
jetBlue                        7:19am      —      4:00pm
                               Terminal: 5

Get the latest entry and travel requirements for your trip.

# Your Traveler Details

## JOHN J ROMERO

**Los Angeles**
**LAX**

**New York**
**JFK**

**TrueBlue Number:** 3486580574

**Ticket number:** 2792154946907

**Flight #** 724

**Fare:** Blue

**Seat:** 7C  EVEN MORE SPACE

**Notes:** Even More® Space

Manage my booking

## Bag Allowance (per traveler)

LAX ▶ JFK

| Personal Item | Carry-on | 1st Bag | 2nd Bag |

Free

See full details on our Bag Info page.

Size and weight limits apply. See full details on our Bag Info page ▶

Free checked bag benefit for Mosaic members applies to JetBlue-operated flights only. Additional charges may apply.

**Need to check more than 2 bags?** Additional bags can be added during check-in (starting 24 hours before departure) or at the airport.

## Payment Details

Master XXXXXXXXXX1805

Purchase Date: Jun 3, 2024
Request full receipt

| | |
|---|---:|
| CREDIT_CARD | $228.10 |
| NONREF | $198.14 |
| Taxes & fees | $29.96 |
| **Total** | **$228.10 USD** |

## Change made easy.

Change or cancel flights, add extras like Even More® Space seats or pets, select or switch seats, update TrueBlue & Known Traveler numbers, and other traveler details–all in one place. Stay safe from fraud–use only jetblue.com or the JetBlue app to change or cancel your flights.

**Manage my booking**

**If your booking was made at least 7 days in advance:** You have 24 hours from the time booking was made to cancel your flight and receive a full refund to your original form of payment, without a cancellation fee.

**JetBlue Change/Cancel Policy:** There is no fee to change (or cancel) Blue, Blue Extra, Blue Plus or Mint fares. Blue Basic fares cannot be changed and are subject to a cancel fee of $100 for travel wholly within the U.S., Caribbean, Mexico or Central America, or $200 for all other routes.

Fare difference may apply and funds may be in the form of a JetBlue travel credit, valid for 12 months from original ticketing date. As a Mosaic, same-day switches may be made without a fee or fare difference. **Click here** for details on our change and cancel policies.

 Gmail

John Romero <jrrjjr.romero@gmail.com>

## Itinerary receipt notice
1 message

**JetBlue** <jetblueairways@email.jetblue.com>  
Reply-To: JetBlue <reply@email.jetblue.com>  
To: jrrjjr.romero@gmail.com

Mon, Jun 3, 2024 at 9:46 AM



# Your travel receipt.
Thanks for flying JetBlue!

## Travel Purchase

**Date of requested receipt:** 2024-06-03   **Record Locator:** WSFQFP

**LAX**  **JFK**

**Travel date** 2024-07-14T07:19:00  
**Flight number** 0724

**Traveler(s)**    **Ticket number(s)**

**ROMERO/JOHN J MR**   2792154946907

**Base fare:**    $198.14 USD

| Taxes & fees breakdown: | AMOUNT | CURRENCY | PURPOSE - (CODE) |
|---|---|---|---|
| | $5.00 | USD | Flight Segment Tax (Domestic) - (ZP) |
| | $4.50 | USD | U.S. Passenger Facility Charge - (XF) |

|  |  |  |  |
|---|---|---|---|
|  | $5.60 | USD | U.S. September 11th Security Fee - (AY) |
|  | $14.86 | USD | U.S. Transportation Tax - (US1) |
| **Taxes & fees total:** | $29.96 | USD |  |
| **Base fare total:** | $228.10 |  |  |

Payment(s):

|  |  |
|---|---|
| Mastercard XXXXXXXXXXXX1805 | $228.10 |

## Total paid: $228.10 USD*

*includes all fares, taxes, fees and penalties less any amounts refunded

Flight Status | Bag Info | Airport Info

## Stay connected

Download the JetBlue mobile app

   

Help

Business Travel

Privacy

About JetBlue

Please call 1-800-JETBLUE (1-800-538-2583) for additional assistance.

Positive identification required for airport check-in.

Notice:
Carriage and other service provided by the carrier are subject to conditions of carriage, which are hereby incorporated by reference. These conditions may be obtained from the issuing carrier. E-ticket Receipt total includes airfare, taxes, and fees applicable to air care, baggage fees, and Even More fees, as may be applicable.

*July 2020*

 Gmail

John Romero <jrrjjr.romero@gmail.com>

## JetBlue booking confirmation for JOHN J ROMERO - EXKDNO
1 message

**JetBlue Reservations** <jetblueairways@email.jetblue.com>   Mon, Apr 15, 2024 at 5:30 PM
Reply-To: JetBlue Reservations <reply@email.jetblue.com>
To: jrrjjr.romero@gmail.com

Check out the details for your trip on Thu, Jul 18    Français | Español

**jetBlue**

#3486580574

# You're all set to jet.

And, your continued loyalty is what keeps us flying high. Thanks again for being a Mosaic member.

## Your Flight Itinerary

### Your JetBlue confirmation code is EXKDNO

| JFK ▶ BOS | Flight 1118 | Thu, Jul 18 | Thu, Jul 18 |
| jetBlue | | **6:30pm** — **8:02pm** |
| | | Terminal: 5 |

Get the latest entry and travel requirements for your trip.

# Your Traveler Details

## JOHN J ROMERO

New York
**JFK**

—

Boston
**BOS**

**TrueBlue Number:** 3486580574

**Ticket number:** 2792151075557

**Flight #** 1118

**Fare:** Blue

**Seat:** 2C  EVEN MORE SPACE

**Notes:** Even More® Space

[Manage my booking]

## Bag Allowance (per traveler)

JFK ▶ BOS

| Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|
| Free | Free | Free Mosaic Perk | Free Mosaic Perk |

<u>Size and weight limits apply. See full details on our Bag Info page</u> ▶

Free checked bag benefit for Mosaic members applies to JetBlue-operated flights only.

Additional charges may apply.

**Need to check more than 2 bags?** Additional bags can be added during check-in (starting 24 hours before departure) or at the airport.

## Payment Details

Master XXXXXXXXXXX1805

Purchase Date: Apr 15, 2024
Request full receipt

| | | |
|---|---|---|
| CREDIT_CARD | | $98.10 |
| NONREF | | $77.21 |
| Taxes & fees | | $20.89 |
| **Total** | | **$98.10 USD** |

## Change made easy.

Change or cancel flights, add extras like Even More® Space seats or pets, select or switch seats, update TrueBlue & Known Traveler numbers, and other traveler details—all in one place. Stay safe from fraud—use only **jetblue.com** or the JetBlue app to change or cancel your flights.

**Manage my booking**

**If your booking was made at least 7 days in advance:** You have 24 hours from the time booking was made to cancel your flight and receive a full refund to your original form of payment, without a cancellation fee.

**JetBlue Change/Cancel Policy:** There is no fee to change (or cancel) Blue, Blue Extra, Blue Plus or Mint fares. Blue Basic fares cannot be changed and are subject to a cancel fee of $100 for travel wholly within the U.S., Caribbean, Mexico or Central America, or $200 for all other routes.

Fare difference may apply and funds may be in the form of a JetBlue travel credit, valid for 12 months from original ticketing date. As a Mosaic, same-day switches may be made without a fee or fare difference. **Click here** for details on our change and cancel policies.



John Romero <jrrjjr.romero@gmail.com>

## Itinerary receipt notice
1 message

**JetBlue** <jetblueairways@email.jetblue.com>  Mon, Apr 15, 2024 at 5:35 PM
Reply-To: JetBlue <reply@email.jetblue.com>
To: jrrjjr.romero@gmail.com



# Your travel receipt.
### Thanks for flying JetBlue!

## Travel Purchase

**Date of requested receipt:** 2024-04-15          **Record Locator:** EXKDNO

### JFK          BOS          Travel date    2024-07-18T18:30:00
                              Flight number  1118

**Traveler(s)**                    **Ticket number(s)**

ROMERO/JOHN J MR                   2792151075557

**Base fare:**                     $77.21 USD

| Taxes & fees breakdown: | AMOUNT | CURRENCY | PURPOSE - (CODE) |
|---|---|---|---|
| | $5.00 | USD | Flight Segment Tax (Domestic) - (ZP) |
| | $4.50 | USD | U.S. Passenger Facility Charge - (XF) |

|  |  |  |
|---|---|---|
| $5.60 | USD | U.S. September 11th Security Fee - (AY) |
| $5.79 | USD | U.S. Transportation Tax - (US1) |

**Taxes & fees total:** $20.89 USD

**Base fare total:** **$98.10**

Payment(s):

Mastercard XXXXXXXXXXXX1805     $98.10

# Total paid: $98.10 USD*

*includes all fares, taxes, fees and penalties less any amounts refunded

Flight Status | Bag Info | Airport Info

## Stay connected

 Download the JetBlue mobile app

   

Help

Business Travel

Privacy

About JetBlue

Please call 1-800-JETBLUE (1-800-538-2583) for additional assistance.

Positive identification required for airport check-in.

Notice:
Carriage and other service provided by the carrier are subject to conditions of carriage, which are hereby incorporated by reference. These conditions may be obtained from the issuing carrier. E-ticket Receipt total includes airfare, taxes, and fees applicable to air care, baggage fees, and Even More fees, as may be applicable.

M Gmail                                                John Romero <jrrjjr.romero@gmail.com>

---

**Your Sunday afternoon trip with Uber**

Uber Receipts <noreply@uber.com>                       Sun, Jul 14 at 2:03 PM
To: <jrrjjr.romero@gmail.com>

# Uber

Total $134.26
July 14, 2024

## Thanks for tipping, John

Here's your updated Sunday afternoon ride receipt.



## Total                                               $134.26

-22.37 tip

Learn more about the government-mandated pricing rules, taxes, and fees that make trips in NYC more expensive.

111.89

Trip fare                                              $88.51

Subtotal                                               $88.51

Queens Midtown Tunnel ?                                $6.94

JFK Airport Surcharge                                  $2.50

NY Congestion Fee ?                                    $2.75



| | |
|---|---|
| Tip | $22.37 |
| NY State Black Car Fund | $2.50 |
| Sales Tax | $8.69 |

## Payments

| | | |
|---|---|---|
| Apple Pay Visa ····6015<br>7/14/24 5:03 PM | | $134.26 |

Affiliated with UBER USA, LLC (B03404)

Dispatched by UBER USA, LLC (B03404)

To submit a complaint to the NYC TLC, please call 311.

Switch Payment Method

Download PDF

## You rode with Nabinkumar

4.93 ★ Rating          Has passed a multi-step safety screen

[Quoted text hidden]

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more >

UberX          20.23 miles | 1 h 4 min

3:06 PM
Terminal 7, Jamaica, NY
11430, US

 Gmail   John Romero <jrrjjr.romero@gmail.com>

**Your Thursday morning trip with Uber**

**Uber Receipts** <noreply@uber.com>   Thu, Jul 18, 2024 at 9:58 AM
To: jrrjjr.romero@gmail.com

## Uber

Total $121.74
July 18, 2024

### Thanks for tipping, John

Here's your updated Thursday morning ride receipt.



## Total                     $121.74

−21.55 tip

100.19

Learn more about the government-mandated pricing rules, taxes, and fees that make trips in NYC more expensive.

Trip fare                                                                $99.79

Subtotal                                                                 $99.79
JFK Airport Surcharge                                                     $2.50
NY Congestion Fee                                                         $2.75
Tip                                                                      $21.55

| | |
|---|---:|
| Promotion | -$15.00 |
| Sales Tax ❓ | $7.75 |
| NY State Black Car Fund ❓ | $2.40 |

Payments

**Apple Pay Visa ••••6015**                                                    $121.74
7/18/24 12:58 PM

Affiliated with UBER USA, LLC (B03404)

Dispatched by UBER USA, LLC (B03404)

To submit a complaint to the NYC TLC, please call 311.

Switch Payment Method

Download PDF

## You rode with Salvador

4.98 ★ Rating                    Has passed a multi-step safety screen

[Quoted text hidden]

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ›

UberX     20.05 miles | 1 h 2 min

■   11:45 AM
    215 Pearl St, New York, NY
    10038-4916, US

12:47 PM
Terminal 5, John F. Kennedy International Airport (JFK), New York, NY 11430, US



Report lost item  >            Contact support  >            My trips  >

Forgot password

Privacy

Terms

Uber Technologies
1725 3rd Street,
San Francisco,
California
94158

# Residence Inn BY MARRIOTT

**Residence Inn®**
215 Pearl Street, New York, NY 10038  P 646.928.9980
Marriott.com/NYCLR

John Romero
2301 Pacific Ave
Costa Mesa CA 92627
Office Of Tca Puerto Rico

Room: 2705
Room Type: STKT
Number of Guests: 1
Rate: $225.00
Clerk: KLE

Arrive: 14Jul24    Time: 04:14PM    Depart: 18Jul24    Time: 11:39AM    Folio Number: 54667

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 14Jul24 | Room Charge | 225.00 | |
| 14Jul24 | Occupancy Sales Tax | 4.00 | |
| 14Jul24 | State Occupancy Tax | 19.97 | |
| 14Jul24 | City Tax | 13.22 | |
| 14Jul24 | Convention and Tourism Tax | 1.50 | |
| 15Jul24 | Room Charge | 225.00 | |
| 15Jul24 | Occupancy Sales Tax | 4.00 | |
| 15Jul24 | State Occupancy Tax | 19.97 | |
| 15Jul24 | City Tax | 13.22 | |
| 15Jul24 | Convention and Tourism Tax | 1.50 | |
| 16Jul24 | Market Beverage | 4.59 | |
| 16Jul24 | Sales Tax | 0.41 | |
| 16Jul24 | Room Charge | 225.00 | |
| 16Jul24 | Occupancy Sales Tax | 4.00 | |
| 16Jul24 | State Occupancy Tax | 19.97 | |
| 16Jul24 | City Tax | 13.22 | |
| 16Jul24 | Convention and Tourism Tax | 1.50 | |
| 17Jul24 | Room Charge | 225.00 | |
| 17Jul24 | Occupancy Sales Tax | 4.00 | |
| 17Jul24 | State Occupancy Tax | 19.97 | |
| 17Jul24 | City Tax | 13.22 | |
| 17Jul24 | Convention and Tourism Tax | 1.50 | |
| 18Jul24 | American Express | | 1059.76 |

Card #: AXXXXXXXXXXXXX1003/XXXX
Card Type: AMEX Card Entry: CHIP Approval Code: 846849  App
Label: AMERICAN EXPRESS AID: A000000025010801

**BALANCE:**   0.00

**Marriott Bonvoy Account # XXXXX4271.**  Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy account statement or your online statement for updated activity.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

To plan your next stay, visit ResidenceInn.com.

John Romero

## Google Maps　2301 Pacific Ave, Costa Mesa, CA 92627 to lax terminal 5

**Drive 41.1 miles, 1 hr 3 min**



Map data ©2021 Google　2 mi

## 2301 Pacific Ave
Costa Mesa, CA 92627

**Get on I-405 N from W Wilson St and Harbor Blvd**

———— 13 min (4.3 mi)

↑　1.　Head south on Pacific Ave toward Sea Breeze Dr

———— 0.1 mi

↰　2.　Turn left onto W Wilson St
　　　🛈 Pass by Taco Bell (on the left in 1.4 mi)

———— 1.4 mi

↰　3.　Use the left 2 lanes to turn left onto Harbor Blvd
　　　🛈 Pass by Panda Express (on the right)

———— 2.2 mi

🚶　4.　Use the right lane to merge onto I-405 N via the ramp to Long Beach

———— 0.6 mi

**Follow I-405 N to CA-1 N/S Sepulveda Blvd in Los Angeles. Take exit 1C from I-105 W**

———— 33 min (35.1 mi)

🚶　5.　Merge onto I-405 N

———— 16.6 mi



FPMPR TRAVEL EXPENSE NOTE:

**John Romero Travel Expense Invoices Note:**

**Date: July 30, 2024**

**Notes:**

Please note:

Travel Expenses:
- The Even More Space Note in the Airfare receipt is a free benefit from the Airline as a Mosaic Status Perk.