## Travel Breakout

**Traveler: Donald S. Gosselin   - JULY 2024 TRAVEL.**

| Expense | Unit Cost | Units | Column1 | Total | Column2 | Column3 |
|---|---|---|---|---|---|---|
| Airfare R/T PTY-SJU Coach 14-17 JUL 2024 | $ 1,179.90 | 1 | $ - | $ 1,179.90 | COPA PTY-SJU COACH | |
| | $ - | 1 | | $ - | | |
| | $ - | 1 | | $ - | | |
| | $ - | 1 | | $ - | | |
| | | 0 | | $ - | Airport Parking Sun-Fri | |
| Ground Transport Home/Airfield/Home (RT) | $ 0.670 | 48 | | $ 32.16 | HOME/AIRFIELD/HOME **Round Trip** | |
| Tolls /Use of Rental Vehicle/to-from Base | $9.95 | | WAIVED | $ - | MA/NH/ME/PTY Tolls | |
| Lodging | $ 257.52 | 3 | | $ 772.56 | DOD RATE $245/$217 | |
| Per Diem (Travel Days) DOD JUNE 2024 RATE | $ 88.50 | 2 | | $ 177.00 | DOD RATE eff 6/1/24 | |
| Per Diem (Full Days) DOD JUNE 2024 RATE | $ 118.00 | 2 | | $ 236.00 | DOD RATE eff 6/1/24 | |
| Hotel TAX + Fees  ($45.00 + $26.40) | $ - | 4 | | $ - | | |
| | | | | | | |
| **Total** | | | | **$ 2,397.62** | | |



## ELECTRONIC TICKET FOR  DONALD GOSSELIN
03 Jul 2024

**Order ID**
**A0ELGL**

 **Manage your Reservation**

Thank you for choosing Copa Airlines for your travel plans. Please read these important details about your reservation and itinerary.

## PASSENGER DETAILS

| Name | Frequent Flyer # | Star Alliance Status | Ticket Number |
|---|---|---|---|
| DONALD GOSSELIN | 233164538CM | Gold | 2302186617808 |

## FLIGHT ITINERARY:

**PANAMA CITY(PTY) - SAN JUAN(SJU) - Flight Number - CM 142 - Economy Class**

| Departure | Arrival | Flight Details |
|---|---|---|
| Sunday July 14, 2024<br>12:13 PM<br>PANAMA CITY(PTY) | Sunday July 14, 2024<br>4:04 PM<br>SAN JUAN(SJU) | Flight Duration:2h 51m<br>Aircraft:738<br>Flight Operated by: CopaAirlines<br>Seats Reserved: Yes - Reserve or Change Seats |

**SAN JUAN(SJU) - PANAMA CITY(PTY) - Flight Number - CM 143 - Economy Class**

| Departure | Arrival | Flight Details |
|---|---|---|
| Wednesday July 17, 2024<br>5:22 PM<br>SAN JUAN(SJU) | Wednesday July 17, 2024<br>7:20 PM<br>PANAMA CITY(PTY) | Flight Duration:2h 58m<br>Aircraft:738<br>Flight Operated by: CopaAirlines<br>Seats Reserved: Yes - Reserve or Change Seats |

## AIR TRANSPORTATION CHARGES

| Description | Rate |
|---|---|
| Ticket Fare DONALD GOSSELIN | 1050.00 USD |
| PA | 73.50 |
| FZ | 20.00 |
| AH | 2.50 |

| | |
|---|---:|
| F3 | 6.00 |
| AY | 5.60 |
| XA | 3.83 |
| XY | 7.00 |
| YC | 6.97 |
| XF | 4.50 |
| Total | 1179.90 USD |

To know more about fare family details click here  Copa.com

### PAYMENT METHOD:

| | | |
|---|---|---|
| Credit Card | VIXXXXXXXXXXXX8390 | USD 1179.90 |
| | Expiry Date: | 0326 |
| | Authorization Code: | 161407 |

A non-refundable administrative fee will be charged per-person and added to the total ticket price upon purchase of your tickets at our Sales Offices, Airports and Reservations Centers. In some countries local taxes may apply to the fee. For more information about this administrative fee, please click  here

It is the passenger's responsibility to ensure to obtain and comply with the travel requirements established by the authorities of the place of origin, transit and destination.Before boarding, Copa Airlines will verify that the passenger has the necessary immigration or health requirements for the place of origin and destination. Any passenger who provides false or misleading information regarding such requirements will be responsible for any expenses incurred or fines imposed on the airline for this reason.

Please review your baggage policy for information about your baggage allowance.

Your personal data will be processed in accordance with our privacy policy. For more details on how your personal data is collected, used and transferred, please visit Copa.com

**Travel policies**
**Terms and Conditions of this contract**
**Contribute to environmental sustainability**


**Need help?**
For inquiries about reservations, charges, status of your flight and more, please visit Copa.com

**Follow Us on  Social Media:**
  

This automated email has been sent to attygosselin@gmail.com  in order to provide you with  information about your trip.
Please do not reply to this email  using  the 'Reply' button. For assistance,  please contact our Reservation Center.
View our Privacy Policy.



# Guest Folio



We wish to thank you for choosing La Concha, A Renaissance Resort. We strive for dazzling style and nonstop fun in a retro urban showcase of cool and edgy, Latino chic lifestyle, with passionate and soulful hospitality and service.

Got all that? Hope we lived up to it! And when you're back in town, we certainly expect to serve you again, call us anytime at 787-721-7500 / 1-888-236-2427!

INFORMATION INVOICE

| | |
|---|---|
| ROOM | 0612 |
| ROOM TYPE | VINK |
| NO. OF GUEST | 1 |
| RATE | 16GOVB |
| MRW # | 839932555 |
| CLERK | JSOSTRE |
| DATE | 28-AUG-24 |
| PAGE No. | 1 of 1 |

GUEST NAME

DR Donald Gosselin
12 Naomi St
Sebago ME 04029
United States

ARRIVE 14-JUL-24   TIME 04:49   DEPART 17-JUL-24   TIME 14:20   FOLIO# 28194435

| DATE | DESCRIPTION | REFERENCE NUMBER | | CHARGES |
|---|---|---|---|---|
| 14-JUL-24 | Room Charges | | | 167.00 |
| 14-JUL-24 | Resort Fee | | | 65.00 |
| 14-JUL-24 | Room Tax | | | 25.52 |
| 15-JUL-24 | Room Charges | | | 167.00 |
| 15-JUL-24 | Resort Fee | | | 65.00 |
| 15-JUL-24 | Room Tax | | | 25.52 |
| 16-JUL-24 | Room Charges | | | 167.00 |
| 16-JUL-24 | Resort Fee | | | 65.00 |
| 16-JUL-24 | Room Tax | | | 25.52 |
| 17-JUL-24 | Visa Card | XXXXXXXXXXXX4086 | XX/XX | -772.56 |

Balance        USD        0.00

GUEST SIGNATURE _____

1077 Ashford Avenue, San Juan, Puerto Rico 00907 - T.787.721.7500 - F.787.977.4019 - LaConchaResort.com