

FPM TRAVEL REIMBURSEMENT COVER SHEET

Name: Alan C Youngs

Invoice number: 58

Invoice date: July 22, 2024

New York City Site visit travel dates: 07/14/24 to 07/18/24

Total travel reimbursement amount (*see page 2 for details*): $2,247.56

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.*

_____
Signature

07/22/2024
**Date**



# Office of the Technical Compliance Advisor
# Travel Reimbursement Form

Enter all required information below to obtain travel reimbursement. If spending did not occur in a category, please enter zeros. Zeros will likely need to be entered for one or more of the ground transportation options. The "Total" column of the table will update based on the information entered into the "Unit Cost" and "Units" columns. To update the "Total" column, click CTRL+A and then F9. Receipts for airfare, lodging, ground transportation, and PCR testing must be submitted with this form. Submit the Travel Reimbursement Form and accompanying receipts to Javier Gonzalez (Javier.benito@me.com) with the Chief Monitor (jrrjjr.romero@gmail.com) and/or his designee copied along with your monthly invoice.

**Traveler Name:  Alan C Youngs**
**Travel Start Date 07-14-24 Travel End Date:07-18-24**
**Purpose of Travel: Puerto Rico Peer to Peer Police visit to NYPD**

| Travel Reimbursement | | | |
|---|---:|---:|---:|
| | Unit Cost | Units | Total |
| **Airfare Denver to New York City** | $268.98 | 1 | $268.98 |
| **Airfare New York City to Denver** | $348.98 | 1 | $348.98 |
| **Baggage/Seat** | $0.00 | 1 | $0.00 |
| **Ground Transport (Uber) Home to Denver Airport** | $74.30 | 1 | $74.30 |
| **Ground Transport (Taxi) LaGuardia Airport to Marriot** | $75.39 | 1 | $75.39 |
| **Ground Transport (Uber) Marriot to LaGuardia Airport** | $76.70 | 1 | $76.70 |
| **Ground Transport (Uber) Denver Airport to Home** | $71.95 | 1 | $71.95 |
| **Ground Transportation (Parking)** | $0.00 | 0 | $0.00 |
| **Ground Transportation (Mileage)** | $0.655 | 0 | $0.00 |
| **Lodging** | $263.69 | 4 | $1,054.76 |
| **Per Diem (Travel Days)** | $59.25 | 2 | $118.50 |
| **Per Diem (Full Days)** | $79.00 | 2 | $158.00 |
| **Total** | | | **$2,247.56** |

VIG Tower, PH – 924                                                                 .

1225 Ave. Juan Ponce de Leon

San Juan, PR 00907

787-417-9098

# Uber

July 14, 2024

Here's your updated Sunday morning ride receipt.

## Total

$74.30

| | |
|---|---:|
| Trip fare | $40.68 |

| | |
|---|---:|
| Subtotal | $40.68 |
| Reservation Fee | $10.94 |
| Booking Fee | $6.69 |
| Colorado Prearranged Ride Regulatory Fee | $0.32 |
| Denver International Airport Pickup/Drop-off Fee | $3.29 |
| Tip | $12.38 |

## Payments

| | | |
|---|---|---:|
| VISA | Visa ••••3491<br>7/14/24 5:43 AM | $61.92 |
| VISA | Visa ••••3491<br>7/16/24 7:19 PM | $12.38 |

Visit the trip page for more information, including invoices (where available)

You rode with Brian

UberX  33.07 miles | 41 min

5:01 AM | 5552 W Lakeridge Rd, Lakewood, CO 80227-3907, US

5:43 AM | 8500 Pena Blvd, Denver, CO 80249, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

ISSUED BY AND VALID ONLY ON
**SOUTHWEST AIRLINES®**    BOARDING PASS    RR

# YOUNGS/ALAN

FLIGHT **900**
DATE **JUL 14**    A-List
CONF.# **44HHW3**    Anytime

900  DENVER    Check monitors for gate number
NEW YORK (LAGUARDIA)
07:25 AM G

BOARDING TIME
## 06:55 AM

207895671

Boarding Group

**A**

Boarding Position

**20**

PRIORITY BOARDING
PRIORITY & EXPRESS LANES

**Southwest**

LN: YOUNGS
FN: ALAN
**44HHW3**    MN:

**EarlyBird Check-In®**
(if applicable)

**20**    AWI-W10/CH.12

fold here

A-List   Hi, Alan   3,824 points   My Account   Log out   Español



FLIGHT | HOTEL | CAR | VACATIONS     SPECIAL OFFERS     RAPID REWARDS®

# Thanks for flying with us!

**Trip summary**

✈ **Flight**

CONFIRMATION #
**44HHW3**

JUL 14
**DEN ✈ LGA**

FLIGHT TOTAL
**$268.98**

## 7/14 - New York (LaGuardia)

JUL 14
**Denver, CO** *to* **New York (LaGuardia), NY**

**Confirmation # 44HHW3**

| PASSENGERS | EST. POINTS | EXTRAS | FARE |
|---|---|---|---|
| **Alan Youngs**<br>Rapid Rewards® Acct # 207895671   A-List | + 2,362 PTS | 🌅 | Anytime |

### Departing   7/14/24 Sunday

| DEPARTS | 7:25 AM | **DEN**<br>Denver, CO - DEN | FLIGHT 900<br>SCHEDULED<br>Boeing...<br>Subject... |
|---|---|---|---|

Nonstop

| ARRIVES | 1:05 PM | **LGA**<br>New York (LaGuardia), NY - LGA | TRAV<br>3hr |
|---|---|---|---|

---

**Thanks for choosing Southwest Airlines!**

Help us improve your experience on Southwest.com.

[ Share feedback ]

[ No, thank you ]

|  |  |
|---|---|
| Taxes & fees | $32.81 |
| **Flight total** | **$268.98** |

### Icon legend

 WiFi available     Live TV available    EarlyBird Check-In®

### Helpful Information:

- Starting July 1, 2023 (12:00 a.m. CT), for Wanna Get Away® or Wanna Get Away Plus™ reward travel reservations (booked with points): If you do not cancel your reservation at least 10 minutes before the flight's original scheduled departure time, any points used for booking will be forfeited, along with any taxes and fees associated with your reward travel reservation. For Anytime or Business Select® reward travel reservations: the points used for booking will be redeposited to the purchaser's Rapid Rewards® account, and any taxes and fees associated with the reward travel reservation will be converted into a Transferable Flight Credit™ for future use.
- Please read the fare rules associated with this purchase.
- When booking with Rapid Rewards points, your points balance may not immediately update in your account.
- Cash + Points bookings will not earn Rapid Rewards points, tier qualifying points for A-List or A-List Preferred status, or Companion Pass qualifying points.
- **REAL ID Requirement:** Do you have a **REAL ID**? Beginning May 7, 2025, you will need a state-issued **REAL ID** compliant license or identification card, or another acceptable form of ID (such as a U.S. Passport), to fly within the United States. Visit www.tsa.gov for a list of acceptable forms of ID and additional information regarding **REAL ID** requirement.

## Payment summary

| PAYMENT INFORMATION | | | AMOUNT PAID |
|---|---|---|---|
| **Visa 3491** XXXXXXXXXXXX3491 Expiration: 7/27 | **CARD HOLDER** Alan Youngs | **BILLING ADDRESS** 5552 W Lakeridge Rd Lakewood, CO US 80227 | $268.98 |

## Total charged

| | |
|---|---|
| SUBTOTAL | $236.17 |
| TAXES & FEES | $32.81 |
| **TOTAL DOLLARS** | **$268.98** |

Show price breakdown



**Thanks for choosing Southwest Airlines!**

Help us improve your experience on Southwest.com.



Printed from Chase Personal Online

## Marriott Boundless (...7940)

**$75.39**
Sale

📅 Jul 14, 2024
Transaction date

Jul 15, 2024
Posted date

🏪 CURB NYC TAXI
QUEENS, NY 000011106

| | |
|---:|:---|
| Description | CURB NYC TAXI |
| Also known as | NYC Taxi |
| Merchant type | Taxicabs and limousines |
| Method | In person |
| Card number | (...7940) |
| Category | Travel |

Rewards earned with this transaction

| | |
|---|---:|
| +2X Pts other spend incl Grocery Gas Dining | 150.78 |
| Total Marriott Bonvoy® Points | 150.78 |

Transaction details may be preliminary or incomplete and may not match the transaction as it appears on your periodic statement, which is the official record of your account activity.

JPMorgan Chase Bank, N.A. Member FDIC     ©2024 JPMorgan Chase & Co.     Equal Housing Opportunity



fold here



I remained in New York City until 7/21/2024



## Sapphire Reserve (...3552)

**$697.96**
Sale

Jun 18, 2024
Transaction date

Jun 20, 2024
Posted date

SOUTHWES
5262529714691

| | |
|---|---|
| Description | SOUTHWES 5262529714691 |
| Also known as | Southwest Airlines |
| Merchant type | SOUTHWEST |
| Method | Online, mail or phone |
| Card number | (...3552) |
| Category | Travel |
| Memo | 7/21/24 LaGuardia to Denver - two tickets at $348.98 each. |

Rewards earned with this transaction

| | |
|---|---|
| + 3 Points per $1 earned on travel | 2,094 |
| Total Ultimate Rewards® points | 2,094 |

Transaction details may be preliminary or incomplete and may not match the transaction as it appears on your periodic statement, which is the official record of your account activity.

JPMorgan Chase Bank, N.A. Member FDIC        ©2024 JPMorgan Chase & Co.        Equal Housing Opportunity

# Uber

July 21, 2024

Here's your updated Sunday evening ride receipt.

| | |
|---|---|
| **Total** | **$71.95** |

| | |
|---|---|
| Trip fare | $48.92 |

| | |
|---|---|
| Subtotal | $48.92 |
| Booking Fee | $7.43 |
| Colorado Prearranged Ride Regulatory Fee | $0.32 |
| Denver International Airport Pickup/Drop-off Fee | $3.29 |
| Tip | $11.99 |

## Payments

| | | |
|---|---|---|
| VISA | Visa ••••7940<br>7/22/24 6:30 AM | $59.96 |
| VISA | Visa ••••7940<br>7/22/24 9:38 AM | $11.99 |

Visit the trip page for more information, including invoices (where available)

You rode with ALI

UberX    32.13 miles | 42 min

■ 7:38 PM | Gate C, Denver International Airport (DEN), Denver, CO 80249, US

■ 8:20 PM | 5552 W Lakeridge Rd, Lakewood, CO 80227-3907, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

# Uber

July 21, 2024

Here's your updated Sunday afternoon ride receipt.

## Total

$76.70

| | |
|---|---|
| Trip fare | $52.30 |

| | |
|---|---|
| Subtotal | $52.30 |
| LGA Airport Surcharge | $2.50 |
| NY Congestion Fee | $2.75 |
| Tip | $12.78 |
| Sales Tax | $4.86 |
| NY State Black Car Fund | $1.51 |

## Payments

**VISA** Visa ••••7940 $76.70
7/21/24 9:38 PM

Affiliated with UBER USA, LLC (B03404)

Dispatched by UBER USA, LLC (B03404)

To submit a complaint to the NYC TLC, please call 311.

Visit the trip page for more information, including invoices (where available)

---

You rode with Sonam

License Plate: T783351C

FHV License Number: 5902030

Driver's TLC License Number: 5378268

UberX    12.37 miles | 26 min

- 2:12 PM | 215 Pearl St, New York, NY 10038-4916, US
- 2:39 PM | Terminal B, LaGuardia Airport (LGA), Queens, NY 11371, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.



**Residence Inn**®
215 Pearl Street, New York, NY 10038 **P** 646.928.9980
**Marriott.com/NYCLR**

| | |
|---|---|
| Alan/Mr Youngs | Room: 3904 |
| 5552 W Lakeridge Rd | Room Type: VCBR |
| Lakewood CO 80227-3907 | Number of Guests: 1 |
| Office Of Tca Puerto Rico | Rate: $225.00   Clerk: JAH |
| Arrive: 14Jul24   Time: 03:32PM   Depart: 21Jul24 | Time: 02:08PM   Folio Number: 54666 |

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---:|---|
| 14Jul24 | Room Charge | 225.00 | |
| 14Jul24 | Occupancy Sales Tax | 4.00 | |
| 14Jul24 | State Occupancy Tax | 19.97 | |
| 14Jul24 | City Tax | 13.22 | |
| 14Jul24 | Convention and Tourism Tax | 1.50 | |
| 15Jul24 | Room Charge | 225.00 | |
| 15Jul24 | Occupancy Sales Tax | 4.00 | |
| 15Jul24 | State Occupancy Tax | 19.97 | |
| 15Jul24 | City Tax | 13.22 | |
| 15Jul24 | Convention and Tourism Tax | 1.50 | |
| 16Jul24 | Room Charge | 225.00 | |
| 16Jul24 | Occupancy Sales Tax | 4.00 | |
| 16Jul24 | State Occupancy Tax | 19.97 | |
| 16Jul24 | City Tax | 13.22 | |
| 16Jul24 | Convention and Tourism Tax | 1.50 | |
| 17Jul24 | Room Charge | 225.00 | |
| 17Jul24 | Occupancy Sales Tax | 4.00 | |
| 17Jul24 | State Occupancy Tax | 19.97 | |
| 17Jul24 | City Tax | 13.22 | |
| 17Jul24 | Convention and Tourism Tax | 1.50 | |
| 18Jul24 | Market Sundries | 7.35 | |
| 18Jul24 | Sales Tax | 0.65 | |
| 18Jul24 | Room Charge | 225.00 | |
| 18Jul24 | Occupancy Sales Tax | 4.00 | |
| 18Jul24 | State Occupancy Tax | 19.97 | |
| 18Jul24 | City Tax | 13.22 | |
| 18Jul24 | Convention and Tourism Tax | 1.50 | |
| 19Jul24 | Market Sundries | 7.35 | |
| 19Jul24 | Sales Tax | 0.65 | |
| 19Jul24 | Room Charge | 225.00 | |
| 19Jul24 | Occupancy Sales Tax | 4.00 | |
| 19Jul24 | State Occupancy Tax | 19.97 | |
| 19Jul24 | City Tax | 13.22 | |
| 19Jul24 | Convention and Tourism Tax | 1.50 | |
| 20Jul24 | Market Packaged Food | 5.51 | |
| 20Jul24 | Sales Tax | 0.49 | |
| 20Jul24 | Market Beverage | 5.51 | |
| 20Jul24 | Sales Tax | 0.49 | |
| 20Jul24 | Market Beverage | 4.59 | |
| 20Jul24 | Sales Tax | 0.41 | |
| 20Jul24 | Market Beverage | 4.59 | |
| 20Jul24 | Sales Tax | 0.41 | |

Operated under license from Marriott International, Inc. or one of its affiliates.

To plan your next stay, visit ResidenceInn.com.



**Residence Inn**[®]
215 Pearl Street, New York, NY 10038 **P** 646.928.9980
**Marriott.com/NYCLR**

|  |  |
|---|---|
| Alan/Mr Youngs | Room: 3904 |
| 5552 W Lakeridge Rd | Room Type: VCBR |
| Lakewood CO 80227-3907 | Number of Guests: 1 |
| Office Of Tca Puerto Rico | Rate: $225.00     Clerk: JAH |
| Arrive: 14Jul24    Time: 03:32PM    Depart: 21Jul24 | Time: 02:08PM    Folio Number: 54666 |

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 20Jul24 | Market Beverage | 4.59 | |
| 20Jul24 | Sales Tax | 0.41 | |
| 20Jul24 | Market Beverage | 4.59 | |
| 20Jul24 | Sales Tax | 0.41 | |
| 20Jul24 | Market Sundries | 3.67 | |
| 20Jul24 | Sales Tax | 0.33 | |
| 20Jul24 | Market Sundries | 8.27 | |
| 20Jul24 | Sales Tax | 0.73 | |
| 20Jul24 | Room Charge | 225.00 | |
| 20Jul24 | Occupancy Sales Tax | 4.00 | |
| 20Jul24 | State Occupancy Tax | 19.97 | |
| 20Jul24 | City Tax | 13.22 | |
| 20Jul24 | Convention and Tourism Tax | 1.50 | |
| 21Jul24 | Visa | | 1906.83 |

*Card #: VIXXXXXXXXXXXX7940/XXXX*
*Card Type: VISA Card Entry: CHIP Approval Code: 06527D  App*
*Label: VISA CREDIT AID: A0000000031010*

**BALANCE:     0.00**

**Marriott Bonvoy Account # XXXXX0892.**  Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy account statement or your online statement for updated activity.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

To plan your next stay, visit ResidenceInn.com.