# Office of the TCA - Travel Reimbursement Form

**Name:** Rita J. Watkins
**Travel Dates:** July 14 - 18, 2024

**Purpose of Travel:** NYPD Peer to Peer

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| Airfare | $ 526.45 | 1 | $ 526.45 |
| Baggage | $ - | 0 | $ - |
| Ground Transportation (Uber/Lyft/Taxi) | $ 265.29 | | $ 265.29 |
| Ground Transportation (Parking) | $ - | 1 | $ - |
| Ground Transportation (Mileage) | 0.655 | 0 | $ - |
| Lodging | $ 263.69 | 4 | $ 1,054.76 |
| Per Diem (Travel Days) | $ 59.25 | 2 | $ 118.50 |
| Per Diem (Full Days) | $ 79.00 | 3 | $ 237.00 |
| Other: | $ - | 0 | $ - |
| **Total** | | | **$ 2,202.00** |

**From:** United Airlines Receipts@united.com
**Subject:** eTicket Itinerary and Receipt for Confirmation M9EFFN
**Date:** Jun 11, 2024 at 10:28:03 AM

> **CAUTION:** The sender of this email is not from SHSU. Any links or attachments may be dangerous. To report this email as suspicious, forward it to abuse@shsu.edu.



Tue, Jun 11, 2024

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

## M9EFFN

---

**Flight 1 of 2 UA5332**  |  Class: United Economy (V)

| Sun, Jul 14, 2024 | Sun, Jul 14, 2024 |
|---|---|
| **12:00 PM** | **04:41 PM** |
| Houston, TX, US (IAH) | New York, NY, US (LGA) |

Flight Operated by SKYWEST DBA UNITED EXPRESS.

---

**Flight 2 of 2 UA1798**  |  Class: United Economy (L)

| Thu, Jul 18, 2024 | Thu, Jul 18, 2024 |
|---|---|
| **10:00 AM** | **12:47 PM** |
| New York, NY, US (LGA) | Houston, TX, US (IAH) |

---

### Traveler Details

**WATKINS/RITAJANE**
eTicket number: 0162396118299
Frequent Flyer: UA-XXXXX226 Premier Gold

Seats: IAH-LGA 09C
LGA-IAH 10D

### Purchase Summary

| | |
|---|---|
| Method of payment: | Master Card ending in 6220 |
| Date of purchase: | Tue, Jun 11, 2024 |

| | |
|---|---|
| Airfare: | 461.63 |
| U.S. Transportation Tax: | 34.62 |
| U.S. Flight Segment Tax: | 10.00 |
| Passenger Civil Aviation Security Service Fee: | 11.20 |

| | |
|---|---:|
| U.S. Passenger Facility Charge: | 9.00 |
| Total Per Passenger: | 526.45 USD |
| **Total:** | **526.45 USD** |

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.
NONREF/0VALUAFTDPT
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

## MileagePlus Accrual Details

| Ritajane Watkins | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Sun, Jul 14, 2024 | 5332 | Houston, TX, US (IAH) to New York, NY, US (LGA) | 2264 | 283 | 1 |
| Thu, Jul 18, 2024 | 1798 | New York, NY, US (LGA) to Houston, TX, US (IAH) | 1440 | 180 | 1 |
| MileagePlus accrual totals: | | | 3704 | 463 | 2 |

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Sun, Jul 14, 2024 Houston, TX, US (IAH - Intercontinental) to New York, NY, US (LGA - LaGuardia) | 0.00 USD | 0.00 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |
| Thu, Jul 18, 2024 New York, NY, US (LGA - LaGuardia) to Houston, TX, US (IAH - Intercontinental) | 0.00 USD | 0.00 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |

Baggage check-in must occur with United or United Express, and United MileagePlus Premier® Gold membership must be valid at time of check-in to qualify for any applicable waiver of service charges for checked bags (within specified size and weight limits). Changes to the fare type purchased could result in increased baggage service charges. Based on your itinerary and selected cabin, service charges may be waived for one or more checked bags. See below for the charges for your 1st and 2nd checked bags. For additional baggage service charge information, select the "additional and other bag fees" box below.

### Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, frequent flyer status, and the selected itinerary. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program. Once travel has started, accruals will no longer display. You can always view your MileagePlus account for posted accrual.
- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown. Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.

### eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 45 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met.
**EXCEPTION**: When departing from Anchorage, Atlanta, Austin, Baltimore, Chicago, Cincinnati, Cleveland, Dallas/Ft. Worth, Denver, Detroit, Fort Lauderdale, Greenville-Spartanburg, Guam, Honolulu, Houston, Indianapolis, Jacksonville, Kona, Las Vegas, Los Angeles, Maui, Miami, New York (LGA), Newark, Orange County (SNA), Orlando, Philadelphia, Phoenix, Pittsburgh, Raleigh/Durham, Reno, San Diego, San Francisco, San Juan, PR (60 minutes), Savannah, Seattle, St. Louis, St. Thomas, U.S. Virgin Islands (60 minutes), Tampa, Washington, DC (both IAD and DCA), the check in requirement time for Passengers and Bags is 45 minutes except where noted.
- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 15 minutes prior to scheduled departure.

**From:** DoNotReply@billing-notification.com
**Subject:** TATIANA LATACELA CHAVEZ - Transaction Receipt for $117.19
**Date:** Jul 14, 2024 at 4:44:14 PM
**To:** drritawatkins@gmail.com

Term ID: 001

Sale - Approved

Date: 07/14/24           Time: 17:42:16
Card Type: American Express
Entry Method: Manual
Card #: XXXXXXXXXXX2009

Invoice #:       001178
Approval Code:   124071
Lane ID:         0000

| Item | Qty | Amount | Total Amount |
|---|---|---|---|
| Miscellaneous | 1 | $93.75 | $93.75 |
| Tip | | | $23.44 |

**Amount**          $117.19

I agree to pay the above total amount according to the card issuer agreement. (Merchant agreement if credit voucher)

Map of purchase location

Customer Copy

This message is confidential and subject to terms at: https://www.jpmorgan.com/emaildisclaimer including on confidential, privileged or legal entity information, malicious content and monitoring of electronic messages. If you are not the intended recipient, please delete this message and notify the sender immediately. Any unauthorized use is strictly prohibited.

**Watkins, Rita**

---

| | |
|---|---|
| **From:** | Uber Receipts <noreply@uber.com> |
| **Sent:** | Thursday, July 18, 2024 5:40 AM |
| **To:** | Watkins, Rita |
| **Subject:** | Your Thursday morning trip with Uber |
| | |
| **Follow Up Flag:** | Flag for follow up |
| **Flag Status:** | Flagged |

**CAUTION:** The sender of this email is not from SHSU. Any links or attachments may be dangerous. To report this email as suspicious, forward it to abuse@shsu.edu.



Total **$67.54**
July 18, 2024

# Total        $67.54

Learn more about the government-mandated pricing rules, taxes, and fees that make trips in NYC more expensive.

| | |
|---|---|
| Trip fare | $48.77 |
| Subtotal | $48.77 |
| LGA Airport Surcharge | $2.50 |

1

| | |
|---|---:|
| NY Congestion Fee | $2.75 |
| RFK Bridge Manhattan to Queens/Bronx | $6.94 |
| Sales Tax | $5.17 |
| NY State Black Car Fund | $1.41 |

**Payments**

 American Express ••••2009                $67.54
7/18/24 6:39 AM

Affiliated with NEW HEAVEN LUXURY INC (B03174)

Dispatched by UBER USA, LLC (B03404)

To submit a complaint to the NYC TLC, please call 311.

Switch Payment Method

Download PDF

## You rode with Martin

4.93 Rating          Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.



License Plate: T128908C

FHV License Number: 6057204

Driver's TLC License Number: 5942541

2

**From:** Auto-Receipt noreply@mail.authorize.net
**Subject:** Transaction Receipt from GROUNDSHUTTLE.COM for $104.00 (USD)
**Date:** Jun 11, 2024 at 10:43:12 AM
**To:** Rita Watkins drritawatkins@gmail.com

### Order Information

| | |
|---|---|
| Description: | New Reservation(GS-IAH-SUN220240714 and IAH-GS-0420240718) |
| Invoice Number | 320195 |
| Customer ID | 123110 |

### Billing Information
Rita Watkins
4746 Enchanted Oaks Dr.
College Station, Texas 77845
United States
drritawatkins@gmail.com
979-777-0594

### Shipping Information

**Total: $104.00 (USD)**

### Payment Information

| | |
|---|---|
| Date/Time: | 11-Jun-2024 10:43:10 CDT |
| Transaction ID: | 80484464806 |
| Payment Method: | MasterCard xxxx6220 |
| Transaction Type: | Purchase |
| Auth Code: | 09343P |

### Merchant Contact Information
GROUNDSHUTTLE.COM
College Station, TX 77845
US
accounting@groundshuttle.com

If a reservation is cancelled, your Ground Shuttle account will be credited according to the time of cancellation. Our system does not currently have the ability to refund your credit card account. All credits will expire after one year. Ground Shuttle credits are transferable upon request. Please contact us if you would like to transfer your credit to another passenger or make a reservation using another passenger's credit. We do require written documentation from credit holder before any balance can be transferred. Credit provided is based on time of cancellation as described below: 1. Canceled between 72 hours or more prior to the Trip - 100% credit voucher 2. Canceled between 72 hours prior to the Trip and 48 hours prior to the Trip - 75% credit voucher 3. Canceled between 48 hours prior to the Trip and 24 hours prior to the Trip - 50% credit voucher 4. Canceled between 24 hours prior to the Trip and 2 hours prior to the Trip - 25% credit voucher 5. Canceled less than 2 hours prior to the Trip or no cancellation - No credit voucher will be provided

**From:** **Residence Inn by Marriott**
noreply@marriott.com
**Subject:** **Your Sunday, Jul 14, 2024 - Thursday, Jul 18, 2024 Stay at Residence Inn NY Manhattan/Financial District**
**Date:** Jul 22, 2024 at 10:51:01 AM
**To:** drritawatkins@gmail.com

# Residence INN
BY MARRIOTT

Residence Inn®
215 Pearl Street, New York, NY 10038  P 646.928.9980
Marriott.com/NYCLR

Rita Watkins
4746 Enchanted Oaks Dr
College Sta TX 77845-7649
Office Of Tca Puerto Rico

Room: 3905
Room Type: STKT
Number of Guests: 1
Rate: $225.00          Clerk: HJA

Arrive: 14Jul24    Time: 05:46PM    Depart: 18Jul24    Time: 06:10AM    Folio Number: 54530

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 14Jul24 | Room Charge | 225.00 | |
| 14Jul24 | Occupancy Sales Tax | 4.00 | |
| 14Jul24 | State Occupancy Tax | 19.97 | |
| 14Jul24 | City Tax | 13.22 | |
| 14Jul24 | Convention and Tourism Tax | 1.50 | |
| 15Jul24 | Room Charge | 225.00 | |
| 15Jul24 | Occupancy Sales Tax | 4.00 | |
| 15Jul24 | State Occupancy Tax | 19.97 | |
| 15Jul24 | City Tax | 13.22 | |
| 15Jul24 | Convention and Tourism Tax | 1.50 | |
| 16Jul24 | Room Charge | 225.00 | |
| 16Jul24 | Occupancy Sales Tax | 4.00 | |
| 16Jul24 | State Occupancy Tax | 19.97 | |
| 16Jul24 | City Tax | 13.22 | |
| 16Jul24 | Convention and Tourism Tax | 1.50 | |
| 17Jul24 | Room Charge | 225.00 | |
| 17Jul24 | Occupancy Sales Tax | 4.00 | |
| 17Jul24 | State Occupancy Tax | 19.97 | |
| 17Jul24 | City Tax | 13.22 | |
| 17Jul24 | Convention and Tourism Tax | 1.50 | |
| 18Jul24 | Master Card | | 1054.76 |

Card #: MCXXXXXXXXXXXX6220XXXX
Card Type: MASTERCARD Card Entry: CHIP Approval Code: 08397P
App Label: MASTERCARD AID: A0000000041010

**BALANCE:    0.00**

As a Marriott Bonvoy Member, you could have earned points towards your free dream vacation today. Start earning points and Elite status, plus enjoy exclusive member offers. Enroll today at the front desk.

See our "Privacy & Cookie Statement" on Marriott.com.