# Rafael Ruiz Consulting

12 Crestshire Dr.
Lawrence, MA 01843

PHONE: 6177599156    stodgo1971@yahoo.com    12 Crestshire Dr.

## INVOICE

INVOICE NUMBER: 2024-07A
INVOICE DATE: 7/31/2024

Federal Police Monitor for PR
VIG Tower, PH-924
1225 Ponce De Leon Ave.
San Juan, PR 00907

RAFAEL E. RUIZ CONSULTING

| DATE | PROJECT | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: FPM-PR Expenses | | | |
| 7/15/2024 | FPM-PR Expenses | (Travel, hotel, and meals) Ground transportation from home to Logan Airport | 1.00 | $80.00 | $80.00 |
| 7/17/2024 | FPM-PR Expenses | (Travel, hotel, and meals) Ground transportation from Logan Airport to home | 1.00 | $80.00 | $80.00 |
| | | TOTAL: FPM-PR Expenses | | | $160.00 |
| | | PROJECT: FPM-PRPB Per Diem Full Days Expenses | | | |
| 7/16/2024 | FPM-PRPB Per Diem Full Days Expenses | (Travel, hotel, and meals) Travel to/from PR; 4 nights hotel; meals | 1.00 | $118.00 | $118.00 |
| | | TOTAL: FPM-PRPB Per Diem Full Days Expenses | | | $118.00 |
| | | PROJECT: Lodging (FPM-PR) | | | |
| 7/14/2024 | Lodging (FPM-PR) | (Travel, hotel, and meals) PR: 3 nights hotel stay | 3.00 | $160.23 | $480.69 |
| 7/15/2024 | Lodging (FPM-PR) | (Travel, hotel, and meals) Travel to/from San Juan PR | 1.00 | $272.60 | $272.60 |
| | | TOTAL: Lodging (FPM-PR) | | | $753.29 |
| | | PROJECT: Per Diem Travel Days | | | |
| 7/15/2024 | Per Diem Travel Days | (Travel, hotel, and meals) PR: Per Diem Travel Days | 2.00 | $88.50 | $177.00 |
| | | TOTAL: Per Diem Travel Days | | | $177.00 |
| | | Total hours for this invoice | 0.00 | | |

| INVOICE BALANCE INFORMATION | |
|---|---|
| Total amount of this invoice | $1,208.29 |
| Current invoice balance | $1,208.29 |

| AMOUNT DUE ON THIS INVOICE: $1,208.29 |
|---|

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of the hours worked in my capacity as a member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

Rafael E Ruiz

Date: August 1, 2024



# Office of the Technical Compliance Advisor Travel Reimbursement Form

Enter all required information below to obtain travel reimbursement. If spending did not occur in a category, please leave the field blank. Blank fields will likely be used for one or more of the ground transportation options. The "Total" column of the table will update based on the information entered into the "Unit Cost" and "Units" columns. Receipts for airfare, lodging, ground transportation, and PCR Testing must be submitted with this form. Submit the Travel Reimbursement Form and accompanying receipts to Javier Gonzalez (Javier.benito@me.com) with the Chief Monitor (jrrjjr.romero@gmail.com) and/or his designee copied with your monthly invoice.

**Traveler Name: Rafael E. Ruiz**
**Travel Dates: July 15-17, 2024**
**Purpose of Travel: Ingerviews and inspections of PRPB facilities**

## Travel Reimbursement

| Expense | Unit Cost | Units | Total |
|---|---|---|---|
| **Airfare** | $ 272.60 | 1 | $ 272.60 |
| **Baggage** |  |  | $ - |
| **Ground Transportation (Uber/Lyft/Taxi)** | $ 80.00 | 2 | $ 160.00 |
| **Ground Transportation (Parking)** | $ - | 5 | $ - |
| **Ground Transportation (Mileage)** |  |  | $ - |
| **Lodging** | $ 160.23 | 3 | $ 480.69 |
| **Per Diem (Travel Days)** | $ 88.50 | 2 | $ 177.00 |
| **Per Diem (Full Days)** | $ 118.00 | 1 | $ 118.00 |
| **PCR Testing** |  |  | $ - |
| **Total** |  |  | $ 1,208.29 |

Office of the Technical Compliance Advisor Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
787-417-9098

**From:** JetBlue jetblueairways@email.jetblue.com  
**Subject:** Itinerary receipt notice  
**Date:** July 26, 2024 at 11:41 AM  
**To:** stodgo1971@aol.com





# Travel Purchase

**Date of requested receipt: 2024-07-02**   **Record Locator:** DXMNKR

| BOS | SJU | Travel date | 2024-07-15T07:00:00 |
| | | Flight number | 0261 |
| SJU | BOS | Travel date | 2024-07-17T15:50:00 |
| | | Flight number | 0732 |

| Traveler(s) | Ticket number(s) |
|---|---|
| RUIZ/RAFAEL E MR | 2792158473858 |
| **Base fare:** | $208.00 USD |

| Taxes & fees breakdown: | AMOUNT | CURRENCY | PURPOSE - (CODE) |
|---|---|---|---|
| | $9.00 | USD | U.S. Passenger Facility Charge - (XF) |
| | $11.20 | USD | U.S. September 11th |

|  |  |  | Security Fee - (AY) |
| --- | --- | --- | --- |
|  | $44.40 | USD | U.S. Transportation Tax - (US2) |
| **Taxes & fees total:** | $64.60 | USD |  |
| **Base fare total:** | **$272.60** |  |  |
| **Exchange Fee(s):** | TICKET NUMBER | DATE | AMOUNT |
|  | 2792158473858 | 2024-07-02 | $0.00 |
| **Payment(s):** |  |  |  |
|  | Mastercard XXXXXXXXXXXX9796 |  | $272.60 |

Total paid: $272.60 USD*

*includes all fares, taxes, fees and penalties less any amounts refunded

Flight Status   |   Bag Info   |   Airport Info

Stay connected

 Download the JetBlue mobile app

   

Help

Business Travel

Privacy

About JetBlue

Please call 1-800-JETBLUE (1-800-538-2583) for additional assistance.

Positive identification required for airport check-in.

Notice:
Carriage and other service provided by the carrier are subject to conditions of carriage, which are hereby incorporated by reference. These conditions may be obtained from the issuing carrier. E-ticket Receipt total includes airfare, taxes, and fees applicable to air care, baggage fees, and Even

**COURTYARD** Marriott

Courtyard by Marriott
San Juan - Miramar

801 Ponce de Leon Ave.
San Juan, PR. 00907
T 787.721.7400
F 787.723.0068

Mr Rafael Ruiz
12 Crestshire Dr
Lawrence MA 01843
United States

Room: 0501
Room Type: KSTE
No. of Guests: 1
Rate: $  130.00  Clerk: 8

Marriott Rewards #   232084256

CRS Number   79811036

Name:

Arrive:  07-14-24        Time:  *01:48 AM        Depart:  07-17-24        Folio Number:  796858

| Date | Description | Charges | Credits |
|---|---|---|---|
| 07-14-24 | Package | 130.00 | |
| 07-14-24 | Destination Fee | 17.00 | |
| 07-14-24 | Government Tax | 13.23 | |
| 07-15-24 | Package | 130.00 | |
| 07-15-24 | Destination Fee | 17.00 | |
| 07-15-24 | Government Tax | 13.23 | |
| 07-16-24 | Package | 130.00 | |
| 07-16-24 | Destination Fee | 17.00 | |
| 07-16-24 | Government Tax | 13.23 | |
| 07-17-24 | Master Card / Euro Card | | 480.69 |
| | Card #  XXXXXXXXXXXX9796 | | |

**Balance**                                                                                       **0.00 USD**

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today.  Start earning points and elite status, plus enjoy exclusive member offers.  Enroll today at the front desk.

# CASH RECEIPT

DATE 7-15-24

Received From Rudy Hernandez

Address 269 cypress Ave

Dollars $ 80

For house to logan Airport

| Cash | |
| Check | |
| Money Order | |

| Total Due | |
| Amount Paid | |
| Balance Due | |

By [signature]

**CASH RECEIPT**

Received From _Rudy Hernandez_

Address _269 Cypress Ave_

For _Logan Airport to house_

DATE _2-17-24_

Dollars $ _$80_

| | |
|---|---|
| Cash | |
| Check | |
| Money Order | |

| | |
|---|---|
| Total Due | |
| Amount Paid | |
| Balance Due | |

By _[signature]_