

FPM TRAVEL REIMBURSEMENT COVER SHEET

Name: Hipolito Castro

Invoice number: 07/2024

Invoice date: 7/24/2024

Site visit travel dates: PR from 7/14 to 7/18 2024

Total travel reimbursement amount (*see page 2 for details*): $ 2,211.81

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.*

Signature  _____  Date 7/24/2024

## Travel Breakout

**Hipolit0 Castro 07/14/2024 to 07/18/2024**

| Expense | Unit Cost | Units | Column1 | Total | Column2 |
|---|---|---|---|---|---|
| Airfare | | | $ - | $ - | |
| Airfare taxes & fees | | | | $ - | |
| Baggage | | | | $ - | |
| Ground Transportation (Uber/Lyft/Taxi) | | | | $ - | |
| Ground Transportation (Parking) | $ 41.66 | 4 | | $ 166.64 | |
| Ground Transportation (POV Mileage) to PTY | $ 0.670 | 430 | | $ 288.10 | |
| Tolls | $ 83.12 | | | $ 83.12 | |
| Lodging - | $ 263.69 | 5 | | $ 1,318.45 | |
| Per Diem (Travel Days) | $ 59.25 | 2 | | $ 118.50 | |
| Per Diem (Full Days) | $ 79.00 | 3 | | $ 237.00 | |
| Other: HOTEL TAX - | | | | | |
| | | | | | |
| **Total** | | | | **$ 2,211.81** | |

```
Gold/Pearl Parking Corp          Ticket: 051536
     2 Gold Street                      23799CM
   New York, NY 10038                Gray ACURA
   DCA License: 1198215                STANDARD
      (212) 837-2723

Enter:    07/14/2024 05:40PM Rate:      $211.19
Exit:     07/19/2024 11:14AM Tax:        $38.81
Duration:        4d17h33m Total:        $250.00

                    PAYMENTS
Credit (AmEx)                           $250.00


DATETIME:2024/07/19 11:14:51 AM
TRANS TYPE:SALE        ENTRY METHOD:Chip Read
CARD TYPE:AmEx         APP LABEL:AMERICAN EXP
APPROVAL:819971        STATUS:A
    REF:701751040474   TVR:0000008000
CVM:Signature
PAN:2004               EXP:**/**
NAME:CASTRO/HIPOL

                    Approval
         AMOUNT   USD $250.00
    I agree to pay above total amount according to
              card issuer agreement.

                   [signature]
                 CASTRO/HIPOLITO
Please allow up to 45min for your car to be delivered.


                   CUSTOMER COPY
```

Handwritten annotation:
41.66 - day
× 4 - days
Total (166.67)
Claimed



430 Miles

## E-ZPass® Payment Receipt for 07/14/2024

Account Number : 2000175180885

Transaction Date : 07/14/2024

Transaction Id : 117375585115

Transaction Amount : ($4.00)

Payment Type : ETC

## E-ZPass® Payment Receipt for 07/14/2024

Account Number : 2000175180885
Transaction Date : 07/14/2024
Transaction Id : 117376293539
Transaction Amount : ($8.00)
Payment Type : ETC

## E-ZPass® Payment Receipt for 07/14/2024

Account Number : 2000175180885
Transaction Date : 07/14/2024
Transaction Id : 117373370534
Transaction Amount :  ($15.38)
Payment Type :  ETC

## E-ZPass® Payment Receipt for 07/14/2024

Account Number : 2000175180885
Transaction Date : 07/14/2024
Transaction Id : 117371877336
Transaction Amount : ($19.79)
Payment Type : ETC

## E-ZPass® Payment Receipt for 07/21/2024

Account Number : 2000175180885

Transaction Date : 07/21/2024

Transaction Id : 117389874346

Transaction Amount :  ($11.19)

Payment Type :  ETC

## E-ZPass® Payment Receipt for 07/21/2024

Account Number : 2000175180885

Transaction Date : 07/21/2024

Transaction Id : 117389982300

Transaction Amount : ($11.19)

Payment Type : ETC

## E-ZPass® Payment Receipt for 07/21/2024

Account Number : 2000175180885
Transaction Date : 07/21/2024
Transaction Id : 117390012968
Transaction Amount : ($13.57)
Payment Type : ETC



**Residence Inn®**
215 Pearl Street, New York, NY 10038  **P** 646.928.9980
Marriott.com/NYCLR

Hipolito Castro
1225 Juan Ponce De Leon
San Juan PR 00907
Office Of The Tca Pr

Room: 2907
Room Type: STKT
Number of Guests: 1
Rate: $225.00
Clerk: ILI

Arrive: 14Jul24    Time: 05:46PM    Depart: 19Jul24    Time: 11:10AM    Folio Number: 55373

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---:|---:|
| 13Jul24 | Advance Deposit | | 263.69 |
| 14Jul24 | Room Charge | 225.00 | |
| 14Jul24 | Occupancy Sales Tax | 4.00 | |
| 14Jul24 | State Occupancy Tax | 19.97 | |
| 14Jul24 | City Tax | 13.22 | |
| 14Jul24 | Convention and Tourism Tax | 1.50 | |
| 15Jul24 | Market Beverage | 4.59 | |
| 15Jul24 | Sales Tax | 0.41 | |
| 15Jul24 | Market Beverage | 4.59 | |
| 15Jul24 | Sales Tax | 0.41 | |
| 15Jul24 | Data Service | 6.95 | |
| 15Jul24 | Market Beverage | 4.59 | |
| 15Jul24 | Sales Tax | 0.41 | |
| 15Jul24 | Market Beverage | 4.59 | |
| 15Jul24 | Sales Tax | 0.41 | |
| 15Jul24 | Market Beverage | 4.59 | |
| 15Jul24 | Sales Tax | 0.41 | |
| 15Jul24 | Room Charge | 225.00 | |
| 15Jul24 | Occupancy Sales Tax | 4.00 | |
| 15Jul24 | State Occupancy Tax | 19.97 | |
| 15Jul24 | City Tax | 13.22 | |
| 15Jul24 | Convention and Tourism Tax | 1.50 | |
| 16Jul24 | Room Charge | 225.00 | |
| 16Jul24 | Occupancy Sales Tax | 4.00 | |
| 16Jul24 | State Occupancy Tax | 19.97 | |
| 16Jul24 | City Tax | 13.22 | |
| 16Jul24 | Convention and Tourism Tax | 1.50 | |
| 17Jul24 | Room Charge | 225.00 | |
| 17Jul24 | Occupancy Sales Tax | 4.00 | |
| 17Jul24 | State Occupancy Tax | 19.97 | |
| 17Jul24 | City Tax | 13.22 | |
| 17Jul24 | Convention and Tourism Tax | 1.50 | |
| 18Jul24 | Room Charge | 225.00 | |
| 18Jul24 | Occupancy Sales Tax | 4.00 | |
| 18Jul24 | State Occupancy Tax | 19.97 | |
| 18Jul24 | City Tax | 13.22 | |
| 18Jul24 | Convention and Tourism Tax | 1.50 | |
| 19Jul24 | American Express | | 1086.71 |

Card #: AXXXXXXXXXXXXX2004/XXXX
Card Type: AMEX Card Entry: CHIP Approval Code: 894215  App
Label: AMERICAN EXPRESS AID: A000000025010801

*Handwritten annotations:* 263.69 a day × 5 days = Right / Total Claimed 1318.45

Operated under license from Marriott International, Inc. or one of its affiliates.

To plan your next stay, visit ResidenceInn.com.



**Residence Inn®**
215 Pearl Street, New York, NY 10038  P 646.928.9980
Marriott.com/NYCLR

| | |
|---|---|
| Hipolito Castro | Room: 2907 |
| 1225 Juan Ponce De Leon | Room Type: STKT |
| San Juan PR 00907 | Number of Guests: 1 |
| Office Of The Tca Pr | Rate: $225.00    Clerk: ILI |

Arrive: 14Jul24    Time: 05:46PM    Depart: 19Jul24    Time: 11:10AM    Folio Number: 55373

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| | | **BALANCE:  0.00** | |

As a Marriott Bonvoy Member, you could have earned points towards your free dream vacation today. Start earning points and Elite status, plus enjoy exclusive member offers. Enroll today at the front desk.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

To plan your next stay, visit ResidenceInn.com.