**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA,

    **Plaintiff**,

           **v.**                  **Civil No.** 12-2039 (FAB)

COMMONWEALTH OF PUERTO RICO, *et al.*,

    **Defendants.**

**ORDER**

The Invoices submitted by Del Carmen Consulting, LLC, G&M Balli Services, LLC, TDPetrowski, LLC, and Galoeffert, LLC, (Docket Nos. 2734, 2735, 2737 and 2738) are **NOTED** and **APPROVED** for payment.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, September 30, 2024.

                               s/ Francisco A. Besosa
                               FRANCISCO A. BESOSA
                               SENIOR UNITED STATES DISTRICT JUDGE