**Spece**
1225 Juan Ponce de Leon
San Juan, PR  00907
+17874177300
info@spece.com
www.spece.com

**Invoice  INV - 24887**



**BILL TO**
Office of the FPMPR LLC

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 11/01/2024 | **$2,579.20** | 11/01/2024 |

| MEMBERSHIP | QTY | FEE | AMOUNT |
|---|---|---|---|
| **Private Office** <br> Private Office Suite - Office 15, $2,300.00, Nov 1, 2024 - Nov 30, 2024 | 1 | 2,300.00 | 2,300.00T |
| **One-off Fees** <br> Telephone Service, $60.00, Nov 1, 2024 - Nov 30, 2024 | 1 | 60.00 | 60.00T |
| **One-off Fees** <br> Garage Parking, $120.00, Nov 1, 2024 - Nov 30, 2024 | 1 | 120.00 | 120.00T |

| | |
|---|---|
| SUBTOTAL | 2,480.00 |
| TAX (4%) | 99.20 |
| TOTAL | 2,579.20 |

TOTAL DUE            **$2,579.20**

THANK YOU.

BUSINESS BEGINS HERE

**Spece**
1225 Juan Ponce de Leon
San Juan, PR  00907
+17874177300
info@spece.com
www.spece.com

# Invoice  INV - 24911



| BILL TO<br>Office of the FPMPR LLC | DATE<br>09/30/2024 | PLEASE PAY<br>$1,046.24 | DUE DATE<br>09/30/2024 |
|---|---|---|---|

| MEMBERSHIP | QTY | FEE | AMOUNT |
|---|---|---|---|
| **Conference Room**<br>Medium Conference Room, $180.00, 1 x $180.00 / day (20% discount) - Sep 19, 2024 | 1 | 180.00 | 180.00T |
| **Conference Room**<br>Small Conference Room, $144.00, 1 x $144.00 / day (20% discount) - Sep 19, 2024 | 1 | 144.00 | 144.00T |
| **Conference Room**<br>Medium Conference Room, $96.00, 1 x $96.00 / hour (20% discount) - Sep 18, 2024 | 1 | 96.00 | 96.00T |
| **Conference Room**<br>Small Conference Room, $90.00, 1 x $80.00 / hour (20% discount), 0.5 x $20.00 / hour (20% discount) - Sep 19, 2024 | 1 | 90.00 | 90.00T |
| **Conference Room**<br>Medium Conference Room, $96.00, 1 x $96.00 / hour (20% discount) - Sep 17, 2024 | 1 | 96.00 | 96.00T |
| **Conference Room**<br>XLarge Conference Room, $120.00, 3 x $40.00 / hour (20% discount) - Sep 18, 2024 | 3 | 40.00 | 120.00T |
| **Conference Room**<br>Small Conference Room, $100.00, 1 x $80.00 / hour (20% discount), 1 x $20.00 / hour (20% discount) - Sep 18, 2024 | 1 | 100.00 | 100.00T |
| **Conference Room**<br>Small Conference Room, $50.00, 2.5 x $20.00 / hour (20% discount) - Sep 18, 2024 | 2.50 | 20.00 | 50.00T |
| **Conference Room**<br>Small Conference Room, $130.00, 1 x $80.00 / hour (20% discount), 2.5 x $20.00 / hour (20% discount) - Sep 20, 2024 | 1 | 130.00 | 130.00T |

BUSINESS BEGINS HERE

|          |          |
|----------|---------:|
| SUBTOTAL | 1,006.00 |
| TAX (4%) | 40.24    |
| TOTAL    | 1,046.24 |

| TOTAL DUE | $1,046.24 |
|-----------|----------:|

THANK YOU.

BUSINESS BEGINS HERE

**Spece**
1225 Juan Ponce de Leon
San Juan, PR  00907
+17874177300
info@spece.com
www.spece.com

Invoice  INV - 24832



**BILL TO**
Office of the FPMPR LLC

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 08/31/2024 | $43.16 | 08/31/2024 |

| MEMBERSHIP | QTY | FEE | AMOUNT |
|---|---|---|---|
| **One-off Fees** <br> Visitor Parking -  August 2024 | 1 | 41.50 | 41.50T |

|  |  |
|---|---|
| SUBTOTAL | 41.50 |
| TAX (4%) | 1.66 |
| TOTAL | 43.16 |
| TOTAL DUE | **$43.16** |

THANK YOU.

BUSINESS BEGINS HERE