# THE & GROUP LLC.

Las Ramblas
71 Calle Montjuic
Guaynabo , PR 00969

## INVOICE

INVOICE NUMBER:  142
INVOICE DATE:  SEPTEMBER 30, 2024

Federal Police Monitor

San Juan, PR

Invoice for Javier B Gonzalez Professional Services as Administrative Director

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| SEP-02-24 | Administrative Director | Work with Team Labor and Travel Invoices | 3.50 | $125.00 | $437.50 |
| SEP-03-24 | Administrative Director | Work with Team August Travel and Labor Invoices | 4.50 | $125.00 | $562.50 |
| SEP-03-24 | Administrative Director | Office of the FPM Storage Monthly Fee | | | $232.89 |
| SEP-04-24 | Administrative Director | Work with Administrative matters and Team Travel and Labor Invoices. | 5.00 | $125.00 | $625.00 |
| SEP-05-24 | Administrative Director | Weekly Executive Team Meeting, Coordination of Community Meeting, Communications with Clerks office. | 5.00 | $125.00 | $625.00 |
| SEP-06-24 | Administrative Director | Communications with Team Members, Work with Team August Travel Invoices. | 3.00 | $125.00 | $375.00 |
| SEP-06-24 | Administrative Director | Office of the FPM official Vehicle windshield repair. | | | $348.98 |
| SEP-09-24 | Administrative Director | Bi weekly Team meeting, Communications with Team members. Community Meeting Coordination. | 3.50 | $125.00 | $437.50 |
| SEP-10-24 | Administrative Director | Work with Team travel Expenses and communications with Team Members. | 2.50 | $125.00 | $312.50 |
| SEP-11-24 | Administrative Director | Survey Follow Up, Communicaions with Team memebrs, Communications with PRPB. Invoices follow up (Communication with Court Clerck Office). | 3.50 | $125.00 | $437.50 |
| SEP-12-24 | Administrative Director | Surveys Follow up, Team Visit Coordination, Weekly executive team meeting, Communications with team members, | 3.00 | $125.00 | $375.00 |
| SEP-12-24 | Administrative Director | Office of the FPM Official Vehicle License Sticker Purchase (Marbete). | | | $235.00 |
| SEP-13-24 | Administrative Director | Community Meeting Coordination and communications with Team Members. | 2.50 | $125.00 | $312.50 |
| SEP-14-24 | Administrative Director | CICs State Council Meeting in Mayaguez. | 7.00 | $125.00 | $875.00 |
| SEP-16-24 | Administrative Director | Team Visit, Meeting at PRPB in the Morning (Virtually), Meetings in the ofternoon at PRPB. Coordination of Team Visit | 8.00 | $125.00 | $1,000.00 |

INVOICE NUMBER: 142

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| SEP-16-24 | Administrative Director | Office of the TCA Adobe Monthly fee. | | | $47.98 |
| SEP-17-24 | Administrative Director | Team visit to Aibonito, Coordination of Team Visit. Community Meeting Coordination | 8.00 | $125.00 | $1,000.00 |
| SEP-17-24 | Administrative Director | Community Meeting Expense Deposit. 50% of the total expenses for an official office meeting with community organizations in Hato Rey. The other 50% is included in a separate invoice. | | | $866.50 |
| SEP-18-24 | Administrative Director | Teakm Visit, Meeting at DOT, Coordination of Community Meeting, Community Meeting. | 8.00 | $125.00 | $1,000.00 |
| SEP-19-24 | Administrative Director | Team Visit, Meetings at PRPB and at the Office. Coordination of Team Visit. | 7.00 | $125.00 | $875.00 |
| SEP-20-24 | Administrative Director | Luma protest follow up, Communications with the Monitor and Team members, | 2.00 | $125.00 | $250.00 |
| SEP-23-24 | Administrative Director | Review of documents sent by Team members, September Travel Invoices | 3.00 | $125.00 | $375.00 |
| SEP-24-24 | Administrative Director | Review of communications sent by Citizens and Team members | 1.50 | $125.00 | $187.50 |
| SEP-25-24 | Administrative Director | Work with Team September Travel Invoices | 2.00 | $125.00 | $250.00 |
| SEP-26-24 | Administrative Director | Work with Team September Travel Invoices. | 1.50 | $125.00 | $187.50 |
| SEP-27-24 | Administrative Director | Work with Team Travel Invoices | 2.00 | $125.00 | $250.00 |
| SEP-30-24 | Administrative Director | Surveys follow-up, Communications with PRPB, Bi-weekly document production meeting, | 1.50 | $125.00 | $187.50 |
| SEP-30-24 | Administrative Director | I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0.00 | $125.00 | $0.00 |
| | | Gasoline Expense | | | $250.00 |
| | | Total amount of this invoice | | | $12,918.85 |

MESSAGE

Javier B Gonzalez September 30, 2024



**Southern Self Storage - 3513 Santurce**  **Payment Receipt**
2 Calle Concepcion
San Juan, PR 00909
(787)339-2574

| | | | | |
|---|---|---|---|---|
| **Tenant** | Gonzalez, Javier | | **Date Printed** | 09/03/2024 |
| **Company** | | | **Payment Date** | 09/03/2024 |
| **Address** | Urb Los Ramblas  71 Calle Montjuic | | **Unit** | 2705 |
| **City, State, Zip** | Guaynabo, PR 00969 | | **Available Credit** | |
| | | | **Current Balance** | $$0.00 |
| | | | **Receipt Number** | 240903134040414 |
| | | | **By** | Manager |

| Unit # | Description | From Date | To Date | Amt. | Disc | Tax | Total | Paid | Allowance | Bal. | Payments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2705 | Rent Charged | 09/01/2024 | 09/30/2024 | $199.00 | $0.00 | $22.89 | $221.89 | $0.00 | $0.00 | $221.89 | $221.89 |
| 2705 | Insurance | 09/01/2024 | 09/30/2024 | $11.00 | $0.00 | $0.00 | $11.00 | $0.00 | $0.00 | $11.00 | $11.00 |
| | | | | | | | $232.89 | $0.00 | $0.00 | $232.89 | $232.89 |

| | |
|---|---:|
| Total Due | $232.89 |
| Total Allowance | $0.00 |
| Total Paid by Cash | $0.00 |
| Change Amount | $0.00 |
| Total Paid by Check | $0.00 |
| Total Paid by Credit Card | $232.89 |
| Total Paid by ACH | $0.00 |
| Balance Due | $0.00 |

**I agree to pay the above amount according to Card Issuer Agreement (Merchant Agreement if Credit Voucher)**

| X | X |
|---|---|
| **Signature of the Customer** | **Signature of the Manager** |

Forget about due dates and late charges by using **AutoPay**. This service is offered **FREE OF CHARGE**. Just ask us for an AutoPay form to complete or go online at www.southernselfstoage.com sign up.
Get $25.00 credit on referrals!
Ask your manager how and save money. Don't forget to visit us for boxes and moving supplies.  We are your one stop shop for all your moving needs.
To manage your account online visit www.southernselfstorage.com.

# Transaction Details
Card Ending - 31000

Business Services - Office Supplies

# Southern Self StoragSANTURCE PR

## $232.89

Sep 3, 2024

On your statement as Southern Self StoragSANTURCE PR



## Transaction Details

SOUTHERN SELF STORAGE SAN JUAN



(787) 339-2574

## Doing Business As

SOUTHERN SELF STORAGE SAN JUAN

## Date Processed

Sep 4, 2024

## Transaction Reference Number

320242480763102262





PLAVICA SANTURCE
60 AVE FERNANDEZ JUNCOS
SAN JUAN, PR 00918
Date 2024-09-06        Time 15:57:47

## SALE

Ref#: 8                     Batch#: 8
Card#: ************4460           **/**
VISA
Entry:                             Chip

Amount                          $348.98

Total                           $348.98

Response                       Approved
Code                                 00
Authorization#                   002252
Reference#                            8

Dynapay v36

**Merchant copy**

# BANCO POPULAR

```
                        203
Date: 09/12/2024        Condado Gallery
Teller ID:17            Time:    2:23 pm

Session #   54

Trans.              / Trans. Description /
Sequence            / Account Number              Amount
-----------------------------------------------------------
0319 ATH Withdrawal
     ************4460                            $235.00
0320 Auto License StickerPurchase
     06870789-
     Fee                                         $230.00
     Other                                         $5.00
-----------------------------------------------------------
        Este recibo es el comprobante de sus
   transacciones. Consérvelo para reconciliar su
    estado de cuenta o para alguna reclamación.
         ¡Gracias por permitirnos servirle!
    TeleBanco Popular 787-724-3650 ó 1-888-724-3650
                   www.popular.com
```

Dirección Residencial, solo si es different
a 0.00
Precio de Venta
20240910-11241500-387-12819-4644-068596511

0
Licenc

Nombre de aseguradora

NOTIF

AS PÚBLICAS

ASTRES

89265
Título

*6
Cilin

*270
Cab Fuerza

0
apacidad de Carga

37,346.86
recio Contributivo

25
Expiración

NO ES VALIDA
SIN EL SELLO
DE PAGO

PLD

Estación de Inspección
99026388

## Relación de Multas Administrativas

La siguiente relación incluye los boletos de multas administrativas que se han expedido contra el dueño del vehículo. Estas multas deberán ser pagadas al momento de renovar esta licencia.

| BOLETO | FECHA | CANTIDAD | MUN. | ORDEN O LEY |
|---|---|---|---|---|
| 7909007756 | 22dic2023 | ¤ 50.00 | 71 | C |

| | |
|---|---|
| Multas | ¤ 50.00 |
| Peajes | ¤ 0.00 |
| Derechos Anuales | ¤ 44.00 |
| ACAA | ¤ 35.00 |
| Seguro Oblig | ¤ 99.00 |
| Centro de Trauma | ¤ 2.00 |
| Importe Total | ¤ 230.00 |

REQUIERE INSPECCIÓN VEH. DE MAS DE DOS AÑOS FABRICADO

¿Desea usted donar a favor de la UPR?

☐ $5.00    ☐ $10.00    ☐ $20.00



# Transaction Details
### Card Ending - 12001

Merchandise & Supplies - Mail Order

## ADOBE WEBSALES 800-833-6687

## $47.98

Sep 16, 2024

On your statement as ADOBE Adobe Systems SAN JOSE CA

**$0.48 Reward Dollars**



## Transaction Details

ADOBE WEBSALES 800-833-6687

 **(800) 833-6687**

 **https://www.adobe.com/in/about-adobe/co...**

### Doing Business As
ADOBE WEBSALES 800-833-6687

### Date Processed
Sep 17, 2024

### Transaction Reference Number

**Kitchen Group LLC**

PO Box 361700
San Juan, PR  00936 US
+17875984767
paellasyalgomas@gmail.com



# INVOICE

| BILL TO | SHIP TO | | |
|---|---|---|---|
| Claudia Camara | Claudia Camara | INVOICE | 4019 |
| Oficina del Monitor Federal de la Policia de PR | | DATE | 09/18/2024 |
| | | TERMS | Due on receipt |
| (939) 717-3369 | | DUE DATE | 09/18/2024 |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 09/18/2024 | Actividad: Conversatorio<br>Hora: 5:00pm- 9:00pm<br>40 personas | | | |
| 09/18/2024 | Bandeja de aperitivos surtidos.<br>Bandeja de 50 piezas. | 4 | 80.00 | 320.00T |
| 09/18/2024 | Servicio de café, jugo, refresco y agua | 40 | 6.50 | 260.00T |
| 09/18/2024 | Servicio de TV 70",  sonido, podio y microfono. | 1 | 250.00 | 250.00T |
| 09/18/2024 | Alquiler del salón Bore Díaz Bonnet.  Incluye mesas, sillas, mantel básico, vajilla y cristalería. | 1 | 650.00 | 650.00T |
| 09/18/2024 | Service charge 18%<br>(Tips NOT included) | 1 | 149.40 | 149.40 |

|  |  |
|---|---|
| SUBTOTAL | 1,629.40 |
| TAX | 103.60 |
| TOTAL | 1,733.00 |
| PAYMENT | 866.50 |
| **BALANCE DUE** | **$866.50** |

Incluye: mozos, mesas, sillas, mantel básico, salón con aire acondicionado por 5 horas, amplio estacionamiento, limpieza antes y durante el evento.  Hora adicional tiene un costo de $200.00. Se requiere el 50% de depósito para separar la fecha. Depósito no reembolsable.  Favor de hacer cheques a nombre de:  Kitchen Group, LLC



# Transaction Details
Card Ending - 01006

Restaurant - Restaurant

## RESTAURANT TRANSACTION

# $866.50

Sep 17, 2024

On your statement as DPAELLAS SAN JUAN PR

## 3,468 Membership Rewards® Points

4X at Global Restaurants



## Transaction Details



RESTAURANT TRANSACTION

STATE ROAD PR 848 INT
PR 887
CAROLINA
PR
00987
PUERTO RICO