

# Invoice

**Altai Atlantic Consulting LLC**
828 Snowden Hallowell Way, Alexandria VA 22314

**Date:** 10/02/24
**Invoice #:** 01-057

**To:** Office of the Federal Police Monitor of Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
Tel. 787-417-9098

| Fee Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|
| Total Fees Payable For Services Rendered by Dr. David Levy | 60.0 | 165 | $9,900.00 |

### Work Performed in the Continental United States

| Date | Activity Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 9/1/24 | Revision to hate crime sampling method & special item for SARP sample | 2.0 | 165 | $330.00 |
| 9/1/24 | Review and communication re: September master on site schedule | 1.0 | 165 | $165.00 |
| 9/4/24 | Communication re: Civilian Complaints data and training records | 1.5 | 165 | $247.50 |
| 9/4/24 | Incorporating translated items into master data request | 0.5 | 165 | $82.50 |
| 9/5/24 | CMR-11 data request 3.1 & related communication | 3.5 | 165 | $577.50 |
| 9/8/24 | Email backlog | 0.5 | 165 | $82.50 |
| 9/9/24 | Biweekly FPMPR team call | 0.5 | 165 | $82.50 |
| 9/11/24 | Communication and data review re: Civilian Complaints and Promotions | 2.5 | 165 | $412.50 |
| 9/16/24 | September site visit: Meetings at PRPB HQ with Reform Unit and working groups | 8.0 | 165 | $1,320.00 |
| 9/17/24 | September site visit: Meetings with Reform Unit & dashboard validation | 8.0 | 165 | $1,320.00 |
| 9/18/24 | September site visit: Meetings with SARP, HR/Recruitment & Reform Unit | 8.0 | 165 | $1,320.00 |
| 9/19/24 | September site visit: PRPB data systems review and methodology discussion | 8.0 | 165 | $1,320.00 |
| 9/20/24 | September site visit: Internal meetings re data request needs & revisions | 4.0 | 165 | $660.00 |
| 9/22/24 | September travel reimbursement forms | 0.5 | 165 | $82.50 |
| 9/28/24 | Edits to professionalization & community policing data request methods | 5.0 | 165 | $825.00 |
| 9/29/24 | Edits to community policing data request methods | 5.5 | 165 | $907.50 |
| 9/30/24 | Biweekly document and data production call & follow-up communication | 1.0 | 165 | $165.00 |
|  |  |  | 165 | $0.00 |
|  |  |  | 165 | $0.00 |
|  |  |  | 165 | $0.00 |
| Total |  | 60.0 |  | $9,900.00 |

| | |
|---|---|
| **Total Fee Payable** | **$9,900.00** |

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

*[signature]*

**Dr. David Levy**

10/02/24
**Date**