# INVOICE

**DATE**
10/1/2024

**INVOICE NO**
#048

**Denise Rodriguez**
3003 San Sebastian St.
Mission, TX 78572
denise@innovatepolicing.com

**INVOICE TO**
Puerto Rico Chief Federal Monitor

**INVOICE PERIOD**
September 1 - 30, 2024

**DUTIES AND RESPONSIBILITIES**                              **TOTAL DUE $15,833.33**

- Conducted monthly one-on-one meetings with subject matter experts
- Coordinated and conducted weekly Monitoring Executive Team meetings
- Coordinated and conducted biweekly document production meetings with the Parties
- Conducted biweekly meetings with Research Analyst
- Participated in biweekly meetings with staff and PRPB reform staff assigned to each section
- Reviewed and approved the review of several policies submitted to the Monitor's Office by PRPB as per Paragraph 229 of the Agreement
- Worked with the Research Analyst to draft and finalize the schedule for the September site visit
- Coordinated and oversaw the submission and receipt of various data requests for CMR-11
- Participated in various calls with PRPB and Monitoring team members
- Worked with the Data Analyst and PRPB to make changes to the data requests
- Participated on calls with FPM executive team to discuss communications from community members, transition order, and other topics and issues
- Finalized and submitted the revised community policing methodology to the court.
- Reviewed initial draft reports from each of the Monitors
- Reviewed the draft status report from the Commonwealth
- Attended the September site visit and community meeting
- Worked with the Data analyst to develop the data request for the community engagement sections and discussed these data requests with the Commonwealth

| | |
|---|---|
| Flat Rate Total Wages* | $15,833.33 |
| **Total Due** | **$ 15,833.33** |

*The total amount is a flat rate. The total monthly is $15,833.33 for an annualized amount of $190,000.00

*signature: Denise Rdz*

**Denise Rodriguez, Chief Deputy Monitor**

October 1, 2024
Date

*I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.*