# Viota & Associates CPA LLC

(787) 296-9060 | mforteza@viotacpa.com

| | |
|---|---|
| Invoice #: | 202400592 |
| Invoice Date: | 09/26/2024 |
| Page: | 1 of 1 |

Bill To:

**OFFICE OF THE FPM, LLC**
1225 AVENIDA JUAN PONCE DE LEON
SAN JUAN, PR  00907

Please pay by: 09/26/2024
**Invoice Total: $343.75**

For professional service rendered as follows:

Accounting Services - 2.75 hours @ $125.00

| Date | Staff | Activity | Hours | Units |
|---|---|---|---|---|
| 09/06/24 | Malave, Adianis | Accounting Services | 1.25 | |
| | Invoices in Sage, Bank Reconciliation August | | | |
| 09/13/24 | Forteza, Maria | | 1.00 | |
| | ACH Vendor payments 08-2024 and Professional Services withholding deposit | | | |
| 09/16/24 | Forteza, Maria | | 0.50 | |
| | 2ND ACH Vendor payments | | | |

Total Amount: 343.75

**Invoice Total: $343.75**

Additional information

Invoices are due upon receipt. Your prompt payment is appreciated.