**Name:** Donald S. Gosselin, d/b/a Gosselin Int'l Associates, division of MBG North Corp #1203

**Invoice Date** 9/30/24

**Invoice Peri** 1 SEP - 30 SEP 2024

| Date | Task(s) | Rate | Total Ho | Total Amount |
|---|---|---|---|---|
| 09/02/24 | emails, team comms | $ 165.00 | 0.75 | $ 123.75 |
| 09/03/24 | emails, team comms | $ 165.00 | 0.5 | $ 82.50 |
| 09/09/24 | Analysis of CMR-11 data, report writing, team telcon | $ 165.00 | 5.5 | $ 907.50 |
| 09/11/24 | Telcon, Write second mid term report | $ 165.00 | 2.25 | $ 371.25 |
| 09/12/24 | Read/analyze data | $ 165.00 | 4.5 | $ 742.50 |
| 09/16/24 | Field Work - SJU | $ 165.00 | 8 | $ 1,320.00 |
| 09/17/24 | Field Work - SJU | $ 165.00 | 8 | $ 1,320.00 |
| 09/18/24 | Field Work - SJU | $ 165.00 | 8 | $ 1,320.00 |
| 09/19/24 | Field Work - SJU | $ 165.00 | 8 | $ 1,320.00 |
| 09/20/24 | Read/analyze data, | $ 165.00 | 4 | $ 660.00 |
| 09/21/24 | Read/analyze data | $ 165.00 | 3 | $ 495.00 |
| 09/23/24 | Read/analyze data | $ 165.00 | 4 | $ 660.00 |
| 09/24/24 | Read/analyze data | $ 165.00 | 1.5 | $ 247.50 |
| 09/29/24 | Read/analyze data, draft CMR-11 | $ 165.00 | 1 | $ 165.00 |
| 09/30/24 | Read/analyze data, draft CMR-11 | $ 165.00 | 1 | $ 165.00 |
| **TOTAL Labo** | | | **60.00** | **$ 9,900.00** |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the

**Signature:** DS Gosselin <signature>

**Date:** 9/30/24

**Commo and Coordination** consists of all writings and digital comms to/from Monitors, PRPB, USDOJ; Review compliance targets, document and data requests, logistics; scheduling, on-site planning & coordination, database development

**Data/Policy Analysis, Writing** Data concerns CMR-8, Draft/review data requests, review special case, reporting on interviews, due process for promo candidates

**Field Work:** Research conducted in situ (SJU)

**Review Investigations:** Page by page analysis of SARP Investigations conducted (Phase I and Adjudicated (Phase II)