

**Al Youngs**
**5552 West Lakeridge Rd**
**Lakewood, CO 80227**

September 1 - September 30, 2024
Invoice No. 65
Member of Federal Monitor Team

| Date | Brief Description | Total Hours |
|---|---|---|
| 9/2<br>9/3<br>9/5<br>9/7<br>9/11<br>9/12<br>9/13<br>9/20<br>9/21<br>9/22<br>9/29<br>9/30 | Reviewed and responded to emails and conference calls for the month of September. | 7.0 Hours |
| 9/1<br>9/2<br>9/3<br>9/4<br>9/6<br>9/8<br>9/11<br>9/12<br>9/14<br>9/20<br>9/21<br>9/23<br>9/25 | Several meetings and phone calls with Monitor and Deputy Monitor. | 3.0 Hours |

| | **During Site Visit to Puerto Rico** | |
|---|---|---|
| 9/16 | Met with Reform Unit. Reviewed site visit agenda. Document Production Meeting. | |
| 9/16 | Meeting with Professionalization/Recruitment working group, Eily J. Molina Batista. Discussed paragraph compliance status. Interview sample, scheduling and data requests | |
| 9/17 | Field visit to Aibonito. Promotional candidate interviews. Interview of purposive sample of PRPB promotional canditates | |
| 9/18 | Meeting with Recruitment Director | |
| 9/18 | Meeting to discuss SARP intake module and Data Quality with Ortiz | |
| 9/18 | Meeting with HR. Discussed performance evalutions and Evaluation Training | |
| 9/18 | Promotional candiate interviews. Interview of purposive sample of Promotional candindates. | 24.0 Hours |
| 9/4 | Zoom call with Eily Molina and Marco Sottomayor reference CALEA | 1.0 Hours |
| 9/4 | Reviewed Professionalization and past CMRs | 2.0 Hours |
| 9/6 | Reviewed Recruitment information and past CMRs | 2.0 Hours |
| 9/8 | Reviewed Training materials reference Pro-Media | 2.0 Hours |
| 9/11 | Reviewed ACT65 | 2.0 Hours |
| 9/12 | Reviewed 253 meeting notes | 1.0 Hours |
| 9/12 | Prepared trending levels for compliance, CMR 11 | 2.5 Hours |
| 9/13 | Reviewed PARA 16 and 17 | 3.0 Hours |
| 9/13 | Reviewed Convocatoria for Captains and PRPB 1st Lieutenants | 2.0 Hours |
| 9/14 | Reviewed SARP Investigations for PARA 12 | 2.5 Hours |
| 9/14 | Reviewed Inspections Audits | 2.0 Hours |
| 9/21 | Reviewed Training Recommendations for Captains and PRPB 1st Lieutenants | 2.0 Hours |
| 9/22 | Reviewed Data requests for CMR 11 | 2.0 Hours |

**TOTAL HOURS:**   60.0

Billable Hours: 60 Hours at a Rate of $165.00 Per Hour =   $9,900.00

**TOTAL:**   **$9,900.00**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_____                              _9/30/24_
Signature                                               **Date**