# Rafael Ruiz Consulting

12 Crestshire Dr.
Lawrence, MA 01843

PHONE: 6177599156    stodgo1971@yahoo.com    12 Crestshire Dr.

## INVOICE

INVOICE NUMBER: 2024-09
INVOICE DATE: 9/30/2024

Federal Police Monitor for PR
VIG Tower, PH-924
1225 Ponce De Leon Ave.
San Juan, PR 00907

### RAFAEL E. RUIZ CONSULTING

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: FPM work from Home | | | |
| 9/3/2024 | FPM work from Home | Prep CMR-11 Midterm Data Draft | 8.25 | $165.00 | $1,361.25 |
| 9/4/2024 | FPM work from Home | Prep CMR-11 Midterm Data Draft | 2.75 | $165.00 | $453.75 |
| 9/5/2024 | FPM work from Home | Prep CMR-11 Midterm Data Draft | 7.75 | $165.00 | $1,278.75 |
| 9/8/2024 | FPM work from Home | Prep CMR-11 Midterm Data Draft | 3.25 | $165.00 | $536.25 |
| 9/9/2024 | FPM work from Home | Prep CMR-11 Midterm Data Draft | 6.00 | $165.00 | $990.00 |
| | | TOTAL: FPM work from Home | | | $4,620.00 |
| | | PROJECT: FPM work from PR (Site Visits) | | | |
| 9/16/2024 | FPM work from PR (Site Visits) | Site visit for interviews, module presentations, and site inspections | 8.00 | $165.00 | $1,320.00 |
| 9/17/2024 | FPM work from PR (Site Visits) | Site visit for interviews, module presentations, and site inspections | 8.00 | $165.00 | $1,320.00 |
| 9/18/2024 | FPM work from PR (Site Visits) | Site visit for interviews, module presentations, and site inspections | 8.00 | $165.00 | $1,320.00 |
| 9/19/2024 | FPM work from PR (Site Visits) | Site visit for interviews, module presentations, and site inspections | 8.00 | $165.00 | $1,320.00 |
| | | TOTAL: FPM work from PR (Site Visits) | | | $5,280.00 |
| | | Total hours for this invoice | 60.00 | | |

| INVOICE BALANCE INFORMATION | |
|---|---|
| Total amount of this invoice | $9,900.00 |
| Current invoice balance | $9,900.00 |

**AMOUNT DUE ON THIS INVOICE: $9,900.00**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of the hours worked in my capacity as a member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*Rafael E. Ruiz* (signature)

Rafael E. Ruiz

Page 1 of 1

Date: September 30, 2024