INVOICE 0114L - LABOR FOR PROFESSIONAL SERVICES; SEP 1-30, 2024
RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC

TO: Federal Monitor
Puerto Rico Police Department Consent Decree

Attached below please find the details for professional services rendered by Scott Cragg (Monitoring Core Team) for Sep 2024:

| | | | | |
|---|---|---|---|---|
| **Name:** | Scott Cragg | | | |
| **Invoice Date:** | 9/30/24 | | | |
| **Invoice Period:** | 9/1-30/24 | | | |

| Date | Task(s) | Rate | Total Hours | Total Amount |
|---|---|---|---|---|
| 9/2/24 | Detailed review of RMS/PMO status report details, cross walk with Master IT data call, clear email guidance from Monitor, Review Draft On-site Master Schedule - begin development of On-site interview agenda | $165.00 | 1.5 | $247.50 |
| 9/4/24 | Review License Plate Reader Policy provided by Commonwealth Attorney on 9/4/24, respond to pertinent emails, begin review and status on-site notes to develop September on-site interview questions for BT, CIO, PO, PRITS | $165.00 | 1.75 | $288.75 |
| 9/5/24 | Participate in AHD Monthly Status Review, participate in Gartner Weekly RMS/PMO Status Review, review DoJ media report regarding "in custody" deaths attributable to PRPB | $165.00 | 1.5 | $247.50 |
| 9/8/24 | Document review/archive maintenance, begin draft of CMR-11 | $165.00 | 2.25 | $371.25 |
| 9/9/24 | Bi-weekly FPMPR staff mtg, resubmit August Expense Invoice per court identified rate changes - review with Admin Dir., complete on-site interview questions and add to On-site plan.  Begin trend analysis request by Monitors Office for Submission to the Commonwealth | $165.00 | 3.5 | $577.50 |
| 9/11/24 | Complete trend analysis request by Monitors Office for Submission to the Commonwealth.  Review Commonwealth PRITS Cyber Planning documents, provide correspondence to PRPB | $165.00 | 4.5 | $742.50 |
| 9/12/24 | Finish review of PRPB Cyber assessment and provide comments to PRPB, Participate Gartner Weekly, Participate bi-weekly Gartner Contract review | $165.00 | 2.25 | $371.25 |
| 9/13/24 | Review DoJ recommendations for IT CAP adjustments regarding NIBRS, Review and add FPM compliance and trend analysis to Sep On-site interview questions, Review data calls 11.1.2 - 11.2.1 - 11.2.2 in prep for on-site visit with monitors and PRPB | $165.00 | 3.25 | $536.25 |
| 9/14/24 | Complete reconciliation of Levy data call materials in prep for on-site 9/19 review of data requests relevant to all areas of Decree. | $165.00 | 2.5 | $412.50 |
| 9/16/24 | On-Site | $165.00 | 8 | $1,320.00 |
| 9/17/24 | On-Site | $165.00 | 8 | $1,320.00 |
| 9/18/24 | On-Site | $165.00 | 8 | $1,320.00 |
| 9/19/24 | On-Site | $165.00 | 8 | $1,320.00 |

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 9/21/24 | Begin draft Sep On-Site travel expense invoice, clear correspondence, review revised methodology for Community Engagement. Close out Levy Master IT data call reconciliation of 7/23/24 and methodology collection and validation argument of 7/28/24, review monitor compilation of PRPB responses to data request 11.2.2 of 8/7/24 | $165.00 | 2.5 | $412.50 |
| 9/22/24 | Review and incorporate 253 minutes from 8/28/24, provided by FPM, NIBRS, RMS, IT CAP, Contract changes, Gartner. | $165.00 | 1.5 | $247.50 |
| 9/23/24 | Finalize Travel expense invoice Sep 2024, complete research of documents for travel audit | $165.00 | 2.5 | $412.50 |
| 9/24/24 | Review of PRITS Pen Test Agreement, comm with PRPB, begin review of RMS SOW | $165.00 | 1.5 | $247.50 |
| 9/25/24 | Complete review of RMS SOW, provide comments to the parties | $165.00 | 1.5 | $247.50 |
| 9/26/24 | Clear correspondence emails-Gartner, DoJ, PRPB, pre-read Gartner weekly status report, document search in Box for Gartner Contract artifacts | $165.00 | 3 | $495.00 |
| 9/30/24 | Prepare Sep Labor Invoice, Mtg with AHDatalytics | $165.00 | 1 | $165.00 |

| **TOTAL Labor** | | | **68.5** | **$11,302.50** |
|---|---|---|---|---|

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

**Signature:** *[signature]*

**Date:** 9/30/24