| **Name:** | Rita J. Watkins |
| **Invoice Date:** | 9/30/2024 |
| **Invoice Period:** | September 1-30,2024 |

| Date | Task(s) | Rate | Total Hours | Total Amount |
|---|---|---|---|---|
| 9/3/2024 | CMR-11 Mid report review and response to PRPB | $ 165.00 | 2 | $ 330.00 |
| 9/7/2024 | CMR-11 data review and writing | $ 165.00 | 2 | $ 330.00 |
| 9/10/2024 | CMR-11 data review - notes on document sheet | $ 165.00 | 2 | $ 330.00 |
| 9/10/2024 | Review of OG 630 - Indentification of Hate Crimes | $ 165.00 | 1 | $ 165.00 |
| 9/13/2024 | Telecons and emails from monitors and parties | $ 165.00 | 1 | $ 165.00 |
| 9/15/2024 | CMR-11 Draft writing | $ 165.00 | 3 | $ 495.00 |
| 9/16/2024 | Site visit Agenda Meet/PRPB Self Assessment/EP&ND Workgroup/Training Workgroup | $ 165.00 | 6 | $ 990.00 |
| 9/17/2024 | Review and comment on Training Compliance Plan | $ 165.00 | 2 | $ 330.00 |
| 9/18/2024 | Interviews with SA and DV Investigators | $ 165.00 | 7 | $ 1,155.00 |
| 9/19/2024 | Interviews with SA and DV Investigators | $ 165.00 | 2 | $ 330.00 |
| 9/19/2024 | Worked and comments on new training compliance plan and needs assessment | $ 165.00 | 3.5 | $ 577.50 |
| 9/20/2024 | Training needs assessment talking point document | $ 165.00 | 2 | $ 330.00 |
| 9/23/2024 | Training Workgroup Meeting | $ 165.00 | 1.5 | $ 247.50 |
| 9/25/2024 | Telecons and emails from monitors and parties | $ 165.00 | 1 | $ 165.00 |
| 9/26/2024 | CMR-11 data review and writing | $ 165.00 | 2 | $ 330.00 |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| **TOTAL** | | | 38 | $ 6,270.00 |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

**Signature:** *Rita J. Watkins*    **Date:** 9/30/2024