# INVOICE



22 Chalets de Santa Maria
San Juan, P.R. 00927
(787) 940-3090

**BILL TO:**
Office of the FPMPR, LLC
VIG Tower, PH 924
1225 Ponce de Leon Avenue
San Juan, P.R. 00907

**DATE:** 9/30/2024
**INVOICE #** 2024009
**FOR:** FPMPR/TCA

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Zoom calls/Team meetings: 9/9/2024:Team | 0.50 | $165.00 | $ 82.50 |
| emails-texts/phone calls: PRPB: Rosangela Rosario- self monitoring access issues; Claudia, John, Steph. Sam, Dr. Jorge Rodz/CIC Caguas, CIC interviews: Aibonito, Mayaguez, Carolina, Rita. | 1.50 | $165.00 | $ 247.50 |
| 09/02/2024: box data 2.038c, 2.038g,review cont.  CIC monthly meetings Box par.209/sem. Notes  for Report Intro.. | 2.50 | $165.00 | $412.50 |
| 09/03/2024:CMR 11 CIC interviews Sept. coord.+letters; CMR11 Intro draft partial notes per prior interviews; Par. 205  Policy, training recruitment/notes | 3.50 | $165.00 | $577.50 |
| 09/04/2024: PRPB self monitoring module review for addtl. Info on data submitted @2.43(b) Controls: 19489,19195,18943,19202,19419,20386,20613,20696,20671,20055,20794,21209; Perf.eval reviewed for partial Par. 205: 35904, 36579, 35588, 34251, 33316, 29023, 20214, 18463, 1818; self monitoring module review for alliances as No data submitted by PRPB. | 6.75 | $165.00 | $1,113.75 |
| 09/05/2024:Site visit agenda review for interview & others; CMR11 Par. 205 final notes & partial draft, Comm.pol., CIC subsec. 206: Inf. alliance self mon. 2024-1674, 16702, 1713, 17687,1711, 1646,1648,1670,1333;Public Info. subsec. PRPB dasboards public Info.review notes. | 7.75 | $165.00 | $1,278.75 |
| 09/06/24:CMR Par. 205 final; 206 prob-solving, self-moitoring module review: outreach, alliances docs. semester reports/notes/add draft. | 7.50 | $165.00 | $1,237.50 |
| 09/7/2024: Written proposal site visit meeting CMR11 compliance discussion; notes + draft/addtl.info for detailed meeting discussion on non-compl. Pars./Proposal final draft/edits. notes/assessment. | 8.00 | $165.00 | $1,320.00 |
| 09/08/2024: Pars.206-207 assessment & path. Final draft incl issues (control nos.); CIC full Intro pars. Pars. 211, sampled areas Assessment & pathr | 6.00 | $165.00 | $990.00 |
| 09/10/2024:Public Info Intro. Pars. 212, crime stats review/hate crimes issues; comm. Dashboards/equal prot. Review (Rita) for assessment draft/website | 4.00 | $165.00 | $660.00 |
| 09/14/2024: pars. 214-217: assessment/path draft | 2.75 | $165.00 | $453.75 |
| 09/15/2024: CMR11 Final draft/Methodoly review+rec.notes | 4.50 | $165.00 | $742.50 |
| 09/16/2024: PRPB meeting & self monitoring compliance Demo. | 4.00 | $165.00 | $660.00 |
| 09/17/2024: Aibonito Field visit/PRPB interviews | 8.00 | $165.00 | $1,320.00 |
| 09/18/2024: PRPB working group meeting/ PRPB personnel interviews/Community meeting. | 8.00 | $165.00 | $1,320.00 |
| 09/19/2024: CIC interviews | 2.50 | $165.00 | $412.50 |
| 09/25/2024: OG800-801 re-review; aaddtl. justifications and memo | 1.25 | $165.00 | $206.25 |
| 9/30/2024: CMR12 data request review  and additional data request submission per Dave's email. | 0.50 | $165.00 | $82.50 |
| | 79.50 | | $13,117.50 |

**TOTAL** $13,117.50

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor.  I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities, or agencies.


Merangelie Serrano-Rios