

## Samantha Rhinerson

550 Amsonia Circle
Guyton, GA 31312
srhinerson99@outlook.com | 256-431-5324

| BILL TO | INVOICE # | DATE | DUE |
|---|---|---|---|
| Puerto Rico Chief Federal Monitor | 2024-09 | 9/30/2024 | 10/31/2024 |

| Date | Description | Hours | Rate | TOTAL |
|---|---|---|---|---|
| 09/24/2024 | 1.5 hours of travel planning and updates review | 1.50 | $100.00 | $150.00 |
| 09/26/2024 | 1.0 hour of policy review facilitation | 1.00 | $100.00 | $100.00 |

**TOTAL** $250.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*thank you*