**Office of the FPMPR LLC**

**VIG Tower, PH – 924**

**1225 Ave. Juan Ponce de León**

**San Juan, PR 00907**
**Name:** Claudia Cámara-León **Supervisor:** Javier Gonzales, Esq.

## Work Timesheet (September 2024)

| Date | Task | Total Hours |
|---|---|---|
| September 2, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| September 3, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| September 4, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| September 5, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| September 6, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| September 9, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| September 10, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |

| | | |
|---|---|---|
| September 11, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| September 12, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| September 13, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| September 16, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| September 17, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. Assisted the monitoring team during their visit. | 7.0 |
| September 18, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. Assisted the monitoring team during their visit. Community meeting with the LGBTQ+ United front and their representative, Pedro Serrano | 12.0 |
| September 19, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. Assisted the monitoring team during their visit. | 7.0 |
| September 20, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |

| September 23, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. Assisted the monitoring team during their visit. | 7.0 |
| September 24, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. Assisted the monitoring team during their visit. | 7.0 |
| September 25, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| September 26, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 3.0 |

**Total, 134 hours for $25 = $3,350**

I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

Signature,
Claudia S. Cámara León

_____