# Manuel A. Arroyo Rivera

P.o Box 8925 Santurce Puerto Rico 00910     Cel 787-364-8925

Email marroyorivera20@gmail.com

Invoice  Month september 2024                                                                                          Invoice #047

Federal Police Monitor   San Juan, PR

I hereby certify that the amount billed on this invoice is true and correct in my capacity as

Administrative Assistant. I further certify that I have not received any income, compensation or payment for services rendered under regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

The detailed description of the billable hours is found on the following page(s).

Duties and responsibilities as Administrative Assistant

During the month the following tasks were performed: pick up the different monitors at the airport and take them to their hotels, take them to the daily monitor meetings, attend the community meeting with Pedro Serrano at the Sigma clubhouse, work in coordination and provide support, pick up checks at the federal court and go to the bank to deposit them, send correspondence, take the monitors back to the airport at different departure times. Buy office supplies, when necessary, look for boxes in the warehouse when necessary. Take an official vehicle to evaluate the problem with the front window, among others. Order the front window to be repaired, request an inspection at an authorized center to proceed with the vehicle registration.

Flat Rate  $2,000  Gasoline and toll charges $250 Total Due $2,250.00

_____              Manuel A. Arroyo Rivera