| Name: | Hipolito Castro Jr | | | |
|---|---|---|---|---|
| Invoice Date: | 10/1/24 | | | |
| Invoice Period: | 09/01/2024 to 09/30/2024 | | | |

| Date | Task(s) | Rate | Total Hours | Total Amount |
|---|---|---|---|---|
| | | | | $ - |
| 9/1/24 | CMR-11 | $ 165.00 | 2.00 | $ 330.00 |
| 9/3/24 | CMR-11 | $ 165.00 | 2.00 | $ 330.00 |
| 9/5/24 | CMR-11 | $ 165.00 | 2 | $ 330.00 |
| 9/9/24 | CMR-11 | $ 165.00 | 2 | $ 330.00 |
| 9/10/24 | CMR-11 | $ 165.00 | 2.00 | $ 330.00 |
| 9/11/24 | CMR-11 | $ 165.00 | 2.00 | $ 330.00 |
| 9/12/24 | CMR-11 | $ 165.00 | 2.00 | $ 330.00 |
| 9/15/24 | CMR-11 | $ 165.00 | 2.00 | $ 330.00 |
| 9/16/24 | Field Work, Puerto Rico | $ 165.00 | 8.00 | $ 1,320.00 |
| 9/17/24 | Field Work, Puerto Rico | $ 165.00 | 8.00 | $ 1,320.00 |
| 9/18/24 | Field Work, Puerto Rico | $ 165.00 | 8.00 | $ 1,320.00 |
| 9/19/24 | Field Work, Puerto Rico | $ 165.00 | 8.00 | $ 1,320.00 |
| 9/21/24 | Commo and coordination, Data and Policy Analysis/writing | $ 165.00 | 1.00 | $ 165.00 |
| 9/22/24 | Commo and coordination, Data and Policy Analysis/writing | $ 165.00 | 1.00 | $ 165.00 |
| 9/25/24 | Data and Policy Analysis | $ 165.00 | 1.00 | $ 165.00 |
| 9/26/24 | Data and Policy Analysis | $ 165.00 | 2.00 | $ 330.00 |
| 9/27/24 | Data and Policy Analysis | $ 165.00 | 1.00 | $ 165.00 |
| 9/29/24 | Commo and coordination, Data and Policy Analysis/writing | $ 165.00 | 1.00 | $ 165.00 |
| 9/30/24 | Data and Policy Analysis | $165.00 | 1.00 | $ 165.00 |
| | | | | $ - |
| 09/01/2024 to 09/ | Meetings, calls, emails, texts. | $ 165.00 | 4 | $ 660.00 |
| **TOTAL Labor** | | | 60.00 | $ 9,900.00 |

| TOTAL | $ | 9,900.00 |
|---|---|---|

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

**Signature:**   *[signed]*  Hipolito Castro            **Date:** 10/1/24

**Commo and Coordination** consists of all writings and digital comms to/from Monitors, PRPB, USDOJ; Review compliance targets, document and data requests, logistics; scheduling, on-site planning & coordination, database development

**Data/Policy Analysis, Writing**
Data concerns CMR-11, OG 310, OG 410, Draft data requests, review special case, DSP documents, reporting on interviews, due process for promo candidates

**Field Work:**
Research conducted in situ (SJU)