**Stephanie Leon**
*Paralegal*

INVOICE

1483 Ashford Avenue
Apartment 901
San Juan, PR 00907
(832) 692-2475

INVOICE: 2024-10
DATE: 10/01/2024

**TO:**
Puerto Rico Chief Federal Monitor

**FOR:**
Paralegal Services

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 09/04/2024 | -Read/responded to emails<br>-Communication exchanges with team members<br>-Transcript/notes of August 253 meeting | 1.75 | 90.00 | 157.50 |
| 09/05/2024 | -Communication exchanges with team members<br>-Read/responded to emails<br>-Emailed PRPB regarding September site visit agenda<br>-Sent email to all team members regarding September 253 meeting | .75 | 90.00 | 67.50 |
| 09/06/2024 | -Read/responded to emails<br>-Translated policy review into English for Monitor Rita Watkins<br>-Transcript/notes of August 253 meeting | 4.00 | 90.00 | 360.00 |
| 09/09/2024 | -Read/responded to emails<br>-Team biweekly meeting<br>-Reviewed policy sent from PRPB and updated it on the tracker/uploaded into BOX<br>-Finished translation of policy review into English for Monitor Rita Watkins<br>-Transcript/notes of August 253 meeting<br>-Various communications with Monitor Rafael Ruiz and team members<br>-Emailed PRPB regarding documents requested by Monitor Ruiz | 6.00 | 90.00 | 540.00 |
| 09/10/2024 | -Read/responded to emails<br>-Communications with team members | .25 | 90.00 | 22.50 |
| 09/11/2204 | -Drafted memo regarding policy review 630 and emailed to Monitor Denise<br>-Phone call with Monitor Alan Young<br>-Phone call with David Levy<br>-Various communications with Monitor Donald Gosselin<br>-Communications with team members<br>-Read/responded to emails<br>-Created calendar invite for September 253 meeting<br>-Combined and edited Monitors compliance reports; emailed to Monitors John and Denise for approval | 6.50 | 90.00 | 585.00 |
| 09/12/2024 | -Finalized memo regarding policy review GO 630 and sent it out to the parties<br>-Communications with team members<br>-August 253 Notes/transcript | 2.25 | 90.00 | 202.50 |
| 09/16/2024 | -Attended meetings at PRPB<br>-Finished August 253 Notes/transcript and sent to Monitors Denise Rodriguez and John Romero<br>-Check/responded to emails<br>-Communications with team members<br>-Follow up email to all parties regarding September 253 agenda topics | 8.00 | 90.00 | 720.00 |
| 09/17/2024 | -Field visit to Aibonito<br>-Check/responded to emails<br>-Communications with team members | 8.00 | 90.00 | 720.00 |
| 09/18/2204 | -Attended meetings at PRPB<br>-Read/edited Search and Seizure Midterm draft<br>-Read/responded to emails; phone call communications with Sergeant Floran | 8.00 | 90.00 | 720.00 |

| | | | | |
|---|---|---|---|---|
| 09/19/2024 | -Field visit to Gauyama CIC with Monitor Rafael Ruiz (Guayama, Salinas, Patillas, Arroyo)<br>-Read/responded to emails<br>-Communications with team members<br>-Reviewed policy sent from PRPB and updated it on the tracker/uploaded into BOX | 9.50 | 90.00 | 855.00 |
| 09/20/2024 | -Internal meeting to Discuss Data Request updates with David Levy<br>-Read/responded to emails<br>-Communications with team members<br>-Follow up email to all parties regarding September 253 agenda topics | 2.00 | 90.00 | 180.00 |
| 09/23/2024 | -Read/responded to emails<br>-Emailed Monitor Denise Rodriguez and John Romero draft agenda for September 253 meeting<br>-Drafted policy memo regarding the internal regulations for use and handling of the license plate reading system (LPS system regulation)<br>-Communications with team members<br>-Brief call with Monitor John Romero | 2.25 | 90.00 | 202.50 |
| 09/24/2024 | -Sent agenda for the 253 meeting to all the parties<br>-September 253 meeting<br>-Read/responded to emails<br>-Communications with team members<br>-Finalized policy memo regarding LPS system regulation and sent it to all the parties<br>-Extensive notes/transcript of the 253 meeting | 6.00 | 90.00 | 540.00 |
| 09/25/2024 | -Extensive notes/transcript of the 253 meeting<br>-Read/responded to emails | 2.00 | 90.00 | 180.00 |
| 09/26/2024 | -Finished Extensive notes/transcript of the 253 meeting and sent to Monitors<br>-Read/responded to emails<br>-Communication with team members | 2.25 | 90.00 | 202.50 |
| 09/30/2204 | -Two translations for David Levy<br>-Sent emails to PRPP personnel regarding meetings<br>-Various communications with Monitor Rafael Ruiz<br>-Read responded to emails | 1.75 | 90.00 | 157.50 |
| | **TOTAL 71.25 HRS @ $90** | | | **$6,412.50** |

*S/ STEPHANIE LEON* **I HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN MY CAPACITY AS A MEMBER OF THE FEDERAL MONITORING TEAM. I FURTHER CERTIFY THAT I HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH, OR ANY OF ITS DEPARTMENTS, MUNICIPALITIES OR AGENCIES.**