**Inigo Galanes**
*Staff Assistant*

INVOICE

ADDRESS
Aboy St 605 Apt 1
San Juan, PR, 00907

INVOICE: 00012
DATE: 1/30/23

**TO:**
Puerto Rico Chief Federal Monitor

**FOR:**
Professional Services

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 09/01/2024 | -Began draft analysis of CMR-11 document for Alan Youngs for September site visit | 4.5 | 40 | 180 |
| 09/02/2024 | -Continued draft analysis of CMR-11 document for Alan Youngs for September site visit | 3.0 | 40 | 120 |
| 09/03/2024 | -Calls with Luis Hidalgo and John Romero about CFRB data<br>-Assessed additional CFRB data<br>- Reviewed draft CMR-11 document for Alan Youngs for September site visit | 3.5 | 40 | 140 |
| 09/04/2024 | -Reviewed and sent draft CMR-11 document to Alan Youngs for September site visit | 1.5 | 40 | 60 |
| 09/05/2024 | -Prepared for meeting with Luis Hidalgo and Victor Maldonado<br>-Attended meeting with Luis Hidalgo and Victor Maldonado in PRPB HQ | 4.5 | 40 | 180 |
| 09/08/2024 | -Discussed CMR-11 assessments and draft document for September site visit with Alan Youngs<br>-Edited CMR-11 assessments draft for Alan Youngs and sent final preliminary version | 2.5 | 40 | 100 |
| 09/09/2024 | -Edited draft analysis of CMR-11 document to Alan Youngs for September site visit<br>-Assisted Alan Youngs in CMR-11 Professionalization assessments<br>-Call with Alan Youngs to discuss CMR-11 Professionalization assessments<br>-Reviewed Community Engagement Methodology | 2.0 | 40 | 80 |
| 09/10/2024 | -Continued drafting Professionalization assessment draft for Alan Youngs | 2.0 | 40 | 80 |
| 09/11/2024 | -Finished drafting Professionalization assessment texts and sent to Alan Youngs<br>-Call with Alan Youngs to talk about draft Professionalization assessment<br>-Call with John Romero about UOF CMR-11 assessments<br>-Read e-mail from David Levy about promotions | 4.5 | 40 | 180 |
| 09/13/2024 | -Calls with Alan Youngs about draft Professionalization assessments review<br>-Edited CMR-11 assessments draft for Alan Youngs | 2.0 | 40 | 80 |
| 09/14/2024 | -Reviewed CASP appeals status e-mail<br>-Reviewed preliminary PRPB public report on EP/ND | 3.0 | 40 | 120 |
| 09/16/2024 | -Reviewed FIU Data and Mid-Period CMR-11 Assessment<br>-Attended FIU meeting with John Romero and Luis Hidalgo<br>-Called Rita Watkins to re-schedule site visit officer interviews | 2.0 | 40 | 80 |
| 09/17/2024 | -Reviewed EP/ND preliminary assessment and inputted comments | 3.5 | 40 | 140 |
| 09/18/2024 | -Responded e-mail to David Levy about site visit meeting<br>-Finished review and sent Denise Rodriguez review of Equal Protection with inputted final comments | 2.5 | 40 | 100 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/20/2024 | -Attended meeting with David Levy and Stephanie Leon about Data Requests | 1.0 | 40 | 40 |
| 09/23/2024 | -Reviewed email from Denise Rodriguez about Reform personnel changes<br>-Reviewed Comm Eng preliminary assessments | 2.5 | 40 | 100 |
| 09/29/2024 | -Call with Alan Youngs about CMR-11 assessments | 0.5 | 40 | 20 |
| 09/30/2024 | -Called Eily Molina about recurring meetings schedule, and edited schedule.<br>-Reviewed David Levy email about special request for paragraphs 16 and 17.<br>-Review of PRPB responses to USDOJ comments to the Consolidated Status Report | 2.0 | 40 | 80 |
| | **TOTAL 47.0 HRS @ $40 HR** | | | **$1,880.00** |

*S/ INIGO GALANES*

**I HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN MY CAPACITY AS A MEMBER OF THE FEDERAL MONITORING TEAM. I FURTHER CERTIFY THAT I HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH, OR ANY OF ITS DEPARTMENTS, MUNICIPALITIES OR AGENCIES.**