# Invoice

Attention: Javier González

Title: Producer

Company Name: FPMPR

Guaynabo, P.R.

**Date:** 8/22/24

Extasis, Inc.
35 Camino Azucenas
Sabanera del Río
Gurabo, PR  00778
**T** 787-249-6789
**F** 787-703-1921
wiso@extasismusic.com
facebook.com/ExtasisMusic

PROJECT: "TOWN HALL MEETING", AGUADILLA

PROJECT DESCRIPTION: **SOUND SYSTEM**

DATE: **8/20/24**

P.O. NUMBER: N/A

INVOICE NUMBER: N/A

TERMS: UPON DELIVERY

| Description | Quantity | Unit Price | Cost |
|---|---|---|---|
| Sound System - w/2 wireless mics | | | |
| **Marriot Courtyard Aguadilla** | | | 350.00 |
| Travel Expenses (gas, tolls) | | | 75.00 |
| | | | |
| | | | |
| | | Tax   N/A | 425.00 |
| | | Total | $425.00 |

NOTES: PAYABLE TO  **LUIS E. VÉLEZ**