

# Ipsos, Inc.

463 Fernando Calder St.
San Juan, Puerto Rico
00918
Puerto Rico

**I N V O I C E  NO - 24000090**

| | |
|---|---|
| Payment Terms : | 30 days net |
| Due Date : | 02/11/2024 |
| Invoice Date : | **02/10/2024** |

( 1/1 )

TECHNICAL COMPLIANCE ADVISOR
OFFICE OF THE TCA
VIG TOWER, PH - 924
1225 AVE. JUAN PONCE DE LEON
SAN JUAN
00907
Puerto Rico

| | |
|---|---|
| Company | : Ipsos, Inc. (Puerto Rico) [12030] |
| Federal ID | : 660454909 |
| End Client | : 14336175 |
| Sales Order | : 24000069 S2 |
| Accounting Contact | : Claribeth.zayas@ipsos.com |

| | |
|---|---|
| Purchase Order Number | : |
| Client Contact | : JAVIER GONZALEZ |
| Client Tel | : 787 417-9098 |
| Client Email | : javier.benito@me.com |

| JOB NUMBER | SALES REF. | DESCRIPTION | TOTAL | |
|---|---|---|---|---|
| 2404686001<br>12152 | A. trabanco muñoz, Roxana<br>Tel  +17877538370<br>roxana.trabanco@ipsos.com | Initial billing<br>TCA Quantitative Study - PRPB | 25,578.00 | USD |

| | |
|---|---|
| Total Budget Research | 36,540.00 |
| Already Billed | 0.00 |
| Percentage Billed on this Invoice | 70.00% |

| | | |
|---|---|---|
| **Invoice Subtotal** | 25,578.00 | **USD** |
| **IVU Special Tax 4.000 %** | 1,023.12 | **USD** |
| **Total Amount Due** | 26,601.12 | **USD** |

Please reference the invoice number with your payment.
Overdue accounts charged at 1.5% interest per month.
" The Above is a Corporate Address Only.  Please See Below for the Remit Payment Address"

### Remit Payment to

***IPSOS, INC. (PUERTO RICO)***
463 Fernando Calder St.
San Juan, Puerto Rico
00918
Puerto Rico

### Wire Payment to

| | |
|---|---|
| ABA No | : 221571415 |
| Swift Code | : OBPRPRSJXXX |
| Account   Number | : 1960715573 |
| Bank  Name | : Oriental Bank |
| Bank Address | : Hato Rey |
| | Torre  Oriental |
| | 254 Ave. Muñoz Rivera |
| | San Juan |
| | Puerto Rico |

Certified Correct,

Tel+ 1.787.753.8370
Fax+ 1.787.754.1614

Claribet Zayas
Director of Finance
and Administration



# Ipsos, Inc.

463 Fernando Calder St.
San Juan, Puerto Rico
00918
Puerto Rico

**I N V O I C E  NO - 24000089**

Payment Terms : 30 days net
Due Date : 02/11/2024
Invoice Date : **02/10/2024**

( 1/1 )

TECHNICAL COMPLIANCE ADVISOR
OFFICE OF THE TCA
VIG TOWER, PH - 924
1225 AVE. JUAN PONCE DE LEON
SAN JUAN
00907
Puerto Rico

Company : Ipsos, Inc. (Puerto Rico) [12030]
Federal ID : 660454909

End Client : 14336175
Sales Order : 24000055 S2
Accounting Contact : Claribeth.zayas@ipsos.com

| | |
|---|---|
| Purchase Order Number | : |
| Client Contact | : JAVIER GONZALEZ |
| Client Tel | : 787 417-9098 |
| Client Email | : javier.benito@me.com |

| JOB NUMBER | SALES REF. | DESCRIPTION | TOTAL | |
|---|---|---|---|---|
| 2404686601 12152 | A. trabanco muñoz, Roxana Tel +17877538370 roxana.trabanco@ipsos.com | Initial billing TCA Quantitative Study - Detai | 13,720.00 | USD |

| | |
|---|---|
| Total Budget Research | 19,600.00 |
| Already Billed | 0.00 |
| Percentage Billed on this Invoice | 70.00% |

| | | |
|---|---|---|
| **Invoice Subtotal** | 13,720.00 | **USD** |
| **IVU Special Tax  4.000 %** | 548.80 | **USD** |
| **Total  Amount Due** | 14,268.80 | **USD** |

Please reference the invoice number with your payment.
Overdue accounts charged at 1.5% interest per month.
" The Above is a Corporate Address Only.  Please See Below for the Remit Payment Address"

**Remit Payment to**

*IPSOS, INC. (PUERTO RICO)*
463 Fernando Calder St.
San Juan, Puerto Rico
00918
Puerto Rico

**Wire Payment to**

ABA No : 221571415
Swift Code : OBPRPRSJXXX
Account  Number : 1960715573
Bank  Name : Oriental Bank
Bank Address : Hato Rey
Torre  Oriental
254 Ave. Muñoz Rivera
San Juan
Puerto Rico

Certified Correct,

Claribet Zayas
Director of Finance
and Administration

Tel+ 1.787.753.8370
Fax+ 1.787.754.1614



# Ipsos, Inc.

463 Fernando Calder St.
San Juan, Puerto Rico
00918
Puerto Rico

| I N V O I C E  NO - 24000091 |
|---|

Payment Terms : 30 days net
Due Date : 02/11/2024
Invoice Date : **02/10/2024**

( 1/1 )

TECHNICAL COMPLIANCE ADVISOR
OFFICE OF THE TCA
VIG TOWER, PH - 924
1225 AVE. JUAN PONCE DE LEON
SAN JUAN
00907
Puerto Rico

Company : Ipsos, Inc. (Puerto Rico) [12030]
Federal ID : 660454909

End Client : 14336175
Sales Order : 24000068 S2
Accounting Contact : Claribeth.zayas@ipsos.com

| | |
|---|---|
| Purchase Order Number | : |
| Client Contact | : JAVIER GONZALEZ |
| Client Tel | : 787 417-9098 |
| Client Email | : javier.benito@me.com |

| JOB NUMBER | SALES REF. | DESCRIPTION | TOTAL | |
|---|---|---|---|---|
| 2404685401 | A. trabanco muñoz, Roxana | Initial billing | 49,199.50 | USD |
| 12152 | Tel +17877538370 | TCA - Community Survey 2024 | | |
| | roxana.trabanco@ipsos.com | | | |

| | |
|---|---|
| Total Budget Research | 70,285.00 |
| Already Billed | 0.00 |
| Percentage Billed on this Invoice | 70.00% |

| | | |
|---|---|---|
| **Invoice Subtotal** | 49,199.50 | **USD** |
| **IVU Special Tax  4.000 %** | 1,967.98 | **USD** |
| **Total  Amount Due** | 51,167.48 | **USD** |

Please reference the invoice number with your payment.
Overdue accounts charged at 1.5% interest per month.
" The Above is a Corporate Address Only.  Please See Below for the Remit Payment Address"

## Remit Payment to

***IPSOS, INC. (PUERTO RICO)***
463 Fernando Calder St.
San Juan, Puerto Rico
00918
Puerto Rico

## Wire Payment to

| | |
|---|---|
| ABA No | : 221571415 |
| Swift Code | : OBPRPRSJXXX |
| Account   Number | : 1960715573 |
| Bank  Name | : Oriental Bank |
| Bank Address | : Hato Rey |
| | Torre  Oriental |
| | 254 Ave. Muñoz Rivera |
| | San Juan |
| | Puerto Rico |

Certified Correct,

Tel+ 1.787.753.8370
Fax+ 1.787.754.1614

Claribet Zayas
Director of Finance
and Administration



FPMPR EXPENSE NOTE:

**Ipsos Invoice Note:**

**Date: September 30, 2024**

**Prepared by: Javier González**

**Notes regarding the September 2024 Expenses included:**

Surveys Expense:
- This invoice is 70% of the total amount approved by the parties for the three surveys to be conducted this year. (Community, PRPB Officials, and Detainees).