**Kitchen Group LLC**

PO Box 361700
San Juan, PR  00936 US
+17875984767
paellasyalgomas@gmail.com



## INVOICE

| BILL TO | SHIP TO | | |
|---|---|---|---|
| Claudia Camara | Claudia Camara | INVOICE | 4019 |
| Oficina del Monitor Federal de la Policia de PR | | DATE | 09/18/2024 |
| | | TERMS | Due on receipt |
| (939) 717-3369 | | DUE DATE | 09/18/2024 |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 09/18/2024 | Actividad: Conversatorio<br>Hora: 5:00pm- 9:00pm<br>40 personas | | | |
| 09/18/2024 | Bandeja de aperitivos surtidos.<br>Bandeja de 50 piezas. | 4 | 80.00 | 320.00T |
| 09/18/2024 | Servicio de café, jugo, refresco y agua | 40 | 6.50 | 260.00T |
| 09/18/2024 | Servicio de TV 70", sonido, podio y microfono. | 1 | 250.00 | 250.00T |
| 09/18/2024 | Alquiler del salón Bore Díaz Bonnet.  Incluye mesas, sillas, mantel básico, vajilla y cristalería. | 1 | 650.00 | 650.00T |
| 09/18/2024 | Service charge 18%<br>(Tips NOT included) | 1 | 149.40 | 149.40 |

|  |  |
|---|---|
| SUBTOTAL | 1,629.40 |
| TAX | 103.60 |
| TOTAL | 1,733.00 |
| PAYMENT | 866.50 |
| **BALANCE DUE** | **$866.50** |

Incluye: mozos, mesas, sillas, mantel básico, salón con aire acondicionado por 5 horas, amplio estacionamiento, limpieza antes y durante el evento.  Hora adicional tiene un costo de $200.00. Se requiere el 50% de depósito para separar la fecha. Depósito no reembolsable.  Favor de hacer cheques a nombre de:  Kitchen Group, LLC

Case 3:12-cv-02039-FAB     Document 2745-25     Filed 10/11/24     Page 2 of 2



FPMPR EXPENSE NOTE:

**Kitchen Group LLC Invoice Note:**

**Date: September 30, 2024**

**Prepared by: Javier González**

**Notes regarding the September 2024 Expenses included:**

Community Meeting Expense:
- This invoice is the remaining balance of the community meeting in Hato Rey (La Sigma) expense. (Mr. Javier Gonzalez paid in advance the other 50 % as requested by the vendor).