Del Carmen Consulting, LLC
3122 Westwood Drive
Arlington, Texas 76012

September 22, 2024 through October 21, 2024

INVOICE # SM2024-10
SPECIAL MASTER
OCTOBER 2024 INVOICE

**TOTAL DUE $ 15,000.00**

## Tasks Completed

Reviewed and drafted emails and all other documents/communication with respective parties and the Court.

Participated in conference calls with the Commonwealth Representatives and Court.

Hosted conference zoom calls with the SM team members and PRPB personnel.

Coordinated and held meetings with OSM and parties.

Reviewed filings, motions, and orders, and provided feedback on CMR.

Worked on review of documents sent by PRPB and Monitor's Office.

Reviewed, coordinated, and provided feedback to the Court on various matters.

Responded to inquiries for the Court as requested.

Participated in meetings on status conference meeting and those requested by the Court.

Held meetings and participated in various engagements.

### Flat Rate Total Wages Due = $15,000.00

### TOTAL DUE = $ 15,000.00

**I hereby certify that the amount billed in this invoice is true and correct in my capacity as Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.**

*Alex del Carmen*
_____
   Dr. Alejandro del Carmen   10/21/24