IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**,<br><br>**v.**<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>**Defendants.** | **Civil No.** 12-2039 (FAB) |

**ORDER SCHEDULING STATUS CONFERENCE**

A Status Conference is scheduled to be held on **Thursday, December 5, 2024, at 9:00 a.m.** in Courtroom 5, 5th floor, Old San Juan Courthouse.

1. The following topics will be discussed at the status conference:

A. The Commonwealth's update of the government administration transition after the November 5th elections and its impact, if any, on the reform case. This update may be provided by counsel for the Commonwealth. The update should focus on:

i. whether there has been or will be any undue interruption in operations or precipitous turnover in personnel, contractors, and vendors that is likely to set back the Commonwealth's progress under the Agreement for the Sustainable Reform of the Puerto Rico Police Bureau ("Agreement"), Docket

No. 60, including whether the Commonwealth's current counsel of record will continue working on the case in 2025.

        ii.  the status of compliance with the current Implementation and Compliance plans that have been filed with the Court and if the current government transition may delay any of those plans.

        iii.  Any update on the work of the incoming and outgoing Transition Committees that may have an impact on this case and the Agreement, and if the Secretary of the Department of Public Safety or any other member of the outgoing administration delivered copy of the Transition Order at Docket No. 2743 to both Transition Committees.

        iv.  Any other matter that the parties need to disclose to the Court regarding the government transition and its potential impact on this case.

    B.  Overview of the Monitor's Office progress-to-date on the CMR-11 Report.

    C.  Update on the Commonwealth Information Technology Corrective Action Plan and its implementation.

    D.  Update on the Commonwealth's Staffing Plan and its implementation.

    E.  Update on USDOJ's Equitable Sharing Program administered by the Money Laundering and Asset Recovery Section,

Civil No. 12-2039 (FAB)                                                        3

and the Commonwealth's plan addressing compliance with the Program.  See the Court's Order at Docket No. 2744.

    F.  The Commonwealth's update on the development of the Record Management System (RMS) and Axon Enterprise contract

    2.  The Monitor's Office will follow up with additional questions that the Court may ask of the Parties on the topics identified in this order and any other topic.  If additional information is needed, the Parties should not hesitate to reach out to the Monitor's Office.

    3.  The following persons shall attend the status conference:

**Office of the Governor ("La Fortaleza")**

    María del Mar Ortiz – Deputy Chief Counsel

**Office of Management and Budget ("OMB")**

    Hecrián Martínez – Chief Counsel

    Zulma Canales – Director of Fiscal Compliance

**Financial Oversight and Management Board ("FOMB")**

    Amaury Rodríguez – "Analyst" on Public Safety Matters

**Puerto Rico Innovation and Technology Service ("PRITS")**

    Antonio Ramos-Guardiola – Acting Chief Information and Innovation Officer ("CIIO") & Chief Technology Officer ("CTO")

**General Services Administration ("GSA")**

    Edgardo González – Assistant Administrator for Service to the Agencies

**Office for the Administration and Transformation of Human Resources ("OATHR")**

    Gustavo Cartagena – Deputy Director

**Department of Public Safety ("DPS")**

    Hon. Alexis Torres – Secretary.  The secretary will make sure that the Chairs of the incoming and outgoing Transition Teams receive copies of this order.  The Secretary will also inform the Court, by motion, of the names of the Chairs of the incoming and outgoing Transition Teams, as soon as those names are known.

    Juan Carlos Puig – Consultant and former Treasury Secretary

    Lumary Ojeda – Director, Budget Division of DPS/PRPB

    Martín Reyes-Jusino – Special Assistant, Federal Affairs Office

**Puerto Rico Police Bureau ("PRPB")**

    Antonio López-Figueroa – Commissioner

    Colonel Rolando Trinidad – Office of the Reform

    Counsel Juan Carlos Rivera – IT Bureau Director

    Ángel Díaz – IT Bureau Deputy Director

    Lieutenant Rafael Meléndez Burgos - Director of Internal Affairs (SARP)

    Representative(s) of AH Datalytics

**Counsel for the Commonwealth of Puerto Rico**

Gabriel Peñagarícano

Rafael Barreto

**Outgoing Transition Committee**

Hon. Omar Marrero, Secretary of State, Chair of the Transition Committee

Any other member of the Transition Committee that Secretary Marrero deems appropriate to attend

**Incoming Transition Committee**

The Chair of the incoming administration's Transition Committee

Any other member of the Transition Committee that the Chair deems appropriate to attend

**United States Department of Justice**

Luis Saucedo, Esq. and any other representative from the Department of Justice he deems necessary

**Federal Monitor's Office**

John Romero – Chief Federal Police Monitor

Denise Rodríguez – Chief Deputy Police Monitor

Roberto Abesada-Agüet – General Counsel

Luis Hidalgo - Associate Monitor

Javier González - Administrative Director

Scott P. Cragg - Federal Monitor

Merángelie Serrano - Federal Monitor

Rafael Ruiz - Federal Monitor

Civil No. 12-2039 (FAB)                                                        6

    Al Youngs - Federal Monitor

    Hipólito Castro - Federal Monitor

    Rita Watkins - Federal Monitor

    Donald Gosselin - Federal Monitor

    Stephanie León - Research Assistant

    Samantha Rhinerson - Research Assistant

**Office of the Special Master**

    Dr. Alejandro del Carmen – Special Master

    Gary Loeffert – Assistant Special Master

    Gilberto Balli – Assistant Special Master

    Thomas Petrowski – Assistant Special Master

**Financial Oversight Officer**

    Christopher Graham – Financial Oversight Officer.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, October 28, 2024.

                                      s/ Francisco A. Besosa
                                      FRANCISCO A. BESOSA
                                      SENIOR UNITED STATES DISTRICT JUDGE