IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br><br>V.<br><br>**COMMONWEALTH OF PUERTO RICO,**<br>**ET AL.,**<br>Defendants. | **CIVIL NO.: 12-CV02039** |

**MOTION FOR DEPOSIT OF FUNDS REGARDING GARTNER, INC.**

**TO THE HONORABLE COURT:**

**COMES NOW,** Codefendants Commonwealth of Puerto Rico, through the undersigned attorneys, and very respectfully state and pray:

1. The Commonwealth of Puerto Rico has agreed to deposit with the Court the amount of $1,340,000.00 to cover the totality of Gartner, Inc.'s current contract with the Office of the Monitor for the fiscal year ending June 30, 2025.

2. Gartner, Inc. is a contractor that is providing IT services for the benefit of the Commonwealth's efforts to comply with the Consent Decree in this case.

3. Therefore, today the Commonwealth will deposit with the Clerk of the Court check number 00353761 in the amount of $1,340,000.00

**WHEREFORE,** codefendants Commonwealth of Puerto Rico respectfully requests the Court to take notice of the above.

**RESPECTFULLY SUBMITTED.**

**WE HEREBY CERTIFY:** That today we have electronically filed the foregoing document with the Clerk of the Court for the District of Puerto Rico, using the CM/ECF system which will send a copy and notification of filing to all counsel of record.

In San Juan, Puerto Rico, today, October 30, 2024.

**CANCIO, NADAL & RIVERA, LLC**
P.O. Box 364966
San Juan, Puerto Rico 00936-4966
403 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Tel. (787) 767-9625

**S/ RAFAEL BARRETO-SOLÁ**
USDC PR: 211801
rbarreto@cnr.law

**S/ GABRIEL A. PEÑAGARÍCANO**
USDC PR: 212911
gpenagaricano@me.com