# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO, et al.**,<br><br>Defendants. | CIVIL NO.: 12-cv-02039 |

## INFORMATIVE MOTION REGARDING TRANSITION COMMITTEES

**MAY IT PLEASE THE COURT:**

   **COME NOW,** Codefendant Commonwealth of Puerto Rico, through the undersigned attorneys, and very respectfully states and prays:

   1. On October 28, 2024, this Honorable Court issued Scheduling Order in the case at ECF No. 2753, informing the parties that a Status Conference is scheduled to be held on Thursday, December 5, 2024 in Courtroom 5, 5th Floor, Old San Juan Courthouse. Among other matters, the Court ordered:

> The Secretary will also inform the Court, by motion, of the names of the Chairs of the incoming and outgoing Transition Teams, as soon as those names are known.

   2. The Commonwealth of Puerto Rico, through the Secretary of Public Safety, respectfully informs the Court in compliance with the Order that the Chair of the incoming transition team is

the Mayor of the Municipality of Bayamón, Hon. Ramón Luis Rivera. The Chair of the outgoing transition team is the Secretary of State, Hon. Omar Marrero Díaz.

**WHEREFORE,** Defendant Commonwealth of Puerto Rico respectfully requests this Honorable Court to take notice of the above and deem its October 28, 2024 Order at ECF No. 2753 as complied with.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

In San Juan, Puerto Rico, today, November 14, 2024.

For Defendant COMMONWEALTH OF PUERTO RICO

**CANCIO, NADAL & RIVERA, L.L.C.**
P.O. Box 364966
San Juan, Puerto Rico 00936-4966
403 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Tel. (787) 767-9625

**S/ RAFAEL BARRETO-SOLÁ**
USDC PR: 211801
rbarreto@cnr.law

**S/ GABRIEL A. PEÑAGARÍCANO**
USDC PR: 212911
gpenagaricano@me.com