Spece
1225 Juan Ponce de Leon
San Juan, PR  00907
+17874177300
info@spece.com
www.spece.com

Invoice  INV - 25370



| BILL TO | | | |
|---|---|---|---|
| Office of the FPMPR LLC | DATE<br>12/01/2024 | PLEASE PAY<br>$2,579.20 | DUE DATE<br>12/01/2024 |

| MEMBERSHIP | QTY | FEE | AMOUNT |
|---|---|---|---|
| **Private Office**<br>Private Office Suite - Office 15, $2,300.00, Dec 1, 2024 - Dec 31, 2024 | 1 | 2,300.00 | 2,300.00T |
| **One-off Fees**<br>Telephone Service, $60.00, Dec 1, 2024 - Dec 31, 2024 | 1 | 60.00 | 60.00T |
| **One-off Fees**<br>Garage Parking, $120.00, Dec 1, 2024 - Dec 31, 2024 | 1 | 120.00 | 120.00T |

|  | SUBTOTAL | 2,480.00 |
|---|---|---|
|  | TAX (4%) | 99.20 |
|  | TOTAL | 2,579.20 |
|  | TOTAL DUE | $2,579.20 |

THANK YOU.

BUSINESS BEGINS HERE

**Spece**
1225 Juan Ponce de Leon
San Juan, PR  00907
+17874177300
info@spece.com
www.spece.com

## Invoice  INV - 25291



| BILL TO | DATE | PLEASE PAY | DUE DATE |
|---|---|---|---|
| Office of the FPMPR LLC | 09/30/2024 | **$49.19** | 09/30/2024 |

| MEMBERSHIP | QTY | FEE | AMOUNT |
|---|---|---|---|
| **One-off Fees** <br> September Visitor Parking | 1 | 47.30 | 47.30T |

|  |  |
|---|---|
| SUBTOTAL | 47.30 |
| TAX (4%) | 1.89 |
| TOTAL | 49.19 |
| **TOTAL DUE** | **$49.19** |

THANK YOU.

BUSINESS BEGINS HERE