# THE & GROUP LLC.

Las Ramblas
71 Calle Montjuic
Guaynabo , PR 00969

## INVOICE

INVOICE NUMBER: 144
INVOICE DATE: OCTOBER 31, 2024

Federal Police Monitor

San Juan, PR

Invoice for Javier B Gonzalez Professional Services as Administrative Director

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| OCT-01-24 | Administrative Director | Work with Team Labor Invoices | 2.50 | $125.00 | $312.50 |
| OCT-01-24 | Administrative Director | Office of the FPM Storage Monthly Fee | | | $232.89 |
| OCT-02-24 | Administrative Director | Work with Team September Labor Invoices, Work with Administrative matters, communications with CPA | 3.50 | $125.00 | $437.50 |
| OCT-03-24 | Administrative Director | Executive Team Weekly Meeting, Communications with the Monitor. | 1.00 | $125.00 | $125.00 |
| OCT-04-24 | Administrative Director | Work with Team September Labor Invoices, Communications with the Monitor, Review of communications. | 3.50 | $125.00 | $437.50 |
| OCT-07-24 | Administrative Director | Review of communications, Bi-weekly Team meeting, Work with Team September Labor Invoices. | 2.50 | $125.00 | $312.50 |
| OCT-08-24 | Administrative Director | Work with administrative matters, communications with CPA, review of communications. | 3.50 | $125.00 | $437.50 |
| OCT-09-24 | Administrative Director | Communications with the Monitor, review of documents | 1.50 | $125.00 | $187.50 |
| OCT-10-24 | Administrative Director | Review of citizens communications to the office, Communications with Team members and CPA, Final review of Team September Invoices. | 4.00 | $125.00 | $500.00 |
| OCT-11-24 | Administrative Director | Work with September Travel Invoices. | 2.50 | $125.00 | $312.50 |
| OCT-14-24 | Administrative Director | Review of communication by Citizens, Survey folllow up | 1.50 | $125.00 | $187.50 |
| OCT-15-24 | Administrative Director | Continue working with September Travel Invoices and Communications with Team members. | 3.00 | $125.00 | $375.00 |
| OCT-16-24 | Administrative Director | Review of citizens communications to the office, communications with Team Members. | 2.50 | $125.00 | $312.50 |
| OCT-16-24 | Administrative Director | Office of the TCA Monthly Adobe Acrobat Fee | | | $47.98 |
| OCT-17-24 | Administrative Director | Communication and coordination with Team Members and CPA, review of communications. | 2.50 | $125.00 | $312.50 |

INVOICE NUMBER: 144

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| OCT-18-24 | Administrative Director | Communications with Team members, Work with Administrative Matters. | 1.50 | $125.00 | $187.50 |
| OCT-21-24 | Administrative Director | Bi-weekly meeting, communications with Team members, | 2.00 | $125.00 | $250.00 |
| OCT-22-24 | Administrative Director | Survey follow up, work with Administrative matters. | 2.50 | $125.00 | $312.50 |
| OCT-23-24 | Administrative Director | Work with administrative matters, communications with Team members and CPA. Review of communications. | 2.00 | $125.00 | $250.00 |
| OCT-24-24 | Administrative Director | Review of documents sent by Team members, communications with Team members. weekly meeting. | 2.50 | $125.00 | $312.50 |
| OCT-25-24 | Administrative Director | Work with administrative matters (Coordination, review of documents, communications wit Team Members). | 1.50 | $125.00 | $187.50 |
| OCT-28-24 | Administrative Director | Team Meeting, work with Team Travel Invoices. | 3.00 | $125.00 | $375.00 |
| OCT-29-24 | Administrative Director | 253 Meeting, review of documents, survey follow up, communicatios with Team members. | 2.50 | $125.00 | $312.50 |
| OCT-30-24 | Administrative Director | Communications with Team members, review of team travel invoices. | 3.50 | $125.00 | $437.50 |
| OCT-31-24 | Administrative Director | Final review of travel invoices, executive team weekly meeting, Team October Labor invoices. | 5.50 | $125.00 | $687.50 |
| OCT-31-24 | Administrative Director | I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies. | 0.00 | $125.00 | $0.00 |
| | | Gasoline Expense | | | $250.00 |
| | | Total amount of this invoice | | | $8,093.37 |

MESSAGE

Javier B Gonzalez October 31, 2024

     

Southern Self Storage - 3513 Santurce
2 Calle Concepcion
San Juan , PR 00909
(787)339-2574

Javier Gonzalez

Urb Los Ramblas  71 Calle Montjuic
Guaynabo, PR 00969

7874731515

jgonzalez@fpmpr.org

Payment Date:   10/01/2024
Receipt:   241001030859595
Unit:   2705
Lease:   295051

| Unit # | Description | From Date | To Date | Amt. | Disc | Tax | Total | Paid | Allowance | Bal. | Payments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2705 | Rent Charged | 10/01/2024 | 10/31/2024 | $199.00 | $0.00 | $22.89 | $221.89 | $0.00 | $0.00 | $221.89 | $221.89 |
| 2705 | Insurance | 10/01/2024 | 10/31/2024 | $11.00 | $0.00 | $0.00 | $11.00 | $0.00 | $0.00 | $11.00 | $11.00 |
|  |  |  |  |  |  |  | $232.89 | $0.00 | $0.00 | $232.89 | $232.89 |

| | |
|---|---|
| Total Due | $232.89 |
| Total Allowance | $0.00 |
| Total Paid by Cash | $0.00 |
| Change Amount | $0.00 |
| Total Paid by Check | $0.00 |
| Total Paid by Credit Card | $232.89 |
| Total Paid by ACH | $0.00 |
| Balance Due | $0.00 |

Account Number : 364419
Payment Date : 10/01/2024

Customer Signature: _____

Date: 10/01/2024

12:34

< 

# Transaction Details
## Card Ending - 31000

Business Services - Office Supplies

# Southern Self StoragSANTURCE PR

# $232.89

Sep 30, 2024

On your statement as Southern Self StoragSANTURCE PR

# Transaction Details

SOUTHERN SELF STORAGE SAN

📞 (787) 339-2574

Doing Business As

SOUTHERN SELF STORAGE SAN

Date Processed

Oct 1, 2024

Transaction Reference Number

320242750463891358

# invoice:

## Adobe Order

AB03342500217CUS

## Company Name

Office of the TCA

## Billing Period

16-October-2024 PDT – 15-November-2024 PST

## Payment Method

AMEX ending in 2001

Due on 16-October-2024 PDT

**US$47.98** including tax

| PRODUCT | QUANTITY | SUBTOTAL |
|---|---|---|
| Acrobat Pro US$23.99/mo per license | 2 licenses | US$47.98/mo |

Subtotal: US$47.98/mo

Tax/VAT: US$0.00/mo

**Total: US$47.98/mo**



# Transaction Details
### Card Ending - 12001

**Merchandise & Supplies - Mail Order**

# ADOBE WEBSALES 800-833-6687

# $47.98

### Oct 16, 2024

On your statement as ADOBE Adobe Systems SAN JOSE CA

**$0.48 Reward Dollars**



## Transaction Details

### ADOBE WEBSALES 800-833-6687

📞  (800) 833-6687

🖥️  https://www.adobe.com/in/about-adobe/co...

**Doing Business As**
### ADOBE WEBSALES 800-833-6687

**Date Processed**
### Oct 17, 2024

**Transaction Reference Number**
### 32024291088~~9820108~~