

# Invoice

## Altai Atlantic Consulting LLC
828 Snowden Hallowell Way, Alexandria VA 22314

**Date:** 10/31/24
**Invoice #:** 01-058

**To:** Office of the Federal Police Monitor of Puerto Rico
VIG Tower, PH – 924
1225 Ave. Juan Ponce de Leon
San Juan, PR 00907
Tel. 787-417-9098

| Fee Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|
| **Total Fees Payable For Services Rendered by Dr. David Levy** | 60.0 | 165 | **$9,900.00** |

## Work Performed in the Continental United States

| Date | Activity Description | Total Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 10/1/24 | Edits to community policing data request methods | 3.0 | 165 | $495.00 |
| 10/1/24 | Updating translations to master data request | 1.5 | 165 | $247.50 |
| 10/1/24 | CMR-12 Data request 1.1 | 4.0 | 165 | $660.00 |
| 10/2/24 | Misc. end of month admin for September | 1.0 | 165 | $165.00 |
| 10/2/24 | Creating & validating box.com folders for CMR-12 | 2.5 | 165 | $412.50 |
| 10/2/24 | Box.com data cleaning for CMR-11 | 1.5 | 165 | $247.50 |
| 10/7/24 | Biweekly Monitoring Team meeting | 0.5 | 165 | $82.50 |
| 10/8/24 | CMR-11 data request 3.2 and sample sheets for Monitors | 5.0 | 165 | $825.00 |
| 10/9/24 | CMR-11 data request 3.2 and sample sheets for Monitors | 6.0 | 165 | $990.00 |
| 10/12/24 | Review and development of Data items for 90-day status report | 3.0 | 165 | $495.00 |
| 10/13/24 | Development of Box.com folder structure for special data request items | 3.5 | 165 | $577.50 |
| 10/14/24 | Box.com data cleaning for CMR-11 & 12 and placing sample sheets | 1.5 | 165 | $247.50 |
| 10/14/24 | CMR-12 Data request 1.2 samples for interviews and site visits. | 6.0 | 165 | $990.00 |
| 10/15/24 | Biweekly data call with PRPB and follow-up communication with team | 1.5 | 165 | $247.50 |
| 10/16/24 | Email/task backlog & communication with Monitors & Parties on key data issues | 5.5 | 165 | $907.50 |
| 10/18/24 | Training data maintenance | 1.5 | 165 | $247.50 |
| 10/18/24 | CMR-12 Data request 1.2 | 3.0 | 165 | $495.00 |
| 10/20/24 | CMR-12 Data request 1.2 | 3.0 | 165 | $495.00 |
| 10/21/24 | Biweekly Monitoring Team meeting | 0.5 | 165 | $82.50 |
| 10/22/24 | MLARS Call with Parties | 1.0 | 165 | $165.00 |
| 10/23/24 | CMR-12 Data request 1.1 Validation & Communication | 3.0 | 165 | $495.00 |

| | | | | |
|---|---|---|---|---|
| 10/24/24 | CMR-11 supplemental data request 3.2 | 1.0 | 165 | $165.00 |
| 10/28/24 | Biweekly data call with PRPB and follow-up communication with team | 1.0 | 165 | $165.00 |
| | | | 165 | $0.00 |
| | | | 165 | $0.00 |
| | | | 165 | $0.00 |
| | | | 165 | $0.00 |
| Total | | 60.0 | | $9,900.00 |

**Total Fee Payable**    **$9,900.00**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as an assistant to the Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

**Dr. David Levy**

10/31/24

**Date**