# Viota & Associates CPA LLC

| | |
|---|---|
| Invoice #: | 202400682 |
| Invoice Date: | 10/30/2024 |
| Page: | 1 of 1 |

(787) 296-9060 | mforteza@viotacpa.com

Bill To:

**OFFICE OF THE FPM, LLC**
1225 AVENIDA JUAN PONCE DE LEON
SAN JUAN, PR  00907

| | |
|---|---|
| Please pay by | 10/30/2024 |
| **Invoice Total** | **$593.75** |

For professional service rendered as follows:

**10-2024 Services - 4.75 hours @ $125.00**

| Date | Staff | Activity | Hours | Units |
|---|---|---|---|---|
| 10/02/24 | Forteza, Maria | Client Communications | 0.25 | |
| | Upload Direct debit authorization Marina Martinez Cora, and email Javier Gonzalez requesting 09/2024 invoices. | | | |
| 10/11/24 | Forteza, Maria | Accounting Services | 0.25 | |
| | Download and file 09-2024 Invoices received | | | |
| 10/17/24 | Forteza, Maria | Accounting Services | 1.50 | |
| | Invoices 09-2024, work on spreadsheet. | | | |
| 10/18/24 | Forteza, Maria | | 1.75 | |
| | Process 09-2024 ACH Vendor payments, Add Ceiba Interpreters and pay | | | |
| 10/21/24 | Forteza, Maria | | 0.75 | |
| | Vendor ACH payments & PS withholding deposit 09-2024 | | | |
| 10/22/24 | Forteza, Maria | | 0.25 | |
| | ACH vendor payment - IPSOS (09-2024) | | | |
| | | | Total Amount | 593.75 |

| | |
|---|---|
| **Invoice Total** | **$593.75** |

Additional information
Invoices are due upon receipt. Your prompt payment is appreciated.