| | | | | |
|---|---|---|---|---|
| **Name:** | Donald S. Gosselin, d/b/a Gosselin Int'l Associates, division of MBG North Corp #1205 | | | |
| **Invoice Date** | 10/30/24 | | | |
| **Invoice Period** | 1 OCT - 30 OCT 2024 | | | |

| Date | Task(s) | Rate | Total Hours | Total Amount |
|---|---|---|---|---|
| 10/01/24 | Emails, Agenda for meeting | $ 165.00 | 2 | $ 330.00 |
| 10/02/24 | Meeting with PRPB, emails, data analysis | $ 165.00 | 3.5 | $ 577.50 |
| 10/03/24 | PRPB Self Assessment Report | $ 165.00 | 1.5 | $ 247.50 |
| 10/04/24 | Database maintenance, emails to other members | $ 165.00 | 2.25 | $ 371.25 |
| 10/05/24 | Reading analysis/writing report, emails | $ 165.00 | 3.75 | $ 618.75 |
| 10/07/24 | Reading analysis/writing report | $ 165.00 | 3 | $ 495.00 |
| 10/08/24 | Reading analysis/writing report | $ 165.00 | 6 | $ 990.00 |
| 10/09/24 | Reading analysis/writing report | $ 165.00 | 7.5 | $ 1,237.50 |
| 10/10/24 | Reading analysis/writing report | $ 165.00 | 6 | $ 990.00 |
| 10/11/24 | Reading analysis/writing report | $ 165.00 | 1.5 | $ 247.50 |
| 10/12/24 | Reading analysis/writing report | $ 165.00 | 5.5 | $ 907.50 |
| 10/13/24 | Reading analysis/writing report | $ 165.00 | 6.5 | $ 1,072.50 |
| 10/14/24 | Reading analysis/writing report | $ 165.00 | 4.5 | $ 742.50 |
| 10/15/24 | Reading analysis/writing report | $ 165.00 | 3.25 | $ 536.25 |
| 10/21/24 | Comms with Team | $ 165.00 | 0.25 | $ 41.25 |
| 10/25/24 | Emails, Agenda for trip, check database | $ 165.00 | 1.25 | $ 206.25 |
| 10/31/24 | Comms with Team | $ 165.00 | 1.75 | $ 288.75 |
| | | | **60.00** | **$ 9,900.00** |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the

**Signature:**     D.S. Gosselin          **Date:**    #######

**Commo and Coordination** consists of all writings and digital comms to/from Monitors, PRPB, USDOJ; Review compliance targets, document and data requests, logistics; scheduling, on-site planning & coordination, database development

**Data/Policy Analysis, Writing** Data concerns CMR-8, Draft/review data requests, review special case, reporting on interviews, due process for promo candidates

**Field Work:** Research conducted in situ (SJU)

**Review Investigations:** Page by page analysis of SARP Investigations conducted (Phase I and Adjudicated (Phase II)