

**Al Youngs**
**5552 West Lakeridge Rd**
**Lakewood, CO 80227**

October 1 - October 31, 2024
Invoice No. 65
Member of Federal Monitor Team

| Date | Brief Description | Total Hours |
|---|---|---|
| 10/2<br>10/5<br>10/9<br>10/12<br>10/13<br>10/14<br>10/16<br>10/18<br>10/19<br>10/21<br>10/22<br>10/24<br>10/26<br>10/28<br>10/30<br>10/31 | Reviewed and responded to emails and conference calls for the month of October. | 7.0 Hours |
| 10/1<br>10/2<br>10/7<br>10/8<br>10/9<br>10/11<br>10/14<br>10/17<br>10/24<br>10/30<br>10/31 | Several meetings and phone calls with Monitor and Deputy Monitor. | 3.0 Hours |

| Date | Description | Hours |
|---|---|---|
| 10/1 | Reviewed Professionalization CMR 9 | 2.0 Hours |
| 10/2 | Reviewed Recruitment CMR 10 | 2.0 Hours |
| 10/2 | Reviewed PRPB self assessment Report April 2024 to September 2024 | 2.0 Hours |
| 10/3 | Reviewed Box PRPB Data Production | 2.0 Hours |
| 10/4 | Reviewed Box PRPB Data Production | 2.0 Hours |
| 10/5 | Completed Review of OG156 | 3.0 Hours |
| 10/6 | Reviewed training needs assessment | 2.0 Hours |
| 10/7 | Reviewed Box PRPB Data Production | 2.0 Hours |
| 10/7 | Reviewed Special Promotion items for Civil Contempt and Federal Court order | 2.0 Hours |
| 10/8 | Reviewed Box PRPB Data Production | 2.0 Hours |
| 10/9 | Reviewed Box PRPB Data Production | 2.0 Hours |
| 10/10 | Prepared and submitted CMR 11, 2nd draft with additions and comments | 3.0 Hours |
| 10/13 | Reviewed status of cadets who did not graduate from the Police Academy | 2.0 Hours |
| 10/14 | Reviewed Para 157 from Supervision reference Integrity Audits | 2.0 Hours |
| 10/14 | Reviewed Box PRPB Data Production | 2.0 Hours |
| 10/15 | Resubmit Professionalization, CMR 11 with additional information | 3.0 Hours |
| 10/18 | Reviewed Captain interview notes | 2.0 Hours |
| 10/19 | Reviewed Professionalizaiton CMR 10 | 2.0 Hours |
| 10/21 | Reviewed Lt. and Captain's training requirements | 2.0 Hours |
| 10/22 | Reviewed Lt. and Captain's job descriptions | 2.0 Hours |
| 10/26 | Reviewed qualifications and training for Promotional Board | 1.0 Hours |
| 10/27 | Reviewed motions filed by Monitors Office with Federal Court | 2.0 Hours |
| 10/31 | Reviewed CMR 11 and higlighted information that had been added | 2.0 Hours |
| 10/31 | Submitted CMR 11 comments to Monitor for his use in briefing Federal Judge | 2.0 Hours |

**TOTAL HOURS:**    **60.0**

Billable Hours: 60 Hours at a Rate of $165.00 Per Hour =    $9,900.00

**TOTAL:**    **$9,900.00**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

_____
Signature

10/31/24
**Date**