# Rafael Ruiz Consulting

12 Crestshire Dr.
Lawrence, MA 01843

PHONE: 6177599156    stodgo1971@yahoo.com    12 Crestshire Dr.

## INVOICE

INVOICE NUMBER: 2024-10
INVOICE DATE: 10/31/2024

Federal Police Monitor for PR
VIG Tower, PH-924
1225 Ponce De Leon Ave.
San Juan, PR 00907

RAFAEL E. RUIZ CONSULTING

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: FPM work from Home | | | |
| 10/25/2024 | FPM work from Home | Record CMR-11 final data for 2nd draft | 8.00 | $165.00 | $1,320.00 |
| 10/26/2024 | FPM work from Home | Record CMR-11 final data for 2nd draft | 9.00 | $165.00 | $1,485.00 |
| 10/27/2024 | FPM work from Home | Record CMR-11 final data for 2nd draft | 8.00 | $165.00 | $1,320.00 |
| 10/28/2024 | FPM work from Home | Record CMR-11 final data for 2nd draft | 8.50 | $165.00 | $1,402.50 |
| 10/29/2024 | FPM work from Home | Record CMR-11 final data for 2nd draft | 8.50 | $165.00 | $1,402.50 |
| 10/30/2024 | FPM work from Home | Record/analyze and prep CMR-11 final data for 2nd draft | 9.00 | $165.00 | $1,485.00 |
| 10/31/2024 | FPM work from Home | Record/analyze and prep CMR-11 final data for 2nd draft | 9.00 | $165.00 | $1,485.00 |
| | | TOTAL: FPM work from Home | | | $9,900.00 |
| | | Total hours for this invoice | 60.00 | | |

| INVOICE BALANCE INFORMATION | |
|---|---|
| Total amount of this invoice | $9,900.00 |
| Current invoice balance | $9,900.00 |

**AMOUNT DUE ON THIS INVOICE: $9,900.00**

I hereby certify that the amount billed in this invoice is true and correct and responds to the number of the hours worked in my capacity as a member of the Federal Monitor Team. I further certify that I have not received any income, compensation, or payment for services rendered under employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*Rafael E. Ruiz*
Rafael E. Ruiz

Date: October 31, 2024