INVOICE 0116L - LABOR FOR PROFESSIONAL SERVICES; OCT 1-31, 2024
RELEASED BY SCOTT CRAGG, CRYSTAL REEF LLC

TO: Federal Monitor
Puerto Rico Police Department Consent Decree

Attached below please find the details for professional services rendered by Scott Cragg (Monitoring Core Team) for Oct 2024:

| | | | | |
|---|---|---|---|---|
| **Name:** | Scott Cragg | | | |
| **Invoice Date:** | 10/31/24 | | | |
| **Invoice Period:** | 10/1-31/24 | | | |

| Date | Task(s) | Rate | Total Hours | Total Amount |
|---|---|---|---|---|
| 10/1/24 | Review 9/24 Mtg 253 notes - adapt comments to master IT data call tally | $165.00 | 0.5 | $82.50 |
| 10/3/24 | Review PRPB comments to Monitors Consolidated Report provided in Commonwealths 9/28 email, Convert, translate, review. Review Commonwealth Self-Assessment dtd 9/15/24 and map concerns to master IT data call tally, provide comments to the monitor. Attend Gartner Weekly, debrief with LS/DoJ following Gartner Weekly. | $165.00 | 5.25 | $866.25 |
| 10/4/24 | Review DOJ/Commonwealth comments regarding RMS, Review Gartner content email re; RMS from 10/3. Review Gartner scope and details for implementation phase of RMS | $165.00 | 0.75 | $123.75 |
| 10/5/24 | Report writing, reconcile documents | $165.00 | 1.75 | $288.75 |
| 10/6/24 | Report writing, reconcile documents, align PRPB 18th status report and Consolidated Status Report #1 (01/15/24) and with Master IT data call as research for CMR-11 report writing | $165.00 | 4.5 | $742.50 |
| 10/7/24 | Monitors Bi-Weekly status review, telcon re; RMS contract issues with DoJ and Commonwealth, follow on debrief with Monitor and DoJ, Prepare draft notification for the court. Incorporate PRPB Consolidated Status report in Master IT Data Call for CMR-11 report writing | $165.00 | 4.75 | $783.75 |
| 10/9/24 | Review RMS issue/ASG exception letter and re-review Gartner status reports | $165.00 | 1 | $165.00 |
| 10/10/24 | Attend/participate in Gartner Weekly status Update, telcon (x2) with the Monitor on RMS acquisition issues, attend/participate in Bi-weekly contract touchpoint with Gartner | $165.00 | 2 | $330.00 |
| 10/12/24 | Begin review of Consolidated Report from PRPB dtd 4/15/24 for incorporation on CMR-11 | $165.00 | 2.25 | $371.25 |
| 10/13/24 | November on-site travel planning, air, hotel, parking, Continue review of Consolidated Status report 4/15/24 | $165.00 | 2.5 | $412.50 |
| 10/14/24 | Begin review/reconciliation of Consolidated Report from PRPB dtd 7/15/24 for incorporation on CMR-11 | $165.00 | 1.5 | $247.50 |
| 10/15/24 | Continue reconciliation of Consolidated report #3 from July 15, 2024, for inclusion in CMR-11, clear FPMPR and Gartner emails (RMS/PMO) | $165.00 | 3 | $495.00 |
| 10/16/24 | CMR-11 writing, review documents in Box, review FPMPR guidance emails, confirm artifacts | $165.00 | 1.25 | $206.25 |

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 10/17/24 | Attend Gartner Weekly Status Update | $165.00 | 1 | $165.00 |
| 10/19/24 | CMR-11 report writing, map the PRPB Sep 2024 Self-Assessment to Master IT data call | $165.00 | 2.75 | $453.75 |
| 10/21/24 | Federal Monitor Bi-Weekly staff Mtg, debrief call with FPM, detailed review of Gartner weekly status report | $165.00 | 1.25 | $206.25 |
| 10/22/24 | Crosswalk PRPB provided Compliance Tracker with previous tracker for consistency - prep for next on-site review. Finalize reconciliation of master IT data call tally through CMR-11 (Sep 2024) | $165.00 | 2.75 | $453.75 |
| 10/23/24 | Review Levy Materials provided in Box including data request roll-up | $165.00 | 2 | $330.00 |
| 10/24/24 | Attend weekly Gartner/PRPB PMO/RMS status mtg, meet with Gartner on bi-weekly contract performance. Remap on-site scheduling and planning changes, scan Levy CMR 12 data request 1.2 | $165.00 | 2.25 | $371.25 |
| 10/25/24 | Review and make recommendations to Fontaness draft ITCAP Monthly Status Review, continue review and drafting of CMR-11 report | $165.00 | 2.25 | $371.25 |
| 10/26/24 | CMR-11 report writing | $165.00 | 3.25 | $536.25 |
| 10/28/24 | CMR-11 report writing | $165.00 | 1 | $165.00 |
| 10/29/24 | CMR-11 report writing | $165.00 | 5 | $825.00 |
| 10/30/24 | CMR-11 report writing to Final Submission, coordinate edits with Dep Monitor, review Appendices | $165.00 | 5.25 | $866.25 |
| 10/31/24 | Final Invoice for labor, review court order re; Gartner | $165.00 | 0.25 | $41.25 |
| **TOTAL Labor** | | | **60** | **$9,900.00** |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

**Signature:** _[signature]_

**Date:** 10/31/24