| | | | | |
|---|---|---|---|---|
| **Name:** | Rita J. Watkins | | | |
| **Invoice Date:** | 10/31/2024 | | | |
| **Invoice Period:** | October 1-31, 2024 | | | |

| Date | Task(s) | Rate | Total Hours | Total Amount |
|---|---|---|---|---|
| 10/2/2024 | Review Compliance/Sustainability Plan - EP&ND Workgroup Meeting | $ 165.00 | 4 | $ 660.00 |
| 10/3/2024 | CMR-11 data review and writing | $ 165.00 | 1 | $ 165.00 |
| 10/4/2024 | Telecons and emails from monitors and parties | $ 165.00 | 0.5 | $ 82.50 |
| 10/7/2024 | Team Meeting | $ 165.00 | 0.5 | $ 82.50 |
| 10/8/2024 | CMR-11 data review and writing | $ 165.00 | 1 | $ 165.00 |
| 10/9/2024 | Training Work group Meeting on Needs Assess/Reviewed Self-Assessment | $ 165.00 | 3.5 | $ 577.50 |
| 10/11/2024 | Reviewed and comments on 2025 Training Plan | $ 165.00 | 2.5 | $ 412.50 |
| 10/12/2024 | CMR-11 data review and writing | $ 165.00 | 4.5 | $ 742.50 |
| 10/13/2024 | CMR-11 data review and writing | $ 165.00 | 3 | $ 495.00 |
| 10/14/2024 | CMR-11 data review and writing | $ 165.00 | 5 | $ 825.00 |
| 10/15/2024 | CMR-11 data review and writing | $ 165.00 | 2 | $ 330.00 |
| 10/16/2024 | Juveile Ref. Case Meeting - CMR-11 data review and writing | $ 165.00 | 2.5 | $ 412.50 |
| 10/17/2024 | CMR-11 data review and writing | $ 165.00 | 4.5 | $ 742.50 |
| 10/19/2024 | Telecons and emails from monitors and parties | $ 165.00 | 1 | $ 165.00 |
| 10/21/2024 | Team meeting - CMR-11 data review and writing | $ 165.00 | 2 | $ 330.00 |
| 10/24/2024 | Data review of SA cases | $ 165.00 | 3 | $ 495.00 |
| 10/26/2024 | Data review of SA cases | $ 165.00 | 4.5 | $ 742.50 |
| 10/27/2024 | Data review of DV cases | $ 165.00 | 6 | $ 990.00 |
| 10/28/2024 | CMR-11 data review and writing | $ 165.00 | 4 | $ 660.00 |
| 10/29/2024 | CMR-11 data review and writing - CMR-11snapshot doc. | $ 165.00 | 6 | $ 990.00 |
| 10/30/2024 | CMR - 11 data review and writing | $ 165.00 | 2 | $ 330.00 |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| | | $ 165.00 | | $ - |
| **TOTAL** | | | **63** | **$ 10,395.00** |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

**Signature:** *Rita J. Watkins*     **Date:** 10/31/2024