# INVOICE



22 Chalets de Santa Maria
San Juan, P.R. 00927
(787) 940-3090

**DATE:** 10/31/2024
**INVOICE #** 2024010
**FOR:** FPMPR/TCA

**BILL TO:**
**Office of the FPMPR, LLC**
VIG Tower, PH 924
1225 Ponce de Leon Avenue
San Juan, P.R. 00907

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Zoom calls/Team meetings: 10/21/2024 | 0.50 | $165.00 | $ 82.50 |
| emails-texts/phone calls: PRPB Lt. Acevedo & others, AI, Central CIC reply, Bayamon Spokesperson phone orientation | 1.25 | $165.00 | $ 206.25 |
| 10/3/2024: PRPB Self assessment report: review & coments | 1.25 | $165.00 | $206.25 |
| 10/10/2024: Focal meeting Policies PRPB headquarters | 2.75 | $165.00 | $453.75 |
| 10/11/2024: CMR11 - Edits/self monitoring module review for pars. 206-207/notes. | 2.50 | $165.00 | $412.50 |
| 10/16/2024: Reply letter CIC Carolina | 0.75 | $165.00 | $123.75 |
| 10/21/2024: CMR11 edits with reply to Inigo/Denise/ Box review for par. 212 miscoded data found (outreach) | 3.00 | $165.00 | $495.00 |
| 10/26/2024:CMR11 PRPB second quarter data submission partial review for report edits/Notes | 2.50 | $165.00 | $412.50 |
| 10/27/2024: 2nd quarter self-monitoring data review (Par. 206-207). Box Data 2nd quarter review. PRPB website review, self mon. module review & Report edits | 3.25 | $165.00 | $536.25 |
| 10/29/2024:CMR11 final draft/ OG801 re-review and Memo | 3.50 | $165.00 | $577.50 |
| 10/30/2024:OG 803/PPRs 803.1, 803.2, 803.3, 803.4, 803.5, and Memo | 1.50 | $165.00 | $247.50 |
| | 22.75 | | $ 3,753.75 |

**TOTAL** $ 3,753.75

**I hereby certify that the amount billed in this invoice is true and correct and responds to the number of hours worked in my capacity as a Federal Monitor. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities, or agencies.**


Merangelie Serrano-Rios