# H & Q Consulting, LLC

314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo.ramirez@outlook.com

November 1, 2024

Office of the Technical Compliance Advisor
VIG Tower, Penthouse
1225 Ponce de León Ave
San Juan, PR 00907

INVOICE LGH 2024-10
ASSOCIATE FEDERAL MONITOR
FLAT RATE TOTAL DUE – OCTOBER 31, 2024

| | |
|---|---|
| FLAT RATE | $11,500.00 |
| **Total Due** | **$11,500.00** |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as Associate Federal Monitor. I further certify that I have not received any income, compensation or payment for services rendered under regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

The detailed description of the billable hours is in the ensuing page(s).

_____
Luis G. Hidalgo

# H & Q Consulting, LLC

314 De Diego Ave., Pda. 22
San Juan, PR 00909-1710
(787) 647-9556
luis.g.hidalgo.ramirez@outlook.com

**Duties and Responsibilities as Associate Federal Monitor**

Generated, received, reviewed, and/or responded to emails/texts/telephone calls (October 1-31) from members of the Monitor Team.

Generated, received, reviewed, and/or responded to emails/texts/telephone calls (October 1-31) from the PRPB and the Department of Public Safety.

Participated in various Zoom/Microsoft Teams meetings with the Monitor Team, Special Master Team, United States Department of Justice, Department of Public Safety, and/or the Puerto Rico Police Bureau.

Monitored media coverage of issues of relevance to the Monitor Team.

Coordinated or assisted in the coordination and/or re-scheduling of meetings with various units and offices of the PRPB and/or Counsels to the Commonwealth.

Assisted in the drafting, review and/or revision of documents prepared by the Monitor Team, and/or other parties to the Agreement.

Review and comment on laws and/or information provided in relation to these, which may impact PRPB's compliance with the Agreement.

Represented the Monitor Team at meetings with the Director of the Reform Unit, and/or with other units or offices within the PRPB.

Assisted members of the Monitor Team re: coordination of meetings, telephone calls, drafting and review of documents, as well as other matters.

Served as liaison between the Department of Public Safety, PRPB, Office of the Governor, and/or the Monitor Team.

Provided presence at the Monitor's Office to meet with the general public, community leaders, and/or answer calls to that effect.

Continued with the follow-up of the LGBTQ+ Meeting that was held in San Juan on September 18, 2024.

Provided support to John Romero in the review process of Use of Force documentation, re: CMR-11.

Participated in the October 253 meeting.

Supervised and provided support to Staff Assistant to the Office, Íñigo Galanes.