

## Samantha Rhinerson

550 Amsonia Circle
Guyton, GA 31312
srhinerson99@outlook.com | 256-431-5324

| BILL TO | INVOICE # | DATE | DUE |
|---|---|---|---|
| Puerto Rico Chief Federal Monitor | 2024-10 | 10/31/2024 | 11/30/2024 |

| Date | Description | Hours | Rate | TOTAL |
|---|---|---|---|---|
| 10/01/2024 | 1.0 hour of travel planning and policy review facilitation | 1.00 | $100.00 | $100.00 |
| 10/02/2024 | 1.0 hour of travel planning and policy review facilitation | 1.00 | $100.00 | $100.00 |
| 10/05/2024 | 1.0 hour of travel planning and policy review facilitation | 1.00 | $100.00 | $100.00 |
| 10/06/2024 | 1.0 hour of 253 Meeting planning | 1.00 | $100.00 | $100.00 |
| 10/09/2024 | 1.0 of CMR-11 data requests for report and 253 Meeting planning | 1.00 | $100.00 | $100.00 |
| 10/12/2024 | 1.0 hour of travel planning | 1.00 | $100.00 | $100.00 |
| 10/13/2024 | 1.0 hour of travel planning | 1.00 | $100.00 | $100.00 |
| 10/14/2024 | 1.0 hour of travel planning | 1.00 | $100.00 | $100.00 |
| 10/15/2024 | 2.0 hours of travel planning | 2.00 | $100.00 | $200.00 |
| 10/16/2024 | 1.5 hours of travel planning | 1.50 | $100.00 | $150.00 |
| 10/21/2024 | 2.0 hours of travel planning | 2.00 | $100.00 | $200.00 |
| 10/22/2024 | 1.0 hour of travel planning | 1.00 | $100.00 | $100.00 |
| 10/23/2024 | 1.0 hour of travel planning | 1.00 | $100.00 | $100.00 |
| 10/24/2024 | 1.0 hour of travel planning | 1.00 | $100.00 | $100.00 |
| 10/28/2024 | 1.0 hour of data compilation for Monitor Watkins | 1.00 | $100.00 | $100.00 |
| 10/30/2024 | 2.0 hours of CMR review and training review meeting | 2.00 | $100.00 | $200.00 |
| 10/31/2024 | 1.5 hours of CMR review and meeting with Denise | 1.50 | $100.00 | $150.00 |

**TOTAL** $2,100.00

I hereby certify that the amount billed in this invoice is true and correct in my capacity as a member of the Federal Monitoring Team. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities or agencies.

*thank you*