**Office of the FPMPR LLC**

**VIG Tower, PH – 924**

**1225 Ave. Juan Ponce de León**

**San Juan, PR 00907**
**Name:** Claudia Cámara-León **Supervisor:** Javier Gonzales, Esq.

## Work Timesheet (October 2024)

| Date | Task | Total Hours |
|---|---|---|
| October 15, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| October 16, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| October 17, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| October 18, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| October 21, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| October 22, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |
| October 23, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | 7.0 |

| | | | |
|---|---|---|---|
| October 24, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | | 7.0 |
| October 25, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | | 7.0 |
| October 28, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | | 7.0 |
| October 29, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | | 7.0 |
| October 30, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | | 6.0 |
| October 31, 2024 | Present at the office during working hours. Office duties: taking calls and checking voicemails. | | 7.0 |

**Total, 90 hours for $25 = $2,250**

I hereby certify that the amount billed in this Invoice is true and correct and respond to the number of hours work in my capacity as Member of the Federal Monitor Team. I further certify that I have not received any income, compensation or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

Signature,
Claudia S. Cámara León

*/s/ Claudia S. Cámara León*