# Manuel A. Arroyo Rivera

P.o Box 8925 Santurce Puerto Rico 00910    Cel 787-364-8925

Email marroyorivera20@gmail.com

Invoice  Month october 2024                                                          Invoice #048

Federal Police Monitor   San Juan, PR

I hereby certify that the amount billed on this invoice is true and correct in my capacity as

Administrative Assistant. I further certify that I have not received any income, compensation or payment for services rendered under regular employment or contractual relationship with the Commonwealth of Puerto Rico, or any of its departments, municipalities or agencies.

Duties and responsibilities as Administrative Assistant

During the month the following tasks were performed:, assisting, working in coordination and providing support, collecting checks at the federal court and going to the bank to deposit them, sending correspondence,. Buying office supplies, when necessary, looking for boxes in the warehouse when necessary. Being in the office in support of the staff.

Fixed rate $2,000 Total to pay $2,000

_____          Manuel A. Arroyo Rivera