**Stephanie Leon**
*Paralegal*

**INVOICE**

1483 Ashford Avenue
Apartment 901
San Juan, PR 00907
(832) 692-2475

INVOICE: 2024-11
DATE: 11/01/2024

**TO:**
Puerto Rico Chief Federal Monitor

**FOR:**
Paralegal Services

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 10/07/2024 | -Team biweekly meeting<br>-Communication exchanges with team members<br>-Read/responded to emails<br>-Organized notes on BOX | 1.25 | 90.00 | 112.50 |
| 10/18/2024 | -Translation for David Levy | .50 | 90.00 | 45.00 |
| 10/21/2024 | -Team biweekly meeting<br>-Communication exchanges with team members<br>-Read/responded to emails<br>-Phone call with Attorney Esthermarie Torres | 1.25 | 90.00 | 112.50 |
| 10/24/2024 | -Communication exchanges with team members<br>-Read/responded to emails<br>-Data validation CMR-11 3.2 | 5.50 | 90.00 | 495.00 |
| 10/25/2023 | -Data validation CMR-11 3.2<br>-Read/responded to emails | 1.50 | 90.00 | 135.00 |
| 10/26/2024 | -Data validation CMR-11 3.2 | .75 | 90.00 | 67.50 |
| 10/27/2024 | -Data validation CMR-11 3.2 | 4.50 | 90.00 | 405.00 |
| 10/28/2024 | -Finished the Data validation CMR-11 3.2 and sent it to David Levy | 2.50 | 90.00 | 225.00 |
| 10/29/2024 | -October 253 Meeting<br>-Extensive notes/transcript of October 253 meeting<br>-Read/responded to emails<br>-Communication exchanges with team members<br>-Combined excel documents for Monitor Rafael Ruiz | 4.00 | 90.00 | 360.00 |
| 10/30/2024 | -Virtual training with Samantha Rhinerson regarding process discussion<br>-Reviewed policy folders to set up new training folders<br>-Extensive notes/transcript of October 253 meeting<br>-Communication exchanges with team members | 3.50 | 90.00 | 315.00 |
| | **TOTAL 25.25 HRS @ $90** | | | **$2,272.50** |

*S/ STEPHANIE LEON* I HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN MY CAPACITY AS A MEMBER OF THE FEDERAL MONITORING TEAM. I FURTHER CERTIFY THAT I HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH, OR ANY OF ITS DEPARTMENTS, MUNICIPALITIES OR AGENCIES.