**Inigo Galanes**
*Staff Assistant*

INVOICE

ADDRESS
Aboy St 605 Apt 1
San Juan, PR, 00907

INVOICE:
DATE:

**TO:**
Puerto Rico Chief Federal Monitor

**FOR:**
Professional Services

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 10/01/2024 | -Sent email to FIU for final data assessments meeting<br>-Calls with Luis Hidalgo | 1.5 | 40 | 60 |
| 10/02/2024 | -Attended FIU to obtain final CMR-11 data | 3.0 | 40 | 120 |
| 10/03/2024 | -Attended FIU to obtain final CMR-11 data<br>-Drafted FIU data in table and sent to John Romero<br>-Calls with Luis Hidalgo | 3.0 | 40 | 120 |
| 10/05/2024 | -Call with Alan Youngs<br>-Call with John Romero | 0.5 | 40 | 20 |
| 10/06/2024 | -Drafted Promotions Memo for Alan Youngs<br>-Shared correspondence between NIJ consent decree personnel | 4.0 | 40 | 160 |
| 10/07/2024 | -Shared e-mails and texts about Community Engagement working group agenda<br>-Call with John Romero<br>-Call with Alan Youngs<br>-Call with Sgt. Floran Adorno regarding FIU data | 2.0 | 40 | 80 |
| 10/09/2024 | -Call with Alan Youngs about CMR-11 assessments | 1.0 | 40 | 40 |
| 10/11/2024 | -Attended FIU to obtain final numbers<br>-Drafted excel document and sent to John Romero<br>-Calls with Cpt. Cosme, John Romero and Luis Hidalgo<br>-Call with Alan Youngs | 4.0 | 40 | 160 |
| 10/15/2024 | -Calls with Alan Youngs | 1.0 | 40 | 40 |
| 10/16/2024 | -Attended meetings with NIJ consent decree personnel<br>-Call with Rita Watkins | 1.5 | 40 | 60 |
| 10/18/2024 | -Began reviewing CMR-11 Community Engagement draft | 2.0 | 40 | 80 |
| 10/19/2024 | -Finished commenting on Community Engagement CMR-11 and sent to Denise Rodriguez | 3.0 | 40 | 120 |
| 10/23/2024 | -Sent e-mail to Carmen Malavé from NIJ<br>-Sent schedule e-mail to Samantha Rhinerson | 1.0 | 40 | 40 |
| 10/24/2024 | -Began assessing CFRB<br>-Assisted Alan Youngs in drafting CMR-11 assessments based on new uploaded information | 2.0 | 40 | 80 |
| 10/25/2024 | -Exchanged e-mails with Rita Watkins regarding meeting with Carmen Malave<br>-Finished assessing CFRB and sent final table to John Romero | 4.0 | 40 | 160 |

|  | | | | |
|---|---|---|---|---|
|  | -Began assessing FRB | | | |
| 10/26/2024 | -Assessed and sent final FRB tables to John Romero<br>-Calls with John Romero<br>-Calls with Luis Hidalgo | 3.5 | 40 | 140 |
| 10/27/2024 | -Assisted Alan Youngs in drafting CMR-11 assessments and sent draft document regarding same topic | 4.5 | 40 | 180 |
| 10/30/2024 | -Assisted Alan Youngs with CMR-11 final draft | 5.0 | 40 | 200 |
| 10/31/2024 | -Assisted Alan Youngs with CMR-11 final draft and Status Hearing report<br>-Sent email to Atty. Peñagarícano to meet with NIJ personnel | 5.0 | 40 | 200 |
|  | **TOTAL 51.5 HRS @ $40 HR** | | | **$2,060.00** |

*S/ INIGO GALANES*

**I HEREBY CERTIFY THAT THE AMOUNT BILLED IN THIS INVOICE IS TRUE AND CORRECT IN MY CAPACITY AS A MEMBER OF THE FEDERAL MONITORING TEAM. I FURTHER CERTIFY THAT I HAVE NOT RECEIVED ANY INCOME, COMPENSATION, OR PAYMENT FOR SERVICES RENDERED UNDER A REGULAR EMPLOYMENT OR CONTRACTUAL RELATIONSHIP WITH THE COMMONWEALTH, OR ANY OF ITS DEPARTMENTS, MUNICIPALITIES OR AGENCIES.**