United States District Court
For the District of Puerto Rico

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2024 NOV 14 PM 2:45

__USA__
Plaintiff

Criminal/Civil No. 3:12-CV-02039-FAB

V.

__Commonwealth of Puerto Rico__
Defendant

Motion Appearing Pro Se Before the Federal Court:

MOTION: Wilfredo Soto, Auxiliary Commander of the Mayagüez District, hereby appears, states, alleges, and requests as follows:

1) On December 5, 2024, this Court has scheduled a hearing related to the Agreement for the Sustainable Reform of the Police Bureau.

2) I appear to request an opportunity to be heard during the hearing, as I am one of the twenty-five (25) Lieutenants II in the Puerto Rico Police Bureau ("NPPR") who currently have active cases before the Public Service Appeals Commission ("CASP"). These cases challenge the promotional exam for the rank of Lieutenant I, administered by the NPPR on May 4, 2024.

3) We write to inform the Court of the proceedings related to the challenges to the Lieutenant I promotional exam filed by NPPR members, along with the reasons officers have raised their claims and contested the exam, as they believe that the procedures used by the NPPR contradict the sustainable agreements of the Puerto Rico Police Reform.

4) Attached to this motion are annexes detailing the presented situation. We respectfully request that the Court hear us and take appropriate action regarding the NPPR's non-compliance with the Agreement.

Signature: _[signed]_ 7-37630
Name: Wilfredo Soto Martinez
Address: Parcelas Castillo C/Hipolito Arroyo A-41
Telephone: Mayagüez P.R. 00682   787-402-4829
E-mail: wilfredosotomartinez@gmail.com