# LCDA. BRENDAIRIN CRUZ SANTIAGO

### ABOGADA NOTARIO

~~~

2421 PASEO PERLA DEL SUR, SUITE 2 PONCE, PR 00717-0663

RECEIVED AND FILED

1 de noviembre de 2024

**Sr. Alejandro Del Carmen**
Comisionado Especial del caso
De la Reforma de la Policía de PR
Tribunal de Distrito Federal de PR

Estimado Comisionado Especial:

**RE:   IMPUGNACIÓN DE EXAMEN DE TENIENTE I (CONVOCATORIA 2024-1) OFRECIDO POR EL NEGOCIADO DE LA POLICÍA DE PR EL 04-05-2024**

Represento a unos veinticinco (25) Tenientes II del Negociado de la Policía de Puerto Rico (en adelante NPPR), que actualmente tienen casos activos en la Comisión Apelativa del Servicio Público (en adelante CASP), en los que se impugnó el examen de ascenso al rango de Teniente I ofrecido por el NPPR el 4 de mayo de 2024. (Se incluye listado de los casos presentados ante la CASP y se identifica como Anejo I)

Le escribimos con la intención de que tenga conocimiento de los procesos que se están llevando con relación a las impugnaciones a los exámenes de ascenso al rango de Teniente I que presentaron los miembros del NPPR y los motivos por los cuales los oficiales presentaron sus reclamos y han impugnado el examen, por entender que los procedimientos utilizados por el NPPR contravienen los acuerdos sostenibles de la reforma de la Policía de Puerto Rico, según surgen en el caso *Estados Unidos de América vs. Estado Libre Asociado de Puerto Rico y Policía de Puerto Rico*, civil número 3:12-cv-2039 (GAG).

Ya estas situaciones las habíamos notificado al Secretario del Departamento de Seguridad Pública, Hon. Alexis Torres Ríos, mediante carta del 10 de julio de 2024, sin embargo desconocemos al día de hoy si se han investigado las situaciones planteadas, y cuales, si algunos, han sido los hallazgos. Se incluye copia de la referida carta. (Anejo II)

Al momento de ofrecerse el examen de ascenso al rango de Teniente I, existían sobre 400 plazas disponibles. Según informó a la prensa del país el Comisionado del NPPR Cor. Antonio López Figueroa, solo se pudieron llenar 171 plazas de tenientes, quedando sobre 200 plazas de Oficiales sin llenar, porque han retenido a los Tenientes II en un proceso de impugnación ante la CASP que tarda años en ser resuelto. Muchas veces al momento de verse los casos en su fondo los apelantes ya han renunciado, fallecido, o



 787.473.7428     bcslegalservices@gmail.com

perdido interés en sus reclamos, haciendo de este proceso uno inoficioso ya que justicia tardía no es justicia.

Debido a que usted como Comisionado Especial de la Reforma, ha informado que entre sus roles y objetivos está solucionar problemas en diferentes áreas del NPPR, como los ascensos, le presento las alegaciones de los Tenientes II que represento que fueron presentadas ante la CASP. A manera de ejemplo le someto una copia de una de las apelaciones presentadas que plantea el reclamo de todos mis clientes. (Anejo III – Apelación).

Solicitamos su intervención en este caso a los fines que intervenga en las áreas de incumplimiento por parte del NPPR según han sido informadas a la CASP. Estamos en la mejor disposición de reunirnos con usted para discutir cualquier punto de lo plasmado en esta carta y presentarle el sentir de los Oficiales del NPPR que desean seguir profesionalizándose y ascendiendo en sus rangos.

Atentamente,

Brendairín Cruz Santiago