## Casos ante la CASP
## Impugnación Ascensos a Teniente I

| # | Nombre | | |
|---|---|---|---|
| 1 | Acarón Rodríguez, Melizet | 7-19928 | 2024-07-0406 |
| 2 | Acevedo Correa, Alvin I. | 7-23985 | 2024-07-0486 |
| 3 | Chaparro Muñoz, Madelin | 7-26711 | 2024-07-0407 |
| 4 | Echevarría Rodríguez, Isaías | 7-26941 | 2024-07-0310 |
| 5 | Figueroa Desarden, Efraín | 7-23114 | 2024-07-0473 |
| 6 | García Morales, Miguel A. | 7-13809 | 2024-07-0312 |
| 7 | González Martínez, Manuel | 7-18523 | 2024-07-0314 |
| 8 | González Torres, Luis D. | 7-24097 | 2024-07-0311 |
| 9 | Irizarry Cornier, Devi | 7-17840 | 2024-07-0436 |
| 10 | Jaimán González, Bolívar | 7-16543 | 2024-07-0449 |
| 11 | Lorenzo Bonet, Héctor L. | 7-20520 | 2024-07-0403 |
| 12 | Lugo Torres, Gilberto | 7-21981 | 2024-07-0458 |
| 13 | Mercado Vega, Héctor H. | 7-20704 | 2024-07-0309 |
| 14 | Parés Adorno, Luis O. | 7-20072 | 2024-07-0443 |
| 15 | Pérez Rivera, Víctor M. | 7-27902 | 2024-07-0459 |
| 16 | Pérez Rosado, Wilfredo | 7-21320 | 2024-07-0478 |
| 17 | Ramos Ojeda, Rafael | 7-34598 | 2024-07-0409 |
| 18 | Rivera Rodríguez, Luis A. | 7-06662 | 2024-07-0308 |
| 19 | Roldán Medina, Adaris L. | 7-33201 | 2024-07-0405 |
| 20 | Ruiz Alicea, Ismael A. | 7-21464 | 2024-07-0334 |
| 21 | Santiago Rivera, Manuel A. | 7-06126 | 2024-07-0404 |
| 22 | Soto Martínez, Wilfredo | 7-34670 | 2024-07-0408 |
| 23 | Torres Pérez, Epifanio | 7-20358 | 2024-07-0315 |
| 24 | Vázquez Galarza, Javier A. | 7-27574 | 2024-07-0313 |
| 25 | Vidro González, Wilfrancis | 7-30051 | 2024-07-0453 |