Christopher Graham, dba

Diligens, LLC

EIN 87-1667996



November 21, 2024

INVOICE# 2024.5

Re: Professional Services  09/22/2024 – 11/21/2024

Case 3:12-cv-02039-FAB Document 2405 Filed 05/04/2023

| Hours | Dates | Professional Services/Description | Total |
|---|---|---|---|
| 19.5 | Sept 22, 2024 - Nov. 21, 2024 | MLARS/ESP related analysis, emails, reports, correspondence, and meetings with the parties. | $2,925.00 |
| 24.75 | Sept 22, 2024 - Nov. 21, 2024 | Reform related FY 2024 financial reviews, audit, analysis, correspondence, and reporting. | $3,712.50 |
| 2.5 | Sept 22, 2024 - Nov. 21, 2024 | Read, review, familiarization with correspondence, emails and orders re: general reform matters. Other Administrative. | $375.00 |
| 46.75 | | Total | $7,012.50 |

I hereby certify that the amount billed in this invoice is true and correct in my capacity as the court-appointed Financial Oversight Officer. I further certify that I have not received any income, compensation, or payment for services rendered under a regular employment or contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.

_____
Christopher Graham 11/21/2024

_____
Alejandro del Carmen, Ph.D.
11/21/2024