**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| **Plaintiff,** | |
| **v.** | **Civil No.** 12-2039 (FAB) |
| COMMONWEALTH OF PUERTO RICO, *et al.,* | |
| **Defendants.** | |

**ORDER**

The Invoices submitted by Del Carmen Consulting, LLC, G&M Balli Services, LLC, TDPetrowski, LLC, and Galoeffert, LLC, (Docket Nos. 2896, 2897, 2898 and 2899) are **NOTED and APPROVED for payment.**

**IT IS SO ORDERED.**

San Juan, Puerto Rico, May 30, 2025.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE