IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff,  v.  **COMMONWEALTH OF PUERTO RICO, et al.**,  Defendants. | CIVIL NO.:  12-cv-02039 |

**INFORMATIVE MOTION SUBMITTING THE COMMONWEALTH OF PUERTO RICO'S RESPONSE TO CMR-12**

**MAY IT PLEASE THE COURT:**

**COME NOW,** Codefendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau, through the undersigned attorneys, and very respectfully state and pray:

1. Pursuant to Paragraph 252 of the Consent Decree in this case, Docket 60, codefendants herein submit their response to CMR-12 filed at ECF No. 2912-1.

2. The response reveals that there are disagreements as to the compliance rating provided by the Monitor in several paragraphs, or discrepancies with compliance targets in the methodology or with comments made by the Monitor throughout the report. The Commonwealth trusts that such divergence can be, as always, productively addressed and discussed between the parties

Informative Motion Submitting the Commonwealth of Puerto Rico's Response to CMR-12
Civil No. 12-02039
Page 2 of 2

and Court Officers during the July site visit and in meetings during the coming weeks.

**WHEREFORE,** Defendants Commonwealth of Puerto Rico and the Puerto Rico Police Bureau respectfully request this Honorable Court to take notice of the above.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

In San Juan, Puerto Rico, today, July 14, 2025.

**CANCIO, NADAL & RIVERA, L.L.C.**
P.O. Box 364966
San Juan, Puerto Rico  00936-4966
403 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Tel. (787) 767-9625

**S/ RAFAEL BARRETO-SOLÁ**
USDC PR: 211801
rbarreto@cnr.law

**S/ GABRIEL A. PEÑAGARÍCANO**
USDC PR: 212911
gpenagaricano@me.com