# THE & GROUP LLC.

**Las Ramblas**
**71 Calle Montjuic**
**Guaynabo , PR 00969**

## INVOICE

INVOICE NUMBER: 176
INVOICE DATE: JANUARY 18, 2026

Office of The Special Master

Invoice for Javier B Gonzalez Professional Services

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| JAN-09-26 | Administrative Work | Office of the Special Master Team Payments (Checks) Delivery Fee. | | | $56.12 |
| JAN-18-26 | Administrative Work | January 2026, Administrative Work. (Includes Phone Calls, Emails, and other administrative matters). | 5.00 | $135.00 | $675.00 |
| | | Total amount of this invoice | | | $731.12 |

MESSAGE

Javier B Gonzalez  January  18, 2026

**ATH**

FEDEX CORP 11533
METRO OFFICE PARK LOTE 12 CALLE 2
GUAYNABO

DATE  JAN 09, 26
TIME  15:20:52
TERMINAL ID  ****K128
BATCH  000241

HOST  ATH1
MERCHANT ID  *********0946

SALE

************1240

MC

AUTH CODE 34774Z    INVOICE 006445
                    TRACE:006117

AMOUNT:           $ 56.12
STATE TAX:        $  0.00
REDUCED STATE TAX: $  0.00
MUNICIPAL TAX:    $  0.00

TOTAL:            $ 56.12

WILL APPEAR ON INVOICE

---

**FedEx Air Waybill**

Sender's FedEx account number only. Up to 150 lbs. (68 kg), excluding dangerous goods to all destinations.

**Recipient's Name:** Alejandro Del Carmen
**Company:**
**Address:** 3 Brighton Way
**City:** Farmington   **State/Province:** CT   **ZIP:** 06032
**Country/Territory:** U.S.A
**Email:** delcarmen@specialmasterpruebranice.com
**Phone:** 817 681 7840
☑ Residential Delivery

**Recipient's Tax ID Number for Customs Purposes:**
GST/RFC/VAT/IN/EIN/ABN/TIN OR AS LOCALLY REQUIRED

**3 Shipment Information**
Shipper's Load and Count/SLAC
DETAIL REQUIRED. PRINT IN ENGLISH.

Total Packages: 
Total Weight: ☐ lbs ☐ kg
Total Declared Value for Carriage:
Commodity Description:
Harmonized Code:
Dept./Floor:
Country of Manufacture:
DIM: L X W X H ☐ in ☐ cm
Value for Customs:
Total Value for Customs (Specify Currency):

**Has EEI been filed in AES?**
☐ Yes – Enter AES proof of filing citation:
☐ No EEI required, value $2,500 or less per Sch. B Number, no license required (NLR), not subject to ITAR.
☐ No EEI required, enter exemption number.

**4 Express Package Service**
☐ FedEx Int'l. First
☐ FedEx Int'l. Priority Express  (circled)
☐ FedEx Int'l. Priority
☐ FedEx Int'l. Economy

**FedEx Tracking Number:** 8186 7330 3860

Form ID No. 0402

**5 Packaging**
☑ FedEx Envelope (circled)
☐ FedEx Pak
☐ FedEx 10kg Box
☐ FedEx 25kg Box
☐ FedEx Tube
☐ Other

**6 Special Handling and Delivery Signature Options**
☐ Hold at FedEx Location
☐ Saturday Delivery

**Signature Options**
☐ Direct Signature
☐ Indirect Signature

**7 Payment – Bill transportation charges to:**
☑ Sender
☐ Recipient
☐ Third Party
☐ Credit Card
☐ Cash/Check/Cheque

**8 Required Signature**
Sender's Signature: X [signature]

710

$ 56.12
☑ Cheque

PART 158409 • Rev Date 9/24 • ©1994–2024 FedEx • PRINTED IN U.S.A. • Non-Negotiable International Air Waybill