**TDPetrowski, LLC**
**6135 Stapleford Circle**
**Dallas, Texas 75252**

February 22, 2026 – March 21, 2026
INVOICE # ASM.TDP.2026-3                                  **TOTAL DUE:  $6,300**
ASSISTANT SPECIAL MASTER
MARCH 2026 INVOICE

**Tasks Completed**

| Hours | Description | Total |
|:---:|---|:---:|
| 13 | Draft/reviewed/researched/translated as necessary, discussed/reworked documents related to PRPD and DOJ, and Monitor's Office exchanges regarding recurring issues and OSM projects, including orders and ad hoc taskings of the Court. | $1,950 |
| 18 | Drafted, reviewed, translated, and responded to texts, emails, and all other documents/communications with respective parties, the Special Master, Assistant Special Masters, and the Court. | $2,700 |
| 11 | Zoom meetings and/or conference calls with the Court, the Monitoring Team, the Office of Special Master, and the Parties. | $1,650 |

**Total Wages Due = $6,300**

**I hereby certify that the amount billed in this invoice is true and correct in my capacity as the Assistant Special Master. I further certify that I have not received any income, compensation, or payment for services rendered under regular employment or a contractual relationship with the Commonwealth, or any of its departments, municipalities, or agencies.**

_Thomas J. Petrowski_                                     **3/21/2026**
**Thomas D. Petrowski**

**s/** _Alejandro del Carmen_                             **3/21/2026**
**Alejandro del Carmen**